**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In the Matter of:                                                In Bankruptcy

**CITY OF DETROIT, MICHIGAN**                 Case No. 13-53846
                                                                      Chapter 9
                                                                      Hon.

        Debtor.
_____/

**REQUEST OF KENNETH SCHNEIDER FOR SERVICE OF NOTICE**

PLEASE TAKE NOTICE That Kenneth Schneider, resident of the city of Detroit and interested party in the above captioned case, requests that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on

Kenneth M. Schneider
Schneider Miller P.C.
645 Griswold, Ste. 3900
Detroit, MI 48226

                                                       SCHNEIDER MILLER, P.C.

Dated: July 18, 2013             By:    */s/ Kenneth M. Schneider*
                                                      Kenneth M. Schneider (P31963)
                                                      Attorney for Trustee
                                                      645 Griswold, Suite 3900
                                                      Detroit, Michigan 48226
                                                      (313) 237-0850
                                                      kschneider@schneidermiller.com