UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

In re:                                     )
                                           )
CITY OF DETROIT, MICHIGAN,                 )    CASE NO.: 13-53846
                                           )    CHAPTER 9
    Debtor.                                )
                                           )
_____

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
_____

PLEASE TAKE NOTICE that the undersigned appears as counsel for U.S. Bank National Association ("U.S. Bank"), in its role as Trustee (the "Trustee") under that certain Trust Indenture among The City of Detroit (the "City"), Detroit Water and Sewerage Department (the "Department") and U.S. Bank as Trustee, Relating to the Outstanding Secured Obligations of the Detroit Water and Sewerage Department (Sewage Disposal System), dated as of June 1, 2012 (the "Sewer Indenture"), and under that certain Trust Indenture among the City, the Department and U.S. Bank as Trustee, Relating to the Outstanding Secured Obligations of the Detroit Water and Sewerage Department (Water Supply System), dated as of February 1, 2013 (the "Water Indenture"). Pursuant to Sections 102 and 342 of 11 U.S.C. §§ 101, *et seq.* (2012) (the "Bankruptcy Code"), Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), request is hereby made that all papers, pleadings, motions, and applications served or required to be served in this case be given to and served upon:

     David E. Lemke, Esq. (admission pending)
     Michael R. Paslay, Esq.
     Ryan K. Cochran, Esq. (admission pending)
     Courtney M. Rogers, Esq. (admission pending)
     WALLER LANSDEN DORTCH & DAVIS, LLP
     511 Union Street, Suite 2700
     Nashville, Tennessee 37219
     Telephone: (615) 244-6380
     Facsimile: (615) 244-6804
     Email: David.Lemke@wallerlaw.com
            Mike.Paslay@wallerlaw.com
            Ryan.Cochran@wallerlaw.com
            Courtney.Rogers@wallerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Papers is without prejudice to the Trustee's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit the Trustee to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation the Trustee's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which the Trustee is or may be entitled, in law

or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Trustee expressly reserves.

Respectfully submitted on this the 18th day of July, 2013.

By: */s/ Michael R. Paslay*
David E. Lemke (TN 13586) (admission pending)
Michael R. Paslay (TN 11092)
Ryan K. Cochran (TN 25851) (admission pending)
Courtney M. Rogers (TN 25664) (admission pending)
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
Email: David.Lemke@wallerlaw.com
    Mike.Paslay@wallerlaw.com
    Ryan.Cochran@wallerlaw.com
    Courtney.Rogers@wallerlaw.com

*Attorneys for U.S. Bank National Association, as Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter this 18th day of July, 2013.

                                                      /s/ Michael R. Paslay