UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN                          Case No. 13-53846
                                                   Chapter 9
　　　　　　　Debtor.                                 Hon.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned appears as counsel to Hercules & Hercules, Inc., and requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

> MAXWELL DUNN, PLC
> Attn: Ethan D. Dunn
> 26339 Woodward Avenue
> Huntington Woods, MI 48070

> Respectfully submitted,
> MAXWELL DUNN, PLC
>
> /s/ Ethan D. Dunn
> Ethan D. Dunn (P69665)
> Attorneys for Hercules & Hercules, Inc.
> 26339 Woodward Avenue
> Huntington Woods, MI 48070
> (248) 246-1166
> (248) 565-2480 (fax)
> edunn@maxwelldunnlaw.com

Dated: July 18, 2013