# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

**CITY OF DETROIT, MICHIGAN**,

Debtor.

Chapter 9

Case No. 13-53846

Hon.

## APPEARANCE OF HONIGMAN MILLER SCHWARTZ AND COHN LLP AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Honigman Miller Schwartz and Cohn LLP hereby appears in the above-captioned case as counsel for General Motors LLC, and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

>Joseph R. Sgroi
>Honigman Miller Schwartz and Cohn LLP
>660 Woodward Avenue
>2290 First National Building
>Detroit, MI  48226
>Telephone:  (313) 465-7570
>Facsimile:  (313) 465-7571
>Email: jsgroi@honigman.com

Please take notice that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

Date: July 19, 2013   HONIGMAN MILLER SCHWARTZ AND COHN LLP
Counsel for General Motors LLC

By: /s/ Joseph R. Sgroi
Joseph R. Sgroi (P68666)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Email: jsgroi@honigman.com

ACTIVE.12889440.1