UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: /
/
CITY OF DETROIT, MICHIGAN, /  CASE NO.: 13-53846
/  CHAPTER 9
Debtor. /
/

## NOTICE OF WITHDRAWAL AND REQUEST FOR
## CLERK TO RESTRICT ACCESS TO DOCUMENT

The City of Detroit, Michigan, by its undersigned counsel, hereby withdraws and requests that the Clerk of the Court restrict access to, the List of Creditors Pursuant to Section 924 of the Bankruptcy Code and Bankruptcy Rule 1007 ("List"), filed in this bankruptcy case on July 18, 2013, at Docket Number 16. This request is made because the List incorrectly included personal identifiers. A new list with redactions will be promptly filed.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Jonathan S. Green
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

21356181.1\022765-00202

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY

21356181.1\022765-00202