UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN					Case No. 13-53846

Debtor

---

David G. Helman (OH0038271)
Heather Lennox (OH0059649)
Jones Day
Attorneys for City of Detroit
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
216.586.3939
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA105430)
Jones Day
Attorneys for City of Detroit
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
213.243.2382
bbennett@jonesday.com

Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Miller Canfield Paddock Stone PLC
Attorneys for City of Detroit
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
313.963.6420
green@millercanfield.com
laplante@millercanfield.com

Foster Swift Collins & Smith PC
By: Dirk H. Beckwith (P35609)
Attorneys for U.S. BANK N.A.
32300 Northwestern Highway, Suite 230
Farmington Hills, Michigan 48334-1571
248.539.9918

---

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

      Please take notice that U. S. Bank N.A., a party-in-interest herein, hereby appears by its attorneys listed below and, pursuant to Bankruptcy Rules 2002 and 9010, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the following:

> Dirk H. Beckwith (P35609)
> Foster Swift Collins & Smith PC
> 32300 Northwestern Highway, Suite 230
> Farmington Hills, Michigan 48334-1471
> dbeckwith@fosterswift.com

> Foster Swift Collins & Smith PC

> /s/ Dirk H. Beckwith
> By: Dirk H. Beckwith (P35609)
> Attorneys for New England Flight Watch
> 32300 Northwestern Highway, Suite 230
> Farmington Hills, Michigan 48334-1571
> 248.539.9918

Dated: July 19, 2013