UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846

Debtor

---

| | |
|---|---|
| David G. Helman (OH0038271)<br>Heather Lennox (OH0059649)<br>Jones Day<br>Attorneys for City of Detroit<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>216.586.3939<br>dgheiman@jonesday.com<br>hlennox@jonesday.com | Foster Swift Collins & Smith PC<br>By: Dirk H. Beckwith (P35609)<br>Attorneys for U.S. BANK N.A.<br>32300 Northwestern Highway, Suite 230<br>Farmington Hills, Michigan 48334-1571<br>248.539.9918 |
| Bruce Bennett (CA105430)<br>Jones Day<br>Attorneys for City of Detroit<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>213.243.2382<br>bbennett@jonesday.com | |
| Jonathan S. Green (P33140)<br>Stephen S. LaPlante (P48063)<br>Miller Canfield Paddock Stone PLC<br>Attorneys for City of Detroit<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>313.963.6420<br>green@millercanfield.com<br>laplante@millercanfield.com | |

---

AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

      Please take notice that U. S. Bank N.A., a party-in-interest herein, hereby appears by its attorneys listed below and, pursuant to Bankruptcy Rules 2002 and 9010, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the following:

        Dirk H. Beckwith (P35609)
        Foster Swift Collins & Smith PC
        32300 Northwestern Highway, Suite 230
        Farmington Hills, Michigan 48334-1471
        dbeckwith@fosterswift.com

        Foster Swift Collins & Smith PC

        /s/ Dirk H. Beckwith
        By: Dirk H. Beckwith (P35609)
        Attorneys for U.S. Bank N.A.
        32300 Northwestern Highway, Suite 230
        Farmington Hills, Michigan 48334-1571
        248.539.9918

Dated: July 19, 2013

99999:DBECKWIT:1665381-1
7/19/2013

13-53846-tjt   Doc 33   Filed 07/19/13   Entered 07/19/13 10:38:38   Page 2 of 2