# UNITED STATES BAKRUPTCY COURT
Eastern District of Michigan

*In re:*

City of Detroit, Michigan

**Case Number:** 13-53846
**Chapter** 9

      DEBTOR

_____/

## REQUEST FOR DESIGNATION OF BANKRUPTCY JUDGE

I, Katherine B. Gullo, an appointed and qualified clerk of the United States Bankruptcy Court for the District of Michigan, hereby certify that the above-named case was filed as a case under Chapter 9 of the Bankruptcy Code, 11 U.S. C. §901, in the United States Bankruptcy Court for the Eastern District of Michigan on July18, 2013.

Pursuant to 11 U.S.C. §921(b), as Clerk of Court, I request that the Honorable Alice M. Batchelder, Chief Judge of the United States Court of Appeals for the Sixth Circuit, designate a bankruptcy judge to conduct this case.

Dated: July 19, 2013

                                               Katherine B. Gullo, Clerk of Court
                                               United States Bankruptcy Court,
                                               Eastern District of Michigan