UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

City of Detroit, Michigan,

    Debtor.
_____/

Case No. 13-53846
Chapter 9

## NOTICE OF APPEARANCE, REQUEST TO BE ADDED TO MATRIX AND BANKRUPTCY RULE 2002 REQUEST

Brian R. Trumbauer of BODMAN PLC, 1901 St. Antoine Street, 6th Floor at Ford Field, Detroit, Michigan 48226 enters his appearance as counsel for Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan, parties in interest in the above-captioned action under Bankruptcy Rule 2002, requests that he be added to the matrix and that copies of all notices given or requested to be given in these cases and all paper served in these cases be given and served as follows:

    Brian R. Trumbauer
    Bodman PLC
    1901 St. Antoine Street
    6th Floor at Ford Field
    Detroit, Michigan 48226
    Facsimile: (313) 393-7579
    Email: *btrumbauer@bodmanlaw.com*

The foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, any plan, complaint or demand whether formal or informal, whether

written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex or otherwise. Please add the undersigned to any limited notice matrix and any email service list.

                BODMAN PLC

                By: /s/ Brian R. Trumbauer
                    Brian R. Trumbauer (P57747)
                Attorneys for Blue Cross Blue Shield of Michigan
                and Blue Care Network of Michigan
                1901 St. Antoine Street
                6th Floor at Ford Field
                Detroit, Michigan 48226
                (313) 393-7554
                *btrumbauer@bodmanlaw.com*

July 19, 2013