KRAMER LEVIN NAFTALIS & FRANKEL LLP
Amy Caton
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

CARSON FISCHER, P.L.C.
Joseph M. Fischer
Robert Weisberg
Christopher Grosman
4111 Andover Road
West – Second Floor
Bloomfield Hills, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832

*Attorneys for Nuveen Asset Management and
BlackRock Financial Management, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————————————— X
In re:                            :
                                  :         Chapter 9
CITY OF DETROIT, MICHIGAN,        :         Case No. 13-53846
                                  :
                    Debtor.       :         Hon. _____
                                  :
                                  :
———————————————————— X

**NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

PLEASE TAKE NOTICE that Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") and Carson Fischer, P.L.C. ("Carson Fischer") hereby appear as counsel on behalf of Nuveen Asset Management ("Nuveen") and BlackRock Financial Management, Inc. ("BlackRock").

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kramer Levin and Carson Fischer each request that copies of all notices and pleadings given or served in this case be given and served upon each of Kramer Levin and Carson Fischer at their respective offices, addresses, telephone numbers, and e-mail addresses set forth below:

> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Attn:   Amy Caton
> Telephone: (212) 715-9100
> Facsimile: (212) 715-8000
> Email: acaton@kramerlevin.com
>
> - and -
>
> CARSON FISCHER, P.L.C.
> 4111 Andover Road
> West – Second Floor
> Bloomfield Hills, Michigan 48302-1924
> Attn:   Joseph M. Fischer
>             Robert Weisberg
>             Christopher Grosman
> Telephone: (248) 644-4840
> Facsimile: (248) 644-1832
> Email:  jfischer@carsonfischer.com
>             rweisberg@carsonfischer.com
>             cgrosman@carsonfischer.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the Eastern District of Michigan, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

2

13-53846-tjt    Doc 47    Filed 07/19/13    Entered 07/19/13 15:17:41    Page 2 of 4

mail, delivery, telephone, telegraph, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Pleadings and Other Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a judge of the United States District Court for the Eastern District of Michigan, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court for the Eastern District of Michigan withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
July 19, 2013

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                By: /s/ Amy Caton
                    Amy Caton
                    1177 Avenue of the Americas
                    New York, New York 10036
                    Telephone: (212) 715-9100
                    Facsimile: (212) 715-8000

                    *-AND-*

                    CARSON FISCHER, P.L.C.
                    Joseph M. Fischer
                    Robert Weisberg
                    Christopher Grosman
                    4111 Andover Road
                    West – Second Floor
                    Bloomfield, Michigan 48302-1924
                    Telephone: (248) 644-4840
                    Facsimile: (248) 644-1832

                    *Attorneys for Nuveen Asset Managemnt and*
                    *BlackRock Financial Management, Inc.*