UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846
 Chapter 9
City of Detroit, Michigan

    Debtor
_____/

### DESIGNATION OF BANKRUPTCY JUDGE

    Pursuant to 11 U.S.C. §921 (b), I, Alice M. Batchelder, Chief Judge for the United States Court of Appeals for the Sixth Circuit, do hereby designate the Honorable Steven W. Rhodes to preside over the above referenced Chapter 9 case in the Eastern District of Michigan, Southern Division.

    I make this designation having reviewed the levels of experience and the respective caseloads of the judges of the Bankruptcy Court for the Eastern District of Michigan, and the availability of Judge Rhodes, and having received from the Chief Judges of both the Bankruptcy Court and the District Court for the Eastern District of Michigan the recommendation of those courts (see attached exhibits A and B) that Steven W. Rhodes be assigned to this Chapter 9 case.

Dated: 19 July 2013

Alice M. Batchelder
Chief Judge
United States Court of Appeals
Sixth Judicial Circuit



**UNITED STATES DISTRICT COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD., ROOM 730
DETROIT, MICHIGAN 48226

July 19, 2013

GERALD E. ROSEN
CHIEF JUDGE

(313) 234-5135

Hon. Alice M. Batchelder
Chief Judge - U.S. Court of Appeals
Donald J. Pease Federal Building
143 West Liberty Street
Medina, OH 44256

RE: *City of Detroit, Michigan*, Chapter 9
Case No. 13-53846

Dear Chief Judge Batchelder:

Following up our conversation this morning, I am including a letter from Chief Bankruptcy Judge Phillip Shefferly informing me that it is the unanimous and strong recommendation of his Bench that in your capacity as Chief Judge of the Sixth Circuit under 11 U.S.C. § 921(b), you designate Bankruptcy Judge Steven W. Rhodes as the Bankruptcy Judge to preside over the City of Detroit Chapter 9 case. As reflected in Chief Judge Shefferly's letter, I have confirmed that Judge Rhodes is willing to serve in this capacity for the duration of the case.

I have surveyed a large cross section of my Bench and can tell you that we wholeheartedly endorse the Bankruptcy Court's recommendation, for all of the reasons set forth in Chief Judge Shefferly's letter. I can also report that I have worked extensively with Judge Rhodes when he was Chief Judge of the Bankruptcy Court, and he has outstanding administrative and management skills, which of course will be necessary in handling a case of this magnitude.

On behalf of my Bench, I thank you for the offer of resource support that you have made, and look forward to working with you and your staff in this challenging matter.

With best wishes, I am

Sincerely,

Gerald E. Rosen
Chief Judge

GER:ddv

enclosure

Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SUITE 1950
211 WEST FORT STREET
DETROIT, MICHIGAN 48226

Chambers of
Honorable Phillip J. Shefferly
Chief Judge

(313) 234-0040
Phillip_Shefferly@mieb.uscourts.gov

July 19, 2013

*VIA EMAIL*

Chief Judge Gerald E. Rosen
United States District Court
Theodore Levin United States Courthouse
231 West Lafayette Blvd., Room 730
Detroit, Michigan 48226

    Re:   *City of Detroit, Michigan*, Chapter 9 Case No. 13-53846

Dear Chief Judge Rosen:

    You have asked for our Court's view as to which bankruptcy judge is best qualified to preside over the City of Detroit Chapter 9 case. I have canvassed each bankruptcy judge in the Eastern District of Michigan. It is our unanimous and very strong belief that Honorable Steven W. Rhodes is the bankruptcy judge best qualified to preside over the City of Detroit Chapter 9 case.

    Judge Rhodes is one of the most accomplished bankruptcy judges in the country, and is nationally recognized as such. He has served 28 years as a bankruptcy judge in this district, including many years as chief judge, and has presided over many large and complex cases. He also presided over the only previous Chapter 9 case filed in our district and is very knowledgeable about the relationship of federal bankruptcy law to state constitutional and other state law, which will likely be an important issue in this case. Judge Rhodes has the skill and experience to best handle this case.

Chief Judge Gerald E. Rosen
United States District Court
Page 2
July 19, 2013

I have discussed this case with Judge Rhodes, and he has assured me that, if assigned to him, he has the time and is willing to preside over this case for its duration.

Thank you for seeking our input. If you have any additional questions, please let me know.

Very truly yours,

Phillip J. Shefferly

PJS/jcz