UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

NOTICE OF APPEARANCE AND
REQUEST TO BE PLACED ON THE MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick and KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for the City of Detroit Water and Sewerage Department and its Board of Water Commissioners and, pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon them at the following address: Kilpatrick & Associates, P.C., 615 Griswold, Ste. 1708, Detroit, Michigan 48226-3985.

Respectfully submitted,

**KILPATRICK & ASSOCIATES, P.C.**

 /s/ Richardo I. Kilpatrick
RICHARDO I. KILPATRICK (P35275)
Attorneys for the City of Detroit
Water and Sewerage Department and its
Board of Water Commissioners
615 Griswold, Ste. 1708
Detroit, MI 48226-3985
ecf@kaalaw.com
(313) 963-2581

Dated: July 19, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

                Debtor.
_____/

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

## PROOF OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON THE MATRIX

**SHANNA M. KAMINSKI** certifies that on the 19th day of July, 2013, she served a copy of the NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON THE MATRIX and this PROOF OF SERVICE by filing said pleadings with the Clerk of the Court using the ECF system.

                                                  __/s/ Shanna M. Kaminski_____
                                                  **SHANNA M. KAMINSKI**, an employee of
                                                  KILPATRICK & ASSOCIATES, P.C.
                                                615 Griswold, Ste. 1708
                                                Detroit, MI 48226-3985
                                                (313) 963-2581
                                                ecf@kaalaw.com