UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

City of Detroit, Michigan                               Case No. 13-53846
                                                        Hon. Steven W. Rhodes
_____ Debtor /                         Chapter 9

NOTICE OF APPEARANCE OF COUNSEL
UNDER FED. R. BANKR. PRO. 9010

    MICHIGAN AUTO RECOVERY SERVICE, INC., a Creditor of the Debtor herein, gives notice that he directs Kurt Thornbladh P25858 of Thornbladh Legal Group PLLC to appear on his behalf as Lead Counsel of Record for Debtor herein.

1. The name and address of the Counsel so appearing is:

   KURT THORNBLADH P25858
   Thornbladh Legal Group PLLC
   7301 Schaefer
   Dearborn MI 48126
   313 943 2678
   Fax 313 447 2771
   kthornbladh@gmail.com

2. Debtor directs that all future and further notices, pleadings, orders, and the like which may be filed in this Court be sent to said Lead Counsel.

3. This Notice shall be in effect until rescinded by the Debtor or order of the Court.

FOR THE DEBTOR:

By:__/s/_kurt thornbladh_____
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
7301 Schaefer
Dearborn MI 48126
313 943 2678
Fax 313 447 2771
Kthornbladh@gmail.com

Dated:     7/20/2013