UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

                                                                         Case No.13-53846

City of Detroit, Michigan                                       Chapter 9

_____Debtor(s)\_\_/           Hon.Steven W. Rhodes

**STATEMENT OF DEBTOR REGARDING
CORPORATE OWNERSHIP**

**[ X ]**     **The following entities directly or indirectly own 10% or more of any class of creditor Michigan Auto Recovery Service, Inc.
equity interest:**

        Name:\_\_\_GREGORY A. ERRIGO_____
        Address:\_% Michigan Auto Recovery Service/ 8850 Southfield/ Detroit MI 48228

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        (For additional names, attach an addendum to this form)

**[ ]**     There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
        **I declare under penalty of perjury that the foregoing is correct.**

Dated: 7/20/2013                                                 \_/s/ Gregory A. Anthonyr\_
                                                                         Signature of Authorized Individual
                                                                         GREGORY A. ANTHONY
                                                                         President / Manager

PREPARED BY:
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
Schaefer Plaza
7301 Schaefer
Dearborn MI 48126
(313) 943 2678

kthornbladh@gmail.com