**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE:

City of Detroit, Michigan                                CHAPTER 9
                                                                CASE NO. 13-53846
                             Debtor(s)            JUDGE Steven W. Rhodes
_____/

## **CERTIFICATE OF MAILING**

        I hereby certify that on the 20th day of JULY, 2013, a copy of NOTICE OF APPEARANCE AND STATEMENT OF CORPORATE OWNERSHIP was electronically served upon:

- Paige E. Barr     Paige.Barr@kattenlaw.com
- Dirk H. Beckwith     dbeckwith@fosterswift.com
- Ryan Blaine Bennett     ryan.bennett@kirkland.com
- Douglas C. Bernstein     dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
- Brett A. Border     bborder@sspclegal.com, joumedian@sspclegal.com
- Judy B. Calton     jcalton@honigman.com
- Amy D. Caton     acaton@kramerlevin.com
- Ethan D. Dunn     bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
- David Eisenberg     deisenberg@ermanteicher.com
- Earle I. Erman     eerman@ermanteicher.com
- Joshua A. Gadharf     jgadharf@mcdonaldhopkins.com
- Jonathan S. Green     green@millercanfield.com
- Stephen M. Gross     sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen B. Grow     sgrow@wnj.com, kfrantz@wnj.com
- Edward J. Gudeman     ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
- Paul R. Hage     phage@jaffelaw.com, jtravick@jaffelaw.com
- David Gilbert Heiman     dgheiman@jonesday.com
- Richardo I. Kilpatrick     ecf@kaalaw.com
- Samuel S. Kohn     skohn@winston.com
- Stephen S. LaPlante     laplante@millercanfield.com
- Elias T. Majoros     emajoros@glmpc.com
- Eric David Novetsky     enovetsky@jaffelaw.com
- Sandra L. O'Connor     soconnor@glmpc.com
- Michael R. Paslay     mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;wallerbankruptcy@wallerlaw.com;robert.welhoelter@wallerlaw.com
- Barbara A. Patek     bpatek@ermanteicher.com
- Louis P. Rochkind     lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Ronald L. Rose     rrose@dykema.com
- Edward Todd Sable     tsable@honigman.com
- Kenneth M. Schneider     kschneider@schneidermiller.com
- Joseph R. Sgroi     jsgroi@honigman.com
- Brian R. Trumbauer     btrumbauer@bodmanlaw.com
- David M. Zack     dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com
- Craig E. Zucker     czucker@ermanteicher.com

and was mailed to the attached mailing matrix provided by the Clerk of the Court.

Dated:  7/20/2013 　　　　　　　　　　____/s/kurt thornbladh_____
　　　　　　　　　　　　　　　　　　　KURT THORNBLADH P25858
　　　　　　　　　　　　　　　　　　　Thornbladh Legal Group PLLC
　　　　　　　　　　　　　　　　　　　Schaefer Plaza
　　　　　　　　　　　　　　　　　　　7301 Schaefer
　　　　　　　　　　　　　　　　　　　Dearborn MI 48126
　　　　　　　　　　　　　　　　　　　(313) 943 2678
　　　　　　　　　　　　　　　　　　　Fax (313) 447 2771
　　　　　　　　　　　　　　　　　　　kthornbladh@gmail.com