| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 13-53846-swr<br>Eastern District of Michigan<br>Detroit<br>Sat Jul 20 13:25:45 EDT 2013 | City of Detroit Water and Sewerage Departmen<br>615 Griswold<br>Suite 1708<br>Detroit, MI 48226-3990 | City of Detroit, Michigan<br>2 Woodward Avenue<br>Suite 1126<br>Detroit, MI 48226-3443 |
| McAlpine PC<br>3201 University Dr., Suite 100<br>Auburn Hills, MI 48326-2396 | Upright Wrecking & Demolition, L.L.C.<br>5555 Connor Ave. Suite 1249<br>Detroit, MI 48213-3495 | City of Detroit Water and Sewerage Departmen<br>c/o Kilpatrick & Associates, P.C.<br>615 Griswold, Ste. 1708<br>Detroit, MI 48226-3990 |
| Douglas C. Bernstein, Esq.<br>Plunkett Cooney<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304-5096 | Enjoi Transportation, LLC<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 | Iron Mountain Information Management, LLC<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 |
| U.S. Bank National Association<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 | Upright Wrecking & Demolition<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 | David Gilbert Heiman<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1163 |
| Douglas C. Bernstein<br>Plunkett Cooney<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304-5096 | Jonathan S. Green<br>150 W. Jefferson<br>Ste. 2500<br>Detroit, MI 48226-4415 | Kenneth M. Schneider<br>Schneider Miller, P.C.<br>645 Griswold Ste. 3900<br>Detroit, MI 48226-4251 |
| Stephen S. LaPlante<br>150 W. Jefferson Ave.<br>Suite 2500<br>Detroit, MI 48226-4415 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Assured Guaranty Municipal Corp. | (u)BlackRock Financial Management, Inc. | (u)Blue Cross Blue Shield of Michigan and Blu |
| (u)Detroit Fire Fighters Association, I.A.F.F | (u)Detroit Institute of Arts | (u)Enjoi Transportation, LLC |
| (u)General Motors LLC | (u)Health Alliance Plan of Michigan | (u)Hercules & Hercules, Inc.<br>19055 W. Davidson<br>Detroit |

| | | |
|---|---|---|
| (u)Merrill Lynch Capital Services, Inc. | (u)Michigan Bell Telephone Company d/b/a AT&T | (u)National Public Finance Guarantee Corporat |
| (u)Nuveen Asset Management | (u)Schneiderman and Sherman, P.C. | (u)Syncora Capital Assurance Inc. |
| (u)Syncora Guarantee Inc. | (u)Syncora Holdings Ltd. | (u)U.S. Bank N.A. |
| (u)UBS AG | (u)US Health & Life Insurance Company | End of Label Matrix<br>Mailable recipients 15<br>Bypassed recipients 20<br>Total 35 |