`UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
PAPERS, AND REQUEST TO BE ADDED TO DEBTOR'S MATRIX**

Please take notice that Honigman Miller Schwartz and Cohn LLP ("Honigman") hereby appears in the above-captioned case on behalf of party-in-interest Detroit Institute of Arts and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the undersigned at the following address and that Honigman be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

>Arthur T. O'Reilly, Esq.
>Honigman Miller Schwartz and Cohn LLP
>2290 First National Building
>660 Woodward Avenue
>Detroit, MI 48226-3506
>Telephone: (313) 465-7628
>Facsimile: (313) 465-7629
>Email: aoreilly@honigman.com

>Respectfully submitted,

>HONIGMAN MILLER SCHWARTZ AND COHN LLP

Dated: July 22, 2013    By: /s/ Arthur T. O'Reilly
>Arthur T. O'Reilly (P70406)
>2290 First National Building
>660 Woodward Avenue
>Detroit, MI 48226-3506
>Telephone: (313) 465-7628
>Facsimile: (313) 465-7629
>Email: aoreilly@honigman.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the ECF system, and will send notification of such filing to all ECF participants registered in this matter.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Counsel for Party-In-Interest Detroit Institute of Arts

Dated: July 22, 2013    By: /s/ Arthur T. O'Reilly
        Arthur T. O'Reilly (P70406)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226-3506
        Telephone: (313) 465-7628
        Facsimile: (313) 465-7629
        Email: aoreilly@honigman.com