UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: City of Detroit, Michigan | Case No. 13-53846
Chapter 9
Judge Rhodes

Debtor in Possession
_____/

## REQUEST FOR NOTICE BY INTERESTED PARTY

NOW COMES Caralyce M. Lassner, of Caralyce M. Lassner, JD, PC, pursuant to FRBP 2002 and 9010, and hereby requests notice of all pleadings and claims filed in this case as a party in interest, representing debtors employed by or entitled to payments by the City of Detroit.

All notices should be served upon Caralyce M. Lassner electronically at ecf@lassnerlaw.com or via US Mail at 8300 Hall Road, Suite 201, Utica, MI 48317.

Respectfully Submitted by:

CARALYCE M. LASSNER, JD, PC

/s/ Caralyce M. Lassner
Caralyce M. Lassner (P59245)
8300 Hall Road, Suite 201
Utica, MI 48317
(248) 723-6100
ecf@lassnerlaw.com