UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

In re:                                       Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                   In Proceedings Under
                                             Chapter 9

           Debtor.                  Hon. Steven W. Rhodes

_____/

**NOTICE OF APPEARANCE, REQUEST
TO BE ADDED TO MATRIX AND BANKRUPTCY RULE 2002 REQUEST**

Robert J. Diehl, Jr. of BODMAN PLC, 6th Floor at Ford Field, 1901 St. Antoine Street, Detroit, Michigan 48226 enters his appearance as local counsel for U.S. Bank National Association, a party in interest in this case under Bankruptcy Rule 2002, requests that he be added to the matrix and that copies of all notices given or requested to be given in this case and all papers served in this case be given and served as follows:

        Robert J. Diehl, Jr.
        Bodman PLC
        6th Floor at Ford Field
        1901 St. Antoine Street
        Detroit, Michigan 48226
        Facsimile: (313) 393-7579
        Email: rdiehl@bodmanlaw.com

The foregoing request includes not only notices and papers identified in Bankruptcy Rule 2002, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, any plan, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex or otherwise. Please add the undersigned to any limited notice matrix and any email service list.

BODMAN PLC

By: ___/s/ Robert J. Diehl, Jr._____
Robert J. Diehl, Jr. (P31264)
Local Counsel for
U.S. Bank National Association
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7597

July 22, 2013