UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 22, 2013, Robert J. Diehl, Jr.'s NOTICE OF APPEARANCE, REQUEST TO BE ADDED TO MATRIX AND BANKRUPTCY RULE 2002 REQUEST was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all counsel of record.

By: */s/* Brittany M. Wood
Brittany M. Wood
Legal Secretary
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Phone: 313-656-2514
Email: *bwood@bodmanlaw.com*

July 22, 2013