IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Steven W. Rhodes |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

The undersigned hereby provides Notice that Kimberly J. Robinson is hereby entering her appearance on behalf of Genuine Parts Company, a creditor in this case, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy procedures and Sections 342 and 1109(b) of the Bankruptcy Code. The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

    Kimberly J. Robinson, Esq.
    Barack Ferrazzano Kirschbaum
     & Nagelberg LLP
    200 West Madison Street, Suite 3900
    Chicago, Illinois 60606
    Telephone: (312) 984-3100
    Facsimile: (312) 984-3150
    Kim.robinson@bfkn.com

Dated: July 22, 2013

    BARACK FERRAZZANO KIRSCHBAUM
    & NAGELBERG LLP

    By /s/ Kimberly J. Robinson
    Kimberly J. Robinson (IL6194420)
    200 West Madison Street, Suite 3900
    Chicago, Illinois 60606
    Telephone: (312) 984-3100
    Facsimile: (312) 984-3150
    Kim.robinson@bfkn.com

    Counsel for Genuine Parts Company

# CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that she caused copies to be served as follows:

1. Documents Served: Notice of Appearance and Request for Service of Papers

2. Served Upon:

   - Paige E. Barr    Paige.Barr@kattenlaw.com
   - Dirk H. Beckwith    dbeckwith@fosterswift.com
   - Ryan Blaine Bennett    ryan.bennett@kirkland.com
   - Douglas C. Bernstein    dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
   - Brett A. Border    bborder@sspclegal.com, joumedian@sspclegal.com
   - Judy B. Calton    jcalton@honigman.com
   - Amy D. Caton    acaton@kramerlevin.com, achouprouta@kramerlevin.com
   - Shannon L. Deeby    sdeeby@clarkhill.com
   - Ethan D. Dunn    bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
   - David Eisenberg    deisenberg@ermanteicher.com
   - Earle I. Erman    eerman@ermanteicher.com
   - Evan Justin Feldman    efeldman@clarkhill.com
   - Joshua A. Gadharf    jgadharf@mcdonaldhopkins.com
   - Robert D. Gordon    rgordon@clarkhill.com, lbellguzzo@clarkhill.com
   - Jonathan S. Green    green@millercanfield.com
   - Stephen M. Gross    sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
   - Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
   - Edward J. Gudeman    ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
   - Paul R. Hage    phage@jaffelaw.com, jtravick@jaffelaw.com
   - David Gilbert Heiman    dgheiman@jonesday.com
   - Richardo I. Kilpatrick    ecf@kaalaw.com
   - Samuel S. Kohn    skohn@winston.com, DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.com;KForte@winston.com
   - Stephen S. LaPlante    laplante@millercanfield.com
   - Caralyce M. Lassner    ecf@lassnerlaw.com
   - Elias T. Majoros    emajoros@glmpc.com
   - Eric David Novetsky    enovetsky@jaffelaw.com
   - Sandra L. O'Connor    soconnor@glmpc.com
   - Arthur O'Reilly    aoreilly@honigman.com, ahatcher@honigman.com
   - Michael R. Paslay    mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
   - Barbara A. Patek    bpatek@ermanteicher.com
   - Louis P. Rochkind    lrochkind@jaffelaw.com, dburris@jaffelaw.com

- Ronald L. Rose    rrose@dykema.com
- Edward Todd Sable    tsable@honigman.com
- Kenneth M. Schneider    kschneider@schneidermiller.com
- Joseph R. Sgroi    jsgroi@honigman.com
- John P. Sieger    john.sieger@kattenlaw.com
- Kurt Thornbladh    kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Brian R. Trumbauer    btrumbauer@bodmanlaw.com
- David M. Zack    dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
- Craig E. Zucker    czucker@ermanteicher.com

**Method of Service:**     Via Court ECF email notification on July 22, 2013

Dated: July 22, 2013

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/ Kimberly J. Robinson
Kimberly J. Robinson (IL 6194420)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone:    (312) 984-3100
Facsimile:    (312) 984-3150
Kim.robinson@bfkn.com

Counsel for Genuine Parts Company