UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

**THE CITY OF DETROIT, MICHIGAN**

Debtor.

Case No. 13-53846

Chapter 9

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for U.S. Bank National Association ("U.S. Bank"), not individually but as: (i) Trustee under that certain Trust Agreement, dated June 2, 2005, by and among the Detroit General Retirement System Service Corporation (the "GRS Corporation"), the Detroit Police and Fire Retirement System Service Corporation (the "PFRS Corporation") and U.S. Bank, and as Contract Administrator under that certain Contract Administration Agreement, dated June 2, 2005, by and among the Detroit Retirement Systems Funding Trust 2005 (the "2005 Funding Trust"), the GRS Corporation, the PFRS Corporation and U.S. Bank, in each case, regarding the issuance of Certificates of Participation Series 2005-A by the 2005 Funding Trust and the transactions contemplated thereby; and (ii) Trustee under that certain Trust Agreement, dated June 12, 2006, by and among the GRS Corporation, the PFRS Corporation and U.S. Bank, and as Contract Administrator under that certain Contract Administration Agreement, dated June 12, 2006, by and among the Detroit Retirement Systems Funding Trust 2006 (the "2006 Funding Trust"), the GRS Corporation, the PFRS Corporation and U.S. Bank, in each case, regarding the issuance of Certificates of Participation Series 2006-A and 2006-B by the 2006 Funding Trust and the transactions contemplated thereby, pursuant to Sections 102 and 342 of Title 11 of the United

States Code (the "Bankruptcy Code"), Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all papers, pleadings, motions, and applications served or required to be served in this case be given to and served upon:

| | |
|---|---|
| Dirk H. Beckwith (P35609) | William P. Smith (Admission Pending) |
| Foster Swift Collins & Smith PC | Nathan F. Coco (Admission Pending) |
| 32300 Northwestern Highway | McDermott Will & Emery LLP |
| Suite 230 | 227 West Monroe Street, Suite 4700 |
| Farmington Hills, Michigan 48334-1471 | Chicago, Illinois 60606 |
| Telephone: (248) 539-9918 | Telephone: (312) 372-2000 |
| Email: dbeckwith@fosterswift.com | Email: wsmith@mwe.com |
| | ncoco@mwe.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is without prejudice to U.S. Bank's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit U.S. Bank to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation U.S. Bank's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a

change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which U.S. Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments U.S. Bank expressly reserves.

Dated: July 19, 2013.

                                            Foster Swift Collins & Smith PC

                                            /s/ Dirk H. Beckwith

                                            Dirk H. Beckwith (P35609)
                                            Foster Swift Collins & Smith PC
                                            32300 Northwestern Highway
                                            Suite 230
                                            Farmington Hills, Michigan 48334-1471
                                            Telephone: (248) 539-9918
                                            Email: dbeckwith@fosterswift.com

                                            And

                                            William P. Smith (Admission Pending)
                                            Nathan F. Coco (Admission Pending)
                                            McDermott Will & Emery LLP
                                            227 West Monroe Street, Suite 4700
                                            Chicago, Illinois 60606
                                            Telephone: (312) 372-2000
                                            Email: wsmith@mwe.com
                                                          ncoco@mwe.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter this 22nd day of July, 2013.

/s/ Dirk H. Beckwith