UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| **CITY OF DETROIT, MICHIGAN,** | Case No. 13-53846 |
| | Hon. |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

Please take notice that ODM LLC, by its attorneys, Jeffer Mangels Butler & Mitchell LLP, appear in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

        David M. Poitras P.C.
        Jeffer Mangels Butler & Mitchell LLP
        1900 Avenue of the Stars
        Seventh Floor
        Los Angeles, CA 90067-4308
        Telephone: 310.201.3571
        Facsimile: 310.712.8571
        Email: dpoitras@jmbm.com

LA 9716145v1
13-53846-tjt   Doc 77   Filed 07/22/13   Entered 07/22/13 14:29:35   Page 1 of 3

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Respectfully submitted:

Dated: July 18, 2013

JEFFER MANGELS BUTLER & MITCHELL LLP

By: _____
DAVID M. POITRAS P.C.
Attorneys for ODM LLC

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 22nd day of July, 2013.

/s/ Billie Terry
Billie Terry