UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) | Hon. Steven W. Rhodes |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO ("**AFSCME**"), through its counsel, submits this notice of appearance and, pursuant to Federal Rules of Bankruptcy Procedure Rules 2002 and 9010(b) and 11 U.S.C. §§ 901(a) and 1109(b), requests that all notices given or required to be given and all papers served in this chapter 9 case be delivered to and served upon the counsel identified as follows:

>**LOWENSTEIN SANDLER LLP**
>65 Livingston Avenue
>Roseland, New Jersey 07068
>Telephone: (973) 597-2500
>Facsimile: (973) 597-6247
>Sharon L. Levine, Esq.
>Philip J. Gross, Esq.
>slevine@lowenstein.com
>pgross@lowenstein.com
>
>-and-
>
>**MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P.C.**
>400 Galleria Officentre, #117
>Southfield, MI 48034
>Telephone: (248) 354-9650
>Facsimile: (248) 354-9656
>John R. Canzano, Esq.
>jcanzano@michworklaw.com

-and-

Herbert A. Sander, Esq.
The Sanders Law Firm PC
615 Griswold St., Suite 913
Detroit, MI 48226
(313) 962-0099 (Telephone)
(313) 962-0044 (Facsimile)
hsanders@miafscme.org

PLEASE TAKE FURTHER NOTICE that this notice is not intended, nor shall it be deemed, to be a consent to or waiver of the right to challenge the jurisdiction of this court to adjudicate any matter, including, without limitation, whether these proceedings are properly authorized under Michigan or federal law, and any non-core matter; nor is it a consent to or waiver of any right to a jury trial which might be available on any issue during the course of these proceedings, all of which rights are expressly reserved. Neither this notice nor any subsequent appearance, pleading, claim or suit shall waive (i) the right of the AFSCME to have final orders in non–core matters entered only after *de novo* review by a district court; and (ii) the right of the AFSCME to a trial by jury in any proceeding so triable in this or any other case.

Dated: July 22, 2013

**LOWENSTEIN SANDLER LLP**
By: /s/ Sharon L. Levine
Sharon L. Levine, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-6247 (Facsimile)
slevine@lowenstein.com
pgross@lowenstein.com

-and-

**MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P.C.**
John R. Canzano, Esq.

400 Galleria Officentre, #117
Southfield, MI 48034
(248) 354-9650 (Telephone)
(248) 354-9656 (Facsimile)
jcanzano@michworklaw.com

-and-

Herbert A. Sander, Esq.
The Sanders Law Firm PC
615 Griswold St., Suite 913
Detroit, MI 48226
(313) 962-0099 (Telephone)
(313) 962-0044 (Facsimile)
hsanders@miafscme.org

*Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO*