# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## NOTICE OF APPEARANCE

TO:    CLERK OF THE COURT
          COUNSEL OF RECORD

       Please enter my Appearance as counsel for Debtor City of Detroit, Michigan in the above-captioned matter.

                                    Respectfully submitted,

                                    s/Robert S. Hertzberg
                                    ROBERT S. HERTZBERG (P30261)
                                    PEPPER HAMILTON LLP
                                    4000 Town Center, Suite 1800
                                    Southfield, MI 48075
                                    Telephone: (248) 359-7300
                                    hertzbergr@pepperlaw.com
Dated: July 22, 2013                Attorneys for Debtor City of Detroit, Michigan

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2013, I caused a copy of the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the U.S. Bankruptcy Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

Respectfully submitted,

s/Robert S. Hertzberg
ROBERT S. HERTZBERG (P30261)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
hertzbergr@pepperlaw.com
Attorneys for Debtor City of Detroit, Michigan

Dated: July 22, 2013
#20097610 v1 (140967.2)