**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused the following document to be served as follows:

Document Served: *Objection to Ex Parte Motion of Debtor for the Entry of an Order (A) Scheduling an Expedited Hearing on Certain Initial Motions Filed by Debtors, (B) Limiting Notice of Hearing and (C) Approving Form and Manner of Notice*

Method of Service: Via the ECF System upon all parties

Date of Service: July 22, 2013

                                                CLARK HILL PLC

                                                */s/ Lauralyn Bell-Guzzo*
                                                Lauralyn Bell-Guzzo
                                                151 S. Old Woodward Ave, Suite 200
                                                Birmingham, MI 48009
                                                lbellguzzo@clarkhill.com
                                                248.988.5872

Dated: July 22, 2013