UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:   Chapter 9

City of Detroit, Michigan   .   Case No. 13-53846

       Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Detroit Police Lieutenants and Sergeants Association (the "Appearing Party") hereby appears by its counsel, Erman, Teicher, Miller, Zucker & Freedman, P.C., and request, pursuant to 11 U.S.C. §§ 102(1) and 1109(b) and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorney, at the address set forth below:

    Earle I. Erman, Esq.
    Erman, Teicher, Miller, Zucker & Freedman, P.C.
    400 Galleria Officentre, Ste. 444
    Southfield, MI  48034
    Telephone:  (248) 827-4100
    Facsimile:  (248) 827-4106
    Email:  eerman@ermanteicher.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

> ERMAN, TEICHER, MILLER,
> ZUCKER & FREEDMAN, P.C.
>
> By: /s/ Earle I. Erman
>     Earle I. Erman (P24296)
>     Counsel for the Detroit Police Lieutenants
>       and Sergeants Association
>     400 Galleria Officentre, Suite 444
>     Southfield, MI 48034
>     Telephone: (248) 827-4100
>     Facsimile: (248) 827-4106
>     E-mail: eerman@ermanteicher.com

DATED: July 22, 2013

F:\OTHERINS\Detroit, CIty of\erman notice of appearance dplsa.docx