UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN  In Proceedings Under
Chapter 9

Debtor.
Hon. Steven W. Rhodes
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 2002 the undersigned, on behalf of Ambac Assurance Corporation ("Ambac"), requests that all notices and all papers given or served in this case be given and served on the following individuals:

> Carol Connor Cohen, Esq.
> **Arent Fox LLP**
> 1717 K Street, NW
> Washington, DC 20036-5342
> (202) 857-6054
> Carol.Cohen@arentfox.com
> Counsel for Ambac Assurance Corporation

> David L. Dubrow, Esq.
> **Arent Fox LLP**
> 1675 Broadway
> New York, NY 10019
> David.Dubrow@arentfox.com
> Counsel for Ambac Assurance Corporation

Mark A. Angelov, Esq.
**Arent Fox LLP**
1675 Broadway
New York, NY 10019
Mark.Angelov@arentfox.com
Counsel for Ambac Assurance Corporation

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rules 2002, 3017 and 9007, but also includes without limitation, orders and notices of any application, motion, response, reply, petition, pleadings, request, plan, complaint or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by hand delivery, mail, telephone, telefax, or otherwise, which affects the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this *Request for Service* nor any later appearances, pleading, proof of claim, claim or suit constitutes a waiver of the rights of Ambac: (i) to have final orders entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Respectfully Submitted:

SCHAFER AND WEINER, PLLC

By: /s/ Brendan G. Best
BRENDAN G. BEST (P66370)
Counsel for Ambac Assurance Corporation
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340

Dated: July 22, 2013
bbest@schaferandweiner.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2013 the foregoing *Request for Service* was filed with the Court's electronic case filing and noticing system and served on all parties registered to received electronic notices in this matter.

/s/ Brendan G. Best, Esq.