UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 22, 2013, a LIMITED OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER ESTABLISHING CASE MANAGFEMENT AND SCHEDULING PROCEDURES was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all counsel of record.

By: */s/* Brittany M. Wood
Brittany M. Wood
Legal Secretary
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Phone: 313-656-2514
Email: bwood@bodmanlaw.com

July 23, 2013