# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of: In Bankruptcy

**City of Detroit, Michigan**         Case no. 13-53846
                                      Chapter 9
                                      Hon. Steven W. Rhodes

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED AS CREDITOR

PLEASE TAKE NOTICE that Nathaniel Brent, resident of the City of Detroit, and plaintiff in a current action pending against the City of Detroit (E.D. Mich. Case no 2:11-cv-10724) is an interested party and potential creditor of debtor. Mr. Brent requests he be served with all filing required to be served with all papers served or required to be served at the address listed below by service other than electronic means (Mr. Brent is not part of the ECF filing system). Mr. Brent further request he be added to the debtor's creditor list in the instant case.

Nathaniel Brent
538 South Livernois
Detroit Mi. 48209

Dated July 23, 2013

Nathaniel Brent (in pro per)
538 South Livernois
Detroit Mi. 48209
(313) 841-4591