# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of: Bankruptcy

**City of Detroit, Michigan**  Case no. 13-53846
Chapter 9
Hon. Steven W. Rhodes

---

## Proof of Service

I certify that on July 23, 2013 I served **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED AS CREDITOR** upon all parties entitled to by mailing a copy via U.S. mail to their attorneys of record as shown by the E.C.F. filling system.

I certify that the above statement is true under penalty of perjury.

*Victoria Brent* (signature)    July 23, 2013
Victoria Brent