UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,            Chapter 9
                                                           Case No. 13-53846
                     Debtor.                    Hon. Steven W. Rhodes
_____

**APPEARANCE AND REQUEST TO BE ADDED TO MATRIX**

       PLEASE TAKE NOTICE that Steven G. Howell of Dickinson Wright PLLC hereby appears in the above-captioned case on behalf of State of Michigan, Department of Attorney General, and requests to be added to the matrix and further requests, pursuant to the Fed.R.Bankr.P. 2002 and 9010(b) that any and all notices given or required to be given in the above-captioned case and any proceedings therein, and all papers served or required to be served in the adversary case and any proceedings therein, be given to and served upon:

                 Steven G. Howell
                 Dickinson Wright PLLC
                 500 Woodward Avenue, Suite 4000
                 Detroit, Michigan 48226-3425

       PLEASE TAKE NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise.

July 23, 2013                                    DICKINSON WRIGHT PLLC

                                                 By: /s/ Steven G. Howell
                                                 Steven G. Howell (P28982)
                                                 500 Woodward Avenue, Suite 4000
                                                 Detroit, MI  48226
                                                 (313) 223-3500
                                                 showell@dickinsonwright.com

DETROIT 99999-0 1288949v1