UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,         Chapter 9
                                  Case No. 13-53846
             Debtor.        Hon. Steven W. Rhodes

_____

**CERTIFICATE OF SERVICE**

        I hereby certify that on July 30, 2013, I electronically filed an **Appearance and Request to Be Added to Matrix** with the Clerk of the Court using the ECF system which will send notification of such filing upon all counsel of record.

                                   Respectfully submitted,

                                   DICKINSON WRIGHT PLLC

                                   By: /s/ Dawn R. Copley
                                    Dawn R. Copley (P53343)
                                   500 Woodward Avenue, Suite 4000
                                   Detroit, MI  48226
                                   (313) 223-3500

                                   Attorneys for State of Michigan,
                                   Department of Attorney General