UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,        Chapter 9
                                  Case No. 13-53846
             Debtor.                 Hon. Steven W. Rhodes

_____

## CERTIFICATE OF SERVICE

      I hereby certify that on July 30, 2013, I electronically filed an **Appearance and Request to Be Added to Matrix** with the Clerk of the Court using the ECF system which will send notification of such filing upon all counsel of record.

                              Respectfully submitted,

                              DICKINSON WRIGHT PLLC

                              By: /s/ Steven G. Howell
                                  Steven G. Howell (P28982)
                              500 Woodward Avenue, Suite 4000
                              Detroit, MI 48226
                              (313) 223-3500

                              Attorneys for State of Michigan,
                              Department of Attorney General