# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN | Chapter 9 |
| Debtor. | Case No. 13-53846 |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS UNDER 11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, 9010

**PLEASE TAKE NOTICE** that the undersigned hereby files an appearance as counsel to the Retired Detroit Police and Fire Fighters Association, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that he be added to the matrix and that copies of all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to the following:

> LIPPITT O'KEEFE, PLLC
> Attn: Ryan C. Plecha
> Attorneys for the Retired Detroit Police and Fire Fighters Association
> 370 E. Maple Rd., 3rd Floor
> Birmingham, MI 48009
> 248-646-8292
> 248-646-8375 (fax)
> rplecha@lippittokeefe.com

**PLEASE TAKE FURTHER NOTICE** that neither Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (i) the right of the Retired Detroit Police and Fire Fighters Association to have final orders in non-core matters entered only after de novo review by the District Court; (ii) the right of the Retired Detroit Police and Fire Fighters Association to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (iii) the right of the Retired Detroit Police and Fire Fighters Association to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the right of the Retired Detroit Police

and Fire Fighters Association is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly persevered.

**PLEASE TAKE FURTHER NOTICE** that this Appearance in no way acknowledges the jurisdiction of this Court or the constitutionality of the City of Detroit's Chapter 9 bankruptcy filing (as currently challenged by The General Retirement System of the City of Detroit and the Police and Fire Department System of the City of Detroit in Case No. 13-768-CZ currently pending in Ingham County Circuit Court before the Honorable Clinton Canady III).

**PLEASE TAKE FURTHER NOTICE** that this Appearance does not waive any defenses related to jurisdiction or constitutionality of the City of Detroit's filing that may be available to the Retired Detroit Police and Fire Fighters Association.

    Respectfully submitted,

    LIPPITT O'KEEFE, PLLC

    /s/ Ryan C. Plecha
    Ryan C. Plecha (P71957)
    Attorneys for the Retired Detroit Police and
    Fire Fighters Association
    370 East Maple Road, 3rd Floor
    Birmingham, Michigan 48009
    (248) 646-8292
    rplecha@lippittokeefe.com

Dated: July 23, 2013