UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,                     Chapter 9
                                               Case No. 13-53846
        Debtor.                      Hon. Steven W. Rhodes
_____/

## PROOF OF SERVICE

      Rebekah LaPan, being duly sworn, deposes and says that on July 23, 2013, she electronically served State of Michigan's Appearance and Request for Service of Notices upon the parties listed below.


Jonathan S. Green
150 W. Jefferson
Ste. 2500
Detroit, Michigan  48226

David Gilbert Heiman
901 Lakeside Avenue
Cleveland, OH  44114


Robert S. Hertzberg
4000 Town Center
Suite 1800
Southfield, Michigan  48075-1505

Deborah Kovsky-Apap
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, Michigan  48075-1505


Stephen S. LaPlante
150 W. Jefferson Ave.
Suite 2500
Detroit, Michigan  48226


            */s/ Rebekah LaPan*
            Rebekah LaPan
            Legal Secretary
            Michigan Department of Attorney General