**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: City of Detroit, Michigan          Case No.   13-53846
                                          Chapter    9
                                          Judge Rhodes

      Debtor in Possession

_____/

**REQUEST FOR NOTICE BY INTERESTED PARTY**

    Janet M. Ziulkowski, of Ziulkowski & Associates, PLC, pursuant to FRBP 2002 and 9010, and hereby requests notice of all pleadings and claims filed in this case as a party in interest, representing debtors employed by or entitled to payments by the City of Detroit.

    All notices should be served upon Janet M. Ziulkowski electronically at ecf@zaplc.com or via US Mail at 17001 Nineteen Mile Rd., Ste 1-D, Clinton Township, MI 48038

Respectfully submitted by:

Ziulkowski & Associates, PLC

/s/ Janet M. Ziulkowski
Janet M. Ziulkowski (P60633)
17001 Nineteen Mile Rd., Ste 1-D
Clinton Twp., MI 48038
(586) 464-1640
ecf@zaplc.com