UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In Re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned appears as counsel for and on behalf of UBS AG and Merrill Lynch Capital Services, Inc., creditors in the above-captioned case, and pursuant to Bankruptcy Rules 2002 and 9010, requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on the following:

> Charles N. Ash Jr.
> WARNER NORCROSS & JUDD LLP
> 111 Lyon St. NW Suite 900
> Grand Rapids, MI 49503
> 616.752.2490
> Fax: 616.222.2490
> cash@wnj.com

Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) any right of UBS AG to have final orders entered only after de novo review by the District Court; (2) the right of UBS AG to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of UBS AG to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, or

defenses to which UBS AG is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, and defenses are expressly preserved.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

/s/ Charles N. Ash, Jr.
Charles N. Ash, Jr. (P55941)
111 Lyon St. NW, Suite 900
Grand Rapids, Michigan 49503
(616)752-2490
cash@wnj.com

9327449