UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN          Chapter 9
                                                     Case No. 13-53846
        Debtor.                                         Hon. Steven W. Rhodes
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that the State of Michigan (the "Appearing Party") hereby appears by its counsel, Attorney General, Bill Schuette and Matthew Schneider, Chief Legal Counsel, and request, pursuant to 11 U.S.C. §§ 102(1) and 1109(b) and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorney, at the address set forth below:

                 Matthew Schneider (62190)
                 Chief Legal Counsel
                 PO Box 30212
                 Lansing, Michigan 48909
                 517-241-8403
                 Schneiderm7@michigan.gov

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Federal rules of Bankruptcy Procedures, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this

1

matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

**PLEASE TAKE FUTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to jurisdiction of this Bankruptcy Court for any purpose other than with respect to the Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights claims actions defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted:

BILL SCHUETTE
Attorney General

*/s/ Matthew Schneider*
Matthew Schneider (62190)
Chief Legal Counsel
PO Box 30212
Lansing, Michigan  48909
517-241-8403
Schneiderm7@michigan.gov

Dated: July 23, 2013