UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,

Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

PROOF OF SERVICE

Rebekah LaPan, being duly sworn, deposes and says that on July 23, 2013, she electronically served State of Michigan's Appearance and Request for Service of Notices upon the parties listed below.

Jonathan S. Green
150 W. Jefferson
Ste. 2500
Detroit, Michigan 48226

David Gilbert Heiman
901 Lakeside Avenue
Cleveland, OH 44114

Robert S. Hertzberg
4000 Town Center
Suite 1800
Southfield, Michigan 48075-1505

Deborah Kovsky-Apap
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, Michigan 48075-1505

Stephen S. LaPlante
150 W. Jefferson Ave.
Suite 2500
Detroit, Michigan 48226

/s/ Rebekah LaPan
Rebekah LaPan
Legal Secretary
Michigan Department of Attorney General