UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                                          Case No. 13-53846

          Debtor.                                           Hon. Steven W. Rhodes
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Jason W. Bank of Kerr, Russell and Weber, PLC hereby enters his appearance as counsel for Wade Trim Associates, Inc. and, pursuant to the Bankruptcy Rules 2002, 3017(a), 9007 and 9010, requests that all notices and papers filed or entered in this case be served upon the undersigned, and that the following address be added to the official address matrix maintained in this proceeding by the Clerk of the Court as follows:

>Jason W. Bank
>Kerr, Russell and Weber, PLC
>500 Woodward Ave., Suite 2500
>Detroit, MI  48226-3406
>(313) 961-0200
>jbank@kerr-russell.com

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing demand includes not only the notices and appearances referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise which affects the Debtor or this proceeding.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, proof of claim or suit shall constitute waiver of (i) the right to have final orders in non-core matters entered only after review by a District Judge, (ii) the right to trial by jury in any proceeding related to this Chapter 9 bankruptcy case or any case, controversy or proceeding related to this Chapter 9 bankruptcy case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice.

Dated: July 23, 2013

**KERR, RUSSELL AND WEBER, PLC**

By: /s/Jason W. Bank
Jason W. Bank (P54447)
Counsel for Wade Trim Associates, Inc.
500 Woodward Ave., Suite 2500
Detroit, MI 48226
(313) 961-0200
jbank@kerr-russell.com