UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,

          Debtor.

_____/

Case No. 13-53846-swr
Chapter 9
Hon. Steven W. Rhodes

**NOTICE OF APPEARANCE
and REQUEST FOR NOTICES**

    PLEASE TAKE NOTICE that the undersigned has entered her appearance on behalf of

the United States of America, and its agencies, the above-entitled case.

                          BARBARA L. McQUADE
                          United States Attorney

                          /s/Julia A. Caroff
                          JULIA A. CAROFF
                          Assistant U.S. Attorney
                          211 W. Fort Street, Suite 2001
                          Detroit, MI 48226
                          Phone: (313) 226-9772
                          E-mail: julia.caroff@usdoj.gov
Dated: July 23, 2013           Penna. Lic. No. 37949

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,

                Debtor.
_____/

Case No. 13-53846-swr
Chapter 9
Hon. Steven W. Rhodes

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 23, 2013, the NOTICE OF APPEARANCE AND REQUEST FOR NOTICES, was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties having entered an appearance.

                                      /s/Julia A. Caroff
                                      JULIA A. CAROFF
                                      Assistant U.S. Attorney
                                      211 W. Fort Street, Suite 2001
                                      Detroit, MI 48226
                                      Phone: (313) 226-9772
                                      E-mail: julia.caroff@usdoj.gov
                                      Penna. Lic. No. 37949