UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

CITY OF DETROIT, MICHIGAN,

    Debtor,

_____/

CASE NO. 13-53846

CHAPTER 9

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS, UNDER 11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, 9010

PLEASE TAKE NOTICE that the undersigned hereby files an appearance as counsel to National Industrial Maintenance – Michigan, Inc. AND, PURSUANT TO Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. §1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to the following:

    DEAN & FULKERSON
    Attn: Kevin N. Summers
    801 W. Big Beaver Road, Suite 500
    Troy, MI 48084
    Tel: (248) 362-1300
    Fax: (248) 362-1358
    Email: Ksummers@dflaw.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) the right of National Industrial to have final orders in non-core matters entered only after de novo review by the District Court; (2) the right of National Industrial to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of National Industrial to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which

National Industrial is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly preserved.

Respectfully submitted,

DEAN & FULKERSON

Dated: July 23, 2013

/s/ Kevin N. Summers
Kevin N. Summers (P34458)
801 W. Big Beaver Road, Suite 500
Troy, MI 48084
Email: ksummers@dflaw.com
(248) 362-1300
(248) 362-1358 (Fax)