UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                     :

In re                                               : Chapter 9

CITY OF DETROIT, MICHIGAN,         : Case No. 13-53846

                     Debtor.                  : Hon. Steven W. Rhodes

---------------------------------------------------------x

## *EX PARTE* ORDER AUTHORIZING DEBTOR TO FILE A REPLY IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of Debtor for an Order Authorizing it to File a Reply in Excess of Page Limit (the "Motion"),[1] filed by the City of Detroit, Michigan (the "Debtor"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1.       The Motion is GRANTED.

---

[1]    Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2. The Debtor is granted relief from Local Bankruptcy Rule 9014-1(e) and may file its Reply in excess of five pages.

.

**Signed on July 23, 2013**

                **     /s/ Steven Rhodes     **
                **Steven Rhodes**
                **United States Bankruptcy Judge**