UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN          Case No. 13-43846
         Hon. Steven W. Rhodes
         Chapter 9

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS UNDER 11 U.S.C. 1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, 9010

    PLEASE TAKE NOTICE that the undersigned hereby files an appearance as counsel to, DTE Electric Company and DTE Gas Company and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a) 9007, 9010 and 11 USC 1109(b) request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statements and plans of reorganization or other documents filed or entered in this case be transmitted to: Leland Prince DTE Energy Company 688 WCB One Energy Plaza Detroit, Michigan 48221; princel@dteenergy.com.

         Respectfully submitted,

         By:    /s/ Leland Prince
         LELAND PRINCE (P30686)
         Attorney for DTE Electric and
         DTE Gas Companies
         One Energy Plaza
         688 WCB – Legal Department
         Detroit, Michigan 48226
         (313) 235-7725
Dated: July 23, 2013         princel@dteenergy.com