UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 22, 2013, the (I) *The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO's Objection to the Debtor's (A) Motion To Extend the Automatic Stay; (B) Motion Confirming The Protections of Sections 362, 365 and 922 of the Bankruptcy Code; and (C) Motion For Entry of an Order Directing and Approving Form of Notice Of Commencement Of Case and Manner Of Service and Publication Of Notice and Establishing A Deadline For Objections To Eligibility and a Schedule For Their Consideration and (II) Response To Debtor's Motion, Pursuant To Sections 102(1)(A) and 105(A) of the Bankruptcy Code and Rules 2002(m) and 9007 of the Federal Rules Of Bankruptcy Procedure, For Entry Of An Order Establishing Case Management and Scheduling Procedures* [Docket No. 84] was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated:   July 23, 2013

*/s/ Lisa Marie Bonito*
Lisa Marie Bonito
Paralegal
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
lbonito@lowenstein.com