UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Chapter 9

City of Detroit, Michigan          .                Case No. 13-53846

        Debtor.
_____/

# DECLARATION OF ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

David M. Eisenberg declares as follows:

1. I am an employee of the law firm of Erman, Teicher, Miller, Zucker & Freedman, P.C. ("Erman Teicher").

2. I make this Declaration upon personal knowledge, and if called as a witness, I would testify to the facts stated herein.

3. Erman Teicher represents the following parties in interest with respect to the bankruptcy case of the City of Detroit, Michigan, Case No. 13-53846 (the "Proceeding"):

(a) Detroit Firefighters Association, I.A.F.F. Local 344 ("DFFA")
Daniel F. McNamara, President
234 West Congress, Suite 644
Detroit, MI 48226

Nature of Representation: Erman Teicher represents the DFFA with respect to protection of the rights and interests of it and its members in the Proceeding.

(b) Detroit Police Lieutenants & Sergeants Association ("DPLSA")
Sgt. Mark Young, President
28 West Adams, Suite 700
Detroit, MI 48226

Nature of Representation: Erman Teicher represents the DPLSA with respect to protection of the rights and interests of it and its members in the Proceeding.

(c) Detroit Police Officers Association ("DPOA")
Mark Diaz, President
1938 E. Jefferson
Detroit, MI 48207

<u>Nature of Representation</u>: Erman Teicher represents the DPOA with respect to protection of the rights and interests of it and its members in the Proceeding.

(d) Detroit Police Command Officers Association ("DPCOA")
Commander Steve Dolunt, President
P.O. Box 2625
Detroit, MI 48202

<u>Nature of Representation</u>: Erman Teicher represents the DPCOA with respect to protection of the rights and interests of it and its members in the Proceeding.

4. Erman Teicher is representing each of these clients individually. They do not act as a committee of any kind.

5. I make this Declaration under penalty of perjury.

                                               */s/ David M. Eisenberg*
DAVID M. EISENBERG (P68678)
Erman, Teicher, Miller,
Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Telephone: 248-827-4100
Facsimile: 248-827-4106
Email: deisenbeg@ermanteicher.com

Dated: July 23, 2013

F:\OTHERINS\Detroit, CIty of\2019 declaration.docx