**Exhibit 2**
None [Separate Motion to be Filed]