UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan

    Debtor

_____/

Chapter 9
Case #13-53846
Hon. Steven W. Rhodes

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Jeffrey H. Bigelman, Esq., has this date entered his appearance in the above-captioned case as counsel for Creditor, Xerox Corporation, and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

Respectfully submitted,

**OSIPOV BIGELMAN, P.C.**

Dated: July 24, 2013

/s/ Jeffrey H. Bigelman
JEFFREY H. BIGELMAN (P61755)
Attorneys for Xerox Corporation
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Tel: (248) 663-1800 / Fax: (248) 663-1801
E-Mail: jhb_ecf@osbig.com