## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| Name, Address, Telephone Numbers and E-mail address:<br><br>Fred Neufeld<br>Stradling Yocca Carlson & Rauth, P.C.<br>100 Wilshire Blvd., 4th Floor<br>Santa Monica, CA 90401<br>Telephone: (424) 214-7000<br>e-mail: fneufeld@sycr.com | CASE NO.: 13-53846<br><br>CHAPTER: 9<br><br>Honorable Steven W. Rhodes |
|---|---|
| | **REQUEST FOR COURTESY NOTICE OF ELECTRONIC FILING (NEF)** |
| In re:<br><br>    **CITY OF DETROIT, MICHIGAN**<br><br>                              Debtor. | |

## REQUEST FOR
## COURTESY NOTICE OF ELECTRONIC FILING (NEF)

To the Clerk of the U.S. Bankruptcy Court, I hereby:

**Request Courtesy Notification of Electronic Filing.** The above named persons wish to receive courtesy electronic notice of all documents filed in the above referenced case. I understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered User of the Court's CM/ECF system to be eligible for courtesy NEFs.

I understand it is <u>my responsibility to add myself and my e-mail address to the above referenced case via CM/ECF in order to receive a courtesy NEF</u>.

I further understand this request **DOES NOT** impose any obligation on the Court, the debtors or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission.

I will use docket event "Request for Courtesy Notice of Electronic Filing (NEF)."

Date: July 24, 2013

                                                    */s/ Fred Neufeld*
                                                    Fred Neufeld