UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                              )
                                    )
                                    )   Chapter 9
                                    )
City of Detroit, Michigan,          )   Case No. 13-53846
                                    )
        Debtor.                     )   Hon. Steven W. Rhodes
                                    )
                                    )

## CORRECTED NOTICE OF APPEARANCE

TO:   CLERK OF THE COURT
      COUNSEL OF RECORD

       Please enter my Appearance as counsel for Debtor City of Detroit, Michigan in the above-captioned matter.

       Respectfully submitted,

/s/ Robert S. Hertzberg
ROBERT S. HERTZBERG (P30261)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
hertzbergr@pepperlaw.com

Dated: July 25, 2013       Attorneys for Debtor City of Detroit, Michigan

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of July, 2013, I caused a copy of the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the U.S. Bankruptcy Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

Respectfully submitted,

/s/ Robert S. Hertzberg
ROBERT S. HERTZBERG (P30261)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
hertzbergr@pepperlaw.com

Dated: July 25, 2013

Attorneys for Debtor City of Detroit, Michigan

#20097610 v1 (140967.2)