UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 9 |
| | ) |
| City of Detroit, Michigan, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## CORRECTED NOTICE OF APPEARANCE

TO: CLERK OF THE COURT
COUNSEL OF RECORD

Please enter my Appearance as counsel for Debtor City of Detroit, Michigan in the above-captioned matter.

Respectfully submitted,

/s/ Deborah Kovsky-Apap
DEBORAH KOVSKY-APAP (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
kovskyd@pepperlaw.com

Dated: July 25, 2013        Attorneys for Debtor City of Detroit, Michigan

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of July, 2013, I caused a copy of the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the U.S. Bankruptcy Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

Respectfully submitted,

/s/ Deborah Kovsky-Apap
DEBORAH KOVSKY-APAP (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
kovskyd@pepperlaw.com

Dated: July 25, 2013
Attorneys for Debtor City of Detroit, Michigan

#20092875 v1 (140967.2)