UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Chapter 9

City of Detroit, Michigan, Case No. 13-53846

        Debtor.
_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 25, 2013, the Declaration of Erman, Teicher, Miller, Zucker & Freedman, P.C. Pursuant to Federal Rule of Bankruptcy Procedure 2019 was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

        */s/ David M. Eisenberg*_____
        DAVID M. EISENBERG (P68678)
        Erman, Teicher, Miller,
        Zucker & Freedman, P.C.
        400 Galleria Officentre, Ste. 444
        Southfield, MI  48034
        Telephone:  248-827-4100
        Facsimile:  248-827-4106
        Email:  deisenbeg@ermanteicher.com

Dated:  July 26, 2013

F:\OTHERINS\Detroit, CIty of\cert of service re 2019 declaration.docx