# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## ORDER (I) CLARIFYING THE COURT'S JULY 22, 2013 ORDER AND (II) GRANTING LEAVE TO SYNCORA GUARANTEE INC., AND SYNCORA CAPITAL ASSURANCE TO CONDUCT LIMITED DISCOVERY

This matter coming before the Court on the motion[1] of Syncora Guarantee Inc., and Syncora Capital Assurance Inc. (collectively, "Syncora") for the entry of an order (i) clarifying the Court's July 22, 2013 *Ex Parte Order (A) Scheduling Expedited Hearings on Certain Initial Motions Filed by the Debtor, (B) Scheduling an Initial Status Conference, (C) Limiting Notice of Hearing, and (D) Approving Form and Manner of Notice* [Docket No. 65] (the "July 22 Order"); and (b) leave to conduct limited discovery relating to *Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant [to] Rule 9019, and (III) Granting Related Relief* [Docket No. 17] (the "Assumption Motion"); the Court having reviewed Syncora's Motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. Syncora's motion is GRANTED.

2. The hearing regarding the Assumption Motion set for August 2, 2013 shall be an initial status conference to set a briefing and discovery schedule relating to the Assumption

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in Syncora's motion.

Motion. The Court will review with counsel at the status conference whether and the extent to which discovery will be allowed and schedule for resolving the motion.

.

**Signed on July 26, 2013**

                                                              /s/ Steven Rhodes
                                                        **Steven Rhodes**
                                                        **United States Bankruptcy Judge**