UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

_____/

Chapter 9

Case No. 13-53846-SWR
Hon. Steven W. Rhodes

### NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS, UNDER 11 U.S.C. §1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, 9010

PLEASE TAKE NOTICE that the undersigned hereby files an appearance as counsel to Waste Management, Inc. and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. §1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to the following:

> COUZENS, LANSKY, FEALK, ELLIS,
>   ROEDER & LAZAR, P.C.
> Attn: Jerry M. Ellis
> 39395 W. Twelve Mile Road, Suite 200
> Farmington Hills, MI 48331
> Tel: (248) 489-8600
> Fax: (248) 489-4156
> Email: jerry.ellis@couzens.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit shall waive (1) the right of Waste Management to have final orders in non-core matters entered only after de novo review by the District Court; (2) the right of Waste Management to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of Waste Management to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Waste Management

1

is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly preserved.

        **Respectfully submitted,**

        **COUZENS, LANSKY, FEALK, ELLIS,**
         **ROEDER & LAZAR, P.C.**

        By:/s/ Mark S. Frankel
           Mark S. Frankel (P41565)
           Jerry M. Ellis (P13163)
        **Attorneys for Waste Management, Inc.**
        **39395 W. Twelve Mile Road, Suite 200**
        **Farmington Hills, MI 48331**
        **(248) 489-8600**
        **(248) 489-4156 (fax)**
        mark.frankel@couzens.com
        jerry.ellis@couzens.com

Dated: July 26, 2013

COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.