UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN                                    Chapter 9

               Debtor.                                            Case No. 13-53846

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 25, 2013, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

    1.    Ryan C. Plecha's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for the Detroit Retired City Employees Association;

    2.    Ryan C. Plecha's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for Shirley V. Lightsey, as President for the Detroit Retired City Employees Association; and

    3.    Ryan C. Plecha's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for Shirley V. Lightsey, individually.

                                                Respectfully submitted,

                                                /s/ Tracy Reitzloff
                                                Tracy Reitzloff
                                                Lippitt O'Keefe, PLLC
                                                Assistant to Ryan C. Plecha
                                                370 E. Maple Rd., 3rd Floor
                                                Birmingham, MI 48009
                                                (248) 646-8292
                                                treitzloff@lippittokeefe.com

Dated: July 26, 2013