UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN  Chapter 9

Debtor.  Case No. 13-53846

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 23, 2013, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Ryan C. Plecha's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for the Retired Detroit Police and Firefighters Association;

2. Ryan C. Plecha's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for Donald Taylor as President of the Retired Detroit Police and Firefighters Association; and

3. Ryan C. Plecha's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for Donald Taylor, individually.

Respectfully submitted,

/s/ Tracy Reitzloff
Tracy Reitzloff
Lippitt O'Keefe, PLLC
Assistant to Ryan C. Plecha
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
treitzloff@lippittokeefe.com

Dated: July 26, 2013