UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN                              Chapter 9

　　　　Debtor.                                         Case No. 13-53846

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 24, 2013, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Brian D. O'Keefe's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for the Retired Detroit Police and Firefighters Association;

2. Brian D. O'Keefe's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for Donald Taylor as President of the Retired Detroit Police and Firefighters Association;

3. Brian D. O'Keefe's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for Donald Taylor, individually;

4. Brian D. O'Keefe's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for the Detroit Retired City Employees Association;

5. Brian D. O'Keefe's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for Shirley V. Lightsey, as President for the Detroit Retired City Employees Association; and

6. Brian D. O'Keefe's Notice Of Appearance And Request For Documents Under 11 U.S.C. § 1109(b) And Fed. R. Bankr. P. 2002, 3017(a), 9007, 9010 for Shirley V. Lightsey, individually.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Tracy Reitzloff
　　　　　　　　　　　　　　　　　　　　Tracy Reitzloff
　　　　　　　　　　　　　　　　　　　　Lippitt O'Keefe, PLLC
　　　　　　　　　　　　　　　　　　　　Assistant to Brian D. O'Keefe
　　　　　　　　　　　　　　　　　　　　370 E. Maple Rd., 3rd Floor
　　　　　　　　　　　　　　　　　　　　Birmingham, MI  48009
　　　　　　　　　　　　　　　　　　　　(248) 646-8292
　　　　　　　　　　　　　　　　　　　　treitzloff@lippittokeefe.com

Dated: July 26, 2013