# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                    Chapter 9

City of Detroit, Michigan,                Case No. 13-53846

        Debtor.                   Hon. Steven W. Rhodes
_____/

### CERTIFICATE OF SERVICE
**[Relates to ECF Dkt. No. 170]**

STATE OF WISCONSIN   )
                               ) ss.
COUNTY OF DANE       )

    **ZERITHEA GALE RAICHE**, being duly sworn and on oath, deposes and states that:

1. I am employed as a paralegal with the Madison law firm of Godfrey & Kahn, S.C.

2. In that capacity, I work with Carla O. Andres and the other attorneys of Godfrey & Kahn, S.C., an interested party in this bankruptcy case.

3. On July 25, 2013, a true and correct copy of the following document:

- **Comment on Proposed Order Appointing Fee Examiner [ECF Dkt. No. 170]**

was filed with the Clerk of the Bankruptcy Court using the ECF filing system which will send notification of such filing via the Court's CM/ECF System on the parties listed on attached **Exhibit A**.

4. On July 25, 2013, a true and correct copy of the document listed in paragraph 3 above was served by overnight mail, postage prepaid, on the parties listed below:

Office of the U.S. Trustee
211 West Fort Street, Suite 700
Detroit, MI 48226

David G. Heiman
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114

Jonathan S. Green
Stephen S. LaPlante
Miller Canfield Paddock & Stone, PLC
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226

Robert S. Hertzberg
Deborah Kovsky-Apap
Pepper Hamilton LLP
400 Town Center, Suite 1800
Southfield, MI 48075-1505

Dated: July 26, 2013.

    /s/ *Zerithea Gale Raiche*
**ZERITHEA GALE RAICHE**

Subscribed and sworn to before me
this 26th day of July, 2013.

    /s/ *Candace K. Black*
NOTARY PUBLIC, State of Wisconsin

My Commission Expires: May 11, 2014

9816735.1

# **EXHIBIT A**

**Miscellaneous:**

13-53846-swr City of Detroit, Michigan

| | | |
|---|---|---|
| Type: bk | Chapter: 9 v | Office: 2 (Detroit) |
| Assets: n | Judge: swr | Case Flag: TranscriptREQ |

**U.S. Bankruptcy Court**

**Eastern District of Michigan**

Notice of Electronic Filing

The following transaction was received from Carla Orman Andres entered on 7/25/2013 at 5:32 PM EDT and filed on 7/25/2013

**Case Name:** City of Detroit, Michigan
**Case Number:** 13-53846-swr
**Document Number:** 170

**Docket Text:**
Declaration *Comment on Proposed Order Appointing Fee Examiner* Filed by Interested Party Godfrey & Kahn, S.C. (RE: related document(s)[129] Order (Generic)). (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Exhibit E # (6) Exhibit F) (Andres, Carla)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\GROUPS\Scandocs\Gale Raiche\ECF Filings\2013 07 25 -- Comment on Proposed Order Appointing Fee Examiner.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=7/25/2013] [FileNumber=38191837-0] [ce2cc877b1407c762e78887669759cfc31615f4ee81c6b11c698bf9bf025dace9c
3a0e3bd40492243a1a34c6fe4ea6b2b1e9d3e30603644ed491629d3948746a]]
**Document description:** Exhibit A
**Original filename:** G:\groups\Scandocs\Gale Raiche\ECF Filings\Exhibit A - Motors Liquidation Co - Stipulation and Order with Respect to Appointment of a Fee Examiner.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=7/25/2013] [FileNumber=38191837-1] [a10dcc910072686f4d147146a5e65748fa3885c862b213beb691d809cbf3375b91
47ca6e236a367f90dc01f8bb7ee2c20c480ea339a27f3521e53799889a69cc]]
**Document description:** Exhibit B
**Original filename:** G:\groups\Scandocs\Gale Raiche\ECF Filings\Exhibit B - Lehman Brothers Holdings Inc - Order Amending the Fee Protocol and Amended Fee Protocol.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=7/25/2013] [FileNumber=38191837-2] [164614740b27e1cbb06c38dd6748e5356ea184ecbbd4c960841f400cb42d01fbcd
30ffb03b1261d86b0296a4aba5b5644e55421e39dd5aca8a9710f93b0627f0]]
**Document description:** Exhibit C
**Original filename:** G:\groups\Scandocs\Gale Raiche\ECF Filings\Exhibit C - Lehman Brothers Holdings Inc - Fee Committee's Summary Report on Final Fee Applications.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=7/25/2013] [FileNumber=38191837-3] [06c8d98414d76b52c7ba47c9dca81474fb6c3b1458eb4179a3ff7f50c67e4c08fe
5fa9fabfa2a96241d90fa9c927ba30f341855b8ebb039ec127fdb993e1e672]]
**Document description:** Exhibit D
**Original filename:** G:\groups\Scandocs\Gale Raiche\ECF Filings\Exhibit D - Lehman Brothers Holdings Inc - Fee Committee's Summary Report on Final Fee Applications.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=7/25/2013] [FileNumber=38191837-4] [9dc25669a46e8c286206cf9d48354db4208fec2716e8945ecf146a54fc00f03f28
e8406ab5e5ef351cfe210c6a88aee79122fed87a08bc9664f6bc109195efd5]]
**Document description:** Exhibit E
**Original filename:** G:\groups\Scandocs\Gale Raiche\ECF Filings\Exhibit E - Motors Liquidation Co - Fee Examiner's Final Report and Summary.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=7/25/2013] [FileNumber=38191837-5] [b3267dc887d5af4e849853caa4eaea9d16c1a94ea44db8f5bb6aa91e6120343c18
969bcffc996f3f17577382650bb3d12a5f505ce6e46bdbac01453e23c81070]]
**Document description:** Exhibit F
**Original filename:** G:\groups\Scandocs\Gale Raiche\ECF Filings\Exhibit F - Lehman Brothers Holdings Inc - November 14, 2012 Hearing Transcript.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=7/25/2013] [FileNumber=38191837-6] [28943366d5722da29cdfe40e1f85428fba7d6cbf101317f12cc12357ef993de9ee
d1f9e6352867276386112a7c91cd02c947c0c08b0f173ca58b2269ad928582]]

**13-53846-swr Notice will be electronically mailed to:**

Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C.
candres@gklaw.com

Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc.
cash@wnj.com, kkranz@wnj.com

Charles N. Ash on behalf of Creditor UBS AG
cash@wnj.com, kkranz@wnj.com

Jason W. Bank on behalf of Interested Party New England Fertilizer Company
jbank@kerr-russell.com

Jason W. Bank on behalf of Interested Party Wade Trim Associates, Inc.
jbank@kerr-russell.com

Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan
Paige.Barr@kattenlaw.com

Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association
dbeckwith@fosterswift.com

Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A.
dbeckwith@fosterswift.com

Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc.
ryan.bennett@kirkland.com

Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc.
ryan.bennett@kirkland.com

Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd.
ryan.bennett@kirkland.com

Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein
dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation
bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Jeffrey H. Bigelman on behalf of Creditor Xerox Corporation
jhb_ecf@osbig.com, tc@osbig.com

Brett A. Border on behalf of Interested Party Schneiderman and Sherman, P.C.
bborder@sspclegal.com, joumedian@sspclegal.com

Judy B. Calton on behalf of Interested Party Detroit Institute of Arts
jcalton@honigman.com,blundberg@honigman.com

Julia A. Caroff on behalf of Interested Party United States of America
julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov

Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc.
acaton@kramerlevin.com, achouprouta@kramerlevin.com

Amy D. Caton on behalf of Creditor Nuveen Asset Management
acaton@kramerlevin.com, achouprouta@kramerlevin.com

Dawn R. Copley on behalf of Interested Party State of Michigan, Department of Attorney General
dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit
sdeeby@clarkhill.com

Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit
sdeeby@clarkhill.com

Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A.
rdiehl@bodmanlaw.com

Ethan D. Dunn on behalf of Creditor Hercules & Hercules, Inc.
bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344
deisenberg@ermanteicher.com

David Eisenberg on behalf of Creditor Detroit Police Command Officers Association
deisenberg@ermanteicher.com

David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association
deisenberg@ermanteicher.com

David Eisenberg on behalf of Creditor Detroit Police Officers Association
deisenberg@ermanteicher.com

Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344
eerman@ermanteicher.com

Earle I. Erman on behalf of Creditor Detroit Police Command Officers Association
eerman@ermanteicher.com

Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association
eerman@ermanteicher.com

Earle I. Erman on behalf of Creditor Detroit Police Officers Association
eerman@ermanteicher.com

Evan Justin Feldman on behalf of Creditor General Retirement System of the City of Detroit

efeldman@clarkhill.com

Evan Justin Feldman on behalf of Creditor Police and Fire Retirement System of the City of Detroit
efeldman@clarkhill.com

Steven B. Flancher on behalf of Interested Party State of Michigan
flanchers@michigan.gov

Joshua A. Gadharf on behalf of Interested Party Syncora Capital Assurance Inc.
jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf on behalf of Interested Party Syncora Guarantee Inc.
jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf on behalf of Interested Party Syncora Holdings Ltd.
jgadharf@mcdonaldhopkins.com

Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America
Nganatra@uaw.net

Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit
rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit
rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Jonathan S. Green on behalf of Debtor In Possession City of Detroit, Michigan
green@millercanfield.com

Stephen M. Gross on behalf of Creditor Bishop Real Estate, L.L.C.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross on behalf of Interested Party Syncora Capital Assurance Inc.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross on behalf of Interested Party Syncora Guarantee Inc.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross on behalf of Interested Party Syncora Holdings Ltd.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen B. Grow on behalf of Creditor Merrill Lynch Capital Services, Inc.
sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow on behalf of Creditor UBS AG
sgrow@wnj.com, kfrantz@wnj.com

Edward J. Gudeman on behalf of Interested Party Enjoi Transportation, LLC
ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Edward J. Gudeman on behalf of Interested Party Upright Wrecking & Demolition, L.L.C.
ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation
phage@jaffelaw.com, jtravick@jaffelaw.com

David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan
dgheiman@jonesday.com

Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan
hertzbergr@pepperlaw.com, alexsym@pepperlaw.com

Steven G. Howell on behalf of Interested Party State of Michigan, Department of Attorney General
showell@dickinsonwright.com

Patrick Warren Hunt on behalf of Interested Party New England Fertilizer Company
pwhunt@kerr-russell.com

Patrick Warren Hunt on behalf of Interested Party Wade Trim Associates, Inc.
pwhunt@kerr-russell.com

Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department
ecf@kaalaw.com

Samuel S. Kohn on behalf of Creditor Assured Guaranty Municipal Corp.
skohn@winston.com, DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.com;KForte@winston.com

Deborah Kovsky-Apap on behalf of Debtor In Possession City of Detroit, Michigan
kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Kay Standridge Kress on behalf of Debtor In Possession City of Detroit, Michigan
kressk@pepperlaw.com, alexsym@pepperlaw.com

Stephen S. LaPlante on behalf of Debtor In Possession City of Detroit, Michigan
laplante@millercanfield.com

Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner
ecf@lassnerlaw.com

Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO
slevine@lowenstein.com

Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO
slevine@lowenstein.com

Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company
emajoros@glmpc.com

Fred Neufeld on behalf of Interested Party Courtesy Notice
fneufeld@sycr.com

Kenneth E. Noble on behalf of Interested Party Deutsche Bank Securities Inc.
kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Eric David Novetsky on behalf of Creditor National Public Finance Guarantee Corporation
enovetsky@jaffelaw.com

Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company
soconnor@glmpc.com

Brian D. O'Keefe on behalf of Creditor Donald Taylor
bokeefe@lippittokeefe.com

Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey
bokeefe@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association
bokeefe@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association
bokeefe@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Donald Taylor
bokeefe@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey
bokeefe@lippittokeefe.com

Arthur O'Reilly on behalf of Interested Party Detroit Institute of Arts
aoreilly@honigman.com, ahatcher@honigman.com

Michael R. Paslay on behalf of Creditor U.S. Bank National Association
mike.paslay@wallerlaw.com,
Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wa

Barbara A. Patek on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344
bpatek@ermanteicher.com

Barbara A. Patek on behalf of Creditor Detroit Police Command Officers Association
bpatek@ermanteicher.com

Barbara A. Patek on behalf of Creditor Detroit Police Lieutenants and Sergeants Association
bpatek@ermanteicher.com

Barbara A. Patek on behalf of Creditor Detroit Police Officers Association
bpatek@ermanteicher.com

Ryan Plecha on behalf of Creditor Donald Taylor
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Creditor Shirley V Lightsey
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Interested Party Donald Taylor
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Interested Party Shirley V Lightsey
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Leland Prince on behalf of Creditor Leland Prince DTE Energy Co
princel@dteenergy.com

Kimberly Joan Robinson on behalf of Creditor Genuine Parts Company
kim.robinson@bfkn.com

Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation
lrochkind@jaffelaw.com, dburris@jaffelaw.com

Ronald L. Rose on behalf of Interested Party Health Alliance Plan of Michigan
rrose@dykema.com

Edward Todd Sable on behalf of Interested Party General Motors LLC
tsable@honigman.com

Kenneth M. Schneider on behalf of Interested Party Kenneth M. Schneider
kschneider@schneidermiller.com

Joseph R. Sgroi on behalf of Interested Party General Motors LLC
jsgroi@honigman.com

John P. Sieger on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan
john.sieger@kattenlaw.com

Kevin N. Summers on behalf of Creditor National Industrial Maintenance - Michigan, Inc.
ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc.
kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan
btrumbauer@bodmanlaw.com

Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation
dweiner@schaferandweiner.com

Jason L. Weiner on behalf of Creditor Bishop Real Estate, L.L.C.
jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

David M. Zack on behalf of Other Professional McAlpine PC
dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

Janet M. Ziulkowski on behalf of Interested Party Janet M Ziulkowski
jmz@zaplc.com, ecf@zaplc.com

Craig E. Zucker on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344
czucker@ermanteicher.com

Craig E. Zucker on behalf of Creditor Detroit Police Command Officers Association
czucker@ermanteicher.com

Craig E. Zucker on behalf of Creditor Detroit Police Lieutenants and Sergeants Association
czucker@ermanteicher.com

Craig E. Zucker on behalf of Creditor Detroit Police Officers Association
czucker@ermanteicher.com

**13-53846-swr Notice will not be electronically mailed to:**

Nathaniel Brent
538 South Livernois
Detroit, MI 48209