UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**NOTICE OF APPEARANCE,
REQUEST FOR SERVICE OF PAPERS,
AND REQUEST TO BE ADDED TO DEBTOR'S MATRIX**

Please take notice that Assistant Attorney General Michael R. Bell, Solicitor General John J. Bursch, Deputy Solicitor General B. Eric Restuccia, Assistant Attorney General Heather S. Meingast, Assistant Attorney General William R. Bloomfield, Assistant Attorney General Linus Banghart-Linn, and Assistant Attorney General Frank J. Monticello appear in the above-captioned case on behalf of party-in-interest Attorney General Bill Schuette and request that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the undersigned at the following address and that Attorney General

Schuette be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

    Michael R. Bell (P47890)
    Assistant Attorney General
    John J. Bursch (P57679)
    Solicitor General
    B. Eric Restuccia (P49550)
    Deputy Solicitor General
    Attorneys for Attorney General Bill Schuette
    P.O. Box 30754, Lansing, MI 48909
    517-373-3203
    BellM1@michigan.gov

                      Respectfully submitted,

                      Bill Schuette
                      Attorney General

                      John J. Bursch (P57679)
                      Solicitor General

                      B. Eric Restuccia (P49550)
                      Deputy Solicitor General

                      <u>/s/ Michael R. Bell</u>
                      Assistant Attorney General
                      Attorneys for
                      Attorney General Bill Schuette
                      P.O. Box 30754, Lansing, MI 48909
                      517-373-3203
                      BellM1@michigan.gov
                      [P47890]

Dated: July 29, 2013

**Certificate of Service**

I hereby certify that on July 29, 2013, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Michael R. Bell
Assistant Attorney General
Attorneys for
Attorney General Bill Schuette
P.O. Box 30754, Lansing, MI 48909
517-373-3203
BellM1@michigan.gov
[P47890]