# IN THE UNITED STATES BANKRUPTCY COURT

### Eastern District of Michigan

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT<br><br>Debtor | Case Number: 13-53846<br><br>Chapter Number: Other |

FILED 2013 JUL 29 P 12:43 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, ETC.

**PLEASE TAKE NOTICE** that **IBM Credit LLC**, a creditor and party-in-interest in the captioned Chapter Other case, **hereby appears in the case and requests** pursuant to Rule 2002 of the Rules of Bankruptcy Procedures that **all notices, motions, applications, petitions, pleadings and orders filed or served in the case be duly served on the following** :

> Andy Gravina
> Special Handling Group - MD NC317
> IBM Credit LLC
> 6303 Barfield Rd NE
> Atlanta, GA 30328

Dated: 07/19/2013

> IBM Credit LLC
> Armonk, New York
>
> By: _/s/ Andy Gravina_
> Andy Gravina

**Service List:**

Mr. Dave Bing
CEO
CITY OF DETROIT
2 Woodward Ave Ste 126
Detroit, MI 48226


Clerk of the Court,
United States Bankruptcy Court,
Eastern District of Michigan
211 W FORT ST STE 2100
Detroit MI 48226