UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: City of Detroit, Michigan

CASE NO. 13-53846-swr

Debtor(s).  CHAPTER 9

_____/

## ENTRY OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICES AND DOCUMENTS

NOW COMES A. Stephen Ramadan, PLC and does hereby enter its appearance as counsel for Martin O'Brien, who is a party in interest, and pursuant to the Bankruptcy Rules and the Bankruptcy Code does hereby request that all Notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served, electronically, on:

A. Stephen Ramadan P41892
22201 Harper Ave.
Saint Clair Shores, MI 48080

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing demand includes not only notices and appearances referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, fax or otherwise which effects or seeks to affect in any way the rights or interests of said creditor.

This appearance shall act as an appearance of every member of A. Stephen Ramadan, PLC, and is not limited to the attorney(s) listed below.

Dated: June 11, 2012

/s/ A. Stephen Ramadan P41892
Attorney for Interested Party Martin O'Brien
22201 Harper Ave., Ste 102
Saint Clair Shores, MI 48080
steveramadan@gmail.com
586-441-3239