UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN          Chapter 9
                                               Case No. 13-53846
              Debtor.                 Hon. Steven W. Rhodes
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Yuliy Osipov, Esq., has this date entered his appearance in the above-captioned case as counsel for Interested Party, Michigan Property Tax Relief, LLC, and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

                                         Respectfully submitted,

                                         **OSIPOV BIGELMAN, P.C.**

Dated: July 29, 2013              /s/ Yuliy Osipov
                                         YULIY OSIPOV (P59486)
                                         Attorneys for Michigan Property Tax Relief, LLC,
                                         20700 Civic Center Drive, Suite 420
                                         Southfield, MI 48076
                                         Tel: (248) 663-1800 / Fax: (248) 663-1801
                                         E-Mail: yo@osbig.com