UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN        Chapter 9
       Case No. 13-53846
     Debtor.        Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2013, she electronically filed:

- Appearance, Notice of Appearance and Request for Notices
- Certificate Of Service

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
211 W. Fort Street
Detroit, MI 48226

All Interested Parties on the Mailing Matrix


Dated: July 29, 2013        /S/ Tijuana A. Crawford
       TIJUANA A. CRAWFORD for
       OSIPOV BIGELMAN, P.C.
       20700 Civic Center Drive, Suite 310
       Southfield, MI 48076
       Tel: 248.663.1800/Fax:248.663.1801
       tc@osbig.com