UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN          Chapter 9
                                                       Case No. 13-53846
                Debtor.                          Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2013, she electronically filed:

- Ex_Parte Motion for Expedited Hearing on Michigan Property Tax Relief, LLC'S Motion for Relief From the Automatic Stay and for Waiver of Provisions of FED.R.BANKR.P. 4001(a)(3)
- Proposed Order
- Certificate Of Service

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
211 W. Fort Street
Detroit, MI 48226

All Interested Parties on the Mailing Matrix

and I also hereby certify that I mailed by First Class Mail with the United States Postal Service copies of the above noted documents to the following non-ECF participants:

Michigan Tax Tribunal
PO Box 30232
Lansing, MI 48909

Dated: July 29, 2013                             /S/ Tijuana A. Crawford
                                                           TIJUANA A. CRAWFORD for
                                                           OSIPOV BIGELMAN, P.C.
                                                           20700 Civic Center Drive, Suite 310
                                                           Southfield, MI 48076
                                                           Tel: 248.663.1800/Fax:248.663.1801
                                                           tc@osbig.com