UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - Detroit

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## STATEMENT OF MICHIGAN PROPERTY TAX RELIEF, LLC REGARDING CORPORATE OWNERSHIP

Name: **MICHIGAN PROPERTY TAX RELIEF, LLC**
Address: 3233 Coolidge Hwy
Berkley, MI 48072

[ ] The following entities directly or indirectly own 10% or more of any class of the above creditor's equity interest:

[ X] There are no entities that directly or indirectly own 10% or more of any class of the above creditor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2013

_____
Signature of Authorized Individual for
**MICHIGAN PROPERTY TAX RELIEF, LLC**
Randall T. LeVasseur
Managing Member