# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS, UNDER 11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, 9010

PLEASE TAKE NOTICE that the undersigned hereby files an appearance as counsel to National Public Finance Guarantee Corporation and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to the following:

> SIDLEY AUSTIN LLP
> Attn: Peter L. Canzano
> 1501 K Street, N.W.
> Washington, DC 20005
> Tel: (202) 736-8350
> Fax: (202) 736-8711
> Email: pcanzano@sidley.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) the right of National to have final orders in non–core matters entered only after de novo review by the District Court; (2) the right of National to a trial by jury in any proceeding so triable in the above–captioned case or any case, controversy, or proceeding related to this case; (3) the right of National to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which National is or

may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly preserved.

        Respectfully submitted,

        SIDLEY AUSTIN LLP

        By:    /s/ Peter L. Canzano
              Peter L. Canzano
              1501 K Street, N.W.
              Washington, DC 20005
              Tel: (202) 736-8350
              Fax: (202) 736-8711
              Email: pcanzano@sidley.com