UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Chapter 9

City of Detroit, Michigan,                            Case No. 13-53846

    Debtor.                                    Hon. Steven W. Rhodes
_____/

**Notice of *Proposed* Dates and Deadlines**

At the status conference in this case on August 2, 2013, the Court will solicit the comments of the parties on the following ***proposed*** dates and deadlines:

1. August 19, 2013 — Deadline to file Eligibility Objections.
2. August 23, 2013 — Deadline to serve written discovery requests.
3. September 13, 2013 — Deadline to comply with written discovery requests.
4. September 23, 2013 — Deadline to complete non-expert depositions.
5. September 23, 2013 — Deadline to designate expert witnesses and submit expert reports.
6. October 3, 2013 — Deadline to counter-designate experts and submit reports.
7. October 10, 2013 — Deadline to complete expert depositions.
8. October 17, 2013 — Deadline to submit proposed joint final pretrial order.
9. October 17, 2013 — Deadline to file pretrial briefs.
10. October 21, 2013 — Pretrial conference (10:00 a.m.).
11. October 23, 2013 — Trial on the Eligibility Objections.
    Additional dates as necessary - October 24-25, 28-29, November 4-8, 2013.
    (Mondays and Tuesdays- 9:00 a.m. - 3:00 p.m.; other days- 9:00 a.m. - 5:00 p.m.)
12. Motion hearing dates (all at 10:00 a.m.):
    - August 21 & 28, 2013
    - September 4 & 18, 2013
    - October 2 & 16, 2013
    - November 13 & 27, 2013
    - December 11, 2013
    - January 8 & 22, 2014
    - February 5 & 19, 2014
    - March 5 & 19, 2014
13. March 1, 2014 — Deadline for the City to file a plan.

.

**Signed on July 30, 2013**

                                                                             **/s/ Steven Rhodes**
                                                                             **Steven Rhodes**

**United States Bankruptcy Judge**