UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

    Debtor.                                        Hon. Steven W. Rhodes
_____/

## Notice of *Proposed* Dates and Deadlines

At the status conference in this case on August 2, 2013, the Court will solicit the comments of the parties on the following *proposed* dates and deadlines:

1. August 19, 2013 — Deadline to file Eligibility Objections.
2. August 23, 2013 — Deadline to serve written discovery requests.
3. September 13, 2013 — Deadline to comply with written discovery requests.
4. September 23, 2013 — Deadline to complete non-expert depositions.
5. September 23, 2013 — Deadline to designate expert witnesses and submit expert reports.
6. October 3, 2013 — Deadline to counter-designate experts and submit reports.
7. October 10, 2013 — Deadline to complete expert depositions.
8. October 17, 2013 — Deadline to submit proposed joint final pretrial order.
9. October 17, 2013 — Deadline to file pretrial briefs.
10. October 21, 2013 — Pretrial conference (10:00 a.m.).
11. October 23, 2013 — Trial on the Eligibility Objections.
    Additional dates as necessary - October 24-25, 28-29, November 4-8, 2013.
    (Mondays and Tuesdays- 9:00 a.m. - 3:00 p.m.; other days- 9:00 a.m. - 5:00 p.m.)
12. Motion hearing dates (all at 10:00 a.m.):
    | | |
    |---|---|
    | August 21 & 28, 2013 | December 11, 2013 |
    | September 4 & 18, 2013 | January 8 & 22, 2014 |
    | October 2 & 16, 2013 | February 5 & 19, 2014 |
    | November 13 & 27, 2013 | March 5 & 19, 2014 |
13. March 1, 2014 — Deadline for the City to file a plan.

Signed: July 30, 2013                                        /s/ Steven W. Rhodes
                                                                                        U.S. Bankruptcy Judge