UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
  Case No. 13-53846

City of Detroit, Michigan,

    Debtor.

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 30, 2013, he caused to be electronically filed with the Clerk of the Court a Notice of Appearance and Request for Service of Papers ("Notice") [docket no. 192], and that such Notice was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                JEROME D. GOLDBERG, PLLC

                By: */s/ Jerome D. Goldberg*
                Jerome D. Goldberg (P61678)
                Attorney for David Sole, Party in Interest
                2921 East Jefferson, Suite 205
                Detroit, MI 48207
                Phone: 313-393-6001
                Fax: 313-393-6007
                Email: apclawyer@sbcglobal.net

DATED: July 30, 2013