UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:                              :    Chapter 9
    City of Detroit, Michigan       :
            Debtor                  :    Bankruptcy No. 13-53846 (SWR)

### ENTRY OF APPEARANCE
### AND REQUEST FOR NOTICES

Dana S. Plon, Esquire hereby enters her appearance for Unisys Corporation, and in accordance with Federal Rule of Bankruptcy Procedure 2002(i), respectfully requests that all notices, pleadings and other papers filed in the above captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire
SIRLIN LESSER & BENSON, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
dplon@sirlinlaw.com

_____
DANA S. PLON
Identification No. 80361 (PA)

Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com

July 30, 2013