# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## Notice of *Proposed* Motion Procedure

At the status conference in this case on August 2, 2013, the Court will solicit the comments of the parties on the following *proposed* motion procedure:

1. **Procedure.** Except as provided herein or otherwise ordered by the Court, parties shall comply with LBR 9014-1. The Court has determined not to apply LBR 9013-4. Counsel are reminded of the requirement and importance of (a) affidavits in support of any facts alleged in a motion or response, and (b) substantive briefs.

2. **Hearing Dates for Motions**.
   a. The Court will determine all hearing dates.
   b. The Court will serve notices of all hearings.
   c. The Court will file and publish on its website a list of motions to be heard at least 2 days in advance of each Omnibus Hearing date.
   d. In a motion or a response, a party may request a hearing date that is on the published schedule of Omnibus Hearing dates.
   e. Generally the Court will attempt to schedule a hearing on a motion on the date requested by the parties in their papers.
   f. In the absence of a requested hearing date, the Court generally expects that it will set a motion for hearing on the next scheduled Omnibus Hearing date that is more than 7 days after the response is filed.
   g. All requests for an expedited hearing must be made by separate motion establishing cause.

3. **Adjournments.** All requests for hearing adjournment must be stated on the record with cause. LBR 5071-1(a) relating to adjournments by stipulation or motion is suspended.

4. **Conduct of Hearing.**
    a. The Court will not conduct an evidentiary hearing on a motion unless the order or notice setting the hearing states otherwise.
    b. If the Court determines that there are genuine issues of fact that must be resolved, the Court will set an evidentiary hearing, and if necessary, a discovery schedule.
    c. If the Court determines that there are no genuine issues of material fact and the matter turns on a legal question, the Court will conduct oral argument on the motions. The Court may then give a bench decision on the motion at the Omnibus Hearing or may take the matter under advisement.

Signed: July 30, 2013                    /s/ Steven W. Rhodes
                                         U.S. Bankruptcy Judge