# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CONSOLIDATED COMMENT OF RETIREE ASSOCIATION PARTIES TO THE *PROPOSED ORDER APPOINTING FEE EXAMINER.*

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually and as President of the DRCEA (collectively "Retiree Association Parties") through their counsel, Lippitt O'Keefe, PLLC, submit the following Consolidated Comment to the *Proposed Order Appointing Fee Examiner (Contained in Docket: No. 65):*

The proposed order would define "Professional Fee Expenses" to include, *inter alia,* expenses payable to the professionals of any official committee, and expenses awarded under 11 U.S.C. § 503(b)(9)." Section 503(b)(9) provides for reclamation claims. The Court may have intended to instead state "expenses awarded under 11 U.S.C. § 503(b)(4)" or "other professional fees allowed under 11 U.S.C. § 503(b)".

The Retiree Association Parties bring this issue to the Court's attention to avoid confusion and litigation over the apparent lack of applicability of 11 U.S.C. § 503(b)(9). Therefore, the Retiree Association Parties, request that the proposed Order Appointing Fee Examiner be clarified or modified to include the desired provision of 11 U.S.C. § 503.

Dated: July 30, 2013                    Respectfully submitted,

                                        Lippitt O'Keefe, PLLC

                                        /s/Brian D. O'Keefe
                                        Brian D. O'Keefe (P39603)
                                        Ryan C. Plecha (P71957)
                                        Attorneys for Retiree Association Parties
                                        370 East Maple Road, 3rd Floor
                                        Birmingham, Michigan 48009
                                        (248) 646-8292
                                        bokeefe@lippittokeefe.com

## CERTIFICATE OF SERVICE

The undersigned hereby states that on July 30, 2013, she filed the foregoing with the Clerk of the Court using the electronic filing system which will provide electronic service to all counsel of record. I declare the above statement to be true to the best of my knowledge, information and belief.

                                        /s/ Tracy Reitzloff
                                        Tracy Reitzloff
                                        Legal Assistant to Brian D. O'Keefe
                                        Lippitt O'Keefe, PLLC
                                        370 E. Maple, 3rd Floor
                                        Birmingham, MI 48009
                                        248-646-8292
                                        treitzloff@lippittokeefe.com