UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

No. 13-53846

Chapter 9

HON. STEVEN W. RHODES

## CORRECTED NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that the State of Michigan (the "Appearing Party") hereby appears by its counsel, Chief Legal Counsel Matthew Schneider, and Assistant Attorney General Steven B. Flancher, pursuant to 11 U.S.C. §§ 102(1) and 1109(b) and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorneys, at the address set forth below:

> Steven B. Flancher (P47894)
> Revenue and Collections Division
> Post Office Box 30754, Lansing, Michigan 48909
> Telephone: 517-373-3203
> Fax: 517-241-2741
> flanchers@michigan.gov

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedures, but also includes, without limitation, order and notices of any application, motion, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request of Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to jurisdiction of this Bankruptcy Court for any purpose other than with respect to the Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity,

under any agreements, all of which rights claims actions defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

Matthew Schneider (P62190)
Chief Legal Counsel

/s/ Steven B. Flancher
Assistant Attorney General
Attorneys for the
State of Michigan
P.O. Box 30754
Lansing, MI 48909
517-373-3203
FlancherS@michigan.gov
[P47894]

Dated: July 30, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2013, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Steven B. Flancher
Assistant Attorney General
Attorney for the
State of Michigan
P.O. Box 30754, Lansing, MI 48909
517-373-3203
FlancherS@michigan.gov
[P47894]