UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:                                               Case No. 13-53846

CITY OF DETROIT, MICHIGAN,             Chapter 9

         Debtor.                                Hon. Steven W. Rhodes
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears as counsel for and on behalf of DEPFA Bank PLC, creditor in the above-captioned case, and pursuant to Bankruptcy Rules 2002 and 9010, requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on the following:

> Suzanne L. Wahl (P71364)
> SCHIFF HARDIN, LLP
> 350 S. Main Street, Ste. 210
> Ann Arbor, MI 48104
> 734-222-1517
> Fax: 734-222-1501
> swahl@schiffhardin.com
>
> and
>
> Rick L. Frimmer (Application Pending)
> Michael W. Ott (Application Pending)
> SCHIFF HARDIN, LLP
> 233 S. Wacker Drive, Ste. 6600
> Chicago, IL 60606
> 312-258-5500
> Fax: 312-258-5600
> rfrimmer@schiffhardin.com
> mott@schiffhardin.com

Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) any right of DEPFA Bank PLC to have

final orders entered only after de novo review by the District Court; (2) the right of DEPFA Bank PLC to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of DEPFA Bank PLC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, or defenses to which DEPFA Bank PLC is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, and defenses are expressly preserved.

Respectfully submitted,

SCHIFF HARDIN LLP

/s/ Suzanne L. Wahl
Suzanne L. Wahl (P71364)
350 S. Main Street, Ste. 210
Ann Arbor, Michigan 48104
(734) 222-1517
swahl@schiffhardin.com