# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

--------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
--------------------------------------------------------x

## NOTICE OF FILING AMENDED LIST OF
## CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On July 18, 2013 (the "Petition Date"), the City of Detroit, Michigan, the above-captioned debtor (the "City"), filed a petition under chapter 9 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Michigan.

2. Also on the Petition Date, the City filed its List of Creditors Holding 20 Largest Unsecured Claims (Docket No. 15) (the "Original Top 20 List") in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure.

3. Attached hereto as Exhibit A is an Amended List of Creditors Holding 20 Largest Unsecured Claims, which supersedes the Original Top 20 List

and which contains revised contact information for the unsecured claim held by the Downtown Development Authority.

Dated: July 31, 2013

Respectfully submitted,

/s/ David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# **EXHIBIT A**

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re City of Detroit, Michigan,            ,       Case No. 13-53846
                Debtor

                                            Chapter 9

                                            Hon. Steven W. Rhodes

**AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 9 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| General Retirement System of the City of Detroit | General Retirement System of the City of Detroit<br>Attn: Michael J. VanOverbeke, Esq.<br>Interim General Counsel<br>VANOVERBEKE, MICHAUD & TIMMONY, P.C.<br>79 Alfred Street<br>Detroit, Michigan 48201<br>Telephone: (313) 578-1200<br>Facsimile: (313) 578-1201<br>mvanoverbeke@vmtlaw.com | Estimated pension unfunded actuarial accrued liability | Contingent, unliquidated | $2,037,000,000[2] |

---

[1] Amounts listed for funded debt obligations reflect the total amounts outstanding, estimated as of June 30, 2013.

[2] Based on most recent available actuarial analysis.

ATI-2572151v1

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| Police and Fire Retirement System of the City of Detroit | Police and Fire Retirement System of the City of Detroit<br>Attn: Joseph E. Turner, Esq.<br>General Counsel<br>CLARK HILL PLC<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, Michigan 48226<br>Telephone: (313) 965-8300<br>Facsimile: (313) 965-8252<br>jturner@clarkhill.com | Estimated pension unfunded actuarial accrued liability | Contingent, unliquidated | $1,437,000,000[2] |
| U.S. Bank N.A.,<br>as trustee and contract administrator<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | Pension-related Certificate of Participation ("COP") liabilities, Series 2006-B | Disputed | $801,361,345 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as trustee and contract administrator 535 Griswold Suite 550 Detroit, MI 48226 and Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com  Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | COP liabilities, Series 2005-A | Disputed | $516,496,945 |
| U.S. Bank N.A., as trustee and contract administrator, 535 Griswold Suite 550 Detroit, MI 48226 and Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com  Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | COP liabilities, Series 2006-A | Disputed | $153,358,699 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com<br><br>Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $100,000,000 Unlimited Tax General Obligation Bonds, Series 2001-A(1) | | $78,603,375 |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com<br><br>Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $73,500,000 Limited Tax General Obligation Capital Improvement Bonds, Series 2005-A(1) | | $60,639,506 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226 and Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com  Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $58,630,000 Unlimited Tax General Obligation Bonds, Series 2008-A | | $59,354,563 |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226 and Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com  Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $51,760,000 Unlimited Tax General Obligation Bonds, Series 2005-B | | $45,350,528 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com<br><br>Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $39,270,000 Unlimited Tax General Obligation Bonds, Series 2004-A(1) | | $39,778,853 |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com<br><br>Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $49,715,000 Limited Tax General Obligation Capital Improvement Bonds, Series 2008-A(1) | | $38,279,555 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226  and  Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com  Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $53,085,000 Unlimited Tax General Obligation Refunding Bonds, Series 2004-B(1) | | $38,118,791 |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226  and  Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com  Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $44,020,000 Unlimited Tax General Obligation Bonds, Series 2003-A | | $34,826,238 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| Downtown Development Authority<br>500 Griswold<br>Suite 2200<br>Detroit, MI 48226 | Athanasios Papapanos<br>500 Griswold St., Suite 2200<br>Detroit, MI 48226<br>Telephone: (313) 237-4638<br>Facsimile: (313) 483-4108<br>Artp1@degc.org<br><br>Glen W. Long, Jr.<br>500 Griswold St., Suite 2200<br>Detroit, MI 48226<br>Telephone: (313) 237-4616<br>Facsimile: (313) 483-4132<br>gwlong@degc.org<br><br>Rebecca Navin, Esq.<br>500 Griswold St., Suite 2200<br>Detroit, MI 48226<br>Telephone: (313) 237-4627<br>Facsimile: (313) 963-8839<br>navin@degc.org<br><br>Brian Kott, Esq.<br>Lewis & Munday, P.C.<br>660 Woodward Ave., Suite 2490<br>Detroit, Michigan 48226<br>Telephone: (313) 961-4121<br>Facsimile: (313) 961-1270<br>bkott@lewismunday.com | Loan payable | | $33,600,000 |
| U.S. Bank N.A.,<br>as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br><br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $66,475,000 Unlimited Tax General Obligation Refunding Bonds, Series 2008-B(1) | | $29,891,976 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com | $25,000,000 Capital Improvement Bonds (Limited Tax), Series 2008-A(2) | | $25,047,259 |
| and | | | | |
| Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | | | |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com | $44,100,000 Unlimited Tax General Obligation Bonds, Series 1999-A | | $18,704,347 |
| and | | | | |
| Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | | | |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226 and Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com  Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $30,805,000 Unlimited Tax General Obligation Refunding Bonds, Series 2005-C | | $18,629,059 |
| U.S. Bank N.A., as bond registrar and paying agent 535 Griswold Suite 550 Detroit, MI 48226 and Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com  Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | $62,285,000 Limited Tax General Obligation Self-Insurance Bonds, Series 2004 | | $13,157,625 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com | $13,530,000 General Obligation Capital Improvement Bonds (Limited Tax), Series 2005-A(2) | | $11,057,563 |
| and | | | | |
| Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | | | |

Date: July 29, 2013

    /s/ Kevyn D. Orr
    City of Detroit, Michigan
    Kevyn D. Orr
    Emergency Manager

I, Kevyn D. Orr, Emergency Manager of the City of Detroit, Michigan, declare under penalty of perjury that I have read the foregoing Amended List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of my information and belief.

Dated: July 29, 2013 /s/ Kevyn D. Orr
Kevyn D. Orr
Emergency Manager, City of Detroit