**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re:

CITY OF DETROIT, MICHIGAN                    Chapter 9
                                             Case No. 13-53846
              Debtor.                        Hon.  Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013, she electronically filed:

- Appearance, Notice of Appearance and Request for Notices
- Certificate Of Service

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
211 W. Fort Street
Detroit, MI  48226

All Interested Parties on the Mailing Matrix

Dated: July 31, 2013                    /S/ Tijuana A. Crawford
                                        TIJUANA A. CRAWFORD for
                                        OSIPOV BIGELMAN, P.C.
                                        20700 Civic Center Drive, Suite 310
                                        Southfield, MI 48076
                                        Tel: 248.663.1800/Fax:248.663.1801
                                        tc@osbig.com