In re:

CITY OF DETROIT,

            Debtor(s).

_____

Chapter   9
Case No. 13-53846-swr
Hon: Steven W. Rhodes

## ENTRY OF APPEARANCE AND

## REQUEST FOR ALL NOTICES AND DOCUMENTS

**NOW COMES** the City of Detroit, Law Department, by and through undersigned

counsel, and hereby enters an appearance a attorney for the Treasurer, City of Detroit in various

pending Chapter 13 matters , tax creditor herein, and hereby request copies of all notices, papers,

and pleadings filed in this case pursuant to 11 U.S.C. §§ 102(1), 342 AND 1109(b) and Rules

2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ( the " Bankruptcy Rules"),

that all notices given or required to be given in this case, be given to and served upon:

                Mary Beth Cobbs
                Assistant Corporation Counsel
                2 Woodward Ave Ste 500
                Detroit, MI 48226

This request includes, without limitation, all notices ( including those required by Bankruptcy

Rule 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications,

motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands,

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail,

delivery, telephone, facsimile, telecopy, electronic file transfer, telegraph, telex or otherwise.

G:\DOCS\TAX\cobbm\a23000\NOA\MW1797.WPD

Dated: 7/31/2013

/S/ Mary Beth Cobbs
**Mary Beth Cobbs (P-40080)**
Assistant Corporation Counsel
2 Woodward Ave. Ste 500
Detroit, MI 48226
(313) 237-3075
(313) 224-5505 (fax)
cobbm@detroitmi.gov

G:\DOCS\TAX\cobbm\a23000\NOA\MW1797.WPD

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN(DETROIT)

In re:

|  |  |
|---|---|
|  | Chapter 9 |
| CITY OF DETROIT, | Case No. 13-53846-swr |
|  | Hon: Steven W. Rhodes |

     Debtor(s).

_____

## CERTIFICATE OF SERVICE

     **MARY BETH COBBS,** hereby certifies that on,7/31/2013 she electronically filed **A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** with the clerk of the Court using the ECF system which will send notification of the filing to all counsel of record.

DATED: JULY 31,2013

                    /S/ MARY BETH COBBS
                    MARY BETH COBBS
                    2 Woodward Ste.500
                    Detroit, MI 48226
                    cobbm@detroitmi.gov