UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - Detroit

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN     Chapter 9
    Case No. 13-53846
Debtor.     Hon. Steven W. Rhodes
_____/

# ORDER RESOLVING MICHIGAN PROPERTY TAX RELIEF, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FED.R.BANKR.P. 4001 (a) (3)

Upon consideration of the parties' stipulation resolving Michigan Property Tax Relief, LLC's Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed. R. Bankr. P. 4001 (a)(3) (the "Motion"), and the Court being duly advised of the premises;

IT IS ORDERED that:

1) Relief from that automatic stay applicable under 11 U.S.C. § 922(a) and 11 U.S.C. § 362(a) is GRANTED for the limited purpose of allowing the Movant and its clients to take all steps necessary to file property tax appeals against the City of Detroit. However, Movant and its clients shall not take any action to prosecute the appeals or collect any refund of any pre-petition property tax overpayment absent further order of this Court.

2) This Court finds that Rule 4001 (a) (3) of the Federal Rules of Bankruptcy Procedure is waived and Michigan Property Tax Relief, LLC, and its clients may immediately file and commence property tax appeals against the City of Detroit.

.

**Signed on July 31, 2013**

                **/s/ Steven Rhodes**
                **Steven Rhodes**
                **United States Bankruptcy Judge**

3)