UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN                                Chapter 9

          Debtor.                                                Case No. 13-53846

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 30, 2013, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Consolidated Comment Of Retiree Association Parties To The Proposed Order Appointing Fee Examiner; and

2. Consolidated Response Of The Retiree Association Parties To The Motion Of Debtor, Pursuant To Section 1102(a)(2) Of The Bankruptcy Code For Entry Of An Order Directing The Appointment Of A Committee Of Retired Employees (with Exhibit).

                                      Respectfully submitted,

                                      /s/ Tracy Reitzloff
                                      Tracy Reitzloff
                                      Lippitt O'Keefe, PLLC
                                      Assistant to Brian D. O'Keefe
                                      370 E. Maple Rd., 3rd Floor
                                      Birmingham, MI 48009
                                      (248) 646-8292
                                      treitzloff@lippittokeefe.com

Dated: July 31, 2013