UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

''' Bankruptcy    Adversary

   Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____  **Time of Hearing:** _____  **Title of Hearing:** _____

Please specify portion of hearing requested:    ''' **Original/Unredacted** '''''' **Redacted** '''''''' **Copy** *2nd Party)

   Entire Hearing       Ruling/Opinion of Judge       Testimony of Witness       Other

Special Instructions: _____

**Type of Request:**

   Ordinary Transcript - $3.65 per page (30 calendar days)

   14-Day Transcript - $4.25 'r gt 'r ci g (14 calendar days)

   Expedited Transcript - $4.85 'r gt 'r ci g (7 working days)

''''''''''CD - $30; FTR Gold format''/''You must download the free
   ''''FTR Record Player™ onto your computer from
''''''''''''''''''''''''''''''''y y y 0hti qrf œqo ''

**Signature of Ordering Party:**

_____ Date: _____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                                    Date        By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 218    Filed 07/31/13    Entered 07/31/13 13:46:54    Page 1 of 1