UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michgan,     Case No. 13-53846

                                      Chapter 9

                                      Hon. Steven Rhodes

Debtor.
_____/

**Order Denying Ex Parte Motion
to File By Traditional Paper Filing**

An Ex Parte Motion to File by Traditional Paper Filing was received by the Court on July 30, 2013. Upon consideration, the Court finds that neither the motion for paper filing nor the underlying motion suggest any good reason why the underlying motion needs to be filed before counsel takes his ECF training. Further, the underlying motion is defective in that it does not comply with Local Bankruptcy Rule 9014-1. Accordingly, the motion to file by traditional paper filing is denied.

Signed: July 31, 2013

                                                           Steven W. Rhodes
                                                           U.S. Bankruptcy Judge

FILED 2013 JUL 31 P 1:30 CLERK U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT