UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

**AMENDED NOTICE OF APPEARANCE,
REQUEST FOR SERVICE OF PAPERS,
AND REQUEST TO BE ADDED TO DEBTOR'S MATRIX**

Please take notice that Assistant Attorney General Michael R. Bell, Solicitor General John J. Bursch, Deputy Solicitor General B. Eric Restuccia, Assistant Attorney General Heather S. Meingast, Assistant Attorney General William R. Bloomfield, and Assistant Attorney General Linus Banghart-Linn appear in the above-captioned case on behalf of party-in-interest Attorney General Bill Schuette and request that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the undersigned at the following address and that Attorney General Schuette be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

Michael R. Bell (P47890)
Assistant Attorney General
John J. Bursch (P57679)
Solicitor General
B. Eric Restuccia (P49550)
Deputy Solicitor General
Attorneys for Attorney General Bill Schuette
P.O. Box 30754, Lansing, MI 48909
517-373-3203
BellM1@michigan.gov

    Respectfully submitted,

    Bill Schuette
    Attorney General

    John J. Bursch (P57679)
    Solicitor General

    B. Eric Restuccia (P49550)
    Deputy Solicitor General

    /s/ Michael R. Bell
    Assistant Attorney General
    Attorneys for
    Attorney General Bill Schuette
    P.O. Box 30754, Lansing, MI 48909
    517-373-3203
    BellM1@michigan.gov
    [P47890]

Dated: July 31, 2013

## Certificate of Service

I hereby certify that on July 31, 2013, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Michael R. Bell
Assistant Attorney General
Attorneys for
Attorney General Bill Schuette
P.O. Box 30754, Lansing, MI 48909
517-373-3203
BellM1@michigan.gov
[P47890]