UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
(DETROIT)

In re:

    CITY OF DETROIT, MICHIGAN
    TAGHREED LIRATO

Case No. 13-53846-swr
Chapter 9
Hon. Steven W. Rhodes

                Debtor.
_____/

**APPEARANCE, NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES**

TO: All Creditors and Interested Parties

    PLEASE TAKE NOTICE that the law firm of Dawda, Mann, Mulcahy & Sadler, PLC, has entered its appearance in the above-captioned case as counsel for Brown Rehabilitation Management, Inc. and requests that all notices given or required to be given in this case and all papers served in this case be served upon the undersigned at the office and address set forth below.

    PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Court add the undersigned to the matrix of creditors.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtors or property of the Debtors.

Respectfully submitted,

DAWDA, MANN, MULCAHY & SADLER, PLC

By: /s/ David A. Mollicone
David A. Mollicone (P59407)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
(248) 642-3700
Attorneys for Brown Rehabilitation Management, Inc.
dmollicone@dmms.com

DATED: July 31, 2013