# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: ) | | Chapter 9 |
| ) | | |
| CITY OF DETROIT, MICHIGAN, ) | | Case No. 13-53846 |
| ) | | |
| Debtor. ) | | Honorable Steven W. Rhodes |
| ) | | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 31, 2013, the Limited Objection of the Detroit Retirement Systems to *Motion of Debtor, Pursuant to Section 1102(a)(2) of the Bankruptcy Code, for Entry of an Order Directing the Appointment of a Committee of Retired Employees* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Date: July 31, 2013

Respectfully submitted by,

CLARK HILL PLC

By: */s/ Secret S. Washington*
Secret S. Washington
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(248) 642-9692