UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN,   Case no. 13-53846
                              Chapter 9
            Debtor.            Hon. Steven W. Rhodes
_____/

NOTICE OF APPEARANCE, REQUEST TO BE
ADDED TO MATRIX, AND RESERVATION OF RIGHTS

To:   Clerk, U.S. Bankruptcy Court

**PLEASE TAKE NOTICE:**

1.   Plunkett Cooney represents Waste Management, Inc. ("Client"), a party in interest in this case.

2.   The undersigned attorney and firm enters their appearances and, under Bankruptcy Rule 2002, requests that it be added to the matrix and that copies of all notices given or requested to be given in this case, and all papers served in this case, be given and served on the undersigned.

3.   The foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, any motion, petition, pleading, request, any plan, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex or that otherwise affects Debtor or the property of Debtor. All such notices and pleadings should be sent to counsel and addressed as follows:

> Patrick C. Lannen
> Plunkett Cooney
> 38505 Woodward Avenue
> Suite 2000
> Bloomfield Hills, MI 48304

4. Neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (a) Client's right to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (b) Client's right to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (c) Client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, setoffs, or recoupments or remedies to which Client is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Client expressly reserves.

Respectfully submitted,

Plunkett Cooney

By: /s/PATRICK C. LANNEN\_\_\_\_\_
PATRICK C. LANNEN – P73031
Attorney for Waste Management, Inc.
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI 48304
(248) 901-4027
plannen@plunkettcooney.com

Dated: August 1, 2013

Open.P1058.P1058.13136015-1