UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------------- x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------------- x

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that International Union, UAW ("UAW"), through its undersigned counsel, submits this notice of appearance and, pursuant to Federal Rules of Bankruptcy Procedure Rules 2002 and 9010(b) and 11 U.S.C. §§ 901(a) and 1109(b), requests that all notices given or required to be given and all papers served in this chapter 9 case be delivered to and served upon the counsel as follows:

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036
Telephone: (212) 356-0227
Facsimile: (646) 473-8227
Email: bceccotti@cwsny.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is without prejudice to the UAW's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the Court, the Court's jurisdiction over the City of Detroit, or the City of Detroit's eligibility to commence and/or maintain proceedings under Title 11 of the United States Code, and shall not be deemed

or construed to submit the UAW to the jurisdiction of the Court. This Notice is not intended, nor shall it be deemed, to be a consent to or waiver of the right to challenge the jurisdiction of this Court to adjudicate any matter, including, without limitation, whether these proceedings are properly authorized under Michigan or federal law, and any non-core matter; nor is it a consent to or waiver of any right to a jury trial which might be available on any issue during the course of these proceedings, all of which rights are expressly reserved. All rights, remedies, and claims are hereby expressly reserved. Neither this Notice nor any subsequent appearance, pleading, claim or suit shall waive (i) the right of the UAW to have final orders in non–core matters entered only after *de novo* review by a District Judge; (ii) the right of the UAW to a trial by jury in any proceeding so triable in this or any other case, controversy, or proceeding related to these cases, or (iii) the right to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: August 1, 2013
      New York, New York

                                           Cohen, Weiss and Simon LLP

                             By: /s/ Babette A. Ceccotti
                                Cohen, Weiss and Simon LLP
                                Babette A. Ceccotti
                                330 West 42nd Street
                                New York, New York 10036-6976
                                T: 212-563-4100
                                bceccotti@cwsny.com

                                          - and -

                                Niraj R. Ganatra (P63150)
                                8000 East Jefferson Avenue
                                Detroit, Michigan  48214
                                T: (313) 926-5216
                                nganatra@uaw.net

                                *Attorneys for International Union, UAW*