UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------------- x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------------- x

CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of August 2013, I caused the *Response of International Union, UAW to Motion of Debtor, Pursuant to Section 1102(a)(2) of the Bankruptcy Code, for Entry of an Order Directing the Appointment of a Committee of Retired Employees* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
August 1, 2013

                                                                 Cohen, Weiss and Simon LLP

                                          By: /s/ Babette A. Ceccotti
                                                      330 West 42nd Street
                                                      New York, New York 10036-6976
                                                      T: 212-563-4100
                                                      bceccotti@cwsny.com

                                                 *Attorneys for International Union, UAW*