# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# (Southern Division)

| | |
|---|---|
| In re ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-53846-swr |
| Debtor. ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned attorneys hereby enter their appearance for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. ("EEPK"), and request that EEPK be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned attorneys at the following addresses and/or facsimile numbers:

> Vincent J. Marriott, III*
> Ballard Spahr LLP
> 1735 Market Street
> Philadelphia, Pennsylvania 19103
> Tel: (215) 864-8236
> Fax: (215) 864-9762
> E-mail: marriott@ballardspahr.com
> (*Application for admission to be filed)
>
> -and-

1

Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com

*Attorneys for Erste Europäische Pfandbrief-
und Kommunalkreditbank Aktiengesellschaft
in Luxemburg S.A.*

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive EEPK's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which EEPK is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 1, 2013.

/s/ Matthew G. Summers
Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com

-and-

Vincent J. Marriott, III, Esquire*
Ballard Spahr LLP
1735 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com
(*Application for admission to be filed)

*Attorneys for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.*

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 1st day of August, 2013, a copy of the foregoing Notice of Appearance was served via this Court's ECF system.


                                    /s/ Matthew G. Summers  
                                    Matthew G. Summers