In re:

CITY OF DETROIT, MICHIGAN

        Debtor.

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Stephen W. Rhodes

**APPEARANCE, NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES**

*PLEASE ENTER* the appearance of Silverman & Morris, P.L.L.C. and Thomas R. Morris as attorneys for: 1) Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA, and add the e-mail address of morris@silvermanmorris.com to the Electronic Service List of persons who have requested that all notices be served upon them, pursuant to F.R.B.P. 2002(i). Silverman & Morris, P.L.L.C. and Thomas R. Morris appear as co-counsel with Lippitt O'Keefe, P.L.L.C. subject to all terms stated in the appearances filed by that firm.

Respectfully submitted,

**SILVERMAN & MORRIS, P.L.L.C.**

By: */s/ Thomas R. Morris*
    THOMAS R. MORRIS (P39141)
30500 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
morris@silvermanmorris.com
(248) 539-1330   Fax: (248) 539-1355

Dated: August 1, 2013