# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# (Southern Division)

| | |
|---|---|
| In re ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-53846-swr |
| Debtor. ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned attorneys hereby enter their appearance for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. ("EEPK"), and request that EEPK be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned attorneys at the following addresses and/or facsimile numbers:

        Howard S. Sher, Esquire
        Jacob & Weingarten, P. C.
        2301 W. Big Beaver Rd, Suite 777
        Troy, Michigan 48084
        Telephone:  (248) 649-1900
        Facsimile:  (248) 649-2920
        E-mail:  howard@jacobweingarten.com

        *Attorneys for Erste Europäische Pfandbrief-*
        *und Kommunalkreditbank Aktiengesellschaft*
        *in Luxemburg S.A.*

1

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive EEPK's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which EEPK is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 1, 2013.

/s/ Howard S. Sher
Howard S. Sher, Esquire
Jacob & Weingarten, P. C.
2301 W. Big Beaver Rd, Suite 777
Troy, Michigan 48084
Telephone: (248) 649-1900
Facsimile: (248) 649-2920
E-mail: howard@jacobweingarten.com

*Attorneys for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# (Southern Division)

| | |
|---|---|
| In re ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-53846-swr |
| Debtor. ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## CERTIFICATE OF SERVICE

I, Lynnea Koerber, state that on August 1, 2013, I did file a copy of Notice of Appearance and Request For Service with the clerk of the Court using the ECF System and I hereby certify that the Courts ECF system has served all registered users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 1, 2013

/s/ Lynnea Koerber
Lynnea Koerber
howard@jacobweingarten.com