UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
        Case No. 13-53846

City of Detroit, Michigan,

　　Debtor.
_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 1, 2013, he caused to be electronically filed with the Clerk of the Court Party in Interest David Sole's Objection to Debtor City of Detroit's Motion, Pursuant to Section 1102(a)(2) of the Bankruptcy Code, for Entry of an Order Directing the Appointment of a Committee of Retired Employees [docket no.241], and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　JEROME D. GOLDBERG, PLLC

　　　　　　　　　　　　　　　　　　　　By: ___/s/ Jerome D. Goldberg___
　　　　　　　　　　　　　　　　　　　　Jerome D. Goldberg (P61678)
　　　　　　　　　　　　　　　　　　　　Attorney for David Sole, Party in Interest
　　　　　　　　　　　　　　　　　　　　2921 East Jefferson, Suite 205
　　　　　　　　　　　　　　　　　　　　Detroit, MI 48207
　　　　　　　　　　　　　　　　　　　　Phone: 313-393-6001
　　　　　　　　　　　　　　　　　　　　Fax: 313-393-6007
　　　　　　　　　　　　　　　　　　　　Email: apclawyer@sbcglobal.net

DATED: August 1, 2013