# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 1, 2013, the *Response Of Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees to the (i) Motion of Debtor, Pursuant To Section 1102(A)(2) of the Bankruptcy Code, For Entry of An Order Directing the Appointment Of A Committee of Retired Employees and (ii) (A) Motion of Debtor, Pursuant to Sections 102(1)(A) And 105(A) of the Bankruptcy Code and Rules 2002(M) and 9007 of the Federal Rules Of Bankruptcy Procedure, For Entry of an Order Establishing Case Management and Scheduling Procedures and (B) Court's Notice of Proposed Dates And Deadlines* [Docket No. 245] was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: August 1, 2013

*/s/ Lisa Marie Bonito*
Lisa Marie Bonito
Paralegal
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
lbonito@lowenstein.com