**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| In re:<br><br>**CITY OF DETROIT, MICHIGAN**,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |
|---|---|

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Deutsche Bank Securities Inc. ("Deutsche Bank"), a party in interest herein, appear in the above-captioned case pursuant to Bankruptcy Rules 2002 and 9010, and request that copies of all pleadings in this case including all papers, reports, pleadings, motions and applications, including notices of assumption of executory contracts or cure amounts, petitions, disclosure statements, plans of adjustment and answering or reply papers filed in the above-captioned case, by mail or otherwise, be served on:

Kevin M. Baum, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
kevin.baum@kattenlaw.com

**PLEASE TAKE FURTHER NOTICE THAT** this Notice of Appearance shall not be deemed or construed to be a waiver by Deutsche Bank (1) to have final orders in noncore and matters not arising in or under the Bankruptcy Code entered by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) of any other rights, claims, actions, defenses, setoffs, or recoupments to which Deutsche Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Deutsche Bank expressly reserves.

Dated: New York, New York
August 1, 2013

KATTEN MUCHIN ROSENMAN LLP
*Attorneys for Deutsche Bank Securities Inc.*

By: */s/ Kevin M. Baum*
Kevin M. Baum
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776