**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused the following document to be served as follows:

Document Served: *Limited Preliminary Response of Detroit Retirement Systems to Notice of Proposed Dates and Deadlines*

Method of Service: Via the ECF System upon all parties

Date of Service: August 1, 2013

CLARK HILL PLC

/s/ *Lauralyn Bell-Guzzo*
Lauralyn Bell-Guzzo
151 S. Old Woodward Ave, Suite 200
Birmingham, MI 48009
lbellguzzo@clarkhill.com
248.988.5872

Dated: August 1, 2013