# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

     I, Ryan Blaine Bennett, hereby certify that the *Statement of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. in Advance of the August 2, 2013, Initial Status Conference on the Debtor's Assumption Motion* [Docket No. 234] was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to the parties set forth in **Exhibit 1**, attached hereto, this 1st day of August, 2013.

Dated: August 1, 2013                        Respectfully submitted,

                                                 **KIRKLAND & ELLIS LLP**

                                 By:  */s/ Ryan Blaine Bennett*
                                          James H.M. Sprayregen, P.C.
                                          Ryan Blaine Bennett
                                          Stephen C. Hackney
                                          KIRKLAND & ELLIS LLP
                                          300 North LaSalle
                                          Chicago, Illinois 60654
                                          Telephone:    (312) 862-2000
                                          Facsimile:     (312) 862-2200

                                                      - and -

                                          Stephen M. Gross
                                          David A. Agay
                                          Joshua Gadharf
                                          MCDONALD HOPKINS PLC
                                          39533 Woodward Avenue
                                          Bloomfield Hills, MI 48304
                                          Telephone:    (248) 646-5070
                                          Facsimile:     (248) 646-5075

                                          *Attorneys for Syncora Guarantee Inc. and*
                                          *Syncora Capital Assurance Inc.*

**Exhibit 1**

agarrett@miafscme.org
emcneil@miafscme.org
cphillips@miafscme.org
dmalcolm@miafscme.org
clrncsndrs@yahoo.com
Reesel@detroitmi.gov
afscme207@sbcglobal.net
missnick64@hotmail.com
afscmelocal229@ymail.com
anurses@att.net
phil-douglas@sbcglobal.com
afscme457@peoplepc.com
philphil48238@yahoo.com
union836@yahoo.com
afscmelocal1023@att.net
deliaenright@hotmail.com
arlene.kirby@yahoo.com
gvp1220@aol.com
presidentlocal1227@hotmail.com
AFSCME-GMT-1642@peoplepc.com
KingY687@detroitmi.gov
Yvonners2001@yahoo.com
local2920@sbcglobal.net
atulocal26pba@aol.com
david.dubrow@arentfox.com
JenkinsH@detroitmi.gov
KingR@detroitmi.gov
patel@dwsd.org
pghosh@dwsd.org
m.neil@sbcglobal.net
theda3t@yahoo.com
senoritabonita@peoplepc.com
miag@michigan.gov
skhanna@berkre.com
Edwin.smith@bingham.com
edwin.smith@bingham.com
jared.clark@bingham.com
steven.wilamowsky@bingham.com
marcus.marsh@bingham.com
bbowman@bodmanlaw.com
btrumbauer@bodmanlaw.com
express33@aol.com
howard.hawkins@ctw.com
lary.stromfeld@cwt.com
mark.ellenberg@cwt.com

Mark.Ellenberg@cwt.com
Howard.Hawkins@cwt.com
Lary.Stromfeld@cwt.com
Jason.Jurgens@cwt.com
jfischer@carsonfischer.com
rweisberg@carsonfischer.com
cgrosman@carsonfischer.com
Detroitinfo@kccllc.com
dmcnamara344@aol.com
marcicampbel@gmail.com
DoluntS320@detroitmi.gov
youngM604@detroitmi.gov
Polo4491@aol.com
Diaz@detroitpoa.com
DiazM3329@gmail.com
info@drcea.org
NicDun@detroitmi.gov
Pamkin@detroitmi.gov
rrose@dykema.com
jgatteno@comcast.net
eerman@ermanteicher.com
czucker@ermanteicher.com
bpatek@ermanteicher.com
deisenberg@ermanteicher.com
Abby.wilkinson@FaegreBD.com
ladonnahart@comcast.com
jkamins@fosterswift.com
dbeckwith@fosterswift.com
mvanoverbeke@vmtlaw.com
emajoros@glmpc.com
soconnor@glmpc.com
ecf@gudemanlaw.com
ecf@gudemanlaw.com
jcalton@honigman.com
jsgroi@honigman.com
tsable@honigman.com
william.miller@iuoe324.org
Bankruptcy2@ironmountain.com
enovetsky@jaffelaw.com
phage@jaffelaw.com
lrochkind@jaffelaw.com
dgheiman@jonesday.com
hlennox@jonesday.com
twilson@jonesday.com

jbellman@jonesday.com
bbennett@jonesday.com
mike.gearin@klgates.com
paige.barr@kattenlaw.com
ecf@kaalaw.com
tmayer@kramerlevin.com
acaton@kramerlevin.com
edunn@maxwelldunnlaw.com
dmzack@mcalpinepc.com
wsmith@mwe.com
sgross@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com
laplante@millercanfield.com
green@millercanfield.com
laplante@millercanfield.com
dbernstein@plunkettcooney.com
jturner@clarkhill.com
poam@poam.net
ck445polc@yahoo.com
HansberryM@detroitmi.gov
presidentjan@aol.com
rdpffa@hotmail.com
simoliun@dwsd.org
jcarter@sbsco.com
kschneider@schneidermiller.com
bborder@sspclegal.com
langstony@gmail.com
ayoung586@comcast.net
aross@dwsd.org
etashman@sidley.com
jbjork@sidley.com
gneal@sidley.com
gneal@sidley.com
jbjork@sidley.com
jbendernagel@sidley.com
MIStateTreasurer@michigan.gov
TL214teams@ameritech.net
eduardo.rodriguez@bnymellon.com
susan.brown@usbank.com
susan.jacobsen2@usbank.com
lawrence.bell@usbank.com
jcunningham@uaw.net
jcunningham@uaw.net
BrooR@detroitmi.gov
mimilaurie@yahoo.com
ltownse@detroitpubliclibrary.org

mnicholson@uaw.net
mdwyer@uaw.net
jharrison@uwua.net
canderson@dwsd.org
mcqueen@dwsd.org
swilson@dwsd.org
david.lemke@wallerlaw.com
courtney.rogers@wallerlaw.com
Mike.Paslay@wallerlaw.com
Ryan.Cochran@wallerlaw.com
sgrow@wnj.com
ddozeman@wnj.com
cash@wnj.com
sgrow@wnj.com
ddozeman@wnj.com
cash@wnj.com
gary.holtzer@weil.com
alfredo.perez@weil.com
llarose@winston.com
skohn@winston.com
chardman@winston.com
sfoss@winston.com