UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

**NOTICE OF FILING OF AMENDED LIST
OF CREDITORS PURSUANT TO SECTION 924
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1007**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On July 18, 2013 (the "Petition Date"), the City of Detroit, Michigan, the above-captioned debtor (the "City"), filed a petition under chapter 9 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Michigan.

2. Also on the Petition Date, the City filed its List of Creditors Pursuant to Section 924 of the Bankruptcy Code and Bankruptcy Rule 1007 (Docket No. 16) (the "Original List of Creditors").

3. On July 19, 2013, the Clerk of Court restricted access to the Original List of Creditors in response to the City's Notice of Withdrawal and Request for Clerk to Restrict Access to Document (Docket No. 30), which

indicated that the Original List of Creditors included personal identifiers ("<u>Personal Information</u>") and that an amended list with redactions would be filed.

4. Attached hereto as <u>Exhibit A</u> is an Amended List of Creditors Pursuant to Section 924 of the Bankruptcy Code and Bankruptcy Rule 1007, which replaces the Original List of Creditors and redacts Personal Information where appropriate.

Dated: August 1, 2013                    Respectfully submitted,


                                                 /s/ David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
   STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

# AMENDED LIST OF CREDITORS PURSUANT TO SECTION 924 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1007

The City of Detroit, Michigan (the "City") hereby submits this amended list of creditors (the "List of Creditors") pursuant to section 924 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

The List of Creditors identifies the potential holders (collectively, the "Creditors") of claims as defined in section 101(5) of the Bankruptcy Code (collectively, the "Claims") against the City's various governmental, proprietary

and fiduciary funds as of the commencement of this chapter 9 case on July 18, 2013.[1]

This List of Creditors is intended to be as comprehensive as possible to serve as a creditor matrix in this case. As such, the City's identification of any potential Creditor on this List of Creditors is not, and shall not be deemed to be, an admission by the City that the potential Creditor has a Claim against the City. The City reserves all of its rights with respect to this List of Creditors, including, without limitation, the rights to (a) amend this List of Creditors as a matter of course at any time before the City's chapter 9 is closed under Bankruptcy Rule 1009 and (b) object to any Claim pursuant to section 502 of the Bankruptcy Code.

In addition, the City files this List of Creditors without prejudice to or waiver of its rights pursuant to section 904 of the Bankruptcy Code, and nothing herein is intended to, shall constitute or shall be deemed to constitute the City's consent, pursuant to section 904 of the Bankruptcy Code, to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

---

[1] The City intends to amend or supplement the List of Creditors as soon as practicable to incorporate the claims information contemplated by section 925 of the Bankruptcy Code.

Dated: August 1, 2013                    Respectfully submitted,

/s/ David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF THE CITY OF DETROIT, MICHIGAN

      I, Kevyn D. Orr, Emergency Manager of the City of Detroit, Michigan, am the authorized officer or agent of the municipality named as the debtor in this case. I declare under penalty of perjury that I have reviewed the foregoing Amended List of Creditors Pursuant to Section 924 of the Bankruptcy Code and Bankruptcy Rule 1007, and that it is true and correct to the best of my information and belief.

Dated: August 1, 2013　　　　　　　　　　　　/s/ Kevyn D. Orr
　　　　　　　　　　　　　　　　　　　　　　Kevyn D. Orr
　　　　　　　　　　　　　　　　　　　　　　Emergency Manager, City of Detroit