UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby files an appearance as counsel for Gabriel, Roeder, Smith & Company ("GRS & Co.") and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. §§ 102(1) and 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosures statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case be transmitted to the following attorney at the address set forth below:

> STEVENSON & BULLOCK, P.L.C.
> Attn: Elliot G. Crowder
> 26100 American Drive, Suite 500
> Southfield, MI 48034
> Phone: (248) 354-7906
> Facsimile: (248) 354-7907
> Email: ecrowder@sbplclaw.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance of Counsel and Request for Service of Documents (the "Notice") nor any subsequent appearance, pleading, claim, proof of claim, or suit shall waive (i) the right of GRS & Co. to have final orders in non-core matters entered only after de novo review by the District Court; (ii) the right of GRS & Co. to a trial by jury in any proceeding so triable in the above-captioned case or any case,

controversy, or proceeding related to this case; (iii) the right of GRS & Co. to request that the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court; (v) an election of remedies; or (vi) any other rights, claims, actions, or defenses to which GRS & Co. is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses are hereby expressly preserved.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
Counsel for Gabriel, Roeder, Smith & Company
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ecrowder@sbplclaw.com

Dated: August 1, 2013