FILED
2013 AUG -2 A 11: 27
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE | § § | |
| CITY OF DETROIT, MICHIGAN | § § § | CASE NO. 13-53846-SWR |
| Debtor | § | CHAPTER 9 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

CHASE PAYMENTECH, LLC. ("Paymentech"), a creditor and party in interest in this case, hereby gives notice of its appearance in the above-styled case pursuant to Bankruptcy Rules 2002(g) and 9010(b), by and through the following:

> Chase Paymentech, LLC
> Attn: Lazonia Clark, Business Analyst
> 14221 Dallas Pkwy, Bldg II
> Dallas, TX 75254
> Tel: 214-849-3134
> Fax: 214-849-3335
> Email: lazonia.clark@chasepaymentech.com

It is requested that all notices given and all papers served in this case, and any cases consolidated herewith, pursuant to Bankruptcy Rule 2002 and all applicable Local Rules be served upon the above-named individual at the address given above and that the above-named individual be added to the service list in this case.

Pursuant to 11 U.S.C. § 1109(b), this request encompasses all notices, copies and pleadings referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or

conveyed by mail, telephone, or otherwise, affecting or seeking to affect Paymentech's rights or interests with respect to the Debtor. In addition, pursuant to Bankruptcy Rule 3017(a), Paymentech requests that it receive a copy of any proposed disclosure statement and plan of reorganization.

Dated this 29th day of July 2013

CHASE PAYMENTECH, LLC

Lazonia Clark
Chase Paymentech, LLC
14221 Dallas Pkwy, Bldg II
Dallas, TX 75254-2942
Tel: 214-849-3134 Fax: 214-849-3105
Lazonia.clark@chasepaymentech.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Notice of Appearance and Request for Notices** has been sent by regular U.S. Mail, postage prepaid to the following:

Jonathan S. Green
150 W. Jefferson, Ste 2500
Detroit, MI 48226

This 29th day of July 2013

Lazonia Clark