UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:	CHAPTER: 9
	Case No.: 13-53846-swr
	JUDGE: STEVEN W. RHODES
CITY OF DETROIT, MICHIGAN
DEBTOR.
_____/

Coleman A. Young Municipal Center
2 Woodward Avenue, Ste. 1126
Detroit, MI 48226

TAX ID/EIN: 38-6004606

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Creditor has filed papers with the court for Relief From Automatic Stay

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Relief From Automatic Stay, or if you want the court to consider your views on the Motion for Relief From Automatic Stay, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

    United States Bankruptcy Court
    211 W. Fort Street, 17th Floor
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
Shirley A. Scott
15654 Spring Garden St.
Detroit, MI 48205

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: August 2, 2013

	*Shirley A. Scott* (signature)
	Shirley A. Scott
	15654 Spring Garden St.
	Detroit, MI 48226

Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)