UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846-swr
CHAPTER: 9
JUDGE: STEVEN W. RHODES

CITY OF DETROIT, MICHIGAN,

DEBTOR.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 2, 2013, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of Michigan, upon Debtor in Possession, City of Detroit, Michigan and Attorney for Debtor, Jonathan S. Green at the following addresses.

City of Detroit, Michigan
Coleman A. Young Municipal Center
2 Woodward Avenue, Ste. 1126
Detroit, MI 48226

Jonathan S. Green, Attorney at Law
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420

Dated: August 2, 2013

Shirley A. Scott