UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. and Andrew J. Gerdes, P.L.C, appear herein as counsel to Fidelity Management & Research Company and Eaton Vance Management in the above-captioned case, pursuant to Bankruptcy Rule 9010(b); and requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and pursuant to 11 U.S.C. §§ 102(1) and 1109(b), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorneys listed below:

William W. Kannel, Esq.
Adrienne K. Walker, Esq.
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel: 617-542-6000
Fax: 617-542-2241
wwkannel@mintz.com
awalker@mintz.com

and

1

Andrew J. Gerdes, Esq.
ANDREW J. GERDES, P.L.C.
321 W. Lake Lansing Rd.
P.O. Box 4190
East Lansing, MI 48826-4190
(517) 853-1300 (phone)
(517) 853-1301 (FAX)
agerdes@gerdesplc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, demand for copies of any and all orders, notices, applications, motions, petitions, disclosure statement(s), plan(s) of adjustment, or other pleadings or documents requests, complaints or demands, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, electronic medium or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist

pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 2, 2013

Respectfully submitted,

*/s/ Andrew J. Gerdes, Esq.*
Andrew J. Gerdes, Esq.
ANDREW J. GERDES, P.L.C.
321 W. Lake Lansing Rd.
P.O. Box 4190
East Lansing, MI 48826-4190
(517) 853-1300 (phone)
(517) 853-1301 (FAX)
agerdes@gerdesplc.com

and

William W. Kannel, Esq. (admission pending)
Adrienne K. Walker, Esq. (admission pending)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
wwkannel@mintz.com
awalker@mintz.com

3