**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor. | Chapter 9<br>Case No. 13-53846 |

**CERTIFICATE OF SERVICE**

I, William W. Kannel, do hereby certify that on the 2nd day of August 2013, I caused a copy of the *Notice of Appearance of Counsel and Request for Service of Papers* to be served upon the parties at their respective addresses set forth on Exhibit A hereto through the Court's ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date herein.

Dated: August 2, 2013  */s/ William W. Kannel*
William W. Kannel, Esq.

1

# Exhibit A

AFSCME Council #25
Attn: Albert Garrett
1034 N. Washington
Lansing, MI 48906

AFSCME Council #25
Attn: Ed McNeil
600 W. Lafayette, Ste. 500
Detroit, MI 48226

AFSCME Council #25
Attn: Catherine Phillips
600 W. Lafayette, Ste. 500
Detroit, MI 48226

AFSCME Council #25
Attn: DeAngelo Malcolm
600 W. Lafayette, Ste. 500
Detroit, MI 48226

AFSCME Local # 6087
Attn: Clarence Sanders
2633 Michigan Avenue
Detroit, MI 48216

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

AFSCME Local #0062
Attn: Lacydia Moore-Reese
600 W. Lafayette, Ste. 150
Detroit, MI 48226

AFSCME Local #0207
Attn: James Williams
600 W. Lafayette, Ste. L-106
Detroit, MI 48226

AFSCME Local #0214
Attn: June Nickleberry
1301 E. Warren Avenue
Detroit, MI 48207

AFSCME Local #0229
Attn: Zachary Carr
600 W. Lafayette, Ste. LR-08
Detroit, MI 48226

AFSCME Local #0273
Attn: Scecilla Hunt
600 W. Lafayette, Ste. 140
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

AFSCME Local #0457
Attn: Laurie Walker
600 W. Lafayette, Ste. L – 104
Detroit, MI 48226

AFSCME Local #0542
Attn: Phyllis McMillon
600 W. Lafayette, Ste. L – 101
Detroit, MI 48226

AFSCME Local #0836
Attn: Robert Donald
600 W. Lafayette, Ste. 132
Detroit, MI 48226

AFSCME Local #1023
Attn: Delia Enright
600 W. Lafayette, Ste. L-125
Detroit, MI 48226

AFSCME Local #1206
Attn: Arlene Kirby
20400 Steel
Detroit, MI 48235

AFSCME Local #1220
Attn: Gerald Thompson
600 W. Lafayette, Ste. 136
Detroit, MI 48226

AFSCME Local #1227
Attn: Joseph Walter
P.O. Box 36314
Grosse Pointe Farms, MI 48236

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

AFSCME Local #2394
Attn: Yalonda King
600 W. Lafayette, Ste. 110
Detroit, MI 48226

AFSCME Local #2799
Attn: Yvonne Ross
600 W. Lafayette, Ste. 132
Detroit, MI 48226

AFSCME Local #2920
Attn: Thomas Johnson II
600 W. Lafayette, Ste. 206
Detroit, MI 48226

Airgas USA LLC
Mr David Boyle
259 Radnor-Chester Rd Ste 100
PO Box 6675
Radnor, PA 19087-8675

Amalgamated Transit Union, Division 26
Attn: Henry Gaffney
716 Lothrop
Detroit, MI 48202

Arent Fox LLP
Carol Connor Cohen
1717 K St NW
Washington, DC 20036-5342

| | | |
|---|---|---|
| Arent Fox LLP<br>David L Dubrow<br>1675 Broadway<br>New York, NY 10019 | | Assistant Supervisors of Street Maintenance & Construction Association<br>Attn: Herbert Jenkins<br>2633 Michigan Avenue<br>Detroit, MI 48216 |
| Association of City of Detroit Supervisors<br>Attn: Richard King<br>8651 Fenkell<br>Detroit, MI 48238 | Association of Detroit Engineers<br>Attn: Sanjay M. Patel<br>P.O. Box 2241<br>Detroit, MI 48231 | Association of Municipal Engineers<br>Attn: Partho Ghosh<br>9300 W. Jefferson NAB #420<br>Detroit, MI 48209 |
| Association of Municipal Inspectors<br>Attn: Michael Neil<br>P.O. Box 15475<br>Detroit, MI 48215 | Association of Professional & Technical Employees<br>Attn: Dempsey Addison<br>2727 Second Ave., Ste. 152<br>Detroit, MI 48202 | Association of Professional Construction Inspectors<br>Attn: Juanita Sanders<br>2727 Second Ave., Ste. 314B<br>Detroit, MI 48201 |
| Attorney General Bill Schuette<br>Cadillac Place, 10th Floor<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>Kimberly J Robinson<br>200 W Madison St Ste 3900<br>Chicago, IL 60606 | Berkshire Hathaway Assurance Corporation<br>Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer<br>100 First Stamford Place<br>Stamford, CT 06902 |
| Bingham McCutchen LLP<br>Attn: Edwin E. Smith, Esq.<br>One Federal Street<br>Boston, MA 02110-1726 | Bingham McCutchen LLP<br>Edwin E Smith Jared Clark Steven Wilamowsky & E Marcus Marsh<br>399 Park Ave<br>New York, NY 10022-4689 | Bodman PLC<br>Attn: Barbara A. Bowman, Esq.<br>201 West Big Beaver Road, Suite 500<br>Troy, MI 48084 |
| Bodman PLC<br>Brian R Trumbauer<br>1901 St Antoine St<br>6th Fl at Ford Field<br>Detroit, MI 48226 | Bodman PLC<br>Robert J Diehl Jr<br>1901 St Antoine St<br>6th Fl at Ford Field<br>Detroit, MI 48226 | Building & Construction Trades Council<br>Attn: John Wallace<br>1640 Porter St.<br>Detroit, MI 48216 |
| Cadwalader Wickershame & Taft<br>Attn: Howard R. Hawkins, Jr., Esq. & Lary Stomfeld, Esq.<br>One World Financial Center<br>New York, NY 10281 | Cadwalader Wickershame & Taft<br>Attn: Mark C. Ellenberg Esq.<br>700 Sixth St NW<br>Washington, DC 20001 | Cadwalader Wickershame & Taft<br>Mark Ellenberg Howard Hawkins Lary Stromfeld & Jason Jurgens<br>One World Financial Center<br>New York, NY 10281 |
| Caralyce M Lassner JD PC<br>Caralyce M Lassner<br>8300 Hall Rd Ste 201<br>Utica, MI 48317 | Carson Fischer PLC<br>Attn Joseph M Fischer Robert Weisberg & Christopher Grossman<br>4111 Andover Rd W 2nd Fl<br>Bloomfield Hills, MI 48302-1924 | City of Detroit Processing Center<br>c/o KCC<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| | Clark Hill PLC<br>Robert D Gordon<br>151 S Old Woodward Ave Ste 200<br>Birmingham, MI 48009 | Clark Hill PLC<br>Shannon L Deeby<br>151 S Old Woodward Ave Ste 200<br>Birmingham, MI 48009 |

2

Clark Hill PLC
Evan J Feldman
151 S Old Woodward Ave Ste 200
Birmingham, MI 48009

Cohen Weiss and Simon LLP
Babette A Ceccotti
330 W 42nd St
New York, NY 10036

Dean & Fulkerson
Attn Kevin N Summers
801 W Big Beaver Rd Ste 500
Troy, MI 48084

Detroit Fire Fighters Association Local 344
Attn: Daniel McNamara
243 W. Congress Ste. 644
Detroit, MI 48226

Detroit Income Tax Investigators Association
Attn: Marcella Campbell
2 Woodward Ave., Ste. 1220
Detroit, MI 48226

Detroit Police Command Officers Association
Attn: Steven Dolunt
P.O. Box 02625
Detroit, MI 48202

Detroit Police Lieut. & Sergeants Association
Attn: Mark Young
28 W. Adams, Ste. 700
Detroit, MI 48226

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226

Detroit Police Benefit and Protective Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard, Suite 405
Detroit, MI 48202

Detroit Police Officers Association
Attn: Mark Diaz
1938 E. Jefferson
Detroit, MI 48207

Detroit Retired City Employees Association
Attn: Shirley V. Lightsey
P.O. Box 40713
Detroit, MI 48240

Dickinson Wright PLLC
Dawn R Copley
500 Woodward Ave Ste 4000
Detroit, MI 48226-3425

Dickinson Wright PLLC
Steven G Howell
500 Woodward Ave Ste 4000
Detroit, MI 48226-3425

DOT Foremen's Association of America Local 337
Attn: Nicholas Duncan
5776 Bluehill St.
Detroit, MI 48224

DOT Foreperson's Association of America
Attn: Pamela King
1301 E. Warren Avenue
Detroit, MI 48207

Downtown Development Authority
500 Griswold Ste 2200
Detroit, MI 48226

DTE Energy Company
Leland Prince
One Energy Plaza
688 WCB – Legal Department
Detroit, MI 48226

Dykema Gossett PLLC
Ronald L Rose
39577 Woodward Ave Ste 300
Bloomfield Hills, MI 48304

EMS Officers Association
Attn: James Gatteno
2150 Lancaster
Grosse Pointe Woods, MI 48236

Erman Teicher Miller Zucker & Freedman PC
Earle I Erman
400 Galleria Officentre Ste 444
Southfield, MI 48034

Erman Teicher Miller Zucker & Freedman PC
Craig E Zucker
400 Galleria Officentre Ste 444
Southfield, MI 48034

Erman Teicher Miller Zucker & Freedman PC
Barbara A Patek
400 Galleria Officentre Ste 444
Southfield, MI 48034

Erman Teicher Miller Zucker & Freedman PC
David M Eisenberg
400 Galleria Officentre Ste 444
Southfield, MI 48034

Faegre Baker Daniels LLP
Attn: Abby E. Wilkinson, Esq.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI 48325

Foster Swift Collins & Smith PC
Attn: John M. Kamins, Esq.
32300 Northwestern Hwy., Suite 230
Farmington Hills, MI 48334

Foster Swift Collins & Smith PC
Dirk H Beckwith
32300 Northwestern Hwy Ste 230
Farmington Hills, MI 48334-1571

Fulbright & Jaworski LLP
David A Rosenzweig
666 Fifth Ave
New York, NY 10103-3198

Fulbright & Jaworski LLP
Melanie M Kotler
666 Fifth Ave
New York, NY 10103-3198

General Retirement System of the City of Detroit
Attn: Michael J. VanOverbeke, Esq.
Interim General Counsel
Vanoverbeke, Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201

Gold Lange & Majoros PC
Elias T Majoros
24901 Northwestern Hwy Ste 444
Southfield, MI 48075

Gold Lange & Majoros PC
Sandra L Oconnor
24901 Northwestern Hwy Ste 444
Southfield, MI 48075

Governor Rick Snyder
P.O. Box 30013
Lansing, MI 48909

Gudeman & Associates PC
Edward J Gudeman
1026 E Eleven Mile Rd
Royal Oak, MI 48067

Honigman Miller Schwartz and Cohn LLP
Judy B Calton
2290 First National Bldg
660 Woodward Ave
Detroit, MI 48226-3583

Honigman Miller Schwartz and Cohn LLP
Joseph R Sgroi
2290 First National Bldg
660 Woodward Ave
Detroit, MI 48226

Honigman Miller Schwartz and Cohn LLP
E Todd Sable
2290 First National Bldg
660 Woodward Ave
Detroit, MI 48226

Honigman Miller Schwartz and Cohn LLP
Arthur T Oreilly
2290 First National Bldg
600 Woodward Ave
Detroit, MI 48226-3506

I.U.O.E. Local 324
Attn: William Miller
500 Hulet Drive
Bloomfield Township, MI 48302

International Union, UAW
Michael Nicholson & Niraj R Ganatra
8000 E Jefferson Ave
Detroit, MI 48214

Iron Mountain Information
Management, LLC
Joseph Corrigan
745 Atlantic Ave 10th Fl
Boston, MA 21111

Jaffe Raitt Heuer & Weiss PC
Attn Eric D Novetsky
27777 Frankling Rd Ste 2500
Southfield, MI 48034

Jaffe Raitt Heuer & Weiss PC
Attn Paul R Hage
27777 Frankling Rd Ste 2500
Southfield, MI 48034

Jaffe Raitt Heuer & Weiss PC
Attn Louis P Rochkind
27777 Frankling Rd Ste 2500
Southfield, MI 48034

Jeffer Mangels Butler & Mitchell LLP
David M Poitras
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067-4308

Jones Day
David G. Heiman, Esq. Heather Lennox, Esq.
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Jones Day
Jeffrey B. Ellman, Esq.
1420 Peachtree St., NE
Suite 800
Atlanta, GA 30309

Jones Day
Bruce Bennett, Esq.
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071

K&L Gates LLP
Michael J Gearin
925 Fourth Ave Ste 2900
Seattle, WA 98104-1158

Katten Muchin Rosenman LLP
Paige E Barr
525 W Monroe Ste 1900
Chicago, IL 60661

Katten Muchin Rosenman LLP
Joseph P Sieger
525 W Monroe Ste 1900
Chicago, IL 60661

Katten Muchin Rosenman LLP
Kenneth E Noble
575 Madison Ave
New York, NY 10022-2585

Kerr Russell and Weber PLC
Jason W Bank
500 Woodward Ave Ste 2500
Detroit, MI 48226-3406

Kerr Russell and Weber PLC
P Warren Hunt
500 Woodward Ave Ste 2500
Detroit, MI 48226-3406

Kirkland & Ellis LLP
James HM Sprayregen PC Ryan Blaine Bennett & Stephen C Hackney
300 North LaSalle
Chicago, IL 60652

Kirkland & Ellis LLP
Richardo I Kilpatrick
615 Griswold Ste 1708
Detroit, MI 48226-3985

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY 10036

Kramer Levin Naftalis & Frankel LLP
Att Amy Caton
1177 Avenue of the Americas
New York, NY 10036

Lippitt O Keefe PLLC
Att Ryan C Plecha
370 E Maple Rd 3rd Fl
Birmingham, MI 48009

Lippitt O Keefe PLLC
Attn Brian O Keefe
370 E Maple Rd 3rd Fl
Birmingham, MI 48009

Lowenstein Sandler LLP
Sharon L Levine & Phillip J Gross
65 Livingston Ave
Roseland, NJ 07068

Maxwell Dunn PLC
Attn Ethan D Dunn
26339 Woodward Ave
Huntington Woods, MI 48070

McAlpine PC
David M Zack
3201 University Dr Ste 100
Auburn Hills, MI 48326

McDermott Will & Emery LLP
Attn: William P. Smith, Esq.
227 West Monroe Street
Chicago, IL 60606

McDermott Will & Emery LLP
William P Smith & Nathan F Coco
227 W Monroe St Ste 4700
Chicago, IL 60606

McDonald Hopkins PLC
Stephen M Gross
39533 Woodward Ave Ste 318
Bloomfield Hills, MI 48304

McDonald Hopkins PLC
Joshua A Gadharf
39533 Woodward Ave Ste 318
Bloomfield Hills, MI 48304

McDonald Hopkins PLC
Jason L Weiner
39533 Woodward Ave Ste 318
Bloomfield Hills, MI 48304

McKnight McClow Canzano Smith & Radtke PC
John R Canzano
400 Galleria Officentre Ste 117
Southfield, MI 48034

Miller Canfield Paddock & Stone PLC
Stephen S LaPlante
150 W Jefferson Ave Ste 2500
Detroit, MI 48226

Miller, Canfield, Paddock and Stone, P.L.C.
Jonathan S. Green, Esq. Stephen S. LaPlante
150 West Jefferson
Suite 2500
Detroit, MI 48226

Office of the United States Trustee
211 West Fort Street Suite 700
Detroit, MI 48226

Osipov Bigelman PC
Jeffrey H Bigelman
20700 Civic Center Dr Ste 420
Southfield, MI 48076

Pepper Hamilton LLP
Robert S Hertzberg
4000 Town Center Ste 1800
Southfield, MI 48075

Pepper Hamilton LLP
Deborah Kovsky-Apap
4000 Town Center Ste 1800
Southfield, MI 48075

Plunkett Cooney
Douglas C Bernstein
38505 Woodward Ave Ste 2000
Bloomfield Hills, MI 48304

Police and Fire Retirement System of the City of Detroit
Attn: Joseph E. Turner, Esq.
General Counsel
Clark Hill PLC
500 Woodward Avenue Ste 3500
Detroit, MI 48226

Police Officers Association of Michigan
Attn: John Barr
27056 Joy Rd.
Redford, MI 48239

Police Officers Labor Council
Attn: Chet Kulesza
667 E. Big Beaver Rd. #205
Troy, MI 48083

Police Officers Labor Council
Attn: Marvin Hansberry
518 Inkster Road
Dearborn Heights, MI 48127

Police Officers Labor Council
Attn: Jan Zaleski
19360 St. Louis St.
Detroit, MI 48234

Retired Detroit Police and Fire Fighters Association
Attn: Donald Taylor
252 E. 14 Mile Road
Sterling Heights, MI 48310

Sanitary, Chemists & Technicians Association
Attn: Saulius Simoliunas
2727 Second Ave. Rm. 314 – D
Detroit, MI 48201

SBS Financial Products Company, LLC
Attn. John Carter
100 Wall Street
22nd Floor
New York, NY 10005

Schafer and Weiner PLLC
Daniel J Weiner
40950 Woodward Ave Ste 100
Bloomfield Hills, MI 48304

Schafer and Weiner PLLC
Brendan G Best
40950 Woodward Ave Ste 100
Bloomfield Hills, MI 48304

Schneider Miller PC
Kenneth M Schneider
645 Griswold Ste 3900
Detroit, MI 48226

Schneiderman & Sherman PC
Brett A Border
23938 Research Dr Ste 300
Farmington Hills, MI 48335

SEIU Local 517M
Attn: Yolanda Langston
1274 Library St.
Detroit, MI 48226

Senior Accountants, Analysts &
Appraisers Association
Attn: Audrey Bellamy
65 Cadillac Square, Ste. 2905
Detroit, MI 48226

Senior Water Systems Chemist
Association
Attn: Andrew Ross
2727 Second Ave. Rm. 311- A
Detroit, MI 48201

Sidley Austin LLP
Attn: Jeffrey Bjork, Esq. & Eric D.
Tashman, Esq.
555 West Fifth Street
Los Angeles, CA 90013

Sidley Austin LLP
Attn Guy S Neal
1501 K St NW
Washington, DC 20005

Sidley Austin LLP
Attn James F Bendernagel
1501 K St NW
Washington, DC 20005

Smith Katzenstein & Jenkins LLP
Kathleen M Miller
The Corporate Plaza
800 Delaware Ave Ste 1000
PO Box 410
Wilmington, DE 19899

State of Michigan Chief Legal Counsel
Matthew Schneider
PO Box 30212
Lansing, MI 48909

State of Michigan Revenue & Collections
Division
Steven B Flancher & Matther Schneider
Assistant Attorneys General
PO Box 30754
Lansing, MI 48909

State Treasurer
Austin Building
430 W. Allegan Street
Lansing, MI 48922

Teamsters Local #214
Attn: Joseph Valenti
2825 Trumbull Avenue
Detroit, MI 48216

The Bank of New York Mellon Trust
Company, National Association, as
trustee
Attn: Eduardo Rodriguez
2 North LaSalle Street, Suite 1020
Chicago, IL 60602

The City of Detroit
Attn: Kevyn D. Orr, Emergency Manager
Coleman A. Young Municipal Center
2 Woodward Ave Suite 1126
Detroit, MI 48226

The City of Detroit
Attn: Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

The Sanders Law Firm PC
Herbert A Sander
615 Griswold St Ste 913
Detroit, MI 48226

Thornbladh Legal Group PLLC
Kurt Thornbladh
7301 Schaefer
Dearborn, MI 48126

U.S. Bank National Association, as
trustee, bond registrar transfer agent,
paying agent, custodian and/or contract
administrator
Attn: Susan T. Brown
Senior Vice President and Manager
535 Griswold Ste 550
Detroit, MI 48226

U.S. Bank National Association, as
trustee, bond registrar transfer agent,
paying agent, custodian and/or contract
administrator
Attn: Susan E. Jacobsen VP
Mail Station EP-MN-WS1D
60 Livingston Ave.
St. Paul, MN 55107

U.S. Bank National Association, as
trustee, for the Detroit Sewar and Water
Bonds
Attn: Lawrence J. Bell
PD-OR-P6TD
Portland, OR 97204

UAW - Local # 412
Attn: John Cunningham
27800 George Merrelli Dr.
Warren, MI 48092

UAW - Local #212
Attn: John Cunningham
27800 George Merrelli Dr.
Warren, MI 48092

| UAW – PAA Local #2211<br>Attn: Robyn Brooks<br>660 Woodward Ave., Ste. 1650<br>Detroit, MI 48226 | UAW – WWTP Local #2200<br>Attn: Laurie Stuart<br>5201 Woodward Avenue<br>Detroit, MI 48202 | United Auto Workers Union<br>Attn: Michael Nicholson & Mike Dwyer<br>800 E Jefferson Ave<br>Detroit, MI 48214 |
|---|---|---|
| Unites States Asssitant Attorney<br>Julia A. Caroff<br>211 W Fort St Ste 2001<br>Detroit, MI 48226 | Utility Workers Union of America<br>Attn: James Harrison<br>P.O. Box 611260<br>Port Huron, MI 48061 | Utility Workers Union of America Local #488<br>Attn: Carl Anderson<br>19315 Westmoreland<br>Detroit, MI 48219 |
| Utility Workers Union of America Local #504<br>Attn: Curlisa Jones<br>5405 Railview Ct. - Apt. 166<br>Shelby Township, MI 48316 | Utility Workers Union of America Local #531<br>Attn: Samuel Wilson<br>5274 Nottingham Rd.<br>Detroit, MI 48224 | Waller Lansden Dortch & Davis LLP<br>Attn: David E. Lemke, Esq. & Courtney Rogers<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 |
| Waller Lansden Dortch & Davis LLP<br>Michael R Paslay Ryan K Cochran<br>511 Union St Ste 2700<br>Nashville, TN 37219 | Warner Norcross & Judd LLP<br>Stephen B Grow Douglas A Dozeman & Charles N Ash Jr<br>111 Lyon St NW Ste 900<br>Grand Rapids, MI 49503 | |
| | Weil, Gotshal & Manges LLP<br>Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Winston & Strawn LLP<br>Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman<br>200 Park Avenue<br>New York, NY 10166 |
| Winston & Strawn LLP<br>Sarah T. Foss<br>1111 Louisiana 25th Fl<br>Houston, TX 77002-5242 | Ziulkowski & Associates, PLC<br>Janet M. Ziulkowski<br>17001 19th Mile Rd Ste 1-D<br>Clinton Twp, MI 48038 | Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |

20665356v.2