UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846

**VERIFIED STATEMENT OF MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC AND ANDREW J. GERDES, P.L.C. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

In accordance with Federal Rule of Bankruptcy Procedure 2019(a), Mintz Levin Cohn Ferris Glovsky and Popeo, PC and Andrew J. Gerdes, P.L.C. (together, "Counsel"), as attorneys for the entities identified herein in connection with the chapter 9 case (the "Bankruptcy Case") of the City of Detroit, Michigan (the "City"), hereby submits this verified statement (this "Verified Statement") and states as follows:

1. Counsel represents the following creditors (each, a "Creditor") in the Bankruptcy Case:

**A. Fidelity Management & Research Company.**

2. Fidelity Management & Research Company and its investment advisor affiliates, on behalf of certain funds and accounts managed by such entities ("Fidelity") is a creditor of the City with a place of business at:

> Fidelity Management & Research Company
> Hannah Kate Sullivan
> One Spartan Way
> Mail Zone TS2T
> Merrimack, New Hampshire 03054

1

3.	As of June 28, 2013, which is the most recent date holdings were disclosed publicly, Fidelity is the beneficial holder of certain Water Supply System revenue bonds issued by the City of Detroit in the aggregate principal amount of $88,655,000, including $4,950,000 of uninsured Water Supply System revenue bonds.

4.	As of June 28, 2013, which is the most recent date holdings were disclosed publicly, Fidelity is also the beneficial holder of certain Sewage Disposal System revenue bonds issued by the City of Detroit in the aggregate principal amount of $80,740,000.

**B.	Eaton Vance Management.**

5.	Eaton Vance Management through various institutional funds it manages ("Eaton Vance") is a creditor of the City with a place of business at:

>	Eaton Vance Management
>	William Delahunty
>	2 International Place
>	Boston, MA 02110

6.	As of June 28, 2013, which is the most recent date holdings were disclosed publicly, Eaton Vance is the beneficial holder of certain Water Supply System revenue bonds issued by the City of Detroit in the aggregate principal amount of $23,635,000, including $20,560,000 of uninsured Water Supply System revenue bonds.

7.	As of June 28, 2013, which is the most recent date holdings were disclosed publicly, Eaton Vance is also the beneficial holder of certain Sewage Disposal System revenue bonds issued by the City of Detroit in the aggregate principal amount of $48,105,000, including $42,545,000 of uninsured Sewage Disposal System revenue bonds.

8.	Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any Creditor's rights to assert, file and/or amend its claims in accordance with applicable law and any orders entered in the Bankruptcy Case.

9. Counsel reserves the right to supplement or amend this Verified Statement at any time for any reason.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 2, 2013

> Respectfully submitted,
>
> */s/ Andrew J. Gerdes, Esq.*
> Andrew J. Gerdes, Esq.
> ANDREW J. GERDES, P.L.C.
> 321 W. Lake Lansing Rd.
> P.O. Box 4190
> East Lansing, MI 48826-4190
> (517) 853-1300 (phone)
> (517) 853-1301 (FAX)
> agerdes@gerdesplc.com
>
> and
>
> /s/ *William W. Kannel, Esq.*
> William W. Kannel, Esq. (admission pending)
> Adrienne K. Walker, Esq. (admission pending)
> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
> One Financial Center
> Boston, MA 02111
> Tel: 617-542-6000
> Fax: 617-542-2241
> wwkannel@mintz.com
> awalker@mintz.com