UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
                  Chapter 9  
                  Case No. 13-53846  
City of Detroit, Michigan,       Hon. Steven W. Rhodes

  Debtor.
_____/

Order Regarding Comment Period on Fee Examiner Appointment

Interested parties may submit suggestions for a person to be appointed as a fee examiner directly to Judge Rhodes in care of the Bankruptcy Clerk's office by August 9, 2013. Comments should be sealed in an envelope and labeled "CONFIDENTIAL FEE EXAMINER COMMENTS." Comments should not be filed through CM/ECF.

.

**Signed on August 02, 2013**

                 _____/s/ Steven Rhodes_____  
                 **Steven Rhodes**  
                 **United States Bankruptcy Judge**