UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                :
In re                                    : Chapter 9
                                                :
CITY OF DETROIT, MICHIGAN,      : Case No. 13-53846
                                                :
                 Debtor.              : Hon. Steven W. Rhodes
                                                :
                                                :
---------------------------------------------------------x

## ORDER, PURSUANT TO SECTION 1102(A)(2) OF THE BANKRUPTCY CODE, DIRECTING THE APPOINTMENT OF A COMMITTEE OF RETIRED EMPLOYEES

    This matter coming before the Court on the Motion of Debtor, Pursuant to Section 1102(a)(2) of the Bankruptcy Code, for Entry of an Order Directing the Appointment of a Committee of Retired Employees (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); the Court having reviewed the Motion, the Declaration of Kevyn D. Orr filed contemporaneously therewith (the "Orr Declaration"), the Declaration of Gaurav Malhotra filed contemporaneously therewith (the "Malhotra Declaration") and the Moore Declaration, and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court finding that

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances and (d) the appointment of the Retiree Committee pursuant to section 1102(a)(2) of the Bankruptcy Code is necessary to ensure adequate representation of the Retirees in this chapter 9 case; and the Court having determined that the legal and factual bases set forth in the Motion, the Orr Declaration, the Malhotra Declaration and the Moore Declaration and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as stated herein.

2. Pursuant to section 1102(a)(2) of the Bankruptcy Code, the U.S. Trustee shall appoint a Retiree Committee to represent the retired employees of the City of Detroit. The Retiree Committee shall have the powers and duties prescribed in section 1103 of the Bankruptcy Code, except the power prescribed in section 1103(c)(4) of the Bankruptcy Code, in all cases subject to the limitations applicable in chapter 9 cases.

3. Nothing contained in the Motion or this Order shall be deemed an admission or a finding that the City has any obligation to provide any Retirement Benefits to any Retiree or other party.

4. In developing procedures for the solicitation of potential committee members and the formation of a representative committee, the U.S. Trustee may make reasonable requests for information from the City, including, but not limited to, contact information for the Retirees and each of the Unions and the Associations, to the extent such information is known to the City. After the U.S. Trustee forms the Retiree Committee, it shall promptly file an appropriate notice with the Court.

5. The City has agreed to pay the reasonable professional expenses of the Retiree Committee. If the Court enters an order appointing a fee examiner, the professional expenses of the Retiree Committee shall be subject to that order.

.

**Signed on August 02, 2013**

                                                   **/s/ Steven Rhodes**
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**