UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

    Debtor.                                     Hon. Steven W. Rhodes
_____/

### First Order Establishing Dates and Deadlines

At the status conference in this case on August 2, 2013, the Court determined to establish the following dates and deadlines:

1. August 19, 2013      Deadline to file Eligibility Objections.
2. August 23, 2013      Deadline to serve written discovery requests.
3. September 6, 2013    Deadline for the City to file responses to the Eligibility Objections.
4. September 13, 2013   Deadline to comply with written discovery requests.
5. September 23, 2013   Deadline to complete non-expert depositions.
6. September 23, 2013   Deadline to designate expert witnesses and submit expert reports.
7. October 3, 2013      Deadline to counter-designate experts and submit reports.
8. October 10, 2013     Deadline to complete expert depositions.
9. October 17, 2013     Deadline to submit proposed joint final pretrial order.
10. October 17, 2013    Deadline to file pretrial briefs.
11. October 21, 2013    Pretrial conference (10:00 a.m.).
12. October 23, 2013    Trial on the Eligibility Objections.
    Additional dates as necessary - October 24-25, 28-29, November 4-8, 2013.
    (Mondays and Tuesdays- 9:00 a.m. - 3:00 p.m.; other days- 9:00 a.m. - 5:00 p.m.)
13. Motion hearing dates (all at 10:00 a.m.):
    August 21 & 28, 2013          December 11, 2013
    September 18, 2013            January 8 & 22, 2014
    October 2 & 16, 2013          February 5 & 19, 2014
    November 13 & 27, 2013        March 5 & 19, 2014
14. March 1, 2014       Deadline for the City of Detroit to file a plan

For the Committee of Retired Employees (to be formed), the deadline in paragraph 1 is extended to the date that is 14 days after it retains counsel. The City of Detroit may file a response to this objection within 7 days after it is filed.

The dates and deadlines established herein will be extended only on motion establishing good cause.

When filing Eligibility Objections, creditors shall use the ECF event code for that filing.

It is so ordered.

**Signed on August 02, 2013**

                                              _____/s/ Steven Rhodes_____
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**