United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:

City of Detroit,                                       Chapter 9
                                                       Case No. 13-53846
                Debtor.                     Hon. Steven W. Rhodes
_____/

**Order Establishing Dates and Deadlines Regarding the Debtor's Motion to Assume Lease or Executory Contract [Dkt. # 17 corrected by Dkt #157]**

Responses to the debtor's motion to assume shall be filed by August 16, 2013. By that same date, the debtor shall file its lists of exhibits and witnesses, and serve copies of its exhibits on counsel for any objecting parties. The parties shall complete depositions of the debtor's witnesses by August 30, 2013.

At the status conference this date, the Court had stated that the hearing on the motion would be held on August 28, 2013. However, the Court has determined that to allow for the discovery that the Court has permitted, additional time is necessary for the hearing. Therefore, the hearing is rescheduled for September 9, 2013 at 9:00 a.m.

.

**Signed on August 02, 2013**

                                                          /s/ Steven Rhodes
                                                        **Steven Rhodes**
                                                        **United States Bankruptcy Judge**