UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

# TRANSCRIPT ORDER FORM

| 111 First Street  
Bay City, MI 48708 | 211 W. Fort Street  
17th Floor  
Detroit, MI 48226 | 226 W. Second Street  
Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: Stephen B. Grow
Firm: Warner Norcross & Judd LLP
Address: 111 Lyon St. NW Suite 900
City, State, Zip: Grand Rapids, MI 49503
Phone: 616.752.2158
Email: sgrow@wnj.com

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy ◯ Adversary

◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 08/02/2013   Time of Hearing: 10 a.m.   Title of Hearing: Initial Status Conf./Motions

Please specify portion of hearing requested: ⦿ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

⦿ Entire Hearing  ◯ Ruling/Opinion of Judge  ◯ Testimony of Witness  ◯ Other

Special Instructions: Initial status conference and motions, including 365 motion

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)
◯ 14-Day Transcript - $4.25 per page (14 calendar days)
⦿ Expedited Transcript - $4.85 per page (7 working days)
◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Stephen B. Grow (P39622)   Date: 8/2/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date      By

Order Received:

Transcript Ordered

Transcript Received