UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

    Debtor.                                     Hon. Steven W. Rhodes
_____/


**Order Establishing Motion Procedure**

    At the status conference in this case on August 2, 2013, the Court determined to establish the following motion procedure:

1. **Procedure.** Except as provided herein or otherwise ordered by the Court, parties shall comply with LBR 9014-1. The Court has determined not to apply LBR 9013-4. Counsel are reminded of the requirement and importance of (a) affidavits in support of any facts alleged in a motion or response, and (b) substantive briefs.

2. **Content of Motions and Responses.** In addition to the contents of motions and responses that are otherwise required, the Court requests that parties identify factual issues and suggest whether an evidentiary hearing may be required.

3. **Page Limit for Reply Briefs.** Notwithstanding LBR 9014-1(e), a reply brief filed by the City shall not exceed 30 pages. The City may file a motion to extend this page limit for cause shown.

4. **Hearing Dates for Motions**.
   a. The Court will determine all hearing dates.
   b. The Court will serve notices of all hearings.
   c. The Court will file and publish on its website a list of motions to be heard at least 5 days in advance of each Omnibus Hearing date.
   d. In a motion or a response, a party may request a hearing date that is on the published schedule of Omnibus Hearing dates.
   e. Generally the Court will attempt to schedule a hearing on a motion on the date requested by the parties in their papers.

f. In the absence of a requested hearing date, the Court generally expects that it will set a motion for hearing on the next scheduled Omnibus Hearing date that is more than 7 days after the response is filed.
   g. All requests for an expedited hearing must be made by separate motion establishing cause.

5. **Adjournments.** All requests for hearing adjournment must be stated on the record with cause. LBR 5071-1(a) relating to adjournments by stipulation or motion is suspended.

6. **Conduct of Hearing.**
   a. The Court will not conduct an evidentiary hearing on a motion unless the order or notice setting the hearing states otherwise.
   b. If at the initial hearing, the Court determines that there are genuine issues of fact that must be resolved, the Court will set an evidentiary hearing, and if necessary, a discovery schedule.
   c. If the Court determines that there are no genuine issues of material fact and the matter turns on a legal question, the Court will conduct oral argument on the motion at the scheduled hearing. The Court may then give a bench decision on the motion at the Omnibus Hearing or may take the matter under advisement.

**Signed on August 02, 2013**

                                                                            /s/ Steven Rhodes
                                                                            **Steven Rhodes**
                                                                            **United States Bankruptcy Judge**