211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.:  13–53846–swr
Chapter:  9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non–Compliant:

Original Signature Missing on Notice of Appearance by Creditor International Business Machines Credit LLC.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010–1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances – Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non–Compliant (LBR 9010–1(c))
- ☐ Notice to Respondent
- ☑ Original Signature
- ☐ Proof of Service Missing or Non–Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet

☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 8/1/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: ckata           Page 1 of 5            Date Rcvd: Aug 01, 2013
                              Form ID: def2         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2013.
22269250        International Business Machines Credit LLC,    Attn: National Bankruptcy Coordinator,
                IBM Corporation,    275 Viger East, Ste. 400,    Montreal, Quebec H2X 3R7 Canada

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2013**                    **Signature:**        _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2013 at the address(es) listed below:
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Amy D. Caton   on behalf of Creditor  Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton   on behalf of Creditor  BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Arthur  O'Reilly   on behalf of Interested Party  Detroit Institute of Arts
          aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti   on behalf of Creditor  International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccotti@cwsny.com
          Barbara A. Patek  on behalf of Creditor  Detroit Police Command Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek  on behalf of Creditor  Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek  on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Barbara A. Patek  on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
          bpatek@ermanteicher.com
          Brendan G. Best  on behalf of Interested Party  Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brett A. Border  on behalf of Interested Party  Schneiderman and Sherman, P.C.
          bborder@sspclegal.com,  joumedian@sspclegal.com
          Brian D. O'Keefe  on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com
          Brian D. O'Keefe  on behalf of Interested Party  Retired Detroit Police and Fire Fighers
          Association bokeefe@lippittokeefe.com
          Brian D. O'Keefe  on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com
          Brian D. O'Keefe  on behalf of Interested Party  Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com
          Brian D. O'Keefe  on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com
          Brian D. O'Keefe  on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com
          Brian R. Trumbauer  on behalf of Interested Party  Blue Cross Blue Shield of Michigan and Blue
          Care Network of Michigan btrumbauer@bodmanlaw.com
          Caralyce M. Lassner  on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres   on behalf of Interested Party  Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Interested Party  Ambac Assurance Corporation
          carol.cohen@arentfox.com
          Charles N. Ash   on behalf of Creditor  UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor  Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Craig E. Zucker   on behalf of Creditor  Detroit Police Command Officers Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor  Detroit Police Officers Association
          czucker@ermanteicher.com
          Daniel J. Weiner  on behalf of Interested Party  Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          David  Eisenberg  on behalf of Creditor  Detroit Police Officers Association
          deisenberg@ermanteicher.com
          David  Eisenberg  on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
          deisenberg@ermanteicher.com
          David  Eisenberg  on behalf of Creditor  Detroit Police Command Officers Association
          deisenberg@ermanteicher.com
          David  Eisenberg  on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
          deisenberg@ermanteicher.com
          David A. Lerner  on behalf of Creditor  Waste Management Inc. etal dlerner@plunkettcooney.com,
          nwinagar@plunkettcooney.com
          David A. Mollicone   on behalf of Creditor  Brown Rehabilitation Management, Inc.
          dmollicone@dmms.com
          David Gilbert Heiman  on behalf of Debtor In Possession   City of Detroit, Michigan
          dgheiman@jonesday.com
          David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
          nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
          nepc.com
          Dawn R. Copley  on behalf of Interested Party  State of Michigan, Department of Attorney
          General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah Kovsky-Apap  on behalf of Debtor In Possession   City of Detroit, Michigan
          kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Dirk H. Beckwith  on behalf of Interested Party  U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith  on behalf of Creditor  U.S. Bank National Association
          dbeckwith@fosterswift.com
          Douglas C. Bernstein  on behalf of Interested Party Douglas C. Bernstein
          dbernstein@plunkettcooney.com,  dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
          Earle I. Erman  on behalf of Creditor  Detroit Police Command Officers Association
          eerman@ermanteicher.com
          Earle I. Erman  on behalf of Creditor  Detroit Police Officers Association
          eerman@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
                eerman@ermanteicher.com
              Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
                eerman@ermanteicher.com
              Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
                ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
                ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com
              Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
                emajoros@glmpc.com
              Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
                enovetsky@jaffelaw.com
              Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
                bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
                efeldman@clarkhill.com
              Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
                Detroit efeldman@clarkhill.com
              Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
              Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
                hlennox@jonesday.com
              Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
                Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
                james.sprayregen@kirkland.com
              James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
                james.sprayregen@kirkland.com
              James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
                james.sprayregen@kirkland.com
              Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
                ecf@zaplc.com
              Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
                sharrow@mcdonaldhopkins.com
              Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
                jbank@kerr-russell.com
              Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
              Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
                john.sieger@kattenlaw.com
              Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
                green@millercanfield.com
              Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com
              Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
                jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
                jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
                jgadharf@mcdonaldhopkins.com
              Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
                blundberg@honigman.com
              Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
                patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
              Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
                kressk@pepperlaw.com, alexsym@pepperlaw.com
              Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
                kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
                kschneider@schneidermiller.com
              Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
                ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
              Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
              Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
                kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
                lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
                lbrimer@stroblpc.com, kvanakin@stroblpc.com
              Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association
                MField@stroblpc.com, jmckeogh@stroblpc.com
              Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
                jabdelnour@resnicklaw.net
              Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
              Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
                mbcobbs@flash.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
mtaunt@stroblpc.com,   KVanAkin@stroblpc.com

Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov

Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
mike.paslay@wallerlaw.com,
Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
Agricultural Implement Workers of America Nganatra@uaw.net

Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
Paige.Barr@kattenlaw.com

Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
mkisell@plunkettcooney.com

Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company
pwhunt@kerr-russell.com

Patrick Warren Hunt   on behalf of Interested Party   Wade Trim Associates, Inc.
pwhunt@kerr-russell.com

Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
phage@jaffelaw.com,  jtravick@jaffelaw.com

Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
pcanzano@sidley.com

Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
Department ecf@kaalaw.com

Robert  Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
robert.darnell@usdoj.gov

Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com

Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com

Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
ryan.bennett@kirkland.com

Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
ryan.bennett@kirkland.com

Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
ryan.bennett@kirkland.com

Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@winston.com,
DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.c
om;KForte@winston.com

Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
soconnor@glmpc.com

Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
Detroit sdeeby@clarkhill.com

Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
sdeeby@clarkhill.com

Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
slevine@lowenstein.com

Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com,  kfrantz@wnj.com

Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
kfrantz@wnj.com

Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
shelly.harrow@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
          laplante@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
          General showell@dickinsonwright.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
          mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
          rdin.com
          Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
          wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
          yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
          yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
          yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                TOTAL: 138