UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13-53846
                                                       :
             Debtor.                                   : Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

## *EX PARTE* ORDER AUTHORIZING
## DEBTOR TO FILE A RESPONSE IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of Debtor for an Order Authorizing it to File a Reply in Excess of Page Limit (the "Motion"),[1] filed by the City of Detroit, Michigan (the "Debtor"); and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2. The Debtor may file its Response in excess of 25 pages.

.

**Signed on August 05, 2013**

                      <u>/s/ Steven Rhodes</u>
                      Steven Rhodes
                      United States Bankruptcy Judge