# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Retiree Association Parties
Firm: Lippitt O'Keefe, PLLC
Address: 370 E. Maple Rd., 3rd Fl
City, State, Zip: Birmingham, MI 48009
Phone: 248-646-8292
Email: rplecha@lippittokeefe.com

**Case/Debtor Name:** In re: City of Detroit
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

- ⦿ Bankruptcy  ○ Adversary
- ○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for each hearing date requested.)

Date of Hearing: 08/02/2013  Time of Hearing: 10:00 am  Title of Hearing: Retiree Committee Hrg

Please specify portion of hearing requested: ⦿ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

⦿ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: _____

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By
_____ Date ____ By ____
Order Received:
Transcript Ordered
Transcript Received

**Signature of Ordering Party:**
_[signature]_  Date: 8/5/13

By signing, I certify that I will pay all charges upon completion of the transcript request.