| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | CHAPTER 9 |
| Debtor. | ) | Honorable Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance and Request for Service of Papers was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 6th day of August 2013.

                                          By:    /s/William A. Wertheimer
                                                       William A. Wertheimer P26275)