UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

---

In re                                  :
                                       :    Chapter 9
CITY OF DETROIT, MICHIGAN,             :
                                       :    Case No. 13-53846
        Debtor                         :
                                       :    Hon. Steven W. Rhodes

---

CORRECTED NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of the United States Code (the "**Bankruptcy Code**"), as incorporated by section 901(a) thereof, and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Bankruptcy Rule 2002-5, the undersigned hereby appear as counsel for Financial Guaranty Insurance Company and respectfully request that all notices given or required to be given in the above-caption case and all papers served or required to be served in the above-captioned case, be given to and served upon the following attorneys:

> Ernest J. Essad Jr.
> Mark R. James
> WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
> 280 North Old Woodward Avenue, Suite 300
> Birmingham, MI 48009
> Telephone: (248) 642-0333
> Facsimile: (248) 642-0856
> Email: EJEssad@wwrplaw.com
> Email: mrjames@wwrplaw.com
>
> Alfredo R. Pérez
> WEIL, GOTSHAL & MANGES LLP
> 700 Louisiana Street, Suite 1600
> Houston, TX 77002
> Telephone: (713) 546-5000
> Facsimile: (713) 224-9511
> Email: alfredo.perez@weil.com

Kelly DiBlasi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: kelly.diblasi@weil.com

**PLEASE TAKE FURTHER NOTICE** that, in accordance with section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, reports, applications, motions, petitions, pleadings, requests, disclosure statements, complaints, demands, answering and reply papers, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, relating to any issue that may be raised in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that the identified attorneys from Williams, Williams, Rattner & Plunkett, P.C. (Ernest J. Essad Jr. and Mark R. James) and Weil, Gotshal & Manges LLP (Alfredo R. Pérez and Kelly DiBlasi) consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of any rights.

Dated: August 1, 2013

By: */s/ Mark R. James*
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: mrjames@wwrplaw.com

*Counsel for Financial Guaranty Insurance Company*