UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------------x
                                                   :
In re                                              :    Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :    Case No. 13-53846
                                                   :
                    Debtor.                        :    Hon. Steven W. Rhodes
                                                   :
                                                   :
---------------------------------------------------x
```

### ORDER APPOINTING KURTZMAN CARSON CONSULTANTS, LLC AS CLAIMS AND NOTICING AGENT PURSUANT TO 28 U.S.C. § 156(c) AND BANKRUPTCY RULE 2002

This matter coming before the Court on the Motion of Debtor for Entry of an Order Appointing Kurtzman Carson Consultants, LLC as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 2002 (Docket No. 19) (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); the Court having reviewed the Motion, the Declaration of Evan Gershbein attached thereto as Exhibit 5 (the "Gershbein Declaration") and the Declaration of Kevyn D. Orr filed contemporaneously therewith (the "Orr Declaration") and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

(the "Hearing"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion, the Gershbein Declaration and the Orr Declaration and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 156(c) of title 28 of the United States Code, section 105(a) of the Bankruptcy Code and Bankruptcy Rule 2002, the Noticing Agent is authorized to provide the Noticing and Claims Services, as set forth in the Motion.

3. The Noticing Agent shall (a) post the Claims Register on the website for this chapter 9 case at www.kccllc.net/Detroit and (b) provide the Clerk of Court with a link to the Claims Register on said website for posting on the Court's own website.

4. Nothing herein or in the Motion is intended to, shall constitute or shall be deemed to constitute the City's consent pursuant to section 904 of the Bankruptcy Code to this Court's interference with (a) any of the political or

CLI-2130883v2 -2-
13-53846-tjt    Doc 297    Filed 08/06/13    Entered 08/06/13 14:00:41    Page 2 of 3

governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

**BY ORDER OF THE COURT**

Signed on August 6, 2013

/s/ Steven Rhodes
U.S. Bankruptcy Judge