UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

        Debtor.
_____/

            Order Striking Emergency Motion for Clarification [Docket #299 & #300]

        On August 6, 2013, Robert Davis filed a document entitled "Emergency Motion

for Clarification of the Court's July 25, 2013 Stay Order" at Docket #299.  The motion

does not comply with LBR 9014-1(b)(2) because it does not have attached a completed

form "Notice of Motion and Opportunity to Object."  The motion also does not comply

with LBR 9014-1(b)(4) because it does not have attached or filed separately "a certificate

of service."

        Movant's Exhibit 2, where the "Notice of Motion and Opportunity to Object"

should be attached to Docket # 299 states "NONE [Not required for Emergency/Ex Parte

Motions]."  Movant is not correct in his assertion that a "Notice of Motion and

Opportunity to Object" is not required in this instance.  Movant did not comply with LBR

9006-1(b), which is the rule regarding a request for a shortened notice period.  Counsel is

also referred to this Court's Order Establishing Motion Procedure [Docket #283] entered

August 2, 2013.

        Accordingly, the "Emergency Motion for Clarification" [Docket #299] and

Exhibits [Docket #300] are hereby STRICKEN, without prejudice to the Movant's right

to refile the motion and exhibits properly.

.

**Signed on August 07, 2013**

                                                      _____/s/ Steven Rhodes_____
                                                      Steven Rhodes
                                                      United States Bankruptcy Judge