1  Barry Allen, Executive Director
   Vanguardians
2  POB 11202
   Glendale California 91226
3  Telephone (818) 243-1502
   Email: pra@vanguardians.org
4
   Party in Interest,
5   Vanguardians

FILED

2013 AUG -8 A 11: 00

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | Case No.: 2013-53846 |
| CITY OF DETROIT, MICHIGAN | Chapter 9 |
| DEBTOR. | REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS; PROOF OF SERVICE |
| | [NO HEARING REQUIRED] |
| | Judge: Judge Steven W. Rhodes |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to applicable Bankruptcy Rules including 2002, 3017, 4001, and 9007, the undersigned requests that an entry be made on the Clerk's matrix and master mailing list in this case so that any and all notices given or required to be given, that all documents served or required to be served in this case, be given to and served upon mail or electronically:

**Barry Allen, Executive Director**
**Vanguardians,**
**POB 11202**
**Glendale California 91226**
Email: pra@vanguardians.org

The foregoing request, includes, but is not limited to any and all matters for which notice

-1-

REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION
OF RIGHTS

is given to creditors, any creditor's committee, or any other party in interest herein including all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, order, docket, minute, decrees, and other documents and pleadings, including those in adversary proceedings. This request shall be deemed a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statues.

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within requestor's:

    a.    Right to have any and all final order in any and all non-core matter entered only after de novo review by a United States District Court Judge;

    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same are designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or non-designation of such matters as "core proceeding" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United State Constitution;

    c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party(s) is entitled under any agreements at law or in equity or under the United States Constitution; and,

All of the above rights are expressly reserved and preserved by this party(s) without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: July 30, 2013

_/s/ Barry Allen_
Barry Allen, Executive Director
Party in Interest

-2-

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I live in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: P O Box 3601, Van Nuys, California 91407.

On August 5, 2013, I served the documents entitled: **REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS; PROOF OF SERVICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Jonathan S. Green
150 W. Jefferson
Ste. 2500
Detroit, MI 48226

Sean M. Cowley
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226

Sent United States Postal Mail Postage Prepaid.

I declare under penalty of perjury under the law of the State of California that the above is true and correct.

Executed on August 5, 2013, at Van Nuys, California.

_____
Richard Hopp, LAPS 5119

FILED 2013 AUG -8 A 11:00 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT