UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

_____/

RAYMOND GUZALL III (P60980)
RAYMOND GUZALL III, P.C.
Attorney for Creditor Michael Beydoun
31555 W. Fourteen Mile Rd., Suite 320
Farmington Hills, MI 48334
(248) 702-6122
Fax: (248) 702-6124
rayguzall@attorneyguzall.com

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT the undersigned appears on behalf of Michael Beydoun, a creditor, in the above captioned matter, pursuant to all applicable court rules and law, and requests that all papers and/or pleadings in this matter be served upon:

RAYMOND GUZALL III (P60980)
RAYMOND GUZALL III, P.C.
Attorney for Creditor Michael Beydoun
31555 W. Fourteen Mile Rd., Suite 320
Farmington Hills, MI 48334
(248) 702-6122
Fax: (248) 702-6124
rayguzall@attorneyguzall.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rules 2002, 3017 and 9007, but also includes without limitation, orders and notices of any application, motion, reply, petition, pleading, request, plan, complaint or demand, and/or the like, formal or informal, written or oral, transferred or conveyed in any form which affects or may affect the Debtor or property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service nor any later appearance, pleading, proof of claim, claim or suit constitutes a waiver of the rights of Michael Beydoun: (I) to have final orders entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments, in law or in equity, all of which rights, claims, actions, setoffs and recoupments are expressly reserved.

Respectfully submitted,
Raymond Guzall III, P.C.

/s/ Raymond Guzall III
Raymond Guzall III  (P60980)
Attorney for Creditor Michael Beydoun
31555 W. Fourteen Mile Rd., Suite 320
Farmington Hills, Michigan 48334
Phone:      (248) 702-6122
Fax:          (248) 702-6124
Rayguzall@attorneyguzall.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2013, I electronically filed **CREDITOR MICHAEL BEYDOUN'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** with the Clerk of the Court using the Court Authorized electronic filing system which will send electronic notification of such filing to the attorneys of record and I hereby certify that I know of no manual recipients on the Notice List.

/s/ Raymond Guzall III
Raymond Guzall III (P60980)

Attorney for Creditor Michael Beydoun
31555 W. Fourteen Mile Rd., Suite 320
Farmington Hills, Michigan 48334
Phone: (248) 702-6122
Fax: (248) 702-6124
Rayguzall@attorneyguzall.com