**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| In Re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned appears as counsel for and on behalf of Merrill Lynch Capital Services, Inc. ("Merrill Lynch"), creditor in the above-captioned case, and pursuant to Bankruptcy Rules 2002 and 9010, requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on the following:

> Howard R. Hawkins Jr.
> CADWALADER WICKERSHAM & TAFT LLP
> One World Financial Center
> New York, NY 10281
> Tel: 212.504.6422
> Fax: 212.504.6666
> Howard.Hawkins@cwt.com

Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) any right of Merrill Lynch to have final orders entered only after de novo review by the District Court; (2) the right of Merrill Lynch to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of Merrill Lynch to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other

rights, claims, or defenses to which Merrill Lynch is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, and defenses are expressly preserved.

Respectfully submitted,

CADWALADER WICKERSHAM & TAFT LLP

/s/ Howard R. Hawkins Jr.
Howard R. Hawkins Jr.
One World Financial Center
New York, NY 10281
Tel: 212 504 6422
Fax: 212.504.6666
Howard.Hawkins@cwt.com

9367302