# EXHIBIT 1
## Proposed Form of Order

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____x
                                            :   Chapter 9
In re:                                      :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                  :   Hon. Steven W. Rhodes
                        Debtor.             :
_____x

### ORDER CLARIFYING THE COURT'S JULY 25, 2013 STAY ORDER

This matter coming before the Court on the emergency motion of Petitioner Robert Davis for entry of an order clarifying the Court's July 25, 2013 Stay Order; the Court having reviewed Petitioner Robert Davis' emergency motion and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1. Petitioner Robert Davis' motion is GRANTED.

2. The Court's July 25, 2013 Stay Order Extending the Chapter 9 Stay does not apply or extend to Petitioner Robert Davis' Open Meetings Act lawsuit, Ingham County Circuit Court Case No. 13-281-NZ, which is currently pending in the Ingham County Circuit Court before the Honorable Judge William E. Collette.

3. Ingham County Circuit Court Judge William E. Collette may proceed with adjudicating the merits of Petitioner Robert Davis' Open Meetings Act lawsuit, Case No. 13-281-NZ, in accordance with the Michigan Court of Appeals' June 20, 2013 Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.