# EXHIBIT 4
## Certificate of Service

# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x

|  |  |  |
|---|---|---|
|  | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

_____

# CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that on August 8, 2013, I served a copy of Petitioner Robert Davis' Emergency Motion for Clarification of the Court's July 25, 2013 Order on the following parties, via email, at these email addresses:

Michelle Brya (Byram@michigan.gov)
Joshua Booth (Boothj2@michigan.gov)

/S/ Andrew A. Paterson  (P18690)
Attorney for Petitioner Robert Davis
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712
Aap43@hotmail.com
P18690