# EXHIBIT 6

## Documentary Exhibits [Exhibits A-E]