# EXHIBIT C

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30754
Lansing, Michigan 48909

**BILL SCHUETTE**
ATTORNEY GENERAL

July 26, 2013

Hon. William E. Collette
315 S. Jefferson Street
P.O. Box 179
Mason, MI 48854
**VIA Fax at 517-676-7221 and regular mail**

Re: *Davis v Local Emergency Financial Assistance Loan Board, et al,*
Case No. 13-281-NZ

Dear Judge Collette:

Enclosed is the City of Detroit's motion to extend the Chapter 9 bankruptcy stay (without exhibits) and Judge Steven Rhodes' order dated July 25, 2013 granting that motion. It is our belief that the order stays the aforementioned case. If this Court disagrees, please advise immediately so that we can proceed with this case accordingly.

Sincerely,

Michelle M. Brya (P66861)
Joshua O. Booth (P53847)
Assistant Attorneys General
Attorneys for Defendants

MMB/llr
Enc.
c: Andrew Paterson (via email and regular mail)
2013-0038756-A Davis, Robert v Emergency Financial Loan Board Assist/J. Collette ltr – Order Stay