# EXHIBIT 1
## Proposed form of Order

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____x
: **Chapter 9**
**In re:** : **Case No. 13-53846**
**CITY OF DETROIT, MICHIGAN**, : **Hon. Steven W. Rhodes**
Debtor. :
:
:
_____x

## ORDER GRANTING PETITIONER ROBERT DAVIS' MOTION FOR AN *EX PARTE* REDUCING THE TIME FOR A PARTY TO TAKE ANY ACTION OR FILE OBJECTIONS TO PETITIONER ROBERT DAVIS' EMERGENCY MOTION

This matter coming before the Court on the motion of Petitioner Robert Davis ("Petitioner") for entry of an *ex parte* order reducing the time for a party to take any action or file any objections to Petitioner's Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order ("Emergency Motion"); the Court having reviewed Petitioner Robert Davis' motion and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1. Petitioner Robert Davis' motion is GRANTED.

2. In accordance with LBR 9006-1(b), the time for a party or a party of interest to file any objections to Petitioner's Emergency Motion with this Court is reduced to three (3) business days.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.