# **EXHIBIT 4**
## **Certificate of Service**

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____x

|  |  |  |
|---|---|---|
|  | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN,** | : | **Hon. Steven W. Rhodes** |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

_____

## CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that on August 8, 2013, I served a copy of Petitioner Robert Davis' Motion for Ex Parte Order To Reduce the Time for filing objections to Petitioner Robert Davis' Emergency Motion for Clarification of the Court's July 25, 2013 Order on the following parties, via email, at these email addresses:

        Michelle Brya (Byram@michigan.gov)
        Joshua Booth (Boothj2@michigan.gov)

        /S/ Andrew A. Paterson_(P18690)_____
        Attorney for Petitioner Robert Davis
        46350 Grand River, Suite C
        Novi, MI 48374
        (248) 568-9712
        Aap43@hotmail.com
        P18690