**EXHIBIT 6**
**NONE [Documentary Exhibits]**