UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN     CASE NO.   13-53846
                                                   CHAPTER   9
                                                   JUDGE:     STEVEN W. RHODES

    **Debtor**

_____/

## KIMBERLI POWELL, *ET. AL*'S OMNIBUS MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 and 11 U.S.C. §922; AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)

    **NOW COME** Movants, Kimberli Powell, *et. al.*, by and through their attorneys, B.O.C. Law Group, P.C., and in support of this Motion for Relief from the Automatic Stay states the following:

    1. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§157 and 1334.

    2. On July 18, 2013, the Debtor, City of Detroit, Michigan, filed a petition for relief under Chapter 9 of the United States Bankruptcy Code.

    3. The Debtor's filing instituted an automatic stay of proceedings against the Debtor pursuant to 11 U.S.C. §§362 and 922. This Stay was confirmed by this Court's July 25, 2013 Order that confirmed the existence of the Stay (Docket #167).

    4. Movants, Kimberli Powell, *et. al.* are currently Chapter 13 Bankruptcy debtors that have pending Chapter 13 Cases. Movants have likewise filed adversary proceedings that seek a determination of Debtor's property tax and/or water liens in their properties. The adversary proceedings seek declaratory relief against the Debtor only.

    5. Movants, in this Motion, include the following Chapter 13 Bankruptcy and adversary matters, currently pending in the United States Bankruptcy Court, Eastern District of Michigan:

         a. **Kimberli Powell: Chapter 13 Bankruptcy Case No. 13-40036-WSD (Adversary Case No. 13-04134);**

         b. **Louise Williams: Chapter 13 Bankruptcy Case No. 13-40374-MBM (Adversary Case No. 13-04215);**

         c. **Ruthea Taylor: Chapter 13 Bankruptcy Case No. 13-41265-PJS (Adversary Case No(s) 13-04235, 13-04237 and 13-04239);**

         d. **Sherwood & Barbara Butts: Chapter 13 Bankruptcy Case No. 13-42383-PJS (Adversary Case No. 13-04267);**

         e. **Dorothy Wilson: Chapter 13 Case No. 13-43731-WSD (Adversary Case No. 13-04296)**; and

f. **Quiwana Stewart: Chapter 13 Case No. 13-46273-SWR (Adversary Case No. 13-04421)**

6. That confirmation of feasible Chapter 13 Plans of Movants are dependent upon the adjudication of the listed adversary proceedings. Some of these cases have been pending for as long as seven (7) months and therefore, it is imperative that these Chapter 13 debtors be permitted to prosecute these adversary proceedings to allow confirmation of their individual Chapter 13 Plans.

7. Movants only wish to obtain relief from the Stay against Debtor in order to pursue the relief sought in the adversary proceedings, which again, is limited to declaratory relief pertaining to the extent and classification of various City of Detroit property tax and/or water liens.

8. Movants attempted to obtain concurrence in the relief sought prior to filing this Motion; however, at the time this Motion was filed, Debtor and/or its duly authorized representative was unable to stipulate to this relief.

9. Attached is a proposed Order.

**WHEREFORE** Movants respectfully request this Honorable Court grant this Motion for Relief from the Automatic Stay to file or continue adversary proceedings against the Debtor in filed Chapter 13 cases to seek a determination of the extent of Debtor's tax and/or water liens in real property located within the City of Detroit, waive the provisions of FRBP 4001(a)(3) and for what further relief this Court deems equitable and just.

Respectfully submitted,

/s/ Corey M. Carpenter (P67818)
B.O.C. Law Group, P.C.
By:  William R. Orlow (P41634)
     C. Jason Cardasis (P54930)
     Corey M. Carpenter (P67818)
     Nicholas B. Andrew (P75381)
Attorneys for Movants
24100 Woodward Ave.
Pleasant Ridge, MI 48069
(248) 584-2100
coreycarpenter@boclaw.com

Dated: August 9, 2013

IN RE:
CITY OF DETROIT, MICHIGAN          CASE NO.    13-53846
                                                        CHAPTER    9
                                                        JUDGE:       STEVEN W. RHODES

      Debtor
_____/

## ORDER GRANTING OMNIBUS MOTION FOR RELIEF FROM THE AUTOMATIC STAY

       Kimberli Powell, *et. al.*, having filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C. §922 of the United States Bankruptcy Code; notice having been given to all interested parties; and the Court being fully advised in the premsies;

       **NOW WHEREFORE;**

       **IT IS HEREBY ORDERED** that the Motion is Granted.

       **IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §922, the Automatic Stay is hereby vacated for the limited purposes of allowing Movants to continue litigation in certain adversary proceedings seeking declaratory relief against the Debtor, City of Detroit, Michigan, and which requests a determination of the extent and nature of real property and/or water bill liens held by the Debtor upon real properties in the City of Detroit, Michigan. These cases include:

       a. **Kimberli Powell: Chapter 13 Bankruptcy Case No. 13-40036-WSD (Adversary Case No. 13-04134);**

       b. **Louise Williams: Chapter 13 Bankruptcy Case No. 13-40374-MBM (Adversary Case No. 13-04215);**

       c. **Ruthea Taylor: Chapter 13 Bankruptcy Case No. 13-41265-PJS (Adversary Case No(s) 13-04235, 13-04237 and 13-04239);**

       d. **Sherwood & Barbara Butts: Chapter 13 Bankruptcy Case No. 13-42383-PJS (Adversary Case No. 13-04267);**

       e. **Dorothy Wilson: Chapter 13 Case No. 13-43731-WSD (Adversary Case No. 13-04296**); and

       f. **Quiwana Stewart: Chapter 13 Case No. 13-46273-SWR (Adversary Case No. 13-04421)**

       **IT IS FURTHER ORDERED** that this order is effective immediately notwithstanding the provisions of F.R.B.P. 4001(a)(3).

IN RE:
**CITY OF DETROIT, MICHIGAN**　　　　　　　CASE NO.　13-53846
　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　9
　　　　　　　　　　　　　　　　　　　　　　　JUDGE:　　STEVEN W. RHODES

　　　**Debtor**

_____/

### NOTICE OF KIMBERLI POWELL, *ET. AL.'S* OMNIBUS MOTION FOR FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d) AND 11 U.S.C. §922; AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)

**B.O.C. LAW GROUP, P.C.**  has filed papers with the Court.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

　　　If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, within 15 days, you or your attorney must:

1.　　File with the court a written response or an answer, explaining your position at
　　　　United States Bankruptcy Court
　　　　211 W. Fort Street, Suite 2100
　　　　Detroit, Michigan 48226

　　　If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

　　　　B.O.C. Law Group, P.C.
　　　　Attorneys for Movants
　　　　24100 Woodward
　　　　Pleasant Ridge, MI  48069

2.　　If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Corey M. Carpenter (P67818)
　　　　　　　　　　　　　　　　　　　　B.O.C. Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　By:　　William R. Orlow (P41634)
　　　　　　　　　　　　　　　　　　　　　　　　C. Jason Cardasis (P54930)
　　　　　　　　　　　　　　　　　　　　　　　　Corey M. Carpenter (P67818)
　　　　　　　　　　　　　　　　　　　　　　　　Nicholas B. Andrew (P75381)
　　　　　　　　　　　　　　　　　　　　Attorneys for Movants
　　　　　　　　　　　　　　　　　　　　24100 Woodward Ave.
　　　　　　　　　　　　　　　　　　　　Pleasant Ridge, MI 48069
　　　　　　　　　　　　　　　　　　　　(248) 584-2100
　　　　　　　　　　　　　　　　　　　　coreycarpenter@boclaw.com

Dated:  August 9, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN          CASE NO.   13-53846
                                   CHAPTER    9
                                   JUDGE:     STEVEN W. RHODES

    Debtor
_____/

**BRIFF IN SUPPORT OF OMNIBUS MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 and 11 U.S.C. §922; AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)**

    **NOW COME** Movants, and for this brief in support of this Motion, state:

Movants hereby rely on 11 U.S.C. §362(d)(1), 11 U.S.C. §922 and the statements made in this Motion in support of this request for Relief from the Automatic Stay.

    **WHEREFORE** Movants respectfully request this Honorable Court grant this Motion for Relief from the Automatic Stay to file or continue adversary proceedings against the Debtor in filed Chapter 13 cases to seek a determination of the extent of Debtor's tax and/or water liens in real property located within the City of Detroit, waive the provisions of FRBP 4001(a)(3) and for what further relief this Court deems equitable and just.

                              Respectfully submitted,

                              /s/ Corey M. Carpenter (P67818)
                              B.O.C. Law Group, P.C.
                              By:   William R. Orlow (P41634)
                                    C. Jason Cardasis (P54930)
                                    Corey M. Carpenter (P67818)
                                    Nicholas B. Andrew (P75381)
                              Attorneys for Movants
                              24100 Woodward Ave.
                              Pleasant Ridge, MI 48069
                              (248) 584-2100
                              coreycarpenter@boclaw.com

Dated: August 9, 2013

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:
**CITY OF DETROIT, MICHIGAN**          CASE NO.     13-53846
                                       CHAPTER      9
                                       JUDGE:       STEVEN W. RHODES
    **Debtor**
_____/

## CERTIFICATE OF SERVICE

**Corey M. Carpenter** hereby certifies that on **August 9, 2013**, he did serve the following documents: **Motion for Relief from the Automatic Stay, et. seq., Proposed Order, Notice of Motion for Relief, Brief in Support and Certificate of Service**, by filing said pleadings via the Court's ECF filing system, which will serve electronic notice upon:

**Office of the United States Trustee**
211 W. Fort St., Ste. 700
Detroit, MI 48226

**City of Detroit**
C/o Jonathan S. Green
150 W. Jefferson
Ste. 2500
Detroit, MI 48226

And via Regular Mail upon:

**All Creditors on the attached Matrix**

                                                   Respectfully submitted,

                                                 /s/ Corey M. Carpenter (P67818)
                                               B.O.C. Law Group, P.C.
                                               By:    William R. Orlow (P41634)
                                                       C. Jason Cardasis (P54930)
                                                       Corey M. Carpenter (P67818)
                                                       Nicholas B. Andrew (P75381)
                                               Attorneys for Movants
                                             24100 Woodward Ave.
                                             Pleasant Ridge, MI 48069
                                             (248) 584-2100
                                             coreycarpenter@boclaw.com

Dated: August 9, 2013

```
Label Matrix for local noticing          Bishop Real Estate, L.L.C.              Chase Paymentech, LLC
0645-2                                   c/o Stephen M. Gross, Esq.              Attn: Lazonia Clark, Business Analyst
Case 13-53846-swr                        39533 Woodward Ave.                     14221 Dallas Pkwy, Bldg II
Eastern District of Michigan             Suite 318                               Dallas, TX 75254-2942
Detroit                                  Bloomfield Hills, MI 48304-5106
Wed Aug  7 11:02:07 EDT 2013

City of Detroit Water and Sewerage Departmen   City of Detroit, Michigan         DEPFA Bank PLC
615 Griswold                             2 Woodward Avenue                       c/o Schiff Hardin LLP
Suite 1708                               Suite 1126                              Rick L. Frimmer, Esq.
Detroit, MI 48226-3990                   Detroit, MI 48226-3443                  233 S. Wacker Dr., Ste. 6600
                                                                                 Chicago, IL 60606-6360

Detroit Retired City Employees Association   Eaton Vance Management              Erste Europaische Pfandbrief- und Kommunalkr
P.O. Box 40713                           William Delahunty                       c/o Matthew G. Summers, Esquire
Detroit, MI 48240-0713                   2 International Place                   Ballard Spahr LLP
                                         Boston, MA 02110-4101                   919 N. Market St., 11th Floor
                                                                                 Wilmington, DE 19801-3062

Fidelity Management & Research Company   Financial Guaranty Insurance Company    Gabriel, Roeder, Smith & Company
Hannah Kate Sullivan                     125 Park Avenue                         c/o Stevenson & Bullock, P.L.C.
One Spartan Way                          New York, NY 10017-5664                 Attn: Charles D. Bullock
Mail Zone TS2T                                                                   26100 American Drive
Merrimack, NH 03054-4300                                                         Suite 500
                                                                                 Southfield, Mi 48034-6184

Godfrey & Kahn, S.C.                     International Union, United Automobile, Aero   McAlpine PC
One East Main Street, Suite 500          Solidarity House                        3201 University Dr., Suite 100
P.O. Box 2719                            8000 East Jefferson Avenue              Auburn Hills, MI 48326-2396
Madison, WI 53701-2719                   Detroit, MI 48214-3963

Michigan Auto Recovery Service, Inc.     New England Fertilizer Company          Police and Fire Retirement System of the Cit
8850 Southfield                                                                  Detroit, MI 48226
Detroit, MI 48228-1976



Resnick & Moss, P.C.                     Retired Detroit Police Members Association   Retired Detroit Police and Fire Fighers Asso
40900 Woodward Avenue                    c/o Strobl & Sharp, P.C.                Retired Detroit Police and Fire Fighters
Suite 111                                300 E. Long Lake Road, Suite 200        2525 E. 14 Mile Rd
Bloomfield Hills, MI 48304-5116          Bloomfield Hills, MI 48304-2376         Sterling Heights, MI 48310-5969

State of Michigan                        State of Michigan, Department of Attorney Ge   Treasurer, City of Detroit
PO Box 30754                             c/o Dawn R. Copley                      c/o Law Department
Lansing, MI 48909-8254                   Dickinson Wright PLLC                   2 Woodward Ave.
                                         500 Woodward Avenue, Suite 4000         Suite 500
                                         Detroit, MI 48226-5403                  Detroit, MI 48226-3440

Upright Wrecking & Demolition, L.L.C.    Waste Management Inc. etal              Airgas USA, LLC
5555 Connor Ave. Suite 1249              c/o Jerry M. Ellis                      259 Radnor-Chester Road
Detroit, MI 48213-3495                   39395 W. Twelve Mile Road               Suite 100
                                         Suite 200                               P.O. Box 6675
                                         Farmington Hills, MI 48331-2968         Radnor, PA  19087-8675

Andy Gravina                             City of Detroit Water and Sewerage Departmen   Douglas C. Bernstein, Esq.
Special Handling Group-MD NC317          c/o Kilpatrick & Associates, P.C.       Plunkett Cooney
IBM Credit LLC                           615 Griswold, Ste. 1708                 38505 Woodward Avenue, Suite 2000
6303 Barfield Rd NE                      Detroit, MI 48226-3990                  Bloomfield Hills, MI 48304-5096
Atlanta GA 30328-4233
```

| | | |
|---|---|---|
| Enjoi Transportation, LLC<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 | Fidelity Management & Research Company<br>Hannah Kate Sullivan<br>One Spartan Way<br>Mail Zone TS2T<br>Merrimack, New Hampshire 03054-4300 | Gary Segatti<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center Dr.<br>Ste.420<br>Southfield, MI 48076-4140 |
| International Business Machines Credit LLC<br>Attn: National Bankruptcy Coordinator<br>IBM Corporation<br>275 Viger East, Ste. 400<br>Montreal, Quebec H2X 3R7 Canada | Iron Mountain Information Management, LLC<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 | Kurt Thornbladh, Esq.<br>Thornbladh Legal Group PLLC<br>7301 Schaefer<br>Dearborn, MI 48126-4915 |
| LOWENSTEIN SANDLER LLP<br>Attn: Sharon L. Levine, Esq. and<br>Philip J. Gross, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068-1725 | MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P<br>Attn: John R. Canzano, Esq.<br>400 Galleria Officentre, #117<br>Southfield, MI 48034-2161 | MSC Industrial Supply Company<br>ATTN: Legal Department<br>75 Maxess Road<br>Melville, NY 11747-3151 |
| Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3062 | Michigan Property Tax Relief, LLC<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center, Ste. 310<br>Southfield, MI 48076-4155 | Nathaniel Brent<br>538 South Livernois<br>Detroit MI 48209-3031 |
| National Industrial Maintenance - Michigan,<br>c/o Dean & Fulkerson<br>801 W. Big Beaver Road, Suite 500<br>Troy, MI 48084-4724 | NuCO2<br>2800 S.E. Market Place<br>Stuart FL 34997-4965 | P.P.T.A., Inc., or Harold Hoyt<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center Dr.<br>Ste. 420<br>Southfield, MI 48076-4140 |
| Quill.com<br>Attn: Daneen Kastanek<br>1 Environmental Way<br>Broomfield CO 80021-3415 | Staples, Inc.<br>Attn: Daneen Kastanek<br>300 Arbor Lake Drive<br>Columbia SC 29223-4582 | U.S. Bank National Association<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 |
| Upright Wrecking & Demolition<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC N0005-055<br>Des Moines, IA 50309-3605 | Xerox Corporation c/o<br>OSIPOV BIGELMAN, P.C.<br>2700 Civic Center Dr, Suite 420<br>Southfield, MI 48076 |
| Bill Schuette<br>Michigan Department of Attorney General<br>P.O. Box 30754<br>Lansing, MI 48909-8254 | Bruce Goldman | Caralyce M. Lassner<br>Caralyce M. Lassner, JD, PC<br>8300 Hall Road, Suite 201<br>Utica, MI 48317-5506 |
| David Sole<br>2921 E Jefferson Ste 205<br>Detroit, MI 48207-4267 | David Gilbert Heiman<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1163 | Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505 |
| Donald Taylor<br>1809 Bullock Rd<br>Lapeer, MI 48446-9705 | Donald Taylor<br>Retired Detroit Police and Fire Fighter<br>2525 E. 14 Mile Rd.<br>Sterling Heights, MI 48310-5969 | Douglas C. Bernstein<br>Plunkett Cooney<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304-5096 |

| | | |
|---|---|---|
| Heather Lennox<br>222 East 41st Street<br>New York, NY 10017-6739 | Janet M Ziulkowski<br>Ziulkowski & Associates PLC<br>17001 Nineteen Mile Rd Ste 1-D<br>Clinton Township, MI 48038-4867 | Jonathan S. Green<br>150 W. Jefferson<br>Ste. 2500<br>Detroit, MI 48226-4415 |
| Kay Standridge Kress<br>4000 Town Center<br>Southfield, MI 48075-1410 | Kenneth M. Schneider<br>Schneider Miller, P.C.<br>645 Griswold Ste. 3900<br>Detroit, MI 48226-4251 | Leland Prince DTE Energy Co<br>DTE Energy Company<br>One Energy Plaza<br>688-WCB<br>Legal Department<br>Detroit, MI 48226-1221 |
| Martin A. O'Brien<br>c/o A. Stephen Ramadan, PLC<br>22201 Harper Ave<br>St. Clair Shores, MI 48080-1865 | Michael Joseph Karwoski<br>26015 Felicity Landing<br>Harrison Township, MI 48045-6401 | Robbie Lee Flowers<br>6533 E. Jefferson, Apt 602T<br>Detroit, MI 48207-3784 |
| Robert Davis<br>180 Eason<br>Highland Park, MI 48203-2707 | Robert S. Hertzberg<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505 | Shirley A Scott |
| Shirley V Lightsey<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Shirley V Lightsey<br>President-Detroit Retired City Emp As<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Stephen S. LaPlante<br>150 W. Jefferson Ave.<br>Suite 2500<br>Detroit, MI 48226-4415 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ambac Assurance Corporation | (u)Assured Guaranty Municipal Corp. | (u)BlackRock Financial Management, Inc. |
| (u)Blue Cross Blue Shield of Michigan and Blu | (u)Courtesy Notice | (u)Detroit Fire Fighters Association, I.A.F.F |
| (u)Detroit Institute of Arts | (u)Detroit Police Command Officers Associatio | (u)Detroit Police Lieutenants and Sergeants A |
| (u)Detroit Police Officers Association | (u)Deutsche Bank Securities Inc. | (u)Enjoi Transportation, LLC |

| | | |
|---|---|---|
| (u)General Motors LLC | (u)General Retirement System of the City of D | (u)Genuine Parts Company |
| (u)Health Alliance Plan of Michigan | (u)Hercules & Hercules, Inc.<br>19055 W. Davidson<br>Detroit | (u)IBM Credit LLC |
| (u)International Business Machines Credit LLC | (u)Merrill Lynch Capital Services, Inc. | (u)Michigan Bell Telephone Company d/b/a AT&T |
| (u)Michigan Council 25 Of The American Federa | (du)Michigan Council 25 of the American Feder | (u)Michigan Property Tax Relief, LLC |
| (u)National Public Finance Guarantee Corporat | (u)Nuveen Asset Management | (u)P.P.T.A., Inc., or Harold Hoyt |
| (u)Schneiderman and Sherman, P.C. | (u)Syncora Capital Assurance Inc. | (u)Syncora Guarantee Inc. |
| (u)Syncora Holdings Ltd. | (u)U.S. Bank N.A. | (u)UBS AG |
| (u)US Health & Life Insurance Company | (u)United States Nuclear Regulatory Commissio | (u)United States of America |
| (u)Wade Trim Associates, Inc. | (u)Xerox Corporation | (u)Brown Rehabilitation Management, Inc.<br>29688 Telegraph<br>Suite 100<br>Southfield48034 |
| (d)Chase Paymentech, LLC<br>Attn: Lazonia Clark, Business Analyst<br>14221 Dallas Pkwy, Bldg II<br>Dallas, TX 75254-2942 | (d)Eaton Vance Management<br>William Delahunty<br>2 International Place<br>Boston, MA 02110-4101 | (d)Iron Mountain Information Management, LLC<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 |

| | | |
|---|---|---|
| (d)Michigan Auto Recovery Service, Inc.<br>8850 Southfield<br>Detroit MI 48228-1976 | (du)Michigan Council 25 of the American Feder | (u)Daniel M. McDermott |
| (u)Gary Segatti | (u)Mary Washington | (u)Mary Whitson |
| (u)Michael Wells | (d)Nathaniel Brent<br>538 South Livernois<br>Detroit, MI 48209-3031 | End of Label Matrix<br>Mailable recipients   74<br>Bypassed recipients   50<br>Total                124 |