Form B20A(Official Form 20A
12/1/10

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>**CITY OF DETROIT, MICHIGAN**<br><br>**Debtor**<br>_____/ | **CASE NO.** 13-53846<br>**CHAPTER** 9<br>**JUDGE:** **STEVEN W. RHODES** |

Address: **8220 Chatham, Detroit, MI 48239**
Last four digits of Social Security or Employer's Tax Identification (EIN) No(s).(if any): **xxx-xx-4551**

**AMENDED NOTICE OF KIMBERLI POWELL, *ET. AL.'S* OMNIBUS MOTION FOR
FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d) AND 11
U.S.C. §922; AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)**

**B.O.C. Law Group, P.C.** has filed papers with the court seeking relief from the Automatic Stay

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in a motion, or if you want the court to consider your views on the motion, within **14** days, you or your attorney must:

1.          File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  All attorneys are required to file pleadings electronically.

B.O.C. Law Group, P.C.
Attorneys for Movants
24100 Woodward
Pleasant Ridge, MI  48069

2.          If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

Respectfully submitted,

/s/ Corey M. Carpenter (P67818)
B.O.C. Law Group, P.C.
By: William R. Orlow (P41634)
     C. Jason Cardasis (P54930)
     Corey M. Carpenter (P67818)
     Nicholas B. Andrew (P75381)
Attorneys for Movants
24100 Woodward Ave.
Pleasant Ridge, MI 48069
(248) 584-2100
coreycarpenter@boclaw.com

Dated: August 9, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
**CITY OF DETROIT, MICHIGAN**       CASE NO.    13-53846
                                    CHAPTER     9
                                    JUDGE:      STEVEN W. RHODES

    **Debtor**
_____/

## CERTIFICATE OF SERVICE

    **Corey M. Carpenter** hereby certifies that on **August 9, 2013**, he did serve the following documents: **Amended Notice and Opportunity to for Hearing regarding Motion for Relief from the Automatic Stay, and Certificate of Service**, by filing said pleadings via the Court's ECF filing system, which will serve electronic notice upon:

**Office of the United States Trustee**
**211 W. Fort St., Ste. 700**
**Detroit, MI 48226**

**City of Detroit**
**C/o Jonathan S. Green**
**150 W. Jefferson**
**Ste. 2500**
**Detroit, MI 48226**

And via Regular Mail upon:
**All Creditors on the attached Matrix**

                            Respectfully submitted,

                            /s/ Corey M. Carpenter (P67818)
                            B.O.C. Law Group, P.C.
                            By:    William R. Orlow (P41634)
                                    C. Jason Cardasis (P54930)
                                    Corey M. Carpenter (P67818)
                                    Nicholas B. Andrew (P75381)
                            Attorneys for Movants
                            24100 Woodward Ave.
                            Pleasant Ridge, MI 48069
                            (248) 584-2100
                            coreycarpenter@boclaw.com

Dated: August 9, 2013

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 13-53846-swr<br>Eastern District of Michigan<br>Detroit<br>Wed Aug  7 11:02:07 EDT 2013 | Bishop Real Estate, L.L.C.<br>c/o Stephen M. Gross, Esq.<br>39533 Woodward Ave.<br>Suite 318<br>Bloomfield Hills, MI 48304-5106 | Chase Paymentech, LLC<br>Attn: Lazonia Clark, Business Analyst<br>14221 Dallas Pkwy, Bldg II<br>Dallas, TX 75254-2942 |
| City of Detroit Water and Sewerage Departmen<br>615 Griswold<br>Suite 1708<br>Detroit, MI 48226-3990 | City of Detroit, Michigan<br>2 Woodward Avenue<br>Suite 1126<br>Detroit, MI 48226-3443 | DEPFA Bank PLC<br>c/o Schiff Hardin LLP<br>Rick L. Frimmer, Esq.<br>233 S. Wacker Dr., Ste. 6600<br>Chicago, IL 60606-6360 |
| Detroit Retired City Employees Association<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Eaton Vance Management<br>William Delahunty<br>2 International Place<br>Boston, MA 02110-4101 | Erste Europaische Pfandbrief- und Kommunalkr<br>c/o Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>919 N. Market St., 11th Floor<br>Wilmington, DE 19801-3062 |
| Fidelity Management & Research Company<br>Hannah Kate Sullivan<br>One Spartan Way<br>Mail Zone TS2T<br>Merrimack, NH 03054-4300 | Financial Guaranty Insurance Company<br>125 Park Avenue<br>New York, NY 10017-5664 | Gabriel, Roeder, Smith & Company<br>c/o Stevenson & Bullock, P.L.C.<br>Attn: Charles D. Bullock<br>26100 American Drive<br>Suite 500<br>Southfield, Mi 48034-6184 |
| Godfrey & Kahn, S.C.<br>One East Main Street, Suite 500<br>P.O. Box 2719<br>Madison, WI 53701-2719 | International Union, United Automobile, Aero<br>Solidarity House<br>8000 East Jefferson Avenue<br>Detroit, MI 48214-3963 | McAlpine PC<br>3201 University Dr., Suite 100<br>Auburn Hills, MI 48326-2396 |
| Michigan Auto Recovery Service, Inc.<br>8850 Southfield<br>Detroit, MI 48228-1976 | New England Fertilizer Company | Police and Fire Retirement System of the Cit<br>Detroit, MI 48226 |
| Resnick & Moss, P.C.<br>40900 Woodward Avenue<br>Suite 111<br>Bloomfield Hills, MI 48304-5116 | Retired Detroit Police Members Association<br>c/o Strobl & Sharp, P.C.<br>300 E. Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 | Retired Detroit Police and Fire Fighers Asso<br>Retired Detroit Police and Fire Fighters<br>2525 E. 14 Mile Rd<br>Sterling Heights, MI 48310-5969 |
| State of Michigan<br>PO Box 30754<br>Lansing, MI 48909-8254 | State of Michigan, Department of Attorney Ge<br>c/o Dawn R. Copley<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403 | Treasurer, City of Detroit<br>c/o Law Department<br>2 Woodward Ave.<br>Suite 500<br>Detroit, MI 48226-3440 |
| Upright Wrecking & Demolition, L.L.C.<br>5555 Connor Ave. Suite 1249<br>Detroit, MI 48213-3495 | Waste Management Inc. etal<br>c/o Jerry M. Ellis<br>39395 W. Twelve Mile Road<br>Suite 200<br>Farmington Hills, MI 48331-2968 | Airgas USA, LLC<br>259 Radnor-Chester Road<br>Suite 100<br>P.O. Box 6675<br>Radnor, PA  19087-8675 |
| Andy Gravina<br>Special Handling Group-MD NC317<br>IBM Credit LLC<br>6303 Barfield Rd NE<br>Atlanta GA 30328-4233 | City of Detroit Water and Sewerage Departmen<br>c/o Kilpatrick & Associates, P.C.<br>615 Griswold, Ste. 1708<br>Detroit, MI 48226-3990 | Douglas C. Bernstein, Esq.<br>Plunkett Cooney<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304-5096 |

| | | |
|---|---|---|
| Enjoi Transportation, LLC<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 | Fidelity Management & Research Company<br>Hannah Kate Sullivan<br>One Spartan Way<br>Mail Zone TS2T<br>Merrimack, New Hampshire 03054-4300 | Gary Segatti<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center Dr.<br>Ste.420<br>Southfield, MI 48076-4140 |
| International Business Machines Credit LLC<br>Attn: National Bankruptcy Coordinator<br>IBM Corporation<br>275 Viger East, Ste. 400<br>Montreal, Quebec H2X 3R7 Canada | Iron Mountain Information Management, LLC<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 | Kurt Thornbladh, Esq.<br>Thornbladh Legal Group PLLC<br>7301 Schaefer<br>Dearborn, MI 48126-4915 |
| LOWENSTEIN SANDLER LLP<br>Attn: Sharon L. Levine, Esq. and<br>Philip J. Gross, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068-1725 | MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P<br>Attn: John R. Canzano, Esq.<br>400 Galleria Officentre, #117<br>Southfield, MI 48034-2161 | MSC Industrial Supply Company<br>ATTN: Legal Department<br>75 Maxess Road<br>Melville, NY 11747-3151 |
| Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3062 | Michigan Property Tax Relief, LLC<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center, Ste. 310<br>Southfield, MI 48076-4155 | Nathaniel Brent<br>538 South Livernois<br>Detroit MI 48209-3031 |
| National Industrial Maintenance - Michigan,<br>c/o Dean & Fulkerson<br>801 W. Big Beaver Road, Suite 500<br>Troy, MI 48084-4724 | NuCO2<br>2800 S.E. Market Place<br>Stuart FL 34997-4965 | P.P.T.A., Inc., or Harold Hoyt<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center Dr.<br>Ste. 420<br>Southfield, MI 48076-4140 |
| Quill.com<br>Attn: Daneen Kastanek<br>1 Environmental Way<br>Broomfield CO 80021-3415 | Staples, Inc.<br>Attn: Daneen Kastanek<br>300 Arbor Lake Drive<br>Columbia SC 29223-4582 | U.S. Bank National Association<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 |
| Upright Wrecking & Demolition<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC N0005-055<br>Des Moines, IA 50309-3605 | Xerox Corporation c/o<br>OSIPOV BIGELMAN, P.C.<br>2700 Civic Center Dr, Suite 420<br>Southfield, MI 48076 |
| Bill Schuette<br>Michigan Department of Attorney General<br>P.O. Box 30754<br>Lansing, MI 48909-8254 | Bruce Goldman | Caralyce M. Lassner<br>Caralyce M. Lassner, JD, PC<br>8300 Hall Road, Suite 201<br>Utica, MI 48317-5506 |
| David Sole<br>2921 E Jefferson Ste 205<br>Detroit, MI 48207-4267 | David Gilbert Heiman<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1163 | Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505 |
| Donald Taylor<br>1809 Bullock Rd<br>Lapeer, MI 48446-9705 | Donald Taylor<br>Retired Detroit Police and Fire Fighter<br>2525 E. 14 Mile Rd.<br>Sterling Heights, MI 48310-5969 | Douglas C. Bernstein<br>Plunkett Cooney<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304-5096 |

| | | |
|---|---|---|
| Heather Lennox<br>222 East 41st Street<br>New York, NY 10017-6739 | Janet M Ziulkowski<br>Ziulkowski & Associates PLC<br>17001 Nineteen Mile Rd Ste 1-D<br>Clinton Township, MI 48038-4867 | Jonathan S. Green<br>150 W. Jefferson<br>Ste. 2500<br>Detroit, MI 48226-4415 |
| Kay Standridge Kress<br>4000 Town Center<br>Southfield, MI 48075-1410 | Kenneth M. Schneider<br>Schneider Miller, P.C.<br>645 Griswold Ste. 3900<br>Detroit, MI 48226-4251 | Leland Prince DTE Energy Co<br>DTE Energy Company<br>One Energy Plaza<br>688-WCB<br>Legal Department<br>Detroit, MI 48226-1221 |
| Martin A. O'Brien<br>c/o A. Stephen Ramadan, PLC<br>22201 Harper Ave<br>St. Clair Shores, MI 48080-1865 | Michael Joseph Karwoski<br>26015 Felicity Landing<br>Harrison Township, MI 48045-6401 | Robbie Lee Flowers<br>6533 E. Jefferson, Apt 602T<br>Detroit, MI 48207-3784 |
| Robert Davis<br>180 Eason<br>Highland Park, MI 48203-2707 | Robert S. Hertzberg<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505 | Shirley A Scott |
| Shirley V Lightsey<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Shirley V Lightsey<br>President-Detroit Retired City Emp As<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Stephen S. LaPlante<br>150 W. Jefferson Ave.<br>Suite 2500<br>Detroit, MI 48226-4415 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ambac Assurance Corporation | (u)Assured Guaranty Municipal Corp. | (u)BlackRock Financial Management, Inc. |
| (u)Blue Cross Blue Shield of Michigan and Blu | (u)Courtesy Notice | (u)Detroit Fire Fighters Association, I.A.F.F |
| (u)Detroit Institute of Arts | (u)Detroit Police Command Officers Associatio | (u)Detroit Police Lieutenants and Sergeants A |
| (u)Detroit Police Officers Association | (u)Deutsche Bank Securities Inc. | (u)Enjoi Transportation, LLC |

| | | |
|---|---|---|
| (u)General Motors LLC | (u)General Retirement System of the City of D | (u)Genuine Parts Company |
| (u)Health Alliance Plan of Michigan | (u)Hercules & Hercules, Inc.<br>19055 W. Davidson<br>Detroit | (u)IBM Credit LLC |
| (u)International Business Machines Credit LLC | (u)Merrill Lynch Capital Services, Inc. | (u)Michigan Bell Telephone Company d/b/a AT&T |
| (u)Michigan Council 25 Of The American Federa | (du)Michigan Council 25 of the American Feder | (u)Michigan Property Tax Relief, LLC |
| (u)National Public Finance Guarantee Corporat | (u)Nuveen Asset Management | (u)P.P.T.A., Inc., or Harold Hoyt |
| (u)Schneiderman and Sherman, P.C. | (u)Syncora Capital Assurance Inc. | (u)Syncora Guarantee Inc. |
| (u)Syncora Holdings Ltd. | (u)U.S. Bank N.A. | (u)UBS AG |
| (u)US Health & Life Insurance Company | (u)United States Nuclear Regulatory Commissio | (u)United States of America |
| (u)Wade Trim Associates, Inc. | (u)Xerox Corporation | (u)Brown Rehabilitation Management, Inc.<br>29688 Telegraph<br>Suite 100<br>Southfield48034 |
| (d)Chase Paymentech, LLC<br>Attn: Lazonia Clark, Business Analyst<br>14221 Dallas Pkwy, Bldg II<br>Dallas, TX 75254-2942 | (d)Eaton Vance Management<br>William Delahunty<br>2 International Place<br>Boston, MA 02110-4101 | (d)Iron Mountain Information Management, LLC<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 |

| | | |
|---|---|---|
| (d)Michigan Auto Recovery Service, Inc.<br>8850 Southfield<br>Detroit MI 48228-1976 | (du)Michigan Council 25 of the American Feder | (u)Daniel M. McDermott |
| (u)Gary Segatti | (u)Mary Washington | (u)Mary Whitson |
| (u)Michael Wells | (d)Nathaniel Brent<br>538 South Livernois<br>Detroit, MI 48209-3031 | End of Label Matrix<br>Mailable recipients  74<br>Bypassed recipients  50<br>Total                124 |