UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

    Debtor.
_____/

Order Granting Ex Parte Motion to Shorten Time for Response and Setting Hearing
[Docket#311]

On August 8, 2013, Robert Davis filed a document entitled "Motion for an Ex Parte Order to Reduce the Time for a Party to Take Any Action or File Any Objections to Petitioner Robert Davis' Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order." [Docket # 311]

Movant obtained the agreement of opposing counsel for the shortened response time and the Court has verified that acquiescence with counsel for the Attorney General and the City of Detroit. Accordingly, the Ex Parte Motion is GRANTED. Parties shall have 7 days to file a response to the Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order [Docket # 310]. Therefore, responses are due by August 16, 2013.

The Court has further determined that the Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order should be set for hearing. Accordingly, the Motion will be heard before the Honorable Steven Rhodes on August 21, 2013, at 10:00 a.m.,

Eastern Time, in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on August 09, 2013**

                                                                   _/s/ Steven Rhodes_
                                                     **Steven Rhodes**
                                                     **United States Bankruptcy Judge**