# SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

| | |
|---|---|
| Exhibit 1 | Proposed Form of Order Granting Expedited Hearing |
| Exhibit 1(A) | Proposed Form of Order Dissolving the Ex Parte TRO |
| Exhibit 2 | Notice [Not Required] |
| Exhibit 3 | None [Brief Not Required] |
| Exhibit 4 | None [Separate Certificate of Service to be Filed] |
| Exhibit 5 | Affidavits [None] |
| Exhibit 6 | [Described Below] |
| | Exhibit 6(A) - Syncora's Emergency Motion to Dissolve the TRO |
| | Exhibit 6(B) - City's Response to Emergency Motion to Dissolve the TRO |
| | Exhibit 6(C) - Syncora's Reply to Response re Emergency Motion to Dissolve TRO |
| | Exhibit 6(D) - City's Brief in Opposition to Emergency Motion to Dissolve TRO |
| | Exhibit 6(E) - City's Motion for Protective Order |
| | Exhibit 6(F) - Syncora's Notice of Proposed Stipulated Order |
| | Exhibit 6(G) - Syncora's Proposed Stipulated Order |
| | Exhibit 6(H) - City's Response to Proposed Stipulated Order |
| | Exhibit 6(I) - Syncora's Response to Motion for Protective Order |