# Exhibit 1

## Proposed Form of Order Granting Expedited Hearing

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |
| CITY OF DETROIT, MICHIGAN | ) Chapter 9 |
| Plaintiff, | ) Adversary Proceeding No. 13-[_____] |
| vs. | ) Hon. Steven W. Rhodes |
| SYNCORA GUARANTEE INC.; U.S. BANK, N.A.; MGM GRAND DETROIT, LLC; DETROIT ENTERTAINMENT, LLC d/b/a MOTOR CITY CASINO HOTEL; AND GREEKTOWN CASINO, LLC | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING SYNCORA GUARANTEE INC'S NOTICE OF PENDENCY OF DEFENDANT SYNCORA GUARANTEE INC.'S EMERGENCY MOTION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER AND CONDUCT EXPEDITED DISCOVERY AND *EX PARTE* MOTION FOR EXPEDITED HEARING**

**IT IS HEREBY ORDERED** that Syncora Guarantee Inc.'s *Notice of Pendency of Defendant Syncora Guarantee Inc.'s Emergency Motion to Dissolve the Temporary Restraining Order and Conduct Expedited Discovery and Ex Parte Motion for Expedited Hearing* is GRANTED.

**IT IS FURTHER ORDERED** that Syncora Guarantee Inc.'s *Notice of Pendency of Defendant Syncora Guarantee Inc.'s Emergency Motion to Dissolve the Temporary Restraining Order and Conduct Expedited Discovery and Ex Parte Motion for Expedited Hearing* shall be heard on August 14, 2013 at 10:00 a.m.

**IT IS SO ORDERED.**

                                                              _____
STEVEN W. RHODES
United States Bankruptcy Judge