# Exhibit 1(A)

# Proposed Form of Order Dissolving the Ex Parte TRO

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>　　　　　　　Debtor.<br>_____<br>CITY OF DETROIT, MICHIGAN<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SYNCORA GUARANTEE INC.; U.S. BANK, N.A.; MGM GRAND DETROIT, LLC; DETROIT ENTERTAINMENT, LLC d/b/a MOTOR CITY CASINO HOTEL; AND GREEKTOWN CASINO, LLC<br><br>　　　　　　　Defendants.<br>_____ | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes<br><br><br>Chapter 9<br><br>Adversary Proceeding No. 13-[_____]<br><br>Hon. Steven W. Rhodes |

### [PROPOSED] ORDER DISSOLVING THE JULY 5, 2013 TEMPORARY RESTRAINING ORDER OBTAINED BY PLAINTIFF CITY OF DETROIT

**IT IS HEREBY ORDERED** that the temporary restraining order (the "TRO") obtained by Plaintiff City of Detroit (the "City") on July 5, 2013 in the Circuit Court for the County of Wayne, Case No. 13-008858-CZ is dissolved.

**IT IS FURTHER ORDERED** that this Order does not resolve, and the parties reserve their rights regarding, any of the issues in the above-entitled matter that are currently in dispute, including, but not limited to, whether the City must restore monies received during the pendency of the TRO.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　STEVEN W. RHODES
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge