# Exhibit 2

## Notice

## [Not Required]