# Exhibit 6(B)

**City's Response to Emergency Motion to Dissolve the TRO**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF DETROIT, a Municipal Corporation Organized and Existing Under the Laws of the State of Michigan<br><br>Plaintiff,<br><br>v.<br><br>SYNCORA GUARANTEE INC., a New York Corporation,<br><br>and<br><br>U.S. BANK, N.A.,<br><br>and<br><br>MGM GRAND DETROIT, LLC,<br><br>and<br><br>DETROIT ENTERTAINMENT, LLC, d/b/a MOTORCITY CASINO HOTEL,<br><br>and<br><br>GREEKTOWN CASINO, LLC,<br><br>Defendants. | Case No.: 2:13-cv-12987-LPZ-MKM<br><br>Hon. Lawrence P. Zatkoff |

**PRELIMINARY RESPONSE TO MOTION AND NOTIFICATION OF THE CITY'S CONSENT TO DISSOLUTION OF TEMPORARY RESTRAINING ORDER AND WITHDRAWAL OF REQUEST FOR HEARING ON PRELIMINARY INJUNCTION**

The City of Detroit believes that most of the pending activities in this case have become moot. During the afternoon of Friday, July 12, 2013, we advised counsel for Syncora that, subject to the approval of the Emergency Manager, the City would (a) consent to the dissolution

1

of the temporary restraining order; (b) indefinitely postpone the hearing on a preliminary injunction; and (c) agree to an indefinite suspension of discovery relating to such a hearing. Nevertheless, a few hours later, Syncora served the City with a large set of motion papers and extensive discovery requests.

We are preparing appropriate responses to the motion and discovery requests, which we intend to file in the next few days. The purpose of this filing is to inform the Court as follows:

1. As we notified Syncora on Friday, the City is willing to consent to the dissolution of the temporary restraining order. We will agree to an appropriate stipulated order to effect the dissolution.

2. The City reached in principle an important settlement with certain of its creditors late Friday afternoon, which we understand will be executed later today. We believe this settlement moots many of the issues in this case, including those Syncora used as a pretext for interfering with the City's banking relationships, which in turn required the City to seek preliminary relief on July 5, 2013. In view of this development, the City believes it does not need to go forward with the preliminary injunction hearing scheduled for July 26, 2013.

3. As a result of the foregoing, there are no pending actions of the court requested by the City and no need for expedited proceedings or expedited discovery.

4. The discovery served upon us and others Friday afternoon is exceptionally broad and burdensome and will come at high cost to the City. The document requests alone consist of 138 categories of documents (not including subparts) from the City, the City's counsel, defendant U.S. Bank, and five non-parties to the case, and demand that these documents be produced to Syncora this Thursday, July 18, 2013. The burdens of this unreasonably short response time are compounded by the fact that many of Syncora's requests appear to seek documents protected by

attorney-client and work-product privilege. In addition, Syncora has served notices for depositions of seven witnesses for the week of July 22. Because this discovery is premature, if not altogether unnecessary, we are in the process of preparing a motion for a protective order.

     5. In addition to its other arguments, Syncora demanded for the first time on Friday afternoon that the City immediately disgorge up to $15 million and included that demand in the motion papers it served at the close of business that day. We believe that motion is procedurally improper and substantively defective. However, it comes at a time when the City is desperately in need of cash and raises issues of great importance to the City. We respectfully request leave of the Court to file our papers in opposition to Syncora's emergency motion by the close of business on Wednesday, July 17, 2013.

Dated: July 15, 2013

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
(248) 359-7300  -  Telephone
(248) 359-7700  -  Fax
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com


Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart (application pending)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3939
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

*Attorneys for Plaintiff*