# Exhibit 6(G)

**Syncora's Proposed Stipulated Order**



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT,
a Municipal Corporation Organized
and Existing Under the Laws of the
State of Michigan,

      Plaintiff,

v.

SYNCORA GUARANTEE INC.,
a New York Corporation,

and

U.S. BANK, N.A.,

and

MGM GRAND DETROIT, LLC,

and

DETROIT ENTERTAINMENT, LLC,
d/b/a MOTORCITY CASINO HOTEL,

and

GREEKTOWN CASINO, LLC,

      Defendants.

Case No.: 2:13-cv-12987-LPZ-MKM

Hon. Lawrence P. Zatkoff

**[PROPOSED] STIPULATED ORDER DISSOLVING THE JULY 5, 2013 TEMPORARY RESTRAINING ORDER OBTAINED BY PLAINTIFF CITY OF DETROIT**

   Consistent with the Stipulation of the Parties, by and through their attorneys, and the Court being advised in the premises;

**IT IS HEREBY ORDERED** that the temporary restraining order (the "TRO") obtained by Plaintiff City of Detroit (the "City") on July 5, 2013 in the Circuit Court for the County of Wayne, Case No. 13-008858-CZ is dissolved.

**IT IS FURTHER ORDERED** that this Order does not resolve, and the parties reserve their rights regarding, any of the issues in the above-entitled matter that are currently in dispute, including, but not limited to, whether the City must restore monies received during the pendency of the TRO.

**IT IS SO ORDERED.**

_____
LAWRENCE P. ZATKOFF
United States District Judge

Stipulated to by:

*/s/ Stephen C. Hackney*
STEPHEN C. HACKNEY
Attorney for Syncora Guarantee Inc.

_____
GREGORY M. SHUMAKER
Attorney for City of Detroit