# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |
| CITY OF DETROIT, MICHIGAN | ) Chapter 9 |
| Plaintiff, | ) |
| vs. | ) Adversary Proceeding No. 13-[_____] |
| | ) Hon. Steven W. Rhodes |
| SYNCORA GUARANTEE INC.; U.S. BANK, N.A.; MGM GRAND DETROIT, LLC; DETROIT ENTERTAINMENT, LLC d/b/a MOTOR CITY CASINO HOTEL; AND GREEKTOWN CASINO, LLC | ) |
| Defendants. | ) |

### ORDER GRANTING SYNCORA GUARANTEE INC'S *EX PARTE* MOTION FOR EXPEDITED HEARING RE: DEFENDANT SYNCORA GUARANTEE INC.'S EMERGENCY MOTION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER AND CONDUCT EXPEDITED DISCOVERY

**IT IS HEREBY ORDERED** that Syncora Guarantee Inc.'s *Ex Parte Motion for Expedited Hearing* regarding *Defendant Syncora Guarantee Inc.'s Emergency Motion to Dissolve the Temporary Restraining Order and Conduct Expedited Discovery* is GRANTED.

**IT IS FURTHER ORDERED** that the *Expedited Hearing* shall be heard on August 21, 2013 at 10:00 a.m., Eastern Time, before the Hon. Steven Rhodes in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

**IT IS SO ORDERED.**

.

**Signed on August 12, 2013**

2

                                    **/s/ Steven Rhodes**
                                  **Steven Rhodes**
                                  **United States Bankruptcy Judge**