UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT,

    Plaintiff,

vs.                     Case No. 13-12987
                        Hon. Lawrence P. Zatkoff

SYNCORA GUARANTEE INC.;
U.S. BANK, N.A.; MGM GRAND
DETROIT, LLC; DETROIT ENTERTAINMENT,
LLC d/b/a MOTOR CITY CASINO HOTEL; and
GREEKTOWN CASINO, LLC

    Defendants.
_____/

## REFERRAL TO BANKRUPTCY COURT

On July 19, 2013, Plaintiff filed a Notice of Pendency of Bankruptcy and Request for Referral to Bankruptcy Court (Docket #24). No party to this action has filed a response of any nature with respect to Plaintiff's request for referral to bankruptcy court.

The Court finds that the subject matter of the present cause of action is related to Plaintiff's pending bankruptcy proceeding in the United States Bankruptcy Court for the Eastern District of Michigan, Case No. 13-53846. Therefore, pursuant to 28 U.S.C. § 157(a) and Eastern District of Michigan Local Rule 83.50(a)(1), the Court shall refer the instant cause of action to the Bankruptcy Court. Accordingly, the Court ORDERS that the instant cause of action be and hereby is REFERRED to the United States Bankruptcy Court for the Eastern District of Michigan.

IT IS SO ORDERED.

                                          S/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
Dated: August 8, 2013                     UNITED STATES DISTRICT JUDGE