UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

    Debtor.

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Stephen W. Rhodes

# APPEARANCE, NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

*PLEASE ENTER* the appearance of Silverman & Morris, P.L.L.C. and Karin F. Avery as attorneys for: 1) Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA, and add the e-mail address of avery@silvermanmorris.com to the Electronic Service List of persons who have requested that all notices be served upon them, pursuant to F.R.B.P. 2002(i). Silverman & Morris, P.L.L.C. and Karin F. Avery appear as co-counsel with Lippitt O'Keefe, P.L.L.C. subject to all terms stated in the appearances filed by that firm.

Respectfully submitted,

**SILVERMAN & MORRIS, P.L.L.C.**

By: */s/ Karin F. Avery*
    Karin F. Avery (P45364)
30500 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
avery@silvermanmorris.com
(248) 539-1330   Fax: (248) 539-1355

Dated: August 13, 2013