UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN

IN RE,
CITY OF DETROIT, MICHIGAN
*Debtor.*
______________________________/

CHAPTER 9
CASE NO. 13-53846
HON. STEVEN W. RHODES

---

**APPEARANCE**

Melissa L. Demorest of Demorest Law Firm, PLLC submits this appearance as counsel for creditor John Denis (an individual) in the above-captioned case. Please direct all pleadings and correspondence to the attention of the undersigned.

Respectfully submitted,

_/s/ Melissa L. Demorest____
Mark S. Demorest (P35912)
Melissa L. Demorest (P68867)
Demorest Law Firm, PLLC
Attorneys for creditor
John Denis
(an individual)
322 West Lincoln Ave.
Royal Oak, MI 48067
248-723-5500
melissa@demolaw.com

Dated: August 15, 2013

City of Detroit bankruptcy:Appearance (Denis).docx