UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN

IN RE,                                              CHAPTER 9
CITY OF DETROIT, MICHIGAN                CASE NO. 13-53846
    *Debtor.*                                     HON. STEVEN W. RHODES

_____/

## APPEARANCE

      Melissa L. Demorest of Demorest Law Firm, PLLC submits this appearance as counsel for creditor HRT Enterprises (a Michigan partnership) in the above-captioned case. Please direct all pleadings and correspondence to the attention of the undersigned.

                                                              Respectfully submitted,

                                                     /s/ Melissa L. Demorest
                                                     Mark S. Demorest (P35912)
                                                     Melissa L. Demorest (P68867)
                                                     Demorest Law Firm, PLLC
                                                     Attorneys for creditor
                                                            HRT Enterprises
                                                             (a Michigan partnership)
                                                    322 West Lincoln Ave.
                                                    Royal Oak, MI 48067
                                                    248-723-5500
                                                    melissa@demolaw.com

Dated: August 15, 2013

City of Detroit bankruptcy:Appearance (HRT).docx