UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                              Chapter 9
                                                    Case No. 13-53846-SWR
CITY OF DETROIT, MICHIGAN,                          Hon. Stephen W. Rhodes

       Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2013, I electronically filed:

1. Consolidated Objection of the Retiree Association Parties to the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief; and

2. This Certificate of Service,

with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties listed on the electronic service list.

           /s/ Lori Powers
        Lori Powers
        Silverman & Morris, P.L.L.C.
        lori@silvermanmorris.com

Dated: August 15, 2013