# EXHIBIT A

# Circuit Court of the State of Michigan
## 30th Judicial Circuit



WILLIAM E. COLLETTE
Circuit Court Judge
3rd Floor, Courthouse
Mason, MI 48854
Telephone: (517) 676-7223
Fax: (517) 676-7221

August 6, 2013

Andrew Patterson
46350 Grand River Ave., Suite C
Novi, MI 48374

Michelle Brya
Joshua Booth
525 W. Ottawa Street
P.O. Box 30754
Lansing, MI 48909

RE: **Davis v Local Emergency Financial Assistance Loan Board et al, 13-281-NZ**

Dear Counsel,

The Court has received correspondence from Defendants' counsel alleging that the above action is stayed pursuant to the July 25, 2013 Order of the United States Bankruptcy Court for the Eastern District of Michigan in *In re City of Detroit, Michigan*, Case No. 13-53846. Based on the language of the July 25, 2013 Order of the Bankruptcy Court and the Motion that the Order is predicated upon, this Court believes that there is a question concerning whether this action is stayed. Based on this concern, the Court requires that one or both of the parties seek an interpretation of the extent of the stay from the Bankruptcy Court **within 7 days** of this correspondence or this Court will proceed to issue its ruling on Defendants' Motion for Summary Judgment according to the Court of Appeals Order in this matter.

Hon. William E. Collette

Dept of Attorney General

AUG 0 8 2013

State Operations Division
RECEIVED