UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   Case No. 13-53846
Chapter 9
Hon. Steven Rhodes

_____/

## PROOF OF SERVICE (E-FILE)

     I hereby certify that on August 15, 2013, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing of the following to the parties: Respondents' Response to Petitioner's Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order.


Dated: August 15, 2013                     */s/ Steven B. Flancher*
                                                               Michelle M. Brya (P66861)
                                                               Joshua O. Booth (P53847)
                                                               Steven B. Flancher (P47894)
                                                               Assistant Attorneys General
                                                               Attorneys for Respondents
                                                               State Operations Division
                                                               P.O. Box 30754, Lansing, MI 48909
                                                               (517) 373-1162

2013-0038756-D Davis, Robert v LEFALB (Bankruptcy)/POS – Response Emergency Mtn