UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9

City of Detroit, Michigan,                                Case No. 13-53846

    Debtor.                                               Hon. Steven W. Rhodes
_____/

**Mediation Order**

      Pursuant to 11 U.S.C. § 105, the Court concludes that it is necessary and appropriate to order the parties to engage in the facilitative mediation of any matters that the Court refers in this case. Accordingly, it is ordered:

1. After consultation with the parties involved, the Court may order the parties to engage in any mediation that the Court refers in this case.

2. With his consent, Chief District Judge Gerald Rosen, United States District Court, Eastern District of Michigan, is appointed to serve as judicial mediator in this case for purposes of facilitative mediation. The judicial mediator is authorized to enter any order necessary for the facilitation of mediation proceedings.

3. Chief Judge Rosen may, in his discretion, direct the parties to engage in facilitative mediation on substantive, process and discovery issues, as referred by Judge Rhodes, with such other mediators, judicial or non-judicial, as Chief Judge Rosen may designate. The fees and expenses of any non-judicial mediators shall be shared by the parties as directed by Chief Judge Rosen.

4. All proceedings, discussions, negotiation, and writings incident to mediation shall be privileged and confidential, and shall not be disclosed, filed or placed in evidence.

5. If a settlement is reached, the agreement shall be reduced to writing.

6. If a motion for approval of the settlement under F.R.Bankr.P. 9019 is necessary, the parties shall file it within 14 days after the agreement is fully executed.

7. For each mediation session, the judicial mediator shall have the authority to establish the mediation process, including the submission of documents, the attendance of parties with authority to settle, the procedure governing the mediation, and the schedule for the mediation.

8. The judicial mediator or any mediator appointed by him shall not be called as a witness.

9. All non-judicial mediators appointed under this order shall function as quasi-judicial officers under the authority of the court and are therefore immune from suit.

10. The parties shall make every effort to schedule mediation sessions with the mediator consistent with established hearing dates. The Court will grant a request to adjourn a hearing date to accommodate a mediation session only upon a motion establishing good cause and upon the recommendation of the mediator.

11. After due notice to the parties and pursuant to E.D. Mich. LBR 9029-1, the applicability of E.D. Mich. LBR 7016-2 is suspended in this case to allow the foregoing alternative mediation process. For matters the Court has not referred to mediation, the parties may nonetheless request the court to order mediation under the process established by E.D. Mich. LBR 7016-2.

**Signed on August 13, 2013**

      /s/ Steven Rhodes
**Steven Rhodes**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                                                 Chapter 9
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2      User: ckata      Page 1 of 7      Date Rcvd: Aug 13, 2013
                      Form ID: pdf03   Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2013.

```
dbpos        +City of Detroit, Michigan,    2 Woodward Avenue,    Suite 1126,    Detroit, MI 48226-3443
cr           +Barry Allen,    Vanguardians,    POB 11202,    Glendale, CA 91226-7202
intp         +Bill Schuette,    Michigan Department of Attorney General,    P.O. Box 30754,
               Lansing, MI 48909-8254
cr           +Bishop Real Estate, L.L.C.,    c/o Stephen M. Gross, Esq.,    39533 Woodward Ave.,    Suite 318,
               Bloomfield Hills, MI 48304-5106
cr           +Brown Rehabilitation Management, Inc.,    29688 Telegraph,    Suite 100,
               Southfield,    48034-1363
intp         +Caralyce M. Lassner,    Caralyce M. Lassner, JD, PC,    8300 Hall Road, Suite 201,
               Utica, MI 48317-5506
intp         +City of Detroit Water and Sewerage Department,    615 Griswold,    Suite 1708,
               Detroit, MI 48226-3990
cr           +DEPFA Bank PLC,    c/o Schiff Hardin LLP,    Rick L. Frimmer, Esq.,    233 S. Wacker Dr., Ste. 6600,
               Chicago, IL 60606-6360
cr           +David Sole,    2921 E Jefferson Ste 205,    Detroit, MI 48207-4267
intp         +Detroit Retired City Employees Association,    P.O. Box 40713,    Detroit, MI 48240-0713
cr           +Donald Taylor,    1809 Bullock Rd,    Lapeer, MI 48446-9705
intp         +Donald Taylor,    Retired Detroit  Police and Fire Fighter,    2525 E. 14 Mile Rd.,
               Sterling Heights, MI 48310-5969
intp         +Douglas C. Bernstein,    Plunkett Cooney,    38505 Woodward Avenue,    Suite 2000,
               Bloomfield Hills, MI 48304-5096
cr           +Erste Europaische Pfandbrief- und Kommunalkreditba,    c/o Matthew G. Summers, Esquire,
               Ballard Spahr LLP,    919 N. Market St., 11th Floor,    Wilmington, DE 19801-3062
cr           +Fidelity Management & Research Company,    Hannah Kate Sullivan,    One Spartan Way,
               Mail Zone TS2T,    Merrimack, NH 03054-4300
cr           +Financial Guaranty Insurance Company,    125 Park Avenue,    New York, NY 10017-5664
intp         +Gabriel, Roeder, Smith & Company,    c/o Stevenson & Bullock, P.L.C.,    Attn: Charles D. Bullock,
               26100 American Drive,    Suite 500,    Southfield, Mi 48034-6184
intp          Godfrey & Kahn, S.C.,    One East Main Street, Suite 500,    P.O. Box 2719,
               Madison, WI 53701-2719
cr           +International Union, United Automobile, Aerospace,    Solidarity House,
               8000 East Jefferson Avenue,    Detroit, MI 48214-3963,    UNITED STATES OF AMERICA
intp         +Janet M Ziulkowski,    Ziulkowski & Associates PLC,    17001 Nineteen Mile Rd Ste 1-D,
               Clinton Township, MI 48038-4867
intp         +Kenneth M. Schneider,    Schneider Miller, P.C.,    645 Griswold Ste. 3900,
               Detroit, MI 48226-4251
intp         +Kimberli Janette Powell,    C/o B.O.C. Law Group, P.C.,    24100 Woodward Ave.,
               Pleasant Ridge, MI 48069-1138
cr           +Leland Prince DTE Energy Co,    DTE Energy Company,    One Energy Plaza,    688-WCB,
               Legal Department,    Detroit, MI 48226-1221
intp         +Martin A. O'Brien,    c/o A. Stephen Ramadan, PLC,    22201 Harper Ave,
               St. Clair Shores, MI 48080-1865
op           +McAlpine PC,    3201 University Dr., Suite 100,    Auburn Hills, MI 48326-2396
cr           +Michael Amine Beydoun,    4320 Pratt,    Ann Arbor, MI 48103-1445
cr           +Michael Joseph Karwoski,    26015 Felicity Landing,    Harrison Township, MI 48045-6401
cr           +National Industrial Maintenance - Michigan, Inc.,    c/o Dean & Fulkerson,
               801 W. Big Beaver Road, Suite 500,    Troy, MI 48084-4724
cr            Police and Fire Retirement System of the City of D,    Detroit, MI  48226
intp         +Resnick & Moss, P.C.,    40900 Woodward Avenue,    Suite 111,    Bloomfield Hills, MI 48304-5116
cr           +Retired Detroit Police Members Association,    c/o Strobl & Sharp, P.C.,
               300 E. Long Lake Road, Suite 200,    Bloomfield Hills, MI 48304-2376
intp         +Retired Detroit Police and Fire Fighers Associatio,    Retired Detroit Police and Fire Fighters,
               2525 E. 14 Mile Rd,    Sterling Heights, MI 48310-5969
cr           +Robbie Lee Flowers,    6533 E. Jefferson, Apt 602T,    Detroit, MI 48207-3784
cr           +Robert Davis,    180 Eason,    Highland Park, MI 48203-2707
intp         +Shirley V Lightsey,    President-Detroit Retired City Emp As,    P.O. Box 40713,
               Detroit, MI 48240-0713
cr           +Shirley V Lightsey,    P.O. Box 40713,    Detroit, MI 48240-0713
intp         +State of Michigan,    PO Box 30754,    Lansing, MI 48909-8254
intp         +State of Michigan, Department of Attorney General,    c/o Dawn R. Copley,    Dickinson Wright PLLC,
               500 Woodward Avenue, Suite 4000,    Detroit, MI 48226-5403
cr           +U.S. Bank National Association,    c/o Waller Lansden Dortch & Davis, LLP,
               Attn: David E. Lemke, Esq.,    511 Union Street, Suite 2700,    Nashville, TN 37219-1791
intp         +Upright Wrecking & Demolition, L.L.C.,    5555 Connor Ave. Suite 1249,    Detroit, MI 48213-3495
cr           +Waste Management Inc. etal,    c/o Jerry M. Ellis,    39395 W. Twelve Mile Road,    Suite 200,
               Farmington Hills, MI 48331-2968
22247172      Airgas USA, LLC,    259 Radnor-Chester Road,    Suite 100,    P.O. Box 6675,
               Radnor, PA  19087-8675
22281915     +Barry Allen, Executive Director,    Vanguardians,    POB 11202,    Glendale, California 91226-7202
22271228     +Chase Paymentech, LLC,    Attn: Lazonia Clark, Business Analyst,    14221 Dallas Pkwy, Bldg II,
               Dallas, TX 75254-2942
22240968     +City of Detroit Water and Sewerage Department,    c/o Kilpatrick & Associates, P.C.,
               615 Griswold, Ste. 1708,    Detroit, MI 48226-3990
```

```
22238523     +Douglas C. Bernstein, Esq.,   Plunkett Cooney,   38505 Woodward Avenue, Suite 2000,
               Bloomfield Hills, MI 48304-5096
22271898     +Eaton Vance Management,   William Delahunty,   2 International Place,   Boston, MA 02110-4101
22237226     +Enjoi Transportation, LLC,   c/o Gudeman & Associates, PC,   1026 W. Eleven Mile Road,
               Royal Oak, MI 48067-5401
22271897     +Fidelity Management & Research Company,   Hannah Kate Sullivan,   One Spartan Way,
               Mail Zone TS2T,   Merrimack, New Hampshire 03054-4300
22262456     +Gary Segatti,   c/o Yuliy Osipov, Esq.,   20700 Civic Center Dr.,   Ste.420,
               Southfield, MI 48076-4140
22269250      International Business Machines Credit LLC,   Attn: National Bankruptcy Coordinator,
               IBM Corporation,   275 Viger East, Ste. 400,   Montreal, Quebec H2X 3R7 Canada
22238691     +Iron Mountain Information Management, LLC,   745 Atlantic Avenue,   Boston, MA 02111-2735
22241396     +Kurt Thornbladh, Esq.,   Thornbladh Legal Group PLLC,   7301 Schaefer,   Dearborn, MI 48126-4915
22243695     +LOWENSTEIN SANDLER LLP,   Attn: Sharon L. Levine, Esq. and,   Philip J. Gross, Esq.,
               65 Livingston Avenue,   Roseland, New Jersey 07068-1725
22243696     +MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P.C.,   Attn: John R. Canzano, Esq.,
               400 Galleria Officentre, #117,   Southfield, MI 48034-2161
22268715     +Matthew G. Summers, Esquire,   Ballard Spahr LLP,   919 N. Market Street, 11th Floor,
               Wilmington, DE 19801-3062
22241397     +Michigan Auto Recovery Service, Inc.,   8850 Southfield,   Detroit MI 48228-1976
22258376     +Michigan Property Tax Relief, LLC,   c/o Yuliy Osipov, Esq.,   20700 Civic Center, Ste. 310,
               Southfield, MI 48076-4155
22245531     +Nathaniel Brent,   538 South Livernois,   Detroit MI 48209-3031
22273756     +NuCO2,   2800 S.E. Market Place,   Stuart FL 34997-4965
22262522     +P.P.T.A., Inc., or Harold Hoyt,   c/o Yuliy Osipov, Esq.,   20700 Civic Center Dr.,   Ste. 420,
               Southfield, MI 48076-4140
22270046     +Quill.com,   Attn: Daneen Kastanek,   1 Environmental Way,   Broomfield CO 80021-3415
22270047     +Staples, Inc.,   Attn: Daneen Kastanek,   300 Arbor Lake Drive,   Columbia SC 29223-4582
22237229     +Upright Wrecking & Demolition,   c/o Gudeman & Associates, PC,   1026 W. Eleven Mile Road,
               Royal Oak, MI 48067-5401
22271172     +Wells Fargo Financial Leasing, Inc.,   800 Walnut Street,   MAC N0005-055,
               Des Moines, IA 50309-3605
22250124      Xerox Corporation c/o,   OSIPOV BIGELMAN, P.C.,   2700 Civic Center Dr, Suite 420,
               Southfield, MI 48076

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: info@vanguardians.org Aug 13 2013 22:29:27      Barry Allen,   Vanguardians,
               POB 11202,   Glendale, CA 91226-7202
intp          +E-mail/Text: codbankruptcynotices@detroitmi.gov Aug 13 2013 22:27:56
               Treasurer, City of Detroit,   c/o Law Department,   2 Woodward Ave.,   Suite 500,
               Detroit, MI 48226-3440
22257563     +E-mail/Text: gravina@us.ibm.com Aug 13 2013 22:29:28      Andy Gravina,
               Special Handling Group-MD NC317,   IBM Credit LLC,   6303 Barfield Rd NE,
               Atlanta GA 30328-4233
22271228     +E-mail/Text: lazonia.clark@chasepaymentech.com Aug 13 2013 22:29:38      Chase Paymentech, LLC,
               Attn: Lazonia Clark, Business Analyst,   14221 Dallas Pkwy, Bldg II,   Dallas, TX 75254-2942
22257422     +E-mail/Text: legaldept@mscdirect.com Aug 13 2013 22:27:53      MSC Industrial Supply Company,
               ATTN:  Legal Department,   75 Maxess Road,   Melville, NY 11747-3151
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
intp         Ambac Assurance Corporation
cr           Assured Guaranty Municipal Corp.
cr           BlackRock Financial Management, Inc.
intp         Blue Cross Blue Shield of Michigan and Blue Care N
cr           Bruce Goldman
intp         Courtesy Notice
cr           Detroit Fire Fighters Association, I.A.F.F. Local
intp         Detroit Institute of Arts
cr           Detroit Police Command Officers Association
cr           Detroit Police Lieutenants and Sergeants Associati
cr           Detroit Police Officers Association
intp         Deutsche Bank Securities Inc.
intp         Enjoi Transportation, LLC
intp         Gary Segatti
intp         General Motors LLC
cr           General Retirement System of the City of Detroit
cr           Genuine Parts Company
jud          Gerald Rosen
intp         Health Alliance Plan of Michigan
cr           Hercules & Hercules, Inc.,   19055 W. Davidson,   Detroit
cr           IBM Credit LLC
cr           International Business Machines Credit LLC (ICC)
cr           Mary Washington
cr           Mary Whitson
cr           Merrill Lynch Capital Services, Inc.
cr           Michael Wells
cr           Michigan Bell Telephone Company d/b/a AT&T Michiga
cr           Michigan Council 25 Of The American Federation of
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
cr              Michigan Council 25 of the American Federation of
cr              Michigan Council 25 of the American Federation of
intp            Michigan Property Tax Relief, LLC
cr              National Public Finance Guarantee Corporation
intp            New England Fertilizer Company
cr              Nuveen Asset Management
intp            P.P.T.A., Inc., or Harold Hoyt
intp            Schneiderman and Sherman, P.C.
cr              Shirley A Scott
intp            Syncora Capital Assurance Inc.
intp            Syncora Guarantee Inc.
intp            Syncora Holdings Ltd.
intp            U.S. Bank N.A.
cr              UBS AG
intp            US Health & Life Insurance Company
intp            United States Nuclear Regulatory Commission
intp            United States of America
intp            Wade Trim Associates, Inc.
cr              Xerox Corporation
cr*            +Chase Paymentech, LLC,    Attn: Lazonia Clark, Business Analyst,   14221 Dallas Pkwy, Bldg II,
                 Dallas, TX 75254-2942
cr*            +Eaton Vance Management,    William Delahunty,    2 International Place,   Boston, MA 02110-4101
cr*            +Michigan Auto Recovery Service, Inc.,   8850 Southfield,   Detroit, MI 48228-1976
cr*            +Nathaniel Brent,   538 South Livernois,   Detroit, MI 48209-3031
22247428*       Iron Mountain Information Management, LLC,   745 Atlantic Avenue,   Boston, MA 02111-2735
                                                                                 TOTALS: 48, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 15, 2013**                    **Signature:**    *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2013 at the address(es) listed below:

        A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com

        Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

        Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

        Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com, aap43law@gmail.com

        Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company agerdes@gerdesplc.com, ajg-ecf@hotmail.com

        Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com, ajg-ecf@hotmail.com

        Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

        Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com

        Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

        Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association bpatek@ermanteicher.com

        Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association bpatek@ermanteicher.com

        Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

        Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

        Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

        Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

        Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

        Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

        Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com

        Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

        Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com

        Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

        Corey M. Carpenter    on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com, coreycarpenter@boclaw.com

        Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

        Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

        Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com

        Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com

        Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation dweiner@schaferandweiner.com

        David Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

        David Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

        David Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association deisenberg@ermanteicher.com

        David Eisenberg    on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com

        David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

        David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc. dmollicone@dmms.com

        David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com

        David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation david.dubrow@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

        Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

        Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

        Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

        Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com

        Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com

        Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com

        Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

        Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association eerman@ermanteicher.com

        Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com

        Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

        Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

        Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

        Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

        Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com

        Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com

        Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

        Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

        Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

        Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com

        Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

        Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com

        Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com

        Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

        Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

        James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

        James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd. james.sprayregen@kirkland.com

        James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com

        Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com

        Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

        Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company jbank@kerr-russell.com

        Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com

        Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

        Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net

        John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com

        Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan green@millercanfield.com

        Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com

        Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

        Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

        Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

        Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com

        Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com

        Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
      Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
      Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
      Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
      Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
      Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
      Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
      Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
      Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
      Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
      Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
      Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
      Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
      Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
      Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
      Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
      Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
      Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
      Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
      Michael R. Bell   on behalf of Interested Party Bill Schuette BellMl@michigan.gov
      Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
      Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
      Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
      Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
      Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company pwhunt@kerr-russell.com
      Patrick Warren Hunt   on behalf of Interested Party   Wade Trim Associates, Inc. pwhunt@kerr-russell.com
      Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com
      Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
      Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com
      Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
      Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
      Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com
      Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com
      Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
      Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
      Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
      Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com
              Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@winston.com,
               DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.c
               om;KForte@winston.com
              Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
               soconnor@glmpc.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
               State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
               slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
              Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,   kfrantz@wnj.com
              Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
               sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
               sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
               sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com,   marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
               morris@silvermanmorris.com,   marlene@silvermanmorris.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              Yuliy Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 164
```