UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

    Debtor.                                     Hon. Steven W. Rhodes
_____/

### First Order Referring Matters to Facilitative Mediation

Pursuant to this Court's Mediation Order entered on August 13, 2013, the following matters are hereby referred to Chief District Judge Gerald Rosen for facilitative mediation:

1. The treatment of the claims of the various creditor classes in a plan of adjustment.

2. The negotiation and renegotiation of collective bargaining agreements.

It is so ordered.

**Signed on August 16, 2013**

                                                                                   /s/ Steven Rhodes
                                                                                   **Steven Rhodes**
                                                                                   **United States Bankruptcy Judge**