UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

        Debtor.  Hon. Steven W. Rhodes
_____/  Hon. Gerald E. Rosen

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR FIRST MEDIATION SESSION

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on     August 16, 2013

    PRESENT:   Honorable Gerald E. Rosen
                      United States District Chief Judge

**TO:** The City of Detroit/Emergency Manager
      General Retirement System
      Police and Fire Retirement System
      Michigan Council 25 of the American Federation of, State,
          County, and Municipal Employees ("AFSCME")
      International Union, UAW
      U.S. Bank National Association, as Trustee and Contract Administrator
      Detroit Fire Fighters Association
      The Detroit Police Officers Association
      The Detroit Police Lieutenants & Sergeants Association
      Downtown Development Authority
      The State of Michigan
      Michigan Department of Attorney General/Attorney General Bill Schuette

      Pursuant to the August 16, 2013 First Order Referring Matters to Facilitative

Mediation,

      **IT IS HEREBY ORDERED** the above-named parties shall appear for an **initial**

**mediation session** before the Honorable Gerald E. Rosen, Chief Judge of the United

States District Court for the Eastern District of Michigan, in his Courtroom, Room 734 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226 on **Tuesday, September 17, 2013 at 11:00 a.m.**.

**IT IS FURTHER ORDERED** that, for said mediation session, and for any further session, each party shall be represented by **no more than two (2) attorneys and two (2) party-representatives** who have full authority to engage in settlement negotiations.  *See* Local Bankruptcy Rule 7016-2(6); Eastern District of Michigan Local Rule 16.1(c).

                                              s/Gerald E. Rosen
                                              Chief Judge, United States District Court

Dated:  August 16, 2013