UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN

IN RE,  CHAPTER 9
CITY OF DETROIT, MICHIGAN  CASE NO. 13-53846
    *Debtor.*  HON. STEVEN W. RHODES

_____/

## APPEARANCE

    Melissa L. Demorest of Demorest Law Firm, PLLC submits this appearance as counsel for creditor T&T Management, Inc. (a Florida corporation, successor to Merkur Steel Supply, Inc., a Michigan corporation) in the above-captioned case. Please direct all pleadings and correspondence to the attention of the undersigned.

    Respectfully submitted,

    /s/ Melissa L. Demorest
    Mark S. Demorest (P35912)
    Melissa L. Demorest (P68867)
    Demorest Law Firm, PLLC
    Attorneys for creditor
        T&T Management, Inc.
        (a Florida corporation, as successor
        to Merkur Steel Supply, Inc.)
    322 West Lincoln Ave.
    Royal Oak, MI 48067
    248-723-5500
    melissa@demolaw.com

Dated: August 16, 2013

City of Detroit bankruptcy:Appearance (Merkur-T&T Management).docx