August 15, 2013

Michael K. Pelletier
2063 Lakeshore Rd.
Applegate, Michigan 48401

FILED
2013 AUG 16 P 1: 27
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Honorable Steven W. Rhodes
US Federal Bankruptcy Court
Eastern District of Michigan
Southern Division
211 West Fort Street
Suite 1800
Detroit, Michigan 48226

Re: Detroit Bankruptcy Chapter 9 Case

Honorable Rhodes:

I am writing a letter to object to the City of Detroit, Chapter 9 Bankruptcy case. Listed below are my reasons for the objection:

1. Detroit Pensions should not be considered a debt,
2. Michigan's Constitution, Article 9, Section 24 states, "The accrued financial benefits of each pension plan and retirement system of the state and its political subdivisions shall be a contractual obligation thereof and shall not be *diminished or impaired* thereby."
3. Financial Benefits and Annual Funding: financial benefits arising on account of service rendered in each fiscal year shall be funded during that year and such funding shall not be used for financing unfunded accrued liabilities.
   **History:** Const. 1963, Art. IX, § 24, Eff. Jan. 1, 1964.

As a Lineman with the City of Detroit, I made lower hourly wages in comparison to private industry Lineman. This was a direct impact on diminishing my quality of life during my employment with the City of Detroit, as well as my social security retirement benefits.

Sincerely,

*Michael K. Pelletier*

Michael K. Pelletier