August 14, 2013     Case No. 13-53846

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

Re: Objections to Petition and Order of Relief
Party of Objection to the City's Chapter 9
City of Detroit, Michigan Debtor: Chapter 9

Property Owner
Regina G. Bryant
2996 Bewick St.
Detroit, MI 48214

I Object to the filing of chapter 9 within the City of Detroit as a property owner. I protest and changes in my tax status, any property values changes, any deterioration or privatizing of all City Services. I have been a property owner since March 2002 and I am proud of my neighborhood and long lasting relationships with my close neighbors. I believe the City of Detroit filing Chapter 9 would hamper all services and do a disservice to the citizens of Detroit.

Sincerely,

*Regina G. Bryant*
Regina G. Bryant
Creditor