August 14, 2013                                                                    Case No. 13-53846

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

Re: Objections to Petition and Order of Relief
Party of Objection to the City's Chapter 9
City of Detroit, Michigan Debtor: Chapter 9

Regina G. Bryant
2996 Bewick St.
Detroit, MI 48214

My Objection to Petition and Order of Relief to the City of Detroit Chapter 9 filings and My Statement of Qualifications Pursuant is to have the reinstatement of my position with the Detroit Water and Sewerage Department and my full salary restored with sick and vacation time included from March 1, 2010 to August 31, 2013.

The Wrongful Discharge on February 26, 2010, from the position of Permit Investigator with the Detroit Water and Sewerage Commercial Operations Division and City of Detroit was for: Use of abusive language toward a coworker; creating a hostile work environment. Loud and Boisterous behavior that caused un-do attention. Conduct unbecoming of a City of Detroit Employee.

Because of this wordage the State of Michigan ruled that I did not qualify for unemployment benefits. On August 18, 2010 at 9:00 a.m., the Administrative Law Judge: Paul Gracey presided over my case. The following people protest the ruling were Ms. Regina G. Bryant, Claimant and Stella Webster Attorney for Claimant.

No one called or appeared on the behalf of the employer The City of Detroit Water and Sewerage Commercial Division to protest that the claimant was subject to disqualification under misconduct provision Act. The ruling was that the City of Detroit did not have just cause to terminate on misconduct.

I was awarded to collected unemployment benefits from August 2010, until my expiration date of February 12, 2012. I have not had any other income since that time. I have been awaiting my grievance hearing with City of Detroit Water and Sewerage for wrongful discharge for three (3) and a half years.

Case No.13-53846

Just recently, I received notice of my arbitration hearing on July 16, 2013., two days before the City of Detroit declare Chapter 9 bankruptcy. This decision would hamper the process of my reinstatement back to work or any chance of being awarded full restoration of my wages with sick and vacation time.

The Scheduled arbitration hearing is on September 3, 2013 at 9:00 a.m., the notice came from the Michigan AFSCME Council 25 and the City of Detroit.
Log number: D23257-290-2010 Local Ref. # FJ01-19 Case # 15135.

These are my Objections to Petition for City of Detroit Chapter 9, are as follows:

Compensated for lost time and wages for three (3) and half years for the wrongfully discharged by my employer the Detroit Water and Sewerage Commercial Division.

Granted full restoration of my salary at $33,440.00 per year, be restored for three (3) and half years totaling $124,040.00 plus full restoration of sick and vacation time.

Reinstatement of employment to a position with the Water and Sewerage Commercial Division. And the $33,060.00, dollars collected for two(2) years unemployment benefits not be subtracted from the wages awarded. The City of Detroit should be responsible for reimbursing the State of Michigan the unemployment benefits.

To conclude my protest the City of Detroit should not be granted Chapter 9 at this current time and it should not be the only way to solve its financial burdens.

Sincerely,

Regina G. Bryant
Creditor