UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2013, I electronically filed:

1. The Objection of the Retired Detroit Police Members Association to the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief; and

2. This Certificate of Service,

with the Clerk of the Court, using the ECF system, which will send notification of such filing to all parties of record.

Dated: August 16, 2013

/s/ Meredith E. Taunt
Meredith E. Taunt (P69698)
300 East Long Lake Road, Ste. 200
Bloomfield Hills, Michigan 48034-2376
Phone No.: (248) 540-2300
mtaunt@stroblpc.com

J:\DOCS\85244\001\PLDG\SB425001.DOC