**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

## EX PARTE MOTION OF AMBAC ASSURANCE CORPORATION FOR AN ORDER AUTHORIZING IT TO FILE A RESPONSE IN EXCESS OF PAGE LIMIT

Ambac Assurance Corporation ("Ambac"), a creditor and/or party in interest in the above-captioned case, hereby files this ex parte motion (the "Request") for the entry of an order authorizing it to file an objection (the "Objection") to the *Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019 and (III) Granting Related Relief* (Docket No. 17, corrected at Docket No. 157) (the "Motion") in excess of the twenty-five (25) page limit set by Eastern District of Michigan Local Rule ("L.D.R.") 7.1(d)(3)(A). In support of the Request, Ambac respectfully submits as follows:

1. L.D.R. 7.1(d)(3)(A), made applicable to this case pursuant to Bankruptcy Court for the Eastern District of Michigan Local Rule 9029-1(a), states

that briefs supporting a response, including footnotes and signatures, may not exceed twenty-five (25) pages, but that a party seeking to file a longer brief may apply *ex parte* in writing setting forth the reasons.

2. Ambac seeks an order expanding the twenty-five (25) page limit imposed by L.D.R. 7.1(d)(3)(A) for the reasons set forth below.

3. The Objection raises serious issues as to the validity of swaps obligations of the City, as well as the validity of alleged liens related to those swaps, which form the basis for the claims the City proposes to settle in its Motion. The underlying financial documents that evidence the relevant transactions occurring in 2006, 2009, and 2013, are voluminous, dense, and complex. The applicable legal framework is also complex, as it includes not only several sections of the Bankruptcy Code, but also pervasive and multi-faceted state statutory schemes governing municipal finance and borrowing, as well as gaming tax matters, not to mention the various City resolutions that were passed to support the transactions at issue. Accordingly, the legal issues presented require detailed explanation, citation, and analysis of both state and federal statutory and case law and legislative history.

4. Furthermore, the Motion is actually a combined motion seeking two different forms of relief (*i.e.* the assumption of an executory contract and the

approval of a settlement), necessitating briefing addressing two different, albeit somewhat similar, standards.

5. Finally, pursuant to this Court's order, the Motion exceeds the limitation set forth in L.D.R. 7.1(d)(3)(A) and is itself thirty-four (34) pages long. This independently warrants relief from the page limit for the Objection in order to address the complex and numerous issues raised by the Motion.

WHEREFORE, for these reasons Ambac respectfully requests that this Court enter an order substantially in the form attached hereto as **Exhibit 1** and grant such other relief as the Court deems proper.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: August 16, 2013
By: /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
(admission pending)
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 Broadway
New York, NY 10019
(212) 484-3900

and

**SCHAFER AND WEINER, PLLC**
DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

Counsel for Ambac Assurance Corporation

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | In Proceedings Under Chapter 9 |
| Debtor. | |
| _____/ | Hon. Steven W. Rhodes |

### *EX PARTE* ORDER AUTHORIZING AMBAC ASSURANCE CORPORATION TO FILE A RESPONSE IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of Ambac Assurance Corporation ("Ambac") for an Order Authorizing it to File a Response in Excess of Page Limit (the "Motion"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Ambac is granted relief from Eastern District of Michigan Local Rule 7.1(d)(3)(A) to file a response in excess of twenty-five (25) pages.

# EXHIBIT 2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Brendan G. Best, Esq., hereby certify that the *Ex Parte Motion of Ambac Assurance Corporation for an Order Authorizing it to File a Response in Excess of Page Limit* was filed and served *via* the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and *via* electronic mail to the parties set forth in **Exhibit A**, attached hereto, this 16th day of August, 2013.

/s/ Brendan G. Best, Esq.
**SCHAFER AND WEINER, PLLC**
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

# EXHIBIT A

steveramadan@gmail.com
agarrett@miafscme.org
agarrett@miafscme.org
emcneil@miafscme.org
cphillips@miafscme.org
dmalcolm@miafscme.org
clrncsndrs@yahoo.com
Reesel@detroitmi.gov
afscme207@sbcglobal.net
missnick64@hotmail.com
afscmelocal229@ymail.com
anurses@att.net
phil-douglas@sbcglobal.com
afscme457@peoplepc.com
philphil48238@yahoo.com
union836@yahoo.com
afscmelocal1023@att.net
deliaenright@hotmail.com
arlene.kirby@yahoo.com
gvp1220@aol.com
presidentlocal1227@hotmail.com
KingY687@detroitmi.gov
Yvonners2001@yahoo.com
local2920@sbcglobal.net
david.boyle@airgas.com
atulocal26pba@aol.com
Carol.Cohen@arentfox.com
David.Dubrow@arentfox.com
david.dubrow@arentfox.com
mark.angelov@arentfox.com
carol.cohen@arentfox.com
BellM1@michigan.gov
JenkinsH@detroitmi.gov
KingR@detroitmi.gov
patel@dwsd.org
pghosh@dwsd.org
m.neil@sbcglobal.net
theda3t@yahoo.com

dpoitras@jmbm.com
apclawyer@sbcglobal.net
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com
jbellman@jonesday.com
bberens@jonesday.com
bbennett@jonesday.com
mike.gearin@klgates.com
paige.barr@kattenlaw.com
john.sieger@kattenlaw.com
kenneth.noble@kattenlaw.com
jbank@kerr-russell.com
pwhunt@kerr-russell.com
james.sprayregen@kirkland.com
ryan.bennett@kirkland.com
stephen.hackney@kirkland.com
ecf@kaalaw.com
tmayer@kramerlevin.com
acaton@kramerlevin.com
rplecha@lippittokeefe.com
bokeefe@lippittokeefe.com
slevine@lowenstein.com
pgross@lowenstein.com
edunn@maxwelldunnlaw.com
dmzack@mcalpinepc.com
wsmith@mwe.com
wsmith@mwe.com
ncoco@mwe.com
sgross@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com
jweiner@mcdonaldhopkins.com
jcanzano@michworklaw.com
laplante@millercanfield.com
green@millercanfield.com
laplante@millercanfield.com
jhb_ecf@osbig.com
yo@osbig.com

senoritabonita@peoplepc.com
miag@michigan.gov
Kim.robinson@bfkn.com
skhanna@berkre.com
Edwin.smith@bingham.com
edwin.smith@bingham.com
jared.clark@bingham.com
steven.wilamowsky@bingham.com
marcus.marsh@bingham.com
bbowman@bodmanlaw.com
btrumbauer@bodmanlaw.com
rdiehl@bodmanlaw.com
express33@aol.com
howard.hawkins@ctw.com
lary.stromfeld@cwt.com
mark.ellenberg@cwt.com
Mark.Ellenberg@cwt.com
Lary.Stromfeld@cwt.com
Jason.Jurgens@cwt.com
ecf@lassnerlaw.com
jfischer@carsonfischer.com
rweisberg@carsonfischer.com
cgrosman@carsonfischer.com
Detroitinfo@kccllc.com
cobbm@detroitmi.gov
rgordon@clarkhill.com
sdeeby@clarkhill.com
efeldman@clarkhill.com
bceccotti@cwsny.com
jerry.ellis@couzens.com
dmollicone@dmms.com
Ksummers@dflaw.com
dmcnamara344@aol.com
marcicampbel@gmail.com
DoluntS320@detroitmi.gov
youngM604@detroitmi.gov
Polo4491@aol.com
Diaz@detroitpoa.com
DiazM3329@gmail.com
info@drcea.org

hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
dbernstein@plunkettcooney.com
dlerner@plunkettcooney.com
jturner@clarkhill.com
poam@poam.net
ck445polc@yahoo.com
HansberryM@detroitmi.gov
presidentjan@aol.com
rdpffa@hotmail.com
simoliun@dwsd.org
jcarter@sbsco.com
dweiner@schaferandweiner.com
bbest@schaferandweiner.com
swahl@schiffhardin.com
rfrimmer@schiffhardin.com
mott@schiffhardin.com
kschneider@schneidermiller.com
bborder@sspclegal.com
langstony@gmail.com
ayoung586@comcast.net
aross@dwsd.org
etashman@sidley.com
jbjork@sidley.com
gneal@sidley.com
gneal@sidley.com
jbjork@sidley.com
jbendernagel@sidley.com
pcanzano@sidley.com
dplon@sirlinlaw.com
kmiller@skjlaw.com
Schneiderm7@michigan.gov
flanchers@michigan.gov
schneiderm7@michigan.gov
MIStateTreasurer@michigan.gov
lbrimer@stroblpc.com
mtaunt@stroblpc.com
mfield@stroblpc.com
TL214teams@ameritech.net

dcopley@dickinsonwright.com
showell@dickinsonwright.com
NicDun@detroitmi.gov
Pamkin@detroitmi.gov
Artp1@degc.org
gwlong@degc.org
navin@degc.org
bkott@lewismunday.com
princel@dteenergy.com
rrose@dykema.com
jgatteno@comcast.net
eerman@ermanteicher.com
czucker@ermanteicher.com
bpatek@ermanteicher.com
deisenberg@ermanteicher.com
Abby.wilkinson@FaegreBD.com
jkamins@fosterswift.com
dbeckwith@fosterswift.com
david.rosenzweig@nortonrosefulbright.com
melanie.kotler@nortonrosefulbright.com
mvanoverbeke@vmtlaw.com
emajoros@glmpc.com
soconnor@glmpc.com
ecf@gudemanlaw.com
jcalton@honigman.com
jsgroi@honigman.com
tsable@honigman.com
aoreilly@honigman.com
william.miller@iuoe324.org
mnicholson@uaw.net
Bankruptcy2@ironmountain.com
enovetsky@jaffelaw.com
phage@jaffelaw.com
lrochkind@jaffelaw.com

eduardo.rodriguez@bnymellon.com
hsanders@miafscme.org
kthornbladh@gmail.com
susan.brown5@usbank.com
susan.jacobsen2@usbank.com
lawrence.bell@usbank.com
jcunningham@uaw.net
jcunningham@uaw.net
BrooR@detroitmi.gov
mimilaurie@yahoo.com
ltownse@detroitpubliclibrary.org
mnicholson@uaw.net
mdwyer@uaw.net
julia.caroff@usdoj.gov
jharrison@uwua.net
canderson@dwsd.org
mcqueen@dwsd.org
swilson@dwsd.org
david.lemke@wallerlaw.com
courtney.rogers@wallerlaw.com
Mike.Paslay@wallerlaw.com
Ryan.Cochran@wallerlaw.com
sgrow@wnj.com
ddozeman@wnj.com
cash@wnj.com
cash@wnj.com
gary.holtzer@weil.com
alfredo.perez@weil.com
llarose@winston.com
skohn@winston.com
chardman@winston.com
sfoss@winston.com
ecf@zaplc.com