UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

**City of Detroit, Michigan,**               Case No. 13-53846

                Debtor.                   Hon. Steven W. Rhodes
_____/       Hon. Gerald E. Rosen

## ORDER DIRECTING THE SEALED FILING OF
## ORDER FOR THE FILING OF MEDIATION STATEMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      August 16, 2013

PRESENT:    Honorable Gerald E. Rosen
                    United States District Chief Judge

IT IS HEREBY ORDERED that the Order Directing the Filing of Mediation Statement be filed under seal.

                              s/Gerald E. Rosen
                              Chief Judge, United States District Court

Dated: August 16, 2013