UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN                           In Proceedings Under
                                                    Chapter 9
      Debtor.
                                                    Hon. Steven W. Rhodes

_____/

# EXHIBITS[1]

**Exhibit 1**    Detroit City Code § 18-5-120 *et. seq.*

**Exhibit 2**    GRS Articles of Incorporation

**Exhibit 3**    PFRS Articles of Incorporation

**Exhibit 4**    GRS Service Contract 2006

**Exhibit 5**    PFRS Service Contract 2006

**Exhibit 6**    Offering Circular for 2006 COPs

**Exhibit 7**    City of Detroit 2012 Comprehensive Annual Fiscal Report

**Exhibit 8**    Detroit City Code § 18-16-1 *et. seq.*

---

[1] Certain exhibits attached to the Objection bear a confidentiality stamp as a result of having been downloaded from a data room set up by the City. However, all exhibits are publicly available and therefore raise no confidentiality concerns. The City has consented in writing to the filing of the exhibits bearing the confidentiality stamp.