**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:                                                  Case No. 13-53846
                                                        Chapter 9
CITY OF DETROIT, MICHIGAN,
                                                        Hon. Steven W. Rhodes
                    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that undersigned hereby files an appearance as counsel for

Downtown Development Authority and pursuant to Bankruptcy Rule 2002 and Section 102(1) of

the Bankruptcy Code, requests that all notices given or required to be given in this case and all

papers served in this case be given and served upon the undersigned at the offices set forth

below:

Sherrie L. Farrell (P57205)
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI  48243
Phone: (313) 568-6550
Fax: (313) 568-6658
sfarrell@dykema.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only

notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed hand

delivery, mail, telephone, telex, or otherwise which affects the Debtor or the property of the

Debtor.

Respectfully submitted,

DYKEMA GOSSETT PLLC


By: /s/ Sherrie L. Farrell
Sherrie L. Farrell (P57205)
Attorneys for Downtown
    Development Authority
400 Renaissance Center
Detroit, MI  48243
(313) 568-6550
sfarrell@dykema.com


Dated: August 16, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys on that system.

Respectfully submitted,

DYKEMA GOSSETT PLLC


By: /s/ Sherrie L. Farrell
Sherrie L. Farrell (P57205)
Attorneys for Downtown
   Development Authority
400 Renaissance Center
Detroit, MI 48243
(313) 568-6550
sfarrell@dykema.com

DET01\1265515.1
ID\SLF - 019956\0999