# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**CITY OF DETROIT, MICHIGAN**

                **Debtor.**

**Chapter 9**

**Case No.: 13-53846**

**Hon. Steven W. Rhodes**

## STATEMENT OF ASSURED GUARANTY MUNICIPAL CORP. REGARDING CORPORATE OWNERSHIP PURSUANT TO LOCAL BANKRUPTCY RULE 9013-5

        **Name:**        **ASSURED GUARANTY MUNICIPAL CORP.**

        Address:     31 West 52nd St.
                        New York, NY 10019

[X]    The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest.

        **Name:**        **Assured Guaranty Municipal Holdings Inc.**

        Address:     31 West 52nd Street
                        New York, NY 10019

        Ownership:   Wholly owns Assured Guaranty Municipal Corp.

        **Name:**        **Assured Guaranty Ltd.**

        Address:     30 Woodbourne Avenue
                        Hamilton HM 08
                        Bermuda

        Ownership:   Wholly owns Assured Guaranty Municipal Holdings, Inc.

[ ]    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

[continued on the next page]

I declare under penalty of perjury that the foregoing is true and correct.


Dated:   August 16, 2013                    By:    /s/ Lawrence A. Larose
                                                   Lawrence A. Larose, Esq.
                                                   Samuel S. Kohn, Esq.
                                                   Carrie V. Hardman, Esq.
                                                   200 Park Avenue
                                                   New York, NY 10166-4193
                                                   Telephone: (212) 294-6700
                                                   Facsimile. (212) 294-4700
                                                   Email: llarose@winston.com
                                                          skohn@winston.com
                                                          chardman@winston.com

                                                   Sarah T. Foss, Esq.
                                                   1111 Louisiana, 25th Floor
                                                   Houston, Texas 77002-5242
                                                   Telephone: (713) 651-2600
                                                   Facsimile: (713) 651-2700
                                                   Email: sfoss@winston.com

                                                   *Attorneys for Assured Guaranty Municipal Corp.*