UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   No. 13-53846-SWR
                             Chapter 9
            Debtor.          Judge Rhodes
_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that undersigned hereby files an appearance as local counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

>   Deborah L. Fish
>   ALLARD & FISH, P.C.
>   2600 Buhl Building
>   535 Griswold
>   Detroit, MI 48226
>   Telephone: (313) 961-6141
>   Facsimile: (313) 961-6142
>   dfish@allardfishpc.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) the right to have final orders in non–core matters entered only after de novo review by the District Court; (2) the right to a trial by jury in any proceeding so triable in the above–captioned case or any case, controversy, or proceeding related to this case; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments which are or may be applicable under agreements, in

law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly preserved.

                ALLARD & FISH, P.C.

                /S/ Deborah L. Fish
                Attorneys for Dexia
                2600 Buhl Building
                535 Griswold Avenue
                Detroit, Michigan 48226
                (313) 961-5231
                dfish@allardfishpc.com
                P36580

Dated August 16, 2013
z:\dexia\cod appearance.doc