**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

Chapter 9

CITY OF DETROIT, MICHIGAN,

Case No. 13-53846

Debtor.

Hon. Steven W. Rhodes

---

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2013, I caused **NATIONAL PUBLIC FINANCE GUARATEE CORPORATION'S JOINDER TO THE OBJECTION OF AMBAC ASSURANCE CORPORATION TO MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ASSUMPTIO OF THAT CERTAIN FORBEARANCE AND OPTION TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND (III) GRANTING RELATED RELIEF** (Docket No. 353) to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing upon all ECF Participants.

Respectfully submitted,

JAFFE, RAITT, HEUER & WEISS, P.C.


By: /s/ Eric D. Novetsky
Eric D. Novetsky (P71953)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
enovetsky@jaffelaw.com
Tel:   (248) 351-3000
Fax:   (248) 351-3082 (Fax)

2566084.1