UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,                              No.  13-53846-SWR
                                                        Chapter 9
      Debtor.                                           Judge Rhodes

_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that undersigned hereby files an appearance as local counsel

for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on

behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and

requests that all notices given or required to be given in this case and all papers served or

required to be served in this case be given to and served upon the following:


        Timothy R. Graves
        ALLARD & FISH, P.C.
        2600 Buhl Building
        535 Griswold
        Detroit, MI  48226
        Telephone: (313) 961-6141
        Facsimile: (313) 961-6142
        tgraves@allardfishpc.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any

subsequent appearance, pleading, claim or suit shall waive (1) the right to have final orders in

non–core matters entered only after de novo review by the District Court; (2) the right to a trial

by jury in any proceeding so triable in the above–captioned case or any case, controversy, or

proceeding related to this case; (3) the right to have the District Court withdraw the reference in

any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims,

actions, defenses, setoffs, or recoupments which are or may be applicable under agreements, in

law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly preserved.

ALLARD & FISH, P.C.


/S/Timothy R. Graves_____
Attorneys for Dexia
2600 Buhl Building
535 Griswold Avenue
Detroit, Michigan 48226
(313) 961-5231
tgraves@allardfishpc.com
P64622

Dated   August 16, 2013
z:\dexia\cod appearance.trg.doc