# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>**CITY OF DETROIT, MICHIGAN**<br><br>                      **Debtor.** | Chapter 9<br><br>Case No.: 13-53846<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Lawrence A. Larose, hereby certify that the *Joinder of Assured Guaranty Municipal Corp. in Objection of Ambac Assurance Corporation to Motion for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief* was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to the parties set forth in **Exhibit A**, attached hereto, this 16th day of August, 2013.

                                                                    /s/ Lawrence A. Larose
                                                                    Lawrence A. Larose, Esq.

# EXHIBIT A

steveramadan@gmail.com
agarrett@miafscme.org
emcneil@miafscme.org
cphillips@miafscme.org
dmalcolm@miafscme.org
clrncsndrs@yahoo.com
Reesel@detroitmi.gov
afscme207@sbcglobal.net
missnick64@hotmail.com
afscmelocal229@ymail.com
anurses@att.net
phil-douglas@sbcglobal.com
afscme457@peoplepc.com
philphil48238@yahoo.com
union836@yahoo.com
afscmelocal1023@att.net
deliaenright@hotmail.com
arlene.kirby@yahoo.com
gvp1220@aol.com
presidentlocal1227@hotmail.com
KingY687@detroitmi.gov
Yvonners2001@yahoo.com
local2920@sbcglobal.net
david.boyle@airgas.com
atulocal26pba@aol.com
david.dubrow@arentfox.com
mark.angelov@arentfox.com
carol.cohen@arentfox.com
BellM1@michigan.gov
JenkinsH@detroitmi.gov
KingR@detroitmi.gov
patel@dwsd.org
pghosh@dwsd.org
m.neil@sbcglobal.net
theda3t@yahoo.com
senoritabonita@peoplepc.com

dpoitras@jmbm.com
apclawyer@sbcglobal.net
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com
jbellman@jonesday.com
bberens@jonesday.com
bbennett@jonesday.com
mike.gearin@klgates.com
paige.barr@kattenlaw.com
john.sieger@kattenlaw.com
kenneth.noble@kattenlaw.com
jbank@kerr-russell.com
pwhunt@kerr-russell.com
james.sprayregen@kirkland.com
ryan.bennett@kirkland.com
stephen.hackney@kirkland.com
ecf@kaalaw.com
tmayer@kramerlevin.com
acaton@kramerlevin.com
rplecha@lippittokeefe.com
bokeefe@lippittokeefe.com
slevine@lowenstein.com
pgross@lowenstein.com
edunn@maxwelldunnlaw.com
dmzack@mcalpinepc.com
wsmith@mwe.com
ncoco@mwe.com
sgross@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com
jweiner@mcdonaldhopkins.com
jcanzano@michworklaw.com
laplante@millercanfield.com
green@millercanfield.com
jhb_ecf@osbig.com
yo@osbig.com

1

miag@michigan.gov
Kim.robinson@bfkn.com
skhanna@berkre.com
edwin.smith@bingham.com
jared.clark@bingham.com
steven.wilamowsky@bingham.com
marcus.marsh@bingham.com
bbowman@bodmanlaw.com
btrumbauer@bodmanlaw.com
rdiehl@bodmanlaw.com
express33@aol.com
howard.hawkins@ctw.com
lary.stromfeld@cwt.com
mark.ellenberg@cwt.com
Jason.Jurgens@cwt.com
ecf@lassnerlaw.com
jfischer@carsonfischer.com
rweisberg@carsonfischer.com
cgrosman@carsonfischer.com
Detroitinfo@kccllc.com
cobbm@detroitmi.gov
rgordon@clarkhill.com
sdeeby@clarkhill.com
efeldman@clarkhill.com
bceccotti@cwsny.com
jerry.ellis@couzens.com
dmollicone@dmms.com
Ksummers@dflaw.com
dmcnamara344@aol.com
marcicampbel@gmail.com
DoluntS320@detroitmi.gov
youngM604@detroitmi.gov
Polo4491@aol.com
Diaz@detroitpoa.com
DiazM3329@gmail.com
info@drcea.org
dcopley@dickinsonwright.com
showell@dickinsonwright.com
NicDun@detroitmi.gov
Pamkin@detroitmi.gov

hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
dbernstein@plunkettcooney.com
dlerner@plunkettcooney.com
jturner@clarkhill.com
poam@poam.net
ck445polc@yahoo.com
HansberryM@detroitmi.gov
presidentjan@aol.com
rdpffa@hotmail.com
simoliun@dwsd.org
jcarter@sbsco.com
dweiner@schaferandweiner.com
bbest@schaferandweiner.com
swahl@schiffhardin.com
rfrimmer@schiffhardin.com
mott@schiffhardin.com
kschneider@schneidermiller.com
bborder@sspclegal.com
langstony@gmail.com
ayoung586@comcast.net
aross@dwsd.org
etashman@sidley.com
jbjork@sidley.com
gneal@sidley.com
jbendernagel@sidley.com
pcanzano@sidley.com
dplon@sirlinlaw.com
kmiller@skjlaw.com
Schneiderm7@michigan.gov
flanchers@michigan.gov
schneiderm7@michigan.gov
MIStateTreasurer@michigan.gov
lbrimer@stroblpc.com
mtaunt@stroblpc.com
mfield@stroblpc.com
TL214teams@ameritech.net
eduardo.rodriguez@bnymellon.com
hsanders@miafscme.org

Artp1@degc.org
gwlong@degc.org
navin@degc.org
bkott@lewismunday.com
princel@dteenergy.com
rrose@dykema.com
jgatteno@comcast.net
eerman@ermanteicher.com
czucker@ermanteicher.com
bpatek@ermanteicher.com
deisenberg@ermanteicher.com
Abby.wilkinson@FaegreBD.com
jkamins@fosterswift.com
dbeckwith@fosterswift.com
david.rosenzweig@nortonrosefulbright.com
melanie.kotler@nortonrosefulbright.com
mvanoverbeke@vmtlaw.com
emajoros@glmpc.com
soconnor@glmpc.com
ecf@gudemanlaw.com
jcalton@honigman.com
jsgroi@honigman.com
tsable@honigman.com
aoreilly@honigman.com
william.miller@iuoe324.org
mnicholson@uaw.net
Bankruptcy2@ironmountain.com
enovetsky@jaffelaw.com
phage@jaffelaw.com
lrochkind@jaffelaw.com

kthornbladh@gmail.com
susan.brown5@usbank.com
susan.jacobsen2@usbank.com
lawrence.bell@usbank.com
jcunningham@uaw.net
BrooR@detroitmi.gov
mimilaurie@yahoo.com
ltownse@detroitpubliclibrary.org
mnicholson@uaw.net
mdwyer@uaw.net
julia.caroff@usdoj.gov
jharrison@uwua.net
canderson@dwsd.org
mcqueen@dwsd.org
swilson@dwsd.org
david.lemke@wallerlaw.com
courtney.rogers@wallerlaw.com
Mike.Paslay@wallerlaw.com
Ryan.Cochran@wallerlaw.com
sgrow@wnj.com
ddozeman@wnj.com
cash@wnj.com
gary.holtzer@weil.com
alfredo.perez@weil.com
ecf@zaplc.com

3

13-53846-tjt    Doc 358    Filed 08/16/13    Entered 08/16/13 18:01:37    Page 4 of 4