# Exhibit I

## Termination Consent Letter

June 1, 2006

**Via Facsimile 212.312.3206**
Financial Guaranty Insurance Company
125 Park Avenue
New York, NY 10017
Attn: Risk Management

> Re: **FGIC Surety Bonds and related Swap Transactions Shown on Schedule A Hereto**

Dear Sir/Madam:

The purpose of this letter is to request your consent for the termination of the swap transactions listed on **Schedule A** hereto (each, a *Transaction*). Detroit General Retirement System Service Corporation (a *Counterparty*) is the counterparty on those Transactions where the Counterparty is identified as "GRS" on **Schedule A**, and Detroit Police and Fire Retirement System Service Corporation (also a *Counterparty*) is the counterparty on those Transactions where the Counterparty is identified as "PFRS" on **Schedule A**. Your consent is requested so that each Counterparty may terminate its Transactions in conjunction with the retirement of the 2005 Pension Obligation Certificates Series 2005-B (the *Certificates Series 2005-B*).

Your consent is required for the optional termination of each Transaction by the terms of the communication, dated May 26, 2005, to confirm the terms and conditions of such Transaction (each, a *Confirmation*). Each Confirmation constituted a confirmation as referred to in the particular Master Agreement, dated as of May 25, 2005, between the respective Counterparty and the other person party thereto (the *Financial Institution*).

Upon faxed receipt of signature by one of your authorized representatives, this letter will constitute evidence of the consent of the insurer "Consent of Insurer" as required by the provisions of each Confirmation for optional termination by the Counterparty of the respective Transaction.

We would ask that a copy of this letter signed by one of your authorized representatives be sent by facsimile transition to the attention of Liza Bielby at 312.855.0488 no later than 10:00 a.m. EDT, Tuesday, June 6, 2006. Please follow with an executed original mailed to:

> Liza Bielby
> Scott Balice Strategies
> Suite 2200
> 20 N. Wacker Dr.
> Chicago, IL 60606

1974114.0069/401554

Financial Guaranty Insurance Company
1254 Park Avenue
New York, NY 10017
June 1, 2006

## Schedule A
## Schedule of Surety Bonds and Related Swap Transactions

| FGIC Surety Bond Number | Rate Swap Transaction | Counterparty |
|---|---|---|
| 05010407 | Citibank Ref: MS02344 | GRS |
| 05010406 | Citibank Ref: MS02346 | PFRS |
| 05010409 | SBS Ref: SBSFPC-0003 | GRS |
| 05010408 | SBS Ref: SBSFPC-0004 | PFRS |
| 05010405 | UBS Ref: 37135603 | GRS |
| 05010404 | UBS Ref: 37135602 | PFRS |

Financial Guaranty Insurance Company
1254 Park Avenue
New York, NY 10017
June 1, 2006
Page 2

Contingent upon your consent, optional termination of the Transactions is expected to be confirmed by the Financial Institutions on June 7, 2006. While it is each Counterparty's intention to terminate the respective Transactions, the termination of the Transactions is contingent on the retirement of the Certificates. If the Series B Certificates are not issued on or before June 13, 2006, the termination of the Transactions will be nullified, and the original terms of each Confirmation will be restored.

Sincerely yours,

**Detroit General Retirement System**
**Service Corporation**

By: _____
Roger Short
President

**Detroit Police and Fire Retirement System**
**Service Corporation**

By: _____
Roger Short
President

**Consent** to the termination of the within mentioned Transactions is hereby granted as of June 7, 2006.

**Financial Guaranty Insurance Company**

By: _____
Authorized Representative