**Exhibit 1**

**MTM Valuation Chart**

# City of Detroit - Illustrative POC Swap MTM Valuations

*($ in millions)*

| Mark-to-Market Valuation | Jun-06 | Jun-07 | Jun-08 | Jun-09 | Jun-10 | Jun-11 | Jun-12 | Jun-13 |
|---|---|---|---|---|---|---|---|---|
| | $1.3 | $10.9 | $108.8 | $213.6 | $280.5 | $236.2 | $439.3 | $296.5 |



Illustrative POC Swap Valuation