# INDEX OF EXHIBITS

1. Affidavit of David Sole
    A. FOIA request
    B. FOIA lawsuit
    C. May 2005 POC and Interest Rate Swap documents
    D. July 2006 POC and Interest Rate Swap documents
    E. 2006 POC reflecting no security interest
    F. June 2009 Amended POC and Interest Rate Swap documents
    G. Libor historical index
    H. Excerpt from May 12, 2013 EM Financial Plan
    I. Bloomberg article on Termination Fees
    J. BBC article on UBS Libor rigging
    K. Article on ISDA Fix
    L. Articles on conviction of UBS executive and indictment of BofA executive
    M. Final Judgment on UBS municipal bond rigging/ article on BofA
    N. Letter requesting SEC intervention

2. Article on UBS sub-prime lending

3. Selection from Senate Select Committee Report on Wall Street and the Financial Crisis

4. City of Detroit Report reflecting foreclosure epidemic due to Sub-Prime lending

5. Detroit Retirement Fund lawsuit against UBS for mortgage fraud

6. Collier on disallowance or equitable subordination of claims Co

7. Collier on Section 902