UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                          Chapter 9
                                                Case No. 13-53846

City of Detroit, Michigan,

        Debtor.

_____/

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 16, 2013, he caused to be electronically filed with the Clerk of the Court Party in Interest David Sole's Objection to Debtor City of Detroit's Motion for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant Rule 9019, and (III) Granting Related Relief [Docket No. 157], and that such pleading [Docket No. 361]was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

JEROME D. GOLDBERG, PLLC

By: _____ */s/ Jerome D. Goldberg* _____
Jerome D. Goldberg (P61678)
Attorney for David Sole, Party in Interest
2921 East Jefferson, Suite 205
Detroit, MI 48207
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

DATED:  August 16, 2013