# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION – DETROIT

In Re:                                          Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                      Chapter 9

          Debtor.                            Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

I, Karen V. Newbury, an attorney, hereby certify that on August 16, 2013, I electronically filed a copy of the Joinder of DEPFA BANK, plc, solely in its capacity as agent for FMS Wertmanagement, to the Ad Hoc Cops Holders Limited Objection to Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance Agreement and Optional Termination Agreement Pursuant to Section 365(A) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant To Rule 9019, And (III) Granting Related Relief in the above-captioned case, with the Clerk of the Court using the ECF System, which will send notification of such filing to those attorneys registered to receive notices.

By: /s/      Karen V. Newbury
          Karen V. Newbury
          knewbury@schiffhardin.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF
## MICHIGAN SOUTHERN DIVISION –
## DETROIT

In Re:                                            Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                        Chapter 9

            Debtor.                        Hon. Steven W. Rhodes

_____/


### JOINDER OF DEPFA BANK PLC, SOLELY IN ITS CAPACITY AS AGENT FOR FMS WERTMANAGEMENT, IN THE AD HOC COPS HOLDERS LIMITED OBJECTION TO MOTION OF DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ASSUMPTION OF THAT CERTAIN FORBEARANCE AGREEMENT AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND (III) GRANTING RELATED RELIEF

DEPFA BANK plc ("DEPFA"), solely in its capacity as agent for FMS Wertmanagement, the holder of approximately $175,000,000 in Detroit Retirement Systems Funding Trust 2006 Floating Rate Taxable Certificates of Participation, Series B, by and through its undersigned counsel, hereby joins (the "Joinder") the Ad Hoc Cops Holders Limited Objection to Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance Agreement and Optional Termination Agreement Pursuant to Section 365(A) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant To Rule 9019, And (III) Granting Related Relief (Docket No. 362) (the "Limited Objection").  In support of this Joinder, DEPFA asserts the arguments set forth in the Limited Objection and incorporates the Limited Objection in its entirety as if fully set forth herein.

WHEREFORE, for the reasons set forth in the Limited Objection, DEPFA respectfully requests that the Court (i) limit or qualify the relief as requested in the Limited Objection, and (ii) grant such other and further relief as may be just and proper.

Dated: August 16, 2013

Respectfully submitted:

DEPFA BANK, PLC, SOLELY IN ITS CAPACITY AS AGENT FOR FMS WERTMANAGEMENT

/s/ Karen V. Newbury _____
Rick L. Frimmer
Karen V. Newbury
Michael W. Ott
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Tel. 312-258-5500
Fax. 312-258-6600
Rfrimmer@schiffhardin.com
knewbury@schiffhardin.com
mott@schiffhardin.com
*ATTORNEYS FOR DEPFA BANK, plc,*
*SOLELY IN ITS CAPACITY AS AGENT FOR*
*FMS WERTMANAGEMENT*