## Summary of Attachments

Exhibit 1 - Declaration of Claude L. LeBlanc

Exhibit 2 - Service Contracts (Service Contracts)

Exhibit 3 - Swaps (ISDA MA)

Exhibit 4 - Contract Administration Agreement (CAA)

Exhibit 5 - Trust Agreement (TA)

Exhibit 6 - Collateral Agreement (CA)

Exhibit 7 - Amended Swaps (A&R)

Exhibit 8 - Forbearance Agreement (FA)

Exhibit 9 - City's Verified Complaint (Compl.)

Exhibit 10 - Affidavit of Kevyn D. Orr

Exhibit 11 - Syncora's Emergency Motion to Dissolve TRO

Exhibit 12 - City's Brief in Opposition to Defendant's Emergency Motion to Dissolve TRO

Exhibit 13 - City's Preliminary Response to Motion and Notice of City's Consent to Dissolution

Exhibit 14 - City's Response to Defendant's Proposed Order Dissolving TRO

Exhibit 15 - Transaction Diagram and Summaries of Agreements

Exhibit 16 - Declaration of William E. Arnault