Form nstatusBK

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter:  9
Judge:  Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a Status Conference regarding Debtor's Motion to Assume Lease or Executory Contract (Dkt. #17 corrected by Dkt. #157 , will be held on the above−entitled bankruptcy case at:

Location: **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226**

Date: **8/21/13**

Time: **10:00 AM**

Dated: 8/14/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk

In re:                                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                                 Chapter 9
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0645-2          User: csiku              Page 1 of 7              Date Rcvd: Aug 14, 2013
                             Form ID: statBK          Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2013.
```
dbpos      +City of Detroit, Michigan,   2 Woodward Avenue,   Suite 1126,   Detroit, MI 48226-3443
cr         +Barry Allen,   Vanguardians,   POB 11202,   Glendale, CA 91226-7202
intp       +Bill Schuette,   Michigan Department of Attorney General,   P.O. Box 30754,
            Lansing, MI 48909-8254
cr         +Bishop Real Estate, L.L.C.,   c/o Stephen M. Gross, Esq.,   39533 Woodward Ave.,   Suite 318,
            Bloomfield Hills, MI 48304-5106
cr         +Brown Rehabilitation Management, Inc.,   29688 Telegraph,   Suite 100,
            Southfield,   48034-1363
intp       +Caralyce M. Lassner,   Caralyce M. Lassner, JD, PC,   8300 Hall Road, Suite 201,
            Utica, MI 48317-5506
intp       +City of Detroit Water and Sewerage Department,   615 Griswold,   Suite 1708,
            Detroit, MI 48226-3990
cr         +DEPFA Bank PLC,   c/o Schiff Hardin LLP,   Rick L. Frimmer, Esq.,   233 S. Wacker Dr., Ste. 6600,
            Chicago, IL 60606-6360
cr         +David Sole,   2921 E Jefferson Ste 205,   Detroit, MI 48207-4267
intp       +Detroit Retired City Employees Association,   P.O. Box 40713,   Detroit, MI 48240-0713
cr         +Donald Taylor,   1809 Bullock Rd,   Lapeer, MI 48446-9705
intp       +Donald Taylor,   Retired Detroit  Police and Fire Fighter,   2525 E. 14 Mile Rd.,
            Sterling Heights, MI 48310-5969
intp       +Douglas C. Bernstein,   Plunkett Cooney,   38505 Woodward Avenue,   Suite 2000,
            Bloomfield Hills, MI 48304-5096
cr         +Erste Europaische Pfandbrief- und Kommunalkreditba,   c/o Matthew G. Summers, Esquire,
            Ballard Spahr LLP,   919 N. Market St., 11th Floor,   Wilmington, DE 19801-3062
cr         +Fidelity Management & Research Company,   Hannah Kate Sullivan,   One Spartan Way,
            Mail Zone TS2T,   Merrimack, NH 03054-4300
cr         +Financial Guaranty Insurance Company,   125 Park Avenue,   New York, NY 10017-5664
intp       +Gabriel, Roeder, Smith & Company,   c/o Stevenson & Bullock, P.L.C.,   Attn: Charles D. Bullock,
            26100 American Drive,   Suite 500,   Southfield, Mi 48034-6184
intp        Godfrey & Kahn, S.C.,   One East Main Street, Suite 500,   P.O. Box 2719,
            Madison, WI 53701-2719
cr         +International Union, United Automobile, Aerospace,   Solidarity House,
            8000 East Jefferson Avenue,   Detroit, MI 48214-3963,   UNITED STATES OF AMERICA
intp       +Janet M Ziulkowski,   Ziulkowski & Associates PLC,   17001 Nineteen Mile Rd Ste 1-D,
            Clinton Township, MI 48038-4867
intp       +Kenneth M. Schneider,   Schneider Miller, P.C.,   645 Griswold Ste. 3900,
            Detroit, MI 48226-4251
intp       +Kimberli Janette Powell,   C/o B.O.C. Law Group, P.C.,   24100 Woodward Ave.,
            Pleasant Ridge, MI 48069-1138
cr         +Leland Prince DTE Energy Co,   DTE Energy Company,   One Energy Plaza,   688-WCB,
            Legal Department,   Detroit, MI 48226-1221
intp       +Martin A. O'Brien,   c/o A. Stephen Ramadan, PLC,   22201 Harper Ave,
            St. Clair Shores, MI 48080-1865
op         +McAlpine PC,   3201 University Dr., Suite 100,   Auburn Hills, MI 48326-2396
cr         +Michael Amine Beydoun,   4320 Pratt,   Ann Arbor, MI 48103-1445
cr         +Michael Joseph Karwoski,   26015 Felicity Landing,   Harrison Township, MI 48045-6401
cr         +National Industrial Maintenance - Michigan, Inc.,   c/o Dean & Fulkerson,
            801 W. Big Beaver Road, Suite 500,   Troy, MI 48084-4724
intp       +Resnick & Moss, P.C.,   40900 Woodward Avenue,   Suite 111,   Bloomfield Hills, MI 48304-5116
cr         +Retired Detroit Police Members Association,   c/o Strobl & Sharp, P.C.,
            300 E. Long Lake Road, Suite 200,   Bloomfield Hills, MI 48304-2376
intp       +Retired Detroit Police and Fire Fighers Associatio,   Retired Detroit Police and Fire Fighters,
            2525 E. 14 Mile Rd,   Sterling Heights, MI 48310-5969
cr         +Robbie Lee Flowers,   6533 E. Jefferson, Apt 602T,   Detroit, MI 48207-3784
cr         +Robert Davis,   180 Eason,   Highland Park, MI 48203-2707
intp       +Shirley V Lightsey,   President-Detroit Retired City Emp As,   P.O. Box 40713,
            Detroit, MI 48240-0713
cr         +Shirley V Lightsey,   P.O. Box 40713,   Detroit, MI 48240-0713
intp       +State of Michigan,   PO Box 30754,   Lansing, MI 48909-8254
intp       +State of Michigan, Department of Attorney General,   c/o Dawn R. Copley,   Dickinson Wright PLLC,
            500 Woodward Avenue, Suite 4000,   Detroit, MI 48226-5403
cr         +U.S. Bank National Association,   c/o Waller Lansden Dortch & Davis, LLP,
            Attn: David E. Lemke, Esq.,   511 Union Street, Suite 2700,   Nashville, TN 37219-1791
intp       +Upright Wrecking & Demolition, L.L.C.,   5555 Connor Ave. Suite 1249,   Detroit, MI 48213-3495
cr         +Waste Management Inc. etal,   c/o Jerry M. Ellis,   39395 W. Twelve Mile Road,   Suite 200,
            Farmington Hills, MI 48331-2968
22247172    Airgas USA, LLC,   259 Radnor-Chester Road,   Suite 100,   P.O. Box 6675,
            Radnor, PA  19087-8675
22281915   +Barry Allen, Executive Director,   Vanguardians,   POB 11202,   Glendale, California 91226-7202
22271228   +Chase Paymentech, LLC,   Attn: Lazonia Clark, Business Analyst,   14221 Dallas Pkwy, Bldg II,
            Dallas, TX 75254-2942
22240968   +City of Detroit Water and Sewerage Department,   c/o Kilpatrick & Associates, P.C.,
            615 Griswold, Ste. 1708,   Detroit, MI 48226-3990
22238523   +Douglas C. Bernstein, Esq.,   Plunkett Cooney,   38505 Woodward Avenue, Suite 2000,
            Bloomfield Hills, MI 48304-5096
```

```
22271898     +Eaton Vance Management,   William Delahunty,   2 International Place,   Boston, MA 02110-4101
22237226     +Enjoi Transportation, LLC,   c/o Gudeman & Associates, PC,   1026 W. Eleven Mile Road,
               Royal Oak, MI 48067-5401
22271897     +Fidelity Management & Research Company,   Hannah Kate Sullivan,   One Spartan Way,
               Mail Zone TS2T,   Merrimack, New Hampshire 03054-4300
22262456     +Gary Segatti,   c/o Yuliy Osipov, Esq.,   20700 Civic Center Dr.,   Ste.420,
               Southfield, MI 48076-4140
22269250      International Business Machines Credit LLC,   Attn: National Bankruptcy Coordinator,
               IBM Corporation,   275 Viger East, Ste. 400,   Montreal, Quebec H2X 3R7 Canada
22241396     +Kurt Thornbladh, Esq.,   Thornbladh Legal Group PLLC,   7301 Schaefer,   Dearborn, MI 48126-4915
22243695     +LOWENSTEIN SANDLER LLP,   Attn:  Sharon L. Levine, Esq. and,   Philip J. Gross, Esq.,
               65 Livingston Avenue,   Roseland, New Jersey 07068-1725
22243696     +MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P.C.,   Attn:  John R. Canzano, Esq.,
               400 Galleria Officentre, #117,   Southfield, MI 48034-2161
22268715     +Matthew G. Summers, Esquire,   Ballard Spahr LLP,   919 N. Market Street, 11th Floor,
               Wilmington, DE 19801-3062
22241397     +Michigan Auto Recovery Service, Inc.,   8850 Southfield,   Detroit MI 48228-1976
22258376     +Michigan Property Tax Relief, LLC,   c/o Yuliy Osipov, Esq.,   20700 Civic Center, Ste. 310,
               Southfield, MI 48076-4155
22245531     +Nathaniel Brent,   538 South Livernois,   Detroit MI 48209-3031
22273756     +NuCO2,   2800 S.E. Market Place,   Stuart FL 34997-4965
22262522     +P.P.T.A., Inc., or Harold Hoyt,   c/o Yuliy Osipov, Esq.,   20700 Civic Center Dr.,   Ste. 420,
               Southfield, MI 48076-4140
22270046     +Quill.com,   Attn: Daneen Kastanek,   1 Environmental Way,   Broomfield CO 80021-3415
22270047     +Staples, Inc.,   Attn: Daneen Kastanek,   300 Arbor Lake Drive,   Columbia SC 29223-4582
22237229     +Upright Wrecking & Demolition,   c/o Gudeman & Associates, PC,   1026 W. Eleven Mile Road,
               Royal Oak, MI 48067-5401
22271172     +Wells Fargo Financial Leasing, Inc.,   800 Walnut Street,   MAC N0005-055,
               Des Moines, IA 50309-3605
22250124      Xerox Corporation c/o,   OSIPOV BIGELMAN, P.C.,   2700 Civic Center Dr, Suite 420,
               Southfield, MI 48076

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: info@vanguardians.org Aug 14 2013 23:00:37      Barry Allen,   Vanguardians,
               POB 11202,   Glendale, CA 91226-7202
intp         +E-mail/Text: codbankruptcynotices@detroitmi.gov Aug 14 2013 22:58:56
               Treasurer, City of Detroit,   c/o Law Department,   2 Woodward Ave.,   Suite 500,
               Detroit, MI 48226-3440
22257563     +E-mail/Text: gravina@us.ibm.com Aug 14 2013 23:00:39      Andy Gravina,
               Special Handling Group-MD NC317,   IBM Credit LLC,   6303 Barfield Rd NE,
               Atlanta GA 30328-4233
22271228     +E-mail/Text: lazonia.clark@chasepaymentech.com Aug 14 2013 23:00:50      Chase Paymentech, LLC,
               Attn: Lazonia Clark, Business Analyst,   14221 Dallas Pkwy, Bldg II,   Dallas, TX 75254-2942
22238691     +E-mail/Text: bankruptcy2@ironmountain.com Aug 14 2013 23:00:29
               Iron Mountain Information Management, LLC,   745 Atlantic Avenue,   Boston, MA 02111-2735
22257422     +E-mail/Text: legaldept@mscdirect.com Aug 14 2013 22:58:54      MSC Industrial Supply Company,
               ATTN:  Legal Department,   75 Maxess Road,   Melville, NY 11747-3151
                                                                                      TOTAL: 6


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Blue Cross Blue Shield of Michigan and Blue Care N
cr            Detroit Fire Fighters Association, I.A.F.F. Local
cr            Michigan Council 25 Of The American Federation of
cr*          +Chase Paymentech, LLC,   Attn: Lazonia Clark, Business Analyst,   14221 Dallas Pkwy, Bldg II,
               Dallas, TX 75254-2942
cr*          +Eaton Vance Management,   William Delahunty,   2 International Place,   Boston, MA 02110-4101
cr*          +Michigan Auto Recovery Service, Inc.,   8850 Southfield,   Detroit, MI 48228-1976
cr*          +Nathaniel Brent,   538 South Livernois,   Detroit, MI 48209-3031
22247428*     Iron Mountain Information Management, LLC,   745 Atlantic Avenue,   Boston, MA 02111-2735
                                                                        TOTALS: 3, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2013**                          **Signature:**        _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2013 at the address(es) listed below:

A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com

Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
achouprouta@kramerlevin.com

Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
acaton@kramerlevin.com,  achouprouta@kramerlevin.com

Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
aap43law@gmail.com

Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com

Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com

Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
aoreilly@honigman.com,  ahatcher@honigman.com

Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
and Agricultural Implement Workers of America bceccotti@cwsny.com

Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
bpatek@ermanteicher.com

Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
bpatek@ermanteicher.com

Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
bpatek@ermanteicher.com

Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
bpatek@ermanteicher.com

Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
bbest@schaferandweiner.com,  wkyles@schaferandweiner.com

Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
bborder@sspclegal.com,  joumedian@sspclegal.com

Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
Care Network of Michigan btrumbauer@bodmanlaw.com

Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
carol.cohen@arentfox.com

Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com

Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com

Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
kkranz@wnj.com

Corey M. Carpenter   on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com,
coreycarpenter@boclaw.com

Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
czucker@ermanteicher.com

Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation
dweiner@schaferandweiner.com

David Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
deisenberg@ermanteicher.com

David Eisenberg   on behalf of Creditor   Detroit Police Officers Association
deisenberg@ermanteicher.com

David Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
deisenberg@ermanteicher.com

David Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
deisenberg@ermanteicher.com

David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
nwinagar@plunkettcooney.com

David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc.
dmollicone@dmms.com

David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
dgheiman@jonesday.com

David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
david.dubrow@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
     nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
     nepc.com
    Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
     General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
    Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
     kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
     alexsym@pepperlaw.com
    Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
     dbeckwith@fosterswift.com
    Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
    Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
     dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
    Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
     eerman@ermanteicher.com
    Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
     eerman@ermanteicher.com
    Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
     eerman@ermanteicher.com
    Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
     eerman@ermanteicher.com
    Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
     ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
    Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
     ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
    Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com
    Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
     emajoros@glmpc.com
    Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
     ecrowder@sbplclaw.com, lhaas@sbplclaw.com
    Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
     enovetsky@jaffelaw.com
    Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
     bankruptcy.maxwelldunn@gmail.com
    Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
     efeldman@clarkhill.com
    Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
     Detroit efeldman@clarkhill.com
    Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
    Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
     hlennox@jonesday.com
    Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
     howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
     Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
    James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
     james.sprayregen@kirkland.com
    James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
     james.sprayregen@kirkland.com
    James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
     james.sprayregen@kirkland.com
    Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
     ecf@zaplc.com
    Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
     sharrow@mcdonaldhopkins.com
    Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
     jbank@kerr-russell.com
    Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
    Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
    Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net
    John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
     john.sieger@kattenlaw.com
    Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
     green@millercanfield.com
    Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com
    Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
     jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
     jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
     jgadharf@mcdonaldhopkins.com
    Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com
    Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com
    Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
     blundberg@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com,  alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
           lbrimer@stroblpc.com,  kvanakin@stroblpc.com
          Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association
           MField@stroblpc.com,  jmckeogh@stroblpc.com
          Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
           mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party Bill Schuette BellM1@michigan.gov
          Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America Nganatra@uaw.net
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick Warren Hunt    on behalf of Interested Party    Wade Trim Associates, Inc.
           pwhunt@kerr-russell.com
          Patrick Warren Hunt    on behalf of Interested Party    New England Fertilizer Company
           pwhunt@kerr-russell.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,  jtravick@jaffelaw.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Raymond Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com
          Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ryan Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party    Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party    Syncora Holdings Ltd.
          ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party    Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
          ryan.bennett@kirkland.com
          Samuel S. Kohn   on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@winston.com,
          DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.c
          om;KForte@winston.com
          Sandra L. O'Connor   on behalf of Interested Party    US Health & Life Insurance Company
          soconnor@glmpc.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby   on behalf of Creditor    Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor    General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor    Michigan Council 25 Of The American Federation of
          State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
          slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Stephen B. Grow   on behalf of Creditor    UBS AG sgrow@wnj.com,   kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen M. Gross   on behalf of Interested Party    Syncora Holdings Ltd.
          sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party    Syncora Guarantee Inc.
          sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party    Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Debtor In Possession    City of Detroit, Michigan
          laplante@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party    State of Michigan, Department of Attorney
          General showell@dickinsonwright.com
          Suzanne L. Wahl   on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
          mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
          rdin.com
          Thomas R. Morris   on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association morris@silvermanmorris.com,   marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party    Detroit Retired City Employees Association
          morris@silvermanmorris.com,   marlene@silvermanmorris.com
          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William C. Blasses   on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses   on behalf of Interested Party    Michigan Property Tax Relief, LLC
          wcb@osbig.com
          Yuliy  Osipov   on behalf of Interested Party    Michigan Property Tax Relief, LLC
          yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
          yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
          yo_ecf@osbig.com;tc_ecf@osbig.com
                                 TOTAL: 166