UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                     Chapter 9
                                                                      Case No. 13-53846

City of Detroit, Michigan,

       Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Center for Community Justice and Advocacy ("CCJA") hereby appears as a Party in Interest in the above-captioned matter by its counsel, Vanessa G. Fluker, Esq., PLLC, and requests, pursuant to 11 U.S.C. §§ 102(1) and 1109(b), and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned attorney at the address below:

         Vanessa G. Fluker, Esq.
         Vanessa G. Fluker, Esq., PLLC
         2921 East Jefferson, Suite 200
         Detroit, MI 48207
         Phone: (313) 393-6005
         Fax: (313) 393-6007
         Email: vgflawyer@sbcglobal.net

The foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, personal service, telephone, email, fax or otherwise.

This Notice of Appearance and Request for Service of Papers, or any other appearance, pleading, proof of claim, claim or suit, shall not constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to

trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice of Appearance; (v) an election of remedies; (vi) and any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

         Respectfully submitted,

         VANESSA G. FLUKER, ESQ., PLLC

By: */s/Vanessa G. Fluker*
   Vanessa G. Fluker, Esq., PLLC
   2921 East Jefferson, Suite 200
   Detroit, MI 48207
   Phone: (313) 393-6005
   Fax: (313) 393-6007
   Email: vgflawyer@sbcglobal.net

DATED: August 18, 2013