UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
 Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 18, 2013, she caused to be electronically filed with the Clerk of the Court a Notice of Appearance and Request for Service of Papers ("Notice") [Docket No. 377], and that such Notice was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

          VANESSA G. FLUKER, ESQ., PLLC

    By:   /s/*Vanessa G. Fluker*
          Vanessa G. Fluker, Esq., PLLC
          2921 East Jefferson, Suite 200
          Detroit, MI 48207
          Phone: (313) 393-6005
          Fax: (313) 393-6007
          Email: vgflawyer@sbcglobal.net

DATED: August 18, 2013