UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

# *EX PARTE* ORDER AUTHORIZING AMBAC ASSURANCE CORPORATION TO FILE A RESPONSE IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of Ambac Assurance Corporation ("Ambac") for an Order Authorizing it to File a Response in Excess of Page Limit (the "Motion"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Ambac is granted relief from Eastern District of Michigan Local Rule 7.1(d)(3)(A) to file a response in excess of twenty-five (25) pages.

.

**Signed on August 16, 2013**

                                                                /s/ Steven Rhodes
                                                            Steven Rhodes
                                                            United States Bankruptcy Judge