UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                                  :
In re                             : Chapter 9
                                  :
**CITY OF DETROIT, MICHIGAN,**     : Case No. 13-53846
                                  :
                Debtor.        : Hon. Steven W. Rhodes
                                  :
                                  :
---------------------------------------------------------------x

## CERTIFICATION OF SERVICE

      I hereby certify that on August 16, 2013 the LIMITED OBJECTION OF FINANCIAL GUARANTY INSURANCE COMPANY TO MOTION OF DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ASSUMPTION OF THAT CERTAIN FORBEARANCE AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND (III) GRANTING RELATED RELIEF was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

                                                   /s/ Mark R. James
                                                 Mark R. James (P54375)
                                                 Attorney for Financial Guaranty
                                                 Insurance Company
                                                 Williams, Williams, Rattner & Plunkett, P.C.
                                                 380 North Old Woodward Ave., Suite 300
                                                 Birmingham, MI 48009
                                                 (248) 642-0333
                                                 mrj@wwrplaw.com

Dated: August 19, 2013

00823829.01