UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF INDIANA
SOUTH BEND DIVISION

In Re:                                                              Case No: 13-53846
                                                                                      Chapter 9

**City of Detroit, Michigan,**                                    Hon. Steven W. Rhodes

              Debtor,

---

### NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

PLEASE TAKE NOTICE that Maddin, Hauser, Wartell, Roth & Heller, P.C. by Michael Leib, appears as an interested party and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

                              Michael S. Leib (P30470)
                              Maddin, Hauser, Wartell, Roth & Heller, P.C.
                              28400 Northwestern Hwy., 3rd Floor
                              Southfield, MI 48034
                              (248) 827-1874

PLEASE TAKE FURTHER NOTICE that it requests to be added to the Debtor's Matrix in care of its counsel at the above address and further request that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

                              MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

                              By:    /s/ *Michael S. Leib*
                                    Michael S. Leib (P30470)
                              28400 Northwestern Hwy., Third Floor
                              Southfield, MI 48034
                              ✆ (248) 827-1874 / 🖷 (248) 359-6174
                              Email: msl@maddinhauser.com

DATED: August 19, 2013