08-18-201[cut off]

Honorable Steven W. Rhodes

My name is Michael G Benson
I am a Retired Employee of the
City of Detroit's Water Dept, Pension
Number. 223503.
I object to the use of the
Retires Pension for any purpose
other than Retires.
I beleave the bankruptcy
Filing Case 13-53846 docket
279 is Illegal and Morally Wrong.
Surely there are other options
Available to the City.

Sincerely

Michael G Benson
19395 Parkside
Det Mich 48221.

FILED
2013 JUL 9 A
U.S. BANKRUPTCY COURT
ED. MICH-DET.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Steven Rhodes

City of Detroit
    Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on Aug 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served: Letter of objection. by M.G. Benson

2. Served upon [name and address of each person served]:

City of Detroit, Michigan.

Jonathan S. Green
150 W Jefferson
Ste 2500
Detroit, Mich 48226

U.S. Trustee
Daniel M. McDermott

Sean M. Cowley
United States Trustee
211. W. Fort Street.
Ste 700
Detroit, MI 48226

3. By First Class Mail.

Dated: Aug 19, 2013

Karl E. Shaw
(Signature of Debtor)

Print Name: Karl E. Shaw

_____
(Signature of Co-Debtor)

Print Name: _____