Karl E. Shaw
19140 Ohio
Detroit, Michigan    48221

August 19, 2013

Hon. Steven Rhodes
United States Bankruptcy Court
Eastern District Of Michigan
Southern Division
211 W Fort St

Chapter 9
Case No. 13-53846

Dear Judge Rhodes:

I am writing to you in response to a notice I received in the matter of the City of Detroit, Debtor. I am a retired employee of the City of Detroit and wish to express my objections to the City of Detroit filing bankruptcy pursuant to Chapter 9 of Title 11 of the United States Code (the Bankruptcy Code).

My objections are based upon the following:

1- The pension I receive is a secured debt backed by investments of the Detroit General Employees Pension Board.

2- The Michigan Constitution prohibits the impairment of vested retirement benefits for public workers.

3- There are numerous new real estate investments in the City of Detroit by private investors which will be providing an increase in city revenues thereby reducing the debt ratio.

I also wish to receive written notice of all service of papers pursuant to the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

*Karl E. Shaw*
Karl E. Shaw

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Debtor.
City of Detroit,

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Steven Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on Aug 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served: Letter of objection by Karl E. Shaw

2. Served upon [name and address of each person served]:

City of Detroit, Michigan –
Email green@millercanfield.com,

Jonathan S. Green
150 W. Jefferson
Ste 2500
Det, MI 48226

U.S. Trustee
Daniel M. McDermott
Email Sean_Cowley@usdoj.gov

Sean M. Cowley
United States Trustee
211 W. Fort Street
Ste 700
Detroit, MI 48226

3. By First Class Mail and E-mail

Dated: Aug 19, 2013

Karl E. Shaw
(Signature of Debtor)

Print Name: Karl E. Shaw

_____
(Signature of Co-Debtor)

Print Name: _____