August 18, 2013

United States Bankruptcy Court
Eastern District of Michigan
231 West Lafayette Street
Detroit, Michigan 48226

RE: ELIGIBILITY OBJECTION - CITY OF DETROIT, MICHIGAN, Debtor
Chapter 9 – Case No. 13-53846
Notice of Commencement of Case and Notice of Automatic Stay...
Hon. Steven W. Rhodes, United States Bankruptcy Judge

The City of Detroit has too many assets to be bankrupt. Detroit is no different than hundreds of other American cities that are cash strapped and want to get their hands on retiree pension funds. If the Federal court allows our pension fund to be raided, it will open a flood gate for hundreds of other cities.

My finances depend on my past employer's promise of a lifetime pension after 30 years or more of service. I have made obligations and entered into agreements with financial institutions based on that promise. The Emergency Financial Manager, Kevyn Orr, is treating me as a private creditor of the City of Detroit as opposed to a member of a group of municipal employees protected by the Constitutional laws of the State of Michigan which prohibit this municipality from filing bankruptcy.

Since Mr. Orr wants to treat me as an entity of private industry, then I should be protected by the laws governing retirement in private industry. Mr. Orr should not be allowed to have it both ways.

I object to the City of Detroit being eligible for bankruptcy. Please do not allow representatives of the City of Detroit to take retirees' pensions and declare pensioners just another creditor.

I am a member of the DRCEA and have consented to a committee chosen by that Association to represent me in this matter.

Sincerely,

Olivia Gillon, Pension No. 163460
18832 Arleen Ct.
Livonia, Mi. 48152-1963
248-471-9008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon Steven W. Rhodes

Debtor.

_____/

**PROOF OF SERVICE**

I hereby certify that on August 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

   Eligibility Objection Letter (attached)

2. Served upon [name and address of each person served]:

   City of Detroit
   Law Department
   c/o Jonathan S. Green, Esq
   Stephen S. LaPlante, Esq
   Miller, Canfield, Paddock + Stone, PLC
   150 W. Jefferson, Ste 2500
   Detroit, MI 48226

   Office of the United States Trustee
   U.S. Dept. of Justice
   211 W. Fort Street, Ste 700
   Detroit, MI 48226

3. By First Class Mail.

Dated: 8/19/13

Lippett O'Keefe, PLLC
370 E. Maple Rd., 3rd Fl
Birmingham, MI 48009

_Olivia Gillon_
(Signature of Debtor)

Print Name: Olivia Gillon

_____
(Signature of Co-Debtor)

Print Name: _____