UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit, Michigan

Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Steven Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:
   1) Objections based on lack of timely notice and abridgement of the Michigan Constitution regarding transfer of Public Lighting
   2) Objection based on timeliness and harmful effects of outsourcing trash hauling on the finances of the City's pension fund

2. Served upon [name and address of each person served]:

   City of Detroit

3. By First Class Mail.

Dated: August 19, 2013

*Russ Bellant*
(Signature of Debtor)

Print Name: Russ Bellant

(Signature of Co-Debtor)

Print Name: _____

FILED (I)
2013 AUG 19 A 10: 46
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT