United States Bankruptcy Court

Eastern District of Michigan, Southern Division

231 West Lafayette Street

Detroit, Michigan 48226

Hon. Steven W. Rhodes, Presiding Judge

Re:  Objection to ~~Discharge of Debt~~ *ELIGIBILITY*: City of Detroit, Michigan under Chapter 9, Case No. 13-53846

May it please the Court:

This comes in response to the commencement of the "Chapter 9 Case", filed by the City of Detroit, Michigan, on July 18, 2013, under chapter 9, of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division (the "Bankruptcy Court").

I, William Curtis Walton, having been identified as a Debtor of the City of Detroit, as a retired Supervising Building Inspector, having served the City for 32 years, thus earning a full service retirement with benefits, which went into effect on October 27, 2012, hereby file my objection to this action by the City of Detroit and seek an exception in this case, for the reasons listed herein:

1. I entered civil service at the City of Detroit, Department of Works, on May 15, 1978. Upon certification to the title of Junior Construction Inspector, I was given a package of documentation, which included the benefits of a full service retirement, which would be earned upon the completion of 30 years of service;

2. I received promotions to Construction Inspector, Building Inspector and finally Supervising Building Inspector, and worked as a dedicated City employee from that time until October 27, 2012, with the one interruption in that continuous period for an involuntary layoff, from June of 1982 until March of 1984.

3. Upon my retirement, I was given a package, reaffirming the benefits I earned for my 32 documented years of dedicated service, including:

    a. My service pension
    b. A full medical benefits plan
    c. A dental plan
    d. A vision plan
    e. Life insurance coverage
    f. The balance of my Annuity fund held by the City in the amount of $45,030.64, as of 11/9/2012;

4. Throughout my career, City employees have suffered losses in equitable quality of life through imposed wage freezes and concessions, furloughs and other measures taken by the City due its leadership's failure to assure that its tax base would remain financially viable, by at least retaining residency requirements for its municipal employees. In the 1990's under the Archer Administration, when the so-called "Residency Rule" was lost, I could have left the City and would have received a tax benefit of a municipal income tax cut. However, I remained a loyal resident, property owner, taxpayer and inhabitant of the City of the Detroit, and remain so today. Further, as a city employee and a member of the Detroit City Employees Retirement System, the City has borrowed certain funds from that System, which need to be repaid in order for the fund to remain solvent. Allowing this bankruptcy to go forward would, in my opinion, have a "domino-like" effect of causing future such filings.
5. Any loss of the retirement income and/or benefits which I have earned would cause me serious and irreparable financial harm, because being over 50 years of age, employment opportunities are not so plentiful in this area, that I can readily resume my career. Therefore, it is my hope that this letter of objection finds favor with the Court and an exception is granted to me and my spouse and beneficiary, Trevay Y. Walton, in the event of my death.

Respectfully submitted,

*[signature]*

William Curtis Walton
SSN ███-███-7010
Pension # ███062
Supervising Building Inspector, Retired
4269 Glendale
Detroit, Michigan 48238-3211

(313) 736-2547

Cc: Powers, Chapman, PC, Attorneys and Counselors file # 714704
3001 West Big Beaver Rd, Ste. 704, Troy, Michigan 48084

ADDENDUM:

6. THE CITY OF DETROIT HAS NOT BARGAINED WITH ME IN GOOD FAITH AND HAS NOT ATTEMPTED TO CONTACT ME FOR ANY NEGOTIATION.

7. I FURTHER CHALLENGE THE AUTHORITY OF KEVYN ORR AS A STATE APPOINTED EMERGENCY MANAGER TO FILE THIS ACTION AS BEING THE "CITY OF DETROIT".

THEREFORE, I REQUEST THAT THIS ACTION BE DISMISSED.

# City of Detroit
## GENERAL RETIREMENT SYSTEM
## APPLICATION FOR SERVICE RETIREMENT

To the Board of Trustees, City of Detroit
General Retirement System:

PENSION NUMBER: R-199462
SOCIAL SECURITY NUMBER: [redacted] 7011 0

I, **William Walton**, a member of the Retirement System, hereby apply for service retirement in accordance with the provisions of the law and related rules and regulations.

My date of birth is: Month **4** Day **15** Year **1955**

I request my retirement to be effective: Month **10** Day **27** Year **2012**

I desire my retirement allowance benefits sent to:
No. **4269** Street **Glendale**
City **Detroit** State **MI** **48238**

My title on the payroll is: **Supr B() Inspector**
Department employed in: **Bldg + Safety**

In connection with my application for retirement on **10-27-2012**, I request a refund of $ **leave total amount with pension!** from my Annuity Savings Fund.

I elect to receive my retirement allowance in the following form of payment:
(place one X in a square on each line; a total of two X's.)

- [ ] STANDARD
- [X] EQUATED Increased to Age **62** & Decreased Thereafter — If you selected this option please initial **WW**

- [ ] REGULAR STRAIGHT LIFE Allowance
- [ ] OPTION I Cash Refund Annuity
- [ ] OPTION 2 Joint and 100% Survivorship
- [ ] OPTION 3 Joint and 50% Survivorship
- [X] OPTION A Joint and 75% Survivorship
- [ ] OPTION B Joint and 25% Survivorship

(Write plan of retirement elected) **Option A 75% w/ Pop-Up Increased to age 62**

If option 2, 3, A or B elected, do you desire Pop-Up Plan Protection? Yes [X] No [ ]

Signature of Member: *[signed]*

I nominate as my beneficiary: **Trevay Walton**
Beneficiary's Address: No. ___ Street **-Same-**
City ___ State ___

Beneficiary's date of birth: Month **4** Day **26** Year **1963**
Beneficiary's place of birth: **Michigan**
Beneficiary's Soc. Sec. Number: [redacted] **5411**
Beneficiary's relationship to me: **Spouse**
Sex: **female**

PROOF OF BIRTH DATE OF BENEFICIARY REQUIRED IF OPTION 2, 3 A OR B, IS ELECTED

Dated at **Detroit, MI** this **13th** day of **Nov.** 20**12**

Signature of Witness: *Latisha Moon-Carter*
Signature of Retiring Member: *[signed]*

Any balance under Option 2, 3, A or B is to be paid to my _____ Relationship _____
_____ date of birth _____
Name of Beneficiary
_____ Dated _____
Signature of Witness          Signature of Member

# Retirement Systems City of Detroit
## Annuity Balance Report

WALTON, WILLIAM

| | | | |
|---|---|---|---|
| | Pension Number ~~[redacted]~~ | Revenue Group | General City |
| Vested? No | Annuity Status Active | Payroll Status | Active |

**Address** 4269 GLENDALE DETROIT, MI 48238

Last Annuity Date 11/09/2012

| | |
|---|---|
| (Post Tax) Non-Taxable Contribution | $28,765.72 |
| (Pre Tax) Taxable Contribution | $0.00 |
| **Total Contribution** | $28,765.72 |
| Taxable Interest | $15,268.89 |
| Adjustments | $996.03 |
| **TOTAL ANNUITY** | $45,030.64 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CITY OF DETROIT

CASE NO: 13-53846
CHAPTER: 9
JUDGE: STEVEN W. RHODES

Debtor.
_____/

## PROOF OF SERVICE

I hereby certify that on AUGUST 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served: OBJECTION TO DISCHARGE OF DEBT

2. Served upon [name and address of each person served]:

   CITY OF DETROIT
   2 WOODWARD AVE. STE 1126
   DETROIT MI 48226
   WAYNE COUNTY
   TAX ID EIN 38-6004606

   AND BY ATTORNEYS: JONATHON S. GREEN
   150 W. JEFFERSON STE. 2500
   DETROIT MI 48226

   SEE ATTACHED FOR FULL LIST

3. By First Class Mail.

Dated: 8-19-2013

_____
(Signature of ~~Debtor~~)
Print Name: WILLIAM C. WALTON

_____
(Signature of Co-Debtor)
Print Name: _____

# U.S. Bankruptcy Court
## Eastern District of Michigan (Detroit)
### Bankruptcy Petition #: 13-53846-swr
Internal Use Only

*Date filed:* 07/18/2013

*Assigned to:* Judge Steven W. Rhodes
Chapter 9
Voluntary
No asset

| | |
|---|---|
| *Debtor In Possession*<br>**City of Detroit, Michigan**<br>2 Woodward Avenue<br>Suite 1126<br>Detroit, MI 48226<br>WAYNE-MI<br>Tax ID / EIN: 38-6004606 | represented by **Jonathan S. Green**<br>150 W. Jefferson<br>Ste. 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>Email: green@millercanfield.com<br><br>**David Gilbert Heiman**<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>(216) 586-7175<br>Email: dgheiman@jonesday.com<br><br>**Robert S. Hertzberg**<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505<br>248-359-7300<br>Fax: 248-359-7700<br>Email: hertzbergr@pepperlaw.com<br><br>**Deborah Kovsky-Apap**<br>Pepper Hamilton LLP<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075<br>(248) 359-7300<br>Fax: (248) 359-7700<br>Email: kovskyd@pepperlaw.com |

Kay Standridge Kress
4000 Town Center
Southfield, MI 48075-1505
(248) 359-7300
Fax : (248) 359-7700
Email: kressk@pepperlaw.com

**Stephen S. LaPlante**
150 W. Jefferson Ave.
Suite 2500
Detroit, MI 48226
(313) 496-8478
Email: laplante@millercanfield.com

**Heather Lennox**
222 East 41st Street
New York, NY 10017
212-326-3939
Email: hlennox@jonesday.com

*U.S. Trustee*
**Daniel M. McDermott**

represented by **Sean M. Cowley (UST)**
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
(313) 226-3432
Email: Sean.cowley@usdoj.gov

*Judge*
**Gerald Rosen**

| Filing Date | # | Docket Text |
|---|---|---|
| 07/18/2013 | 1 | Chapter 9 Voluntary Petition . Fee Amount $1213. Filed by City of Detroit, Michigan (Heiman, David) (Entered: 07/18/2013) |
| 07/18/2013 | | Receipt of Voluntary Petition (Chapter 9)(13-53846) [misc,volp9at] (1213.00) filing fee. Receipt number 20671086, amount . (U.S. Treasury) (Entered: 07/18/2013) |
| 07/18/2013 | 2 | Notice of Appearance and Request for Notice Filed by Creditor National Public Finance Guarantee Corporation. (Novetsky, Eric) (Entered: 07/18/2013) |