DWIGHT BOYD
19337 CONCORD
DETROIT, MI 48234

August 16, 2013

TO: UNITED STATES BANKRUPTCY COURT
    EASTERN DISTRICT OF MICHIGAN
        SOUTHERN DIVISION



RE: CHAPTER 9
CASE NO. 13-53849
HON. STEVEN W. RHODES

I am filing my objections to this Notice to Chapter 9 Bankruptcy based on the requirements referenced in this document thus stating the following as to why bankruptcy is not needed;

1) DWSD AS A VIABLE ASSET
2) EFFIECIENT TAX COLLECTION (INCOME &DELINQUENT BUSINESS TAXES)
3) RESTORATION OF STATE REVENUE SHARING TO PRE RECESSION LEVELS
4) REFINANCING EXISTING LONGTERM DEBT

Sincerely

Dwight Boyd