GA
FILED

2013 AUG 19 A 10:24

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

18034 Birchcrest Dr.
Detroit, Mich. 48221
August 16, 2013

To: United States Bankruptcy Court
Eastern District of Michigan, Southern Division
Hon. Steven W. Rhodes Re: Chapter 9 Case No. 13-53846
From: Mary W. Dugans, Retiree from City of Detroit

    I writing this letter to **object** to the City of Detroit's petition to file for eligibility under Chapter 9 of the Bankruptcy Code.

    The facts are as follows: I was employed by the City of Detroit on two separate occasions –
1. Licensed Practical Nurse - Detroit Receiving Hospital 1964-1971,
2. Registered Public Health Nurse – Detroit Health Dept. 1975-84.
My compensation included a guaranteed pension to which I made monetary contributions. My pension number was the same - 15182 0 for each term of employment.

    I need my pension for basic human needs. Additionally, I'm 80 yrs. old with age related medical conditions. Therefore, I have to pay for medical co-pays as well as for prescribed medications.

    Please consider my situation as you approach this important matter. Thanks.

Mary W. Dugans