9-15-13
Case # 13-53846
Hon. Steven W. Rhodes

FILED
2013 AUG 19 A 10:27
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

I am a retired City of Detroit employee. I work for the city as a Swimming Instructor from June 1968 to May 1989. My pension # is 164637. I object to the City of Detroit filing for Chapter 9 bankruptcy as it relates to my pension which I 'am sure I am intidled to recieve.

William L Ford