# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re: ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-53846 |
| Debtor. ) | |
| ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## STATEMENT OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION REGARDING CORPORATE OWNERSHIP PURSUANT TO LOCAL BANKURUPTCY RULE 9013-5

**Name:** **National Public Finance Guarantee Corporation**

Address: 113 King Street
Armonk, NY 10504

[X] The following entities directly or indirectly own 10% or more of any class of National Public Finance Guarantee Corporation's equity interests.

**Name:** **National Public Finance Guarantee Holdings, Inc.**

Address: 113 King Street
Armonk, NY 10504

Ownership: Wholly owns National Public Finance Guarantee Corporation

**Name:** **MBIA Inc.**

Address: 113 King Street
Armonk, NY 10504

Ownership: Wholly owns National Public Finance Guarantee Holdings, Inc.

[]  There are no entities that directly or indirectly own 10% or more of any class of National Public Finance Guarantee Corporation's equity interests.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 19, 2013

/s/ Eric D. Novetsky
JAFFE, RAITT, HEUER & WEISS, P.C.
Eric D. Novetsky (P71953)
2777 Franklin Road, Suite 2500
Southfield, MI 48034
Tel: (248) 351-3000
Fax: (248) 351-3082
Email: enovetsky@jaffelaw.com

and

SIDLEY AUSTIN LLP
Jeffrey E. Bjork
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: jbjork@sidley.com

SIDLEY AUSTIN LLP
Guy S. Neal
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: gneal@sidley.com

Attorneys for National Public Finance Guarantee Corporation