UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

Debtor

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Stephen W. Rhodes

**CONSOLIDATED OBJECTION OF THE GRIFFIN PARTIES TO THE MOTION OF DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ASSUMPTION OF THAT CERTAIN FORBERANCE AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND (III) GRANTING RELATED RELIEF**

Akila Griffin (aka Hicks), Mignon Griffin (aka Tinker, aka Griffin-Tinker, aka Lott), Lanita Griffin, and Cynthia Griffin (aka Henson) individually, and collectively (" Griffin Parties"), through their representative, Mignon Lott, submit the following consolidated objection to the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365 (a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief [Docket Nos. 17 and 157] ("Settlement Motion")

1. The Settlement Motion fails to provide sufficient information about the claims and rights that the City is proposing to compromise in order to allow creditors, such as the Griffin Parties, to fully evaluate the proposed assumption of the Forbearance Agreement ( as that terms defined in the Settlement Motion) or approval of the settlement contained therein is in the best interest of the City and its creditors.

2. Specifically Lanita Griffin has gone through arduous processes filing grievances' for monies owed due to improper payroll processing which have no resolve. There is limited, if any, access to the information pertaining to the obligations owed by the Debtor for the Griffin Parties to determine if further steps should be taken based on the financial loss which will be incurred.

WHEREFORE, the Griffin Parties request that the Court allow the Griffin Parties sufficient time to review the proposed settlement and respond to it.

Respectfully submitted,

MIGNON E. LOTT

By: /s/ Mignon E. Lott
92 Tennyson
Highland Park, MI 482023
(313) 522-0673
mignonlott@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

Debtor

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Stephen W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013, I Served the CITY OF DETROIT (DEBTOR) and all counsel of the following:

1. Consolidated Objection of the Griffin Parties to the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365 (a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief; and

2. This Certificate of Service,

With the US Postal Service via certified mail.

Respectfully submitted,

MIGNON E. LOTT

By: /s/ Mignon E. Lott
92 Tennyson
Highland Park, MI 482023
(313) 522-0673
mignonlott@gmail.com

Dated: August 19, 2013