Judge Steven Rhodes

To whom ever it may concern, I Sylvester Davis reject Kevyn Orr filing for Chapter 9 Bankruptcy on behalf of me and my City (Detroit) We didn't give him permission nor did we vote him in to represent us as a Whole to speak for us. I'm requesting that the Judge disregard Kevyn Orr's filing for Bankruptcy Chapter 9 for the City of Detroit  Case Number — 13-53846

Att: Judge Steven Rhodes, Debtor— Sylvester Davis

FILED 2013 AUG 19 P 1:29 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

Debtor. Sylvester Davis /

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

2. Served upon [name and address of each person served]:

Rick Snyder, Kevin Orr + Dave Bing

3. By First Class Mail.

Dated: _____

_Sylvester Davis_
(Signature of Debtor)

Print Name: Sylvester Davis

_____
(Signature of Co-Debtor)

Print Name: _____