# Exhibit 10

From: Edward McNeil [mailto:emcneil@miafscme.org]
Sent: Friday, June 28, 2013 9:58 PM
To: Steve Kreisberg
Subject: Fwd: City of Detroit -- Pension Restructuring Discussions (GRS)


Sent from my iPhone

Begin forwarded message:

> From: David Birnbaum <dbirnbaum@jonesday.com>
> Date: June 28, 2013, 4:39:23 PM EDT
> To: agarrett@miafscme.org, emcneil@miafscme.org
> Cc: Evan Miller <emiller@jonesday.com>, Brian Easley <beasley@jonesday.com>, Heather Lennox <hlennox@jonesday.com>, "David G. Heiman" <dgheiman@jonesday.com>
> Subject: City of Detroit -- Pension Restructuring Discussions (GRS)

Mr. Garrett and Mr. McNeil:

Following the presentations made on June 20th, outside counsel for GRS reached out to the City of Detroit for more information on, and to discuss, a pension restructuring proposal. GRS and the City of Detroit have tentatively scheduled a meeting on pension restructuring for Wednesday, July 10th, at 1 pm (location to be determined). The City will be prepared to provide more information on its developing pension restructuring proposal. Because the City expects that the proposal will impact the pension benefits of active participants of GRS, who include your members, the City would like to invite you to this meeting on July 10th, at 1 pm to participate in the discussion. We expect the meeting will last approximately 2 hours. GRS will be sending an advisor-only team (attorneys and financial advisors), and the City believes this is a good way to proceed. Please let us know at your earliest convenience if you will attend and the names of the attendees. We will contact you as soon as practicable to provide details about the meeting location.

Regards,

David



**David S. Birnbaum**

77 West Wacker Drive, Suite 3500 • Chicago, IL 60601
DIRECT 312.269.4005 • FAX 312.782.8585 • EMAIL dbirnbaum@jonesday.com


=========

1