# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Local 26 of the Amalgamated Transit Union ("**Local 26**"), through its counsel, submits this Notice of Appearance and, pursuant to Federal Rules of Bankruptcy Procedure Rules 2002 and 9010(b) and 11 U.S.C. §§ 901(a) and 1109(b), requests that all notices given or required to be given and all papers served in this chapter 9 case be delivered to and served upon the counsel identified as follows:

**BREDHOFF & KAISER, P.L.L.C.**
805 15th Street, N.W. Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
Andrew D. Roth, Esq.
Jeffrey R. Freund, Esq.
Douglas L. Greenfield, Esq.
aroth@bredhoff.com
jfreund@bredhoff.com
dgreenfield@bredhoff.com

**MARK H. COUSENS**
16261 Evergreen Road, Suite 110
Southfield, MI 48076
Telephone: (248) 355-2150
Facsimile: (248) 355-2170
John E. Eaton, Esq.
jeaton@cousenslaw.com

PLEASE TAKE FURTHER NOTICE that this Notice is not intended, nor shall it be deemed, to be a consent to or waiver of the right to challenge the jurisdiction of this court to adjudicate any matter, including, without limitation, whether these proceedings are properly authorized under Michigan or federal law, and any non-core matter; nor is it a consent to or waiver of any right to a jury trial which might be available on any issue during the course of

these proceedings, all of which rights are expressly reserved. Neither this Notice nor any subsequent appearance, pleading, claim or suit shall waive (i) the right of **Local 26** to have final orders in non–core matters entered only after *de novo* review by a District Court; (ii) the right of **Local 26** to a trial by jury in any proceeding so triable in this or any other case; and (iii) the right of **Local 26** to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: August 16, 2013

| | |
|---|---|
| **BREDHOFF & KAISER, P.L.L.C.** | **MARK H. COUSENS** |
| 805 15th Street, N.W. Suite 1000 | John E. Eaton, Esq. |
| Washington, D.C. 20005 | By: /s/ John E. Eaton |
| Telephone: (202) 842-2600 | 16261 Evergreen Road, Suite 110 |
| Facsimile: (202) 842-1888 | Southfield, MI 48076 |
| Andrew D. Roth, Esq. | Telephone: (248) 355-2150 |
| Jeffrey R. Freund, Esq. | Facsimile: (248) 355-2170 |
| Douglas L. Greenfield, Esq. | jeaton@cousenslaw.com |
| aroth@bredhoff.com | |
| jfreund@bredhoff.com | |
| dgreenfield@bredhoff.com | |

*Counsel for Amalgamated Transit Union Local 26*