UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT, MICHIGAN,
                         Debtor

PRF 60134 11537949

Woodberry, Phebe Lee
803 Gladstone
Detroit MI 48202

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

RE: City of Detroit Bankruptcy and Pension Fund

**OBJECTION TO CITY OF DETROIT'S COMMENCEMENT OF
CHAPTER 9 BANKRUPTCY AND ANY ACTION THAT
WOULD HINDER OR PREVENT THE CITY FROM RENDING ME FULL
PENSION BENEFITS EARNED**

    I object to the City of Detroit commencement of "Chapter 9 Case" which is pending before the Honorable Steven W. Rhodes. Pending bankruptcy was not due to the City's misuse of the Pension Fund.
    I have been employed with the City of Detroit and have tenure which makes me eligible for pension benefits. My pension number is 252688. Therefore, I object to the City's commencement of a Chapter 9 bankruptcy and any action which would hinder/deny the City of rendering me pension benefits.
    Also the City is holds in escrow, (Lamont Title Insurance Co) an undisclosed amount of money (Just compensation) for its "taking" my apartment, using its power of eminent domain, City of Detroit -v- Jonathan Sobeloff et al, Case No.05-522129CC.

Sincerely,

*Phebe Woodberry*
Phebe Woodberry

Date: August 19, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit

Debtor.
_____/

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served: Objection to city of Detroit commencement of chapter 9 Bankruptcy and any action that would hinder or prevent the City from RENDERING me full PENSION BENEFITS EARNED

2. Served upon [name and address of each person served]:

~~Judge Steven W. Rhodes
231 West Lafayett
Detroit, MI 48226~~

City of Detroit, Michigan
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

3. By First Class Mail.

FILED 2013 AUG 19 P 2:15 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Dated: August 19, 2013

_____
(Signature of Debtor)

Print Name: _____

Phebe Woodberry
(Signature of Co-Debtor)

Print Name: Phebe Woodberry