UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
CITY OF DETROIT, MICHIGAN,
           Debtor

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

**OBJECTIONS TO THE PETITION FILED BY ONE KEVYN D. ORR SEEKING TO COMMENCE A CASE UNDER CHAPTER 9 OF TITLE 11 OF THE UNITED STATES CODE ON BEHALF OF THE CITY OF DETROIT, MICHIGAN**

I, _Deborah Lela Moore_ (dob: _10-6-50_), received a notice by mail on or about _Aug 18, 2013_, identifying me as possible creditor or interested party in the above captioned matter. In response to said notice, I do hereby file objections to the petition filed by Kevyn D. Orr, seeking to commence a case under Chapter 9 of the U.S. Bankruptcy Code on behalf of the City of Detroit, Michigan, and in support of said objections, I state the following:

### OBJECTIONS

1. I am a creditor or interested party in the purported bankruptcy filed by Kevyn D. Orr.

2. Pursuant to Michigan Public Act 436 of 2012, Kevyn Orr was appointed emergency manager of City of Detroit by Michigan Governor, Rick Snyder on or about February 22, 2013.

3. Kevyn Orr filed this pending petition for bankruptcy on behalf of the City of Detroit, Michigan; however, there is no provision in Chapter 9, that gives Kevyn Orr the authority to file this petition.

4. Under Chapter 9 only the duly elected representatives of the City of Detroit have power and authority to file such a petition. Kevyn Orr is an agent of the State of Michigan, whose relationship to the City of Detroit is that of an interested party.

5. To allow an agent of the State of Michigan to take the City of Detroit into Chapter 9 bankruptcy without consent from the duly elected representatives of the City of Detroit, is tantamount to an involuntary bankruptcy, which is not allowed under Chapter 9.

6. There are several civil matters pending in the United States District Court which preceded the bankruptcy action which challenge whether the emergency manager laws in the State of Michigan, including Public Act 436 of 2012, are constitutional and this Court either does not, or may not, have jurisdiction over these matters.

7. The captioned bankruptcy proceedings should be stayed and this Honorable Court should formally request expedited consideration of all pending litigation raising legal and

constitutional challenges to the underlying authority of Governor Rick Snyder, Treasurer Andy Dillon, the State of Michigan, Emergency Manager Kevyn Orr and Restructuring Counsel Jones Day before proceeding with the bankruptcy case.

8. This Notice provides inadequate notice and opportunity to be heard by the date of August 19, 2013 when objections may be filed, as the Notice was received less than two (2) weeks before the date by which Objections must be filed.

9. Proceeding with the bankruptcy proceeding before the constitutionality of Public Act 436 is determined would exceed the lawful jurisdiction and purposes of bankruptcy under Chapter 9 and unjustly prejudice the rights of Detroit residents, including but not limited to the named plaintiffs in the pending litigation, creditors and interested parties.

10. The issues of authority and constitutionality of Public Act 436 should be resolved prior to the bankruptcy matter to avoid unlawful and unconstitutional extension of the jurisdiction and authority of the bankruptcy court under Article III of the United States Constitution.

11. For the foregoing reasons, this petition is not allowable under Chapter 9 and must be dismissed.

Respectfully submitted,

*Deborah Lela Moore, EPO*
name
Interested Party/Creditor

*14436 Lemay Road*
*Detroit, Michigan Republic*

Address

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br>CITY OF DETROIT, MICHIGAN,<br>                   Debtor | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

**OBJECTIONS TO THE PETITION FILED BY ONE KEVYN D. ORR SEEKING TO COMMENCE A CASE UNDER CHAPTER 9 OF TITLE 11 OF THE UNITED STATES CODE ON BEHALF OF THE CITY OF DETROIT, MICHIGAN**

**PROOF OF SERVICE**

I hereby assert that on August 19, 2013, I filed the above Objections to the Petition Filed by One Kevyn D. Orr Seeking to Commence a Case Under Chapter 9 of Title 11 of the United States Bankruptcy Code on Behalf of the City of Detroit and served said Objections upon the following parties of record via United States Mail.

*all rights reserved*
*Deborah Lela Moore, EPC*
Name

<u>Counsel to the Debtor</u>
David G. Heiman, Esq.
Heather Lennox, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
T: (216) 586-3939
F: (216) 579-0212
http://www.jonesday.com

<u>Counsel to the Debtor</u>
Jeffrey B. Ellman, Esq.
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053
T: (404) 521-3939
F: (404) 581-8330
http://www.jonesday.com

Counsel to the Debtor
Bruce Bennett, Esq.
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
T: (213) 489-3939
F: (213) 243-2539
http://www.jonesday.com

Local Counsel to the Debtor
Jonathan S. Green, Esq.
Stephen S. LaPlante, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
150 West Jefferson
Suite 2500
Detroit, MI 48226
T: (313) 963-6420
F: (313) 496-7500
http://www.millercanfield.com

Office of the United States Trustee
U.S. Department of Justice
211 West Fort Street
Suite 700
Detroit, MI 48226
T: (313) 226-7999
F: (313) 226-7952
http://www.justice.gov/ust/r09


DATED:    August 19, 2013

2012 NOV -1 AM 11:22

Exhibit A

Bernard J. Youngblood
Wayne County Register of Deeds
November 01, 2012  11:21 AM
Inst:2012425417  FXF  Pages:19
Liber:50246  Page:842

United States Bankruptcy Court Eastern District Division case # 13-53846

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Deborah Moore, El
c/o: [4436] Lemay Road
non-domestic mail
Detroit, Michigan Republic
[zip code exempt]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AHMOSE MATH CENTER | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 320 MACK AVENUE | DETROIT | MI. | 48201 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Moorish Empire | 1f. JURISDICTION OF ORGANIZATION: Treaty:Peace & Friendship 244- | 1g. ORGANIZATIONAL ID #, if any: UN #208/1999, #AA222141 | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME: MOORE | FIRST NAME: DEBORAH | MIDDLE NAME: LELA | | SUFFIX: Leg.Fict. |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4436 Lemay Street | Detroit | MI. | 48214 | USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: LEGAL FICTION | 2f. JURISDICTION OF ORGANIZATION: equity, Mich. Compiled Law | 2g. ORGANIZATIONAL ID #, if any: 14th. amendment citizen | NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME: Moore | FIRST NAME: Deborah | MIDDLE NAME: Lela | | SUFFIX: El |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: [4436] Lemay Road | Detroit | Mich. | [zip code exempt] | U.S.Repl. |

**4. This FINANCING STATEMENT covers the following collateral:**

### NOTICE TO THE PUBLIC
### SEE ATTACHMENTS

Exhibit A - Surety Bond # D-----6421(1)
Exhibit B - Bill of Exchange
Exhibit C - Power of Attorney
Exhibit D - Copyright Notice
Exhibit E - Declaration of Lawful Standing
Exhibit F - Security Agreement
Exhibit G - Deed 320 Mack

**5. ALTERNATIVE DESIGNATION [if applicable]:** LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

**6.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

_Deborah Lela Moore, El©_

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# AFFIDAVIT of REHABILITATION and OCCUPATION

For the record, on the record, to let the record show that Deborah Lela Moore, EI© is a natural woman, living being and over the age of 21 is competent to state the facts herein. She is not a corporation nor a legal fiction but is a flesh and blood sentient being. I do hereby claim interest on the following property at the corner of East Vernor Highway & Lillibridge resulting from the rehabilitation and occupation commenced on the said properties in 2010 and continuing throughout 2013. I do hereby state the following facts to be true and correct having first hand knowledge of the facts herein.

Deborah Lela Moore, EI© and work crew performed rehabilitation on the properties of Lillibridge at 2261 and 2265. Rehab and maintenance included but was not limited to the following activities on said properties:

| | | |
|---|---|---|
| Install roof tarp | stabilized front porch | **SUPPLIES PURCHASED** |
| remove old tarp | landscape | roofing nails |
| Cut brushes-front | cut tree stubs | wood nails |
| Removal of outside debris | measurements | 30 x 50 tarp |
| Painted ceiling front room | prep for Public Works pickup | cleaning supplies |
| Repair plywood front window | Wayne Co. Regis. Deeds research | 2 x 4 wood beams (2) |
| Board up windows 1st & 2nd fl. | Scrape paint front room | gasoline |
| Board up doors front, back, side | cut grass 2265 lot | hand saws (2) |
| Security check int. & ext. perimeter | banister install-front porch | white oil base paint |
| Install locks, front, side back doors | bottom panel-front porch | paint brush |
| Paint front door | | brick caulking (2) |
| Call DWSD water main shutoff | | 50lb. cement bags (2) |
| | | 20 x 30 tarp |

Total cost $ 25,000         Total cost $ 2,000

_____         _____
Signature-*without prejudice*                    witness 1, signature

Deborah Lela Moore, EI©
Print                                                            _____
                                                                  witness 2, signature
Date: August 19, 2013


**NOTARY PUBLIC**       Subscribed and sworn to in county of _____

**STATE OF MICHIGAN**   before me this _____ day of _____ A.D., 2013

      } ss jurat        My commission expires _____ .

**COUNTY OF WAYNE**

Witness my hand and official seal.            _____
                                                             Signature of Notary or DeJure