UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | | |
|---|---|---|
| In re: | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS** was served by ECF service upon all parties registered to receive ECF Notices of Electronic Filing in this case:

| | |
|---|---|
| BREDHOFF & KAISER, P.L.L.C. | MARK H. COUSENS |
| 805 15th Street, N.W. Suite 1000 | JOHN E. EATON (P45427) |
| Washington, D.C. 20005 | By: /s/ John E. Eaton |
| Telephone: (202) 842-2600 | 26261 Evergreen Road, Ste. 110 |
| Facsimile: (202) 842-1888 | Southfield, MI 48076 |
| Andrew D. Roth, Esq. | Telephone: (248) 355-2150 |
| Jeffrey R. Freund, Esq. | Facsimile: (248) 355-2170 |
| Douglas L. Greenfield, Esq. | jeaton@cousenslaw.com |
| aroth@bredhoff.com | |
| jfreund@bredhoff.com | |
| dgreenfield@bredhoff.com | |

*Counsel for Amalgamated Transit Union Local 26*