City of Detroit, Michigan
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

PRF 60134   11553739          043157

Pruitt, Alice R
18251 Freeland St
Detroit MI 48235

United States Bankruptcy Court         Chapter 9
Eastern District Michigan              Case # 13-53846
231 W. Lafayette                       Hon. Steven W. Rhodes
Detroit, MI 48226

OBJECTIONS TO CHAPTER 9

Voters defeated E.M. Law (Public act 4) November 6, 2012.
Kevin Orr is illegally filing
Did not properly negotiate with unions
Pensions are protected by State Constitution and should not be touched
The City of Detroit has not exhausted every avenue for reducing its debt.

FILED
2013 AUG 19 P 2:0[?]
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Alice R. Pruitt
18251 Freeland
Detroit, MI 48235