8/19/2013

United States Bankruptcy Court Eastern District Of MI Southern Division

In RE: City of Detroit, MI

Chapter 9-Case #1353846

Honorable Judge Rhodes:

I object to Kevin Orr, current Emergency Manager of the City Of Detroit filing Chapter 9.

I feel that Mr. Dillion, State Treasurer, Mr. Synder, Governor of Michigan and Mr. Orr are not acting on the best interest of the citizen of Detroit. I feel they are acting on the behalf of their own financial and political interest which has in the last 3 years been demonstrated boldly with their International and national Gold Rush land marketing outreach Live/Work In Detroit strategy to new Detroiters. Individuals who participated in the setup of the Emergency Manager have ignored Thousands of energetic self-determined Citizen' Emergency Manager Veto votes, workable community resolution, comments, expertise, etc. in an effort to change the racial demographic by utilizing tax payers' dollars to offer irresistible services, activities and incentives to disrespectful and greedy new comers in selective area of Detroit. The governor's Master Plan is to remove or force long time Detroiters out of areas that has been labeled as profitable by replacing the current city of Detroit 90 % African American/Minority population with 90% caucasians.

These items and services below which are a major interest to the committed citizens of Detroit are not going to be addressed by Mr. Orr. His priority will be to under sell Detroit's precious and valuable assets. I believe these assets will be purchased by stake holders who have illegally set up the emergency management operations. As an EF, I believe he will be here until he and Mr. Snyder deemed all asset is sold, which will be way beyond the 18 months.

**Basic human right services, bus transportation, grocery store/retailer, law enforcement/ safety, medical, light and water services, focusing on saving revitalizing vacant/abandoned structurally sounded beautiful homes where 85 % of resident lives, profitable blight vs. non profitable blight identified by our governor master development plan. Predatory lender and banks foreclosing on homes that were not within the boundaries of the strategic greater downtown planning has created massive blight, residency issue for police officer, fire fighter and other city workers. Employment, finding, keeping and maintain your home programs.**

I feel the set-up of the Emergency Management operation that lead to Mr. Orr filing for Chapter 9 is illegal and I would like for John Conyers and President Obamo to investigation the involvement of Mr. Synder, Kevin Orr, Major Bing and the most of the City Council. The citizen of Michigan and especially Detroiter voted against the emergency manager law. Mr. Synder has lost sight of the welfare of Detroiters.

Linda Dianne Bain
1071 Baldwin Detroit, Mi 48214