UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
Southern Division

Re: Objection to petition Of Chapter 9 Bankruptcy

In re
CITY OF DETROIT MICHIGAN, Debtor
2 Woodward Ave. 48226

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

**NOTICE OF OBJECTION to the filing of Chapter 9 bankruptcy proceeding** by the Association of Professional and Technical Employees (APTE) for the following facts and legal authorities:

1. City of Detroit nor its' elected official filed Chapter 9 Bankruptcy.
2. The City of Detroit continues to meet is required financial obligations.
3. City of Detroit pensions are constitutionally guaranteed by the State of Michigan constitution.
4. Wages and fringe benefits are subject to collective bargaining according to state and federal labor laws.
5. APTE is the official representative of active, laid off and retired City of Detroit employees.

Date: August 19, 2013     Signature: Dempsey Addison

Cecily McClellan

2727 Second Ave. Suite 152
Detroit, Michigan, 48201