To: UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION                        CASE # 13-53846

I TIMOTHY KING AS A CREDITOR AND/OR INTERESTED PARTY FILE MY OBJECTION TO KEVYN D. ORR FILING BANKRUPTCY FOR THE CITY OF DETROIT ON THE GROUNDS THAT KEVYN D. ORR DOES NOT HAVE THE AUTHORITY TO FILE FOR THIS BANKRUPTCY BECAUSE IN NOVEMBER OF 2013 THE RESIDENTS OF THE STATE OF MICHIGAN VOTED DOWN THE EMERGENCY MANAGER LAW. THE LAW THAT WAS PUT IN PLACE BY THE STATE OF MICHIGAN IS A CARBON COPY OF THE LAW THAT THE VOTERS OF MICHIGAN VOTED DOWN AND THEREBY IS UNCONSTITUTIONAL. THE WILL OF THE PEOPLE MUST BE SERVED IN OUR DEMOCRACY.

Thank You

Timothy King
4102 PASADENA
DETROIT, MICHIGAN 48238

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: _____
JUDGE: STEVEN W. RHODES

**Debtor.**
CITY OF DETROIT /

## PROOF OF SERVICE

I hereby certify that on AUGUST 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

   OBJECTION TO KEVYN D. ORR FILING OF BANKRUPTCY FOR THE CITY OF DETROIT

2. Served upon [name and address of each person served]:

   KEVYN D. ORR

   THE STATE OF MICHIGAN

3. By First Class Mail.

Dated: 8/19/2013

_Timothy Jay King_
(Signature of Debtor)

Print Name: TIMOTHY JAY KING

_____
(Signature of Co-Debtor)

Print Name: _____