~~[crossed out]~~

Notice of Motion of Objection
August 19, 2013    to City

I object to the timeliness of the Notification of Detroit Bankruptcy filing. (1) I recieved my notice on August 12, 2013 and the deadline for objection was 8 days later on August 19, 2013. I object to this short notice.

(2) I object to Kevyn Orr an unelected official to file Bankruptcy in the city of Detroit.

(3) I ~~won't~~ object to my pension as being unsecured

(4) I object because the City did not ~~[crossed out]~~ HAVE any unpaid debts before filing Bankruptcy.

FILED 2013 AUG 19 PM 4:06 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 492    Filed 08/19/13    Entered 08/19/13 16:08:54    Page 1 of 3

4) I object because my husband did not pay Social Security and the state constit. protects my pension

5) I object to Kevyn Orr not negotiating in good faith with my Pension trustees/union.

6) I object to my constit rights to vote an emergency mgr out, and the stated appointed one anyway.

7) I object to the actuary breakdown who says the retiree pension is underfunded.

Cynthia Blair
Aug 19, 2013
8865 Esper
Detroit, MI
48204
313-310-1162



018000-018000

# PENSION STATEMENT

Police and Fire Retirement System *
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Page 001 of 001
Period Beginning: 07/01/2013
Period Ending: 07/31/2013
Advice Date: 08/01/2013
Advice Number: 7100679476
Batch Number: 000000000489

Retirement Code B-21-4-7

BLAIR, CYNTHIA
8865 ESPER ST
DETROIT MI 48204-2721

Tax Code Single 2 exemptions
Pension No 238162
Social Security No XXX-XX-6257

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 4185.43 | 0.00 | 4185.43 | 32838.74 | Federal Income Tax | | 498.81 | 3856.51 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 65.07 | 493.19 |
| | | | | | Medical - Blue Cross | ACEMA100 | 139.52 | 1116.16 |
| | | | | | Dental-Golden Dental | 00050065 | 0.00 | 0.00 |
| | | | | | Vision-BC\BS | 00040080 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 4185.43 | 32838.74 | Total Deductions | 703.40 | 5465.86 |
| | | | | Net Pay | $3,482.03 | |

**IMPORTANT NOTES**

---

Police and Fire Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Advice Number: 7100679476
Advice Date: 08/01/2013

**Deposited to the account of**      Account Number    Transit-ABA        Amount
BLAIR, CYNTHIA                       Checking                             $3,482.03

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE