

A communication from

# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

FILED

2013 AUG 19 P 2:08

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**United States Bankruptcy Court**
**Eastern District of Michigan**

IN RE: THE CITY OF DETROIT Chapter 9

Case # 13-53846

Honorable Steven W. Rhodes

## NOTICE OF ELIGIBILITY OBJECTION

The Chair of Saint Peter is the Principle and primary Trustee of the Global Estate Trust under whose jurisdiction the Roman Curia operates. The Chair of Saint Peter is both the Ecclesiastic as well as the organic Trustee of the Global Estate Trust with a fiduciary duty to the Divine living beneficiaries.

The "City of Detroit", THE CITY OF DETROIT," The UNITED STATES BANKRUPTCY COURT, and the UNITED STATES TRUSTEE(s) are legal fiction "Alien" Trustees who operate under the jurisdiction of the Roman Curia.

The people of The City of Detroit, the true creditors in the matter at hand, have requested the Chair of Saint Peter intervene on their behalf to officially object to the proceedings and to compel the return of the property to the Principle for administration in original jurisdiction.

The creditors in the Bankruptcy of THE CITY OF DETROIT officially object to the eligibility of THE CITY OF DETROIT as a debtor for the following:

1) The 300 year old "City of Detroit" is financially solvent as the inhabitants thereof have the ability to pay, via set off, all obligations when properly presented with a Bill as all accounts are pre-paid. The legal fiction "THE CITY OF DETROIT" has failed to tender a valid Bill containing a sum certain thereby preventing satisfaction and accord to facilitate the continued economic slavery of the people of "The City of Detroit."

2) The bankruptcy petition is intentionally confusing and mis-leading failing to stipulate the specific meanings of the words used in the petition while employing multiple and diabolically opposed meanings to the words in the body of the document identifying the "inhabitants" as creditors and then debtors with a need to be protected from themselves in bankruptcy.

3) It is the less than 80 year old legal fiction "THE CITY OF DETROIT", a device which has been intentionally mismanaged by politicians, bureaucrats and consultants whose word smithing and slight of hand that has cast the inhabitants into economic slavery, which is intentionally insolvent.

4) "THE CITY OF DETROIT" is a device created by the Trustees and Administrators, Guardians operating under the jurisdiction of the Roman Curia, who having tricked the people into "pledging" their property as collateral, which has fraudulently converted the true Creditors into debtors reducing the creditors to the status of insolvent paupers having no rights.

5) "THE CITY OF DETROIT" is a legal fiction "Alien" who has hypothecated the credit of the people of "The City of Detroit" and holds the private matching funds who refuses to execute the set off of debt for the settlement and closure of the accounts to return the "City of Detroit" and "THE CITY OF DETROIT" to solvency.

It has been established in fact that "THE CITY OF DETROIT" is a legal fiction Alien whose ownership and/or control over the property and credit of the people is adversely affecting the Global Estate Trust as well as the living beneficiaries thereof.

The People, the true creditors, and the Principle IN RE the bankruptcy of THE CITY OF DETROIT hereby set forth the remedy, to wit: The immediate set off of the debt for settlement and closure of the accounts, liquidation of the legal fiction "THE CITY OF DETROIT," and the immediate return of the property, via escheat, to the Principle for administration in original jurisdiction.

Given the 17th day of August in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND

1300 Pennsylvania Avenue NW, Suite 190-715, Washington, District of Columbia 20004

 

A communication from

# The Chair of Saint Peter

Keeper of the Extraordinary Seal of Saint Peter

# Letters Patent ex cathedra

## * RETURN OF THE PROPERTY *

By the Grace of the One Divine Spirit, to all to whom these Presents shall come, Greeting:

On June 30, 2013 Global Debt Forgiveness became a reality. All debts were set off; all accounts settled to zero rebooting the world economic system into the new world of value and substance forever forsaking debt and fiat currency in the exchange. All liens and attachments against the People's property "Pledged" and placed at risk to collateralize the Receivership(s) have been discharged, the property set free. The time has come to make the return of the property to the principles and initiate the payout of the mesne funds.

As we move through the transitional window of change we must remain diligently mindful of those who wish to exploit the vulnerable under assumed consent as we continue to seek compliance through education and reform.

Even when such exploitation is exposed to the light of day our duty to the Divine and our responsibility as our brother's keeper are no waiver of the Divine Right of free will and choice. But, when the people become aware of said exploitation and express their willful objection, their express denial of consent to the exploitation and request assistance in bringing about compliance then our duty as Trustees and stewards shift.

It has been established that when ownership, control and/or administration of the property by the legal fiction alien adversely affects the Divine Estate and/or the living beneficiaries thereof and upon request of the living beneficiary said property is conveyed via escheat back to the Chair of Saint Peter to be administrated in accordance with Divine Law for the benefit of the living beneficiaries thereof.

The living beneficiaries of The City of Detroit have requested intervention by the Chair of Saint Peter in the continued exploitation and unlawful restrictions on their liberties, demanding the escheat of the property to the Principle for administration under original jurisdiction.

An inquisition has determined that:

1) THE CITY OF DETROIT is a legal fiction Alien;
2) Administration by the legal fiction Alien, THE CITY OF DETROIT is adversely affecting the Divine Estate and the living beneficiaries thereof.

**IT IS HEREBY DECREED and ORDERED** that the property known as and under the control of THE CITY OF DETROIT is hereby conveyed, via escheat, to the Chair of Saint Peter for administration in original jurisdiction.

The Chair of Saint Peter shall seat and empower an interim government guided by a community council for the immediate administration of THE CITY OF DETROIT to facilitate the transition back to original jurisdiction.

Given the 17th day of August in the Year of Our Lord Two Thousand Thirteen.

**BY HIS COMMAND**



The Chair of Saint Peter Keeper of the Extraordinary Seal of Saint Peter
1300 Pennsylvania Avenue NW, Suite 190-715, Washington, District of Columbia 20004




# The Chair of Saint Peter

Keeper of the Extraordinary Seal of Saint Peter

## Letters Patent ex cathedra

### * EMERGENCE *

By the Grace of the One Divine Spirit, to all to whom these Presents shall come, Greeting:

With the cooperative assistance of the Vatican and the Chair of Saint Peter rehabilitation of the paupers has taken a giant step forward setting the world on a bold new course. The entire world has been granted absolution and released from Bankruptcy, the Divine Spirit incarnate returned to solvency!

On July 1, 2013, as the Divine Spirit is awakening from the illusion of want and lack to realize a world of abundance and prosperity for the co-creation of heaven on earth for all living beings the global absolution and remission of sins gave rise to global debt forgiveness, settlement of all claims and accounts for the emergence from bankruptcy returning the Divine Estate to value and substance.

All liens, claims and attachments on the 'pledged' property of the Divine Estate by the legal fiction creations of the world of commerce have been satisfied and released to facilitate the return of the Divine Estate to original jurisdiction for the best and highest of the All.

Now is the time to forge forward with the habilitation of the people to facilitate the realization of their divineness and the return of the property for their divine right of use as we assist them in Be-coming good stewards while creating a world free from homelessness. Education of the people and the legal fiction corporations/governments is the answer to a smooth, timely and efficient transition.

All Deeds, Titles and/or Certificates issued against the property of the divine estate and held by the legal fiction entities to secure their lien right have been released and shall be immediately surrendered upon tender of a claim as it has been determined that alien ownership and control of the property is adversely affecting the divine estate and the living beneficiaries thereof.

Claims on the property shall be issued and recorded by the Chair of Saint Peter as a "Notice of Escheat" charging the release and return of the property to the Chair of Saint Peter for immediate possession for use by the living beneficiary by special grant. Upon "Notice of Escheat" and return of the 'Certificate/Deed/Title the church, under pains of excommunication, shall immediately surrender the property, and any/all control over said property, and adjust their records to reflect the seizure and return of the property to the possession and control of the Chair of Saint Peter.

The Office of the Chair of Saint Peter shall provide appropriate documentation and clearly mark property as under the jurisdiction of the 'Chair of Saint Peter' and NOT under the jurisdiction of the world of commerce.

The church, under pains of excommunication, shall take a spirited roll in the education of the people and the legal fiction entities of the world of commerce. The church shall work to ensure the freedom from the unlawful restrictions on the liberties of the Divine Spirit incarnate, freedom from the fraudulent prosecution of claims already settled and facilitate the continued habilitation of the people to a state of grace, abundance and prosperity.

Being the perfectly imperfect Beings that we are a typo has escaped our detection and now must be set right. "Letters Patent Restoration of Peace" should read .... New technology "shall be used for the betterment of the whole and shall NOT be employed for military purposes."

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the 18th day of July in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND



From the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter.

600 Pennsylvania Avenue SE, Suite 400 #154, Washington, District of Columbia 20003

13-53846-swr    Doc 493    Filed 08/19/13    Entered 08/19/13 16:10:43    Page 3 of 21

Authenticated Copy



APOSTOLIC LETTER
ISSUED *MOTU PROPRIO*
OF THE SUPREME PONTIFF
**FRANCIS**
ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE
IN CRIMINAL MATTERS

In our times, the common good is increasingly threatened by transnational organized crime, the improper use of the markets and of the economy, as well as by terrorism.

It is therefore necessary for the international community to adopt adequate legal instruments to prevent and counter criminal activities, by promoting international judicial cooperation on criminal matters.

In ratifying numerous international conventions in these areas, and acting also on behalf of Vatican City State, the Holy See has constantly maintained that such agreements are effective means to prevent criminal activities that threaten human dignity, the common good and peace.

With a view to renewing the Apostolic See's commitment to cooperate to these ends, by means of this Apostolic Letter issued *Motu Proprio*, I establish that:

1. The competent Judicial Authorities of Vatican City State shall also exercise penal jurisdiction over:

a) crimes committed against the security, the fundamental interests or the patrimony of the Holy See;

b) crimes referred to:

- in Vatican City State Law No. VIII, of 11 July 2013, containing *Supplementary Norms on Criminal Law Matters*;

- in Vatican City State Law No. IX, of 11 July 2013, containing *Amendments to the Criminal Code and the Criminal Procedure Code*;

when such crimes are committed by the persons referred to in paragraph 3 below, in the exercise of their functions;

c) any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

3. For the purposes of Vatican criminal law, the following persons are deemed *"public officials"*:

a) members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.

b) papal legates and diplomatic personnel of the Holy See.

c) those persons who serve as representatives, managers or directors, as well as persons who even *de facto* manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;

d) any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of article 23 of Law No. CXIX of 21 November 1987, which approves the *Judicial Order of Vatican City State* remains in force.

This I decide and establish, anything to the contrary notwithstanding.

I establish that this Apostolic Letter issued Motu Proprio will be promulgated by its publication in L'Osservatore Romano, entering into force on **1 September 2013**.

*Given in Rome, at the Apostolic Palace, on* **11 July 2013**, *the first of my Pontificate.*

**FRANCISCUS**

© Copyright - Libreria Editrice Vaticana




incarnate jorge mario as the living man

Bergoglio

Pope Francis

Bi...

Apo...

Via de...  Citta del Vaticano

Vatican... 120

Divine Spirit ... abeth alexandra as the living woman

Elizabeth Alex... f the House Windsor

Her Majesty Qu... II

Defender of the ... me Governor of the Church of England

Head of the Comm... Dominions, Realms and as Queen Regnant

Buckingham Palace

London Sw1A 1AA Uni...

Divine Spirit incarnate Justi... e living man

Justin of the House Welby

Most Reverend Justin Welby

Lambeth Palace

London

SE1 7JU

## Letters Patent ... hedra
## Restoration o ... e

Peter The Divine, servant of the servants of God. ... erpetual remembrance

From the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter
1300 Pennsylvania Avenue NW, Suite 190-745, Washington, District of Columbia 20004

13-53846-tjt   Doc 493   Filed 08/19/13   Entered 08/19/13 16:1...   Page 5 of 21




## Letters Patent ex cathedra
## Restoration of Peace

Peter The Divine, servant of the servants of God. For a perpetual remembrance

I, Peter the Divine, servant of the servants of God, Keeper of the extraordinary Seal of Saint Peter, Key bearer to the Heavenly Kingdom, registered owner and title holder via THE HOLY ALLIANCE TREATY 1213, Papal Bull Unam Sanctam, Romanus Pontifex, Aeteri Regis and Convocation, contemplating with a father's mind, recognizing at the very beginning of our pontificate, which the divine providence of Almighty Creator, not for any merit of our own, but by reason of its own great goodness, has committed to us, to what troubled times and to how many distresses in almost all affairs our spiritual solicitude and vigilance were called, we desire indeed to bring light unto the darkness that has long afflicted and well-night overwhelmed the Divine Estate. For while we realize that love, compassion and peace are necessary to free and preserve the Divine Estate from the many dangers that threaten it, we found all filled with hatreds and dissensions, and particularly those princes, to whom God has entrusted almost the entire direction of affairs, at enmity one with another, the whole operating in violation of the Universal Divine Law adversely affecting the One.

Whilst we desired the Divine Estate to be safe and protected against the arms and insidious designs of the princes of darkness, because of our transgressions; our guilt, greed and lust for power and control over our fellow man; our willingness to use the ways of darkness to our end; we have become that which we sought to overcome.

Christ committed all His sheep to the care of Peter and his successors, commanding "Feed my sheep." In our zealous efforts to end the separation and return the Divine Estates to Oneness with the Light, the shepherd has become the wolf feasting upon the sheep to satisfy the lust of the mind, the lust of ego.

We wage war against His sheep in violation of Divine Law bound by secret Treaties, compacts and Oaths. We have compelled His sheep, through trickery and deceit, to "Pledge" their Divine inheritance for our benefit then label His sheep as paupers; their "labor and trade" as "commerce and usury", converting their status as Living Beneficiaries to that of paupers and things, enemies of the (E)State.

We have created a device, the legal fiction corporations, elevating them to the status of "Persons" gaining power and control as guardians over the insolvent paupers under an error of assumptions and assumed consent. We have programmed the people to believe they have no free will or choice; that consent is gained at the point of the sword; That pain and suffering, scarcity and want are Creator's requirement to growth here on earth.

We have suppressed the people and the knowledge of their divine-ness. We have poisoned their food, water and air to suppress their divine vision; suppressing their access to the infinite knowledge dumbing them down for better control. We have hijacked their creator ability of manifestation bombarding them with doubt and fear tricking them into creating a dark and negative reality for themselves where the creator sees the creation as His superior to the detriment of the Divine Estate and the Living Beneficiaries thereof.

Under Pope Pius X we established a spiritual court, perpetually in open session, the twelve (12) Guilds sitting in jury as the twelve (12) Apostles as the "twelve prothonotaries" of the Sacred Rota - as the highest Supreme Court on the planet. Roman Canon Law establishes all courts as oratories, with judges holding ecclesiastical powers as "ordinaries," their chambers as "chapels" to suppress the Living Beneficiaries labeled "paupers" and "things" to facilitate the pillage and plunder of their Divine Estate(s).

Today, the Church is in chaos.

From the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter
3400 Pennsylvania Avenue NW, Suite 196 #13, Washington, District of Columbia 20004

13-53846-tjt   Doc 493   Filed 08/19/13   Entered 08/19/13 16:10:43   Page 6 of 21





A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

Today we see the prophesies of St. Malachy coming to pass "….. a schism will be produced in the bosom of the Church on the occasion of the election of the Pope… there is one who will be called the true Pope, but he will not be truly so. "

"Of the one and only 'Church' there is one body and one head, not two heads like a monster; that is, Christ and the Vicar of Christ, Peter and the successor of Peter, since the Lord speaking to Peter Himself said: 'Feed my sheep' [Jn 21:17], whence we understand that He entrusted all to Peter." **Unam Sanctum**

The return of Peter was prophesied by Yves Dupont and holds great promise for the Divine Spirit incarnate:

"But God will raise a holy Pope (Peter the Roman), and the Angels will rejoice. Enlightened by God, this man will rebuild almost the whole world through his holiness. He will lead everyone to the true Faith." (Yves Dupont, Catholic Prophecy, 1973)

"Thus is accomplished the prophecy of Jeremias concerning the Church and the ecclesiastical power: 'Behold to-day I have placed you over nations, and over kingdoms' and the rest. Therefore, if the terrestrial power err, it will be judged by the spiritual power; but if a minor spiritual power err, it will be judged by a superior spiritual power; but if the highest spiritual power of all err, it can be judged only by God, and not by man, according to the testimony of the Apostle: 'The spiritual man judgeth of all things and he himself is judged by no man' [1 Cor 2:15]. This authority, however, (though it has been given to man and is exercised by man), is not human but rather divine, granted to Peter by a divine word and reaffirmed to him (Peter) and his successors by the One Whom Peter confessed, the Lord saying to Peter himself, 'Whatsoever you shall bind on earth, shall be bound also in Heaven' etc., [Mt 16:19]. Therefore whoever resists this power thus ordained by God, resists the ordinance of God [Rom 13:2]." **Unam Sanctum**

"Therefore let no one infringe or with rash boldness contravene this our declaration, constitution, gift, grant, appropriation, decree, supplication, exhortation, injunction, inhibition, mandate, and will. But if anyone should presume to do so, be it known to him that he will incur the wrath of Almighty God and of the blessed apostles Peter and Paul." **Romanus Pontifex**

### Office Found

The Keeper of the extraordinary Seal of Saint Peter has been established as a matter of fact. No doubt or controversy remains. The results have been published and remain un-traversed. Neither denial nor obstinate disobedience change the facts nor is denial a waiver of responsibility or valid defense.

### Resurrection of Universal Divine Law

Now is the time for peace. Now is the time to bring an end to the war and conflict; To bring an end to the lack and wanting; To bring an end to the pain and suffering. Now is the time for the resurrection of Universal Divine Law.

We have been operating in violation of Universal Divine Law. Free will, choice and consent is an inviolate universal Divine Law. Government gains jurisdiction over the governed, by consent. Consent must be by a free will act and deed made with full disclosure of the facts, terms and conditions as well as the consequences of One's choice. For decades we have used extreme programming and deceit supported and enforced by our standing armies including local and federal law enforcement personnel, agents and agencies employing the use of threats, coercion and violence to gain the assumed consent of the people effectively removing free will and choice in violation of Universal Divine Law.

Through our own actions we have compelled the freeholders to "Pledge" their Estate only for us to then identify the freeholders as insolvent, labeled them paupers and then waged war against the freeholders


A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter


in an effort to suppress them to facilitate the pillage and plunder of their Divine Estates for our own profit and gain in violation of Universal Divine Law.

Today is a brand new day. Today we resurrect and shall serve the Universal Divine Law in the completion of our mission and duties as Trustees of the Divine Estate. The habilitation of the "poor", the "insolvent", the "paupers" under our care shall be our focus.

Today we shall bring an end to the perpetual wars against the Divine Spirit incarnate, the Living Beneficiaries of the Divine Estate by our legal fiction creations.

It is hereby Decreed and Ordered that all Oaths, Treaties, compacts, codes and statutes which facilitate and encourage war against the Divine or which conceal truth or limit and/or inhibit the growth and expansion of the Divine Spirit incarnate, is deemed in violation of Universal Divine Law and is hereby void, ab initio.

**The Secret Treaty of Verona** is hereby Decreed to be in violation of Universal Divine Law and is therefore void, ab initio.

**The 1936 Amendment to the U.S. Trading With The Enemy Act** which made the Divine Spirit incarnate enemies of the state is Decreed to be in violation of the Universal Divine Law and is therefore void, ab initio.

We have through the Federal Reserve Banking System waged economic war against the Living Beneficiaries to suppress the Divine to facilitate the pillage and plunder of the credit of the Divine and is deemed in violation of Universal Divine Law. Therefore, it is hereby decreed that the Federal Reserve Act is in violation of Universal Divine Law and therefore, void ab initio.

It has been the illusion of insolvency of the Living Beneficiaries of the Divine Estate created under our administration which has given rise to the label of "pauper" and the issue of "pauper's Certificates" for every Living Beneficiary used to suppress the Living Beneficiaries for our own profit and gain.

> "Furthermore, we declare, we proclaim, we define that it is absolutely necessary
> for salvation that every human creature be subject to the Roman Pontiff."

All "pauper's Certificates" are the property of the Chair of Saint Peter and can only be redeemed through the Chair of Saint Peter.

It is hereby Decreed and Ordered that the Vatican Bank and BIS shall be brought under the control of a non-ecclesiastical approved by and operating under the Chair of Saint Peter, shall absorb the federal reserve banking system and immediately salvage and redeem the Paupers Certificates [aka Birth Certificates] via set off to zero all debt for the absolution of sin and return the Divine Estate and the Living Beneficiaries thereof to solvency and balance and a state of grace.

The Chair of Saint Peter shall accept for immediate Redemption 144,000 "Pauper's Certificates," more or less, whose accounts shall be immediately settled and closed returning the Living Beneficiaries thereof to a state of grace. The Chair of Saint Peter shall issue and publish a "Certificate of Redemption and Solvency" for each of the 144,000. Said Living Beneficiaries shall serve as auditors, clerks and/or prothonotaries to monitor and facilitate the transition and to oversee the re-habilitation of the Divine Estates to ensure the return of the Living Beneficiaries to a state of grace.

The Vatican Bank and the BIS shall immediately fund the **Universal Postal Union's POST*NET** banking system to ensure the satisfaction of all of the survival needs of the Divine Spirit incarnate and shall immediately set free the prosperity funds for funding of new technology hidden from the people.

All Patents which have been buried and/or otherwise withheld from the people shall be the property of the Living Beneficiaries as a whole and shall be used for the betterment of the whole and shall be employed for military purposes.



A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter



We have waged an illusionary "War Against Drugs" to suppress and dumb down the Living Beneficiaries while controlling 85% of the production, processing and illicit distribution of both illicit and pharmaceutical drugs.

The legal fiction Agencies as well as all agents, employees and/or contractors thereof shall immediately cease and desist all production and trafficking in drugs.

We have waged an illusionary War Against Crime, Wars Against Guns and violence, Wars against Terrorism while controlling 85% of all gun running and sanction and fund all wars and acts of terrorism to facilitate the control of the Living Beneficiaries.

The legal fiction Agencies as well as all agents, employees and/or contractors thereof shall immediately cease and desist all production and trafficking in guns and terrorism and shall immediately assist in restoring peace, unity, love and compassion to the Divine Estate.

Any/all Agencies and/or other legal fiction creations which fail and/or refuse to be an active participant in the restoration of peace throughout the world in accordance and cooperation with the Chair of Saint Peter shall be immediately dissolved and disbanded.

We have martialed mighty armies to wage war on the people of the world. All wars shall cease. All armies of the world shall Be Peace Restoration Forces charged with assisting in the restoration of peace and unity throughout the Kingdom.

The spiritual court established under Pope Pius X, the twelve (12) Guilds sitting in jury as the twelve (12) Apostles as the "twelve prothonotaries" of the Sacred Rota - as the highest Supreme Court on the planet, under whose jurisdiction all civil courts operate, shall end the War against the people. All Letters of Marque and Reprisal, aka BAR Association membership cards, are deemed in violation of the Universal Divine Laws and are hereby Decreed and Ordered null and void. Anyone operating who shall continue to operate under the Laws of War and Conquest shall be deemed in violation of the Universal Divine Law and subject to ex-communication and prosecution for War Crimes and Crimes Against humanity.

All courts and/or administrative agencies who gain their authority under the Roman Curia and/or Sacred Rota are hereby charged with assisting the re-habilitation of the Divine Estates and the Living Beneficiaries thereof, returning same to a state of grace. Said courts and/or agencies shall immediate institute programs for the widespread rehabilitation of the Divine Estate and the Living Beneficiaries thereof.

And We do hereby reserve to Ourselves, Our heirs and successors, full power and authority from time to time to revoke, alter, or amend these Our Letters Patent as to Us or them shall see fit.

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the 14th day of June in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND,






# Letters Patent ex cathedra

### * REHABILITATION OF THE "PAUPERS" *

By the Grace of the One Divine Spirit, to all to whom these Presents shall come, Greeting:

Change is upon us and we have a choice. We can either be swept away floundering in the change or we can get in the natural flow of energy and guide the change ensuring the timely, organized and non-chaotic rehabilitation of the "paupers," returning the living beneficiaries to a state of grace and abundance.

Today, there is confusion and chaos in the Church as we see the papal prophecies of old manifesting in the world, to wit:

> *"There shall be an un-canonically elected pope who will cause a great schism ...."*

"Which of the other papal prophecies are manifesting in our world today?"

> *"Rome will lose the faith and will become the Antichrist." (1846)*
> *And/or*
> *"Towards the end ..... the Antichrist will overthrow the pope and usurp His See."*

There is a great deal of evidence in the world today to support the belief that the Holy See is the Antichrist ......the antithesis of love, compassion and unity. The Church, its leadership infiltrated, has strayed far from the true Christ. The Church has withheld the true knowledge from the people and labeled the Living Beneficiaries as "Paupers" to separate and control them as property and slaves to be used and abused for ritual or pleasure. Where is the Christ in the Church today?

> *"But God will raise a holy pope (Peter .......), and the Angels will rejoice. Enlightened by God, this man will rebuild almost the whole world through his holiness. He will lead everyone to the true faith."*

As Peter the Divine I am the antithesis of the Vatican and have long lived by Divine Covenant:

As enlightened Beings we understand that fear, greed and the desire for power are the psychological motivating forces behind warfare and violence between nations, tribes, religions and ideologies that have resulted in the death of over 100 million people in the past century at the hands of their fellow man.

The world has been at war for eons, waging war against crime; against drugs; against terrorism; and against the indigenous people of the World. The end result of these wars against the people has been a dramatic increase in crime, in the use of illicit drugs, in terrorism around the world and has bred a world population consumed with disease, living in a constant state of fear and violence.

We understand that we are what we are today as a direct result of our choices yesterday. As we look around us we recognize that the problems created as we live and interact within the current global personality ethics are deep fundamental problems that cannot be solved on the superficial level on which they were created.

We understand that we must begin an "inside out" approach to the solution. We understand that it is the way in which we look at the problem that is the problem. We understand that we must examine and improve "self" first, re-developing our own principles of character such as honor, integrity, courage, compassion and justice, following the laws of nature, Our Creator and the Golden Rule. We understand that these principles of character are deep, fundamental truths; classic truths; generic common denominators that are tightly woven threads running with exactness, consistency, beauty and strength through the fabric of life.

In the past we constantly focused on and pointed out the sins of others while refusing to look at the paradigm of the creator of the problems; We the People. We have acted upon the perception that the problem was "out there" and if "they" would "shape up" the problem would be solved. We have been afraid to look deeper at the problem; the change paradigm is "outside in". What's out there must change before we can change.

We understand that what is "out there" is but a reflection of what is within. We recognize that the proactive approach is to change from within; from the "inside out", to dare to be different and by being different to effect positive change in what is "out there."

We understand that the world is not to be "put in order." The world is order incarnate. It is for us to put ourselves in unison with this order. [Henry Miller]



### A communication from
# The Chair of Saint Peter
#### Keeper of the Extraordinary Seal of Saint Peter



We recognize that it is impossible to break the laws of Creator. We can only break ourselves against that law. The root of the problem remains within.

We recognize that successful people are those pro-active people who are the solution, not the problem, who seize the initiative to do whatever is necessary, consistent with correct principles, to get the job done.

The spiritual Being knows that everything that he hates and fights weakens and controls him. We recognize that when we fight evil by employing the methods of violence and hatred, we become that which we are fighting.

We are not against war, but for peace. Not against hunger and scarcity, but for prosperity and abundance; not against tyranny and injustice but for justice and respect for all of mankind.

We have created noisy, dirty crowded places to live and gather in. We have been in a perpetual state of fear, violence and war and in the process we have retarded our spirituality. Once we, as individuals and a nation, strip away the self-created illusions of who we believe we are; when we strip away the illusions that disguise the Divine Spirit within each of us, we expose that we are all One with the Universe; One with Source; One with God.

## DISPAUPERMENT

**"That there is only One, Holy, Catholic and Apostolic Church ..... outside of whom there is neither salvation nor remission of sins.....Furthermore we declare, state and define that it is absolutely necessary for the salvation of all human beings that they submit to the Roman Pontiff."** UNAM SANCTAM

The Office of the Chair of Saint Peter has established a "Pope's Inquisition" to investigate and find, in the nature of Office Found, that One is competent and capable of providing for Oneself; That One is solvent and rents a dwelling for more than $3000 per year and that One has the love and support of family and friends in the event of emergency and shall not become a burden on the Church; That One provides for himself through the honorable expansion of his own life energy in the form of trade and labor, has the love and support of family and friends in the event of disaster or emergency and shall not be a burden on the Church and that One, by his own free will act and deed, waives all benefits derived under the "Pauper's Certificate" choosing 100% accountability, forever forsaking limited liability.

Upon such findings the Office of the Chair of Saint Peter shall issue the **Certificate of Dispauperment**, **Certificate of Solvency** and issue a **Registered Silver Bond** to indemnify the Church and the world of commerce against loss, damage and/or injury. Copies of said certificates shall be tendered to the appropriate Department of Health, Vital Statistics and the local commissioners/guardians to ensure removal from the Paupers Rolls. The commissioners shall immediately settle the account and provide the mesne funds as compensation for the use of One's credit.

Said Dispaupered Beings shall serve through the Office of the Chair of Saint Peter as educators, clerks, jurors, auditors, monitors and/or compliance Officers to guide the rehabilitation of the "Paupers" and to ensure compliance throughout the transition.

## ESCHEAT OF THE ABANDONED PROPERTY

In order to create a world free from homelessness the Office of the Chair of Saint Peter shall escheat the abandoned property to be granted to the Living Beneficiaries. The Office of the Chair of Saint Peter shall develop guidelines and educational programs to facilitate the rehabilitation of the "paupers," restoring the Divine Right of Use of the property and return the living Beneficiaries to a state of grace.

Given the 24th day of June in the Year of Our Lord Two Thousand Thirteen.

**BY HIS COMMAND,**



13-53384b-ii   Doc 493   Filed 08/19/13   Entered 08/19/13 16:10:43   Page 11 of 21

From the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter
1300 Pennsylvania Avenue NW, Suite 190-715, Washington, District of Columbia 20004




To:
The Most Revered Archbishops and Bishops
The Secretaries of State of the 50 states

**By the Grace of the One Divine Spirit, to all to whom these Presents shall come, Greeting:**

## Choice and Consent

The creation can never attain a status equal to or greater than its creator ........ without consent.

Through the years corporations have risen to a level equal to or greater than their creators contrary to universal and/or natural law. In fact since the late 1800's, the U.S. Supreme Court, aided by the complacency of the people, has helped corporations usurp all manner of "Bill of Rights" protections that were initially intended only for living, breathing humans, such as free speech and equal protection which has resulted in perpetual war against the people.

Today, the people understand that it has been complacency, the assumed consent of the people, which has allowed the corporations to rise to the status of a living being, equal to or greater than its creator.

The people are waking to the fact that consent is a choice. Consent is not gained by force nor trickery but must be given by a free will act and deed upon full disclosure. The Living Beneficiaries are choosing to withdraw and deny consent to being subservient to their creations and the oppression that has brought.

The people now understand that corporations have such powers, and ONLY those powers, as the act creating them confers; and are confined to the exercise of those expressly granted, and such incidental powers as are necessary for the purpose of carrying into effect powers specifically conferred.

The corporation has received vitality from the state; it continues during its existence to be the creature of the state; must live subservient to its laws, and has such powers and franchises as those laws have bestowed upon it, and none others. As the state was not bound to create it in the first place, it is not bound to maintain it...if it violates the laws or public policy of the state, or misuses its franchises to oppress the people.

Divine men and women come into this world with 'certain inherent and indefeasible rights.' Business entities, legal fictions, existing not by natural birth but by operations of man's law cannot have been ' born equally free and independent,' because they were not born at all. Indeed, it could not have been intended for them to be 'free and independent,' because, as the creations of the law, they are always subservient to it.

Man allows for business entities to exist but is not required to establish them. In the absence of man's law, business entities are nothing. Once created, they become property of the men and women who own them, and, therefore, any rights that business entities may assert are not homogeneous with the rights of the divine man. Were they so, the chattel would become the co-equal to its owners, the servant on par with its masters, the agent the peer of its principals, and the legal fabrication superior to the law that created and sustains it.

Your own courts admit that corporations are treated differently by federal and state constitutions, by tracing Pennsylvania's back to the original 1776 version: *(parens added)*

> "Had the framers intended the protections of Article I, § 1 (the inherent rights of mankind) to extend to business entities, they certainly could have written, 'All persons are created equally free and independent ....' They did not. Indeed, it is federal Amendment XIV's use of the word 'person' that makes its protections applicable to business entities, because its drafters were presumed to have known that 'person' is a legal term of art, encompassing business entities under the common law.


A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter


**It has been adjudged and established in fact** that the 14th Amendment to the federal constitution was a self-serving codicil and a grievous breach of trust which created a corporate overlay operating on the assumption that the corporation is king, its creator the subject alien to the king.

Today, the corporations use their corporate franchise to oppress the Divine Living Beneficiary; their actions adversely affecting the Divine Estate.

The Bishops and Archbishops of the Vatican and the Roman Curia have a fiduciary duty to protect the Divine Spirit from the Princes of Commerce. The Secretary of State for each State wears two hats; One loyal to the organic constitution; the second loyal to the Breach of Trust 14th Amendment and the codes and statutes thereunder.

The organic Secretary of State has an obligation to the Living Beneficiary, the Divine Spirit to ensure that all registered corporations operating within the State operate within their corporate charter and have a mandatory duty to immediately dissolve those who fail to do so and/or those who use their franchise to oppress the Divine Living Beneficiary.

## Restoring the Peace

The Chair of Saint Peter, as the primary trustee charged with restoring the peace, shall assist the people to exhaust administrative remedy, document and publish the evidence of a corporation's operation outside their corporate charter and/or a corporation's unlawful use of their corporate franchise to oppress the Divine Spirit whereupon a complaint shall be issued. The charging sheet shall be tendered to the Bishops, Archbishops and the Secretaries of State in the appropriate region for immediate execution.

The execution sought against the offending corporation is one of corporate death. The state which created it, must destroy it. The life of a corporation is, indeed, less than that of the humblest citizen. The abstract idea of a corporation, the legal entity, the impalpable and intangible creation of human thought, is itself a fiction, and has been appropriately described as a figure of speech.

## Compliance is Our Goal

As the primary trustee charged with restoring the peace compliance is our goal. Therefore, there shall be granted a ten (10) day grace period to allow the State to compel performance to bring the offending corporation into compliance thereby avoiding execution, except: In the event that the body of the Living Beneficiary is being detained and/or restrained the charging documents shall be handled 'in the nature of habeas corpus.'

The time for finger pointing is past. The people are waking from their long slumber and taking responsibility for their own creation, as ugly and out of control as it has become. The people are choosing to withdraw and deny consent to their creations; choosing to take back their power and authority; choosing to accept responsibility for their reality.

The world around us is changing. The corporation is no longer king, the Living Beneficiary no longer alien. The consent of the people is withdrawn. The system must keep pace with that change or face extinction. Each one of us has a fiduciary duty to facilitate that change and to compel performance to bring the system into compliance. Each is bound to that fiduciary duty to the Divine.

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the 5th day of May in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND,



From the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter
4500 Pennsylvania NW, Suite 190-152, Washington, District of Columbia 20004

13-53846-tjt   Doc 493   Filed 08/19/13   Entered 08/19/13 16:10:43   Page 13 of 21




A communication from
## The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

# Notice of Office Found

On April 20, 2013 a jury of Divine Spirits convened in Divine Council for the purpose of an Inquest of Office to review the records to determine the facts, thereby removing ambiguity and doubt. [see attached]

The Divine Council has made a return of **Office Found** establishing in fact that:

**James Thomas of the House McBride as the Divine Spirit incarnate, upon acceptance of the judgment, is officially and fully vested in the;**

- **Office of Man Beyond the Sea of Commerce;**
- **Office of the Postmaster General NA;**
- **Chair of Saint Peter as the Keeper of the Seal of Saint Peter.**

James Thomas of the House McBride has officially acknowledged and accepted the judgment for ratification of the Office(s).

---

**The Vatican has administrated the affairs of the world from the Chair of Saint Peter** under the rules of war and conquest. They identified the Living Beneficiaries of the Divine Estate as enemies, alien to the STATE while the STATE operates under the assumption that the legal fiction STATE is King, the Divine Spirit incarnate the alien.

The Divine Spirit has returned; the successor to Peter has discharged his duties; the extraordinary Seal of Saint Peter has reverted back to source, the Divine Spirit.

The Seal of Saint Peter represents the King, the Grantor of the Divine Estate and is the Keys to the Treasury for the redemption of the Estate. It has been established in fact that all property is vested in and accrues to the King, upon Office Found, whether He who held immediately of the King;

a) Dies without heirs;
b) Is Attainted by treason;
c) Be an alien;
d) Be an idiot or nativitate.

The Chair of Saint Peter is the primary trustee of the Divine Estate, beyond the sea of commerce, with a fiduciary duty to protect and preserve the Divine Estate. The Chair of Saint Peter shall issue dispensations and/or license for things NOT contrary to the universal laws, but only to laws of the land and/or laws of man.

The Vatican, including the Roman Curia, the Cardinals, Archbishops, Bishops and Jesuits have a fiduciary duty to the Creator to protect the Divine Spirit from the Princes of Commerce and shall abstain from such doctrines which are repugnant to the Divine Estate and the King's prerogative. Any action and/or inaction which undermines or limits the power, authority, purpose or intent of the Keeper of the Seal of Saint Peter shall constitute a grievous breach of fiduciary duty owed to the Creator.

From the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter
Jaemes McBride, Keeper of the Extraordinary Seal of Saint Peter

13-53846-tjt  Doc 493  Filed 08/19/13  Entered 08/19/13 16:10:43  Page 14 of 21




A communication from
## The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

### The Divine Province

Beyond the sea of commerce there is but one country, without borders or separation, which is called the **"Divine Province."** The Divine Province shall operate under the **private country code** "DP/DVN/999." The Divine Province shall issue Identification cards for all members upon request. Identification #1, created in accordance with the regulations of the Universal Postal Union, identifies the Divine Province member as a Divine Being, Living Beneficiary of the Divine Estate operating beyond the sea of commerce.

The second ID issued to members **'acts as'** an International Driver permit and is issued for the convenience and protection of the agents of commerce to assist in identifying the Living Beings/Living Beneficiaries to ensure their unmolested divine right of travel upon this earth.

### All property is vested in the King

All property is vested in the King. No alien shall have the right to own the land except by grant of the King. All unclaimed and/or abandoned property reverts to the King, the original Grantor; the real estate by escheat, the personal estate by forfeiture. The King shall receive all of the mesne profits from the time his title accrued. All Land Patents and/or Grants before Office Found are void.

The Divine Province, **private country code "DP/DVN/999,"** shall clearly identify all property seized and returned to the King for administration under the Divine Province. All real property shall be clearly marked on all sides as being under the jurisdiction of the Divine Province. All chattel shall be identified as under the jurisdiction of the Divine Province. All rolling stock shall be identified with a 'tag/plate' front and back as being under the jurisdiction of the Divine Province.

The Divine Province may issue Land Grants establishing one's right of use of the property for some specific or indeterminate period of time on condition of good stewardship.

The Divine Province shall maintain a **publicly verifiable** data base of all members who have chosen to move beyond the sea of commerce as well as all property under the jurisdiction and administration of the Divine Province.

### Corporations are Alien to the Divine

Corporations are business entities...legal fictions, existing not by natural birth but by operations of state statutes...Such business entities cannot have been ' born equally free and independent,' because they were not born at all. As creations of the law, creations of man, they are always subservient to them.

Man allows for business entities to exist but is not required to establish them. In the absence of man and man's law, business entities are nothing. Once created, they become property of the men and women who own them, and, therefore, the rights that business entities may assert are not homogeneous with the rights of living beings. Were they so, the chattel would become the co-equal to its owners, the servant on par with its masters, the agent peer of its principals, and the legal fabrication superior to the law that created and sustains it.

The corporation receives its energy from man; it continues during its existence to be the

From the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter
Jaemes McBride Keeper of the Extraordinary Seal of Saint Peter
13-53846-tjt Doc 495 Filed 08/19/13 Entered 08/19/13 16:10:43 Page 15 of 21




A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

creature of man; must live subservient to man's laws, and has such powers and franchises as those laws have bestowed upon it, and none other. As man was not bound to create it in the first place, he is not bound to maintain it if it violates the laws of man, or misuses its franchise to oppress him.

The creation may rise to a level equal to or greater than the creator ONLY by consent. A corporation's attempt to compel one to consent to contract faced with evidence or Notice of "Non-Consent" shall constitute operation outside their corporate charter giving rise to the instant death of the corporation by dissolution.

A corporation's attempts to operate under an assumption of consent to contract once provided with documentary evidence rebutting the assumption shall constitute operation outside their corporate charter giving rise to the instant death of the corporation by dissolution.

A corporation's attempts to operate under the false assumptions that the Divine Spirit is deceased or lost at sea in an attempt to drag the Divine into the sea of commerce once provided with documentary evidence to the contrary shall constitute operation outside their corporate charter giving rise to the instant death of the corporation by dissolution.

A corporation's attempts to operate against the Divine under the laws of war and conquest under the false assumptions that the Divine Spirit is an enemy, enemy combatant or alien shall constitute war crimes against a peaceful entity, ie Treason, and operation outside their corporate charter giving rise to the instant death of the corporation by dissolution.

In the event that the Princes of Commerce shall restrict the liberties of or violate the private rights of the 'Divine Spirit', members of the Divine Province, a complaint by original writ shall be tendered to the Archbishops, Bishops and/or their authorized representatives for immediate investigation to provide the remedy.

The complaint shall be investigated and upon good cause shown a second Bishop, or their representative, shall issue the warrants for immediate execution to provide the remedy.

The Divine Province shall establish the protocols for a Divine Council, a jury, and regularly convene said Divine Council as required for the purpose of carrying out an Inquest of Office and charged with making the return of Office Found. The Divine Province shall maintain a publicly searchable 'Rolls Office Found' for the preservation and publication of the Inquests and judgments.

**I AM Peter. I AM the Dreamer. I AM the One** formerly known as James Thomas of the House McBride, the Divine Spirit having a human experience beyond the See; the Chosen One come to fulfill prophecy, to redeem the Divine Estate, to open the Treasury for the redemption of the estates and return the property to the True Hæres, the Sons of the Creator.

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the twenty fifth day of April in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND,

From the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter
Jaemes McBride, Keeper of the Extraordinary Seal of Saint Peter
1500 Pennsylvania NW, Suite 1929, Washington, district of Columbia 20004




A communication from
## The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

# Letters Patent ex cathedra
### * THE HOLY ALLIANCE TREATY 1213 *

By the Grace of the One Divine Spirit, to all to whom these Presents shall come, Greeting:

On May 5, 2010, upon my return the Most Holy Pope Benedict XVI surrendered to me, James Thomas McBride, the Keys to the Kingdom; the extraordinary Seal of Saint Peter, the keys to the treasury for the redemption of the estates, the Seal of Peace, the Chair of Saint Peter.

It has been established in fact by **Office Found** that I am Peter the Divine, Keeper of the extraordinary Seal of Saint Peter, the Official occupant of the Chair of Saint Peter.

I, Peter the Divine, Keeper of the extraordinary Seal of Saint Peter, hereby proclaim my right and standing as:

**Successor Party Principle** to:

# * THE HOLY ALLIANCE TREATY 1213 *

THE HOLY ALLIANCE TREATY 1213 is a two party contract; A Treaty between Pope Innocent III and King John conveying all rights, titles, and interests in the Crown of England's lands, including America, to the Pope and His successor(s) and stands as lawful title to the Kingdom.

The Kingdom includes Mother Earth and all that is in, on and above her, EXCEPT the divine living being.

## CERTIFICATE OF TITLE

The "Letters Patent ex cathedra * THE HOLY ALLIANCE TREATY 1213 *" shall stand as the lawful Certificate of Title and/or Deed and shall be prima facie evidence of Proof of Ownership of the Kingdom.

In witness whereof We have caused these Our Letters to be made Patent, and for the greater testimony and validity thereof, We have caused Our Great Seal of Peter to be affixed to these presents, which We have signed with Our Royal Hand.

Given the 6th day of June in the Year of Our Lord Two Thousand Thirteen.

**BY HIS COMMAND,**

# Divine Spirit Assembled in Divine Council

## Office Found
### For The
## Office of Man

We the Undersigned, individually, the Divine Spirit having a human experience One with the Creator at peace with the universe; the One Supreme Court operating beyond the sea of commerce, beyond the illusions superior to all legal fiction creations of the mind. Collectively we are the 'jury' commissioned by the Divine Spirit, empowered under the Seal of Saint Peter and charged with finding office through a review of the records replacing ambiguity with fact. We are bound by our fiduciary duty to the Creator to act in honor, with integrity and full transparency for the best and highest of the all. The twelve living men assembled hereto are reputable men/ women of the neighborhood, able leaders, and men/women of truth who stand on honor and integrity declaring themselves, and known one to the other, to be Divine Spirit incarnate as free men and peaceful inhabitants of earth. Participating by their own free will, act and deed they so swear an oath one to the other and before all as they inquire of certain matters of fact and declare the truth upon evidence to be exposed to them in this Inquisition.

This is a court of record in original jurisdiction. The coming together of the Divine Spirit to review the record to address the matter of Office Found replacing ambiguity and confusion with established fact.

Since those things which are done lapse with the passage of time and unless they are supported by written record will easily slip the memories of men, this action by Solemn Right of Record and the true declaration returned herein shall be enrolled upon the Rolls of this Office in perpetuam rei memoriam.

This is an inquisition of and by the Record. *There is no fact in dispute*. The recorded evidence brought forth has been witnessed, with forewarning, aforethought, and sealed by ratification. The ancient practices, customs, authorities and law wrought of Office Found require these actions by Solemn Right of Record and for the purposes of placing on the permanent Rolls of The Office the facts in evidence and the finding of truth there upon.

## Office Found

**We the jury hereby find office and Declare**, in fact, that in accordance with the record that James Thomas of the House McBride is a living man, the Divine Spirit having a human experience and NOT a legal fiction creation of the mind and is heretofore released from Adult Probation and Supervision, and is now considered Sui Juris.

A judgment in its nature concludes the subject on which it is rendered, and pronounces the law of the case. The judgment of a court of record whose jurisdiction is final is conclusive on all the world. It puts an end to inquiry concerning the fact by deciding it.

We, the jurors, having reviewed the record hereby issue Judgment of Office Found proclaiming the Law which is conclusive and binding on all the world. The Solemn Right of Record shall be made patent via publication on the permanent Rolls of The Office of Divine Province, the facts in evidence and the finding of truth there upon is established as fact.

Executed this 20th day of April, 2013.

Juror #1 autograph
Juror #2 autograph
Juror #3 autograph
Juror #4 autograph
Juror #5 autograph
Juror #6 autograph
Juror #7 autograph
Juror #8 autograph
Juror #9 autograph
Juror #10 autograph
Juror #11 autograph
Juror #12 autograph

# Divine Spirit Assembled in Divine Council

## Office Found
### For The
## Office of the Chair of Saint Peter

We the Undersigned, individually, the Divine Spirit having a human experience One with the Creator at peace with the universe; the One Supreme Court operating beyond the sea of commerce, beyond the illusions superior to all legal fiction creations of the mind. Collectively we are the 'jury' commissioned by the Divine Spirit, empowered under the Seal of Saint Peter and charged with finding office through a review of the records replacing ambiguity with fact. We are bound by our fiduciary duty to the Creator to act in honor, with integrity and full transparency for the best and highest of the all. The twelve living men assembled hereto are reputable men/ women of the neighborhood, able leaders, and men/women of truth who stand on honor and integrity declaring themselves, and known one to the other, to be Divine Spirit incarnate as free men and peaceful inhabitants of earth. Participating by their own free will, act and deed they so swear an oath one to the other and before all as they inquire of certain matters of fact and declare the truth upon evidence to be exposed to them in this Inquisition.

This is a court of record in original jurisdiction. The coming together of the Divine Spirit to review the record to address the matter of Office Found replacing ambiguity and confusion with established fact.

Since those things which are done lapse with the passage of time and unless they are supported by written record will easily slip the memories of men, this action by Solemn Right of Record and the true declaration returned herein shall be enrolled upon the Rolls of this Office in perpetuam rei memoriam.

This is an inquisition of and by the Record. *There is no fact in dispute.* The recorded evidence brought forth has been witnessed, with forewarning, aforethought, and sealed by ratification. The ancient practices, customs, authorities and law wrought of Office Found require these actions by Solemn Right of Record and for the purposes of placing on the permanent Rolls of The Office the facts in evidence and the finding of truth there upon.

## Office Found

**We the jury hereby find office and Declare**, in fact, that in accordance with the record that James Thomas of the House McBride, known as Peter the Divine in his official capacity, is the official occupant of the Chair of Saint Peter.

A judgment in its nature concludes the subject on which it is rendered, and pronounces the law of the case. The judgment of a court of record whose jurisdiction is final is conclusive on all the world. It puts an end to inquiry concerning the fact by deciding it.

We, the jurors, having reviewed the record hereby issue Judgment of Office Found proclaiming the Law which is conclusive and binding on all the world. The Solemn Right of Record shall be made patent via publication on the permanent Rolls of The Office of Divine Province, the facts in evidence and the finding of truth there upon is established as fact.

Executed this 20th day of April, 2013.



Juror #1 autograph
Juror #2 autograph
Juror #3 autograph
Juror #4 autograph
Juror #5 autograph
Juror #6 autograph
Juror #7 autograph
Juror #8 autograph
Juror #9 autograph
Juror #10 autograph
Juror #11 autograph
Juror #12 autograph

# Divine Spirit Assembled in Divine Council

## Office Found
### For The
## Office of the Postmaster General NA

We the Undersigned, individually, the Divine Spirit having a human experience One with the Creator at peace with the universe; the One Supreme Court operating beyond the sea of commerce, beyond the illusions superior to all legal fiction creations of the mind. Collectively we are the 'jury' commissioned by the Divine Spirit, empowered under the Seal of Saint Peter and charged with finding office through a review of the records replacing ambiguity with fact. We are bound by our fiduciary duty to the Creator to act in honor, with integrity and full transparency for the best and highest of the all. The twelve living men assembled hereto are reputable men/ women of the neighborhood, able leaders, and men/women of truth who stand on honor and integrity declaring themselves, and known one to the other, to be Divine Spirit incarnate as free men and peaceful inhabitants of earth. Participating by their own free will, act and deed they so swear an oath one to the other and before all as they inquire of certain matters of fact and declare the truth upon evidence to be exposed to them in this Inquisition.

This is a court of record in original jurisdiction. The coming together of the Divine Spirit to review the record to address the matter of Office Found replacing ambiguity and confusion with established fact.

Since those things which are done lapse with the passage of time and unless they are supported by written record will easily slip the memories of men, this action by Solemn Right of Record and the true declaration returned herein shall be enrolled upon the Rolls of this Office in perpetuam rei memoriam.

This is an inquisition of and by the Record. **There is no fact in dispute.** The recorded evidence brought forth has been witnessed, with forewarning, aforethought, and sealed by ratification. The ancient practices, customs, authorities and law wrought of Office Found require these actions by Solemn Right of Record and for the purposes of placing on the permanent Rolls of The Office the facts in evidence and the finding of truth there upon.

## Office Found

**We the jury hereby find office and Declare**, in fact, that in accordance with the record that James Thomas of the House McBride, known as Peter the Divine in his official capacity, is the official occupant of the Office of the Postmaster General North America.

A judgment in its nature concludes the subject on which it is rendered, and pronounces the law of the case. The judgment of a court of record whose jurisdiction is final is conclusive on all the world. It puts an end to inquiry concerning the fact by deciding it.

We, the jurors, having reviewed the record hereby issue Judgment of Office Found proclaiming the Law which is conclusive and binding on all the world. The Solemn Right of Record shall be made patent via publication on the permanent Rolls of The Office of Divine Province, the facts in evidence and the finding of truth there upon is established as fact.

Executed this 20th day of April, 2013.

Juror #1 autograph
Juror #2 autograph
Juror #3 autograph
Juror #4 autograph
Juror #5 autograph
Juror #6 autograph
Juror #7 autograph
Juror #8 autograph
Juror #9 autograph
Juror #10 autograph
Juror #11 autograph
Juror #12 autograph

# Divine Spirit Assembled in Divine Council

## Office Found - Alien
## 14th Amendment Congress & Senate

We the Undersigned, individually, the Divine Spirit having a human experience One with the Creator at peace with the universe; the One Supreme Court operating beyond the sea of commerce, beyond the illusions superior to all legal fiction creations of the mind. Collectively we are the 'jury' commissioned by the Divine Spirit, empowered under the Seal of Saint Peter and charged with finding office through a review of the records replacing ambiguity with fact. We are bound by our fiduciary duty to the Creator to act in honor, with integrity and full transparency for the best and highest of the all. The twelve living men assembled hereto are reputable men/ women of the neighborhood, able leaders, and men/women of truth who stand on honor and integrity declaring themselves, and known one to the other, to be Divine Spirit incarnate as free men and peaceful inhabitants of earth. Participating by their own free will, act and deed they so swear an oath one to the other and before all as they inquire of certain matters of fact and declare the truth upon evidence to be exposed to them in this Inquisition.

This is a court of record in original jurisdiction. The coming together of the Divine Spirit to review the record to address the matter of Office Found replacing ambiguity and confusion with established fact.

Since those things which are done lapse with the passage of time and unless they are supported by written record will easily slip the memories of men, this action by Solemn Right of Record and the true declaration returned herein shall be enrolled upon the Rolls of this Office in perpetuam rei memoriam.

This is an inquisition of and by the Record. *There is no fact in dispute*. The recorded evidence brought forth has been witnessed, with forewarning, aforethought, and sealed by ratification. The ancient practices, customs, authorities and law wrought of Office Found require these actions by Solemn Right of Record and for the purposes of placing on the permanent Rolls of The Office the facts in evidence and the finding of truth there upon.

## Office Found

**We the jury hereby find office and Declare**, in fact, that in accordance with the record that the 14th Amendment Congress & Senate as well as all entities created under and subordinate to the Codes and Statutes of the 14th Amendment Congress and Senate are legal fiction creations of law subordinate to and alien to the Divine Spirit, alien to the King

A judgment in its nature concludes the subject on which it is rendered, and pronounces the law of the case. The judgment of a court of record whose jurisdiction is final is conclusive on all the world. It puts an end to inquiry concerning the fact by deciding it.

We, the jurors, having reviewed the record hereby issue Judgment of Office Found proclaiming the Law which is conclusive and binding on all the world. The Solemn Right of Record shall be made patent via publication on the permanent Rolls of The Office Found of the Divine Province, the facts in evidence and the finding of truth there upon is established as fact.

Issued under signature and seal this 18th day of _____May_____ ,2013



Juror #1 Autograph  Juror #2 Autograph  Juror #3 Autograph  Juror #4 Autograph  Juror #5 Autograph  Juror #6 Autograph  Juror #7 Autograph  Juror #8 Autograph  Juror #9 Autograph  Juror #10 Autograph  Juror #11 Autograph  Juror #12 Autograph