# INDEX OF EXHIBITS

1. Lansing Circuit Court Order

2. List of states authorizing Chapter 9 filing