Form B20A(Official Form 20A
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

**In re:**

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Chapter: 9

Case No.: 13-53846

Judge: Steven W Rhodes

**Debtor(s)**

Address: 2 Woodward 11th Floor
Detroit

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 4283

**NOTICE OF** Objection
*(Motion or Objection)*

Kevyn Orr has filed papers with the court to Chapter 9
{relief sought in motion or objection}

FILED 2013 AUG 19 P 4 16 U.S. BANKRUPTCY COURT E.D. MICH DETROIT

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the [motion] [objection], within ___30___ days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   **United States Bankruptcy Court**
   (Mail to correct Court Address
   Detroit, Flint or Bay City)

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also mail a copy to:

   {movant's attorney's name, address and telephone number}

   {name and addresses of others to be served}

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: Sept 19, 2013

Signature: Florene Williams Puckett
Name: Florene Williams Puckett
Address: 16227 Birwood
Detroit MI 48221

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

United State Bankrutcy Caurt    Case # 135-3846

I Floree Williams Didn't

Vote!! For A Emerrry Manger Kevin Orr $He And Synrer Are Disreeting. The People of Detroit.    No Service.

RATS RATS — TRASH TRASH

Ever Wear

Property Owner
17
16227 Birwood
Det. Mich 4824

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: _____
JUDGE: STEVEN W. RHODES

Debtor.
CITY OF DETROIT /

## PROOF OF SERVICE

I hereby certify that on AUGUST 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

   OBJECTION TO DETROIT BANKRUPTCY

2. Served upon [name and address of each person served]:

   KEVYN D. ORR
   THE STATE OF MICHIGAN

3. By First Class Mail.

Dated: 8/19/2013

(Signature of Debtor)
Print Name: Floreen Williams

_____
(Signature of Co-Debtor)

Print Name: _____