UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
  Case No. 13-53846

City of Detroit, Michigan,

    Debtor.

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2013, he caused to be electronically filed with the Clerk of the Court Party in Interest David Sole's Objection to the City of Detroit's Eligibility to Obtain Relief under Chapter 9 of the Bankruptcy Code [Docket 495].

    Respectfully submitted,

    JEROME D. GOLDBERG, PLLC

    By: */s/ Jerome D. Goldberg*
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Detroit, MI 48207
    Phone: 313-393-6001
    Fax: 313-393-6007
    Email: apclawyer@sbcglobal.net

DATED: August 19, 2013