# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN                Chapter 9

　　　Debtor.                              Case No. 13-53846

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2013, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Consolidated Objection Of The Retiree Association Parties To Eligibility (with Index and Exhibits).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Tracy Reitzloff
　　　　　　　　　　　　　　　　Tracy Reitzloff
　　　　　　　　　　　　　　　　Lippitt O'Keefe, PLLC
　　　　　　　　　　　　　　　　Assistant to Brian D. O'Keefe
　　　　　　　　　　　　　　　　370 E. Maple Rd., 3rd Floor
　　　　　　　　　　　　　　　　Birmingham, MI  48009
　　　　　　　　　　　　　　　　(248) 646-8292
　　　　　　　　　　　　　　　　treitzloff@lippittokeefe.com

Dated: August 19, 2013