## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN  In Proceedings Under
 Chapter 9

 Debtor.

 Hon. Steven W. Rhodes

_____/

### STATEMENT OF AMBAC ASSURANCE CORPORATION
### REGARDING CORPORATE OWNERSHIP
### PURSUANT TO LOCAL BANKRUPTCY RULE 9013-5

**Name:** **Ambac Assurance Corporation**

Address: One State Street Plaza
New York, NY 10004

[X] The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

**Name:** **Ambac Financial Group, Inc.**

Address: One State Street Plaza
New York, NY 10004

Ownership: Wholly owns Ambac Assurance Corporation

{00462265.1}

[ ]   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 19, 2013          /s/ Carol Connor Cohen
**ARENT FOX LLP**
DAVID L. DUBROW
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
(admission pending)
MARK A. ANGELOV
1717 K Street, NW
Washington, DC  20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

and

**SCHAFER AND WEINER, PLLC**
DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 540-3340
bbest@schaferandweiner.com

Counsel for Ambac Assurance Corporation