# Exhibit A

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

~~THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, and THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,~~ Gracie Webster and Veronica Thomas

Plaintiffs,

vs.

~~KEVYN D. ORR, in his official capacity as the EMERGENCY MANAGER OF THE CITY OF DETROIT,~~ State of Michigan and RICHARD SNYDER, in his official capacity as the GOVERNOR OF THE STATE OF MICHIGAN, and Andy Dillon, Treasurer in his official capacity

Defendants.

Case No. ~~13-768-CZ~~ 13-000734-CZ C30

Hon. Rosemarie Aquilina

Ronald A. King (P45088)
Aaron O. Matthews (P64744)
Michael J. Pattwell (P72419)
CLARK HILL PLC
212 East Grand River Avenue
Lansing, Michigan 48906
(517) 318-3100
Attorneys for Plaintiffs

John R Canzano P30417
McKnight, McClow, Canzano Smith
& Radtke PC
400 Galleria Officenter

## TEMPORARY RESTRAINING ORDER

At a session of said Court, held in the City of Lansing, County of Ingham, State of Michigan on ___18 July 13___

PRESENT: HON. _Rosemarie E Aquilina_ and having appeared during the hearing for a TRO in 13-000734
CIRCUIT COURT JUDGE

This matter having come before the Court on Plaintiffs' Complaint with verification and Declaratory Judgment and Preliminary Injunction, ~~Ex Parte~~ Motion for a Temporary Restraining Order; the Court being fully advised in the premises; Plaintiffs having shown a likelihood of success on the merits of the claims in

9214431.1 14893/144127

Plaintiffs' Complaint; Plaintiff having adequately shown that a failure to immediately issue a Temporary Restraining Order will cause irreparable injury to Plaintiffs by permitting the Governor and the Emergency Manager ("Defendants") to authorize and file a Chapter 9 bankruptcy petition wherein Plaintiffs' accrued financial benefits will be impaired prior this Court's scheduled preliminary injunction hearing on Monday, July 22, 2013; and the Court being otherwise fully informed in the premises and finding good cause:

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted; *which has already occurred*

IT IS FURTHER ORDERED that Defendants are immediately and temporarily enjoined and restrained from taking any action (including the authorization of an unconditional Chapter 9 bankruptcy proceeding for the City of Detroit and/or the filing of a Chapter 9 bankruptcy petition *or taking any further action with respect to any filing*) that may: (i) cause the accrued financial benefits of the Retirement Systems or their participants from in any way being diminished or impaired as mandated by Article IX, section 24, of the Michigan Constitution, or (ii) otherwise abrogate Article IX, section 24, of the Michigan Constitution;

IT IS FURTHER ORDERED that the Court shall hold a hearing on _July 22_, 2013 at _9:00 AM_ whereby Defendants shall show cause why a *Declaratory Judgment and/or* Preliminary Injunction shall not issue; and

IT IS FURTHER ORDERED that this temporary restraining order shall remain in full force and effect until _further order of the Court_ ~~, 2013 at 5:00 p.m.~~

IT IS SO ORDERED.

_Rosemarie E. Aquilina_
CIRCUIT COURT JUDGE
P37670

DATE: 18 July 13
TIME: 4:25 p.m.

2

STATE OF MICHIGAN
IN THE 30th CIRCUIT COURT FOR THE COUNTY OF INGHAM

THE GENERAL RETIREMENT SYSTEM
OF THE CITY OF DETROIT, and THE
POLICE AND FIRE RETIREMENT
SYSTEM OF THE CITY OF DETROIT,

    Plaintiffs,

vs.

Case No. 13-~~768~~-CZ  *729-CZ* *Flowers caption*

Hon. _Rosemarie E. Aquilina_

KEVYN D. ORR, in his official capacity as the
EMERGENCY MANAGER OF THE CITY OF
DETROIT, and RICHARD SNYDER, in his
official capacity as the GOVERNOR OF THE
STATE OF MICHIGAN,

    Defendants.
_____/

Ronald A. King (P45088)
Aaron O. Matthews (P64744)
Michael J. Pattwell (P72419)
CLARK HILL PLC
212 East Grand River Avenue
Lansing, Michigan 48906
(517) 318-3100
Attorneys for Plaintiffs

*flowers attorneys*
_____/

## TEMPORARY RESTRAINING ORDER

At a session of said Court, held in the City of Lansing, County of Ingham, State of Michigan on __18 July 13__

PRESENT: HON. _Rosemarie E. Aquilina_ *Amended Verified*
           CIRCUIT COURT JUDGE

This matter having come before the Court on Plaintiffs' Complaint ~~with verification~~ and ~~Ex-Parte~~ Motion for a ~~Temporary Restraining Order~~ *Preliminary Injunction*; the Court being fully advised in the premises; Plaintiffs having shown a likelihood of success on the merits of the claims in

9214431.1 14893/144127

13-53846-swr   Doc 56   Filed 07/19/13   Entered 07/19/13 18:09:37   Page 66 of 82
13-53846-tjt   Doc 505-13   Filed 08/19/13   Entered 08/19/13 18:12:43   Page 4 of 7

Plaintiffs' Complaint; Plaintiff having adequately shown that a failure to immediately issue a ~~a~~ Preliminary Injunction ~~Temporary Restraining Order~~ will cause irreparable injury to Plaintiffs by permitting the Governor ~~and the Emergency Manager~~ and the State Treasurer ("Defendants") to authorize ~~and file a~~ or otherwise proceed with Chapter 9 bankruptcy petition on behalf of the City of Detroit, or to aid in such a filing proceeding wherein Plaintiffs' accrued financial benefits will be impaired ~~prior this Court's scheduled preliminary injunction hearing on Monday, July 22, 2013~~; and the Court being otherwise fully informed in the premises and finding good cause:

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted;

IT IS FURTHER ORDERED that Defendants are immediately and ~~temporarily~~ preliminarily enjoined and restrained from taking any action (including the authorization of an ~~unconditional~~ Chapter 9 bankruptcy proceeding for the City of Detroit and/or the filing of a Chapter 9 bankruptcy petition) or any action in aid and assistance as to the same, ~~that may: (i) cause the accrued financial benefits of the Retirement Systems or their participants from in any way being diminished or impaired as mandated by Article IX, section 24, of the Michigan Constitution, or (ii) otherwise abrogate Article IX, section 24, of the Michigan Constitution;~~

IT IS FURTHER ORDERED that the Court shall hold a hearing on _____, 2013 at _____ whereby Defendants shall show cause why a Preliminary Injunction shall not issue; and

IT IS FURTHER ORDERED that this ~~temporary restraining order~~ preliminary injunction until further order of the court shall remain in full ~~force and effect until _____, 2013 at 5:00 p.m.~~

IT IS SO ORDERED.

DATE: 18 July 13
TIME: 4:25 p.m.

Rosemarie E Aquilina
CIRCUIT COURT JUDGE
P.37670

2

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

THE GENERAL RETIREMENT SYSTEM
OF THE CITY OF DETROIT, and THE
POLICE AND FIRE RETIREMENT
SYSTEM OF THE CITY OF DETROIT,

    Plaintiffs,

vs.

Case No. 13-768-CZ

Hon. Rosemarie E. Aquilina

KEVYN D. ORR, in his official capacity as the
EMERGENCY MANAGER OF THE CITY OF
DETROIT, and RICHARD SNYDER, in his
official capacity as the GOVERNOR OF THE
STATE OF MICHIGAN,

    Defendants.

_____/

Ronald A. King (P45088)
Aaron O. Matthews (P64744)
Michael J. Pattwell (P72419)
CLARK HILL PLC
212 East Grand River Avenue
Lansing, Michigan 48906
(517) 318-3100
Attorneys for Plaintiffs

_____/

## TEMPORARY RESTRAINING ORDER

At a session of said Court, held in the City of Lansing, County of Ingham, State of Michigan on __18 July 13__

PRESENT: HON. Rosemarie E. Aquilina
                  CIRCUIT COURT JUDGE

This matter having come before the Court on Plaintiffs' Complaint with verification and *Ex-Parte* Motion for a Temporary Restraining Order; the Court being fully advised in the premises; Plaintiffs having shown a likelihood of success on the merits of the claims in

9214431.1 14893/144127

13-53846-swr   Doc 56   Filed 07/19/13   Entered 07/19/13 18:09:37   Page 68 of 82
13-53846-tjt   Doc 505-13   Filed 08/19/13   Entered 08/19/13 18:12:43   Page 6 of 7

Plaintiffs' Complaint; Plaintiff having adequately shown that a failure to immediately issue a Temporary Restraining Order will cause irreparable injury to Plaintiffs by permitting the Governor and the Emergency Manager ("Defendants") to authorize and file a Chapter 9 bankruptcy petition wherein Plaintiffs' accrued financial benefits will be impaired prior this Court's scheduled preliminary injunction hearing on Monday, July 22, 2013; and the Court being otherwise fully informed in the premises and finding good cause:

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted;

IT IS FURTHER ORDERED that Defendants are immediately and temporarily enjoined and further restrained from taking any further action ~~(including the authorization of an unconditional Chapter 9 bankruptcy proceeding for the City of Detroit and/or the filing of a Chapter 9 bankruptcy petition)~~ that may: (i) cause the accrued financial benefits of the Retirement Systems or their participants from in any way being diminished or impaired as mandated by Article IX, section 24, of the Michigan Constitution, or (ii) otherwise abrogate Article IX, section 24, of the Michigan Constitution;

IT IS FURTHER ORDERED that the Court shall hold a hearing on 22 July, 2013 at 9:00 AM whereby Defendants shall show cause why a Preliminary Injunction shall not issue; and

IT IS FURTHER ORDERED that this temporary restraining order shall remain in full force and effect until 1 AUG, 2013 at 5:00 p.m.

IT IS SO ORDERED.

Rosemarie E Aquilina
CIRCUIT COURT JUDGE
P37670

DATE: 18 July 13
TIME: 4:25

2