UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------------x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
: Hon. Steven W. Rhodes
Debtor. :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of August 2013, I caused the *Objection of International Union, UAW to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
August 19, 2013

                                               Cohen, Weiss and Simon LLP

                                     By: /s/ Babette A. Ceccotti
                                             330 West 42nd Street
                                             New York, New York 10036-6976
                                             T: 212-563-4100
                                             bceccotti@cwsny.com

                                             *Attorneys for International Union, UAW*