UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------------x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
: Hon. Steven W. Rhodes
Debtor. :
---------------------------------------------------------------x

### *EX PARTE* MOTION OF INTERNATIONAL UNION, UAW FOR AN ORDER AUTHORIZING IT TO FILE AN ELIGIBILITY OBJECTION IN EXCESS OF PAGE LIMIT

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") a creditor and party in interest in the above-captioned case, through its undersigned counsel hereby moves the court *ex parte* (the "Request") for the entry of an order authorizing it to file an Eligibility Objection (the "Objection")to the City's eligibility for Chapter 9 relief in excess of the twenty-five (25) page limit set by Eastern District of Michigan Local Rule 7.1(d)(3)(A). In support of the Request, UAW respectfully submits as follows:

1. Rule 7.1(d)(3)(A), which applies to this case pursuant to Bankruptcy Court for the Eastern District of Michigan Local Rule 9029-1(a), states that briefs supporting a response, including footnotes and signatures, may not exceed twenty-five (25) pages, but that a party seeking to file a longer brief may apply *ex parte* in writing setting forth the reasons.

2. UAW seeks an order expanding the twenty-five (25) page limit imposed by U.S.D.C. Local Rule 7.1(d)(3)(A) for the reasons set forth below.

3. The Objection addresses the City of Detroit's eligibility for relief under Chapter 9 and thus raises serious issues arising under the federal and state constitutions, and the Bankruptcy Code, including the validity of the State's authorization for the Chapter 9 filing and a detailed presentation of the applicable legal background. The legal issues presented require substantial explanation and analysis of constitutional, and state and federal statutory and case law.

4. The Objection exceeds the limitation set forth in U.S.D.C. Local Rule 7.1(d)(3)(A) and is itself twenty-eight (28) pages long, thus independently warranting relief from the page limit in order to address the complex issues presented.

WHEREFORE, for the foregoing reasons UAW respectfully requests that this Court enter an order substantially in the form attached hereto as Exhibit 1 and grant such other relief as the Court deems proper.

Dated: New York, New York
August 19, 2013

>Respectfully submitted,
>
>International Union, UAW
>
>By: /s/ Babette A. Ceccotti
>Cohen, Weiss and Simon LLP
>Babette A. Ceccotti
>330 West 42nd Street
>New York, New York 10036-6976
>T: 212-563-4100
>F: 212-695-5436
>bceccotti@cwsny.com
>
>Niraj R. Ganatra (P63150)
>Michael Nicholson (P33421)
>8000 East Jefferson Avenue
>Detroit, Michigan 48214
>T: (313) 926-5216
>F: (313) 926-5240
>nganatra@uaw.net
>mnicholson@uaw.net
>
>*Attorneys for International Union, UAW*

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------------x
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------------x

### *EX PARTE* ORDER AUTHORIZING UAW TO FILE AN ELIGIBILITY OBJECTION IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of International Union, UAW ("UAW") for an Order Authorizing It to File an Eligibility Objection in Excess of Page Limit (the "Motion"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. UAW is granted relief from Eastern District of Michigan Local Rule 7.1(d)(3)(A) to file a response in excess of twenty-five (25) pages.

Signed on _____

_____
Steven Rhodes
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------------x
: 
In re: : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
: 
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of August 2013, I caused the *Ex Parte Motion of International Union, UAW for an Order Authorizing It to File an Eligibility Objection in Excess of Page Limit* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
August 19, 2013

                Cohen, Weiss and Simon LLP

       By: /s/ Babette A. Ceccotti
            330 West 42nd Street
            New York, New York 10036-6976
            T: 212-563-4100
            bceccotti@cwsny.com

       *Attorneys for International Union, UAW*