# Exhibit 2

From: Daniel T Moss/JonesDay
To: Kevyn Orr/JonesDay
Date: 01/31/2013 10:52 AM

CONFIDENTIAL
JD-RD-0000300

Subject:     Re: Fw: D

Making this a national issue is not a bad idea. It provides political cover for the state politicians. Indeed, this gives them an even greater incentive to do this right because, if it succeeds, there will be more than enough patronage to allow either Bing or Snyder to look for higher callings--whether Cabinet, Senate, or Corporate. Further, this would give you cover and options on the back end to make up for lost time there.

Dan T. Moss
Associate
51 Louisiana Ave. NW, Washington, DC 20001-2113 • Direct: 202.879.3794 • Fax: 202.626.1700 • dtmoss@jonesday.com
Please consider the environment before printing this e-mail.

CONFIDENTIAL