## INDEX OF EXHIBITS

**Exhibit 1,**    Ingham County Circuit Court Order dated July 19, 2013

**Exhibit 2,**    States Authorizing Chapter 9 Bankruptcy Filing