UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

  Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2013, she caused to be electronically filed with the Clerk of the Court **Objection By Interested Party Center For Community Justice And Advocacy ("CCJA") To The City Of Detroit's Eligibility To Obtain Relief Under Chapter 9 Of The Bankruptcy Code [Docket 10] And To The City Of Detroit's Memorandum in Support of Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code [DOCKET 14]** ("Objection") [Docket No. 514], and that such Objection was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                    VANESSA G. FLUKER, ESQ., PLLC

             By:    /s/*Vanessa G. Fluker*
                    Vanessa G. Fluker, Esq., PLLC
                    2921 East Jefferson, Suite 200
                    Detroit, MI 48207
                    Phone: (313) 393-6005
                    Fax: (313) 393-6007
                    Email: vgflawyer@sbcglobal.net

DATED: August 19, 2013