UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re :                                                      Chapter 9

CITY OF DETROIT, MICHIGAN,                                   Case No. 13-53846

            Debtor.                                          Hon. Steven W. Rhodes

_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 19, 2013, he filed his *Objections to Eligibility* [Docket No. 510] with the Clerk of the Court using the Court's CM/ECF filing and noticing system which provides electronic notification to all parties registered to receive notices in this manner.

Respectfully submitted,

MICHAEL J. KARWOSKI, ESQ.

/s/  Michael J. Karwoski
Michael J. Karwoski (P26658)
26015 Felicity Landing
Harrison Township, MI 48045
Telephone: 313-378-7642
E-mail:  mjkarwoski@alumni.nd.edu

Dated:  August 19, 2013