| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 13-53846-swr<br>Eastern District of Michigan<br>Detroit<br>Mon Aug 19 23:30:01 EDT 2013 | Amalgamated Transit Union Local 26<br>716 Lothrop Ave.<br>Detroit, MI 48202-2715 | Bishop Real Estate, L.L.C.<br>c/o Stephen M. Gross, Esq.<br>39533 Woodward Ave.<br>Suite 318<br>Bloomfield Hills, MI 48304-5106 |
| Chase Paymentech, LLC<br>Attn: Lazonia Clark, Business Analyst<br>14221 Dallas Pkwy, Bldg II<br>Dallas, TX 75254-2942 | City of Detroit Water and Sewerage Departmen<br>615 Griswold<br>Suite 1708<br>Detroit, MI 48226-3990 | City of Detroit, Michigan<br>2 Woodward Avenue<br>Suite 1126<br>Detroit, MI 48226-3443 |
| DEPFA Bank PLC<br>c/o Schiff Hardin LLP<br>Rick L. Frimmer, Esq.<br>233 S. Wacker Dr., Ste. 6600<br>Chicago, IL 60606-6360 | Detroit Retired City Employees Association<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Eaton Vance Management<br>William Delahunty<br>2 International Place<br>Boston, MA 02110-4101 |
| Erste Europaische Pfandbrief- und Kommunalkr<br>c/o Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>919 N. Market St., 11th Floor<br>Wilmington, DE 19801-3062 | Fidelity Management & Research Company<br>Hannah Kate Sullivan<br>One Spartan Way<br>Mail Zone TS2T<br>Merrimack, NH 03054-4300 | Financial Guaranty Insurance Company<br>125 Park Avenue<br>New York, NY 10017-5664 |
| Gabriel, Roeder, Smith & Company<br>c/o Stevenson & Bullock, P.L.C.<br>Attn: Charles D. Bullock<br>26100 American Drive<br>Suite 500<br>Southfield, Mi 48034-6184 | Godfrey & Kahn, S.C.<br>One East Main Street, Suite 500<br>P.O. Box 2719<br>Madison, WI 53701-2719 | International Union, United Automobile, Aero<br>Solidarity House<br>8000 East Jefferson Avenue<br>Detroit, MI 48214-3963 |
| McAlpine PC<br>3201 University Dr., Suite 100<br>Auburn Hills, MI 48326-2396 | Michigan Auto Recovery Service, Inc.<br>8850 Southfield<br>Detroit, MI 48228-1976 | New England Fertilizer Company |
| Police and Fire Retirement System of the Cit<br>Detroit, MI 48226 | Resnick & Moss, P.C.<br>40900 Woodward Avenue<br>Suite 111<br>Bloomfield Hills, MI 48304-5116 | Retired Detroit Police Members Association<br>c/o Strobl & Sharp, P.C.<br>300 E. Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 |
| Retired Detroit Police and Fire Fighers Asso<br>Retired Detroit Police and Fire Fighters<br>2525 E. 14 Mile Rd<br>Sterling Heights, MI 48310-5969 | State of Michigan<br>PO Box 30754<br>Lansing, MI 48909-8254 | State of Michigan, Department of Attorney Ge<br>c/o Dawn R. Copley<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403 |
| The Chair of Saint Peter<br>1300 Pennsylvania Avenue NW<br>Suite 190-715<br>Washington, DC 20004-3002 | Treasurer, City of Detroit<br>c/o Law Department<br>2 Woodward Ave.<br>Suite 500<br>Detroit, MI 48226-3440 | Upright Wrecking & Demolition, L.L.C.<br>5555 Connor Ave. Suite 1249<br>Detroit, MI 48213-3495 |
| Waste Management Inc. etal<br>c/o Jerry M. Ellis<br>39395 W. Twelve Mile Road<br>Suite 200<br>Farmington Hills, MI 48331-2968 | Airgas USA, LLC<br>259 Radnor-Chester Road<br>Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-4635 | Andy Gravina<br>Special Handling Group-MD NC317<br>IBM Credit LLC<br>6303 Barfield Rd NE<br>Atlanta, GA 30328-4233 |

| | | |
|---|---|---|
| Barry Allen, Executive Director<br>Vanguardians<br>POB 11202<br>Glendale, California 91226-7202 | City of Detroit Water and Sewerage Departmen<br>c/o Kilpatrick & Associates, P.C.<br>615 Griswold, Ste. 1708<br>Detroit, MI 48226-3990 | Douglas C. Bernstein, Esq.<br>Plunkett Cooney<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304-5096 |
| Enjoi Transportation, LLC<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 | Fidelity Management & Research Company<br>Hannah Kate Sullivan<br>One Spartan Way<br>Mail Zone TS2T<br>Merrimack, New Hampshire 03054-4300 | Gary Segatti<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center Dr.<br>Ste.420<br>Southfield, MI 48076-4140 |
| Heidi Peterson c/o Charles Idelsohn, Attorne<br>P.O. Box 856<br>Detroit, Michigan 48231 | International Business Machines Credit LLC<br>Attn: National Bankruptcy Coordinator<br>IBM Corporation<br>275 Viger East, Ste. 400<br>Montreal, Quebec H2X 3R7 Canada | Iron Mountain Information Management, LLC<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 |
| Kurt Thornbladh, Esq.<br>Thornbladh Legal Group PLLC<br>7301 Schaefer<br>Dearborn, MI 48126-4915 | LOWENSTEIN SANDLER LLP<br>Attn: Sharon L. Levine, Esq. and<br>Philip J. Gross, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068-1725 | MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P<br>Attn: John R. Canzano, Esq.<br>400 Galleria Officentre, #117<br>Southfield, MI 48034-2161 |
| MSC Industrial Supply Company<br>ATTN: Legal Department<br>75 Maxess Road<br>Melville, NY 11747-3151 | Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3062 | Michigan Property Tax Relief, LLC<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center, Ste. 310<br>Southfield, MI 48076-4155 |
| Nathaniel Brent<br>538 South Livernois<br>Detroit MI 48209-3031 | National Industrial Maintenance - Michigan,<br>c/o Dean & Fulkerson<br>801 W. Big Beaver Road, Suite 500<br>Troy, MI 48084-4724 | Norddeutsche Landesbank Luxembourg, S.A. |
| NuCO2<br>2800 S.E. Market Place<br>Stuart FL 34997-4965 | P.P.T.A., Inc., or Harold Hoyt<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center Dr.<br>Ste. 420<br>Southfield, MI 48076-4140 | Quill.com<br>Attn: Daneen Kastanek<br>1 Environmental Way<br>Broomfield CO 80021-3415 |
| Staples, Inc.<br>Attn: Daneen Kastanek<br>300 Arbor Lake Drive<br>Columbia SC 29223-4582 | U.S. Bank National Association<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 | Upright Wrecking & Demolition<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 |
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC N0005-055<br>Des Moines, IA 50309-3605 | Xerox Corporation c/o<br>OSIPOV BIGELMAN, P.C.<br>2700 Civic Center Dr, Suite 420<br>Southfield, MI 48076 | Ailene Jeter<br>18559 Brinker<br>Detroit, MI 48234-1537 |
| Aleta Atchinson-Jorgan<br>7412 Saint Paul<br>Detroit, MI 48214-2337 | Alice Pruitt<br>18251 Freeland<br>Detroit, MI 48235-2537 | Alma Cozart<br>18331 Shaftsbury<br>Detroit, MI 48219-2811 |

| | | |
|---|---|---|
| Althea Long<br>9256 Braile<br>Detroit, MI 48228-1606 | Angela Crockett<br>19680 Roslyn Rd.<br>Detroit, MI 48221-1842 | Anthony G. Wright Jr.<br>649 Alger<br>Detroit, MI 48202-2150 |
| Arthur Evans<br>11391 Nottingham Rd.<br>Detroit, MI 48224-1124 | Barry Allen<br>Vanguardians<br>POB 11202<br>Glendale, CA 91226-7202 | Bill Schuette<br>Michigan Department of Attorney General<br>P.O. Box 30754<br>Lansing, MI 48909-8254 |
| Bruce Goldman | Calvin Turner<br>16091 Edmore<br>Detroit, MI 48205-1432 | Caralyce M. Lassner<br>Caralyce M. Lassner, JD, PC<br>8300 Hall Road, Suite 201<br>Utica, MI 48317-5506 |
| Charles Taylor<br>11472 Wayburn<br>Detroit, MI 48224-1636 | Charles Williams II<br>6533 E. Jefferson<br>Apt 118<br>Detroit, MI 48207-4344 | Charles D Brown<br>1365 Joliet Place<br>Detroit, MI 48207-2833 |
| Cheryl Smith Williams<br>3486 Baldwin<br>Detroit, MI 48214-1704 | Claudette Campbell<br>1021 Winchester Ave.<br>Lincoln Park, MI 48146-4248 | Cynthia Blair<br>8865 Espes<br>Detroit, MI 48204-2721 |
| David Bullock<br>701 W. Hancock<br>Detroit, MI 48201-1119 | David Dye<br>19313 Ardmore<br>Detroit, MI 48235-1704 | David Sole<br>2921 E Jefferson Ste 205<br>Detroit, MI 48207-4267 |
| David Gilbert Heiman<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1163 | Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505 | Deborah Moore<br>4436 Lemay Road<br>Detroit, MI 48214-1677 |
| Deborah Pollard<br>20178 Pinehurst<br>Detroit, MI 48221-1060 | Dempsey Addison<br>2727 Second Ave.<br>Suite 152<br>Detroit, MI 48201-2673 | Dennis Taubitz<br>4190 Devonshire Rd.<br>Detroit, MI 48224-3636 |
| Dolores A. Thomas<br>17320 Cherrylawn<br>Detroit, MI 48221-2569 | Donald Taylor<br>1809 Bullock Rd<br>Lapeer, MI 48446-9705 | Donald Taylor<br>Retired Detroit Police and Fire Fighter<br>2525 E. 14 Mile Rd.<br>Sterling Heights, MI 48310-5969 |
| Douglas C. Bernstein<br>Plunkett Cooney<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304-5095 | Dwight Boyd<br>19337 Concord<br>Detroit, MI 48234-2909 | Edward Lowe<br>18046 Sussex<br>Detroit, MI 48235-2834 |

| | | |
|---|---|---|
| Elmarie Dixon<br>4629 Philip St.<br>Detroit, MI 48215-2127 | Floreen Williams<br>16227 Birwood<br>Detroit, MI 48221-2873 | Frank M. Sloan Jr.<br>18953 Pennington Dr.<br>48221-2167 |
| Fraustin Williams<br>11975 Indiana<br>Detroit, MI 48204-1033 | Gretchen R Smith<br>3901 Grand River Ave #913<br>Detroit, MI 48208-2854 | Heather Lennox<br>222 East 41st Street<br>New York, NY 10017-6739 |
| Helen Powers<br>100 Winona<br>Highland Park, MI 48203-3338 | Horace E. Stallings<br>1492 Sheridan St.<br>Detroit, MI 48214-2408 | Jacqueline Esters<br>18570 Glastonbury<br>Detroit, MI 48219 |
| Janet M Ziulkowski<br>Ziulkowski & Associates PLC<br>17001 Nineteen Mile Rd Ste 1-D<br>Clinton Township, MI 48038-4867 | Jean Vortkamp<br>11234 Craft<br>Detroit, MI 48224-2436 | Jerry Ford<br>9750 W. Outer Drive<br>Detroit, MI 48223-1231 |
| Jo Ann Watson<br>100 Riverfront Drive<br>Detroit, MI 48226-4539 | Joann Jackson<br>16244 Princeton<br>Detroit, MI 48221-3318 | Jonathan S. Green<br>150 W. Jefferson<br>Ste. 2500<br>Detroit, MI 48226-4415 |
| Joseph H Jones<br>19485 Asbuary Park<br>Detroit, MI 48235-2406 | Joyce Davis<br>15421 Strathmoor Street<br>Detroit, MI 48227-5901 | Kay Standridge Kress<br>4000 Town Center<br>Southfield, MI 48075-1410 |
| Kenneth M. Schneider<br>Schneider Miller, P.C.<br>645 Griswold Ste. 3900<br>Detroit, MI 48226-4251 | Kimberli Janette Powell<br>C/o B.O.C. Law Group, P.C.<br>24100 Woodward Ave.<br>Pleasant Ridge, MI 48069-1138 | Krystal A. Crittendon<br>19737 Chesterfield<br>Detroit, MI 48221-1830 |
| Kwabena Shabu<br>2445 Lamothe St.<br>Detroit, MI 48206-2539 | LaVern Holloway<br>16246 Linwood Street<br>Detroit, MI 48221-3310 | Larene Parrish<br>18220 Snowden<br>Detroit, MI 48255-0001 |
| Lavarre W. Greene<br>19667 Roslyn Rd.<br>Detroit, MI 48221-1892 | Leland Prince DTE Energy Co<br>DTE Energy Company<br>One Energy Plaza<br>688-WCB<br>Legal Department<br>Detroit, MI 48226-1221 | Leola Regina Crittendon<br>19737 Chesterfield Road<br>Detroit, MI 48221-1830 |
| Leonard Wilson<br>100 Parsons St., Apt. 712<br>Detroit, MI 48201-2077 | Lewis Dukens<br>1362 Joliet Pl<br>Detroit, MI 48207-2834 | Linda Bain<br>1071Baldwin<br>Detroit, MI 48214-2430 |

| | | |
|---|---|---|
| Lorene Brown<br>2227 Hughes Terrace<br>Detroit, MI 48208-1321 | Lorna Lee Mason<br>1311 Wyoming<br>Detroit, MI 48238 | Lucinda J. Darrah<br>492 Peterboro<br>Detroit, MI 48201-2302 |
| Martin A. O'Brien<br>c/o A. Stephen Ramadan, PLC<br>22201 Harper Ave<br>St. Clair Shores, MI 48080-1865 | Mary Dugans<br>18034 Birchcrest<br>Detroit, MI 48221-2737 | Mary Diane Bukowski<br>9000 E Jefferson #10-9<br>Detroit, MI 48214-4195 |
| Marzelia Taylor<br>11975 Indiana<br>Detroit, MI 48204-1033 | Michael Amine Beydoun<br>4320 Pratt<br>Ann Arbor, MI 48103-1445 | Michael D Shane<br>16815 Patton<br>Detroit, MI 48219-3908 |
| Michael G Benson<br>19395 Parkside<br>Detroit, MI 48221-1869 | Michael Joseph Karwoski<br>26015 Felicity Landing<br>Harrison Township, MI 48045-6401 | Michael K. Pelletier<br>2063 Lakeshore Rd.<br>Applegate, MI 48401 |
| Olivia Gillon<br>18832 Arleen Court<br>Livonia, MI 48152-1963 | Paulette Brown<br>19260 Lancashire<br>Detroit, MI 48223-1374 | Phebe Lee Woodberry<br>803 Gladstone<br>Detroit, MI 48202-1709 |
| Preston West<br>18460 Fairfield<br>Detroit, MI 48221-2229 | Rakiba Brown<br>612 Clairmount St.<br>Detroit, MI 48202-1528 | Raleigh Chambers<br>14861 Ferguson St.<br>Detroit, MI 48227-1413 |
| Randy Beard<br>16840 Strathmoor St.<br>Detroit, MI 48235-4071 | Regina G. Bryant<br>2996 Bewick St.<br>Detroit, MI 48214-2122 | Robbie Lee Flowers<br>6533 E. Jefferson, Apt 602T<br>Detroit, MI 48207-3784 |
| Robert Davis<br>180 Eason<br>Highland Park, MI 48203-2707 | Robert S. Hertzberg<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505 | Roosevelt Lee<br>11961 Indiana<br>Detroit, MI 48204-1033 |
| Russ Bellant<br>19619 Helen<br>Detroit, MI 48234-3052 | Sallie M. Jones<br>4413 W. Philadelphia<br>Detroit, MI 48204-2498 | Samuel L. Riddle<br>1276 Navarre Pl.<br>Detroit, MI 48207-3014 |
| Sandra Carver<br>10110 E. Outer Dr.<br>Detroit, MI 48224-2824 | Sheilah Johnson<br>277 King Street<br>Detroit, MI 48202-2128 | Shirley A Scott |

| | | |
|---|---|---|
| Shirley V Lightsey<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Shirley V Lightsey<br>President-Detroit Retired City Emp As<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Stephen Johnson<br>31354 Evergreen Road<br>Beverly Hils, MI 48025-3806 |
| Stephen S. LaPlante<br>150 W. Jefferson Ave.<br>Suite 2500<br>Detroit, MI 48226-4415 | Thomas Stephens<br>4595 Hereford<br>Detroit, MI 48224-1404 | Timothy King<br>4102 Pasadena<br>Detroit, MI 48238-2632 |
| Tracey Renee Tresvant<br>19600 Anvil<br>Detroit, MI 48205-1822 | Ulysses Freeman<br>14895 Faust<br>Detroit, MI 48223-2322 | William Davis<br>9203 Littlefield<br>Detroit, MI 48228-2591 |
| William Hickey<br>14910 Lamphere St.<br>Detroit, MI 48223-1875 | William Curtis Walton<br>4269 Glendale<br>Detroit, MI 48238-3211 | William D. Ford<br>18034 Birchcrest Dr.<br>Detroit, MI 48221-2737 |
| William J. Howard<br>17814 Charest<br>Detroit, MI 48212-1082 | Zelma Kinchloe<br>439 Henry St<br>Detroit, MI 48201-2609 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ambac Assurance Corporation | (u)Assured Guaranty Municipal Corp. | (u)BlackRock Financial Management, Inc. |
| (u)Blue Cross Blue Shield of Michigan and Blu | (u)Center for Community Justice and Advocacy | (u)Courtesy Notice |
| (u)Detroit Fire Fighters Association, I.A.F.F | (u)Detroit Institute of Arts | (u)Detroit Police Command Officers Associatio |
| (u)Detroit Police Lieutenants and Sergeants A | (u)Detroit Police Officers Association | (u)Deutsche Bank Securities Inc. |

| | | |
|---|---|---|
| (u)Dexia Credit Local | (u)Dexia Holdings, Inc. | (u)Downtown Development Authority |
| (u)Enjoi Transportation, LLC | (u)General Motors LLC | (u)General Retirement System of the City of D |
| (u)Genuine Parts Company | (u)HRT Enterprises | (u)Health Alliance Plan of Michigan |
| (u)Hercules & Hercules, Inc.<br>19055 W. Davidson<br>Detroit | (u)IBM Credit LLC | (u)International Business Machines Credit LLC |
| (u)International Union of Operating Engineers | (u)Maddin Hauser Wartell Roth & Heller, PC | (u)Merrill Lynch Capital Services, Inc. |
| (u)Michigan Bell Telephone Company d/b/a AT&T | (u)Michigan Council 25 Of The American Federa | (du)Michigan Council 25 of the American Feder |
| (u)Michigan Property Tax Relief, LLC | (u)National Public Finance Guarantee Corporat | (u)Nuveen Asset Management |
| (u)P.P.T.A., Inc., or Harold Hoyt | (u)Schneiderman and Sherman, P.C. | (u)Service Employees International Union, Loc |
| (u)Syncora Capital Assurance Inc. | (u)Syncora Guarantee Inc. | (u)Syncora Holdings Ltd. |
| (u)T&T Management, Inc.<br>, FL | (u)U.S. Bank N.A. | (u)U.S. Bank National Association |

| | | |
|---|---|---|
| (u)UBS AG | (u)US Health & Life Insurance Company | (u)United States Nuclear Regulatory Commissio |
| (u)United States of America | (u)Wade Trim Associates, Inc. | (u)Xerox Corporation |
| (u)Brown Rehabilitation Management, Inc.<br>29688 Telegraph<br>Suite 100<br>Southfield48034 | (d)Chase Paymentech, LLC<br>Attn: Lazonia Clark, Business Analyst<br>14221 Dallas Pkwy, Bldg II<br>Dallas, TX 75254-2942 | (d)Eaton Vance Management<br>William Delahunty<br>2 International Place<br>Boston, MA 02110-4101 |
| (d)Iron Mountain Information Management, LLC<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 | (d)Michigan Auto Recovery Service, Inc.<br>8850 Southfield<br>Detroit MI 48228-1976 | (u)Michigan Community Action Agency Associati |
| (du)Michigan Council 25 of the American Feder | (u)Daniel M. McDermott | (u)Donald Glass |
| (u)Gary Segatti | (u)Gerald Rosen | (u)Heidi Peterson |
| (u)James Herbert | (u)John Denis | (u)Johnnie R. Carr<br>11310 Mansfield |
| (u)Judith West | (u)Karl E. Shaw | (u)Keetha R. Kittrell<br>22431 Tireman |
| (u)Lou Ann Pelletier | (u)Mary Washington | (u)Mary Whitson |
| (u)Michael Wells | (u)Michael J. Abbott | (u)Mignon Lott |

| | | |
|---|---|---|
| (d)Nathaniel Brent<br>538 South Livernois<br>Detroit, MI 48209-3031 | (u)Shirley Tollivel | (u)Sylvester Davis |

End of Label Matrix
Mailable recipients   163
Bypassed recipients    75
Total                 238