UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  ) Chapter 9
 )
CITY OF DETROIT, MICHIGAN, ) Case No. 13-53846
 )
 ) Hon. Steven W. Rhodes
Debtor. )

# EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1 | Webster Defendants' Motion for Summary Disposition |
| 2 | Webster Declaratory Judgment |
| 3 | Transcript July 24, 2013 Hearing |
| 4 | Webster Verified Complaint |
| 5 | Transcript July 19, 2013 Hearing Webster Case |
| 6 | Webster Case Register of Actions |
| 7 | Unpublished Cases Cited in Eligibility Objection |