# EXHIBIT 6

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

| Case Number | Status | Judge |
|---|---|---|
| 13-000734-CZ-C30 | CLOSED | AQUILINA, ROSEMARIE E. |

| In The Matter Of | | Action |
|---|---|---|
| WEBSTER, GRACIE et al VS DEFENDANT: MI STATE OF et al | | COMPLAINT W/ SUMMONS |

| Party | Type | Attorneys |
|---|---|---|
| THOMAS, VERONICA | PLNTF | CANZANO, JOHN R.<br>400 GALLERIA OFFICENTER #117<br>SOUTHFIELD, MI 48034 |
| WEBSTER, GRACIE | PLNTF | CANZANO, JOHN R.<br>400 GALLERIA OFFICENTER #117<br>SOUTHFIELD, MI 48034 |
| GOV MI | DFNDT | |
| MI STATE OF | DFNDT | |
| TREASURER MI | DFNDT | |

| Opened | Judgment Date | Case Type |
|---|---|---|
| 07/03/2013 | | CZ - OTHER GENERAL CIVIL |

Comments:

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr   Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 1 | 07/03/13 | ATIMMER | COMPLAINT FILED  Receipt: 322485  Date: 07/03/2013 | 150.00 | 0.00 |
| 2 | 07/03/13 | ATIMMER | SUMMONS ISSUED | 0.00 | 0.00 |
| 3 | 07/03/13 | MKAHARI | MISCELLANEOUS MOTION FOR DECLARATORY JUDGMENT AND EXPEDITED HEARING OR IN THE ALT FOR PRELIM INJUNCTION | 0.00 | 0.00 |
| 4 | 07/03/13 | MKAHARI | BRIEF IN SUPPORT OF MOTION FOR DECLARATORY JUDGMENT AND EXPEDITED HEARING OR IN THE ALT FOR PRELIM INJUNCTION | 0.00 | 0.00 |
| 5 | 07/03/13 | KAMILTON 1 | ORDER OF REASSIGNMENT FROM JUDGE CANADY TO JUDGE AQUILINA | 0.00 | 0.00 |
| 6 | 07/05/13 | MKAHARI | ORDER TO SHOW CAUSE ON JULY 22, 2013 AT 9 | 0.00 | 0.00 |
| 7 | 07/05/13 | MKAHARI | SUMMONS ISSUED | 0.00 | 0.00 |
| 8 | 07/09/13 | KAMILTON 1 | CASE REASSIGNED FROM TO<br>The judge was changed from CANADY III, CLINTON | 0.00 | 0.00 |

Date: 08/06/2013  09:52:32.6  Register of Actions  Page: 2
MIJR5926
                                Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

13-000734-CZ-C30   WEBSTER, GRACIE et al VS DEFENDANT: MI STATE OF et al

| No. | Date of Filing | Operator | Pleadings and Actions  Journal Book-Page-Nbr   Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 9 | 07/09/13 | DCLINE | HEARING SET: Event: SHOW CAUSE HEARING Date: 07/22/2013   Time: 9:00 am Judge: AQUILINA, ROSEMARIE E.   Location: COURTROOM 5 - VETERANS MEMORIAL  Result: CANCELLED | 0.00 | 0.00 |
| 10 | 07/11/13 | KAMILTON1 | PROOF OF SERVICE ON 070513 A COPY OF SUMMONS & COMPLAINT PERSONALLY SERVED UPON GOVERNOR SYNDER; STATE OF MICHIGAN; DEPT OF TREASURY | 0.00 | 0.00 |
| 11 | 07/15/13 | AMARES | PROOF OF SERVICE ON 07/15/13 BY EMAIL AND FIRST CLASS MAIL- A COPY OF THE DEFS' RESPONSE TO PLTS' MOTION FOR DECLARATORY JUDGMENT OR PRELIMINARY INJUNCTION AND BRIEF IN SUPPORT OF DEFS' MOTION FOR SUMMARY DISPOSITION UPON COUNSEL FOR PLTS | 0.00 | 0.00 |
| 12 | 07/15/13 | AMARES | DEFS' MOTION FOR SUMMARY DISPOSITION Attorney: QUASARANO, THOMAS (27982) | 0.00 | 0.00 |
| 13 | 07/15/13 | AMARES | DEFS' RESPONSE TO PLTS' MOTION FOR DECLARATORY JUDGMENT OR PRELIMINARY INJUNCTION AND BRIEF IN SUPPORT OF DEFS' MOTION FOR SUMMARY DISPOSITION Attorney: QUASARANO, THOMAS (27982) | 0.00 | 0.00 |
| 14 | 07/15/13 | AMARES | NOTICE OF HEARING FOR DEFS' MOTION FOR SUMMARY DISPOSITION ON 07/22/13 @ 9AM Attorney: QUASARANO, THOMAS (27982) | 0.00 | 0.00 |
| 15 | 07/16/13 | KAMILTON1 | REQUEST FOR FILM AND ELECTRONIC MEDIA COVERAGE OF COURT PROCEEDINGS / DETROIT NEWS PHOTOGRAPHER TO APPEAR ON 7/22/13 @ 9AM | 0.00 | 0.00 |
| 16 | 07/18/13 | RLMONTROY | ORDER DENYING DEFS' REQUEST FOR STAY | 0.00 | 0.00 |
| 17 | 07/18/13 | RLMONTROY | TEMPORARY RESTRAINING ORDER | 0.00 | 0.00 |
| 18 | 07/18/13 | RLMONTROY | REPLY BRIEF IN SUPPORT OF MOTION FOR DECLARATORY JUDGMENT AND EXPEDITED HEARING PURSUANT TO MCR 2.605(D), OR IN THE ALTERNATIVE FOR PRELIMINARY IINJUNCTION; W/POS Attorney: CANZANO, JOHN R. (30417) | 0.00 | 0.00 |
| 19 | 07/19/13 | SBARKLEY | MOTION FEE   Receipt: 323438  Date: 07/19/2013 | 20.00 | 0.00 |

Date: 08/06/2013  09:52:32.7       Register of Actions                                      Page: 3
MIJR5926
                                          Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

13-000734-CZ-C30    WEBSTER, GRACIE et al VS DEFENDANT: MI STATE OF et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr  Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 20 | 07/19/13 | RLMONTROY | ORDER - DEFS' MOTION TO STAY PENDING APPEAL, THE ENFORCEMENT OF COURT'S ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF PRELIMINARY INJUNCTION IS DENIED FOR REASONS STATED ON THE RECORD | 0.00 | 0.00 |
| 21 | 07/19/13 | RLMONTROY | ORDER - DEFS' MOTION FOR SUMMARY DISPOSITION IS DENIED FOR REASONS STATED ON THE RECORD | 0.00 | 0.00 |
| 22 | 07/19/13 | RLMONTROY | ORDER OF DECLARATORY JUDGMENT (3PGS) - GOVERNOR MUST DIRECT EMERGENCY MANAGER TO IMMEDIATELY WITHDRAW THE CHAPTER 9 PETITION FILED ON 07/18 AND NOT AUTHORIZE ANY FURTHER CHAPTER 9 FILING WHICH THREATENS TO DIMINISH OR IMPAIR PENSION BENEFITS, COPY OF ORDER SHALL BE TRANSMITTED TO PRESIDENT OBAMA | 0.00 | 0.00 |
| 23 | 07/19/13 | RLMONTROY | NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY CASE AND APPLICATION OF THE AUTOMATIC STAY  Attorney: LEVINE, JACLYN SHOSHANA (58938) | 0.00 | 0.00 |
| 24 | 07/19/13 | RLMONTROY | REQUEST FOR FILM AND ELECTRONIC MEDIA COVERAGE OF COURT PROCEEDINGS FOR HEARING ON 07/22/13 - WDIV-TV | 0.00 | 0.00 |
| 25 | 07/19/13 | RLMONTROY | EMERGENCY MOTION TO ADVANCE HEARING ON MOTION FOR DECLARATORY JUDGMENT OR IN THE ALTERNATIVE FOR PRELIMINARY INJUNCTION  Attorney: CANZANO, JOHN R. (30417) | 0.00 | 0.00 |
| 26 | 07/22/13 | DCLINE | EVENT CANCELLED  The following event: SHOW CAUSE HEARING scheduled for 07/22/2013 at 9:00 am has been resulted as follows:  Result: CANCELLED  Judge: AQUILINA, ROSEMARIE E.   Location: COURTROOM 5 - VETERANS MEMORIAL  Result Staff:   Staff: COURT REPORTER: HAMLIN, JEAN ANN  Certification Number: 3218 | 0.00 | 0.00 |
| 27 | 07/22/13 | DCLINE | HEARING SET:  Event: HEARING  Date: 07/19/2013   Time: 9:00 am  Judge: AQUILINA, ROSEMARIE E.   Location: COURTROOM 5 - VETERANS MEMORIAL  Result: HEARING HELD ON THE RECORD | 0.00 | 0.00 |

Date: 08/06/2013   09:52:32.8                    Register of Actions                                      Page: 4
MIJR5926
                                                      Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

13-000734-CZ-C30    WEBSTER, GRACIE et al VS DEFENDANT: MI STATE OF et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr  Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 28 | 07/22/13 | DCLINE | C30 HEARING HELD ON THE RECORD<br>The following event: HEARING scheduled for 07/19/2013 at 9:00 am has been resulted as follows:<br><br>Result: HEARING HELD ON THE RECORD<br>Judge: AQUILINA, ROSEMARIE E.   Location: COURTROOM 5 - VETERANS MEMORIAL<br>Result Staff:<br>  Staff: COURT REPORTER: DEXTER, MELINDA<br>Certification Number: 4629 | 0.00 | 0.00 |
| 29 | 07/22/13 | AMARES | REQUEST FOR FILM AND ELECTRONIC MEDIA COVERAGE OF COURT PROCEEDINGS ON 7/22/13 @ 9AM/DETROIT FREE PRESS | 0.00 | 0.00 |
| 30 | 07/22/13 | AMARES | TRANSCRIPT OF PROCEEDINGS ON 07/19/13 FOR MOTION TO AMEND PRELIMINARY INJUNCTION, MOTION FOR DEFAULT JUDGMENT, AND MOTION FOR SUMMARY DISPOSITION | 0.00 | 0.00 |
| 31 | 07/22/13 | AMARES | PROOF OF SERVICE ON 07/19/13 BY ELECTRONIC MAIL AND FIRST CLASS US MAIL- A COPY OF THE NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY CASE AND APPLICATION OF THE AUTOMATIC STAY AND POS UPON COUNSEL FOR PLT AND DEF | 0.00 | 0.00 |
| 32 | 07/22/13 | AMARES | TRANSCRIPT OF PROCEEDINGS ON 07/18/13-- MOTION FOR PRELIMINARY INJUNCTION-- REPORTED BY MELINDA DEXTER CSR- 4629 | 0.00 | 0.00 |
| 33 | 07/22/13 | AMARES | PROOF OF SERVICE 7/22/13 RE: MEDIA REQUEST(EDIV-TV) UPON PLT'S AND DEF'S COUNSEL TABLES IN COURTROOM | 0.00 | 0.00 |
| 34 | 07/23/13 | SBARKLEY | MOTION FEE  Receipt: 323642  Date: 07/23/2013 | 20.00 | 0.00 |
| 35 | 07/25/13 | AMARES | PROOF OF SERVICE 072213 BY FIRST CLASS US MAIL- COPY OF THE ORDER OF DECLARATORY JUDGMENT UPON PRESIDENT BARACK OBAMA | 0.00 | 0.00 |
| 36 | 07/25/13 | RLMONTROY | 07/23/13 ORDER FROM COURT OF APPEALS - MOTION FOR STAY PENDING APPEAL IS GRANTED, ALL FURTHER PROCEEDINGS ARE STAYED PENDING RESOLUTION OF APPEAL | 0.00 | 0.00 |
| 37 | 07/30/13 | RLMONTROY | 07/29/13 ORDER FROM COURT OF APPEALS - APPEALS COURT ORDERS CIRCUIT COURT CASE CLOSED W/O PREJUDICE PENDING BANKRUPTCY, WHEN BANKRUPTCY STAY HAS BEEN REMOVED CASE MAY BE REOPENED ON MOTION | 0.00 | 0.00 |

Date: 08/06/2013  09:52:32.9         Register of Actions                                    Page: 5
MIJR5926
                                              Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

13-000734-CZ-C30    WEBSTER, GRACIE et al VS DEFENDANT: MI STATE OF et al

| No. | Date of Filing | Operator Pleadings and Actions | | Original Amt Due/ | Balance Due |
|---|---|---|---|---|---|
| | | Journal Book-Page-Nbr | Ref Nbr | Amt Dismissed | |
| 38 | 08/01/13 | RLMONTRO CASE CLOSED C30 Y | | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Totals By: COURT COSTS | 190.00 | 0.00 |
| INFORMATION | 0.00 | 0.00 |

Date: 08/06/2013   09:52:33.0      Register of Actions                                           Page: 6
MIJR5926
                                         Detail
INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

13-000734-CZ-C30    WEBSTER, GRACIE et al VS DEFENDANT; MI STATE OF et al
                         *** End of Report ***