IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
) Chapter 9
CITY OF DETROIT, MICHIGAN )
) Case No. 13-53846
Debtor. )
)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for The Bank of New York Mellon ("BNY Mellon"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statements and plans of adjustment, or other documents, filed or entered in this case be transmitted to:

| | |
|---|---|
| David A. Rosenzweig<br>FULBRIGHT & JAWORSKI LLP<br>666 Fifth Avenue<br>New York, New York 10103-3198<br>Telephone: (212) 318-3000<br>Facsimile: (212) 318-3400<br>david.rosenzweig@nortonrosefulbright.com | Melanie M. Kotler<br>FULBRIGHT & JAWORSKI LLP<br>666 Fifth Avenue<br>New York, New York 10103-3198<br>Telephone: (212) 318-3000<br>Facsimile: (212) 318-3400<br>melanie.kotler@nortonrosefulbright.com |
| Scott A. Wolfson<br>WOLFSON BOLTON PLLC<br>3150 Livernois, Suite 275<br>Troy, MI 48083<br>Telephone: (248) 247-7103<br>Facsimile: (248) 247-7099<br>E-Mail: swolfson@wolfsonbolton.com | Anthony J. Kochis<br>WOLFSON BOLTON PLLC<br>3150 Livernois, Suite 275<br>Troy, MI 48083<br>Telephone: (248) 247-7105<br>Facsimile: (248) 247-7099<br>E-Mail: akochis@wolfsonbolton.com |

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any and all disclosure statements or plans filed in these cases.

Neither this Request for Notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of BNY Mellon's:

    a.    right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

    b.    right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated a legal or private right, or in any case, controversy or

{00017056.DOC }

proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2)(H), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

      c.    right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

      d.    other rights, claims, actions, defenses, setoffs, recoupments or other matters to which BNY Mellon is rightly entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto BNY Mellon without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated: August 20, 2013

By:   /s/ Anthony J. Kochis
Anthony J. Kochis (P72020)
Scott A. Wolfson (P53194)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7105
Facsimile: (248) 247-7099
E-Mail: akochis@wolfsonbolton.com

and

*Pending admission under
E.D. Mich. LR 83.20

FULBRIGHT & JAWORSKI LLP
David A. Rosenzweig*
Melanie M. Kotler*
666 Fifth Avenue
New York, New York 10103
(212) 318-3000

COUNSEL FOR THE BANK OF
NEW YORK MELLON