UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

----------------------------------------------------------------x
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
----------------------------------------------------------------x

# *EX PARTE* ORDER AUTHORIZING UAW TO FILE AN ELIGIBILITY OBJECTION IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the Ex Parte Motion of International Union, UAW ("UAW") for an Order Authorizing It to File an Eligibility Objection in Excess of Page Limit (the "Motion"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. UAW is granted relief from Eastern District of Michigan Local Rule 7.1(d)(3)(A) to file a response in excess of twenty-five (25) pages.

.

**Signed on August 20, 2013**

                                            /s/ Steven Rhodes
                                            **Steven Rhodes**
                                            **United States Bankruptcy Judge**