UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

**ORDER AUTHORIZING THE DETROIT RETIREMENT SYSTEMS TO FILE AN ELIGIBILITY OBJECTION IN EXCESS OF TWENTY-FIVE PAGES**

This matter having come before the Court upon the *Ex Parte* Motion of the Detroit Retirement Systems for an Order Authorizing Them to File an Eligibility Objection in Excess of Twenty-Five Pages (the "Motion"); the Court having considered the Motion and finding that good cause exists for granting the relief requested:

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Retirement Systems[1] are granted relief from E.D. Mich. LR 7.1(d)(3)(A) and are authorized to file an objection to the City's eligibility to be a

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

Chapter 9 debtor in excess of twenty-five (25) pages.

.

**Signed on August 20, 2013**

                                                 /s/ Steven Rhodes
                                           **Steven Rhodes**
                                           **United States Bankruptcy Judge**