In re:                                          Chapter 9

City of Detroit, Michigan,                      Case No. 13-53846

                    Debtor.                     Hon. Steven W. Rhodes
_____/               Hon. Gerald E. Rosen

## AMENDED ORDER TO CERTAIN PARTIES TO APPEAR
## FOR FIRST MEDIATION SESSION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____August 20, 2013_____

PRESENT:   Honorable Gerald E. Rosen
                  United States District Chief Judge

**TO:**   The City of Detroit/Emergency Manager
         General Retirement System
         Police and Fire Retirement System
         Michigan Council 25 of the American Federation of, State,
              County, and Municipal Employees ("AFSCME")
         International Union, UAW
         U.S. Bank National Association, as Trustee, Bond Registrar, Transfer Agent,
              Paying Agent, Custodian and Contract Administrator
         National Public Finance Guarantee Corporation
         Syncora Capital Assurance, Inc.
         Berkshire Hathaway Reinsurance Group
         Assured Guaranty Municipal Corporation
         Ambac Assurance Corporation
         Financial Guaranty Corporation
         The Detroit Fire Fighters Association
         The Detroit Police Officers Association
         The Detroit Police Lieutenants & Sergeants Association
         The Detroit Police Command Officers Association
         Downtown Development Authority
         The State of Michigan
         Michigan Department of Attorney General/Attorney General Bill Schuette

Pursuant to the August 16, 2013 First Order Referring Matters to Facilitative Mediation,

**IT IS HEREBY ORDERED** the above-named parties shall appear for an **initial mediation session** before the Honorable Gerald E. Rosen, Chief Judge of the United States District Court for the Eastern District of Michigan, in his Courtroom, Room 734 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226, on <u>**Tuesday,**</u> <u>**September 17, 2013**</u> at <u>**11:00 a.m.**</u>.

**IT IS FURTHER ORDERED** that, for said mediation session, and for any further session, each party shall be represented by **no more than two (2) attorneys and two (2) party-representatives** who have full authority to engage in settlement negotiations.  *See* Local Bankruptcy Rule 7016-2(6); Eastern District of Michigan Local Rule 16.1(c) ("At settlement conferences, all parties must be present, including, in the case of a party represented by an insurer, a claim representative with authority adequate for responsible and effective participation in the conference.")

<div style="margin-left:40%">

s/Gerald E. Rosen
Chief Judge, United States District Court

</div>

Dated:  August 20, 2013