**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                  **Chapter 9**

**City of Detroit, Michigan,**                          **Case No. 13-53846**

        **Debtor.**                        **Hon. Steven W. Rhodes**
_____/                             **Hon. Gerald E. Rosen**

**AMENDED ORDER FOR THE**
**FILING OF MEDIATION STATEMENT**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____August 20, 2013_____

PRESENT:   Honorable Gerald E. Rosen
                    United States District Chief Judge

**TO:**   The City of Detroit/Emergency Manager
      General Retirement System
      Police and Fire Retirement System
      Michigan Council 25 of the American Federation of, State,
          County, and Municipal Employees ("AFSCME")
      International Union, UAW
      U.S. Bank National Association, as Trustee, Bond Registrar, Transfer Agent,
          Paying Agent, Custodian and Contract Administrator
      National Public Finance Guarantee Corporation
      Syncora Capital Assurance, Inc.
      Berkshire Hathaway Reinsurance Group
      Assured Guaranty Municipal Corporation
      Ambac Assurance Corporation
      Financial Guaranty Insurance Company
      The Detroit Fire Fighters Association
      The Detroit Police Officers Association
      The Detroit Police Lieutenants & Sergeants Association
      The Detroit Police Command Officers Association
      Downtown Development Authority
      The State of Michigan
      Michigan Department of Attorney General/Attorney General Bill Schuette

This matter having been referred to the undersigned for facilitative mediation; and the above-named parties having been directed to appear for the first mediation session on September 17, 2013;

NOW, THEREFORE,

**IT IS HEREBY ORDERED** that on or before **August 28, 2013, 5:00 p.m.**, the above-named parties shall each submit a confidential **Mediation Statement**, "for mediator's eyes, only," **no more than seven (7) pages in length**, setting forth a concise statement of the party's position and objectives in mediation. Such statement will not be shared with other parties and, therefore, should provide the mediator with that party's candid position and objectives.

**THE MEDIATION STATEMENT IS <u>NOT</u> TO BE FILED WITH THE BANKRUPTCY COURT**, but rather is to be submitted electronically by emailing it to **efile_rosen@mied.uscourts.gov**.

This Order supersedes the August 16, 2013 Sealed Order for the Filing of Mediation Statements at Dkt. # 349.

**SO ORDERED.**

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: August 20, 2013