UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>      Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

*FILED 2013 AUG 20 A 9:50 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT*

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002(a) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

**PLEASE TAKE NOTICE** that, Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby requests that all notices given or required to be given in this case and any case consolidated herewith or any resulting converted case, and all papers served or required to be served in this case and any case consolidated herewith, on behalf of HP Enterprise Services, LLC, be given to and served upon:

Michael D. Warner, Esq.
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
301 Commerce Street, Ste 1700
Fort Worth, Texas 76102
Telephone: 817-810-5250
Facsimile: 817-810-5255
Email: mwarner@coleschotz.com

And

Ayala Hassell, Esq.
**HP ENTERPRISE SERVICES, LLC**
5400 Legacy Drive
Plano, Texas 75024
Telephone: 972-605-5507
Facsimile: 972-605-5616
Email: ayala.hassell@hp.com

And

Ken Higman
**HP ENTERPRISE SERVICES, LLC**
12610 Park Plaza Dr., Suite 100
Cerritos Ca 90703
Telephone: 562-405-3120
Facsimile: 714-364-6206
Email: ken.higman@hp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002,

3017, or 9007 of the Federal Rules of Bankruptcy Procedure, and also includes, without

limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings,

motions, applications, complaints, demands, hearings, requests or petitions, disclosure

statements, answering or reply papers, memoranda and briefs in support of any of the foregoing

and any other document brought before the Court with respect to this case, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery,

telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned

be added to the Notice List for notice of all contested matters, adversary proceedings, and other

proceedings in this Chapter 9 case.

DATED: August 19, 2013

By: _____
Michael D. Warner, Esq.
**COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.**
301 Commerce Street, Ste 1700
Fort Worth, TX 76102
817-810-5250 Telephone
817-810-5255 Facsimile

ATTORNEY FOR HP ENTERPRISE SERVICES, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading has been served on the individuals listed below by pre-paid postage U.S.P.S. First Class, on this 19th day of August, 2013.

_____
Michael D. Warner

*Debtor:*
City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit, MI 48226

*Attorneys for Debtor:*
**Jonathan S. Green, Esq.**
**Stephen S. LaPlante, Esq.**
Miller Canfield P.L.C.
150 W. Jefferson
Ste. 2500
Detroit, MI 48226

**Heather Lennox, Esq.**
Jones Day
222 East 41st Street
New York, NY 10017

**David Gilbert Heiman, Esq.**
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114

**Deborah Kovsky-Apap, Esq.**
**Robert S. Hertzberg, Esq.**
**Kay Standridge Kress, Esq.**
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, MI 48075

*U.S. Trustee's Office:*
**Sean M. Cowley**
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

3