UNITED STATES BANCKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

FILED

2013 AUG 20 A 10: 56

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

_____X

In re

CITY OF DETROIT, MICHIGAN,

Debtor

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

OCCUPANT 19165 STOTTER

DEFENDANT

_____X

OBJECTIONS AND ENTRY OF ORDER for RELIEF TO CASE # 13-53846 CITY OF DETROIT

BANKRUPTCY CHAPTER 9 PETITION

Occupant of 19165 Stotter, Street, Detroit, Michigan 48234, answers bankruptcy notice of petition by City of Detroit Chapter 9, delivered to known address 19165 StotterDetroit Michigan 48234 and enters order for relief.

1. 19165 Stotter, Detroit, Michigan, 48234 is a private owned property, purchased by Andrea Edwards, from Angel Group Inc. in City of Detroit, Michigan. Property at 19165 Stotter, Detroit, Michigan 48234 shall not be listed in any Bankrupty petition, by city of Detroit No Contest.
2. No Contest
3. No Contest
4. No Contest

5. No Contest
6. No Contest
7. No Contest
8. No Contest
9. No Contest
10. No contest
11. Occupant Andrea Edwards, enters objections to all pleadings in bankruptcy case #13-53846, and seeks relief from any and all Bankruptcy petions by City of Detriot that may include property address 19165 Stotter, Detroit Michigan 48234.
12. No contest
13. No Contest

It is so ordered, that occupant Andrea Edwards, and 19165 Stotter, relieved from City of Detroit's Bankruptcy petition 13-53846 pending in United States Bankruptcy Court.

Relieve sought is so ordered.

_____,
JUDGE




RE: OCCUPANT

19165 STOTTER, DETROIT, MICHIGAN 48234

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————————————X

In re

CITY OF DETROIT, MICHIGAN,

DEBTOR

19165 Stotter, Detroit

DEFENDANT,

CHAPTER 9

Case No. 13-53846

HON. Steven W. Rhodes

Proof of service

On this day August 19, 2013 Andrea Edwards, Occupant of 19165 Stotter. Detroit, Michigan has placed in U.S mail answer and orders for relief and objections to case #13-53846 City of Detroit petition for bankruptcy. Mailed to City of Detroit, Michigan, c/p KCC 233 Alaska Ave. El Segundo, California 90245 and delivered to UNITED STATES BANKRUPTCY COURT FOR EASTERN DISTRICT OF MICHIGAN, 231 West Lafayette Street, Detroit, Michigan 48226.

*Andrea Edwards*     Certified mail #7012 2920 0000 7813 8028

ANDREA EDWARDS, Occupant

19165 Stotter

Detroit, Michigan 48234

AUGUST 19, 2013