UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013, I caused the *Objection of the Retired Detroit Police Members Association to City of Detroit Chapter 9 Petition* to be filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 20, 2013

**STROBL & SHARP, PC**

/s/ Meredith E. Taunt
Meredith E. Taunt (P69698)
300 East Long Lake Road, Ste. 200
Bloomfield Hills, Michigan 48034-2376
Phone No.: (248) 540-2300
mtaunt@stroblpc.com

J:\DOCS\85244\001\PLDG\SB425173.DOC