UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   No. 13-53846-SWR
                             Chapter 9
    Debtor.                  Judge Rhodes
_____/

## AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that undersigned hereby files an appearance as local counsel for the Ad Hoc COPs Holders, consisting of those entities disclosed on Exhibit A to the First Verified Statement Pursuant to Rule 2019 filed on August 16, 2013 [Docket No. 359], and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Timothy R. Graves
> ALLARD & FISH, P.C.
> 2600 Buhl Building
> 535 Griswold
> Detroit, MI 48226
> Telephone: (313) 961-6141
> Facsimile: (313) 961-6142
> tgraves@allardfishpc.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) the right to have final orders in non–core matters entered only after de novo review by the District Court; (2) the right to a trial by jury in any proceeding so triable in the above–captioned case or any case, controversy, or proceeding related to this case; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments which are or may be applicable under agreements, in

law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly preserved.

                                        ALLARD & FISH, P.C.

                                        /S/Timothy R. Graves
                                        Attorneys for the Ad Hoc COPs Holders
                                        2600 Buhl Building
                                        535 Griswold Avenue
                                        Detroit, Michigan 48226
                                        (313) 961-5231
                                        tgraves@allardfishpc.com
                                        P64622

Dated   August 20, 2013
z:\13\079\plds\appearance.amended.trg.doc