FILED
2013 AUG 20 P 2:23
U.S. BANKRUPTCY COURT
ED MICHIGAN-DETROIT

Aug. 15, 2013

I Charles E. Chatman a faithful employee of the City of Detroit from 1988 to 2009 opposes the bankruptcy of this great city.

I was promised a full retirement package for my loyalty and my hard working services. Each and every day on my job, my efforts was a 110%. I put my whole heart in my job. If my benefits are relinquished it will be very hard for me to survive, I won't be able to maintain my home or buy food for my family.

I worked my whole life looking forward to retirement one day.

Charles E. Chatman
DWS