Xylia Hall
3500 Parker
Det. MI. 48214-1893
(313) 571-6219

To Whom It Concerns:

As a person of interest (Xylia Hall) not totally understanding the total reason of this bankruptcy, and how it will affect me. I (Xylia Hall) am filing this Objections in hopes that all personal belonging - be it income or property is protected from harm.

Respectfully,

Xylia Hall
Xylia Hall

Xylia Hall
CASE # 13-53846.
PRF 60#34 11584441
Honorable: Steven W. Rhodes

FILED (I) 2013 AUG 20 P 3:44 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 541    Filed 08/20/13    Entered 08/20/13 15:47:28    Page 1 of 1