UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit Michigan.

City of Detroit, Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## PROOF OF SERVICE

I hereby certify that on August 20 (date of mailing), I served copies as follows:

1. Document(s) served: Eligibility Objection Deadline as an individual Party of interest.

2. Served upon [name and address of each person served]:

   Xylia Hall
   3500 Parker
   Detroit Michigan 48214-1893

   FILED (I) 2013 AUG 20 PM 3:44 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

3. By First Class Mail.

Dated: Aug 20th, 2013

(Signature of Debtor)

Print Name: Xylia Hall

_____
(Signature of Co-Debtor)

Print Name: _____

13-53846-tjt    Doc 541-1    Filed 08/20/13    Entered 08/20/13 15:47:28    Page 1 of 1