UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to Fed. R. Bankr. P. 9010(b), Peter J. Roberts of Shaw Fishman Glantz & Towbin LLC hereby enters his appearance for Robert M. Fishman, Fee Examiner, in the above-captioned case.

                                                   Robert M. Fishman, Fee Examiner

Dated: August 20, 2013                        By: /s/ Peter J. Roberts
                                                           One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
(312) 980-3888 facsimile
proberts@shawfishman.com