United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In the Matter of
The City of
Detroit, Michigan

Case No. 13-53846-swr
Honorable Steven Rhodes

Motion to Allow
Paper Filing
(Over the Counter)

Charles Iverson, Attorney for Heidi Peterson states:

1. Today is final day to file objections to the filing of the instant bankruptcy.
2. I was just informed by Peterson of her pending case/claim against the City.
3. I filed her claim yesterday but was prematurely shut out by MIeB/UCF.
4. PACER does not answer its phone.

Wherefore it is prayed that I be allowed to file over the counter:
 a. This motion
 b. Accompanying order allowing said filing.
 c. Appearance
 d. Objection (due by August 19, 2013) to the City's Chapter 9 bankruptcy filing.
 e. The claim rejected yesterday by PACER.

[Signature]
P36799
P.O. Box 856
Detroit, MI 48231

RECEIVED AUG 19 2013 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN
August 19, 2013
Date