UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

    Debtor.
_____/

### Order Denying Motion to Allow Paper Filing

A motion to allow paper filing was submitted to the Court on August 19, 2013 by attorney Charles Idelsohn. Upon consideration, the Court determined that the reason cited by counsel for his inability to file documents electronically was due to his use of incorrect login information. Counsel was provided with the correct login information on August 19, 2013, which would enable him to file the documents electronically. Accordingly, the request to file in paper is denied.

Signed on August 20, 2013

                                                                 _____
                                                                  Steven Rhodes
                                                                  United States Bankruptcy Judge