TO: United States Bankruptcy Court
Eastern District of Michigan
Southern Division

**FILED**
2013 AUG 21 A 10:18
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

8/17/2013

RE: City of Detroit, Michigan
Debtor
Chapter 9
Case No 13-53846
Hon Steven W Rhodes

From: Michael D. Jones
City of Detroit Retiree
Pension number 210-508
3129 Crestwood Drive
Las Vegas NV 89102
(702) 222-1227

Objection to City of Detroit
Chapter 9 Bankruptcy Filing

Honorable Steven W. Rhodes,

I, Michael David Jones, would like to formally object to the City of Detroit's Chapter 9 Bankruptcy filing. My Duty Disability Retirement was a direct result of a Workmens' Compensation settlement with the City of Detroit.

Any changes to the retirement system, will affect the Benefits I am legally entitled to under Duty Disability Retirement, and the Settlement amount agreed to by the City of Detroit.

I request that the City of Detroit's chapter 9 petition be denied.

Sincerely,

Michael D. Jones
Pension Number 210-508