UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                        :
In re                                   : Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
                                        :
           Debtor.                      : Hon. Steven W. Rhodes
                                        :
                                        :
-------------------------------------------------------------x
```

**STATEMENT REGARDING CORPORATE OWNERSHIP OF FINANCIAL GUARANTY INSURANCE COMPANY PURSUANT TO LOCAL R. BANKR. P. 9013-5**

    Name:       **FINANCIAL GUARANTY INSURANCE COMPANY**

    Address:    125 Park Avenue
                    New York, NY 10017

☒    The following entities directly or indirectly own 10% or more of any class of the equity interest of Financial Guaranty Insurance Company:

    Name:       **FGIC Corporation**

    Address:    125 Park Avenue
                    New York, NY 10017

    Ownership:  Wholly owns Financial Guaranty Insurance Company

    Name:       **Lacrosse Financial Products Member, LLC**

    Address:    113 King St.
                    Armonk, NY 10504-1611

    Ownership:  Owns 10% or more of the equity interests of FGIC Corporation. Lacrosse Financial Products Member, LLC has disclaimed any control of FGIC Corporation pursuant to New York Insurance Law § 1501 (N.Y. C.L.S. Ins. § 1501).

☐    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark R. James
Mark R. James (P54375)
Attorney for Financial Guaranty
Insurance Company
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 642-0333
mrj@wwrplaw.com

Dated: August 21, 2013