```
-----------------------------------------------------------x
                                          :
  In re                                   : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
              Debtor.                     : Hon. Steven W. Rhodes
                                          :
                                          :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2013 the STATEMENT REGARDING CORPORATE OWNERSHIP OF FINANCIAL GUARANTY INSURANCE COMPANY PURSUANT TO LOCAL R. BANKR. P. 9013-5 was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

/s/ Mark R. James
Mark R. James (P54375)
Attorney for Financial Guaranty
Insurance Company
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 642-0333
mrj@wwrplaw.com

Dated: August 21, 2013

00824974.01