UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846-SWR

**CITY OF DETROIT, MICHIGAN,**                      Chapter 9

    Debtor.                                     HON. STEVEN W. RHODES

_____/

## UNITED STATES TRUSTEE'S EX PARTE MOTION TO TEMPORARILY MODIFY THE REQUIRMENTS OF Fed. R. Bankr. P. 2002(i) FOR THE RETIREE COMMITTEE

Daniel M. McDermott, United States Trustee, for his Ex Parte Motion for Order Temporarily Modifying the Requirements of Fed. R. Bankr. P. 2002(i), states as follows:

1.     The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 on July 18, 2013.

2.     On August 2, 2013, the Court entered an order directing the United States Trustee to appoint a committee of retired persons in this case pursuant to 11 U.S.C. § 1102(a)(2) [Doc. No. 279].

3.     The United States Trustee has evaluated all applicants for membership on the Retiree Committee, and is presently prepared to file a notice appointing the committee.

4.     Rule 2002(i) of the Federal Rules of Bankruptcy Procedure requires, among other things, that members of committees appointed under 11 U.S.C. § 1102 be provided with notices required under Rule 2002(a)(2), (3) and (6) individually until such time as counsel may be retained to represent them.

5.     Given the unique circumstances of this case, and out of respect for the spirit of the protections afforded under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure for personally identifiable information, the United States Trustee desires to file its notice of

appointment to the Retiree Committee without including the addresses, telephone numbers, and/or email addresses of the individuals to be appointed to the Committee.

6.     To ensure compliance with Fed. R. Bankr. P. 2002(i), the United States Trustee will provide the notices required by Fed. R. Bankr. P. 2022(a)(2), (3), and (6) until such time as counsel for the Retiree Committee might be retained.

**WHEREFORE,** the United States Trustee respectfully requests the entry of an order granting the U.S. Trustee's ex parte motion for modification of Fed. R. Bankr. P. 2002(i), and requiring the U.S. Trustee to provide the notices required by Fed. R. Bankr. P. 2002(a)(2), (3), and (6) until such time as counsel for the Retiree Committee may be retained.

Respectfully submitted,

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9

By     /s/ Sean M. Cowley (P72511)
Sean.Cowley@usdoj.gov
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-3432

Dated: August 21, 2013

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Case No. 13-53846-SWR

**CITY OF DETROIT, MICHIGAN,**                     Chapter 9

     Debtor.                                 HON. STEVEN W. RHODES

_____/

### EX PARTE ORDER

**THIS MATTER** having come before the Court upon the United States Trustee's Ex Parte Motion to Temporarily Modify the Requirements of Fed. R. Bankr. P. 2002(i), cause having been established, no prejudice to parties in interest being apparent and the Court being otherwise fully advised in the premises,

     **NOW THEREFORE,**

     **IT IS ORDERED** that the motion is **GRANTED**.

     **IT IS FURTHER ORDERED** that the notices required to be transmitted to the Retiree Committee in this case pursuant to Fed. R. Bankr. P. 2002(i) be provided by the United States Trustee until such time as the Retiree Committee may retain counsel. Until such time, all notices directed at the Retiree Committee should be sent to Det9retcomm@usdoj.gov.