211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
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

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Objection To Debtor Eligibility

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013−5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478−4436, or (313) 234−0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 8/19/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:
City of Detroit, Michigan
Debtor

Case No. 13-53846-swr
Chapter 9

# CERTIFICATE OF NOTICE

District/off: 0645-2 User: kmcgr Page 1 of 6 Date Rcvd: Aug 19, 2013
Form ID: def2 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2013.
cr #+Dennis Taubitz, 4190 Devonshire Rd., Detroit, MI 48224-3636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust Daniel M. McDermott
TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on August 19, 2013 at the address(es) listed below:

A. Stephen Ramadan on behalf of Interested Party Martin A. O’Brien steveramadan@gmail.com
Amy D. Caton on behalf of Creditor Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com
Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
Andrew J. Gerdes on behalf of Creditor Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
Andrew J. Gerdes on behalf of Creditor Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
Arthur O’Reilly on behalf of Interested Party Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
Babette A. Ceccotti on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com
Barbara A. Patek on behalf of Creditor Detroit Police Command Officers Association bpatek@ermanteicher.com
Barbara A. Patek on behalf of Creditor Detroit Police Officers Association bpatek@ermanteicher.com
Barbara A. Patek on behalf of Creditor Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com
Barbara A. Patek on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan H. Frey on behalf of Defendant Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com;gmantese@manteselaw.com
Brett A. Border on behalf of Interested Party Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
Brian D. O’Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
Corey M. Carpenter on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com, coreycarpenter@boclaw.com
Craig E. Zucker on behalf of Creditor Detroit Police Officers Association czucker@ermanteicher.com
Craig E. Zucker on behalf of Creditor Detroit Police Command Officers Association czucker@ermanteicher.com
Craig E. Zucker on behalf of Creditor Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
Craig E. Zucker on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Police Command Officers Association deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David A. Mollicone on behalf of Creditor Brown Rehabilitation Management, Inc. dmollicone@dmms.com
David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David L. Dubrow on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Zack on behalf of Other Professional McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
Dawn R. Copley on behalf of Interested Party State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Debtor In Possession City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Police Command Officers Association eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
Edward J. Gudeman on behalf of Interested Party Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman on behalf of Interested Party Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable on behalf of Interested Party General Motors LLC tsable@honigman.com
Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company emajoros@glmpc.com
Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric David Novetsky on behalf of Creditor National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
Ethan D. Dunn on behalf of Creditor Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman on behalf of Creditor General Retirement System of the City of Detroit efeldman@clarkhill.com
Evan Justin Feldman on behalf of Creditor Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
Fred Neufeld on behalf of Interested Party Courtesy Notice fneufeld@sycr.com
Heather Lennox on behalf of Debtor In Possession City of Detroit, Michigan hlennox@jonesday.com
Howard R. Hawkins, Jr. on behalf of Creditor Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
James Sprayregen on behalf of Interested Party Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
James Sprayregen on behalf of Interested Party Syncora Holdings Ltd. james.sprayregen@kirkland.com
James Sprayregen on behalf of Interested Party Syncora Guarantee Inc. james.sprayregen@kirkland.com
Janet M. Ziulkowski on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
Jason L. Weiner on behalf of Creditor Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jason W. Bank on behalf of Interested Party New England Fertilizer Company jbank@kerr-russell.com
Jason W. Bank on behalf of Interested Party Wade Trim Associates, Inc. jbank@kerr-russell.com
Jeffrey Rossman on behalf of Defendant U.S. Bank, N.A. jrossman@mwe.com
Jeffrey H. Bigelman on behalf of Creditor Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jennifer A. Zbytowki Belveal on behalf of Defendant Greektown Casino, LLC jbelveal@honigman.com
Jennifer A. Zbytowki Belveal on behalf of Defendant Detroit Entertainment, LLC jbelveal@honigman.com
Jerome D. Goldberg on behalf of Creditor David Sole apclawyer@sbcglobal.net
John E. Eaton on behalf of Creditor Amalgamated Transit Union Local 26 jeaton@cousenslaw.com
John P. Sieger on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jonathan S. Green on behalf of Debtor In Possession City of Detroit, Michigan green@millercanfield.com
Joseph R. Sgroi on behalf of Interested Party General Motors LLC jsgroi@honigman.com
Joshua A. Gadharf on behalf of Interested Party Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf on behalf of Interested Party Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf on behalf of Interested Party Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judy B. Calton on behalf of Interested Party Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com
Judy B. Calton on behalf of Defendant Detroit Entertainment, LLC jcalton@honigman.com
Judy B. Calton on behalf of Defendant Greektown Casino, LLC jcalton@honigman.com
Julia A. Caroff on behalf of Interested Party United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
Karen B. Dine on behalf of Interested Party Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
Karen Vivian Newbury on behalf of Creditor DEPFA Bank PLC knewbury@schiffhardin.com
Karin F. Avery on behalf of Interested Party Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
Karin F. Avery on behalf of Interested Party Detroit Retired City Employees Association Avery@SilvermanMorris.com
Kay Standridge Kress on behalf of Debtor In Possession City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble on behalf of Interested Party Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
Kevin M. Baum on behalf of Interested Party Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
Kevin N. Summers on behalf of Creditor National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson on behalf of Creditor Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Lawrence A. Larose on behalf of Creditor Assured Guaranty Municipal Corp. llarose@winston.com
Leland Prince on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
Mark E. Bredow on behalf of Interested Party Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
Patrick Warren Hunt on behalf of Interested Party New England Fertilizer Company pwhunt@kerr-russell.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Patrick Warren Hunt on behalf of Interested Party Wade Trim Associates, Inc. pwhunt@kerr-russell.com
Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Peter L. Canzano on behalf of Creditor National Public Finance Guarantee Corporation pcanzano@sidley.com
Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com
Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald L. Rose on behalf of Interested Party Health Alliance Plan of Michigan rrose@dykema.com
Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com
Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com
Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com
Samuel S. Kohn on behalf of Creditor Assured Guaranty Municipal Corp. skohn@winston.com, DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.com;KForte@winston.com
Sandra L. O’Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com
Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine on behalf of Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sherrie L. Farrell on behalf of Creditor Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
Stephen B. Grow on behalf of Creditor UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow on behalf of Creditor Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
Stephen C. Hackney on behalf of Interested Party Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
Stephen C. Hackney on behalf of Interested Party Syncora Holdings Ltd. stephen.hackney@kirkland.com
Stephen C. Hackney on behalf of Interested Party Syncora Guarantee Inc. stephen.hackney@kirkland.com
Stephen M. Gross on behalf of Interested Party Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross on behalf of Interested Party Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross on behalf of Interested Party Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross on behalf of Creditor Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen S. LaPlante on behalf of Debtor In Possession City of Detroit, Michigan laplante@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
      Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com
      Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
      Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
      Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
      Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
      William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
      William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
      William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC wcb@osbig.com
      William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
      Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      TOTAL: 189