211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service Not Filed

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 8/19/13

                                               BY THE COURT

                                               Katherine B. Gullo , Clerk of Court
                                               U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                           Eastern District of Michigan
In re:                                                              Case No. 13-53846-swr
City of Detroit, Michigan                                           Chapter 9
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0645-2        User: kmagg          Page 1 of 6            Date Rcvd: Aug 19, 2013
                            Form ID: def2        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2013.
cr            +David Dye,    19313 Ardmore,    Detroit, MI 48235-1704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2013**          **Signature:** _/s/ Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2013 at the address(es) listed below:

A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com

Amy D. Caton    on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

Amy D. Caton    on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com, aap43law@gmail.com

Andrew J. Gerdes    on behalf of Creditor   Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com

Andrew J. Gerdes    on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com

Arthur O'Reilly    on behalf of Interested Party   Detroit Institute of Arts aoreilly@honigman.com,  ahatcher@honigman.com

Babette A. Ceccotti    on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com

Barbara A. Patek    on behalf of Creditor   Detroit Police Command Officers Association bpatek@ermanteicher.com

Barbara A. Patek    on behalf of Creditor   Detroit Police Officers Association bpatek@ermanteicher.com

Barbara A. Patek    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

Barbara A. Patek    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

Brendan G. Best    on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com,  wkyles@schaferandweiner.com

Brendan H. Frey    on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com;gmantese@manteselaw.com

Brett A. Border    on behalf of Interested Party   Schneiderman and Sherman, P.C. bborder@sspclegal.com,  joumedian@sspclegal.com

Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

Brian R. Trumbauer    on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carla Orman Andres    on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen    on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

Charles D. Bullock    on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com,   cdbullock@msn.com;lhaas@sbplclaw.com

Charles N. Ash    on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com

Charles N. Ash    on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

Corey M. Carpenter    on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com, coreycarpenter@boclaw.com

Craig E. Zucker    on behalf of Creditor   Detroit Police Officers Association czucker@ermanteicher.com

Craig E. Zucker    on behalf of Creditor   Detroit Police Command Officers Association czucker@ermanteicher.com

Craig E. Zucker    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

Craig E. Zucker    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

Daniel J. Weiner    on behalf of Interested Party   Ambac Assurance Corporation dweiner@schaferandweiner.com

David Eisenberg    on behalf of Creditor   Detroit Police Officers Association deisenberg@ermanteicher.com

David Eisenberg    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

David Eisenberg    on behalf of Creditor   Detroit Police Command Officers Association deisenberg@ermanteicher.com

David Eisenberg    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

David A. Lerner    on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

David A. Mollicone    on behalf of Creditor   Brown Rehabilitation Management, Inc. dmollicone@dmms.com

David Gilbert Heiman    on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com

    David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

    Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

    Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

    Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

    Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

    Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

    Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

    Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com

    Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association dbeckwith@fosterswift.com

    Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com

    Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

    Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

    Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association eerman@ermanteicher.com

    Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association eerman@ermanteicher.com

    Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

    Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

    Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

    Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com

    Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company emajoros@glmpc.com

    Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

    Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

    Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

    Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com

    Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

    Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com

    Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com

    Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

    Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

    James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

    James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com

    James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com

    Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com

    Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

    Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com

    Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com

    Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com

    Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

    Jennifer A. Zbytowki Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com

    Jennifer A. Zbytowki Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com

    Jerome D. Goldberg   on behalf of Creditor David   Sole apclawyer@sbcglobal.net

    John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com

    John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com

    Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com

    Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

    Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

    Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

    Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com

    Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com

    Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com

    Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov

    Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

    Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com

    Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com

    Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com

    Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com

    Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

    Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com

    Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

    Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

    Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com

    Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

    Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@winston.com

    Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

    Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

    Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

    Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

    Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com

    Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

    Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com

    Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com

    Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

    Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

    Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com

    Melissa L. Demorest   on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com

    Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com

    Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com

    Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com

    Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

    Michael R. Bell   on behalf of Interested Party Bill Schuette BellMl@michigan.gov

    Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

    Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com

    Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net

    Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

    Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

    Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company pwhunt@kerr-russell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Patrick Warren Hunt   on behalf of Interested Party   Wade Trim Associates, Inc. pwhunt@kerr-russell.com
      Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com
      Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
      Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com
      Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
      Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
      Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
      Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
      Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
      Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
      Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
      Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
      Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
      Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
      Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
      Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com
      Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
      Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com
      Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com
      Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@winston.com, DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.com;KForte@winston.com
      Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com
      Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
      Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com
      Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
      Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
      Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
      Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
      Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
      Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
      Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
      Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
      Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd. stephen.hackney@kirkland.com
      Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc. stephen.hackney@kirkland.com
      Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
      Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
      Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
      Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
      Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
        Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
        Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
        Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com,    marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com,    marlene@silvermanmorris.com
        Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com,    allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net,    dfjohnson@cfaith.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary    Whitson billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Bruce    Goldman billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary    Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Michael    Wells billwertheimer@gmail.com
        William C. Blasses    on behalf of Interested Party Gary    Segatti wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        Yuliy Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,    yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov    on behalf of Interested Party Gary    Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

        TOTAL: 189