211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Objection

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 8/19/13

                                          BY THE COURT

                                          Katherine B. Gullo , Clerk of Court
                                          U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                       Case No. 13-53846-swr
City of Detroit, Michigan                                                    Chapter 9
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0645-2          User: kmcgr              Page 1 of 6           Date Rcvd: Aug 19, 2013
                              Form ID: def2            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2013.
cr           +Alice Pruitt,   18251 Freeland,   Detroit, MI 48235-2537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2013**                    **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2013 at the address(es) listed below:

          A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com

          Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

          Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com, aap43law@gmail.com

          Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

          Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

          Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

          Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com

          Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association bpatek@ermanteicher.com

          Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association bpatek@ermanteicher.com

          Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

          Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

          Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com;gmantese@manteselaw.com

          Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

          Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

          Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

          Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com

          Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

          Corey M. Carpenter   on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com, coreycarpenter@boclaw.com

          Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association czucker@ermanteicher.com

          Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association czucker@ermanteicher.com

          Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

          Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

          Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation dweiner@schaferandweiner.com

          David Eisenberg   on behalf of Creditor   Detroit Police Officers Association deisenberg@ermanteicher.com

          David Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

          David Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association deisenberg@ermanteicher.com

          David Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

          David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

          David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc. dmollicone@dmms.com

          David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com, alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com
          Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
           emajoros@glmpc.com
          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com, lhaas@sbplclaw.com
          Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
           enovetsky@jaffelaw.com
          Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
          Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
           hlennox@jonesday.com
          Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
           Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
           ecf@zaplc.com
          Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
           sharrow@mcdonaldhopkins.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jennifer A. Zbytowki Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com
          Jennifer A. Zbytowki Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com
          Jerome D. Goldberg    on behalf of Creditor David    Sole apclawyer@sbcglobal.net
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com

Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com

Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com

Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com

Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com

Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov

Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com

Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com

Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com

Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com

Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com

Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com

Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@winston.com

Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com

Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com

Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest   on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com

Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com

Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

Michael R. Bell   on behalf of Interested Party Bill Schuette BellMl@michigan.gov

Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com

Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net

Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company pwhunt@kerr-russell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Patrick Warren Hunt    on behalf of Interested Party    Wade Trim Associates, Inc.
 pwhunt@kerr-russell.com
Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
 phage@jaffelaw.com, jtravick@jaffelaw.com
Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
 pcanzano@sidley.com
Raymond Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
 Department ecf@kaalaw.com
Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
 robert.darnell@usdoj.gov
Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
 rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
 hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
Ryan Plecha    on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha    on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@winston.com,
 DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.c
 om;KForte@winston.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
 soconnor@glmpc.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
 slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
 stephen.hackney@kirkland.com
Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
 sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
 sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
 sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
 laplante@millercanfield.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
               morris@silvermanmorris.com,    marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com,    marlene@silvermanmorris.com
              Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               tgraves@allardfishpc.com,    allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net,    dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary   Whitson billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce   Goldman billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary   Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael   Wells billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary   Segatti wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party Gary   Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 190
```