211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service Missing

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☒ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 8/19/13

                                            BY THE COURT

                                            Katherine B. Gullo , Clerk of Court
                                            U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:  
City of Detroit, Michigan  
    Debtor

Case No. 13-53846-swr  
Chapter 9

## CERTIFICATE OF NOTICE

| District/off: 0645-2 | User: kmagg | Page 1 of 6 | Date Rcvd: Aug 19, 2013 |
|---|---|---|---|
| | Form ID: def2 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2013.
cr     +Dempsey Addison,   2727 Second Ave.,   Suite 152,   Detroit, MI 48201-2673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust     Daniel M. McDermott

   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2013**                       **Signature:** _/s/ Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2013 at the address(es) listed below:

        A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com
        Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com, aap43law@gmail.com
        Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
        Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
        Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
        Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com
        Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
        Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
        Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com;gmantese@manteselaw.com
        Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
        Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
        Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
        Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
        Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com
        Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbpclaw.com, cdbullock@msn.com;lhaas@sbpclaw.com
        Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
        Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
        Corey M. Carpenter    on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com, coreycarpenter@boclaw.com
        Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com
        Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com
        Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
        Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
        Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation dweiner@schaferandweiner.com
        David Eisenberg    on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com
        David Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
        David Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association deisenberg@ermanteicher.com
        David Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
        David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
        David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc. dmollicone@dmms.com
        David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
  david.dubrow@arentfox.com
David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
  nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
  General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
  alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
  kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
  dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
  allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
  allardfishpc@yahoo.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
  dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
  dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
  eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
  eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
  eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
  eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
  ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
  ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
  emajoros@glmpc.com
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
  ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
  enovetsky@jaffelaw.com
Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
  bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
  efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
  Detroit efeldman@clarkhill.com
Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
  hlennox@jonesday.com
Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
  howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
  Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
  james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
  james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
  james.sprayregen@kirkland.com
Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
  ecf@zaplc.com
Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
  sharrow@mcdonaldhopkins.com
Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
  jbank@kerr-russell.com
Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com
Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jennifer A. Zbytowki Belveal    on behalf of Defendant    Greektown Casino, LLC
  jbelveal@honigman.com
Jennifer A. Zbytowki Belveal    on behalf of Defendant    Detroit Entertainment, LLC
  jbelveal@honigman.com
Jerome D. Goldberg    on behalf of Creditor David    Sole apclawyer@sbcglobal.net
John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com
John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
  john.sieger@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com
Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com
Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com
Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com
Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@winston.com
Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com
Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com
Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell   on behalf of Interested Party Bill Schuette BellMl@michigan.gov
Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company pwhunt@kerr-russell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Patrick Warren Hunt    on behalf of Interested Party    Wade Trim Associates, Inc.
               pwhunt@kerr-russell.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
               pcanzano@sidley.com
              Raymond Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
               Department ecf@kaalaw.com
              Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
               robert.darnell@usdoj.gov
              Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
               rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
               hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
              Ryan Plecha    on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
               ryan.bennett@kirkland.com
              Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@winston.com,
               DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.c
               om;KForte@winston.com
              Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
               soconnor@glmpc.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
               State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
               slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
               stephen.hackney@kirkland.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com,    marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com,    marlene@silvermanmorris.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com,    allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net,    dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary    Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce    Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary    Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael    Wells billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary    Segatti wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,    yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary    Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 190
```