UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846-SWR

**CITY OF DETROIT, MICHIGAN,**  Chapter 9

    Debtor.  HON. STEVEN W. RHODES

_____/

**EX PARTE ORDER**

**THIS MATTER** having come before the Court upon the United States Trustee's Ex Parte Motion to Temporarily Modify the Requirements of Fed. R. Bankr. P. 2002(i), cause having been established, no prejudice to parties in interest being apparent and the Court being otherwise fully advised in the premises,

**NOW THEREFORE,**

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the notices required to be transmitted to the Retiree Committee in this case pursuant to Fed. R. Bankr. P. 2002(i) be provided by the United States Trustee until such time as the Retiree Committee may retain counsel. Until such time, all notices directed at the Retiree Committee should be sent to Det9retcomm@usdoj.gov.

.

**Signed on August 22, 2013**

                                                        /s/ Steven Rhodes
                                                        **Steven Rhodes**
                                                        **United States Bankruptcy Judge**