UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

    Debtor.  Hon. Steven W. Rhodes
_____/

### Second Order Referring Matters to Facilitative Mediation

Pursuant to this Court's Mediation Order entered on August 13, 2013, the following matters are hereby referred to Chief District Judge Gerald Rosen for facilitative mediation:

The disputes arising from the Forbearance and Optional Termination Agreement, dated as of July 15, 2013, by and among the City of Detroit, Michigan, the Emergency Manager of the City, the Detroit General Retirement System Service Corporation, and the Detroit Police and Fire Retirement System Service Corporation, on the one hand, and UBS AG and Merrill Lynch Capital Services, Inc., on the other.

It is so ordered.

**Signed on August 22, 2013**

                                                           **/s/ Steven Rhodes**
                                                           **Steven Rhodes**
                                                           **United States Bankruptcy Judge**