Form nstatusBK

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a Status Conference regarding [157] Corrected Motion to Assume Lease or Executory Contract (related document(s) [17] Motion to Assume Lease or Executory Contract) , will be held on the above−entitled bankruptcy case at:

Location: **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226**

Date: **8/28/13**

Time: **10:00 AM**

Dated: 8/22/13

                                        BY THE COURT

                                        Katherine B. Gullo
                                        Clerk, U.S. Bankruptcy Court

                                        BY: christine sikula
                                        Deputy Clerk