UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 13-53846-SWR

**CITY OF DETROIT, MICHIGAN,**                              Chapter 9

    Debtor.                                          HON. STEVEN W. RHODES

_____/

### APPOINTMENT OF OFFICIAL COMMITTEE OF RETIREES

Pursuant to § 1102(a)(2) of the Bankruptcy Code and the Court's Order, Pursuant to

Section 1102(a)(2) of the Bankruptcy Code, Directing the Appointment of a Committee of

Retired Employees dated August 2, 2013 [Doc. No. 279], the following persons are appointed to

the Official Committee of Retirees:

    Detroit, Michigan, Retiree Sub-Chapter 98
    of the American Federation of State, County
    and Municipal Employees, AFL-CIO – Edward L. McNeil

    Michael J. Karowski

    Shirley V. Lightsey

    Terri Renshaw

    Robert A. Shinske

    Donald Taylor

    Gail Wilson Turner

    Gail M.Wilson

    International Union, UAW
    Wendy Fields-Jacobs

                      Respectfully submitted,

                      **DANIEL M. McDERMOTT**
                      **UNITED STATES TRUSTEE**
                      Region 9

      By     /s/ Sean M. Cowley (P72511)
             Sean.Cowley@usdoj.gov
             Maria D. Giannirakis
             Maria.D.Giannirakis@usdoj.gov
             Trial Attorney
             Office of the U.S. Trustee
             211 West Fort St - Suite 700
             Detroit, Michigan 48226
             (313) 226-3432

Dated: August 22, 2013