UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
                                                                Chapter 9
                                                                Case No. 13-53846
City of Detroit, Michigan,                                      Hon. Steven W. Rhodes

    Debtor.
_____/

### Order Denying Motion for Relief from Automatic Stay

On August 2, 2013, Shirley A. Scott filed a motion for relief from the automatic stay to pursue a "Retaliation Case against the Debtor." The City of Detroit filed a response to the motion on August 16, 2103. The Court has fully considered both the motion and the response and finds that a hearing would not aid the Court in its decision. The Court holds that there is no cause for relief from the automatic stay. Accordingly, the motion is DENIED.

.

**Signed on August 22, 2013**

                                                       /s/ Steven Rhodes
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**