UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit, Michigan

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon Steven W. Rhodes

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

Objection To Petition of Chapter (9) Bankruptcy

2. Served upon [name and address of each person served]:

Saunteel Jenkins, Council President
Detroit City Council, 1340 CAYMC
2 Woodward Ave
Detroit, MI 48226

Daniel M. McDermott
c/o Sean M. Cowley
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226

3. By First Class Mail.

Dated: August 22, 2013

(Signature of Debtor)

Print Name: Dempsey Addison

(Signature of Co-Debtor)

Print Name: _____

FILED (I)
2013 AUG 22 P 3:00
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit, Michigan

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon Steven W. Rhodes

Debtor.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

Objection to Petition of Chapter Nine (9) Bankruptcy

2. Served upon [name and address of each person served]:

Kevin Orr, Detroit Emergency Manager
City of Detroit
2 Woodward Ave
Detroit, MI 48226

FILED
2013 AUG 22 P 3:00
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

3. By First Class Mail.

Dated: August 22, 2013

_Dempsey Addison_
(Signature of Debtor)

Print Name: Dempsey Addison

_____
(Signature of Co-Debtor)

Print Name: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit, Michigan

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon Steven W. Rhodes

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

   Objection to Petition of Chapter Nine (9) Bankruptcy

   FILED
   2013 AUG 22 PM 3:00
   U.S. BANKRUPTCY COURT
   E.D. MICHIGAN-DETROIT

2. Served upon [name and address of each person served]:

   Jonathan S Green
   150 W. Jefferson
   Ste 2500
   Detroit, MI 48226

   David Gilbert Heiman
   901 Lakeside Ave
   Cleveland, Ohio 44114

   Robert S. Hertzberg
   4000 Town Center
   Suite 1800
   Southfield, MI 48075-1505

   Deborah Kovsky-Apap
   4000 Town Center
   Suite 1800
   Southfield, MI 48075

3. By First Class Mail.

Dated: August 22, 2013

(Signature of ~~Debtor~~)
Print Name: Dempsey Addison

(Signature of Co-Debtor)
Print Name: _____

IN RE: City of Detroit, Michigan

Debtor.
_____/

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

Objection to Petition of Chapter Nine (9) Bankruptcy

2. Served upon [name and address of each person served]:

Honorable Dave Bing, Mayor
City of Detroit
2 Woodward Ave Suite 1126
Detroit, MI 48226
Wayne - MI
Tax ID /EIN: 38-6004606

3. By First Class Mail.

Dated: August 22, 2013

Dempsey Addison
(Signature of Debtor)

Print Name: Dempsey Addison

_____
(Signature of Co-Debtor)

Print Name: _____

FILED (I)
2013 AUG 22 P 3:00
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT