8-18-2013

Courtroom 100 @ the United Bankruptcy Court

FILED
2013 AUG 22 A 11:59
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

To the Honorable Steven W. Rhodes:

For those of us who have paid into the pension plan for over 25 years, to secure a reasonable retirement, and to make ends meet on my own, for medical expenses, living provisions and a sense of security, should not diminish and put those of us who are retired in fear.

It's a shame to even have to comprehend the thought, that others that have made poor judgements over the years, have the power to strip away everything or even a part of what we all worked for.

I would hope that the court would reconsider, and let those of us who have worked for this, continue to receive our pensions.

Thank You,
Respectfully,
Mrs. Loretta Krompatic