UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:  Chapter 9

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr

Debtor.  Honorable Stephen W. Rhodes

_____/

## APPEARANCE, NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

***PLEASE ENTER*** the appearance of the The Markowitz Law office as attorneys for Kevin Lewis and Jeremy Morris v. City of Detroit, et al, Case No: 11-010321-NO, pending in front of the Honorable Amy P. Hathaway, and add the e-mail address of bankruptcy@markowitzlegal.com to the Electronic Service List of persons who have requested that all notices be served upon them, pursuant to F.R.B.P. 2002(i).

Respectfully Submitted,
The Markowitz Law Office

Carolyn B. Markowitz, P.C. (P47862)
30400 Telegraph Rd
Suite 111
Bingham Farms, MI 48025
bankruptcy@markowitzlegal.com
(248)-647-1230

DATED: August 20, 2013