UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846-SWR |
| **CITY OF DETROIT, MICHIGAN,** | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CORRECTED APPOINTMENT OF OFFICIAL COMMITTEE OF RETIREES[1]

Pursuant to § 1102(a)(2) of the Bankruptcy Code and the Court's Order, Pursuant to Section 1102(a)(2) of the Bankruptcy Code, Directing the Appointment of a Committee of Retired Employees dated August 2, 2013 [Doc. No. 279], the following persons are appointed to the Official Committee of Retirees:

Detroit, Michigan, Retiree Sub-Chapter 98
of the American Federation of State, County
and Municipal Employees, AFL-CIO – Edward L. McNeil

Michael J. Karwoski

Shirley V. Lightsey

Terri Renshaw

Robert A. Shinske

Donald Taylor

Gail Wilson Turner

Gail M. Wilson

International Union, UAW
Wendy Fields-Jacobs

Respectfully submitted,

**DANIEL M. McDERMOTT
UNITED STATES TRUSTEE**
Region 9

By  /s/ Sean M. Cowley (P72511)
Sean.Cowley@usdoj.gov
Maria D. Giannirakis
Maria.D.Giannirakis@usdoj.gov
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
Dated: August 22, 2013          (313) 226-3432

---

[1] Corrected Michael P. Karowski to Michael J. Karwoski.