Form ntchrg

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 242, 231 W. Lafayette, Detroit, MI 48226** on **9/10/13** at **10:00 AM** to consider and act upon the following:

*308* – First Motion for Relief from Stay Re: motion for relief from stay Raymond Guzall III. Fee Amount $176, Filed by Creditor Michael Amine Beydoun (Attachments: # 1 Exhibit continued) (Guzall, Raymond)

Dated: 8/22/13

                              BY THE COURT

                              Katherine B. Gullo
                              Clerk, U.S. Bankruptcy Court

                              BY: christine sikula
                              Deputy Clerk