211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.: 13–53846–swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38–6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non–Compliant:

Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1) re: Objection Filed by Creditor Heidi Peterson (Docket No. 513)

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010–1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances – Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☑ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non–Compliant (LBR 9010–1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non–Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet

☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 8/20/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: jmaha            Page 1 of 6          Date Rcvd: Aug 20, 2013
                           Form ID: def2          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2013.
              Charles Idelsohn,   P.O. Box 856,   Detroit, MI  48231
22302227      Heidi Peterson c/o Charles Idelsohn, Attorney,   P.O. Box 856,   Detroit, Michigan  48231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott

                                                                    TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2013**                    **Signature:**   *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:

          A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert Davis aap43@outlook.com,
          aap43law@gmail.com
          Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
          aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccotti@cwsny.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com;gmantese@manteselaw.com
          Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
          bborder@sspclegal.com,  joumedian@sspclegal.com
          Brian D. O'Keefe   on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
          Care Network of Michigan btrumbauer@bodmanlaw.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
          carol.cohen@arentfox.com
          Charles Bruce Idelsohn   on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com,
          charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
          cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Corey M. Carpenter   on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com,
          coreycarpenter@boclaw.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          czucker@ermanteicher.com
          Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          David Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
          deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor   Detroit Police Officers Association
          deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          deisenberg@ermanteicher.com
          David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
          nwinagar@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            David A. Mollicone   on behalf of Creditor    Brown Rehabilitation Management, Inc.
                dmollicone@dmms.com
            David Gilbert Heiman   on behalf of Debtor In Possession    City of Detroit, Michigan
                dgheiman@jonesday.com
            David L. Dubrow   on behalf of Interested Party    Ambac Assurance Corporation
                david.dubrow@arentfox.com
            David M. Zack   on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
                nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
                nepc.com
            Dawn R. Copley   on behalf of Interested Party    State of Michigan, Department of Attorney
                General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
            Deborah  Kovsky-Apap   on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
                alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Debtor In Possession    City of Detroit, Michigan
                kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
            Deborah L. Fish   on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
                dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish   on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
                allardfishpc@yahoo.com
            Deborah L. Fish   on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
                allardfishpc@yahoo.com
            Dirk H. Beckwith   on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
            Dirk H. Beckwith   on behalf of Creditor    U.S. Bank National Association
                dbeckwith@fosterswift.com
            Dirk H. Beckwith   on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
            Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
                dbernstein@plunkettcooney.com,  dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
            Earle I. Erman   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
                eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor    Detroit Police Command Officers Association
                eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor    Detroit Police Officers Association
                eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
                eerman@ermanteicher.com
            Edward J. Gudeman   on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
                ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
            Edward J. Gudeman   on behalf of Interested Party    Enjoi Transportation, LLC
                ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
            Edward Todd Sable   on behalf of Interested Party    General Motors LLC tsable@honigman.com
            Elias T. Majoros   on behalf of Interested Party    US Health & Life Insurance Company
                emajoros@glmpc.com
            Elliot G. Crowder   on behalf of Interested Party    Gabriel, Roeder, Smith & Company
                ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
            Eric David Novetsky   on behalf of Creditor    National Public Finance Guarantee Corporation
                enovetsky@jaffelaw.com
            Ethan D. Dunn   on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
                bankruptcy.maxwelldunn@gmail.com
            Evan Justin Feldman   on behalf of Creditor    General Retirement System of the City of Detroit
                efeldman@clarkhill.com
            Evan Justin Feldman   on behalf of Creditor    Police and Fire Retirement System of the City of
                Detroit efeldman@clarkhill.com
            Fred  Neufeld   on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
            Heather  Lennox   on behalf of Debtor In Possession    City of Detroit, Michigan
                hlennox@jonesday.com
            Howard R. Hawkins, Jr.   on behalf of Creditor    Merrill Lynch Capital Services, Inc.
                howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
            Howard S. Sher   on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
                Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
            James  Sprayregen   on behalf of Interested Party    Syncora Capital Assurance Inc.
                james.sprayregen@kirkland.com
            James  Sprayregen   on behalf of Interested Party    Syncora Holdings Ltd.
                james.sprayregen@kirkland.com
            James  Sprayregen   on behalf of Interested Party    Syncora Guarantee Inc.
                james.sprayregen@kirkland.com
            Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
                ecf@zaplc.com
            Jason L. Weiner   on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
                sharrow@mcdonaldhopkins.com
            Jason W. Bank   on behalf of Interested Party    New England Fertilizer Company
                jbank@kerr-russell.com
            Jason W. Bank   on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
            Jeffrey  Rossman   on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com
            Jeffrey H. Bigelman   on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
            Jennifer A. Zbytowki Belveal   on behalf of Defendant    Greektown Casino, LLC
                jbelveal@honigman.com
            Jennifer A. Zbytowki Belveal   on behalf of Defendant    Detroit Entertainment, LLC
                jbelveal@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com
John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com
Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
 green@millercanfield.com
Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
 blundberg@honigman.com
Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
 patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
 karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com,  alexsym@pepperlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
 kschneider@schneidermiller.com
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
 ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp. llarose@winston.com
Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
 lrochkind@jaffelaw.com,  dburris@jaffelaw.com
Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
 lbrimer@stroblpc.com,  kvanakin@stroblpc.com
Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
 MField@stroblpc.com,  jmckeogh@stroblpc.com
Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
 324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
 mark.angelov@arentfox.com
Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
 jabdelnour@resnicklaw.net
Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
 mbcobbs@flash.net
Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
 paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com,  paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
 paula@demolaw.com
Meredith  Taunt    on behalf of Creditor    Retired Detroit Police Members Association
 mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
 mike.paslay@wallerlaw.com,
 Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
 rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
 msl@maddinhauser.com,  bac@maddinhauser.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net

Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

Patrick Warren Hunt   on behalf of Interested Party   Wade Trim Associates, Inc. pwhunt@kerr-russell.com

Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company pwhunt@kerr-russell.com

Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com

Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com

Robert  Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com

Ryan Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com

Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com

Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com

Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com

Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@winston.com, DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.com;KForte@winston.com

Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com

Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com

Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com,  kfrantz@wnj.com

Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc. stephen.hackney@kirkland.com

Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd. stephen.hackney@kirkland.com

Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc. stephen.hackney@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
      shelly.harrow@gmail.com
      Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
      sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
      Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
      sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
      Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
      sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
      Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
      laplante@millercanfield.com
      Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
      Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
      General showell@dickinsonwright.com.
      Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
      mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmsisian@schiffhardin.com;edocket@schiffha
      rdin.com
      Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
      morris@silvermanmorris.com,   marlene@silvermanmorris.com
      Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
      Association morris@silvermanmorris.com,   marlene@silvermanmorris.com
      Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
      tgraves@allardfishpc.com,   allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
      allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
      allardfishpc@yahoo.com
      Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
      vgflawyer@sbcglobal.net,   dfjohnson@cfaith.com
      William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
      William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
      William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
      wcb@osbig.com
      William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
      William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
      Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
      yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com

                            TOTAL: 196