UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

In re:                                    )
                                          )
CITY OF DETROIT, MICHIGAN,                )    Case No. 13-53846
                                          )    Chapter 9
                                          )    Hon. Steven W. Rhodes
        Debtor.                           )
                                          )

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as co-counsel for Johnathan Aaron Brown, on behalf of himself and as a class of others similarly situated, relating to the civil case of *Brown et al. v. City of Detroit*, Case No. 2:10-cv-12162 (E.D. MI). Request is hereby made that all papers, pleadings, motions, and applications served or required to be served in this case be given to and served upon:

Mercedes Varasteh Dordeski
Foley & Mansfield, PLLP
130 East Nine Mile Road
Ferndale, MI 48220
Telephone: (248) 721-4200
Facsimile: (248) 721-4201
Email: mdordeski@foleymansfield.com

Respectfully submitted this 23rd day of August, 2013.

/s/ Mercedes Varasteh Dordeski
Co-Counsel for Class and Plaintiff

David L. Haron
Mercedes Varasteh Dordeski
Foley & Mansfield, PLLP

130 East Nine Mile Road
Ferndale, MI 48220
Telephone: (248) 721-4200
Facsimile: (248) 721-4201

Michael Kanovitz
Jon Loevy (admission pending)
Cindy Tsai
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
Email: mike@loevy.com
jon@loevy.com
cindy@loevy.com