UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

In re: )
    )
CITY OF DETROIT, MICHIGAN, ) Case No. 13-53846
    ) Chapter 9
    ) Hon. Steven W. Rhodes
    Debtor. )
    )

## PROOF OF SERVICE

I hereby certify that the foregoing Notice of Appearance and Request for Service of Papers was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 23rd day of August, 2013.

/s/ Shannon K. Breznai