# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name __Steven B. Flancher__

Firm __Michigan Dept. of Attorney General__

Address __P.O. Box 30754__

City, State, Zip __Lansing, MI 48909__

Phone __(517) 373-1162__

Email __FlancherS@michigan.gov__

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number: 13-53846**

**Chapter: 9**

**Hearing Judge __Steven W. Rhodes__**

XX **Bankruptcy**     ❑ **Adversary**

❑ **Appeal**     Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 08/21/13**   Time of Hearing: **10:00 a.m.**   Title of Hearing: **Motion for Clarification of July 25, 2013 Stay Order**

Please specify portion of hearing requested:   **XX Original/Unredacted**   ❑ **Redacted**   ❑ **Copy** (2nd Party)

**XX** Entire Hearing    ❑ Ruling/Opinion of Judge    ❑ Testimony of Witness    ❑ Other

Special Instructions: _____

**Type of Request:**

❑ Ordinary Transcript - $3.65 per page (30 calendar days)

**XXX** 14-Day Transcript - $4.25 per page (14 calendar days)

❑ Expedited Transcript - $4.85 per page (7 working days)

❑ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

__/s/ Steven B. Flancher__     Date: __8/23/13__

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date          By

Order Received:

Transcript Ordered

Transcript Received