UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
                     Debtor.                             : Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

**STIPULATION FOR AN ORDER RESOLVING KIMBERLI POWELL, *ET AL.*'S OMNIBUS MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND 11 U.S.C. § 922; AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)**

Kimberli Powell, Louise Williams, Ruthea Taylor, Sherwood and Barbara Butts, Dorothy Wilson and Quiwana Stewart (collectively, the "Movants") by and through their counsel, B.O.C. Law Group, P.C, and the City of Detroit Michigan (the "City"), as the debtor in the above captioned case, by and through its counsel, Jones Day, stipulate to the entry of the order attached hereto as Exhibit 1.

Dated: August 23, 2013

| | |
|---|---|
| /s/ Corey M. Carpenter | /s/ Heather Lennox |
| William R. Orlow (P41634) | David G. Heiman (OH 0038271) |
| C. Jason Cardasis (P54930) | Heather Lennox (OH 0059649) |
| Corey M. Carpenter (P67818) | JONES DAY |
| Nicholas B. Andrew (P75381) | North Point |
| B.O.C. LAW GROUP, P.C. | 901 Lakeside Avenue |
| 24100 Woodward Avenue | Cleveland, Ohio 44114 |
| Pleasant Ridge, Michigan 48069 | Telephone: (216) 586-3939 |
| Telephone: (248) 584-2100 | Facsimile: (216) 579-0212 |
| Facsimile: (248) 584-1750 | dgheiman@jonesday.com |
| coreycarpenter@boclaw.com | hlennox@jonesday.com |

ATTORNEYS FOR THE MOVANTS

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
  AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13-53846
                                                       :
                      Debtor.                          : Hon. Steven W. Rhodes
                                                       :
-------------------------------------------------------x
```

### ORDER RESOLVING KIMBERLI POWELL, *ET AL.*'S OMNIBUS MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 AND 11 U.S.C. §922; AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)

This matter came before the Court on: (a) Kimberli Powell, *et al.*'s Omnibus Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and 11 U.S.C. §922; and Entry of Order Waiving the Provision of FRBP 4001(a)(3) (Docket No. 312) (the "Motion"), filed by Kimberli Powell, Louise Williams, Ruthea Taylor, Sherwood and Barbara Butts, Dorothy Wilson and Quiwana Stewart (collectively, the "Movants"); and (b) the Stipulation for an Order Resolving Kimberli Powell, *et al.*'s Omnibus Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and 11 U.S.C. § 922; and Entry of Order Waiving the Provision of FRBP 4001(a)(3) (the "Stipulation"), filed jointly by the Movants and the City of Detroit, Michigan, as the debtor in the

above-captioned case; the Court having reviewed the Motion and the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is RESOLVED, as set forth herein.

2. Pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), effective as of October 1, 2013, relief from the automatic stay of sections 362(a) and 922 of the Bankruptcy Code is granted with respect to the following adversary proceedings identified in the Motion relating to chapter 13 cases pending before this Court:

    (a) Powell v. City of Detroit Treasury Department, *et al.*, No. 13-04134 (WSD);
    (b) Williams v. Wayne Co. Treasurer, *et al.*, No. 13-04215 (MBM);
    (c) Taylor v. Wayne Co. Treasurer, *et al.*, No. 13-04235 (PJS);
    (d) Taylor v. Wayne Co. Treasurer, *et al.*, No. 13-04237 (PJS);
    (e) Taylor v. Wayne Co. Treasurer, *et al.*, No. 13-04239 (PJS);
    (f) Butts, *et al.* v. City of Detroit Water and Sewerage Department, No. 13-04267 (PJS);
    (g) Wilson v. City of Detroit Property Tax Division, *et al.*, No. 13-04296 (WSD); and
    (h) Steward v. Wayne Co. Treasurer, *et al.*, No. 13-04421 (SWR)