UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor | Hon. Steven W. Rhodes |

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013, I served copies of the following:

1. **OBJECTIONS TO PETITION AND ENTRY OF AN ORDER FOR RELIEF**
2. **CERTIFICATE OF SERVICE (COPY)**

Served upon:

- Counsel to the Debtor
  David G. Heiman, Esq.
  Heather Lennox, Esq.
  Jones Day
  North Point
  901 Lakeside Avenue
  Cleveland, Ohio 44114-1190
- Counsel to the Debtor
  Jeffrey B. Ellman, Esq.
  Jones Day
  1420 Peachtree Street, NE, Ste 800
  Atlanta, Georgia 30309-3053
- Counsel to the Debtor
  Bruce Bennett, Esq.
  Jones Day
  555 South Flower Street, 50th floor
  Los Angeles, California 90071

- <u>Local Counsel to the Debtor</u>
  Jonathan S. Green, Esq.
  Stephen S. LaPlante, Esq.
  Miller, Canfield, Paddock & Stone, P.L.C.
  150 West Jefferson, Ste. 2500
  Detroit, Michigan 48226
- Office of the United States Trustee
  U.S. Department of Justice
  211 West Fort Street, Ste. 700
  Detroit, Michigan 48226

by 1st class US Mail.

Dated: August 23, 2013

/s/ David Dye
David Dye, Party in Interest