UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Chapter 9

City of Detroit, Michigan, Case No. 13-53846

      Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 23, 2013, the Detroit Public Safety Unions' Interrogatories and Requests for Production of Documents to City of Detroit, Michigan and Certificate of Service were electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                            */s/ Barbara A. Patek*
                                            BARBARA A. PATEK (P34666)
                                            Erman, Teicher, Miller,
                                            Zucker & Freedman, P.C.
                                            400 Galleria Officentre, Ste. 444
                                            Southfield, MI 48034
                                            Telephone: 248-827-4100
                                            Facsimile: 248-827-4106
                                            Email: bpatek@ermanteicher.com

Dated: August 23, 2013

F:\OTHERINS\Detroit, CIty of\cert of service request re discovery.docx