UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit - Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W Rhodes

## PROOF OF SERVICE

I hereby certify that on Aug 23, 2013 (date of mailing), I served copies as follows:

1. Document(s) served: Request to Admit Interrogatories Production of Documents

2. Served upon [name and address of each person served]:
   Heather Lennox
   Jones Day
   901 Lakeside Ave
   Cleveland, Ohio

FILED (I) 2013 AUG 23 P 3:59 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

3. By First Class Mail.

Dated: Aug 23 2013

(Signature of ~~Debtor~~) Creditor

Print Name: Dennis Taubitz

(Signature of Co-Debtor)

Print Name: ___