UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN

IN RE,                                         CHAPTER 9
CITY OF DETROIT, MICHIGAN             CASE NO. 13-53846
    *Debtor.*                                   HON. STEVEN W. RHODES

_____/

## **APPEARANCE**

      Melissa L. Demorest of Demorest Law Firm, PLLC submits this appearance as counsel for creditor JOHN W. and VIVIAN M. DENIS TRUST in the above-captioned case. Please direct all pleadings and correspondence to the attention of the undersigned.

                                                                    Respectfully submitted,

                                                                    /s/ Melissa L. Demorest
                                                                   Mark S. Demorest (P35912)
                                                                   Melissa L. Demorest (P68867)
                                                                   Demorest Law Firm, PLLC
                                                                  Attorneys for creditor
                                                                        John W. and
                                                                        Vivian M. Denis Trust
                                                                  322 West Lincoln Ave.
                                                                  Royal Oak, MI 48067
                                                                  248-723-5500
                                                                  melissa@demolaw.com

Dated: August 23, 2013

City of Detroit bankruptcy:Appearance (Denis Trust).docx