UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit, Michigan

Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

   Thomas Stephens' Response and Objections to Notice of Commencement of Case Under Chapter 9, Notice of Automatic Stay and Purposes of Chapter 9, Notice of Deadline and Procedures for Filing Objections to the Chapter 9 Petition and Notice of City's Motion to Limit

2. Served upon [name and address of each person served]:

   See Attached

3. By First Class Mail.

Dated: 8/23/13

(Signature of Debtor)

Print Name: Thomas Stephens

(Signature of Co-Debtor)

Print Name: _____

FILED 2013 AUG 23 PM 4:01 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Parties Served

Hard copies by Certified Mail:

1. Jonathan S. Green and Stephen S. LaPlante
150 W. Jefferson
Ste. 2500
Detroit, MI 48226
(313) 963-6420
Email: green@millercanfield.com
Email: laplante@millercanfield.com

2. David Gilbert Heiman
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7175
Email: dgheiman@jonesday.com

3. Robert S. Hertzberg, Kay Standridge Kress
   and Deborah Kovsky-Apap
4000 Town Center
Suite 1800
Southfield, MI 48075-1505
248-359-7300
Fax : 248-359-7700
Email: hertzbergr@pepperlaw.com
Email: kovskyd@pepperlaw.com
Email: kressk@pepperlaw.com

4. Heather Lennox
222 East 41st Street
New York, NY 10017
212-326-3939
Email: hlennox@jonesday.com

5. U.S. Trustee
Daniel M. McDermott represented by Sean M. Cowley (UST)
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
(313) 226-3432
Email: Sean.cowley@usdoj.gov

Parties Served

By E-Mail:
green@millercanfield.com, dgheiman@jonesday.com, hertzberg@pepperlaw.com, kovskyd@pepperlaw.com, kressk@pepperlaw.com, laplante@millercanfield.com, hlennox@jonesday.com, Sean.cowley@usdoj.gov, candres@gklaw.com, mark.angelov@arentfox.com, cash@wnj.com, Avery@SilvermanMorris.com, jbank@kerr-russell.com, Paige.Barr@kattenlaw.com, kevin.baum@kattenlaw.com, dbeckwith@fosterswift.com, david.lemke@wallerlaw.com, BellM1@michigan.gov, ryan.bennett@kirkland.com, dbernstein@plunkettcooney.com, bbest@schaferandweiner.com, jhb_ecf@osbig.com, web@osbig.com, bborder@sspclegal.com, mbredow@resnicklaw.net, lbrimer@stroblpc.com, cbullock@sbplclaw.com, jcalton@honigman.com, blundberg@honigman.com, pcanzano@sidley.com, julia.caroff@usdoj.gov, boeccf@boclaw.com, acaton@kramerlevin.com, bceccotti@cwsny.com, nganatra@uaw.net, cobbm@detroitmi.gov, carol.cohen@arentfox.com, dcopley@dickinsonwright.com, ecrowder@sbplclaw.com, robert.darnell@usdoj.gov, sdeeby@clarkhill.com, melissa@demolaw.com, rdiehl@bodmanlaw.com, karen.dine@kattenlaw.com, david.dubrow@arentfox.com, bankruptcy@maxwelldunnlaw.com, jeaton@cousenslaw.com, deisenberg@ermanteicher.com, eerman@ermanteicher.com, sfarrell@dykema.com, efeldman@clarkhill.com, MField@stroblpc.com, dfish@allardfishpc.com, flanchers@michigan.gov, vgilawyer@sbcglobal.net, mfrankel@couzens.com, jerry.ellis@couzens.com, jgadhar@mcdonaldhopkins.com, agerdes@gerdesplc.com, wwkannel@mintz.com, awalker@mintz.com, aplawyer@sbcglobal.net, rgordon@clarkhill.com, tgraves@allardfishpc.com, sgross@mcdonaldhopkins.com, sgrow@wnj.com, ejgudeman@gudemanlaw.com, rayguzall@attorneyguzall.com, stephen.hackney@kirkland.com, phage@jaffelaw.com, howard.hawkins@cwt.com, showell@dickinsonwright.com, charlesidelsohnattorney@yahoo.com, mrj@wwrplaw.com, mjkarwoski@alumni.nd.edu, mkato@sachswaldman.com, ecf@kaalaw.com, akochis@wolfsonbolton.com, skohn@winston.com, plannen@plunkettcooney.com, jerry.ellis@couzens.com, llarose@winston.com, ecf@lassnerlaw.com, msl@maddinhauser.com, dlerner@plunkettcooney.com, slevine@lowenstein.com, emajoros@glmpc.com, dmollicone@dmms.com, morris@silvermanmorris.com, fneufeld@syer.com, knewbury@schiffhardin.com, rfrimmer@schiffhardin.com, kenneth.noble@kattenlaw.com, enovetsky@jaffelaw.com, soconnor@glmpc.com, bokeefe@lippittokeefe.com, aoreilly@honigman.com, yotc_ecf@yahoo.com, mike.paslay@wallerlaw.com, bpatek@ermanteicher.com, aap43@outlook.com, rplecha@lippittokeefe.com, princel@dteenergy.com, steveramadan@gmail.com, proberts@shawfishman.com, rfishman@shawfishman.com, kim.robinson@bfkn.com, lrochkind@jaffelaw.com, rrose@dykema.com, tsable@honigman.com, kschneider@schneidermiller.com, howard@jacobweingarten.com, john.sieger@kattenlaw.com, wsmith@mwe.com, james.sprayregen@kirkland.com, ksummers@dflaw.com, summersm@ballardspahr.com, mtaunt@stroblpc.com, lbrimer@stroblpc.com, kthornbladh@gmail.com, btrumbauer@bodmanlaw.com, swahl@schiffhardin.com, dweiner@schaferandweiner.com, jweiner@mcdonaldhopkins.com, billwertheimer@gmail.com, swolfson@wolfsonbolton.com, dmzack@mcalpinelawfirm.com, mlmcalpine@mcalpinepc.com, jmz@zaplc.com, czucker@ermanteicher.com