UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Chapter 9

City of Detroit, Michigan,                           Case No. 13-53846

               Debtor.                        Hon. Steven W. Rhodes
_____/                     Hon. Gerald E. Rosen

### ORDER TO CERTAIN PARTIES TO APPEAR
### FOR MEDIATION OF CERTAIN DISPUTES BEFORE
### SPECIAL MEDIATOR U.S. BANKRUPTCY JUDGE ELIZABETH PERRIS

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on      August 23, 2013

    PRESENT: Honorable Gerald E. Rosen
                     United States District Chief Judge

**TO:** The City of Detroit
Emergency Manager Kevyn D. Orr
General Retirement System
Police and Fire Retirement System
Syncora Guarantee, Inc.
U.S. Bank, N.A.
MGM Grand Detroit, LLC
Detroit Entertainment, LLC d/b/a
Motor City Casino
Greektown Casino
USB AG
SBS Financial Products Co., LLC
Merrill Lynch Capital Services, Inc.
EEPK Bank
DEPFA Bank
Ad Hoc COP Holders
Ambac Assurance Corp.
National Public Finance Guarantee Corp.
Assured Guaranty Municipal Corp.
Financial Guaranty Insurance Co.

Pursuant to the Second Order Referring Matters for Facilitative Mediation entered

on August 22, 2013, referring for mediation the disputes arising from the July 15, 2013 Forbearance and Optional Termination Agreement entered into by the City of Detroit, the Emergency Manager of the City, the Detroit General Retirement System Service Corporation, and the Detroit Police and Fire Retirement System Service Corporation, on the one hand, and UBS AG and Merrill Lynch Capital Services, Inc., on the other,

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear for **mediation of the disputes arising from the July 15, 2013 Forbearance and Optional Termination Agreement** before Special Mediator U.S. Bankruptcy Judge Elizabeth L. Perris on **Thursday, August 29, 2013 at 9:30 a.m., at the Theodore Levin U.S. Courthouse, Room 861, 231 West Lafayette Blvd., Detroit, MI 48226.**

**IT IS FURTHER ORDERED** that, for this mediation session, the parties shall be represented by no more than the following number of representatives, including attorneys, who have full authority to engage in settlement negotiations. *See* Local Bankruptcy Rule 7016-2(6); Eastern District of Michigan Local Rule 16.1(c):

City of Detroit/ Emergency Manager - three (3)

Syncora Guaranty, Inc. - three (3)

Counterparties (USB AG, SBS Financial Products Co., LLC/Merrill Lynch Capital Services, Inc.) - six (6) total collectively

Ambac Assurance Corp., National Public Finance Guarantee Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Co. (collectively) - six (6) total

Other parties - one (1) each

**IT IS FURTHER ORDERED** that if any party believes that the number of

permitted representatives is inadequate, the party shall no later than the close of business Monday, August 26, 2013, apply to the mediator in writing to increase the number of representatives. Any such request shall explain how many representatives are desired and the reason why additional representatives are needed.

**IT IS FURTHER ORDERED** that the parties shall submit via electronic mail (do not file with the court) to **elizabeth_perris@orb.uscourts.gov** and **diane_bridge@orb.uscourts.gov** a mediation statement **no later than the close of business on Tuesday, August 27, 2013.** The mediation statement need not be served on the other parties, shall not exceed ten (10) pages in length, and shall include suggested ways that the mediation might resolve, on an interim or permanent basis.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: August 23, 2013