UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------------x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of August 2013, I caused the

1. First Request of International Union, UAW and the *Flowers* Plaintiffs for Production of Documents by the City of Detroit and Kevyn Orr;

2. International Union, UAW and *Flowers* Plaintiffs' Interrogatories to Debtor City of Detroit, Michigan; and

3. Notice of Depositions Under Fed. R. Civ. P. 30 and Fed. R. Bankr. P. 7030;

to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
August 23, 2013

Cohen, Weiss and Simon LLP

By: /s/ Babette A. Ceccotti
330 West 42nd Street
New York, New York 10036-6976
T: 212-563-4100
bceccotti@cwsny.com

*Attorneys for International Union, UAW*