UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of

THE CITY OF
DETROIT, MICHIGAN

Case No. 13 53846 swr

HONORABLE STEVEN W. RHODES

CORRECTED
INDIVIDUAL / CREDITOR / CLAIMANT HEIDI PETERSON'S
DISCOVERY REQUESTS
# [REQUESTS FOR ADMISSION]

These discovery requests are directed to the appropriate persons through the attorneys for the Chapter 9 debtor, David Heiman at Jones Day, Attorneys at Law, 901 Lakeside Avenue, Cleveland, Ohio 44114.

1.  Please admit that homeowner Peterson made efforts to resolve her problems with the city but that city personnel either ignored Peterson or went out of their way to not deal with Peterson in good faith.

2.  Please admit that the state all along was interested in moving Detroit quickly into bankruptcy for the reason that it was in the STATE'S BEST INTEREST for Detroit to be in bankruptcy.

3.  Please admit that the state lottery money allegedly earmarked for Detroit schools never reaches Detroit schools and that it is common practice in Lansing to ignore Detroit's interests.

4.  Please admit that persons are taxed according to their apparent ability to pay rather than the value of their property and that such a system results in squatters living for free and homeowners carrying the burden by paying higher tax rates.

CHARLES BRUCE IDELSOHN
By: /s/Charles Bruce Idelsohn

Dated:  8/24/2013

Charles Bruce Idelsohn (P36799)
P.O. BOX 856
Detroit, MI 48231
(586) 450-0128
charlesidelsohnattorney@yahoo.com