Form nstatusBK

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a Status Conference regarding [157] Corrected Motion to Assume Lease or Executory Contract (related document(s) [17] Motion to Assume Lease or Executory Contract) , will be held on the above−entitled bankruptcy case at:

Location: **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226**

Date: **8/28/13**

Time: **10:00 AM**

Dated: 8/22/13

                                            BY THE COURT

                                            Katherine B. Gullo
                                            Clerk, U.S. Bankruptcy Court

                                            BY: christine sikula
                                            Deputy Clerk

In re:                                                                  Case No. 13-53846-swr
City of Detroit, Michigan                                               Chapter 9
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: csiku              Page 1 of 8           Date Rcvd: Aug 22, 2013
                    Form ID: statBK            Total Noticed: 130

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2013.
```
dbpos       +City of Detroit, Michigan,    2 Woodward Avenue,    Suite 1126,    Detroit, MI 48226-3443
cr          +Aleta Atchinson-Jorgan,    7412 Saint Paul,    Detroit, MI 48214-2337
cr          +Alice Pruitt,    18251 Freeland,    Detroit, MI 48235-2537
cr          +Alma Cozart,    18331 Shaftsbury,    Detroit, MI 48219-2811
cr          +Althea Long,    9256 Braile,    Detroit, MI 48228-1606
cr          +Amalgamated Transit Union Local 26,    716 Lothrop Ave.,    Detroit, MI 48202-2715
cr          +Andrea Edwards,    19165 Stotter Street,    Detroit, MI 48234-3135
cr          +Angela Crockett,    19680 Roslyn Rd.,    Detroit, MI 48221-1842
cr          +Anthony G. Wright, Jr.,    649 Alger,    Detroit, MI 48202-2150
intp        +Bill Schuette,    Michigan Department of Attorney General,    P.O. Box 30754,
              Lansing, MI 48909-8254
cr          +Bishop Real Estate, L.L.C.,    c/o Stephen M. Gross, Esq.,    39533 Woodward Ave.,    Suite 318,
              Bloomfield Hills, MI 48304-5106
cr          +Brown Rehabilitation Management, Inc.,    29688 Telegraph,    Suite 100,
              Southfield,    48034-1363
cr          +Calvin Turner,    16091 Edmore,    Detroit, MI 48205-1432
intp        +Caralyce M. Lassner,    Caralyce M. Lassner, JD, PC,    8300 Hall Road, Suite 201,
              Utica, MI 48317-5506
cr          +Charles Chatman,    19974 Derby,    Detroit, MI 48203-1166
cr          +Charles D Brown,    1365 Joliet Place,    Detroit, MI 48207-2833
cr          +Charles Taylor,    11472 Wayburn,    Detroit, MI 48224-1636
cr          +Charles Williams, II,    6533 E. Jefferson,    Apt 118,    Detroit, MI 48207-4344
cr          +Chase Paymentech, LLC,    Attn: Lazonia Clark, Business Analyst,    14221 Dallas Pkwy, Bldg II,
              Dallas, TX 75254-2942
cr          +Cheryl Smith Williams,    3486 Baldwin,    Detroit, MI 48214-1704
intp        +City of Detroit Water and Sewerage Department,    615 Griswold,    Suite 1708,
              Detroit, MI 48226-3990
cr          +Claudette Campbell,    1021 Winchester Ave.,    Lincoln Park, MI 48146-4248
cr          +Cynthia Blair,    8865 Espes,    Detroit, MI 48204-2721
cr          +DEPFA Bank PLC,    c/o Schiff Hardin LLP,    Rick L. Frimmer, Esq.,    233 S. Wacker Dr., Ste. 6600,
              Chicago, IL 60606-6360
cr          +David Bullock,    701 W. Hancock,    Detroit, MI 48201-1119
cr          +David Dye,    19313 Ardmore,    Detroit, MI 48235-1704
cr          +David Sole,    2921 E Jefferson Ste 205,    Detroit, MI 48207-4267
cr          +Deborah Moore,    4436 Lemay Road,    Detroit, MI 48214-1677
cr          +Deborah Pollard,    20178 Pinehurst,    Detroit, MI 48221-1060
cr          +Dempsey Addison,    2727 Second Ave.,    Suite 152,    Detroit, MI 48201-2673
cr         #+Dennis Taubitz,    4190 Devonshire Rd.,    Detroit, MI 48224-3636
cr          +Diane Hutchersun,    4127 Grayton,    Detroit, MI 48224-2337
cr          +Dolores A. Thomas,    17320 Cherrylawn,    Detroit, MI 48221-2569
cr          +Donald Taylor,    1809 Bullock Rd,    Lapeer, MI 48446-9705
intp        +Donald Taylor,    Retired Detroit Police and Fire Fighter,    2525 E. 14 Mile Rd.,
              Sterling Heights, MI 48310-5969
intp        +Douglas C. Bernstein,    Plunkett Cooney,    38505 Woodward Avenue,    Suite 2000,
              Bloomfield Hills, MI 48304-5096
cr          +Dwight Boyd,    19337 Concord,    Detroit, MI 48234-2909
cr          +Eaton Vance Management,    William Delahunty,    2 International Place,    Boston, MA 02110-4101
cr          +Edward Lowe,    18046 Sussex,    Detroit, MI 48235-2834
cr          +Elmarie Dixon,    4629 Philip St.,    Detroit, MI 48215-2127
cr          +Erste Europaische Pfandbrief- und Kommunalkreditba,    c/o Matthew G. Summers, Esquire,
              Ballard Spahr LLP,    919 N. Market St., 11th Floor,    Wilmington, DE 19801-3062
cr          +Fidelity Management & Research Company,    Hannah Kate Sullivan,    One Spartan Way,
              Mail Zone TS2T,    Merrimack, NH 03054-4300
cr          +Floreen Williams,    16227 Birwood,    Detroit, MI 48221-2873
cr          +Fraustin Williams,    11975 Indiana,    Detroit, MI 48204-1033
intp        +Gabriel, Roeder, Smith & Company,    c/o Stevenson & Bullock, P.L.C.,    Attn: Charles D. Bullock,
              26100 American Drive,    Suite 500,    Southfield, Mi 48034-6184
intp         Godfrey & Kahn, S.C.,    One East Main Street, Suite 500,    P.O. Box 2719,
              Madison, WI 53701-2719
cr          +Gretchen R Smith,    3901 Grand River Ave #913,    Detroit, MI 48208-2854
cr          +HP Enterprise Services, LLC,    c/o Michael D. Warner, Esq.,
              Cole, Schotz, Meisel, Forman & Leonard,    301 Commerce Street, Ste 1700,
              Fort Worth, TX 76102-4126
cr          +Helen Powers,    100 Winona,    Highland Park, MI 48203-3338
cr          +Horace E. Stallings,    1492 Sheridan St.,    Detroit, MI 48214-2408
cr          +International Union, United Automobile, Aerospace,    Solidarity House,
              8000 East Jefferson Avenue,    Detroit, MI 48214-3963,    UNITED STATES OF AMERICA
cr           Jacqueline Esters,    18570 Glastonbury,    Detroit, MI   48219
intp        +Janet M Ziulkowski,    Ziulkowski & Associates PLC,    17001 Nineteen Mile Rd Ste 1-D,
              Clinton Township, MI 48038-4867
cr          +Jean Vortkamp,    11234 Craft,    Detroit, MI 48224-2436
cr          +Jerry Ford,    9750 W. Outer Drive,    Detroit, MI 48223-1231
cr          +Jo Ann Watson,    100 Riverfront Drive,    Detroit, MI 48226-4539
cr          +Joann Jackson,    16244 Princeton,    Detroit, MI 48221-3318
```

```
cr           +Joyce Davis,   15421 Strathmoor Street,   Detroit, MI 48227-5901
intp         +Kenneth M. Schneider,   Schneider Miller, P.C.,   645 Griswold Ste. 3900,
               Detroit, MI 48226-4251
intp         +Kimberli Janette Powell,   C/o B.O.C. Law Group, P.C.,   24100 Woodward Ave.,
               Pleasant Ridge, MI 48069-1138
cr           +Krystal A. Crittendon,   19737 Chesterfield,   Detroit, MI 48221-1830
cr           +Kwabena Shabu,   2445 Lamothe St.,   Detroit, MI 48206-2539
cr           +LaVern Holloway,   16246 Linwood Street,   Detroit, MI 48221-3310
cr           +Larene Parrish,   18220 Snowden,   Detroit, MI 48255-0001
cr           +Lavarre W. Greene,   19667 Roslyn Rd.,   Detroit, MI 48221-1892
cr           +Leland Prince DTE Energy Co,   DTE Energy Company,   One Energy Plaza,   688-WCB,
               Legal Department,   Detroit, MI 48226-1221
cr           +Leola Regina Crittendon,   19737 Chesterfield Road,   Detroit, MI 48221-1830
cr          #+Leonard Wilson,   100 Parsons St., Apt. 712,   Detroit, MI 48201-2077
cr           +Lewis Dukens,   1362 Joliet Pl,   Detroit, MI 48207-2834
cr           +Linda Bain,   1071Baldwin,   Detroit, MI 48214-2430
cr           +Lorene Brown,   2227 Hughes Terrace,   Detroit, MI 48208-1321
cr            Lorna Lee Mason,   1311 Wyoming,   Detroit, MI 48238
cr           +Lucinda J. Darrah,   492 Peterboro,   Detroit, MI 48201-2302
intp         +Martin A. O'Brien,   c/o A. Stephen Ramadan, PLC,   22201 Harper Ave,
               St. Clair Shores, MI 48080-1865
cr           +Mary Diane Bukowski,   9000 E Jefferson #10-9,   Detroit, MI 48214-4195
cr           +Mary Dugans,   18034 Birchcrest,   Detroit, MI 48221-2737
cr           +Marzelia Taylor,   11975 Indiana,   Detroit, MI 48204-1033
op           +McAlpine PC,   3201 University Dr., Suite 100,   Auburn Hills, MI 48326-2396
cr           +Michael Amine Beydoun,   4320 Pratt,   Ann Arbor, MI 48103-1445
cr           +Michael D Shane,   16815 Patton,   Detroit, MI 48219-3908
cr           +Michael D. Jones,   3129 Castlewood Drive,   Las Vegas, NV 89102-7322
cr           +Michael G Benson,   19395 Parkside,   Detroit, MI 48221-1869
cr           +Michael Joseph Karwoski,   26015 Felicity Landing,   Harrison Township, MI 48045-6401
cr            Michael K. Pelletier,   2063 Lakeshore Rd.,   Applegate, MI 48401
cr           +Michigan Auto Recovery Service, Inc.,   8850 Southfield,   Detroit, MI 48228-1976
cr           +Nathaniel Brent,   538 South Livernois,   Detroit, MI 48209-3031
cr           +National Industrial Maintenance - Michigan, Inc.,   c/o Dean & Fulkerson,
               801 W. Big Beaver Road, Suite 500,   Troy, MI 48084-4724
cr           +Nettie Reeves,   10339 Curtis Street,   Detroit, MI 48221-2424
cr           +Olivia Gillon,   18832 Arleen Court,   Livonia, MI 48152-1963
cr           +Paulette Brown,   19260 Lancashire,   Detroit, MI 48223-1374
cr           +Phebe Lee Woodberry,   803 Gladstone,   Detroit, MI 48202-1709
cr           +Preston West,   18460 Fairfield,   Detroit, MI 48221-2229
cr           +Rakiba Brown,   612 Clairmount St.,   Detroit, MI 48202-1528
cr           +Raleigh Chambers,   14861 Ferguson St.,   Detroit, MI 48227-1413
cr           +Randy Beard,   16840 Strathmoor St.,   Detroit, MI 48235-4071
cr           +Regina G. Bryant,   2996 Bewick St.,   Detroit, MI 48214-2122
intp         +Resnick & Moss, P.C.,   40900 Woodward Avenue,   Suite 111,   Bloomfield Hills, MI 48304-5116
cr           +Retired Detroit Police Members Association,   c/o Strobl & Sharp, P.C.,
               300 E. Long Lake Road, Suite 200,   Bloomfield Hills, MI 48304-2376
intp         +Retired Detroit Police and Fire Fighers Associatio,   Retired Detroit Police and Fire Fighters,
               2525 E. 14 Mile Rd,   Sterling Heights, MI 48310-5969
cr           +Richard Johnson El-Bey,   10339 Curtis Street,   Detroit, MI 48221-2424
cr           +Robbie Lee Flowers,   6533 E. Jefferson, Apt 602T,   Detroit, MI 48207-3784
cr           +Robert Davis,   180 Eason,   Highland Park, MI 48203-2707
cr           +Roosevelt Lee,   11961 Indiana,   Detroit, MI 48204-1033
cr           +Russ Bellant,   19619 Helen,   Detroit, MI 48234-3052
cr           +Sallie M. Jones,   4413 W. Philadelphia,   Detroit, MI 48204-2498
cr           +Samuel L. Riddle,   1276 Navarre Pl.,   Detroit, MI 48207-3014
cr           +Sandra Carver,   10110 E. Outer Dr.,   Detroit, MI 48224-2824
cr           +Sheilah Johnson,   277 King Street,   Detroit, MI 48202-2128
intp         +Shirley V Lightsey,   President-Detroit Retired City Emp As,   P.O. Box 40713,
               Detroit, MI 48240-0713
cr           +Shirley V Lightsey,   P.O. Box 40713,   Detroit, MI 48240-0713
intp         +State of Michigan,   PO Box 30754,   Lansing, MI 48909-8254
intp         +State of Michigan, Department of Attorney General,   c/o Dawn R. Copley,   Dickinson Wright PLLC,
               500 Woodward Avenue, Suite 4000,   Detroit, MI 48226-5403
cr           +Stephen Johnson,   31354 Evergreen Road,   Beverly Hills, MI 48025-3806
cr           +The Chair of Saint Peter,   1300 Pennsylvania Avenue NW,   Suite 190-715,
               Washington, DC 20004-3002
cr           +Thomas Stephens,   4595 Hereford,   Detroit, MI 48224-1404
cr           +Timothy King,   4102 Pasadena,   Detroit, MI 48238-2632
cr           +Tracey Renee Tresvant,   19600 Anvil,   Detroit, MI 48205-1822
cr           +U.S. Bank National Association,   c/o Waller Lansden Dortch & Davis, LLP,
               Attn: David E. Lemke, Esq.,   511 Union Street, Suite 2700,   Nashville, TN 37219-1791
cr           +Ulysses Freeman,   14895 Faust,   Detroit, MI 48223-2322
intp         +Upright Wrecking & Demolition, L.L.C.,   5555 Connor Ave. Suite 1249,   Detroit, MI 48213-3495
cr           +Waste Management Inc. etal,   c/o Jerry M. Ellis,   39395 W. Twelve Mile Road,   Suite 200,
               Farmington Hills, MI 48331-2968
cr           +William Curtis Walton,   4269 Glendale,   Detroit, MI 48238-3211
cr           +William D. Ford,   18034 Birchcrest Dr.,   Detroit, MI 48221-2737
cr           +William Davis,   9203 Littlefield,   Detroit, MI 48228-2591
cr           +William Hickey,   14910 Lamphere St.,   Detroit, MI 48223-1875
```

```
District/off: 0645-2           User: csiku                 Page 3 of 8                  Date Rcvd: Aug 22, 2013
                               Form ID: statBK             Total Noticed: 130
```

```
cr              +William J. Howard,    17814 Charest,    Detroit, MI 48212-1082
intp             Xylia Hall,    3500 Parker,    Detroit, MI 48214-1893
cr              +Zelma Kinchloe,    439 Henry St,    Detroit, MI 48201-2609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: info@vanguardians.org Aug 22 2013 21:27:56     Barry Allen,    Vanguardians,
                 POB 11202,    Glendale, CA 91226-7202
cr              +E-mail/Text: lazonia.clark@chasepaymentech.com Aug 22 2013 21:27:58     Chase Paymentech, LLC,
                 Attn: Lazonia Clark, Business Analyst,    14221 Dallas Pkwy, Bldg II,    Dallas, TX 75254-2942
intp            +E-mail/Text: codbankruptcynotices@detroitmi.gov Aug 22 2013 21:27:16
                 Treasurer, City of Detroit,   c/o Law Department,   2 Woodward Ave.,    Suite 500,
                 Detroit, MI 48226-3440
                                                                                              TOTAL: 3
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp             Blue Cross Blue Shield of Michigan and Blue Care N
intp             Center for Community Justice and Advocacy
cr               Frank M. Sloan, Jr.,   18953 Pennington Dr.
cr               General Retirement System of the City of Detroit
cr               Keetha R. Kittrell,   22431 Tireman
cr               Michigan Council 25 Of The American Federation of
                                                                                TOTALS: 6, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2013**          **Signature:**         *Joseph Speetjens*

13-53846-tjt    Doc 619    Filed 08/24/13    Entered 08/25/13 00:57:05    Page 4 of 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2013 at the address(es) listed below:

        A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com

        Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

        Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

        Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com, aap43law@gmail.com

        Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

        Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

        Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

        Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

        Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com

        Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

        Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association bpatek@ermanteicher.com

        Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association bpatek@ermanteicher.com

        Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

        Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

        Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com

        Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

        Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

        Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

        Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

        Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com

        Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

        Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

        Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com

        Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

        Corey M. Carpenter    on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com, coreycarpenter@boclaw.com

        Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

        Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

        Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com

        Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com

        Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation dweiner@schaferandweiner.com

        David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

        David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

        David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association deisenberg@ermanteicher.com

        David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com

        David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc.    dmollicone@dmms.com

David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan    dgheiman@jonesday.com

David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation    david.dubrow@arentfox.com

David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com

Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com

Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association    dbeckwith@fosterswift.com

Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein    dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association    eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association    eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344    eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association    eerman@ermanteicher.com

Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com

Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company    emajoros@glmpc.com

Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation    enovetsky@jaffelaw.com

Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit    efeldman@clarkhill.com

Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com

Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan    hlennox@jonesday.com

Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd. james.sprayregen@kirkland.com

James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com

Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com

Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company    jbank@kerr-russell.com

Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com

Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com

Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

Jennifer A. Zbytowki Belveal    on behalf of Defendant    Greektown Casino, LLC    jbelveal@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jennifer A. Zbytowki Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com
          Jerome D. Goldberg    on behalf of Creditor David   Sole apclawyer@sbcglobal.net
          John E. Eaton    on behalf of Creditor     Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com
          John P. Sieger    on behalf of Creditor     Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
           blundberg@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com,   alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com,    nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com,   mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp. llarose@winston.com
          Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,    dburris@jaffelaw.com
          Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
           lbrimer@stroblpc.com,    kvanakin@stroblpc.com
          Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association
           MField@stroblpc.com,    jmckeogh@stroblpc.com
          Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
           mkato@sachswaldman.com,    pmerchak@sachswaldman.com
          Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com,    pmerchak@sachswaldman.com
          Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor James   Herbert melissa@demolaw.com,   paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor John   Denis melissa@demolaw.com,   paula@demolaw.com
          Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
           mtaunt@stroblpc.com,    KVanAkin@stroblpc.com
          Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party Bill   Schuette BellM1@michigan.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Michael R. Paslay     on behalf of Creditor    U.S. Bank National Association
               mike.paslay@wallerlaw.com,
               Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
               rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com, bac@maddinhauser.com
              Niraj R. Ganatra     on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America Nganatra@uaw.net
              Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               Paige.Barr@kattenlaw.com
              Patrick C. Lannen     on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick Warren Hunt    on behalf of Interested Party    New England Fertilizer Company
               pwhunt@kerr-russell.com
              Patrick Warren Hunt    on behalf of Interested Party    Wade Trim Associates, Inc.
               pwhunt@kerr-russell.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
              Peter L. Canzano     on behalf of Creditor    National Public Finance Guarantee Corporation
               pcanzano@sidley.com
              Raymond Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
               Department ecf@kaalaw.com
              Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
               robert.darnell@usdoj.gov
              Robert D. Gordon     on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert D. Gordon     on behalf of Creditor    General Retirement System of the City of Detroit
               rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
              Robert M. Fishman    rfishman@shawfishman.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
               hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
              Ryan Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com
              Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@winston.com,
               DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.c
               om;KForte@winston.com
              Sandra L. O'Connor     on behalf of Interested Party    US Health & Life Insurance Company
               soconnor@glmpc.com
              Scott A. Wolfson     on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
               david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
               State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
               slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
         Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
         Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
         Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd. stephen.hackney@kirkland.com
         Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc. stephen.hackney@kirkland.com
         Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
         Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
         Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
         Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
         Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com
         Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
         Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
         Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
         Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com,   marlene@silvermanmorris.com
         Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com,   marlene@silvermanmorris.com
         Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com,   allardfishpc@yahoo.com
         Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
         Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
         Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
         Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net,   dfjohnson@cfaith.com
         William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
         William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
         William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
         William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
         William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
         William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
         William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
         William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC wcb@osbig.com
         William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
         Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
         Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
         Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                                             TOTAL: 200