UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

    Debtor.

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Stephen W. Rhodes

## STATEMENT OF CONCURRENCE BY THE RETIREE ASSOCIATION PARTIES IN THE MOTION OF DEBTOR FOR PROTECTIVE ORDER

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., file this statement to indicate that they concur, specifically with respect to retirees and their families, in the relief provided for in the proposed order submitted with the Motion of Debtor for Protective Order (Docket 528).

*WHEREFORE*, the Retiree Association Parties request that the Court enter the order proposed by the City with respect to its motion for protective order.

> Respectfully submitted,
>
> **SILVERMAN & MORRIS, P.L.L.C.**
>
> By: */s/ Thomas R. Morris*
>   THOMAS R. MORRIS (P39141)
>   KARIN F. AVERY (P45364)
> Co-counsel for Retiree Association Parties
> 30500 Northwestern Highway, Suite 200
> Farmington Hills, Michigan 48334
>  (248) 539-1330   Fax:  (248) 539-1355
> morris@silvermanmorris.com
> avery@silvermanmorris.com
>
> **LIPPITT O'KEEFE, PLLC**
> Brian D. O'Keefe (P39603)
> Ryan C. Plecha (P71957)
> Attorneys for Retiree Association Parties
> 370 East Maple Road, 3rd Floor
> Birmingham, Michigan 48009
> (248) 646-8292   Fax:  (248) 646-8375
> bokeefe@lippittokeefe.com
> rplecha@lippittokeefe.com

Dated:  August 26, 2013