UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of  Case No. 13 53846 swr
THE CITY OF  HONORABLE STEVEN W. RHODES
DETROIT, MICHIGAN

CERTIFICATE OF SERVICE

The following were mailed to the debtor's attorney David Heiman at Jones Day,

Attorneys at Law, 901 Lakeside Avenue, Cleveland, Ohio 44114 , on 19AUG2013.

A. This CERTIFICATE OF SERVICE

B. INDIVIDUAL / CREDITOR / CLAIMANT HEIDI PETERSON'S OBJECTION
TO THE CITY OF DETROIT'S CHAPTER 9 BANKRUPTCY CASE FILING

Dated: 8/26/2013

CHARLES BRUCE IDELSOHN
By: /s/Charles Bruce Idelsohn
Charles Bruce Idelsohn (P36799)
P.O. BOX 856
Detroit, MI 48231
(586) 450-0128
charlesidelsohnattorney@yahoo.com