UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Debtor.
City of Detroit

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

corrected

**PROOF OF SERVICE**

I hereby certify that on Aug 19, 2013 (date of mailing), I served copies as follows:

1. Document(s) served: Objections to Elgibility and Proof of Service

2. Served upon [name and address of each person served]:

    Heather Lennox
    Jones Day
    North Point
    901 Lakeside Ave
    Cleveland, Ohio
    44114

3. By First Class Mail.

Dated: Aug 19, 2013

FILED 2013 AUG 26 A 11:56 U.S. BANKRUPTCY COURT E.D. MICH-DETROIT

(Signature of ~~Debtor~~) creditor

Print Name: Dennis Taubitz

(Signature of Co-Debtor)

Print Name: _____

13-53846-tjt    Doc 624    Filed 08/26/13    Entered 08/26/13 12:14:01    Page 1 of 1