UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Steven W. Rhodes

Debtor.

## PROOF OF SERVICE

I hereby certify that on 8-26-2013 (date of mailing), I served copies as follows:

1. Document(s) served: Objections to the filing of chapter 9 for the city of Detroit, MI

2. Served upon [name and address of each person served]:

David G. Heiman
Heather Lennox
Jones Day
North Point
901 Lakeside Ave
Cleveland, OH 44114
216 586-3939

Bruce Bennett
Jones Day
555 South Flower St
Los Angeles, CA 90071
313 243-2382

Jonathan S. Green
Stephen S. LaPlante
Miller, Canfield,
Paddock & Stone
P.L.C.
150 W. Jefferson
Suite 2500
Detroit, MI 48226
313 963-4420

3. By First Class Mail.

Dated: 8-26-2013

Linda Bar
(Signature of Debtor)

Print Name: Linda Barn

_____
(Signature of Co-Debtor)

Print Name: _____

FILED
2013 AUG 26 P 12:13
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

13-53846-tjt  Doc 625  Filed 08/26/13  Entered 08/26/13 12:19:27  Page 1 of 1