UNITED STATES DISTRICT COURT OF MICHIGAN
EASTERN DISTRICT, SOUTHERN DIVISION

In Re CITY OF DETROIT, MICHIGAN

Bankr. E.D. MI
Case No. 13-53846

ORDER GRANTING EX-PARTE MOTION FOR PERMISSION TO SUBMIT WRITTEN (PAPER) PETITION TO LIFT STAY

At a session of said Court held at Detroit, Michigan

Present: HON: _____

Having read Ronald Cook's Ex-Parte Motion For Permission To Submit Written (Paper) Petition To Lift Stay and being otherwise fully advised in the premises, for good cause shown,

IT IS HEREBY ORDERED that the Ex-Parte Motion is GRANTED.

*Steven W. Rhodes*
Steven W. Rhodes
Bankruptcy Court Judge