UNITED STATES DISTRICT COURT OF MICHIGAN
EASTERN DISTRICT, SOUTHERN DIVISION

In Re CITY OF DETROIT, MICHIGAN

Bankr. E.D. MI
Case No. 13-53846

_____

ORDER GRANTING PETITION FOR ORDER LIFTING STAY IN MICHIGAN COURT OF APPEALS NOS. 310509 AND 308561

At a session of said Court held at Detroit, Michigan on

_____

Present: HON: _____

Having read Ronald Cook's Petition for an order lifting the stay filed by the City of Detroit in Michigan Court of Appeals Case Nos. 310509 and 308561, and the Court having conducted the process indicated in the premises, and being otherwise fully advised,

IT IS HEREBY ORDERED that the Petition for an Order Granting Petition to Lift the Stay is GRANTED.

SO ORDERED.

_____
Steven W. Rhodes
Bankruptcy Court Judge

UNITED STATES DISTRICT COURT OF MICHIGAN
EASTERN DISTRICT, SOUTHERN DIVISION

In Re CITY OF DETROIT, MICHIGAN

Bankr. E.D. MI
Case No. 13-53846

NOTICE OF HEARING

PLEASE TAKE NOTICE that the attached Plaintiff's Petition to Lift Stay will be brought for hearing on a date and time to be arranged by the Court.

Respectfully Submitted,

_____
L. Rodger Webb (P33356)
Attorney for Plaintiff
17000 West Ten Mile Road
Goodman Acker Bldg., 2nd Floor
Southfield, MI 48075
Tel: (248) 395-9750
Fax: (248) 395 9760

Dated: August 21, 2013

FILED
2013 AUG 26 P 1:09
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES DISTRICT COURT OF MICHIGAN
EASTERN DISTRICT, SOUTHERN DIVISION

In Re CITY OF DETROIT, MICHIGAN

Bankr. E.D. MI
Case No. 13-53846

---

PROOF OF SERVICE

L. Rodger Webb, counsel for Ronald Cook, states as an officer of the Court that on August 21, 2013 he served a copy of Plaintiff-Appellant Ronald Cook's Petition to Lift Stay, without exhibits, Brief in Support, Notice of Hearing, and Motion for Permission to Submit a Written (Paper) Petition in the captioned cases on Jason McFarlane, counsel of record, at his address at City of Detroit, 560 Woodward Ave, Ste 1650, Detroit, MI 48226 by first class mail.

Respectfully Submitted,

L. Rodger Webb, P.C.

By: L. Rodger Webb (P33356)
17000 West Ten Mile Road
Goodman Acker Bldg, 2nd Floor
Southfield, MI 48075
Tel: 248 395 9750
Fax: 248 395 9760

Dated: August 21, 2013