August 21, 2013

Hon. Steven Rhodes, P 19334
U.S. Bankruptcy Court
231 W. Lafayette Blvd.
Detroit, Mich. 48226

FILED
2013 AUG 26 A 11: 26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Judge Rhodes:

(1) As a City of Detroit retiree, I urge you not to let Detroit file for bankruptcy. I retired in 2004, after working 30-years. 3 with D.D.O.T. 27 with DWSD. For many years, Detroit has been top-heavy with mayoral aides, city council aides, dept. directors, deputy directors, middle-managers, human resource directors and managers. All had 24-hour Detroit city vehicles to take home, shop in, go to the barber shop and hair dresser in! What do these individuals need with city vehicles, 24-hours a day?! This is one of many reasons why Detroit is in the red! Mismanagement! I don't expect AFSCME to zealously fight for retirees. (2) Since my 2009 incarceration, Mich. takes $1,139.83 per month from my meager Detroit retirement pension for inmate "room and board," despite receiving more than $35,000 annually, from the U.S. Govt.! Mich. uses MCL 800.401-4 as its excuse to rip off seniors. I don't receive a penny from my hard-earned pension, for inmate commissary, or to pay my life insurance premiums.

13-53846-tjt    Doc 633    Filed 08/26/13    Entered 08/26/13 13:26:55    Page 1 of 4

MY SICKLY, UNEMPLOYED, HOMEMAKER 64 YEAR-OLD WIFE, WAS ONLY ALLOWED $665.00 FROM MY PENSION TO LIVE ON! I'VE LOST MY HOME OF 34-YEARS, TO FORECLOSURE. MY WIFE WAS FORCED FROM SAME. MY TWO VEHICLES WERE REPOSSESSED. MY GOOD CREDIT RATING IS NOW RUINED. THE STRESS AND FINANCIAL STRAIN OF THIS (MICH.'S ACTIONS) DROVE MY WIFE OF 39-YEARS, TO FILE FOR DIVORCE FROM ME! (SEE OAKLAND COUNTY CIRCUIT COURT # 10-773854. U.S. DISTRICT COURT, E.D. MICH. # 2:12-CV-12361, 12362). IF I'M RELEASED AT MY EARLIEST DATE, I'LL BE 64. NO MONEY. NO PLACE TO LIVE. NO CAR TO DRIVE. RUINED CREDIT TO OBTAIN THESE THINGS. AT 64, I'D HAVE TO START ALL OVER AGAIN! I CAN'T AFFORD ANY REDUCTIONS IN MY PENSION, NOR ANY INCREASES IN MY HEALTH, DENTAL, OPTICAL CARE PREMIUMS/CO-PAYS! (2) IN NAUGHTMAN CORP. V. PENSION BENEFIT GUARANTY CORP., 446 U.S. 359, 361-362, 100 S.CT. 1723, 1726, 64 L.Ed 2d 354 (1980), THE U.S. SUPREME COURT HELD, "IF A WORKER HAS BEEN PROMISED A DEFINED PENSION BENEFIT UPON RETIREMENT AND IF HE HAS FULFILLED WHATEVER CONDITIONS ARE REQUIRED TO OBTAIN A VESTED BENEFIT, HE WILL ACTUALLY RECEIVE IT." IN ADDITION, THE HIGH COURT SAID, "<u>IF ANY EXCEPTIONS TO THIS POLICY ARE TO BE MADE IT IS FOR CONGRESS TO UNDERTAKE THAT TASK.</u>" 493 U.S. AT 376, 110 S.CT. AT 687. (EMPHASIS ADDED BY ME). PLEASE CONSIDER THIS NOTE, CITED SUPREME COURT PRECEDENTS, ETC., IN ANY DECISIONS YOU MAKE ABOUT DETROIT RETIREE PENSIONS.

PAGE THREE

THANKING YOU IN ADVANCE FOR YOUR TIME AND PATIENCE.

RESPECTFULLY SUBMITTED,
Donald Richardson
DONALD RICHARDSON #719076, D-71
CARSON CITY CORRECTIONAL
10274 BOYER ROAD
CARSON CITY, MICH. 48811-9746

MICH. SUPREME COURT # 139947, 141752, 490 MICH. 115
U.S. DISTRICT COURT, E.D. MICH. # 4:11-CV-13632

ENCL.



003303-003303

# PENSION STATEMENT

General Retirement System *
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Page 001 of 001
Period Beginning: 07/01/2013
Period Ending: 07/31/2013



Retirement Code

RICHARDSON, DONALD
PO BOX 27315
DETROIT MI 48227-0315

Tax Code Married exemptions

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 2472.37 | 0.00 | 2472.37 | 19458.15 | Federal Income Tax | | 192.71 | 1502.32 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 34.24 | 260.27 |
| | | | | | Medical-BlueCare Net | | 349.36 | 2794.88 |
| | | | | | Death Benefit | | 0.09 | 0.72 |
| | | | | | Dental-Golden Dental | | 5.62 | 45.31 |
| | | | | | Vision-Heritage | | 1.07 | 8.56 |
| | | | | | Alternate Payee | | 1139.83 | 8977.88 — MICHIGAN |
| | | | | | Alternate Payee | | 749.45 | 5868.21 — WIFE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gross Pay | | | 2472.37 | 19458.15 | Total Deductions | | 2472.37 | 19458.15 McALL! |
| | | | | | Net Pay | | $0.00 | |

IMPORTANT NOTES

---



General Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Advice Date: 08/01/2013

Deposited to the account of
RICHARDSON, DONALD

Account Number    Transit ABA    Amount
$0.00

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

13-53846-tjt    Doc 633    Filed 08/26/13    Entered 08/26/13 13:26:55    Page 4 of 4