UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name: Christopher A. Grosman
Firm: Carson Fischer, P.L.C.
Address: 4111 Andover Rd., West - 2nd Floor
City, State, Zip: Bloomfield Hills, MI 48302
Phone: (248) 644-4840
Email: cgrosman@carsonfischer.com

**Case/Debtor Name:**
In re: City of Detroit, Michigan
Case Number: 13-53846
Chapter: 9
Hearing Judge: Hon. Steven W. Rhodes
⦿ Bankruptcy   ○ Adversary
○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 8/21/13   Time of Hearing: 10:00 a.m.   Title of Hearing: _____

Please specify portion of hearing requested:   ⦿ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

**Type of Request:**

● Ordinary Transcript - $3.65 per page (30 calendar days)
○ 14-Day Transcript - $4.25 per page (14 calendar days)
○ Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/Christopher A. Grosman   Date: 8/26/13

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____

Date    By

Order Received:
Transcript Ordered
Transcript Received