# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re:                                       /
                                             /
CITY OF DETROIT, MICHIGAN,                   /          CASE NO.: 13-53846
                                             /          CHAPTER 9
    Debtor.                                  /
_____      /

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appears as on behalf of Meijer, Inc. in this bankruptcy matter, and requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

> Timothy A. Fusco, Esq.
> Miller Canfield Paddock & Stone, PLC
> 150 West Jefferson, Suite 2500
> Detroit, MI  48226
> Phone: (313) 496-8435
> Fax: (313) 496-8452
> Email:  fusco@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.


By: /s/ Timothy A. Fusco
      Timothy A. Fusco (P13768)
      150 West Jefferson, Suite 2500
      Detroit, MI 48226
      Phone: (313) 496-8435
      Fax: (313) 496-8452
      fusco@millercanfield.com


Dated: August 26, 2013