UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846-swr
Hon. Stephen W. Rhodes

_____/

## "CORRECTED" STATEMENT OF CONCURRENCE BY THE RETIREE ASSOCIATION PARTIES IN THE MOTION OF DEBTOR FOR PROTECTIVE ORDER

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., file this statement to indicate that they concur, specifically with respect to retirees and their families, in the relief provided for in the proposed order submitted with the Motion of Debtor for Protective Order (Docket 583).

*W*HEREFORE, the Retiree Association Parties request that the Court enter the order proposed by the City with respect to its motion for protective order.

Respectfully submitted,

**SILVERMAN & MORRIS, P.L.L.C.**


By: */s/ Thomas R. Morris*
    THOMAS R. MORRIS (P39141)
    KARIN F. AVERY (P45364)
Co-counsel for Retiree Association Parties
30500 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
(248) 539-1330   Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

**LIPPITT O'KEEFE, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
Attorneys for Retiree Association Parties
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
(248) 646-8292   Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

Dated: August 26, 2013