UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                                                      :

In re                                             : Chapter 9
                                                      :

**CITY OF DETROIT, MICHIGAN,**        : Case No. 13-53846
                                                      :

                Debtor.               : Hon. Steven W. Rhodes
                                                      :
                                                      :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSCRIPT ORDER FORMS

    **PLEASE TAKE NOTICE** that Transcript Order Form filed as Docket No. 635 and the Amended Transcript Order Form filed as Docket No. 636, each filed by Mark R. James on behalf of Financial Guaranty Insurance Company on August 26, 2013, are each hereby withdrawn.

                                                /s/ Mark R. James
                                                Mark R. James (P54375)
                                                Attorney for Financial Guaranty
                                                Insurance Company
                                                Williams, Williams, Rattner & Plunkett, P.C.
                                                380 North Old Woodward Ave., Suite 300
                                                Birmingham, MI 48009
                                                (248) 642-0333
                                                mrj@wwrplaw.com

Dated: August 26, 2013

00825853.01

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
                                                  :
In re                                         : Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,          : Case No. 13-53846
                                                  :
                  Debtor.               : Hon. Steven W. Rhodes
------------------------------------------------------------x

## CERTIFICATION OF SERVICE

I hereby certify that on August 26, 2013 the NOTICE OF WITHDRAWAL OF TRANSCRIPT ORDER FORMS was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

                                                     /s/ Mark R. James
                                                     Mark R. James (P54375)
                                                     Attorney for Financial Guaranty
                                                   Insurance Company
                                                 Williams, Williams, Rattner & Plunkett, P.C.
                                                 380 North Old Woodward Ave., Suite 300
                                                 Birmingham, MI 48009
                                                 (248) 642-0333
                                                 mrj@wwrplaw.com

Dated: August 26, 2013

00825853.01