- Re: proposed Order for Robert Davis' Emergency Motion for Clarification of Bankruptcy Court's July 25, 2013 Stay Order-City of Detroit Bankruptcy Case No. 13-53846

To see messages related to this one, group messages by conversation.

Heather Lennox (hlennox@JonesDay.com)

Add to contacts

1:40 PM

To: Brya, Michelle (AG)
Cc: aap43@outlook.com, bbennett@jonesday.com, Booth, Joshua O. (AG), dgheiman@jonesday.com, dtmoss@jonesday.com



Drew:

You may sign for me as well.

Heather Lennox
Jones Day
222 East 41st Street
New York, New York  10017
Direct:  212-326-3837
Fax:  212-755-7306
email:  hlennox@jonesday.com

| From: | "Brya, Michelle (AG)" <BryaM@michigan.gov> |
|---|---|
| To: | "aap43@outlook.com" <aap43@outlook.com>, |
| Cc: | "hlennox@jonesday.com" <hlennox@jonesday.com>, "dgheiman@jonesday.com" <dgheiman@jonesday.com>, "bbennett@jonesday.com" <bbennett@jonesday.com>, "dtmoss@jonesday.com" <dtmoss@jonesday.com>, "Booth, Joshua O. (AG)" <BoothJ2@michigan.gov> |
| Date: | 08/26/2013 01:31 PM |
| Subject: | proposed Order for Robert Davis' Emergency Motion for Clarification of Bankruptcy Court's July 25, 2013 Stay Order-City of Detroit Bankruptcy Case No. 13-53846 |

Drew,

Attached is the proposed (clean) order to be entered with the Bankruptcy Court. You have permission to sign it on my behalf.

Thanks.
Michelle

Michelle M. Brya
Assistant Attorney General
Health, Education, & Family Services Division
525 W. Ottawa Street
Lansing, MI 48933
(517) 373-7700
 [attachment "Davis v ELB  - BK Order.docx" deleted by Heather Lennox/JonesDay]


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========