UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                            :

In re                                  : Chapter 9
                                            :

CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846
                                            :

                  Debtor.        : Hon. Steven W. Rhodes
                                            :
------------------------------------------------------x

**ORDER RESOLVING KIMBERLI POWELL,**
***ET AL.*'S OMNIBUS MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 AND 11 U.S.C. §922;**
**AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)**

This matter came before the Court on: (a) Kimberli Powell, *et al.*'s Omnibus Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and 11 U.S.C. §922; and Entry of Order Waiving the Provision of FRBP 4001(a)(3) (Docket No. 312) (the "Motion"), filed by Kimberli Powell, Louise Williams, Ruthea Taylor, Sherwood and Barbara Butts, Dorothy Wilson and Quiwana Stewart (collectively, the "Movants"); and (b) the Stipulation for an Order Resolving Kimberli Powell, *et al.*'s Omnibus Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and 11 U.S.C. § 922; and Entry of Order Waiving the Provision of FRBP 4001(a)(3) (the "Stipulation"), filed jointly by the Movants and the City of Detroit, Michigan, as the debtor in the

above-captioned case; the Court having reviewed the Motion and the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is RESOLVED, as set forth herein.

2. Pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), effective as of October 1, 2013, relief from the automatic stay of sections 362(a) and 922 of the Bankruptcy Code is granted with respect to the following adversary proceedings identified in the Motion relating to chapter 13 cases pending before this Court:

   (a) Powell v. City of Detroit Treasury Department, *et al.*, No. 13-04134 (WSD);
   (b) Williams v. Wayne Co. Treasurer, *et al.*, No. 13-04215 (MBM);
   (c) Taylor v. Wayne Co. Treasurer, *et al.*, No. 13-04235 (PJS);
   (d) Taylor v. Wayne Co. Treasurer, *et al.*, No. 13-04237 (PJS);
   (e) Taylor v. Wayne Co. Treasurer, *et al.*, No. 13-04239 (PJS);
   (f) Butts, *et al.* v. City of Detroit Water and Sewerage Department, No. 13-04267 (PJS);
   (g) Wilson v. City of Detroit Property Tax Division, *et al.*, No. 13-04296 (WSD); and
   (h) Steward v. Wayne Co. Treasurer, *et al.*, No. 13-04421 (SWR)

.

**Signed on August 27, 2013**

                                           /s/ Steven Rhodes
                                           Steven Rhodes
                                           **United States Bankruptcy Judge**