**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**(DETROIT)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | Chapter 9 |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, STACEY BELLICH, hereby certify that the foregoing ***Notice of Appearance and Request for Service of Papers and Certificate of Service*** was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 23rd day of August, 2013.

I, STACEY BELLICH, hereby certify that the foregoing ***Amended Certificate of Service*** was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 27th day of August, 2013.

I, STACEY BELLICH, further certify that on the 27th day of August, 2013, I served a copy of foregoing ***Notice of Appearance and Request for Service of Papers, Certificate of Service and Amended Certificate of Service***, upon:

Dempsey Addison
2727 Second Ave.
Suite 152
Detroit, MI 48201

Aleta Atchinson-Jorgan
7412 Saint Paul
Detroit, MI 48214

Hassan Aleem
2440 Taylor
Detroit, MI 48205

Linda Bain
1071Baldwin
Detroit, MI 48214

Barry Allen
Vanguardians
POB 11202
Glendale, CA 91226

Randy Beard
16840 Strathmoor St.
Detroit, MI 48235

Russ Bellant
19619 Helen
Detroit, MI 48234

Michael G Benson
19395 Parkside
Detroit, MI 48221

Cynthia Blair
8865 Espes
Detroit, MI 48204

Dwight Boyd
19337 Concord
Detroit, MI 48234

Nathaniel Brent
538 South Livernois
Detroit, MI 48209

Charles D Brown
1365 Joliet Place
Detroit, MI 48207

Lorene Brown
2227 Hughes Terrace
Detroit, MI 48208

Paulette Brown
19260 Lancashire
Detroit, MI 48223

Rakiba Brown
612 Clairmount St.
Detroit, MI 48202

Regina G. Bryant
2996 Bewick St.
Detroit, MI 48214

Mary Diane Bukowski
9000 E Jefferson #10-9
Detroit, MI 48214

David Bullock
701 W. Hancock
Detroit, MI 48201

Claudette Campbell
1021 Winchester Ave.
Lincoln Park, MI 48146

Sandra Carver
10110 E. Outer Dr.
Detroit, MI 48224

Raleigh Chambers
14861 Ferguson St.
Detroit, MI 48229

Chase Paymentech, LLC
Attn: Lazonia Clark, Business Analyst
14221 Dallas Pkwy, Bldg II
Dallas, TX 75254

Charles Chatman
19974 Derby
Detroit, MI 48203

Alma Cozart
18331 Shaftsbury
Detroit, MI 48219

Krystal A. Crittendon
19737 Chesterfield
Detroit, MI 48221

Leola Regina Crittendon
19737 Chesterfield Road
Detroit, MI 48221

Angela Crockett
19680 Roslyn Rd.
Detroit, MI 48221

Lucinda J. Darrah
492 Peterboro
Detroit, MI 48201

Joyce Davis
15421 Strathmoor Street
Detroit, MI 48227

William Davis
9203 Littlefield
Detroit, MI 48228

Elmarie Dixon
4629 Philip St.
Detroit, MI 48215

Mary Dugans
18034 Birchcrest
Detroit, MI 48221

Lewis Dukens
1362 Joliet Pl
Detroit, MI 48207

David Dye
19313 Ardmore
Detroit, MI 48235

Andrea Edwards
19165 Stotter Street
Detroit, MI 48234

Peter H. Ellsworth
Dickinson Wright
215 S. Washington Square
Suite 200
Lansing, MI 48933-1888

Jacqueline Esters
18570 Glastonbury
Detroit, MI 48219
Arthur Evans
11391 Nottingham Rd.
Detroit, MI 48224

Jerry Ford
9750 W. Outer Drive
Detroit, MI 48223

William D. Ford
18034 Birchcrest Dr.
Detroit, MI 48221

Ulysses Freeman
14895 Faust
Detroit, MI 48223

Olivia Gillon
18832 Arleen Court
Livonia, MI 48152

Lavarre W. Greene
19667 Roslyn Rd.
Detroit, MI 48221

HP Enterprise Services, LLC
c/o Michael D. Warner, Esq.
Cole, Schotz, Meisel, Forman & Leonard
301 Commerce Street, Ste 1700
Fort Worth, TX 76102

Xylia Hall
3500 Parker
Detroit, MI 48214-1893

Andrea L. Hansen
Honigman, Miller, (Lansing)
224 N. Washington Square
Suite 400
Lansing, MI 48933-1800

William Hickey
14910 Lamphere St.
Detroit, MI 48223

LaVern Holloway
16246 Linwood Street
Detroit, MI 48221

William J. Howard
17814 Charest
Detroit, MI 4812

Diane Hutchersun
4127 Grayton
Detroit, MI 48224

Joann Jackson
16244 Princeton
Detroit, MI 48221

Ailene Jeter
18559 Brinker
Detroit, MI 48234

Sheilah Johnson
277 King Street
Detroit, MI 48202

Stephen Johnson
31354 Evergreen Road
Beverly Hils, MI 48025

Richard Johnson El-Bey
10339 Curtis Street
Detroit, MI 48221

Joseph H Jones
19485 Asbuary Park
Detroit, MI 48219

Michael D. Jones
3129 Castlewood Drive
Las Vegas, NV 89102

Sallie M. Jones
4413 W. Philadelphia
Detroit, MI 48204

Zelma Kinchloe
439 Henry St
Detroit, MI 48201

Timothy King
4102 Pasadena
Detroit, MI 48238

Roosevelt Lee
11961 Indiana
Detroit, MI 48204

Althea Long
9256 Braile
Detroit, MI 48228

Edward Lowe
18046 Sussex
Detroit, MI 48235

Gerard V. Mantese
1361 E. Big Beaver Rd.
Troy, MI 48083

Lorna Lee Mason
1311 Wyoming
Detroit, MI 48238

Deborah Moore
4436 Lemay Road
Detroit, MI 48214

Larene Parrish
18220 Snowden
Detroit, MI 48255

Michael K. Pelletier
2063 Lakeshore Rd.
Applegate, MI 48401

Deborah Pollard
20178 Pinehurst
Detroit, MI 48221

Helen Powers
100 Winona
Highland Park, MI 48203

Alice Pruitt
18251 Freeland
Detroit, MI 48235

Nettie Reeves
10339 Curtis Street
Detroit, MI 48221

Donald Richardson
Carson City Correctional Facilities
10274 Boyer Road
Carson City, MI 48811

Samuel L. Riddle
1276 Navarre Pl.
Detroit, MI 48207

Kwabena Shabu
2445 Lamothe St.
Detroit, MI 48226

Michael D Shane
16815 Patton
Detroit, MI 48219

Frank M. Sloan
18953 Pennington Dr.
Detroit, MI 48221-2167

Gretchen R Smith
3901 Grand River Ave #913
Detroit, MI 48208

Horace E. Stallings
1492 Sheridan St.
Detroit, MI 48214

Thomas Stephens
4595 Hereford
Detroit, MI 48224

Jeffery V. Stuckey
Dickinson Wright
215 S. Washington Square
Suite 200
Lansing, MI 48933-1888

Dennis Taubitz
4190 Devonshire Rd.
Detroit, MI 48226

Charles Taylor
11472 Wayburn
Detroit, MI 48224

Marzelia Taylor
11975 Indiana
Detroit, MI 48204

The Chair of Saint Peter
1300 Pennsylvania Avenue NW
Suite 190-715
Washington, DC 20004

Dolores A. Thomas
17320 Cherrylawn
Detroit, MI 48221

Tracey Renee Tresvant
19600 Anvil
Detroit, MI 48205

Calvin Turner
16091 Edmore
Detroit, MI 48205

Jean Vortkamp
11234 Craft
Detroit, MI 48224

William Curtis Walton
4269 Glendale
Detroit, MI 48238

Jo Ann Watson
100 Riverfront Drive
Detroit, MI 48226

L. Rodger Webb
1700 West Ten Mile Road
Goodman Acker Bldg, 2nd Floor
Southfield, MI 48075

Preston West
18460 Fairfield
Detroit, MI 48221

Carl Williams
10112 Somerset
Detroit, MI 48224

Charles Williams
6533 E. Jefferson
Apt 118
Detroit, MI 48207

Cheryl Smith Williams
3486 Baldwin
Detroit, MI 48214

Floreen Williams
16227 Birwood
Detroit, MI 48221

Fraustin Williams
11975 Indiana
Detroit, MI 48204

Ian M. Williamson
1361 E. Big Beaver Rd.
Troy, MI 480843

Leonard Wilson
100 Parsons St., Apt. 712
Detroit, MI 48201

Phebe Lee Woodberry
803 Gladstone
Detroit, MI 48202

Anthony G. Wright
649 Alger
Detroit, MI 48202

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in the United States Mail receptacle in the City of Ferndale, State of Michigan.

/s/ Stacey Bellich
Mrs. Stacey Bellich
Legal Administrative Assistant