# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Brendan G. Best

Firm: Schafer and Weiner, PLLC

Address: 40950 Woodward Ave., Ste. 100

City, State, Zip: Bloomfield Hills, MI 48304

Phone: 2485403340

Email: bbest@schaferandweiner.com

**Case/Debtor Name:** In re City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

● Bankruptcy  ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 08/21/2013   Time of Hearing: 10:00   Title of Hearing: Status Conference

Please specify portion of hearing requested: ● Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

● Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: _____

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)
○ 14-Day Transcript - $4.25 per page (14 calendar days)
● Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Brendan G. Best   Date: 8/27/13

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By

Order Received:

Transcript Ordered

Transcript Received