UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHFERN DIVISION - DIVISION

In re:  Chapter 9

Case No. 13-53846

**CITY OF DETROIT, MICHIGAN**  Hon. Steven W. Rhodes

Debtor.
_____/

<u>ORDER GRANTING ST. MARTINS PERMISSION FOR PAPER FILILNG OF
OBJECTIONS TO CHAPTER 9 FILING</u>

At a session of said Court held in the Courthouse
in the City of Detroit, Bankruptcy Court for the Eastern District of Michigan on:
_____

PRESENT: HONORABLE _____
BANKRUPTCY COURT JUDGE

The Court, having read St. Martins' Motion to Allow Paper Filing of Objections to Chapter 9 Filing; and being otherwise fully advised in the premises:

**NOW THERFORE IT IS HEREBY ORDERED AND ADJUDGED**, that St. Martins Motion be, and hereby is, granted.

**IT IS FURTHER ORDERED AND ADJUDGED**, that St. Martins shall be allowed to Paper file its Objections to Chapter 9 Filing.

_____
BANKRUPTCY COURT JUDGE

Dated: AUG 2 7 2013