UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes

    Debtor.
_____/

## Certificate of Service

The undersigned hereby certifies that on the 27th day of August, 2013, she sent by registered mail through the United States Postal Service, a copy of the following documents:

    Order Regarding Eligibility Objections Notices of Hearings And Certifications Pursuant to 28 U.S.C. § 2403(a) & (b), (Dkt. #642);

    The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and sub-Chapter 98, City of Detroit Retirees' Objection to the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code, (Dkt. #505);

    Joinder of Local 517M, Service Employees International Union as Interested Party to Objections to Detroit's Eligibility for Relief Under Sections 10(c) and 921(c) of the Bankruptcy Code, (Dkt. #486); and

    Joinder of Local 324, International Union of Operating Engineers as Interested Party to Objections to Detroit's Eligibility For Relief Under Sections 109(c) and 921(c) of the Bankruptcy Code, (Dkt. #484)

to the following interested parties in the above-entitled matter:

Eric H. Holder, Jr.  
Attorney General of the United States  
U.S. Department of Justice, Room B103  
950 Pennsylvania Avenue, NW  
Washington, DC 20530-0001  

Tracey Pyle  
Civil Process Clerk  
United States Attorneys Office  
211 W. Fort Street, Suite 2001  
Detroit, MI 48221  

The undersigned further certifies that on the 27th day of August, 2013, she sent by first-class mail through the United States Postal Service a copy of the following document:

Order Regarding Eligibility Objections Notices of Hearings And Certifications Pursuant to 28 U.S.C. § 2403(a) & (b), (Dkt. #642)

to the parties listed on the attached mailing list who filed eligibility objections in the above-entitled matter and also to the following:

Bill Schuette
Attorney General of the State of Michigan
G. Mennen Williams, Bldg., 7th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing, MI 48909

City of Detroit, Michigan
c/o Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson, Suite 2500
Detroit, MI 48226
And
c/o David G. Heiman and
Heather Lennox
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114

    The undersigned was unable to serve the following parties who filed objections because these parties did not provide a mailing address:

Sylvester Davis (Objection at Dkt. #435)

Judith West (Objection at Dkt. #444)

                                           /s/ Christine L. Sikula
                                           Deputy Clerk

Entered August 27, 2013

Michael Abbott
19391 Helden Drive
Detroit, MI

APTE
c/o Dempsey Addison /
Cecily McClellan
2727 Second Ave., Ste 152
Detroit, MI 48201

Linda Bain
1071 Baldwin
Detroit, MI 48214

Randy Beard
16840 Strathmoor St
Detroit, MI 48235

Russell Bellant
19619 Helen
Detroit, MI 48234-3052

Michael G. Benson
19395 Parkside
Detroit, MI 48221

Cynthia Blair
8865 Espes
Detroit, MI 49204

Dwight Boyd
19337 Concord
Detroit, MI 48234

Charles D. Brown
1365 Joliet Place
Detroit, MI 48207

Lorene Brown
2227 Hughes Terrace
Detroit, MI 48208-1321

Paulette Brown
19260 Lancashire
Detroit, MI 48223

Rakiba Brown
612 Clairmount St
Detroit, MI 48202

Regina G. Bryant
2996 Bewick St.
Detroit, MI 48214

Mary Diane Bukowski
9000 E. Jefferson, #10-9
Detroit, MI 48214

David Bullock
701 W. Hancock
Detroit, MI 48201

Claudette Campbell
1021 Winchester Ave
Lincoln Park, MI 48146

Johnnie R. Carr
11310 Mansfield
Detroit, MI

Sandra Carver
10110 S. Outer Dr.
Detroit, MI 48224

Raleigh Chambers
14861 Ferguson St.
Detroit, MI 48227

Alma Cozart
18331 Shaftsbury
Detroit, MI 48219

Leola Regina Crittendon
19737 Chesterfield Rd.
Detroit, MI 48221

Angela Crockett
19680 Roslyn Rd.
Detroit, MI 48221

Lucinda J. Darrah
482 Peterboro
Detroit, MI 48201

Joyce Davis
15421 Strathmoor St.
Detroit, MI 48227

William Davis
9203 Littlefield
Detroit, MI 48228

Elmarie Dixon
4629 Philip St.
Detroit, MI 48215

Mary Dugans
18034 Birchcrest
Detroit, MI 48221-2737

Lewis Dukens
1362 Joliet Pl.
Detroit, MI 48207

David Dye
19313 Ardmore
Detroit, MI 48235

Jacqueline Esters
18570 Glastonbury
Detroit, MI 48219

Arthur Evans
11391 Nottingham Rd.
Detroit, MI 48224-1124

Jerry Ford
9750 W. Outer Drive
Detroit, MI 48223-1231

William D. Ford
18034 Birchcrest Dr.
Detroit, MI 48221-2737

Ulysses Freeman
14895 Faust
Detroit, MI 48223-2322

Olivia Gillon
18832 Arleen Court
Livonia, MI 48152-2229

Donald Glass
411 Chalmers
Detroit, MI 48215

Lavarre W. Greene
19667 Roslyn Rd.
Detroit, MI 48221-1892

William Hickey
14910 Lamphere St.
Detroit, MI 48223-1875

LaVern Holloway
16246 Linwood Street
Detroit, MI 48221-3310

William J. Howard
17814 Charest
Detroit, MI 48212-1082

Joanne Jackson
16244 Princeton
Detroit, MI 48221-3318

Ailene Jeter
18559 Brinker
Detroit, MI 48234-1537

Sheilah Johnson
277 King Street
Detroit, MI 48202

Stephen Johnson
31354 Evergreen Road
Beverly Hills, MI 48025-3806

Joseph H. Jones
19485 Asbury Park
Detroit, MI 48235-2406

Sallie M. Jones
4413 W. Philadelphia
Detroit, MI 48204-3498

Aleta Atchinson-Jorgan
7412 Saint Paul
Detroit, MI 48214-2337

Zelma Kinchloe
439 Henry St.
Detroit, MI 48201-2609

Timothy King
4102 Pasadena
Detroit, MI 48238-2632

Keetha R. Kittrell
22431 Tireman
Detroit, MI

Michael Joseph Karwoski
26015 Felicity Landing
Harrison Twp., MI 48045

Roosevelt Lee, Sr.
11961 Indiana
Detroit, MI 48204

Althea Long
9256 Braile
Detroit, MI 48228

Edward Lowe
18046 Sussex
Detroit, MI 48235

Lorna Lee Mason
1311 Wyoming
Detroit, MI 48238

Deborah Moore
4436 Lemay Road
Detroit, MI 48214-1677

Deborah Pollard
20178 Pinehurst
Detroit, MI 48221

Larene Parrish
18220 Snowden
Detroit, MI 48255-0001

Lou Ann Pelletier
2630 Lakeshore Road
Applegate, MI 48401

Michael K. Pelletier
1063 Lakeshore Road
Applegate, MI 48401

Helen Powers
100 Winona
Highland Park, MI 48203-3338

Alice Pruitt
18251 Freeland
Detroit, MI 48235-2537

Samuel L. Riddle
1276 Navarre Pl.
Detroit, MI 48207-3014

Kwabena Shabu
2445 Lamothe St.
Detroit, MI 48226

Michael D. Shane
16815 Patton
Detroit, MI 48219

Karl E. Shaw
19140 Ohio
Detroit, MI 48221

Frank M. Sloan, Jr.
18953 Pennington Dr.
Detroit, MI 48221-2167

Gretchen R. Smith
3901 Grand River Ave., #913
Detroit, MI 48208

Horace E. Stallings
1492 Sheridan St.
Detroit, MI 48214-2408

Thomas Stephens
4595 Hereford
Detroit, MI 48224

Dennis Taubitz
4190 Devonshire Rd.
Detroit, MI 48226

Charles Taylor
11472 Wayburn
Detroit, MI 48224

Marzelia Taylor
11975 Indiana
Detroit, MI 48204

The Chair of Saint Peter
1300 Pennsylvania Ave., NW
Suite 190-715
Washington, DC 20004

Dolores A. Thomas
17320 Cherrylawn
Detroit, MI 48221

Shirley Tollivel
16610 Inverness
Detroit, MI 48221-3109

Tracey Tresvant
19600 Anvil
Detroit, MI 48205

Calvin Turner
16091 Edmore
Detroit, MI 48205

Jean Vortkamp
11234 Craft
Detroit, MI 48224

William Curtis Walton
4269 Glendale
Detroit, MI 48238-3211

JoAnn Watson
100 Riverfront Drive
#1508
Detroit, MI 48226

Preston West
18460 Fairfield
Detroit, MI 48221-2229

Cheryl Smith Williams
3486 Baldwin
Detroit, MI 48214-1704

Charles Williams II
6533 E. Jefferson
Apt. 118
Detroit, MI 48207

Floreen Williams
16227 Birwood
Detroit, MI 48221

Fraustin Williams
11975 Indiana
Detroit, MI 48204

Leonard Wilson
100 Parsons St., Apt. 712
Detroit, MI 48201

Phebe Lee Woodberry
803 Glastone
Detroit, MI 48202

Anthony G. Wright, Jr.
649 Alger St.
Detroit, MI 48202

Hassan Aleem
2440 Taylor
Detroit, MI 48205

Carl Williams
10112 Somerset
Detroit, MI 48224

Charles Chatman
19974 Derby
Detroit, MI 48203-1166

Andrea Edwards
19165 Stotter St.
Detroit, MI 48234

Richard Johnson El-Bay
10339 Curtis St.
Detroit, MI 48221

Xylia Hall
3500 Parker
Detroit, MI 48214-1893

Diane Hutchersun
4127 Grayton
Detroit, MI 48224

Michael D. Jones
3129 Castlewood Drive
Las Vegas, NV 89102

Nettie Reeves
10339 Curtis
Detroit, MI 48221

Donald Richardson
#719076, D71
Carson City Correctional
Facilities
10274 Boyer Road
Carson City, MI 48811-9746

Heidi Peterson
c/o Charles Bruce Idelsohn
P.O. Box 856
Detroit, MI 48231

Krystal A. Crittendon
19737 Chesterfield
Detroit, MI 48221

AFSCME
c/o Sharon L. Levine
Lowenstein Sandler, LLP
65 Livingston Avenue
Roseland, NJ 07068

Local 324, Intern'l. Union
of Operating Engineers
c/o Andrew Nickelhoff
Sachs Waldman, P.C.
2211 East Jefferson Ave.
Suite 200
Detroit, MI 48207

Local 517M, Service
Employees International
Union
c/o Mami Kato
Sachs Waldman, P.C.
2211 East Jefferson Ave.
Suite 200
Detroit, MI 48207

David Sole
c/o Jerome D. Goldberg
2921 East Jefferson
Suite 205
Detroit, MI 48207

RDPFFA, DRCEA,
Donald Taylor and
Shirley V. Lightsey
c/o Ryan C. Plecha
Lippitt O'Keefe, PLLC
370 East Maple Road, 3rd
Floor
Birmingham, MI 48009

Robbie Flowers, Michael
Wells, Janet Whitson,
Mary Washington and
Bruce Goldman
c/o William Wertheimer
30515 Timberbrook Lane
Bingham Farms, MI 48025

International Union, UAW
to the City of Detroit
c/o Babette A. Ceccotti
330 West 42nd St.
New York, NY 10036-6976

DFAA, DPOA,
DPLSA,DPCOA
c/o Earle I. Erman
Erman, Ticher, Miller,
Zucker & Freedman, P.C.
400 Galleria Officentre
Suite 444
Southfield, MI 48034

Center for Community
Justice and Advocacy
c/o Vanessa G. Fluker
2921 East Jefferson, Ste. 200
Detroit, MI 48207

Detroit Retirement
Systems
c/o Robert D. Gordon
Clark Hill PLC
151 South Old Woodward
Avenue, Suite 200
Birmingham, MI 48009

Retired Detroit Police
Members Association
c/o Lynn M. Brimer
Stroble & Sharp, P.C.
300 East Long Lake Road,
Suite 200
Bloomfield Hills, MI
48304-2376

Michigan Auto Recovery,
Inc.
c/o Kurt Thornbladh
Thornbladh Legal Group,
PLLC
7301 Schaefer
Dearborn, MI 48126