UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
                                                                Case No. 13-53846
City of Detroit, Michigan,                                      Hon. Steven W. Rhodes

        Debtor.
_____/

## Order Overruling Eligibility Objection

On August 27, 2013, Brenda Taylor filed an eligibility objection (Docket #651).

This objection was filed after the August 19, 2013 deadline set by the Court for filing

eligibility objections.  Accordingly, the objection is overruled as untimely.

                                                                .

**Signed on August 28, 2013**

                                                        **/s/ Steven Rhodes**
                                                        **Steven Rhodes**
                                                        **United States Bankruptcy Judge**