UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Chapter 9
                                                           Case No. 13-53846
City of Detroit, Michigan,                Hon. Steven W. Rhodes

      Debtor.
_____/

## Order Overruling Eligibility Objection

On August 27, 2013, St. Martins Cooperative filed an eligibility objection (Docket #660). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on August 28, 2013**

                                                                                /s/ Steven Rhodes
                                                                          **Steven Rhodes**
                                                                          **United States Bankruptcy Judge**