# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:                                                            Case No. 13-53846
                                                                                                Chapter 9

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that undersigned hereby files an appearance as counsel for Downtown Development Authority and its related entities, and pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this case be given and served upon the undersigned at the offices set forth below:

> Sheryl L. Toby
> Dykema Gossett PLLC
> Counsel for Downtown Development Authority
> 39577 Woodward Avenue, Suite 300
> Bloomfield Hills, MI  48304
> (248) 203-0522 / 855-232-1790 (fax)
> stoby@dykema.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the Debtor or the property of the Debtor.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: */s/ Sheryl L. Toby*
Sheryl L. Toby (P39114)
Attorneys for Downtown Development Authority
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0522 / (855) 232-1790 (fax)
stoby@dykema.com

Dated: August 28, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys on that system.

By: */s/ Sheryl L. Toby*
Sheryl L. Toby (P39114)
Attorneys for Downtown Development Authority
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0522 / (855) 232-1790 (fax)
stoby@dykema.com