Aug. 19, 2013
19464 Dalby St
Redford MI 48240

United States Bankruptcy Court
231 W. Lafayette St 5th rm 100
Detroit MI 48226
case: 13-53846

Dear Honorable Steven W. Rhodes,

This letter is written as a response/eligibility objection with regard to my pension plan with the City of Detroit.

- Background -

- It should be noted I have invested 7% of my earnings during my employment with the City of Detroit
- I have not reached 62 and plan to retire early merely for reasons of excessive paycuts to my present earnings.
- It appears renegotiation of pension plans are underway at present as this is the reason for my responding to objections to the Chapter 9 petition
- Historical information reveals retiree's do not bear impact of changes

Therefore I am stating based on good cause of not being able to have adequate assess to pension during this proceeding and upon my early retirement there be due process or equal regard to a pre established arrangement of my pension prior to chap 9. filing.

Respectfully Submitted,

Josué Zizi
Code Enforcement Division