UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

     Debtor.
_____/

<u>Order Regarding Casino Revenues and Automatic Stay</u>

For the reasons stated in open court today, the Court concludes that the Casino Revenues are property of the estate and are subject to the automatic stay of 11 U.S.C. § 362(a)(3). This order is without prejudice to the right of any party to seek relief from the stay under 11 U.S.C. § 362(d).

It is so ordered.

.

**Signed on August 28, 2013**

                                                                            /s/ Steven Rhodes
                                                                          **Steven Rhodes**
                                                                          **United States Bankruptcy Judge**