UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

    Debtor.
_____/

Order Overruling Eligibility Objection

On August 27, 2013, Alma Armstrong filed an eligibility objection (Docket #650). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on August 28, 2013**

                                                                /s/ Steven Rhodes
                                                             **Steven Rhodes**
                                                             **United States Bankruptcy Judge**