# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name            Christine Cronk

Firm            Waller Lansden Dortch & Davis, LLP

Address   511 Union Street, Suite 2700

City, State, Zip   Nashville, TN 37219

Phone            (615) 850-8761

Email           chris.cronk@wallerlaw.com

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number: 13-53846**

**Chapter:** 9

**Hearing Judge: Hon. Steven Rhodes**

**x Bankruptcy    __Adversary**

__Appear    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 8/28/2013    Time of Hearing: 10:00 a.m.    Title of Hearing: Syncora Motion**

Please specify portion of hearing requested:    **X Original/Unredacted    □ Redacted    □ Copy**
                                                                                                           (2nd Party)
□ Entire Hearing    **x Ruling/Opinion of Judge**    □ Testimony of Witness    □ Other

Special Instructions: _____

**Type of Request:**

□ Ordinary Transcript - $3.65 per page (30 calendar days)

**x** 14-Day Transcript - $4.25 per page (14 calendar days)

□ Expedited Transcript - $4.85 per page (7 working days)

□ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

  /s/ Christine T. Cronk    Date: 8/28/2013
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date            By

Order Received:

Transcript Ordered

Transcript Received