# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

- Name: **Robert D. Gordon**
- Firm: **Clark Hill PLC**
- Address: **151 S. Old Woodward Avenue, Suite 200**
- City, State, Zip: **Birmingham, Michigan 48009**
- Phone: **248-988-5882**
- Email: **rgordon@clarkhill.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

- ⦿ Bankruptcy    ◯ Adversary
- ◯ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 08/28/2013    Time of Hearing: 10 a.m.    Title of Hearing: Motion/Protective Order, et al.

Please specify portion of hearing requested:    ⦿ Original/Unredacted    ◯ Redacted    ◯ Copy (2nd Party)

⦿ Entire Hearing    ◯ Ruling/Opinion of Judge    ◯ Testimony of Witness    ◯ Other

Special Instructions: _____

**Type of Request:**

- ◯ Ordinary Transcript - $3.65 per page (30 calendar days)
- ◯ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Robert D. Gordon    Date: 8/28/13

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date    By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 681    Filed 08/28/13    Entered 08/28/13 19:07:40    Page 1 of 1