211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Notice to Respondent is Non−Compliant re: Docket No. 630 − Petition for Order Lifting Stay

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☑ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 8/26/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                           Case No. 13-53846-swr
City of Detroit, Michigan                                        Chapter 9
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0645-2          User: jmaha             Page 1 of 6          Date Rcvd: Aug 26, 2013
                              Form ID: def2           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2013.
aty           L. Rodger Webb,   1700 West Ten Mile Road,   Goodman Acker Bldg, 2nd Floor,
               Southfield, MI   48075
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                              TOTALS: 1, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2013**                    **Signature:** _Joseph Speetjens_

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                           Case No. 13-53846-swr
City of Detroit, Michigan                                        Chapter 9
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0645-2          User: jmaha             Page 1 of 6          Date Rcvd: Aug 26, 2013
                              Form ID: def2           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2013.
aty           L. Rodger Webb,   1700 West Ten Mile Road,   Goodman Acker Bldg, 2nd Floor,
               Southfield, MI   48075
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                              TOTALS: 1, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2013**                    **Signature:** _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2013 at the address(es) listed below:

      A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com

      Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

      Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

      Andrew A. Paterson, Jr.    on behalf of Creditor Robert   Davis aap43@outlook.com, aap43law@gmail.com

      Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

      Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

      Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

      Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

      Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com

      Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association bpatek@ermanteicher.com

      Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association bpatek@ermanteicher.com

      Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

      Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

      Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

      Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com

      Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

      Brian D. O'Keefe    on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

      Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

      Brian D. O'Keefe    on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

      Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

      Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

      Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

      Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

      Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

      Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

      Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com

      Carolyn Beth Markowitz    on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM

      Charles Bruce Idelsohn    on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

      Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

      Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com

      Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

      Corey M. Carpenter    on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com, coreycarpenter@boclaw.com

      Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com

      Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com

      Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

      Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

      Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation dweiner@schaferandweiner.com

      David   Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association deisenberg@ermanteicher.com

      David   Eisenberg    on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com

      David   Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

      David   Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

          David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc. dmollicone@dmms.com

          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com

          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation david.dubrow@arentfox.com

          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com

          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com

          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com

          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

          Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

          Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association eerman@ermanteicher.com

          Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com

          Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

          Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

          Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

          Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com

          Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com

          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

          Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

          Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com

          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

          Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com

          Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com

          Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

          Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

          James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

          James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd. james.sprayregen@kirkland.com

          James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com

          Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com

          Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company jbank@kerr-russell.com

          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com

          Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com

          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
            Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
             jbelveal@honigman.com, mjohnson@honigman.com
            Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
             jbelveal@honigman.com, mjohnson@honigman.com
            Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
            John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
             pjohnson@bredhoff.com
            John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
             john.sieger@kattenlaw.com
            Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
             green@millercanfield.com
            Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com
            Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
             jgadharf@mcdonaldhopkins.com
            Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
             jgadharf@mcdonaldhopkins.com
            Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
             jgadharf@mcdonaldhopkins.com
            Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com
            Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
             blundberg@honigman.com
            Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com
            Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
             patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
            Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
             karen.dine@kattenlaw.com
            Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
            Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
             Association Avery@SilvermanMorris.com
            Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
             Avery@SilvermanMorris.com
            Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
             kressk@pepperlaw.com, alexsym@pepperlaw.com
            Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
             kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
            Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
             kschneider@schneidermiller.com
            Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
             kevin.baum@kattenlaw.com
            Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
             ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
            Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
            Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
             kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
            Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp. llarose@winston.com
            Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
            Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
             lrochkind@jaffelaw.com, dburris@jaffelaw.com
            Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
             lbrimer@stroblpc.com, kvanakin@stroblpc.com
            Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
             MField@stroblpc.com, jmckeogh@stroblpc.com
            Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
             mkato@sachswaldman.com, pmerchak@sachswaldman.com
            Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
             324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
            Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
             mark.angelov@arentfox.com
            Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
             jabdelnour@resnicklaw.net
            Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
            Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
            Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
             mbcobbs@flash.net
            Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
             Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
            Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
             paula@demolaw.com
            Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
            Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com, paula@demolaw.com
            Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
             melissa@demolaw.com, paula@demolaw.com
            Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
             paula@demolaw.com
            Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
             mdordeski@foleymansfield.com
            Meredith  Taunt    on behalf of Creditor    Retired Detroit Police Members Association
             mtaunt@stroblpc.com, KVanAkin@stroblpc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
- Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
- Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
- Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick Warren Hunt on behalf of Interested Party Wade Trim Associates, Inc. pwhunt@kerr-russell.com
- Patrick Warren Hunt on behalf of Interested Party New England Fertilizer Company pwhunt@kerr-russell.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Peter J. Roberts on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
- Peter L. Canzano on behalf of Creditor National Public Finance Guarantee Corporation pcanzano@sidley.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
- Robert M. Fishman rfishman@shawfishman.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Ronald L. Rose on behalf of Interested Party Health Alliance Plan of Michigan rrose@dykema.com
- Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com
- Samuel S. Kohn on behalf of Creditor Assured Guaranty Municipal Corp. skohn@winston.com, DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.com;KForte@winston.com
- Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
         Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
         Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
         Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
         Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
         Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd. stephen.hackney@kirkland.com
         Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc. stephen.hackney@kirkland.com
         Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
         Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
         Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
         Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
         Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com
         Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
         Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
         Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
         Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
         Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
         Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
         Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
         Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
         Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
         Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
         William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
         William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
         William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
         William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
         William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
         William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
         William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC wcb@osbig.com
         William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
         William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
         Yuliy Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
         Yuliy Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
         Yuliy Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                                                                                                          TOTAL: 203