UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
In re                                          :
                                               :  Chapter 9
                                               :
CITY OF DETROIT, MICHIGAN,                     :  Case No. 13-53846
                                               :
            Debtor.                            :
                                               :  Hon. Stephen W. Rhodes
                                               :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Retirees (the "Retiree Committee") hereby appears by and through its counsel, Dentons US LLP and Salans FMC SNR Denton Europe LLP and such counsel hereby enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers and electronic mail addresses:

        Carole Neville, Esq.
        DENTONS US LLP
        1221 Avenue of the Americas
        New York, New York 10020
        Tel: (212) 768-6700
        Fax: (212) 768-6800
        Email: carole.neville@dentons.com

        -and-

Sam J. Alberts, Esq.
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-7004
Fax: (202) 408-6339
Email: sam.alberts@dentons.com

-and-

Claude Montgomery, Esq.
SALANS FMC SNR DENTON EUROPE LLP
620 Fifth Avenue
New York, New York 10020
Tel: (212) 632-5500
Fax: (212) 632-5555
Email: claude.montgomery@dentons.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Papers shall not be deemed to be a waiver of: (a) the Retiree Committee's rights to challenge the bankruptcy court's jurisdiction on any issue; or (b) any other rights, claims, actions, setoffs, or recoupments to which the Retiree Committee is or may be entitled to assert, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Retiree Committee expressly reserves.

2

Dated: New York, New York
       August 29, 2013

                                  DENTONS US LLP
                                  Carole Neville
                                  1221 Avenue of the Americas
                                  New York, New York 10020
                                  Tel: (212) 768-6700
                                  Fax: (212) 768-6800
                                  Email: carole.neville@dentons.com

                                  -and-

                                  DENTONS US LLP
                                  Sam J. Alberts
                                  1301 K Street, NW
                                  Suite 600, East Tower
                                  Washington, DC 20005-3364
                                  Tel: (202) 408-7004
                                  Fax: (202) 408-6339
                                  Email: sam.alberts@dentons.com

                                  -and-

                                  SALANS FMC SNR DENTON
                                  EUROPE LLP

                                  /s/Claude D. Montgomery
                                  Claude D. Montgomery (P29212)
                                  620 Fifth Avenue
                                  New York, New York 10020
                                  Tel: (212) 632-5500
                                  Fax: (212) 632-5555
                                  Email: claude.montgomery@dentons.com

                                  *Counsel for the Official Committee of*
                                  *Retirees*

3

13-53846-tjt   Doc 683   Filed 08/29/13   Entered 08/29/13 11:14:35   Page 3 of 4

## CERTIFICATE OF SERVICE

I, Claude D. Montgomery, hereby certify that service of the **Notice of Appearance and Demand for Notices and Papers** was filed and served via the Court's electronic case filing and noticing system on August 29, 2013.

/s/ Claude D. Montgomery