UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

    Debtor.
_____/

Order Regarding Debtor's Motion to Assume Lease or Executory Contract
[Dkt. # 17 corrected by Dkt. # 157]

On August 28, 2013, a status hearing was held regarding the debtor's motion to assume executory contract. For the reasons stated on the record, it is hereby ordered as follows:

1. The hearing previously scheduled for September 9, 2013, shall be rescheduled to September 23, 2013 and September 24, 2013, from 9:00 a.m. to 3:00 p.m. in Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan.

2. The City of Detroit shall have four hours of presentation time and the objecting parties shall be allotted five hours of presentation time.

3. Discovery depositions of rebuttal witnesses shall be completed by September 19, 2013.

**Signed on August 29, 2013**

                                    /s/ Steven Rhodes
                                  **Steven Rhodes**
                                  **United States Bankruptcy Judge**

4.