IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steven W. Rhodes |

## ORDER GRANTING MOTION OF DEBTOR
## FOR A PROTECTIVE ORDER

This matter coming before the Court on the Motion of Debtor For Protective Order (the "Motion");[1] the Court having reviewed the Motion; having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; having determined after due deliberation that the relief requested in the Motion is in the best interests of the Debtor and its creditors; and good and sufficient cause having been shown;

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Debtor may redact personally identifiable information of the City and third parties contained in any and all documents and materials that it provides to interested parties. Personally identifiable information shall include names, physical and electronic addresses, telephone numbers, social security numbers, financial account numbers, and any other information whose disclosure would create an undue risk of identity theft or other unlawful injury.

3. All prior non-disclosure agreements and waivers governing access to the City's data room entered into by and between (i) the City and any interested party and/or (ii) Milliman and any interested party are of no force and effect. Subject to the terms of this Order, all interested parties shall have unrestricted access to the data room.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on August 29, 2013**

                                                         /s/ Steven Rhodes
                                                        Steven Rhodes
                                                        United States Bankruptcy Judge