UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN     CASE NO.    13-53846
                                           CHAPTER    9
                                           JUDGE:      STEVEN W. RHODES
                  Debtor           /

## REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS

B.O.C. Law Group, PC, by Corey M. Carpenter, counsel for Kimberli Powell, et al, states that Kimberli Powell et al or B.O.C. Law Group, PC, no longer have an interest in these proceedings in that an Order Resolving Kimberli Powell, et al.'S Omnibus Motion For Relief From the Automatic Stay Pursuant to 11 U.S.C. §362 and 11 U.S.C. §922; and Entry of Order Waiving the Provision of FRBP 4001(a)(3) was entered on August 27, 2013, and he requested that the following email address be removed from ECF notifications and requests that he no longer receive electronic filings in this bankruptcy proceeding:

bocecf@boclaw.com

coreycarpenter@boclaw.com

                                                                    Respectfully submitted,

                                                                    /s/ Corey M. Carpenter (P67818)
                                                                    B.O.C. Law Group, P.C.
                                                                    By:     William R. Orlow (P41634)
                                                                                C. Jason Cardasis (P54930)
                                                                                Corey M. Carpenter (P67818)
                                                                                Nicholas B. Andrew (P75381)
                                                                    Attorneys for Movants
                                                                    24100 Woodward Avenue, Suite B
                                                                    Pleasant Ridge, Michigan 48069
                                                                    (248) 584-2100
                                                                    coreycarpenter@boclaw.com

Dated: August 29, 2013