211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
Please Insert /s/ Then The Attorney's Signature.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☑ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 8/27/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                              Case No. 13-53846-swr
City of Detroit, Michigan                                           Chapter 9
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: ckata              Page 1 of 6            Date Rcvd: Aug 27, 2013
                              Form ID: def2            Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust         Daniel M. McDermott
                                                                      TOTALS: 1, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2013**                    **Signature:**  _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2013 at the address(es) listed below:

    A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com

    Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

    Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

    Andrew A. Paterson, Jr.   on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com

    Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

    Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

    Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

    Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

    Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com

    Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association bpatek@ermanteicher.com

    Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association bpatek@ermanteicher.com

    Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

    Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

    Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

    Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com

    Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com

    Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

    Brian D. O'Keefe   on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

    Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

    Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

    Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

    Carolyn Beth Markowitz   on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM

    Charles Bruce Idelsohn   on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

    Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

    Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com

    Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

    Christopher A. Grosman   on behalf of Creditor   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

    Corey M. Carpenter   on behalf of Interested Party Kimberli Janette Powell bocecf@boclaw.com, coreycarpenter@boclaw.com

    Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association czucker@ermanteicher.com

    Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association czucker@ermanteicher.com

    Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

    Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

    Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation dweiner@schaferandweiner.com

    David Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association deisenberg@ermanteicher.com

    David Eisenberg   on behalf of Creditor   Detroit Police Officers Association deisenberg@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              David    Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               deisenberg@ermanteicher.com
              David    Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               deisenberg@ermanteicher.com
              David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc.
               dmollicone@dmms.com
              David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
               dgheiman@jonesday.com
              David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
               david.dubrow@arentfox.com
              David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
               nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
               nepc.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
               General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
              Deborah    Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah    Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
               kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
              Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
              Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
               dbernstein@plunkettcooney.com,  dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               eerman@ermanteicher.com
              Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
              Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
              Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Fred    Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Heather    Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              James    Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James    Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              James    Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
               ecf@zaplc.com
              Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Jason W. Bank    on behalf of Interested Party   New England Fertilizer Company
 jbank@kerr-russell.com
Jason W. Bank    on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com
Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,    tc@osbig.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
 jbelveal@honigman.com,    mjohnson@honigman.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
 jbelveal@honigman.com,    mjohnson@honigman.com
Jerome D. Goldberg    on behalf of Creditor David    Sole apclawyer@sbcglobal.net
John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
 pjohnson@bredhoff.com
John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com
Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
 green@millercanfield.com
Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
 blundberg@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com
Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
 patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
 karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com,    alexsym@pepperlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kenneth.noble@kattenlaw.com,    nyc.bknotices@kattenlaw.com
Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
 kschneider@schneidermiller.com
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
 ksummers@dflaw.com,    mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
 kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp. llarose@winston.com
Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
 lrochkind@jaffelaw.com,    dburris@jaffelaw.com
Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
 lbrimer@stroblpc.com,    kvanakin@stroblpc.com
Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association
 MField@stroblpc.com,    jmckeogh@stroblpc.com
Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
 mkato@sachswaldman.com,    pmerchak@sachswaldman.com
Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
 324 mkato@sachswaldman.com,    pmerchak@sachswaldman.com
Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
 mark.angelov@arentfox.com
Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
 jabdelnour@resnicklaw.net
Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
 mbcobbs@flash.net
Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
 paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor John    Denis melissa@demolaw.com,    paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor James    Herbert melissa@demolaw.com,    paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
 melissa@demolaw.com,    paula@demolaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Melissa L. Demorest on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
- Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
- Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
- Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com, mchammer3@dickinsonwright.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
- Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
- Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
- Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick Warren Hunt on behalf of Interested Party Wade Trim Associates, Inc. pwhunt@kerr-russell.com
- Patrick Warren Hunt on behalf of Interested Party New England Fertilizer Company pwhunt@kerr-russell.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Peter J. Roberts on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
- Peter L. Canzano on behalf of Creditor National Public Finance Guarantee Corporation pcanzano@sidley.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
- Robert M. Fishman rfishman@shawfishman.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Ronald L. Rose on behalf of Interested Party Health Alliance Plan of Michigan rrose@dykema.com
- Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com
- Samuel S. Kohn on behalf of Creditor Assured Guaranty Municipal Corp. skohn@winston.com, DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.com;KForte@winston.com
- Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd. stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com, skoczylas@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                          TOTAL: 206