Form B20A(Official Form 20A
12/1/10

**FILED**
2013 AUG 30 P 1:21
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In re: City of Detroit

Chapter: 9

[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Case No.: 13-53846

Judge: Rhodes

Debtor(s)

Address _____

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): _____

NOTICE OF Petition for Order Lifting Stay
(Motion or Objection)

Ronald Cook has filed papers with the court to Lift Stay in MI Ct. Apps. Case Nos. 310509 and 308561
{relief sought in motion or objection}

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the [motion] [objection], within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

    United States Bankruptcy Court
    (Mail to correct Court Address
    Detroit, Flint or Bay City)
    211 W. Fort St
    Suite 1700
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also mail a copy to: L. Rodger Webb, P.C. 17000 W. Ten Mile Rd, Ste 150, Southfield MI 48075
    {movant's attorney's name, address and telephone number} (248) 395 9750

    {name and addresses of others to be served}

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 8/29/13

Signature
Name L. Rodger Webb
Address 17000 W. Ten Mile Rd., Ste 150
Southfield, MI 48075

---
[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)