UNITED STATES DISTRICT COURT OF MICHIGAN
EASTERN DISTRICT, SOUTHERN DIVISION

In Re CITY OF DETROIT, MICHIGAN

Bankr. E.D. MI
Case No. 13-53846

PROOF OF SERVICE

L. Rodger Webb, counsel for Ronald Cook, states as an officer of the Court that on August 29, 2013 he served a copy of Form B20A (Notice of Petition to Lift Stay), Petition for Order Lifting Stay, without attachments, Brief in Support, Notice of Hearing and the Court's Order granting Cook's Ex-Parte Motion for Permission to Submit a Written (Paper) Petition in the captioned case on Jason McFarlane, Assistant City of Detroit Corporation Counsel, counsel of record, at the City Corporation Counsel's address at City of Detroit Law Department, 2 Woodward Ave, Ste 500, Detroit, MI 48226 by first class mail.

Respectfully Submitted,

L. Rodger Webb, P.C.

By: L. Rodger Webb (P33356)
17000 West Ten Mile Road
Goodman Acker Bldg, 2nd Floor
Southfield, MI 48075
Tel: 248 395 9750
Fax: 248 395 9760

Dated: August 29, 2013