UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: HON. STEVEN E. RHODES

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2013 (date of mailing), I served copies as follows:

1. Document(s) served:

   OBJECTIONS TO CHAPTER 9

2. Served upon [name and address of each person served]:

   KEVYN ORR E.M.
   CITY OF DETROIT
   2 WOODWARD AVE, SUITE 1126
   DETROIT, MI 48226

   CITY OF DETROIT, MICHIGAN
   C/O KCC
   2335 ALASKA AVE
   EL SEGUNDO, CA 90245

3. By First Class Mail.

Dated: August 30, 2013

ALICE R. PRUITT
_____
(Signature of Debtor)

Print Name: _____

_____
(Signature of Co-Debtor)

Print Name: _____

FILED
2013 AUG 30 P 1:24
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt   Doc 698   Filed 08/30/13   Entered 08/30/13 15:19:49   Page 1 of 1