# Exhibit A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

**ORDER REGARDING THE STATE OF MICHIGAN, ET AL, MOTION TO QUASH AND FOR PROTECTIVE ORDERAND AND COMPELLING CERTAIN SUBPOENAED PARTIES TO IMMEDIATELY COMPLY WITH SUBPOENAS AND GRANTING RELATED RELIEF**

This matter having been opened to the Court by The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (the AFSCME retiree chapter for City of Detroit retirees) (collectively, "**AFSCME**"), by and through its attorneys, in opposition (the "**Objection**") to the motion (the "**Motion**") of the State of Michigan, Governor Rick Snyder, Treasurer Andrew Dillon, the Governor's Transformation Manager Richard L. Baird, Department of Treasury Legal Counsel Frederick Headen, and Auditor General Thomas McTavish (collectively, the "**State**") for entry of an order quashing all discovery requests directed to the State (collectively, the "**Subpoenas**"), and requesting an order compelling compliance with the Subpoenas and directing the State to reimburse AFSCME's fees and costs associated with bringing the Objection, upon notice to the State, the Debtor, and all parties in interest in this Chapter 9 case; and the Court having considered AFSCME's Objection, and any objections thereto; and good cause appearing,

IT IS ORDERED THAT:

1. The State's motion to quash subpoenas issued and served by AFSCME upon Rick Snyder, Andrew Dillon, Richard L. Baird, Frederick Headen, and Thomas McTavish be, and hereby is, denied.

2. Within 24 hours following the entry of this Order, counsel to AFSCME and counsel to the parties identified in Paragraph 1, above (or the parties if not represented by counsel), shall confer to schedule the depositions of such parties and all such depositions shall be scheduled to occur on or before September 23, 2013.

3. AFSCME is hereby awarded attorneys' fees and costs in connection with the Objection. AFSCME shall file a certification setting forth the amounts of attorneys' fees and costs incurred in filing the Objection with the Court and serve a copy on counsel for the State within fourteen (14) days of the entry of this Order. The State shall then have five (5) days to submit any opposition and, thereafter, the Court shall issue an appropriate Order fixing the amount of attorneys' fees and costs the State shall be obligated to pay to AFSCME.