UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Chapter 9
                                                     Case No. 13-53846
City of Detroit, Michigan,                           Hon. Steven W. Rhodes

    Debtor.
_____/

### Order Granting Motion to Expedite Hearing and Setting Response Deadline

On August 30, 2013 the State of Michigan, Governor Rick Snyder, Treasurer Andrew Dillon, the Governor's Transformation Manger Richard L. Baird, Department of Treasury Legal Counsel Frederick Headen and Auditor General Thomas McTavish (collectively, "the State"), filed a motion to expedite hearing on their Motion to Quash and for Protective Order also filed this date. The Court finds cause to grant the request for an expedited hearing.

Accordingly, it is hereby ordered that a hearing shall be held on the State's Motion to Quash and for Protective Order (Dkt. #699) **on September 10, 2013, at 10:00 a.m.,** in Courtroom 100, U.S. Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

It is further ordered that responses to the motion to quash shall be filed by September 9, 2013. Each response should identify how each document request that is the subject of the motion is relevant to the factual issues identified in the Court's Order Regarding Eligibility Objections, dated August 26, 2013.

.

**Signed on September 03, 2013**

                                                     **/s/ Steven Rhodes**
                                                     **Steven Rhodes**
                                                   **United States Bankruptcy Judge**