UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:                                              Chapter 9

City of Detroit, Michigan,                Case No. 13-53846

                    Debtor.                        Hon. Steven W. Rhodes
_____/             Hon. Gerald E. Rosen

**ORDER DIRECTING ADDITIONAL PARTIES**
**TO APPEAR FOR FIRST MEDIATION SESSION**

              At a session of said Court, held in
              the U.S. Courthouse, Detroit, Michigan
              on         September 3, 2013

              PRESENT:    Honorable Gerald E. Rosen
                                United States District Chief Judge

In addition to the parties noticed in the "Amended Order to Certain Parties to Appear for First Mediation Session," entered on August 20, 2013 [Dkt. # 527],

     **IT IS HEREBY ORDERED** that

- The Official Committee of Retirees,
- Ad Hoc COP Holders,
  (Dexia Credit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Covered Finance Bank, S.A.), and
- EEPK Bank and its affiliates

shall appear for the **mediation session** being held before the Honorable Gerald E. Rosen, Chief Judge of the United States District Court for the Eastern District of Michigan, in his Courtroom, Room 734 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226, on **Tuesday, September 17, 2013 at 11:00 a.m.**

     **IT IS FURTHER ORDERED** that, for said mediation session, and for any

1

further session, each party shall be represented by **no more than two (2) attorneys and two (2) party-representatives** who have full authority to engage in settlement negotiations. *See* Local Bankruptcy Rule 7016-2(6); Eastern District of Michigan Local Rule 16.1(c) ("At settlement conferences, all parties must be present, including, in the case of a party represented by an insurer, a claim representative with authority adequate for responsible and effective participation in the conference.")

**IT IS FURTHER ORDERED** that on or before <u>**September 6, 2013, 5:00 p.m.**</u>, the above-named parties shall each submit a confidential **Mediation Statement**, "for mediator's eyes, only," **no more than seven (7) pages in length**, setting forth a concise statement of the party's position and objectives in mediation. Such statement will not be shared with other parties and, therefore, should provide the mediator with that party's candid position and objectives.

**THE MEDIATION STATEMENT IS <u>NOT</u> TO BE FILED WITH THE BANKRUPTCY COURT**, but rather is to be submitted electronically by emailing it to **efile_rosen@mied.uscourts.gov**.

**SO ORDERED.**

<u>s/Gerald E. Rosen</u>
Chief Judge, United States District Court

Dated: September 3, 2013