UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                              :

In re                                       :          Chapter 9

CITY OF DETROIT, MICHIGAN,   :          Case No. 13-53846

                 Debtor.          :          Hon. Steven W. Rhodes

------------------------------------------------------x

**STATEMENT OF DEBTOR REGARDING**
**NOTICE OF PROPOSED FEE REVIEW ORDER**

The City of Detroit, Michigan (the "City"), as the debtor in the above-captioned case, hereby submits this statement regarding the Notice of Proposed Fee Review Order (Docket No. 697) (the "Notice"), filed by Robert M. Fishman, the Court-appointed fee examiner (the "Fee Examiner"), on August 30, 2013:

       1.     Attached to the Notice is a proposed form of Fee Review Order (the "Proposed Order") to govern the Fee Examiner's review of professionals fees in this case pursuant to the Court's Order Appointing Fee Examiner dated August 19, 2013 (Docket No. 383).

2. Prior to filing the Notice, the Fee Examiner consulted with the City regarding the terms of the Proposed Order and shared drafts of the Proposed Order with the City.

3. The City has reviewed and consents to the terms of the Proposed Order in the form attached to the Notice.

Dated: September 3, 2013   Respectfully submitted,

 /s/ David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
   STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY