# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
|  | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
|  | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
|  | ) |

## AMENDED NOTICE OF VIDEOTAPED
## DEPOSITION OF GAURAV MALHOTRA

To:   Parties on the attached **Exhibit 1** and **Exhibit 2**.

**PLEASE TAKE NOTICE** that, pursuant to Federal Ru1es of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, and the *Order Establishing Dates and Deadlines Regarding the Debtor's Motion to Assume Lease or Executory Contract* [Dkt. No. 281], FMS Wertmanagement AöR, DEPFA BANK plc, and all of the other objecting parties set forth in **Exhibit 1**, attached hereto, by and through their attorneys of record, will take the deposition upon oral examination of **Gaurav Malhotra** at Schiff Hardin LLP, Suite 6600, Conference Room To Be Determined, 233 S. Wacker Drive, Chicago, Illinois 60606 on **Monday, September 9, 2013,** or at such other date or place to which the parties mutually agree.  The deposition will begin at **9:30 a.m. central time,** and continue until completed.  The deposition will be taken before a court reporter or other person authorized by law to administer

oaths and provide an official record of the deposition. The deposition will be recorded by stenograph, DVD, or videotape for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: September 3, 2013   Respectfully submitted,

**SCHIFF HARDIN LLP**

By: */s/ Michael W. Ott*
  Rick L. Frimmer
  Karen V. Newbury
  Michael W. Ott
  SCHIFF HARDIN LLP
  233 South Wacker Drive
  Suite 6600
  Chicago, IL 60606
  Tel. 312-258-5500
  Fax. 312-258-6500
  Rfrimmer@schiffhardin.com
  knewbury@schiffhardin.com
  mott@schiffhardin.com

  *Attorneys for FMS Wertmanagement and DEPFA BANK, plc, Solely in Its Capacity as Servicer for FMS Wertmanagement*

## EXHIBIT 1

### List of Objecting Parties

| Objecting Party | Counsel for Objection Party |
|---|---|
| *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* | James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>-and-<br>Stephen M. Gross<br>David A. Agay<br>Joshua Gadharf<br>MCDONALD HOPKINS PLC<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Telephone:   (248) 646-5070<br>Facsimile:    (248) 646-5075 |
| *Erste Europäische Pfandbriefund Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.* | Howard S. Sher<br>JACOB & WEINGARTEN, P.C.<br>Somerset Place<br>2301 W. Big Beaver Road, Suite 777<br>Troy, Michigan 48084<br>Tel: (248) 649-1200<br>Fax: (248) 649-2920<br>E-mail: howard@jacobweingarten.com<br>-and-<br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4428<br>Fax: (410) 361-8930<br>E-mail: summersm@ballardspahr.com |

| Objecting Party | Counsel for Objection Party |
|---|---|
| *FMS Wertmanagement and DEPFA BANK, plc, Solely in Its Capacity as Servicer for FMS Wertmanagement* | Rick L. Frimmer<br>Karen V. Newbury<br>Michael W. Ott<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>Tel. 312-258-5500<br>Fax. 312-258-6500<br>Rfrimmer@schiffhardin.com<br>knewbury@schiffhardin.com<br>mott@schiffhardin.com |

| Objecting Party | Counsel for Objection Party |
|---|---|
| *Retiree Association Parties* | Co-Counsel for Retiree Association Parties<br>Thomas R. Morris<br>Karin F. Avery<br>SILVERMAN & MORRIS, P.L.L.C.<br>30500 Northwestern Highway, Suite 200<br>Farmington Hills, Michigan 48334<br>(248) 539-1330 Fax: (248) 539-1355<br>morris@silvermanmorris.com<br>avery@silvermanmorris.com<br>-and-<br>LIPPITT O'KEEFE, PLLC<br>Brian D. O'Keefe<br>Ryan C. Plecha<br>370 East Maple Road, 3rd Floor<br>Birmingham, Michigan 48009<br>(248) 646-8292 Fax: (248) 646-8375<br>bokeefe@lippittokeefe.com<br>rplecha@lippittokeefe.com |
| *Retired Detroit Police Members Association* | Lynn M. Brimer<br>Meredith E. Taunt<br>Mallory Field (75289)<br>STROBL & SHARP, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376<br>Telephone: (248) 540-2300<br>Facsimile: (248) 645-2690<br>E-mail: mtaunt@stroblpc.com |

| Objecting Party | Counsel for Objection Party |
|---|---|
| *Ambac Assurance Corporation* | Carol Connor Cohen<br>Caroline Turner English<br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20036-5342<br>(202) 857-6054<br>Carol.Cohen@arentfox.com<br>-and-<br>David L. Dubrow<br>Mark A. Angelov<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3900<br>-and-<br>SCHAFER AND WEINER, PLLC<br>Daniel J. Weiner (P32010)<br>Brendan G. Best (P66370)<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 540-3340<br>bbest@schaferandweiner.com |

| Objecting Party | Counsel for Objection Party |
|---|---|
| *National Public Finance Guarantee Corporation* | Eric D. Novetsky<br>Louis P. Rochkind<br>JAFFE, RAITT, HEUER & WEISS, P.C.<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Tel: (248) 351-3000<br>Fax: (248) 351-3082<br>Email: enovetsky@jaffelaw.com<br>-and-<br>Jeffrey E. Bjork<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, CA 90013<br>Tel: (213) 896-6000<br>Fax: (213) 896-6600<br>Email: jbjork@sidley.com<br>-and-<br>SIDLEY AUSTIN LLP<br>Guy S. Neal<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 736-8000<br>Fax: (202) 736-8711<br>Email: gneal@sidley.com |

| Objecting Party | Counsel for Objection Party |
|---|---|
| *Assured Guaranty Municipal Corp.* | Lawrence A. Larose, Esq.<br>Samuel S. Kohn, Esq.<br>Carrie V. Hardman, Esq.<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile. (212) 294-4700<br>Email: llarose@winston.com<br>skohn@winston.com<br>chardman@winston.com<br>-and-<br>Sarah T. Foss, Esq.<br>WINSTON & STRAWN LLP<br>1111 Louisiana, 25th Floor<br>Houston, Texas 77002-5242<br>Telephone: (713) 651-2600<br>Facsimile: (713) 651-2700<br>Email: sfoss@winston.com |
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr.<br>Mark R. James<br>WILLIAMS, WILLIAMS, RATTNER &<br>PLUNKETT, P.C.<br>280 North Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>Email: EJEssad@wwrplaw.com<br>Email: mrjames@wwrplaw.com<br>-and-<br>Alfredo R. Pérez<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: alfredo.perez@weil.com |

| Objecting Party | Counsel for Objection Party |
|---|---|
| *David Sole, Party in Interest* | Jerome D. Goldberg<br>JEROME D. GOLDBERG, PLLC<br>2921 East Jefferson, Suite 205<br>Detroit, MI 48207<br>Phone: 313-393-6001<br>Fax: 313-393-6007<br>Email: apclawyer@sbcglobal.net |
| *Attorneys for FMS Wertmanagement and DEPFA Bank, PLC, Solely in Its Capacity as Agent for FMS Wertmanagement* | Rick L. Frimmer<br>Karen V. Newbury<br>Michael W. Ott<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>Tel. 312-258-5500<br>Fax. 312-258-6500<br>Rfrimmer@schiffhardin.com<br>knewbury@schiffhardin.com<br>mott@schiffhardin.com |
| *Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit* | Robert D. Gordon<br>Shannon L. Deeby<br>CLARK HILL PLC<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009<br>Telephone:  (248) 988-5882<br>Facsimile:  (248) 988-2502<br>rgordon@clarkhill.com |

## Certificate of Service

I, Michael W. Ott, hereby certify that on September 3, 2013, I caused the foregoing *Notice of Videotaped Deposition of Gaurav Malhotra* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to the parties set forth in **Exhibit 2**, attached hereto.

*/s/ Draft*
Michael W. Ott

## EXHIBIT 2

## Service List

| Party | Counsel for Party |
|---|---|
| *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* | James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>-and-<br>Stephen M. Gross<br>David A. Agay<br>Joshua Gadharf<br>MCDONALD HOPKINS PLC<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Telephone:   (248) 646-5070<br>Facsimile:    (248) 646-5075 |
| *Erste Europäische Pfandbriefund Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.* | Howard S. Sher<br>JACOB & WEINGARTEN, P.C.<br>Somerset Place<br>2301 W. Big Beaver Road, Suite 777<br>Troy, Michigan 48084<br>Tel: (248) 649-1200<br>Fax: (248) 649-2920<br>E-mail: howard@jacobweingarten.com<br>-and-<br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4428<br>Fax: (410) 361-8930<br>E-mail: summersm@ballardspahr.com |

| Party | Counsel for Party |
|---|---|
| *Retiree Association Parties* | Co-Counsel for Retiree Association Parties<br>Thomas R. Morris<br>Karin F. Avery<br>SILVERMAN & MORRIS, P.L.L.C.<br>30500 Northwestern Highway, Suite 200<br>Farmington Hills, Michigan 48334<br>(248) 539-1330 Fax: (248) 539-1355<br>morris@silvermanmorris.com<br>avery@silvermanmorris.com<br>-and-<br>LIPPITT O'KEEFE, PLLC<br>Brian D. O'Keefe<br>Ryan C. Plecha<br>370 East Maple Road, 3rd Floor<br>Birmingham, Michigan 48009<br>(248) 646-8292 Fax: (248) 646-8375<br>bokeefe@lippittokeefe.com<br>rplecha@lippittokeefe.com |
| *Retired Detroit Police Members Association* | Lynn M. Brimer<br>Meredith E. Taunt<br>Mallory Field (75289)<br>STROBL & SHARP, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376<br>Telephone: (248) 540-2300<br>Facsimile: (248) 645-2690<br>E-mail: mtaunt@stroblpc.com |

| Party | Counsel for Party |
|---|---|
| *Ambac Assurance Corporation* | Carol Connor Cohen<br>Caroline Turner English<br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20036-5342<br>(202) 857-6054<br>Carol.Cohen@arentfox.com<br>-and-<br>David L. Dubrow<br>Mark A. Angelov<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3900<br>-and-<br>SCHAFER AND WEINER, PLLC<br>Daniel J. Weiner (P32010)<br>Brendan G. Best (P66370)<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 540-3340<br>bbest@schaferandweiner.com |

| Party | Counsel for Party |
|---|---|
| *National Public Finance Guarantee Corporation* | Eric D. Novetsky<br>Louis P. Rochkind<br>JAFFE, RAITT, HEUER & WEISS, P.C.<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Tel: (248) 351-3000<br>Fax: (248) 351-3082<br>Email: enovetsky@jaffelaw.com<br>-and-<br>Jeffrey E. Bjork<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, CA 90013<br>Tel: (213) 896-6000<br>Fax: (213) 896-6600<br>Email: jbjork@sidley.com<br>-and-<br>SIDLEY AUSTIN LLP<br>Guy S. Neal<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 736-8000<br>Fax: (202) 736-8711<br>Email: gneal@sidley.com |

| Party | Counsel for Party |
|---|---|
| *Assured Guaranty Municipal Corp.* | Lawrence A. Larose, Esq.<br>Samuel S. Kohn, Esq.<br>Carrie V. Hardman, Esq.<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile. (212) 294-4700<br>Email: llarose@winston.com<br>skohn@winston.com<br>chardman@winston.com<br>-and-<br>Sarah T. Foss, Esq.<br>WINSTON & STRAWN LLP<br>1111 Louisiana, 25th Floor<br>Houston, Texas 77002-5242<br>Telephone: (713) 651-2600<br>Facsimile: (713) 651-2700<br>Email: sfoss@winston.com |
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr.<br>Mark R. James<br>WILLIAMS, WILLIAMS, RATTNER &<br>PLUNKETT, P.C.<br>280 North Old Woodward Avenue, Suite<br>300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>Email: EJEssad@wwrplaw.com<br>Email: mrjames@wwrplaw.com<br>-and-<br>Alfredo R. Pérez<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: alfredo.perez@weil.com |

| Party | Counsel for Party |
|---|---|
| *David Sole, Party in Interest* | Jerome D. Goldberg<br>JEROME D. GOLDBERG, PLLC<br>2921 East Jefferson, Suite 205<br>Detroit, MI 48207<br>Phone: 313-393-6001<br>Fax: 313-393-6007<br>Email: apclawyer@sbcglobal.net |
| *Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit* | Robert D. Gordon<br>Shannon L. Deeby<br>CLARK HILL PLC<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009<br>Telephone: (248) 988-5882<br>Facsimile: (248) 988-2502<br>rgordon@clarkhill.com |

| Party | Counsel for Party |
|-------|-------------------|
| *UBS AG* | WARNER NORCROSS & JUDD LLP |
|  | Stephen B. Grow |
|  | Douglas A. Dozeman |
|  | Charles N. Ash Jr. |
|  | 111 Lyon St. NW Suite 900 |
|  | Grand Rapids, MI 49503 |
|  | 616.752.2000 |
|  | Fax: 616.222.2158 |
|  | sgrow@wnj.com |
|  | ddozeman@wnj.com |
|  | cash@wnj.com |
|  | -and- |
|  | BINGHAM MCCUTCHEN LLP |
|  | Edwin E. Smith |
|  | Jared Clark |
|  | Steven Wilamowsky |
|  | E. Marcus Marsh |
|  | 399 Park Avenue |
|  | New York, NY 10022-4689 |
|  | 212.705.7000 |
|  | Fax: 212.752.5378 |
|  | edwin.smith@bingham.com |
|  | jared.clark@bingham.com |
|  | steven.wilamowsky@bingham.com |
|  | marcus.marsh@bingham.com |

| Party | Counsel for Party |
|---|---|
| *Merrill Lynch Capital Services, Inc.* | WARNER NORCROSS & JUDD LLP<br>Stephen B. Grow<br>Douglas A. Dozeman<br>Charles N. Ash Jr.<br>111 Lyon St. NW Suite 900<br>Grand Rapids, MI 49503<br>616.752.2000<br>Fax: 616.222.2158<br>sgrow@wnj.com<br>ddozeman@wnj.com<br>cash@wnj.com<br>-and-<br>CADWALADER WICKERSHAM & TAFT LLP<br>Mark Ellenberg<br>Howard Hawkins<br>Lary Stromfeld<br>Jason Jurgens<br>One World Financial Center<br>New York, NY 10281<br>212.504.6291<br>Fax: 212.504.6666 |

39087-0001
CH2\13482417.1