# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

_____/

## CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

On August 23, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service lists attached hereto as **Exhibit A**; and via Overnight mail on the service lists attached hereto as **Exhibit B**:

- **Debtor's First Set of Interrogatories to American Federation of State, County, and Municipal Employees** [Docket No.601]

- **Debtor's First Requests for Production of Documents American Federation of State, County, and Municipal Employees** [Docket No.602]

Furthermore, on August 23, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service lists attached hereto as **Exhibit C**; and via Overnight mail on the service lists attached hereto as **Exhibit D**:

- **Debtor's First Set of Interrogatories to the Detroit Public Safety Unions** [Docket No.603]

- **Debtor's First Requests for Production of Documents to the Detroit Public Safety Unions** [Docket No.604]

Furthermore, on August 23, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service lists attached hereto as **Exhibit E**; and via Overnight mail on the service lists attached hereto as **Exhibit F**:

- **Debtor's First Interrogatories to Retiree Association Parties** [Docket No.605]

- **Debtor's First Requests for Production of Documents to Retiree Association Parties** [Docket No.606]

Furthermore, on August 23, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service lists attached hereto as **Exhibit G**; and via Overnight mail on the service lists attached hereto as **Exhibit H**:

- **Debtor's First Set of Interrogatories to Detroit Retirement Systems** [Docket No.607]

- **Debtor's First Requests for Production of Documents to Detroit Retirement Systems** [Docket No.608]

Furthermore, on August 23, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service lists attached hereto as **Exhibit I**; and via Overnight mail on the service lists attached hereto as **Exhibit J**:

- **Debtor's First Interrogatories to the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America** [Docket No.609]

- **Debtor's First Requests for Production of Documents to the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America** [Docket No.610].

Furthermore, on August 23, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service lists attached hereto as **Exhibit K**; and via Overnight mail on the service lists attached hereto as **Exhibit L**:

- **Debtor's First Interrogatories to the Retired Detroit Police Members Association** [Docket No.614]

- **Debtor's First Requests for Production of Documents to Retired Detroit Police Members Association** [Docket No.615]

Dated: August 30, 2013

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.776.7386

# EXHIBIT A

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | agarrett@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | agarrett@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Ed McNeil | emcneil@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Catherine Phillips | cphillips@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: DeAngelo Malcolm | dmalcolm@miafscme.org |
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub-Cha | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L. Levine, Esq. Wojciech F. Jung, Esq. Philip J. Gross, Esq. | slevine@lowenstein.com; pgross@lowenstein.com; wjung@lowenstein.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | jcanzano@michworklaw.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | hsanders@miafscme.org |

# EXHIBIT B

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AFSCME Council No 25 | Attn Albert Garrett | 1034 N Washington | | Lansing | MI | 48906 |
| American Federation of State County & Municipal Employees AFLCIO | William Lurye Matthew Stark Blumin & Michael Artz | 1101 17th Street NW Suite 900 | | Washington | DC | 20036 |
| McKnight McClow Canzano Smith & Radtke PC | John R Canzano | 400 Galleria Officentre Ste 117 | | Southfield | MI | 48034 |
| AFSCME Council No 25 | Attn Albert Garrett | 600 W Lafayette Ste 500 | | Lansing | MI | 48906 |
| AFSCME Council No 25 | Attn Ed McNeil | 600 W Lafayette Ste 500 | | Detroit | MI | 48226 |
| AFSCME Council No 25 | Attn Catherine Phillips | 600 W Lafayette Ste 500 | | Detroit | MI | 48226 |
| AFSCME Council No 25 | Attn DeAngelo Malcolm | 600 W Lafayette Ste 500 | | Detroit | MI | 48226 |
| Miller Cohen PLC | Richard G Mack Jr Esq | 600 West Lafayette Boulevard | 4th Floor | Detroit | MI | 482263191 |
| The Sanders Law Firm PC | Herbert A Sander | 615 Griswold St Ste 913 | | Detroit | MI | 48226 |
| Lowenstein Sandler LLP | Sharon L Levine Esq Wojciech F Jung Esq Philip J Gross Esq | 65 Livingston Ave | | Roseland | NJ | 07068 |

# EXHIBIT C

**Exhibit C**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Union Representative | Detroit  Fire Fighters Association Local  344 | Attn: Daniel McNamara | dmcnamara344@aol.com |
| Union Representative | Detroit  Police Command Officers Association | Attn: Steven Dolunt | DoluntS320@detroitmi.gov |
| Union Representative | Detroit  Police Lieut. & Sergeants Association | Attn: Mark Young | youngM604@detroitmi.gov; Polo4491@aol.com |
| Retiree Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association;  Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman | eerman@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association;  Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | czucker@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344,; Detroit Police Officers Association;  Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | bpatek@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | deisenberg@ermanteicher.com |

# EXHIBIT D

| Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Detroit  Fire Fighters Association Local  344 | Attn Daniel McNamara | 243 W Congress Ste 644 | Detroit | MI | 48226 |
| Detroit  Police Command Officers Association | Attn Steven Dolunt | PO Box 02625 | Detroit | MI | 48202 |
| Detroit  Police Lieut & Sergeants Association | Attn Mark Young | 28 W Adams Ste 700 | Detroit | MI | 48226 |
| Detroit Firemens Fund Association | Attn Kim Fett | 250 W Larned Street Suite 202 | Detroit | MI | 48226 |
| Erman Teicher Miller Zucker & Freedman PC | Earle I Erman | 400 Galleria Officentre Ste 444 | Southfield | MI | 48034 |
| Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | 400 Galleria Officentre Ste 444 | Southfield | MI | 48034 |
| Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | 400 Galleria Officentre Ste 444 | Southfield | MI | 48034 |
| Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | 400 Galleria Officentre Ste 444 | Southfield | MI | 48034 |

# EXHIBIT E

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Retiree Representative | Retired Detroit Police and Fire Fighters Association | Attn: Donald Taylor | rdpffa@hotmail.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Shirley V Lightsey; and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | rplecha@lippittokeefe.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees Association; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | bokeefe@lippittokeefe.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | lbrimer@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mtaunt@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mfield@stroblpc.com |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | morris@silvermanmorris.com; avery@silvermanmorris.com |
| Retiree Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | info@drcea.org |

# EXHIBIT F

| Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Detroit Retired City Employees Association | Attn Shirley V Lightsey | PO Box 40713 | Detroit | MI | 48240 |
| Lippitt O Keefe PLLC | Att Ryan C Plecha | 370 E Maple Rd 3rd Fl | Birmingham | MI | 48009 |
| Lippitt O Keefe PLLC | Attn Brian O Keefe | 370 E Maple Rd 3rd Fl | Birmingham | MI | 48009 |
| Retired Detroit Police and Fire Fighters Association | Attn Donald Taylor | 252 E 14 Mile Road | Sterling Heights | MI | 48310 |
| Silverman & Morris PLLC | Thomas R Morris and Karin F Avery | 30500 Northwestern Hwy Ste 200 | Farmington Hills | MI | 48334 |
| Strobl & Sharp PC | Attn Lynn M Brimer | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |
| Strobl & Sharp PC | Attn Meredith E Taunt | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |

# EXHIBIT G

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | sdeeby@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Evan J Feldman | efeldman@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit and  the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | rgordon@clarkhill.com |
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | mvanoverbeke@vmtlaw.com |
| Top 20 Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | jturner@clarkhill.com |

In re City of Detroit, Michigan
Case No. 13-53846
13-53846-tjt    Doc 713    Filed 09/04/13    Entered 09/04/13 18:43:02    Page 16 of 26

# **EXHIBIT H**

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clark Hill PLC | Shannon L Deeby | 151 S Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 |
| Clark Hill PLC | Evan J Feldman | 151 S Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 |
| Clark Hill PLC | Robert D Gordon | 151 S Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 |
| General Retirement System of the City of Detroit | Attn Michael J VanOverbeke Esq | Vanoverbeke Michaud & Timmony PC | 79 Alfred Street | Detroit | MI | 48201 |
| Police and Fire Retirement System of the City of Detroit | Attn Joseph E Turner Esq | Clark Hill PLC | 500 Woodward Avenue Ste 3500 | Detroit | MI | 48226 |

# EXHIBIT I

**Exhibit I**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A. Ceccotti, Keith E. Secular, Thomas N. Ciantra, Joshua J. Ellison | bceccotti@cwsny.com |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | nganatra@uaw.net; mnicholson@uaw.net |

In re City of Detroit, Michigan
Case No. 13-53846    13-53846-tjt    Doc 713    Filed 09/04/13    Entered 09/04/13 18:43:02    Page 20 of 26
1 of 1

# EXHIBIT J

| Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Cohen Weiss and Simon LLP | Babette A Ceccotti Keith E Secular Thomas N Ciantra Joshua J Ellison | 330 W 42nd St | New York | NY | 10036 |
| International Union UAW | Michael Nicholson & Niraj R Ganatra | 8000 E Jefferson Ave | Detroit | MI | 48214 |

# EXHIBIT K

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | morris@silvermanmorris.com; avery@silvermanmorris.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | lbrimer@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mtaunt@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mfield@stroblpc.com |

In re City of Detroit, Michigan
Case No. 13-53846   13-53846-tjt   Doc 713   Filed 09/04/13   Entered 09/04/13 18:43:02   Page 24 of 26
1 of 1

# EXHIBIT L

**Exhibit L**
**Served via Overnight Mail**

| Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Silverman & Morris PLLC | Thomas R Morris and Karin F Avery | 30500 Northwestern Hwy Ste 200 | Farmington Hills | MI | 48334 |
| Strobl & Sharp PC | Attn Lynn M Brimer | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |
| Strobl & Sharp PC | Attn Meredith E Taunt | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |