UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re

Detroit, City of,

_____

Case No. 2:13−cv−13781−BAF−PJK

Hon. Bernard A. Friedman

Magistrate Judge  Paul J. Komives

**NOTICE OF RECEIPT OF MOTION TO WITHDRAW REFERENCE**

Pursuant to the Bankruptcy Rules, notice is hereby given that a Motion to Withdraw Reference was received on 9/5/2013 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 13−53846.

The adversary proceeding number is 13−04942.

Dated:   September 5, 2013

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/V. Lung_____
Deputy Clerk