UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**                                                                                   Chapter 9

CITY OF DETROIT, MICHIGAN,                      Case No. 13-53846

                 Debtor.                                    Hon. Stephen W. Rhodes
_____/

## CERTIFICATE OF SERVICE

       I hereby certify that on September 5, 2013, I electronically filed a *Notice of Appearance* with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record

                                       By: /s/ Matthew E. Wilkins
                                               Matthew E. Wilkins (P56697)
                                               **Brooks Wilkins Sharkey & Turco PLLC**
                                               401 S. Old Woodward Avenue, Suite 400
                                               Birmingham, MI 48009
                                               (248) 971-1711; (248) 971-1801 – Facsimile
                                               wilkins@bwst-law.com