# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Stephen W. Rhodes |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Brooks Wilkins Sharkey & Turco PLLC hereby enters its appearance on behalf of the Official Committee of Retirees (the "Retiree Committee"), pursuant to section 1109(b) of the Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notice and pleadings given or filed in the above-captioned case be given and served upon the following person at the following addresses, telephone and telecopy numbers and electronic mail address:

> Paula A. Hall
> Brooks Wilkins Sharkey & Turco PLLC
> 401 S. Old Woodward Avenue, Suite 400
> Birmingham, MI  48009
> (248) 971-1714
> (248) 971-1801 – Facsimile
> hall@bwst-law.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or

request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed to be a waiver of: (a) the Retiree Committee's rights to challenge the bankruptcy court's jurisdiction on any issues; (b) any other rights, claims, actions, setoffs, or recoupments to which the Retiree Committee is or may be entitled to assert, in law or in equity, all of which rights, claims, actions, defenses, set offs, and recoupments the Retiree Committee expressly reserves.

Dated: September 5, 2013                                Respectfully submitted,

By: /s/ Paula A. Hall
Paula A. Hall (P61101)
**Brooks Wilkins Sharkey & Turco PLLC**
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 971-1714; (248) 971-1801 – Facsimile
hall@bwst-law.com

*Counsel for the Official Committee
of Retirees*