# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**                                                                 Chapter 9

CITY OF DETROIT, MICHIGAN,                             Case No. 13-53846

        Debtor.                                            Hon. Stephen W. Rhodes
_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2013, I electronically filed a *Notice of Appearance* with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record

                      By: /s/ Paula A. Hall
                          Paula A. Hall (P61101)
                          **Brooks Wilkins Sharkey & Turco PLLC**
                          401 S. Old Woodward Avenue, Suite 400
                          Birmingham, MI 48009
                          (248) 971-1714; (248) 971-1801 – Facsimile
                          hall@bwst-law.com