**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

## DISCLOSURE OF REBUTTAL WITNESS
## OF AMBAC ASSURANCE CORPORATION

Ambac Assurance Corporation ("Ambac"), a creditor and/or party in interest in the above-captioned case, in accordance with this Court's August 29, 2013 Order [Dkt. No. 684] Regarding Debtor's Motion to Assume Lease or Executory Contract [Dkt. No. 17, corrected by Dkt. No. 157] (the "Motion"), hereby discloses that it intends to present Gary Greendale as a rebuttal witness at the hearing on the Motion currently scheduled for September 23 and 24, 2013 in support of Ambac's objection to the Motion. Mr. Greendale intends to testify as to means by which the City could have maintained adequate liquidity in lieu of entering into the Forbearance Agreement. Additionally, Ambac will offer Mr. Greendale's *curriculum vitae* as an exhibit to support Mr. Greendale's testimony, which will be provided to the City as soon as practicable.

Ambac reserves the right to rely on the exhibits listed in the Debtor's List of Exhibits and Witnesses [Dkt. No. 345] and any exhibits listed by any other objecting party. By reserving this right, Ambac does not waive any objections on relevance or other grounds.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: September 5, 2013
By: /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 BROADWAY
NEW YORK, NY 10019
(212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

Counsel for Ambac Assurance Corporation