UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
-----------------------------------------------------------x

**FINANCIAL GUARANTY INSURANCE COMPANY'S LIST
OF WITNESSES RELATED TO THE MOTION OF DEBTOR
FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ASSUMPTION
OF THAT CERTAIN FORBEARANCE AND OPTIONAL
TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF
THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT
PURSUANT TO RULE 9019, AND (III) GRANTING RELATED RELIEF**

Financial Guaranty Insurance Company ("**FGIC**") hereby files its list of witnesses related to the *Motion of Debtor for Entry of an Order (i) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (ii) Approving Such Agreement Pursuant to Rule 9019, and (iii) Granting Related Relief* [Docket No. 17] filed by the City in the above-captioned case on July 18, 2013 and corrected on July 24, 2013 [Docket No. 157] (the "**Motion**").

1. FGIC identifies the following individual as a potential witness at the hearing on the Motion: Stephen Spencer, Managing Director of Houlihan Lokey, financial advisor to FGIC.

2. Mr. Spencer will testify on the subject matters set forth in the *Declaration of Stephen Spencer in Support of Limited Objection of Financial Guaranty Insurance Company to Motion for Debtor for Entry of an Order (i) Authorizing the Assumption of that Certain*

*Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (ii) Approving such Agreement Pursuant to Rule 9019, and (iii) Granting Related Relief*, filed on August 16, 2013 [Docket No. 360].

3. To the extent necessary, FGIC will make Mr. Spencer available for deposition on or before September 19, 2013.

Dated: September 5, 2013
       Birmingham, Michigan

/s/ Mark R. James
Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

– and –

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

*Attorneys for Financial Guaranty Insurance Company*

# CERTIFICATE ON OF SERVICE

I hereby certify that on September 5, 2013 FINANCIAL GUARANTY INSURANCE COMPANY'S LIST OF WITNESSES RELATED TO THE MOTION OF DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ASSUMPTION OF THAT CERTAIN FORBEARANCE AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND (III) GRANTING RELATED RELIEF was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

/s/ Mark R. James
Mark R. James (P54375)
Attorney for Financial Guaranty
Insurance Company
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 642-0333
mrjames@wwrplaw.com

Dated: September 5, 2013