# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

        Debtor.

_____/

Case No. 13-53846

In Proceedings Under
Chapter 9

Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

Brendan G. Best states that on September 5, 2013, he did serve a copy of the

*Disclosure of Rebuttal Witness of Ambac Assurance Corporation* (Docket No. 725) on

the parties listed on the attached list *via* (1) electronic mail or (2) U.S. mail by clearly

addressing as stated with sufficient postage thereon and mailing in a mailbox from the

City of Bloomfield Hills, Michigan.

        Respectfully Submitted,

        **SCHAFER AND WEINER, PLLC**

        /s/ Brendan G. Best

        DANIEL J. WEINER (P32010)
        BRENDAN G. BEST (P66370)
        40950 Woodward Ave., Ste. 100
        Bloomfield Hills, MI 48304
        (248) 540-3340
Dated: September 5, 2013    bbest@schaferandweiner.com

        and

{00464654 1}

**ARENT FOX LLP**

CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 BROADWAY
NEW YORK, NY 10019
(212) 484-3900

Counsel for Ambac Assurance Corporation

| Center for Party / Description | Center | Attorney | PF Title | Address 2 | Address 3 | Street/City | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Exhibit
Served Via

| Counsel | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Board of Trustees of the General Retirement System of the City of Detroit and the General Retirement System of the City of Detroit Service Corporation | Clark Hill P.L.C. | Robert D. Gordon | 151 S. Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | | 248-988-5882 | 248-988-2502 | rgordon@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill P.L.C. | Shannon L. Deeby | 151 S. Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | | 248-988-5889 | | sdeeby@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") | Clark Hill PLC | Evan J. Feldman | 151 S. Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | | 248-988-5897 | 645-473-8127 | efeldman@clarkhill.com |
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A. Ceccotti | 330 W 42nd St | | | New York | NY | 10036 | | 212-356-0216 | 646-473-8127 | bceccotti@cwsny.com |
| Cox Street Retaining | Cox Schepp Meisel Fennman & Leonard PA | Michael D. Mayhew | 301 Commerce St Ste 1700 | | | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mmayhew@coxschepp.com |
| Counsel to Coventry Healthcare, Inc. | Cousins Lawsky Franks Elis Rouse & Luber PC | | 30600 Northwestern Hwy Ste 200 | | | Farmington Hills | MI | 48333 | | 248-489-8600 | 248-489-4156 | jelns@coxschepp.com |
| Counsel for Borals Rehabilitation Management, Inc. | Davis, Mann, McAlly & Sadler, PLC | David A. Metibone | 39533 Woodward Ave Ste 200 | | | Bloomfield Hills | MI | 48304 | | 248-642-3700 | | dmetibone@dmms.com |
| Counsel to National Industrial Maintenance — Michigan, Inc. | Dean & Fulkerson | Allen Martin M. Summers | 901 W Big Beaver Rd Ste 500 | | | Troy | MI | 48084 | | 248-362-1300 | 248-362-1358 | Msummers@dflaw.com |
| Counsel for John Denis, James Herbert, LHRT Employees (a Michigan partnership), T&T Employees, and Counsel to the Frank Corporation; Counsel for John W and WCK Steel Supply | Denomel Law Firm, PLLC | Mark S. Demorest & Melissa L. Demorest | 322 W Lincoln Ave | | | Royal Oak | MI | 48067 | | 248-723-5500 | | melissa@denizilaw.com |
| Counsel for the Official Retiree Committee | Dentons US LLP | Carole Neville | 1221 Ave of the Americas | | | New York | NY | 10020 | | 212-768-6800 | 212-768-6800 | carole.neville@dentons.com |
| Counsel for the Official Retiree Committee | Dentons US LLP | Sam J. Alberts | 1301 K St NW Ste 600 East Tower | | | Washington | DC | 20005-3364 | | 202-408-6400 | 202-408-6399 | sam.alberts@dentons.com |
| Detroit Income Tax Investigative Association | Detroit Income Tax Investigative Association | Attn: Marcia Campbell | 247 W. Congress Ste. 344 | | | Detroit | MI | 48226 | | | 313-324-3104 | |
| Union representative | Detroit Police Command Officers Association | Attn: Steven Dolunt | 2 Woodward Ave, Ste. 1222 | | | Detroit | MI | 48226 | | | 313-596-3964 | |
| Union representative | Detroit Police Dept. & Sergeants Association | Attn: Mark Young | P.O. Box 02075 | | | Detroit | MI | 48209 | | 313-561-0022 | 313-561-0022 | |
| Union representative | Detroit Police Lieutenants & Sergeants Association | Attn: Mark Diaz | 2615 W. Jefferson | | | Detroit | MI | 48216 | | 313-967-1400 | | |
| Union representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | 3031 W. Grand Boulevard, Suite 405 | | | Detroit | MI | 48202 | | | 313-870-9330 | |
| Union representative | Detroit Police Officers Association | Attn: Mark Diaz | 1528 E. Jefferson | | | Detroit | MI | 48207 | | | | Diaz@dboifoga.com, DiaZ4350@gmail.com |
| Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | P.O. Box 45770 | | | Detroit | MI | 48245 | | | 313-587-7876 | info@drcea.org |
| Secretary | State of Michigan, Department of Attorney General | Dyann B. Corbin | 500 Woodward Ave Ste 4000 | | | Detroit | MI | 48226-3425 | | 313-223-3500 | | dcorbin@dickinsonwright.com |
| Counsel for the Official Retiree Committee | Dickinson Wright PLLC | Steven G. Howell | 500 Woodward Ave Ste 4000 | | | Detroit | MI | 48226-3425 | | 313-223-3500 | | showell@dickinsonwright.com |
| DDT Fiduciaries Association of America Local 337 | DDT Fiduciaries Association of America | Attn: Nicholas Duncan | 5778 BeardJ Rd | | | Detroit | MI | 48224 | | | 313-898-7860 | NicDun@detonline.gov |
| DDT Fiduciaries Association of America | DDT Fiduciaries Association of America | Attn: Nicholas King | 18 E Milken Rd | | | Detroit | MI | 48224 | | | 313-898-7860 | Parteen@detonline.gov |
| Creditor | Downtown Development Authority | Alhuvardra Papagronov, Glen W Long Jr. and Rebecca Naan | 500 Griswold Ste 2200 | 660 Woodward Ave Ste 2460 | | Detroit | MI | 48226 | | 313-237-4038 313-237-4116 313-313-3655 | 313-465-4106, 313-465-4106 8828 | Anju@bbooms.com, glenlong@mac.org, naan@bbooms.gov |
| Counsel to DTE Electric Company and DTE Gas | DTE Energy Company | Brian Holt | One Energy Plaza | 688 WCB J – Legal Department | | Detroit | MI | 48226 | | 313-235-0121 | 313-561-8353 | brian_holt@minnoons.com |
| Counsel for Attorneys for Health Alliance Plan of | DTE Energy Company | Leland Prince | One Energy Plaza | | | Detroit | MI | 48226 | | 313-236-7725 | | prince@dteenergy.com |
| Counsel for Detroit Fire Fighters Association IAFF | Erman Teicher Miller Zucker & Freedman PC | Ronald L. Rose | 39577 Woodward Ave Ste 300 | | | Bloomfield Hills | MI | 48304 | | 248-203-0763 | 248-203-0763 | rrose@ermanis.com |
| Counsel for Detroit Fire Fighters Association IAFF | Erman Teicher Miller Zucker & Freedman PC | Craig E. Zucker | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | czucker@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF | Erman Teicher Miller Zucker & Freedman PC | Barbara A. Patek | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | bpatek@ermanteicher.com |
| Counsel to Detroit Police Officers Association, Detroit Lieutenant, Detroit Police Officers Association, and Detroit Lieutenants and Sergeants Association, and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | deisenberg@ermanteicher.com |
| Counsel to the Governor of the State of Michigan | Faegre Baker Daniels LLP | Attn: Abbid E. Wilkinson, Esq. | 2200 Wells Fargo Center | 90 South Seventh Street | | Minneapolis | MN | 55402-3901 | | | 612-766-1600 | Abby.wilkinson@faegreBD.com |
| Counsel for Detroit Fire Fighters Association | Fleshot and Feldstein PC | Attn: Leonard Fleshot | PO Box 252905 | | | West Bloomfield | MI | 48325 | | | | mooseood@mooseodd.com |
| Counsel for Aaron Brown | Fleshot and Feldstein PC | Attn: Jeff Feldstein | 1365 S Long Lake | | | Fenton | MI | 48430 | | | | |
| Counsel for the Bank of New York Mellon | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | 32300 Northwestern Hwy, Suite 230 | | | Farmington Hills | MI | 48334 | | 248-539-9918 | 248-530-2000 | jkamins@fosterswift.com |
| Counsel to U.S. Bank National Association | Foster Swift Collins & Smith PC | Dick H Beamish | 32300 Northwestern Hwy Ste 230 | | | Farmington Hills | MI | 48334-1571 | | 248-539-9918 | | dbeamish@fosterswift.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Ave | | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | david.rosenzweig@nortonrosefulbright.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | Mahrota M Kalter | 666 Fifth Ave | | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | makarta.kalter@nortonrosefulbright.com |
| Counsel for U.S. Bank National Association, Trustee | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | Interim General Counsel | | | Detroit | MI | 48207 | | 313-578-1200 | 313-578-1201 | mvanoverbeke@vmtlaw.com |
| Counsel for Police Department, and Fire and Life Insurance Company | Gold Lange & Majoros PC | Elias T. Majoros | 24901 Northwestern Hwy Ste 444 | | | Southfield | MI | 48075 | | 248-350-8220 | | emajoros@glmpc.com |
| Counsel for US Health & Life Insurance Company, and Michigan Company | Gold Lange & Majoros PC | Sandra L. O'Connor | 24901 Northwestern Hwy Ste 444 | | | Southfield | MI | 48075 | | 248-350-8220 | | soconnor@glmpc.com |
| Governor | Governor Rick Snyder | | P.O. Box 30013 | | | Lansing | MI | 48909 | | | | |
| Counsel for the Detroit Institute of Arts | Gudeman & Associates PC | Edward J. Gudeman | 1026 E Eleven Mile Rd | | | Royal Oak | MI | 48067 | | 248-546-2800 | | ecf@gudemanlaw.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Judy B Calton | 660 Woodward Ave | | | Detroit | MI | 48226-3583 | | 313-465-7344 | 313-465-7345 | jcalton@honigman.com |
| Counsel for General Retirement System of the City of Detroit | Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | 660 Woodward Ave | | | Detroit | MI | 48226 | | 313-465-7544 | 313-465-7345 | jsgroi@honigman.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | E Todd Sable | 660 Woodward Ave | | | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7349 | tsable@honigman.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Arthur T Onelli | 660 Woodward Ave | | | Detroit | MI | 48226 | | 313-465-7528 | 313-465-7428 | aonelli@honigman.com |

In re City of Detroit, Michigan
Case No. 13-53846

| Counsel for | Company | Contact | Address 2 | Address 3 | Address 1 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Party Descriptions | Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor - City Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | General Counsel | 500 Woodward Avenue Ste 3000 | Detroit | MI | 48226 | | 313-556-5300 | 313-565-9202 | jturner@clsrkhill.com |
| UST Representation | Police Officers Association of Michigan | Attn: John Barr | | | Redford | MI | 48240 | | 313-937-9106 | 313-937-0105 | poam@poam.net |
| UST Representation | Police Officers Labor Council | Attn: Chet Kulesza | | | Troy | MI | 48083 | | | 248-524-2752 | ckulesza@plc.org |
| UST Representation | Police Officers Labor Council | Attn: Marcia Hemstreet | | | Detroit | MI | 48127 | | | | mhemstreet@plc.org |
| UST Representation | Police Officers Labor Council | Attn: Jan Gabriel | 19380 St. Louis St. | | New York | NY | 48234 | | | 313-596-1115 | |
| UST Representation | Pennsylvania Hybrid Intermix, LLC | Raymond Dusat III | | | New York | NY | | | | | rpdusat@intermunicipal.com |
| UST Representation | Raymond Bestoso | | | | Farmington Hills | MI | 48334 | | | | rbestoso@raymond.com |
| Retiree Representatives | Retired Detroit Police and Fire Fighters Association | Attn: Donald Taylor | 252 E. 14 Mile Road | | Sterling Heights | MI | 48310 | | 586-795-2133 | 586-795-2138 | rdpffa@hotmail.com |
| Class of the Official Retiree Committee | Retiree PAC DNR Detroit Europe LLP | Claude Montgomery | 620 Fifth Ave | | New York | NY | 10020 | | 212-632-5500 | 212-632-5555 | claude.montgomery@dentons.com |
| Contract Counterparty | SBS Financial Products Company, LLC | Attn: John Carter | 100 Wall Street | 22nd Floor | New York | NY | 10005 | | | 646-376-9994 | jcarter@sbsco.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G. Best | 40950 Woodward Ave Ste 100 | | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | bbest@schaferandweiner.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Susan M. Cook | 40950 Woodward Ave Ste 100 | | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | scook@schaferandweiner.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Rick L Frimmer & Matthew W Ott | 233 S Wacker Dr Ste 6600 | | Chicago | IL | 60606 | | 312-258-5500 | 312-258-5600 | rfrimmer@schiffhardin.com; mott@schiffhardin.com |
| Attorney for Trustee | Schneider Miller PC | Kenneth M Schneider | 645 Griswold Ste 3900 | | Detroit | MI | 48226 | | 313-237-0850 | 313-237-0860 | kschneider@schneidermiller.com |
| Counsel for Maddaugh and Sherman PC | Scott A Brown | Brett E Sander | 2000 Town Center Ste 1500 | | Southfield | MI | 48075 | | 248-569-1420 | 248-569-1480 | bsander@brooksw.com |
| UST Representation | SEIU Local 517M | Attn: Yolanda Langston | 1274 Library St. | | Detroit | MI | 48226 | | | 313-967-9440 | langstony@gmail.com |
| UST Representation | Senior Accountants, Analysts & Appraisers Association | Attn: Audrey Bellamy | 65 Cadillac Square, Ste. 2905 | | Detroit | MI | 48226 | | 313-961-7908 | 313-961-7909 | aysouth3@comcast.net |
| UST Representation | Senior Water Systems Chemist Association | Attn: Andrew Ross | 2727 Second Ave Rm 211- A | | Detroit | MI | 48201 | | | 313-926-8167 | arossd@swsd.org |
| Fee Examiner | Shaw Dichran Gronig & Trettin LLC | Robert M Fishman Peter J Roberts Ira Bodenstein Gordon Gouveia David Doyle and Mark Fisher | 321 N Clark St Ste 800 | | Chicago | IL | 60654 | | 312-541-0151 | 312-980-3888 | rfishman@shawfishman.com; rfishman@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mfisher@shawfishman.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: James Bruno, Esq. & Eric G. Terhman, Esq. | 555 West Fifth Street | | Los Angeles | CA | 90013 | | | 732-549-3016 | jbruno@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | 1501 K Street, N.W. | | Washington | DC | 20005 | | 202-736-8011 | 202-736-8711 | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S Neal | 1501 K St NW | | Washington | DC | 20005 | | 202-736-8041 | 202-736-8711 | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey E Bjork | 555 W Fifth St | | Los Angeles | CA | 90013 | | 213-896-6000 | 213-896-6600 | jbjork@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: James F Bendernagel | 1501 K St NW | | Washington | DC | 20005 | | 202-736-8711 | 202-736-8711 | jbendernagel@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Peter L Canzano | 1501 K St NW | | Washington | DC | 20005 | | 202-736-8000 | 202-736-8711 | pcanzano@sidley.com |
| Counsel for Ampak USA LLC | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | 30500 Northwestern Hwy Ste 200 | | Farmington Hills | MI | 48334 | | 248-539-1330 | 248-539-1355 | morris@silvermanmorris.com; avery@silvermanmorris.com |
| President of DFCLA | Scott Schneider and Curtis | Dana E Plichta | 123 N Broad St Ste 2100 | | Philadelphia | PA | 19109 | | 215-664-6700 | | |
| Counsel for the Syncora Entities | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | The Corporate Plaza | 800 Delaware Ave Ste 1000 | PO Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 302-652-8405 | kmiller@skjlaw.com |
| State of Michigan Special Assistant Attorney General, Counsel for State of Michigan | State of Michigan Revenue & Collections Division | Steven B Flancher & Matthew Schneider | Assistant Attorneys General | PO Box 30754 | | Lansing | MI | 48909 | | 517-373-3203 | 517-241-2741 | flancher@michigan.gov; schneiderm2@michigan.gov |
| Official to the Treasurer for the State of Michigan | State Treasurer | Charles D Bullock & Ellen G Crowder | | 430 W. Allegan Street | | Lansing | MI | 48922 | | 248-354-7906 | 248-354-7907 | cdbullock@stellbriar.com; crowder@stellbriar.com |
| Counsel for Detroit, Reeder, Smith & Company | Strobl & Sharp PC | Attn Lynn M Brimer | 300 E Long Rd Ste 200 | | Bloomfield Hills | MI | 48304 | | 248-540-2300 | 248-645-2690 | lbrimer@stroblpc.com |
| Counsel to the Retired Detroit Police Members | Strobl & Sharp PC | Attn Meredith E Taunt | 300 E Long Rd Ste 200 | | Bloomfield Hills | MI | 48304 | | 248-540-2300 | 248-645-2690 | mtaunt@stroblpc.com |
| Counsel to the Retired Detroit Police Members | Strobl & Sharp PC | Attn Meredith E Taunt | 300 E Long Rd Ste 200 | | Bloomfield Hills | MI | 48304 | | 248-540-2300 | 248-645-2690 | mtaunt@stroblpc.com |
| UST Representative | Teamsters Local #214 | Attn Joseph Valenti | 2825 Trumbull Avenue | | Detroit | MI | 48216 | | 313-962-7391 | 313-962-7391 | |
| Top 20 Creditor - City's Secured & Unsecured Bonds | The Bank of New York Mellon Trust Company, National Association, as trustee | Attn: Eduardo Rodriguez | 2 North LaSalle Street, Suite 1020 | | Chicago | IL | 60602 | | | | eduardo.rodriguez@bnymellon.com |
| UST Representative | The City of Detroit | Attn: Auto City Emergency Manager | Coleman A Young Municipal Center | 2 Woodward Ave Suite 1126 | Fifth Floor | Detroit | MI | 48226 | | | | |
| Counsel for the City of Detroit | The City of Detroit | Attn: Corporation Counsel | Coleman A Young Municipal Center | 2 Woodward Avenue | | Detroit | MI | 48226 | | | | |
| Counsel for Kevin Lewis & Leanna Morris | The Martinelli Law Office | | 30400 Telegraph Rd Ste 111 | | Bingham Farms | MI | 48025 | | 248-647-7200 | | |
| Counsel for General Retirement System of the American Federation of State, County and Municipal Employees | The Sanders Law Firm PC | Herbert A Sanders | 615 Griswold St Ste 913 | | Detroit | MI | 48226 | | 313-962-0099 | 313-962-0044 | hsanders@saferlaw.org |
| Counsel for Michigan AFSCME Council 25 | Thornbladh Legal Group PLLC | Kurt Thornbladh | 7301 Schaefer | | Dearborn | MI | 48126 | | 323-943-2678 | 313-447-2771 | kthornbladh@gmail.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan T. Brown | Senior Vice President and Manager | 535 Griswold Ste 550 | | Detroit | MI | 48226 | | 313-234-4711 | 313-963-9428 | susan.t.brown@usbank.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Ring Street and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan T. Jacobsen VP | Mail Station EP-MN-WS10 | 60 Livingston Ave | | St. Paul | MN | 55107 | | 651-466-6864 | 651-466-5941 | susan.jacobsen@usbank.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Water and Sewer Bonds) | U.S. Bank National Association, as trustee, for the Detroit Sewer and Water Bonds | Attn: Lawrence J. Bell | PO-OR-PRTD | | Portland | OR | 97204 | | | 503-275-5738 | lawrence.bell@usbank.com |
| Union Representative | UAW - Local # 412 | Attn: Joe Cunningham | 22800 Groesbeck Hwy | | Warren | MI | 48089 | | | 586-427-7142 | |

13-53846-swr Doc 728 Filed 09/05/13 Entered 09/05/13 16:41:01 Page 6 of 6