UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                                       Chapter 9
                                                                                Case No. 13-53846

City of Detroit, Michigan,

      Debtor.

_____/

## WITNESS LIST

Now comes Interested Party David Sole and lists the following as a rebuttal witness for the evidentiary hearing on Motion to assume Lease or Executory Contract /Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such filed by Debtor In Possession City of Detroit, Michigan) Filed by Debtor In Possession City of Detroit, Michigan, Docket 157.

Saqib Bhatti
Fellow, Nathan Cummings Foundation
475 10th Avenue, 14th Floor
New York, NY 10018
o: (646) 545-3552
c: (312) 860-9917
f: (212) 787-7377
saqib.bhatti@nathancummings.org

                                                      Respectfully submitted,

                                                      JEROME D. GOLDBERG, PLLC

                                                      By:    */s/ Jerome D. Goldberg*
                                                      Jerome D. Goldberg (P61678)
                                                      Attorney for David Sole, Party in Interest
                                                      2921 East Jefferson, Suite 205
                                                      Detroit, MI 48207
                                                      Phone: 313-393-6001
                                                      Fax: 313-393-6007
                                                      Email: apclawyer@sbcglobal.net

DATED: September 5, 2013