UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 5, 2013, he caused to be electronically filed with the Clerk of the Court Party in Interest David Sole's witness list for the evidentiary hearing on Motion to assume Lease or Executory Contract /Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such filed by Debtor In Possession City of Detroit, Michigan) Filed by Debtor In Possession City of Detroit, Michigan, [docket no. 730], and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                JEROME D. GOLDBERG, PLLC

                By:    */s/ Jerome D. Goldberg*
                Jerome D. Goldberg (P61678)
                Attorney for David Sole, Party in Interest
                2921 East Jefferson, Suite 205
                Detroit, MI 48207
                Phone: 313-393-6001
                Fax: 313-393-6007
                Email: apclawyer@sbcglobal.net

DATED: September 5, 2013