UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------x
                                                         :
In re:                                                   : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No.: 13-53846
                                                         :
                    Debtor.                              : Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel appears as additional counsel on behalf of International Union, UAW ("UAW"):

(1) Peter D. DeChiara is admitted in the United States District Court for the Eastern District of Michigan, and files this Notice so as to receive e-mail notification through the ECF system of all future filings at pdechiara@cwsny.com.

(2) Thomas N. Ciantra is admitted in the United States District Court for the Eastern District of Michigan, and files this Notice so as to receive e-mail notification through the ECF system of all future filings at tciantra@cwsny.com.

00283399.1

(3) Joshua J. Ellison is admitted in the United States District Court for the Eastern District of Michigan, and files this Notice so as to receive e-mail notification through the ECF system of all future filings at jellison@cwsny.com.

Dated: September 6, 2013
New York, New York

Cohen, Weiss and Simon LLP

By: /s/ Peter D. DeChiara
Cohen, Weiss and Simon LLP
Babette Ceccotti
Peter D. DeChiara
Thomas N. Ciantra
Joshua J. Ellison
330 West 42nd Street
New York, New York 10036-6976
T: 212-563-4100
pdechiara@cwsny.com

- and -

Niraj R. Ganatra (P63150)
8000 East Jefferson Avenue
Detroit, Michigan 48214
T: (313) 926-5216
nganatra@uaw.net

*Attorneys for International Union, UAW*