UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## NOTICE OF FOLLOW-UP MEDIATION SESSIONS

**TO:** The City of Detroit/Emergency Manager
General Retirement System
Police and Fire Retirement System
Michigan Council 25 of the American Federation of, State,
    County, and Municipal Employees ("AFSCME")
International Union, UAW
U.S. Bank National Association, as Trustee, Bond Registrar, Transfer Agent,
    Paying Agent, Custodian and Contract Administrator
National Public Finance Guarantee Corporation
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.
Berkshire Hathaway Reinsurance Group
Assured Guaranty Municipal Corporation
Ambac Assurance Corporation
Financial Guaranty Corporation
MGM Grand Detroit, LLC
Detroit Entertainment, LLC d/b/a Motor City Casino
Greektown Casino
USB AG
SBS Financial Products Co., LLC
Merrill Lynch Capital Services, Inc.
EEPK Bank and its affiliates
DEPFA Bank
The Official Committee of Retirees

1

    Ad Hoc COP Holders (Dexia Credit Local, Dexia Holdings, Inc.,
        Norddeutsche Landesbank Covered Finance Bank, S.A.)
    Ad Hoc COP Holders
    The Detroit Fire Fighters Association
    The Detroit Police Officers Association
    The Detroit Police Lieutenants & Sergeants Association
    The Detroit Police Command Officers Association
    Downtown Development Authority
    The State of Michigan
    Michigan Department of Attorney General/Attorney General Bill Schuette

In anticipation of the need for follow-up/continuation of the September 17, 2013 Mediation session with some or all of the above parties, please take notice that **Follow-Up Mediation Sessions will be conducted on Tuesday, October 8 and Wednesday, October 9, 2013.** Any party whose presence is not required will be so notified.

If not excused from these mediation sessions, please appear on said dates in the courtroom of the Honorable Gerald E. Rosen, Chief Judge of the United States District Court for the Eastern District of Michigan, Room 734 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226, **at 10:00 a.m.**

                                s/Gerald E. Rosen
                                Chief Judge, United States District Court

Dated: September 6, 2013