UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                                                                  **Case No. 13-53846-swr**

    **CITY OF DETROIT, MICHIGAN,**                     Chapter 9; Filed: 07/18/13

               Debtor.                                             Honorable Steven W. Rhodes

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS, UNDER
11 U.S.C. § 1109(B) AND FED. R. BANKR. P. 2002, 3017(A), 9007, 9010**

PLEASE TAKE NOTICE that the undersigned hereby files her Notice of Appearance as counsel for T-Mobile USA, Inc. and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) or reorganization, or other documents, filed or entered in this case, be transmitted to the following:

DAWDA, MANN, MULCAHY & SADLER, PLC
Attn: Jessica B. Allmand
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304-5103
Tel: (248) 642-3700
Fax: (248) 642-7791
Email: jallmand@dmms.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) the right of T-Mobile to have final orders in non-core matters entered only after de novo review by the District Court; (2) the right of T-Mobile to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of T-Mobile to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which T-Mobile is or

may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly preserved.

Respectfully submitted,

DAWDA, MANN, MULCAHY & SADLER, PLC

Dated: September 6, 2013     */s/ Jessica B. Allmand*
Jessica B. Allmand (P59128)
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304-5103
(248) 642-8543 / (248) 642-7791 fax
*jallmand@dmms.com*