UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------- x

### CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of September 2013, I caused the Response of International Union, UAW to August 26, 2013 Order Regarding Eligibility Objections to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
September 6, 2013

                                                 Cohen, Weiss and Simon LLP

                                         By: /s/ Babette A. Ceccotti
                                             330 West 42nd Street
                                             New York, New York 10036-6976
                                             T: 212-563-4100
                                             bceccotti@cwsny.com

                                             *Attorneys for International Union, UAW*