# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

Charles D. Bullock certifies that on September 6, 2013 Interested Party Gabriel Roeder Smith & Co.'s Response and Objections to the City of Detroit's Subpoena Dated August 23, 2013 was filed and served via the Court's CM/ECF (PACER), which CM/ECF system will send notification of such filing to all parties of record.

        Respectfully submitted,
        **STEVENSON & BULLOCK, P.L.C.**

        By: /s/ Charles D. Bullock
        Charles D. Bullock (P55550)
        Counsel for Gabriel, Roeder, Smith & Company
        26100 American Drive, Suite 500
        Southfield, MI 48034
        Phone: (248) 354-7906
        Facsimile: (248) 354-7907
        Email: cbullock@sbplclaw.com

Dated: September 6, 2013