# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Chapter 9
CITY OF DETROIT, MICHIGAN,
Debtor.

Case No. 13-53846
Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

Mami Kato hereby certifies that on September 6, 2013 she did serve the following documents: Motion for Relief from the Automatic Stay, Proposed Orders, Notice for Motion for Relief, Brief in Support and Certificate of Service, by filing said pleadings via the Court's ECF filing system.

**CALVERT BAILEY (MI P42409)**
*Attorney for Defendant City of Detroit*
*660 Woodward Avenue*
*Suite #1650*
*Detroit, MI 48226*
*(313) 237-3004*
*(313) 224-5505 - FAX*
*bailc@detroitmi.gov*

**OFFICE OF THE UNITED STATES TRUSTEE**
*211 West Fort Street*
*Suite #700*
*Detroit, MI 48226*
*(313) 226-7952 - FAX*
*det9retcomm@usdoj.gov*

**JONATHAN S. GREEN (MI P33140)**
*MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.*
*150 West Jefferson Avenue*
*Suite #2500*
*Detroit, MI 48226*
*(313) 963-6420*
*(313) 496-7500 - FAX*
*green@millercanfield.com*

**DAVID G. HEIMAN (OH 0038271)**
*JONES DAY*
*North Point*
*901 Lakeside Avenue*
*Cleveland, OH 44114*
*(216) 586-3939*
*(216) 579-0212*
*dgheiman@jonesday.com*

/s/ Mami Kato
Mami Kato