**EXHIBIT B**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## ORDER GRANTING AFSCME MOTION TO COMPEL

This matter coming before the Court on *The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees'* (collectively, "**AFSCME**") *(I) Objections and Comments to the Court's August 26, 2013 Order Regarding Eligibility Objections Notices of Hearing and Certifications Pursuant to 28 U.S.C. § 2403(a) & (b) and (II) Expedited Motion to Compel Depositions of City Witnesses* (the "**Objection**"), and the Court having considered AFSCME's Objection, and any responses thereto; and good cause appearing;

**IT IS HEREBY ORDERED THAT:**

1. Emergency Manager Kevyn Orr, Mayor David Bing, City Director of Labor Relations Lamont Satchel, Kenneth Buckfire (Miller Buckfire), Guarav Malhotra (Ernst & Young), Charles Moore (Conway McKenzie), Katherine A. Warren (Milliman) and Glenn Bowen (Milliman) are hereby compelled to appear for depositions in accordance with the subpoenas issued by AFSCME, or at such other time and place as the parties agree.

Signed on _____

_____
Steven Rhodes
United States Bankruptcy Judge