UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN                                  Chapter 9

        Debtor.                                          Case No. 13-53846
                                                         Hon. Steven W. Rhodes

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 6, 2013, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1.    Consolidated Comment of Retiree Association Parties to Order Regarding Eligibility Objections.

                                                         Respectfully submitted,

                                                         /s/ Judy Dobrzycki
                                                         Judy Dobrzycki
                                                         Lippitt O'Keefe, PLLC
                                                         Assistant to Ryan C. Plecha
                                                         370 E. Maple Rd., 3rd Floor
                                                         Birmingham, MI 48009
                                                         (248) 646-8292
                                                         jdobrzycki@lippittokeefe.com

Dated: September 6, 2013