

# Court of Appeals, State of Michigan

## ORDER

| | |
|---|---|
| Gracie Webster v State of Michigan | Michael J. Kelly<br>Presiding Judge |
| Docket No. 317286 | Patrick M. Meter |
| LC No. 13-000734-CZ | Stephen L. Borrello<br>Judges |

Upon notification of a pending bankruptcy proceeding that deprives this Court of the authority to continue its review of this case, 11 USC 105(a), the Court orders that the case is CLOSED without prejudice. The closure does not constitute a dismissal or a decision on the merits. When the bankruptcy stay has been removed, the case may be reopened on motion.



A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 29 2013
Date

_Jerome W. Zimmer Jr._
Chief Clerk