**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

### _EX PARTE_ ORDER GRANTING MOTION TO EXPEDITE

This matter coming before the Court on the e*x parte* motion (the "**Motion**") of the

Michigan Council 25 of the American Federation of State, County & Municipal Employees,

AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (the AFSCME retiree chapter for City of

Detroit retirees) (collectively, "**AFSCME**") for expedited consideration of *The Michigan*

*Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and*

*Sub-Chapter 98, City of Detroit Retirees' (I) Objections and Comments to the Court's August 26,*

*2013 Order Regarding Eligibility Objections Notices of Hearing and Certifications Pursuant to*

*28 U.S.C. § 2403(a) & (b) and (II) Expedited Motion to Compel Depositions of City Witnesses*

(the "**Objection**"), filed by AFSCME; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for expedited hearing is GRANTED.

2. A hearing on the Objection is scheduled for **September 10, 2013 at 10:00**

   **a.m.**, in Courtroom 100, Theodore Levin U.S. Courthouse, 231 West

   Lafayette Blvd., Detroit, Michigan.

.

**Signed on September 06, 2013**

_/s/ Steven Rhodes_
**Steven Rhodes**
**United States Bankruptcy Judge**

3.