# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**  Chapter 9

CITY OF DETROIT, MICHIGAN,  Case No. 13-53846

   Debtor.  Hon. Stephen W. Rhodes

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed *Response and Suggestions of the Official Committee of Retirees to the Proposed Fee Review Order* with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record

By: /s/ Matthew E. Wilkins
Matthew E. Wilkins (P56697)
**Brooks Wilkins Sharkey & Turco PLLC**
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 971-1711; (248) 971-1801 – Facsimile
wilkins@bwst-law.com