UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes

    Debtor.
_____/

ORDER GRANTING STATE OF MICHIGAN'S MOTION
TO FILE A RESPONSE IN EXCESS OF PAGE LIMIT

This matter having come before the Court on the motion of the State of Michigan to file a response to eligibility objections raising only legal issues in excess of the page limits, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT the motion is granted.

.

**Signed on September 06, 2013**

                                                  /s/ Steven Rhodes
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**