UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of                                   Case No. 13 53846 swr
THE CITY OF                                        HONORABLE STEVEN W. RHODES
DETROIT, MICHIGAN

COMMENTS ON AND OBJECTIONS TO DOC #642
"ORDER REGARDING ELIGIBILITY OBJECTIONS"

Heidi Peterson, by and through Charles Idelsohn, attorney and pursuant to paragraph XI of The Court's August 26, 2013 order states that the objections filed in Peterson's DOC 513 parallel objections to which The Court has granted objecting parties a greater time than the three minutes The Court has graciously granted to Peterson for allocution at the 10:00 a.m. September 19, 2013 date and time set forth for hearing.  Peterson therefore joins with each of the objecting parties in their objections [as grouped in paragraphs 8,9,10,11, and 12 on pages 4 and 5 of DOC 642] and adopts as her arguments and as an addition to her arguments those written arguments set forth by the said parties as well as their oral presentations now scheduled for hearing at 11:00 a.m. on September 18, 2013.

Had The City even bothered to fairly negotiate with Peterson about her claims they very well might have settled the matter then and there and avoided Peterson's state and federal lawsuits.  Instead however the city's bad faith filing (page 5, paragraph 12) following its failure to negotiate in good faith (page 4, paragraph 10) due to its alleged inability / impracticability of negotiating (page 5, paragraph 11) with Peterson and its most probable drafting of a Chapter 9 Plan specifically (page 4, paragraph 9) writing off Peterson thus leaving Peterson without recovery for her losses, compounds the massively unproductive business practices of the city that led it to its improbable position of alleged "insolvency" (page 4, paragraph 8).  Peterson had purchased a mansion she very well could have lived in and improved had it not been for the city's favoring the squatter who pushed herself into the home and with the help of the city turned on the water that damaged the home.  The city should not be allowed to hide from its (chosen? purposeful?) incompetence in handling its duties by falling back upon its (chosen? purposeful?) incompetence in handling its monies.

We believe that Detroit does have the means to pay its debt to Peterson and that were the city forced to sell its vast real property assets and it fabulous treasures Detroit could right itself financially.  One caveat however is that the Detroit that would have to exist would have to completely disassemble its non work ethic and replace it with the time honored touchstone of a days pay for a days work.  No longer would workers be allowed to merely attend the workplace and to be paid for work.  They would actually have to do work or be removed from the workforce.    This city doesn't need bankruptcy.  This city needs to grow up.

|                      | CHARLES BRUCE IDELSOHN |
|                      | By: /s/Charles Bruce Idelsohn |
| Dated:  9/6/2013     | Charles Bruce Idelsohn (P36799) |
|                      | P.O. BOX 856 |
|                      | Detroit, MI 48231 |
|                      | (586) 450-0128 |
|                      | charlesidelsohnattorney@yahoo.com |