Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **9/10/13** at **10:00 AM** to consider and act upon the following:

*741* – Response to (related document(s): 642 Order To Set Hearing) Order Regarding Eligibility Objections Filed by Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (Ceccotti, Babette)

*747* – Objection and Comments to the Courts August 26, 2013 Order Regarding Eligibility Objections Notices of Hearing and Certifications Pursuant to 28 U.S.C. Sections 2403(A) & (B) and (ii) Expedited Motion To Compel Depositions Of City Witnesses Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL−CIO and Sub−Chapter 98, City of Detroit Retirees (RE: related document(s)642 Order To Set Hearing). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Levine, Sharon)

*749* – Response to (related document(s): 642 Order To Set Hearing) Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighers Association, Donald Taylor, Creditors Shirley V Lightsey, Donald Taylor (Plecha, Ryan)

*757* – Objection to 8/26/13 order filed by Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman and Filed by Creditor Robbie Lee Flowers (RE: related document(s)642 Order To Set Hearing). (Wertheimer, William)

*768* – Response to (related document(s): 642 Order To Set Hearing) Filed by Creditor Retired Detroit Police Members Association (Brimer, Lynn)

*770* – Response to (related document(s): 642 Order To Set Hearing) Comments of the Detroit Retirement Systems to the Order Regarding Eligibility Objections Notices of Hearings and Certifications Pursuant to 28 U.S.C. § 2403(a) & (b) Filed by Creditors General Retirement System of the City of Detroit, Police and Fire Retirement System of the City of Detroit (Gordon, Robert)

Dated: 9/9/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk