**OFFICE OF THE BANKRUPTCY CLERK**
UNITED STATES BANKRUPTCY COURT
211 W. FORT ST., SUITE 2100
DETROIT, MICHIGAN 48226-3211

OFFICIAL BUSINESS

*Unknown Persons*

*Return*



016H16505140

**$00.660**
08/27/2013
Mailed From 48226
US POSTAGE

Hasler

Jerry Ford
9750 W. Outer Drive
Detroit, MI 48223-1231

NIXIE      482   FE 1009P     0008/31/13
           RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
B.C.: 48226324999    *2790-01197-27-46