OFFICE OF THE BANKRUPTCY CLERK
UNITED STATES BANKRUPTCY COURT
211 W. FORT ST., SUITE 2100
DETROIT, MICHIGAN 48226-3211

OFFICIAL BUSINESS



016H16505140

$00.66⁰
08/27/2013
Mailed From 48226
US POSTAGE

Michael Abbott
19391 Helden Drive
Detroit, MI

NIXIE            482    DE 1009      0008/30/13
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 48226324999      *2790-00106-27-46