OFFICE OF THE BANKRUPTCY CLERK
UNITED STATES BANKRUPTCY COURT
211 W. FORT ST., SUITE 2100
DETROIT, MICHIGAN 48226-3211

OFFICIAL BUSINESS

$00.66⁰
08/27/2013
Mailed From 48226
US POSTAGE

NSN
2630

Michael K. Pelletier
2063 Lakeshore Road
Applegate, MI 48401

NIXIE    482  DE 1  009    0008/30/13
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 48226324999    *2630-08365-27-45