FICE OF THE BANKRUPTCY CLERK
UNITED STATES BANKRUPTCY COURT
211 W. FORT ST., SUITE 2100
DETROIT, MICHIGAN 48226-3211

OFFICIAL BUSINESS



016H16505140
$00.66
08/27/2013
Mailed From 48226
US POSTAGE

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Andrea Edwards
19165 Stotter St.
Detroit, MI 48234

13-53846-tjt  Doc 778  Filed 09/06/13  Entered 09/09/13 12:46:17  Page 1 of 1