**IBM CORPORATION**
275 Viger East
Montreal, Quebec, H2X 3R7
Canada
514-964-0217

pdibello@ca.ibm.com



July 25, 2013

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

RE City of Detroit, Michigan.  CHAPTER 9
CASE# 13-53846

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that International Business Machines Credit LLC (ICC), a creditor and party-in-interest herein, hereby appears in the chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions, applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

ATTN: National Bankruptcy Coordinator
IBM Corporation
275 Viger East, Suite 400
Montreal, Quebec H2X 3R7
Canada

INTERNATIONAL BUSINESS MACHINES CORPORATION

BY: /s/ Patricia Di Bello
Patricia Di Bello
IBM Corporation

TO: Clerk of the Court
US Bankruptcy Court
Eastern District of Michigan
211 West Fort Street Detroit,
Michigan 48226