UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9
                                          Case No. 13-53846
City of Detroit, Michigan,                Hon. Steven W. Rhodes

    Debtor.
_____/

<u>Certificate of Service</u>

    The undersigned certifies that on the 4th day of September, 2013, she sent by first-class mail through the United States Postal Service a copy of the following document:

    Order Regarding Eligibility Objections Notices of Hearings And Certifications Pursuant to 28 U.S.C. § 2403(a) & (b), (Dkt. #642)

to the following objecting parties at the addresses indicated:

Jerry Ford
9710 W. Outer Drive
Detroit, MI 48223

Michael Abbott
19391 Heiden Dr.
Brownstown Township, MI 48174

Michael K. Pelletier
2630 Lakeshore Road
Applegate, MI 48401

                          /s/ Christine L. Sikula
                           Deputy Clerk

Entered September 9, 2013