# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

      I, Ryan Blaine Bennett, hereby certify that *The Objectors' Proposed Hearing Procedures to Streamline the Presentation of Evidence at the September 23-24 Hearing on the City's Motion to Assume and Approve the Forbearance and Optional Termination Agreement* [Docket No. 774] was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 9th day of September, 2013.

Dated: September 9, 2013              Respectfully submitted,

                                            **KIRKLAND & ELLIS LLP**

                             By:  */s/* Stephen C. Hackney
                                   James H.M. Sprayregen, P.C.
                                   Ryan Blaine Bennett
                                   Stephen C. Hackney
                                   KIRKLAND & ELLIS LLP
                                   300 North LaSalle
                                   Chicago, Illinois 60654
                                   Telephone:    (312) 862-2000
                                   Facsimile:     (312) 862-2200

                                           - and -

                                   Stephen M. Gross
                                   David A. Agay
                                   Joshua Gadharf
                                   MCDONALD HOPKINS PLC
                                   39533 Woodward Avenue
                                   Bloomfield Hills, MI 48304
                                   Telephone:    (248) 646-5070
                                   Facsimile:     (248) 646-5075

                                   *Attorneys for Syncora Guarantee Inc. and*
                                   *Syncora Capital Assurance Inc.*

# Exhibit 1
Electronic Mail Service List

Abby.wilkinson@FaegreBD.com
acaton@kramerlevin.com

afscme207@sbcglobal.net
afscme457@peoplepc.com
afscmelocal1023@att.net
afscmelocal229@ymail.com
deliaenright@hotmail.com
Yvonners2001@yahoo.com
agarrett@miafscme.org
agerdes@gerdesplc.com
alfredo.perez@weil.com
anurses@att.net
aoreilly@honigman.com
apclawyer@sbcglobal.net
arlene.kirby@yahoo.com

aross@dwsd.org
aroth@bredhoff.com
jfreund@bredhoff.com
dgreenfield@bredhoff.com
Artp1@degc.org; gwlong@degc.org; navin@degc.org;
atulocal26pba@aol.com
ayala.hassell@hp.com
ayoung586@comcast.net
bankruptcy@markowitzlegal.com
Bankruptcy2@ironmountain.com
bbennett@jonesday.com
bberens@jonesday.com
bbest@schaferandweiner.com
bborder@sspclegal.com
bbowman@bodmanlaw.com
bceccotti@cwsny.com
BellM1@michigan.gov
billwertheimer@gmail.com
bkott@lewismunday.com
BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org

bokeefe@lippittokeefe.com

jerry.ellis@couzens.com
jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrosman@carsonfischer.com
jgadharf@mcdonaldhopkins.com
jgatteno@comcast.net

jhb_ecf@osbig.com
jharrison@uwua.net
jkamins@fosterswift.com
john.dillman@lgbs.com
john.sieger@kattenlaw.com
jsgroi@honigman.com
jturner@clarkhill.com
julia.caroff@usdoj.gov
jweiner@mcdonaldhopkins.com
karen.dine@kattenlaw.com; kevin.baum@kattenlaw.com
kelly.diblasi@weil.com
ken.higman@hp.com


kenneth.noble@kattenlaw.com

Kim.robinson@bfkn.com
KingR@detroitmi.gov
KingY687@detroitmi.gov
kmiller@skjlaw.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kschneider@schneidermiller.com
Ksummers@dflaw.com
kthornbladh@gmail.com
langstony@gmail.com
laplante@millercanfield.com
lawrence.bell@usbank.com
lazonia.clark@chasepaymentech.com
lbrimer@stroblpc.com
llarose@winston.com; skohn@winston.com; chardman@winston.com
local2920@sbcglobal.net

**Exhibit 1**
Electronic Mail Service List

| | |
|---|---|
| bpatek@ermanteicher.com | lrochkind@jaffelaw.com |
| BrooR@detroitmi.gov | m.neil@sbcglobal.net |
| btrumbauer@bodmanlaw.com | marcicampbel@gmail.com |
| canderson@dwsd.org | Maria.D.Giannirakis@usdoj.gov |
| Carol.Cohen@arentfox.com | mark.ellenberg@cwt.com |
| carole.neville@dentons.com | Mark.Ellenberg@cwt.com; Lary.Stromfeld@cwt.com; Jason.Jurgens@cwt.com |
| cash@wnj.com | marriott@ballardspahr.com |
| cbullock@sbplclaw.com; ecrowder@sbplclaw.com | mcqueen@dwsd.org |
| ck445polc@yahoo.com | mdordeski@foleymansfield.com |
| claude.montgomery@dentons.com | melanie.kotler@nortonrosefulbright.com |
| clrncsndrs@yahoo.com | melissa@demolaw.com |
| cobbm@detroitmi.gov | mfield@stroblpc.com |
| cphillips@miafscme.org | miag@michigan.gov |
| czucker@ermanteicher.com | mike.gearin@klgates.com |
| david.boyle@airgas.com | Mike.Paslay@wallerlaw.com; Ryan.Cochran@wallerlaw.com |
| David.Dubrow@arentfox.com | mimilaurie@yahoo.com; ltownse@detroitpubliclibrary.org |
| david.dubrow@arentfox.com; mark.angelov@arentfox.com; carol.cohen@arentfox.com | missnick64@hotmail.com |
| david.lemke@wallerlaw.com; courtney.rogers@wallerlaw.com | MIStateTreasurer@michigan.gov |
| david.rosenzweig@nortonrosefulbright.com | mjkarwoski@alumni.nd.edu |
| dbeckwith@fosterswift.com | mnicholson@uaw.net |
| dbernstein@plunkettcooney.com | mnicholson@uaw.net; mdwyer@uaw.net |
| dcopley@dickinsonwright.com | morris@silvermanmorris.com; avery@silvermanmorris.com |
| deisenberg@ermanteicher.com | msl@maddinhauser.com |
| Detroitinfo@kccllc.com | mtaunt@stroblpc.com |
| dfish@allardfishpc.com; tgraves@allardfishpc.com | mvanoverbeke@vmtlaw.com |
| dgheiman@jonesday.com; hlennox@jonesday.com; tawilson@jonesday.com | mwarner@coleschotz.com |
| Diaz@detroitpoa.com; DiazM3329@gmail.com | NicDun@detroitmi.gov |

**Exhibit 1**
Electronic Mail Service List

| | |
|---|---|
| dlerner@plunkettcooney.com; | paige.barr@kattenlaw.com |
| plannen@plunkettcooney.com | |
| dmalcolm@miafscme.org | Pamkin@detroitmi.gov |
| dmcnamara344@aol.com | patel@dwsd.org |
| dmollicone@dmms.com | pcanzano@sidley.com |
| dmzack@mcalpinepc.com | pdibello@ca.ibm.com |
| DoluntS320@detroitmi.gov | pghosh@dwsd.org |
| dplon@sirlinlaw.com | phage@jaffelaw.com |
| dpoitras@jmbm.com | philphil48238@yahoo.com |
| dweiner@schaferandweiner.com | poam@poam.net |
| ecf@gudemanlaw.com | pra@vanguardians.org |
| ecf@kaalaw.com | presidentjan@aol.com |
| ecf@lassnerlaw.com | presidentlocal1227@hotmail.com |
| ecf@zaplc.com | princel@dteenergy.com |
| eduardo.rodriguez@bnymellon.com | proberts@shawfishman.com; |
| | rfishman@shawfishman.com; |
| | ibodenstein@shawfishman.com; |
| | ggouveia@shawfishman.com; |
| | ddoyle@shawfishman.com; |
| | mreiser@shawfishman.com |
| edunn@maxwelldunnlaw.com | pwhunt@kerr-russell.com |
| Edwin.smith@bingham.com | rayguzall@attorneyguzall.com |
| edwin.smith@bingham.com; | rdiehl@bodmanlaw.com |
| jared.clark@bingham.com; | |
| steven.wilamowsky@bingham.com; | |
| marcus.marsh@bingham.com | |
| eerman@ermanteicher.com | rdpffa@hotmail.com |
| efeldman@clarkhill.com | Reesel@detroitmi.gov |
| ejessad@wwrplaw.com; | rfrimmer@schiffhardin.com; |
| mrjames@wwrplaw.com | mott@schiffhardin.com |
| emajoros@glmpc.com | rgordon@clarkhill.com |
| emcneil@miafscme.org | rplecha@lippittokeefe.com |
| enovetsky@jaffelaw.com | rrose@dykema.com |
| etashman@sidley.com; | sam.alberts@dentons.com |
| jbjork@sidley.com | |
| express33@aol.com | Schneiderm7@michigan.gov |
| flanchers@michigan.gov; | sdeeby@clarkhill.com |
| schneiderm7@michigan.gov | |
| fusco@millercanfield.com | Sean Cowley@usdoj.gov |
| gary.holtzer@weil.com; | senoritabonita@peoplepc.com |
| alfredo.perez@weil.com | |
| gneal@sidley.com | sfarrell@dykema.com |
| gneal@sidley.com | sfoss@winston.com |

**Exhibit 1**
Electronic Mail Service List

green@millercanfield.com;
laplante@millercanfield.com
gvp1220@aol.com

HansberryM@detroitmi.gov
hertzbergr@pepperlaw.com
Howard.Hawkins@cwt.com;
lary.stromfeld@cwt.com
howard@jacobweingarten.com

hsanders@miafscme.org
info@drcea.org
stoby@dykema.com
jbank@kerr-russell.com
jbellman@jonesday.com
jbendernagel@sidley.com
jbjork@sidley.com
jcalton@honigman.com
jcanzano@michworklaw.com

jcarter@sbsco.com
jcunningham@uaw.net
jcunningham@uaw.net
jd@primeshares.com;
transfer@primeshares.com
jeatonf@cousenslaw.com
JenkinsH@detroitmi.gov
wwkannel@mintz.com; awalker@mintz.com
yo@osbig.com
youngM604@detroitmi.gov;
Polo4491@aol.com

sgross@mcdonaldhopkins.com

sgrow@wnj.com;
ddozeman@wnj.com;
cash@wnj.com
showell@dickinsonwright.com
simoliun@dwsd.org
skhanna@berkre.com

slevine@lowenstein.com;
pgross@lowenstein.com
soconnor@glmpc.com
steveramadan@gmail.com

summersm@ballardspahr.com
susan.brown5@usbank.com
susan.jacobsen2@usbank.com
swahl@schiffhardin.com
swilson@dwsd.org
swolfson@wolfsonbolton.com;
akochis@wolfsonbolton.com
theda3t@yahoo.com
TL214teams@ameritech.net
tmayer@kramerlevin.com
tsable@honigman.com

union836@yahoo.com
vgflawyer@sbcglobal.net
william.miller@iuoe324.org
wsmith@mwe.com
wsmith@mwe.com;
ncoco@mwe.com

**Exhibit 2**
First Class Mail Service List

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

Detroit Police Benefit and Protective
Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard
Suite 405
Detroit, MI 48202

The Office of the Governor of the State of
Michigan
Governor Rick Snyder
P.O. Box 30013
Lansing, MI 48909

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA 30328

The City of Detroit
Attn: Kevyn D. Orr, Emergency Manager
Coleman A. Young Municipal Center
2 Woodward Ave, Suite 1126
Detroit, MI 48226

The City of Detroit
Attn: Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI 48325

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226