# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re: /
/
CITY OF DETROIT, MICHIGAN, / CASE NO.: 13-53846
/ CHAPTER 9
     Debtor. /
/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to City of Detroit, Michigan, in this bankruptcy matter, and requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

Eric D. Carlson, Esq.
Miller Canfield Paddock & Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7567
Fax: (313) 496-8452
Email: carlson@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Eric D. Carlson
    Eric D. Carlson (P60277)
150 West Jefferson, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7657
Fax: (313) 496-8452
carlson@millercanfield.com

Dated: September 9, 2013