UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9
                                          Case No. 13-53846
City of Detroit, Michigan,                Hon. Steven W. Rhodes

    Debtor.
_____/

Order Granting Motion for Reconsideration

On August 22, 2013, Hassan Aleem and Carl Williams filed a joint "Objection to Chapter 9 Bankruptcy." [Dkt. #565] On August 26, 2013, the Court entered an order overruling the objection on the basis that it was not timely. [Dkt. #642] On September 6, 2013, Hassan Aleem and Carl Williams filed a joint motion for reconsideration. [Dkt. #752]. The motion for Reconsideration restates the parties' initial objections to eligibility and states they did not receive "timely and proper notice" of the eligibility objection deadline. Because the objection was filed within 3 days of the initial deadline, and the motion for reconsideration of the Court's August 26, 2013 order was timely, the Court will treat Dkt. # 565 as a timely objection. This order does not rule on the substantive arguments made by the parties in either Dkt. #565 or Dkt. #752. The parties will be included in the group scheduled for oral argument on September 19, 2013 under the guidelines of the August 26, 2013 order and any subsequent order amending the August 26, 2013 order.

.

**Signed on September 09, 2013**

                                                                                  **/s/ Steven Rhodes**
                                                                                  **Steven Rhodes**
                                                                                  **United States Bankruptcy Judge**