UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re City of Detroit,

Debtor.
_____/

Case No. 13-53846
Chapter 9
HON. STEVEN W. RHODES

FILED 2013 SEP -9 A 10: 5b
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

APPLICATION TO WAIVE THE FILING FEE

NOWCOMES, movant, Arthur L. Campbell, in *pro per*, and hereby moves this Court for an order waiving the required filing fee for his Motion For Relief From Automatic Stay in a civil case in the United States District Court for the Eastern District of Michigan, captioned <u>Campbell v. City of Detroit, et al.</u>, Case No. 03-cv-70786-DT. In support of his motion, Campbell states the following:

1. Campbell is incarcerated in the Michigan Department of Corrections (MDOC) at a facility in Coldwater Michigan.

2. That his sole source of income is a meager $9.40 monthly wage he receives from his institutional work assignment, and $64.50 a month he receives in veterans disability benefits.

3. That Campbell needs said income to maintain his personal hygiene and to purchase stationary, postage, photocopies, etc while under the supervision of the MDOC, which is a mandatory responsibility for prisoners.

RELIEF SOUGHT

WHEREFORE, and in light of the foregoing listed above, Campbell prays that this Honorable Court will grant his motion and issue an order allowing waiver of fee for his Motion For Relief From Automatic Stay.

1 of 2

Respectfully submitted,

*signature: Arthur L. Campbell*

Dated: September 4, 2013

Arthur L. Campbell, #185620
In Propria Persona
Lakeland Correctional Facility
141 First Street
Coldwater, Michigan 49036

## Verification of Application To Waive The Filing Fee

I, Arthur L. Campbell, do hereby verify, under pain and penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2013     /s/ *signature*
                             Arthur L. Campbell