UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
                        :

In re:                       :    Chapter 9
                        :

CITY OF DETROIT, MICHIGAN,   :    Case No.: 13-53846
                        :

              Debtor.    :    Hon. Steven W. Rhodes
                        :

------------------------------------------------------- x

## CERTIFICATE OF SERVICE

        I hereby certify that on this the 9th day of September 2013, I caused

the Response and Opposition of International Union, UAW and the *Flowers*

Plaintiffs to Motion to Quash to be filed with the Clerk of the Court using the

CM/ECF system, which will send notification of such filing to all counsel of

record.

Dated:     New York, New York
          September 9, 2013

                        Cohen, Weiss and Simon LLP

                  By: /s/ Babette A. Ceccotti
                        330 West 42nd Street
                        New York, New York 10036-6976
                        T: 212-563-4100
                        bceccotti@cwsny.com

                        *Attorneys for International Union,*
                        *UAW*