# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____ Robin Wysocki _____

Firm ___ Miller, Canfield, Paddock and Stone, P.L.C. ___

Address ___ 150 West Jefferson Avenue, Suite 2500 ___

City, State, Zip ___ Detroit, Michigan 48226 ___

Phone ___ 313-496-7631 ___

Email ___ wysocki@millercanfield.com ___

**Case/Debtor Name:**

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** _ Hon. Steven Rhodes

⦿ **Bankruptcy** ○ **Adversary**

○ **Appeal**  Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 09/10/2013  **Time of Hearing:** 10 am  **Title of Hearing:** Various Motions/Items

Please specify portion of hearing requested:  ⦿ **Original/Unredacted**  ○ **Redacted**  ○ **Copy** (2nd Party)

⦿ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: _____

---

**Type of Request:**

[X] Expedited Transcript - $4.85 per page (7 working days)

**Signature of Ordering Party:**

/s/ Robin Wysocki  Date: 9/10/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date  By

Order Received:

Transcript Ordered

Transcript Received