# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Stephen C. Hackney, hereby certify that the *Notice of Appeal from Order Regarding the Automatic Stay* [Docket No. 797] was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 10th day of September, 2013.

Dated: September 10, 2013  Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

**Exhibit 1**
Electronic Mail Service List

| | |
|---|---|
| Abby.wilkinson@FaegreBD.com | jerry.ellis@couzens.com |
| acaton@kramerlevin.com | jfischer@carsonfischer.com; |
| | rweisberg@carsonfischer.com; |
| | cgrosman@carsonfischer.com |
| afscme207@sbcglobal.net | jgadharf@mcdonaldhopkins.com |
| afscme457@peoplepc.com | jgatteno@comcast.net |
| afscmelocal1023@att.net; | jharrison@uwua.net |
| deliaenright@hotmail.com | |
| afscmelocal229@ymail.com | jhb_ecf@osbig.com |
| Yvonners2001@yahoo.com | jkamins@fosterswift.com |
| agarrett@miafscme.org | john.dillman@lgbs.com |
| agerdes@gerdesplc.com | john.sieger@kattenlaw.com |
| alfredo.perez@weil.com | jsgroi@honigman.com |
| anurses@att.net | jturner@clarkhill.com |
| aoreilly@honigman.com | julia.caroff@usdoj.gov |
| apclawyer@sbcglobal.net | jweiner@mcdonaldhopkins.com |
| arlene.kirby@yahoo.com | karen.dine@kattenlaw.com; |
| | kevin.baum@kattenlaw.com |
| aross@dwsd.org | kelly.diblasi@weil.com |
| aroth@bredhoff.com | ken.higman@hp.com |
| jfreund@bredhoff.com | |
| dgreenfield@bredhoff.com | |
| Artp1@degc.org; gwlong@degc.org; | kenneth.noble@kattenlaw.com |
| navin@degc.org; | |
| atulocal26pba@aol.com | Kim.robinson@bfkn.com |
| ayala.hassell@hp.com | KingR@detroitmi.gov |
| ayoung586@comcast.net | KingY687@detroitmi.gov |
| bankruptcy@markowitzlegal.com | kmiller@skjlaw.com |
| Bankruptcy2@ironmountain.com | kovskyd@pepperlaw.com |
| bbennett@jonesday.com | kressk@pepperlaw.com |
| bberens@jonesday.com | kschneider@schneidermiller.com |
| bbest@schaferandweiner.com | Ksummers@dflaw.com |
| bborder@sspclegal.com | kthornbladh@gmail.com |
| bbowman@bodmanlaw.com | langstony@gmail.com |
| bceccotti@cwsny.com | laplante@millercanfield.com |
| BellM1@michigan.gov | lawrence.bell@usbank.com |
| billwertheimer@gmail.com | lazonia.clark@chasepaymentech.com |

**Exhibit 1**
Electronic Mail Service List

bkott@lewismunday.com
BLurye@afscme.org;
martz@afscme.org;
mblumin@afscme.org
bokeefe@lippittokeefe.com
bpatek@ermanteicher.com

BrooR@detroitmi.gov
btrumbauer@bodmanlaw.com
canderson@dwsd.org
Carol.Cohen@arentfox.com
carole.neville@dentons.com

cash@wnj.com
cbullock@sbplclaw.com;
ecrowder@sbplclaw.com
ck445polc@yahoo.com
claude.montgomery@dentons.com

clrncsndrs@yahoo.com
cobbm@detroitmi.gov
cphillips@miafscme.org
czucker@ermanteicher.com
david.boyle@airgas.com

David.Dubrow@arentfox.com

david.dubrow@arentfox.com;
mark.angelov@arentfox.com;
carol.cohen@arentfox.com
david.lemke@wallerlaw.com;
courtney.rogers@wallerlaw.com
david.rosenzweig@nortonrosefulbright.com
dbeckwith@fosterswift.com

lbrimer@stroblpc.com
llarose@winston.com;
skohn@winston.com;
chardman@winston.com
local2920@sbcglobal.net
lrochkind@jaffelaw.com

m.neil@sbcglobal.net
marcicampbel@gmail.com
Maria.D.Giannirakis@usdoj.gov
mark.ellenberg@cwt.com
Mark.Ellenberg@cwt.com;
Lary.Stromfeld@cwt.com;
Jason.Jurgens@cwt.com
marriott@ballardspahr.com
mcqueen@dwsd.org

mdordeski@foleymansfield.com
melanie.kotler@nortonrosefulbright.com

melissa@demolaw.com
mfield@stroblpc.com
miag@michigan.gov
mike.gearin@klgates.com
Mike.Paslay@wallerlaw.com;
Ryan.Cochran@wallerlaw.com
mimilaurie@yahoo.com;
ltownse@detroitpubliclibrary.org
missnick64@hotmail.com

MIStateTreasurer@michigan.gov

mjkarwoski@alumni.nd.edu

mnicholson@uaw.net

# Exhibit 1
Electronic Mail Service List

dbernstein@plunkettcooney.com
dcopley@dickinsonwright.com

deisenberg@ermanteicher.com
Detroitinfo@kccllc.com
dfish@allardfishpc.com;
tgraves@allardfishpc.com
dgheiman@jonesday.com;
hlennox@jonesday.com;
tawilson@jonesday.com
Diaz@detroitpoa.com;
DiazM3329@gmail.com
dlerner@plunkettcooney.com;
plannen@plunkettcooney.com
dmalcolm@miafscme.org
dmcnamara344@aol.com
dmollicone@dmms.com
dmzack@mcalpinepc.com
DoluntS320@detroitmi.gov
dplon@sirlinlaw.com
dpoitras@jmbm.com
dweiner@schaferandweiner.com
ecf@gudemanlaw.com
ecf@kaalaw.com
ecf@lassnerlaw.com
ecf@zaplc.com
eduardo.rodriguez@bnymellon.com

edunn@maxwelldunnlaw.com
Edwin.smith@bingham.com
edwin.smith@bingham.com;
jared.clark@bingham.com;
steven.wilamowsky@bingham.com;

mnicholson@uaw.net;
morris@silvermanmorris.com;
avery@silvermanmorris.com
msl@maddinhauser.com
mtaunt@stroblpc.com
mvanoverbeke@vmtlaw.com

mwarner@coleschotz.com

NicDun@detroitmi.gov

paige.barr@kattenlaw.com

Pamkin@detroitmi.gov
patel@dwsd.org
pcanzano@sidley.com
pdibello@ca.ibm.com
pghosh@dwsd.org
phage@jaffelaw.com
philphil48238@yahoo.com
poam@poam.net
pra@vanguardians.org
presidentjan@aol.com
presidentlocal1227@hotmail.com
princel@dteenergy.com
proberts@shawfishman.com;
rfishman@shawfishman.com;
ibodenstein@shawfishman.com;
ggouveia@shawfishman.com;
ddoyle@shawfishman.com;
mreiser@shawfishman.com
pwhunt@kerr-russell.com
rayguzall@attorneyguzall.com
rdiehl@bodmanlaw.com

**Exhibit 1**
Electronic Mail Service List

marcus.marsh@bingham.com

eerman@ermanteicher.com
efeldman@clarkhill.com
ejessad@wwrplaw.com;
mrjames@wwrplaw.com
emajoros@glmpc.com
emcneil@miafscme.org
enovetsky@jaffelaw.com
etashman@sidley.com;
jbjork@sidley.com
express33@aol.com
flanchers@michigan.gov;
schneiderm7@michigan.gov
fusco@millercanfield.com
gary.holtzer@weil.com;
alfredo.perez@weil.com
gneal@sidley.com
gneal@sidley.com
green@millercanfield.com;
laplante@millercanfield.com
gvp1220@aol.com


HansberryM@detroitmi.gov
hertzbergr@pepperlaw.com
Howard.Hawkins@cwt.com;
lary.stromfeld@cwt.com
howard@jacobweingarten.com

hsanders@miafscme.org
info@drcea.org
stoby@dykema.com
jbank@kerr-russell.com
jbellman@jonesday.com
jbendernagel@sidley.com

rdpffa@hotmail.com
Reesel@detroitmi.gov
rfrimmer@schiffhardin.com;
mott@schiffhardin.com
rgordon@clarkhill.com
rplecha@lippittokeefe.com
rrose@dykema.com
sam.alberts@dentons.com

Schneiderm7@michigan.gov
sdeeby@clarkhill.com

Sean.Cowley@usdoj.gov
senoritabonita@peoplepc.com

sfarrell@dykema.com
sfoss@winston.com
sgross@mcdonaldhopkins.com

sgrow@wnj.com;
ddozeman@wnj.com;
cash@wnj.com
showell@dickinsonwright.com
simoliun@dwsd.org
skhanna@berkre.com

slevine@lowenstein.com;
pgross@lowenstein.com
soconnor@glmpc.com
steveramadan@gmail.com

summersm@ballardspahr.com
susan.brown5@usbank.com
susan.jacobsen2@usbank.com

4

**Exhibit 1**
Electronic Mail Service List

jbjork@sidley.com
jcalton@honigman.com
jcanzano@michworklaw.com

jcarter@sbsco.com
jcunningham@uaw.net
jcunningham@uaw.net
jd@primeshares.com;
transfer@primeshares.com
jeatonf@cousenslaw.com
JenkinsH@detroitmi.gov
wwkannel@mintz.com;
awalker@mintz.com
yo@osbig.com
youngM604@detroitmi.gov;
Polo4491@aol.com

swahl@schiffhardin.com
swilson@dwsd.org
swolfson@wolfsonbolton.com;
akochis@wolfsonbolton.com
theda3t@yahoo.com
TL214teams@ameritech.net
tmayer@kramerlevin.com
tsable@honigman.com

union836@yahoo.com
vgflawyer@sbcglobal.net
william.miller@iuoe324.org

wsmith@mwe.com
wsmith@mwe.com;
ncoco@mwe.com

**Exhibit 2**
First Class Mail Service List

| | |
|---|---|
| AFSCME Local #0023<br>Attn: Robert Stokes<br>600 W. Lafayette, Ste. 134<br>Detroit, MI 48226 | IBM Credit LLC<br>Andy Gravina<br>Special Handling Group MD NC317<br>6303 Barfield Rd NE<br>Atlanta, GA 30328 |
| AFSCME Local #1642<br>Attn: Gina Thompson-Mitchell<br>600 W. Lafayette, Ste. L – 123<br>Detroit, MI 48226 | The City of Detroit<br>Attn: Kevyn D. Orr, Emergency Manager<br>Coleman A. Young Municipal Center<br>2 Woodward Ave, Suite 1126<br>Detroit, MI 48226 |
| Detroit Police Benefit and Protective Association<br>Attn: Delbert R. Jennings, Sr.<br>3031 W. Grand Boulevard<br>Suite 405<br>Detroit, MI 48202 | The City of Detroit<br>Attn: Corporation Counsel<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue<br>Fifth Floor<br>Detroit, MI 48226 |
| The Office of the Governor of the State of Michigan<br>Governor Rick Snyder<br>P.O. Box 30013<br>Lansing, MI 48909 | Field Engineers Association<br>Attn Larry Hart<br>PO Box 252805<br>West Bloomfield, MI 48325 |
| Office of the United States Trustee<br>Daniel McDermott<br>211 West Fort Street Suite 700<br>Detroit, MI 48226 | Detroit Firemen's Fund Association<br>Attn: Kim Fett<br>250 W. Larned Street, Suite 202<br>Detroit, MI 48226 |
| AFSCME Local #0312<br>Attn: Phillip Douglas<br>14022 Linwood<br>Detroit, MI 48238 | |