EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re

    CITY OF DETROIT, MICHIGAN,
    Debtor.

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

# ORDER MODIFYING THE AUTOMATIC STAY SO AS TO PERMIT DEBORAH RYAN TO PROCEED WITH LITIGATION AGAINST DEBTOR AND RELATED NON-DEBTOR PARTIES

THIS MATTER came before the Court on Motion for Relief from the Automatic Stay (the "Motion") filed by Deborah Ryan, and the Motion having been properly served on all affected parties, and the Court having read the Motion and all related pleadings and finding good cause for entry of this Order,

NOW, THEREFORE, it is ORDERED as follows:

1.     The Motion is hereby granted.

2.     The automatic stay is hereby modified to permit Deborah Ryan to proceed against Debtors and certain non-debtor parties in connection with federal district court litigation. Deborah Ryan may, for her own exclusive right, as Personal Representative of the Estate of Patricia Williams, pursue her non-bankruptcy rights and remedies.

3. The automatic stay is hereby modified to permit Deborah Ryan to proceed against Debtors, as needed, in other non-bankruptcy litigation, through judgment only and may thereafter, for her own exclusive right, as Personal Representative of the Estate of Patricia Williams, pursue her non-bankruptcy rights and remedies.

4. The fourteen-day provision of Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

Dated:_____      _____
                             United States Bankruptcy Judge