**EXHIBIT 2**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

**NOTICE UNDER LBR 9014-1 OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY & OPORTUNITY TO OBJECT**

Notice is hereby given that Deborah Ryan has filed her Motion for Relief from the Automatic Stay (the "Motion") in the above-styled proceeding seeking relief from the automatic stay, to the extent applicable, so as to permit her to pursue non-bankruptcy litigation against the Debtors and certain non-debtor parties. A copy of the Motion is on file with the Court and will be provided to any interested party upon request.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, then within fourteen (14) days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position, at:[1]

   United States Bankruptcy Court
   211 W. Fort Street
   Detroit, MI 48226

---

[1] Any such Response or Answer must comply with F.R. Civ. P. 8(b), (c) and (e).

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

    William H. Goodman.
    Goodman & Hurwitz, P.C.
    1394 East Jefferson
    Detroit, MI 48207
    Phone: (313) 567-6170/Fax: (313) 567-4827

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: September 10, 20103        */s/ William H. Goodman*
                                          William H. Goodman (14173)
                                          Goodman & Hurwitz, P.C.
                                          1394 East Jefferson Avenue
                                          Detroit, MI 48207
                                          (313) 567-6170
                                          (313) 567-4827 (fax)