EXHIBIT 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

--------------------------------------------------------

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

------------------------------------------------------

## CERTIFICIATE OF SERVICE

I hereby certify that on September 10, 2013, I electronically filed a *Motion Of Deborah Ryan, An Interested Party, For Entry Of An Order To Modify This Court's Order Staying Proceedings To Exclude Her Case From The Stay*, along with *(Ex. 1)* proposed Order; *(Ex. 2)* Notice under LBR 9014-1 of Motion for Relief from the Automatic Stay filed by Deborah Ryan; *(Ex. 3)* Brief in Support of Motion; *(Ex. 4)* this Certificate of Service; *(Ex. 5)* Affidavit of William H. Goodman; and *(Ex. 6)* Detroit Police Department Force Investigative Report with the Clerk of the Court using the ECF system which will send notification of such filing to ECF participants in this matter.

*s/William H. Goodman*
William H. Goodman, P14173
*Attorneys for Plaintiff*
1394 E. Jefferson Ave.
Detroit, MI 48207
313-567-6170/
bgoodman@goodmanhurwitz.com