EXHIBIT 5

## AFFIDAVIT OF WILLIAM H. GOODMAN

William H. Goodman, being first sworn, states:

1. I am an attorney, licensed and in good standing to practice law in the State of Michigan and in the United States District Court for the Eastern District of Michigan.

2. I am currently an attorney of record representing Deborah Ryan in the case of *Deborah Ryan, etc. v. City of Detroit, et al.*, currently pending in the United States District Court, Eastern District, Case No. 11-10900. That case was filed against the City of Detroit and two of its officers (Sgt. Kozloff and Insp. Blackmon) and alleges a violation of Fourteenth Amendment due process rights, under 42 U.S.C. §1983.

3. A portion of that case has been stayed by the Honorable Mark Goldsmith (*Ryan v. City of Detroit*, Case No. 11-10900, Doc. #115). This stay was based upon Stay Orders of this Court, to wit: *Order Pursuant to Section 105(a) of the Bankruptcy Code Confirming the Protections of Sections 362, 365 and 922 of the Bankruptcy Code* (Doc. #167); and, *Order Pursuant to Section 105(a) of the Bankruptcy Code Extending the Chapter 9 Stay to Certain (A) State Entities and (B) Non Officer Employees and (C)Agents and Representatives of the Debtor* (Doc. #166).

4. However, a portion of the case before Judge Goldsmith, claims against the Canton Township Police Department and two of its officers, was not stayed and continues to move forward. Trial in that matter is now scheduled for November 5, 2013.

1

5. Approximately two weeks after Judge Goldsmith stayed proceedings against the City of Detroit in the *Ryan* case (*Ryan v. City of Detroit*, Case No. 11-10900, Doc. #115), I spoke with the attorney who had, up until that time, represented the City of Detroit in the 42 U.S.C. §1983 case, Michael Muller.

6. Mr. Muller stated that, due the City's having filed for bankruptcy under Chapter 9 and due, as well, to the Stay Orders of this Court, he could not assure me that defendants Kozloff and Blackmon, as well as other officers and agents of the Detroit Police Department would respond to subpoenas, for the purpose of appearing as witnesse3s at the trial of the remaining case against Canton Township and the Canton officers. In fact, he stated, that he seriously doubted they would respond to subpoenas.

Further deponent sayeth not.

_____
William H. Goodman (P14173)

Subscribed and sworn to before me
this 10 day of September, 2013.

_____
Anneliese Failla, Notary Public
Macomb County, Michigan
Acting in Wayne County, MI
My commission expires: 10/18/2014