UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :    Case No. 13-53846
                                                       :
                    Debtor.                            :    Hon. Steven W. Rhodes
                                                       :
-------------------------------------------------------x

## NOTICE OF VIDEO DEPOSITION OF TODD SNYDER

To:   Parties on the attached **Exhibit 1**.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, and the Order Establishing Dates and Deadlines Regarding the Debtor's Motion to Assume Lease or Executory Contract [Dkt. No. 281], the City of Detroit, by and through its counsel, will take the deposition upon oral examination of **Todd Snyder** at Jones Day's New York office, located at 222 East 41st Street, New York, New York 10017-6702 on **Tuesday, September 17, 2013**, or at such other date or place to which the parties mutually agree. The deposition will begin at **9:30 a.m.,** and continue until completed.

Mr. Snyder's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

Mr. Snyder's deposition will be recorded by stenograph and video for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: September 10, 2013         Respectfully submitted,

                  /s/ Deborah Kovsky-Apap
                  Robert S. Hertzberg
                  Deborah Kovsky-Apap
                  PEPPER HAMILTON LLP
                  4000 Town Center, Suite 1800
                  Southfield, MI 48075
                  Telephone: (248) 359-7300
                  Fax: (248) 359-7700
                  hertzbergr@pepperlaw.com
                  kovskyd@pepperlaw.com

                   - and -

                  Thomas F. Cullen, Jr.
                  Gregory M. Shumaker
                  Geoffrey S. Stewart
                  JONES DAY
                  51 Louisiana Avenue, N.W.
                  Washington, D.C. 20001.2113
                  Telephone: (202) 879-3939
                  Facsimile: (202) 626-1700
                  tfcullen@jonesday.com
                  gshumaker@jonesday.com
                  gstewart@jonesday.com

                  **ATTORNEYS FOR THE CITY OF DETROIT**

## Certificate of Service

I, Deborah Kovsky-Apap, hereby certify that on September 10, 2013, I caused the foregoing Notice of Deposition of Todd Snyder to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to the parties set forth in Exhibit 1, attached hereto.

/s/ *Deborah Kovsky-Apap*
Deborah Kovsky-Apap (P68258)

# EXHIBIT 1

| Party | Counsel |
|---|---|
| *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* | James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>- and -<br>Stephen M. Gross<br>David A. Agay<br>Joshua Gadharf<br>MCDONALD HOPKINS PLC<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 646-5070<br>Facsimile: (248) 646-5075 |
| *Erste Europäische Pfandbriefund Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.* | Howard S. Sher<br>JACOB & WEINGARTEN, P.C.<br>Somerset Place<br>2301 W. Big Beaver Road, Suite 777<br>Troy, Michigan 48084<br>Tel: (248) 649-1200<br>Fax: (248) 649-2920<br>howard@jacobweingarten.com<br>-and-<br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4428<br>Fax: (410) 361-8930<br>summersm@ballardspahr.com<br>-and-<br>Vincent J. Marriott, III<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Flr.<br>Philadelphia, PA 19103<br>Phone: 215.864.8236<br>Fax: 215.864.9762<br>marriott@ballardspahr.com |
| *DEPFA Bank PLC* | Suzanne L. Wahl |

| Party | Counsel |
|---|---|
| | SCHIFF HARDIN LLP<br>350 S. Main Street, Ste. 210<br>Ann Arbor, Michigan 48104<br>(734) 222-1517<br>swahl@schiffhardin.com<br>-and-<br>Rick L. Frimmer<br>Michael W. Ott<br>SCHIFF HARDIN, LLP<br>233 S. Wacker Drive, Ste. 6600<br>Chicago, IL 60606<br>312-258-5500<br>Fax: 312-258-5600<br>rfrimmer@schiffhardin.com<br>mott@schiffhardin.com |
| *Retiree Association Parties* | Co-Counsel for Retiree Association Parties<br>Thomas R. Morris<br>Karin F. Avery<br>SILVERMAN & MORRIS, P.L.L.C.<br>30500 Northwestern Highway, Suite 200<br>Farmington Hills, Michigan 48334<br>(248) 539-1330 Fax: (248) 539-1355<br>morris@silvermanmorris.com<br>avery@silvermanmorris.com<br>-and-<br>LIPPITT O'KEEFE, PLLC<br>Brian D. O'Keefe<br>Ryan C. Plecha<br>370 East Maple Road, 3rd Floor<br>Birmingham, Michigan 48009<br>(248) 646-8292 Fax: (248) 646-8375<br>bokeefe@lippittokeefe.com<br>rplecha@lippittokeefe.com |
| *Retired Detroit Police Members Association* | Lynn M. Brimer<br>Meredith E. Taunt<br>Mallory Field (75289)<br>STROBL & SHARP, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376<br>Telephone: (248) 540-2300<br>Facsimile: (248) 645-2690<br>mtaunt@stroblpc.com |

| Party | Counsel |
|---|---|
| *Ambac Assurance Corporation* | Carol Connor Cohen<br>Caroline Turner English<br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20036-5342<br>(202) 857-6054<br>Carol.Cohen@arentfox.com<br>-and-<br>David L. Dubrow<br>Mark A. Angelov<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3900<br>-and-<br>SCHAFER AND WEINER, PLLC<br>Daniel J. Weiner (P32010)<br>Brendan G. Best (P66370)<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 540-3340<br>bbest@schaferandweiner.com |
| *National Public Finance Guarantee Corporation* | Eric D. Novetsky<br>Louis P. Rochkind<br>JAFFE, RAITT, HEUER & WEISS, P.C.<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Tel: (248) 351-3000<br>Fax: (248) 351-3082<br>Email: enovetsky@jaffelaw.com<br>-and-<br>Jeffrey E. Bjork<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, CA 90013<br>Tel: (213) 896-6000<br>Fax: (213) 896-6600<br>Email: jbjork@sidley.com<br>-and-<br>SIDLEY AUSTIN LLP<br>Guy S. Neal<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 736-8000<br>Fax: (202) 736-8711 |

| Party | Counsel |
|---|---|
| | Email: gneal@sidley.com |
| *Assured Guaranty Municipal Corp.* | Lawrence A. Larose, Esq.<br>Samuel S. Kohn, Esq.<br>Carrie V. Hardman, Esq.<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile. (212) 294-4700<br>Email: llarose@winston.com<br>skohn@winston.com<br>chardman@winston.com<br>-and-<br>Sarah T. Foss, Esq.<br>WINSTON & STRAWN LLP<br>1111 Louisiana, 25th Floor<br>Houston, Texas 77002-5242<br>Telephone: (713) 651-2600<br>Facsimile: (713) 651-2700<br>Email: sfoss@winston.com |
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr.<br>Mark R. James<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.<br>280 North Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>Email: EJEssad@wwrplaw.com<br>Email: mrjames@wwrplaw.com<br>-and-<br>Alfredo R. Pérez<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: alfredo.perez@weil.com |
| *David Sole, Party in Interest* | Jerome D. Goldberg<br>JEROME D. GOLDBERG, PLLC<br>2921 East Jefferson, Suite 205<br>Detroit, MI 48207<br>Phone: 313-393-6001<br>Fax: 313-393-6007<br>Email: apclawyer@sbcglobal.net |

| Party | Counsel |
|---|---|
| *Attorneys for DEPFA Bank, PLC, Solely in Its Capacity as Agent for FMS Wertmanagement* | Rick L. Frimmer<br>Karen V. Newbury<br>Michael W. Ott<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>Tel. 312-258-5500<br>Fax. 312-258-6500<br>Rfrimmer@schiffhardin.com<br>knewbury@schiffhardin.com<br>mott@schiffhardin.com |
| *Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit* | Robert D. Gordon<br>Shannon L. Deeby<br>CLARK HILL PLC<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009<br>Telephone: (248) 988-5882<br>Facsimile: (248) 988-2502<br>rgordon@clarkhill.com |
| *Official Committee of Retired Employees* | Matthew E. Wilkins<br>Paula A. Hall<br>Brooks Wilkins Sharkey & Turco PLLC<br>401 S. Old Woodward Ave., Suite 400<br>Birmingham, MI<br>Telephone: (248) 971-1711<br>Facsimile: (248) 971-1801<br>wilkins@bwst-law.com<br>-and-<br>Carol Neville<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6700<br>Facsimile: (213) 768-6800<br>Carole.neville@dentons.com<br><br>Sam J. Alberts<br>Dentons US LLP<br>1301 K Street, NW, Suite 600, East Tower<br>Washington, DC 20005-3364<br>Telephone: (202) 408-7004<br>Facsimile: (202) 408-6339<br>Sam.alberts@dentons.com |

| Party | Counsel |
|---|---|
|  | Claude D. Montgomery (P29212)<br>Salans FMC SNR Dentons Europe LLP<br>620 Fifth Avenue<br>New York, NY 10020<br>Telephone: (212) 632-5500<br>Facsimile: (212) 632-5555<br>Claude.montgomery@dentons.com |