| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:** City of Detroit, Michigan

**Case No.: 1**3-53846

**Debtor.**

_____/

---

**CAUSE OF ACTION/NATURE OF SUIT:**  (This matter is referred to the district court for the following reasons)

|      |                          |                                              |
|------|--------------------------|----------------------------------------------|
| ____ | [422] 28 U.S.C. 158      | Bankruptcy Appeal                            |
| ____ | [422] 28 U.S.C. 158      | Motion for Leave to Appeal                   |
| XX   | [423] 28 U.S.C. 157(d)   | Motion for Withdrawal of Reference**         |
| ____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt                         |

**\*\***Note that there is currently pending before the Hon. Bernard A. Friedman a Motion to Withdraw Reference filed by Syncora Guarantee, Inc., Case No. 2:13-cv-13781-BAF-PJK.*

**Date:** ___9/11/2013_____      **Name:** ____/s/Matthew E. Wilkins_____

Name and Address of Interested Parties
**Jonathan S. Green**
MILLER CANFIELD
150 W. Jefferson Ste. 2500
Detroit, MI 48226
(313) 963-6420
Email: green@millercanfield.com

**David Gilbert Heiman**
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7175
Email: dgheiman@jonesday.com

**Robert S. Hertzberg**
**Deborah Kovsky-Apap**
**Kay Standridge Kress**
PEPPER HAMILTON LLP
4000 Town Center Suite 1800
Southfield, MI 48075-1505
248-359-7300
Email: hertzbergr@pepperlaw.com; kovskyd@pepperlaw.com; kressk@pepperlaw.com

**Stephen S. LaPlante**
MILLER CANFIELD
150 W. Jefferson Ave. Suite 2500
Detroit, MI 48226
(313) 496-8478
Email: laplante@millercanfield.com

**Heather Lennox**
JONES DAY
222 East 41st Street
New York, NY 10017
212-326-3939
Email: hlennox@jonesday.com