UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Chapter 9
          Case No. 13-53846
City of Detroit, Michigan,   Hon. Steven W. Rhodes

    Debtor.
_____/

Order Denying Application to Waive the Filing Fee

On September 9, 2013, Arthur L. Campbell, filed an application to waive the filing fee for a motion for relief from the automatic stay. The movant's request for the fee waiver is denied because there is no provision on law for the waiver of this fee.

.

**Signed on September 10, 2013**

                                                             **/s/ Steven Rhodes**
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**