UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:                                        Case No. 13-53846
City of Detroit, Michigan                  Chapter 9
                 Debtor(s).                Hon. Steven W Rhodes
_____/

Official Committee of Retirees

         Appellant,

   v.

City of Detroit, Michigan

         Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD**
**REGARDING NOTICE OF APPEAL**

     I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| | | | |
|---|---|---|---|
| ☐ | Notice of Appeal | ☐ | Appellee's Designation of Record |
| ☐ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☐ | Order on Appeal | ☐ | Notice of Deficiency |
| ☐ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☒ | Motion to Withdraw the Reference |
| ☐ | Other: Click here to enter text. | | |

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13781 and assigned to District Judge Bernard A. Friedman.

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record and/or paid the filing fee.
.

Dated: 09/11/2013                             Clerk, United States Bankruptcy Court

                                                       By: /s/ Kristel Trionfi
                                                              Deputy Clerk