UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re

Detroit, City of,

Case No. 2:13−cv−13873−BAF−PJK

Hon. Bernard A. Friedman

Magistrate Judge  Paul J. Komives

### NOTICE OF RECEIPT OF MOTION TO WITHDRAW REFERENCE

Pursuant to the Bankruptcy Rules, notice is hereby given that a Motion to Withdraw Reference was received on 9/11/13 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 13−53846.

Dated:   September 11, 2013

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/A. Teets
Deputy Clerk