


A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

FILED

United States Bankruptcy Court
Eastern District of Michigan

2013 SEP 10 A 11:31

U.S. B/ ... T COURT
E.D. M ...G.. DETROIT

IN RE: THE CITY OF DETROIT Chapter 9          Case # 13-53846

Honorable Steven W. Rhodes

## Detroit Recovery Plan 2013

As we look around us we can see that managing the economic emergency since 1933 has not turned out so well for the people. The emergency management by the present civil administration, funded by the good faith and credit of the people, has dramatically tarnished the credit and reputation of the people as it converted the creditors, we the people, into debtors and reduced us in status to that of insolvent paupers having no rights.

Managing the emergency has given rise to a perpetual emergency with increasingly more dire consequences casting us all into insolvency. Emergency management by the present civil administration has resulted in the creditors, we the people, being reduced to debtors and enemies of the state under the Trading With The Enemy Act under which the present civil administration has waged war against the people, the creditors, for decades. They have waged an economic war against the people as well as a war against crime, war against drugs, war against hunger and homelessness and a war against terrorism which has resulted in dramatically increased crime, increased illicit drug abuse, increased hunger and homelessness and increased terrorism and war.

Detroit is a clear example, establishing the evidence, that management of the economic emergency delivers to us an even greater emergency with which to manage, all at the expense of the people, the true creditors. Management by the present civil administration has turned Detroit into what looks like a war zone destroying our neighborhoods, our families, our family values and our sense of community.

Emergency management by the present civil administration has given us a school system that graduates students who cannot read nor write; the highest per capita prison population in the world, plunging us deeper into bankruptcy, both morally and financially. History makes it clear that managing the present emergency will only lead to a greater emergency. Emergency management is intended to perpetuate the emergency rather than to end the emergency. Emergency management has brought us all to the brink of destruction fighting for survival.

The time has come to implement a recovery plan that will bring an end to the emergency and cast off the shackles of economic slavery with which the people have been burdened for far too long.

A serious analysis of the problem reveals that the problem is the form of civil administration which has been forced upon us by our assumed consent. The present civil administration is sanctioned under the 14th Amendment congress and senate as a part of the Military Industrial Complex which has brought us perpetual war. The present civil administration is designed to perpetuate the emergency; to facilitate the bankruptcy; designed to convert the creditors into debtors, designed to steal our divine inheritance and to reduce the people's status to that of insolvent paupers with no rights. The present civil administration, created and sanctioned under the 14th Amendment, has been identified as a breach of trust which must be cured. A remedy must be provided to the real creditors to restore their status, their property and their divine inheritance which the present civil administration has deprived them.



A communication from
# The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

Detroit was founded in 1701 and has survived 300 years of amended charters. The latest amended charter which has brought us insolvency leading Detroit to the brink of destruction, is a breach of trust and shall be abandoned and dissolved. The City of Detroit shall revert back to the Charter for the City of Detroit which was approved prior to 1863 and the 14th Amendment to the Constitution.

The present 14th Amendment legal fiction corporate THE CITY OF DETROIT shall immediately settle all accounts, zero the debt via set-off and make whole all of the creditors; make the return of the property to the Principles; and distribute the mesne funds to the living beneficiaries. THE CITY OF DETROIT shall immediately cease the auction and/or sale of property and assets of the people as well as all lotteries and immediately convey the property to the new administration.

An interim Mayor and City Council shall be appointed and empowered under the charter of 1857 to make the transition back to solvency. The interim government shall be provided the tools necessary to set off the debt and begin the distribution of the mesne funds thereby returning the people of Detroit to abundance and prosperity.

The POST*NET banking network has been established by the Universal Postal Union in conjunction with the U.S. Dept. of Commerce as a global banking network to facilitate the electronic funds transfers (EFTs) to discharge the debt and make the return of the property in the exchange.

The Emergency Manager shall be replaced with a Recovery Coordinator who, along with a Community Council, will guide the recovery process to return the City of Detroit to solvency. Said Community Council shall consist of a team of financial experts to assist in the discharge of debt as well as trusted members of the community to ensure the needs of the people are met rather than the needs of the civil administrators.

The interim government shall be seated and empowered for a period of no more than 18 months which shall be used to inform the people of the changes in administration and what that means to them and the City of Detroit and to empower the people of Detroit to elect their future leaders in open elections.

It is the people who provide the value and substance for The City of Detroit. The City of Detroit has no life of its own, provides no value of its own, has been established under man's law and shall forever remain subservient to man and man's law never rising to a lever equal to or greater than its creator, man.

The interim government and Community Council shall come together with recovery the goal leaving all arguments, complaints and excuses at the door. All members of the private BAR Association and/or members of any/all Secret Societies are forever banned from participation in The City of Detroit. The interim government and Community Council shall immediately establish specific goals and deadlines to realistically guide the Recovery of Detroit under the precepts of Divine Law.

Given the 28th day of August in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND



From the Chair of Saint Peter via the Office of the Keeper of Extraordinary Seal of Saint Peter
1300 Pennsylvania Avenue NW, Suite 190-715, Washington, District of Columbia 20004