UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
Southern Division

Chapter: 9
Case No: 13-53846
Judge: Hon. Steven Rhodes

Re: Amendment to objection to Chapter 9 Bankruptcy

In re: CITY OF DETROIT, MICHIGAN, Debtor

**NOTICE OF OBJECTION** to the filing of Chapter 9 Bankruptcy proceeding by the Association of Professional and Technical Employees (APTE) for the Following Facts and legal authorities:

1. The City of Detroit nor its' elected officials Filed Chapter 9 Bankruptcy.
2. The City of Detroit continues to meet its' financial obligations.
3. The City of Detroit pensions are constitutionally guaranteed by the State of Michigan constitution.
4. Wages and fringe benefits are subject to collective bargaining according to state and federal labor laws.
5. The State of Michigan deliberately catalylized the financial default by withholding revenue sharing and federal grant funds.

APTE is the official representative of active, laid off and retired City of Detroit employees

Date: August 19, 2013      Signature: _____
                           Dempsey Addison, President

                           _____
                           Cecily McClellan, 1st Vice President

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
Southern Division