# Association of Professional & Technical Employees
## 2727 Second Avenue Suite 152 - Detroit Michigan 48201

| Dempsey Addison | Cecily McClellan | Jed Roberson | Mahesh Patel | Yolanda Acosta |
|---|---|---|---|---|
| President | 1st Vice President | 2nd Vice President | Treasurer | Secretary |

September 11, 2013

Honorable Steven W. Rhodes
United States Bankruptcy Court
Eastern District of Michigan

Hello Judge Rhodes,

The Association of Professional & Technical Employees, (APTE) received notice from your office to appear before you on September 19, 2013 for individuals protesting bankruptcy proceedings for the City of Detroit.

The Court indicated in the letter that Labor Organizations and others represented by attorneys were scheduled to appear on September 18, 2013. The Association certainly falls within this category.

The objection to Chapter 9 bankruptcy for the City of Detroit was filed on behalf of members of APTE employed by the City of Detroit including those who are laid-off, and members pending retirement.

Most of APTE members have many years of service, classified at the principal level of their occupations, and often supervisors whose next step is management. They are Nurse Administrators, Principal Medical Technologist, Principal Accountants, Principal Governmental Analysts, Principal Community Services Assistants, Data Base Administrators, Senior Auditors and Assessors III, Administrative Assistants Grade II, Nutritionist, etc. They virtually worked in every department in the City of Detroit.

The petition to object Chapter 9 bankruptcy was filed with less than three hours' notice of the deadline. We took the appropriate recourse since the attorney was unavailable.

Therefore the Association respectfully requests to be included in the hearing on September 18, 2013, or whatever day the other bargaining units representing City of Detroit employees are scheduled to appear before you in Court.

In addition, please find enclosed an amendment to our objections to Chapter 9 bankruptcy for the City of Detroit.

If you have any questions please contact me at 313 452-7154

Sincerely,

Dempsey Addison
President of APTE

cc: Cecily McClellan
    Attorney

FILED 2013 SEP 11 P 2:55 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT