Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **9/10/13** at **10:00 AM** to consider and act upon the following:

*741* − Response to (related document(s): 642 Order To Set Hearing) Order Regarding Eligibility Objections Filed by Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (Ceccotti, Babette)

*747* − Objection and Comments to the Courts August 26, 2013 Order Regarding Eligibility Objections Notices of Hearing and Certifications Pursuant to 28 U.S.C. Sections 2403(A) & (B) and (ii) Expedited Motion To Compel Depositions Of City Witnesses Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL−CIO and Sub−Chapter 98, City of Detroit Retirees (RE: related document(s)642 Order To Set Hearing). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Levine, Sharon)

*749* − Response to (related document(s): 642 Order To Set Hearing) Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighers Association, Donald Taylor, Creditors Shirley V Lightsey, Donald Taylor (Plecha, Ryan)

*757* − Objection to 8/26/13 order filed by Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman and Filed by Creditor Robbie Lee Flowers (RE: related document(s)642 Order To Set Hearing). (Wertheimer, William)

*768* − Response to (related document(s): 642 Order To Set Hearing) Filed by Creditor Retired Detroit Police Members Association (Brimer, Lynn)

*770* − Response to (related document(s): 642 Order To Set Hearing) Comments of the Detroit Retirement Systems to the Order Regarding Eligibility Objections Notices of Hearings and Certifications Pursuant to 28 U.S.C. § 2403(a) & (b) Filed by Creditors General Retirement System of the City of Detroit, Police and Fire Retirement System of the City of Detroit (Gordon, Robert)

Dated: 9/9/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk

```
                        United States Bankruptcy Court
                         Eastern District of Michigan
In re:                                                       Case No. 13-53846-swr
City of Detroit, Michigan                                    Chapter 9
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0645-2         User: csiku              Page 1 of 6         Date Rcvd: Sep 09, 2013
                             Form ID: ntchrgBK        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2013.
cr          #+Dennis Taubitz,    4190 Devonshire Rd.,    Detroit, MI 48224-3636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2013 at the address(es) listed below:

          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
           achouprouta@kramerlevin.com
          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
           acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
           aap43law@gmail.com
          Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
           agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
           wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
           aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
           and Agricultural Implement Workers of America bceccotti@cwsny.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           bpatek@ermanteicher.com
          Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
           bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
          Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
           ssikorski@manteselaw.com
          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           bborder@sspclegal.com,  joumedian@sspclegal.com
          Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com
          Carolyn Beth Markowitz   on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn   on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
          Christopher A. Grosman   on behalf of Creditor   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
          Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation dweiner@schaferandweiner.com
          David Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor   Detroit Police Officers Association deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
          David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
          David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc. dmollicone@dmms.com
          David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com
          David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com
          David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
          Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
          Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
          Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
          Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

Earle I. Erman on behalf of Creditor Detroit Police Command Officers Association eerman@ermanteicher.com

Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com

Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

Edward J. Gudeman on behalf of Interested Party Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Edward J. Gudeman on behalf of Interested Party Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Edward Todd Sable on behalf of Interested Party General Motors LLC tsable@honigman.com, litdocket@honigman.com

Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company emajoros@glmpc.com

Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Eric David Novetsky on behalf of Creditor National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

Ethan D. Dunn on behalf of Creditor Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

Evan Justin Feldman on behalf of Creditor General Retirement System of the City of Detroit efeldman@clarkhill.com

Evan Justin Feldman on behalf of Creditor Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

Fred Neufeld on behalf of Interested Party Courtesy Notice fneufeld@sycr.com

Heather Lennox on behalf of Debtor In Possession City of Detroit, Michigan hlennox@jonesday.com

Howard R. Hawkins, Jr. on behalf of Creditor Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard S. Sher on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

James Sprayregen on behalf of Interested Party Syncora Guarantee Inc. james.sprayregen@kirkland.com

James Sprayregen on behalf of Interested Party Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

James Sprayregen on behalf of Interested Party Syncora Holdings Ltd. james.sprayregen@kirkland.com

Janet M. Ziulkowski on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com

Jason L. Weiner on behalf of Creditor Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

Jason W. Bank on behalf of Interested Party New England Fertilizer Company jbank@kerr-russell.com

Jason W. Bank on behalf of Interested Party Wade Trim Associates, Inc. jbank@kerr-russell.com

Jeffrey Rossman on behalf of Defendant U.S. Bank, N.A. jrossman@mwe.com

Jeffrey H. Bigelman on behalf of Creditor Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

Jennifer Zbytowski Belveal on behalf of Defendant Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com

Jennifer Zbytowski Belveal on behalf of Defendant Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com

Jerome D. Goldberg on behalf of Creditor David Sole apclawyer@sbcglobal.net

Jessica B. Allmand on behalf of Interested Party T-Mobile USA, Inc. jallmand@dawdamann.com, lmorgan@dawdamann.com;lgm@dmms.com

John E. Eaton on behalf of Creditor Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com

John P. Sieger on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com

John T. Gregg on behalf of Creditor 36th District Court for the State of Michigan jgregg@btlaw.com

Jonathan S. Green on behalf of Debtor In Possession City of Detroit, Michigan green@millercanfield.com

Joseph R. Sgroi on behalf of Interested Party General Motors LLC jsgroi@honigman.com, litdocket@honigman.com

Joshua A. Gadharf on behalf of Interested Party Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf on behalf of Interested Party Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf on behalf of Interested Party Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

Judy B. Calton on behalf of Defendant Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton on behalf of Interested Party Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton on behalf of Defendant Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com

      Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov

      Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

      Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com

      Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com

      Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com

      Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com

      Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

      Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com

      Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

      Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

      Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com

      Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@winston.com

      Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

      Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

      Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

      Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

      Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Interested Party   Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com

      Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

      Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com

      Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com

      Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

      Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

      Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com

      Melissa L. Demorest   on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com

      Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com

      Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com

      Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com

      Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com

      Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com

      Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com, mchammer3@dickinsonwright.com

      Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

      Michael K. Lee   on behalf of Creditor   St. Martins Cooperative mlee@leeandcorrell.com

      Michael R. Bell   on behalf of Interested Party Bill Schuette BellM1@michigan.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
           msl@maddinhauser.com, bac@maddinhauser.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America Nganatra@uaw.net
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick Warren Hunt    on behalf of Interested Party    Wade Trim Associates, Inc.
           pwhunt@kerr-russell.com
          Patrick Warren Hunt    on behalf of Interested Party    New England Fertilizer Company
           pwhunt@kerr-russell.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@winston.com,
           DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.c
           om;KForte@winston.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit   sdeeby@clarkhill.com
Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd. stephen.hackney@kirkland.com
Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc. stephen.hackney@kirkland.com
Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com
Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary   Whitson billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Bruce   Goldman billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary   Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Michael   Wells billwertheimer@gmail.com
William C. Blasses   on behalf of Interested Party Gary   Segatti wcb@osbig.com
William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC wcb@osbig.com
William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov   on behalf of Interested Party Gary   Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                    TOTAL: 229