# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 9 |
| City of Detroit, Michigan, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## NOTICE OF VIDEO DEPOSITION OF SAQIB BHATTI

To: Parties on the attached **Exhibit 1**.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, and the Order Establishing Dates and Deadlines Regarding the Debtor's Motion to Assume Lease or Executory Contract [Dkt. No. 281], the City of Detroit, by and through its counsel, will take the deposition upon oral examination of **Saqib Bhatti** at the law offices of Pepper Hamilton, located at 4000 Town Center, Suite 1800, Southfield, MI 48075, on **Wednesday**, **September 18, 2013**, or at such other date or place to which the parties mutually agree. The deposition will begin at **11:00 a.m.,** and continue until completed.

Mr. Bhatti's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

Mr. Bhatti's deposition will be recorded by stenograph and video for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

/s/ Robert S. Hertzberg
ROBERT S. HERTZBERG (P30261)
DEBORAH KOVSKY-APAP (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com
Attorneys for Debtor City of Detroit, Michigan

-and-

THOMAS F. CULLEN, JR.
GREGORY M. SHUMAKER
GEOFFREY S. STEWART
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Dated: September 12, 2013

# **EXHIBIT 1**

| Party | Counsel |
|---|---|
| *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* | James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>- and -<br>Stephen M. Gross<br>David A. Agay<br>Joshua Gadharf<br>MCDONALD HOPKINS PLC<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 646-5070<br>Facsimile: (248) 646-5075 |
| *Erste Europäische Pfandbriefund Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.* | Howard S. Sher<br>JACOB & WEINGARTEN, P.C.<br>Somerset Place<br>2301 W. Big Beaver Road, Suite 777<br>Troy, Michigan 48084<br>Tel: (248) 649-1200<br>Fax: (248) 649-2920<br>howard@jacobweingarten.com<br>-and-<br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4428<br>Fax: (410) 361-8930<br>summersm@ballardspahr.com<br>-and-<br>Vincent J. Marriott, III<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Flr.<br>Philadelphia, PA 19103<br>Phone: 215.864.8236<br>Fax: 215.864.9762<br>marriott@ballardspahr.com |

| Party | Counsel |
|---|---|
| *DEPFA Bank PLC* | Suzanne L. Wahl<br>SCHIFF HARDIN LLP<br>350 S. Main Street, Ste. 210<br>Ann Arbor, Michigan 48104<br>(734) 222-1517<br>swahl@schiffhardin.com<br>-and-<br>Rick L. Frimmer<br>Michael W. Ott<br>SCHIFF HARDIN, LLP<br>233 S. Wacker Drive, Ste. 6600<br>Chicago, IL 60606<br>312-258-5500<br>Fax: 312-258-5600<br>rfrimmer@schiffhardin.com<br>mott@schiffhardin.com |
| *Retiree Association Parties* | Co-Counsel for Retiree Association Parties<br>Thomas R. Morris<br>Karin F. Avery<br>SILVERMAN & MORRIS, P.L.L.C.<br>30500 Northwestern Highway, Suite 200<br>Farmington Hills, Michigan 48334<br>(248) 539-1330 Fax: (248) 539-1355<br>morris@silvermanmorris.com<br>avery@silvermanmorris.com<br>-and-<br>LIPPITT O'KEEFE, PLLC<br>Brian D. O'Keefe<br>Ryan C. Plecha<br>370 East Maple Road, 3rd Floor<br>Birmingham, Michigan 48009<br>(248) 646-8292 Fax: (248) 646-8375<br>bokeefe@lippittokeefe.com<br>rplecha@lippittokeefe.com |
| *Retired Detroit Police Members Association* | Lynn M. Brimer<br>Meredith E. Taunt<br>Mallory Field (75289)<br>STROBL & SHARP, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376<br>Telephone: (248) 540-2300<br>Facsimile: (248) 645-2690<br>mtaunt@stroblpc.com |

| Party | Counsel |
|---|---|
| *Ambac Assurance Corporation* | Carol Connor Cohen<br>Caroline Turner English<br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20036-5342<br>(202) 857-6054<br>Carol.Cohen@arentfox.com<br>-and-<br>David L. Dubrow<br>Mark A. Angelov<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3900<br>-and-<br>SCHAFER AND WEINER, PLLC<br>Daniel J. Weiner (P32010)<br>Brendan G. Best (P66370)<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 540-3340<br>bbest@schaferandweiner.com |
| *National Public Finance Guarantee Corporation* | Eric D. Novetsky<br>Louis P. Rochkind<br>JAFFE, RAITT, HEUER & WEISS, P.C.<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Tel: (248) 351-3000<br>Fax: (248) 351-3082<br>Email: enovetsky@jaffelaw.com<br>-and-<br>Jeffrey E. Bjork<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, CA 90013<br>Tel: (213) 896-6000<br>Fax: (213) 896-6600<br>Email: jbjork@sidley.com<br>-and- |

| Party | Counsel |
|---|---|
| | SIDLEY AUSTIN LLP <br> Guy S. Neal <br> 1501 K Street, N.W. <br> Washington, DC 20005 <br> Tel: (202) 736-8000 <br> Fax: (202) 736-8711 <br> Email: gneal@sidley.com |
| *Assured Guaranty Municipal Corp.* | Lawrence A. Larose, Esq. <br> Samuel S. Kohn, Esq. <br> Carrie V. Hardman, Esq. <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-6700 <br> Facsimile. (212) 294-4700 <br> Email: llarose@winston.com <br> skohn@winston.com <br> chardman@winston.com <br> -and- <br> Sarah T. Foss, Esq. <br> WINSTON & STRAWN LLP <br> 1111 Louisiana, 25th Floor <br> Houston, Texas 77002-5242 <br> Telephone: (713) 651-2600 <br> Facsimile: (713) 651-2700 <br> Email: sfoss@winston.com |
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr. <br> Mark R. James <br> WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C. <br> 280 North Old Woodward Avenue, Suite 300 <br> Birmingham, MI 48009 <br> Telephone: (248) 642-0333 <br> Facsimile: (248) 642-0856 <br> Email: EJEssad@wwrplaw.com <br> Email: mrjames@wwrplaw.com <br> -and- <br> Alfredo R. Pérez <br> WEIL, GOTSHAL & MANGES LLP <br> 700 Louisiana Street, Suite 1600 <br> Houston, TX 77002 <br> Telephone: (713) 546-5000 <br> Facsimile: (713) 224-9511 <br> Email: alfredo.perez@weil.com |

| Party | Counsel |
|---|---|
| *David Sole, Party in Interest* | Jerome D. Goldberg<br>JEROME D. GOLDBERG, PLLC<br>2921 East Jefferson, Suite 205<br>Detroit, MI 48207<br>Phone: 313-393-6001<br>Fax: 313-393-6007<br>Email: apclawyer@sbcglobal.net |
| *Attorneys for DEPFA Bank, PLC, Solely in Its Capacity as Agent for FMS Wertmanagement* | Rick L. Frimmer<br>Karen V. Newbury<br>Michael W. Ott<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>Tel. 312-258-5500<br>Fax. 312-258-6500<br>Rfrimmer@schiffhardin.com<br>knewbury@schiffhardin.com<br>mott@schiffhardin.com |
| *Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit* | Robert D. Gordon<br>Shannon L. Deeby<br>CLARK HILL PLC<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009<br>Telephone: (248) 988-5882<br>Facsimile: (248) 988-2502<br>rgordon@clarkhill.com |
| *Official Committee of Retired Employees* | Matthew E. Wilkins<br>Paula A. Hall<br>Brooks Wilkins Sharkey & Turco PLLC<br>401 S. Old Woodward Ave., Suite 400<br>Birmingham, MI<br>Telephone: (248) 971-1711<br>Facsimile: (248) 971-1801<br>wilkins@bwst-law.com<br>-and-<br>Carol Neville<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6700<br>Facsimile: (213) 768-6800<br>Carole.neville@dentons.com |

| Party | Counsel |
|---|---|
| | Sam J. Alberts<br>Dentons US LLP<br>1301 K Street, NW, Suite 600, East Tower<br>Washington, DC 20005-3364<br>Telephone: (202) 408-7004<br>Facsimile: (202) 408-6339<br>Sam.alberts@dentons.com<br><br>Claude D. Montgomery (P29212)<br>Salans FMC SNR Dentons Europe LLP<br>620 Fifth Avenue<br>New York, NY 10020<br>Telephone: (212) 632-5500<br>Facsimile: (212) 632-5555<br>Claude.montgomery@dentons.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of September, 2013, I caused a copy of the foregoing Notice of Video Deposition of Saqib Bhatti and this Certificate of Service to be electronically filed with the U.S. Bankruptcy Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

                                                  Respectfully submitted,

                                                  /s/ Robert S. Hertzberg
                                                  ROBERT S. HERTZBERG (P30261)
                                                  DEBORAH KOVSKY-APAP (P68258)
                                                  PEPPER HAMILTON LLP
                                                  4000 Town Center, Suite 1800
                                                  Southfield, MI  48075
                                                  Telephone:  (248) 359-7300
                                                  hertzbergr@pepperlaw.com
                                                  kovskyd@pepperlaw.com

Dated:  September 12, 2013                Attorneys for Debtor City of Detroit, Michigan

#21247155 v1 (140967.3)