# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: Syncora Guarantee & Syncora Capital Assurance

Firm: Kirkland & Ellis LLP

Address: 300 N. LaSalle

City, State, Zip: Chicago, IL 60654

Phone: 312.862.3200

Email: dustin.paige@kirkland.com

**Case/Debtor Name:** City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy  ◯ Adversary

◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 09/10/2013   Time of Hearing: 10:00 AM   Title of Hearing: Hearing re Detroit Bankruptcy

Please specify portion of hearing requested:  ⦿ Original/Unredacted   ◯ Redacted   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)
◯ 14-Day Transcript - $4.25 per page (14 calendar days)
◯ Expedited Transcript - $4.85 per page (7 working days)
◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Dustin Paige   Date: 8/29/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By _____

Date _____ By _____

Order Received: _____

Transcript Ordered: _____

Transcript Received: _____