UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes

        Debtor.
_____/

## Certificate of Service

The undersigned certifies that on the 12th day of September, 2013, she sent by registered mail, through the United States Postal Service a copy of the following documents:

> First Amended Order Regarding Eligibility Objections Notices of Hearings And Certifications Pursuant to 28 U.S.C. § 2403(a) & (b), (Dkt. #821)

> Objection of the Official Committee of Retirees to Eligibility of the City of Detroit, Michigan to be a Debtor Under Chapter 9 of the Bankruptcy Code (Dkt. #805)

to the following interested parties at the addresses indicated:

| | |
|---|---|
| Eric H. Holder, Jr. | Tracey Pyle |
| Attorney General of the United States | Civil Process Clerk |
| U.S. Department of Justice, Room B103 | United States Attorneys Office |
| 950 Pennsylvania Avenue, NW | 211 W. Fort Street, Suite 2001 |
| Washington, DC  20530-0001 | Detroit, MI 48226 |

The undersigned also certifies that on the 12th day of September, 2013, she sent by first-class mail through the United States Postal Service a copy of the following document:

> First Amended Order Regarding Eligibility Objections Notices of Hearings And Certifications Pursuant to 28 U.S.C. § 2403(a) & (b), (Dkt. #821)

to the following objecting parties at the addresses indicated:

Hassan Aleem
2440 Taylor
Detroit, MI 48205

Carl Williams
10112 Somerset
Detroit, MI 48224

Heidi Peterson
c/o Charles Bruce Idelsohn
P.O. Box 856
Detroit, MI 48231

Denis M. Taubitz
4190 Devonshire Rd.
Detroit, MI 48226

                                                /s/ Christine L. Sikula
                                                  Deputy Clerk

Entered September 12, 2013