## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN                     Chapter 9

       Debtor.                                Case No. 13-53846
                                                           Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 13, 2013, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

    1.    Response Of Retiree Association Parties To Debtor's First Requests For Production Of Documents.

The undersigned further certifies that the following documents were both mailed (via Federal Express) and emailed to David G. Heiman, Esq., Jones Day, North Point, 901 Lakeside Avenue, Cleveland, OH 44114:

    1.    Response Of Retiree Association Parties To Debtor's First Requests For Production Of Documents (with certain responsive documents); and

    2.    Answers To Debtor's First Interrogatories To Retiree Association Parties.

                            Respectfully submitted,

                            /s/ Tracy Reitzloff
                            Tracy Reitzloff
                            Lippitt O'Keefe, PLLC
                            Assistant to Ryan C. Plecha
                            370 E. Maple Rd., 3rd Floor
                            Birmingham, MI 48009
                            (248) 646-8292
                            treitzloff@lippittokeefe.com

Dated: September 13, 2013