UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In re

Case No. 13-53846

City of Detroit

Chapter 9

Debtor

Judge Steven W. Rhodes

_____/

## NOTICE OF MOTION
(Motion or Objection)

Mario's Restaurant, Inc. has filed papers with the court for Relief from Stay (relief sought in motion or objection).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought in the motion for relief from stay, or if you want the court to consider your views on the motion, within (14) days, you or your attorney must:

1. File with the court a writtenb response or an answer, explaining your position at:

United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort St., 21st floor
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Donald McGuigan II, 24750 Lahser Road, Southfield, MI 48033; 248-353-9400

Sharon Blackmon, City of Detroit Law Dept., 2 Woodward Ave, 5th Floor, Detroit, MI 48226

2. If a response* if timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: September 12, 2013

/s/Donald McGuigan II P49004
/s/William S. Stern P27396
24750 Lahser Road
Southfield, MI 48033
248-353-9400
bstern1213@yahoo.com
don@mcguiganlaw.com

* Response or answer must comply with FRCP 8(b),(c) and (e)