UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In re

Case No. 13-53846

City of Detroit

Chapter 9

Debtor

Judge Steven W. Rhodes

_____/

## CERTIFICATE OF CORPORATE EXISTENCE

I, William S. Stern, acting as attorney for Mario's Restaurant, Inc., do hereby certify that:

1. I am aware of the corporate existence of Mario's Restaurant, Inc. and am familiar with the corporate records pertaining to the corporation.

2. Mario's Restaurant, Inc. is a duly authorized corporation within the State of Michigan and is properly registered and in existence and is authorized to exist and conduct business.

IN TESTIMONY WHEREOF, on September 12, 2013, I have hereunto subscribed my name to this document attesting to the corporate existence of Mario's Restaurant, Inc.

_____
William S. Stern, attorney for Mario's
Restaurant Inc.