UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In re

Case No. 13-53846

City of Detroit

Chapter 9

Debtor

Judge Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2013, I electronically filed a Motion of Mario's Restaurant, Inc, to Lift the Stay in Wayne County Case No. 13-008288 CZ along with a proposed order, Notice under LBR 9014-1 of the Motion to Lift the Automatic Stay with regard to Wayne County Case No. 13-008288 CZ, this Certificate of Service with the clerk of the Court using the ECF system which will send notification of such filing to ECF participants in this matter.

/s/Donald McGuigan II P49004
/s/William S. Stern P27396
24750 Lahser Road
Southfield, MI 48033
248-353-9400
don@mcguiganlaw.com
bstern1213@yahoo.com