UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In re

Case No. 13-53846

City of Detroit

Chapter 9

Debtor

Judge Steven W. Rhodes

_____/

## ORDER FOR RELIEF FROM STAY

This cause came to be heard upon the motion of Mario's Restaurant, Inc. for entry of an order granting relief from the automatic stay.

The Court finding that L.B.R. 9014 provides for entry of an order if a response has not been filed within fourteen (14) days after service of the Motion on the parties; and

The Court finding that no response has been filed within fourteen (14) days, and the Court having noted that Creditor has complied with the applicable provisions of L.B.R. 9014.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the petitioner is granted relief from the stay so far as requiring the City of Detroit to produce the information requested in the Freedom of Information case filed in the Wayne County Circuit Court and assigned case number 13-008288 CZ.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Automatic Stay enjoining the parties from going forward with Wayne County Cae Number 13-008288 CZ is hereby lifted so far as the request of Mario's

Restaurant Inc. that the City of Detroit produce the information requested relative to changing Second Avenue from a one-way street into a two-way street.

# EXHIBIT A