UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                         Chapter 9

City of Detroit, Michigan,                     Case No. 13-53846

       Debtor.                         Hon. Steven W. Rhodes

_____/

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 13, 2013, she served documents as follows:

Response of Detroit Police Lieutenants & Sergeants Association to Debtor's First Requests for Production of Documents to The Detroit Public Safety Unions and Certificate of Service

were electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

1) Response of Detroit Police Lieutenants & Sergeants Association to Debtor's First Requests for Production of Documents to The Detroit Public Safety Unions; 2) Response of Detroit Police Lieutenants & Sergeants Association to Debtor's First Set of Interrogatories to the Detroit Public Safety Unions and 3) Certificate of Service

were served upon the following attorneys via first class mail and e-mail:

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
bbennett@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
   STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
green@millercanfield.com
laplante@millercanfield.com

/s/ Barbara A. Patek
BARBARA A. PATEK (P34666)
Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Telephone: 248-827-4100
Facsimile: 248-827-4106
Email: bpatek@ermanteicher.com

Dated: September 13, 2013

F:\OTHERINS\Detroit, CIty of\DPLSA - cert of service re discovery requests.docx