UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re                                                                :
                                                                     :
                                                                     :  Chapter 9
CITY OF DETROIT, MICHIGAN,                                           :
                                                                     :  Case No. 13-53846
                                              Debtor.                :
                                                                     :
                                                                     :  Hon. Stephen W. Rhodes
---------------------------------------------------------------------x

## ORDER GRANTING MOTION BY OFFICIAL COMMITTEE OF RETIREES TO STAY ALL DEADLINES AND THE TRIAL CONCERNING A DETERMINATION OF ELIGIBILITY PENDING DECISION ON MOTION TO WITHDRAW THE REFERENCE

This matter coming before the Court on the motion (the "Motion")[1] of the Official Committee of Retirees (the "Committee") for an order pursuant to Bankruptcy Rule 5011(c) staying all deadlines and the trial concerning a determination of the City's eligibility to file this bankruptcy proceeding pursuant to Section 109 of the Bankruptcy Code pending a decision by the District Court on the Withdrawal Motion, and granting such other and further relief to the Committee as the Court may deem just and proper; and the Court having determined that the relief sought in the Motion is in the best interests of the City, its creditors and all parties in interest; and the Court having considered the evidence and statements regarding the Motion in the documents filed with the Court and at the hearing before the Court (the "Hearing"); and the Court having determined that the legal, evidentiary and factual bases set forth in the Motion and other documents filed with the Court, and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed in the Motion.

2. All objections and reservations of rights relating to the relief sought in the Motion that have not been withdrawn, waived, or otherwise resolved are overruled in all respects on the merits and denied.

3. Pursuant to Bankruptcy Rule 5011(c), all deadlines, excepting discovery deadlines, concerning a determination of the City's eligibility to file this bankruptcy proceeding pursuant to Section 109 of the Bankruptcy Code are stayed pending a decision by the District Court on the Withdrawal Motion.

4. The trial on the City's eligibility to file this bankruptcy proceeding pursuant to Section 109 of the Bankruptcy Code is adjourned to a date to be determined after the District Court issues its decision on the Withdrawal Motion.

5. Due and proper notice of the Motion and Hearing has been provided, and no other or further notice of the Motion and Hearing need be provided.

6. All applicable and unsatisfied requirements of Local Rule 9014-1 are waived.

7. This Order shall be effective and enforceable immediately upon its entry.