UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
:
In re :
:
: Chapter 9
:
CITY OF DETROIT, MICHIGAN, :
: Case No. 13-53846
Debtor. :
:
: Hon. Stephen W. Rhodes
:
---------------------------------------------------------------------x

# NOTICE OF MOTION BY OFFICIAL COMMITTEE OF RETIREES TO STAY DEADLINES AND THE HEARINGS CONCERNING A DETERMINATION OF ELIGIBILITY PENDING DECISION ON MOTION TO WITHDRAW THE REFERENCE

**PLEASE TAKE NOTICE** that the Official Committee of Retirees filed a Motion to Stay Deadlines and the Hearings Concerning a Determination of Eligibility Pending decision on Motion to Withdraw the Reference (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order granting the Application or if you want the Court to consider your views on the Application, **within 14 days**, you or your attorney must:

1. File with the Court a written objection, together with a proof of service, explaining your position at:

United States Bankruptcy Court
211 W. Fort Street
Detroit, Michigan 48226-3211

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of your objection to:

Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco PLLC, 401 S. Old Woodward Avenue, Suite 400, Birmingham, MI 48009 and

Claude D. Montgomery, Salans FMC SNR Dentons Europe 620 Fifth Avenue, New York, New York 10020.

If an objection is timely filed and served, the clerk will schedule a hearing on the Application and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.**

Dated: September 13, 2013                                   Respectfully submitted,

| Carole Neville | Sam J. Alberts | |
| --- | --- | --- |
| DENTONS US LLP | DENTONS US LLP | By: /s/ Claude D. Montgomery |
| 1221 Avenue of the Americas | 1301 K Street, NW | Claude D. Montgomery (P29212) |
| New York, New York 10020 | Suite 600, East Tower | SALANS FMC SNR DENTON |
| Tel: (212) 768-6700 | Washington, DC 20005-3364 | EUROPE LLP |
| Fax: (212) 768-6800 | Tel: (202) 408-6400 | Rockefeller Center |
| carole.neville@dentons.com | Fax: (202) 408-6399 | 620 Fifth Avenue |
| | sam.alberts@dentons.com | New York, New York 10020 |
| | | Direct: (212) 632-8390 |
| | | claude.montgomery@dentons.com |

By: /s/ Matthew E. Wilkins
Matthew E. Wilkins (P56697)
Paula A. Hall (P61101)
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1711
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Counsel for the Official Committee of Retirees*