UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of September 2013, I caused the *Objection and Responses of International Union, UAW to Debtor's First Request for Production of Documents* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:    New York, New York
          September 13, 2013

                                              Cohen, Weiss and Simon LLP

                                    By: /s/ Babette A. Ceccotti
                                          330 West 42nd Street
                                          New York, New York 10036-6976
                                          T: 212-563-4100
                                          bceccotti@cwsny.com

                                            *Attorneys for International Union, UAW*