UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re                                                                :
                                                                     :
                                                                     :   Chapter 9
CITY OF DETROIT, MICHIGAN,                                           :
                                                                     :   Case No. 13-53846
               Debtor.                                  :
                                                                     :   Hon. Stephen W. Rhodes
                                                                     :
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, Matthew E. Wilkins, hereby certify that the **Motion by Official Committee of Retirees to Stay Deadlines and the Hearings Concerning a Determination of Eligibility Pending decision on Motion to Withdraw the Reference** and **Notice of Motion** was filed and served via the Court's electronic case filing and noticing system on September 13, 2013.

                                                  By:    /s/ Matthew E. Wilkins
                                                              Matthew E. Wilkins   (P56697)
                                                              Brooks Wilkins Sharkey & Turco PLLC
                                                              401 S. Old Woodward Avenue, Suite 400
                                                              Birmingham, Michigan  48009
                                                              (248) 971-1711; (248) 971-1801 - Facsimile
                                                              wilkins@bwst-law.com