# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**  Chapter 9

CITY OF DETROIT, MICHIGAN,  Case No. 13-53846

　　　　　　Debtor.  Hon. Stephen W. Rhodes
_____/

## ORDER SETTING AN EXPEDITED HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF RETIREES TO STAY PROCEEDINGS PENDING DETERMINATION OF MOTION TO WITHDRAW THE REFERENCE

Upon the motion of the Official Committee of Retirees for an Order setting an expedited hearing on the Motion to Stay Proceedings Pending Determination of Motion to Withdraw the Reference (the "Stay Motion"); the Court having jurisdiction over this matter; and it further appearing that the relief requested in the motion is in the best interests of the Debtor, its estate, creditors, and parties in interest; and upon all of the proceedings had before the Court; and after due deliberation, it is hereby

ORDERED THAT the Court shall conduct a hearing on the Stay Motion on September _____, 2013 at ____:____ ___.m. in the courtroom of the Honorable Steven Rhodes, 211 W. Fort St., 18th floor, Detroit, Michigan, 48226; and it is further

ORDERED THAT objections to the Stay Motion must be filed on or before September_____, 2013.