UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 13, 2013, the Detroit Retirement Systems' Responses and Objections to Debtor's First Interrogatories were served via electronic mail upon counsel for the City of Detroit, Michigan.

          CLARK HILL PLC

          /s/ Robert D. Gordon
          Robert D. Gordon (P48627)
          Shannon L. Deeby (P60242)
          Jennifer K. Green (P69019)
          151 South Old Woodward Avenue
          Suite 200
          Birmingham, Michigan 48009
          Telephone: (248) 988-5882
          Facsimile: (248) 988-2502
          rgordon@clarkhill.com

Dated: September 13, 2013

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*