# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES BY THE MICHIGAN COUNCIL 25 OF THE AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO AND SUB-CHAPTER 98, CITY OF DETROIT RETIREES

The undersigned certifies that on September 13, 2013, The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees ("AFSME") served upon counsel to the City of Detroit, Michigan (the "Debtor") via email its (1) Responses and Objections to the Debtor's First Set of Interrogatories and (2) Responses and Objections to the Debtor's First Set of Requests for Production of Documents, and (3) provided Debtor's counsel access to a data room of documents responsive to the Debtor's request for documents.

Dated: September 13, 2013

*/s/ Keara M. Waldron*
Keara M. Waldron, Esq.
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
kwaldron@lowenstein.com