# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :
In re                                            :   Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :   Case No. 13-53846
                                                 :
              Debtor.                            :   Hon. Steven W. Rhodes
                                                 :
                                                 :
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Bruce Bennett, the undersigned, certify that on September 13, 2013, sent the following documents via electronic mail and first class mail to Robert D. Gordon, Esq., Clark Hill PLC, 151 South Old Woodward Avenue, Suite 200, Birmingham, Michigan 4800:

1. City of Detroit, Michigan's Objections and Responses to Detroit Retirement System's First Set of Interrogatories Directed to the City of Detroit, Michigan

The undersigned further certifies that on September 13, 2013, it filed this Certificate of Service with the Clerk of the Court using the Court's electronic case filing and noticing system, which sent electronic notification of such filings to all counsel of record.

Dated: September 13, 2013

                                         Respectfully submitted,

                                         /s/ Bruce Bennett
                                         Bruce Bennett (CA 105430)
                                         JONES DAY

13

555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com