UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :
In re                                            :   Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :   Case No. 13-53846
                                                 :
                       Debtor.                   :   Hon. Steven W. Rhodes
                                                 :
                                                 :
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Bruce Bennett, the undersigned, certify that on September 13, 2013, sent the following documents via electronic mail and first class mail to Sharon L. Levine, Esq., Wojciech F. Jung, Esq., and Philip J. Gross, Esq., Lowenstein Sandler LLP, Livingston Avenue, Roseland, NJ 07068; Herbert A. Sanders, Esq., The Sanders Law Firm PC, 615 Griswold St., Suite 913, Detroit, MI 48226; Richard G. Mack, Jr., Esq., Miller Cohen, P.L.C., 600 West Lafayette Boulevard, 4th Floor, Detroit, MI 48226-3191:

1. Debtor's Objections and Responses to the Michigan Council of 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees' First Set of Interrogatories

The undersigned further certifies that on September 13, 2013, it filed this Certificate of Service with the Clerk of the Court using the Court's electronic case filing and noticing system, which sent electronic notification of such filings to all counsel of record.

Dated: September 13, 2013

Respectfully submitted,

18

13-53846-tjt    Doc 859    Filed 09/13/13    Entered 09/13/13 23:12:59    Page 1 of 2

/s/   Bruce Bennett
Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com