UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Bruce Bennett, the undersigned, certify that on September 13, 2013, sent the following documents via electronic mail and first class mail to Barbara A. Patek, Esq., Erman, Teicher, Miller, Zucker, & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, MI 48034:

1. City of Detroit, Michigan's Objections and Responses to the Interrogatories in Detroit Public Safety Union's Interrogatories and Requests for Production of Documents to City of Detroit, Michigan

The undersigned further certifies that on September 13, 2013, it filed this Certificate of Service with the Clerk of the Court using the Court's electronic case filing and noticing system, which sent electronic notification of such filings to all counsel of record.

Dated: September 13, 2013

Respectfully submitted,

/s/   Bruce Bennett
Bruce Bennett (CA 105430)
JONES DAY

16

555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com