UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :
In re                                            :   Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :   Case No. 13-53846
                                                 :
                        Debtor.                  :   Hon. Steven W. Rhodes
                                                 :
                                                 :
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Bruce Bennett, the undersigned, certify that on September 13, 2013, sent the following documents via electronic mail and first class mail to Charles Bruce Idelsohn, Esq., P.O. Box 856, Detroit, MI 48231:

1. City of Detroit, Michigan's Objections and Responses to the Interrogatories in Individual/Creditor/Claimant Heidi Peterson's (Second) Corrected Discovery Requests

The undersigned further certifies that on September 13, 2013, it filed this Certificate of Service with the Clerk of the Court using the Court's electronic case filing and noticing system, which sent electronic notification of such filings to all counsel of record.

Dated: September 13, 2013

                                          Respectfully submitted,

                                          /s/   Bruce Bennett
                                          Bruce Bennett (CA 105430)
                                          JONES DAY

555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539

23