UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
                                                  :

In re                                        :          Chapter 9

CITY OF DETROIT, MICHIGAN,       :          Case No. 13-53846

               Debtor.            :          Hon. Steven W. Rhodes

---------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Bruce Bennett, the undersigned, certify that on September 13, 2013, sent the following documents via electronic mail and first class mail to Lynn M. Brimer, Esq., Strobol & Sharp, P.C., 300 East Long Lake Road, Suite 200, Bloomfield Hills, MI 48304-2376:

1. City of Detroit, Michigan's Objections and Responses to the Interrogatories in Creditor, Retired Detroit Police Members Associations' Amended Set of Interrogatories to Debtor, First Request for Production of Documents and First Request to Admit

The undersigned further certifies that on September 13, 2013, it filed this Certificate of Service with the Clerk of the Court using the Court's electronic case filing and noticing system, which sent electronic notification of such filings to all counsel of record.

Dated: September 13, 2013

                                                    Respectfully submitted,

                                                    /s/   Bruce Bennett

20

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com