UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :   Case No. 13-53846
                                                       :
                                Debtor.                :   Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Bruce Bennett, the undersigned, certify that on September 13, 2013, sent the following documents via first class mail to Dennis Taubitz, 4190 Devonshire Road, Detroit, MI 48224:

1. City of Detroit, Michigan's Objections and Responses to the Interrogatories in Creditor's Request for Responses to Interrogatories, Productions of Documents and for Admissions

The undersigned further certifies that on September 13, 2013, it filed this Certificate of Service with the Clerk of the Court using the Court's electronic case filing and noticing system, which sent electronic notification of such filings to all counsel of record.

Dated: September 13, 2013

                                          Respectfully submitted,

                                        /s/   Bruce Bennett
                                        Bruce Bennett (CA 105430)
                                        JONES DAY
                                        555 South Flower Street

33

Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243 2382
Facsimile: (213) 243 2539