UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Bruce Bennett, the undersigned, certify that on September 13, 2013, sent the following documents via electronic mail and first class mail to Babette A. Ceccotti, Esq., Cohen, Weiss, and Simon LLP, 330 West 42nd Street, New York, NY 10036-6976; Niraj R. Ganatra, Esq., and Michael Nicholson, Esq., 8000 East Jefferson Avenue, Detroit, MI 48214; William A. Wertheimer, Esq., 30515 Timberbrook Lane, Bingham Farms, MI 48025:

1. City of Detroit, Michigan's Objections and Responses to International Union, UAW and Flowers Plaintiffs' Interrogatories to Debtor to City of Detroit, Michigan

The undersigned further certifies that on September 13, 2013, it filed this Certificate of Service with the Clerk of the Court using the Court's electronic case filing and noticing system, which sent electronic notification of such filings to all counsel of record.

Dated: September 13, 2013

                                              Respectfully submitted,

                                              /s/   Bruce Bennett

19

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com