UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: )
)
CITY OF DETROIT, MICHIGAN, ) CASE NO.: 13-53846
) CHAPTER 9
Debtor. )
)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to Berkshire Hathaway Assurance Corporation in this bankruptcy matter, and requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

> My Chi To
> M. Natasha Labovitz
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York 10022
> Tel: (212) 909-6000
> Fax: (212) 909-6836
> mcto@debevoise.com
> nlabovitz@debevoise.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

RESPECTFULLY SUBMITTED

New York, New York
Dated: September 14, 2013

*/s/ My Chi To*
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Counsel to Berkshire Hathaway Assurance Corporation*