# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

**ORDER SETTING AN EXPEDITED HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF RETIREES TO STAY PROCEEDINGS PENDING DETERMINATION OF MOTION TO WITHDRAW THE REFERENCE**

Upon the motion of the Official Committee of Retirees for an Order setting an expedited hearing on the Motion to Stay Proceedings Pending Determination of Motion to Withdraw the Reference (the "Stay Motion"); the Court having jurisdiction over this matter; and it further appearing that the relief requested in the motion is in the best interests of the Debtor, its estate, creditors, and parties in interest; and upon all of the proceedings had before the Court; and after due deliberation, it is hereby

ORDERED THAT the Court shall conduct a hearing on the Stay Motion on **September 19, 2013 at 3:00 p.m.,** before the Honorable Steven Rhodes in Courtroom 716, Theodore Levin U. S. Courthouse, 231 W. Lafayette, Detroit, Michigan, 48226; and it is further

ORDERED THAT objections to the Stay Motion must be filed on or before **3:00 p.m. on September 18, 2013.**

**Signed on September 16, 2013**

                                                                                                       **/s/ Steven Rhodes**
                                                                                                          **Steven Rhodes**

United States Bankruptcy Judge