UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
:
Debtor. : Hon. Steven W. Rhodes
:
:
-------------------------------------------------------x

## ORDER ENLARGING TIME TO FILE AN OBJECTION

This matter coming before the Court on the Official Retiree Committee's (the "Committee"), Motion for an Order enlarging time to file an objection; and the Court being fully advised on the premises; and all parties in interest having an opportunity to be heard; and no objections having been interposed,:

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Committee is directed to file its objection to the Assumption Motion on or before September 16, 2013.