UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re                                                                :
                                                                     :
                                                                     :  Chapter 9
CITY OF DETROIT, MICHIGAN,                                           :
                                                                     :  Case No. 13-53846
                         Debtor.                                 :
                                                                     :  Hon. Stephen W. Rhodes
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Matthew E. Wilkins, hereby certify that the *Objection of the Official Committee of Retirees to the Motion of Debtor for Entry of an Order (1) Authorizing Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and III Granting Related Relief* was filed and served via the Court's electronic case filing and noticing system on September 13, 2013.

By:    /s/ Matthew E. Wilkins
      Matthew E. Wilkins  (P56697)
      Brooks Wilkins Sharkey & Turco PLLC
      401 S. Old Woodward Avenue, Suite 400
      Birmingham, Michigan  48009
      (248) 971-1711; (248) 971-1801 - Facsimile
      wilkins@bwst-law.com