UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------x

## ORDER ENLARGING TIME TO FILE AN OBJECTION

This matter coming before the Court on the Official Retiree Committee's (the "Committee"), Motion for an Order enlarging time to file an objection; and the Court being fully advised on the premises; and all parties in interest having an opportunity to be heard; and no objections having been interposed,:

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The time for the Committee to file its objection to the Assumption Motion is extended to September 16, 2013.

.

**Signed on September 17, 2013**

                                                     /s/ Steven Rhodes
                                                     Steven Rhodes
                                                     United States Bankruptcy Judge