UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Overruling Eligibility Objection

On September 16, 2013, Dorothy A. Doyley filed an eligibility objection (Docket #877). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on September 17, 2013**

                                                      /s/ Steven Rhodes  
                                           **Steven Rhodes**  
                                           **United States Bankruptcy Judge**