UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 9
                                                Case No. 13-53846
City of Detroit, Michigan,                      Hon. Steven W. Rhodes

    Debtor.
_____/

## Order Overruling Eligibility Objection

On September 16, 2013, Girlie Gideon filed an eligibility objection (Docket #878). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on September 17, 2013**

                                                                             /s/ Steven Rhodes
                                                       **Steven Rhodes**
                                                       **United States Bankruptcy Judge**