UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Chapter 9
	Case No. 13-53846
City of Detroit, Michigan,	Hon. Steven W. Rhodes

    Debtor.
_____/

### Order Overruling Eligibility Objection

On September 16, 2013, Roxanne Watson filed an eligibility objection (Docket #881). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on September 17, 2013**

                                                    /s/ Steven Rhodes
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**