UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| | Case No. 13-53846 |
| City of Detroit, Michigan, | Hon. Steven W. Rhodes |
| Debtor. | |
| _____/ | |

Order Overruling Eligibility Objection

On September 16, 2013, Tijuana Morris filed an eligibility objection (Docket #883). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on September 17, 2013**

                                        /s/ Steven Rhodes
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**