UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

### Order Overruling Eligibility Objection

On September 16, 2013, Woodrow Garrett filed an eligibility objection (Docket #888). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on September 17, 2013**

                                            /s/ Steven Rhodes
                                      **Steven Rhodes**
                                      **United States Bankruptcy Judge**