UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Chapter 9
                                                            Case No. 13-53846
City of Detroit, Michigan,                                  Hon. Steven W. Rhodes

        Debtor.
_____/


Order Overruling Eligibility Objection

        On September 16, 2013, Marie Lynette Thornton filed an eligibility objection

(Docket #889). This objection was filed after the August 19, 2013 deadline set by the

Court.  Accordingly, the objection is overruled as untimely.


                                            .


**Signed on September 17, 2013**

                                            _____/s/ Steven Rhodes_____
                                            **Steven Rhodes**
                                            **United States Bankruptcy Judge**