UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes

     Debtor.
_____/

<u>Order Overruling Eligibility Objection</u>

     On September 16, 2013, Hershel Dunn filed an eligibility objection (Docket #891). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on September 17, 2013**

                            **     /s/ Steven Rhodes     **
                            **Steven Rhodes**
                            **United States Bankruptcy Judge**