**UNITED STATES BANKRUTPCY COURT**
**EASTER DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In Re:

CITY OF DETROIT, MICHIGAN,                                   Case No. 13-53846-SWR
                                                             Chapter 9
                                                             Hon. Steven W. Rhodes

        Debtor.

_____/

### NOTICE OF APPEARANCE, REQUEST FOR SEREVICE OF PAPERS, AND REQUEST FOR ADDITION TO MATRIX

      PLEASE TAKE NOTICE that INTERNATIONAL OUTDOOR, INC., by and through its attorney, JEFFERY R. SIEVING, ESQ., requests, pursuant to FRBP 2002 and 9007 and 11 U.S.C. §§ 102(1), 342, and 1109(b), to be added to the matrix and that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon:

                Jeffery R. Sieving, Esq.
                Attorney at Law
                28423 Orchard Lake Rd., Ste. 200
                Farmington Hills, MI 48334
                Phone: (248) 489-8989
                Email: jeff@iobillboard.com

      PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, to orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, ECF, telephone, FAX or otherwise, which affects the above-captioned Debtor or property of said Debtor.

Dated: September 17, 2013

                By: /s/ Jeffery R. Sieving
                    Jeffery R. Sieving (P71625)
                    Attorney for International Outdoor, Inc.
                    28423 Orchard Lake Rd., Ste. 200
                    Farmington Hills, MI 48334
                    (248) 489-8989
                    jeff@iobillboard.com