UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

## Order Adjourning Hearings

The hearings currently scheduled for September 23, 2013 at 9:00 a.m. on debtor's motion to assume (Dkt. #17 corrected by Dkt. #157) and debtor's motion in limine to exclude the testimony of Alexandra Schwarzman (Dkt. #893) are hereby rescheduled to September 24, 2013, from 9:00 a.m. to 3:00 p.m. in Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan. The hearings shall continue, if necessary on the dates and times indicated below:

    September 25, 2013, from 9:00 a.m. to 5:00 p.m.  
    Courtroom 716, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan

    September 26, 2013, from 9:00 a.m. to 1:00 p.m.  
    Courtroom 716, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan

It is so ordered.

.

**Signed on September 17, 2013**

                                                                    /s/ Steven Rhodes  
                                                                   **Steven Rhodes**  
                                                                   **United States Bankruptcy Judge**