# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Robin Wysocki
Firm: Miller, Canfield, Paddock and Stone, P.L.C.
Address: 150 West Jefferson Avenue, Suite 2500
City, State, Zip: Detroit, Michigan 48226
Phone: 313-496-7631
Email: wysocki@millercanfield.com

**Case/Debtor Name:**

Case Number: 13-53846
Chapter: 9
Hearing Judge: Hon. Steven Rhodes

⦿ Bankruptcy  ○ Adversary
○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 09/17/2013   Time of Hearing: 11 am   Title of Hearing: Mediation matters

Please specify portion of hearing requested: ⦿ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

**Type of Request:**

[X] Expedited Transcript - $4.85 per page (7 working days)

**Signature of Ordering Party:**

/s/ Robin Wysocki   Date: 9/18/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____   Date   By

Order Received:

Transcript Ordered

Transcript Received