# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certified that on September 18, 2013, the following documents were field with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Statement of Concurrence by the Retiree Association Parties in (1) The Official Committee of Retirees' Motion to Withdraw the Reference & (2) Motion by Official Committee of Retirees to Stay Deadlines and the Hearings Concerning a Determination of Eligibility Pending Decision on Motion to Withdraw the Reference; and

2. This Proof of Service.

                                        Respectfully submitted,

                                        /s/ Judy Dobrzycki
                                        Judy Dobrzycki
                                        Lippitt O'Keefe, PLLC
                                        Legal Assistant to Ryan C. Plecha
                                        370 E. Maple Rd., 3rd Floor
                                        Birmingham, MI 48009
                                        (248) 646-8292
                                        jdobrzycki@lippittokeefe.com

DATED: September 18, 2013

{00199987}1