# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D.ORR  
          Debtors

Chapter 9  
Case No. 13-53846  
Hon: Steven W. Rhodes

_____/

## OBJECTION TO THE PETITION FILED BY ONE KEVYN D. ORR SEEKING TO COMMENCE A CASE UNDER CHAPTER 9 OF TITLE 11 OFTHE UNITED STATES CODE ON BEHALF OF THE CITY OF DETROIT, MICHIGAN.

## DEMAND FOR ORAL HEARING EXTENSION OF TIME

NOW comes the Creditors Hassan Aleem and Carl Williams and others in response to the time limit. The time limit is inadequate and place creditors at an unfair disadvantage and denial of due process and equal protection of the law guarantee by the State and Federal Constitution of the United States.

1) The creditors mention in the above statement are objecting to time accessed by the court and demand that the time for an oral hearing be amended or extended to thirty (30) minutes.

1

WHEREFORE, and the above facts the creditors demand that this court grant the relief demanded.

Sincerely submitted,

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48205

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
CITY OF DETROIT, MICHIGN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtors

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

_____/

STATE OF MICHIGAN)

              )SS
COUNT Y OF WAYNE)

## PROOF OF SERVICE

___Carl Williams_____, being first duly sworn, deposes and

Say: that on September___2013. I sent copies of Demand for oral extension

of time upon the concern parties by certified mail to the following addresses:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kevyn Orr
Coleman A. Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

Sign _Carl William_

Subscribed to and sworn to before me

This 18th day of September 2013,

_____NOTARY_____



