UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN                           In Proceedings Under
                                                    Chapter 9
        Debtor.
                                                    Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

Brendan G. Best states that on September 18, 2013, he did serve a copy of the *Amended Disclosure of Hearing Witnesses and Exhibits of Ambac Assurance Corporation* (Docket No. 931) to the parties listed on the attached list *via* (1) electronic mail or (2) U.S. mail by clearly addressing as stated with sufficient postage thereon and mailing in a mailbox from the City of Bloomfield Hills, Michigan.

                                    Respectfully Submitted,

                                    **SCHAFER AND WEINER, PLLC**

September 18, 2013                  /s/ BRENDAN G. BEST (P66370)
                                    DANIEL J. WEINER (P32010)
                                    40950 Woodward Ave., Ste. 100
                                    Bloomfield Hills, MI 48304
                                    (248) 540-3340
                                    bbest@schaferandweiner.com

                                    and

                                    CAROL CONNOR COHEN
                                    CAROLINE TURNER ENGLISH

1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 BROADWAY
NEW YORK, NY 10019
(212) 484-3900

Counsel for Ambac Assurance Corporation

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Martin O'Brien | A. Stephen Ramadan PLC | A. Stephen Ramadan P41692 | 22201 Harper Ave Ste 102 | | | St Clair Shores | MI | 48080 | | 586-441-3239 | | steveramaden@gmail.com |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 1034 N. Washington | | | Lansing | MI | 48906 | | | 313-964-5220 | agarrett@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | | | 313-964-5220 | agarrett@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Ed McNeil | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | | | 313-964-5220 | emcneil@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Catherine Philips | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | | | 313-964-5220 | cphilips@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Deshanta Malcom | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | | | 313-964-5220 | dmalcom@miafscme.org |
| Union Representative | AFSCME Local #062 | Attn: Chanez Sanders | 2633 Michigan Avenue | | | Detroit | MI | 48216 | | | | clinsanders@yahoo.com |
| Union Representative | AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | | | Detroit | MI | 48226 | | | | |
| Union Representative | AFSCME Local #0082 | Attn: Lapolla Moore-Reese | 600 W. Lafayette, Ste. 150 | | | Detroit | MI | 48226 | | | 313-224-1304 | Reese@detroitmi.gov |
| Union Representative | AFSCME Local #0207 | Attn: James Williams | 600 W. Lafayette, Ste. L-106 | | | Detroit | MI | 48226 | | | 313-965-1603 | afscmo207@sbcglobal.net |
| Union Representative | AFSCME Local #0214 | Attn: June Nickleberry | 1301 E. Warren Avenue | | | Detroit | MI | 48207 | | | 919-996-8031 | mkerlick64@hotmail.com |
| Union Representative | AFSCME Local #0229 | Attn: Zachary Carr | 600 W. Lafayette, Ste. R-03 | | | Detroit | MI | 48226 | | | 313-961-8422 | afscmelocal229@ymail.com |
| Union Representative | AFSCME Local #0273 | Attn: Pamela Hunt | 600 W. Lafayette, Ste. 140 | | | Detroit | MI | 48226 | | | 313-961-7250 | shuess@att.net |
| Union Representative | AFSCME Local #0312 | Attn: Philip Douglas | 14022 Linwood | | | Detroit | MI | 48238 | | | 313-865-7310 | |
| Union Representative | AFSCME Local #0457 | Attn: Laurie Walker | 600 W. Lafayette, Ste. L-104 | | | Detroit | MI | 48226 | | | 313-965-8217 | afscme457@mecicpso.com |
| Union Representative | AFSCME Local #0542 | Attn: Phyllis McMillon | 600 W. Lafayette, Ste. L-101 | | | Detroit | MI | 48226 | | | 313-961-9388 | phbmc4823@yahoo.com |
| Union Representative | AFSCME Local #0836 | Attn: Robert Donald | 600 W. Lafayette, Ste. 132 | | | Detroit | MI | 48226 | | | 313-963-2114 | unions30@yahoo.com |
| Union Representative | AFSCME Local #1023 | Attn: Della Enright | 600 W. Lafayette, Ste. L-125 | | | Detroit | MI | 48226 | | | | afscmelocal1023@att.net; dellenright@hotmail.com |
| Union Representative | AFSCME Local #1206 | Attn: Yvonne Rose | 600 W. Lafayette, Ste. 138 | | | Detroit | MI | 48226 | | | 734-661-2778 | erlene.kirby@yahoo.com |
| Union Representative | AFSCME Local #1220 | Attn: Gerald Thompson | 600 W. Lafayette, Ste. 138 | | | Detroit | MI | 48226 | | | | gjt1220@yahoo.com |
| Union Representative | AFSCME Local #1227 | Attn: Joseph Walter | P.O. Box 36314 | | | Grosse Pointe Farms | MI | 48236 | | | | presidentlocal1227@hotmail.com |
| Union Representative | AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | 600 W. Lafayette, Ste. L-123 | | | Detroit | MI | 48226 | | | 313-905-9293 | |
| Union Representative | AFSCME Local #2394 | Attn: Yalonda King | 600 W. Lafayette, Ste. 110 | | | Detroit | MI | 48226 | | | 313-965-0518 | KingY87@detroitmi.gov |
| Union Representative | AFSCME Local #2799 | Attn: Yvonne Ross | 600 W. Lafayette, Ste. 132 | | | Detroit | MI | 48226 | | | 913-963-9773 | Yvonnes2001@yahoo.com |
| Union Representative | AFSCME Local #2920 | Attn: Thomas Johnson II | 600 W. Lafayette, Ste. 208 | | | Detroit | MI | 48226 | | | 313-964-0897 | local2920@sbcglobal.net |
| Counsel for Airgas USA LLC | Airgas USA LLC | Mr. David Boyle | 259 Radnor-Chester Rd Ste 100 | PO Box 6675 | | Radnor | PA | 19087-8675 | | | | david.boyle@airgas.com |
| Counsel for Deola Credit Local, Dexia Holdings, Inc., Nordeutsche Landesbank Luxembourg, S.A., on behalf of Nordeutsche Landesbank Covered Finance B.A. (collectively "Dexia") and Ad Hoc COPs Holders | Allard & Fish PC | Deborah L. Fish and Timothy R. Graves | 2600 Buhl Bldg | 535 Griswold | | Detroit | MI | 48226 | | 313-961-6141 | 313-961-6142 | dfish@allardfishpc.com; tgraves@allardfishpc.com |
| Union Representative | Amalgamated Transit Union, Division 26 | Attn: Henry Gaffney | 716 Lothrop | | | Detroit | MI | 48202 | | | 313-873-2696 | atulocal26pba@aol.com |
| Counsel for AFSCME and the Detroit, Michigan, Retiree Chapter 98 of the American Federation of State, County & Municipal Employees, AFL-CIO | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | 1101 17th Street NW, Suite 900 | | | Washington | DC | 20036 | | 202-775-5900 | 202-452-0556 | Blurye@afscme.org; martz@afscme.org; mblumin@afscme.org |
| Counsel to Fidelity Management & Research Company | Arent Fox PLC | Andrew J Gerdes | 321 W Lake Lansing Rd | PO Box 4190 | | East Lansing | MI | 48826-4190 | | 517-853-1300 | 517-853-1301 | agerdes@gerdespc.com |
| Counsel to Ambac Assurance Corporation | Arent Fox LLP | Cetril Conner Cohen | 1717 K St NW | | | Washington | DC | 20036-5342 | | 202-857-6054 | | Carol.Cohen@arentfox.com |
| Counsel to Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | 1675 Broadway | | | New York | NY | 10019 | | 212-457-3900 | | David.Dubrow@arentfox.com |
| Counsel to Ambac Assurance Corporation | Arent Fox LLP | Attn: David Dubrow, Esq. & Mark A Angelov | 1675 Broadway | | | New York | NY | 10019 | | 212-457-3900 | 212-484-3990 | david.dubrow@arentfox.com; mark.angelov@arentfox.com; carol.cohen@arentfox.com |
| Counsel for Attorney General Bill Schuette | Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell John J Bursch and B Eric Restuccia | PO Box 30754 | | | Lansing | MI | 48909 | | 517-373-3203 | | BellM1@michigan.gov |
| Union Representative | Assistant Supervisors of Street Maintenance & Construction Association | Attn: Herbert Jenkins | 2633 Michigan Avenue | | | Detroit | MI | 48216 | | | | |
| Counsel for Attorney General Bill Schuette | Attorney General Bill Schuette | Attn: Henry Gaffney | | | | | | | | | | Mike@michigan.gov |
| Union Representative | Association of City of Detroit Supervisors | Attn: Richard King | 8651 Fenkell | | | Detroit | MI | 48238 | | | | |
| Union Representative | Association of Detroit Engineers | Attn: Sanjay M. Patel | P.O. Box 2241 | | | Detroit | MI | 48231 | | | | patel@cwsd.org |
| Union Representative | Association of Municipal Engineers | Attn: Partho Ghosh | 9300 W. Jefferson NAB #420 | | | Detroit | MI | 48209 | | | 313-297-6811 | pghosh@cwsd.org |
| Union Representative | Association of Municipal Inspectors | Attn: Michael Neil | P.O. Box 15475 | | | Detroit | MI | 48215 | | | 313-224-2023 | m.neil@sbcglobal.net |
| Union Representative | Association of Professional & Technical Employees | Attn: Dempsey Addison | 2727 Second Ave, Ste. 152 | | | Detroit | MI | 48202 | | | 313-852-4837 | theda2@yahoo.com |
| Counsel for Association of Professional Construction Inspectors | Association of Professional Construction Inspectors | Attn: Juanita Sanders | 2727 Second Ave, Ste. 3146 | | | Detroit | MI | 48201 | | | 313-833-5420 | senoritabonita@teaspec.com |
| Counsel for Attorney General of the State of Michigan | Office of the Attorney General of the State of Michigan | | 3030 W. Grand Blvd., Suite 10-200 | | | Detroit | MI | 48202 | | | | Milke@michigan.gov |
| Local Counsel for U.S. Bank National Association | Ballard Spahr LLP | Vincent L J Merriot | 1735 Market St | | | Philadelphia | PA | 19103 | | 215-864-8238 | 215-864-9762 | merriol@ballardspahr.com |
| Counsel for Amalgamated Transit Union Local 26 13- | Ballard Spahr LLP | Matthew W Summers | 919 N Market St 11th Fl | | | Wilmington | DE | 19801 | | 302-252-4428 | 302-252-4466 | summersm@ballardspahr.com |
| Counsel for Genuine Parts Company | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | 200 W Madison St Ste 3900 | | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | Kim.robinson@bfkn.com |
| Counsel to Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Schierl | 100 First Stamford Place | | | Stamford | CT | 06902 | | | | skhanna@bhinc.com |
| Counsel to UBS AG | Bingham McCutchen LLP | Attn: Edwin E. Smith, Esq. | One Federal Street | | | Boston | MA | 02110-1726 | | | 617-345-5003 | edwin.smith@bingham.com; jared.clark@bingham.com; steven.witkomwsky@bingham.com |
| Counsel to UBS AG | Bingham McCutchen LLP | Edwin E Smith Jared Clark Steven Willemowsky & Marcus Marsh | 399 Park Ave | | | New York | NY | 10022-4689 | | 212-705-7000 | 212-752-5378 | marcus.marsh@bingham.com |
| Counsel to U.S. Bank National Association (Top 20) | Bingham McCutchen LLP | | | | | | | | | | | |
| Counsel for Blue Cross Blue Shield of Michigan and the Network of Michigan | Bodman PLC | Attn: Barbara A. Bowman, Esq. | 201 West Big Beaver Road, Suite 500 | | | Troy | MI | 48084 | | 313-393-7579 | | bbowman@bodmanlaw.com |
| Counsel for Blue Cross Blue Shield of Michigan and the Network of Michigan | Bodman PLC | Brian R Trumbauer | 1901 St Antoine St | 6th Fl at Ford Field | | Detroit | MI | 48226 | | 313-393-7554 | 313-393-7579 | btrumbauer@bodmanlaw.com |
| Local Counsel for U.S. Bank National Association | Bodman PLC | Robert J Diehl Jr | 1901 St Antoine St | 6th Fl at Ford Field | | Detroit | MI | 48226 | | 313-393-7579 | | rdiehl@bodmanlaw.com |
| | Bradhall & Kaiser PLLC | Andrew D Roth Jeffrey R Freund & Douglas L Greenfield | 805 15th St NW Ste 1000 | | | Washington | DC | 20005 | | 202-842-2600 | 202-842-1888 | aroth@bredhoff.com; jfreund@bredhoff.com; dgreenfield@bredhoff.com |
| Counsel for Building & Construction Trades Council | Building & Construction Trades Council | Attn: John Wallace | 1640 Porter St | | | Detroit | MI | 48216 | | | 313-965-3232 | wesnwes3@aol.com |
| Counsel for Merrill Lynch Capital Service Inc. | Cadwalader Wickersham & Taft | Attn: Howard R. Hawkins, Jr., Esq. & Lary Stromfeld, Esq. | One World Financial Center | | | New York | NY | 10281 | | 212-504-6422 | 212-504-6666 | Howard.Hawkins@cwt.com; lary.stromfeld@cwt.com |
| Counsel for Merrill Lynch Capital Service Inc. | Cadwalader Wickersham & Taft | Attn: Mark G. Ellenberg, Esq. | 700 Sixth St NW | | | Washington | DC | 20001 | | | 202-862-2400 | mark.ellenberg@cwt.com |
| Counsel for Merrill Lynch Capital Services Inc | Cadwalader Wickersham & Taft | Mark Ellenberg Howard Hawkins Lary Stromfeld & Jason Jurgens | One World Financial Center | | | New York | NY | 10281 | | 212-504-6291 | 212-504-6666 | Lary.Stromfeld@cwt.com; Jason.Jurgens@cwt.com |
| Interested Party | Carlyle M Lasser JD PC | Caralyse M Lasser | 8300 Hall Rd Ste 201 | | | Utica | MI | 48317 | | 248-723-6100 | | cl@Iasserlaw.com |
| Counsel for Nuveen Asset Management and BlackRock Financial Management, Inc. | Carson Fischer PLC | Attn: Joseph M Fischer Robert Weisberg & Christopher Grosman | 4111 Andover Rd W 2nd Fl | | | Bloomfield Hills | MI | 48302-1924 | | 248-644-4840 | 248-644-1832 | jfischer@carsonfischer.com; rweisberg@carsonfischer.com |
| Engaged Party | Chase Paymentech LLC | Attn: Lazonia Clark Business Analyst | 14221 Dallas Pkwy Bldg II | | | Dallas | TX | 75254 | | 214-849-3134 | 214-849-3335 | lazonia.clark@chasepaymentech.com |
| Claims and Noticing Agent | City of Detroit Processing Center | c/o KCC | 2335 Alaska Ave | | | El Segundo | CA | 90245 | | | | Detroitinfo@kccllc.com |
| Counsel for Treasurer, City of Detroit | City of Detroit, Law Department | Mary Beth Cobbs | Assistant Corporation Counsel | 2 Woodward Ave Ste 500 | | Detroit | MI | 48226 | | | | cobbmc@detroitmi.gov |

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | 151 S Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | | 248-988-5882 | 248-988-2502 | rgordon@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | 151 S Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | | 248-988-5889 | | sdeeby@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Evan J Feldman | 151 S Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | | 248-985-5897 | | efeldman@clarkhill.com |
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A Ceccotti | 330 W 42nd St | | | New York | NY | 10036 | | 212-356-0227 | 646-473-8227 | bceccotti@cwsny.com |
| Counsel for HRT Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner | 301 Commerce St Ste 1700 | | | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com |
| Counsel for Waste Management Inc | Cozen O'Connor | Attn Jerry M Ellis | 38505 W Twelve Mile Rd Ste 200 | | | Farmington Hills | MI | 48331 | | 248-469-6800 | 248-469-4195 | jerry.ellis@cozens.com |
| Counsel for Brown Rehabilitation Management, Inc | Davida, Menn, Mulcahy & Badier, PLC | David A Melbourne | 39533 Woodward Ave Ste 200 | | | Bloomfield Hills | MI | 48304 | | 248-642-3700 | | dmelbourne@dmmc.com |
| Counsel to National Industrial Maintenance – Michigan, Inc. | Demo & Fulkerson | Attn: Kevin N Summers | 601 W Big Beaver Rd Ste 500 | | | Troy | MI | 48084 | | 248-362-1300 | 248-362-1358 | ksummers@dflaw.com |
| Counsel for John Dees, James Herbert, HRT Nightmares (a Michigan partnership), T&T Management, Inc. (a Florida corporation, successor to Our Steel Supply, M.C. (a Michigan corporation); Counsel for John W and Vivian M Daniel Trust | Demorest Law Firm, PLLC | Mark S Demorest & Melissa L Demorest | 322 W Lincoln Ave | | | Royal Oak | MI | 48067 | | 248-723-5500 | | melissa@demnow.com |
| Counsel to the Official Retiree Committee | Dentons US LLP | Carole Neville | 1221 Ave of the Americas | | | New York | NY | 10020 | | 212-768-8700 | 212-768-6800 | carole.neville@dentons.com |
| | Dentons US LLP | Sam J Alberts | 1301 K St NW Ste 600 East Tower | | | Washington | DC | 20005-3364 | | 202-408-7004 | 202-408-6399 | sam.alberts@dentons.com |
| Union Representative | Detroit Fire Fighters Association Local 344 | Attn: Daniel McNamara | 243 W. Congress Sta. 644 | | | Detroit | MI | 48226 | | | 313-962-7649 | dmcnamara34@aol.com |
| Union Representative | Detroit Income Tax Investigators Association | Attn: Marcella Campbell | 2 Woodward Ave., Ste. 1220 | | | Detroit | MI | 48226 | | | 313-224-2741 | marlcampbell@gmail.com |
| Union Representative | Detroit Police Command Officers Association | Attn. Steven Dolunt | P.O. Box 02625 | | | Detroit | MI | 48202 | | | 313-596-5966 | Dolunt3220@detroitmi.gov |
| Union Representative | Detroit Police Lieut. & Sergeants Association | Attn: Mark Young | 28 W. Adams, Ste. 700 | | | Detroit | MI | 48226 | | 313-961-0923 | | young4600@sbcglobal.net; Police491@aol.com |
| Union Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | 250 W. Larned Street, Suite 202 | | | Detroit | MI | 48226 | | 313-961-0215 | | |
| Union Representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr | 3031 W. Grand Boulevard, Suite 405 | | | Detroit | MI | 48202 | | 313-870-8330 | | |
| Union Representative | Detroit Police Officers Association | Attn: Mark Diaz | 1938 E. Jefferson | | | Detroit | MI | 48207 | | | | Diaz@detroitpoa.com; DeanM3229@gmail.com; info@dpoa.org |
| Union Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | P.O. Box 40713 | | | Detroit | MI | 48240 | | | 313-587-7875 | |
| Support Michigan, Department of Attorney General | Dickinson Wright PLLC | Dawn R Copley | 500 Woodward Ave Ste 4000 | | | Detroit | MI | 48226-3425 | | 313-223-3500 | | dcopley@dickinsonwright.com |
| Support Michigan, Department of Attorney General | Dickinson Wright PLLC | Steven G Howell | 500 Woodward Ave Ste 4000 | | | Detroit | MI | 48226-3425 | | 313-223-3500 | | showell@dickinsonwright.com |
| Union Representative | DOT Foremen's Association of America Local 267 | Attn: Nicholas Duncan | 6778 Bluehill St | | | Detroit | MI | 48224 | | 313-237-4638; 313-237-616; 313-237-4927 | 313-899-7869 313-578-6205 | NicDun@detroitmi.gov |
| Union Representative | DOT Foremen's Association of America | Attn: Pamela King | 1301 E. Warren Avenue | | | Detroit | MI | 48207 | | | 313-483-4103; 313-483-4132; 313-3493-5839 | Pamkin@detroitmi.gov |
| Top 20 Creditor | Downtown Development Authority | Attn: Pappasanos Glen W Long Jr and Rebecca Nevin | 500 Griswold Ste 2200 | | | Detroit | MI | 48226 | | 313-961-4121 | 313-961-1270 | Attgin@dseg.org; gwiong@dseg.org; nevin@dseg.org; bkoll@lewismunday.com |
| Counsel to Downtown Development Authority | Downtown Development Authority | Brian Koll | Lewis & Munday PC | | | Detroit | MI | 48226 | | | | |
| Counsel to DTE Electric Company and DTE Gas Company | DTE Energy Company | Leland Prince | One Energy Plaza | 688 WCB – Legal Department | | Detroit | MI | 48226 | | 313-235-7725 | | prince@dteenergy.com |
| Counsel for Attorneys for Health Alliance Plan of Michigan | Dykema Gossett PLLC | Ronald L Rose | 39577 Woodward Ave Ste 300 | | | Bloomfield Hills | MI | 48304 | | 248-203-0518 | 248-203-0763 | rrose@dykema.com |
| | Dykema Gossett PLLC | Sherrie L Farrell | 400 Renaissance Center | | | Detroit | MI | 48243 | | 313-568-6659 | 313-568-6658 | sfarrell@dykema.com |
| | Dykema Gossett PLLC | Sheryl L Toby | 39577 Woodward Ave Ste 300 | | | Bloomfield Hills | MI | 48304 | | 248-203-0522 | | stoby@dykema.com |
| Union Representative | EMS Officers Association | Attn: James Gallano | 21150 Lancaster | | | Grosse Pointe Woods | MI | 48236 | | | 855-332-1730 | jgallano@comcast.net |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | eerman@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | czucker@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | bpatek@ermanteicher.com |
| Counsel to Downtown Development Authority (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | 2200 Wells Fargo Center | 90 South Seventh Street | | Minneapolis | MN | 55402-3901 | | 612-766-1600 | | abby.wilkinson@FaegreBD.com |
| | Field Engineers Association | Attn: Larry Hart | PO Box 252605 | | | West Bloomfield | MI | 48325 | | | | |
| Counsel to Downtown Development Authority (Top 20 Creditor) | Foley & Mansfield PLLP | Mercedes Varasteh Dordeski | 130 E 9 Mile Rd | | | Ferndale | MI | 48220 | | 248-721-4200 | 248-721-4201 | mdordeski@foleymansfield.com |
| | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | 32300 Northwestern Hwy., Suite 230 | | | Farmington Hills | MI | 48334-1571 | | 248-539-9918 | 248-538-2090 | jkamins@fosterswift.com |
| | Foster Swift Collins & Smith PC | Dick H Beckwith | 32300 Northwestern Hwy Ste 230 | | | Farmington Hills | MI | 48334-1571 | | | | dbeckwith@fosterswift.com |
| Counsel to U.S. Bank NA | Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Ave | | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | david.rosenzweig@nortonrosefulbright.com |
| Counsel to the Bank of New York Mellon | Fulbright & Jaworski LLP | Melanie M Koller | 666 Fifth Ave | | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | melanie.koller@nortonrosefulbright.com |
| Top 20 Creditor – City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | Interim General Counsel | Vanoverbeke, Michaud & Timmony, P.C. | 79 Alfred Street | Detroit | MI | 48201 | | 313-578-1200 | 313-578-1201 | mvanoverbeke@vmtlaw.com |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Elias T Majoros | 24901 Northwestern Hwy Ste 444 | | | Southfield | MI | 48075 | | 248-350-8220 | | emajoros@glmpc.com |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Sandra L Cranmer | 24901 Northwestern Hwy Ste 444 | | | Southfield | MI | 48075 | | 248-350-8220 | | scranmer@glmpc.com |
| Office of the Governor of the State of Michigan | Governor Rick Snyder | | P.O. Box 30013 | | | Lansing | MI | 48909 | | | | |
| Counsel for Engel Transportation LLC and Upwright Leasing and Demolition, LLC | Gudeman & Associates PC | Edward J Gudeman | 1026 E Eleven Mile Rd | | | Royal Oak | MI | 48067 | | 248-546-2500 | | ecf@gudemanlaw.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Judy B Calton | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226-3583 | | 313-465-7344 | 313-465-7345 | jcalton@honigman.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226 | | 313-465-7570 | 313-465-7571 | jsgroi@honigman.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | E Todd Sable | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Arthur T O'Reilly | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226-3506 | | 313-465-7628 | 313-465-7629 | aoreilly@honigman.com |

In re City of Detroit, Michigan
Case No. 13-53846
Page 2 of 4
13-53846-tjt    Doc 932    Filed 09/18/13    Entered 09/18/13 16:39:31    Page 4 of 6

Exhibit
Served Via

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for HP Enterprises Services LLC | HP Enterprises Services LLC | Ayala Hassell | 5400 Legacy Dr | | | Plano | TX | 75023 | | 972-605-5607 | 972-605-5616 | ayala.hassell@hp.com |
| Counsel for HP Enterprises Services LLC | HP Enterprises Services LLC | Ken Higman | 12610 Park Pl Ste 100 | | | Cerritos | CA | 90703 | | 562-405-3120 | 714-364-6206 | ken.higman@hp.com |
| Union Representative | I.U.O.E. Local 324 | Attn: William Miler | 500 Hulet Drive | | | Bloomfield Township | MI | 48302 | | | 313-215-8927 | william.miller@iuoe324.org |
| Interested Party | IBM Corporation | Attn National Bankruptcy Coordinator | 275 Viger East Ste 400 | | | Montreal | QC | H2X 3R7 | Canada | 514-964-0217 | | reitbello@ca.ibm.com |
| Counsel for IBM Credit LLC | IBM Credit LLC | Andy Grandine | Special Handling Group MD NC317 | | | Atlanta | GA | 30328 | | | | |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | 8000 E Jefferson Ave | | | Detroit | MI | 48214 | | 313-926-5216 | 313-916-5240 | mnicholson@uaw.net |
| Counsel for Iron Mountain Information Management | Iron Mountain Information Management, LLC | Joseph Corrigan | 745 Atlantic Ave 10th Fl | | | Boston | MA | 2111 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Attorneys for Erste Europäische Pfandbriefund Kommunalkreditbank Aktiengesellschaft in Luxemburg | Jacob & Weingarten, P. C. | Howard S Sher | 2301 W Big Beaver Rd Ste 777 | | | Troy | MI | 48084 | | 248-649-1900 | 248-649-2920 | howard@jacobweingarten.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Eric D Novetsky | 27777 Franklin Rd Ste 2500 | | | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | enovetsky@jaffelaw.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn: Paul R Hage | 27777 Franklin Rd Ste 2500 | | | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | phage@jaffelaw.com |
| Counsel for ODM LLC | Jaffer Raitt Heuer & Weiss PC | Attn Louis P Rochkind | 27777 Franklin Rd Ste 2500 | | | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | lrochkind@jaffelaw.com |
| Counsel for ODM LLC | Jaffer Margules Baker & Michell LLP | David M Pollas | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067-4506 | | 310-201-3571 | 310-712-8571 | dpollas@jmbm.com |
| Counsel for David Sole | Jerome D Goldberg PLLC | Jerome D Goldberg | 2921 E Jefferson Ste 205 | | | Detroit | MI | 48207 | | 313-393-6001 | 313-393-6007 | apotlawyer@sbcglobal.net |
| | Jones Day | | | | | | | | | | | dghelman@jonesday.com; hlennox@jonesday.com |
| Counsel to the City | Jones Day | David G. Helman, Esq., Heather Lennox, Esq. | North Point | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | lwalker@jonesday.com |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | 1420 Peachtree St., NE | Suite 800 | | Atlanta | GA | 30309 | | 404-581-8330 | 404-581-8330 | jbellman@jonesday.com |
| Counsel to the City | Jones Day | Brad B Erens | 77 W Wacker | | | Chicago | IL | 60601 | | 312-782-3939 | 312-782-8585 | bberens@jonesday.com |
| Counsel to the City | Jones Day | Bruce Bennett, Esq. | 555 South Flower Street | Fiftieth Floor | | Los Angeles | CA | 90071 | | 213-243-2382 | 213-243-2539 | bbennett@jonesday.com |
| Counsel for Michigan Bell Telephone Company dba AT&T Michigan | K&L Gates LLP | Michael J Gearin | 925 Fourth Ave Ste 2900 | | | Seattle | WA | 98104-1158 | | 206-370-5666 | 206-370-6067 | mike.gearin@klgates.com |
| Counsel to the City | Katten Muchin Rosenman LLP | Paige E Barr | 525 W Monroe Ste 1900 | | | Chicago | IL | 60661 | | 312-902-5200 | 312-902-1061 | paige.barr@kattenlaw.com |
| Counsel to Michigan Bell Telephone Company d/b/a AT&T Michigan | Katten Muchin Rosenman LLP | Joseph P Sieger | 525 W Monroe Ste 1900 | | | Chicago | IL | 60661 | | 312-902-5200 | 312-902-1061 | john.sieger@kattenlaw.com |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Kenneth E Noble | 575 Madison Ave | | | New York | NY | 10022-2585 | | 212-940-8800 | 212-940-8776 | kenneth.noble@kattenlaw.com |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Karen B Dine & Kevin M Baum | 575 Madison Ave | | | New York | NY | 10022-2585 | | 212-940-8800 | 212-940-8776 | karen.dine@kattenlaw.com; kevin.baum@kattenlaw.com |
| Counsel for New England Fertilizer Company and Woodard & Curran Inc | Kerr Russell and Weber PLC | Jason W Bank | 500 Woodward Ave Ste 2500 | | | Detroit | MI | 48226-3406 | | 313-961-0200 | | jbank@kerr-russell.com |
| Counsel for New England Fertilizer Company and Woodard & Curran Inc | Kerr Russell and Weber PLC | P Warren Hunt | 500 Woodward Ave Ste 2500 | | | Detroit | MI | 48226-3406 | | 313-961-0200 | | pwhunt@kerr-russell.com |
| Counsel to Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett & Stephen C Hackney | 300 North LaSalle | | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | james.sprayregen@kirkland.com; ryan.bennett@kirkland.com; stephen.hackney@kirkland.com |
| Counsel for the City of Detroit Water and Sewerage Department and the Board of Water Commissioners | Kirkland & Ellis LLP | Richard J Kilpatrick | 615 Griswold Ste 1708 | | | Detroit | MI | 48226-3965 | | 313-963-2581 | | rjk@kaalaw.com |
| Counsel to Certain Significant Holders of the COPs | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | | New York | NY | 10036 | | 212-715-9100 | 212-715-8169 | tmayer@kramerlevin.com |
| Counsel for Nuveen Asset Management and BlackRock Financial Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Atn Amy Caton | 1177 Avenue of the Americas | | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | acaton@kramerlevin.com |
| Interested Party | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | john.dillman@lgbs.com |
| Counsel for Deutsche Bank AG | Lipcitt O Keefe PLLC | Atn Ryan O Pleche | 370 E Maple Rd 3rd Fl | | | Birmingham | MI | 48009 | | 248-646-8292 | 248-646-8375 | rpleche@lipcittokeefe.com |
| Counsel for Deutsche Bank AG | Lipcitt O Keefe PLLC | Attn Brian O Keefe | 370 E Maple Rd 3rd Fl | | | Birmingham | MI | 48009 | | 248-646-8292 | 248-646-8375 | bokeefe@lipcittokeefe.com |
| | Lowenstein Sandler LLP | Sharon L Levine & Phillip J Gross | 65 Livingston Ave | | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-6247 | slevine@lowenstein.com; pgross@lowenstein.com |
| Counsel to Amalgamated Transit Union Local 26 13-ME/AFL-CIO | Madden, Hauser, Wartell, Roth & Heller, P.C. | Michael S Leib | 28400 Northwestern Hwy 3rd Fl | | | Southfield | MI | 48034 | | 248-827-1874 | 248-359-6174 | msl@maddinhauser.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association, Donald Taylor, Detroit Retired City Employees Association, and Shirley V Lightsey; and the Retired City Employees Association | Markit Housen & Hercules PC | Mark H Cousens | 26261 Evergreen Rd Ste 110 | | | Southfield | MI | 48076 | | 248-355-2150 | 248-355-2170 | aeplan@coursenslaw.com |
| Counsel to Michael J. Karwoski | Maxwell Dunn PLC | Attn Ethan D Dunn | 26339 Woodward Ave | | | Huntington Woods | MI | 48070 | | 248-356-1166 | 313-496-8452 | edunn@maxwelldunnlaw.com |
| Counsel to City of Detroit Michigan | McAlpine PC | David M Zack | 3201 University Dr Ste 100 | | | Auburn Hills | MI | 48326 | | 248-373-3700 | 313-496-8452 | dmzack@mcalpinepc.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | McDermott Will & Emery LLP | Attn: William P. Smith, Esq. | 227 West Monroe Street | | | Chicago | IL | 60606 | | 312-372-2000 | 312-984-7700 | wsmith@mwe.com |
| Counsel for U.S. Bank National Association | McDermott Will & Emery LLP | William P. Smith & Nathan F Coco | 227 W Monroe St Ste 4700 | | | Chicago | IL | 60606 | | 312-372-2000 | | wsmith@mwe.com; ncoco@mwe.com |
| Counsel to Syncora Holdings Ltd Syncora Guarantee Ltd and Syncora Capital Assurance Inc and Bishop Estate, L.L.C. | McDonald Hopkins PLC | Stephen M Gross | 39533 Woodward Ave Ste 318 | | Suite 2550 | Bloomfield Hills | MI | 48304 | | 248-220-1337 | 248-646-5075 | sgross@mcdonaldhopkins.com |
| Counsel to Fidelity Management & Research Company | McDonald Hopkins PLC | Joshua A Gadharf | 39533 Woodward Ave Ste 318 | | | Bloomfield Hills | MI | 48304 | | 248-593-2942 | 248-646-5075 | jgadharf@mcdonaldhopkins.com |
| Interested Party | McDonald Hopkins PLC | Jason L Weiner | 39533 Woodward Ave Ste 318 | | | Bloomfield Hills | MI | 48304 | | 248-646-5070 | 248-646-5075 | jweiner@mcdonaldhopkins.com |
| | McKnight McGlory Canzano Smith & Radtke PC | John R Canzano | 400 Galleria Officentre Ste 117 | | | Southfield | MI | 48034 | | 248-354-9650 | 248-354-9656 | jcanzano@michworklaw.com |
| Counsel to Michael J. Karwoski | Michael J. Karwoski, Esq. | | 26015 Felicity Landing | | | Harrison Township | MI | 48045 | | 313-378-7842 | | milerwoski@alumni.nd.edu |
| Counsel to City of Detroit Michigan | Miller Canfield Paddock & Stone PLC | Stephen S LaPlante | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | | 313-496-9478 | 313-496-8452 | laplante@millercanfield.com |
| Counsel to Meijer, Inc. | Miller Canfield Paddock & Stone, PLC | Timothy A Fusco | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | | 313-496-5405 | 313-496-8452 | fusco@millercanfield.com |
| Counsel to the City | Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green, Esq., Stephen S. LaPlante | 150 West Jefferson | Suite 2500 | | Detroit | MI | 48226 | | 313-963-6420 | 313-496-7500 | green@millercanfield.com; laplante@millercanfield.com |
| Interested Party | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | One Financial Center | | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | wwkannel@mintz.com; awalker@mintz.com |
| Office of the United States Trustee | Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 | | | 313-226-7952 | |
| Office of the United States Trustee | Office of the United States Trustee | Sean Cowley | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 | | | | Sean.Cowley@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Marie D Glanneakis | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 | | | | Marie.D.Glanneakis@usdoj.gov |
| Counsel for Xerox Corporation | Osipov Bigelman PC | Jeffrey H Bigelman | 20700 Civic Center Dr ste 420 | | | Southfield | MI | 48076 | | 248-663-1800 | 248-663-1801 | jhb_ecf@osbig.com |
| Counsel for Michigan Property Tax Relief LLC; Gary Sands and P T T I, Inc., or its successor | Osipov Bigelman PC | Yuliy Osipov | 20700 Civic Center Dr ste 420 | | | Southfield | MI | 48076 | | 248-663-1800 | 248-663-1801 | yo@osbig.com |
| Counsel to Debtor City of Detroit Michigan | Pepper Hamilton LLP | Robert S Hertzberg | 4000 Town Center Ste 1900 | | | Southfield | MI | 48075 | | 248-359-7300 | | hertzberg@pepperlaw.com |
| Counsel to Debtor City of Detroit Michigan | Pepper Hamilton LLP | Deborah Kovsky-Apap | 4000 Town Center Ste 1900 | | | Southfield | MI | 48075 | | 248-359-7300 | | kovskyd@pepperlaw.com |
| Counsel to Debtor City of Detroit Michigan | Pepper Hamilton LLP | Kay Standridge Kress | 4000 Town Center Ste 1900 | | | Southfield | MI | 48075 | | 248-359-7300 | | kressk@pepperlaw.com |
| Interested Party | Plunkett Cooney | Douglas C Bernstein | 38505 Woodward Ave Ste 2000 | | | Bloomfield Hills | MI | 48304 | | 248-901-4091 | | dbernstein@plunkettcooney.com |
| Counsel for Waste Management, Inc. | Plunkett Cooney | David A Lerner & Patrick C Lannen | 38505 Woodward Avenue Ste 2000 | | | Bloomfield Hills | MI | 48304 | | 248-901-4010 | | dlerner@plunkettcooney.com; plannen@plunkettcooney.com |

Exhibit
Served via

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jumbo Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | | General Counsel | Clark Hill PLC | 500 Woodward Avenue, Ste 3500 | Detroit | MI | 48226 | | 313-965-8300 | 313-965-8252 | lturner@clarkhill.com |
| Union Representative | Police Officers Association of Michigan | Attn: John Burr | 27056 Joy Rd. | | | Redford | MI | 48239 | | | 313-937-9165 | poam@poam.net |
| Union Representative | Police Officers Labor Council | Attn: Chet Kulesza | 667 E. Big Beaver Rd. #205 | | | Troy | MI | 48083 | | | 248-524-2752 | ck445polc@yahoo.com |
| Union Representative | Police Officers Labor Council | Attn: Marvin Hansberry | 518 Inkster Road | | | Dearborn Heights | MI | 48127 | | | | HansberryM@detroitmi.gov |
| Union Representative | Police Officers Labor Council | Attn: Jan Zaleski | 19350 St. Louis St. | | | Detroit | MI | 48234 | | 313-596-1615 | 313-596-1115 | prestonlen@aol.com |
| Notified Party | Primeshares World Markets, LLC | | 261 5th Ave 22nd Fl | | | New York | NY | 10016 | | 212-889-1601 | 212-889-2232 | tid@primeshares.com; transfer@primeshares.com |
| Debtor Michael Bendigan | Raymond Guzall III PC | Raymond Guzall III | 31555 W Fourteen Mile Rd Ste 320 | | | Farmington Hills | MI | 48334 | | 248-702-6122 | 248-702-6124 | rayguzall@attorneyguzall.com |
| Union Representative | Retired Detroit Police and Fire Fighters Association | Attn: Donald Taylor | 252 E. 14 Mile Road | | | Sterling Heights | MI | 48310 | | | 586-795-2183 | rdpffa@hotmail.com |
| Counsel for Official Retiree Committee | Salans FMC SNR Denton Europe LLP | Claude Montgomery | 620 Fifth Ave | | | New York | NY | 10020 | | 212-632-5500 | 212-632-5555 | claude.montgomery@dentons.com |
| Union Representative | Sanitary, Chemists & Technicians Association | Attn: Saulius Simoliunas | 2727 Second Ave, Rm. 314 – D | | | Detroit | MI | 48201 | | | | simoliun@dwsd.org |
| United Counterparty | SBS Financial Products Company, LLC | Attn: John Carter | 100 Wall Street | | | New York | NY | 10005 | | | 646-576-9684 | jcarter@sbsco.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Daniel J Weiner | 40950 Woodward Ave Ste 100 | | | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G Best | 40950 Woodward Ave Ste 100 | | | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | bbest@schaferandweiner.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Suzzanne L Wahl | 350 S Main St Ste 210 | | | Ann Arbor | MI | 48104 | | 734-222-1517 | 734-222-1501 | swahl@schiffhardin.com |
| Notified Party | Schiff Hardin LLP | Rick L Frimmel & Matthew W Ott | 233 S Wacker Dr Ste 6600 | | | Chicago | IL | 60606 | | 312-258-5500 | 312-258-5600 | rfrimmel@schiffhardin.com; mott@schiffhardin.com |
| Attorney for Trustee | Schneider Miller PC | Kenneth M Schneider | 645 Griswold Ste 3900 | | | Detroit | MI | 48226 | | 313-237-0850 | | kschneider@schneidermillerpc.com |
| Counsel for Schneiderman and Sherman PC | Schneiderman & Sherman PC | Brett A Border | 23938 Research Dr Ste 300 | | | Farmington Hills | MI | 48335 | | 248-539-7400 | | bborder@sspclegal.com |
| Union Representative | SEIU Local 517M | Attn: Yolanda Langston | 1274 Library St. | | | Detroit | MI | 48226 | | | | langstony@gmail.com |
| Senior Accountants, Analysts & Appraisers Association | Senior Accountants, Analysts & Appraisers Association | Attn: Audrey Bellamy | 65 Cadillac Square, Ste. 2905 | | | Detroit | MI | 48226 | | | 313-961-7209 | ayoung5816@comcast.net |
| Union Representative | Senior Water Systems Chemist Association | Attn: Andrew Ross | 2727 Second Ave. Rm. 311-A | | | Detroit | MI | 48201 | | | 313-964-3157 | aross@dwsd.org |
| Fee Examiner | Shaw Fishman Glantz & Towbin LLC | Robert M Fishman Peter J Roberts Ira Bodenstein Gordon Gouveia David Doyle and Marc Reiser | 321 N Clark St Ste 800 | | | Chicago | IL | 60654 | | 312-541-0151 | 312-980-3898 | rfishman@shawfishman.com; proberts@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mreiser@shawfishman.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey Bjork, Esq. & Eric D. Teshman, Esq. | 555 West Fifth Street | | | Los Angeles | CA | 90013 | | | 732-549-7016 | eteshman@sidley.com; jbjork@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | 1501 K Street, N.W. | | | Washington | DC | 20005 | | 202-736-8041 | 202-736-8711 | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal | 555 W Fifth St | | | Los Angeles | CA | 90013 | | 213-896-6037 | 213-896-6600 | gbjork@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey E Bjork | 1501 K St NW | | | Washington | DC | 20005 | | 202-736-8136 | 202-736-8711 | jbendernagel@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: James F Bendernagel | 1501 K St NW | | | Washington | DC | 20005 | | 202-736-8350 | 202-736-8711 | pcanzano@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Peter L Canzano | | | | | | | | | | |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"), Donald Taylor, President of RDPFFA, Detroit Retired City Employees Association ("DRCEA"), Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F Avery | 30500 Northwestern Hwy Ste 200 | | | Farmington Hills | MI | 48334 | | 248-539-1330 | 248-539-1355 | morris@silvermanmorris.com; avery@silvermanmorris.com |
| Counsel of Ambac USA LLC | Stahl Cowen Crowley Addis LLC | Dana S Fiori | 123 S Broad St Ste 2100 | | | Philadelphia | PA | 19109 | | 215-864-9700 | | dsf@stahlcowen.com |
| Counsel to Ambac USA LLC | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | The Corporate Plaza | 800 Delaware Ave Ste 1000 | PO Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 302-652-8405 | kmiller@skjlaw.com |
| State of Michigan Chief Legal Counsel | State of Michigan Chief Legal Counsel | | PO Box 30212 | | | Lansing | MI | 48909 | | 517-241-5403 | | Schneiderm72@michigan.gov |
| Michigan Assistant Attorney General, Counsel | State of Michigan Revenue & Collections Division | Steven B Flancher & Matthew Schneider | Assistant Attorneys General | | PO Box 30754 | Lansing | MI | 48909 | | 517-373-3203 | 517-241-2741 | flancher@michigan.gov; schneiderm72@michigan.gov |
| State of Michigan | State Treasurer | | Austin Building | 430 W. Allegan Street | | Lansing | MI | 48922 | | | | MIStateTreasurer@michigan.gov |
| Counsel for Gabriel, Roeder, Smith & Company | Stevenson & Bullock PLLC | Charles D Bullock & Elliot G Crowder | 26100 American Dr. Ste 500 | | | Southfield | MI | 48034 | | 248-354-7906 | 248-354-7907 | cbullock@sbplclaw.com; ecrowder@sbplclaw.com |
| Notified Party | Strobl & Sharp PC | Attn: Lynn M Brimer | 300 E Long Lake Rd Ste 200 | | | Bloomfield Hills | MI | 48304 | | 248-540-2300 | 248-645-2690 | lbrimer@stroblpc.com |
| Notified Party | Strobl & Sharp PC | Attn: Meredith E Traunt | 300 E Long Lake Rd Ste 200 | | | Bloomfield Hills | MI | 48304 | | 248-540-2300 | 248-645-2690 | mtraunt@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn: Meredith E Traunt | 300 E Long Lake Rd Ste 200 | | | Bloomfield Hills | MI | 48304 | | 248-540-2300 | 248-645-2690 | mfield@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn: Joseph Valenti | 2926 Trumbull Avenue | | | Detroit | MI | 48216 | | | 313-962-7991 | TL21Teams@ameritech.net |
| Teamsters Local #214 | Teamsters Local #214 | | | | | | | | | | | |
| Counsel for Keith Lewis & Jeremy Morris | The Sanders Law Firm PC | Attn: Eduardo Rodriguez | 2 North LaSalle Street, Suite 1020 | | | Chicago | IL | 60602 | | 313-962-0098 | 313-962-0044 | eduardo.rodriguez@brymylon.com |
| Chief for the Emergency Manager of the City of Detroit | Thornbladh Legal Group PLLC | Herbert A Sanders | 615 Griswold St Ste 913 | | | Detroit | MI | 48226 | | 323-943-3878 | 313-447-2771 | hsanders@miafserve.org |
| Indenture Trustee | The Dave Sanders Law Firm PC | Kurt Thornbladh | 7301 Schaefer | | | Dearborn | MI | 48126 | | | | kthornbladh@gmail.com |
| U.S. Bank National Association, as trustee, bond registrar, transfer agent, paying agent, custodian and/or contract administrator | The City of Detroit | Attn: Kevyn D. Orr, Emergency Manager | Coleman A. Young Municipal Center | 2 Woodward Ave Suite 1126 | | Detroit | MI | 48226 | | | 313-963-9428 | |
| Counsel for the Emergency Manager of the City of Detroit | The City of Detroit | Attn: Corporation Counsel | Coleman A. Young Municipal Center | 2 Woodward Avenue | Fifth Floor | Detroit | MI | 48226 | | 313-224-4711 | | |
| Counsel for Keith Lewis & Jeremy Morris | The Markowitz Law Office | Carolyn B Markowitz PC | 30400 Telegraph Rd Ste 111 | | | Bingham Farms | MI | 48025 | | 248-647-1230 | | |
| U.S. Bank National Association, as trustee, bond registrar, transfer agent, paying agent, custodian and/or contract administrator | U.S. Bank National Association, as trustee | | Senior Vice President and Manager | 535 Griswold Ste 550 | | Detroit | MI | 48226 | | | | |
| U.S. Bank National Association, as trustee, bond registrar, transfer agent, paying agent, custodian and/or contract administrator | U.S. Bank National Association, as trustee | Attn: Susan T. Brown | Mail Station EP-MN-WS1D | 60 Livingston Ave. | | St. Paul | MN | 55107 | | 651-466-5864 | 651-466-7401 | susan.brown5@usbank.com |
| U.S. Bank National Association, as trustee, for the Detroit Sewer and Water Bonds | U.S. Bank National Association, as trustee | Attn: Susan E. Jacobsen, VP | | | | | | | | | 651-466-7401 | susan.jacobsen2@usbank.com |
| U.S. Bank National Association, as trustee, for the Detroit Sewer and Water Bonds | U.S. Bank National Association, as trustee | Attn: Lawrence J. Bell | PD-OR-P6TD | | | Portland | OR | 97204 | | 503-275-5739 | | lawrence.bell@usbank.com |
| Union Representative | UAW - Local #412 | Attn: John Cunningham | 27700 George Merrelli Dr. | | | Warren | MI | 48092 | | 586-427-7142 | | jcunningham@uaw.net |

13-53846-tjt  Doc 728  Filed 09/09/13  Entered 09/09/13 13:37:11  Page 6 of 6
13-53846-tjt  Doc 932  Filed 09/18/13  Entered 09/18/13 16:39:31  Page 6 of 6

In re City of Detroit, Michigan
Case No. 13-53846

Page 4 of 4