## Summary of Attachments

Exhibit 1 - Proposed Order

Exhibit 2 - Notice

Exhibit 3 - Brief [Not Required]

Exhibit 4 - Certificate of Service [To be Filed]

Exhibit 5 - Affidavits [Not Applicable]

Exhibit 6-A - Excerpts of Deposition of Kevyn D. Orr

Exhibit 6-B - Excerpts of Deposition of Kenneth Buckfire

Exhibit 6-C - Email from G. Shumaker to S. Hackney dated September 6, 2013