**<u>Exhibit 4</u>**

**None [Separate Certificate of Service to be Filed]**