**Exhibit 6C**

**Email from G. Shumaker to S. Hackney dated September 6, 2013**

| From: | Gregory Shumaker [gshumaker@JonesDay.com] |
|---|---|
| Sent: | Friday, September 06, 2013 5:45 PM |
| To: | Hackney, Stephen C. |
| Cc: | abyowitz@kramerlevin.com; Alfredo.perez@weil.com; apclawyer@sbcglobal.net; bforde@winston.com; bokeefe@lippittokeefe.com; bweisenthal@schiffhardin.com; carole.neville@dentons.com; caroline.english@arentfox.com; Carol.cohen@arentfox.com; Corinne Ball; chardman@winston.com; claude.montgomery@dentons.com; Dana.Kaufman@weil.com; David.Dubrow@arentfox.com; Daniel T Moss; EJEssad@wwrplaw.com; fguadagnino@ClarkHillThorpReed.com; gneal@sidley.com; Hertzberg, Robert S.; jbjork@sidley.com; JGreen@ClarkHill.com; *jwagner@kramerlevin.com1; kdenniston@schiffhardin.com; Kelly.DiBlasi@weil.com; knewbury@schiffhardin.com; Gartel, Lally A.; llarose@winston.com; marriott@ballardspahr.com; morris@silvermanmorris.com; mott@schiffhardin.com; mtaunt@stroblpc.com; Bennett, Ryan Blaine; rfrimmer@schiffhardin.com; RGordon@ClarkHill.com; rplecha@lippittokeefe.com; skohn@winston.com; summersm@ballardspahr.com; swahl@schiffhardin.com; Thomas F. Cullen; tmayer@kramerlevin.com |
| Subject: | RE: In re City of Detroit, Michigan, Case No. 13-53846 (SWR) |

==Steve: You're correct in your inference regarding providing additional discovery.== As for the term sheet, I am checking on a couple of issues and will respond when I have more information.

Best regards, Greg

| From: | "Hackney, Stephen C." <shackney@kirkland.com> |
|---|---|
| To: | Daniel T Moss <dtmoss@JonesDay.com>, "Gartel, Lally A." <lally.gartel@kirkland.com>, "JGreen@ClarkHill.com" <JGreen@ClarkHill.com>, "abyowitz@kramerlevin.com" <abyowitz@kramerlevin.com>, "Alfredo.perez@weil.com" <Alfredo.perez@weil.com>, "apclawyer@sbcglobal.net" <apclawyer@sbcglobal.net>, "bforde@winston.com" <bforde@winston.com>, "bokeefe@lippittokeefe.com" <bokeefe@lippittokeefe.com>, "bweisenthal@schiffhardin.com" <bweisenthal@schiffhardin.com>, "Carol.cohen@arentfox.com" <Carol.cohen@arentfox.com>, "carole.neville@dentons.com" <carole.neville@dentons.com>, "caroline.english@arentfox.com" <caroline.english@arentfox.com>, "chardman@winston.com" <chardman@winston.com>, "claude.montgomery@dentons.com" <claude.montgomery@dentons.com>, "Dana.Kaufman@weil.com" <Dana.Kaufman@weil.com>, "David.Dubrow@arentfox.com" <David.Dubrow@arentfox.com>, "EJEssad@wwrplaw.com" <EJEssad@wwrplaw.com>, "fguadagnino@ClarkHillThorpReed.com" <fguadagnino@ClarkHillThorpReed.com>, "gneal@sidley.com" <gneal@sidley.com>, "jbjork@sidley.com" <jbjork@sidley.com>, "*jwagner@kramerlevin.com1" <jwagner@kramerlevin.com>, "kdenniston@schiffhardin.com" <kdenniston@schiffhardin.com>, "Kelly.DiBlasi@weil.com" <Kelly.DiBlasi@weil.com>, "knewbury@schiffhardin.com" <knewbury@schiffhardin.com>, "llarose@winston.com" <llarose@winston.com>, |

"marriott@ballardspahr.com" <marriott@ballardspahr.com>,
"morris@silvermanmorris.com" <morris@silvermanmorris.com>,
"mott@schiffhardin.com" <mott@schiffhardin.com>, "mtaunt@stroblpc.com"
<mtaunt@stroblpc.com>, "rfrimmer@schiffhardin.com" <rfrimmer@schiffhardin.com>,
"RGordon@ClarkHill.com" <RGordon@ClarkHill.com>, "rplecha@lippittokeefe.com"
<rplecha@lippittokeefe.com>, "skohn@winston.com" <skohn@winston.com>,
"summersm@ballardspahr.com" <summersm@ballardspahr.com>,
"swahl@schiffhardin.com" <swahl@schiffhardin.com>, "tmayer@kramerlevin.com"
<tmayer@kramerlevin.com>, "Bennett, Ryan Blaine" <rbennett@kirkland.com>

Cc: "Thomas F. Cullen" <tfcullen@JonesDay.com>, Gregory Shumaker <gshumaker@JonesDay.com>, Corinne Ball <cball@JonesDay.com>, "Hertzberg, Robert S." <Hertzber@pepperlaw.com>

Date: 09/06/2013 10:49 AM

Subject: RE: In re City of Detroit, Michigan, Case No. 13-53846 (SWR)

---

Dan and Greg,

Thanks for your letter. Two quick follow ups:

1. Am I correct to infer that the City is declining our suggestion that it provide the other materials referenced in my original letter?

2. Is it correct that this term sheet is unsigned and undated? I just want to make sure we aren't missing a signature page.

Best,

Steve

**From:** Daniel T Moss [mailto:dtmoss@JonesDay.com]
**Sent:** Thursday, September 05, 2013 5:31 PM
**To:** Gartel, Lally A.; JGreen@ClarkHill.com; abyowitz@kramerlevin.com; Alfredo.perez@weil.com; apclawyer@sbcglobal.net; bforde@winston.com; bokeefe@lippittokeefe.com; bweisenthal@schiffhardin.com; Carol.cohen@arentfox.com; carole.neville@dentons.com; caroline.english@arentfox.com; chardman@winston.com; claude.montgomery@dentons.com; Dana.Kaufman@weil.com; David.Dubrow@arentfox.com; EJEssad@wwrplaw.com; fguadagnino@ClarkHillThorpReed.com; gneal@sidley.com; jbjork@sidley.com; *jwagner@kramerlevin.com1; kdenniston@schiffhardin.com; Kelly.DiBlasi@weil.com; knewbury@schiffhardin.com; llarose@winston.com; marriott@ballardspahr.com; morris@silvermanmorris.com; mott@schiffhardin.com; mtaunt@stroblpc.com; rfrimmer@schiffhardin.com; RGordon@ClarkHill.com; rplecha@lippittokeefe.com; skohn@winston.com; summersm@ballardspahr.com; swahl@schiffhardin.com; tmayer@kramerlevin.com; Hackney, Stephen C.; Bennett, Ryan Blaine
**Cc:** Thomas F. Cullen; Gregory Shumaker; Corinne Ball; Hertzberg, Robert S.
**Subject:** In re City of Detroit, Michigan, Case No. 13-53846 (SWR)

2

Counsel:

Please see attached correspondence from Greg Shumaker.

Best,

Dan

**Dan T. Moss**

---

Associate
51 Louisiana Ave. NW, Washington, DC 20001-2113 • **Direct**: 202.879.3794 • **Fax**: 202.626.1700 • dtmoss@jonesday.com

Please consider the environment before printing this e-mail.

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


***********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************



==========
This e-mail (including any attachments) may contain information that is private, confidential, or

3

protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========