**Exhibit 1**

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| | ) |
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## ORDER GRANTING THE OBJECTORS' EX PARTE MOTION FOR AN ORDER SHORTENING THE NOTICE PERIOD AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO THE OBJECTORS' MOTION *IN LIMINE* TO PRECLUDE DEBTOR FROM OFFERING EVIDENCE REGARDING THE LIKELIHOOD OF SUCCESS, COMPLEXITY, AND EXPENSE OF CLAIMS THE CITY SEEKS TO SETTLE WITH THE FORBEARANCE AND OPTIONAL TERMINATION AGREEMENT

This matter having come before the Court on the motion (the "*Ex Parte* Motion") of the Objectors for the entry of an order shortening the notice period and scheduling an expedited hearing on the Objectors' Motion *in Limine* to Preclude Debtor from Offering Evidence Regarding the Likelihood of Success, Complexity, and Expense of Claims the City Seeks to Settle with the Forbearance and Optional Termination Agreement, the Court having reviewed the Objectors' motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.     The Objectors' *Ex Parte* Motion is GRANTED.

2.     The hearing with respect to the Objectors' Motion *in Limine* shell be held on September 24, 2013, at 9:00 a.m. before Hon. Steven Rhodes in Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan.

3.    The joining Objectors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the motion.

4.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____
STEVEN W. RHODES
United States Bankruptcy Judge