## Summary of Attachments

Exhibit 1 - Proposed Order

Exhibit 2 - Notice

Exhibit 3 - Brief [N/A]

Exhibit 4 - Certificate of Service [To be Filed]

Exhibit 5 - Declaration of Alexandra Schwarzman

Exhibit 6-A - Excerpts of Deposition of Alexandra Schwarzman

Exhibit 6-B - Excerpts of Deposition of Kevyn D. Orr

Exhibit 6-C - Excerpts of Deposition of Kenneth Buckfire