# Exhibit 1
## Proposed Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## ORDER DENYING THE DEBTOR'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF ALEXANDRA SCHWARZMAN

This matter having come before the Court on the motion (the "Motion") of the Debtor, City of Detroit, for entry of an order excluding the testimony of Alexandra Schwarzman at the hearing (the "Hearing") on the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED:**

1. That the Debtor's Motion *in Limine* to Exclude Testimony of Alexandra Schwarzman is DENIED.

2. That the testimony of Alexandra Schwarzman will be permitted at the Hearing.

**IT IS SO ORDERED.**

                                                                                    _____
                                                                                    STEVEN W. RHODES
                                                                                    United States Bankruptcy Judge