# Exhibit 2
## Notice [N/A]