**Exhibit 3**

**Brief [N/A]**