# Exhibit 4

## Certificate of Service [To be Filed]