# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Stephen C. Hackney, hereby certify that the The Objectors' Motion *in Limine* to Preclude Debtor from Offering Evidence Regarding the Likelihood Of Success, Complexity, and Expense of Claims the City Seeks to Settle with the Forbearance and Optional Termination Agreement [Docket No. 933]; The Objectors' *Ex Parte* Motion for an Order Shortening the Notice Period and Scheduling an Expedited Hearing with Respect to the Objectors' Motion *in Limine* to Preclude Debtor from Offering Evidence Regarding the Likelihood of Success, Complexity, and Expense of Claims the City Seeks to Settle with the Forbearance and Optional Termination Agreement [Docket No. 934]; The Objectors' Motion *in Limine* to Preclude Debtor from Offering Evidence Regarding the City's Need to Obtain Casino Revenues in Connection with Its Debtor-in-Possession Financing Efforts [Docket No. 935]; The Objectors' *Ex Parte* Motion for an Order Shortening the Notice Period and Scheduling an Expedited Hearing with Respect to the Objectors' Motion *in Limine* to Preclude Debtor from Offering Evidence Regarding the City's Need to Obtain Casino Revenues in Connection with Its Debtor-In-Possession Financing Efforts [Docket No. 936]; and Syncora Capital Assurance and Syncora Guarantee Inc.'s Response to Debtor's Motion *in Limine* to Exclude Testimony of Alexandra Schwarzman [Docket No. 937] were filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 18th day of September, 2013.

Dated: September 18, 2013

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

# Exhibit 1
Electronic Mail Service List

Abby.wilkinson@FaegreBD.com
acaton@kramerlevin.com

afscme207@sbcglobal.net
afscme457@peoplepc.com
afscmelocal1023@att.net;
deliaenright@hotmail.com
afscmelocal229@ymail.com
Yvonners2001@yahoo.com
agarrett@miafscme.org
agerdes@gerdesplc.com
alfredo.perez@weil.com
anurses@att.net
aoreilly@honigman.com
apclawyer@sbcglobal.net
arlene.kirby@yahoo.com

aross@dwsd.org
aroth@bredhoff.com
jfreund@bredhoff.com
dgreenfield@bredhoff.com
Artp1@degc.org; gwlong@degc.org;
navin@degc.org;
atulocal26pba@aol.com
ayala.hassell@hp.com
ayoung586@comcast.net
bankruptcy@markowitzlegal.com
Bankruptcy2@ironmountain.com
bbennett@jonesday.com
bberens@jonesday.com
bbest@schaferandweiner.com
bborder@sspclegal.com
bbowman@bodmanlaw.com
bceccotti@cwsny.com
BellM1@michigan.gov
billwertheimer@gmail.com

jerry.ellis@couzens.com
jfischer@carsonfischer.com;
rweisberg@carsonfischer.com;
cgrosman@carsonfischer.com
jgadharf@mcdonaldhopkins.com
jgatteno@comcast.net
jharrison@uwua.net

jhb_ecf@osbig.com
jkamins@fosterswift.com
john.dillman@lgbs.com
john.sieger@kattenlaw.com
jsgroi@honigman.com
jturner@clarkhill.com
julia.caroff@usdoj.gov
jweiner@mcdonaldhopkins.com
karen.dine@kattenlaw.com;
kevin.baum@kattenlaw.com
kelly.diblasi@weil.com
ken.higman@hp.com


kenneth.noble@kattenlaw.com

Kim.robinson@bfkn.com
KingR@detroitmi.gov
KingY687@detroitmi.gov
kmiller@skjlaw.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kschneider@schneidermiller.com
Ksummers@dflaw.com
kthornbladh@gmail.com
langstony@gmail.com
laplante@millercanfield.com
lawrence.bell@usbank.com
lazonia.clark@chasepaymentech.com

**Exhibit 1**
Electronic Mail Service List

bkott@lewismunday.com
BLurye@afscme.org;
martz@afscme.org;
mblumin@afscme.org
bokeefe@lippittokeefe.com
bpatek@ermanteicher.com

BrooR@detroitmi.gov
btrumbauer@bodmanlaw.com
canderson@dwsd.org
Carol.Cohen@arentfox.com
carole.neville@dentons.com

cash@wnj.com
cbullock@sbplclaw.com;
ecrowder@sbplclaw.com
ck445polc@yahoo.com
claude.montgomery@dentons.com

clrncsndrs@yahoo.com
cobbm@detroitmi.gov
cphillips@miafscme.org
czucker@ermanteicher.com
david.boyle@airgas.com

David.Dubrow@arentfox.com

david.dubrow@arentfox.com;
mark.angelov@arentfox.com;
carol.cohen@arentfox.com
david.lemke@wallerlaw.com;
courtney.rogers@wallerlaw.com
david.rosenzweig@nortonrosefulbright.com
dbeckwith@fosterswift.com

lbrimer@stroblpc.com
llarose@winston.com;
skohn@winston.com;
chardman@winston.com
local2920@sbcglobal.net
lrochkind@jaffelaw.com

m.neil@sbcglobal.net
marcicampbel@gmail.com
Maria.D.Giannirakis@usdoj.gov
mark.ellenberg@cwt.com
Mark.Ellenberg@cwt.com;
Lary.Stromfeld@cwt.com;
Jason.Jurgens@cwt.com
marriott@ballardspahr.com
mcqueen@dwsd.org

mdordeski@foleymansfield.com
melanie.kotler@nortonrosefulbright.com
melissa@demolaw.com
mfield@stroblpc.com
miag@michigan.gov
mike.gearin@klgates.com
Mike.Paslay@wallerlaw.com;
Ryan.Cochran@wallerlaw.com
mimilaurie@yahoo.com;
ltownse@detroitpubliclibrary.org
missnick64@hotmail.com

MIStateTreasurer@michigan.gov

mjkarwoski@alumni.nd.edu

mnicholson@uaw.net

**Exhibit 1**
Electronic Mail Service List

dbernstein@plunkettcooney.com
dcopley@dickinsonwright.com

deisenberg@ermanteicher.com
Detroitinfo@kccllc.com
dfish@allardfishpc.com;
tgraves@allardfishpc.com
dgheiman@jonesday.com;
hlennox@jonesday.com;
tawilson@jonesday.com
Diaz@detroitpoa.com;
DiazM3329@gmail.com
dlerner@plunkettcooney.com;
plannen@plunkettcooney.com
dmalcolm@miafscme.org
dmcnamara344@aol.com
dmollicone@dmms.com
dmzack@mcalpinepc.com
DoluntS320@detroitmi.gov
dplon@sirlinlaw.com
dpoitras@jmbm.com
dweiner@schaferandweiner.com
ecf@gudemanlaw.com
ecf@kaalaw.com
ecf@lassnerlaw.com
ecf@zaplc.com
eduardo.rodriguez@bnymellon.com

edunn@maxwelldunnlaw.com
Edwin.smith@bingham.com
edwin.smith@bingham.com;
jared.clark@bingham.com;
steven.wilamowsky@bingham.com;

mnicholson@uaw.net;
morris@silvermanmorris.com;
avery@silvermanmorris.com
msl@maddinhauser.com
mtaunt@stroblpc.com
mvanoverbeke@vmtlaw.com

mwarner@coleschotz.com

NicDun@detroitmi.gov

paige.barr@kattenlaw.com

Pamkin@detroitmi.gov
patel@dwsd.org
pcanzano@sidley.com
pdibello@ca.ibm.com
pghosh@dwsd.org
phage@jaffelaw.com
philphil48238@yahoo.com
poam@poam.net
pra@vanguardians.org
presidentjan@aol.com
presidentlocal1227@hotmail.com
princel@dteenergy.com
proberts@shawfishman.com;
rfishman@shawfishman.com;
ibodenstein@shawfishman.com;
ggouveia@shawfishman.com;
ddoyle@shawfishman.com;
mreiser@shawfishman.com
pwhunt@kerr-russell.com
rayguzall@attorneyguzall.com
rdiehl@bodmanlaw.com

3

**Exhibit 1**
Electronic Mail Service List

marcus.marsh@bingham.com

eerman@ermanteicher.com
efeldman@clarkhill.com
ejessad@wwrplaw.com;
mrjames@wwrplaw.com
emajoros@glmpc.com
emcneil@miafscme.org
enovetsky@jaffelaw.com
etashman@sidley.com;
jbjork@sidley.com
express33@aol.com
flanchers@michigan.gov;
schneiderm7@michigan.gov
fusco@millercanfield.com
gary.holtzer@weil.com;
alfredo.perez@weil.com
gneal@sidley.com
gneal@sidley.com
green@millercanfield.com;
laplante@millercanfield.com
gvp1220@aol.com

HansberryM@detroitmi.gov
hertzbergr@pepperlaw.com
Howard.Hawkins@cwt.com;
lary.stromfeld@cwt.com
howard@jacobweingarten.com

hsanders@miafscme.org
info@drcea.org
stoby@dykema.com
jbank@kerr-russell.com
jbellman@jonesday.com
jbendernagel@sidley.com

rdpffa@hotmail.com
Reesel@detroitmi.gov
rfrimmer@schiffhardin.com;
mott@schiffhardin.com
rgordon@clarkhill.com
rplecha@lippittokeefe.com
rrose@dykema.com
sam.alberts@dentons.com

Schneiderm7@michigan.gov
sdeeby@clarkhill.com

Sean.Cowley@usdoj.gov
senoritabonita@peoplepc.com

sfarrell@dykema.com
sfoss@winston.com
sgross@mcdonaldhopkins.com

sgrow@wnj.com;
ddozeman@wnj.com;
cash@wnj.com
showell@dickinsonwright.com
simoliun@dwsd.org
skhanna@berkre.com

slevine@lowenstein.com;
pgross@lowenstein.com
soconnor@glmpc.com
steveramadan@gmail.com

summersm@ballardspahr.com
susan.brown5@usbank.com
susan.jacobsen2@usbank.com

4

**Exhibit 1**
Electronic Mail Service List

jbjork@sidley.com
jcalton@honigman.com
jcanzano@michworklaw.com

jcarter@sbsco.com
jcunningham@uaw.net
jcunningham@uaw.net
jd@primeshares.com;
transfer@primeshares.com
jeatonf@cousenslaw.com
JenkinsH@detroitmi.gov
wwkannel@mintz.com;
awalker@mintz.com
yo@osbig.com
youngM604@detroitmi.gov;
Polo4491@aol.com

swahl@schiffhardin.com
swilson@dwsd.org
swolfson@wolfsonbolton.com;
akochis@wolfsonbolton.com
theda3t@yahoo.com
TL214teams@ameritech.net
tmayer@kramerlevin.com
tsable@honigman.com

union836@yahoo.com
vgflawyer@sbcglobal.net
william.miller@iuoe324.org

wsmith@mwe.com
wsmith@mwe.com;
ncoco@mwe.com

**Exhibit 2**
First Class Mail Service List

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

Detroit Police Benefit and Protective Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard
Suite 405
Detroit, MI 48202

The Office of the Governor of the State of Michigan
Governor Rick Snyder
P.O. Box 30013
Lansing, MI 48909

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA 30328

The City of Detroit
Attn: Kevyn D. Orr, Emergency Manager
Coleman A. Young Municipal Center
2 Woodward Ave, Suite 1126
Detroit, MI 48226

The City of Detroit
Attn: Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI 48325

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226