# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING THE OBJECTORS' EX PARTE MOTION FOR AN ORDER SHORTENING THE NOTICE PERIOD AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO THE OBJECTORS' MOTION *IN LIMINE* TO PRECLUDE DEBTOR FROM OFFERING EVIDENCE REGARDING THE LIKELIHOOD OF SUCCESS, COMPLEXITY, AND EXPENSE OF CLAIMS THE CITY SEEKS TO SETTLE WITH THE FORBEARANCE AND OPTIONAL TERMINATION AGREEMENT**

This matter having come before the Court on the motion (the "*Ex Parte* Motion") of the Objectors for the entry of an order shortening the notice period and scheduling an expedited hearing on the Objectors' Motion *in Limine* to Preclude Debtor from Offering Evidence Regarding the Likelihood of Success, Complexity, and Expense of Claims the City Seeks to Settle with the Forbearance and Optional Termination Agreement, the Court having reviewed the Objectors' motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objectors' *Ex Parte* Motion is GRANTED.

2. The hearing with respect to the Objectors' Motion *in Limine* shall be held on September 24, 2013, at 9:00 a.m. before Hon. Steven Rhodes in Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan.

**IT IS SO ORDERED.**

**Signed on September 19, 2013**

                                                  /s/ Steven Rhodes
                                                  Steven Rhodes
                                                  United States Bankruptcy Judge