# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING THE OBJECTORS' EX PARTE MOTION FOR AN ORDER SHORTENING THE NOTICE PERIOD AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO THE OBJECTORS' MOTION *IN LIMINE* TO PRECLUDE DEBTOR FROM OFFERING EVIDENCE REGARDING THE CITY'S NEED TO OBTAIN CASINO REVENUES IN CONNECTION WITH ITS DEBTOR-IN-POSSESSION FINANCING EFFORTS**

This matter having come before the Court on the motion (the "*Ex Parte Motion*") of the Objectors for the entry of an order shortening the notice period and scheduling an expedited hearing on the Objectors' Motion *in Limine* to Preclude Debtor from Offering Evidence Regarding the City's Need to Obtain Casino Revenues in Connection With Its Debtor-In-Possession Financing Efforts, the Court having reviewed the Objectors' motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objectors' *Ex Parte* Motion is GRANTED.

2. The hearing with respect to the Objectors' Motion *in Limine* shall be held on September 24, 2013, at 9:00 a.m. before Hon. Steven Rhodes in Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan.

**IT IS SO ORDERED.**

.

**Signed on September 19, 2013**

                    __/s/ Steven Rhodes__
                    **Steven Rhodes**
                    **United States Bankruptcy Judge**