UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name __Robin Wysocki__

Firm __Miller, Canfield, Paddock and Stone, P.L.C.__

Address __150 West Jefferson Avenue, Suite 2500__

City, State, Zip __Detroit, Michigan 48226__

Phone __313-496-7631__

Email __wysocki@millercanfield.com__

**Case/Debtor Name:**

Case Number: __13-53846__

Chapter: __9__

Hearing Judge __Hon. Steven Rhodes__

⊙ Bankruptcy   ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: __09/19/2013__   Time of Hearing: __10 am__   Title of Hearing: __Eligibility Questions__

Please specify portion of hearing requested:   ⊙ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⊙ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

**Type of Request:**

[X] Expedited Transcript - $4.85 per page (7 working days)

**Signature of Ordering Party:**

/s/ Robin Wysocki                       Date: __9/19/2013__

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date           By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt   Doc 946   Filed 09/19/13   Entered 09/19/13 14:58:31   Page 1 of 1