# EXHIBIT 1
## Proposed Form of Order

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
::: 
| | |
|---|---|
| | Chapter 9 |
| In re: | Case No. 13-53846 |
| **CITY OF DETROIT, MICHIGAN**, | Hon. Steven W. Rhodes |
| Debtor. | |

_____x

## ORDER CLARIFYING THE COURT'S JULY 25, 2013 STAY ORDER

This matter coming before the Court on the emergency motion of Petitioners Robert Davis and Citizens United Against Corrupt Government ("Petitioners") for entry of an order clarifying the Court's July 25, 2013 Stay Order; the Court having reviewed Petitioners' emergency motion and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1. Petitioners' motion is GRANTED.

2. The Court's July 25, 2013 Stay Order Extending the Chapter 9 Stay does not apply or extend to Petitioners' Quo Warranto lawsuit against Saunteel Jenkins, Wayne County Circuit Court Case No. 13-010901-AW, which is currently pending in the Wayne County Circuit Court before the Honorable Judge Lita M. Popke.

3. Wayne County Circuit Court Judge Lita M. Popke may proceed with adjudicating the merits of Petitioners' Quo Warranto lawsuit against Saunteel Jenkins, Case No. 13-010901-AW.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Page **2** of **2**

13-53846-tjt    Doc 949-1    Filed 09/19/13    Entered 09/19/13 15:33:40    Page 2 of 2