# EXHIBIT 4
## Certificate of Service

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x

|  |  |  |
|---|---|---|
|  | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

_____

## CERTIFICATE OF SERVICE

    I, ANDREW A. PATERSON, certify that on September 19, 2013, I served a copy of Petitioners' Emergency Motion for Clarification of the Court's July 25, 2013 Order on the following parties, via email, at these email addresses:

    Jim Noseda (NoseJ@Detroitmi.gov)

                                        /S/ Andrew A. Paterson_(P18690)_____
                                        Attorney for Petitioners
                                        46350 Grand River, Suite C
                                        Novi, MI 48374
                                        (248) 568-9712
                                        Aap43@hotmail.com
                                        P18690