# EXHIBIT 6

# DOCUMENTARY EXHIBITS [Exhibits A-C]