STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

**CITIZENS UNITED AGAINST CORRUPT GOVERNMENT**

       Plaintiff

-vs-                            CASE NO. 13-010901 AW
                                  Hon. Lita Popke

**SAUNTEEL JENKINS, in her official capacity as the**
Duly "appointed" President of the Detroit City Council

       Defendant.
_____/

13-010901-AW
FILED IN MY OFFICE
WAYNE COUNTY CLERK
9/10/2013 4:24:54 PM
CATHY M. GARRETT

/s/ Belinda Roberts

### ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on the Plaintiff's Ex Parte Application for Leave to File Complaint for Writ of Quo Warranto Against Saunteel Jenkins, and the Court having reviewed the pleadings and applicable law, and having determined that a response from the Defendant is necessary in order for the Court to make a ruling on the Ex Parte Application, and being otherwise fully advised in the premises;

      **IT IS HEREBY ORDERED** that **SAUNTEEL JENKINS**, in her official capacity as the President of the Detroit City Council, shall file a responsive brief on or before Thursday September 26, 2013 and Show Cause as to why the Complaint for Writ of Quo Warranto should not be granted.

      **IT IS FURTHER ORDERED** that Plaintiff shall serve the pleadings and a copy of this Order on the Defendant no later than September 12, 2013.

      **IT IS SO ORDERED.**

9/10/2013
_____
Date

/s/ Lita M. Popke
_____
**LITA M. POPKE**
Circuit Court Judge