# **EXHIBIT 4**
**Certificate of Service**

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x

|  |  |  |
|---|---|---|
|  | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

_____

## CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that on September 19, 2013, I served a copy of Petitioners' Motion for Ex Parte Order To Reduce the Time for filing objections to Petitioners' Emergency Motion for Clarification of the Court's July 25, 2013 Order on the following parties, via email, at these email addresses:

    Jim Noseda (NoseJ@Detroitmi.gov)

    /S/ Andrew A. Paterson_ (P18690)_____
    Attorney for Petitioners
    46350 Grand River, Suite C
    Novi, MI 48374
    (248) 568-9712
    Aap43@hotmail.com
    P18690