UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------------x
In re                                          :        Chapter 9
CITY OF DETROIT, MICHIGAN                      :        Case No. 13-53846
                          Debtor.              :        Hon. Steven W. Rhodes
------------------------------------------------------------------x

## APPEARANCE AND REQUEST TO BE ADDED TO THE ELECTRONIC NOTICE LIST

Please enter the appearance of Barry S. Fagan on behalf of Chapter 7 Trustee, Charles Taunt, for the Bankruptcy Estate of SIMEON CHISARA OHAKPO, in the above-captioned matter. Chapter 7 Trustee, Charles Taunt, for the Bankruptcy Estate of SIMEON CHISARA OHAKPO has an interest in this matter and requests to be added to the electronic notice list pursuant to Rule 2002-5.

                                              Respectfully submitted,

                                              DIB AND FAGAN, P.C.


                                              By: /s/ *Barry S. Fagan*
                                                  Barry S. Fagan  (P34275)
                                                  Attorney for Chapter 7 Trustee, Charles
                                                  Taunt, for the Bankruptcy Estate of
                                                  SIMEON CHISARA OHAKPO
                                                  25892 Woodward Avenue
                                                  Royal Oak, MI  48067-0910
                                                  (248) 542-6300
Dated:  September 19, 2013                        bfagan@dibandfagan.com