## Summary of Exhibits

Exhibit 1 - Proposed Order

Exhibit 2 - Notice

Exhibit 3 - Brief [Not Required]

Exhibit 4 - Certificate of Service [To be Filed]

Exhibit 5 - Affidavit [N/A]

Exhibit 6-A - Objectors' Designations From August 30, 2013 Deposition of Kevyn Orr

Exhibit 6-B - Objectors' Designations From August 29, 2013 Deposition of Kenneth Buckfire

Exhibit 6-C - Excerpts From Deposition of Kevyn Orr

Exhibit 6-D - Excerpts From Deposition of Kenneth Buckfire