# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON THE OBJECTORS' MOTION TO ADMIT CERTAIN DEPOSITION TESTIMONY OF KEVYN ORR AND KENNETH BUCKFIRE

This matter coming before the Court on the *Ex Parte Motion for An Order Shortening Notice and Scheduling an Expedited Hearing on The Objectors' Motion to Admit Certain Deposition Testimony of Kevyn Orr and Kenneth Buckfire* (the "Motion"); the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Objectors' Motion is GRANTED.

2. A hearing with respect to The Objectors' Motion to Admit Certain Deposition Testimony of Kevyn Orr and Kenneth Buckfire shall be held on September 24, 2013, at 9:00 a.m. (prevailing Eastern Time) before the Hon. Steven

Rhodes in Courtroom 100, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on September 20, 2013**

                                                                                      **/s/ Steven Rhodes**
                                                                                       **Steven Rhodes**
                                                                                       **United States Bankruptcy Judge**

3.