# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Judy B. Calton

Firm: Honigman Miller Schwartz and Cohn LLP

Address: 660 Woodward Avenue, Suite 2290

City, State, Zip: Detroit, MI 48226

Phone: 313-465-7344

Email: jcalton@honigman.com

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 11

**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy    ○ Adversary

○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 09/19/2013    Time of Hearing: 3:00pm    Title of Hearing: Motion to Compel

Please specify portion of hearing requested:  ⦿ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

○ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ⦿ Other

Special Instructions: Michigan Council 25 of AFSCME et al Motion to Compel Testimony of Kevyn Orr et al.

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

⦿ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Judy B. Calton    Date: 09/20/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.



FOR COURT USE ONLY

Transcript To Be Prepared By

_____ Date ____ By ____

Order Received:

Transcript Ordered

Transcript Received