UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

Order Denying Motion for Ex Parte Order to Reduce the Time
For a Party to Take Any Action or File Objections to Petitioner
Robert Davis' and Citizens United Against Corrupt Government's
Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order

On September 19, 2013, petitioners Robert Davis and Citizens United Against Corrupt Government filed a motion for an ex parte order to reduce the time for a party to take any action or file any objections to petitioner Robert Davis' and Citizens United Against Corrupt Government's emergency motion for clarification of the Court's July 25, 2013 stay order. The Court concludes that good cause has not been shown which would warrant the granting of the motion. Accordingly, it is hereby ordered that the petitioners' motion to reduce the time for a party to take any action or file objections to petitioners' emergency motion for clarification of the Court's July 25, 2013 stay order (Dkt. #950) is denied.

.

**Signed on September 20, 2013**

                                                            **/s/ Steven Rhodes**
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**