## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-----------------------------------------------------x
:
In re                                                      :            Chapter 9
:
CITY OF DETROIT, MICHIGAN,                :            Case No. 13-53846
:
                                    Debtor.         :            Hon. Steven W. Rhodes
:
:
-------------------------------------------------- x

## NOTICE OF VIDEO DEPOSITION
## UNDER FED. R. CIV. P. 30 AND FED. R. BANKR. P. 7030

To:    The Detroit Police Lieutenants & Sergeants Association ("DPLSA")

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit ("the City"), by and through its undersigned counsel, will take depositions upon oral examination of the following person(s) at the time and place set forth, or such other time and place as may be mutually arranged. All such depositions shall be taken at the offices of Miller, Canfield, Paddock, and Stone, PLC, 150 West Jefferson, Suite 2500, Detroit, Michigan 48226:

1.        September 23, 2013 @ 9:00 a.m.: Mark Young

The   depositions will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. The oral examination will continue from day to day  until completed.

The deposition will be recorded by stenograph and video for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: September 20, 2013         Respectfully submitted,


          /s/ Bruce Bennett
         Bruce Bennett (CA 105430)
         JONES DAY
         555 South Flower Street
         Fiftieth Floor
         Los Angeles, California 90071
         Telephone:  (213) 243-2382
         Facsimile:  (213) 243-2539
         bbennett@jonesday.com

         David G. Heiman (OH 0038271)
         Heather Lennox (OH 0059649)
         JONES DAY
         North Point
         901 Lakeside Avenue
         Cleveland, Ohio  44114
         Telephone:  (216) 586-3939
         Facsimile:  (216) 579-0212
         dgheiman@jonesday.com
         hlennox@jonesday.com

         Jonathan S. Green (MI P33140)
         Stephen S. LaPlante (MI P48063)
         MILLER, CANFIELD, PADDOCK AND
         STONE, P.L.C.
         150 West Jefferson
         Suite 2500
         Detroit, Michigan  48226
         Telephone:  (313) 963-6420
         Facsimile:  (313) 496-7500
         green@millercanfield.com
         laplante@millercanfield.com

         ATTORNEYS FOR THE CITY OF DETROIT

## Certificate of Service

I, Bruce Bennett, hereby certify that the foregoing Notice of Video Deposition under Fed. R. Civ. P. 30 and Fed. R. Bankr. P. 7030 was filed and served via the Court's electronic case filing and noticing system on this 20th day of September, 2013.


Dated: September 20, 2013

/s/ Bruce Bennett
Bruce Bennett