September 10, 2013

Dear Judge Rhodes,

Surely this is one of many letters you have received from retired City of Detroit workers who are in fear of losing pension benefits and income.

My husband, Robert Carlton, retired from the Detroit Police Department after 37 years of service ... of risking his life on a daily basis to help others. As you know, he never had the option of paying into Social Security.

Given Mr. Orr's "drastic" cut to pension income (a proposal, of course), my husband - at 72 years of age - is trying to find employment! Quite honestly, even Home Depot won't hire him!

As I have an education background, I have applied (at 65 years of age) to substitute teach. And even though I collect $800 per month (Social Security), there is no way we

FILED 2013 SEP 19 P 2:00 CLERK U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 980    Filed 09/19/13    Entered 09/20/13 13:43:47    Page 1 of 3

could afford to stay in our retirement home... let alone afford medication, gas, etc.

Our situation is not unique. My husband's former mentor - a retired 91 year old City of Detroit worker, will literally be kicked out of his assisted living facility in Florida - if his income is reduced.

The only thing I ask, Judge Rhodes, is that you keep "real" folks like us in mind as you render a decision about the city's bankruptcy and Mr. Orr's access to our pension funds. The State of Michigan gives us constitutional protection against alterations or decreases in the monies. I pray that you will honor this law.

The lives of 23,000 hard-working people are in your hands. Many retired officers that we know will be thrown into bankruptcy themselves... losing everything. I trust in your judgment and ethics and believe that the court will be of help to the

the thousands of police and firefighters who had careers helping others.

Sincerely,
Christine M. Carleton

35 Abby Brook Lane
Howell, Michigan 48843
517-518-8957