UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 9

Case No. 13-53846-swr

Hon. Stephen W. Rhodes

## NOTICE OF APPEARANCE AND REQUESTS FOR NOTICES

PLEASE TAKE NOTICE that the undersigned hereby files an appearance in pro per, in her capacity as a widow and beneficiary of deceased City of Detroit policemen Sergeant George A. Jones (Social Security No. XXX-XX-0370 and Retirement Number 176311); and request that copies of any and all notices be served upon her, pursuant to F.R. B.P. 2002, and that they be transmitted to her as follows:

> **Sylvia Jean Brown Jones, In Pro Per**
> **218 Elmshaven Drive**
> **Lansing, Michigan 48917**
> **E-mail: bjdelta55@gmail.com**
> **Tel: (517) 303.5513**

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance does not waive the rights of the undersigned to contest the jurisdiction of the court to approve any diminishment or impairment of her rights to receive accrued financial benefits guaranteed by Article IX § 24 of the Michigan Constitution of 1963; nor does she waived her right to contest the governors authority to consent to a proceeding whose net effect is to put in place a diminishment or impairment of such rights.

Dated: September 20, 2013

Respectfully submitted,

/s/ Sylvia Jean Brown Jones
Sylvia Jean Brown Jones, In Pro Per