# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------- x
                                            :

In re                                  :                Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,    :                Case No. 13-53846
                                            :
                    Debtor.              :                Hon. Steven W. Rhodes
                                            x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2013, he filed ***DEBTOR'S OBJECTION TO DEVERY JONES MOTION FOR RELIEF FROM THE AUTOMATIC STAY*** ("Objection") and the accompanying ***BRIEF IN OPPOSITION TO DEVERY JONES MOTION FOR RELIEF FROM THE AUTOMATIC STAY*** with the court, using the court's CM/ECF system, which will send notice of the filing to the Movant and all other registered participants in this matter. The undersigned further certifies that on this date, he also caused a copy of the Objection to be served upon the following, via electronic mail and First Class United States Mail:

Brian A. McKenna/Mami Kato
Sachs Waldman, P.C.
2211 East Jefferson Avenue, Suite 200
Detroit, MI 48207-4160
brianmckenna@sachswaldman.com
mkato@sachswaldman.com

By: /s/ Stephen S. LaPlante
Stephen S. LaPlante
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
laplante@millercanfield.com