UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN. | No. 13-53846 |
| Debtor. | HON. STEVEN W. RHODES |

**EX PARTE MOTION OF THE STATE OF MICHIGAN
FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO THE
ELIGIBILITY OBJECTIONS RAISING ONLY LEGAL ISSUES**

In its initial response, the State of Michigan did not address whether Michigan's Pension Clause would prevent this Court from confirming a plan of adjustment that would impair unfunded pension obligations. The State did not address that issue because this Court's order expressly directed the parties not to: "the Court will not consider the issue of the treatment of pension rights when considering the eligibility objection in paragraph 9." (Doc. # 642, 8/26/13 Order, at 6.)

The Court's amended order reverses that directive. It expressly abrogates the restriction against addressing the issue of unfunded pension obligations. (Doc. # 821, 9/12/13, at 6.)

Accordingly, the State respectfully moves for leave to file, on or before October 4, 2013, a supplemental response to address this issue, given that the Court has now provided new guidance suggesting the issue may be relevant to the eligibility determination.

Respectfully submitted,

Matthew Schneider (P62190)
Chief Legal Counsel

*s/Matthew Schneider*
Matthew Schneider (P62190)
Assistant Attorney General
Attorney for Respondents
P.O. Box 30736
Lansing, Michigan 48909
517.373.3042

Aaron D. Lindstrom
Assistant Solicitor General

Margaret A. Nelson
Assistant Attorney General

Steven G. Howell
Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425

Attorneys for the State of Michigan
Michigan Dep't of Attorney General

# CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on September 20, 2013, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Matthew Schneider*
Matthew Schneider (P62190)
Assistant Attorney General
Attorney for Respondents
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
