# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
CITY OF DETROIT, MICHIGAN.

Debtor.

Chapter 9  
No. 13-53846

HON. STEVEN W. RHODES

This matter coming before the Court on the *Ex Parte* Motion of the State of Michigan for Leave to File a Supplemental Response to the Eligibility Objections Raising Only Legal Issues, filed by the State, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED.

2. The State is granted leave to file a supplemental response to the eligibility objections raising only legal issues on or before October 4, 2013.