UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes

     Debtor.
_____/

Order Granting in Part and Denying in Part
AFSCME's Motion to Compel [Dkt. #920]

     For the reasons stated on the record in open Court on September 19, 2013, it is hereby ordered that AFSME's motion to compel is granted in part and denied in part. The debtor shall make available the Emergency Manager, Kevyn Orr, for further deposition at a mutually convenient date and time. If the parties are in dispute regarding whether a deposition question seeks evidence that is protected by the attorney-client privilege, the parties are invited to contact the Court by phone for resolution.

.

**Signed on September 20, 2013**

                        **/s/ Steven Rhodes**
                    **Steven Rhodes**
                    **United States Bankruptcy Judge**