INDEX OF EXHIBITS

1. Kevyn Orr Deposition Extracts
2. Excerpts of Kevyn Orr June 14 Financial Statement to Creditors
3. September 17, 2013 Affidavit of Saqib Bhatti
4. Deposition Excerpts Saqib Bhatti
5. September 20, 2013 Affidavit of Saqib Bhatti
6. Article on Libor Manipulation
7. City of Detroit Study on Subprime Lending