# EXHIBIT 3

# AFFIDAVIT OF SAQIB BHATTI

STATE OF MICHIGAN )
) SS
COUNTY OF WAYNE )

1. I Saqib Bhatti, do affirm and state as follows:

2. I am a Fellow at the Nathan Cummings Foundation researching the role that municipal finance deals play in public budget crises. Prior to my fellowship, I analyzed the financial industry for six years as a Senior Financial Analyst with the Service Employees International Union (SEIU). During this time, my work focused on two primary areas: municipal finance and the housing crisis.

3. I have established myself as an expert on interest rate swaps in particular, leading a team of researchers that has uncovered more than 1,100 swap deals and quantified the costs of each to taxpayers. Through this research, I have been able to draw clear connections between interest rate swaps and budget deficits in cities and states across the country.

4. This work has also allowed me to understand the rampant fraud in the municipal derivatives industry. I have studied the London Inter-Bank Offered Rate (LIBOR) manipulation scandal and helped analyze the State of Oregon's potential losses stemming from the illegal manipulation of LIBOR. I am also familiar with the municipal derivatives bid-rigging scandal, the International Swap Dealers Association's ISDAfix scandal, and other instances of criminal corruption in the industry, like the fraudulent interest rate swaps that bankrupted Jefferson County, Alabama.

5. I have met with numerous public officials and/or their staff in more than ten states, including treasurers, attorneys general, comptrollers, mayors, city managers, chief financial officers, finance directors, state legislators, and city councilmembers to present my research and offer policy recommendations. My work has led to policy considerations in more

than 20 cities across the country, and it has been covered by major US and international press outlets, including the *Wall Street Journal, New York Times, Financial Times,* and *American Banker*. I am frequently consulted by financial reports writing stories about interest rate swaps as an expert for background research.

6.  I was awarded the highly competitive Nathan Cummings Foundation Fellowship in recognition of my work in the area of municipal finance to work with economists, academics, industry experts, public officials, and nonprofit organizations to develop and advocate for alternate models for government financing that are not dependent on risky financial instruments like interest rate swaps.

7.  My testimony will speak specifically to the impact that the illegal manipulation of LIBOR had on the City of Detroit's interest rate swaps. It will also focus on known instances of fraud, corruption, and criminal behavior that have been uncovered in the municipal derivatives market elsewhere in the country, including the bid-rigging scandal, the ISDAfix manipulation scandal, and the corruption scandal in Jefferson County.

FURTHER AFFIANT SAYETH NOT.

_____          _____
SAQIB BHATTI                                                    Date

Subscribed and sworn to before me this _____ day of September, 2013

_____
Notary Public; _____, Wayne County Michigan.

My commission expires: _____

```
Vanessa G Fluker
Notary Public of Michigan
Wayne County
Expires 01/11/2015
Acting in the County of _____
```

13-53846-tjt    Doc 992-3    Filed 09/20/13    Entered 09/20/13 17:13:15    Page 3 of 11

# EXHIBIT 4

```
 1                UNITED STATES BANKRUPTCY COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4
 5    _____
 6    In re:                      )  Chapter 9
 7                                )
 8    CITY OF DETROIT, MICHIGAN,  )  Case No. 13-53846
 9                                )
10              Debtor.           )  Hon. Steven W. Rhodes
11    _____)
12
13
14                     VIDEO DEPOSITION
15
16
17    DEPONENT:   SAQIB BHATTI
18    DATE:       Wednesday, September 18, 2013
19    TIME:       11:03 a.m.
20    LOCATION:   Pepper Hamilton, LLP
21                Suite 1800
22                4000 Town Center
23                Southfield, Michigan  48075
24    REPORTER:   Michele E. French, CSR-3091, RMR, CRR
25
```

Page 38

1  You said small business. What was the one prior to
2  that -- or after that?
3      A.  Was it municipal finance?
4      Q.  Municipal finance. What did you do
5  there?
6      A.  We looked through -- so there was no
7  central repository of interest rate swap deals that
8  exists publicly, and so we culled through hundreds
9  of financial reports from governmental entities
10 across the country.
11     Q.  Is this the one where you said you
12 categorized 1,100 swap transactions?
13     A.  Yes.
14     Q.  Okay. We started to talk about that.
15 Why don't we talk about it a little bit further.
16         So you categorized 1,100 transactions,
17 swap transactions. What did you do? You took the
18 variable rate and looked at the variable rate and
19 the fixed rate?
20     A.  Correct.
21     Q.  And then what did you do after you did
22 that?
23     A.  Multiplied it by the notional amount.
24     Q.  Okay. And came up with a dollar amount
25 on the spread; correct?

Page 39

1      A.  Correct.
2      Q.  And then what did you do?
3      A.  In which case?
4      Q.  After you -- after you did this analysis
5  or research on the 1,100 swaps, what was the next
6  step you used the report for?
7          Did the report have anything -- let me
8  strike that.
9          Did the report have anything more in it
10 than those things that you just described?
11     A.  So there was no report we issued with
12 the data on 1,100.
13     Q.  Okay. So you never issued a report on
14 those 1,100 swap transactions that you did a -- or
15 did an analysis of; correct?
16     A.  No. It was not one -- the research was
17 not for one big report.
18     Q.  Okay. What was the research for, then?
19     A.  The research was to figure out what's
20 happening locally in different places and then,
21 based on that, we did reports in specific places.
22     Q.  And where did you do report -- what
23 specific places did you do reports in?
24     A.  So the ones that I, myself, wrote that
25 touch on interest rate swaps were in -- so Florida,

Page 40

1  the one in Florida for the School District of Palm
2  Beach County. State of Illinois. This report
3  that's listed, "Illinois Banks and Corporations'
4  Impact on the State's Economic and Budget Crisis."
5      Q.  Well, let's start with the -- let's take
6  them one at a time.
7          The Florida one, you said I believe
8  earlier in your testimony that there you just
9  presented the cost of the swap to them?
10     A.  Correct.
11     Q.  And did you make any other findings or
12 determinations?
13     A.  Yeah. What we determined was that the
14 swaps became most costly in the aftermath of the
15 financial crisis when the Federal Reserve slashed
16 interest rates in response to the collapse of Lehman
17 Brothers.
18     Q.  Okay. Any other -- any other findings
19 you made based upon your analysis, besides that?
20     A.  No.
21     Q.  Okay. The next one you started was
22 number 5 on your CV, which is the "Illinois Banks
23 and Corporations' Impact on the State's Economic and
24 Budget Crisis." Correct?
25     A.  Correct.

Page 41

1      Q.  And what was that report that you
2  prepared?
3      A.  I mean, so, that report looked at a
4  number of different ways that Wall Street had an
5  impact on the economy within Illinois. It looked at
6  small business lending. It looked at foreclosures.
7  It also looked at interest rate swaps.
8      Q.  Let's concentrate on the portion that
9  dealt with the interest rate swaps. What did you
10 report on?
11     A.  It was the same as with the School
12 District. Looking at the spread between the
13 variable and fixed rate and putting a dollar amount
14 on it.
15     Q.  So is it -- and what's the next one you
16 did?
17     A.  Actually, the first one we skipped over,
18 the "Riding the Gravy Train."
19     Q.  Okay. And that was -- was that given to
20 some jurisdictional unit?
21     A.  That was -- that covered 12 different
22 places.
23     Q.  And that -- once again, was that the same
24 type of report, where you did the calculation of the
25 cost of the swap?

Page 42

1    A.  The additional thing that was in that one
2  that was not in the other reports was that we also
3  put dollar amounts to the impact of LIBOR
4  manipulation on these interest rate swaps.
5    Q.  Okay. And what study did you do on LIBOR
6  manipulation?
7    A.  That one.
8    Q.  Did you -- how do you know there was
9  LIBOR manipulation?
10   A.  It's been widely reported in the press
11 and there have been a number of settlements already
12 between regulators and banks.
13   Q.  Have you done any independent research on
14 LIBOR manipulation?
15   A.  Yes.
16   Q.  And what studies have you done?
17   A.  So in Oregon, we analyzed the State of
18 Oregon's investments to determine the impact of
19 LIBOR manipulation on --
20   Q.  I'm not asking the impact of LIBOR
21 manipulation. I'm asking what studies or research
22 you have done personally in regard to determining
23 whether there was LIBOR manipulation in....
24   A.  None.
25   Q.  Okay. So you were relying on other

Page 44

1    Q.  Yes.
2    A.  -- was based on studies that have been
3  done -- both studies that have been done and
4  admissions by banks. UBS in particular has pleaded
5  guilty to LIBOR manipulation.
6    Q.  In Oregon?
7    A.  Well, the rate -- it's a global rate. If
8  the rate is -- it's a global rate based out of the
9  U.K. It's -- the same rate affects investment tied
10 to LIBOR everywhere.
11   Q.  And tell me how did you calculate the
12 likely loss in Oregon at $110 million?
13   A.  We put in an information request to the
14 State of Oregon. They produced for us a document
15 that quantified the estimated losses for every basis
16 point of manipulation. And we took the prevailing
17 numbers from studies that were done by the
18 researchers at the University of Minnesota and UCLA
19 on the amount of manipulation that took place during
20 different time periods and --
21   Q.  Well, I'm confused. You say you took the
22 analysis that the State of Oregon had done on the
23 manipulation?
24   A.  Yes.
25   Q.  So they had already calculated what they

Page 43

1  people's work and findings in regard to LIBOR
2  manipulation?
3    A.  Correct.
4    Q.  And you did no independent analysis or
5  investigation into whether, in fact, there was LIBOR
6  manipulation and the impact the LIBOR manipulation
7  had?
8    A.  On the first part, no. On the second
9  part, yes.
10   Q.  Okay.
11   A.  We did do research on the impact.
12   Q.  And what type of research did you do?
13   A.  Quantifying the financial -- the
14 financial losses to the State of Oregon from the
15 manipulation.
16   Q.  Okay. And when you say "quantifying,"
17 what do you mean by that?
18   A.  We determined that the State of Oregon
19 likely lost $110 million as a result of LIBOR
20 manipulation.
21   Q.  And what did you base your findings on
22 that there was LIBOR manipulation in Oregon, or that
23 impacted Oregon?
24   A.  The findings that there was LIBOR
25 manipulation --

Page 45

1  believed the loss was through the LIBOR
2  manipulation?
3    A.  No. So what they calculated is what the
4  loss would have been for every basis point of
5  manipulation.
6    Q.  Okay. And then you just took their
7  numbers, and based upon what there was reported of
8  LIBOR manipulation, you did a mathematical
9  calculation?
10   A.  Correct.
11   Q.  Okay. You did no independent research of
12 any of these issues, then?
13   A.  No.
14   Q.  Okay. What did you do to test whether
15 the calculation that was done by the State of Oregon
16 was correct or not correct?
17   A.  Consulted CFAs who worked for labor
18 unions, who looked at that and said that it seemed
19 plausible to them.
20   Q.  Okay. So you didn't -- you relied on
21 someone else telling you that they did this?
22   A.  Correct.
23   Q.  Did you review their work product?
24   A.  The State of Oregon's?
25   Q.  No, the CF -- what did you call it?

Page 46

1  The --
2      A.  CFA.
3      Q.  CFA. Did you review their work product
4  on how they made the mathematical determination?
5      A.  No.
6      Q.  Okay. You're not a mathematician, are
7  you?
8      A.  No.
9      Q.  Okay. How long were you in this position
10 that you started in 2009?
11     A.  Four years.
12     Q.  So you maintained that 'til the end of
13 your employment or until your leave to go to the
14 Nathan Foundation?
15     A.  Correct.
16     Q.  And what other things did you do besides
17 the -- you said you did analysis of municipal
18 finance, healthcare. And under the municipal
19 finance, you looked at swap transactions; correct?
20     A.  Correct.
21     Q.  What else did you do in regard to swap
22 transactions in municipal finance, besides this
23 study we just went over?
24     A.  We did -- and beside this particular
25 study or -- I mean, we cataloged swap transactions

Page 47

1  in a number of places and did a number of reports
2  that either I directly wrote or other folks on the
3  team or a supervisor or others wrote.
4      Q.  And all of these reports were really
5  just -- and tell me if my characterization is
6  wrong -- were just mathematical calculations of the
7  impact of the different fluctuations of the LIBOR
8  rate against the fixed rate?
9      A.  Mathematical calculations as well as
10 looking at what had been reported in the press and
11 in court cases to develop some of the narrative
12 around what happened with interest rate swaps.
13     Q.  So you relied on newspapers, the press,
14 to help you in doing your narrative around the
15 mathematical calculations; is that correct?
16     A.  Correct.
17     Q.  And what press did you rely on?
18     A.  Wall Street Journal, New York Times,
19 Financial Times. All the major newspapers.
20     Q.  But you didn't do any independent
21 research that, for example, the Wall Street Journal
22 would do when it writes an article; correct?
23     A.  I mean, the independent research we did
24 was on cataloging the deals in a number of places.
25     Q.  Just taking the numbers and cataloging?

Page 48

1      A.  Right, which is something that hasn't
2  been done in other places.
3      Q.  But when you say you wrote the narrative,
4  you wrote the narrative based upon reading what was
5  in the Wall Street Journal, the Financial Times, and
6  the New York Times and other newspapers; is that a
7  fair statement?
8      A.  Not entirely, no.
9      Q.  Okay. Was that -- how much impact did
10 that have on your narrative, those type of
11 newspapers and periodicals?
12     A.  The analysis that we raised, the critique
13 that we raised about interest rate swap deals was
14 not advanced by any of the other papers prior to us.
15 Since then, other papers have started reporting on
16 it.
17         But this -- the fact that the financial
18 crisis actually had an impact on interest rate swap
19 deals and caused them to backfire and caused the net
20 payments on them to skyrocket was something that was
21 not reported in the press prior to us covering it.
22 And that's why we actually got a lot of coverage in
23 the Wall Street Journal and the Financial Times and
24 the New York Times based on the work that we did on
25 it because it had not been done before.

Page 49

1      Q.  Okay. And when you say that it was --
2  all you were doing were reporting the numbers;
3  correct?
4      A.  Correct, along with analysis of why it
5  happened.
6      Q.  And what was -- what type of analysis did
7  you do to determine why it happened?
8      A.  State the fact that the only reason why
9  interest rates were low was because the banks had
10 crashed the economy.
11     Q.  And what analysis did you do to determine
12 that the banks had crashed the economy, as you call
13 it? What independent research did you do on that?
14     A.  On our team, we did do research that
15 showed that the banks took on increasingly risky
16 investments.
17     Q.  And how did you go about doing that
18 analysis to determine that the banks had taken on
19 increasingly risky investments?
20     A.  So this was done by one of the other
21 researchers on our team, but we actually looked
22 at --
23     Q.  But you were the senior person; right?
24     A.  With this particular thing I'm about to
25 say, this was -- I was not.

13 (Pages 46 to 49)

# EXHIBIT 5

# AFFIDAVIT OF SAQIB BHATTI

STATE OF MICHIGAN    )
                     ) SS
COUNTY OF WAYNE      )

1. I Saqib Bhatti, do affirm and state as follows:

2. In my current position as a fellow with the Nathan Cummings Foundation, and in my previous employment as Senior Financial Analyst with SEIU, on a daily basis I monitor the financial industry specifically with regard to Interest Rate Swaps. I monitor news reports relative to Swap Agreements, as well as federal regulatory filings and enforcement actions by Federal regulators relative to Swap Agreements.

3. Based on this knowledge, I am prepared to help the court in getting a picture of the extent of regulatory filings nationwide as well as anecdotal evidence documenting wrongdoing in the financial industry relative to Swap Agreements that may assist the court in making a determination of whether further investigation of the Swap Agreements in the present case would be warranted before approving a forebearance agreement that removes these agreements from the review of the bankruptcy court.

4. I can testify based on my first hand review of more than 1100 Swap Agreements nationwide on the financial impact of these Agreements on municipalities including Detroit which again may aide the Court in gaining a proper perspective on Swaps as they relate to the present case.

5. With regard to LIBOR manipulation, there is a well established study dated April 2010, entitled "Does LIBOR reflect banks' borrowing costs?" by Connan Snider and Thomas Youle, from the Departments of Economics at UCLA and the University of Minnesota. The study estimates the degree to which the LIBOR index was manipulated during different time periods. I have applied that study to quantify the losses suffered by the City of Detroit as a result

of its being placed in Swap Agreements based on the LIBOR index by UBS and SBS (the SBS Swap is backed by Bank of America). That study has been utilized to establish the existence of LIBOR Manipulation and the amount of manipulation in over a dozen lawsuits across the U.S. including cases brought by the City of Baltimore, San Diego County, City of Philadelphia, University of California, East Bay Municipal Utilities District, New Britain, CT Firefighters and Police Benefit Fund among others.

6. I am prepared to testify to the estimated cost of LIBOR Manipulation to the City of Detroit applying the data from this study to the City's Swap deals. My research team has applied the methodology in that study to calculate LIBOR manipulation in over a dozen locations in the US, including the states of Illinois and Oregon, the New York Metropolitan Transportation Authority and the City of Philadelphia, PA.

7. LIBOR is a standard rate, so the cost of potential manipulation similarly is standard to every entity that uses the index in its calculation of interest rates in swap agreements.

FURTHER AFFIANT SAYETH NOT.

_____   9/20/13
SAQIB BHATTI                Date

Subscribed and sworn to before me this 20th day of September, 2013

_____
Notary Public; Vanessa G. Fluker, Wayne County Michigan.

My commission expires: 01-11-2015

```
Vanessa G Fluker
Notary Public of Michigan
Wayne County
Expires 01/11/2015
Acting in the County of Wayne
```