UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
  Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 20, 2013, he caused to be electronically filed with the Clerk of the Court Party in Interest David Sole's Response to Debtor's Motion to Exclude Testimony of Saqib Bhatti (Docket 944) [docket no. 992], and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

    JEROME D. GOLDBERG, PLLC

    By: */s/ Jerome D. Goldberg*
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Detroit, MI 48207
    Phone: 313-393-6001
    Fax: 313-393-6007
    Email: apclawyer@sbcglobal.net

DATED: September 20, 2013