# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Ryan Blaine Bennett, hereby certify that Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Amended Disclosure of Rebuttal Witnesses and Documents in Advance of the September 23, 2013 Hearing [Docket No. 804] was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 10th day of September, 2013.

Dated: September 23, 2013　　　　　Respectfully submitted,

                          **KIRKLAND & ELLIS LLP**

By: */s/ Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

      - and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

**Exhibit 1**
Electronic Mail Service List

| | |
|---|---|
| steveramadan@gmail.com | pdibello@ca.ibm.com |
| agarrett@miafscme.org | mnicholson@uaw.net |
| emcneil@miafscme.org | Bankruptcy2@ironmountain.com |
| cphillips@miafscme.org | howard@jacobweingarten.com |
| dmalcolm@miafscme.org | enovetsky@jaffelaw.com |
| clrncsndrs@yahoo.com | phage@jaffelaw.com |
| Reesel@detroitmi.gov | lrochkind@jaffelaw.com |
| afscme207@sbcglobal.net | dpoitras@jmbm.com |
| missnick64@hotmail.com | apclawyer@sbcglobal.net |
| afscmelocal229@ymail.com | dgheiman@jonesday.com |
| anurses@att.net | hlennox@jonesday.com |
| afscme457@peoplepc.com | tawilson@jonesday.com |
| philphil48238@yahoo.com | jbellman@jonesday.com |
| union836@yahoo.com | bberens@jonesday.com |
| afscmelocal1023@att.net | bbennett@jonesday.com |
| deliaenright@hotmail.com | mike.gearin@klgates.com |
| arlene.kirby@yahoo.com | paige.barr@kattenlaw.com |
| gvp1220@aol.com | john.sieger@kattenlaw.com |
| presidentlocal1227@hotmail.com | kenneth.noble@kattenlaw.com |
| KingY687@detroitmi.gov | karen.dine@kattenlaw.com |
| Yvonners2001@yahoo.com | kevin.baum@kattenlaw.com |
| local2920@sbcglobal.net | jbank@kerr-russell.com |
| david.boyle@airgas.com | pwhunt@kerr-russell.com |
| dfish@allardfishpc.com | ecf@kaalaw.com |
| tgraves@allardfishpc.com | tmayer@kramerlevin.com |
| atulocal26pba@aol.com | acaton@kramerlevin.com |
| BLurye@afscme.org | john.dillman@lgbs.com |
| martz@afscme.org | rplecha@lippittokeefe.com |
| mblumin@afscme.org | bokeefe@lippittokeefe.com |
| agerdes@gerdesplc.com | slevine@lowenstein.com |
| Carol.Cohen@arentfox.com | pgross@lowenstein.com |
| David.Dubrow@arentfox.com | msl@maddinhauser.com |

# Exhibit 1
Electronic Mail Service List

david.dubrow@arentfox.com
mark.angelov@arentfox.com
carol.cohen@arentfox.com
BellM1@michigan.gov
JenkinsH@detroitmi.gov
KingR@detroitmi.gov
patel@dwsd.org
pghosh@dwsd.org
m.neil@sbcglobal.net
theda3t@yahoo.com
senoritabonita@peoplepc.com
miag@michigan.gov
marriott@ballardspahr.com
summersm@ballardspahr.com
Kim.robinson@bfkn.com
skhanna@berkre.com
Edwin.smith@bingham.com
edwin.smith@bingham.com
jared.clark@bingham.com
steven.wilamowsky@bingham.com
marcus.marsh@bingham.com
bbowman@bodmanlaw.com
btrumbauer@bodmanlaw.com
rdiehl@bodmanlaw.com
aroth@bredhoff.com
jfreund@bredhoff.com
dgreenfield@bredhoff.com
express33@aol.com
Howard.Hawkins@cwt.com
lary.stromfeld@cwt.com
mark.ellenberg@cwt.com
Mark.Ellenberg@cwt.com

jeaton@cousenslaw.com
edunn@maxwelldunnlaw.com
dmzack@mcalpinepc.com
wsmith@mwe.com
wsmith@mwe.com
ncoco@mwe.com
sgross@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com
jweiner@mcdonaldhopkins.com
jcanzano@michworklaw.com
mjkarwoski@alumni.nd.edu
laplante@millercanfield.com
fusco@millercanfield.com
green@millercanfield.com
laplante@millercanfield.com
wwkannel@mintz.com
awalker@mintz.com
Maria.D.Giannirakis@usdoj.gov
jhb_ecf@osbig.com
yo@osbig.com
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
dbernstein@plunkettcooney.com
dlerner@plunkettcooney.com
plannen@plunkettcooney.com
jturner@clarkhill.com
poam@poam.net
ck445polc@yahoo.com
HansberryM@detroitmi.gov
presidentjan@aol.com
jd@primeshares.com

**Exhibit 1**
Electronic Mail Service List

Lary.Stromfeld@cwt.com
Jason.jurgens@cwt.com
ecf@lassnerlaw.com
jfischer@carsonfischer.com
rweisberg@carsonfischer.com
cgrosman@carsonfischer.com
lazonia.clark@chasepaymentech.com
Detroitinfo@kccllc.com
cobbm@detroitmi.gov
rgordon@clarkhill.com
sdeeby@clarkhill.com
efeldman@clarkhill.com
bceccotti@cwsny.com
mwarner@coleschotz.com
jerry.ellis@couzens.com
dmollicone@dmms.com
Ksummers@dflaw.com
melissa@demolaw.com
carole.neville@dentons.com
sam.alberts@dentons.com
dmcnamara344@aol.com
marcicampbel@gmail.com
DoluntS320@detroitmi.gov
youngM604@detroitmi.gov
Polo4491@aol.com
Diaz@detroitpoa.com
DiazM3329@gmail.com
info@drcea.org
dcopley@dickinsonwright.com
showell@dickinsonwright.com
NicDun@detroitmi.gov
Pamkin@detroitmi.gov

transfer@primeshares.com
rayguzall@attorneyguzall.com
rdpffa@hotmail.com
claude.montgomery@dentons.com
simoliun@dwsd.org
jcarter@sbsco.com
dweiner@schaferandweiner.com
bbest@schaferandweiner.com
swahl@schiffhardin.com
rfrimmer@schiffhardin.com
mott@schiffhardin.com
kschneider@schneidermiller.com
bborder@sspclegal.com
langstony@gmail.com
ayoung586@comcast.net
aross@dwsd.org
proberts@shawfishman.com
rfishman@shawfishman.com
ibodenstein@shawfishman.com
ggouveia@shawfishman.com
ddoyle@shawfishman.com
mreiser@shawfishman.com
etashman@sidley.com
jbjork@sidley.com
gneal@sidley.com
jbjork@sidley.com
jbendernagel@sidley.com
pcanzano@sidley.com
morris@silvermanmorris.com
avery@silvermanmorris.com
dplon@sirlinlaw.com
kmiller@skjlaw.com

**Exhibit 1**
Electronic Mail Service List

| | |
|---|---|
| Artp1@degc.org | Schneiderm7@michigan.gov |
| gwlong@degc.org | flanchers@michigan.gov |
| navin@degc.org | schneiderm7@michigan.gov |
| bkott@lewismunday.com | MIStateTreasurer@michigan.gov |
| princel@dteenergy.com | cbullock@sbplclaw.com |
| rrose@dykema.com | ecrowder@sbplclaw.com |
| sfarrell@dykema.com | lbrimer@stroblpc.com |
| stoby@dykema.com | mtaunt@stroblpc.com |
| jgatteno@comcast.net | mfield@stroblpc.com |
| eerman@ermanteicher.com | TL214teams@ameritech.net |
| czucker@ermanteicher.com | eduardo.rodriguez@bnymellon.com |
| bpatek@ermanteicher.com | bankruptcy@markowitzlegal.com |
| deisenberg@ermanteicher.com | hsanders@miafscme.org |
| Abby.wilkinson@FaegreBD.com | kthornbladh@gmail.com |
| mdordeski@foleymansfield.com | susan.brown5@usbank.com |
| jkamins@fosterswift.com | susan.jacobsen2@usbank.com |
| dbeckwith@fosterswift.com | lawrence.bell@usbank.com |
| david.rosenzweig@nortonrosefulbright.com | jcunningham@uaw.net |
| melanie.kotler@nortonrosefulbright.com | jcunningham@uaw.net |
| mvanoverbeke@vmtlaw.com | BrooR@detroitmi.gov |
| emajoros@glmpc.com | mimilaurie@yahoo.com |
| soconnor@glmpc.com | ltownse@detroitpubliclibrary.org |
| ecf@gudemanlaw.com | mnicholson@uaw.net |
| jcalton@honigman.com | julia.caroff@usdoj.gov |
| jsgroi@honigman.com | jharrison@uwua.net |
| tsable@honigman.com | canderson@dwsd.org |
| aoreilly@honigman.com | mcqueen@dwsd.org |
| ayala.hassell@hp.com | swilson@dwsd.org |
| ken.higman@hp.com | vgflawyer@sbcglobal.net |
| william.miller@iuoe324.org | pra@vanguardians.org |
| billwertheimer@gmail.com | david.lemke@wallerlaw.com |
| ejessad@wwrplaw.com | courtney.rogers@wallerlaw.com |

4

**Exhibit 1**
Electronic Mail Service List

mrjames@wwrplaw.com
llarose@winston.com
skohn@winston.com
chardman@winston.com
sfoss@winston.com
swolfson@wolfsonbolton.com
akochis@wolfsonbolton.com
ecf@zaplc.com
sean.cowley@usdoj.gov

Mike.Paslay@wallerlaw.com
Ryan.Cochran@wallerlaw.com
sgrow@wnj.com
ddozeman@wnj.com
cash@wnj.com
cash@wnj.com
gary.holtzer@weil.com
alfredo.perez@weil.com
alfredo.perez@weil.com
kelly.diblasi@weil.com

**Exhibit 2**
First Class Mail Service List

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

Detroit Police Benefit and Protective Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard
Suite 405
Detroit, MI 48202

The Office of the Governor of the State of Michigan
Governor Rick Snyder
P.O. Box 30013
Lansing, MI 48909

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA 30328

The City of Detroit
Attn: Kevyn D. Orr, Emergency Manager
Coleman A. Young Municipal Center
2 Woodward Ave, Suite 1126
Detroit, MI 48226

The City of Detroit
Attn: Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI 48325

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226