UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes<br><br>**Expedited Consideration Requested** |

# ORDER ADJOURNING HEARING

This matter having come before the Court on the motion of the Debtor, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the hearing on the Assumption Motion[1] [Docket Nos. 17, 157] and the Evidentiary Motions [Docket Nos. 893, 933, 935, 944 and 954] is ADJOURNED to a date to be determined.

**IT IS FURTHER ORDERED** that any responses to the Evidentiary Motions shall be filed on a date to be determined.

Any replies in support of the Assumption Motion or the Evidentiary

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Debtor's motion.

Motions shall be filed on a date to be determined.

.

**Signed on September 23, 2013**

                _/s/ Steven Rhodes_
                **Steven Rhodes**
                **United States Bankruptcy Judge**