UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In re

Case No. 13-53846

City of Detroit

Chapter 9

Debtor

Judge Steven W. Rhodes

_____/

## NOTICE OF WITHDRAWAL OF MOTION TO LIFT STAY FILED BY MARIO'S RESTAURANT, INC.

NOW COMES Mario's Restaurant, Inc. by and through its attorney William S. Stern, who hereby withdraws the Motion to Lift the Stay regarding Wayne County Case No. 13-008288 CZ as Mario's Restaurant, Inc. has received the information from the City of Detroit that was sought in the Freedom of Information claims filed in Wayne County case number 13-008288 CZ.

/s/William S. Stern P27396
24750 Lahser Road
Southfield, MI 48033
248-353-9400
bstern1213@yahoo.com

Dated: September 19, 2013