## SUMMARY OF ATTACHED EXHIBITS

The following documents are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

**Exhibit 1**   Proposed Form of Order

**Exhibit 2**   Notice of Motion and Opportunity to Object

**Exhibit 3**   Brief in Support of Motion For Relief From Order Pursuant To Section 105(A) Of The Bankruptcy Code Extending The Chapter 9 Stay To Certain (A) State Entities, (B) Non Officer Employees And (C) Agents And Representatives Of The Debtor

**Exhibit 4**   Certificate of Service

**Exhibit 5**   None [No Affidavits Filed Specific to This Motion]

**Exhibit 6.1**   Complaint filed in *Catherine Phillips, et al. v. Richard Snyder and Andrew Dillon*, Case No. 13-CV-11370

**Exhibit 6.2**   Notice of Pendency of Bankruptcy Case and Application of the Automatic Stay in *Catherine Phillips, et al. v. Richard Snyder and Andrew Dillon, Case No. 13-CV-11370*

**Exhibit 6.3**   Order Regarding Notice of Pendency of Bankruptcy Case and Application of the Automatic Stay, in *Catherine Phillips, et al. v. Richard Snyder and Andrew Dillon, Case No. 13-CV-11370*