# EXHIBIT 4
# CERTIFICATE OF SERVICE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846

    Debtor.                                     Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

I, WILLIAM H. GOODMAN, certify that on September 23, 2013, I electronically filed *Catherine Phillips, Et Al.'S Motion For Relief From Order Pursuant To Section 105(A) Of The Bankruptcy Code Extending The Chapter 9 Stay To Certain (A) State Entities, (B) Non Officer Employees And (C) Agents And Representatives Of The Debtor,* along with a *Summary of Attached Exhibits* and *Exhibits 1-6.3* (as listed on the Summary), with the Clerk of the Court using the ECF system which will send notification of such filing to ECF participants in this matter.

                                          */s/William H. Goodman*_____
                                          William H. Goodman (P14173)
                                          GOODMAN & HURWITZ PC on behalf of the
                                          DETROIT & MICHIGAN NATIONAL
                                          LAWYERS GUILD
                                          1394 E. Jefferson Ave.
                                          Detroit, Michigan 48207
                                          (313) 567-6170/Fax: (313) 567-4827
                                          bgoodman@goodmanhurwitz.com
                                          Attorneys for Creditor Catherine Phillips, et al.