# EXHIBIT 5

# None

# [No Affidavits Filed Specific to This Motion]