# EXHIBIT6.2

**Notice of Pendency of Bankruptcy Case and Application of the Stay in *Catherine Phillips, et al. v. Richard Snyder and Andrew Dillon*, Case No. 13-CV-11370**
**[Doc. #29]**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE PHILLIPS, Staff Representative
Michigan AFSCME Council 25, and Chief
Negotiator with the City of Detroit; JOSEPH
VALENTI, Co-Chief Negotiator with the
Coalition of Unions of the City of Detroit;
MICHIGAN AFSCME COUNCIL 25; RUSS
BELLANT, President of the Detroit Library
Commission; TAWANNA SIMPSON, LAMAR
LEMMONS, ELENA HERRADA, Detroit
Public School Board Members; DONALD
WATKINS AND KERMIT WILLIAMS,
Pontiac City Council Members; DUANE
SEATS, DENNIS KNOWLES, JUANITA
HENRY AND MARY ALICE ADAMS, Benton
Harbor Commissioners; WILLIAM "SCOTT"
KINCAID, Flint City Council President;
BISHOP BERNADEL JEFFERSON; PAUL
JORDAN; REV. JIM HOLLEY, National
Board Member, Rainbow Push Coalition; REV.
CHARLES E. WILLIAMS II, Michigan
Chairman, National Action Network; REV.
DR. MICHAEL A. OWENS, REV.
LAWRENCE GLASS, REV. DR. DEEDEE
COLEMAN, BISHOP ALLYSON ABRAMS,
Executive Board, Council of Baptist Pastors of
Detroit and Vicinity,

    Plaintiffs,

v

RICHARD D. SNYDER, as Governor of the
State of Michigan, and ANDREW DILLON, as
the Treasurer of the State of Michigan, acting
in their individual and/or official capacities,

    Defendants.

No. 2:13-cv-11370

HON. GEORGE CARAM STEEH

MAG. R. STEVEN WHALEN

**NOTICE OF PENDENCY OF
BANKRUPTCY CASE AND
APPLICATION OF THE
AUTOMATIC STAY**

_____

| | |
|---|---|
| Herbert A. Sanders (P43031)<br>The Sanders Law Firm PC<br>Attorney for Plaintiffs<br>615 Griswold Street, Suite 913<br>Detroit, Michigan 48226<br>313.962.0099<br>haslaw@earthlink.net | John C. Philo (P52721)<br>Anthony D. Paris (P71525)<br>Sugar Law Center<br>Attorneys for Plaintiffs<br>4605 Cass Ave., 2nd Floor<br>Detroit, Michigan 48201<br>313.993.4505<br>jphilo@sugerlaw.org<br>tparis@sugarlaw.org |
| Julie H. Hurwitz (P34720)<br>William H. Goodman (P14173)<br>Goodman & Hurwitz PC<br>Attorneys for Plaintiffs<br>1394 East Jefferson Avenue<br>Detroit, Michigan 48207<br>313.567.6170<br>jhurwitz@goodmanhurwitz.com<br>bgoodman@goodmanhurwitz.com | Richard G. Mack, Jr. (P58657)<br>Keith D. Flynn (P74192)<br>Miller Cohen PLC<br>Attorneys for Plaintiffs<br>600 West Lafayette Blvd., 4th Floor<br>Detroit, Michigan 48226<br>313.964.4454<br>richardmack@millercohen.com |
| Darius Charney<br>Ghita Schwarz<br>Center for Constitutional Rights<br>Attorneys for Plaintiffs<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>212.614.6464<br>dcharney@ccrjustice.org | Cynthia Heenan (P53664)<br>Hugh M. Davis, Jr. (P12555)<br>Constitutional Litigation Associates PC<br>Attorneys for Plaintiffs<br>450 West Fort St, Ste 200<br>Detroit, Michigan 48226<br>313.961.2255<br>conlitpc@sbcglobal.net |
| Betram L. Marks (P47829)<br>Litigation Associates PLLC<br>Attorney for Plaintiffs<br>30300 Northwestern Hwy, Ste 240<br>Farmington Hills, Michigan 48334<br>248.737.4444<br>bertrammarks@aol.com | |
| Denise C. Barton (P41535)<br>Ann M. Sherman (P67762)<br>Michael F. Murphy (P29213)<br>Assistant Attorneys General<br>Attorneys for Defendants<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>517.373.6434 | |

_____/

2

## NOTICE OF PENDENCY OF BANKRUPTCY CASE AND
## APPLICATION OF THE AUTOMATIC STAY

On July 18, 2013, the City of Detroit, Michigan filed a petition for relief under Chapter 9 of Title 11 of the United States Code. (Document 1, *In re City of Detroit, Michigan*, Case No. 13-53846, (Bankr. E.D. Mich.)) In accordance with the automatic stay imposed by operation of §§ 362 and 922 of the Bankruptcy Code, 11 U.S.C. §362 and 922, no cause of action filed prior to, or relating to the period prior to, the Petition Date may be continued or commenced against (i) the City and/or its employees, or (ii) an officer, employee, or inhabitant of the City, in any judicial, administrative or other court or tribunal to enforce a claim against the City without the Bankruptcy Court first issuing an order lifting or modifying the Stay for such specific purpose. Further, no related judgment or order may be entered or enforced against the City without the Bankruptcy Court first issuing an order lifting or modifying the State for such specific purpose.

On July 25, 2013, the provisions of this automatic stay were extended in all respects (to the extent not otherwise applicable) to include certain "State Entities" defined as "the Governor, the State Treasurer and the members of the Loan Board, collectively with the State Treasurer and the Governor, and together with each entity's staff, agents and representatives." (Exhibit 1). Governor Snyder and Treasurer Dillon are named Defendants in the captioned matter which was filed prior to the Petition Date and which is subject to this Bankruptcy Court Order extending the automatic stay.

3

Actions taken while this Stay is in effect and/or in violation of this Stay, including proceedings in this case, are void and without effect.

The Bankruptcy Court for the Eastern District of Michigan has not issued an order lifting or modifying the Stay for the specific purpose of allowing any party in the captioned case to continue this action against the Governor or Treasurer. Under these circumstance, the above-captioned proceeding may not be prosecuted, and no valid judgment or order may be entered or enforced against these "certain State Entities."

These certain "State Entities" will not defend against, or take any other action with respect to, the above-captioned proceeding while the Stay remains in effect.

These certain "State Entities" hereby expressly reserve all rights with respect to the above-captioned proceeding, including, but not limited to, the right to move to vacate any judgment entered in the above-captioned proceeding as void.

Respectfully submitted,

BILL SCHUETTE
Attorney General

*s/Denise C. Barton*
Denise C. Barton (P41535)
Ann M. Sherman (P67762)
Michael F. Murphy (P29213)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.373.6434
Email: bartond@michigan.gov
P41535

Dated: August 7, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such. I also mailed the foregoing paper via US Mail to all non-ECF participants.

> s/*Denise C. Barton*
> Denise C. Barton (P41535)
> Assistant Attorney General
> Attorney for Defendants
> P.O. Box 30736
> Lansing, Michigan 48909
> 517.373.6434
> E-mail: bartond@michigan.gov