UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## *EX PARTE* ORDER GRANTING MOTION TO EXPEDITE

This matter coming before the Court on the *ex parte* motion (the "**Motion**") of the Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO ("**AFSCME**") for expedited consideration of *The Michigan Council 25 Of The American Federation Of State, County And Municipal Employees, AFL-CIO, Motion For Entry Of An Order Modifying The Automatic Stay Solely To Allow Administrative Law Judge To Execute His Opinion And Liquidate Damage Award Before He Retires on October 4, 2013* (the "**MERC Motion**"), filed by AFSCME; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for expedited hearing is GRANTED.
2. A hearing on the MERC Motion is scheduled for **October 2, 2013, at 10:00 a.m.**, in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.
.

**Signed on September 24, 2013**

                                                                                            /s/ Steven Rhodes
                                                                                           Steven Rhodes
                                                                                           United States Bankruptcy Judge

3.