UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9
Case No. 13-53846
City of Detroit, Michigan,  Hon. Steven W. Rhodes

    Debtor.
_____/

Order Overruling Eligibility Objection

On September 24, 2013, Jerroll M. Sanders filed an eligibility objection (Docket #1014). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on September 24, 2013**

                                      /s/ Steven Rhodes
                                 **Steven Rhodes**
                                 **United States Bankruptcy Judge**