# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>                Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Stephen W. Rhodes |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Retirees ( the "Retiree Committee") hereby appears by and through its counsel, Dentons US LLP and Salans FMC SNR Denton Europe LLP and such counsel hereby enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers and electronic mail addresses:

                    Sam J. Alberts
                    DENTONS US LLP
                    1301 K Street, NW
                    Suite 600, East Tower
                    Washington, DC 20005-3364
                    Tel.: (202) 408-7004
                    Fax: (202) 408-6399
                    Email: sam.alberts@dentons.com

                -and-

Carole Neville, Esq.
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Tel: (212) 768-6800
Email: carole.neville@dentons.com

-and-

Claude D. Montgomery, Esq.
SALANS FMC SNR DENTONS EUROPE LLP
620 Fifth Avenue
New York, New York 10020
Tel: (212) 632-5500
Fax: (212) 632-5555
Email: claude.montgomery@dentons.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of: (a) the Retiree Committee's rights to challenge the bankruptcy court's jurisdiction on any issue (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (b) any other rights, claims, actions, setoffs, or recoupments to which the Retiree Committee is or may be entitled, in law or in equity, all of

which rights, claims, actions, defenses, setoffs, and recoupments the Retiree Committee expressly reserves.

Dated: District of Columbia
September 24, 2013

DENTONS US LLP

*/s/      Sam J. Alberts*
Sam J. Alberts
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel.: (202) 408-7004
Fax: (202) 408-6399
Email: sam.alberts@dentons.com

-and-

DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel:    (212) 768-6700
Fax:    (212) 768-6800
Email: carole.neville@dentons.com

-and-

SALANS FMC SNR DENTONS EUROPE LLP
Claude D. Montgomery, Esq.
620 Fifth Avenue
New York, New York 10020
Tel: (212) 632-5500
Fax: (212) 632-5555
Email: claude.montgomery@dentons.com

*Counsel for the Official Committee of Retirees*

# CERTIFICATE OF SERVICE

I, Sam J. Alberts, certify that the **Notice of Appearance and Demand for Notices and Papers** was electronically filed and served using the Court's ECF System on September 24, 2013, which will send notification of such filing to the attorneys on that system.

                                    */s/ Sam J. Alberts*
                                    Sam J. Alberts