UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

### ORDER MODIFYING THE AUTOMATIC STAY AND ADJOURNING THE DEADLINE FOR THE CITY OF DETROIT TO OBJECT OR OTHERWISE RESPOND TO THE PETITION FOR ORDER LIFTING STAY FILED BY RONALD COOK

This matter came before the Court by stipulation ("Stipulation") between Ronald Cook ("Plaintiff") and the City of Detroit ("City"), with respect to Plaintiff's Petition for Order Lifting Stay ("Motion") described in the Stipulation; the parties have reached an agreement to address the issues raised in the Motion as provided for herein; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the automatic stay is hereby modified for the limited purpose of permitting the Michigan Court of Appeals to issue its ruling in Court of Appeals case nos. 308561 and 310509 ("COA Decision");

IT IS FURTHER ORDERED that the City shall have 14 days following Plaintiff's counsel's delivery of a copy of the entered COA Decision to counsel for the City via email (Carlson@millercanfield.com) or fax (313-496-8452 Attn: Eric Carlson), to Object or otherwise respond to other relief sought in the Motion ("Objection");

IT IS FURTHER ORDERED that the Plaintiff shall have an opportunity to reply to any Objection filed by City in accordance with Local Bankruptcy Rule 9014(e);

IT IS FURTHER ORDERED that, notwithstanding the aforementioned modification to the automatic stay for the limited purpose of allowing the issuance of the COA Decision, the automatic stay shall stay in full force and effect with respect to Plaintiff and all other issues addressed and relief requested in the Motion, including, without limitation, enforcement or implementation of the COA Decision, until such time as the Court enters further orders on the Motion.

.

**Signed on September 25, 2013**

                                                /s/ Steven Rhodes
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**