UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
                    Debtor.                              : Hon. Steven W. Rhodes
                                                         :
                                                         :
---------------------------------------------------------x
```

**ORDER, PURSUANT TO SECTIONS 105(a) AND 107 OF THE
BANKRUPTCY CODE, (A) AUTHORIZING AND DIRECTING
CITY OFFICIALS TO RELEASE CERTAIN INFORMATION
REGARDING POTENTIAL TAX CREDITORS AND
(B) AUTHORIZING FILING OF SUCH INFORMATION UNDER SEAL**

This matter coming before the Court on the Motion of Debtor, Pursuant to Sections 105(a) and 107 of the Bankruptcy Code, for Entry of an Order (A) Authorizing and Directing City Officials to Release Certain Information Regarding Potential Tax Creditors and (B) Authorizing the Filing of Such Information Under Seal (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court finding that: (a) the Court has

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Motion and the Hearing was sufficient under the circumstances; (d) all of the relief requested in the Motion is necessary and appropriate to carry out the provisions of the Bankruptcy Code and in the best interests of the City, its creditors and other parties in interest; and (e) cause exists justifying the filing of the Creditor Information under seal; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The City Officials are hereby authorized and directed to provide the Creditor Information, as requested, to the EM Staff, the City Advisors and the Claims Agent, pursuant to section 105(a) of the Bankruptcy Code.

3. The EM Staff, the City Advisors and the Claims Agent, as applicable, shall hold any Creditor Information in confidence subject to the terms of this Order. Notwithstanding the foregoing, the EM Staff, the City Advisors and the Claims Agent shall not be required to execute any confidentiality agreement or fulfill any other requirement to obtain access to the Creditor Information.

4. This Order constitutes a "proper judicial order" within the meaning of M.C.L. § 141.674 and Detroit City Code § 18-10-16.

5. The City is hereby authorized to file the portion of the List of Creditors and Claims containing the Creditor Information, or any other document containing the Creditor Information, under seal pursuant to sections 105(a), 107(b)(1) and 107(c)(1) of the Bankruptcy Code.

.

**Signed on September 25, 2013**

                                                /s/ Steven Rhodes
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**