# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN           Chapter 9
                                                                         Case No. 13-53846
                 Debtor.                   Hon. Steven W. Rhodes
_____/

## ORDER GRANTING MOTION OF MEIJER, INC. FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FED.R.BANKR.P. 4001 (a) (3)

Upon consideration of the Motion of Meijer, Inc. For Relief From the Automatic Stay and for Waiver of the Provisions of Fed. R. Bankr. P. 4001 (a)(3) (the "Motion"), and the Court being duly advised in the premises;

IT IS ORDERED that:

1. The Motion is GRANTED.

2. Relief from that automatic stay is granted to permit Meijer, Inc. to name the Debtor as a party defendant in the action for vacation and modification of private use restrictions described in the Motion, provided, however, that that no relief may be sought against the City, absent further order of this Court, other than concurrence by the City in the modifications of the private use restrictions requested in the action.

3. This Court finds that Rule 4001 (a) (3) of the Federal Rules of Bankruptcy Procedure is waived and Meijer, Inc. may immediately commence the action for vacation and modification of private use restrictions described in the Motion.
                                                       .

**Signed on September 25, 2013**

                                                     **/s/ Steven Rhodes**
                                                     **Steven Rhodes**
                                                     **United States Bankruptcy Judge**