# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Eugene Driker

Firm: Barris, Sott, Denn & Driker, PLLC

Address: 211 W. Fort Street, 15th Floor

City, State, Zip: Detroit, MI 48226

Phone: 313.596.9303

Email: edriker@bsdd.com

**Case/Debtor Name:** City of Detroit

Case Number: 13-53846

Chapter: 9

Hearing Judge: Hon. Steven Rhodes

⊙ Bankruptcy  ○ Adversary

○ Appeal   Appeal No:

*FILED 2013 SEP 2 A 11: 22 U.S. BANKRUPTCY COURT E.D. MICH. DETROIT*

**Hearing Information** (A separate form must be completed for each hearing date requested.)

Date of Hearing: 09/19/2013   Time of Hearing: 10A   Title of Hearing: Objection to Eligibility

Please specify portion of hearing requested: ○ Original/Unredacted  ○ Redacted  ⊙ Copy (2nd Party)

⊙ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions:

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)
⊙ 14-Day Transcript - $4.25 per page (14 calendar days)
○ Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**For Court Use Only**

Transcript To Be Prepared By:

Date   By

Order Received:

Transcript Ordered:

Transcript Received:

**Signature of Ordering Party:**
/s/ Eugene Driker                Date: 9/23/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.