UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| In Re: | Case No. 13-53846-swr |
|---|---|
| **CITY OF DETROIT, MICHIGAN,** | Chapter 9; Filed: 07/18/13 |
| Debtor. / | Honorable Steven W. Rhodes |

### REQUEST FOR REMOVAL FROM ELECTRONIC NOTICE BY JESSICA B. ALLMAND, ESQ.

PLEASE TAKE NOTICE that Jessica B. Allmand of the law firm of Dawda, Mann, Mulcahy & Sadler, PLC, hereby requests to be removed from the electronic filing list for the above-captioned case and other related matters in the above-captioned matter.

Please remove the following e-mail address: jallmand@dawdamann.com.

Respectfully submitted,

DAWDA, MANN, MULCAHY & SADLER, PLC

Dated: September 25, 2013

/s/ Jessica B. Allmand
Jessica B. Allmand (P59128)
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304-5103
(248) 642-8543 / (248) 642-7791 fax
*jallmand@dmms.com*