# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN | Chapter 9 |
| | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

## APPEARANCE OF HUGH M. DAVIS

PLEASE ENTER THE APPEARANCE of attorney HUGH M. DAVIS as co-counsel for CREDITOR CATHERINE PHILLIPS, ET AL., in the above-styled cause of action.

          Respectfully submitted,

          */s/Hugh M. Davis*_____
          Hugh M. Davis (P12555)
          Constitutional Litigation Associates, PC
          450 W Fort St, Ste 200
          Detroit MI 48226
          313-961-2255 / Fax: 313-961-5999
          conlitpc@sbcglobal.net

Date: 9/25/13

## CERTIFICATE OF SERVICE

Jillian R. Rosati, says that on this 25th day of September, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification to all e-filing users.

          /s/Jillian R. Rosati
          Jillian R. Rosati

*f:\cases\dps (p v. s)\in re detroit bankruptcy\appearance of hugh m.* davis (9-25-13).docx