# CITY COUNCIL

(REGULAR SESSION)

(All action of the City Council appearing herein is subject to reconsideration and/or approval of the Mayor.)

Detroit, Tuesday, November 20, 2012

Pursuant to adjournment, the City Council met at 10:00 A.M., and was called to order by the President Charles Pugh.
Present — Council Members Brown, Cockrel, Jr., Spivey, and President Pugh — 4.

Law Department
October 23, 2012

Honorable City Council:
Re: Deborah Ryan, on behalf of herself individually and as Personal Representative of the Estate of Patricia "Katie" Williams vs. City of Detroit, Barbara Kozloff, Michael Martel and John Doe 1-3. United States District Court Case No. 11-10900.

Representation by the Law Department of the City employee or officer listed below is hereby recommended, as we concur with the recommendation of the Head of the Department and believe that the City Council should find and determine that the suit against the Defendant arises out of or involves the performance in good faith of the official duties of such Defendant. We further recommend that the City undertake to indemnify the Defendant if there is an adverse judgment. We therefore, recommend a "YES" vote on the attached resolution.

Copies of the relevant documents are submitted under separate cover.

Employee or Officer requesting representation: Inspector Dwane Blackmon.

Respectfully submitted,
CHARLES MANION
Supervising Assistant
Corporation Counsel

Approved:
KRYSTAL A. CRITTENDON
Corporation Counsel

By Council Member Jones:
Resolved, That the Law Department is hereby authorized under Section 13-11-1 et. seq. of the Municipal Code of the City of Detroit and in accordance with the foregoing communication to provide legal representation and indemnification to the following Employee or Officer: Inspector Dwane Blackmon.

Approved:
KRYSTAL A. CRITTENDON
Corporation Counsel

Adopted as follows:
Yeas — Council Members Brown, Cockrel, Jr., Jenkins, Jones, Kenyatta, Spivey, Tate, and President Pugh — 8.
Nays — Council Member Watson — 1.