211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.:  13−53846−swr
Chapter:  9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature Has Incorrect Format ECF Procedure 11(d)(1). Please use /s/ then the Attorney's Signature. For Entry #979.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☑ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet

☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 9/23/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: ckata          Page 1 of 7          Date Rcvd: Sep 23, 2013
                           Form ID: def2         Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust        Daniel M. McDermott

                                                                TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2013                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2013 at the address(es) listed below:
        A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
        achouprouta@kramerlevin.com
        Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
        acaton@kramerlevin.com,  achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
        aap43law@gmail.com
        Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
        aap43@outlook.com,  aap43law@gmail.com
        Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
        agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
        wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
        stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
        Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
        aoreilly@honigman.com,  ahatcher@honigman.com
        Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
        and Agricultural Implement Workers of America bceccotti@cwsny.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
        bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
        bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        bpatek@ermanteicher.com
        Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
        bfagan@dibandfagan.com
        Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
        bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
        wkyles@schaferandweiner.com
        Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
        ssikorski@manteselaw.com
        Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
        bborder@sspclegal.com,  joumedian@sspclegal.com
        Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
        Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
        Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
        Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighters
        Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
          Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
          bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
          carol.cohen@arentfox.com
          Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
          caroline.english@arentfox.com
          Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
          charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
          cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Christopher A. Grosman   on behalf of Creditor   BlackRock Financial Management, Inc.
          BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
          claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          czucker@ermanteicher.com
          Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          David Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
          deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor   Detroit Police Officers Association
          deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          deisenberg@ermanteicher.com
          David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
          nwinagar@plunkettcooney.com
          David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc.
          dmollicone@dmms.com
          David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
          dgheiman@jonesday.com
          David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
          david.dubrow@arentfox.com
          David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
          nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
          nepc.com
          Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
          General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
          kovskyd@pepperlaw.com, alexsym@pepperlaw.com
          Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
          dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
          Donald G. McGuigan, II   on behalf of 3rd Party Plaintiff   Mario's Restaurant, Inc.
          don@mcguiganlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
Earle I. Erman   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor    Detroit Police Command Officers Association
eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor    Detroit Police Officers Association
eerman@ermanteicher.com
Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
litdocket@honigman.com
Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
emajoros@glmpc.com
Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
carlson@millercanfield.com
Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
enovetsky@jaffelaw.com
Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
efeldman@clarkhill.com
Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
Detroit efeldman@clarkhill.com
Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
hlennox@jonesday.com
Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
james.sprayregen@kirkland.com
Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
ecf@zaplc.com
Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
sharrow@mcdonaldhopkins.com
Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
jbank@kerr-russell.com
Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com
Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
jbelveal@honigman.com, mjohnson@honigman.com
Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
Jessica B. Allmand   on behalf of Interested Party   T-Mobile USA, Inc. jallmand@dawdamann.com,
lmorgan@dawdamann.com;lgm@dmms.com
John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
pjohnson@bredhoff.com
John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
john.sieger@kattenlaw.com
John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
jgregg@btlaw.com
Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
green@millercanfield.com
Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
litdocket@honigman.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
jgadharf@mcdonaldhopkins.com
Judy R. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
            litdocket@honigman.com
          Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
            litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
            blundberg@honigman.com, litdocket@honigman.com
          Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
            patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
          Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc.
            karen.dine@kattenlaw.com
          Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
          Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
            Association Avery@SilvermanMorris.com
          Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association
            Avery@SilvermanMorris.com
          Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
            kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
            kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
            kschneider@schneidermiller.com
          Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
            kevin.baum@kattenlaw.com
          Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
            ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
          Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
            kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@winston.com
          Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
            lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
            lbrimer@stroblpc.com, kvanakin@stroblpc.com
          Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association
            MField@stroblpc.com, jmckeogh@stroblpc.com
          Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
            pmerchak@sachswaldman.com
          Mami Kato   on behalf of Creditor Mary Whitson mkato@sachswaldman.com,
            pmerchak@sachswaldman.com
          Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
            pmerchak@sachswaldman.com
          Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com,
            pmerchak@sachswaldman.com
          Mami Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
            mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
            324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com,
            pmerchak@sachswaldman.com
          Mami Kato   on behalf of Creditor Michael Wells mkato@sachswaldman.com,
            pmerchak@sachswaldman.com
          Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
            swansonm@millercanfield.com
          Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
            mark.angelov@arentfox.com
          Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
            jabdelnour@resnicklaw.net
          Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
          Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
            mbcobbs@flash.net
          Matthew Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
            wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
            Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
            paula@demolaw.com
          Melissa L. Demorest   on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
          Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
          Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust
            melissa@demolaw.com, paula@demolaw.com
          Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
            paula@demolaw.com
          Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
            mdordeski@foleymansfield.com,cindy@loevy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association
mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com,
mchammer3@dickinsonwright.com
Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael K. Lee   on behalf of Creditor   St. Martins Cooperative mlee@leeandcorrell.com
Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
mike.paslay@wallerlaw.com,
Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
msl@maddinhauser.com,  bac@maddinhauser.com
My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
mao-bk-ecf@debevoise.com
Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
Paige.Barr@kattenlaw.com
Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
mkisell@plunkettcooney.com
Patrick Warren Hunt   on behalf of Interested Party   Wade Trim Associates, Inc.
pwhunt@kerr-russell.com
Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company
pwhunt@kerr-russell.com
Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
phage@jaffelaw.com,  jtravick@jaffelaw.com
Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
marbury@bwst-law.com;pleban@bwst-law.com
Peter D. DeChiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
pcanzano@sidley.com
Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
Department ecf@kaalaw.com
Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
robert.darnell@usdoj.gov
Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert M. Fishman   rfishman@shawfishman.com
Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
Ryan Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com
Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
ryan.bennett@kirkland.com
Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
ryan.bennett@kirkland.com
Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
ryan.bennett@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@winston.com,
          DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.c
          om;KForte@winston.com
          Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
          soconnor@glmpc.com
          Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
          State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
          slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
          dguerrero@dykema.com
          Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
          stephen.hackney@kirkland.com
          Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
          General showell@dickinsonwright.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
          mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
          rdin.com
          Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
          tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
          vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
          wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
          Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
          yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
          yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
          yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                        TOTAL: 239