# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------- x
                                               :
In re                                          :    Chapter 9
                                               :
CITY OF DETROIT, MICHIGAN,                     :    Case No. 13-53846
                                               :
                    Debtor.                    :    Hon. Steven W. Rhodes
                                               x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 25, 2013, he filed the following documents with the court, using the court's CM/ECF system, which will send notice of the filings to all registered participants in this matter:

***DEBTOR'S OBJECTION TO THE AMENDED MOTION OF CREDITOR DEBORAH RYAN, AN INTERESTED PARTY, FOR RELIEF FROM THIS COURT'S ORDER STAYING PROCEEDINGS***

*and*

***BRIEF IN SUPPORT OF DEBTOR'S OBJECTION TO THE AMENDED MOTION OF CREDITOR DEBORAH RYAN, AN INTERESTED PARTY, FOR RELIEF FROM THIS COURT'S ORDER STAYING PROCEEDINGS***

The undersigned further certifies that on September 26, 2013, he caused copies of the above-named documents to be served upon counsel, as listed below, via electronic mail:

William H. Goodman
bgoodman@goodmanhurwitz.com

                        By: /s/Stephen S. LaPlante
                        Stephen S. LaPlante
                        150 West Jefferson
                        Suite 2500
                        Detroit, Michigan 48226
                        Telephone: (313) 963-6420
                        Facsimile: (313) 496-7500
                        laplante@millercanfield.com