UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

CITY OF DETROIT, MICHIGAN,　　　　　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　　　　　Case No. 13-53846-swr
　　　　　　Debtor.　　　　　　　　　　　　　Hon. Steven W. Rhodes
_____/

## APPEARANCE

The undersigned hereby enters his appearance as attorney for party-in-interest, Thomas Gerald Moore, in the above captioned matter.

## REQUEST FOR NOTICES

Request is hereby made that any notices required by Bankruptcy Rule 2002 also be sent to the undersigned at the address referenced herein pursuant to Rule 2002(g) Federal Rules of Bankruptcy Procedure.

　　　　　　　　　　　　　　　　　JAY S. KALISH & ASSOCIATES, P.C.


　　　　　　　　　　　　　　　　　 /s/   Jay S. Kalish
　　　　　　　　　　　　　　　　　JAY S. KALISH
　　　　　　　　　　　　　　　　　Attorney for Thomas Gerald Moore
　　　　　　　　　　　　　　　　　28592 Orchard Lake Road, Ste. 360
　　　　　　　　　　　　　　　　　Farmington Hills, Michigan 48334
　　　　　　　　　　　　　　　　　(248) 932-3000
　　　　　　　　　　　　　　　　　MI Bar # P26301
　　　　　　　　　　　　　　　　　jskalish@aol.com

Dated: September 25, 2013


## NOTICE OF APPEARANCE

TO:　　CLERK OF THE COURT
TO:　　JONATHAN S. GREEN, Attorney for Debtor
TO:　　MICHAEL M. MULLER, Attorney for Defendants


1

**PLEASE TAKE NOTICE** that Jay S. Kalish has entered his appearance as attorney for Party in Interest, Thomas Gerald Moore in the above captioned matter.

JAY S. KALISH & ASSOCIATES, P.C.

/s/ Jay S. Kalish
JAY S. KALISH
Attorney for Thomas Gerald Moore
28592 Orchard Lake Road, Ste. 360
Farmington Hills, Michigan 48334
(248) 932-3000
MI Bar # P26301
jskalish@aol.com

Dated: September 25, 2013