UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  CITY OF DETROIT,        .        Docket No. 13-53846
        MICHIGAN,               .
                               .        Detroit, Michigan
                               .        September 19, 2013
                Debtor.         .        10:01 a.m.
. . . . . . . . . . . . . . . .

HEARING RE. OBJECTIONS TO ELIGIBILITY
BEFORE THE HONORABLE STEVEN W. RHODES
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:        Jones Day
                       By:  BRUCE BENNETT
                       555 South Flower Street, Fiftieth Floor
                       Los Angeles, CA  90071-2452
                       (213) 243-2382

For the State of       Dickinson Wright
Michigan:              By:  GRACE K. TRUEMAN
                       500 Woodward Avenue, Suite 4000
                       Detroit, MI  48226-3425
                       (313) 223-3636

For Official           Dentons
Committee of           By:  SAM J. ALBERTS
Retirees:              1301 K Street, NW
                       Suite 600, East Tower
                       Washington, DC  20005-3364
                       (202) 408-7004

Court Recorder:        Letrice Calloway
                       United States Bankruptcy Court
                       211 West Fort Street
                       21st Floor
                       Detroit, MI  48226-3211
                       (313) 234-0068

Transcribed By:        Lois Garrett
                       1290 West Barnes Road
                       Leslie, MI  49251
                       (517) 676-5092

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

1        THE CLERK:  All rise.  Court is in session.  Please

2    be seated.  Case Number 13-53846, City of Detroit, Michigan.

3        THE COURT:  All right.  Attorney appearances for the

4    record, please.

5        MR. BENNETT:  Good morning, your Honor.  Bruce

6    Bennett on behalf of Jones Day for the city.

7        THE COURT:  Thank you.  Any others?  Okay.  It's the

8    purpose of this morning's hearing to give those individuals

9    who filed timely objections to the eligibility of the city to

10   be in Chapter 9 bankruptcy an opportunity to be heard

11   regarding their objections.  The Court is very interested in

12   what each and every one of these citizens has to say here

13   this morning.  Each of you has a speaker number, and I'm just

14   going to start at the top of the list, and we'll go in this

15   numerical and alphabetical order.  I would ask that as your

16   name and number approaches, you prepare yourself to approach

17   the lectern here.  Let's see.  We have a lighting system --

18   where is that -- over here.  The lights will help us all keep

19   track of the time that you are allowed to speak.  Most of you

20   are allowed three minutes, and so you'll see the green light,

21   and then you'll see the yellow light.  How much time is left

22   when the yellow light goes on?  Oh, it starts on yellow.

23       THE CLERK:  It goes to green, and then it

24   immediately goes to yellow.

25       THE COURT:  Okay.  All right.  So it starts on green

1  but immediately goes to yellow, and then when the red light

2  comes on, the time is up, and I would ask you to wrap up your

3  remarks.  Okay.

4          So let's begin with Speaker Number 1, Michael

5  Abbott.  What is your name, sir?

6          MR. ABBOTT:  Good morning.  My name is Michael

7  Abbott.

8          THE COURT:  You may proceed, sir.

9          MR. ABBOTT:  And I'm a part of the bankruptcy filing

10 petition for the City of Detroit, and I think the city would

11 not have to file for bankruptcy if everyone would pay their

12 fair share in taxes.  I'm retired from the City of Detroit,

13 and I think the emergency manager should not have the right

14 to use the city pension system to balance the city debt.

15         THE COURT:  Um-hmm.

16         MR. ABBOTT:  I'd appreciate it if you'd consider

17 that.  Thank you.

18         THE COURT:  Thank you, sir.  Thank you.  Let's take

19 a pause here.  Chris or Kelli, I wonder if there's a way to

20 get the volume of that microphone turned up a bit.  Anybody

21 know how to do that?  Are we sure it's actually on?

22         THE CLERK:  Yeah, it's on.

23         THE COURT:  All right.  All right.  Well, let's

24 proceed and see how it works.  All right.  So now Speaker

25 Number 2, Hassan Aleem.  Sir.

```
1          MR. ALEEM:  Good morning.

2          THE COURT:  Good morning.

3          MR. ALEEM:  Hassan Aleem.

4          THE COURT:  Go ahead.

5          MR. ALEEM:  Okay.  And I'm here to object to the

6   bankruptcy proceedings because the emergency manager, Robert

7   (sic) Orr, is not a elected official.

8          THE COURT:  Um-hmm.

9          MR. ALEEM:  And under the Bankruptcy Code it's only

10  an elected official can file for bankruptcy, so there's

11  nowhere in the journal of city council where there was ever a

12  hearing on filing for bankruptcy or where they voted to file

13  for bankruptcy.

14         THE COURT:  Um-hmm.

15         MR. ALEEM:  There was never a record of open

16  meetings or a hearing before the public where an announcement

17  was made to file for bankruptcy.  So for those reasons, they

18  violated the bankruptcy act.  Even under Public Act 436 that

19  the emergency manager says he has authority, it still -- 436

20  gives the City of Detroit the authority to file for

21  bankruptcy, the elected officials, not an appointee.  And

22  under that act, it designates the emergency manager as a

23  person to assist in the bankruptcy, so it's premature for

24  this Court to be holding proceedings for bankruptcy when the

25  City of Detroit and its elected officials have not filed for
```

1    bankruptcy.

2              THE COURT:  Um-hmm.

3              MR. ALEEM:  And also the fact that we weren't

4    notified even though the Court has allowed myself and Mr.

5    Williams to come and speak before the Court for our so-called

6    late appearance, but we were never notified, and I would

7    think that the time limit started -- would start once you're

8    notified.  In any other judicial setting, if you're never

9    notified and they find out about it, the plaintiff has to

10   start over again.

11             THE COURT:  Um-hmm.

12             MR. ALEEM:  And so it should be the same here.  They

13   should dismiss the bankruptcy proceeding.  It's not the end

14   of the world that they made a mistake.  There's no -- you

15   know, Mr. Orr was never known as the sharpest knife in the

16   drawer.  He was only picked, the e-mail states -- and those

17   were e-mails from the Freedom of Information request

18   lawsuit -- that a discussion between Mike Duggan and Governor

19   Snyder -- what they said there, Mike Duggan recommended Kevyn

20   Orr only because he was black.  Now, we're here talking about

21   money, people's livelihood, and you pick somebody only

22   because he's black, and somehow they feel that we'd rather be

23   stabbed in the back or robbed by a black person rather than a

24   Mexican or a caucasian.  It don't work like that.  We want

25   the Court to be fair with us like they are with everybody

1   else.

2           THE COURT:  Thank you, sir.

3           MR. ALEEM:  Thank you.

4           THE COURT:  I want to pause here and caution the

5   speakers.  This is a very serious court proceeding, and I

6   understand the depth of feelings that many, many people have

7   about this.  I truly do.  At the same time, however, I have

8   to ask you seriously to refrain from personal attacks on Mr.

9   Orr or really anyone.  This is not the time and place for

10  that.  I'm not sure there is any ever, but certainly this is

11  not.  I'm very interested in hearing your feelings about the

12  bankruptcy, your objections to eligibility, but this is not

13  the place, if there ever is any, for personal attacks on

14  anyone.

15          So our next speaker will be Number 3, Dempsey

16  Addison.  Are you Ms. Addison?

17          MS. ADDISON:  Yes, I am.

18          THE COURT:  You may proceed.

19          MS. ADDISON:  Good morning, your Honor, and give

20  your Honor to God and the Lord Jesus Christ, Yahweh Yashua

21  HaMashiach.

22          I'm Dempsey Addison.  I'm president of the

23  Association of Professional and Technical Employees, and I'm

24  here to object to Chapter 9 bankruptcy.  I'm here to object

25  to Kevyn Orr.  He's not a resident of the city nor elected by

1    the city. He's not a resident of the State of Michigan and
2    have no vested interest in this state. And the good people
3    of Michigan voted down the emergency manager under Public Act
4    4, and much to my disappointment, the governor and state
5    legislatures resurrected PA 4 through Public Act 436
6    disregarding the will of the people. Therefore, Mr. Orr is
7    not qualified nor anyone else to act in that capacity of
8    emergency manager.

9          Secondly, the city is not insolvent. It has the
10   capacity to generate revenues through a plethora of revenue
11   streams, but for whatever -- some reason it has chosen not to
12   do so and has catalyzed the bankruptcy proceedings by
13   shutting down revenue-generating departments that doesn't
14   cost the city or the state a dime. For example, they shut
15   down the Department of Human Services, a department that had
16   approximately $80 million in federal funds. They shut down
17   the Department of Workforce Development, another federally
18   funded department. They shut down the Health Department.
19   Also, many of its services were federal dollars. And now
20   they're also moving to shut down the Department of Planning
21   and Development, which is poised to receive approximately
22   $500 million in federal funds.

23         The point I'm making, your Honor, is that all of
24   these employees in all of these departments were federal
25   grant-funded employees. Our pension was paid out of the

1   federal grant.  The city didn't pay one dime for our pension.

2   It was paid by the federal dollars, and also it was paid out

3   of our own monies that we earn as annuities.  All of our

4   healthcare plans were paid out of federal funds even

5   though -- a hundred percent even though they still charge us

6   employees a portion of it, double-dipping.

7           What I'm saying is that we have the capacity to

8   generate millions of dollars.  I personally approached Mr.

9   Orr.  He dismissed me and just turned his back on me when I

10  told him that we had ideas to share with him on how to

11  generate revenues.  I presented my plan or proposal to the

12  council and also to Mayor Dave Bing.

13          THE CLERK:  Ma'am, your time is up.

14          THE COURT:  All right.  Let me just give her another

15  few sentences.  Go ahead, ma'am.

16          MS. ADDISON:  Thank you, your Honor.

17          THE COURT:  You're welcome.

18          MS. ADDISON:  She made me lose my train of thought

19  now.

20          THE COURT:  Oh, I'm sorry.

21          MS. ADDISON:  What I'm saying is that the one

22  department --

23          THE COURT:  You had told me that you had presented

24  your plan, I think, to Mayor Bing.

25          MS. ADDISON:  I did.

1          THE COURT:  Yes.

2          MS. ADDISON:  I presented the plan to Mayor Dave

3   Bing.  I called him.  He never responded to it.  I presented

4   it at the Detroit City Council on two occasions.  They never

5   responded to it.  We have the land.  We have the water.  We

6   have the climate.  We're on an international border.  There's

7   nothing to stop Detroit from being one of the greatest cities

8   in the world.

9          THE COURT:  Um-hmm.

10          MS. ADDISON:  We have it right now, but for whatever

11   reason and whatever their agenda is for now, they are

12   determined to bankrupt the city.

13          THE COURT:  Um-hmm.

14          MS. ADDISON:  And I'm asking you to stay the

15   bankruptcy until you further delve into what we can do to

16   save our jobs and save the city.

17          THE COURT:  Thank you so much, ma'am.

18          MS. ADDISON:  Thank you.

19          THE COURT:  We're adjusting the microphone a little

20   bit more here.  Okay.  So next is Speaker Number 4, Aleta

21   Atchinson-Jorgan, if I've pronounced that correctly.  No?

22   Okay.  Speaker Number 5, Linda Bain, are you here?  Speaker

23   Number 6, Randy Beard.

24          MR. HEARD:  Good morning.

25          THE COURT:  Are you Mr. Beard?

1          MR. HEARD:  It's actually Heard --

2          THE COURT:    Heard.  Oh, I am so sorry, sir.

3          MR. HEARD:  -- H-e-a-r-d.  Yeah.  It's just a

4     clerical error.

5          THE COURT:  I will make that correction in our

6     records.  Chris, will you take care of that, please?

7     H-e-a-r-d?

8          MR. HEARD:  That is correct.

9          THE COURT:  All right.  You may proceed, sir.

10         MR. HEARD:  As a resident and a taxpayer of the City

11    of Detroit, I object to the way my tax dollars is being given

12    to spend to the emergency manager without any input from the

13    mayor or the city council that I elected.  In other words,

14    they don't have a voice, and that's not right, and it's not

15    fair not only to them but myself and the rest of us as

16    resident.  I believe that the federal court should decide

17    whether or not the emergency manager's law are legal in the

18    State of Michigan before any more action take place in the

19    city, including filing for this bankruptcy.  Thank you.

20         THE COURT:  Thank you, sir.

21         MR. HEARD:  Um-hmm.

22         THE COURT:  Our next speaker, Number 7, Russell

23    Bellant or Bellant.

24         MR. BELLANT:  I respond to all variations, your

25    Honor.

1          THE COURT:  Which is the correct one?

2          MR. BELLANT:  I say Bellant.  My sister says it

3     differently, so --

4          THE COURT:  All right.

5          MR. BELLANT:  Thank you.

6          THE COURT:  Well, I'll go with yours.

7          MR. BELLANT:  Thank you, sir.  Your Honor, on June

8     27, 2013, Emergency Manager Kevyn Orr announced his intention

9     to transfer the customers of the City of Detroit Public

10    Lighting Department, PLD, to a private party, DTE.  This

11    transference is planned to commence within months when PLD

12    electrical meters will be pulled from customers and replaced

13    with DTE meters ending revenue collection of millions of

14    dollars a year for the city.  The core asset of any utility

15    is their customers and their revenue.  Bonds are saleable

16    because of customers as assets.  Utilities cannot operate

17    without customers.  To transfer its customers is to transfer

18    the core asset of PLD to DTE; hence, this transference will

19    end the existence of PLD as an operating utility.

20          Because of the hastiness in transferring these

21    customers, DTE will not have its own electrical grid in place

22    to serve these customers.  The emergency manager will give to

23    DTE the use of the PLD grid for five to seven years while DTE

24    promises to build their own grid.  By making the PLD grid

25    available for the exclusive use of DTE, this asset of PLD is

1  effectively transferred to DTE for DTE's use and revenue

2  generation.  PLD customers have no say in the matter, your

3  Honor.

4           As stated in my filed objection of August 19, 2013,

5  these actions violate the express prohibition of the

6  emergency manager law in MCL 141.1552(1)(ff)(4), which states

7  that, quote, "An emergency manager appointed for a city or

8  village shall not sell or transfer a public utility

9  furnishing heat, light, or power without the approval of the

10  majority of the electors of the city or the village voting

11  thereon as required in section 25 of article VII of the state

12  constitution of 1963."  Your Honor, no attempt has been made

13  by the city or the emergency manager to seek approval of the

14  voters in this matter as required by law.  These unlawful and

15  unconstitutional actions strip the city of a utility

16  providing electrical power to its public institutions.  I

17  seek to block any effort by local or state officials to use

18  the bankruptcy proceedings or piecemeal dismantlement to

19  bypass state law and a constitution that they are sworn to

20  uphold.  Clearly, the constitutional language was adopted to

21  prevent -- in 1963 was adopted to prevent whimsical disposal

22  of large capital assets that voters and taxpayers invested in

23  and voted on and operated for generations.  Since this Court

24  has assumed supervisory control in all civil matters

25  concerning the City of Detroit, I am requesting this Court

1   order declaratory and injunctive relief that prevents the
2   emergency manager, the City of Detroit, or any other parties
3   from transferring any PLD assets, including meter swaps,
4   until those parties fully comply with the law.  Failure to
5   restrain these parties from their unlawful plans will result
6   in near irremediable harm.  Detroit does not need, your
7   Honor, more irremediable harm.
8           THE COURT:  Thank you, sir.
9           MR. BELLANT:  Yes, sir.  I had one other matter.
10          THE COURT:  What is that, sir?
11          MR. BELLANT:  I filed two objections.  Can I address
12  the second one at this time?
13          THE COURT:  I can give you one more minute, but I do
14  have a lot of people who want to be heard today.
15          MR. BELLANT:  Okay.  I thought you got three minutes
16  for each.  I'm sorry.
17          THE COURT:  Oh.
18          MR. BELLANT:  My second -- the second matter I filed
19  on was the express plans to outsource the Detroit Department
20  of Public Works.
21          THE COURT:  Um-hmm.
22          MR. BELLANT:  The erosion of the employee base is
23  eroding the ability to sustain pension funds whether it's the
24  PLD employees, DPW, and so forth, and I objected to that.
25  And I also object because the social cost, which the

1 emergency manager is assuming responsibility for, engenders

2 further unemployment, engenders further blight. I've watched

3 emergency managers bring in outside contractors that promise

4 to hire city employees. They don't do it. They don't honor

5 it. So we have to -- we have to be concerned of that. I'm

6 president of a block club in northeast Detroit. I've watched

7 the blight. I've watched the job loss and watched the

8 consequences. As president of the Library Commission, I've

9 watched the erosion of our base. We're losing another nine

10 percent this year. We've lost one-third of the funding for

11 our library system. These privatization efforts accelerate

12 that process and causes harm to the city, your Honor. Thank

13 you.

14          THE COURT: Thank you, sir. Next on our list is

15 Number 8, Michael G. Benson. Are you here? Number 9,

16 Cynthia Blair.

17          MS. BLAIR: Good morning, your Honor.

18          THE COURT: You're Ms. Blair?

19          MS. BLAIR: Yes. My name is Cynthia Blair.

20          THE COURT: All right.

21          MS. BLAIR: I'm a widow, and I'm coming from a

22 personal side of the fence. My husband, whose name is

23 Kenneth R. Blair, he worked himself up with the police

24 department starting at age 19. He was a patrol officer, he

25 was a lieutenant, he was a detective, and ended up as a

1    sergeant.  He died in 2004.  During that time, my husband did

2    a match pension which the pension did honor up until this

3    bankruptcy petition.  He did not pay into Social Security at

4    all.  Therefore, if they were to -- the bankruptcy were to

5    take me and my daughter's husband's pension away, we would

6    not have any Social Security to fall back on.  We would be

7    thrown directly to the welfare rolls, and we would just

8    really have to scramble to survive.  He never would have

9    thought to this day that this would happen.  Number two --

10              THE COURT:  If I may ask, ma'am --

11              MS. BLAIR:  Yes.

12              THE COURT:  -- how much is that pension?

13              MS. BLAIR:  3,000 a month, and I do pay healthcare

14    out of that, and the State of Michigan did start taxing that

15    at the amount of $1,600 last year, 2012.

16              THE COURT:  Um-hmm.

17              MS. BLAIR:  So, anyway, we never would have thought

18    this would have happened.  As a Michigander, my vote was not

19    recognized.  We did not vote for an EM manager, and we did

20    not vote to have this -- have our vote turned upside down.  I

21    do not feel as citizens we live in a democratic society when

22    that is allowed to happen through unscrupulous behavior

23    through the Senate and the Legislature.  Thank you, your

24    Honor.

25              THE COURT:  Thank you, ma'am.  Next is Number 10,

1   Dwight Boyd.  Number 11, Charles D. Brown.  Mr. Brown.

2          MR. BROWN:  Charles D. Brown, your Honor --

3          THE COURT:  Yes, sir.

4          MR. BROWN:  -- member of the Bar, State of Michigan.

5          THE COURT:  Go ahead.

6          MR. BROWN:  Thank you very much for accommodating

7   the laypeople, the people, for these important proceedings.

8   I am concerned, your Honor, that our attorneys representing

9   the City of Detroit, the Jones Day firm, have a financial

10   conflict in representing us in negotiations and settlements

11   with the Wall Street municipal bond firms.  Also, the State

12   of Michigan and its agents, the governor and emergency

13   manager, have financial and fiscal conflicts with the City of

14   Detroit.  Therefore, I am concerned about the ability of both

15   our attorneys and the individuals who have been substituted

16   for the city's elected officials pursuant to Michigan PA 436

17   to fulfill an attorney and fiduciary duty to the city in

18   representing us in bankruptcy.  I believe that there have

19   been in no other municipal or Chapter 9 bankruptcies with

20   emergency manager type laws usurping city charter approved --

21   a city charter approved by the people of Detroit and usurping

22   the powers of elected representatives, including the powers

23   to file bankruptcy under Chapter 9.  My study of bankruptcy

24   law to this point informs me that the Tenth Amendment of the

25   United States Constitution is given special deference because

1   of the direction of the Supreme Court on Chapter 9 to do so

2   in <u>Ashton</u> versus <u>Cameron County Water Improvement District</u>

3   and <u>United States</u> versus <u>Bekins</u>.  The Tenth Amendment in the

4   United States Constitution reads the powers delegated in the

5   United States by the Constitution nor prohibited by it to the

6   states -- I'm sorry -- not delegated to the United States by

7   the Constitution nor prohibited by the United States are

8   reserved to the states respectively or to the people, my

9   emphasis added.  We don't usually mention that part.  The

10  Tenth Amendment reserve rights not only to the states but to

11  the people.

12          I ask the Court to consider the legal theory that

13  our rights to no taxation without representation, which I'm

14  sure were among the rights reserved to the people back in

15  1791, through our city charter, mandated elected officials

16  our Tenth Amendment U.S. Constitutional rights reserved to

17  the people, rights that I respectfully ask the Court uphold

18  in Detroit's bankruptcy by -- bankruptcy.

19          Finally, I ask that I be allowed to raise questions

20  about the city's proposed readjustment plans should the Court

21  override our objections to eligibility, and I have a

22  pleading -- copies of the pleadings for the attorney.  Might

23  I give it to your clerk, your Honor?

24          THE COURT:  Yes.  Just hand it to Chris, please.

25          MR. BROWN:  Thank you so much.

1       THE COURT:  Thank you, sir.  Next on our list is

2  Speaker Number 12, Lorene Brown.

3       MS. BROWN:  Good morning.

4       THE COURT:  You're Ms. Brown?

5       MS. BROWN:  Yes, sir, I am.

6       THE COURT:  You may proceed, ma'am.

7       MS. BROWN:  Yes.  Your Honor, I wanted to ask you a

8  question.

9       THE COURT:  Yes.

10      MS. BROWN:  Aren't we the people here in the United

11  States the government?

12      THE COURT:  Government of the people, by the people,

13  and for the people?

14      MS. BROWN:  Yes.  There has been so much going on in

15  this city.  I am a residents here, and people have been

16  asking.  They are hurting.  People are oppressed.  They are

17  suffering.  And they're saying there should be something

18  somebody can do, and I'm calling on the pastors, the lay

19  members to call pastors in other cities, in other states and

20  for us, the people, to declare the year of jubilee.  The year

21  of jubilee cancels all debts, and this is the answer for

22  these United States of America.  Thank you.

23      THE COURT:  You're welcome, ma'am.  Thank you.

24  Number 13, please, Paulette Brown.

25      MS. BROWN:  Paulette Brown, your Honor.

1          THE COURT:  Go ahead, please.

2          MS. BROWN:  I object to being referred to as a

3    creditor.  What I am is a City of Detroit retiree who worked

4    for the city for almost 30 years.  During that time, I was a

5    dedicated civil servant.  I was hired in as a junior typist,

6    the lowest title in the clerical series, eventually working

7    my way up to a manager one with the Wastewater Treatment

8    Plant Division of the Water Department from where I retired

9    over a year ago.  My goal was always to make the city better.

10   I worked with people who sacrificed their health and safety

11   to make sure that our customers had clean water.  Many of my

12   coworkers worked in hazardous areas, extreme heat, extreme

13   cold, and unsanitary conditions.  We all breathed in air

14   filled with the smell of feces and raw sewage on a daily

15   basis.  At some point, our noses became a bit immune to the

16   smells, but they were still there.  However, we continued to

17   do our jobs.  We went above and beyond the call of duty.  We

18   fulfilled our agreement with the City of Detroit, and for

19   that upon retirement we receive medical benefits and a

20   pension based on an agreed upon formula for the rest of our

21   lives.  We did our part.  We need the City of Detroit to

22   continue to do theirs.  Can you imagine how stressful it is

23   to even hear that there is a proposed plan to reduce our

24   pensions and medical benefits?  As we get older, our need for

25   healthcare is greater.  We refuse to be treated worse than

1   animals.  Michael Vick went to prison for cruelty to animals.

2   Your Honor, I ask who's going to prison for the proposed

3   cruelty to retirees?

4          THE COURT:  Thank you, ma'am.  Next is 14, Rakiba

5   Brown.  15, Regina Bryant.  16, Mary Diane Bukowski.

6          MS. BUKOWSKI:  Good morning, your Honor, and thank

7   you for allowing us this opportunity, the people of Detroit,

8   to speak on this matter.

9          THE COURT:  You're welcome, ma'am.  You are Ms.

10  Bukowski?

11         MS. BUKOWSKI:  Yes.

12         THE COURT:  All right.

13         MS. BUKOWSKI:  I'm Mary Diane Bukowski.

14         THE COURT:  Go ahead.

15         MS. BUKOWSKI:  I am a retiree from the City of

16  Detroit in 1999.  I filed an objection.  It was the form

17  objection that was filled out by Attorney Krystal -- that was

18  comprised by Attorney Krystal Crittendon, and I want to

19  emphasize that this objection is basically upheld in filings

20  by the Official Retirees' Committee, which you will be

21  hearing today, who are asking -- at three o'clock in this

22  room -- who are asking for a stay on the bankruptcy

23  proceedings until a U.S. District Court rules on matters like

24  the constitutionality of Public Act 436, the Tenth Amendment,

25  the primacy of the protection of public benefits in the state

 1  constitution, and that was a committee that was ordered by

 2  yourself --

 3          THE COURT:  Um-hmm.

 4          MS. BUKOWSKI:  -- and requested by Emergency Manager

 5  Orr.  Secondly, I have also filed an addendum to my

 6  objection.  I was a reporter for the Michigan Citizen at the

 7  time that the pension obligation certificate deal was cut.  I

 8  was at the City Council table during that time and covered

 9  those hearings, took photos of the people at the table.

10          THE COURT:  Um-hmm.

11          MS. BUKOWSKI:  The people pushing for the pension

12  obligation certificate deal, which, according to the Detroit

13  Free Press, now is worth $2.8 billion, were -- among others,

14  was Detroit CFO Sean Werdlow.  At the end of that year, he

15  became a managing partner in the firm of Siebert, Brandford &

16  Shank, one of the partners who the loan was taken to.

17          THE COURT:  May I interrupt you just for a --

18          MS. BUKOWSKI:  Yes.

19          THE COURT:  -- half a second here?  We're having

20  difficulty with our microphone.

21          MS. BUKOWSKI:  Okay.  Should I step back a little

22  bit?

23          THE COURT:  Can I ask you just to step back a little

24  bit?

25          MS. BUKOWSKI:  Okay.

1    THE COURT: Maybe a little bit more and then --

2    MS. BUKOWSKI: Okay. Thank you.

3    THE COURT: -- and then go ahead.

4    MS. BUKOWSKI: Okay. Okay.

5    THE COURT: I'm sorry.

6    MS. BUKOWSKI: Thank you. Sean Werdlow in November

7    of that year -- that first deal was negotiated in February,

8    in January and February, and I covered that in my addendum

9    that I filed. I'll give copies to you and the other

10   attorneys here, but I also mailed them and filed them.

11   They're on line. He became a partner in that firm the

12   following year in 2006. The City of Detroit renegotiated

13   those same loans to cover 30 years instead of 14 years while

14   he was still a partner. He's still a partner, and the city

15   is still taking out loans from -- under the authority of

16   Siebert, Brandford & Shank. I believe this is obviously

17   questionable and likely criminal behavior. The Wall Street

18   ratings agency, Standard & Poor's and Fitch Ratings --

19   Stephen Murphy of Standard & Poor's and Joe O'Keefe of Fitch

20   Ratings were at the table to push for that loan in a clear

21   conflict of interest with their normal role. At the end they

22   threatened to downgrade the city's debt rating if it wasn't

23   passed. In fact, at the end of the year, they downgraded the

24   city's debt rating anyway. The city's former mayor, Dennis

25   Archer, was on the payroll of UBS, AG, at the time as a

1  consultant.  There's an article from <u>Bloomberg Business Week</u>

2  in this --

3           THE COURT:  I have to ask you to wrap up, please,

4  ma'am.

5           MS. BUKOWSKI:  Okay.  Well, I'm wrapping up now.

6  This is the basic --

7           THE COURT:  Okay.

8           MS. BUKOWSKI:  -- thing that I wanted -- I have

9  asked, and Attorney Goldberg, when he deposed Emergency

10  Manager Kevyn Orr, has asked if he was aware of the

11  criminal -- possible criminal situations that this loan

12  involved.  I am asking now that this loan be disallowed from

13  any consideration, the $2.8 billion loan be disallowed from

14  any consideration in eligibility for bankruptcy because of

15  the very likelihood of criminal activity that gave birth to

16  it and because under Public Act 436 Emergency Manager Orr has

17  the obligation to investigate any such criminal activity, and

18  he has not done so.

19           THE COURT:  Thank you, ma'am.

20           MS. BUKOWSKI:  Thank you.

21           THE COURT:  Speaker 17, David Bullock.  18,

22  Claudette Campbell.  19, Johnnie Carr.  20, Sandra Carver.

23  21, Raleigh Chambers.  22, Alma Cozart.  23, Leola Regina

24  Crittendon.

25           MS. CRITTENDON:  Good morning.  My name is Leola

1    Regina Crittendon.

2         THE COURT:  Yes, ma'am.

3         MS. CRITTENDON:  My name, of course, is Leola Regina

4    Crittendon, and I am a party to the bankruptcy.  I filed an

5    objection to the city's filing of the petition because I do

6    not have -- I did not have enough time to hire an attorney to

7    advise me as to all my rights under this bankruptcy because I

8    received my notice only a few days before the objections were

9    due.

10        I believe that the federal court should decide

11   whether the emergency manager laws are legal in Michigan

12   before Detroit's emergency manager takes any more action in

13   this city, including the filing of this bankruptcy.  As a

14   resident and taxpayer of the City of Detroit, I object to my

15   tax dollars being given to the emergency manager to spend

16   without any input from the mayor and the city council members

17   that I elected.  I object to having to pay high taxes in this

18   city while millionaires and billionaires are not being

19   required to pay taxes at all or are being given tax breaks.

20   I object to the fact that the City of Detroit giving millions

21   of dollars to millionaires and billionaires to build things

22   like the new hockey stadium in downtown Detroit when these

23   same people already owe the city millions of dollars.  I

24   object to the fact that Detroit's emergency manager would

25   give over $100 million of tax dollars to his law firm, other

1   experts he hires to work on this bankruptcy, when that money
2   could be used to pay down any debts owed by the city.  I
3   object to the fact that with my tax dollars the emergency
4   manager will outsource all of the city's jobs to private
5   contractors, many who do not even live in the City of Detroit
6   or the State of Michigan, to do work that I, my family
7   members, friends, and neighbors could do.

8           Your Honor, the emergency manager has stated that he
9   may sell all of the city assets, yet he has said nothing
10  about making any of the large corporations who owe the City
11  of Detroit pay money owed that's due to Detroit.  I object to
12  the fact that the emergency manager is receiving $275,000 a
13  year from taxpayers' dollars plus money for travel and
14  lodging while he claims that the city has a financial
15  deficit.  He is also paying 225,000 a year to people like the
16  new police chief who do not have to answer to the mayor and,
17  again, the city council members that I elected.  I object to
18  the fact that the emergency manager is transferring millions
19  of dollars of taxpayers' money to his law firm and other
20  contractors he hand-selected while threatening to take the
21  pensions of residents and taxpayers like me, my family
22  members, friends, and neighbors.  I object to the fact that
23  the emergency manager has not set up a grant writing program
24  in the department of Detroit while there are millions of
25  dollars available every year from the federal government,

1  which could be used to help with the finances of city crises

2  and services.  I object --

3          THE COURT:  Ma'am, your time is technically up, but

4  I'm going to give you a minute since you've --

5          MS. CRITTENDON:  Okay.  One more second.

6          THE COURT:  -- obviously spent a lot of time

7  preparing your remarks here this morning.

8          MS. CRITTENDON:  Okay.  I've got it.  I object to

9  the strangers coming into Detroit and getting paid millions

10  of dollars to advise the city as to how it relates to this

11  bankruptcy when we have competent people here in the city who

12  could have and should have been hired or elected by

13  Detroiters to decide whether the city should be -- should

14  file for bankruptcy.  Your Honor, I think that all -- I think

15  that all decisions regarding whether the city should be

16  filed -- should file for bankruptcy should be made by the

17  city and its residents through their elected officials.  I

18  believe that if all of this were done, the city would not

19  have to file for bankruptcy.  Thank you.

20          THE COURT:  Thank you so much, ma'am.  Number 24 --

21  excuse me -- 24, Angela Crockett.  25, Lucinda J. Darrah.

22          MS. DARRAH:  If the state had an interest in Detroit

23  for the best interest of Detroit --

24          THE COURT:  Excuse me, ma'am.  Ma'am --

25          MS. DARRAH:  -- it would own part of the bridge.

1          THE COURT:  Ma'am, could you just back up a few

2     inches from the microphone?

3          MS. DARRAH:  Okay.

4          THE COURT:  Much better.  Thank you.

5          MS. DARRAH:  Okay.

6          THE COURT:  Go ahead.

7          MS. DARRAH:  They would have -- we would have had a

8     part interest in this new bridge they're proposing that

9     Canada is financing that this -- if you want to take the

10    retirees' money, what about the fact that most of these --

11    many, many -- I don't know how many of these retirees are

12    African Americans.  They never got reparations.  They never

13    got the 40 acres and a mule for all the free labor their

14    ancestors did, and you know that people benefit from their

15    ancestors, so for them to be able to get a good job and then

16    all of a sudden we're going to take part of that pension away

17    is totally ridiculous.  And not only are they -- is that an

18    affront, but right now I'm going through a recount that is a

19    sham.  We're trying to discover whether or not there's fraud,

20    and the state has made so many rules up through the county

21    Board of Canvassers, they won't even allow candidates like

22    myself for city clerk to testify, not only get on the agenda

23    in ahead of time when you ask, put something in writing.  It

24    never gets passed to the chair.  And then when it comes to

25    public comment when you're supposed to be able to comment,

1   they take and find a phony reason to adjourn the meeting, but

2   that's happened.  That's more than once.  That's three times

3   that I have been unable to even express myself as a citizen

4   or a candidate, so that's the state.  So anything that comes

5   through this bankruptcy that is illegal actually as far as --

6   the only reason we have a bankruptcy right now is because the

7   emergency manager was appointed because our -- we had a bad

8   political system that elected or probably stole the election

9   from these people who voted for the consent agreement.  And

10  if that consent agreement had -- and they even -- the people

11  that wanted to influence the budget put in that we had to

12  have 140 days before an election to get a proposition or a

13  referendum onto the ballot, so our deadline for the consent

14  agreement to repeal that would have been June 25th.

15  Everybody else in the state, all county and local

16  governments, by the state rule had until August 14th.  So

17  it's been one continual disenfranchisement.  So far we don't

18  know where the absentee ballot applications were printed.  I

19  have friends, too, that called me.  Neither one got their

20  absentee ballot application, so it's a fraudulent election,

21  but they won't even let us investigate that.  They won't let

22  us -- we need to actually get the names of the poll book.

23  You know, the reason I'm putting it on record here because

24  they won't let me get in the Board of Canvassers meeting

25  where they have a court recorder where it goes on record, but

1 they will not allow us to get the names in the poll book

2 because that's what we need to compare who voted, whose --

3 what the names are on the absentee ballot books and also on

4 the cards that are signed when they sign in at the poll,

5 name, address, and birthdate --

6     THE COURT:  I need you to wrap -- I need you --

7     MS. DARRAH:  -- and also the envelopes, the absentee

8 ballot envelopes, but those signatures should be checked on a

9 random basis with the log and the qualified voters list to

10 make sure we don't have fraud.  Otherwise, you know, nobody

11 is going to vote, and that is the whole point.  They're

12 trying to discourage --

13     THE COURT:  Ma'am --

14     MS. DARRAH:  -- and disenfranchise people --

15     THE COURT:  Ma'am --

16     MS. DARRAH:  -- by getting them so they really --

17 they don't even bother to vote.

18     THE COURT:  Okay.  Okay.

19     MS. DARRAH:  Thank you.

20     THE COURT:  Thank you very much, ma'am.  Okay.  All

21 set, Chris?  Our next speaker, please, is 26, Joyce Davis.

22 27, Sylvester Davis.

23     MR. DAVIS:  Good morning, your Honor.

24     THE COURT:  Are you Mr. Davis?

25     MR. DAVIS:  My name is Sylvester Davis.

1          THE COURT:  Okay.  Go ahead, sir.

2          MR. DAVIS:  And I'm -- I thank you, first of all,

3   for allowing this day to come --

4          THE COURT:  Yes, sir.

5          MR. DAVIS:  -- hear the people.  First of all, I

6   just want to say that we're supposed to live in a country

7   that has democracy.  We always in foreign countries trying to

8   help them form a democracy when here ourselves we seem to be

9   disallowing democracy to flow.  We've got the opportunity to

10  vote our elected officials in, but it seems like somebody has

11  hoodwinked us.  We voted elected officials in to represent

12  us.  They disallowed our voted representatives to represent

13  us.

14         THE COURT:  Um-hmm.

15         MR. DAVIS:  We said we don't want an emergency

16  manager.  The governor said he wants an emergency manager, so

17  he concocted something and then brought an emergency in here

18  by hoodwink, so I'm asking you, your Honor.  I don't know

19  what your powers are or how you do things.  I don't know

20  court procedures really myself, but I know if you have the

21  power to disallow everything that Kevyn Orr has done because

22  we said we didn't want an emergency manager -- the people

23  said that of this emergency, but it's been allowed anyway.

24  That's just like having somebody come to your house and say,

25  "Hey, we want what you got in there."  You say, "I didn't

1  invite you in." You say, "We're not asking you to invite us

2  in. We're coming in anyway." And that's just -- that to me

3  is what it seems that has happened to the citizens of

4  Detroit. They just come in and robbed us without the use of

5  a weapon. I'm asking you, your Honor, if you -- if you got

6  God in you, do the right thing. Disallow this mess that they

7  created to stop going forward, please, in the name of Jesus

8  Christ.

9          THE COURT: Well spoken, sir. Thank you. 28,

10  William Davis. 29, Elmarie Dixon.

11          MS. DIXON: Good morning, your Honor.

12          THE COURT: Good morning. You're Ms. Dixon?

13          MS. DIXON: Yes. Elmarie Dixon is --

14          THE COURT: Go ahead.

15          MS. DIXON: -- my name. I want to thank you for the

16  opportunity as a citizen of the United States, resident of

17  the City of Detroit, homeowner and taxpayer, senior next

18  month of 65. I go to bed at night worrying about being a

19  debtor when from 17 years of age I worked, been retired two

20  years, to look forward to just paying taxes. So as a debtor,

21  not knowing what the emergency manager is going to do and who

22  he's going to sell our taxes to, all the new fees, I'm asking

23  you, the federal court, not to allow this bankruptcy to go

24  forward and to stop the emergency manager. As a resident and

25  a taxpayer, there's been millions of dollars given to other

1   entities, and that has been put on us, on our tax bill I paid
2   in debtor's tax.
3           Also, I object to the fact that the city would not
4   have had to file this bankruptcy had they collected millions
5   of dollars of taxes that's owed to us from other entities,
6   but they laid off city employees that does the collecting of
7   taxes, so that's a deficit of money that we could be -- being
8   used, and that would not be put on us.  So I come here today
9   as a citizen -- and I did file an objection to this
10  bankruptcy, that it should not have been filed.  I did not
11  have enough time to get a lawyer or anything like that, so
12  I'm just giving my heartfelt thoughts as a citizen and asking
13  you to consider that.
14          THE COURT:  Yes, ma'am.  Thank you.  Number 30,
15  please, Mary Dugans or Dugans.  31, Lewis Dukens.
16          MR. DICKENS:  Dickens just like Charles.
17          THE COURT:  Okay.  Go ahead, sir.
18          MR. DICKENS:  Thank you, your Honor.  Detroit's
19  experience with EFM's and EM's and so-called construction
20  managers has been nothing short of a series of disasters not
21  properly and carefully covered by the press.  Robert Bobb,
22  brought in to solve a $400 million debt with the DPS, managed
23  to raise the debt by a billion dollars.  That's not clearly
24  covered.  It was covered with a tiny article in the back.
25  And they virtually destroyed DPS by demolishing easily

1   repairable buildings and -- I'm an architect, so I can
2   tell -- and by messing with facilities and staffs in the most
3   abrupt and abusive way and by making appointments of
4   unqualified and inexperienced personnel.  Though I'm 75, my
5   daughter just graduated from King two years ago, and I got
6   put on the core committee to see what would happen with King.
7   What happened was -- "egregious" is the perfect word for it.
8   I've never seen something so corrupt in all my life, and what
9   they did was managed to destroy a beautiful school building
10  and put up one that's vastly inferior that the kids now call
11  the prison.  That building cost $43 million, and they just
12  demolished good facilities and built new ones which are
13  virtually the same size and no better really, so it was an
14  exercise in extreme expenditures.  It was heartbreaking to
15  see this, and I saw the architect, who I consider to be
16  corrupt and has a number of corrupt practices, lie to the
17  building committee, to the principal and the people involved
18  there.  It was an unbelievable situation.  They went ahead
19  and built the building.  And when you compare that $43
20  million building with the $22 million building right nearby
21  of the Thompson Ross High School for Science and Math, you
22  know that something is a little bit off.  I can tell you what
23  it is, but I won't right now.
24          The EFM is really nothing short of a costly
25  disaster, and running that money up like that is

1    unacceptable.  When it comes to Mr. Orr, I must say that this

2    was published, his new organizational chart for the city, in

3    the <u>Free Press</u> here recently, but it's not acceptable.  I

4    went to General Motors Institute.  I know what it is to draw

5    an organizational chart.  This is not a proper organizational

6    chart.  It's a total mess.  It's a mixture, and you can't

7    even tell the difference between a line function and a staff

8    function.  It doesn't appear.  A real organizational chart

9    would be more on this order, and so I'd say if that's what we

10   get for, what, a thousand dollars a day, or is it 2,000 or --

11   how much is he getting -- and all these fancy consultants at

12   a thousand dollars an hour and they can't even do a proper

13   organizational chart, they should be dismissed.

14          THE COURT:  Thank you, sir.  Number 32, please,

15   David Dye.  You're Mr. Dye?

16          MR. DYE:  Yes.  I'm Mr. Dye.

17          THE COURT:  Go ahead, sir.

18          MR. DYE:  I'll be brief.  I got four points.  Point

19   one, the city is not bankrupt as shown on the 2012

20   comprehensive annual financial report.  On page 41 of the

21   City of Detroit's 2012 CAFR, the statement of net assets, the

22   city's total assets amount to 10.3 billion, and the

23   liabilities amounted for 10.6 billion leaving a net deficit

24   of $371 million, but the problem is that in the liabilities

25   section of the 10.6 billion in liabilities, approximately 9.1

1  billion is listed as due after one year, which means that
2  they are future debt payments that aren't really due
3  currently, but once you adjust for that, you get a net
4  surplus of $8.7 billion, which is not really indicative of a
5  bankrupt entity.

6       Point two, the interest rate swap debts are not
7  valid.  We already have -- it's already been all over the
8  news.  There have been investigations by the SEC, CFTC, which
9  is Commodity Futures Trading Commission, where they have
10  already convicted people of fraud, of manipulating the LIBOR
11  interest rate and also the ISDAfix, which are both benchmarks
12  for these interest rate swaps, and so this should be
13  investigated because a legal maxim I'm familiar with is that
14  fraud vitiates the most solemn of contracts.

15       Point three, the voters struck down the original EM
16  law, and the governor unlawfully passed another one.  They
17  passed the -- the voters voted down PA 4, and Snyder, the
18  governor, went on ahead and they went on and passed PA 436.
19  I think the legal maxim for that is that when anything is
20  prohibited directly, it is also prohibited indirectly.  And
21  also PA 436 is an unconstitutional encroachment on the due
22  process rights of an elected republican form of government.
23  In addition to this, this law establishes an entirely
24  different form of government in Michigan that is not
25  accountable to the people.  It institutes a new form of

1   government similar to a dictatorship because the unelected

2   emergency manager is not subject to the people.  They do not

3   have any ability to hold this person accountable, nor do they

4   have any recourse to any action that this person may

5   initiate, but the people are guaranteed a republican form of

6   government in Article IV, Section 4, of the U.S.

7   Constitution.

8           Point four, EM Kevyn Orr has conflicts of interest

9   due to his current and/or previous affiliations with the

10  Jones Day law firm and due to the fact that Jones Day has

11  clients that are creditors of the City of Detroit.  Some of

12  the clients -- I believe most if not all the clients that are

13  responsible for these swap -- interest rate swaps are clients

14  of Jones Day, and this is also evidenced by Kevyn Orr's -- he

15  sought to investigate the pension boards, but he did not seek

16  to investigate these banks that have already been convicted

17  of criminal activity in the manipulating of interest rates.

18  Okay.  Thank you.

19          THE COURT:  Thank you.  Next is 33, Jacqueline

20  Esters.

21          MS. ESTERS:  Thank you, your Honor, and --

22          THE COURT:  You're welcome.  And you are Ms. Esters?

23          MS. ESTERS:  Good morning.

24          THE COURT:  You are Ms. Esters?

25          MS. ESTERS:  Yes.

1    THE COURT:  Go ahead.

2    MS. ESTERS:  Okay.  My name is Jacqueline Esters,

3  and I'm a party to the bankruptcy.  I filed objections to the

4  city's filing of the petition because I'm going a little

5  different than most people, but in all of the conversations I

6  never hear anybody say that the people that worked for the

7  City of Detroit did not just get the jobs.  Nobody just gave

8  it to them.  They had to take tests, be interviewed and other

9  things to be qualified, and with that came a promise to pay a

10  pension, healthcare, and so forth.  When I started working --

11  I guess it was like 1968 -- I believe I made $2.24 an hour.

12  It wasn't a lot of money.  And one of the reasons I think

13  that they gave pensions or had them is because they knew that

14  we didn't make a lot of money anyway.  Okay.  But along the

15  way what I've been able to do is raise a family, pay taxes.

16  I stayed in Detroit.  I really want to leave now, and I

17  really can't because the value of the homes aren't worth

18  anything.

19    And I also would like to say that civil service even

20  from ancient times was looked upon as part of an ethical part

21  of society.

22    THE COURT:  Um-hmm.

23    MS. ESTERS:  Very high -- it was held in high

24  esteem.  So with that I say promises made, promises broken.

25  This is not good business.  Thank you.

1    THE COURT:  Thank you, ma'am.  34, Arthur Evans.

2 35, Jerry Ford.  36, William D. Ford.  37, Ulysses Freeman.

3 38, Olivia Gillon or Gillon.  I'm not sure.

4    MS. GILLON:  Good morning, your Honor.  My name is

5 Olivia Gillon.

6    THE COURT:  Gillon.  Okay.  You may proceed.

7    MS. GILLON:  I worked for the City of Detroit for 33

8 years and 9 months, and I believe that I was a dedicated and

9 a loyal employee, and I know that I had an excellent work and

10 attendance record.  And I retired in 2002.

11    THE COURT:  Um-hmm.  What department?

12    MS. GILLON:  I started out in the Labor Relations

13 Division of the Human Resources Department, went on a leave

14 and came back to the Law Department, and I retired from the

15 City Council Division of the City Clerk's Office.  I believe

16 that I earned my lifetime pension and my health benefits, and

17 I also earned a bachelor of science degree through Wayne

18 State University.

19    My objection stated that the city had too many

20 assets to be bankrupt, and the city's response is that

21 applicable law does not require it to exhaust all possible

22 opportunities for revenue generating or adopt every

23 conceivable cost-cutting measure prior to seeking relief

24 under Chapter 9.  The response referred to data set forth in

25 a June 14th credit proposal, and I admit I have not been in

1  the data room.  I don't know what all the financial data
2  says.  Perhaps this Court has seen evidence of at least some
3  exhaustive attempt to generate revenue prior to filing.  I
4  don't know.  I also objected to the --
5           THE COURT:  Excuse me, ma'am.  If you would just
6  move over a bit, the mike would pick up your voice a little
7  better.  There you go.
8           MS. GILLON:  Okay.  I also objected to the emergency
9  manager treating me like an individual creditor and being
10  able to move me from under state law to federal bankruptcy
11  law.  And when I got the notice and I realized I'm being
12  treated as a creditor, I felt like I had to respond to the
13  notice, but I felt like I didn't have any pension protection
14  or retiree representation.  However, I do understand that
15  this Court has assigned a nine-member committee, and they've
16  been given the fiduciary responsibility on behalf of city
17  retirees, and then we'll be able to vote on its decisions.
18  That's a lot of people to expect to come to an agreement.
19  Nevertheless, I also understand that the constitutional
20  issues have not been resolved yet.  The emergency manager, he
21  didn't come forth with any specifics relative to pension cuts
22  and healthcare cuts.  That makes people nervous, it stresses
23  people out, and it makes it seem like he's putting the onus
24  for fixing the city's problem on the retirees.  And most of
25  us were not even involved in the decisions that --

1          THE COURT:  Um-hmm.

2          MS. GILLON:  -- were made in the process that got

3  the city into the trouble that it's in now.  But what I hope

4  that this Court will consider is that retirees will not be

5  allowed to walk away from their financial responsibility.

6  Retirees do not get the preferential treatment that banks and

7  other secured creditors get.  Many retirees don't have

8  anything to offset their losses.  Even though I have a

9  husband --

10          THE COURT:  Ma'am, I can give you about one more

11  minute.

12          MS. GILLON:  Okay.  I have a husband.

13          THE COURT:  Your time is up, but I'll give you

14  another minute.

15          MS. GILLON:  But, nevertheless, it would destabilize

16  my finances --

17          THE COURT:  Right.

18          MS. GILLON:  -- and my family's finances.  And one

19  thing is when the bubble burst with the housing --

20          THE COURT:  Um-hmm.

21          MS. GILLON:  -- and Chase and all the banks, they

22  got the government to help them, but they didn't have any

23  help for me.  Chase couldn't help me.  Quicken came in, and

24  they said they would help, but they made me agree to a lot of

25  things like paying mortgage insurance, and then they asked me

1  for a letter that said that I had a lifetime pension. And

2  what I gave them was General Retirement System Form 9-SAP,

3  and that's where I was offered certain lifetime benefits --

4          THE COURT: Um-hmm.

5          MS. GILLON: -- and I selected certain lifetime

6  benefits. What I think is that this is not the right path,

7  bankruptcy. I do understand it's a quick way around

8  negotiating pension and health benefits, but it's not the

9  right way. It's really wrong for the city's slate to be

10  wiped clean and Detroit retirees be put at the end of a long

11  line of creditors and deemed as unsecured. It's not right.

12  Thank you.

13          THE COURT: Thank you. Okay. Now, the problem is,

14  Chris, that I can't see it. Can it go over further? There,

15  that's good. Thank you. Okay. 39, Donald Glass. 40,

16  Lavarre W. Greene. 41, William Hickey.

17          MR. HICKEY: Good morning, your Honor. I'm William

18  Hickey.

19          THE COURT: Go ahead, sir.

20          MR. HICKEY: Your Honor, I've been a citizen of

21  Detroit for over 50 years. I currently am doing community

22  gardening in the Brightmoor section of Detroit. During those

23  50 years, I've experienced mayors and city council people and

24  city workers have been both good and not so good, but whether

25  good or not so good, I've had a say in their being mayors or

1    city council people.  And now I and my fellow citizens find
2    ourselves potentially in a bankruptcy proceeding and
3    completely disenfranchised in terms of our getting there.
4    None of the people that I have or my fellow citizens have had
5    a say in voting for have had any decision-making power in
6    this situation, and so we find the fact that some of our
7    fellow citizens who have justly earned pensions that have
8    been legally negotiated and are constitutionally protected
9    are now in jeopardy, and our commons from our water system to
10   Belle Isle are also in jeopardy.  And, again, we have not had
11   any say in this, and this is unjust and unfair.  And so I ask
12   you, first of all, to rule that the city is ineligible right
13   now for this bankruptcy proceeding.
14          Second, as you know, the law that has led to this is
15   under constitution -- is under consideration in federal court
16   for its constitutionality, and so I ask you to stay these
17   proceedings until that has been settled.
18          Third, I'm troubled by the fact that the emergency
19   manager law has been applied primarily, if not entirely, to
20   cities and school boards where the population is primarily
21   predominantly African American, and so I find this law to be
22   racist in its aims and in its application.
23          Finally, this is the people's court, and by that I
24   mean flesh and blood people --
25          THE COURT:  Um-hmm.

1          MR. HICKEY:  -- not the legally fictitious kind we

2     know of as corporations, and so I call on you to protect

3     those flesh and blood people, the people who have earned

4     those pensions.  You are the only one who has the power to do

5     that if this goes forward, and I think, in all fairness, what

6     they have earned -- the little that they have earned should

7     take precedence over the rights, the claims of the

8     corporations who have preyed on the City of Detroit and who

9     knew better.

10         THE COURT:  Um-hmm.

11         MR. HICKEY:  Thank you.

12         THE COURT:  Thank you, sir.  42, LaVern Holloway.

13         MS. HOLLOWAY:  Good morning, your Honor.

14         THE COURT:  Good morning.

15         MS. HOLLOWAY:  Thank you for this opportunity for my

16    day in court.

17         THE COURT:  You're Ms. Holloway?

18         MS. HOLLOWAY:  I'm Ms. Holloway.

19         THE COURT:  Okay.  Go ahead.

20         MS. HOLLOWAY:  My name is LaVern Holloway, and I'm a

21    party to the bankruptcy.  I am raising an objection because

22    my voting rights have been violated.  Governor Rick Snyder

23    broke the law by ignoring the will of the voters, who voted

24    down the emergency manager law last November.  After the

25    emergency manager law was defeated, Governor Snyder created

1  Public Act 436, a mirror image of what the voters rejected.

2  Governor Snyder created this law during the lame duck session

3  of 2012 with no public hearing and no committee hearing.

4  Public Act 436 is unconstitutional encroachment of the due

5  process right to an elected republic form of government.

6        I also contend that the new law establishes a new

7  form of government in Michigan, and citizens will have to --

8  have effectively lost the right to vote, which is in

9  violation of the 1965 Voting Rights Act because it

10  disenfranchises voters.  The 15th Amendment states that my

11  right as a citizen of the United States to vote shall not be

12  denied or abridged by the United States or any state.  In

13  addition, the Voting Rights Act of 1965 protects me from

14  discriminatory laws that disenfranchises my vote.  My voting

15  rights are violated by provisions of Public Act 436.

16  Michigan emergency manager law violates my voting rights.  I

17  object because Detroiters are being subjected to at large

18  elections, annexation, last minute polling place changes, and

19  redistricting, which have proven to have discriminatory

20  impact on voters, especially racial and ethnic minority

21  American voters.  The Voting Act -- Rights Act requires

22  Michigan to obtain approval or preclearance from the U.S.

23  Department of Justice or the U.S. District Court in D.C.

24  before they can make any changes to voting practices and

25  procedures.  The State of Michigan did not obtain that

1 approval. Detroit Emergency Manager Kevyn Orr, whom, by the
2 way, called Detroit dumb, lazy, happy, and rich, was hand-
3 picked by Governor Snyder, who himself is due to be deposed
4 at a later date. There is strong evidence that Kevyn Orr is
5 still receiving paychecks from Jones Day in the form of a
6 severance package. Jones Day stands to make $100 million in
7 fees off of the City of Detroit. These situations lack the
8 process of good faith bargaining. The City of Detroit is
9 owed over 800 million in revenue sharing as confirmed by
10 State Treasurer Andy Dillon. Mike Ilitch owes Detroit over
11 200 million with over 2 million in unpaid property taxes and
12 leasing fees. Even still he was approved for an $881 million
13 Red Wings arena of which 61 percent will be billed to
14 Detroit. The Detroit Westin Book Cadillac has never made a
15 single payment on its 24 million that they acquired in 2007,
16 and when asked why, they said it's complicated. Detroit
17 needs to start collecting this debt.
18 　　　　In conclusion, I object because it's -- because it
19 is unconstitutional and promotes the lawless environment that
20 now exists in the City of Detroit. When asked if I'm better
21 off than I was four years ago, the answer is absolutely not.
22 Thank you, your Honor.
23 　　　　THE COURT: Thank you. 43, William J. Howard.
24 　　　　MR. HOWARD: Good morning, your Honor. It's William
25 L. Howard.

1          THE COURT:  William L.  All right.  We will make

2     that change in our records.

3          MR. HOWARD:  Okay.  My objection is to the

4     bankruptcy.  I'm a retired Water and Sewage Department

5     employee, service with the city.  I worked at the wastewater

6     treatment plant for over 35 years.  During that time I worked

7     in human waste with fellow employees.  I worked on 14 of the

8     city's incinerators doing repairs.  I was a repair mechanic.

9     Our operation ran 24/7 365 days a year.  My fellow employees

10    and I, we feel that we're entitled a pension after working

11    all of this time.  We worked on holidays such as Christmas,

12    New Year's, and Thanksgiving while others enjoyed their

13    families working to serve the citizens of Detroit and also

14    neighboring communities, so I pray that you, your Honor,

15    would object this bankruptcy.  Thank you.

16         THE COURT:  Thank you, sir.  44, Joann Jackson.

17         MS. JACKSON:  Good morning, your Honor.  I'm here on

18    behalf of my husband.

19         THE COURT:  You are Ms. Jackson?

20         MS. JACKSON:  I'm Ms. Jackson, and I'm --

21         THE COURT:  Go ahead.

22         MS. JACKSON:  I'm here on behalf of my husband, Mr.

23    Jackson.  He's unable to come.  He worked for the City of

24    Detroit for 30 years.  He retired from public lighting, what

25    used to be Mistersky Power Plant.  He worked six and seven

1  days a week 16 hours a week -- 16 hours overtime, but the
2  reason I'm really concerned about his pension and his
3  healthcare, my husband retired in 2000, but in 2002 his
4  health failed from kidneys disease.  My husband takes 16
5  pills a day to stay alive.

6          THE COURT:  Um-hmm.

7          MS. JACKSON:  Not only that, my husband have paid
8  into his annuity, he have paid into his insurance, and we're
9  still paying.

10          THE COURT:  Um-hmm.

11          MS. JACKSON:  We have not stopped paying, period.
12  And I do not understand why is it that they're saying that
13  we're not paying our healthcare and we're not paying into our
14  annuity.  We have been paying from day one, and actually in
15  2005, far as my insurance was concerned, I paid $355 a month
16  for insurance --

17          THE COURT:  Um-hmm.

18          MS. JACKSON:  -- yet still they keep constantly
19  saying that we, the retirees, is causing the city to go broke
20  when we have -- we are not at all a part of this.  We paid
21  our dues, and I think that we should be able to continue
22  living the way we want to live.  Thank you.

23          THE COURT:  Thank you, ma'am.  45, Ailene Jeter.
24  46, Sheilah Johnson.

25          MS. JOHNSON:  Good morning.  My name is Sheilah

1    Johnson.  I am a retired 28-year City of Detroit employee.

2              THE COURT:  Um-hmm.

3              MS. JOHNSON:  My husband has been in business in the

4    city for 40-some years.  He pays taxes.  I pay taxes.  I paid

5    into my retirement pension system.  When he -- when my

6    husband provided jobs for ten, fifteen families a year, he

7    gave up his future hoping and knowing that ours would be

8    secure through my pension.

9              THE COURT:  Um-hmm.

10             MS. JOHNSON:  I can't afford -- I am too old to

11   start all over and go and try and find another job, and so is

12   he.  What do we do?

13             THE COURT:  How much is your pension?

14             MS. JOHNSON:  My pension is around $3,000 a year.

15             THE COURT:  A month?

16             MS. JOHNSON:  A month.  I'm sorry.  I'm very upset

17   about this whole situation.  I object to this bankruptcy

18   because if the state can find millions of dollars -- where do

19   you find money from?  That is the City of Detroit's money

20   that should have been paid to us, and like everyone else has

21   said, all these nonpaying, noncontributing entities,

22   businesses and whatever, that owes us should pay us.  We are

23   not bankrupt.  Anybody that believes that believes that I am

24   white.  We are not bankrupt, and we know this, and we want

25   you to understand that our lives are being affected.

1    THE COURT:  Um-hmm.

2    MS. JOHNSON:  We cannot go to sleep at night.  When

3 my nine-year-old grandson asks me, "Grandma, are they trying

4 to make us slaves again?" how do I answer that child?

5    THE COURT:  Um-hmm.

6    MS. JOHNSON:  How do I answer a nine-year-old that

7 got more sense than whoever is making these decisions --

8    THE COURT:  Um-hmm.

9    MS. JOHNSON:  -- because anybody can see I did not

10 vote for Kevyn Orr.  I voted for my city council.  I voted

11 for my mayor.  Whether I agree with them or not, I voted for

12 them.  Those are the people that I expect to look out for

13 me --

14    THE COURT:  Um-hmm.

15    MS. JOHNSON:  -- because of my vote.  This is not a

16 dictatorship.  We do not need a dictator.  We do not need a

17 slave owner.  I am not a slave.

18    THE COURT:  Um-hmm.

19    MS. JOHNSON:  I worked.  I have a trade.  I have

20 degrees.  I earned my pension.  I paid my pension.  They

21 didn't give me my pension.  They took that money out of my

22 check every darn paycheck.  Every paycheck they took that

23 money.  They earned interest on it.  That's annuity.  Ain't

24 nobody giving me anything.  I could have went anywhere, gone

25 anywhere just like any other city employee.

1          THE COURT:  Um-hmm.

2          MS. JOHNSON:  We could have worked for anybody we

3    wanted to.  We chose to serve our citizens of Detroit.  We

4    should be compensated as it was agreed.

5          THE COURT:  Um-hmm.

6          MS. JOHNSON:  And that's what I'm looking for.

7          THE COURT:  Um-hmm.

8          MS. JOHNSON:  Thank you.

9          THE COURT:  No.  Thank you, ma'am.  47, Stephen

10   Johnson.

11         MR. JOHNSON:  Stephen Johnson.

12         THE COURT:  Yes, sir.  Go ahead.

13         MR. JOHNSON:  My objection is rather lengthy, so

14   when finished I'll have it filed --

15         THE COURT:  Okay.

16         MR. JOHNSON:  -- and put on the Internet.  Okay.

17   The debtor, which is the City of Detroit, asked the

18   Bankruptcy Court to aid it and planned to discharge my

19   pension debt that occurred during debtor's defalcation while

20   acting in a fiduciary capacity.  Debtor imagined that it

21   could cure 50 years of mismanagement through an accelerated

22   bankruptcy and reconstruction plan sanctioned by this court.

23   The debtor knows that any plan it drafts would only aid in

24   breaching pension contracts placed under protection of

25   Michigan constitution.  Debtor knows no reasonable sound --

no reasonable sound-minded person could trust it as a
competent fiduciary after 50 years of abuse, gross
recklessness, and willful malicious behavior.  In the
mismanagement of pension funds and other matters, debtor, by
its past history, is incapable of drafting a reconstruction
plan that would cure the 50 years of defalcation.  Even now
as debtor admits it's failed in its fiduciary duties, debtor
may conceal money that, when uncovered, would make debtor's
net worth over and above the need to pay -- needs to pay its
bills, but debtor chooses not to disclose this money in order
to claim insolvency and to be eligible to seek a Chapter 9
bankruptcy to discharge its pension -- to discharge pension
debts.  As debtor failed to perform as a fiduciary, debtor
fails to understand that at the heart of courts'
interpretation of fiduciary relationship is a concern that
those who assume trustee-like positions with discretionary
powers over the interest of others might abuse the power or
produce -- abuse their position.  Debtor is knowing -- debtor
in knowing that it has unaccounted assets yet declares
insolvency while in pursuit of a Chapter 9 bankruptcy.  Fifty
years of debtor's unaccounted money are being withheld by the
State of Michigan for providing police, fire, and other core
services to thousands of abandoned properties owned by the
State of Michigan.  These properties standing stripped inside
and out to blight the City of Detroit for decades brought

1  about a continuous migration of taxpayers from the City of

2  Detroit.  The migration of taxpayers have contributed to the

3  reduction of debtor's revenue and the reduction of the City

4  of Detroit's workers and their pension fund.  The debtor

5  financial position would be solvent and pensions would not be

6  in question if the State of Michigan released debtor's money

7  that may amount to many billions of dollars, but to release

8  this debtor's money would mean the State of Michigan would

9  not be able to rid themself of the billions owed to debtor.

10 It then may be insolvent itself.  Debtor's money held by the

11 State of Michigan, whether collectible or not, is current

12 assets that makes it ineligible to a Chapter 9 bankruptcy

13 under Rule 11 U.S.C., Section 109(c)(2).

14          THE COURT:  All right.  Sir, your time has expired,

15 but I'll give you another minute.

16          MR. JOHNSON:  Okay.  Well, I'll just go to the

17 conclusion.

18          THE COURT:  Okay.

19          MR. JOHNSON:  There's nothing confusing about the

20 objection.  The debtor reckless behavior that caused debtor

21 to defalcate while lacking a fiduciary capacity over a 50-

22 year period has harmed me throughout my working years with

23 the City of Detroit, now comes before the Bankruptcy Court to

24 ask the Court to aid it in sustaining further abuse on me and

25 others.  Objectors beg the Court to see through the debtor's

1    guise as it continues to consider this objection --
2    objector's and this objector's letter to the judge, which
3    would still not help the objector's entitlement to fairness
4    and -- which would still not alter objector's entitlement to
5    fairness and protection under law.  The debtor's craftiness
6    in framing a response to the objection does not emanate from
7    any misunderstanding by the objector.  Rather, it emanates
8    from the fact that the debtor's failure to administer
9    fiduciary duties is indefensible.  The objector's obligation
10   is not to draft an objection that is easy to defeat but to
11   draft, as it has done, an objection that's easy to
12   understand.  In pursuit of 11 U.S.C., Section 523(a)(4), and
13   11 U.S.C., Section 523(a)(6), which provide that an
14   individual cannot obtain a bankruptcy discharge from a debt
15   for defalcation while acting in a fiduciary capacity, the
16   motion of the debtor for --
17            THE COURT:  Thank you, sir.
18            UNIDENTIFIED SPEAKER:  So are you going to submit it
19   in writing?
20            THE COURT:  Yes?
21            MR. JOHNSON:  Yes.
22            THE COURT:  I hope you will.  Mr. Johnson, are you
23   going to submit that in writing for me?  Yes.  Thank you.
24   Okay.  I'm sorry.  Someone has a question.
25            UNIDENTIFIED SPEAKER:  (Inaudible).

1    THE COURT:  Absolutely.  You can always file
2  anything you like with our clerk's office, and I hope you
3  will, and I encourage it.  Okay.  Next is 48, Joseph H.
4  Jones.
5         MR. JONES:  Good morning.
6         THE COURT:  You're Mr. Jones?
7         MR. JONES:  Yes, sir.
8         THE COURT:  Go ahead, sir.
9         MR. JONES:  Mr. Jones.  You can scratch the "H,"
10  though.
11        THE COURT:  Oh, no "H."  Okay.
12        MR. JONES:  They put an "H" in there, yes, sir.
13        THE COURT:  We will make that correction in our
14  records.
15        MR. JONES:  Yes, sir.  My name is Joseph Jones, and
16  I'm party to the bankruptcy.  I filed objections to the
17  city's filing of the petition because I didn't have enough
18  time to hire an attorney or advise me of all my rights under
19  this bankruptcy because I received the notice only a few days
20  ago.  I believe that the federal court should decide whether
21  the emergency manager laws are legal in Michigan emergency
22  managers take -- before emergency managers take any more
23  actions.  As a resident and taxpayer in the City of Detroit,
24  I object to my tax dollars being given to emergency manager
25  to spend without any input from the mayor or the city council

1    members that I elected.  I object to the fact that the City

2    of Detroit giving millions of dollars to millionaires and

3    billionaires to build things like new hockey stadiums in

4    downtown Detroit when these people already owe the city

5    millions of dollars.  I think that the city would not have to

6    file for bankruptcy if these millions of dollars were used

7    for other purposes.  Thank you.

8            THE COURT:  Thank you.  49, Sallie M. Jones.

9            MS. JONES:  Good morning, your Honor.  My name is

10   Sallie Jones.  I am a party of this bankruptcy and file

11   objections to the city filing of bankruptcy.  I am a property

12   owner and a taxpayer.  I am --

13           THE COURT:  Can you do me a favor, ma'am, and just

14   speak more into the microphone?  You don't have to get right

15   into it but right behind it is good.  Thank you.

16           MS. JONES:  Okay.  I am a taxpayer and a property

17   owner of the City of Detroit.  I am in agreement with the

18   employees of the City of Detroit who should have their

19   pensions.  I believe that the emergency manager is illegal

20   and that this bankruptcy -- that Detroit needs a

21   reorganization, not a bankruptcy.  I think that this

22   emergency manager as well as his friends are only in here to

23   take the money from the people of Detroit and put it in their

24   pockets.  They're not thinking of nobody else.  I think

25   Detroit should break up -- make up some kind of programs or

1  whatever because it has been proven that Detroit is not

2  broke.  They can make up some kind of jobs, and you got

3  enough people here in Detroit who can work in these jobs and

4  make this money circulate, and Detroit can take care of

5  itself.

6          I used to work for Chrysler.  If Iacocca could take

7  a dollar, although it wasn't all that great, to help

8  Chrysler, Orr can give up his money and what his friends here

9  are getting to help the people of Detroit.  Thank you.

10          THE COURT:  Thank you, ma'am.  All right.  We've

11  been working for an hour and a half here.  I am going to take

12  a 15-minute recess.  We're about half done.  So we'll

13  reconvene at 11:45.

14          THE CLERK:  All rise.  Court is in recess.

15      (Recess at 11:30 a.m., until 11:45 a.m.)

16          THE CLERK:  Court is in session.  Please be seated.

17  Recalling Case Number 13-53846, City of Detroit, Michigan.

18          THE COURT:  Next on our list is Speaker Number 50,

19  Michael Joseph Karwoski.

20          MR. KARWOSKI:  Good morning, your Honor.  I'm

21  appearing in my individual capacity, not as a member of the

22  retiree committee.

23          THE COURT:  Okay.

24          MR. KARWOSKI:  Mr. Taubitz, who is Speaker Number

25  51, who's right after me, has been given 15 minutes by the

1  Court.  He's offered to give me five minutes of his 15, so I

2  would have 8, and he would have 10, if the Court approves

3  that.

4          THE COURT:  Sure.  Go ahead, sir.

5          MR. KARWOSKI:  Thank you.  A little wheeling and

6  dealing here.

7          THE COURT:  That's what we do.

8          MR. KARWOSKI:  The city has represented that

9  pensions are not yet at issue in the bankruptcy.  In the

10  city's consolidated reply to objections to the entry of an

11  order for relief, Docket Number 765, it says the only way

12  pensions could be impaired without the consent of the

13  pertinent beneficiaries, however, is by an order of this

14  court at some future date, and basically that would be at the

15  time of plan confirmation, but I respectfully suggest that

16  that's a myth and a misrepresentation to suggest that

17  pensions are not every bit a part of this bankruptcy and a

18  core part of it.  The emergency manager has made it clear in

19  his public statements both before and since the commencement

20  of the bankruptcy that he intends to cut pensions and cut

21  health benefits.  In the City of Detroit proposal for

22  creditors dated June 14th, 2003 (sic), a month before the

23  filing of the bankruptcy, at pages 55 and 56 the emergency

24  manager said or the city through him said that there would be

25  significant cuts in accrued vested pensions for active and

1   current retired persons.

2          The Court has recognized that pensions are very much
3   a part of the process by the very act of creating the retiree
4   committee at the request of the city.  The retirees represent
5   about 23,000 out of the more than 100,000 creditors of the
6   city, as indicated on the petition.  The Court has also
7   recognized the important role that pensions and other post-
8   employment benefits, namely healthcare, play in the process
9   right now as it's going on by the creation of panels and
10  mediation to deal with pensions and health benefits.  It's
11  really not fair to say that pensions are not going to be
12  considered until some later date in the future.  I believe
13  they're very much at issue right now.

14         My issue in terms of eligibility -- my argument is
15  with respect to the authority of the emergency manager to
16  file a petition to the extent that it would impair pensions,
17  and that brings in the argument under the state constitution,
18  the pension clause.  My argument is -- my pleading is Docket
19  Number 510.  It's a combination -- I'll forego talking about
20  items one and two because those are big picture issues that a
21  lot of other people are talking about, but my argument, which
22  I think has a little -- has a little different spin to it, is
23  Item Number 3, which is a combination of arguing under
24  Section 109(c) of the Bankruptcy Code in conjunction with
25  Public Act 436, the emergency manager law.  The State of

Michigan in its response to eligibility objections raising

only legal issues has said in Section Roman numeral III,

which is headed "Detroit's EM has valid authority to file the

bankruptcy case" -- and I'll skip their citations, but

basically what they've said is the State of Michigan with

respect to the state law, the emergency manager represents

the city in this bankruptcy case. The emergency manager is

the only party with authority to propose a plan of

adjustment. He controls the plan process. Nothing in the

Bankruptcy Code limits authority to file Chapter 9

proceedings through an elected official. To the contrary,

Section 109(c)(2) of the Bankruptcy Code requires only that

the bankruptcy be authorized by a governmental officer who is

empowered by state law without making any reference to

whether the governmental officer is elected or not. I agree

with the statements that the State of Michigan has made. I

agree that the emergency manager -- and I'll amend my

pleading slightly by saying that I agree the emergency

manager is authorized to file the petition in Chapter 9

except with respect to pensions because his authority to file

the Chapter 9 petition derives only from Public Act 436 and

particularly from Section 12(1)(m) of the Act, sub double I

or sub two, which -- again, without the citations -- this is

the area of the Emergency Manager Act that talks about the

ability of the emergency manager to control the pensions and

1    to bring the pensions into the bankruptcy proceeding, and

2    it's -- there's the threshold of the 80-percent funding

3    level, but beyond that, even if the 80-percent funding level

4    is met and the emergency manager exercises control over the

5    pensions, little double I reads, "The emergency manager shall

6    fully comply with the public employee retirement system

7    investment act cited and section 24 of article IX of the

8    state constitution of 1963, and any action taken shall be

9    consistent with the pension fund's qualified plan status

10   under the internal revenue code."  The act which empowers the

11   emergency manager to file Chapter 9 requires him to comply

12   with the pension clause of the constitution.  To the extent

13   that he does not do that, I respectfully suggest that he is

14   not empowered to file the bankruptcy petition with respect to

15   pensions and other post-employment benefits.  He's simply not

16   authorized.  The drafters of state law were cognizant of the

17   state constitution.  They incorporated the reference, the

18   limitation, the requirement within Public Act 436, and that's

19   in the section after the discussion of when the emergency

20   manager can file bankruptcy and within a bankruptcy when he

21   can control pensions.  He can only control pensions to the

22   extent that it doesn't impair -- that they're not impaired.

23   He can only include pensions in the scope of the bankruptcy

24   within the confines of the state pension clause.  The

25   emergency manager is the only party authorized to file the

1  bankruptcy.  He's the only petitioner.  He filed on behalf of

2  the city.

3          I guess I'll end at the beginning, which is Docket

4  Item Number 1, and that is the emergency manager, Order

5  Number 13, in which he orders the city to file a Chapter 9

6  petition.  In the order, Item Number 3, Kevyn Orr's order

7  reads, "If any component of this Order is declared illegal,

8  unenforceable or ineffective in a legal or other forum or

9  proceeding such component shall be deemed severable so that

10  all other components contained in the Order shall remain

11  valid and effective."  Consistent with the emergency

12  manager's own order, I believe it's appropriate for this

13  Court to sever the consideration of pension benefits from the

14  bankruptcy proceeding --

15          THE COURT:  Um-hmm.

16          MR. KARWOSKI:  -- because he's simply not authorized

17  under the act, which is the only authority that the emergency

18  manager has to file a Chapter 9 petition.  He's simply not

19  authorized to impair pensions or other benefits.  The fact

20  that pensions are a part of this -- the size of their

21  involvement -- besides the points I made earlier, also the

22  list of the 20 largest creditors, Docket Number 15, the

23  general pension fund is the first largest creditor, the

24  police and fire is the second largest creditor, two point --

25  $2 billion dollars and $1.4 billion of the other 18 largest

1  unsecured creditors -- one is the DDA, the Detroit

2  Development Authority, and the other 17 are all banks which

3  are involved in the pension swaps.  Pensions are very much a

4  part of this proceeding right now, and they should be severed

5  from it because the emergency manager is not authorized to

6  file a petition that impairs pensions.

7       THE COURT:  Thank you, sir.  51, Zelma Kinchloe.

8  52, Timothy King.  53, Keetha R. Kittrell.  54, Roosevelt

9  Lee.  55, Althea Long.  Go ahead, please.  Are you Ms. Long?

10      MS. LONG:  Yes.  I'm Ms. Long.

11      THE COURT:  Go ahead.

12      MS. LONG:  Okay.  My name is Althea Long, and I am a

13  party to the bankruptcy.  I object to the city's filing of

14  the petition because I didn't have enough time to hire an

15  attorney to advise me of all of my rights under the

16  bankruptcy because I never received a notice.  In fact,

17  nobody I know received a notice, and I've lived in this city

18  all my life.  No relatives, no neighbors, no friends.

19      THE COURT:  Um-hmm.

20      MS. LONG:  That is one of my objections.  Also, I

21  object to the fact that the emergency manager has stated that

22  he may sell off all the city's assets, yet he has said

23  nothing about making any of the large corporations who owe

24  the City of Detroit millions of dollars pay what they owe.

25  I'm a resident of the city.  I'm retired living on a fixed

```
 1   income, and yet I pay my property taxes every year on time
 2   and in full.  I think it's only fair that corporations making
 3   millions of dollars are required to pay the City of Detroit
 4   what they owe.
 5           I also object because the right to vote is an
 6   important right, and I feel that I've lost that right when a
 7   governor can handpick someone to fulfill the duties of the
 8   people elected by the citizens.  I believe that the federal
 9   court should decide whether the emergency manager laws are
10   legal in Michigan before the emergency manager takes any more
11   action in the city, including the filing of this bankruptcy.
12   Thank you.
13           THE COURT:  Thank you, ma'am.  One second, please.
14   You're all set, ma'am.  My apologies to you.  I did not give
15   you an opportunity to state your appearance on the record if
16   you wanted to do that.
17           MS. TRUEMAN:  I do, your Honor.  Grace Trueman on
18   behalf of State of Michigan.  I just wanted the record to
19   note that we have been in attendance.  However, we were
20   sitting in the back row then.
21           THE COURT:  All right.  Thank you.
22           MS. TRUEMAN:  Thank you.
23           THE COURT:  Thank you for noting that for the
24   record.  And one more thing before we proceed.  I got a note
25   that one or more of you may have arrived after your names
```

1   were called.  Please be assured that when we go through the

2   list in our order, we will come back and catch up with those

3   of you who were not able to be here when your name was

4   called.  Okay.  So next will be 56, Edward Lowe.  57, Lorna

5   Lee Mason.  58, Deborah Moore.  59, Larene Parrish.  60, Lou

6   Ann -- excuse me -- Lou Ann Pelletier.

7           MS. PELLETIER:  Right here.  Good afternoon, your

8   Honor.

9           THE COURT:  Good afternoon.  Go ahead, please.

10          MS. PELLETIER:  I want to object to the City of

11  Detroit bankruptcy filing but also Kevyn Orr and the

12  governor, Snyder.  Detroit pensions should not be considered

13  as a debt but a binding obligation entered into with good

14  faith by employees and the City of Detroit.  Next, I'm not

15  going to read the Michigan constitution, Article IX, Section

16  24, because I know you know that.  There's no need for that.

17          THE COURT:  I've read it several times.

18          MS. PELLETIER:  But I'm going to move on to say

19  Detroit being a workforce that is predominantly African

20  American and comprised of possibly 50 percent of females,

21  there's another aspect that the city, Kevyn Orr, and Governor

22  Snyder hasn't looked at.  This could lead to a disparate

23  impact, this Chapter 9 bankruptcy filing, for a protected

24  group of people.  I would like to enter into the exhibit -- I

25  looked up on the computer and found that under the United

1  States Department of Labor, they had already conducted a
2  study.
3          THE COURT:  Um-hmm.
4          MS. PELLETIER:  And this study is for disparities
5  for women and minorities in retirement.
6          THE COURT:  Um-hmm.
7          MS. PELLETIER:  I would like for this to be a part
8  of the exhibit also.
9          THE COURT:  Sure.  Would you hand that to Chris, and
10 then we'll have a look at it?  Thank you so much, ma'am.
11         MS. PELLETIER:  So yes.  So this will bring into the
12 Civil Rights Act of 1964 for protected groups of people,
13 women and minorities.
14         THE COURT:  Thank you.
15         MS. PELLETIER:  That's it.
16         THE COURT:  Okay.
17         MS. PELLETIER:  Thank you.
18         THE COURT:  And just so the record is clear as to
19 what was handed to me, it's a document with the caption
20 "United States Department of Labor Employee Benefits Security
21 Administration," and the title is "Disparities for Women and
22 Minorities in Retirement Savings."  Okay.  Number 61, Michael
23 K. Pelletier.
24         MR. PELLETIER:  Good morning to you.  My name is
25 Michael Pelletier.  I also worked for the City of Detroit.

1    I'm a retiree --

2         THE COURT: Um-hmm.

3         MR. PELLETIER: -- from Detroit Public Lighting and

4    basically say the same thing as all the other good people

5    have said here --

6         THE COURT: Um-hmm.

7         MR. PELLETIER: -- that I consider Detroit pensions

8    should not be considered as a debt but as a binding

9    obligation entered into with good faith by the employees and

10   the City of Detroit, and I don't see how anybody could

11   possibly take that away from a whole generation --

12         THE COURT: Um-hmm.

13         MR. PELLETIER: -- of people that worked hard for a

14   city.

15         THE COURT: Um-hmm.

16         MR. PELLETIER: And the state and the city should

17   owe up to their obligations.

18         THE COURT: Um-hmm.

19         MR. PELLETIER: Um-hmm.

20         THE COURT: Thank you.

21         MR. PELLETIER: Yes, sir.

22         THE COURT: Ms. Pelletier, you're here. We're going

23   to put this into the docket of the case, this report that you

24   handed to me, so that the city and everyone else who's

25   interested in the case can see this report.

```
 1              MS. PELLETIER:  Thank you.

 2              THE COURT:  62, Heidi Peterson.

 3              MS. PELLETIER:  I left my purse.

 4              THE COURT:  Oh, well, okay then.  62, Heidi

 5     Peterson.  Okay.  63, Deborah Pollard.  64, Helen Powers.

 6     65, Alice Pruitt.  66, Samuel L. Riddle.

 7              MR. RIDDLE:  My name is Sam Riddle.  I'm a resident

 8     of the City of Detroit, and I am an interested party in the

 9     filing of this bankruptcy.  Your Honor, I'm here to object to

10     the emergency manager of Detroit filing this bankruptcy

11     because, as an honorably discharged Vietnam-era veteran that

12     served from 1965 to 1968, I took seriously my duty to defend

13     democracy, indeed was prepared to give my life, if necessary,

14     to protect American democracy and our way of life in these

15     United States of America.  You know, your Honor, when I

16     listen to the individuals that have gone before me, there are

17     two big elephants in this courtroom, race and democracy, and

18     that's what makes this whole case a little bit different --

19              THE COURT:  Um-hmm.

20              MR. RIDDLE:  -- than the typical bankruptcy that

21     I -- class that I endured during my tenure as a law student

22     at the University of Michigan Law School in Ann Arbor.  I

23     believe that there's a threshold issue that a federal court

24     must address before this bankruptcy may go forward rooted in

25     the founding of this nation.  Do dollars trump democracy?
```

1  Now, you know, this is a period when folks are allowed to

2  vent a little bit, and then the lawyers say, "Well, this will

3  all go away.  They vented.  Pass the Kleenex," and we move

4  on.

5          THE COURT:  Um-hmm.

6          MR. RIDDLE:  But I think there's something more

7  fundamental in terms of the underpinning of the judiciary.

8  When dollars are the priority over the right to elect a city

9  council and a mayor to make decisions for Detroit, then

10  Detroit debt is being used to justify the largest

11  institutionalized and most racist poll tax in American

12  history because more black Americans in black -- in America's

13  blackest city have seen their votes rendered meaningless than

14  all the night riders that the Ku Klux Klan could do in the

15  deep south with their lynchings, cross burnings, and terror

16  to stop us from voting and enjoying full liberties as

17  American citizens.  In Detroit the imposition of an emergency

18  manager slammed the door of democracy on Detroit during times

19  when this nation dares to inflict drone democracy in the

20  Middle East.  Such hypocrisy is an insult to all that have

21  served this nation and to those serving in our military

22  today.  I believe that this Court or an appropriate federal

23  court should decide if the emergency manager laws of Michigan

24  are legal before Detroit's emergency manager takes more

25  action on behalf of Detroit, including the filing of this

1  bankruptcy.  I also believe that the current cases pending

2  filed by the NAACP and AFSCME's case where the National

3  Action Network Michigan president, Reverend Charles Williams,

4  is a party should be expedited and heard before this

5  bankruptcy.  As a resident of Detroit, I object to my tax

6  dollars being used without a duly empowered Detroit City

7  Council and mayor participating in those decisions.  No

8  taxation without representation.  But maybe what is operative

9  here is lodged in a U.S. Supreme Court decision that has

10  never been overturned when Chief Justice Taney said a black

11  man has no rights that a white man is bound to respect in the

12  Dred Scott case.  Thank you.

13         THE COURT:  Thank you, sir.  67, Kwabena Shabu.  68,

14  Michael D. Shane.

15         MR. SHANE:  Good morning, your Honor.  My name is

16  Michael Shane, and I'm a resident of the west side of

17  Detroit.  I strongly object to the Detroit bankruptcy

18  petition submitted by Kevyn Orr.  I also agree with a lot of

19  the objections that have been raised so far concerning

20  constitutional questions, democratic rights, and the

21  pensions.

22         Michigan Public Act 436, Section 16, requires that

23  Mr. Orr investigate any criminal conduct that contributed to

24  the financial crisis.  Mr. Orr has neglected and failed to do

25  so.  He has failed to investigate the role of the banks in

1  the destruction of Detroit's tax base and the criminal

2  behavior surrounding the city's debt.  He admitted as much in

3  a recent deposition.

4       The financial crisis in Detroit was triggered by a

5  housing crisis where an estimated 100,000 home foreclosures

6  occurred, and almost a quarter million people left the city.

7  The banks issued predatory loans targeting Detroit and other

8  communities of color in a racist and illegal manner.  They

9  then turned around and illegally evicted many of these

10 families.  The banks have been fined tens of billions of

11 dollars already for this behavior, and former bank employees

12 are testifying now under oath confirming the illegal and

13 racist practices of the banks.  Some of this testimony

14 includes racially offensive language that cannot be repeated

15 in polite company.

16      Property and income taxes dropped precipitously

17 during this crisis causing huge losses to the City of

18 Detroit, and to make matters worse, the banks refused to pay

19 property taxes on homes seized after foreclosures.  In 2011,

20 the U.S. Senate Permanent Committee on Investigations led by

21 Democratic Senator Carl Levin and Republican Senator Tom

22 Coburn issued a scathing bipartisan -- it's unusual it's

23 bipartisan -- report documenting the fraudulent behavior of

24 the largest banks in the country.  The banks have been caught

25 money laundering.  The banks have been caught in bribery.  In

1   the <u>Jefferson County</u> bankruptcy, that came up.  The banks are

2   also being investigated for rigging markets of all sorts,

3   including mortgage securities, municipal bonds, the LIBOR,

4   the metals markets, the electricity markets, the ISDAfix

5   benchmark, and the list goes on and on.  Just in this past

6   week it was announced that the banks are being investigated

7   for manipulating the ethanol market.  That's the fuel that we

8   put into our gas tanks that's added to gasoline.

9           When will this fraud stop?  Recently some UBS

10  bankers were convicted for rigging bids in the municipal bond

11  market.  UBS is one of Detroit's creditors, so why isn't Mr.

12  Orr investigating that bank?  All this criminal activity cost

13  the homeowners, taxpayers, the pension system, and the City

14  of Detroit lots and lots of money.  Here's a list.  You know,

15  Mr. Orr says he's not really aware of all this fraud.  Here's

16  a list of all the different fraud I found on the web.  It's

17  an incomplete list, and I'll give you a copy of this, but

18  it's long.  This is -- these are unique articles on different

19  kinds of fraud that the banks have been involved in.

20          THE COURT:  Sir, your time is up, but I'll give you

21  a moment more.

22          MR. SHANE:  I urge the Court to deny Detroit's

23  bankruptcy petition at this time because Mr. Orr has failed

24  to fulfill his obligations under Public Act 436 by neglecting

25  to initiate investigations into the widely suspected criminal

1  activity that destroyed our neighborhoods and our great city.

2  Thank you, your Honor.

3       THE COURT:  Do you want to present that list to the

4  Court or to Mr. Orr's office?

5       MR. SHANE:  I have copies in my -- yeah, I will.

6       THE COURT:  Okay.

7       MR. SHANE:  I'll do that.

8       THE COURT:  All right.  69, please, Karl Shaw.  70,

9  Frank Sloan, Jr.  71, Gretchen R. Smith.  72, Cheryl Smith

10  Williams.  73, Horace E. Stallings.  Mr. Stallings, are you

11  here?  Okay.  74, Thomas Stephens.

12       MR. STEPHENS:  Good afternoon, Judge Rhodes.  Thomas

13  Stephens, a member of the State Bar of Michigan and Bar of

14  the Eastern District Court in Detroit for 27 years now.  I'm

15  here, your Honor, in agreement with several other

16  objectors -- Mr. Heard, I believe, was the first one -- to

17  argue primarily that this Court should not put the cart of

18  Chapter 9 bankruptcy before the horse of Article III

19  constitutional rights.  Having only three or four minutes to

20  address issues of this seriousness and complexity really

21  illustrates my point as best as anything I can think of.  The

22  Bankruptcy Court is not the forum to hear these issues, and I

23  think that's been clear throughout these proceedings today.

24  I mean as symbolized by the permanent yellow light that we

25  have here, notwithstanding your Honor's great courtesy and

1    professionalism, this bankruptcy and the way it's been thrust
2    down our throats by Governor Snyder and the implementation of
3    the emergency management statute through the Jones Day and
4    Mr. Orr form of government that's been cobbled together and
5    imposed on us has put this Court in a bad position as well as
6    us.  And what I mean by that is I read in the <u>Detroit Free</u>
7    <u>Press</u> today a quote attributed to an attorney in D.C. who
8    said that this Court is today providing us with the
9    appearance of due process.  From your demeanor --
10              THE COURT:  I saw that.  I didn't like that.
11              MR. STEPHENS:  From your demeanor, your Honor, I
12   didn't think you would, and I think that -- and then when I
13   see this permanent yellow light here, I wonder what's really
14   going on here.  And I thank you for hearing us, and I thank
15   you for the way you've approached these things, but I think
16   that the proceedings that Mr. Riddle mentioned, the NAACP
17   case and the Phillips case pending in Mr. Steeh's courtroom
18   should be allowed to go forward before this bankruptcy.  As
19   legal authority for that, I would cite primarily the Supreme
20   Court case from 1936, <u>Landis</u> versus <u>North American Company</u>,
21   299 U.S. 248, as well as <u>In re. Latimer</u>, a Bankruptcy Court
22   case in the Northern District of Alabama from July 2013 -- I
23   think it was July -- 49 Bankruptcy Reporter 844, and <u>Asahi</u>
24   <u>Glass Company, Limited</u>, versus <u>Toledo Engineering Company</u> in
25   the Northern District of Ohio within this circuit, 262 F.

1 | Supp. 2d 839.

2 | THE COURT:  What do those cases hold, sir?

3 | MR. STEPHENS:  Sorry?  Thank you for reminding me.

4 | I was going to say that.  It's well-established, your Honor,

5 | that courts have the discretionary power to stay proceedings

6 | incidental to the power inherent in every court to control

7 | the disposition of the causes on its docket with economy of

8 | time and effort for itself, for counsel, and for litigants.

9 | That power extends to stays pending other judicial

10 | proceedings and does not require the issues in such

11 | proceedings to be necessarily controlling of the action

12 | before the Court.

13 | THE COURT:  Well, since you're a lawyer, do you mind

14 | if I ask you a lawyer question --

15 | MR. STEPHENS:  Not at all, sir.

16 | THE COURT:  -- even though the red light just came

17 | on?  You've been in court here this morning; right?

18 | MR. STEPHENS:  Yes, your Honor.

19 | THE COURT:  I heard several people who are receiving

20 | pensions from the city express grave concern not only about

21 | whether they will continue to get their pensions but also

22 | about the uncertainty that this proceeding creates on that

23 | issue, and so the question I have for you is if a stay delays

24 | the resolution of that pension issue, doesn't that extend the

25 | very uncertainty that the pension people are so concerned

1　about?

2　　　　　MR. STEPHENS:  Not compared to the anxiety they feel

3　about what Jones Day and Governor Snyder and Mr. Orr have in

4　store for them, your Honor, not at all.  You're the first

5　person who's brought that up.

6　　　　　THE COURT:  Um-hmm.

7　　　　　MR. STEPHENS:  The Court -- the authorities that I

8　cited clearly contemplate that, that the stay can't be too

9　long given the circumstances.

10　　　　　THE COURT:  Um-hmm.

11　　　　　MR. STEPHENS:  And the Court has to keep the balance

12　true.

13　　　　　THE COURT:  Um-hmm.

14　　　　　MR. STEPHENS:  And I mean in response to your

15　question, the best way I can respond to your question, your

16　Honor, is that we have a serious double standard in our

17　Michigan jurisprudence around these issues.

18　　　　　THE COURT:  Um-hmm.

19　　　　　MR. STEPHENS:  Within the last two years proponents

20　of emergency management were able to withhold the placement

21　of duly signed referenda petitions on the ballot which would

22　have stayed the former Public Act 4 for months while

23　proceedings went forward in Detroit.  At the time, I was

24　employed by the City Council.  I was in the rooms while they

25　were going forward, and the proponents of the emergency

         1   management legislation and policy had the stunningly
         2   frivolous argument, which, nevertheless, they were able to
         3   attract three votes from the Michigan Supreme Court
         4   ultimately, which was a lose in dissent --
         5            THE COURT:  Um-hmm.
         6            MR. STEPHENS:  -- that the type -- some of the type
         7   on the petitions was not 14 point.
         8            THE COURT:  Right.
         9            MR. STEPHENS:  So that's history, and that's a big
        10   problem, and I think it's causing a lot more anxiety for
        11   these pensioners who have spoken so eloquently and so
        12   movingly today and so righteously, but to talk -- but to
        13   go -- to assure that double standard, look at the cases that
        14   are pending before Judge Steeh.  Look at the claims in those
        15   cases.  Opponents of emergency management have been saying
        16   that First Amendment rights are being trampled on, due
        17   process rights, and we've heard some of this today --
        18            THE COURT:  Right.
        19            MR. STEPHENS:  -- separation of powers, very
        20   fundamental constitutional issues, and we've heard the issue
        21   of race raised in perhaps the most eloquent and appropriate
        22   and moving way that I've ever heard a person in my life in
        23   this courtroom today.
        24            THE COURT:  Um-hmm.
        25            MR. STEPHENS:  And to ask that those things be

1   decided by a Bankruptcy Court instead of an Article III

2   proceeding that's been pending, especially in light of the

3   history of this double standard, your Honor, is absolutely

4   pressing.  Like I say, they've put you in a terrible

5   situation to have you do this.

6           THE COURT:  All right.  Let me ask you to wrap up,

7   please.

8           MR. STEPHENS:  Yes, I will.  And I think those

9   cases, your Honor, that I would ask the Court to defer to,

10  the Phillips and NAACP cases, which I believe you have the

11  citations to, are the most important constitutional

12  litigation in the State of Michigan regarding the nature and

13  scope of constitutional liberty under the rule of law and the

14  state's powers with regard to self-governance at the local

15  level since the Michigan Supreme Court case in 1871, People

16  ex rel. Leroy versus Hurlbut, 24 Mich. 44.  I don't think

17  that the City of Detroit's counsel have shown you that case,

18  and I would ask you to look at the powerful opinions of

19  Justice Cooley and Chief Justice Campbell in that case.

20          THE COURT:  I wonder if I can ask you to supplement

21  and expand on any written objection you have filed with these

22  arguments.  It would be very helpful to me.

23          MR. STEPHENS:  I will do so.

24          THE COURT:  Would you be willing to do that?

25          MR. STEPHENS:  I will do so, your Honor.

1          THE COURT:  All right.

2          MR. STEPHENS:  Thank you.  And just as to two final

3    points, I would note that the Sixth Circuit's decision in

4    City of Pontiac sent a case back to the District Court

5    specifically asking the District Court to look at what's been

6    happening in Michigan around this before reaching these

7    issues, and I think that's relevant.

8          THE COURT:  I'm aware of that case.

9          MR. STEPHENS:  Thank you.

10         THE COURT:  Thank you, sir.  75, Dennis Taubitz.

11         MR. TAUBITZ:  Good afternoon, your Honor.  Dennis

12   Taubitz.

13         THE COURT:  Go ahead, sir.

14         MR. TAUBITZ:  I'm here as a creditor listed by the

15   City of Detroit.  I'd like to give a little background.  I'm

16   here because I'm asking for the bankruptcy petition to be

17   dismissed as I'm contesting the eligibility of the City of

18   Detroit.  I think we have to look back to fall of 2011 when

19   the City of Detroit asked its labor unions to put together a

20   coalition.  A coalition was put together, and they bargained.

21   They bargained with Chris Brown, the chief operating officer

22   of the City of Detroit, and they actually came to an

23   agreement.  However, the city never brought that agreement to

24   the City Council, and it was never implemented.  In the

25   meantime, Jones Day's lawyers were promulgating a theory that

1   a municipality could refuse to honor its pension obligations

2   by using the Chapter 9 bankruptcy, and Kevyn Orr was hired as

3   the emergency manager for the City of Detroit, who just

4   happened to be a partner at, guess who, Jones Day.

5          There were challenges to the constitutionality of

6   Public Act 436 and as to the rights of Kevyn Orr to be filing

7   for bankruptcy.  Those were pending in the Ingham County

8   court when Kevyn Orr ran into this court minutes before a

9   ruling was to come down in that court.

10          I think what that leaves us with is a question as to

11  Kevyn Orr's authority under Public Act 436.  There are

12  certainly questions as to the viability and constitutionality

13  of Public Act 436, and I submit to this Court that those

14  questions of constitutionality would need to be determined by

15  an Article III judge and not by a Bankruptcy Court judge.  I

16  think it exceeds the scope and jurisdiction of the Bankruptcy

17  Court and needs to be determined by an Article III judge.

18          The further problem I have with the city's

19  eligibility for bankruptcy is their denial of due process.

20  What we have is a situation where the city filed for

21  bankruptcy and didn't want to give notice to the people being

22  affected by the bankruptcy.  Due process consists of fair

23  notice, fair hearing before a competent tribunal.  The notice

24  of commencement of case under Chapter 9, notice of automatic

25  stay, purpose of Chapter 9 notice of deadline and procedures

1    for filing objections at Chapter 9 petition and notice of

2    city's motion to limit notice, those were Exhibit A to my

3    objections.  I received that with six days' notice.

4    Unfortunately, five of those days I was out of state.  I

5    submit that six days' notice is not fair notice.  As you've

6    heard from others in this courtroom today, they also had

7    problems with the lack of notice that occurred in this

8    matter.  Some people claim they didn't get notice at all, and

9    multiple people have indicated that they didn't have time to

10    get an attorney, and I submit a fair hearing results when

11    both sides have the opportunity to be represented.  The

12    process that this Court is engaging in is denying people the

13    opportunity to have their legal representation.

14          And, indeed, the debtor attempted to treat creditors

15    differently.  Some creditors are being allowed three minutes

16    to speak.  Some have another whole day to argue and have

17    rebuttal.  We are not being offered the opportunity to rebut

18    the assertions by the City of Detroit.

19          Further, I think there's an argument that the city

20    is not insolvent; that the city has assets; that they haven't

21    even attempted to take those assets and place them on the

22    market and ascertain a value.  I think that was something

23    that needed to be done before the city filed for bankruptcy,

24    not after.  And some of those assets include Belle Isle,

25    which is -- reportedly has an offer for over a billion

1  dollars for.  No attempt has been made to sell that.  There

2  is art at the DIA.  No attempt has been made to sell that.

3  Apparently there's a belated attempt to ascertain some value,

4  but, again, I submit that should have been done before the

5  filing of the bankruptcy.

6          And, furthermore, the debtor failed to negotiate in

7  good faith.  There are approximately a hundred thousand

8  creditors that are listed.  Approximately 21,000 of those

9  creditors are retirees.  My affidavit indicates that

10  absolutely no attempt was made to communicate with me, either

11  written or verbal, that no attempt was made to negotiate with

12  me, and I further submit to this Court that no negotiation

13  does not constitute negotiation in good faith.

14          The city may argue that it was impractical to

15  negotiate with 21,000 retirees.  However, Mr. Orr didn't have

16  any problem negotiating with bondholders.  And although

17  there's an argument he didn't negotiate with the labor

18  unions, he certainly met with them.  The same facility, Cobo

19  Center, could have been used as a meeting point with the

20  retirees.  However, he chose not to.  Don't think that

21  constitutes negotiation in good faith.

22          Moreover, I think the evidence demonstrates bad

23  faith by the City of Detroit.  I think we have to look at the

24  fact that they asked for this coalition to bargain and then

25  failed to follow through.  I think we have to look at the

1    fact that they hired Mr. Orr, a bankruptcy lawyer with Jones

2    Day, the firm that was promulgating this untested theory of

3    ridding a municipality of its pension obligations, and I

4    think this Court has heard how important those pension

5    obligations are to so many retirees with the City of Detroit.

6    Some of those stories have been quite moving.

7         I think we have to look at the lack of notice and

8    specifically the city's attempt to limit notice.  I think we

9    have to look at the city's nonresponse to discovery forcing

10   filing of further complaints -- further motions taking up

11   this Court's time.  And I think when we look at all that,

12   what we find is bad faith.

13        And in conclusion, I'd just say that I think the

14   city has not demonstrated eligibility for the bankruptcy,

15   that its bankruptcy petition should be denied for the reasons

16   stated above.

17        THE COURT:  Thank you very much, sir.  76, Charles

18   Taylor.  77, Marzelia Taylor.  78, Robert Michael Marques or

19   Marques.

20        MR. MARQUES:  Marques.

21        THE COURT:  Marques.

22        MR. MARQUES:  Good afternoon.  My name is Robert

23   Michael of the house Marques.  I'm here to represent the

24   Chair of Saint Peter.  We are here to represent the people or

25   to present the people of the City of Detroit.  We are the

1  primary trustees of the global estate superior to the Roman

2  Curia.  We hereby establish the superior court on the land as

3  open and in session with living witnesses as my record, and,

4  as such, we will read the notice of eligibility objection.

5         My right to free speech is infinite, and no one can

6  take that from me but God, so it will not be prohibited, and

7  I promise I won't take much of your time.  The Chair of Saint

8  Peter is the principal and primary trustee of the global

9  estate trust under whose jurisdiction the Roman Curia

10 operates.  The Chair of Saint Peter is both the ecclesiastic

11 as well as the organic trustee of the global estate trust

12 with a fiduciary duty to the divine living beneficiaries.

13 The City of Detroit, upper and lower case, the City of

14 Detroit, all upper case, the United States Bankruptcy Court,

15 and the United States trustees, all upper case, are legal

16 fiction alien trustees who operate under the jurisdiction of

17 the Roman Curia.  The people of the City of Detroit, the true

18 creditors in the matter at hand, have requested the Chair of

19 Saint Peter intervene on their behalf to officially object to

20 the proceedings and to compel the return of the property to

21 the principal for administration and original jurisdiction.

22 The creditors in the bankruptcy, the City of Detroit,

23 officially object to the eligibility of the City of Detroit

24 as a debtor for the following.  The 300-year-old City of

25 Detroit is financially solvent as the inhabitants thereof

1  have the ability to pay via setoff all obligations when

2  properly presented with a bill as all accounts are prepaid.

3  The legal fiction, the City of Detroit has failed to tender a

4  valid bill containing a sum certain, thereby preventing

5  satisfaction and accord to facilitate the continued economic

6  slavery of the people of the City of Detroit.

7        The bankruptcy petition is intentionally confusing,

8  misleading, and failing to stipulate the specific meanings of

9  the words used in the petition while employing multiple and

10  diabolically opposed meanings to the words in the body of the

11  document identifying the inhabitants as creditors and then

12  debtors with a need to be protected from themselves in

13  bankruptcy.

14        Number three, it is the less than 80-year-old legal

15  fiction, the City of Detroit, a device which has been

16  intentionally mismanaged by politicians, bureaucrats, and

17  consultants, whose wordsmithing and sleight of hand that has

18  cast the inhabitants into economic slavery which is

19  intentionally insolvent.  The City of Detroit is a device

20  created by the trustees and administration guardians

21  operating under the jurisdiction of the Roman Curia who have

22  been tricked -- who, having tricked the people into pledging

23  their property as collateral, which has fraudulently

24  converted the true creditors into debtors reducing the

25  creditors to the status of insolvent paupers having no

1  rights.  The City of Detroit is a legal fiction alien who has

2  hypothecated the credit of the people of the City of Detroit

3  and holds the private matching funds who refuses to execute

4  the setoff of debt for the settlement and closure of the

5  accounts to return the City of Detroit, lower case, and the

6  City of Detroit, upper case, to solvency.  These are two

7  different entities.

8          It has been established, in fact, that the City of

9  Detroit is a legal fiction, all upper case, a legal fiction

10  alien whose ownership and/or control over the property and

11  credit of the people is adversely affecting the global estate

12  trust as well as the living beneficiaries thereof.  The

13  people, the true creditors, and the principal in reference to

14  the bankruptcy of the City of Detroit hereby set forth the

15  remedy, to wit the immediate setoff of the debt for

16  settlement and closure of the accounts, liquidation of the

17  legal fiction, the City of Detroit, and the immediate return

18  of their property via escheat to the principal for

19  administration in original jurisdiction.

20          We have proposed a Detroit recovery plan to

21  implement this.  As we look around --

22          THE COURT:  Sir, your time is up.  I will give you

23  another moment or so.

24          MR. MARQUES:  It's going to be about three, but I

25  will wrap up as soon as possible.  As we look around us, we

1   can see that managing the economic emergency since 1933 has

2   not turned out so well for the people.  The emergency

3   management by the present civil administration funded by the

4   good faith and credit of the people has dramatically

5   tarnished the credit reputation of the people as it has

6   converted the creditors, we the people, into debtors and

7   reduced us in status to that of insolvent paupers having no

8   rights.  Managing the emergency has given rise to a perpetual

9   emergency with increasingly more dire consequences casting us

10  all into insolvency.  Emergency management by the present

11  civil administration has resulted in the creditors, we the

12  people, being reduced to debtors and enemies of the state

13  under the trading with the enemy act under which the present

14  civil administration has waged war against the people, the

15  creditors, for decades.  They have waged economic war against

16  the people as well as a war against crime, war against drug,

17  war against hunger and homelessness, and a war against

18  terrorism which has resulted in dramatically increased crime,

19  illicit -- increased illicit drug abuse, increased hunger and

20  homelessness, and increased terrorism and war.  Detroit is a

21  clear example establishing the evidence that management of

22  the economic emergency delivers to us an even greater

23  emergency with which to manage all at the expense of the

24  people, the true creditors.  Management by the present civil

25  administration has turned Detroit into what looks like a war

1  zone destroying our neighborhoods, our families, our family

2  values, and our sense of community.  Emergency --

3          THE COURT:  Please wrap up, sir.

4          MR. MARQUES:  The present 14th Amendment legal

5  fiction corporate -- excuse me.  Thank you.  The present 14th

6  Amendment legal fiction corporate, the City of Detroit, shall

7  immediately settle all accounts, zero the debt via setoff,

8  and make whole all the creditors making the return of the

9  property to the principals and distribute the mesne funds to

10  the living beneficiaries.  The City of Detroit shall

11  immediately cease the auction and/or sale of property and

12  assets of the people as well as all lotteries and immediately

13  convey the property to the new administration.  An interim

14  mayor and city council shall be appointed and empowered under

15  the charter of 1857 to make the transition back to solvency.

16  The interim government shall be provided the tools necessary

17  to set off the debt and begin the distribution of the mesne

18  funds, thereby returning the people of Detroit to abundance

19  and prosperity.  The post.net banking network has been

20  established by the universal postal union in conjunction with

21  the U.S. Department of Commerce as a global banking network

22  to facilitate the electronic funds transfers, EFT's, to

23  discharge the debt and make the return of the property in the

24  exchange.

25          THE COURT:  All right.  I have to ask you to

1    terminate your statement now, sir.

2            MR. MARQUES:  Hey, wait a minute.

3            THE COURT:  Ma'am, one second.

4            MR. MARQUES:  There are 18 protections in place for

5    me.  I would --

6            THE COURT:  May I have your attention, sir?  It

7    appears to me that what you are saying to me is directly from

8    what you filed with the court, and --

9            MR. MARQUES:  Yes.

10           THE COURT:  -- and I read it, so I've already seen

11   what you wrote.

12           MR. MARQUES:  So it is written, so it is done,

13   you're saying, because as the fiduciary trustee, all

14   fiduciary trustees will be held accountable.  And if the

15   order is not carried out, there will be war crimes assessed.

16           THE COURT:  All right.  So I have to ask you to

17   terminate your statement now.  Thank you.

18           MR. MARQUES:  I will not terminate it.  It stands.

19   Thank you.

20           THE COURT:  All right.  Thank you, sir.  79, Dolores

21   A. Thomas.  80, Shirley Tollivel.

22           MS. TOLLIVER:  Good afternoon.

23           THE COURT:  Good afternoon.  You're Ms. Tollivel?

24   Yes?

25           MS. TOLLIVER:  Shirley Tolliver, T-o-l-l-i-v-e-r.

1          THE COURT:  I-v-e --

2          MS. TOLLIVER:  R.

3          THE COURT:  -- r.

4          MS. TOLLIVER:  Tolliver.

5          THE COURT:  Okay.  We will make that correction to

6    our records.

7          MS. TOLLIVER:  Thank you.  I filed objections to the

8    city bankruptcy filing because we, the citizens of the State

9    of Michigan, voted down PA -- Public Act 4, which stated we

10   did not need nor did we want an emergency manager.  However,

11   Kevyn Orr was appointed by Governor Snyder in February of

12   this year as an emergency manager.  However, my right -- my

13   voting right was violated.  Kevyn Orr filed petition for

14   bankruptcy on behalf of the State of -- the City of Detroit.

15   However, there's no provision in Chapter 9 that gives Kevyn

16   Orr the authority to file this petition.  Under Chapter 9,

17   only the duly elected representatives of the City of Detroit

18   have power and authority to file such a petition.

19          There are several civil matters pending in the

20   United States District Court that precedes the bankruptcy

21   action which challenges whether the emergency manager laws in

22   the State of Michigan, including Public Act 436 of 2012, are

23   constitutional, and this Court either does not or may not

24   have jurisdiction over these matters.

25          I believe that the federal court should decide

1　whether the emergency manager laws are legal in Michigan

2　before Detroit emergency manager takes any more action in

3　this city, including the filing of bankruptcy.  Thank you.

4　　　　　THE COURT:  Thank you, ma'am.  81, Tracey Tresvant.

5　82, Calvin Turner.

6　　　　　MR. TURNER:  Good afternoon, your Honor.

7　　　　　THE COURT:  You're Mr. Turner?

8　　　　　MR. TURNER:  Yes, sir.

9　　　　　THE COURT:  Go ahead, sir.

10　　　　　MR. TURNER:  Thank you for giving me the opportunity

11　to speak before you.

12　　　　　THE COURT:  You're welcome.

13　　　　　MR. TURNER:  First of all, I'm a city retiree, a

14　resident of the City of Detroit, and I, too, am a Vietnam

15　veteran.

16　　　　　THE COURT:  Um-hmm.

17　　　　　MR. TURNER:  I served in the United States Marine

18　Corps from 1966 to 1969.  I did 13 months in Vietnam --

19　　　　　THE COURT:  Um-hmm.

20　　　　　MR. TURNER:  -- and I came home, '69.

21　　　　　THE COURT:  Um-hmm.

22　　　　　MR. TURNER:  You know, we said coming back to the

23　world.  That's what we vets called coming back to the States.

24　Got here, and to my surprise the hatred, the mistrust --

25　　　　　THE COURT:  Um-hmm.

1          MR. TURNER:  All of this was given to us, the

2    Vietnam vets, and we have been around the world.  We do that

3    now in the name of democracy, and here at home it's being

4    denied.  But I'm here to say that I love and I have gratitude

5    for the City of Detroit because Mayor Young, even though

6    other employers wouldn't hire us -- they'd say we were crazy,

7    we were baby killers, we were dope addicts, you name it -- he

8    gave us the opportunity, Vietnam vets, to come in, get a

9    decent job, able to raise a family, send kids through school

10   and live the American dream, and this is the City of Detroit.

11   Like I said, I'm a retiree, and what Kevyn Orr -- Mr. Orr and

12   Governor Snyder are going to do is going to hurt a lot of

13   retirees and also vets, especially Vietnam vets because we're

14   the forgotten few.  To this day we're the forgotten few.  And

15   I just find it hard.  I'm just being able to mention Vietnam.

16          THE COURT:  Um-hmm.

17          MR. TURNER:  I mean it was, I believe -- I wanted to

18   go back because I came home in the hatred, but Mayor Young

19   gave us a -- gave us the opportunity.  I put a daughter

20   through school --

21          THE COURT:  Um-hmm.

22          MR. TURNER:  -- a wife home, the American dream, and

23   he gave us that opportunity.  And, you know, being a vet

24   reminds me of Iraq --

25          THE COURT:  Um-hmm.

1      MR. TURNER:  -- and Saddam Hussein, but the only

2  difference in Governor Snyder and Saddam Hussein, we do -- or

3  Michigan -- the State of Michigan, they have weapons of mass

4  destruction.  Am I correct?  Kevyn Orr is a weapon of mass

5  destruction, and that's speaking as a vet because it will

6  destroy and it would hurt a lot of people if this Chapter 9

7  goes through pensionwise.  And like I say, I'm a retiree.

8  I'm a pensioner.  And it will hurt, and it'll hurt a lot of

9  Vietnam-era veterans because that stigma is still there.

10     THE COURT:  Um-hmm.

11     MR. TURNER:  And I love America.  Thank you.  Semper

12  Fi.  God bless America.

13     THE COURT:  83, Jean Vortkamp.

14     MS. VORTKAMP:  Hi.  I'm Jean Vortkamp.  I am a

15  lifelong Detroiter.  I'm a former Citizen of the Year of

16  Detroit, and I'm also a former mayoral candidate.  I received

17  my late notice of this hearing on August the 12th, 2013.

18     I want to share with you my experience in Detroit of

19  austerity or cutbacks, as they used to be called.  One month

20  ago a young man was shot dead on my street.  For five hours

21  his body laid on my street.  For those five hours a hundred

22  people came to our street, his family and friends, and they

23  got to see his body lay there for five hours because of the

24  cutbacks to the coroner.  This is austerity.

25     When they say that bankruptcy in the press is going

1　to make Detroit better, that it's going to be a relief, in

2　the other cities where there is bankruptcy, it is not relief.

3　It is more cutbacks.  Detroit is already at a point where it

4　is inhumane for the amount of public services that we have.

5　There is no more room for any more austerity in Detroit.

6　　　　　If this bankruptcy and the goal of pension cutting

7　is allowed, it will impoverish my parents, my sister, my

8　friends, and my neighbors.  Cutting retiree healthcare,

9　according to a lot of the seniors that this will affect, they

10　think that they are suspiciously trying to lower the senior

11　population by taking away their healthcare and their meager

12　benefits already.  If the undemocratic emergency manager, who

13　I did not elect, is going to break union contracts and

14　pensions, then he should also break the contracts with

15　financial institutions.  Our assets are not for sale.  This

16　is not either/or.  This is not pensions or artwork or Belle

17　Isle.  This is none of it.  Don't touch any of it.  It is not

18　their business.  Detroit is not insolvent.  Why have we not

19　sued for the LIBOR rigging, collected unpaid taxes from the

20　wealthy and fines from blight and environmental violations?

21　Detroit needs to protect our assets and get forensic audits

22　that we have needed for decades for all departments,

23　authorities, of Jones Day's work here and the state.  I

24　suspect that there is a small group of racist rich men and

25　banks who have been pulling the puppet strings of Detroit for

a very long time.  As I stand in Bankruptcy Court, I would say they have not done a good job.  Detroiters need to stop blaming themselves and stop listening to the local media controlled by these rich men.  Detroiters work harder to preserve our community than any other Americans.  It is time to put the blame in the right place, on this group of mismanaging rich men and banks.  They need to release their stranglehold on Detroit, cancel the debts, and leave the good people of Detroit in peace.

I work with children who live in poverty here.  It's time for the structural impoverishment implemented in Detroit to end.  Children here deserve the same opportunities as the children of these rich men.  The way to get that is through collecting the owed taxes, forensic audits, and controlling the rich men and banks.  We should not be buying them bigger boats with our tax money and -- with our tax money and their swap fees.  We should not pay for their children's private school education while gifted children in Detroit end up in jail.  We should not pay for their fancy cars or their fancy suits from our aging parents' retirement survival income while we even have few buses.  I urge you, Judge Rhodes, and Treasury Secretary Lew, who I know can intervene as well, to terminate this bankruptcy.  Detroit is not an airline or a cupcake company as Jones Day is treating us.  We are a community of families who deserve respect.

1          THE COURT:  Thank you.

2          MS. VORTKAMP  Thank you.

3          THE COURT:  84, William Curtis Walton.

4          MR. WALTON:  Good afternoon, your Honor.  I'm

5   William Curtis Walton.  I'm an identified creditor in this

6   case.

7          THE COURT:  Yes, sir.

8          MR. WALTON:  I'm a former supervising building

9   inspector with the city who retired under duress from the

10  City of Detroit prior to the retirement age.  I'm only 58,

11  and I had planned to work till I was 65, but after achieving

12  a full service retirement, having served 32 years for the

13  city, I'm opposed to the city's being allowed bankruptcy

14  protection from the payment of pension benefits not only

15  because of the extreme hardship that it would place on myself

16  and my wife or that my personal feelings on the subject are

17  that this is a move -- this move is coldly calculated,

18  unethical, and immoral, breach of public trust by the Bing

19  and Snyder administrations, but that it has been illegally

20  executed because, first of all, the city and Mr. Orr have

21  admittedly not met the burden of filing because they have not

22  bargained in good faith with the retirees of the City of

23  Detroit prior to this filing.  Certainly they've not

24  approached me about the negotiations.

25          THE COURT:  Hold on one second.  What's happening

1  with our microphone system here?

2        MR. WALTON:  Is there a battery in this microphone?

3        THE CLERK:  No.

4        THE COURT:  I think the whole -- I think we're

5  having a systemwide issue here.

6        MR. WALTON:  Okay.

7        THE COURT:  I think we have to take a break and get

8  this resolved.  Letrice, do you have any suggestions?

9        THE CLERK:  Just call Jay.

10        THE COURT:  I'm sorry.  I can't hear you.

11        THE CLERK:  I'll call Jay.  We'll have Jay come up

12  and take a look.

13        THE COURT:  All right.  I am sorry to have to do

14  this to you, sir, but we'll have to take a recess to get this

15  resolved.  When we come back, we'll pick up with you.

16        MR. WALTON:  Cleared up.  Just a moment.  It seems

17  to have cleared up.

18        THE COURT:  Are we back on line?

19        UNIDENTIFIED SPEAKER:  Yeah.

20        THE COURT:  Well, okay.  Then proceed.

21        MR. WALTON:  Thank you, your Honor.

22        THE COURT:  Let's start his clock over.

23        MR. WALTON:  Oh, thank you.  I don't know -- I don't

24  know if I'll need it, but that's okay.  They've not

25  approached me about bargaining in good faith or any

1  negotiation of any sort.

2         The second point is, as it was stated by Mr.

3  Karwoski, under Public Act 436, Section 12, subsection (m)(2)

4  and (3), as he stated before and as I will not restate --

5         THE COURT:  Um-hmm.

6         MR. WALTON:  -- the duty of the emergency manager,

7  if it is legal, is to uphold pensions, and his actions seem

8  to be diametrically opposed to that.  It's inconsistent with

9  the provisions in -- but is, in fact -- okay.  And it's

10 opposed to the state constitution, which guarantees that

11 pensions and retirement benefits are secure from such

12 actions.  This action requires the federal Bankruptcy Court

13 to break the Michigan state constitution by allowing pensions

14 and benefits of the city's retirees to be altered or

15 negatively impacted.  My opinion seems to be supported by the

16 Honorable Mr. Schuette, the attorney general from the State

17 of Michigan.

18        In closing, well, frankly, here I am.  I'm the

19 people of which, by which, and for which the federal

20 government is supposed to stand.  I'm imploring your Honor to

21 see fit to uphold the Michigan constitution, which is a

22 political subdivision of the United States of America, and

23 dismiss this case as to myself and as to the retirees of the

24 City of Detroit.

25        THE COURT:  Thank you, sir.

1          MR. WALTON:  And I have nothing else.  Thank you.

2          THE COURT:  85, please, Jo Ann Watson.

3          MS. WATSON:  Your Honor, I'm Jo Ann Watson.

4          THE COURT:  Go ahead, please.

5          MS. WATSON:  I'm a Detroit City Council member.

6   And, first of all, I want to say that I was denied due

7   process for these proceedings as I received my notice that I

8   could file an objection effectively the day the objection

9   deadline.

10          THE COURT:  Um-hmm.

11          MS. WATSON:  So I had absolutely no notice --

12          THE COURT:  um-hmm.

13          MS. WATSON:  -- and was -- and feel that my due

14   process has been denied.

15          Secondly, it is my understanding that the federal

16   Bankruptcy Code does not comport with involuntary filing of

17   petitions for municipal bankruptcy.  I'm standing here as an

18   elected official for the City of Detroit to declare that

19   neither the city council nor the elected mayor voted on the

20   filing, and it seems to me it does not comport with the

21   federal Bankruptcy Code.

22          Secondly, the State of Michigan has material

23   conflicts, material conflicts with the City of Detroit.

24          THE COURT:  Um-hmm.

25          MS. WATSON:  The state treasurer in my office

1  admitted to same and has said so publicly on the record on a

2  well-known broadcast in the city.  In addition, the state

3  treasurer --

4          THE COURT:  What conflict are you referring to?

5          MS. WATSON:  Default.  There was an agreement that

6  was reached during the Governor Engler, Mayor Dennis Archer

7  era that the state, through two pieces of legislation, agreed

8  to provide so many millions in revenue sharing.  The state

9  defaulted after two years.  It should have been multi-year,

10  and the $220 million that is unpaid from that agreement has

11  never been addressed and certainly has not been repaid --

12          THE COURT:  Um-hmm.

13          MS. WATSON:  -- to the city per the agreement.  What

14  the city has continued to do is live up to the agreement by

15  not charging persons who work in the city but live elsewhere

16  the full income tax we could charge, so the city has given up

17  $600 million in addition to the 220 million that the state

18  has refused to pay.  That's a material conflict, in my view.

19          Thirdly, the appointment of the emergency manager in

20  the City of Detroit flies in the face of the action of 2.3

21  million citizens in November 2012 who repealed the emergency

22  manager law.  Now that law was put back into business just a

23  month later in a lame duck session led by the governor and

24  other designates in the state House, and Mr. Orr was

25  appointed based on Public Act 72, and then Public Act 436 was

1    grandfathered in.  However, Public Act 72 did not exist

2    anymore.  When Public Act 4 was repealed in November 2012,

3    everything that was connected with it was repealed, so there

4    was no Public Act 72 to appoint Mr. Orr.

5            I ask, Judge, that you allow the two federal actions

6    that challenge the constitutionality of these proceedings

7    prior to the bankruptcy filing to be decided before there's

8    any action on this municipal petition.  I so request, and I

9    do so formally.  And I thank you very much.

10           THE COURT:  Thank you, ma'am.  86, Judith West.  87,

11   Preston West.  88, Carl Williams.  And what is your name,

12   sir?

13           MR. WILLIAMS:  Carl Williams.

14           THE COURT:  Okay.  Go ahead, Mr. Williams.

15           MR. WILLIAMS:  Yes.  I object to this bankruptcy

16   proceeding for a number of reasons.  The first one is because

17   in order to file a bankruptcy, it must be voluntarily and

18   consent as Ms. Watson has said so, and that's a violation of

19   the bankruptcy rules and regulation.  I think it's 11 U.S.C.

20   903 --

21           THE COURT:  Um-hmm.

22           MR. WILLIAMS:  -- that says you must have consent

23   and it must be freely, which we had nothing even to do with

24   it.  This was done by the state through Kevyn Orr, who do not

25   represent the people of the State of Michigan -- or the City

1   of Detroit.  Excuse me.  The act that Kevyn Orr is citing,
2   the bankruptcy, that they relied on, 436, it is
3   unconstitutional because it never received a three-fourth
4   vote as required to challenge a referendum in the first place
5   and according to Article II, Section 9, of the constitution
6   of the State of Michigan.  Hypothetically speaking, 436
7   wasn't -- was -- if it was invalid, they still didn't have
8   the authority to do it because under 436 only the
9   municipality can file for bankruptcy.  The bankruptcy also
10  says the same thing.  It says only the bankruptcy -- I mean
11  only a municipality can file for bankruptcy.  Yeah.  Only a
12  municipality may file relief under Chapter 9, Title 11
13  U.S.C., Section 109(c), not Kevyn Orr, not Public Act 436, or
14  the bankruptcy have provided any provision or a statute where
15  Kevyn Orr could file for bankruptcy on behalf of the citizen.
16          Another thing is that they have been bargaining or
17  negotiating in bad faith.  I mean we're talking about money
18  here.  That's why we're here because of bankruptcy.  Now, how
19  can anybody -- I mean with common sense look at the facts
20  here and you see that the emergency manager, Kevyn Orr, has
21  shown material prejudice and acted with unclean hands in this
22  matter.  The state has withheld and refused to pay $224
23  million in January of 2012.  They refused to pay $139 million
24  still owed in January of 2013.  And this is a violation of
25  the Michigan State Revenue Sharing Act 140 of 1971.  The

1  state, through Kevyn Orr, has a very peculiar way of

2  bargaining in good faith.  This is not what you call good

3  faith.  I mean this is more like entrapment.  I mean you owe

4  us money.  You refuse to pay the money.  Then you turn around

5  and say that we are negligent and you file bankruptcy when,

6  in fact, Kevyn Orr, before he even -- within 45 days after he

7  became the emergency manager, it was incumbent on him to file

8  a financial plan, and he failed to do that.  Now, Kevyn Orr,

9  he could have filed for extension of time to do that, but he

10  failed to do that, so, you know, all this appears -- not

11  appears to be, it's a fact it hasn't been contrived because

12  we have never, you know -- the things and assets that Detroit

13  have has never been -- what can I say -- appraised --

14          THE COURT:  Um-hmm.

15          MR. WILLIAMS:  -- so how can you --

16          THE COURT:  Your time has expired, but let me give

17  you another minute.

18          MR. WILLIAMS:  Okay.  Well, what I wanted to say is

19  that the Bankruptcy Court do not have jurisdiction over the

20  person or over the subject because Kevyn Orr don't have the

21  authority to file, so that's -- they don't have -- excuse

22  me -- jurisdiction over the person, which is Kevyn Orr, and

23  they don't have jurisdiction over the subject matter, which

24  is bankruptcy.  And that's a violation of Federal Rules of

25  Civil Procedure 12(b)(1) and (2), so this case should be

1  dismissed based on that alone and the fact that they have

2  violated Section 921 and 923 of the Bankruptcy Code itself,

3  so this should stop, and it should be dismissed based on the

4  law and the Bankruptcy Code and 436.

5        THE COURT:  Thank you, sir.

6        MR. WILLIAMS:  Thank you.

7        THE COURT:  Number 89, Charles Williams, II.

8        MR. WILLIAMS:  Thank you, your Honor.  Reverend

9  Charles Williams, II, president of the Michigan Chapter of

10 the National Action Network, pastor of the historic King

11 Solomon Baptist Church.  Thank you for the time that you have

12 provided today for many of those who are vehemently opposed

13 to this bankruptcy that they feel was not applied for

14 justifiably and they feel was not applied for legally.

15        A few weeks ago we celebrated the 50th anniversary

16 of the march on Washington.  I had the opportunity to stand

17 there and speak in the same spot that the Reverend Dr. Martin

18 Luther King, Jr., spoke.  With the shadow of Lincoln

19 overlooking us, I thought about so many of the advances that

20 we have made over the years as African Americans and as a

21 people and as an American.  I'm not a lawyer, and I would not

22 even get up here and cite anything --

23        THE COURT:  Um-hmm.

24        MR. WILLIAMS:  -- for you, but I would tell you that

25 we look to the federal government.  We look to the federal

1  government to make sure that states don't take advantage of
2  their citizens and cities, and cities don't take advantage of
3  their citizens.  We look to the federal government when it
4  came to the '64 Civil Rights and '65 Voting Rights Act, <u>Brown</u>
5  versus <u>Board of Education</u>.  We look to the federal government
6  when it comes to making sure there are guards to open up the
7  schools when we are trying for integration, and so we looked
8  to the federal government when it come to Public Act 436.  We
9  have not gotten an answer yet, and we believe that we should
10  get an answer.  We should have our opportunity to allow
11  Public Act 436 to be tried about whether it is legal, whether
12  it's democratic, whether it's anti-democratic.  We believe
13  that's important.

14        Now, I heard you ask one of the former attorney --
15  or one of the attorneys who came up here, I heard you ask him
16  about whether you believe these pensioners can wait, whether
17  you believe the citizens of Detroit can wait.  Well, if we
18  can spend over $200 million, the state and city together, to
19  build a hockey arena, if we can hire Jones Day spending $500
20  an hour and millions of dollars in fees, even though you have
21  assessed someone to watch that type of stuff, if you -- if we
22  can do that, then we can surely wait to see if democracy is
23  in action.  This legislation, Public Act 4, is so egregious
24  that even your coworkers in the Sixth Circuit have already --
25  or have looked at this and saw some inconsistencies in it,

1   and so our concern -- my concern, the reason why I'm here is

2   to object formally and to ask you to allow Public Act 436 to

3   have its day and its time in court on whether we are running

4   a democratic system at this very moment.

5           THE COURT:  Thank you, Reverend.  90, Floreen

6   Williams.  91, Fraustin Williams.  92, Leonard Wilson.  93,

7   Phebe Lee Woodberry.  94, Anthony G. Wright, Jr.  I've been

8   advised that Number 4, Aleta Atchinson-Jorgan, has made it to

9   court today.

10          MS. ATCHINSON-JORGAN:  The right of a person to a

11  pension, annuity, or retirement allowance, the return of

12  accumulated contributions, the pension, annuity or retirement

13  allowance itself, to any optional benefit, to any other right

14  accrued or accruing to any person under the provisions of

15  this Code, and to the monies in various funds of the

16  Retirement System shall not be assignable and shall not be

17  subject to execution, garnishment, attachment, the operation

18  of bankruptcy or insolvency law, or any other process of law

19  whatsoever, except as specifically provided in this chapter

20  of the Code.  This is a direct quote from the city ordinance

21  Number 29-01, subsection 1, 11-30-01, and a General

22  Retirement Systems own policy.  Being that the system is

23  under what is called a defined benefit plan, the money to

24  support the pensions is administered through a trust

25  established by the City of Detroit's General Retirement

1  System.  Since it operates as a trust, that would make the

2  City of Detroit General Retirement System the trustee and I a

3  beneficiary and a grantor of that trust as all retirees are

4  beneficiaries and grantors of that trust.  As such, I am

5  telling the Court that I do not consent to any changes being

6  contemplated that would alter or diminish our current

7  contractual agreement regarding this trust.  I do not give my

8  permission.  Since when do we care more about corporations

9  than we do about people?  People have a heartbeat.  We have a

10  soul.  Corporations, like machines, have no feelings.  It is

11  all about the bottom line, about profits.  The government of

12  the City of Detroit is borne out of the people living on this

13  land we call Detroit.  The government of the City of Detroit

14  did not create the people that live on this land.  It is the

15  people who created the government and that corporation we

16  call the City of Detroit.  As the kids say, don't get it

17  twisted.

18          The City of Detroit, we are told, is $18 billion in

19  debt.  The bank bailout cost taxpayers well over 700 billion.

20  Wow.  Now, that is a big difference between the two, yet we,

21  as a society, feel the need to take care of those

22  corporations that were -- what was the term -- oh, yes -- too

23  big to fail.  In fact, I read something just yesterday that

24  stated that the federal reserve claims that they only lent

25  1.3 trillion to the big banks, so apparently one must be big

1  enough to get the relief that is needed to survive.  So here

2  we are, small town Detroit, with a gun placed to our heads

3  being told that if you are a dedicated city employee that

4  gives a fair day's work expecting a fair day's pay but was

5  forced to give up ten percent, it is because you're not big

6  enough.  If you are a retiree after having been a dedicated

7  city employee for many years and are now being told that your

8  pension and your medical has to be modified and adjusted

9  because the money that you put in is no longer available to

10  you, it is because you're not big enough.  If you are a

11  homeowner or property owner who always pays your taxes to the

12  city coffers, guess what?  You aren't big enough.  You don't

13  matter.  You are not a bank.  You are not a corporation.  You

14  are not entitled to a bailout.

15      Now, the debt of 18 billion that the city supposedly

16  owes, I assume, like most debts, can be paid back over time.

17  The 18 billion doesn't have to be paid in one day.  So let's

18  look at some math.

19      THE COURT:  I can give you another minute or so,

20  ma'am.

21      MS. ATCHINSON-JORGAN:  The city receives $11 million

22  per month from the casinos.  That would give us about $132

23  million in revenue per year, and based on 2012 census count,

24  we had a population count of about 701,475, so let's say

25  210,442 of them are homeowners who pay property taxes of

1  about 1,500 per year. That would give the city about

2  $315,663,750. And let's also say that these same homeowners

3  pay a $50 water bill per month. That would give the city

4  about $126,265,200. That would give us a total of

5  $573,928,950 in revenue per year. Now, that is just three

6  sources of income. And, of course, to subtract operating

7  expenses, lawsuits, infrastructure investment, state and

8  federal taxes, but we didn't include sales taxes,

9  investments, federal block grants, money from parking and

10  traffic tickets -- and they're writing a lot of tickets

11  now -- and, oh, doesn't the state owe us a large sum of money

12  that we have yet to receive? I read somewhere that the city

13  has a rainy day fund of over 50 million. I think it's

14  raining.

15        Anyway, I'm not a mathematician, but I am a retiree.

16  I know that when I retired, I expected to receive a certain

17  amount each month. I know that the amount as I get older

18  will appear proportionately less and less because of

19  inflation and other variables that may be out of my control.

20  Therefore, I do not consent to a breach of the contract

21  between the City of Detroit and the City of Detroit's General

22  Retirement System, who are the trustees, and I, Aleta R.

23  Atchinson-Jorgan, a grantor and a beneficiary of that trust.

24  Any changes are to be considered a breach of the trust.

25  Thank you.

1    THE COURT:  Thank you.  Okay.  Before I ask the city

2  for any response, let me ask is there anyone else who would

3  like to be heard regarding this matter?  One person.  Yes.

4  Step forward, please, and one in the back also.  Ma'am.

5        MS. MCCLELLAN:  Yes.  My name is Cecily McClellan,

6  and I submitted an objection as the first vice president of

7  APTE, and I guess it was only selected that Dempsey Addison

8  would speak, but we thought we were going to be included with

9  the unions instead because we do represent over 200 people.

10        THE COURT:  Um-hmm.

11        MS. MCCLELLAN:  I, too, object to the filing of this

12  bankruptcy, and I believe that this bankruptcy -- I mean the

13  extent of the city's financial situation has been concocted

14  and contrived by the State of Michigan, and the reason that I

15  say that is that in 19 -- last year I was laid off.  Now, as

16  a union member, our contract indicates that we should be the

17  last to be laid off so we can represent our union, and that's

18  labor law.  Without any regard for that, the City of Detroit

19  laid off Dempsey Addison, the president, and laid off the

20  first vice president, which to me is a violation of labor

21  law, which took away the representation right or attempted to

22  because we didn't stop representing.  We have an obligation

23  to represent our people.  But I think what is really

24  insidious is the -- what was happening at that time, and I've

25  seen it throughout the city.  I am a lifelong resident.  I

1   worked for Department of Human Services, and I spent 18 years

2   also at the Health Department.  What was done at the

3   Department of Human Services and what is being done at the

4   Health Department right now is a crime.  It was created at

5   the Department of Human Services, the closure of that

6   department.  In the media you heard things about furniture

7   being purchased, just allegations, but it was used as

8   justification to close the safety net that was badly needed

9   in the City of Detroit, a department that was 100-percent

10  grant, which, in fact, provided resources to the city and

11  also administrative costs that was being used downtown and

12  hired people to oversee our grant, so we lost over $40

13  million that was then privatized and outsourced partially to

14  Wyandotte, our weatherization dollars, and then the dollars

15  that was used for emergency needs such as assisting seniors

16  with utility bills, keeping them in their homes, burn-out

17  victim, all of that money was then moved to Salvation Army

18  and to Detroit Rescue Mission.  There was no need to close

19  that department, and now we have found that many of those

20  allegations that were made last year have been just brushed

21  under the rug.  The same thing is now happening at Herman

22  Kiefer.  They closed down the clinic.  They closed down the

23  pharmacy.  They closed down all those department.  They

24  created a fictitious unit that cannot even function as a

25  health department called the Institute of Population Health,

1  which you'll find out right now cannot function, and,

2  therefore, now we no longer have those services.  It appears

3  to be an assault on the poor, assault on the working class,

4  and assault on unions in the city.

5       I did write a letter to the inspector general, which

6  I would like to leave with you, your Honor, in February of --

7  February 28, 2012, and the inspector general, Dr. Levinson at

8  that time, responded back to me and said he was

9  investigating.  That investigation I assume is ongoing.  But

10  it does show that there were funds that the -- let me restate

11  this.  The city often complains that one of the reason

12  they're getting rid of these grants is that we didn't manage

13  it very well.  Well, in the case of Department of Human

14  Services, the State of Michigan withheld over 16.8 millions

15  at the time that I wrote this letter to Mr. Levinson, the

16  federal inspector general, and that was happening throughout.

17  Funds were being withheld by the State of Michigan creating a

18  contrived financial crisis, closing down departments, and

19  union bustings, so I have my letter that I wrote to the

20  inspector general.  I also have a letter that the inspector

21  general wrote back, and I also have a copy of the hearings

22  that were conducted by the State of Michigan Department of

23  Human Services that show in many ways that the citizens had a

24  concern that the state was creating the environment that

25  would cause the City of Detroit to have the financial

1  difficulties that we're having today by withholding funding.

2  THE COURT: All right. If you'll hand those to

3  Chris, we'll make sure they do get in the record. Chris is

4  right here.

5  MS. MCCLELLAN: Okay. Thank you very much.

6  THE COURT: Thank you. And there was one more

7  person who responded to my solicitation. Yes, ma'am.

8  MS. JONES: Good afternoon, your Honor. I am Brenda

9  Jones, Detroit City Council member. Thank you for giving me

10 the opportunity to speak. I rise an objection to the

11 bankruptcy filing. In my opinion, as a resident of the city

12 and as a council member, some of the things that I've seen

13 take place I believe to have been conspiracy to come to this

14 day of filing for bankruptcy. A lot of it was done in the

15 pretense of a consent agreement that was approved. There

16 were things that were asked to be done. Unions were asked to

17 negotiate to help the city's financial burden. Unions

18 negotiated. It was done in bad faith on the governor's side

19 because after the unions negotiated, the governor then came

20 and said he would not allow that negotiations or those

21 contracts to come before council for council to vote on.

22 There were many cost savings that were met upon those

23 negotiations. I also sit on the police and fire pension

24 board as a trustee.

25 THE COURT: Um-hmm.

1    MS. JONES:  I can tell you that the police and fire

2  pension board has worked along with the city to try to help

3  the city in its financial crisis, but all at the same time

4  there were many contracts and consultants that were still

5  being paid much money to cause more burden to the city, so I

6  am in full objection to this filing of this bankruptcy.  I am

7  also in objection asking to allow the hearing of the legality

8  of Public Act 436 to be heard before we proceed with any

9  hearing of eligibilities for bankruptcies.  Thank you.

10    THE COURT:  Thank you.  Mr. Bennett.

11    MR. BENNETT:  I'll be very brief.  Get this

12  straightened out a little bit.  Is that okay?

13    THE COURT:  Yes.

14    MR. BENNETT:  Okay.  I'll be very brief.  First of

15  all, your Honor, at the outset you indicated that this

16  hearing is important, and we absolutely agree.  I will also

17  say that I found Detroit to be filled with talented

18  advocates, and my hope is that as this process goes on, we'll

19  be able to convince them to become allies as opposed to

20  opponents with some of the things we're trying to achieve.

21    I think it's important to say that it's impossible

22  to argue with assertions that retirees should be paid what

23  they're earned -- what they've earned and receive the

24  benefits that they were promised.  It's also just as hard to

25  argue that most of the bondholders, particularly the ones

1   that hold valid claims and actually loaned money to the city,

2   should be paid in full, and it's also very hard to argue that

3   residents who are continuing to pay taxes should not get the

4   services that they need and that they deserve.  The story

5   about a dead body sitting in the street for five hours is

6   just horrifying.  It's not acceptable either.

7        The problems are immense, and they are also

8   technically enormously complex, but the entire team remembers

9   that there's a human dimension in all of this not just for

10  retirees.  There's also a human dimension involving active

11  employees, residents, all the people that live around that

12  street with the dead body, and also small business owners.

13  Mr. Orr, I'm sure, always remembers this, and if his

14  professionals need to be reminded, he is going to remind

15  them.

16       I think a separate point -- there's been a

17  tremendous amount of emphasis at today's hearing on one

18  aspect of a debt adjustment case, and that is the part of the

19  debt adjustment case that deals with fixing distributions and

20  making distributions on account of claims.  And everyone is

21  concerned about that part of the process, and they have a

22  right to be, but there's another big dimension of the case

23  that doesn't get or hasn't yet gotten enough media

24  attention -- I'm sure it will -- and that's the process of

25  doing our best -- the city doing its best to maximize its

1    ability to make distributions.  And while it's not as public

2    right now, I can assure everyone here and the Court that

3    there's an enormous amount of effort going on in that area as

4    well, and it's extremely important to Mr. Orr and his

5    professionals that we succeed there and try the best as we

6    possibly can to mitigate any harm that results from the

7    current financial condition of the City of Detroit.

8              No one is ever going to convince anyone in this room

9    and I'm never going to argue that a bankruptcy case is a good

10   thing.  It is not a good thing.  It's never a good thing.

11             THE COURT:  Hold on one second.  We're losing our

12   mike again.

13             THE CLERK:  Okay.

14             MR. BENNETT:  I think you fixed it.

15             THE COURT:  I was just about to ask if anyone in the

16   courtroom knows anything about microphones.

17             MR. BENNETT:  I'm frequently told to turn things off

18   and turn them back on again.

19             THE COURT:  Right.  Reboot.

20             MR. BENNETT:  In any event, as I -- let me begin

21   where I left off.  No one is ever going to convince the

22   people in this room or your Honor or even me that a

23   bankruptcy is a good thing.  It never is.  What it is is

24   sometimes better than all of the other alternatives.

25   Sometimes leaving financial problems the way they are is even

1    worse.  There are actually many stories about the management

2    of the City of Detroit in recent years that would illustrate

3    this.  I'm going to offer only one.

4            As is pointed out in the proposal to creditors and

5    the supporting materials that we distributed on the -- on

6    June 14th and that we filed with the Court when the

7    bankruptcy case was filed, I think, on the first day, for the

8    past two years the city hasn't made any contributions to the

9    pension plan, none.  The required amount -- you could have a

10   big debate over what the required amount should have been.

11   The amount that should have been is not even close to zero,

12   but that's exactly what was deposited, zero, in the past two

13   fiscal years.  During those two -- past two fiscal years, the

14   city created secured debt to cover other -- to cover other

15   expenses, and, of course, to the extent that those pledges

16   are legal, that money is gone and will not be available to

17   add to pension funds.  In addition, the city paid other

18   unsecured claims during that period of time.  So as difficult

19   as the bankruptcy may look and does look because it is a

20   difficult process, in many ways it's already begun to rectify

21   some of the problems that led us to the situation where we

22   are.

23           My final point.  The emergency manager has taken on

24   enormous responsibility, and he's been given very substantial

25   powers to try to get the job done, but he doesn't have the

1   ability to write whatever plan that he wants, specify

2   whatever treatment of creditors that he wants, file it with

3   the Court and say that it's done.  Whatever plan will be

4   proposed here has to be approved by the Bankruptcy Court, and

5   it has to meet a long list of standards before it will get

6   that approval, the most important of which is the Court has

7   to find that that plan is in the best interest of the city

8   and of all of its creditors, and all the considerations that

9   the Court heard today are going to be factored into that

10  decision.  No one thinks this is going to be easy, but we

11  know we have standards to meet, and we're going to try really

12  hard to meet them.  And I'm here to answer any questions your

13  Honor may here.

14          THE COURT:  No.  Thank you, sir.  Is there anything

15  you'd like to add, ma'am?

16          MS. TRUEMAN:  No, your Honor.

17          MR. ALBERTS:  Your Honor, my name is Sam Alberts.

18  I'm a partner at Dentons.  We are the counsel to the Official

19  Committee of Unsecured -- to the retirees.  I just wanted to

20  advise the Court that we have been here all morning.

21          THE COURT:  Um-hmm.

22          MR. ALBERTS:  We have listened --

23          THE COURT:  Um-hmm.

24          MR. ALBERTS:  -- very intently to what was said and

25  have taken copious notes.  We appreciate the presentations

 1 │ that have been made --

 2 │          THE COURT:  Um-hmm.

 3 │          MR. ALBERTS:  -- and we just wanted you to know that

 4 │ we were here and listening.

 5 │          THE COURT:  Okay.  Thank you for that statement on

 6 │ the record.  Before we close our court session here today, I

 7 │ want to comment to everyone here that this was truly an

 8 │ extraordinary session of the court.  It was an example of

 9 │ democracy at its very finest.  The arguments and statements

10 │ that you all took the time to articulate in writing and in

11 │ court here today were moving, thoughtful, passionate,

12 │ compelling, and well-articulated.  There were well-stated

13 │ legal arguments, well-stated personal concerns, well-stated

14 │ arguments about our political process, and I'm going to

15 │ suggest, therefore, strongly suggest, that everyone who has a

16 │ stake in the outcome of this case, most of whom,

17 │ unfortunately, were not here today, should take the time to

18 │ listen to the audio recording of this proceeding, this entire

19 │ proceeding, as long as that takes.  As you all know, we put

20 │ those audio recordings on our court's website, so they are

21 │ accessible.  And this strong suggestion is made especially to

22 │ Mr. Orr and Mr. Snyder, our emergency manager and our

23 │ governor.  I think democracy demands nothing less than that

24 │ they personally listen to what citizens of the city said here

25 │ in court today, and with that we'll be in recess.

1          THE CLERK:  All rise.  Court is in recess.

2      (Proceedings concluded at 1:28 p.m.)


INDEX


<u>WITNESSES:</u>

    None

<u>EXHIBITS:</u>

    None


        I certify that the foregoing is a correct transcript
from the sound recording of the proceedings in the above-
entitled matter.


/s/ Lois Garrett                    September 26, 2013
_____             _____
Lois Garrett