UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

CITY OF DETROIT, MICHIGAN,　　　　　　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 13-53846-swr
　　　　　　Debtor.　　　　　　　　　　　　　　Hon. Steven W. Rhodes
_____/

**ORDER GRANTING MOTION BY PARTY-IN-INTEREST THOMAS GERALD MOORE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW CIVIL LITIGATION TO PROCEED FOR DISCOVERY PURPOSES AND/OR TO RECOVER ANY INSURANCE COVERAGE UNDER DEFENDANTS' HOMEOWNERS INSURANCE POLICIES**

　　　　This matter having come before the Court on the Motion of Thomas Gerald Moore For Relief from the Automatic Stay to Allow Civil Litigation to Proceed for Discovery Purposes and/or To Recover Any Insurance Coverage under the Defendants' Homeowners Insurance Policies (the "Motion"), and Notice of the Motion having been provided to all parties entitled to notice and no response having been filed in the matter set forth in Notices of the Motion and the Court having reviewed the Motion pursusnt to 11 USC §§ 362(d), 541(a), and 105(a) and Fed. R. Bankr. P. 4001(a) and 9014 and the Court being duly advised in the premises:

　　　　IT IS ORDERED that the Motion is granted.

　　　　IT IS FURTHER ORDERED that the stay imposed by 11 USC §362 and the Extended Stay Order as that term is defined in the Motion is terminated to allow the Lawsuit referenced in the Motion to proceed for discovery purposes and/or to recover any insurance coverage under the defendants' homeowners insurance policies.

Exhibit 1

1