UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

CITY OF DETROIT, MICHIGAN,             Chapter 9
                                                                              Case No. 13-53846-swr
            Debtor.                                                   Hon. Steven W. Rhodes
_____/

**NOTICE OF MOTION BY PARTY-IN-INTEREST THOMAS GERALD MOORE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW CIVIL LITIGATION TO PROCEED FOR DISCOVERY PURPOSES AND/OR TO RECOVER ANY INSURANCE COVERAGE UNDER DEFENDANTS' HOMEOWNERS INSURANCE POLICIES**

       Thomas Gerald Moore has filed a Motion For Relief from the Automatic Stay to Allow Civil Litigation to Proceed for Discovery Purposes and/or To Recover Any Insurance Coverage under the Defendants' Homeowners Insurance Policies,

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the Court to grant the Motion For Relief from the Automatic Stay to Allow Civil Litigation to Proceed for Discovery Purposes and/or To Recover Any Insurance Coverage under the Defendants' Homeowners Insurance Policies, or if you want the Court to consider your views on the motion, within 14 days, you or your attorney must:

1.     File with the Court a written response or an answer, explaining your position at: [1]

       United States Bankruptcy Court, 211 W. Fort Street, Suite 1700, Detroit, MI 48226.

       If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

       You must also mail a copy to:

       Jay S. Kalish, Esq., 28592 Orchard Lake Road, Suite 360, Farmington Hills, MI 48334.

       Office of the United States Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226.

       Jonathan S. Green, Attorney for Debtor, 150 W. Jefferson Ave., Ste 2500, Detroit, MI 48226

2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**Exhibit 2**

1

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                      JAY S. KALISH & ASSOCIATES, P.C.

                      */s/ Jay S. Kalish* .
                      JAY S. KALISH
                      Attorney for Prime Financial, Inc.
                      28592 Orchard Lake Road, Suite 360
                      Farmington Hills, MI 48334
                      (248) 932-3000
                      *JSKalish@aol.com*
                      MI Bar Number: P26301

Dated: September 26, 2013