UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

CITY OF DETROIT, MICHIGAN,                         Chapter 9
                                                   Case No. 13-53846-swr
        Debtor.                              Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

Jay S. Kalish hereby states that he is the attorney for Thomas Gerald Moore and that on September 26, 2013, he filed his Motion For Relief from the Automatic Stay to Allow Civil Litigation to Proceed for Discovery Purposes and/or To Recover Any Insurance Coverage under the Defendants' Homeowners Insurance Policies, and Notice of the Motion using the Court's CM/ECF system which will provide notice of the Motion to all parties entitled to notice.

He further states that he served all parties on the attached mailing list via 1st class mail with postage prepaid from a mailbox in Farmington Hills, Michigan.

                                       JAY S. KALISH & ASSOCIATES, P.C.

                                       /s/   Jay S. Kalish               .
                                       JAY S. KALISH
                                       Attorney for Prime Financial
                                       28592 Orchard Lake Road, Suite 360
                                       Farmington Hills, MI 48334
                                       (248) 932-3000
                                       *JSKalish@aol.com*
Dated: September 26, 2013             MI Bar Number: P26301

## Exhibit 4

1