Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **10/2/13** at **10:00 AM** to consider and act upon the following:

*819* − Amended Motion (related document(s): 800 Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) . Fee Amount $176, filed by Creditor Deborah Ann Ryan) to correct signature pages Filed by Creditor Deborah Ann Ryan (Attachments: # 1 Index Summary of Attachments # 2 Exhibit 1−proposed Order # 3 Exhibit 2−Notice of Motion and Opportunity to Object # 4 Index 3−Brief in Suport of Motion for Relief from Stay # 5 Exhibit 4−Certificate of Service # 6 Exhibit 5−Affidavit of William H. Goodman # 7 Exhibit 6−DPD Force Investigative Report−Final Admin. Review) (Goodman, William)

Dated: 9/26/13

                                                                                                        BY THE COURT

                                                                                                           Katherine B. Gullo
                                                                                                           Clerk, U.S. Bankruptcy Court

                                                                                                           BY: christine sikula
                                                                                                           Deputy Clerk