# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                    Chapter 9

City of Detroit, Michigan,                                Case No. 13-53846

      Debtor.                                     Hon. Steve W. Rhodes

_____/

## CERTIFICATE OF SERVICE

      I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

      On September 13, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit A**; and via Overnight mail on the service list attached hereto as **Exhibit B**:

- **City of Detroit, Michigan's Objections and Responses to the Requests for Admission by Creditor, Retired Detroit Police Members Association's Amended Set of Interrogatories to Debtor, First Request for Production of Documents and First Request to Admit** [Docket No. 846]

- **City of Detroit, Michigan's Objections and Responses to the Requests for Production in Creditor, Retired Detroit Police Members Association's Amended First Set of Interrogatories to Debtor, First Request for Production of Documents and First Request to Admit** [Docket No. 856]

      Furthermore, on September 13, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Overnight mail on the service list attached hereto as **Exhibit C**:

- **City of Detroit, Michigan's Objections and Responses to the Requests for Admissions in Creditor's Request for Responses to Interrogatories, Productions of Documents and for Admissions** [Docket No. 847]

- **City of Detroit, Michigan's Objections and Responses to the Requests for Production in Creditor's Request for Responses to Interrogatories, Production of Documents and for Admission Filed by Dennis Taubitz** [Docket No. 850]

      Furthermore, on September 13, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit D**; and via Overnight mail on the service list attached hereto as **Exhibit E**:

- **City of Detroit, Michigan's Objections and Responses to the Requests for Admissions in Individual/Creditor/Claimant Heidi Peterson's (Second) Corrected Discovery Requests** [Docket No. 848]

- **City of Detroit, Michigan's Objections and Responses to the Requests for Production in the (Second) Corrected Individual / Creditor / Claimant Heidi Peterson's Discovery Requests** [Docket No. 854]

Furthermore, on September 13, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit F**; and via Overnight mail on the service list attached hereto as **Exhibit G**:

- **City of Detroit, Michigan's Objections and Responses to Detroit Retirement Systems' First Requests for Admission Directed to the City of Detroit, Michigan** [Docket No. 849]

- **City of Detroit, Michigan's Objections and Responses to Detroit Retirement Systems' First Requests for Production of Documents Directed to the City of Detroit, Michigan** [Docket No. 852]

Furthermore, on September 13, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit H**; and via Overnight mail on the service list attached hereto as **Exhibit I**:

- **City of Detroit, Michigan's Objections and Responses to the Requests for Production in Detroit Public Safety Unions' Interrogatories and Requests for Production of Documents to City of Detroit, Michigan** [Docket No. 851]

Furthermore, on September 13, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit J**; and via Overnight mail on the service list attached hereto as **Exhibit K**:

- **City of Detroit, Michigan's Objections and Responses to the First Request of International Union, UAW and Flowers Plaintiffs for Production of Documents by the City of Detroit and Kevyn Orr** [Docket No. 853]

Furthermore, on September 13, 2013, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit L**; and via Overnight mail on the service list attached hereto as **Exhibit M**:

- **City of Detroit, Michigan's Objections and Responses to the Requests for Production in the Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees' Request for the Debtor's Production of Documents and Notice of Deposition of Debtor Representative Pursuant to Applicable Rules of the Federal Rules of Bankruptcy Procedure** [Docket No. 855]

Dated: September 17, 2013

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.776.7386

# Exhibit A

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | lbrimer@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mtaunt@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mfield@stroblpc.com |

In re City of Detroit, Michigan
Case No. 13-53846    13-53846-tjt    Doc 1040    Filed 09/26/13    Entered 09/26/13 16:15:27    Page 4 of 28
1 of 1

# Exhibit B

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |

# Exhibit C

**Exhibit C**
**Served via Overnight Mail**

| Party Description | Company | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Interested Party | Dennis Taubitz | 4190 Devonshire Rd | Detroit | MI | 48224 |

# Exhibit D

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Interested Party | Heidi Peterson | c/o Charles Bruce Idelsohn | charlesidelsohnattorney@yahoo.com |

In re City of Detroit, Michigan
Case No. 13-53846
13-53846-tjt    Doc 1040    Filed 09/26/13    Entered 09/26/13 16:15:27    Page 10 of 28
1 of 1

# Exhibit E

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Interested Party | Heidi Peterson | c/o Charles Bruce Idelsohn | PO Box 856 | Detroit | MI | 48231 |

In re City of Detroit, Michigan
Case No. 13-53846
13-53846-tjt    Doc 1040    Filed 09/26/13    Entered 09/26/13 16:15:27    Page 12 of 28
1 of 1

# Exhibit F

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | rgordon@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | sdeeby@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Evan J Feldman | efeldman@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Jennifer K. Green | jgreen@clarkhill.com |
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | mvanoverbeke@vmtlaw.com |
| Top 20 Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | jturner@clarkhill.com |

# Exhibit G

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D. Gordon, Shannon L. Deeby, Jennifer K. Green, Evan J. Feldman | 151 South Old Woodward Avenue, Suite 200 | | | Birmingham | MI | 48009 |
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | Interim General Counsel | Vanoverbeke, Michaud & Timmony, P.C. | 79 Alfred Street | Detroit | MI | 48201 |
| Top 20 Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | General Counsel | Clark Hill PLC | 500 Woodward Avenue Ste 3500 | Detroit | MI | 48226 |

# Exhibit H

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for the Detroit Public Safety Unions | Erman, Teicher, Miller Zucker & Freedman, P.C. | Barbara A. Patek, Earle I. Erman, Craig. E Zucker | bpatek@ermanteicher.com; eerman@ermanteicher.com; czucker@ermanteicher.com |

In re City of Detroit, Michigan
Case No. 13-53846
13-53846-tjt    Doc 1040    Filed 09/26/13    Entered 09/26/13 16:15:27    Page 18 of 28
1 of 1

# Exhibit I

**Exhibit I**
**Served via Overnight Mail**

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for the Detroit Public Safety Unions | Erman, Teicher, Miller Zucker & Freedman, P.C. | Barbara A. Patek, Earle I. Erman, Craig. E Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48034 |

# Exhibit J

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A. Ceccotti, Keith E. Secular, Thomas N. Ciantra, Joshua J. Ellison | bceccotti@cwsny.com; ksecular@cwsny.com; tciantra@cwsny.com; jellison@cwsny.com |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | mnicholson@uaw.net; nganatra@uaw.net |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman ("Flowers plaintiffs") | Sachs Waldman PC | Mami Kato | mkato@sachswaldman.com |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman | William A. Wertheimer | | billwertheimer@gmail.com |

In re City of Detroit, Michigan
Case No. 13-53846      13-53846-tjt      Doc 1040      Filed 09/26/13      Entered 09/26/13 16:15:27      Page 22 of 28
1 of 1

# Exhibit K

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A. Ceccotti, Keith E. Secular, Thomas N. Ciantra, Joshua J. Ellison | 330 W 42nd St | New York | NY | 10036 |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | 8000 E Jefferson Ave | Detroit | MI | 48214 |
| Whitson, Mary Washington and Bruce Goldman ("Flowers plaintiffs") | Sachs Waldman PC | Mami Kato | 2211 E Jefferson Ave Ste 200 | Detroit | MI | 48207 |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman | William A. Wertheimer | | 30515 Timberbrook Ln | Bingham Farms | MI | 48025 |

# Exhibit L

**Exhibit L**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for AFSCME and the Detroit, Michigan, Ret | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org |
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | wilkins@bwst-law.com; hall@bwst-law.com |
| Counsel for Dentons US LLP and Salans FMC SNR Denton Europe LLP; and Counsel to the Official Retiree Committee | Denton US LLP | Carole Neville | carole.neville@dentons.com |
| Counsel for Official Retiree Committee | Denton US LLP | Sam J Alberts | sam.alberts@dentons.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L. Levine, Esq. Wojciech F. Jung, Esq. Philip J. Gross, Esq. | slevine@lowenstein.com; pgross@lowenstein.com; wjung@lowenstein.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | jcanzano@michworklaw.com |
| Counsel for Official Retiree Committee | Salans FMC SNR Denton Europe LLP | Claude Montgomery | claude.montgomery@dentons.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | hsanders@miafscme.org |

In re City of Detroit, Michigan
Case No. 13-53846      13-53846-tjt      Doc 1040      Filed 09/26/13      Entered 09/26/13 16:15:27      Page 26 of 28
1 of 1

# Exhibit M

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub-Chapter 98 of the American Federation of State, County & Municipal Employees, AFL-CIO | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | 1101 17th Street NW, Suite 900 | Washington | DC | 20036 |
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | 401 S Old Woodward Ave Ste 400 | Birmingham | MI | 48009 |
| Counsel for Dentons US LLP and Salans FMC SNR Denton Europe LLP; and Counsel to the Official Retiree Committee | Denton US LLP | Carole Neville | 1221 Ave of the Americas | New York | NY | 10020 |
| Counsel for Official Retiree Committee | Denton US LLP | Sam J Alberts | 1301 K St NW Ste 600 East Tower | Washington | DC | 20005-3364 |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L. Levine, Esq. Wojciech F. Jung, Esq. Philip J. Gross, Esq. | 65 Livingston Ave | Roseland | NJ | 07068 |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | 400 Galleria Officentre Ste 117 | Southfield | MI | 48034 |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub- Chapter 98, City of Detroit Retirees | Miller Cohen, P.L.C. | Richard G. Mack, Jr., Esq. | 600 West Lafayette Boulevard | Detroit | MI | 48226-3191 |
| Counsel for Official Retiree Committee | Salans FMC SNR Denton Europe LLP | Claude Montgomery | 620 Fifth Ave | New York | NY | 10020 |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | 615 Griswold St Ste 913 | Detroit | MI | 48226 |