**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |
| _____/ | |

### CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

On September 18, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**; and via Overnight on the service list attached hereto as **Exhibit B**:

- **City of Detroit's Objection to Motion of Official Retiree Committee to Stay Deadlines and Hearings Related to Eligibility Proceedings** [Docket No. 925]

Dated: September 25, 2013

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.776.7386

# EXHIBIT A

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Martin O Brien | A. Stephen Ramadan PLC | A Stephen Ramadan P41892 | steveramadan@gmail.com |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | agarrett@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | agarrett@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Catherine Phillips | cphillips@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: DeAngelo Malcolm | dmalcolm@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Ed McNeil | emcneil@miafscme.org |
| Union Representative | AFSCME Local # 6087 | Attn: Clarence Sanders | clrncsndrs@yahoo.com |
| Union Representative | AFSCME Local #0062 | Attn: Lacydia Moore-Reese | Reesel@detroitmi.gov |
| Union Representative | AFSCME Local #0207 | Attn: James Williams | afscme207@sbcglobal.net |
| Union Representative | AFSCME Local #0214 | Attn: June Nickleberry | missnick64@hotmail.com |
| Union Representative | AFSCME Local #0229 | Attn: Zachary Carr | afscmelocal229@ymail.com |
| Union Representative | AFSCME Local #0273 | Attn: Scecilla Hunt | anurses@att.net |
| Union Representative | AFSCME Local #0457 | Attn: Laurie Walker | afscme457@peoplepc.com |
| Union Representative | AFSCME Local #0542 | Attn: Phyllis McMillon | philphil48238@yahoo.com |
| Union Representative | AFSCME Local #0836 | Attn: Robert Donald | union836@yahoo.com |
| Union Representative | AFSCME Local #1023 | Attn: Delia Enright | afscmelocal1023@att.net; deliaenright@hotmail.com |
| Union Representative | AFSCME Local #1206 | Attn: Arlene Kirby | arlene.kirby@yahoo.com |
| Union Representative | AFSCME Local #1220 | Attn: Gerald Thompson | gvp1220@aol.com |
| Union Representative | AFSCME Local #1227 | Attn: Joseph Walter | presidentlocal1227@hotmail.com |
| Union Representative | AFSCME Local #2394 | Attn: Yalonda King | KingY687@detroitmi.gov |
| Union Representative | AFSCME Local #2799 | Attn: Yvonne Ross | Yvonners2001@yahoo.com |
| Union Representative | AFSCME Local #2920 | Attn: Thomas Johnson II | local2920@sbcglobal.net |
| Counsel for Airgas USA LLC | Airgas USA LLC | Mr David Boyle | david.boyle@airgas.com |
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxemburg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | dfish@allardfishpc.com; tgraves@allardfishpc.com |
| Union Representative | Amalgamated Transit Union, Division 26 | Attn: Henry Gaffney | atulocal26pba@aol.com |
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub-Chapter 98 of the American Federation of State, County & Municipal Employees, AFL-CIO | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Andrew J Gerdes PLC | Andrew J Gerdes | agerdes@gerdesplc.com |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Carol Connor Cohen | Carol.Cohen@arentfox.com |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | David.Dubrow@arentfox.com |
| Counsel to Ambac Assurance Corporation | Arent Fox, LLP | Attn: David Dubrow, Esq. & Mark A Angelov | david.dubrow@arentfox.com; mark.angelov@arentfox.com; carol.cohen@arentfox.com |
| Counsel for Attorney General Bill Schuette | Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell John J Bursch and B Eric Restuccia | BellM1@michigan.gov |
| Union Representative | Assistant Supervisors of Street Maintenance & Construction Association | Attn: Herbert Jenkins | JenkinsH@detroitmi.gov |
| Union Representative | Association of City of Detroit Supervisors | Attn: Richard King | KingR@detroitmi.gov |
| Union Representative | Association of Detroit Engineers | Attn: Sanjay M. Patel | patel@dwsd.org |
| Union Representative | Association of Municipal Engineers | Attn: Partho Ghosh | pghosh@dwsd.org |
| Union Representative | Association of Municipal Inspectors | Attn: Michael Neil | m.neil@sbcglobal.net |
| Union Representative | Association of Professional & Technical Employees | Attn: Dempsey Addison | theda3t@yahoo.com |
| Union Representative | Association of Professional Construction Inspectors | Attn: Juanita Sanders | senoritabonita@peoplepc.com |
| The Office of the Attorney General of the State of Michigan | Attorney General Bill Schuette | | miag@michigan.gov |
| Counsel for Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually, interested parties in this bankruptcy matter as it pertains to their civil suit in the Federal Eastern District Court of Michigan (Case Number 13-CV-12098) | Ayad Law PLLC | Nabih H Ayad | nayad@ayadlaw.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | Ballard Spahr LLP | Vincent J Marriott | marriott@ballardspahr.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | Ballard Spahr LLP | Matthew G Summers | summersm@ballardspahr.com |
| Counsel for Genuine Parts Company | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | Kim.robinson@bfkn.com |
| Counsel to the 36th District Court for the State of Michigan | Barnes & Thornburg LLP | John T Gregg | jgregg@btlaw.com |
| Counsel to Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer | skhanna@berkre.com |
| Counsel to UBS, AG | Bingham McCutchen LLP | Attn: Edwin E. Smith, Esq. | Edwin.smith@bingham.com |
| Counsel for UBS AG | Bingham McCutchen LLP | Edwin E Smith Jared Clark Steven Wilamowsky & E Marcus Marsh | edwin.smith@bingham.com; jared.clark@bingham.com; steven.wilamowsky@bingham.com; marcus.marsh@bingham.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Bodman PLC | Attn: Barbara A. Bowman, Esq. | bbowman@bodmanlaw.com |
| Counsel for Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan | Bodman PLC | Brian R Trumbauer | btrumbauer@bodmanlaw.com |
| Local Counsel for U.S. Bank National Association | Bodman PLC | Robert J Diehl Jr | rdiehl@bodmanlaw.com |
| Counsel for Amalgamated Transit Union Local 26 13- | Bredhoff & Kaiser PLLC | Andrew D Roth Jeffrey R Freund & Douglas L Greenfield | aroth@bredhoff.com; jfreund@bredhoff.com; dgreenfield@bredhoff.com |
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | wilkins@bwst-law.com; hall@bwst-law.com |
| Union Representative | Building & Construction Trades Council | Attn: John Wallace | express33@aol.com |
| Counsel to Merrill Lynch Capital Service Inc. | Cadwalader Wickersham & Taft | Attn: Howard R. Hawkins, Jr., Esq. & Lary Stomfeld, Esq. | Howard.Hawkins@cwt.com; lary.stromfeld@cwt.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Merrill Lynch Capital Service Inc. | Cadwalader Wickershame & Taft | Attn: Mark C. Ellenberg Esq. | mark.ellenberg@cwt.com |
| Counsel for Merrill Lynch Capital Services Inc | Cadwalader Wickershame & Taft | Mark Ellenberg Howard Hawkins Lary Stromfeld & Jason Jurgens | Mark.Ellenberg@cwt.com; Lary.Stromfeld@cwt.com; Jason.Jurgens@cwt.com |
| Interested Party | Caralyce M Lassner JD PC | Caralyce M Lassner | ecf@lassnerlaw.com |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc. | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrosman@carsonfischer.com |
| Interested Party | Chase Paymentech LLC | Attn Lazonia Clark Business Analyst | lazonia.clark@chasepaymentech.com |
| Claims and Noticing Agent | City of Detroit Processing Center | c/o KCC | Detroitinfo@kccllc.net |
| Counsel for Treasurer, City of Detroit | City of Detroit, Law Department | Mary Beth Cobbs | cobbm@detroitmi.gov |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Evan J Feldman | efeldman@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | rgordon@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | sdeeby@clarkhill.com |
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A Ceccotti Thomas N. Ciantra & Peter D. DeChiara | bceccotti@cwsny.com; pdechiara@cwsny.com; tciantra@cwsny.com |
| Counsel for HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner | mwarner@coleschotz.com |
| Counsel for Waste Management Inc. | Couzena Lansky Fealk Ellis Roeder & Lazar PC | Attn Jerry M Ellis | jerry.ellis@couzens.com |
| Counsel for Brown Rehabilitation Management, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | David A. Mollicone | dmollicone@dmms.com |
| Counsel for T-Mobile USA, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | Attn Jessica B Allmand | jallmand@dmms.com |
| Counsel to National Industrial Maintenance – Michigan, Inc | Dean & Fulkerson | Attn Kevin N Summers | Ksummers@dflaw.com |
| Counsel for Berkshire Hathaway Assurance Corporation | Debevoise & Plimpton LLp | My Chi To & M Natasha Labovitz | mcto@debevoise.com nlabovitz@debevoise.com |
| Counsel for John Denis, James Herbert, HRT Enterprises (a Michigan partnership), T&T Management, Inc. (a Florida corporation, successor to Merkur Steel Supply, Inc., a Michigan corporation); Counsel for John W and Vivian M Denis Trust | Demorest Law Firm, PLLC | Mark S Demorest & Melissa L Demorest | melissa@demolaw.com |
| Counsel for Dentons US LLP and Salans FMC SNR Denton Europe LLP; and Counsel to the Official Retiree Committee | Denton US LLP | Carole Neville | carole.neville@dentons.com |
| Counsel for Official Retiree Committee | Denton US LLP | Sam J Alberts | sam.alberts@dentons.com |
| Union Representative | Detroit Fire Fighters Association Local 344 | Attn: Daniel McNamara | dmcnamara344@aol.com |
| Union Representative | Detroit Income Tax Investigators Association | Attn: Marcella Campbell | marcicampbel@gmail.com |
| Union Representative | Detroit Police Command Officers Association | Attn: Steven Dolunt | DoluntS320@detroitmi.gov |
| Union Representative | Detroit Police Lieut. & Sergeants Association | Attn: Mark Young | youngM604@detroitmi.gov; Polo4491@aol.com |
| Union Representative | Detroit Police Officers Association | Attn: Mark Diaz | DiazM3329@gmail.com |
| Retiree Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | info@drcea.org |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Dawn R Copley | dcopley@dickinsonwright.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Steven G Howell | showell@dickinsonwright.com |
| Union Representative | DOT Foremen's Association of America Local 337 | Attn: Nicholas Duncan | NicDun@detroitmi.gov |
| Union Representative | DOT Foreperson's Association of America | Attn: Pamela King | Pamkin@detroitmi.gov |
| Top 20 Creditor | Downtown Development Authority | Athanasios Papapanos Glen W Long Jr and Rebecca Navin | Artp1@degc.org; gwlong@degc.org; navin@degc.org; |
| Top 20 Creditor | Downtown Development Authority | Brian Kott | bkott@lewismunday.com |
| Counsel to, DTE Electric Company and DTE Gas Company | DTE Energy Company | Leland Prince | princel@dteenergy.com |
| Counsel for Attorneys for Health Alliance Plan of Michigan | Dykema Gossett PLLC | Ronald L Rose | rrose@dykema.com |
| Counsel for Downtown Development Authority | Dykema Gossett PLLC | Sherrie L Farrell | sfarrell@dykema.com |
| Counsel for Downtown Development Authority | Dykema Gossett PLLC | Sheryl L Toby | stoby@dykema.com |
| Union Representative | EMS Officers Association | Attn: James Gatteno | jgatteno@comcast.net |
| Counsel for Detroit Fire Fighters Association IAFF Local 344,; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | bpatek@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | czucker@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | deisenberg@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman | eerman@ermanteicher.com |
| Counsel to Downtown Development Authority (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | Abby.wilkinson@FaegreBD.com |
| Counsel for Johnathan Aaron Brown | Foley & Mansfield PLLP | Merceded Varasteh Dordeski | mdordeski@foleymansfield.com |
| Counsel to U.S. Bank NA | Foster Swift Collins & Smith PC | Dirk H Beckwith | dbeckwith@fosterswift.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | jkamins@fosterswift.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | David A Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | Melanie M Kotler | melanie.kotler@nortonrosefulbright.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | mvanoverbeke@vmtlaw.com |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Elias T Majoros | emajoros@glmpc.com |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Sandra L Oconnor | soconnor@glmpc.com |
| Counsel for Deborah Ryan | Goodman & Hurwitz PC | William H Goodman | mail@goodmanhurwitz.com; bgoodman@goodmanhurwitz.com |
| Counsel for Enjoi Transportation LLC and Upwright Wrecking and Demolition LLC | Gudeman & Associates PC | Edward J Gudeman | ecf@gudemanlaw.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Arthur T Oreilly | aoreilly@honigman.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Judy B Calton | jcalton@honigman.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | jsgroi@honigman.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | E Todd Sable | tsable@honigman.com |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ayala Hassell | ayala.hassell@hp.com |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ken Higman | ken.higman@hp.com |
| Union Representative | I.U.O.E. Local 324 | Attn: William Miller | william.miller@iuoe324.org |
| Interested Party | IBM Corporation | Attn National Bankruptcy Coordinator | pdibello@ca.ibm.com |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | mnicholson@uaw.net; nganatra@uaw.net |
| Counsel for Iron Mountain Information Management LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Attorneys for Erste Europäische Pfandbriefund Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | Jacob & Weingarten, P. C. | Howard S Sher | howard@jacobweingarten.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Eric D Novetsky | enovetsky@jaffelaw.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Louis P Rochkind | lrochkind@jaffelaw.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Paul R Hage | phage@jaffelaw.com |
| Counsel for ODM LLC | Jeffer Mangels Butler & Mitchell LLP | David M Poitras | dpoitras@jmbm.com |
| Counsel for International Outdoor Inc | Jeffery R Sieving | | jeff@iobillboard.com |
| Counsel for David Sole | Jerome D Goldberg PLLC | Jerome D Goldberg | apclawyer@sbcglobal.net |
| Counsel to the City | Jones Day | Brad B Erens | bberens@jonesday.com |
| Counsel to the City | Jones Day | David G. Heiman, Esq. Heather Lennox, Esq. | dgheiman@jonesday.com; hlennox@jonesday.com; tawilson@jonesday.com |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | jbellman@jonesday.com |
| Counsel to the City | Jones Day | Bruce Bennett, Esq. | bbennett@jonesday.com |
| Co-Counsel for Attorneys for Health Alliance Plan of Michigan | K&L Gates LLP | Michael J Gearin | mike.gearin@klgates.com |
| Counsel for Michigan Bell Telephone Company d/b/a AT&T Michigan | Katten Muchin Rosenman LLP | Joseph P Sieger | john.sieger@kattenlaw.com |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Karen B Dine & Kevin M Baum | karen.dine@kattenlaw.com;kevin.baum@kattenlaw.com |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Kenneth E Noble | kenneth.noble@kattenlaw.com |
| Counsel for Michigan Bell Telephone Company dba AT&T Michigan | Katten Muchin Rosenman LLP | Paige E Barr | paige.barr@kattenlaw.com |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | Jason W Bank | jbank@kerr-russell.com |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | P Warren Hunt | pwhunt@kerr-russell.com |
| Counsel for the City of Detroit Water and Sewerage Department and its Board of Water Commissioners | Kirkland & Ellis LLP | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel to Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett & Stephen C Hackney | james.sprayregen@kirkland.com; ryan.bennett@kirkland.com; stephen.hackney@kirkland.com |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Att Amy Caton | acaton@kramerlevin.com |
| Counsel to Certain Significant Holders of the COPs | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | tmayer@kramerlevin.com |
| Interested Party | Linebarger Goggan Blair & Sampson LLP | John P Dillman | john.dillman@lgbs.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees Association; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | bokeefe@lippittokeefe.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Shirley V Lightsey; and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | rplecha@lippittokeefe.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L Levine & Phillip J Gross | slevine@lowenstein.com; pgross@lowenstein.com |
| Interested Party | Maddin, Hauser, Wartell, Roth & Heller, P.C. | Michael S Leib | msl@maddinhauser.com |
| Counsel for Amalgamated Transit Union Local 26 13- | Mark H Cousens | John E. Eaton, Esq. | jeaton@cousenslaw.com |
| Counsel for Hercules & Hercules Inc | Maxwell Dunn PLC | Attn Ethan D Dunn | edunn@maxwelldunnlaw.com |
| Interested Party | McAlpine PC | David M Zack | dmzack@mcalpinepc.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | McDermott Will & Emery LLP | Attn: William P. Smith, Esq. | wsmith@mwe.com |
| Counsel to U.S. Bank National Association | McDermott Will & Emery LLP | William P Smith & Nathan F Coco | wsmith@mwe.com; ncoco@mwe.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | jgadharf@mcdonaldhopkins.com |
| Counsel for Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Jason L Weiner | jweiner@mcdonaldhopkins.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc and Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Stephen M Gross | sgross@mcdonaldhopkins.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | jcanzano@michworklaw.com |
| Counsel to Michael J. Karwoski | Michael J. Karwoski, Esq. | | mjkarwoski@alumni.nd.edu |
| Counsel to City of Detroit Michigan | Miller Canfield Paddock & Stone PLC | Stephen S LaPlante | laplante@millercanfield.com |
| Counsel for Meijer, Inc | Miller Canfield Paddock & Stone, PLC | Timothy A Fusco | fusco@millercanfield.com |

In re City of Detroit, Michigan
Case No. 13-53846
Page 3 of 5
13-53846-tjt    Doc 1042    Filed 09/26/13    Entered 09/26/13 16:25:39    Page 5 of 9

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to the City | Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green, Esq. Stephen S. LaPlante Marc N. Swanson& Eric D Carlson | green@millercanfield.com; swansonm@millercanfield.com laplante@millercanfield.com; carlson@millercanfield.com |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | wwkannel@mintz.com; awalker@mintz.com |
| | Morgan & Meyers PLC | Patricia Ramirez | ejr@morganmeyers.com |
| Office of the United States Trustee | Office of the United States Trustee | Maria D Giannirakis | Maria.D.Giannirakis@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Sean Cowley | Sean.Cowley@usdoj.gov |
| Counsel for Xerox Corporation | Osipov Bigelman PC | Jeffrey H Bigelman | jhb_ecf@osbig.com |
| Counsel for Michigan Property Tax Relief LLC; Gary Segatti and P.P.T.A., Inc., or Harold Hoyt | Osipov Bigelman PC | Yuliy Osipov | yo@osbig.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Robert S Hertzberg | hertzbergr@pepperlaw.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Deborah Kovsky-Apap | kovskyd@pepperlaw.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Kay Standridge Kress | kressk@pepperlaw.com |
| Interested Party | Plunkett Cooney | Douglas C Bernstein | dbernstein@plunkettcooney.com |
| Counsel for Waste Management, Inc. | Plunkett Cooney | David A. Lerner & Patrick C Lannen | dlerner@plunkettcooney.com; plannen@plunkettcooney.com |
| Top 20 Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | jturner@clarkhill.com |
| Union Representative | Police Officers Association of Michigan | Attn: John Barr | poam@poam.net |
| Union Representative | Police Officers Labor Council | Attn: Chet Kulesza | ck445polc@yahoo.com |
| Union Representative | Police Officers Labor Council | Attn: Marvin Hansberry | HansberryM@detroitmi.gov |
| Union Representative | Police Officers Labor Council | Attn: Jan Zaleski | presidentjan@aol.com |
| Interested Party | Primeshares World Markets, LLC | | jd@primeshares.com; transfer@primeshares.com |
| Counsel for Michael Beydoun | Raymond Guzall III PC | Raymond Guzall III | rayguzall@attorneyguzall.com |
| Retiree Representative | Retired Detroit Police and Fire Fighters Association | Attn: Donald Taylor | rdpffa@hotmail.com |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman ("Flowers plaintiffs") | Sachs Waldman PC | Mami Kato | mkato@sachswaldman.com |
| Counsel for Official Retiree Committee | Salans FMC SNR Denton Europe LLP | Claude Montgomery | claude.montgomery@dentons.com |
| Union Representative | Sanitary, Chemists & Technicians Association | Attn: Saulius Simoliunas | simoliun@dwsd.org |
| Contract Counterparty | SBS Financial Products Company, LLC | Attn. John Carter | jcarter@sbsco.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G Best | bbest@schaferandweiner.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Daniel J Weiner | dweiner@schaferandweiner.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Rick L Frimmer & Matthew W Ott | rfrimmer@schiffhardin.com; mott@schiffhardin.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Suzanne L Wahl | swahl@schiffhardin.com |
| Attorney for Trustee | Schneider Miller PC | Kenneth M Schneider | kschneider@schneidermiller.com |
| Counsel for Schneiderman and Sherman PC | Schneiderman & Sherman PC | Brett A Border | bborder@sspclegal.com |
| Union Representative | SEIU Local 517M | Attn: Yolanda Langston | langstony@gmail.com |
| Union Representative | Senior Accountants, Analysts & Appraisers Association | Attn: Audrey Bellamy | ayoung586@comcast.net |
| Union Representative | Senior Water Systems Chemist Association | Attn: Andrew Ross | aross@dwsd.org |
| Fee Examiner | Shaw Fishman Glantz & Towbin LLC | Robert M Fishman Peter J Roberts Ira Bodenstein Gordon Gouveia David Doyle and Marc Reiser | proberts@shawfishman.com; rfishman@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mreiser@shawfishman.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey Bjork, Esq. & Eric D. Tashman, Esq. | etashman@sidley.com; jbjork@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Guy S Neal | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn James F Bendernagel | jbendernagel@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Jeffrey E Bjork | jbjork@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Peter L Canzano | pcanzano@sidley.com |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | morris@silvermanmorris.com; avery@silvermanmorris.com |
| Counsel for Unisys Corporation | Sirlin Lesser & Benson PC | Dana S Plon | dplon@sirlinlaw.com |
| Counsel for Airgas USA LLC | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | kmiller@skjlaw.com |
| State of Michigan Chief Legal Counsel | State of Michigan Chief Legal Counsel | Matthew Schneider | Schneiderm7@michigan.gov |
| State of Michigan Assistant Attorney General, Counsel to State of Michigan | State of Michigan Revenue & Collections Division | Steven B Flancher & Matther Schneider | flanchers@michigan.gov; schneiderm7@michigan.gov |
| The Office of the Treasurer for the State of Michigan | State Treasurer | | MIStateTreasurer@michigan.gov |
| Counsel for Gabriel, Roeder, Smith & Company | Stevenson & Bullock PLC | Charles D Bullock & Elliot G Crowder | cbullock@sbplclaw.com; ecrowder@sbplclaw.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | lbrimer@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mfield@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mtaunt@stroblpc.com |
| Union Representative | Teamsters Local #214 | Attn: Joseph Valenti | TL214teams@ameritech.net |
| City's Secured & Unsecured Bonds | The Bank of New York Mellon Trust Company, National Association, as trustee | Attn: Eduardo Rodriguez | eduardo.rodriguez@bnymellon.com |
| Counsel for Kevin Lewis & Jeremy Morris | The Markowitz Law Office | Carolyn B Markowitz PC | bankruptcy@markowitzlegal.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | hsanders@miafscme.org |
| Counsel for Michigan Auto Recovery Service Inc | Thornbladh Legal Group PLLC | Kurt Thornbladh | kthornbladh@gmail.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan T. Brown | susan.brown5@usbank.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan E. Jacobsen VP | susan.jacobsen2@usbank.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water Bonds) | U.S. Bank National Association, as trustee, for the Detroit Sewar and Water Bonds | Attn: Lawrence J. Bell | lawrence.bell@usbank.com |
| Union Representative | UAW - Local # 412 | Attn: John Cunningham | jcunningham@uaw.net |
| Union Representative | UAW - Local #212 | Attn: John Cunningham | jcunningham@uaw.net |
| Union Representative | UAW – PAA Local #2211 | Attn: Robyn Brooks | BrooR@detroitmi.gov |
| Union Representative | UAW – WWTP Local #2200 | Attn: Laurie Stuart | mimilaurie@yahoo.com; ltownse@detroitpubliclibrary.org |
| Union Representative | United Auto Workers Union | Attn: Michael Nicholson | mnicholson@uaw.net |
| Counsel for United States of America | Unites States Attorney | Julia A. Caroff, Asssitant US Attorney | julia.caroff@usdoj.gov |
| Union Representative | Utility Workers Union of America | Attn: James Harrison | jharrison@uwua.net |
| Union Representative | Utility Workers Union of America Local #488 | Attn: Carl Anderson | canderson@dwsd.org |
| Union Representative | Utility Workers Union of America Local #504 | Attn: Curlisa Jones | mcqueen@dwsd.org |
| Union Representative | Utility Workers Union of America Local #531 | Attn: Samuel Wilson | swilson@dwsd.org |
| Counsel for Center for Community Justice and Advocacy ("CCJA") | Vanessa G. Fluker, Esq., PLLC | Vanessa G Fluker | vgflawyer@sbcglobal.net |
| Interested Party | Vanguardians | Barry Allen | pra@vanguardians.org |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Attn: David E. Lemke, Esq. & Courtney Rogers | david.lemke@wallerlaw.com; courtney.rogers@wallerlaw.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Michael R Paslay Ryan K Cochran | Mike.Paslay@wallerlaw.com; Ryan.Cochran@wallerlaw.com |
| Counsel for UBS AG and Merrill Lynch Capital Services, Inc. | Warner Norcross & Judd LLP | Charles N Ash Jr | cash@wnj.com |
| Counsel for UBS AG and Merrill Lynch Capital Services Inc | Warner Norcross & Judd LLP | Stephen B Grow Douglas A Dozeman & Charles N Ash Jr | sgrow@wnj.com; ddozeman@wnj.com; cash@wnj.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Alfredo R Perez | alfredo.perez@weil.com |
| Counsel to Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq. | gary.holtzer@weil.com; alfredo.perez@weil.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Kelly DiBlasi | kelly.diblasi@weil.com |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman | William A. Wertheimer | | billwertheimer@gmail.com |
| Counsel for Financial Guaranty Insurance Company | Williams Williams Rattner & Plunkett PC | Ernest J Essad Jr & Mark R James | ejessad@wwrplaw.com; mrjames@wwrplaw.com |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman | llarose@winston.com; skohn@winston.com; chardman@winston.com |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Sarah T. Foss | sfoss@winston.com |
| Counsel for The Bank of New York Mellon | Wolfson Bolton PLLC | Scott A Wolfson & Anthony J Kochis | swolfson@wolfsonbolton.com; akochis@wolfsonbolton.com |
| Interested Party | Ziulkowski & Associates, PLC | Janet M. Ziulkowski | ecf@zaplc.com |

# **EXHIBIT B**

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Union Representative | AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | | | Detroit | MI | 48226 |
| Union Representative | AFSCME Local #0312 | Attn: Phillip Douglas | 14022 Linwood | | | Detroit | MI | 48238 |
| Union Representative | AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | 600 W. Lafayette, Ste. L – 123 | | | Detroit | MI | 48226 |
| Retiree Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | 250 W. Larned Street, Suite 202 | | | Detroit | MI | 48226 |
| Retiree Representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | 3031 W. Grand Boulevard, Suite 405 | | | Detroit | MI | 48202 |
| Union Representative | Field Engineers Association | Attn Larry Hart | PO Box 252805 | | | West Bloomfield | MI | 48325 |
| The Office of the Governor of the State of Michigan | Governor Rick Snyder | | P.O. Box 30013 | | | Lansing | MI | 48909 |
| Counsel for IBM Credit LLC | IBM Credit LLC | Andy Gravina | Special Handling Group MD NC317 | 6303 Barfield Rd NE | | Atlanta | GA | 30328 |
| Office of the United States Trustee | Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 |
| The City, c/o the Emergency Manager | The City of Detroit | Attn:  Kevyn D. Orr, Emergency Manager | Coleman A. Young Municipal Center | 2 Woodward Ave Suite 1126 | | Detroit | MI | 48226 |
| Corporation Counsel for the City of Detroit | The City of Detroit | Attn:  Corporation Counsel | Coleman A. Young Municipal Center | 2 Woodward Avenue | Fifth Floor | Detroit | MI | 48226 |