# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------- x
                                          :

In re                                      :           Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,   :           Case No. 13-53846
                                          :
             Debtor.                    :           Hon. Steven W. Rhodes
                                          x

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 26, 2013, he filed the following documents with the court, using the court's CM/ECF system, which will send notice of the filings to all registered participants in this matter:

***DEBTOR'S OBJECTION TO PETITION FOR ORDER LIFTING STAY***

*and*

***DEBTOR'S BRIEF IN OPPOSITION TO PETITION FOR ORDER LIFTING STAY***

      The undersigned further certifies that on September 27, 2013, he caused copies of the above-named documents to be served upon counsel, as listed below, via electronic mail and First Class United States Mail:

Nabih H. Ayad
Nabih H. Ayad & Associates, PC
2200 North Canton Center Road, Suite 220
Canton, MI 48187
nayad@ayadlaw.com

Melvin Butch Hollowell
Detroit Branch NAACP
8220 Second Avenue
Detroit, MI 48221
butchhollwell@gmail.com


DATED: September 27, 2013

        By: /s/Stephen S. LaPlante
        Stephen S. LaPlante
        150 West Jefferson
        Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 963-6420
        Facsimile: (313) 496-7500
        laplante@millercanfield.com