UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certified that on September 27, 2013, the following documents were field with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Amendment to "Consolidated Objection of the Retirees Association Parties to the Motion of Debtor for an Entry of an Order (I) Authorizing the Assumption of that Certain Forgearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief" [DKT 329]; and

2. this Proof of Service.

Respectfully submitted,

/s/ Judy Dobrzycki
Judy Dobrzycki
Lippitt O'Keefe, PLLC
Legal Assistant to Ryan C. Plecha
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
jdobrzycki@lippittokeefe.com

DATED: September 27, 2013