UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN Chapter 9
 Case No. 13-53846
 Debtor. Hon. Steven W. Rhodes
_____/

## APPEARANCE OF HUGH M. DAVIS FOR INTERESTED PARTY THOMAS STEPHENS

PLEASE ENTER THE APPEARANCE of attorney HUGH M. DAVIS as counsel for Interested Party THOMAS STEPHENS, in the above-styled cause of action.

 Respectfully submitted,

 */s/Hugh M. Davis*_____
 Hugh M. Davis (P12555)
 Constitutional Litigation Associates, PC
 450 W Fort St, Ste 200
 Detroit MI 48226
 313-961-2255 / Fax: 313-961-5999
 conlitpc@sbcglobal.net

Date: September 30, 2013

## CERTIFICATE OF SERVICE

Jillian R. Rosati, says that on this 30th day of September, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification to all e-filing users.

  /s/Jillian R. Rosati
 Jillian R. Rosati

f:\cases\dps (p v. s)\in re detroit bankruptcy\tom stephens\appearance of hugh m. davis for ts (9-30-13.docx