**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

In re                                          Chapter 9
CITY OF DETROIT, MICHIGAN,                      Case No. 13-53846
                              Debtor           Hon. Steven W. Rhodes

_____

**INDEX OF EXHIBIT TO:**
**THOMAS STEPHENS' SUPPLEMENTAL RESPONSE AND OBJECTIONS**

Attachment 1 - Thomas Stephen's Response and Objections

Attachment 2 - 250 Billion Ad

Attachment 3 - Census 2010 Racial Segregation in Detroit

F:\Cases\DPS (P v. S)\In Re Detroit Bankruptcy\Tom Stephens\E-Filing OUT\IOE.docx