

# HERE'S $250 BILLION

## THAT SAYS THE CITY OF DETROIT HAS A VERY BRIGHT FUTURE.

Together, we lead companies and organizations with a combined market value of $250 billion located in the Detroit region. So we know a little about opportunity. And beyond the headlines, there is an amazing story about opportunity happening in this great city.

If you look closely at Detroit, you'll see a place that's home to businesses and people who are having a significant impact on the national and international economies. We're a major center of innovation in technology, manufacturing, financial services, health care, education and more.

Right now, despite our municipal bankruptcy, our residential occupancy rates and downtown Detroit's office market occupancy are both at their highest levels in decades. Well over 10,000 people have relocated their worksites to Detroit in the last few years. And the 5 million residents of the metro Detroit region are flooding downtown to enjoy its cultural and entertainment offerings. The renewed energy of our city is palpable and real.

Our companies are proud to be a part of our local economy. And we're proud to be invested in its future.

**Why?
Because we believe in Detroit.
The real Detroit.**


Daniel J. Loepp
President and CEO
Blue Cross Blue Shield


Gerard M. Anderson
Chairman, President and CEO
DTE Energy


Dan Gilbert
Founder and Chairman
Quicken Loans


Roger S. Penske
Chairman
Penske Corporation


Christopher Ilitch
President and CEO
Ilitch Holdings, Inc.


Robert Paul
CEO
Compuware

Cynthia J. Pasky
President and CEO
Strategic Staffing Solutions


Bill Ford
Executive Chairman
Ford


Daniel F. Akerson
Chairman and CEO
GM


Sergio Marchionne
Chairman and CEO
Chrysler Group LLC


Michael T. Ritchie
President – Michigan Market
Comerica Bank


Steven A. White
Chairman and CEO
detroit renewable energy


Joseph Mullany
CEO
DMC


Andra Rush
CEO
DRS Detroit


Sandy Pierce
Vice Chairman, FirstMerit Corp
Chairman and CEO
FirstMerit Michigan


Nancy M. Schlichting
CEO
Henry Ford Health System


Rip Rapson
President and CEO
The Kresge Foundation

Kurt L. Darrow
Chairman, President and CEO
La-Z-Boy


Thomas J. Lewand
President
Lions


Richard Manoogian
Chairman Emeritus
Masco

Tim Wadhams
President and CEO


Albert M. Berriz
CEO, Co-Owner and Managing Partner
mckinley.com LIVE.WORK.SHOP.PLAY.


Hank Meijer
Co-CEO
meijer


Richard Z. DeVore
Regional President,
Detroit and Southeast Michigan
PNC


James B. Nicholson
President and CEO
PVS Chemicals, Inc.


Gary Torgow
Chairman
Talmer Bancorp, Inc.
TALMER BANK AND TRUST

David T. Provost
Chairman, President and
Chief Executive Officer
Talmer Bank and Trust


Dave Blaszkiewicz
President and CEO
Downtown Detroit Partnership


Doug Rothwell
President and CEO
Business Leaders for Michigan


Sandy K. Baruah
President and CEO
Detroit Regional Chamber

---

## #OPPORTUNITYDETROIT