UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Chapter 9
                                                   Case No. 13-53846
City of Detroit, Michigan,                         Hon. Steven W. Rhodes

       Debtor.
_____/

# NOTICE REGARDING HEARINGS SCHEDULED
# FOR OCTOBER 2, 2013

Notice is given that even if a federal government shutdown occurs, hearings scheduled for October 2, 2013 in this case will proceed as scheduled at 10:00 a.m. in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Individuals attending the hearing should plan on arriving at the Courthouse at least 60 minutes prior to the time of the hearing to clear security screening procedures.

Dated: September 30, 2013

/s/ Katherine B. Gullo, Clerk of Court
United States Bankruptcy Court,
Eastern District of Michigan