**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------ x
:
In re                             :        Chapter 9
:
CITY OF DETROIT, MICHIGAN,        :        Case No. 13-53846
:
      Debtor.              :        Hon. Steven W. Rhodes
------------------------------------------------ x

## STIPULATION FOR ENTRY OF ORDER WITHDRAWING WITHOUT PREJUDICE DEVERY JONES MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The City of Detroit, Michigan and Devery Jones, by and through their respective counsel, stipulate and agree to the entry of the Order Withdrawing Without Prejudice Devery Jones Motion for Relief from the Automatic Stay, attached as Exhibit A.

STIPULATED:

Dated: September 30, 2013

ATTORNEYS FOR DEVERY JONES

By: /s/ Brian A. McKenna
Brian A. McKenna (P46671)
2211 East Jefferson Avenue
Suite #200
Detroit, MI 48207
(313) 965-3464
(313) 965-4315 – FAX
brianmckenna@sachswaldman.com

ATTORNEYS FOR THE CITY OF DETROIT

By: /s/Stephen S. LaPlante
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com