# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------ x
                              :

In re                           :            Chapter 9

CITY OF DETROIT, MICHIGAN,   :            Case No. 13-53846

               Debtor.            :            Hon. Steven W. Rhodes
------------------------------------------------ x

## ORDER WITHDRAWING WITHOUT PREJUDICE DEVERY JONES MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming before the Court on the Stipulation for Entry of Order Withdrawing Without Prejudice Devery Jones Motion for Relief from the Automatic Stay; the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED THAT**

1. The Devery Jones Motion for Relief from the Automatic Stay (Docket No. 742) is withdrawn without prejudice.