**Summary of Schedules**

| Schedule | Classification | Amount of Claim | Percent of Total |
|---|---|---:|---:|
| A | Long-Term Debt | 8,721,932,478 | 48.52% |
| B | Trade Debt | 59,026,464 | 0.33% |
| C | Employee Benefits | - | 0.00% |
| D | Pension Obligations | 3,474,000,000 | 19.33% |
| E | Non-Pension Retiree Obligations* | | 0.00% |
| F | Active Employee Obligations* | | 0.00% |
| G | Workers' Compensation | - | 0.00% |
| H | Litigation and Similar Claims | - | 0.00% |
| I | Real Estate Lease Obligations | 80,039 | 0.00% |
| J | Deposits | 2,294,839 | 0.01% |
| K | Grants | - | 0.00% |
| L | Pass-Through Obligations | - | 0.00% |
| M | Obligations to Component Units of the City | - | 0.00% |
| N | Property Tax Related Obligations | - | 0.00% |
| O | Income Tax Related Obligations | | 0.00% |
| | Subtotal | 12,257,333,821 | |
| | *OPEB Amount (See Global Notes) | 5,718,300,000 | 31.81% |
| | Total | 17,975,633,821 | |