# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF FILING OF FE MONTHLY INVOICE [AUGUST 2013]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which consists of detailed statements of the fees and expenses requested by the Fee Examiner (Exhibit A), counsel to the Fee Examiner (Exhibit B), and the financial advisor to the Fee Examiner (Exhibit C) for the month of August 2013, a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated: September 30, 2013   By: /s/ Peter J. Roberts
   One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
proberts@shawfishman.com

## CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 30th day of September, 2013.

/s/ Peter J. Roberts

{10661-001 NTC A0356204.DOCX}

# EXHIBIT A

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 11516
August 31, 2013

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 8/31/2013

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Current Fees | 27,540.00 | |
| Current Disbursements | 867.85 | |
| Total Current Charges | | 28,407.85 |
| **Total Due** | | **28,407.85** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  August 31, 2013
I.D. 10661-002 - RMF  Invoice 11516
Re: Robert Fishman

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/08/13 | RMF | Spoke to Judge Rhodes re Fee Examiner position (.3). Reviewed draft order appointing Fee Examiner (.4). Began reviewing case docket and certain filings (2.5). | 3.20 | 600.00 | 1,920.00 |
| 08/08/13 | RMF | Drafted email to all attorneys and other personnel at Shaw Fishman re conflicts in the City of Detroit case (.2). Reviewed responses re same (.4). | 0.60 | 600.00 | 360.00 |
| 08/09/13 | RMF | Further review of responses to conflicts email (.3). Discussed draft order appointing fee examiner with P. Roberts (.4). Revised draft order provided by Judge Rhodes (1.2). Created Rate Exhibit to attach to Order (.2). | 2.10 | 600.00 | 1,260.00 |
| 08/10/13 | RMF | Spoke to Judge Rhodes re Fee Examiner Order and related topics (.3). Revised draft order (1.1). | 1.40 | 600.00 | 840.00 |
| 08/12/13 | RMF | Spoke to Judge Rhodes re fee examiner issues (.4). Further revisions to draft order (.7). | 1.10 | 600.00 | 660.00 |
| 08/13/13 | RMF | Spoke to S. Kapila re his serving as my financial advisor in the City of Detroit case (.4). Reviewed Kapila proposed Rate Sheet for case (.2). Spoke to P. Roberts re R. Fishman verified statement to accompany order (.4). Reviewed various verified statements from other cases (.6). Reviewed and revised draft R. Fishman verified statement (7). | 2.30 | 600.00 | 1,380.00 |
| 08/14/13 | RMF | Reviewed draft S. Kapila verified statement (.2). Communicated with S. Kapila re his verified statement (.4). Discussed R. Fishman verified statement with P. Roberts (.3). Revised same (.1). Spoke to Judge Rhodes re fee examiner order and related issues (.4). | 1.40 | 600.00 | 840.00 |
| 08/16/13 | RMF | Reviewed final draft of order (.2). Drafted text of press release re appointment (.4). Drafted email to Judge Rhodes re terms of order (.1). | 0.70 | 600.00 | 420.00 |
| 08/17/13 | RMF | Began drafting checklist of fee review issues and procedures. | 1.60 | 600.00 | 960.00 |
| 08/20/13 | RMF | Continued outline re issues and questions for discussion with counsel for the City re procedures (2.7). Met with D. Heiman and J. Ellman re same (2.4). | 5.10 | 600.00 | 3,060.00 |
| 08/21/13 | RMF | Attended Court re status hearing (1.6). Began working on draft Fee Review Order (1.3). | 2.90 | 600.00 | 1,740.00 |
| 08/22/13 | RMF | Continued drafting proposed Fee Review Order. | 5.20 | 600.00 | 3,120.00 |
| 08/23/13 | RMF | Conference call with representatives of the Office of the United States Trustee, I. Bodenstein and G. Gouveia to discuss new UST Guidelines and Fee Examiner engagement (1.0). Conference call with S. Kapila and his colleagues, P. Roberts and G. Gouveia re approach to analysis of information and formatting and reporting | 3.40 | 600.00 | 2,040.00 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman  

August 31, 2013  
Invoice 11516

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | issues (.7). Worked on proposed Fee Review Order (1.7). | | | |
| 08/24/13 | RMF | Worked on proposed Fee Review Order (2.1). Met with P. Roberts, G. Gouveia and I. Bodenstein and discussed and revised proposed Fee Review Order (2.7). Made substantial revisions to the proposed order (2.1). | 6.90 | 600.00 | 4,140.00 |
| 08/26/13 | RMF | Discussions with P. Roberts, I. Bodenstein and G. Gouveia re Fee Review Order (1.3). Made further revisions thereto (1.6). | 2.90 | 600.00 | 1,740.00 |
| 08/27/13 | RMF | Reviewed comments to Fee Review Order form S. Kapila (.3), drafted email to S. Kapila re same (.2) and made some revisions to order (.2). Reviewed suggested changes to order from J. Ellman (.4). Spoke to J. Ellman re same (.8). Met with P. Roberts and I. Bodenstein to review and discuss Jones Day suggested changes to Fee Review Order (.5). | 2.40 | 600.00 | 1,440.00 |
| 08/28/13 | RMF | Spoke to D. Heiman re Fee Review Order (.3). Made further revisions to the Order (.5). Spoke to J. Ellman re Order (.3). | 1.10 | 600.00 | 660.00 |
| 08/29/13 | RMF | Made further revisions to Order (.8). Spoke to J. Ellman (.3) and P. Roberts (.1) re same. Discussed section 943(b)(3) standard with G. Guzzardo (.2). Reviewed J. Guzzardo email re same (.2). | 1.60 | 600.00 | 960.00 |
| | | **Total Fees** | **45.90** | | **27,540.00** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/21/13 | Travel; Airfare - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 499.80 |
| 08/21/13 | Travel; Hotel - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 182.85 |
| 08/21/13 | Working Meals; Meals - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 25.20 |
| 08/21/13 | Ground Transportation - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 113.00 |
| 08/21/13 | Parking/Taxi; Parking - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 47.00 |
| | **Total Disbursements** | **867.85** |
| | **Total Fees and Disbursements** | **28,407.85** |
| | **Total Current Charges** | **28,407.85** |

# EXHIBIT B

SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 11728
August 31, 2013

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 8/31/2013

**Please include Invoice Number with Payment**

| | | |
|---|---:|---:|
| Current Fees | 13,973.50 | |
| Current Disbursements | 55.20 | |
| Total Current Charges | | 14,028.70 |
| **Total Due** | | **14,028.70** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

August 31, 2013  
Invoice 11728

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/08/13 | MAW | Downloaded case docket and requested filings from PACER per R. Fishman's request. | 1.00 | 170.00 | 170.00 |
| 08/09/13 | PJR | Review and suggest revisions to drafts of proposed fee examiner appointment order (.6); confer with R. Fishman on same (.4). | 1.00 | 410.00 | 410.00 |
| 08/13/13 | PJR | Draft and edit form of affidavit for submission by fee examiner (.9); telephone conferences and e-mail exchanges with R. Fishman on same (.4); review case docket and filings to date (.4). | 1.70 | 410.00 | 697.00 |
| 08/14/13 | PJR | Telephone conferences with R. Fishman regarding affidavit for fee examiner order (.3); edits to affidavit and exchange e-mails with R. Fishman on same (.2). | 0.50 | 410.00 | 205.00 |
| 08/19/13 | DRD | Confer with R. Fishman, P. Roberts, G. Gouveia, and M. Reiser regarding strategy and ideas for evaluating professional fee applications (.7); research and review local rules, administrative orders and other rules governing professional compensation in the bankruptcy court for the Eastern District of Michigan (1.2). | 1.90 | 250.00 | 475.00 |
| 08/19/13 | MAW | Reviewed docket for order approving fee examiner and sent same to R. Fishman. | 0.20 | 170.00 | 34.00 |
| 08/19/13 | PJR | Meeting with R. Fishman, G. Gouveia, D. Doyle, and M. Reiser regarding fee examiner appointment, related procedures, and related issues. | 0.70 | 410.00 | 287.00 |
| 08/19/13 | GEG | Office conference with R. Fishman, P. Roberts, M. Reiser and D. Doyle regarding background information and delegation of initial tasks related to fee examiner appointment (.7); review entered order appointing fee examiner (.3) | 1.00 | 325.00 | 325.00 |
| 08/20/13 | GEG | Phone call with R. Fishman regarding UST fee guidelines and possible applications of same to fee examination procedures (.4); review and highlight portions of UST fee guidelines and email to R. Fishman regarding same (1.0) | 1.40 | 325.00 | 455.00 |
| 08/22/13 | IB | Review UAL and K. Mart fee review guidelines and reports re: preparation of Detroit order. | 1.50 | 425.00 | 637.50 |
| 08/22/13 | GEG | Phone call with R. Fishman regarding fee examiner procedures order and related issues | 0.20 | 325.00 | 65.00 |
| 08/23/13 | IB | Meet with R. Fishman, G. Gouveia and P. Roberts re: formulating fee order and conference call with S. Gerdano, C. White, R. DeAngelis and other UST personnel re: UST guidelines | 1.30 | 425.00 | 552.50 |
| 08/23/13 | IB | Review UST Fee Guideline (.4) and exhibits to UST Fee Guidelines (.4) re: prepare for tomorrow's drafting session on fee order | 0.80 | 425.00 | 340.00 |
| 08/23/13 | GEG | Conference call with R. Fishman and representatives of Office of United States Trustee regarding fee examiner procedures and new | 1.80 | 325.00 | 585.00 |

## Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

August 31, 2013  
Invoice 11728

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | UST fee guidelines for large chapter 11 cases (1.0); office conference with R. Fishman, I. Bodenstein and P. Roberts regarding fee examiner procedures (.3); conference call with Soneet Kapila, R. Fishman and other members of working group regarding fee examiner procedures and related issues (.5) | | | |
| 08/23/13 | PJR | Participate in limited portion of conference call with C. White, B. DeAngelis and other representatives of Office of United States Trustee and R. Fishman, I. Bodenstein, and G. Gouveia regarding fee procedures order and related issue (.7); follow up conference with R. Fishman, I. Bodenstein, and G. Gouveia regarding fee procedures (.3); conference call with R. Fishman, G. Gouveia, S. Kapila, M. McMickle, and M. Davis regarding creation of templates and fields for billing reviews and associated issues (.5). | 1.50 | 410.00 | 615.00 |
| 08/24/13 | IB | Meet with P. Roberts, G. Gouveia and R. Fishman to review and revise draft of Proposed Fee Review Order. | 2.70 | 425.00 | 1,147.50 |
| 08/24/13 | PJR | Meeting with R. Fishman, I. Bodenstein, and G. Gouveia to review, revise, and discuss proposed fee review order (2.7); draft revisions to portions of fee review order (1.2); | 3.90 | 410.00 | 1,599.00 |
| 08/24/13 | GEG | Meeting with R. Fishman, I. Bodenstein and P. Roberts to discuss provisions of proposed fee review order and related issues | 2.70 | 325.00 | 877.50 |
| 08/25/13 | IB | Review version 2 of Fee Review Order from R. Fishman. | 1.00 | 425.00 | 425.00 |
| 08/26/13 | IB | review Version 3 of Fee Examiner order (.4) and provide final comments to R. Fishman (.1). | 0.50 | 425.00 | 212.50 |
| 08/26/13 | DRD | Review proposed fee examination procedures order (.6) and provide comments to R. Fishman (.4). | 1.00 | 250.00 | 250.00 |
| 08/26/13 | GEG | Review and comment on draft fee review order (1.0); office conference with R. Fishman regarding same (1.0); email correspondence with KCC regarding inclusion of Shaw Fishman attorneys on 2002 service list (.1) | 2.10 | 325.00 | 682.50 |
| 08/26/13 | PJR | Review and revise latest drafts of fee review order. | 0.60 | 410.00 | 246.00 |
| 08/27/13 | IB | Review revised draft of fee order from counsel for the city | 0.50 | 425.00 | 212.50 |
| 08/27/13 | IB | Meet with R. Fishman and P. Roberts to discuss City attorneys proposed changes to fee order | 0.50 | 425.00 | 212.50 |
| 08/27/13 | PJR | Review City's proposed changes to draft fee review order (.4); meet with R. Fishman and I. Bodenstein to discuss revised form of fee review order (.5). | 0.90 | 410.00 | 369.00 |
| 08/27/13 | GEG | Review proposed revisions to fee review order from counsel for the City (.3) and confer with R. Fishman regarding same (.2) | 0.50 | 325.00 | 162.50 |
| 08/29/13 | IB | Review of final form fee order with all suggested revisions and give final comments to R. Fishman | 0.50 | 425.00 | 212.50 |
| 08/29/13 | JWG | Legal research re: standards of 11 USC 943(b)(3). | 2.80 | 300.00 | 840.00 |
| 08/29/13 | GEG | Review revised draft fee review order with final round of comments from counsel for City (.2); email correspondence with R. Fishman regarding same (.1) | 0.30 | 325.00 | 97.50 |

Robert Fishman as Detroit Fee Examiner  August 31, 2013
I.D. 10661-001 - RMF  Invoice 11728
Re: Chapter 9 case

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/13 | PJR | Review revised draft of proposed fee order (.3); confer wtih R. Fishman on same (.1). | 0.40 | 410.00 | 164.00 |
| 08/30/13 | PJR | Review final form of fee review order and related e-mails with City's attorneys (.3); draft and edit form of notice for filing of same (.5); follow up e-mails with City's attorneys on same (.2). | 1.00 | 410.00 | 410.00 |
| | | Total Fees | 38.40 | | 13,973.50 |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/31/13 | Pacer Research; Notice (PJR) | 3.20 |
| 08/31/13 | Pacer Research; Docket (MAW) | 9.20 |
| 08/31/13 | Pacer Research; Docket (MAW) | 42.80 |
| | Total Disbursements | 55.20 |
| | Total Fees and Disbursements | 14,028.70 |
| | Total Current Charges | 14,028.70 |

# EXHIBIT C


**Kapila & Company**
*Certified Public Accountants*

## CITY OF DETROIT, MICHIGAN
## Client ID: 90000
## Invoice #97118 - 08/31/13

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| MELISSA DAVIS - Partner, CPA*, CIRA, CFE | 1.20 | 330.00 | 396.00 |
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 3.50 | 442.00 | 1,547.00 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 6.50 | 330.00 | 2,145.00 |
| SHANTEL THOMAS - Forensic Consultant, CPA*, CIRA | 6.60 | 208.00 | 1,372.80 |
| TOTAL | 17.80 | | $5,460.80 |
| | **BLENDED RATE** | **$306.79** | |

TOTAL AMOUNT OF THIS INVOICE $5,460.80

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

*1000 S. Federal Highway Suite 200 Fort Lauderdale, Florida 33316*
*Member Florida Institute of Certified Public Accountants American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

*Kapila & Company*
Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.co
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97118
08/31/2013

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 25, 2013

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 08/21/2013 | MMM | PREPARE MATRIX FOR PROPOSED PROCEDURES FOR TRACKING INVOICES. | 1.00 | 330.00 |
| 08/21/2013 | SST | REVIEW AND ANALYZE APPLICATION OF IDEA SOFTWARE TO ENSURE ITS ABILITY TO ANALYZE INVOICES IN ACCORDANCE WITH THE REQUIREMENTS OF THE FEE EXAMINER, RUN TESTS. | 1.80 | 374.40 |
| 08/21/2013 | SRK | REVIEW FEE EXAMINER ORDER (0.20); FORMULATE FEE PROCESS WITH INTRA OFFICE COMMUNICATIONS WITH KCO OFFICE (0.40) | 0.60 | 265.20 |
| 08/21/2013 | MMM | TELEPHONE CONFERENCE WITH SHANTEL RE: DISCUSS USE OF IDEA SOFTWARE FOR INVOICE TRACKING AND ANALYSIS. | 0.20 | 66.00 |
| 08/21/2013 | MMD | EMAILS RE IT PROCESS TO AUTOMATE FEE REVIEW. | 0.20 | 66.00 |
| 08/22/2013 | SST | CONTINUE TO REVIEW, ANALYZE, AND RUN TESTS WITH IDEA SOFTWARE TO ENSURE ITS ABILITY TO ANALYZE INVOICES IN ACCORDANCE WITH THE REQUIREMENTS OF THE FEE EXAMINER. | 4.50 | 936.00 |
| 08/22/2013 | SRK | ATTEND TO FEE REVIEW PROCEDURES (0.80); E-MAILS WITH R. FISHMAN (0.30) | 1.10 | 486.20 |
| 08/22/2013 | MMM | DRAFT EMAIL TO FEE EXAMINER RE: MODEL FOR PROCEDURES AND SAMPLE INVOICE AND IDEA SPREADSHEETS. | 0.70 | 231.00 |
| 08/22/2013 | MMD | ATTEND INTEROFFICE TELEPHONE CONFERENCE RE FEE PROCEDURES. | 0.50 | 165.00 |
| 08/22/2013 | MMM | RESEARCH FEE RULES IN CH 9 BANKRUPTCIES AND REVISE MATRIX. | 1.00 | 330.00 |
| 08/22/2013 | MMM | TELEPHONE CONFERENCE WITH MMD AND SRK RE; MODEL FOR PROCEDURES IN REVIEWING FEE INVOICES. | 0.30 | 99.00 |
| 08/23/2013 | SRK | TELEPHONE CONFERENCE WITH FEE EXAMINER, R. FISHMAN, COUNSEL AND KCO TEAM REGARDING: ORGANIZATIONAL CALL, AND FOLLOW-UP. | 0.80 | 353.60 |
| 08/23/2013 | MMM | TELEPHONE CONFERENCE WITH R. FISHMAN TEAM AND KCO TEAM RE: PRELIMINARY DISCUSSION ON INVOICE ANALYSIS. | 0.70 | 231.00 |
| 08/26/2013 | SRK | REVIEW DRAFT PROPOSAL ORDER RECEIVED FROM FEE EXAMINER AND PROVIDE FEEDBACK TO EXAMINER | 0.70 | 309.40 |
| 08/27/2013 | MMD | REVIEW DRAFT MOTION. | 0.50 | 165.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/2013 | MMM | RESEARCH LEDES OVERSIGHT COMMITTEE PROTOCOL FOR ELECTRONIC DATA IN CONNECTION WITH FEE ORDER. | 0.90 | 297.00 |
| 08/27/2013 | MMM | TELEPHONE CONFERENCE WITH SHANTEL THOMAS RE; LANGUAGE FOR FEE ORDER. | 0.30 | 99.00 |
| 08/27/2013 | SST | TELEPHONE CALL WITH M. MCMICKLE TO DISCUSS FORMAT FOR INVOICE SUBMISSIONS. | 0.30 | 62.40 |
| 08/27/2013 | MMM | READ PROPOSED FEE ORDER AND PROVIDE COMMENTS AND LANGUAGE FOR ELECTRONIC DATA TRANSMISSION. | 0.90 | 297.00 |
| 08/27/2013 | MMM | TELEPHONE CONFRENCE WITH JOE WEINDORFER RE: POSSIBLE FORMATS FOR TRANSMITTING FEE INVOICES FOR ANALYSIS. | 0.50 | 165.00 |
| 08/27/2013 | SRK | ATTEND TO E-MAIL RESPONSE FROM EXAMINER REGARDING DRAFT FREE PROCEDURES ORDER | 0.30 | 132.60 |
|  |  |  |  | 5,460.80 |
|  |  | Total amount of this invoice |  | $5,460.80 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.