UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
In re:                                                : Chapter 9

CITY OF DETROIT, MICHIGAN,      : Case No.: 13-53846

                       Debtor.                      : Hon. Steven W. Rhodes
------------------------------------------------------- x

**<u>NOTICE OF VIDEO DEPOSITIONS
UNDER FED. R. CIV. P. 30 AND FED. R. BANKR. P. 7030</u>**

        To:    State of Michigan

        PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the International Union, UAW ("UAW"), by and through its undersigned counsel, will take depositions upon oral examination of the following person(s) at the time and place set forth, or such other time and place as may be mutually arranged.

        1.    Governor Richard Snyder, October 9, 2013 at 8:30 a.m. at the Governor's Lansing, Michigan, Romney Building office;

        2.    Treasurer Andrew Dillon, October 10, 2013 at 9:00 a.m. at his Lansing, Michigan office;

3. Richard Baird, October 10, 2013 following the Treasurer's deposition at a location to be determined by the issuing parties and his counsel;

4. The State of Michigan 30(b)(6) deposition, October 14, 2013 at 9:00 a.m., the location to be determined.

The depositions will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. The oral examination will continue from day to day until completed.

The deposition will be recorded by stenograph and video for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: New York, New York
October 1, 2013

/s/ Peter D. DeChiara
Babette A. Ceccotti
Thomas N. Ciantra
Peter D. DeChiara
Joshua J. Ellison
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036-6976
T: 212-563-4100
F: 212-695-5436
pdechiara@cwsny.com

Michael Nicholson (P33421)
Niraj R. Ganatra (P63150)
8000 East Jefferson Avenue

Detroit, Michigan 48214
T: (313) 926-5216
F: (313) 926-5240
mnicholson@uaw.net
nganatra@uaw.net

*Attorneys for International Union, UAW*

William A. Wertheimer
30515 Timberbrook Lane
Bingham Farms, MI 48025
T: (248) 644-9200
billwertheimer@gmail.com

Andrew A. Nickelhoff
Sachs Waldman, P.C.
2211 East Jefferson Avenue
Deoit, MI 48207
T: (313) 965-3464
F: (313) 965-0268
anickelhoff@sachswaldman.com

*Attorneys for Flowers Plaintiffs*

## Certificate of Service

      I, Peter D. DeChiara, hereby certify that the foregoing Notice of Video Depositions under Fed. R. Civ. P. 30 and Fed. R. Bankr. P. 7030 was filed and served via the Court's electronic case filing and noticing system on this 1st day of October, 2013.

Dated: October 1, 2013

                                                    /s/ Peter D. DeChiara
                                                   Peter D. DeChiara

- 4 -

13-53846-tjt    Doc 1062    Filed 10/01/13    Entered 10/01/13 11:44:27    Page 4 of 4