## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

---

### AMENDED OBJECTION OF THE RETIRED DETROIT POLICE MEMBERS ASSOCIATION TO MOTION OF DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ASSUMPTION OF THAT CERTAIN FORBEARANCE AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND (III) GRANTING RELATED RELIEF

The Retired Detroit Police Members Association ("RDPMA"), by and through its attorneys, Strobl & Sharp, P.C., without acknowledging the jurisdiction of this Court, the constitutionality of the City of Detroit's ("Debtor" or "Detroit") Chapter 9 bankruptcy filing, or the eligibility of Detroit to relief under Chapter 9 of the Bankruptcy Code, hereby submits it's Amended Objection to the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief (the "Motion"), and states as follows,

1.     On July 24, 2013, Debtor filed the Motion seeking to assume a certain Forbearance and Termination Agreement dated July 15, 2013. (Docket No. 17, corrected by Docket No. 157).

2.     On August 2, 2013, the Court ordered the appointment of a Retiree Committee. (Docket No. 279).

3.      Also on August 2, 2013, the Court entered an Order Establishing Dates and Deadlines with respect to the Motion and set August 16, 2013 as the deadline for parties to file responses to the Motion.  (Docket No. 281).

4.      On August 16, 2013, the RDPMA filed its objection to the Motion on the grounds that (1) the Motion failed to provide adequate information to allow the interested parties to assess the propriety of the relief requested; and (2) that the yet to be formed Committee of Retirees should be provided an opportunity to respond to the Motion. The RDPMA objection concurred in the objection filed by Erste Europaische Pfandbrief – und Kommunalkreditbank Aktiengesellschaft ("EEPK") filed at Docket No. 246.  (Docket No. 343).

5.      On August 22, 2013, the US Trustee filed its notice of appointment of the Official Committee of Retirees (the "Committee") (Docket No. 566) and on September 16, 2013, the Committee filed its Objection to the Motion.  (Docket No. 874).

6.      The RDPMA concurs in the Committee's Objection filed at Docket No. 874 and incorporates such Objection into this Amended Objection as if fully set forth herein.

7.      To the extent the RDPMA's original objection or the objection filed by EEPK at Docket No. 246 are inconsistent with the Committee's Objection, the Committee's Objection is controlling and the RDPMA withdraws its earlier objection to the extent of such inconsistency and withdraws its concurrence in the objection filed by EEPK.

8.      Further, without withdrawing its objection to the relief requested in the Motion, and yet sensitive to the need for judicial economy in the presentation of the objections, the RDPMA defers to the Committee to prosecute the objections set forth in the Committee's objection.

**WHEREFORE**, the RDPMA would request that this Honorable Court deny the Debtor's

Motion and grant such further and additional relief as deemed just and proper.

Respectfully Submitted,

**STROBL & SHARP, P.C.**

_____/s/    Lynn M. Brimer_____
LYNN M. BRIMER (P43291)
MEREDITH E. TAUNT (P69698)
MALLORY FIELD (75289)
Attorneys for the Retired Detroit
Police Members Association
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone:  (248) 540-2300
Facsimile: (248) 645-2690
E-mail:  lbrimer@stroblpc.com
E-mail: mtaunt@stroblpc.com
E-mail: mfield@stroblpc.com

 Dated:  October 1, 2013
*S&B\85244\001\PLDG\SB429956.DOCX

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

| | |
|---|---|
| | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846-swr |
| | Hon. Steven W. Rhodes |

---

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2013, I caused the *Amended Objection to the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief* and this *Certificate of Service* to be filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: October 1, 2013

Respectfully Submitted,

**STROBL & SHARP, P.C.**

_____ /s/    Lynn M. Brimer_____ _____
LYNN M. BRIMER (P43291)
MEREDITH E. TAUNT (P69698)
MALLORY FIELD (75289)
Attorneys for the Retired Detroit
Police Members Association
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
E-mail: lbrimer@stroblpc.com
E-mail: mtaunt@stroblpc.com
E-mail: mfield@stroblpc.com

4