UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re                                   : Chapter 9
:
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
:
        Debtor.                         : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

**DEBTOR'S OBJECTION TO MICHIGAN
COUNCIL 25 OF THE AMERICAN FEDERATION OF
STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO,
MOTION FOR ENTRY OF AN ORDER MODIFYING THE
AUTOMATIC STAY SOLELY TO ALLOW ADMINISTRATIVE
LAW JUDGE TO EXECUTE HIS OPINION AND LIQUIDATE
DAMAGE AWARD BEFORE HE RETIRES ON OCTOBER 4, 2013**

The City of Detroit (the "City") hereby objects to the Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO, Motion for Entry of an Order Modifying the Automatic Stay Solely to Allow Administrative Law Judge to Execute His Opinion and Liquidate Damage Award Before He Retires on October 4, 2013 (Docket No. 1006) (the "Stay Relief Motion") filed by the Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO ("AFSCME"). In support of this Objection, the City incorporates in their entirety the arguments set forth in the Brief in Opposition to Michigan Council 25 of the

American Federation of State, County and Municipal Employees, AFL-CIO, Motion for Entry of an Order Modifying the Automatic Stay Solely to Allow Administrative Law Judge to Execute His Opinion and Liquidate Damage Award Before He Retires on October 4, 2013 filed contemporaneously herewith (the "Brief in Opposition") and respectfully represents as follows:

## Objection

For all of the reasons set forth in the Brief in Opposition, the relief requested by AFSCME may have far-reaching consequences on the administration of this chapter 9 case and the City's efforts to restructure. As such, cause does not exist warranting relief from the automatic stay, and the Stay Relief Motion should be denied.

WHEREFORE, for the reasons set forth herein and in the Brief in Opposition, the City respectfully requests that this Court: (a) deny the Stay Relief Motion; and (b) grant such other and further relief to the City as the Court may deem proper.

Dated: October 1, 2013	Respectfully submitted,


                    /s/ Heather Lennox
                    David G. Heiman (OH 0038271)
                    Heather Lennox (OH 0059649)
                    JONES DAY
                    North Point
                    901 Lakeside Avenue
                    Cleveland, Ohio 44114
                    Telephone: (216) 586-3939
                    Facsimile: (216) 579-0212
                    dgheiman@jonesday.com
                    hlennox@jonesday.com

                    Bruce Bennett (CA 105430)
                    JONES DAY
                    555 South Flower Street
                    Fiftieth Floor
                    Los Angeles, California 90071
                    Telephone: (213) 243-2382
                    Facsimile: (213) 243-2539
                    bbennett@jonesday.com

                    Jonathan S. Green (MI P33140)
                    Stephen S. LaPlante (MI P48063)
                    MILLER, CANFIELD, PADDOCK AND
                       STONE, P.L.C.
                    150 West Jefferson
                    Suite 2500
                    Detroit, Michigan 48226
                    Telephone: (313) 963-6420
                    Facsimile: (313) 496-7500
                    green@millercanfield.com
                    laplante@millercanfield.com

                    ATTORNEYS FOR THE CITY