UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9

CITY OF DETROIT, MICHIGAN,                No. 13-53846

Debtor.                                   HON. STEVEN W. RHODES

_____/

STIPULATION FOR ENTRY OF ORDER REGARDING
STATE OF MICHIGAN'S MOTION TO QUASH AND
FOR PROTECTIVE ORDER (DOCUMENT #699)

The State of Michigan, International Union, UAW ("UAW"), Flowers Plaintiffs, The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (collectively, "AFSCME") and Retired Detroit Police Officer Association, by and through their respective counsel, stipulate and agree to the entry of the Order Regarding State of Michigan's Motion to Quash and for Protective Order (Document #699) attached as Exhibit A.

STIPULATED:

Dated: October 1, 2013

By: */s/Matthew Schneider*
Matthew Schneider (P62190)
Margaret A. Nelson
Chief Legal Counsel
Attorney for Respondents
P.O. Box 30736
Lansing, Michigan 48909
SchneiderM7@michigan.gov

By: */s/ Peter D. DeChiara*
Peter D. DeChiara
Babette A. Ceccotti
Cohen Weiss and Simon LLP
Attorneys for the UAW
330 West 42nd Street
New York, NY 10036-6979

By: */s/William Wertheimer*
William Wertheimer
Attorney for Flowers/Webster
30515 Timberbrook Lane
Bingham Farms, MI 48025

By: */s/Lynn M. Brimer*
Lynn M. Brimer
Strobl & Sharp, PC
Attorney for RDPMA
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304

By: */s/Sharon L. Levine*
Sharon L. Levine
Lowenstein Sandler LLP
Attorneys for AFSCME
65 Livingston Avenue
Roseland, New Jersey 07068

# EXHIBIT A