UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

CITY OF DETROIT, MICHIGAN,  No. 13-53846

Debtor.  HON. STEVEN W. RHODES

_____/

STIPULATION FOR ENTRY OF ORDER REGARDING
STATE OF MICHIGAN'S MOTION TO QUASH AND
FOR PROTECTIVE ORDER (DOCUMENT #699)

The State of Michigan, International Union, UAW ("UAW"), Flowers Plaintiffs, The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (collectively, "AFSCME") and Retired Detroit Police Officer Association, by and through their respective counsel, stipulate and agree to the entry of the Order Regarding State of Michigan's Motion to Quash and for Protective Order (Document #699) attached as Exhibit A.

STIPULATED:

Dated: October 1, 2013

By: */s/Matthew Schneider*
　　Matthew Schneider (P62190)
　　Margaret A. Nelson
　　Chief Legal Counsel
　　Attorney for Respondents
　　P.O. Box 30736
　　Lansing, Michigan 48909
　　SchneiderM7@michigan.gov

By: */s/ Peter D. DeChiara*
　　Peter D. DeChiara
　　Babette A. Ceccotti
　　Cohen Weiss and Simon LLP
　　Attorneys for the UAW
　　330 West 42nd Street
　　New York, NY 10036-6979

By: */s/William Wertheimer*
　　William Wertheimer
　　Attorney for Flowers/Webster
　　30515 Timberbrook Lane
　　Bingham Farms, MI 48025

By: */s/Lynn M. Brimer*
　　Lynn M. Brimer
　　Strobl & Sharp, PC
　　Attorney for RDPMA
　　300 East Long Lake Road, Suite 200
　　Bloomfield Hills, MI 48304

By: */s/Sharon L. Levine*
　　Sharon L. Levine
　　Lowenstein Sandler LLP
　　Attorneys for AFSCME
　　65 Livingston Avenue
　　Roseland, New Jersey 07068

EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                              Chapter 9

CITY OF DETROIT, MICHIGAN,          No. 13-53846

Debtor.                             HON. STEVEN W. RHODES

_____/

## ORDER REGARDING STATE OF MICHIGAN'S MOTION TO QUASH AND FOR PROTECTIVE ORDER (DOCUMENT # 699)

International Union, UAW ("UAW") and Flowers Plaintiffs served discovery subpoenas for documents and testimony on Governor Richard Snyder, Treasurer Andrew Dillon, and the State of Michigan under Fed. R. Civ. P. 30(b)(6); The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (collectively, "AFSCME") served deposition subpoenas including on Governor Snyder and Treasurer Dillon, related staff and other State employees and officials; and the Retired Detroit Police Members Association served a document production request on the State of Michigan in the referenced action;

1

The parties having agreed to a resolution of the Motion to Quash and for Protective Order at the September 10, 2013 hearing on this motion:

IT IS HEREBY ORDERED:

1. Governor Richard Snyder shall be deposed in this matter on October 9, 2013 at 8:30 a.m. at the Governor's Lansing, Michigan, Romney Building office.

2. The Governor's deposition shall be limited in duration to a total of 3 hours split between the AFSCME, the UAW and Flowers Plaintiffs as they decide; and the deposition is limited in scope to the issues raised in the AFSCME's, the UAW's and Flowers Plaintiffs' Eligibility Objections (Documents 504, 505 and 506).

3. The deliberate process privilege, to the extent any such privilege exists or would otherwise apply, shall be waived for purposes of the depositions and discovery requests issued to the State and State deponents referenced in this order.

4. AFSCME's deposition subpoenas directed to Thomas H. McTavish, Frederick Headen, Brian Devlin, Dennis Muchmore, John Roberts, Allison Scott, and Thomas Quasarano, are withdrawn.

5.  The depositions of Treasurer Andrew Dillon, Richard Baird, and the State of Michigan under Fed. R. Civ. P. 30(b)(6) shall proceed following the conclusion of the Governor's deposition, if determined necessary by the party who issued each respective subpoena and in the order listed in this paragraph. Treasurer Dillon's deposition is scheduled to begin October 10, 2013 at 9:00 a.m. at his Lansing, Michigan office. Richard Baird's deposition is scheduled to begin October 10, 2013 following the Treasurer's deposition at a location to be determined by the issuing parties and his counsel. The State of Michigan 30(b)(6) deposition is scheduled for October 14, 2013 at 9:00 a.m., the location to be determined.

6.  The Retired Detroit Police Members Association's original document production request served August 23, 2013, is withdrawn. The State of Michigan shall respond to the Amended First Request for Production of Documents served September 9, 2013 (Document 787-1); and the responses, per the parties' agreement, are limited to the time period from September 1, 2012 through and including the date of the filing of the Bankruptcy Petition in this case.

3

13-53846-tjt    Doc 1072    Filed 10/02/13    Entered 10/02/13 15:42:47    Page 6 of 8

7. The documents produced pursuant to the discovery requests referenced in the order shall be produced as they become available with production to be completed by October 5, 2013, provided that the parties may mutually agree to extend such completion date.

8. The inadvertent production of any document subject to a claim of attorney-client privilege, work-product protection, or any other privilege or protection (other than a claim of deliberative process privilege), shall not be deemed a waiver or impairment of any claim of privilege or protection except as specifically waived by this Order. Upon receiving written notice from the disclosing party that materials asserted to be privileged or protected have been inadvertently produced, the receiving party shall promptly return all such material (and any copies that may have been made and shall request the return of said material that may have been distributed) to the producing party within five (5) business days of receipt of such notice. Nothing stated herein shall limit the right of a party to challenge a claim of privilege or protection made pursuant to this paragraph.

9. The State may not refuse to produce otherwise responsive documents based on the claim that Richard Baird is not an agent of the

State, nor may the State refused to produce otherwise responsive documents that concern or relate to State business based on the claim that the document was generated, sent or received to or from an unofficial email address.

10. The deposing parties reserve the right to video tape the depositions.

11. During the depositions of State Executives and officials, those counsel attending shall limit their communications to co-counsel, clients, business partners, associates, and staff.

12. The UAW, AFSCME, Retired Detroit Police Members Association, Flowers Plaintiffs and the State of Michigan shall meet and confer to resolve all other issues related to the discovery requests as needed and as expeditiously as possible.

Steven Rhodes<br>
United States Bankruptcy Judge

5

13-53846-tjt   Doc 1072   Filed 10/02/13   Entered 10/02/13 15:42:47   Page 8 of 8