UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Chapter 9
)
CITY OF DETROIT, MICHIGAN, ) Case No. 13-53846
)
Debtor. )
)

# CERTIFICATE OF SERVICE

The undersigned certifies that she caused the following document to be served as follows:

Document Served: Notice of Appearance and Request for Service of Papers (Dkt 1077)

Method of Service: Via the Court's ECF System upon all parties registered for electronic service.

Date of Service: October 3, 2013

s/Lisa Hill Fenning

Lisa Hill Fenning
Arnold & Porter LLP
777 S. Figueroa St., #4400
Los Angeles, CA 90017
Telephone: (213) 243-4019
Facsimile: (213) 243-4199
lisa.fenning@aporter.com

*Co-counsel to the General Retirement System
of the City of Detroit*

*and*

*Police and Fire Retirement System
of the City of Detroit*