

# EMERGENCY MANAGER
# CITY OF DETROIT

## ORDER No. 3

## AUTHORIZATION FOR THE DETROIT MAYOR AND CITY COUNCIL TO CONDUCT THE DAY-TO-DAY BUSINESS OF THE CITY

BY THE AUTHORITY VESTED IN THE EMERGENCY MANAGER
FOR THE CITY OF DETROIT
PURSUANT TO MICHIGAN'S PUBLIC ACT 436 OF 2012,
KEVYN D. ORR, THE EMERGENCY MANAGER,
ISSUES THE FOLLOWING ORDER:

*Whereas*, on March 28, 2013, Public Act 436 of 2012 became effective and Kevyn D. Orr became the Emergency Manager for the City of Detroit with all the powers and duties provided under Public Act 436; and

Under Public Act 436, the Emergency Manager acts for and in the place and stead of the Detroit Mayor and City Council; and

Public Act 436 prohibits the Detroit Mayor and City Council from exercising any powers of those offices except as expressly authorized by Public Act 436 or as may be authorized in writing by the Emergency Manager and subject to any conditions required by the Emergency Manager; and

Public Act 436 grants the Emergency Manager broad powers in receivership to work with the City of Detroit, including its Mayor and City Council, to address its financial emergency, restore financial stability, and ensure the continuity of services essential to the public health, safety, and welfare; and

Public Act 436 authorizes the Emergency Manager to issue orders necessary to accomplish the purposes of Public Act 436; and

1

The Emergency Manager anticipates that the Detroit Mayor and City Council will provide advice and assistance in the process of addressing Detroit's financial emergency, ensuring continuity of essential services, and restoring financial stability;

**It is hereby ordered that:**

1. The Detroit Mayor and City Council may continue to carry out the business, proceedings, administration, and operation of City services subject to the terms of this Order and Public Act 436.

2. Any orders, ordinances, resolutions, appointments, approvals, terminations, appropriations, contracts, permits or other related actions of the Detroit Mayor and City Council from and after March 28, 2013, shall be submitted to the Emergency Manager for consideration, but will not be valid or effective unless and until approved by the Emergency Manager or his designee in writing.

3. This Order is effective immediately upon the date of execution below and shall apply retroactively to March 28, 2013.

4. The Emergency Manager may modify, amend, rescind, replace, supplement or otherwise revise this Order at any time. This order shall be distributed to the Mayor, City Council and department heads.

Dated: April 11, 2013

By: Kevyn D. Orr
Emergency Manager
City of Detroit

cc: State of Michigan Department of Treasury
Mayor David Bing
Members of Detroit City Council