# MEMORANDUM

To: Janice Winfrey, City Clerk

From: Kevyn D. Orr, Emergency Manager
City of Detroit

Date: August 5, 2013

Re: Voting Action Items Approved By the Detroit City Council at the Formal Session of July 9, 2013

---

I am authorizing approval of all voting action items approved by the Detroit City Council at the July 9, 2013 Formal Session except for the following:

Jones, reso. autho. **Settlement** in lawsuit of Charles Cameron v City of Detroit; Case No.: 12-008995-NO; File No.: A19000.004047 (RB); in the amount of $20,000.00; by reason of alleged injury sustained on or about October 15, 2010.

Jones, reso. autho. **Settlement** in lawsuit of Archie L. Arp v. City of Detroit; Police Department; File No.: 14643 (CM); in the amount of $19,500.00; by reason of any injuries or occupational diseases and their resultant disabilities incurred or sustained as the result of his past employment with the City of Detroit.

Jones, reso. autho. **Settlement** in lawsuit of Brenda L. Harris v City of Detroit Fire Department; File #: 14643; in the amount of $36,000.00; by reason of any injuries or occupational diseases and their resultant disabilities incurred or sustained as the result of her past employment with the City of Detroit.

Jones, reso. autho. **Settlement** in lawsuit of Barbara Gustafson; as next friend to Shawn Gustafson v. City of Detroit; Case No.: 12-003368-NO; File No.: A19000-004007 (CC); in the amount of $35,000.00; by reason of alleged injuries sustained on or about May 10, 2010.

Jones, reso. autho. **Settlement** in lawsuit of Warren Chiropractic & Rehab Clinic, P.C. v. City of Detroit; Case No.: 11-013740-NF; File No.: A20000-003266 (CC); in the amount of $21,500.00; by reason of medical treatment provided to Timothy Perry for the period January 27, 2011 through January 23, 2012.

Jones, reso. autho. **Legal Representation and Indemnification** in lawsuit of Jarret A. Williams v. City of Detroit, Adam Powers and Edward Lawson; United States District Court Case No. 12-13768; for P.O. Edward Lawson and P.O. Adam Powers.

Jones, reso. autho. **Legal Representation and Indemnification** in lawsuit of Floyd Brunson and Wendy Jefferson v. Police Officer Joseph Castro, Police Officer L. Rhodes, City of Detroit, and the County of Wayne; United States District Court Case No. 12-14109; for P. O. Leo Rhodes and P.O. Joseph Castro.

EXHIBIT C

Jones, reso. autho. **Legal Representation and Indemnification** in lawsuit of Aaron Stallings v. City of Detroit, City of Detroit Police Department, Police Officer M. Bolden #706, Police Officer L. Adams #4317, and Police Officer John Doe 1; Wayne County Circuit County Case No. 12-015312 NI; for P.O. Matthew Bolden and P. O. LeVan Adams.

Jones, reso. autho. **Legal Representation and Indemnification** in lawsuit of Henry Brown v. City of Detroit and Latonya Brooks; United States District Court Case No. 12-13402; for P. O. Latonya Brooks.

Jones, reso. autho. **Legal Representation and Indemnification** in lawsuit of William Gibbs v. Joseph Corbert; 36th District Court Case No. 12-202625; for P. O. Joseph Corbert.

cc: Andre DuPerry, Purchasing Director
Boysie Jackson, Deputy Purchasing Director
Shani Penn, Chief of Staff

KDO:SP:ek