UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | No. 13-53846 |
| Debtor. | HON. STEVEN W. RHODES |

_____/

**WITHDRAWAL OF STATE OF MICHIGAN'S RESPONSE TO CREDITOR, RETIRED DETROIT POLICE MEMBERS ASSOCIATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COMES the State of Michigan, by and through its attorney, Matthew Schneider, Chief Legal Counsel for the Department of Attorney General, and withdraws its Response to Creditor, Retired Detroit Police Members Association's First Request for Production of Documents [Doc. # 1084].

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Dated: October 4, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I electronically filed the above document (Withdrawal of State of Michigan's Response to Creditor, Retired Detroit Police Members Association's First Request for Production of Documents) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

    */s/Matthew Schneider*
    Matthew Schneider
    Chief Legal Counsel
    Attorney for State of Michigan
    P.O. Box 30754
    Lansing, Michigan  48909
    (517) 373-3203
    SchneiderM7@michigan.gov
    [P62190]