UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:　　　　　　　　　　　　　　　Chapter 9

CITY OF DETROIT, MICHIGAN,　　　No. 13-53846

　　　Debtor.　　　　　　　　　　　HON. STEVEN W. RHODES

_____/

**STATE OF MICHIGAN'S RESPONSE TO CREDITOR, RETIRED DETROIT POLICE MEMBERS ASSOCIATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

State of Michigan, by its attorneys, hereby responds to Creditor Retired Detroit Police Members Association's First Request for Production of Documents as follows:

**Request No. 1:** Please provide for inspection and copying any and all correspondence or other written communication, whether hard copy, electronic or otherwise, between Kevin Orr, Emergency Manager ("Orr"), or any agent, employee or counsel on his behalf to or from Richard D. Snyder, Governor of the State of Michigan (hereinafter "Snyder") or any agent, employee or counsel on his behalf regarding, referring or relating to the Chapter 9 Bankruptcy Petition filed in this matter on or about July 17, 2013, whether such correspondence or other

communication was before or after the date the Petition was filed in this matter.

**RESPONSE:** To the extent that non-privileged documents responsive to the request exist they have been produced in the State of Michigan's first document production on October 1, 2013, its second document production on October 2, 2013, and will be produced in a third document production to be made October 4, 2013.

The Privilege Log for the State of Michigan's second production of documents is provided with this Response.

The Privilege Log for the State of Michigan's first and third document productions will be served on Monday, October 7, 2013. Privileges asserted to certain documents and communications or parts of certain documents and communications include attorney-client privilege, work product privilege, and executive privilege.

Documents have also been redacted consistent with the ECF rules of the Eastern District. For example, private information such as phone numbers, addresses, and other information has been redacted.

Also, the State of Michigan anticipates a small supplemental production of documents will be made Monday, October 7, 2013.

**Request No. 2:** Please provide for inspection and copying any and all correspondence or other written communication, whether hard copy, electronic or otherwise, between Kevin Orr, Emergency Manager ("Orr"), or any of his employees, agents, staff servants and attorneys to or from Andrew "Andy" Dillon, Treasurer of the State of Michigan (hereinafter "Dillon") or any of his employees, agents, staff, servants and attorneys regarding, referring or relating to the Chapter 9 Bankruptcy Petition filed in this matter on or about July 17, 2013, whether such correspondence or other communication was before or after the date the Petition was filed in this matter.

**RESPONSE:** To the extent that non-privileged documents responsive to the request exist they have been produced in the State of Michigan's first document production on October 1, 2013, its second document production on October 2, 2013, and will be produced in a third document production to be made October 4, 2013.

The Privilege Log for the State of Michigan's second production of documents is provided with this Response.

The Privilege Log for the State of Michigan's first and third document productions will be served on Monday, October 7, 2013.

Privileges asserted to certain documents and communications or parts of certain documents and communications include attorney-client privilege, work product privilege, and executive privilege.

Documents have also been redacted consistent with the ECF rules of the Eastern District. For example, private information such as phone numbers, addresses, and other information has been redacted.

**Request No. 3:** Please provide for inspection and copying any and all correspondence or other written communication, whether hard copy, electronic or otherwise, between Kevin Orr, Emergency Manager ("Orr"), or any of his employees, agents, staff servants and attorneys to or from Bill Schuette, Attorney General of the State of Michigan (hereinafter "Schuette") or any of his employees, agents, staff, servants and attorneys regarding, referring or relating to the Chapter 9 Bankruptcy Petition filed in this matter on or about July 17, 2013, whether such correspondence or other communication was before or after the date the Petition was filed in this matter.

**RESPONSE:** To the extent that non-privileged documents responsive to the request exist they have been produced in the State of

Michigan's first document production on October 1, 2013, its second document production on October 2, 2013, and will be produced in a third document production to be made October 4, 2013.

The Privilege Log for the State of Michigan's second production of documents is provided with this Response.

The Privilege Log for the State of Michigan's first and third document productions will be served on Monday, October 7, 2013. Privileges asserted to certain documents and communications or parts of certain documents and communications include attorney-client privilege, work product privilege, and executive privilege.

Documents have also been redacted consistent with the ECF rules of the Eastern District. For example, private information such as phone numbers, addresses, and other information has been redacted.

**Request No. 4:** Please provide for inspection and copying any and all reports or memoranda of meetings of any agent of the State of Michigan with Kevin Orr, Emergency Financial Manager, or his employees, agents, staff, servants and attorneys regarding, referring or in any way relating to the Petition filed in this matter.

**RESPONSE:** To the extent that non-privileged documents responsive to the request exist they have been produced in the State of Michigan's first document production on October 1, 2013, its second document production on October 2, 2013, and will be produced in a third document production to be made October 4, 2013.

The Privilege Log for the State of Michigan's second production of documents is provided with this Response.

The Privilege Log for the State of Michigan's first and third document productions will be served on Monday, October 7, 2013. Privileges asserted to certain documents and communications or parts of certain documents and communications include attorney-client privilege, work product privilege, and executive privilege.

Documents have also been redacted consistent with the ECF rules of the Eastern District. For example, private information such as phone numbers, addresses, and other information has been redacted.

**Request No. 5:** Please provide for inspection and copying any and all documents analyzing which was the appropriate or best time to file the Chapter 9 Petition in this matter, including the impact the

various possible times for filing such Petition would have on all the various creditors of the City of Detroit, including but not limited to RDPMA.

**RESPONSE:** To the extent that non-privileged documents responsive to the request exist they have been produced in the State of Michigan's first document production on October 1, 2013, its second document production on October 2, 2013, and will be produced in a third document production to be made October 4, 2013.

The Privilege Log for the State of Michigan's second production of documents is provided with this Response.

The Privilege Log for the State of Michigan's first and third document productions will be served on Monday, October 7, 2013. Privileges asserted to certain documents and communications or parts of certain documents and communications include attorney-client privilege, work product privilege, and executive privilege.

Documents have also been redacted consistent with the ECF rules of the Eastern District. For example, private information such as phone numbers, addresses, and other information has been redacted.

**Request No. 6:** Please provide for inspection and copying any and all documents in possession of the State of Michigan, or any of its employees, agents, staff, servants and attorneys regarding any and all possible alternatives to filing a Chapter 9 Bankruptcy Petition.

**RESPONSE:** To the extent that non-privileged documents responsive to the request exist they have been produced in the State of Michigan's first document production on October 1, 2013, its second document production on October 2, 2013, and will be produced in a third document production to be made October 4, 2013.

The Privilege Log for the State of Michigan's second production of documents is provided with this Response.

The Privilege Log for the State of Michigan's first and third document productions will be served on Monday, October 7, 2013. Privileges asserted to certain documents and communications or parts of certain documents and communications include attorney-client privilege, work product privilege, and executive privilege.

Documents have also been redacted consistent with the ECF rules of the Eastern District. For example, private information such as phone numbers, addresses, and other information has been redacted.

**Request No. 7:** Please provide for inspection and copying any and all correspondence or other written communication, whether hard copy, electronic or otherwise, between Kevin Orr, Emergency Manager, or any agent, employee or counsel on his behalf to or from Snyder or any agent, employee, staff member, servant or attorney on his behalf regarding the possible appointment of Kevin Orr as Emergency Manager of the City of Detroit and prior to such appointment.

**RESPONSE:** To the extent that non-privileged documents responsive to the request exist they have been produced in the State of Michigan's first document production on October 1, 2013, its second document production on October 2, 2013, and will be produced in a third document production to be made October 4, 2013.

The Privilege Log for the State of Michigan's second production of documents is provided with this Response.

The Privilege Log for the State of Michigan's first and third document productions will be served on Monday, October 7, 2013. Privileges asserted to certain documents and communications or parts of certain documents and communications include attorney-client privilege, work product privilege, and executive privilege.

Documents have also been redacted consistent with the ECF rules of the Eastern District. For example, private information such as phone numbers, addresses, and other information has been redacted.

**Request No. 8:** Please provide for inspection and copying any and all documents, including internal memoranda prepared by Snyder, Dillon or Schuette, their employees, agents, staff, servants and attorneys regarding possible alternatives to a Chapter 9 filing prior to the filing of the Petition in this matter.

**RESPONSE:** To the extent that non-privileged documents responsive to the request exist they have been produced in the State of Michigan's first document production on October 1, 2013, its second document production on October 2, 2013, and will be produced in a third document production to be made October 4, 2013.

The Privilege Log for the State of Michigan's second production of documents is provided with this Response.

The Privilege Log for the State of Michigan's first and third document productions will be served on Monday, October 7, 2013. Privileges asserted to certain documents and communications or parts

of certain documents and communications include attorney-client privilege, work product privilege, and executive privilege.

Documents have also been redacted consistent with the ECF rules of the Eastern District. For example, private information such as phone numbers, addresses, and other information has been redacted.

**Request No. 9:** Please provide for inspection and copying any and all documents, including internal memoranda prepared by Snyder, Dillon, or Schuette, their employees, agents, staff, servants and attorneys regarding possible alternatives to a Chapter 9 filing prior to the filing of the Petition in this matter.

**RESPONSE:** To the extent that non-privileged documents responsive to the request exist they have been produced in the State of Michigan's first document production on October 1, 2013, its second document production on October 2, 2013, and will be produced in a third document production to be made October 4, 2013.

The Privilege Log for the State of Michigan's second production of documents is provided with this Response.

The Privilege Log for the State of Michigan's first and third document productions will be served on Monday, October 7, 2013. Privileges asserted to certain documents and communications or parts of certain documents and communications include attorney-client privilege, work product privilege, and executive privilege.

Documents have also been redacted consistent with the ECF rules of the Eastern District. For example, private information such as phone numbers, addresses, and other information has been redacted.

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
Michigan Department of
Attorney General
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Margaret A. Nelson
Assistant Attorney General

Michigan Department of
Attorney General

Dated: October 4, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I electronically filed the above document (State of Michigan's Response to Creditor, Retired Detroit Police Members Association's First Request for Production of Documents) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/*Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]