UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISIONS

In re:

CITY OF DETROIT, MICHIGAN                    Case No. 13-53846-SWR
                                             Chapter 9
                                             Hon. Steven W. Rhodes
              Debtor.
_____

### PROTECTIVE ORDER

This matter comes before the Court upon the State of Michigan Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(D) (the "Motion"); and the Court being fully advised in the premises:

**IT IS ORDERED** that:

1.        The Motion is GRANTED.

2.        Parties participating in the depositions of the State Deponents (as defined in the Motion) must limit inquiries relating to emergency manager candidates. Specifically, the State Deponents are not required to disclose the names of emergency manager candidates or provide information that would reveal the identities of those persons.