UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISIONS

In re:

CITY OF DETROIT, MICHIGAN     Case No. 13-53846-SWR
                   Chapter 9
                   Hon. Steven W. Rhodes

    Debtor.
_____

## ORDER GRANTING *EX PARTE* MOTION TO EXPEDITE HEARING

This matter comes before the Court on the *ex parte* motion (the "Motion") of the State of Michigan requesting expedited consideration of the State of Michigan's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(d); and the Court being fully advised in the premises:

**IT IS ORDERED** that:

1. The Motion is GRANTED.

2. A hearing on the State of Michigan's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(d) is scheduled for _____, 2013 at _____ __.m.

1