UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,
                        Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

_____

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 4, 2013, I electronically filed **State of Michigan's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(D)** with the Clerk of the Court using the ECF system which will send notification of such filing upon the following:

- Sam J. Alberts    sam.alberts@dentons.com

- Carla Orman Andres    candres@gklaw.com

- Mark A. Angelov    mark.angelov@arentfox.com

- Charles N. Ash    cash@wnj.com, kkranz@wnj.com

- Karin F. Avery    Avery@SilvermanMorris.com

- Nabih H. Ayad    ayadlaw@hotmail.com

- Jason W. Bank    jbank@kerr-russell.com

- Paige E. Barr    Paige.Barr@kattenlaw.com

- Kevin M. Baum    kevin.baum@kattenlaw.com

- Dirk H. Beckwith    dbeckwith@fosterswift.com

- Michael R. Bell    BellM1@michigan.gov

- Bruce Bennett    bbennett@jonesday.com

- Ryan Blaine Bennett    ryan.bennett@kirkland.com

- Douglas C. Bernstein    dbernstein@plunkettcooney.com

- Brendan G. Best    bbest@schaferandweiner.com

- Jeffrey H. Bigelman    jhb_ecf@osbig.com

- William C. Blasses    wcb@osbig.com

- Brett A. Border   bborder@sspclegal.com

- Mark E. Bredow   mbredow@resnicklaw.net

- Lynn M. Brimer   lbrimer@stroblpc.com

- Charles D. Bullock   cbullock@sbplclaw.com

- Judy B. Calton   jcalton@honigman.com

- Peter L. Canzano   pcanzano@sidley.com

- Eric D. Carlson   carlson@millercanfield.com

- Julia A. Caroff   julia.caroff@usdoj.gov

- Amy D. Caton   acaton@kramerlevin.com

- Babette A. Ceccotti   bceccotti@cwsny.com

- Mary Beth Cobbs   cobbm@detroitmi.gov

- Carol Connor Cohen   carol.cohen@arentfox.com

- Sean M. Cowley (UST)   Sean.cowley@usdoj.gov

- Elliot G. Crowder   ecrowder@sbplclaw.com

- Robert Darnell   robert.darnell@usdoj.gov

- Hugh M. Davis   conlitpc@sbcglobal.net

- Peter D. Dechiara   pdechiara@cwsny.com

- Shannon L. Deeby   sdeeby@clarkhill.com

- Melissa L. Demorest   melissa@demolaw.com

- Robert J. Diehl   rdiehl@bodmanlaw.com

- Karen B. Dine   karen.dine@kattenlaw.com

- Mercedes Varasteh Dordeski   mdordeski@foleymansfield.com

- David L. Dubrow   david.dubrow@arentfox.com

- Ethan D. Dunn   bankruptcy@maxwelldunnlaw.com

- John E. Eaton   jeaton@cousenslaw.com

- David Eisenberg   deisenberg@ermanteicher.com

- Caroline Turner English   caroline.english@arentfox.com

- Earle I. Erman     eerman@ermanteicher.com

- Barry S. Fagan     bfagan@dibandfagan.com

- Sherrie L. Farrell     sfarrell@dykema.com

- Evan Justin Feldman     efeldman@clarkhill.com

- Lisa Hill Fenning     Lisa.Fenning@aporter.com

- Mallory Field     MField@stroblpc.com

- Deborah L. Fish     dfish@allardfishpc.com

- Robert M. Fishman     rfishman@shawfishman.com

- Steven B. Flancher     flanchers@michigan.gov

- Vanessa G. Fluker     vgflawyer@sbcglobal.net

- Mark S. Frankel     mfrankel@couzens.com

- Brendan H. Frey     bfrey@manteselaw.com

- Timothy A. Fusco     fusco@millercanfield.com

- Joshua A. Gadharf     jgadharf@mcdonaldhopkins.com

- Niraj R. Ganatra     Nganatra@uaw.net

- Andrew J. Gerdes     agerdes@gerdesplc.com

- Jerome D. Goldberg     apclawyer@sbcglobal.net

- William H. Goodman     mail@goodmanhurwitz.com

- Robert D. Gordon     rgordon@clarkhill.com

- Timothy R. Graves     tgraves@allardfishpc.com

- Jonathan S. Green     green@millercanfield.com

- John T. Gregg     jgregg@btlaw.com

- Michael A. Greiner     mike@financiallawgroup.com

- Christopher A. Grosman     BRCY@CarsonFischer.com

- Stephen M. Gross     sgross@mcdonaldhopkins.com

- Stephen B. Grow     sgrow@wnj.com

- Edward J. Gudeman     ejgudeman@gudemanlaw.com

- Raymond Guzall     rayguzall@attorneyguzall.com
- Stephen C. Hackney     stephen.hackney@kirkland.com
- Paul R. Hage     phage@jaffelaw.com
- Paula A. Hall     hall@bwst-law.com
- Michael C. Hammer     mchammer2@dickinsonwright.com
- Howard R. Hawkins     howard.hawkins@cwt.com
- David Gilbert Heiman     dgheiman@jonesday.com
- Robert S. Hertzberg     hertzbergr@pepperlaw.com
- Steven G. Howell     showell@dickinsonwright.com
- Patrick Warren Hunt     pwhunt@kerr-russell.com
- Charles Bruce Idelsohn     charlesidelsohnattorney@yahoo.com
- Mark R. James     mrj@wwrplaw.com
- Jay S. Kalish     JSKalish@aol.com
- Michael Joseph Karwoski     mjkarwoski@alumni.nd.edu
- Mami Kato     mkato@sachswaldman.com
- Richardo I. Kilpatrick     ecf@kaalaw.com
- Anthony J. Kochis     akochis@wolfsonbolton.com
- Samuel S. Kohn     skohn@winston.com
- Deborah Kovsky-Apap     kovskyd@pepperlaw.com
- Kay Standridge Kress     kressk@pepperlaw.com
- Stephen S. LaPlante     laplante@millercanfield.com
- Patrick C. Lannen     plannen@plunkettcooney.com
- Lawrence A. Larose     llarose@winston.com
- Caralyce M. Lassner     ecf@lassnerlaw.com
- Michael K. Lee     mlee@leeandcorrell.com
- Michael S. Leib     msl@maddinhauser.com
- Heather Lennox     hlennox@jonesday.com

- David A. Lerner    dlerner@plunkettcooney.com

- Sharon L. Levine    slevine@lowenstein.com

- Elias T. Majoros    emajoros@glmpc.com

- Carolyn Beth Markowitz    DVCCOUNSEL@AOL.COM

- Donald G. McGuigan    don@mcguiganlaw.com

- David A. Mollicone    dmollicone@dmms.com

- Claude D. Montgomery    claude.montgomery@dentons.com

- Thomas R. Morris    morris@silvermanmorris.com

- Fred Neufeld    fneufeld@sycr.com

- Carole Neville    carole.neville@dentons.com

- Karen Vivian Newbury    knewbury@schiffhardin.com

- Kenneth E. Noble    kenneth.noble@kattenlaw.com

- Eric David Novetsky    enovetsky@jaffelaw.com

- Sandra L. O'Connor    soconnor@glmpc.com

- Brian D. O'Keefe    bokeefe@lippittokeefe.com

- Arthur O'Reilly    aoreilly@honigman.com

- Yuliy Osipov    yotc_ecf@yahoo.com

- Michael R. Paslay    mike.paslay@wallerlaw.com

- Barbara A. Patek    bpatek@ermanteicher.com

- Andrew A. Paterson    aap43@outlook.com

- Ryan Plecha    rplecha@lippittokeefe.com

- Leland Prince    princel@dteenergy.com

- A. Stephen Ramadan    steveramadan@gmail.com

- Peter J. Roberts    proberts@shawfishman.com

- Kimberly Joan Robinson    kim.robinson@bfkn.com

- Louis P. Rochkind    lrochkind@jaffelaw.com

- Courtney M. Rogers    courtney.rogers@wallerlaw.com

- Ronald L. Rose    rrose@dykema.com
- Eric Rosenberg    EJR@morganmeyers.com
- Jeffrey Rossman    jrossman@mwe.com
- Edward Todd Sable    tsable@honigman.com
- Kenneth M. Schneider    kschneider@schneidermiller.com
- Matthew Schneider    SchneiderM7@michigan.gov
- Joseph R. Sgroi    jsgroi@honigman.com
- Howard S. Sher    howard@jacobweingarten.com
- John P. Sieger    john.sieger@kattenlaw.com
- Jeffery R. Sieving    jeff@iobillboard.com
- William Pfeiffer Smith    wsmith@mwe.com
- James Sprayregen    james.sprayregen@kirkland.com
- Douglas Steele    dls@wmlaborlaw.com
- Kevin N. Summers    ksummers@dflaw.com
- Matthew Gernet Summers    summersm@ballardspahr.com
- Marc N. Swanson    swansonm@millercanfield.com
- Meredith Taunt    mtaunt@stroblpc.com
- Kurt Thornbladh    kthornbladh@gmail.com
- My Chi To    mcto@debevoise.com
- Sheryl L. Toby    stoby@dykema.com
- Brian R. Trumbauer    btrumbauer@bodmanlaw.com
- Suzanne L. Wahl    swahl@schiffhardin.com
- Daniel J. Weiner    dweiner@schaferandweiner.com
- Jason L. Weiner    jweiner@mcdonaldhopkins.com
- William A. Wertheimer    billwertheimer@gmail.com
- Matthew Wilkins    wilkins@bwst-law.com
- Scott A. Wolfson    swolfson@wolfsonbolton.com

- David M. Zack     dmzack@mcalpinelawfirm.com

- Jennifer Zbytowski Belveal     jbelveal@honigman.com

- Janet M. Ziulkowski     jmz@zaplc.com, ecf@zaplc.com

- Craig E. Zucker     czucker@ermanteicher.com


Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Dawn R. Copley
    Dawn R. Copley (P53343)
500 Woodward Avenue, Suite 4000
Detroit, MI  48226
(313) 223-3500

Attorneys for State of Michigan,
Department of Attorney General