UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-SWR
Chapter 9
Hon. Steven W. Rhodes

Debtor.

_____

## ORDER GRANTING *EX PARTE* MOTION TO EXPEDITE HEARING

This matter comes before the Court on the *ex parte* motion (the "Motion") of the State of Michigan requesting expedited consideration of the State of Michigan's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(d); and the Court being fully advised in the premises:

**IT IS ORDERED** that:

1. The Motion for expedited hearing is GRANTED.

2. A hearing on the State of Michigan's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(d) is scheduled for **October 8, 2013, at 9:00 a.m.**, in Courtroom 716, Theodore Levin U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan.

.

**Signed on October 07, 2013**

                                                                                /s/ Steven Rhodes
                                                                              **Steven Rhodes**
                                                                              **United States Bankruptcy Judge**