# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                Chapter 9
                                                      Case No. 13-53846
City of Detroit, Michigan,                            Hon. Steven W. Rhodes
    Debtor.
_____/


### Third Order Referring Matters to Facilitative Mediation

Pursuant to this Court's Mediation Order entered on August 13, 2013, the disputes between the City and the following Unions are hereby referred to Chief District Judge Gerald Rosen for facilitative mediation:

> Assistant Supervisors of Street Maintenance & Construction Association
> Association of City of Detroit Supervisors
> Association of Detroit Engineers
> Association of Municipal Engineers
> Association of Municipal Inspectors
> Association of Professional Construction Inspectors
> Association of Professional & Technical Employees
> Building & Construction Trades Council
> Detroit Income Tax Investigators Association
> Emergency Medical Service Officers Association (EMSOA)
> Field Engineers Association
> International Union of Operating Engineers (IUOE) Local 324 - Operating Engineers, Detroit Principal Clerks, & Park Management
> Police Officers Association of Michigan
> Police Officers Labor Council
> Police Officers Labor Council - Health Department
> Police Officers Labor Council - Detention Facility Officer
> Senior Accountants, Analysts & Appraisers Association
> Service Employees International Union (SEIU) Local 517M - Supervisory & Non Supervisory Units
> Service Employees International Union (SEIU) Local 517M - Professional & Technical Unit
> Teamsters, Local 214

It is so ordered.

.

**Signed on October 07, 2013**

_____/s/ Steven Rhodes_____
**Steven Rhodes**

**United States Bankruptcy Judge**