UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:

Chapter 9

City of Detroit, Michigan

13-53846-swr

Judge Rhodes

Debtor(s)

_____/

### NOTICE OF APPEARANCE OF SCHNEIDERMAN & SHERMAN, P.C. AS COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION AS SERVICER FOR MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

The firm of SCHNEIDERMAN & SHERMAN, P.C., pursuant to Bankruptcy Rule 9010, hereby enters its appearance as attorneys for U.S. Bank National Association as servicer for Michigan State Housing Development Authority, and requests that its name be added to the mailing matrix, and that it be sent copies of all pleadings, notices, and papers filed or served in this case, or required to be served in this case, under the Bankruptcy Code or Bankruptcy Rules.

This appearance shall act as the appearance of every member of Schneiderman & Sherman, P.C., and is not limited to the attorneys listed below.

SCHNEIDERMAN & SHERMAN, P.C.


By:   /S/  Brett Border
Brett A. Border (P65534)
 Attorney for U.S. Bank National
Association as servicer for Michigan State
Housing Development Authority
23938 Research Drive, Suite 300
Farmington Hills, MI 48335
248-539-7400