UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:  Chapter 9
 13-53846-swr
City of Detroit, Michigan  Judge Rhodes
2 Woodward Avenue
Suite 1126
Detroit, MI  48226

       Debtor(s)
_____/

## NOTICE OF MOTION

U.S. Bank National Association as servicer for Michigan State Housing Development Authority, by and through its attorneys, filed papers with the Court to obtain relief from the Automatic Stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the motion, within fourteen (14) days after service, you or your attorney must file and serve a response which complies with F.R. Civ. P.8 (b) (c) and (e) and that if such a response is not

timely filed and served, the Court may grant the motion without a hearing in a form consistent with the form notice available from the clerk:

1. File with the Court a written response or an answer, explaining your position at:

> U.S. BANKRUPTCY COURT
> EASTERN DISTRICT OF MICHIGAN
> 211 W. FORT STREET
> DETROIT, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above;

You must also mail a copy to:

SCHNEIDERMAN & SHERMAN, P.C.
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335

Marion Mack
17515 W. 9 Mile Road
Suite # 420
Southfield,, MI 48075

2. If a response or an answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing;

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.**

SCHNEIDERMAN & SHERMAN, P.C.

Date:10/07/13

       By:__/S/_Brett A. Border__
       Brett A. Border (P65534)
       bborder@sspclegal,com
       Attorney for U.S. Bank National
       Association as servicer for Michigan
       State Housing Development
       Authority
       23938 Research Drive, Suite 300
       Farmington Hills, Michigan 48335
       248-539-7400