00121345 NOV 16 2000

Liber-30218 Page-4192.0
99316487 5/14/1999 04:03PM
F.E. Youngblood, Wayne Co. Register of Deeds

RE-RECORD

9950662 MAY 14 1999

RE-RECORD

## ASSIGNMENT OF MORTGAGE

MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES
MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY
401 S. Washington Square, P.O. Box 30044
Lansing, MI 48909

LOT 124, O'CONNOR'S SUBDIVISION, AS RECORDED IN LIBER 33, PAGE 61, OF PLATS WAYNE COUNTY RECORDS.

This form is issued under authority of Act 346 P.A. 1966. Execution of this form is required. Failure to execute this form may result in the denial of a mortgage loan by the Michigan State Housing Development Authority.

KNOW ALL MEN BY THESE PRESENTS, That the undersigned for and in consideration of the sum of FORTY THOUSAND THREE HUNDRED EIGHTY EIGHT Dollars, lawful money of the United States of America, to it in hand paid by the Michigan State Housing Development Authority, a public body corporate and politic of the State of Michigan, whose address is 401 South Washington Square, Lansing, Michigan 48909 (hereafter referred to as the "Assignee"), the receipt whereof is hereby acknowledged, has sold, assigned and transferred, and hereby does sell, assign and transfer to the said Assignee, all its right, title and interest in and to a certain real estate mortgage, dated the 30th day of SEPTEMBER in the year 1998 made by ($ 40,388.00 )

to DMR FINANCIAL SERVICES, INC.
and recorded in the office of the Register of Deeds for the County of WAYNE State of Michigan, in Liber 30061 on Page 4100 *, together with the mortgage note to which the same is collateral. Dated this 30th day of SEPTEMBER, 1998.

* Rerecorded in Liber 31750 Pg 3

Signed in the presence of:

COLLEEN MINER

YOLANDA MADISON

DMR FINANCIAL SERVICES, INC.

By: LISA L. MAHONY

Its: ASSISTANT SECRETARY

STATE OF MICHIGAN
County of OAKLAND       ) ss.

On this 30th day of SEPTEMBER, 1998, before me appeared to me personally known, who, being by me duly sworn, did say that LISA L. MAHONY is the ASSISTANT SECRETARY of the DMR FINANCIAL SERVICES, INC. and that said instrument was signed and sealed on behalf of said corporation, by authority of its Board of Directors, and acknowledged said instrument to be the free act and deed of said corporation.

My Commission Expires:

Notary Public MISTY L. WHITNEY
Notary Public, Wayne County, MI
My Commission Expires Jan. 1, 2001
County, Michigan

Drafted By: YOLANDA MADISON
DMR FINANCIAL SERVICES, INC
33045 HAMILTON COURT WEST STE 100
FARMINGTON HILLS, MI 48334

After Recording Return To:
MVB MORTGAGE CORP.
24315 NORTHWESTERN HWY
SOUTHFIELD, MI 48075

-100(MI) (9701)   Dev 102 7/84
Amended 5/96
VMP MORTGAGE FORMS - (800)521-7291
Printed on Recycled Paper

RE-RECORD
REREORD TO SHOW MORTGAGE REREORDING INFORMATION

WAYNE,MI  Page 1 of 1  Printed on 9/16/2013 4:31:59 PM
Document: MG_AS 32754.214
13-53846-tjt   Doc 1103-3   Filed 10/07/13   Entered 10/07/13 13:47:07   Page 1 of 1