# ASSIGNMENT OF MORTGAGE

MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES
MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY
401 S. Washington Square, P.O. Box 30044
Lansing, MI 48909

| | |
|---|---|
| This form is issued under authority of Act 346 P.A. 1966. Execution of this form is required. Failure to execute this form may result in the denial of a mortgage loan by the Michigan State Housing Development Authority. | LOT 127 OF PLAT OF SUBDIVISION OF PART OF PRIVATE CLAIM 473, KNOWN AS STANTON FARM, IN DEED, LIBER 47, PAGES 558-AND 559 OF PLATS WAYNE COUNTY RECORDS. |

WARD 10  ITEM 067996-7

KNOW ALL MEN BY THESE PRESENTS, That the undersigned for and in consideration of the sum of
SIXTY NINE THOUSAND FIVE HUNDRED NINETY SEVEN AND 00/100$ 69,597.00          )
Dollars, lawful money of the United States of America, to it in hand paid by the Michigan State Housing Development Authority, a public body corporate and politic of the State of Michigan, whose address is 401 South Washington Square, Lansing, Michigan 48909 (hereafter referred to as the "Assignee"), the receipt whereof is hereby acknowledged, has sold, assigned and transferred, and hereby does sell, assign and transfer to the said Assignee, all its right, title and interest in and to a certain real estate mortgage, dated the    8TH    day of   MARCH    in the year  2000    made by

to   DMR FINANCIAL SERVICES, INC   A MICHIGAN CORPORATION
and recorded in the office of the Register of Deeds for the County of    WAYNE    ,
State of Michigan, in Liber   31686    on Page  1042          , together with the
mortgage note to which the same is collateral. Dated this   8TH         day of   MARCH    ,
2000

Signed in the presence of:                    DMR FINANCIAL SERVICES, INC
                                              A MICHIGAN CORPORATION
_Kathryn E. Buckner_                          By: _Lisa Mahony_
KATHRYN E. BUCKNER                            LISA L. MAHONY
                                              ASSISTANT SECRETARY
_Barbara DeGregory_                           Its:
BARBARA DEGREGORY

STATE OF MICHIGAN                             )
County of        OAKLAND                      ) ss.

    On this   8TH        day of    MARCH    ,   2000       , before me appeared
LISA L. MAHONY
to me personally known, who, being by me duly sworn, did say that   SHE

is the   ASSISTANT SECRETARY
of the   DMR FINANCIAL SERVICES, INC. A MICHIGAN CORPORATION            ,
and that said instrument was signed and sealed on behalf of said corporation, by authority of its Board of Directors, and   SHE
acknowledged said instrument to be the free act and deed of said corporation.

My Commission Expires:                        _Lisa L_____
                                              Notary Public, [illegible stamp] County, Michigan

Drafted By:                                   After Recording Return To:
KATIE BUCKNER
DMR FINANCIAL SERVICES, INC.                     MVB MORTGAGE CORP.
33045 HAMILTON COURT WEST STE 100                24315 NORTHWESTERN HWY
FARMINGTON HILLS, MI 48334                       SOUTHFIELD, MI 48075

-100(MI) (9701)         Dev 102 7/84
                        Amended 5/96
VMP MORTGAGE FORMS - (800)521-7291