01105235 AUG 0 7 2001

Liber-34457　Page-1126
201370851　8/07/2001
Bernard J. Youngblood, Wayne Co. Register of Deeds

## ASSIGNMENT OF DOWN PAYMENT ASSISTANCE MORTGAGE

### MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES
### MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY

KNOW ALL MEN BY THESE PRESENTS, that the Michigan State Housing Development Authority (the "Authority"), a public body corporate and politic of the State of Michigan, whose address is 401 S. Washington Sq., Lansing, MI 48933, for and in consideration of One Thousand Nine Hundred Eighty Three and 00/100 ($1,983.00) Dollars paid to it by the City of Detroit (the "Assignee"), whose address is 65 Cadillac Sq., Ste. 1900, Detroit, MI 48226-2890, does hereby assign to the Assignee all right title and interest that the Authority has in that certain **mortgage** dated September 30, 1998, made and executed by _____ in favor of the Authority, and recorded in the Register of Deeds Office for the County of Wayne and State of Michigan, in Liber  31305 , on Page  161  on **March 13, 2000**, and concerning property described as:

LAND SITUATED IN THE CITY OF DETROIT, COUNTY OF WAYNE, STATE OF MICHIGAN AND IS DESCRIBED AS FOLLOWS: LOT 124, O'CONNOR'S SUBDIVISION, AS RECORDED IN LIBER 33, PAGE 61, OF PLATS, WAYNE COUNTY RECORDS.

18816 Healy Street, Detroit, MI 48234

Dated  August 01, 2001 

Michigan State Housing Development Authority

By: _____
Allan C. Dewey
Its: Director of Single Family Housing

_____
Connie Tycocki

_____
Harold Fitzner

STATE OF MICHIGAN　　)
　　　　　　　　　　　　) ss.
INGHAM COUNTY　　　　)

On this 1st day of August, 2001 before me appeared Allan C. Dewey, to me known, who being by me duly sworn, did say that he is the Director of Single Family Housing of the Michigan State Housing Development Authority, and that the within instrument was executed on behalf of said Michigan State Housing Development Authority, and said Allan C. Dewey acknowledged said instrument to be the free act and deed of said Michigan State Housing Development Authority and of himself.

_____
Constance K. Tycocki
Notary Public - Clinton County, MI
Acting in Ingham County, MI, State of Michigan
My commission expires: 08/15/04

| Drafted by: | Return to: |
|---|---|
| Robert G. Brown | City of Detroit |
| MSHDA | Planning & Dev. Dept |
| P.O. Box 30044 | 65 Cadillac Sq. #1900 |
| Lansing, MI 48909 | Detroit, MI 48226-2890 |

WAYNE,MI　　　　　　　　　　　Page 1 of 1　　　　　Printed on 9/16/2013 4:32:02 PM
Document: MG_AS 34457.1126
13-53846-tjt    Doc 1103-9    Filed 10/07/13    Entered 10/07/13 13:47:07    Page 1 of 1