

The Official Web Site of the City Of Detroit

city of DETROIT

Logged in as: pmspc | Home | Change Unit | Add to Favorites | Profile | Logout | Help

**Additional Pages**
- General/Sales
- Buildings
- Images/Sketches

**Related Details...**
- Current Tax

Back to Main

View my Parcels

**collapse the menu**

Click this button to collapse the above menu to the top of the screen.

Main > Assessing System > Property and Land Search > Results > **Details**

## General Property Information

Printer friendly version

Add to My Parcels

**Parcel:** 13017650. **Unit:** CITY OF DETROIT

View this parcel on a map

****NOTE:** There are **0 images** and **0 sketches** attached to the current property.

### Property Address [collapse]

18816 HEALY
, 48234

### Owner Information [collapse]

**Unit:** 01

18816 HEALY ST
DETROIT, MI 48234-2150

### Taxpayer Information [collapse]

SEE OWNER INFORMATION

### General Information for Tax Year 2013 [collapse]

| | | | |
|---|---|---|---|
| **Property Class:** | 401 - 401-RESIDENTIAL | **Assessed Value:** | $12,705 |
| **School District:** | D - DETROIT SCHOOLS | **Taxable Value:** | $11,656 |
| **State Equalized Value:** | $12,705 | **Map #** | 13 |
| **DISTRICT** | 1 | **Date of Last Name Chg:** | 11/12/2003 |
| | | **Date Filed:** | |
| | | **Notes:** | N/A |
| **Historical District:** | N/A | **Census Block Group:** | N/A |

| Principal Residence Exemption | June 1st | Final |
|---|---|---|
| | | - |
| **2013** | 0.0000 % | 0.0000 % |

### Land Information [collapse]

| | Frontage | | Depth |
|---|---|---|---|
| **Lot 1:** | 35.00 Ft. | | 107.00 Ft. |
| **Lot 2:** | 0.00 Ft. | | 0.00 Ft. |
| **Lot 3:** | 0.00 Ft. | | 0.00 Ft. |
| **Total Frontage:** | 35.00 Ft. | **Average Depth:** | 107.00 Ft. |

| | | | |
|---|---|---|---|
| **Total Acreage:** | 0.09 | | |
| **Zoning Code:** | | | |
| **Land Value:** | $1,870 | **Mortgage Code:** | |
| **Land Improvements:** | $0 | **Lot Dimensions/Comments:** | N/A |
| **Renaissance Zone:** | NO | | |
| **Renaissance Zone Expiration Date:** | | | |

### Legal Information for 13017650. [collapse]

E HEALY 124 OCONNORS SUB L33 P61 PLATS, W C R 13/239 35 X 107

## Sales Information

**3 sale record(s) found.**

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms Of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 09/01/1998 | $19,500.00 | WD | | | DEED IN LIEU OF FCL | 30082:59530 |
| 01/01/1998 | $19,500.00 | WD | | | DEED IN LIEU OF FCL | 30082:59520 |
| 08/01/1992 | $8,500.00 | WD | | | ARMS LENGTH | 26005:01920 |

☑ Load Building Information on this Page.

## Building Information

**1 building(s) found.**

| | Description | Floor Area | Yr Built |
|---|---|---|---|
| ⊟ | Residential Building 1 | 686 Sq. Ft. | 1949 |

### General Information

| | | | |
|---|---|---|---|
| **Floor Area:** | 686 Sq. Ft. | **Estimated TCV:** | N/A |
| **Garage Area:** | 0 Sq. Ft. | **Basement Area** | 686 Sq. Ft. |
| **Foundation Size:** | 686 Sq. Ft. | | |
| **Year Built:** | 1949 | **Year Remodeled:** | 0 |
| **Occupancy:** | Single Family | **Class:** | C |
| | | **Tri-Level?:** | NO |
| **Percent Complete:** | 100% | **Heat:** | Forced Air w/o Ducts |
| **AC w/Separate Ducts:** | NO | **Wood Stove Add-on:** | NO |
| **Bedrooms:** | 0 | **Water:** | N/A |
| **Style:** | SINGLE FAMILY | **Sewer:** | N/A |

### Area Detail - Basic Building Areas

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| 1+ Story | Full Bsmnt. | Siding | 686 Sq. Ft. | 1+ Story |

### Area Detail - Overhangs

| Height | Exterior | Area | Included in Size for Rates |
|---|---|---|---|

### Basement Finish

| | | | |
|---|---|---|---|
| **Recreation:** | 0 Sq. Ft. | **Recreation % Good:** | 0 |
| **Living Area:** | 0 Sq. Ft. | **Living Area % Good:** | 0 |
| **Walk Out Doors:** | 0 | **No Concrete Floor Area:** | 0 Sq. Ft. |

### Plumbing Information

| | |
|---|---|
| **3-Fixture Baths:** | 1 |

### Porch Information

| | | | |
|---|---|---|---|
| **CCP (1 Story):** | 32 Sq. Ft. | **Foundation:** | Standard |

**\*\*Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.
Privacy Policy

Powered By: