

# city of DETROIT
The Official Web Site of the City Of Detroit

Logged in as: pmspc | Home | Change Unit | Add to Favorites | Profile | Logout | Help

**Additional Pages**
- General/Sales
- Buildings
- Images/Sketches

**Related Details...**
- Current Tax

Back to Main

View my Parcels

**collapse the menu**
Click this button to collapse the above menu to the top of the screen.

Main > Assessing System > Property and Land Search > Results > Details

## General Property Information
**Parcel:** 23000097.006  **Unit:** CITY OF DETROIT

Printer friendly version
☐ Add to My Parcels

View this parcel on a map

**NOTE:** There are **0 images** and **0 sketches** attached to the current property.

### Property Address  [collapse]
1303 18TH ST
DETROIT, MI 48216

### Owner Information  [collapse]
1303 18TH
DETROIT, MI 48216

**Unit:** 01

### Taxpayer Information  [collapse]
SEE OWNER INFORMATION

### General Information for Tax Year 2013  [collapse]

| | | | |
|---|---|---|---|
| **Property Class:** | 447 - 447-RESIDENTIAL NEZ NEW | **Assessed Value:** | $19,429 |
| **School District:** | D - DETROIT SCHOOLS | **Taxable Value:** | $19,429 |
| **State Equalized Value:** | $19,429 | **Map #** | 23 |
| **DISTRICT** | 5 | **Date of Last Name Chg:** | 11/22/2003 |
| | | **Date Filed:** | |
| | | **Notes:** | N/A |
| **Historical District:** | N/A | **Census Block Group:** | N/A |

| **Principal Residence Exemption** | **June 1st** | **Final** |
|---|---|---|
| | | - |
| 2013 | 0.0000 % | 0.0000 % |

### Land Information  [collapse]

| | **Frontage** | | **Depth** |
|---|---|---|---|
| Lot 1: | 0.00 Ft. | | 0.00 Ft. |
| Lot 2: | 0.00 Ft. | | 0.00 Ft. |
| Lot 3: | 0.00 Ft. | | 0.00 Ft. |
| **Total Frontage:** | 0.00 Ft. | **Average Depth:** | 0.00 Ft. |

**Total Acreage:** 0.00
**Zoning Code:** 2011 AUTH
**Land Value:** $0                        **Mortgage Code:**
**Land Improvements:** $0                 **Lot Dimensions/Comments:** N/A
**Renaissance Zone:** NO
**Renaissance Zone Expiration Date:**

### Legal Information for 23000097.006  [collapse]

ACT 147 CERTIFICATE LAND ON PARCEL 100007996-7

## Sales Information

1 sale record(s) found.

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms Of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 03/01/2000 | $70,000.00 | TD | | | DEED IN LIEU OF FCL | 92030:25890 |

☑ Load Building Information on this Page.

## Building Information

1 building(s) found.

| | Description | Floor Area | Yr Built |
|---|---|---|---|
| − | Residential Building 1 | 1494 Sq. Ft. | 1999 |

### General Information

| | | | |
|---|---|---|---|
| **Floor Area:** | 1494 Sq. Ft. | **Estimated TCV:** | N/A |
| **Garage Area:** | 264 Sq. Ft. | **Basement Area** | 747 Sq. Ft. |
| **Foundation Size:** | 747 Sq. Ft. | | |
| **Year Built:** | 1999 | **Year Remodeled:** | 0 |
| **Occupancy:** | Single Family | **Class:** | C |
| | | **Tri-Level?:** | NO |
| **Percent Complete:** | 100% | **Heat:** | Forced Air w/ Ducts |
| **AC w/Separate Ducts:** | NO | **Wood Stove Add-on:** | NO |
| **Bedrooms:** | 0 | **Water:** | N/A |
| **Style:** | SINGLE FAMILY | **Sewer:** | N/A |

**Area Detail** - Basic Building Areas

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| 2 Story | Full Bsmnt. | Brick | 747 Sq. Ft. | 2 Story |

**Area Detail** - Overhangs

| Height | Exterior | Area | Included in Size for Rates |
|---|---|---|---|
| | | | |

### Basement Finish

| | | | |
|---|---|---|---|
| **Recreation:** | 0 Sq. Ft. | **Recreation % Good:** | 0 |
| **Living Area:** | 0 Sq. Ft. | **Living Area % Good:** | 0 |
| **Walk Out Doors:** | 0 | **No Concrete Floor Area:** | 0 Sq. Ft. |

### Plumbing Information

| | |
|---|---|
| **3-Fixture Baths:** | 2 |

### Garage Information

#### Garage # 1

| | | | |
|---|---|---|---|
| **Area:** | 264 Sq. Ft. | **Exterior:** | Siding |
| **Foundation:** | 42 Inch | **Common Wall:** | Detached |
| **Year Built:** | 1999 | **Finished?:** | NO |
| **Auto Doors:** | 0 | **Mech Doors:** | 0 |

### Porch Information

| | | | |
|---|---|---|---|
| **WCP (1 Story):** | 170 Sq. Ft. | **Foundation:** | Standard |

**\*\*Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.
Privacy Policy

