UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: City of Detroit, Michigan

Case No. 13-53846-swr

Chapter 9

Debtor
_____/

Hon. Rhodes

Plaintiff(s)
_____/

A.P. No. _____

Defendant(s)
_____/

STATEMENT REGARDING OWNERSHIP OF U.S. BANK NATIONAL ASSOCIATION

☐ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: NONE
Address:

X There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This Statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: 2/04/13

*(signature)*
Signature of Authorized Individual

Patricia A Ludka

Vice President
Title