UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

Case No. 13-53846-SWR
Chapter 9
Hon. Steven W. Rhodes

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

The State of Michigan, International Union, UAW, the Flowers Plaintiffs, The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees, and the Retired Detroit Police Members Association, stipulate to entry of the attached Protective Order, resolving the State of Michigan Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(D) (the "Motion")[Dkt #1094].

Dated: October 7, 2013

| STATE OF MICHIGAN | LOWENSTEIN SANDLER LLP |
|---|---|
| By: ___/s/ Steven G. Howell_____<br>Steven G. Howell<br>Special Assistant Attorney General<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>showell@dickinsonwright.com | By: ____/s/ Sharon L. Levine_____<br>Sharon L. Levine<br>Attorneys for Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791<br>slevine@lowenstein.com |

| | |
|---|---|
| INTERNATIONAL UNION, UAW<br><br>By:___/s/ Michael Nicholson____<br>Michael Nicholson<br>General Counsel - International Union, UAW<br>Solidarity House - 8000 East Jefferson Avenue<br>Detroit, Michigan 48214<br>mnicholson@uaw.net | LAW OFFICES OF WILLIAM A WERTHEIMER<br><br>By: _____/s/ Willaim A. Wertheimer, Jr._____<br>William A. Wertheimer, Jr.<br>Attorneys for Flowers Plaintiffs<br>30515 Timberbrook Lane<br>Bingham Farms, MI 48025<br>billwertheimer@gmail.com |
| STROBL & SHARP PC<br><br>By: ____/s/ Lynn M. Brimer_____<br>Lynn M. Brimer<br>Attorneys for Retired Detroit Police Members Association<br>300 East Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>lbrimer@stroblpc.com | |