UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

        Debtor.

Case No. 13-53846-SWR
Chapter 9
Hon. Steven W. Rhodes

**PROTECTIVE ORDER**

This matter comes before the Court upon the State of Michigan Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(1)(D) (the "Motion")[Dkt #1094]; and the Court being fully advised in the premises:

IT IS ORDERED that:

1. The Motion is GRANTED only to the extent set forth herein.

2. The names of non-selected candidates for the position of emergency manager of the City of Detroit may be redacted from any responsive documents that are produced by the State Deponents (as defined in the Motion) pursuant to the discovery requests of International Union, UAW and the Flowers Plaintiffs, but no responsive documents shall be withheld from production on the basis that they contain such names.

3. The parties participating in the depositions of the State Deponents may not ask the State deponents to identify the names of such non-selected candidates absent a separate order from this Court.

4. International Union, UAW, the Flowers Plaintiffs and the other parties that participate in the deposition of the State Deponents (including the Rule 30(b)(6) deposition of the State of Michigan scheduled for October 14, 2013) may seek an order from this Court, for cause,

seeking the information permitted to be redacted and not to be inquired into pursuant to this Order, including an order that may permit such non-selected candidates to be contacted by the deposing parties for interview as potential eligibility trial witnesses. The State of Michigan reserves the right to oppose entry of such order.

.

**Signed on October 08, 2013**

                                                                /s/ Steven Rhodes
                                                          **Steven Rhodes**
                                                          **United States Bankruptcy Judge**