UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                        Chapter 9
                                              Case No. 13-53846
City of Detroit, Michigan,                    Hon. Steven W. Rhodes

    Debtor.
_____/

Order Regarding Amended Motion of Creditor Deborah Ann Ryan
For Relief From Automatic Stay (Dkt. #819)

For the reasons stated on the record in open court on this date, the Amended Motion for Relief from Stay is granted unless, within 35 days, the City files a motion for approval of an efficient process for liquidating all of the tort claims or a motion for extension of time to file such a motion. If an extension of time is requested, the motion must establish good cause and include a full showing of the progress made to date. In the event that neither motion is filed within 35 days, then on the 36th day, relief from the automatic stay will be immediately effective for the purpose of allowing Ryan to proceed with the liquidation of her claim. If either motion is filed within 35 days, the automatic stay shall remain in effect until further order of the Court.
.

**Signed on October 08, 2013**

                                        **/s/ Steven Rhodes**
                                       **Steven Rhodes**
                                       **United States Bankruptcy Judge**