IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------ x
                                                 :
In re                                            :  Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :  Case No. 13-53846
                                                 :
         Debtor.                                 :  Hon. Steven W. Rhodes
                                                 x

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2013, he caused true and correct copies of

*DEBTOR'S OBJECTION TO CATHERINE PHILLIPS, et al.'s MOTION FOR RELIEF FROM ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE EXTENDING THE CHAPTER 9 STAY TO CERTAIN (A) STATE ENTITIES, (B) NON OFFICER EMPLOYEES AND (C) AGENTS AND REPRESENTATIVES OF THE DEBTOR*

and

*DEBTOR'S BRIEF IN OPPOSITION TO CATHERINE PHILLIPS, et al.'s MOTION FOR RELIEF FROM ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE EXTENDING THE CHAPTER 9 STAY TO CERTAIN (A) STATE ENTITIES, (B) NON OFFICER EMPLOYEES AND (C) AGENTS AND REPRESENTATIVES OF THE DEBTOR*

to be served upon the parties listed below via First Class United States Mail:

William H. Goodman
Julie H. Hurwitz
GOODMAN & HURWITZ PC
1394 E. Jefferson Ave.
Detroit, Michigan 48207

John C. Philo
Anthony D. Paris
SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201

Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012

Richard G. Mack, Jr.
Keith D. Flynn
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226

Cynthia Heenan
Hugh M. Davis
CONSTITUTIONAL LITIGATION ASSOCIATES, P.C.
450 W. Fort St., Suite 200
Detroit, MI 48226

DATED: October 8, 2013

             By: /s/Stephen S. LaPlante
             Stephen S. LaPlante
             150 West Jefferson
             Suite 2500
             Detroit, Michigan 48226
             Telephone: (313) 963-6420
             Facsimile: (313) 496-7500
             laplante@millercanfield.com