# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Robin Wysocki
Firm: Miller Canfield Paddock & Stone PLC
Address: 150 West Jefferson Ave., Suite 2500
City, State, Zip: Detroit, MI 48226
Phone: 313-496-7631
Email: wysocki@millercanfield.com

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy   ◯ Adversary
◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/08/2013   Time of Hearing: 9:00 am   Title of Hearing: Relief from stay, etc.

Please specify portion of hearing requested: ⦿ Original/Unredacted   ◯ Redacted   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**
- ◯ Ordinary Transcript - $3.65 per page (30 calendar days)
- ◯ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/Robin Wysocki   Date: 10/08/2013
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date         By

Order Received:

Transcript Ordered

Transcript Received