Docket No. 76
Adv. Proc. No. 13-4942

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------x
                                                :
In re                                           : Chapter 9
                                                :
CITY OF DETROIT, MICHIGAN,                      : Case No. 13-53846
                                                :
                    Debtor.                     : Hon. Steven W. Rhodes
                                                :
                                                :
------------------------------------------------x
                                                :
CITY OF DETROIT, MICHIGAN,                      : Chapter 9
                                                :
                    Plaintiff,                  : Adversary Proceeding No. 13-04942
                                                :
vs.                                             : Hon. Steven W. Rhodes
                                                :
SYNCORA GUARANTEE INC.; U.S.                    :
BANK, N.A.; MGM GRAND DETROIT,                  :
LLC; DETROIT ENTERTAINMENT,                     :
LLC d/b/a MOTOR CITY CASINO                     :
HOTEL; and GREEKTOWN CASINO,                    :
LLC,                                            :
                                                :
                    Defendants.                 :
------------------------------------------------x

## ORDER DISSOLVING THE JULY 5, 2013, TEMPORARY <u>RESTRAINING</u> <u>ORDER OBTAINED BY PLAINTIFF CITY OF DETROIT</u>

The Court being advised in the premises and the parties to the above-

referenced adversary proceeding having agreed to the relief granted herein;

**IT IS HEREBY ORDERED** that the temporary restraining order obtained by Plaintiff City of Detroit on July 5, 2013, in the Circuit Court for the County of Wayne, Case No. 13-008858-CZ,[1] is dissolved.

**IT IS FURTHER ORDERED** that Plaintiff City of Detroit's motion for entry of a preliminary injunction in the above-captioned adversary proceeding is deemed to be withdrawn without prejudice.

**IT IS FURTHER ORDERED** that Defendant Syncora Guarantee, Inc.'s motion for expedited discovery [Docket No. 12] is denied as moot.

**IT IS SO ORDERED.**

**Signed on September 10, 2013**

                  /s/ Steven Rhodes
                  **Steven Rhodes**
                  **United States Bankruptcy Judge**

---

[1] The case was removed to the District Court for the Eastern District of Michigan on July 11, 2013 and referred to this Court on August 8, 2013.

# Docket No. 78
# Adv. Proc. No. 13-4942

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------x
                                                :
In re                                           : Chapter 9
                                                :
CITY OF DETROIT, MICHIGAN,                      : Case No. 13- 53846
                                                :
                        Debtor.                 : Hon. Steven W. Rhodes
                                                :
                                                :
------------------------------------------------x
                                                :
CITY OF DETROIT, MICHIGAN,                      : Chapter 9
                                                :
                        Plaintiff,              : Adversary Proceeding No. 13-04942
                                                :
vs.                                             : Hon. Steven W. Rhodes
                                                :
SYNCORA GUARANTEE INC.; U.S.                    :
BANK, N.A.; MGM GRAND DETROIT,                  :
LLC; DETROIT ENTERTAINMENT,                     :
LLC d/b/a MOTOR CITY CASINO                     :
HOTEL; and GREEKTOWN CASINO,                    :
LLC,                                            :
                                                :
                        Defendants.             :
------------------------------------------------x
```

**ORDER TOLLING LOCAL BANKRUPTCY RULE 9015-1(B) *NUNC PRO TUNC* TO SEPTEMBER 4, 2013 AND
<u>STAYING ADVERSARY PROCEEDING</u>**

The Court being advised in the premises and the parties to the above-referenced adversary proceeding having agreed to the relief granted herein;

**IT IS HEREBY ORDERED** that Local Bankruptcy Rule 9015-1(b) is tolled *nunc pro tunc* to September 4, 2013 with respect to all defendants in this adversary proceeding, until 60 days from the date of entry of this Order.

**IT IS FURTHER ORDERED** that Syncora shall promptly withdraw, without prejudice, its motion for withdrawal of the reference of this adversary proceeding, currently pending in Case No. 13-13781 (E.D. Mich.).

**IT IS FURTHER ORDERED** that all proceedings in this adversary proceeding, including without limitation Syncora's pending motion to dismiss, are stayed for 60 days from the date of entry of this Order.

**IT IS SO ORDERED.**

Signed on September 17, 2013

                                                                    /s/ Steven Rhodes
                                                                Steven Rhodes
                                                                United States Bankruptcy Judge