# EXHIBIT 1
# Proposed Form of Order

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____x
: Chapter 9
In re: : Case No. 13-53846
CITY OF DETROIT, MICHIGAN, : Hon. Steven W. Rhodes
Debtor. :
_____x

### ORDER CLARIFYING THE COURT'S JULY 25, 2013 STAY ORDER

This matter coming before the Court on the emergency motion of Petitioners Robert Davis and Desmond M. White (collectively "Petitioners") for entry of an order clarifying the Court's July 25, 2013 Stay Order; the Court having reviewed Petitioners emergency motion and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1. Petitioners' motion is GRANTED.

2. The Court's July 25, 2013 Stay Order Extending the Chapter 9 Stay does not apply to Petitioners' Election Case, Wayne County Case No. 13-013071-AW, currently pending before Wayne County Circuit Court Judge Patricia Fresard; and further, this Court's July 25, 2013 Stay Order does not extend to any election-related matters brought against the Detroit City Clerk and Detroit Election Commission pertaining to the November 5, 2013 General Election.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.