**EXHIBIT 2**
**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
: **Chapter 9**
**In re:** : **Case No. 13-53846**
**CITY OF DETROIT, MICHIGAN**, : **Hon. Steven W. Rhodes**
Debtor. :
:
:
_____

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Petitioners Robert Davis and Desmond M. White (collectively "Petitioners") have filed papers with the court to seek Clarification of the Court's July 25, 2013 Stay Order.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant Petitioners' Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order ("Emergency Motion"), or if you want the court to consider your views on the Emergency Motion, the deadline to file an objection to the Emergency Motion is **Thursday, October 10, 2013** (as stipulated to by the parties) after service. Objections shall comply with F.R.Civ.P.8(b)(c) and (e). Accordingly, on or before, **Thursday, October 10, 2013**, you or your attorney must:

File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:

> 211 West Fort
> Detroit, MI 48226

If you mail your request/response to the court for filing, you must mail it early enough so

that the court will receive it on or before the date stated above.

You must also mail a copy to:
    Andrew A. Paterson
    Attorney for Petitioners
    46350 Grand River, Suite C
    Novi, MI 48374
    (248) 568-9712
    Aap43@hotmail.com

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief. If an objection is not timely filed, the court may grant the motion without a hearing.

Dated: October 8, 2013                          /s/Andrew A. Paterson
                                                    Attorney for Petitioners
                                                    46350 Grand River, Suite C
                                                    Novi, MI 48374
                                                    (248) 568-9712
                                                    Aap43@hotmail.com