# EXHIBIT 3

## Brief [Not Required]