# **EXHIBIT 4**
# **Certificate of Service**

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
|                                      |   :   | **Chapter 9** |
| **In re:**                           |   :   | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**,       |   :   | **Hon. Steven W. Rhodes** |
| Debtor.                              |   :   |   |
|                                      |   :   |   |
|                                      |   :   |   |

_____

## CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that on August 8, 2013, I served a copy of Petitioners Robert Davis' and Desmond M. White's Emergency Motion for Clarification of the Court's July 25, 2013 Order on the following parties, via email, at these email addresses:

Eric Gabbo (GaabE@detroitmi.gov)

/S/ Andrew A. Paterson_(P18690)_____
Attorney for Petitioners Robert Davis and
Desmond M. White
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712
Aap43@hotmail.com
P18690