## <u>EXHIBIT 5</u>

**NONE**