# EXHIBIT 6

**DOCUMENTARY EXHIBITS [Exhibits A-Complaint as filed in Circuit Court; Exhibit B- Emergency Motion as filed in Circuit Court]**