# EXHIBIT 1
## Proposed form of Order

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
:  Chapter 9
In re: : Case No. 13-53846
CITY OF DETROIT, MICHIGAN, : Hon. Steven W. Rhodes
    Debtor. :
:
:
_____x

## ORDER GRANTING PETITIONERS ROBERT DAVIS' AND DESMOND M. WHITE'S MOTION FOR AN *EX PARTE* ORDER REDUCING THE TIME FOR A PARTY TO TAKE ANY ACTION OR FILE OBJECTIONS TO PETITIONERS ROBERT DAVIS' AND DESMOND M. WHITE'S EMERGENCY MOTION

This matter coming before the Court on the motion of Petitioners Robert Davis ("Petitioner Davis") and Desmond M. White ("Petitioner White") (collectively "Petitioners") for entry of an *ex parte* order reducing the time for a party to take any action or file any objections to Petitioner's Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order ("Emergency Motion"); the Court having reviewed Petitioners' motion and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein:

    IT IS HEREBY ORDERED THAT:

1. Petitioners' motion is GRANTED.
2. In accordance with LBR 9006-1(b), the time for a party or a party of interest to file any objections to Petitioner's Emergency Motion with this Court is reduced and all parties are to file any responses to Petitioners' Emergency Motion on Thursday, October 10, 2013 and an emergency hearing shall be held by the Court on Thursday,

October 10, 2013 at a time to be set by the Court.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.