# **EXHIBIT 4**
## **Certificate of Service**

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
            :     **Chapter 9**
**In re:**      :     **Case No. 13-53846**
**CITY OF DETROIT, MICHIGAN**,   :     **Hon. Steven W. Rhodes**
     Debtor.   :
            :
            :
_____

## CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that on August 8, 2013, I served a copy of Petitioners Robert Davis' and Desmond M. White's Motion for Ex Parte Order To Reduce the Time for filing objections to Petitioners Robert Davis' and Desmond M. White's Emergency Motion for Clarification of the Court's July 25, 2013 Order on the following parties, via email, at these email addresses:

    Eric Gabbo (GaabE@detroitmi.gov)

    /S/ Andrew A. Paterson_(P18690)_____
    Attorney for Petitioners Robert Davis and
    Desmond M. White
    46350 Grand River, Suite C
    Novi, MI 48374
    (248) 568-9712
    Aap43@hotmail.com
    P18690