# **EXHIBIT 5**

**NONE**