# EXHIBIT 6

# DOCUMENTARY EXHIBITS [NONE]