# General Property Information

## City of Detroit

[Back to Non-Printer Friendly Version]  [Send To Printer]

**Parcel:** 23002005.1894 **Unit:** CITY OF DETROIT

| Property Address | [collapse] |
|---|---|

8445 ST MARYS
, 48228

| Owner Information | [collapse] |
|---|---|

HELLNER, ROBERT FRES          Unit:          01
8445 ST. MARYS
DETROIT, M, 48228

| Taxpayer Information | [collapse] |
|---|---|

SEE OWNER INFORMATION

| General Information for Tax Year 2013 | [collapse] |
|---|---|

| | | | |
|---|---|---|---|
| Property Class: | 447 - 447-RESIDENTIAL NEZ NEW | Assessed Value: | $33,247 |
| School District: | D - DETROIT SCHOOLS | Taxable Value: | $33,247 |
| State Equalized Value: | $33,247 | Map # | 23 |
| DISTRICT | 7 | Date of Last Name Chg: | 11/17/2009 |
| | | Date Filed: | 11/17/2009 |
| | | Notes: | N/A |
| Historical District: | N/A | Census Block Group: | N/A |

| | | |
|---|---|---|
| Principal Residence Exemption | June 1st | Final |
| | | - |
| 2013 | 100.0000 % | 100.0000 % |

| Land Information | [collapse] |
|---|---|

| | Frontage | Depth |
|---|---|---|
| Lot 1: | 0.00 Ft. | 0.00 Ft. |
| Lot 2: | 0.00 Ft. | 0.00 Ft. |
| Lot 3: | 0.00 Ft. | 0.00 Ft. |
| Total Frontage: | 0.00 Ft. | |
| Average Depth: | 0.00 Ft. | |

| | | | |
|---|---|---|---|
| Total Acreage: | 0.00 | | |
| Zoning Code: | 2011 AUTH | | |
| Land Value: | $0 | Mortgage Code: | |
| Land Improvements: | $0 | Lot Dimensions/Comments: | N/A |
| Renaissance Zone: | NO | | |
| Renaissance Zone Expiration Date: | | | |

| Legal Information for 23002005.1894 | [collapse] |
|---|---|

EXHIBIT
6E
ALL-STATE LEGAL

W ST MARYS 283,284 BASSETT & SMITHS TIREMAN AVE SUB L44 P7 PLATS, WCR 22/248 60 X 125.38A NEZ NEW CERT#N2005-1894, RELATED PARCEL #22059373-4

## Sales Information

| 1 sale record(s) found. | | | | | | |
|---|---|---|---|---|---|---|
| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms Of Sale | Liber/Page |
| 09/18/2009 | $89,000.00 | PTA | WEST TOWN HOMES I, LLC | HELLNER, ROBERT FRES | ARMS LENGTH | |

## Building Information

| 1 building(s) found. | | |
|---|---|---|
| Description | Floor Area | Yr Built |
| ⊡        Residential Building 1 | 1442 Sq. Ft. | 2007 |

### General Information

| | | | |
|---|---|---|---|
| **Floor Area:** | 1442 Sq. Ft. | **Estimated TCV:** | N/A |
| **Garage Area:** | 324 Sq. Ft. | **Basement Area** | 978 Sq. Ft. |
| **Foundation Size:** | 978 Sq. Ft. | | |
| **Year Built:** | 2007 | **Year Remodeled:** | 0 |
| **Occupancy:** | Single Family | **Class:** | C |
| | | **Tri-Level?:** | NO |
| **Percent Complete:** | 100% | **Heat:** | Forced Air w/ Ducts |
| **AC w/Separate Ducts:** | NO | **Wood Stove Add-on:** | NO |
| **Bedrooms:** | 0 | **Water:** | N/A |
| **Style:** | SINGLE FAMILY | **Sewer:** | N/A |

### Area Detail - Basic Building Areas

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| 1.5 Story | Full Bsmnt. | Siding | 928 Sq. Ft. | 1.5 Story |
| 1 Story | Full Bsmnt. | Siding | 50 Sq. Ft. | |

### Area Detail - Overhangs

| Height | Exterior | Area | Included in Size for Rates |
|---|---|---|---|
| | | | |

### Basement Finish

| | | | |
|---|---|---|---|
| **Recreation:** | 0 Sq. Ft. | **Recreation % Good:** | 0 |
| **Living Area:** | 0 Sq. Ft. | **Living Area % Good:** | 0 |
| **Walk Out Doors:** | 0 | **No Concrete Floor Area:** | 0 Sq. Ft. |

### Plumbing Information

| | |
|---|---|
| **3-Fixture Baths:** | 1 |
| **2-Fixture Baths:** | 1 |

### Built-In Information

| | |
|---|---|
| **Dishwasher:** | 1 |

| | | |
|---|---|---|
| **Garbage Disposal:** | 1 | |
| **Microwave:** | 1 | |

## Garage Information

### Garage # 1

| | | | |
|---|---|---|---|
| **Area:** | 324 Sq. Ft. | **Exterior:** | Siding |
| **Foundation:** | 42 Inch | **Common Wall:** | Detached |
| **Year Built:** | 2007 | **Finished?:** | NO |
| **Auto Doors:** | 1 | **Mech Doors:** | 0 |

## Porch Information

| | | | |
|---|---|---|---|
| **CCP (1 Story):** | 144 Sq. Ft. | **Foundation:** | Standard |

**\*\*Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.

Privacy Policy