**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re: Chapter 9 No. 13-53846

City of Detroit, Michigan  Hon. Steven W. Rhodes
                      Debtor.
_____/

Attached is the Statement of Corporate Ownership for the above referenced case.

407543B03

/S/ John P. Kapitan (P61901)
Attorney for Fifth Third Bank as servicer for Fifth Third Mortgage Company
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
EasternECF@trottlaw.com

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

13-53846-tjt   Doc 1122-8   Filed 10/09/13   Entered 10/09/13 11:54:08   Page 1 of 2

## FIFTH THIRD BANK'S CORPORATE AFFILIATONS DISCLOSURE PURSUANT TO FRCP 7.1 AND LR 83.4

Defendant Fifth Third Bank ("Fifth Third"), by its attorneys, Trott & Trott, P.C. makes the following disclosures pursuant to Fed.R.Civ. P. 7.1 and LR 83.4:

1. Fifth Third Bank is wholly-owned subsidiary of Fifth Third Financial Corporation, which is a wholly-owned subsidiary of Fifth Third Bankcorp, an Ohio corporation. There is no other publicly held corporation owning 10% or more of Fifth Third's stock.

2. No publicly owned corporation or affiliate not a party to this case has a substantial Financial interest in the outcome of this litigation.

This Statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: 7/24/2013

_____
Signature of Authorized Individual

John Walters II
Print Name

Default and Special Services Manager
Title  ASSISTANT VICE PRESIDENT