UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

## *EX PARTE* ORDER GRANTING MOTION TO EXPEDITE

This matter is before the Court on the *ex parte* motion (the "Motion") of the Detroit Public Safety Unions' for expedited consideration of the *Motion of the Detroit Public Safety Unions, Pursuant to Section 105(a) of the Bankruptcy Code, for Entry of an Order Extending the Chapter 9 Stay to any Action or Claim for Damages Brought Against any Former Detroit Public Safety Union Member, Including any Retiree, Which Arises out of the Good Faith Performance of His or Her Duties While Employed by the City* (the "Stay Extension Motion") [Docket No. 1081]. The Court is fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is Granted.

2. A hearing on the Stay Extension Motion is scheduled for November 13, 2013 at 10:00 a.m., (prevailing Eastern Time) before the Hon. Steven Rhodes

in Courtroom 100, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

3. Any objections to the Stay Extension Motion must be filed on or before November 8, 2013.

4. Movants' counsel shall forthwith serve this order and the Stay Extension Motion upon counsel for any party whose lawsuit may be impacted if the Stay Extension Motion is granted.

.

**Signed on October 09, 2013**

                   _/s/ Steven Rhodes_
                   **Steven Rhodes**
                   **United States Bankruptcy Judge**