UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**LOCAL 3308 AND LOCAL 917 OF THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES' OBJECTION TO MOTION OF DEBTOR FOR ENTRY OF AN ORDER EXTENDING THE CHAPTER 9 STAY TO THE 36TH DISTRICT COURT AND CERTAIN RELATED PARTIES**

Local 3308 of the American Federation of State County and Municipal Employees ("Local 3308") is the exclusive bargaining agent for most of the non-supervisory personnel of 36th District Court and Local 917 of the American Federation of State County and Municipal Employees ("Local 917") is the exclusive bargaining agent for the Bailiffs and Court Officers employed by 36th District Court, which through their Counsel, Steinberg Shapiro & Clark, submit their Objections to the Motion of the Debtor for Entry of an Order Extending the Chapter 9 Stay to the 36th District Court and Certain Related Parties. In support of their Objection, Local 3308 and Local 917 state as follows:

1. For their Objection Local 3308 and Local 917 rely on their attached Brief in Support.

**Wherefore**, and for the reasons stated above, AFSCME Local 3308 and Local 917 respectfully request that this Court deny the City's Motion.

Respectfully submitted,

**STEINBERG SHAPIRO & CLARK**

<u>/s/ Tracy M. Clark</u>
Tracy M. Clark (P60262)
Attorney for AFSCME Local 3308 and Local 917
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Dated: October 9, 2013