# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

### Certificate of Service

      The undersigned certifies that on October 9, 2013, she filed with the Court via the Court's CM/ECF System the following pleadings: "Local 2208 and Local 917 of the American Federal of State, County and Municipal Employees' Objection to Motion of Debtor for Entry of an Order Extending the Chapter 9 Stay to the 36th District Court and Certain Related Parties", "Local 2208 and Local 917 of the American Federal of State, County and Municipal Employees' Brief in Support of Objection to Motion of Debtor for Entry of an Order Extending the Chapter 9 Stay to the 36th District Court and Certain Related Parties", and this Certificate of Service. The pleadings will be served on all parties required to receive service via the Court's Notice of Electronic Filing.

      /s/ Joy L. Brown, Legal Assistant
      Steinberg Shapiro & Clark
      25925 Telegraph Road, Suite 203
      Southfield, MI 48033
      248-352-4700
      jbrown@steinbergshapiro.com