# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **10/10/13** at **03:30 PM** to consider and act upon the following:

*1120* − Emergency Motion to Expedite Hearing (related documents 166 Order on Generic Motion) Clarification of July 25, 2013 Stay Order for Election−related matter Filed by Creditor Robert Davis (Attachments: # 1 Exhibit Exhibit 1 Proposed Form of Order # 2 Exhibit Exhibit 2 Notice of Emergency Motion and Opportunity to Object # 3 Exhibit Exhibit 3 Brief Not Required # 4 Exhibit Exhibit 4 Certificate of Service # 5 Exhibit Exhibit 5 None # 6 Exhibit Exhibit 6 Documentary Exhibits; Exhibit A−Complaint as filed in circuit court and Exhibit B−Emergency Motion as filed in circuit court # 7 Exhibit Exhibit A of Exhibit 6 Documentary Exhibits # 8 Exhibit Exhibit B of Exhibit 6 Documentary Exhibits) (Paterson, Andrew)

Dated: 10/9/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk