UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHFERN DIVISION - DIVISION

In re:   Chapter 9

Case No. 13-53846

**CITY OF DETROIT, MICHIGAN**   Hon. Steven W. Rhodes

Debtor.
_____/

## NOTICE OF APPEARANCE

Please enter the Appearance of the LAW OFFICES OF LEE & CORRELL as the attorneys for St. Martins Cooperative, a Non-Profit Cooperative (hereinafter "St. Martins"), and gives Notice of this Appearance; and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) as well as 11 U.S.C. Sections 901(a) and 1109(b) requests that all notices given or required to be given and all papers served in this Chapter 0 case be delivered to and served upon counsel identified as follows:

LAW OFFICES OF LEE & CORRELL
MICHAEL K. LEE (P40012)
24901 Northwestern Highway, Suite 113
Southfield, MI 48075
(248) 350-5900
Facsimile: (248) 350-9865
mlee@leeandcorrell.com

This shall not be construed as a waiver of the right to challenge this Court's jurisdiction in any way, any right to a trial by jury in this matter or any related proceeding.

LAW OFFICES OF LEE & CORRELL

By: /s/ Michael K. Lee
  MICHAEL K. LEE (P40012)
  Attorneys for St. Martins Cooperative
  24901 Northwestern Highway, Suite 113
  Southfield, MI 48075
  (248) 350-5900

Dated: October 9, 2013

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHFERN DIVISION - DIVISION

In re:                                          Chapter 9

                                                Case No. 13-53846

CITY OF DETROIT, MICHIGAN                       Hon. Steven W. Rhodes

            Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2013, I filed with the Court via the Court's CM/ECF System the following papers: **Notice of Appearance** and this **Certificate of Service**. The pleadings will be served on all parties who are required to receive service via the Court's Notice of Electronic Filing.

                                  /s/ Michael K. Lee
                                  MICHAEL K. LEE