UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

On October 2, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**; and via Overnight mail on the service list attached hereto as **Exhibit B**:

- **Motion of Debtor, Pursuant to Section 105(a) of the Bankruptcy Code, for Entry of an Order Extending the Chapter 9 Stay to the 36th District Court and Certain Related Parties** [Docket No. 1027]

Dated: October 7, 2013

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.776.7386

# Exhibit A

# Exhibit A
## Served via Email

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| ATTORNEY FOR PLAINTIFF MICHAEL H. FORTNER | RANDOLPH LAW GROUP, P.C. | THOMAS H. RANDOLPH III P53563 | thomas@randolphlawgroup.com |

# Exhibit B

| PARTY DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ATTORNEY FOR PLAINTIFF MICHAEL H. FORTNER | RANDOLPH LAW GROUP, P.C. | THOMAS H. RANDOLPH III P53563 | 32255 NORTHWESTERN HWY STE. 251 | FARMINGTON | MI | 48334 |