

**THIRD JUDICIAL CIRCUIT**
OF MICHIGAN

RONALD R. RUFFIN
EXECUTIVE COURT ADMINISTRATOR

711 COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE
DETROIT, MICHIGAN 48226-3413

(313) 224-5261
FAX (313) 224-6070
E-mail: ronald.ruffin@3rdcc.org

# M E M O R A N D U M

**To:** Chief Judge Virgil C. Smith
Chief Judge Pro Tem Lita M. Popke
Elizabeth R. Kocab, General Counsel
Zenell B. Brown
Kelli D. Moore
Peter J. Schummer, Jr.
Cathy M. Garrett

**From:** Ronald R. Ruffin
Executive Court Administrator

**Date:** August 2, 2013

**Re:** Procedure for Case Assignments Involving Primary Election Related Matters – Tuesday, August 6, 2013

---

### During Business Hours

Cases involving election procedures, voting challenges, and all other election related matters shall be filed with the Office of the Wayne County Clerk at the Coleman A. Young Municipal Center, Room 201. Election Day hours for the Office of the Wayne County Clerk are from 8:00 a.m. until 4:30 p.m. Chief Judge Virgil C. Smith will preside over these or related matters pursuant to Local Administrative Order 2012-08.

A staff member designated by the Wayne County Clerk will facilitate Election Day filings by notifying the Chief Judge's Administrative team that an election related matter/complaint has been filed with the Wayne County Clerk. The Chief's staff shall obtain all materials from the Wayne County Clerk and deliver same to Chief Judge Smith. The Chief's staff will record the case caption, case number, attorney names, telephone numbers, and client names for the proceedings and provide immediate notice of the proceedings to Elizabeth R. Kocab, General Counsel.

Ms. Kocab will immediately notify the Supreme Court Clerk, telephone number of (517) 373-0120, of any complaint regarding election procedures filed with the Third Judicial Circuit. Upon certifying the controlling question or questions involved in the complaint, Chief Judge Virgil C. Smith will transmit the question or questions, the complaint and any other record made to the Supreme Court Clerk.

**During Non-Business Hours**

Should the filing of a complaint involving any election related matter occur before 8:00 a.m. or after 4:30 p.m., the **Emergency Judge Contact Procedure** shall be followed. The assigned Deputy Court Administrator for the Third Circuit Court can be reached at (313) 468-0372. The assigned Deputy Court Administrator will then notify Chief Judge Smith that an election related complaint has been initiated. The assigned Deputy Court Administrator will provide the information necessary to Chief Judge Smith for disposition of the complaint.

cc: Tammi Palmer, Interim Director of Case Processing
     Delphine G. Oden, Elections Director
     Lynn M. Wade, Chief Deputy Court Clerk
     Tracey Gilbert, Court Services
     Cindy DePaulis, Court Services
     Wayne County Clerk Elections Staff
     Janet Anderson-Davis, Assistant Corporation Counsel