

# THIRD JUDICIAL CIRCUIT
## OF MICHIGAN

701 COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE
DETROIT, MICHIGAN 48226-3413

VIRGIL C. SMITH
CHIEF JUDGE

(313) 224-5430

---

## PUBLIC NOTICE

**STATE OF MICHIGAN**
**THIRD JUDICIAL CIRCUIT**

---

**SUBJECT:** Case Assignments Involving Primary Election Related Matters Filed on Election Day

**ELECTION DAY:** Tuesday, August 6, 2013

Cases involving election procedures, voting challenges, and all other election related matters shall be filed with the Wayne County Clerk's Office at the Coleman A. Young Municipal Center, Room 201, between the hours of 8:00 a.m. and 4:30 p.m.

Election related matters filed between the hours of 7:00 a.m. and 8:00 a.m., or after 4:30 p.m., will be subject to the Emergency Judge Procedure. In that event, please contact the assigned Deputy Court Administrator at (313) 468-0372.

_Virgil C. Smith_
Virgil C. Smith, Chief Judge
Third Judicial Circuit of Michigan

**Dated:** August 2, 2013