UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN           Chapter 9
                                                      Case No. 13-53846
       Debtor.                                      Hon. Steven W. Rhodes
_____/

## PROOF OF SERVICE

       Rebekah LaPan, being duly sworn, deposes and says that on October 3, 2013, she served State of Michigan's first production of documents in response to request for production of documents upon:

Peter D. DeChiara                      William Wertheimer
Cohen, Weiss and Simon, LLP        30515 Timberbrook Lane
330 West 42nd Street                 Bingham Farms, MI 48025-4660
New York, NY 10036-6979

Lynn M. Brimer
Strobl & Sharp, PC
300 East Long Lake Road, Ste. 200
Bloomfield Hills, MI 48304-2376

by mailing same via overnight mail from the City of Lansing, State of Michigan, enclosed in an envelope, plainly addressed, bearing postage fully prepaid.

                                         */s/ Rebekah LaPan*
                                         Rebekah LaPan
                                         Legal Secretary
                                         Michigan Department of Attorney General