In re:	Chapter 9
	Case No. 13-53846
City of Detroit, Michigan,	Hon. Steven W. Rhodes

    Debtor.
_____/

## Order Regarding Casino Revenues and Automatic Stay

For the reasons stated in open court today, the Court concludes that the Casino Revenues are property of the estate and are subject to the automatic stay of 11 U.S.C. § 362(a)(3). This order is without prejudice to the right of any party to seek relief from the stay under 11 U.S.C. § 362(d).

It is so ordered.

.

**Signed on August 28, 2013**

                                          **/s/ Steven Rhodes**
                                    **Steven Rhodes**
                                    **United States Bankruptcy Judge**