**Docket No. 76**
**Adv. Proc. No. 13-4942**

---------------------------------------------------------x
In re                                                    :
                                                         : Chapter 9
CITY OF DETROIT, MICHIGAN,                               :
                                                         : Case No. 13-53846
           Debtor.                                       :
                                                         : Hon. Steven W. Rhodes
---------------------------------------------------------x
CITY OF DETROIT, MICHIGAN,                               :
                                                         : Chapter 9
           Plaintiff,                                    :
                                                         : Adversary Proceeding No. 13-04942
vs.                                                      :
                                                         : Hon. Steven W. Rhodes
SYNCORA GUARANTEE INC.; U.S.                             :
BANK, N.A.; MGM GRAND DETROIT,                           :
LLC; DETROIT ENTERTAINMENT,                              :
LLC d/b/a MOTOR CITY CASINO                              :
HOTEL; and GREEKTOWN CASINO,                             :
LLC,                                                     :
                                                         :
           Defendants.                                   :
---------------------------------------------------------x

## ORDER DISSOLVING THE JULY 5, 2013, TEMPORARY RESTRAINING ORDER OBTAINED BY PLAINTIFF CITY OF DETROIT

The Court being advised in the premises and the parties to the above-referenced adversary proceeding having agreed to the relief granted herein;

IT IS HEREBY ORDERED that the temporary restraining order obtained by Plaintiff City of Detroit on July 5, 2013, in the Circuit Court for the County of Wayne, Case No. 13-008858-CZ,[1] is dissolved.

**IT IS FURTHER ORDERED** that Plaintiff City of Detroit's motion for entry of a preliminary injunction in the above-captioned adversary proceeding is deemed to be withdrawn without prejudice.

**IT IS FURTHER ORDERED** that Defendant Syncora Guarantee, Inc.'s motion for expedited discovery [Docket No. 12] is denied as moot.

IT IS SO ORDERED.

Signed on September 10, 2013

/s/ Steven Rhodes
**Steven Rhodes**
**United States Bankruptcy Judge**

---

[1] The case was removed to the District Court for the Eastern District of Michigan on July 11, 2013 and referred to this Court on August 8, 2013.

-2-

**Docket No. 78**
**Adv. Proc. No. 13-4942**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------x
In re                              :
                                   :  Chapter 9
CITY OF DETROIT, MICHIGAN,         :
                                   :  Case No. 13- 53846
          Debtor.                  :
                                   :  Hon. Steven W. Rhodes
---------------------------------x

---------------------------------x
CITY OF DETROIT, MICHIGAN,         :
                                   :  Chapter 9
          Plaintiff,               :
                                   :  Adversary Proceeding No. 13-04942
vs.                                :
                                   :  Hon. Steven W. Rhodes
SYNCORA GUARANTEE INC.; U.S.       :
BANK, N.A.; MGM GRAND DETROIT,     :
LLC; DETROIT ENTERTAINMENT,        :
LLC d/b/a MOTOR CITY CASINO        :
HOTEL; and GREEKTOWN CASINO,       :
LLC,                               :
                                   :
          Defendants.              :
---------------------------------x

**ORDER TOLLING LOCAL BANKRUPTCY RULE 9015-1(B) *NUNC PRO TUNC* TO SEPTEMBER 4, 2013 AND STAYING ADVERSARY PROCEEDING**

The Court being advised in the premises and the parties to the above-referenced adversary proceeding having agreed to the relief granted herein;

**IT IS HEREBY ORDERED** that Local Bankruptcy Rule 9015-1(b) is tolled *nunc pro tunc* to September 4, 2013 with respect to all defendants in this adversary proceeding, until 60 days from the date of entry of this Order.

**IT IS FURTHER ORDERED** that Syncora shall promptly withdraw, without prejudice, its motion for withdrawal of the reference of this adversary proceeding, currently pending in Case No. 13-13781 (E.D. Mich.).

**IT IS FURTHER ORDERED** that all proceedings in this adversary proceeding, including without limitation Syncora's pending motion to dismiss, are stayed for 60 days from the date of entry of this Order.

**IT IS SO ORDERED.**

Signed on September 17, 2013

/s/ Steven Rhodes
**Steven Rhodes**
**United States Bankruptcy Judge**