# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: Robin Wysocki
Firm: Miller, Canfield, Paddock and Stone, P.L.C.
Address: 150 West Jefferson Avenue, Suite 2500
City, State, Zip: Detroit, Michigan 48226
Phone: 313-496-7631
Email: wysocki@millercanfield.com

**Case/Debtor Name:**

Case Number: 13-53846
Chapter: 9
Hearing Judge: Hon. Steven Rhodes

⦿ Bankruptcy  ◯ Adversary
◯ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/10/2013    Time of Hearing: 330 pm    Title of Hearing: Davis motion for clarification

Please specify portion of hearing requested: ⦿ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

[X] Expedited Transcript - $4.85 per page (7 working days)

**Signature of Ordering Party:**

/s/ Robin Wysocki    Date: 10/10/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By

Order Received:
Transcript Ordered
Transcript Received