UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                             :
In re                                        :   Chapter 9
                                             :
CITY OF DETROIT, MICHIGAN,                   :   Case No. 13-53846
                                             :
              Debtor.                        :   Hon. Steven W. Rhodes
                                             :
                                             :
-------------------------------------------------------x
```

## AMENDED NOTICE OF DEPOSITION
## UNDER FED. R. CIV. P. 30 AND FED. R. BANKR. P. 7030

To: The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW")

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit ("the City"), by and through its undersigned counsel (and after conferring with counsel for UAW regarding time and place), will take deposition upon oral examination of **Michael Nicholson** at **9:00 a.m.** on **October 16, 2013** (Wednesday), at the offices of Jones Day in Chicago, located at 77 West Wacker, Chicago, Illinois 60601-1692.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. The deposition will be recorded by stenograph for the purpose of

discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: October 10, 2013  Respectfully submitted,

 /s/ Bruce Bennett
Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

## Certificate of Service

    I, Bruce Bennett, hereby certify that the foregoing Notice of Video Deposition under Fed. R. Civ. P. 30 and Fed. R. Bankr. P. 7030 was filed and served via the Court's electronic case filing and noticing system on this 10th day of October, 2013.


Dated: October 10, 2013

                                                /s/ Bruce Bennett
                                                Bruce Bennett