**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

```
-------------------------------------------- x
                                             :
In re                                        :           Chapter 9
                                             :
CITY OF DETROIT, MICHIGAN,                    :           Case No. 13-53846
                                             :
                    Debtor.                   :           Hon. Steven W. Rhodes
                                             x
```

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 11, 2013, he caused a true and correct copy of *DEBTOR'S COMBINED OBJECTION AND MEMORANDUM OF LAW OPPOSING THE MOTION AND INCORPORATED MEMORANDUM OF LAW BY PARTY-IN-INTEREST THOMAS GERALD MOORE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW CIVIL LITIGATION TO PROCEED FOR DISCOVERY PURPOSES AND/OR TO RECOVER ANY INSURANCE COVERAGE UNDER DEFENDANTS' HOMEOWNERS INSURANCE POLICIES* to be served upon counsel as listed below, via First Class United States Mail:

Jay S. Kalish
JAY S. KALISH & ASSOCIATES, P.C.
28592 Orchard Lake Road, Suite 360
Farmington Hills, MI 48334

By: /s/Stephen S. LaPlante
Stephen S. LaPlante
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
laplante@millercanfield.com

DATED: October 11, 2013