UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the 1st day of October, 2013, the State of Michigan's First Production of Documents was served on the following persons by Federal Express, Priority Overnight:

Peter D. DeChiara
Cohen Weiss & Simon, LLP
330 West 42nd Street
New York, NY 10036-6979
Attorneys for UAW

Ms. Lynn Brimer
Strobl & Sharp, PC
300 E. Long Lake Rd, Suite 2000
Bloomfield Hills, MI 48304-2376
Attorneys for RDPMA

William Wertheimer
30515 Timberbrook Lane
Bingham Farms, MI 48025
Attorneys for Flowers/Webster

Dated: 10/11/13            by: /s/ Margaret A. Nelson
                               Margaret A. Nelson
                               Assistant Attorney General
                               Michigan Department of Attorney General
                               Counsel for the State of Michigan

9517901-1