# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHFERN DIVISION - DIVISION

In re:  Chapter 9

Case No. 13-53846

CITY OF DETROIT, MICHIGAN  Hon. Steven W. Rhodes

Debtor.
_____/

### ORDER GRANTING ST. MARTINS' MOTION FOR RELIEF FROM STAY

The Court, having read St. Martins' Motion For Releif from Stay, ; and being advised that all parties in interest have been given notice; and being advised that no objections were filed or received; and being otherwise fully advised in the premises;

**NOW THERFORE IT IS HEREBY ORDERED AND ADJUDGED**, that St. Martins Motion be, and hereby is, **GRANTED**;.

**IT IS FURTHER ORDERED AND ADJUDGED** that St. Martins shall be, and hereby is, allowed to pursue its defense of a Counterclaim, as well as its claim, presently pending in the Wayne County Circuit Court, in Case No. 12-016332-CZ.

_____
**BANKRUPTCY COURT JUDGE**

Dated: