# EXHIBIT 2

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHFERN DIVISION - DIVISION

In re:                                          Chapter  9

                                                Case No.  13-53846

CITY OF DETROIT, MICHIGAN                       Hon. Steven W. Rhodes

                        Debtor.
_____/

## NOTICE OF MOTION FOR RELIEF FROM STAY AND
## OPPORTUNITY TO RESPOND

To:    All Interested Parties

        Please take notice that St. Martins Cooperative filed a Motion seeking relief from stay for the purpose of pursuing a claim against the Detroit Water and Sewerage Department and to defend itself against a Counterclaim from Detroit Water and Sewerage Department.

        Your rights may be affected.  You should review these papers, and consult with an attorney if you choose.

        You have 14 days from the date of this Notice to object if you oppose this Motion or if you want the Court to consider any views you have on the Motion.  You may do so by: Filing an Objection or request for hearing, with an explanation with the United States Bankruptcy Court at 211 W. Fort Street, Suite 2100, Detroit Michigan 48226.  You must also mail a copy of that Objection on the undersigned.

        Upon the timely filing of an objection or request for a hearing, the clerk will schedule a hearing on this Motion and you will be notified of the date, time and location.

Failure to act writing the 14 day time period may result in the Court deciding that you do not oppose the relief sought and the Court may grant the relief sought.


LAW OFFICES OF LEE & CORRELL


By:  /s/ Michael K. Lee
MICHAEL K. LEE (P40012)
Attorneys for St. Martins Cooperative
24901 Northwestern Highway, Suite 113
Southfield, MI 48075
(248) 350-5900

Dated:  October 11, 2013