# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHFERN DIVISION - DIVISION

In re:                                              Chapter 9

                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN                           Hon. Steven W. Rhodes

                    Debtor.
_____/

## BRIEF IN SUPPORT OF MOTION FOR RELIEF FROM STAY

St. Martins Cooperative hereby incorporates by reference and relies upon the facts, arguments, authority and exhibits cited in the Motion for Relief from Stay as its Brief in Support of the Motion.

LAW OFFICES OF LEE & CORRELL

By: /s/ Michael K. Lee
    MICHAEL K. LEE (P40012)
    Attorneys for St. Martins Cooperative
    24901 Northwestern Highway, Suite 113
    Southfield, MI 48075
    (248) 350-5900

Dated: October 11, 2013