# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHFERN DIVISION - DIVISION

In re:                                          Chapter 9

                                                Case No. 13-53846

CITY OF DETROIT, MICHIGAN                       Hon. Steven W. Rhodes

              Debtor.
_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013, I filed with the Court via the Court's CM/ECF System the following papers: **Motion for Relief from Stay, Notice of Opportunity to Respond to Motion for Relief from Stay, Brief in Support,** and this **Certificate of Service.** The pleadings will be served on all parties who are required to receive service via the Court's Notice of Electronic Filing.

                                   /s/ Michael K. Lee
                                   MICHAEL K. LEE