# EXHIBIT B



**CITY OF DETROIT
LAW DEPARTMENT**

FIRST NATIONAL BUILDING
660 WOODWARD AVE., STE. 1650
DETROIT, MICHIGAN 48226-3535
PHONE 313·224·4550
FAX 313·224·5505
WWW.CI.DETROIT.MI.US

April 1, 2008

Florise Neville-Ewell
19535 Cumberland Way
Detroit, MI 48203

248.649.5667
Mark Wasvary

Re: St. Martin Cooperative

Dear Ms. Neville-Ewell

This is a confirmation of the meeting between the St. Martin Cooperative and the Detroit Water and Sewerage Department on Friday April 4 at 2:00 PM. The meeting will be in the office of Gary Watkins, Room 806 in the Water Board Building, located at 735 Randolph in Detroit.

Very truly yours,

Robert C. Walter
Senior Assistant Corporation Counsel
313-237-3074

RCW/trm

cc: George Ellenwood
Gary Watkins

{O:\DOCS\CONTRACT\WALTR\A42000\LTR\R_W2294.DOC}

KWAME M. KILPATRICK, MAYOR