# EXHIBIT C

MEMORANDUM

To: Robert Walter, Esq.

From: Flarise Neville-Ewell, Esq.

Re: Freedom of Information Act Request

Date: April 4, 2008

RECEIVED
APR 11 2008
CITY OF DETROIT
FREEDOM OF INFORMATION SECTION
LAW DEPARTMENT

Please forward a copy of any and all statements issued by the City of Detroit ("City") Water Department regarding the following:

1. Bills for past due water bills where the City has agreed customers to pay delinquent or old water bills in excess of 6 years or for bills that are more than 6 years old ("Bills"); and/or

2. Bills, as defined above, for residential customers; and/or

3. BILLS, AS DEFINED ABOVE, FOR MULTI-FAMILY HOUSING OR HOUSING UNITS IN EXCESS OF 5-10 UNITS; AND/OR

4. BILLS, AS DEFINED ABOVE, FOR MULTI-FAMILY HOUSING OR HOUSING UNITS IN EXCESS OF 10-20 UNITS; AND/OR

5. BILLS, AS DEFINED ABOVE, FOR ANY AND ALL CUSTOMERS OF THE CITY.

SINCERELY,

FLORISE R. NEVILLE-EWELL
NEVILLE-EWELL