# EXHIBIT D



**CITY OF DETROIT
LAW DEPARTMENT**

660 WOODWARD AVE.
1650 FIRST NATIONAL BUILDING
DETROIT, MICHIGAN 48226-3535
PHONE: 313-224-4550
FAX: 313-224-5505
WWW.CI.DETROIT.MI.US

---

## NOTICE OF RECEIPT OF FREEDOM OF INFORMATION ACT (FOIA) REQUEST

DATE: May 2, 2008

TO: Florise Neville-Ewell
19535 Cumberland Way
Detroit, MI 48203

Your FOIA request is dated: April 4, 2008

Your FOIA request was received on: April 11, 2008

If sent by fax, your request was consider received on:

Your FOIA request is for records pertaining to:

Copy of bill statements issued by the City of Detroit Water Department

From the following City of Detroit Department(s):

| | | | |
|---|---|---|---|
| ☐ | Buildings and Safety Engineering | ☐ | Environmental Affairs |
| ☐ | Health and Wellness Promotions | ☐ | Assessor |
| ☐ | Finance | ☒ | Water and Sewerage |
| ☐ | Detroit Police Department | ☐ | Public Works |
| ☐ | Detroit Fire Department | ☐ | Public Lighting |
| ☐ | EMS/Fire Department | ☐ | Planning and Development |
| ☐ | Municipal Parking | ☐ | Dept of Transportation |
| ☐ | Other: Administrative Hearings Department | | |

Your request will be processed immediately.

Your request has been assigned to:

Celesta Campbell
Assistant Corporation Counsel
Freedom of Information Section
City of Detroit Law Department
(313) 237-3068

G:\DOC'S\FOIA\mayew\32000\form\WAM0169.WPD   KWAME M. KILPATRICK, MAYOR