# EXHIBIT E

## FLORISE R. NEVILLE-EWELL
Attorney and Counselor

19535 Cumberland Way
Detroit, Michigan 48203-1457
(313) 892-0940 (PH) • (313) 892-5556 (FAX)
FNEVCOMM@AOL.COM

May 19, 2008

Celesta Campbell, Esq.
Assistant Corporation Counsel
Freedom of Information Section
City of Detroit Law Department

Re:  Response to letter dated May 2, 2008 regarding the "Notice of Receipt of Freedom of Information Act (FOIA) Request

Dear Ms. Campbell:

I am in receipt of the above-referenced letter regarding the FOIA request that I made on April 4, 2008; however, for the reasons noted, be advised that your letter reflects erroneous information that I feel compelled to correct and clarify.

First, be advised that the correct date that the law department received the FOIA request is April 4, 2008, not April 11, 2008. On that date, I hand delivered the same to Robert Walter, one of the lawyers in the law department, during a meeting at the Water Department (in the presence of my client's board members and officials at the Water Department). As a result, while I received a request for an extension from Robert Walter in accordance with the statute, the response from the law department is now untimely.

Second, please also note that the description of the FOIA request is inaccurate. Your letter states that it pertains to "copy of bill statements issued by the City of Detroit Water Department." As labeled, complying with the request would be impossible; indeed, the net effect of stating the request as you have done is to make a mockery of my request.

In fact, the FOIA request asked for records reflecting any delinquent water bills that the Water Department has charged clients that date back six years or more. In addition, at the meeting, I specifically provided Robert Walter with an address of a customer who had represented to me that her family had been charged for water bills dating back in excess of six years.

Celesta Campbell, Esq.
Assistant Corporation Counsel
Freedom of Information Section
City of Detroit Law Department
Page Two

The inaccurate characterization of the FOIA request concerns me and makes it appear as if the City of Detroit Law Department is attempting to avoid complying with the request. Accordingly, please mail a copy of the document that you received so that I can make sure that the request that I delivered is the same one that your letter references. In that letter, please also advise of the status of the request.

Sincerely,
NEVILLE-EWELL PLLC

Florise R. Neville-Ewell
Enclosures

FN-E/bh