# EXHIBIT F

# Michigan Facility Management LLC
124 Highland - Lake Orion, MI 48362
313-790-3298
jpphillipsss@gmail.com

January 22, 2009

Gary Watkins, Commercial Operations Manager
City of Detroit, Water and Sewer Department
735 Randolph Street
Detroit, MI 48226-2830

Dear Mr. Watkins,

Regarding St. Martins Cooperative, this letter is my follow up to your letter dated June 24, 2008. I have completed my review and documentation of the five St. Martins Cooperative water and sewer bills. I want to thank your staff for their help in researching this problem. A. B. Covington was able to help me understand how the bills are actually calculated by your department. Dejuay McKay working with Deloris Greer from the property management company was able to fill in several blanks in our documentation by providing copies of old bills. Accurate documentation and calculation of the bills would not have been possible without your staff's assistance.

As we have all now agreed the root of the problem was an error made prior to 1975 when the size of the property was mistakenly documented as 24.05 acres. The actual size of the property totals 4.63 acres. This error resulted in incorrect drainage billing calculations starting in 1975 for all five accounts.

In our review of the actual bills from June 1999 through October 2008 we also discovered St. Martins was being charged an inappropriate Industrial Waste Charge. These charges are included in our calculations of the overpayments and are also included in the refund balance due to St. Martins.

The actual old bills and the copies of the actual checks cashed by the City of Detroit made it possible for me to reconstruct the entire billing and payment history from June, 1999 through December, 2008 for all five accounts. I also was able to construct a calculation of the overpayments made by St. Martins Cooperative from September, 1975 through May, 1999. The actual old bills and copies of the payment checks were not available for this time period. Since the overpayments were a calculated number based on acreage, rather than a metered calculation, the overpayments were simple to calculate based on the billing rates for the months in question. Using the billing rates provided by your department we were able to accurately calculate the overpayments made from September, 1975 through May, 1999.

Several billing calculation corrections have been made by DWSD since we started this investigation in the fall of 2006; the latest was in June, 2008. As new bills arrived with new calculation methods in place the new numbers were included in our documentation of the bills and payments. All of these adjustments have been included in the final calculations. As of the June 27, 2008 billing date the DWSD calculation of the 5 accounts appears to be correct.

The following numbers are my calculation of the amount due to St. Martins Cooperative due to overpayments made since 1975. I have included the DWSD refund calculation from your June 24, 2008 letter for comparison. Copies of the complete documentation and calculation of these numbers are available for your review.

| ACCOUNT # | 20.0920.300 | 20.0921.301 | 20.0922.301 | 20.0923.300 | 20.0924.300 | TOTAL |
|---|---|---|---|---|---|---|
| **DWSD CALCULATION OF REFUND DUE PER 6/24/08 LETTER** | | | | | | |
| | $838.64 | ($37,171.87) | ($42,219.88) | $35,491.05 | ($14,703.43) | ($57,765.49) |
| **OUR CALCULATION OF REFUND DUE FOR ONLY THE LAST 6 YEARS IF STARTING WITH A $0.00 BALANCE ON 1/01/02** | | | | | | |
| 1/01/02 – 12/31/08 | $10,217.52 | ($100,353.85) | ($55,185.17) | $31,272.95 | ($21,066.81) | ($135,115.36) |
| **OUR CALCULATION OF TOTAL REFUND DUE FROM 9/75 - 12/08** | | | | | | |
| 9/75 - 5/99 | ($14,377.92) | ($132,787.67) | ($86,196.24) | ($16,892.24) | ($40,888.01) | ($291,142.08) |
| 6/99 - 12/08 | $4,994.05 | ($146,050.50) | ($84,955.63) | $25,755.45 | ($35,321.30) | ($235,577.93) |
| TOTAL 9/75 - 12/08 | ($9,383.87) | ($278,838.17) | ($171,151.87) | $8,863.21 | ($76,209.31) | ($526,720.01) |

The combined credit balance for the five accounts now totals $526720.01 and would have been higher if, by agreement with DWSD, St. Martins had not suspended paying any bills at all in 2006. We are recommending the St. Martins Cooperative Board of Directors request a full refund in this amount.

Sincerely,

James Phillips