# EXHIBIT G

CITY OF DETROIT
LAW DEPARTMENT

660 WOODWARD AVENUE
1650 FIRST NATIONAL BUILDING
DETROIT, MICHIGAN 48226-3535
PHONE: 313-224-4550
FAX: 313-224-5505
WWW.CI.DETROIT.MI.US

March 3, 2009

Florise Neville-Ewell
19535 Cumberland Way
Detroit, MI 48203

Re: St. Martin Cooperative

| Address | Account No. |
|---|---|
| 19820-38 Monte Vista | 20.0920.300 |
| 19780 Monte Vista | 20.0921.301 |
| 19781-815 Monte Vista | 20.0922.301 |
| 10710 St. Martin | 20.0923.300 |
| 10600 St. Martin | 20.0924.300 |

Dear Ms. Neville-Ewell:

The Detroit Water and Sewerage Department has reviewed the documents that you submitted on February 10, 2009 concerning the accounts of the St. Martin Cooperative. DWSD does not believe that there is any legal basis for giving the Cooperative a credit or refund for bills and payments that are over six years old.

As I explained in my letter of June 21, 2007, these matters are governed by a six-year statute of limitations. The credits for overcharges that DWSD has already given to the Cooperative represent the extent of its legal liability. It will go no further and will offer no further compensation to your client. If your client wishes to pursue this matter further, it will have to do so in court.

Some of the accounts have large credit balances. DWSD is still willing to apply the credit balances to the amounts owed on the other accounts and refund the balance to the Cooperative. If the Cooperative wishes to take advantage of that, it can send a written request to Mr. Gary Watkins at the Water Board Building.

Very truly yours,

Robert C. Walter
Senior Assistant Corporation Counsel
313-237-3074

{O:\DOCS\CONTRACT\WALTR\42000\LTR\R_W2294.DOC}



RCW/lrm

cc: George Ellenwood, DWSD
Gary Watkins, DWSD
A.B. Covington

{G:\DOCS\CONTRACT\WALTR\A42000\LTRIR_W2294.DOC}