# EXHIBIT I

## LAW OFFICES
## LEE & CORRELL
*A Non-Partnership Affiliation of Professional Corporations*

----◇----

Lee and Associates, P.C.
Michael K. Lee
Erika Pennil
Tasha H. Washington
Katherine L. Root
Julian R. Williams

24901 Northwestern Highway, Suite 113
Southfield, MI 48075
(248) 350-5900
(248) 350-9865 (Facsimile)

Raymond A. Correll, P.C.

----◇----

Of Counsel
Richard B. Beemer

January 7, 2009

**HAND DELIVERED**
City of Detroit
Department of Water and Sewerage
735 Randolph Street
Suite 806
Detroit, MI 48226

Re: *Village Center, et al v City of Detroit, Department of Water and Sewerage*
U.S. District Court Case No. 07-12963

To Whom It May Concern:

Please be advised that this office represents St. Martins Cooperative. This correspondence is a request by my client, St. Martins Cooperative Management Systems, to be **Excluded** from, or opt out of, the class for the purpose of the pending settlement proposed in the above-captioned matter. Should you have any questions, or need any further action by me, please do not hesitate to contact me.

Very truly yours,

LAW OFFICES OF LEE & CORRELL

Michael K. Lee
mlee@leeandcorrell.com

MKL/