# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                          Chapter 9

City of Detroit, Michigan,                      Case No. 13-53846

      Debtor.                                Hon. Steve W. Rhodes

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

      Between August 12, 2013 and October 11, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service lists attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C**, **Exhibit D**, **Exhibit E**, **Exhibit F**, **Exhibit G**, **Exhibit H**, **Exhibit I**, **Exhibit J**, and **Exhibit K**:

- **Notice of Commencement of Case Under Chapter 9, Notice of Automatic Stay and Purposes of Chapter 9, Notice of Deadline and Procedures for Filing Objections to the Chapter 9 Petition and Notice of City's Motion to Limit Notice** [Docket No. 298]

Dated: October 11, 2013

                                        /s/ Lydia Pastor Nino
                                        Lydia Pastor Nino
                                        KCC
                                        2335 Alaska Ave
                                        El Segundo, CA 90245
                                        Tel 310.776.7386

# Exhibit A

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Abernathy, Valerie | | 530 Newport St | | | Detroit | MI | 48215 |
| Allen, Donald Sr and Linda Allen | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Armstrong, Melody | | 611 Victoria Dr W | | | Detroit | MI | 48215 |
| Asabigi, Jacqueline and Kanzoni Asabigi | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Bakowski, Carol | | 4637 University Place | | | Detroit | MI | 48215-3925 |
| Bantom, Cynthia and David Bantom | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Barber, Arnold and Ula Barber | | 610 N Piper Court | | | Detroit | MI | 48215 |
| Barton, Clayton and Linda Barton | | 5015 Lannoo St | | | Detroit | MI | 48236-2158 |
| Bradley, Kimberly and Marcas Bradley | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Brown, Valarie and Willie Brown | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Bullock, Brenda | | 5031 Lannoo St | | | Detroit | MI | 48236-2158 |
| Caldwell, Linda | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Cleaves, Shamone | | 21793 McCormick St | | | Detroit | MI | 48236-2109 |
| Cook, Augustine and Charles Cook | | 13121 Victoria Park Dr N | | | Detroit | MI | 48215 |
| Cook, Shawna and William Cook | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Crowell, Clara | | 531 Newport St | | | Detroit | MI | 48215 |
| Dennis, Fannie and Marshall Dennis | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Dodson, Marian and Stanely May | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Dorsette, David and Yvette Dorsette | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Drumb, Alisa and Richard Drumb | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Dunlap, Ruben and Wilma Dunlap | | 591 N Park St | | | Detroit | MI | 48215 |
| Fuller, Franklin | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Glenn, Cora | | 471 New Town St | | | Detroit | MI | 48215 |
| Goudy, Norris | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Graham, Louis | | 16700 Chandler Park Dr | | | Detroit | MI | 48224-2075 |
| Green, Adrian and Veronica Green | | 12244 E Outer Dr | | | Detroit | MI | 48224-2691 |
| Grundy, Deborah and Kenneth Grundy | | 5960 Hillcrest St | | | Detroit | MI | 48236-2108 |
| Hampton, Carolyn | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Hasal, Shyla | | 5651 Lannoo St | | | Detroit | MI | 48236-2139 |
| Haywood, Mark and Lynette Haywood | | 571 Newport St | | | Detroit | MI | 48215 |
| Huffman, Charles Jr and Shannon Huffman | | 18741 Chandler Park Dr | | | Detroit | MI | 48236-2121 |
| Hughes, Wanda | | 5776 Whittier St | | | Detroit | MI | 48224-2636 |
| Hughes-Allen, Camellia | | 511 New Town St | | | Detroit | MI | 48215 |
| Inwood, Sylvia | | 5200 LaFontaine St | | | Detroit | MI | 48236-2231 |
| Jackson, Karon and Robert Jackson | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Janness, Denise and Paul Janness | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Jemison, Donna | | 580 Newport St | | | Detroit | MI | 48215 |
| Jenkins, Michael | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Joe, Juanita | | 5056 Lannoo St | | | Detroit | MI | 48236-2157 |
| Johnson, Anthony | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Johnson, Lanetta | | 5982 Whittier St | | | Detroit | MI | 48224-2638 |
| Kennedy, Charlotte and Kevin Kennedy | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re City of Detroit, Michigan
Case No. 13-53846

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Lang, Davida and Timothy Lang | | 18736 Chandler Park Dr | | | Detroit | MI | 48236 |
| Lee, Annette and Benjamin Lee | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Lewis, Daniel | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Lindsay, Joseph Jr, Lorinda Lindsay, Daisy Lindsay and Joseph Lindsay Sr | | 4105 Somerset St | | | Detroit | MI | 48224-3462 |
| Manciel, Leonard | | 4514 Woodhall St | | | Detroit | MI | 48224-2225 |
| Mayes, Michelle and Jesse Mayes | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| McAlister, Donna and Wilbert McAlister | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| McClain, Joneke | | 5211 Lannoo St | | | Detroit | MI | 48236-2137 |
| McGraw, Daaron and Tiffany McGraw | | 21809 McCormick St | | | Detroit | MI | 48236-2109 |
| Mitchell, Richard and Sonja Mitchell | | 530 Victoria Park Dr W | | | Detroit | MI | 48215 |
| Mitchell, Stephanie | | 610 New Town St W | | | Detroit | MI | 48215 |
| Moore, Marilyn | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Nash, IV Jr | | 4142 Somerset Ave | | | Detroit | MI | 48224-3467 |
| Nassar, Ernest | | 5098 Kensington Ave | | | Detroit | MI | 48224-2620 |
| Neal, Lillye and Jerome Neal | | 12317 E Outer Dr | | | Detroit | MI | 48224-2626 |
| Newton, Alfonso and Janice Newton | | 610 N Eastlawn Court | | | Detroit | MI | 48215 |
| Paul, Marta | | 5020 Lannoo St | | | Detroit | MI | 48236-2157 |
| Peterson-Slay, Rosie and Vickler Slay | | 550 S Piper Court | | | Detroit | MI | 48215 |
| Phillips, Annie and Howard Phillips | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Pitts, Freddie Jr and Myra Pitts | | 4603 Nottingham Rd | | | Detroit | MI | 48224-3423 |
| Price, Bonnie and Cleveland Price | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Pross, Terry | | 5275 Lannoo St | | | Detroit | MI | 48236-2137 |
| Randall, Leroy Jr and Myldretta Randall | | 521 S Eastlawn Court | | | Detroit | MI | 48215 |
| Rice, Rodger and Susan Rice | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Rich, Clarence and Wynter Rich | | 5044 Lannoo St | | | Detroit | MI | 48236-2157 |
| Sabil, Robert | | 18752 Chandler Park Dr | | | Detroit | MI | 48236-2122 |
| Sanford, Michael and Pamela Sanford | | 5901 Hillcrest St | | | Detroit | MI | 48236-2107 |
| Shillingford, Muriel and Jira Coumarbatch | | 570 N Eastlawn Court | | | Detroit | MI | 48215 |
| Simmons, Deon and Juanita Simmons | | 5783 Whitter St | | | Detroit | MI | 48224-2635 |
| Sklar, Jeffery and Sharon Sklar | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Smith, Carla | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Smith, Charles II and Rose Smith | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Smith, Lois Jean and Paul Smith | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Smith-McFarland, Kashema | | 19150 Mallina St | | | Detroit | MI | 48236 |
| Stewart, JoAnn and Paul Stewart | | 13221 Victoria Park Dr N | | | Detroit | MI | 48215 |
| Stults, Jenelle and Ron Stults | | 21753 Moross Rd | | | Detroit | MI | 48236 |
| Tate, Jennifer and Raymond Tate | | 5716 Hillcrest St | | | Detroit | MI | 48236 |
| Teresa Dickerson | | 21816 McCormick St | | | Detroit | MI | 48236-2110 |
| Thurman, Jeffrey and Yolanda Thurman | | 561 Victoria Park Dr W | | | Detroit | MI | 48215 |
| Tye, Doreen | | 5265 Lannoo St | | | Detroit | MI | 48236 |
| Watkins, Carrecia | | 5921 Hillcrest St | | | Detroit | MI | 48236 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Wells, Catherine and Richard Wells | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Williams, Dawn and Robert Williams | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Williams, Jerome and Vanessa Williams | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Wright, Beverly and Ray Lewis | | 21900 Moross Rd | | | Detroit | MI | 48236 |

# Exhibit B

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Christine Johnson | c/o Lee Roy H. Temrowski | Temrowski & Temrowski | 45109 Van Dyke Ave | Utica | MI | 48137 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt   Doc 1165   Filed 10/11/13   Entered 10/11/13 17:06:33   Page 7 of 32

# Exhibit C

**Exhibit C**
**Served via First Class Mail**
**on August 20, 2013**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kaln Hunt | c/o Thomas B. Calcatera, Esq. | Bernstein & Bernstein | 45109 Van Dyke Ave | Utica | MI | 48137 |
| Kalyn Hunt | c/o Michelle Armstrong | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

# Exhibit D

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Fonda Foster | c/o David J Jarret | David J Jarret PC | 12820 Ford Rd Ste 1 | Dearborn | MI | 48126-3350 |

In re City of Detroit, Michigan
Case No. 13-53846

Page 1 of 1

# Exhibit E

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Bio-Magnetic Resonance Inc. (Re: Rovert Heard) | c/o Geoffrey S Wagner | Giarmarco Mullins & Horton PC | 101 W Big Beaver Rd 10th Fl | | Troy | MI | 48084 |
| Bio-Magnetic Resonance Inc. (Re: Rovert Heard) | c/o Larry W Bennett | Giarmarco Mullins & Horton PC | 101 W Big Beaver Rd 10th Fl | | Troy | MI | 48084 |
| Keith Maddox | Plaintiff In Pro Per | G. Robert Cotton Correctional Facility | 3510 Elm St | | Jackson | MI | 49201-8877 |
| Patricia Ramirez | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 1165    Filed 10/11/13    Entered 10/11/13 17:06:33    Page 13 of 32

# Exhibit F

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Hunter L. Todd | Plaintiff In Pro Per | 14944 Ashton | | Detroit | MI | 48223 |
| Warren Chiropractic & Rehab Clinic PC (Gretchen Smith) and Priority Patient Transport LLC | c/o Laurie J. Goldstein | Haas & Goldstein PC | 31275 Northwestern Hwy Ste 225 | Farmington Hills | MI | 48334-2533 |

# Exhibit G

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Adams, Leroy | Cary Makrouer | 1000 Town Center | | | Southfield | MI | 48075 |
| Adams, Stacy | Nicholas M. Marchenia, Atty. | 30000 Town Center. Suite 1800 | | | Southfield | MI | 48075 |
| Addy, Tamika (minor) | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Alford, Marlon | David T. Hill | 28900 Woodward | | | Royal Oak | MI | 48067 |
| Allen, Corletta | Brian Kutinsky | 25505 W. 12 Mile Rd. | | | Southfield | MI | 48034 |
| Amica Auto Home Life a/s/o Manal Chebli | a/s/o Manal Chebli | P.O. Box 9690 | | | Providence | RI | 02940 |
| Amtrak | | 525 East St. | | | Rensselaer | NY | 12144 |
| Anderson, Angela | | 1115 w. Canfield | | | Detroit | MI | 48201 |
| Anderson, Dayvida | | 1115 Canfield, Apt. 50 | | | Detroit | MI | 48201 |
| Anderson, Patricia | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Anderson, Yolanda | | 5500 Dickerson | | | Detroit | MI | 48213 |
| Andrews, Brenda | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Anjorin, Stephen V City Of Detroit, 12-Cv-13393 | | 2440 West Euclid, Ste. 100 | | | Detroit | MI | 48206 |
| Anthony, Jr., William | | 477 Lakewood | | | Detroit | MI | 48215 |
| Armstrong, Alexis | Lawrence C. Falzon | 25899 W. 12 Mile Rd., Suite 220 | | | Southfield | MI | 48034 |
| Atkins, Lashawn | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Aurand, Glenn | Michigan Auto Law | 30101 Northwestern Hwy. | | | Farmington Hills | MI | 48334 |
| Badgett, Mario | | 8641 Littlefield | | | Detroit | MI | 48228 |
| Barnes, Tisha | Michael R. Shaffer | 30101 Northwetern Hwy. | | | Farmington Hills | MI | 48334 |
| Benson, Lynette | | 19141 Ohio | | | Detroit | MI | 48221 |
| Berry, Kim | | 17702 Beech Daly | | | Redford | MI | 48240 |
| Blevins, Corey | Brian Kutinsky | 25505 W. 12 Mile Rd. | | | Southfield | MI | 48034 |
| Booker, Shantel | Robert J. Malleis | 21700 Green field Rd. Suite 305 | | | Oak Park | MI | 48237 |
| Boston, Johnnie | Thomas Calcatera | 3000 Town Center, Suite 1601 | | | Southfield | MI | 48075 |
| Bradley, Rebecca | Steven Reifman | 30000 Town Center, Suite 1800 | | | Southfield | MI | 48075 |
| Bricest, Ernest | Harvey M. Howitt | 18831 w. 12 Mile Rd | | | Lathrup Village | MI | 48076 |
| Bricest, Tammy | Harvey M. Howitt | 18831 w. 12 Mile Rd | | | Lathrup Village | MI | 48076 |
| Bridgewater, Lorissa | | 18514 Snowden | | | Detroit | MI | 48235 |
| Briscoe, Lakeisha n/f/o Trevae Briscoe | Hadley J. Wine | 27200 Lahser | | | Southfield | MI | 48037 |
| Brown, Cecilia | Patricia A. Stoll | 24460 Telegraph Rd. | | | Southfield | MI | 48033 |
| Brown, Eric | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Brown, Freddie Jr. | Jason Berger | 333 Fort St., Suite 1400 | | | Detroit | MI | 48226 |
| Brown, Sandra M. | | 15120 Plainview | | | Detroit | MI | 48223 |
| Brumfield, Christiana | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Brumfield, Cluddie | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Burgess, Brianna (minor) | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Butler, Carl | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Butler, Karolynda | Keith M. Banka | 23855 Northwestern hwy. | | | Southfield | MI | 48075 |
| Cade, Alyse | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Campbell, Andre | Sam E. Elia | 26555 Evergreen Rd., Suite 1315 | | | Southfield | MI | 48076 |
| Cannon, Vincent | | 19721 Hasse | | | Detroit | MI | 48234 |
| Carpenter, Lashanda | | 8890 Ashton | | | Detroit | MI | 48228 |
| Carter, Cornel (a minor) | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit G
Served via First Class Mail
on September 6, 2013

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Carter, Maxine | | 14972 Greenfield Rd. #406 | | | Detroit | MI | 48227 |
| Carver, Gharian | | 2990 Franklin Rd, #151 | | | Southfield | MI | 48034 |
| Cesar, Jose (Recovery) | | | | | | | |
| Christian, Felicia Y. | Jeffrey A. Bussell | 26555 Evergreen Rd. Suite 1530 | | | Southfield | MI | 48076 |
| Church Mutual Insurance a/s/o Portia Grimes | | 3000 Schuster Lane | P.O. Box 357 | | Merrill | WI | 54452 |
| Clark, Lakeisha | Daniel G. Romano | 26555 Evergreen, Suite 1500 | | | Southfield | MI | 48075 |
| Clark, Roderick | | 18934 Lahser | | | Detroit | MI | 48219 |
| Clay, Steven | | 14445 Spring Garden | | | Detroit | MI | 48205 |
| Cnaty, Twanna | | 19713 Rogge | | | Detroit | MI | 48234 |
| Cobb, Ashley | Varjabedian Atty | 29777 Telegraph Rd., Suite 2175 | | | Southfield | MI | 48034 |
| Coleman, Arnold | Christopher Trainor | 9750 Highland Rd. | | | White Lake | MI | 48386 |
| Coleman, Aubronique | L. Louie Andrepoulos | 28900 Woodward | | | Royal Oak | MI | 48067 |
| Coleman, Charles | Joumana Kayrouz | 1000 Town Center, Suite 550 | | | Southfield | MI | 48075 |
| Coleman, Sarah | William J. McHenry | 30903 Northwestern hwy., suite 250 | | | Farmington Hills | MI | 48334 |
| Comer, Aleta | James B. Wendy | 25657 Southfield Rd. | | | Southfield | MI | 48075 |
| Conway, II, Lawrence | | 19466 Beland | | | Detroit | MI | 48234 |
| Cooper, Jermaine C. | | 8261 Rivard | | | Warren | MI | 48089 |
| Cowan, Barbara | | 2575 Cadillac Blvd., Apt. 7 | | | Detroit | MI | 48214 |
| Coward, Shonleeka | Jason R. Jonca | 33039 Schoolcraft | | | Livonia | MI | 48150 |
| Craig, Rhonda | Elizabeth Quinton | 25657 Southfield | | | Southfield | MI | 48075 |
| Cromer, Rica | | 15770 St, Marys | | | Detroit | MI | 48227 |
| Curry, Allan | Jonca Law Group | 33039 Schoolcraft | | | Livonia | MI | 48150 |
| Davis, Christal | Glenn H. Oliver | 25505 W. 12 Mile Rd., Suite 1315 | | | Southfield | MI | 48034 |
| Davis, Mark | Sam E. Elia | 26555 Evergreen Rd., Suite 1315 | | | Southfield | MI | 48076 |
| Davis, Tamiko | Barton C. Rachwal | 30400 Telegraph Rd., Suite 470 | | | Bingham Farms | MI | 48025 |
| Davis, Veronica | Steven Reifman | 30000 Town Center, Suite 1800 | | | Southfield | MI | 48075 |
| Dickerson, Nacal | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Dillard, James | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Doe, Jane | DECEASED NO INFORMATION | | | | | | |
| Dowdy, Paris | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Easley, Gloria | | 3380 E. Vernor | | | Detroit | MI | 48207 |
| Eaton, Sharday | Dennis A. Ross | 14901 Northwestern Hwy., Suite 122 | | | Southfield | MI | 48075 |
| Edwards, Christian | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Ellis, Martin | | 45 Regal Place | | | Grosse Pointe | MI | 48236 |
| Esurnace a/s/o Dquintz Alexander | | 1122 Alma Rd., Suite 100 | | | Richardson | TX | 75081 |
| Field, Lauren T. | | 17584 Whitcomb | | | Detroit | MI | 48235 |
| Fields, Jamie V Cod 11-009209 Ck | Jamie Fields | 555 Brush # 2409 | | | Detroit | MI | 48226 |
| Finley, Gloria | Lee Steinberg | 30500 Northwestern hwy., Suite 400 | | | Farmington Hills | MI | 48334 |
| Foster, Fonda | David J. Jarrett | 12820 Ford Rd., Suite 1 | | | Dearborn | MI | 48126 |
| Fox, Angel L. | | 13194 E. Outer Dr. | | | Detroit | MI | 48224 |
| Fuqua, Rashad | | 2226 Hazelwood | | | Detroit | MI | 48206 |
| Gaines, Ernest | | 8656 Marcus | | | Detroit | MI | 48213 |
| Gaskin, Brian | David T. Hill | 28900 Woodward | | | Royal Oak | MI | 48067 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 2 of 7
13-53846-tjt    Doc 1165    Filed 10/11/13    Entered 10/11/13 17:06:33    Page 18 of 32

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Gilbert, Brandon | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Girouard-Bono, Carol | | 1056 Hesser | | | St. Clair | MI | 48063 |
| Givens, Phillip | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Goff, Fay D. | | 20403 Mendota | | | Detroit | MI | 48221 |
| Goines, Maria | Elizabeth D. Klein | 31731 Norhtwestern Hwy., Suite 333 | | | Farmington Hills | MI | 48334 |
| Goines, Shykesha | Brian J. Nagy | 17000 W. 10 Mile Rd., 2nd Floor | | | Southfield | MI | 48075 |
| Goodman, Cathy | Ronald K. Weiner | 23077 Greenfield, Suite 557 | | | Southfield | MI | 48075 |
| Goodman, Kenneth | Jason P. Kief | 21411 Civic Center Dr., Suite 306 | | | Southfield | MI | 48076 |
| Goodwin, William | Paul Wheatley | 24901 Northwestern Hwy., Suite 700 | | | Southfield | MI | 48075 |
| Gray, Vanita | Marc J. Shfman | 17000 W. 10 Mile Rd., suite 150 | | | Southfield | MI | 48075 |
| GREEN, TreAndis | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Grice, Ernestine | Gerald H. Acker | 17000 W. 10 Mile Rd. 2nd Floor | | | Southfield | MI | 48075 |
| Grimes, Portia | | 2105 Sheldon Rd. | Apt. 205 | | Canton | MI | 48187 |
| Grissby, Rudy | Robert J. Malleis | 21700 Green field Rd. Suite 305 | | | Oak Park | MI | 48237 |
| Grundy, Daja | Ronald K. Weiner | 23077 Greenfield, Suite 557 | | | Southfield | MI | 48075 |
| Grundy, Darchell | Ronald K. Weiner | 23077 Greenfield, Suite 557 | | | Southfield | MI | 48075 |
| Gunn, Latasha | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Guyton, Victor | | 21620 Beaconsfield | | | St. Clair | MI | 48080 |
| Hall, Robert | Daniel G. Romano | 26555 Evergreen, Suite 1500 | | | Pleasant Ridge | MI | 48069 |
| Hardricks, Elijah | Lee Roy Temorwski | 45109 Van Dyke | | | Utica | MI | 48317 |
| Harmon, Judy / AMTRAK CASE | | 1733 W. 67th St., # 2B | | | Chicago | IL | 60649 |
| Harris - Burton, Bettie | | 2564 Fischer | | | Detroit | MI | 48214 |
| Harris, Jerry | | 9390 uincy | | | Detroit | MI | 48204 |
| Harris, Reshawn | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Harris, Shannon | | 5434 Haverhill | | | Detroit | MI | 48224 |
| Harris-Barnes, Jennifer | Daniel G. Romano | 26555 Evergreen, Suite 1500 | | | Southfield | MI | 48075 |
| Hartford Insurance Company | | P.O. Box 68941 | | | Indianapolis | IN | 46268 |
| Hassan, Henry | Daniel G. Romano | 26555 Evergreen, Suite 1500 | | | Southfield | MI | 48075 |
| Hatcher, Larry | Jenna Dabaja | 29777 Telegraph Rd., Suite 2175 | | | Southfield | MI | 48034 |
| Havard, Deante | | 19651 Caldwell | | | Detroit | MI | 48214 |
| Hawkins, Bobby C. V City Of Detroit Water & Sewage Dept. 13-200945 | | 3181 E. Outer Drive | | | Detroit | MI | 48234 |
| Heath, Shirley | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Henderson, Jewel | | 825 College Blvd., Suite 102-626 | | | Oceanside | CA | 92057 |
| Hesson, Wilfred | | 2521 Marlbourough | | | Detroit | MI | 48215 |
| Higganbotham, Shirley | Glenn H. Oliver | 25505 W. 12 Mile Rd., Suite 1315 | | | Southfield | MI | 48075 |
| Hill, Alandus | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Holland, Dezarae (minor) | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Holt, Kenneth | Jodi M. Fox | 3000 Town Center | | | Southfield | MI | 48075 |
| Hornaday, Richard | Kevin Geer | 15129 Kercheval | | | Grosse Pointe | MI | 48236 |
| Howard, Ava | Stuart Eisnberg | 615 Griswold, Auite 1325 | | | Detroit | MI | 48226 |
| Howard, Jean | | 18066 Dequinder | | | Detroit | MI | 48234 |
| Hudson, Darius | Jason R. Jonca | 33039 Schoolcraft | | | Livonia | MI | 48150 |
| Hudson-Burrell, Laura | | 17357 Pinehurst | | | Detroit | MI | 48221 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Hutson III, Thelton | Nicholas M. Marchenia, Atty. | 30000 Town Center. Suite 1800 | | | Southfield | MI | 48075 |
| Isom, Evangeline | | 1410 Washington, #1305 | | | Detroit | MI | 48226 |
| Ivory, Ebonie | | 3000 Town Center, | Suite 1800 | | Southfield | MI | 48075 |
| Jackson, Barbara | Jason M. Berger | 333 Fort St., Suite 1400 | | | Detroit | MI | 48226 |
| Jackson, Deborah | Martin G. Deutch | 27200 Lahser, Suite 201 | | | Southfield | MI | 48075 |
| Jackson, Johnny | | 15941 Fairfield | | | Detroit | MI | 48238 |
| Jackson, Shirley | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Jernigan, Breanna | Robert J. Malleis | 21700 Green field Rd. Suite 305 | | | Oak Park | MI | 48237 |
| Johnson, Anthony | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Johnson, Brandy | Daniel G. Romano | 26555 Evergreen, Suite 1500 | | | Southfield | MI | 48075 |
| Johnson, Christine | | 7360 Greenview | | | Detroit | MI | 48228 |
| Johnson, Comecia | | 9582 Evergreen Rd. | | | Detroit | MI | 48228 |
| Johnson, Edward | Jason R. Jonca | 33039 Schoolcraft | | | Livonia | MI | 48150 |
| Johnson, Kenyotta | Jason R. Jonca | 33039 Schoolcraft | | | Livonia | MI | 48150 |
| Johnson, Timothy | Jeffrey A. Bussell | 26555 Evergreen Rd. Suite 1530 | | | Southfield | MI | 48076 |
| Jones, Alonza | Brian L. Fantich | 30833 Norhwestern Hwy., Suite 206 | | | Farmington Hills | MI | 48334 |
| Jones, Channing | | 19957 Pierson | | | Detroit | MI | 48219 |
| Jones, Fred | | 3501 Woodward ave. | | | Detroit | MI | 48201 |
| Jones, Luther | Steven Reifman | 30000 Town Center, Suite 1800 | | | Southfield | MI | 48075 |
| Jones, Robert | Daniel G. Romano | 26555 Evergreen, Suite 1500 | | | Southfield | MI | 48075 |
| Jones, Rosie | Goodman Acker | 17000 W. 10 Mile Rd., 2nd Floor | | | Southfield | MI | 48075 |
| Jordan, David | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Keith, Miata | | 30 E. Warren, Apt. 615 | | | Detroit | MI | 48201 |
| Kelsey, Fred A. | | 15351 Braile | | | Detroit | MI | 48223 |
| Kemp, Leslie | Kevin Geer | 15129 Kercheval | | | Grosse Pointe | MI | 48230 |
| Kemper Services a/s/o Jewel Henderson | | P.O. Box 660069 | | | Dallas | TX | 75266 |
| Kimbrough, Eric | Jeffrey A. Bussell | 26555 Evergreen Rd. Suite 1530 | | | Farmington Hills | MI | 48334 |
| Kinght, Jason | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Lanier, Joe | Brian Kutinsky | 25505 W. 12 Mile Rd. | | | Southfield | MI | 48075 |
| Lazarus, Mark | | 27 Wall St. | | | Pontiac | MI | 48342 |
| Lee, Brittany | | 2450 W. Grand Blvd., Suite 1206 | | | Detroit | MI | 48208 |
| Lee, Lawrence | Christopher Hunter | 30600 Telegraph Rd., Suite 3366 | | | Bingham Farms | MI | 48025 |
| Lee-Hatcher, Evelyn | Phillip Serafini | 38600 Van Dyke, Suite 250 | | | Sterling Heights | MI | 48312 |
| Leneair, Antoinette | Cary Makrouer | 1000 Town Center | | | Southfield | MI | 48075 |
| Lett, Lloyd | Kevin Geer | 15129 Kercheval | | | Grosse Pointe | MI | 48230 |
| Levinson, Joshua | Arnold M. Podolsky | 999 haynes | | | Birmingham | MI | 48009 |
| Lewis, Comara | | 16197 Normandy | | | Detroit | MI | 48221 |
| Lewis, Jonathan | | 16125 Archdale | | | Detroit | MI | 48235 |
| Lewis, Lakeshia a/s/o Gerald Lewis | | 25657 Southfield Rd. | | | Southfield | MI | 48075 |
| Lewis, Reginald | | 16197 Normandy | | | Detroit | MI | 48221 |
| Lile-King, Sharron | Gary Field | 2000 Town Center, Suite 1780 | | | Southfield | MI | 48075 |
| Lloyd, Loreal D. | | 3000 Town Center, | Suite 1800 | | Southfield | MI | 48075 |
| Lock, Sharvine | Kevin Geer | 15129 Kercheval | | | Grosse Pointe | MI | 48230 |
| Long, Gerald W. | | 2236 Clements | | | Detroit | MI | 48238 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 4 of 7
13-53846-tjt   Doc 1165   Filed 10/11/13   Entered 10/11/13 17:06:33   Page 20 of 32

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Lostonbey, Kenneth | Christopher Trainor | 9750 Highland Rd. | | | White Lake | MI | 48386 |
| Loving, Courtney | Mario Azzopardi | 19068 W. 10 Mile Rd. | | | Southfield | MI | 48075 |
| Loving, Karen | Gary Berger | 333 Fort St, Suite 1400 | | | Detroit | MI | 48226 |
| Loving-Rivera, Nathaniel (minor) | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Luckett, Percy | Eric Steinberg | 30500 Northwestern Hwy., Suite 400 | | | Farmington Hills | MI | 48334 |
| Lymon, Dashawana | Michael R. Shaffer | 30101 Northwetern Hwy. | | | Farmington Hills | MI | 48334 |
| Lynval, Dennis V City Of Detroit, 12-012164-Nz | Lynal Dennis | 2021 Calvert | | | Detroit | MI | 48206 |
| Madison, Serapis | | 28900 Woodward | | | Royal Oak | MI | 48067 |
| Mallorybey, Lawrence | Christopher Trainor | 9750 Highland Rd. | | | White Lake | MI | 48386 |
| Manlove, Irene | | 19956 Burt Rd. | | | Detroit | MI | 48219 |
| Mann, Anthony | Issam Abbas | 13119 w. Warren | | | Dearborn | MI | 48126 |
| Martin, Celeste | | 356 E. Grand Blvd., Apt. 205 | | | Detroit | MI | 48207 |
| Martin, Rodney | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Mason, Javon | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Matelic, John V Mendoza, Benny, 12-13523 | John Matelic | Gus Harrison Correctional Facility | 2727 E. Beecher | | Adrian | MI | 49221 |
| Mattison, Theresa | | 565 E. Grand Blvd. | | | Detroit | MI | 48207 |
| McCall, Denise | | 4 E. Alexandrine, Apt. 609 | | | Detroit | MI | 48201 |
| McCrary, Vera | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| McCurrie, Latrina | Monika Carter | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| McGhee, Deandre | | 1795 Bagley | | | Detroit | MI | 48216 |
| McGhee, Terry | Gary C. Berger | 333 Fort St., Suite 1400 | | | Detroit | MI | 48226 |
| McGowan, Maria | | 39400 Woodward Ave., Suite 200 | | | Bloomfield Hills | MI | 48304 |
| Merriwether, Robert | Wigod, Falzon & McNeal | 25899 W. 12 Mile Rd., suite 220 | | | Southfield | MI | 48034 |
| Miach, Muhammad A. | | 3422 Carpenter | | | Hamtramck | MI | 48212 |
| Miller, Reginald | Eric Steinberg | 30500 Northwestern Hwy., Suite 400 | | | Farmington Hills | MI | 48334 |
| Milliner, Mary | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Mills, John | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Milton, Steven | Brian T. Daily | 28000 Woodward Ave, Suite 201 | | | Oak Park | MI | 48067 |
| Moon, Starr | Paul Wheatley | 24901 Northwestern Hwy., Suite 700 | | | Southfield | MI | 48075 |
| Moore, Christopher | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Morrow, Paul | | 2993 Edsel | | | Detroit | MI | 48217 |
| Mosley, Shelia | Fredric M. Rosen | 535 Griswold, Suite 2040 | | | Detroit | MI | 48226 |
| Muse, Vincent | | 21455 Pickford | | | Detroit | MI | 48219 |
| Nader, John M. | | P.O. Box 311267 | | | Detroit | MI | 48231 |
| Neal, Glenn Jr | Robert J. Malleis | 21700 Green field Rd. Suite 305 | | | Oak Park | MI | 48237 |
| Nelson, Bianca | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Norfolk Southern Corporation/AMTRAK CASE | | 17301 Michigan | | | Dearborn | MI | 48126 |
| OConnor, Shannon | | 24550 Eastwood Village Dr., Apt. 102 | | | Clinton Twp. | MI | 48035 |
| Oldham, Ta-Tanisha | Lee Steinberg | 30500 Northwestern hwy., Suite 400 | | | Southfield | MI | 48075 |
| Oliver, Tillman | | 18533 Brinker | | | Detroit | MI | 48234 |
| Ollison, Demetria | | 14927 Archdale | | | Detroit | MI | 48227 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Osborne, Augusta | | 2176 Montclair | | | Detroit | MI | 48214 |
| Osborne, Martinez | Auto Owners | P.O. Box 30512 | | | Lansing | MI | 48909 |
| Owczarski, Gary | | 19627 Caldwell | | | Detroit | MI | 48234 |
| Owen, Greta M. | | 16207 Greenview | | | Detroit | MI | 48219 |
| Parker, II, Bryant | Gerard J. Garno | 64541 Van Dyke | | | Washington | MI | 48095 |
| Person, Dalair b/h/f Monica Jarrell | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Peters, Ingrid | Timothy Hartner | 9750 Highland | | | White Lake | MI | 48386 |
| Pierce, Stanley | | | | | | | |
| Pope, Damon | Jason R. Jonca | 33039 Schoolcraft | | | Livonia | MI | 48150 |
| Purcell, Demetria | Jonca Law Group | 33039 Schoolcraft | | | Livonia | MI | 48150 |
| Qualls, Carl | Monika Carter | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Randle, Zachary | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Reid, Reginald | Steven Reifman | 30000 Town Center, Suite 1800 | | | Southfield | MI | 48075 |
| Rhone, Sidney | Jenna Dabaja | 29777 Telegraph Rd., Suite 2175 | | | Southfield | MI | 48334 |
| Richardson, Frances | | 19460 Prest | | | Detroit | MI | 48235 |
| Richardson, Melyni | Cherie Lobb | 26321 Woodward Ave. | | | Huntington Woods | MI | 48070 |
| Richardson, Parnell / AMTRAK CASE | John J. Cantarella | 1004 Jslyn Ave. | | | Pontiac | MI | 48340 |
| Riggs, Tiarra | Joseph Dedvukaj | 26555 Evergreen Rd., Suite 1505 | | | Southfield | MI | 48075 |
| Riggs, Tracy | Joseph Dedvukaj | 26555 Evergreen Rd., Suite 1505 | | | Southfield | MI | 48075 |
| Riley, Kevin | Keith M. Banka | 23855 Northwestern hwy. | | | Southfield | MI | 48075 |
| Riser, Sheri | Harvey M. Howitt | 18831 w. 12 Mile Rd | | | Southfield | MI | 48075 |
| Robinson, Deontez | | 19936 Packard | | | Detroit | MI | 48234 |
| Robinson, Wendy | | 19100 Woodingham | | | Detroit | MI | 48221 |
| Rodriguez, Penny | Mario Azzopardi | 19068 W. 10 Mile Rd. | | | Southfield | MI | 48075 |
| Roper, Anthony | | 221 Cedar Hurst | | | Detroit | MI | 48203 |
| Ross, Gregory | Steven Reifman | 30000 Town Center, Suite 1800 | | | Southfield | MI | 48075 |
| Rouse, Thelma | | 11274 Lansdowne | | | Detroit | MI | 48224 |
| Samuels, Janet | L. Louie Andrepoulos | 28900 Woodward | | | Royal Oak | MI | 48067 |
| Sanusi, Dorothy | Glenn H. Oliver | 25505 W. 12 Mile Rd., Suite 1315 | | | Southfield | MI | 48075 |
| Session, Deshon | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Sharpe, Lovelle | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Shelton, Jeremiah Jr. (minor) | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Shelton, Maxine | Auto Accident Attorneys | 30101 Northwestern Hwy. | | | Farmington Hills | MI | 48334 |
| Shulzitski, Margaret | Thomas Calcatera | 3000 Town Center, Suite 1601 | | | Southfield | MI | 48075 |
| Simon, Rena | Ravid & Associates | 23855 Northwestern Hwy. | | | Southfield | MI | 48075 |
| Simpson, Jamie | David J. Jarrett | 12820 Ford Rd., Suite 1 | | | Dearborn | MI | 48126 |
| Sims, Wayne | Lee Steinberg | 30500 Northwestern hwy., Suite 400 | | | Southfield | MI | 48075 |
| Singleton, Cynthia | | 5686 Stanford | | | Detroit | MI | 48210 |
| Smith, Sakina | Dennis A. Ross | 14901 Northwestern Hwy., Suite 122 | | | Southfield | MI | 48075 |
| Sparks, Anthony T. | Mario Azzopardi | 19068 W. 10 Mile Rd. | | | Southfield | MI | 48075 |
| Stapleton, Mary | | 20402 Pinehurst | | | Detroit | MI | 48221 |
| Stevenson, Kenyata | David J. Jarrett | 12820 Ford Rd., Suite 1 | | | Dearborn | MI | 48126 |
| Stewart, Nicole | | 20403 Stopel | | | Detroit | MI | 48221 |
| Stewart, Toni A. | Jason a. Waechter | 19080 W. 10 Mile Rd. | | | Southfield | MI | 48075 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Stokes, Deondre | | 15901 Mendota | | | Detroit | MI | 48238 |
| Swift, Carolyn | | 7732 Foster | | | Detroit | MI | 48211 |
| Tate, Holsie | Bernard Mindell | 25505 w. 12 Mile Rd., Suite 1000 | | | Southfield | MI | 48034 |
| Taylor, Edward G. | | 20700 Civic Dr., Suite 170 | | | Southfield | MI | 48075 |
| Taylor, Michael | Glenn P. Franklin | 21700 Greenfield Rd., Suite 203 | | | Oak Park | MI | 48237 |
| Thomas, Carl | | 329 Holbrook, Apt 114 | | | Detroit | MI | 48202 |
| Thomas, Charlie | Dennis A. Ross | 14901 Northwestern Hwy., Suite 122 | | | Southfield | MI | 48075 |
| Thomas, Lavern | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Thompson, Valerie | Bernard Mindell | 25505 w. 12 Mile Rd., Suite 1000 | | | Southfield | MI | 48034 |
| Truskolawski, Peter | | 255 E. Square Lake Rd. | | | Troy | MI | 48086 |
| Turner, Corey | Fredric M. Rosen | 535 Griswold, Suite 2040 | | | Detroit | MI | 48226 |
| Turner, Rhonda | Barton C. Rachwal | 30400 Telegraph Rd., Suite 470 | | | Bingham Farms | MI | 48025 |
| Vidaure, Jr., Eugenio | Elizabeth Klein | 31731 Northwestern hwy. | | | Farmington Hills | MI | 48334 |
| Walker, Kevin | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Wallace, Vanessa | Scott R. Reizen | 28000 Woodward | | | Royal Oak | MI | 48067 |
| Watkins, Dantzel | Bradley Mendelson | 23855 Northwestern Hwy. | | | Southfield | MI | 48075 |
| Watts, Bobby | | 20596 Woodbine | | | Detroit | MI | 48219 |
| Wesley, Charles | Anthony Chapman | 25657 Southfield | | | Southfield | MI | 48075 |
| West, Faytreon | Carl Collins | 18100 Meyers Rd., Suite 392 | | | Detroit | MI | 48235 |
| White, Leighton | Jeffrey Malin | 25505 W. 12 Mile Rd., Suite 1000 | | | Southfield | MI | 48034 |
| Whittis, Willie | Michael Morse | 24901 Northwestern hwy., Suite 700 | | | Southfield | MI | 48075 |
| Willcockson, Jerry | Mark K. Schawartz | 29201 Telegraph Rd., Suite 330 | | | Southfield | MI | 48034 |
| Williams, David | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Williams, Genay | Carrie M. Williams | 26300 Northwestern hwy. | | | Southfield | MI | 48076 |
| Williams, James | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Williams, Kejuan b/h/f Earlene Lewis | Jenna Dabaja | 29777 Telegraph Rd., Suite 2175 | | | Southfield | MI | 48034 |
| Williams, Laron | Carrie M. Williams | 26300 Northwestern hwy. | | | Southfield | MI | 48076 |
| Williams, Nikita | Christopher Trainor | 9750 Highland Rd. | | | White Lake | MI | 48386 |
| Williams, Shinka | David J. Jarrett | 12820 Ford Rd., Suite 1 | | | Dearborn | MI | 48126 |
| Williams, Vashay | Todd Rutledge | 28900 Woodward Ave. | | | Royal Oak | MI | 48067 |
| Williams-Mills, Tywann | Stephanie Adas | 24460 Telegraph Rd. | | | Southfield | MI | 48033 |
| Wilson, Victoria | Daniel G. Romano | 26555 Evergreen, Suite 1500 | | | Pleasant Ridge | MI | 48069 |
| Wojnarski, Joanne | Mark K. Schawartz | 29201 Telegraph Rd., Suite 330 | | | Southfield | MI | 48034 |
| Wooten, Eugene V Dpd | Lakeland Correctional Facility | 141 First Street | | | Coldwater | MI | 49036 |
| York, Asia | Keith M. Banka | 23855 Northwestern hwy. | | | Southfield | MI | 48075 |
| Young, Helen | Don Haddley | 100 N. Main St., Suite 2348 | | | Memphis | TN | 38103 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 7 of 7
13-53846-tjt   Doc 1165   Filed 10/11/13   Entered 10/11/13 17:06:33   Page 23 of 32

# Exhibit H

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Accuform Business Systems Inc | Gail Johnson, Sale Manager | 7231 Southfield Dr | | Detroit | MI | 48228 |
| Accuform Printing & Graphics, Inc. | Gail Johnson, Sale Manager | 7231 Southfield Dr | | Detroit | MI | 48228 |
| Advanced Digital Systems LLC | dba Commercial Business Service Inc | Joseph Sims, President | 909 Henry St Ste 200 | Detroit | MI | 48201 |
| Advanced Digital Systems LLC | dba Commercial Business Service Inc | PO Box 721217 | | Berkley | MI | 48072 |
| Advanced Digital Systems LLC | dba Commercial Business Service Inc | Vickie Laporte, Assistant Director | 909 Henry St Ste 200 | Detroit | MI | 48201 |
| Aon Risk Services Inc of Michigan | Joe Perry, CFO | 3000 Town Center Ste 3000 | | Southfield | MI | 48075 |
| Apollo Fire Equipment Co | Robert P. Konupek, President/CEO | 12584 Lakeshore Dr | | Romeo | MI | 48065 |
| Applied Power & Controls Inc | Michael Macklin, President | Metropolitan Center for High Technology Ste 323 | 2727 Second Ave | Detroit | MI | 48201-2654 |
| AT&T | Larry Tury | Bill Payment Center | | Saginaw | MI | 48663 |
| Atwood Trucking Co | Steven Brown, President | 6442 Epworth | | Detroit | MI | 48210-3408 |
| B S & A Software | Ted Droste | 14965 Abbey Ln | | Bath | MI | 48808 |
| Barthel Contracting Co | Lee Barthel, President | 155 W Congress Ste 603 | | Detroit | MI | 48226 |
| BDM LLC | Marvin L Edding CEO | 1301 W Lafayette Ste 419 | | Detroit | MI | 48226 |
| Bell Equipment Company | Jimmy Bell, President | 78 Northpointe Dr | | Lake Orion | MI | 48359 |
| Bob Maxey Ford Inc | Robert A. Maxey, President | 1833 E Jefferson Ave | | Detroit | MI | 48207 |
| Bound Tree Medical LLC | Mark Dougherty, CFO | 5000 Tuttle Crossing | | Dublin | OH | 43016 |
| Cadillac Asphalt LLC | Alen Sandell, GM | 2575 S Haggerty Rd Ste 100 | | Canton | MI | 48188 |
| Cadillac Asphalt LLC | Alen Sandell, GM | 670 S Dix Ave | | Detroit | MI | 48217 |
| Cadillac Asphalt LLC | Earl Batresser | 5905 Belleville Road | | Belleville | MI | 48111-1119 |
| Camden Insurance Agency | | 17900 Ryan Rd Ste A | | Detroit | MI | 48212 |
| Cannon Engineering & Equipment | Diane Chrysler, Office Manager | 51761 Danview Technology | | Shelby Township | MI | 48315 |
| Cass Community Social Services Inc | Faith E Fowler | The Scott Building | 11850 Woodrow Wilson | Detroit | MI | 48206 |
| Certified Alignment & Suspension Inc | John Miner | 6707 Dix Rd | | Detroit | MI | 48209 |
| CMP Distributors Inc | Catherine Parks | 6539 Westland Way | Ste 21 & 22 | Lansing | MI | 48917 |
| Disposal Management LLC | Bob Ryan, President | 570 Kirts Blvd Ste 211 | | Troy | MI | 48084 |
| Disposal Management LLC | Bob Ryan, President | 615 Griswold Ste 1805 | | Detroit | MI | 48226 |
| Disposal Management LLC | Telly Shaheen, VP Sales | 570 Kirts Blvd Ste 211 | | Troy | MI | 48084 |
| DMC Consultants Inc | Mike Chaudhay, President | 13500 Foley St | | Detroit | MI | 48227 |
| DTE Energy | | Box 2859 | | Detroit | MI | 48260 |
| Federal Pipe & Supply | | 6464 E McNichols | | Detroit | MI | 48212 |
| Fort Wayne Contracting Inc | Christopher Honore, President | 600 E Seven Mile Rd | | Detroit | MI | 48203 |
| Giorgi Concrete LLC and Major Cement Co., Joint Venture | Michelle Solomon | 20450 Sherwood | | Detroit | MI | 48234 |
| GL Transportation, LLC (Kim Berry) | c/o Heather J Atnip | Romanzi Atnip PC | 2850 Dixie Hwy | Waterford | MI | 48328 |
| Great Lakes Power Inc | David Michell, President | 30 W Lantz | | Detroit | MI | 48203 |
| Great Lakes Service Center Inc | Donald C Bakken | 8841 Michigan Ave | | Detroit | MI | 48210 |
| Great Lakes Service Center Inc | Richard Bakken | 8841 Michigan Ave | | Detroit | MI | 48210 |
| Groundwork 0 | Shane Pfannes, President | 645 Griswold Ste 1300 | | Detroit | MI | 48226 |
| Hastings Air Energy | | 5555 S Westridge Dr | | New Berlin | WI | 53151 |
| Henry Ford Health System Occupational Health | Susan Green, Director | One Ford Pl 2F | | Detroit | MI | 48202 |
| Hercules & Hercules Inc | Hercules Jefferson Sr | 19055 W Davidson Ave | | Detroit | MI | 48223 |
| Integrated Supply Management Inc | Tommy Longshot | 3575 Vinewood | | Detroit | MI | 48208 |
| J Ranck Electric Inc. | Robert Hentkowski, Branch Manager | 1993 Gover Parkway | | Mt Pleasant | MI | 48858 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| J Ranck Electric Inc. | Robert Hentkowski, Branch Manager | 3015 Airpark Dr N | | Flint | MI | 48407 |
| Jireh Transportation | Elvaline Walker | 21200 Schoolcraft | | Detroit | MI | 48223 |
| Keo and Associates Inc | Chris Onwuzurike, President | 18286 Wyoming | | Detroit | MI | 48221 |
| Lexis Nexis | Academic & Library Solutions | PO Box 7247 0376 | | Philadelphia | PA | 19170 |
| Lexis Nexis | Matthew Bender | 1275 Broadway | | Albany | NY | 12204 |
| Limbach Company | | 926 Featherstone Rd | | Pontiac | MI | 48342 |
| Morton Salt Company | | 123 N Wacker Dr | | Chicago | IL | 60606-1743 |
| Morton Salt Company | | PO Box 93052 | | Chicago | IL | 60673-3052 |
| Morton Salt Company | Ron Trammell, Sales Rep | 10335 Flora St | | Detroit | MI | 48209 |
| Motor City Electric Co | | 9440 Grinnell | | Detroit | MI | 48213-1151 |
| Motor City Electric Co | Patrick Mitchell, Controller | 9440 Grinnell | | Detroit | MI | 48213-1151 |
| Motorola Company | Michael Garland | 1211 Oakland Dr | | Pontiac | MI | 48341 |
| Motorola Inc | Attn Contracts Administration | 756 E Winchester Ste 150 | | Salt Lake City | UT | 84107 |
| Oas Group Inc | Erik Moin | 1748 Northwood | | Troy | MI | 48084 |
| P.I.E. Management LLC | Williams A. Phillips, President | 1001 Woodward Ave Ste 1200 | | Detroit | MI | 48226 |
| Physio-Control Crop | | 11811 Willows Rd NE | | Redmond | WA | 98073 |
| Pitney Bowes | | 1346 Rankin Dr | | Troy | MI | 48083 |
| Pitney Bowes | | 37 Executive Dr | | Danbury | CT | 06810 |
| Pitney Bowes | Jon E Gauthier, District Service Director | 24590 Lahser | | Southfield | MI | 48034 |
| R & R Fire Truck Repair Inc | Ricke Rosselle | 751 Doheny | | Northville | MI | 48167 |
| Shrader Tire & Oil Inc | John Shrader, VP | 5822 E Cobblestones | | Sylvania | OH | 43560 |
| Shrader Tire & Oil Inc | Joseph Shrader, President | 9338 Mulberry Rd | | Blissfield | MI | 49228 |
| Shrader Tire & Oil Inc | Mark T Meyer, Treasurer | 4301 Drummond | | Toledo | OH | 43613 |
| Tiburon Inc | Scott Carroll, Contracts Manager | 6200 Stoneridge Mall Rd Ste 400 | | Pleasanton | CA | 94588 |
| Tiburon Inc | Sheetal Bhatia, Manager | 6200 Stoneridge Mall Rd Ste 400 | | Pleasanton | CA | 94588 |
| Toter Incorporated | Laura P. Gates, VP | 841 Meacham Rd | | Statesville | NC | 28677 |
| United Ribbon Inc | dba United Imaging | David Brand, Account Executive | 21201 Oxnard St | Woodland Hills | CA | 91367 |
| Vonco Products Inc | Lawrence Laske, President | 201 Park Ave | | Lakevilla | IL | 60046 |
| Walker-Miller Energy Service LLC | Carla Walker-Miller, President | 440 Burroughs St Ste 107 | | Detroit | MI | 48202-3428 |
| Walker-Miller Energy Service LLC | Carla Walker-Miller, President | 440 Burroughs St Ste 517 | | Detroit | MI | 48202-3428 |
| Waterfront Petroleum Terminal Company | | 18505 W 8 Mile Rd Ste 101 | | Detroit | MI | 48219 |
| Waterfront Petroleum Terminal Company | | 5431 W Jefferson Ave | | Detroit | MI | 48209 |
| Waterfront Petroleum Terminal Company | Barbara Bonner | 5431 W Jefferson Ave | | Detroit | MI | 48209 |
| Waterfront Petroleum Terminal Company | | PO Box 32521 | | Detroit | MI | 48232-0521 |
| Waterfront Petroleum Terminal Company | | PO Box 673212 | | Detroit | MI | 48267-3212 |
| WCI Contractors Inc. | Thomas A. Maliszowski, President | 20210 Conner | | Detroit | MI | 48234 |

# Exhibit I

**Exhibit I**
**Served via First Class Mail**
**on September 20, 2013**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Rebecca McIntosh, Nicole Stinson, Autumn Smith, Matthew Stinson, Scott McIntosh | c/o Sabrina Shaheen Cronin | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | Bloomfiled Hills | MI | 48304 |
| Rebecca McIntosh, Nicole Stinson, Autumn Smith, Matthew Stinson, Scott McIntosh | c/o Y. Moin Ghadimi | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | Bloomfiled Hills | MI | 48304 |

# Exhibit J

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Imari Auberry | c/o Scott D Nadeau | Wyatt Nadeau PC | 535 Griswold St Ste 2500 | Detroit | MI | 48226 |
| Imari Auberry | c/o Scott F Wyatt | Wyatt Nadeau PC | 535 Griswold St Ste 2500 | Detroit | MI | 48226 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 1165    Filed 10/11/13    Entered 10/11/13 17:06:33    Page 30 of 32

# Exhibit K

13-53846-tjt   Doc 1165   Filed 10/11/13   Entered 10/11/13 17:06:33   Page 31 of 32

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Auberry, Imari | c/o Scott D Nadeau | Wyatt Nadeau PC | 535 Griswold St Ste 2500 | | Detroit | MI | 48226 | |
| Auberry, Imari | c/o Scott F Wyatt | Wyatt Nadeau PC | 535 Griswold St Ste 2500 | | Detroit | MI | 48226 | |
| Brown, Orelia | c/o David C Femmineo | Femmineo Attorneys PLLC | 110 S Main St | | Mount Clemens | MI | 48043-2380 | |
| Brown, Orelia | c/o Phillip Reed | Femmineo Attorneys PLLC | 110 S Main St | | Mount Clemens | MI | 48043-2380 | |
| Clifford Properties Inc | c/o Michael Anthony Greiner | FLG PLLC | 29601 Hoover Rd | | Warren | MI | 48093-3473 | |
| Davis, Robert | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Henry Ford Health System | c/o Douglas A Firth | Knight & Firth PC | 335 E Big Beaver Rd Ste 101 | | Troy | MI | 48083 | |
| Henry Ford Health System | c/o Alice E Tremont | Knight & Firth PC | 335 E Big Beaver Rd Ste 101 | | Troy | MI | 48083 | |
| McIntosh, Rebecca | c/o Sabrina Shaheen Cronin | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| McIntosh, Rebecca | c/o Y. Moin Ghadimi | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| McIntosh, Scott | c/o Sabrina Shaheen Cronin | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| McIntosh, Scott | c/o Y. Moin Ghadimi | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| Smith, Autumn | c/o Sabrina Shaheen Cronin | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| Smith, Autumn | c/o Y. Moin Ghadimi | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| Stinson, Matthew | c/o Sabrina Shaheen Cronin | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| Stinson, Matthew | c/o Y. Moin Ghadimi | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| Stinson, Nicole | c/o Sabrina Shaheen Cronin | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| Stinson, Nicole | c/o Y. Moin Ghadimi | Thr Cronn Law Firm PLLC | 21 E Long Lake Rd Ste 250 | | Bloomfiled Hills | MI | 48304 | |
| White, Desmond M. | c/o Andrew A Paterson | 46350 Grand River Ave Ste C | | | Novi | MI | 48374 | |
| Williams, James | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Williams, James | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |