UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| A | Excerpt from Transcript of Kevyn Orr's 9/16/13 Deposition |
| B | Excerpt from Transcript of Governor Richard D. Snyder's 10/9/13 Deposition |
| C | Unpublished Cases Cited in Reply |