UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------- x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------- x

### *EX PARTE* MOTION OF INTERNATIONAL UNION, UAW AND THE *FLOWERS* PLAINTIFFS FOR AN ORDER AUTHORIZING THEM TO FILE AN AMENDED ELIGIBILITY OBJECTION IN EXCESS OF PAGE LIMIT

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") and Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman, as plaintiffs in the suit *Flowers v. Snyder*, No. 13-729 CZ (Ingham County Circuit Court) (the "*Flowers* plaintiffs") creditors and parties in interest in the above-captioned case, through their undersigned counsel hereby move the court *ex parte* (the "Request") for the entry of an order authorizing them to file an Amended Joint Eligibility Objection (the "Amended Objection") to the City's eligibility for Chapter 9 relief in excess of the twenty-five (25) page limit set by Eastern District of Michigan Local Rule 7.1(d)(3)(A). In support of the Request, UAW and the *Flowers* plaintiffs respectfully submit as follows:

1. Rule 7.1(d)(3)(A), which applies to this case pursuant to Bankruptcy Court for the Eastern District of Michigan Local Rule 9029-1(a), states that briefs supporting a response, including footnotes and signatures, may not exceed twenty-five (25) pages, but that a party seeking to file a longer brief may apply *ex parte* in writing setting forth the reasons.

2. UAW and the *Flowers* plaintiffs seek an order expanding the twenty-five (25) page limit imposed by U.S.D.C. Local Rule 7.1(d)(3)(A) for the reasons set forth below.

3. The Amended Objection addresses the City of Detroit's eligibility for relief under Chapter 9, the City's Consolidated Reply to objections, and filings by the State of Michigan. These filing raises serious issues arising under the federal and state constitutions, and the Bankruptcy Code, including the validity of the State's authorization for the Chapter 9 filing, good faith and related matters. The legal issues presented require substantial explanation and analysis of constitutional, and state and federal statutory and case law.

4. The Amended Objection exceeds the limitation set forth in U.S.D.C. Local Rule 7.1(d)(3)(A) and is itself forty-one (41) pages long, thus independently warranting relief from the page limit in order to address the complex issues presented.

WHEREFORE, for the foregoing reasons UAW and the *Flowers* plaintiffs respectfully request that this Court enter an order substantially in the form attached hereto as Exhibit 1 and grant such other relief as the Court deems proper.

Dated: New York, New York
October 11, 2013

Respectfully submitted,

International Union, UAW

By: /s/ Babette A. Ceccotti
Cohen, Weiss and Simon LLP
Babette A. Ceccotti
Keith E. Secular
Thomas N. Ciantra
Peter D. DeChiara
Joshua J. Ellison
330 West 42nd Street
New York, New York 10036-6976
T: 212-563-4100
F: 212-695-5436
bceccotti@cwsny.com

- and -

Niraj R. Ganatra (P63150)
Michael Nicholson (P33421)
8000 East Jefferson Avenue
Detroit, Michigan 48214
T: (313) 926-5216
F: (313) 926-5240
nganatra@uaw.net
mnicholson@uaw.net

*Attorneys for International Union, UAW*

- and -

/s/ William A. Wertheimer
William A. Wertheimer
30515 Timberbrook Lane
Bingham Farms, MI 48025
T: (248) 644-9200
billwertheimer@gmail.com

Andrew A. Nickelhoff
Sachs Waldman, P.C.
2211 East Jefferson Avenue
Deoit, MI 48207
T: (313) 965-3464
F: (313) 965-0268
anickelhoff@sachswaldman.com

*Attorneys for Flowers Plaintiffs*

- 4 -

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------- x
: 
In re: : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
: 
: Hon. Steven W. Rhodes
Debtor. :
---------------------------------------------------------- x

### *EX PARTE* ORDER AUTHORIZING UAW AND THE *FLOWERS* PLAINTIFFS TO FILE AN AMENDED ELIGIBILITY OBJECTION IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of International Union, UAW ("UAW") and the *Flowers* plaintiffs for an Order Authorizing Them to File an Amended Eligibility Objection in Excess of Page Limit (the "Motion"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. UAW and the *Flowers* plaintiffs are granted relief from Eastern District of Michigan Local Rule 7.1(d)(3)(A) to file a response in excess of twenty-five (25) pages.

Signed on _____

                                                       _____
                                                       Steven Rhodes
                                                       United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------- x
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of October 2013, I caused the *Ex Parte Motion of International Union, UAW and the Flowers Plaintiffs for an Order Authorizing It to File an Amended Eligibility Objection in Excess of Page Limit* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
October 11, 2013

                                            Cohen, Weiss and Simon LLP

                                       By: /s/ Babette A. Ceccotti
                                            330 West 42nd Street
                                            New York, New York 10036-6976
                                            T: 212-563-4100
                                            bceccotti@cwsny.com

                                            *Attorneys for International Union, UAW*