UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of October 2013, I caused the *Ex Parte* Motion of International Union, UAW and the *Flowers* Plaintiffs for an Order Authorizing It to File an Amended Eligibility Objection in Excess of Page Limit to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
October 11, 2013

        Cohen, Weiss and Simon LLP

By: /s/ Babette A. Ceccotti
330 West 42nd Street
New York, New York 10036-6976
T: 212-563-4100
bceccotti@cwsny.com

*Attorneys for International Union, UAW*