UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------- x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of October 2013, I caused the *Amended Joint Objection of International Union, UAW and the Flowers Plaintiffs to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
October 11, 2013

                                                Cohen, Weiss and Simon LLP

                                      By: /s/ Babette A. Ceccotti
                                              330 West 42nd Street
                                              New York, New York 10036-6976
                                              T: 212-563-4100
                                              bceccotti@cwsny.com

                                                *Attorneys for International Union, UAW*