211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **10/10/13** at **03:30 PM** to consider and act upon the following:

*1120* – Emergency Motion to Expedite Hearing (related documents 166 Order on Generic Motion) Clarification of July 25, 2013 Stay Order for Election–related matter Filed by Creditor Robert Davis (Attachments: # 1 Exhibit Exhibit 1 Proposed Form of Order # 2 Exhibit Exhibit 2 Notice of Emergency Motion and Opportunity to Object # 3 Exhibit Exhibit 3 Brief Not Required # 4 Exhibit Exhibit 4 Certificate of Service # 5 Exhibit Exhibit 5 None # 6 Exhibit Exhibit 6 Documentary Exhibits; Exhibit A–Complaint as filed in circuit court and Exhibit B–Emergency Motion as filed in circuit court # 7 Exhibit Exhibit A of Exhibit 6 Documentary Exhibits # 8 Exhibit Exhibit B of Exhibit 6 Documentary Exhibits) (Paterson, Andrew)

Dated: 10/9/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: csiku              Page 1 of 7          Date Rcvd: Oct 09, 2013
                             Form ID: ntchrgBK         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2013.
cr            +Robert Davis,    180 Eason,    Highland Park, MI 48203-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2013 at the address(es) listed below:
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Amy D. Caton   on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
           achouprouta@kramerlevin.com
          Amy D. Caton   on behalf of Creditor    BlackRock Financial Management, Inc.
           acaton@kramerlevin.com,   achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
           aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor    Citizens United Against Corrupt Government
           aap43@outlook.com,   aap43law@gmail.com
          Andrew J. Gerdes   on behalf of Creditor    Fidelity Management & Research Company
           agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
          Andrew J. Gerdes   on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
           wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
          Anthony J. Kochis   on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Arthur O'Reilly   on behalf of Interested Party    Detroit Institute of Arts
           aoreilly@honigman.com,   ahatcher@honigman.com
          Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Babette A. Ceccotti   on behalf of Creditor    International Union, United Automobile, Aerospace
           and Agricultural Implement Workers of America bceccotti@cwsny.com
          Barbara A. Patek   on behalf of Creditor    Detroit Police Command Officers Association
           bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor    Detroit Police Officers Association
           bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           bpatek@ermanteicher.com
          Barry S. Fagan   on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
           bfagan@dibandfagan.com
          Brendan G. Best   on behalf of Interested Party    Ambac Assurance Corporation
           bbest@schaferandweiner.com,   wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
          Brendan H. Frey   on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
           ssikorski@manteselaw.com
          Brett A. Border   on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party    Schneiderman and Sherman, P.C.
           bborder@sspclegal.com,   joumedian@sspclegal.com
          Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
              TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
              Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
              TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party   Detroit Retired City Employees Association
              bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
              Brian R. Trumbauer    on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
              Care Network of Michigan btrumbauer@bodmanlaw.com
              Bruce  Bennett    on behalf of Debtor In Possession   City of Detroit, Michigan
              bbennett@jonesday.com
              Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
              Carla Orman Andres    on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
              Carol Connor Cohen    on behalf of Interested Party   Ambac Assurance Corporation
              carol.cohen@arentfox.com
              Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
              carole.neville@dentons.com
              Caroline Turner English    on behalf of Interested Party   Ambac Assurance Corporation
              caroline.english@arentfox.com
              Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
              Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
              charlesID@hotmail.com
              Charles D. Bullock    on behalf of Interested Party   Gabriel, Roeder, Smith & Company
              cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
              Charles N. Ash    on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
              Charles N. Ash    on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
              kkranz@wnj.com
              Christopher A. Grosman    on behalf of Creditor   BlackRock Financial Management, Inc.
              BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
              Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
              claude.montgomery@dentons.com,  carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney M. Rogers    on behalf of Creditor   U.S. Bank National Association
              courtney.rogers@wallerlaw.com
              Craig E. Zucker    on behalf of Creditor   Detroit Police Officers Association
              czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor   Detroit Police Command Officers Association
              czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
              czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
              czucker@ermanteicher.com
              Daniel J. Weiner    on behalf of Interested Party   Ambac Assurance Corporation
              dweiner@schaferandweiner.com
              David  Eisenberg    on behalf of Creditor   Detroit Police Command Officers Association
              deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
              deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor   Detroit Police Officers Association
              deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
              deisenberg@ermanteicher.com
              David A. Lerner    on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
              nwinagar@plunkettcooney.com
              David A. Mollicone    on behalf of Creditor   Brown Rehabilitation Management, Inc.
              dmollicone@dmms.com
              David Gilbert Heiman    on behalf of Debtor In Possession   City of Detroit, Michigan
              dgheiman@jonesday.com
              David L. Dubrow    on behalf of Interested Party   Ambac Assurance Corporation
              david.dubrow@arentfox.com
              David M. Zack    on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
              nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
              nepc.com
              Dawn R. Copley    on behalf of Interested Party   State of Michigan, Department of Attorney
              General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
              Deborah Kovsky-Apap    on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
              alexsym@pepperlaw.com
              Deborah Kovsky-Apap    on behalf of Debtor In Possession   City of Detroit, Michigan
              kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
              Deborah L. Fish    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
              dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
              allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
              allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
              allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
    dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
    don@mcguiganlaw.com
Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters,
    AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
    dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
    eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
    eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
    eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
    eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
    ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
    ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
    litdocket@honigman.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
    emajoros@glmpc.com
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
    ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric Rosenberg    on behalf of Interested Party Patricia    Ramirez EJR@morganmeyers.com,
    amendiola@morganmeyers.com
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
    carlson@millercanfield.com
Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
    enovetsky@jaffelaw.com
Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
    bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
    efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
    Detroit efeldman@clarkhill.com
Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
    hlennox@jonesday.com
Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
    howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
    Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Hugh M. Davis    on behalf of Creditor Catherine W. Phillips conlitpc@sbcglobal.net
Hugh M. Davis    on behalf of Creditor Thomas    Stephens conlitpc@sbcglobal.net
James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
    james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
    james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
    james.sprayregen@kirkland.com
Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
    ecf@zaplc.com
Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
    sharrow@mcdonaldhopkins.com
Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
    jbank@kerr-russell.com
Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com
Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
    jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
    jbelveal@honigman.com, mjohnson@honigman.com
Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net
John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
    pjohnson@bredhoff.com
John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
    john.sieger@kattenlaw.com
John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
    jgregg@btlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jonathan S. Green  on behalf of Debtor In Possession  City of Detroit, Michigan
           green@millercanfield.com
          Joseph R. Sgroi  on behalf of Interested Party  General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf  on behalf of Interested Party  Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf  on behalf of Interested Party  Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf  on behalf of Interested Party  Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Judy B. Calton  on behalf of Defendant  Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton  on behalf of Interested Party  Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton  on behalf of Defendant  Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton  on behalf of Interested Party  Detroit Institute of Arts jcalton@honigman.com,
           blundberg@honigman.com, litdocket@honigman.com
          Julia A. Caroff  on behalf of Interested Party  United States of America julia.caroff@usdoj.gov,
           patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
          Karen B. Dine  on behalf of Interested Party  Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury  on behalf of Creditor  DEPFA Bank PLC knewbury@schiffhardin.com
          Karin F. Avery  on behalf of Interested Party  Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery  on behalf of Interested Party  Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress  on behalf of Debtor In Possession  City of Detroit, Michigan
           kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble  on behalf of Interested Party  Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider  on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum  on behalf of Interested Party  Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers  on behalf of Creditor  National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson  on behalf of Creditor  Genuine Parts Company kim.robinson@bfkn.com
          Kurt Thornbladh  on behalf of Creditor  Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Lawrence A. Larose  on behalf of Creditor  Assured Guaranty Municipal Corp.
           llarose@chadbourne.com
          Leland Prince  on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa Hill Fenning  on behalf of Creditor  Police and Fire Retirement System of the City of
           Detroit Lisa.Fenning@aporter.com
          Lisa Hill Fenning  on behalf of Creditor  General Retirement System of the City of Detroit
           Lisa.Fenning@aporter.com
          Louis P. Rochkind  on behalf of Creditor  National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Lynn M. Brimer  on behalf of Creditor  Retired Detroit Police Members Association
           lbrimer@stroblpc.com, kvanakin@stroblpc.com
          Mallory Field  on behalf of Creditor  Retired Detroit Police Members Association
           MField@stroblpc.com, jmckeogh@stroblpc.com
          Mami Kato  on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato  on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato  on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato  on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato  on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato  on behalf of Interested Party  Service Employees International Union, Local 517M
           mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato  on behalf of Interested Party  International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato  on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson  on behalf of Debtor In Possession  City of Detroit, Michigan
           swansonm@millercanfield.com
          Mark A. Angelov  on behalf of Interested Party  Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark E. Bredow  on behalf of Interested Party  Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark R. James  on behalf of Creditor  Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel  on behalf of Creditor  Waste Management Inc. etal mfrankel@couzens.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
   mbcobbs@flash.net
Matthew Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
   wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
   Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
   paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust
   melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
   paula@demolaw.com
Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
   mdordeski@foleymansfield.com,cindy@loevy.com
Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association
   mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael A. Greiner   on behalf of Interested Party   Clifford Properties, Inc.
   mike@financiallawgroup.com, desiree@financiallawgroup.com;nicole@financiallawgroup.com
Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael K. Lee   on behalf of Creditor   St. Martins Cooperative mlee@leeandcorrell.com
Michael R. Bell   on behalf of Interested Party Bill Schuette BellMl@michigan.gov
Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
   mike.paslay@wallerlaw.com,
   Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
   rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
   msl@maddinhauser.com, bac@maddinhauser.com
My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
   mao-bk-ecf@debevoise.com
Nabih H. Ayad   on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
   ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Donnell White ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
   Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
   Paige.Barr@kattenlaw.com
Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
   mkisell@plunkettcooney.com
Patrick Warren Hunt   on behalf of Interested Party   Wade Trim Associates, Inc.
   pwhunt@kerr-russell.com
Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company
   pwhunt@kerr-russell.com
Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
   phage@jaffelaw.com, jtravick@jaffelaw.com
Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
   marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
   Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
   pcanzano@sidley.com
Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richard I. Kilpatrick   on behalf of Creditor   City of Detroit Water and Sewerage
   Department ecf@kaalaw.com, wjackson@KAALaw.com
Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
   robert.darnell@usdoj.gov
Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
   Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
   rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert M. Fishman   rfishman@shawfishman.com
Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
   alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
   hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com,
   jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
          ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
          ryan.bennett@kirkland.com
          Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees
          sam.alberts@dentons.com
          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          mroitman@chadbourne.com;japfel@chadbourne.com
          Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
          soconnor@glmpc.com
          Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosenzwaig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
          State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
          slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
          dguerrero@dykema.com
          Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
          stephen.hackney@kirkland.com
          Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
          General showell@dickinsonwright.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
          mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
          rdin.com
          Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
          tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
          allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Timothy R. Graves    on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
      allardfishpc@yahoo.com
      Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State,
      County and Municipal Employees clark@steinbergshapiro.com,
      atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State,
      County and Municipal Employees clark@steinbergshapiro.com,
      atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
      vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
      William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
      William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
      William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
      William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
      William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
      William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
      William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
      wcb@osbig.com
      William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
      William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
      William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
      William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
      Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
      yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com
                                      TOTAL: 253