Form ntchrg

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **11/13/13** at **10:00 AM** to consider and act upon the following:

*1146* − Motion of Debtor, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof Filed by Debtor In Possession City of Detroit, Michigan (Lennox, Heather)

Dated: 10/11/13

                                        BY THE COURT

                                        Katherine B. Gullo
                                        Clerk, U.S. Bankruptcy Court

                                        BY: christine sikula
                                        Deputy Clerk

In re:                                                                  Case No. 13-53846-swr
City of Detroit, Michigan                                               Chapter 9
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: csiku          Page 1 of 12          Date Rcvd: Oct 11, 2013
                 Form ID: ntchrgBK     Total Noticed: 209

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2013.
```
dbpos        +City of Detroit, Michigan,    2 Woodward Avenue,    Suite 1126,    Detroit, MI 48226-3443
aty           L. Rodger Webb,    1700 West Ten Mile Road,    Goodman Acker Bldg, 2nd Floor,
               Southfield, MI  48075
cr           +Ailene Jeter,    18559 Brinker,    Detroit, MI 48234-1537
cr           +Aleta Atchinson-Jorgan,    7412 Saint Paul,    Detroit, MI 48214-2337
cr           +Alice Pruitt,    18251 Freeland,    Detroit, MI 48235-2537
cr           +Alma Armstrong,    12858 Riverview,    Detroit, MI 48223-3022
cr           +Alma Cozart,    18331 Shaftsbury,    Detroit, MI 48219-2811
cr           +Althea Long,    9256 Braile,    Detroit, MI 48228-1606
cr           +Amalgamated Transit Union Local 26,    716 Lothrop Ave.,    Detroit, MI 48202-2715
cr           +Andrea Edwards,    19165 Stotter Street,    Detroit, MI 48234-3135
cr           +Angela Crockett,    19680 Roslyn Rd.,    Detroit, MI 48221-1842
cr           +Anthony G. Wright, Jr.,    649 Alger,    Detroit, MI 48202-2150
cr           +Arthur Dennis Cobb,    1301 Orleans St Apt 902-E,    Detroit, MI 48207-2947
cr           +Arthur Evans,    11391 Nottingham Rd.,    Detroit, MI 48224-1124
intp         +Arthur L. Campbell,    #185620,    Lakeland Correctional Facility,    141 First Street,
               Coldwater, MI 49036-9687
cr           +Barbara Ann Magee,    5154 Burns St.,    Detroit, MI 48213-2981
intp         +Bill Schuette,    Michigan Department of Attorney General,    P.O. Box 30754,
               Lansing, MI 48909-8254
cr           +Bishop Real Estate, L.L.C.,    c/o Stephen M. Gross, Esq.,    39533 Woodward Ave.,    Suite 318,
               Bloomfield Hills, MI 48304-5106
cr           +Brenda Taylor,    8145 West Parkway,    Detroit, MI 48239-4201
cr           +Brown Rehabilitation Management, Inc.,    29688 Telegraph,    Suite 100,
               Southfield,    48034-1363
cr           +Calvin Turner,    16091 Edmore,    Detroit, MI 48205-1432
intp         +Caralyce M. Lassner,    Caralyce M. Lassner, JD, PC,    8300 Hall Road, Suite 201,
               Utica, MI 48317-5506
cr           +Carl Williams,    10112 Somerset,    Detroit, MI 48224-2551
cr           +Catherine W. Phillips,    15707 Manning,    Detroit, MI 48205-2024
cr           +Charles Chatman,    19974 Derby,    Detroit, MI 48203-1166
cr           +Charles D Brown,    1365 Joliet Place,    Detroit, MI 48207-2833
cr           +Charles Taylor,    11472 Wayburn,    Detroit, MI 48224-1636
cr           +Charles Williams, II,    6533 E. Jefferson,    Apt 118,    Detroit, MI 48207-4344
cr           +Cheryl Smith Williams,    3486 Baldwin,    Detroit, MI 48214-1704
intp         +City of Detroit Water and Sewerage Department,    615 Griswold,    Suite 1708,
               Detroit, MI 48226-3990
cr           +Claudette Campbell,    1021 Winchester Ave.,    Lincoln Park, MI 48146-4248
cr           +Cynthia Blair,    8865 Espes,    Detroit, MI 48204-2721
cr           +DEPFA Bank PLC,    c/o Schiff Hardin LLP,    Rick L. Frimmer, Esq.,    233 S. Wacker Dr., Ste. 6600,
               Chicago, IL 60606-6360
cr           +David Bullock,    701 W. Hancock,    Detroit, MI 48201-1119
cr           +David Dye,    19313 Ardmore,    Detroit, MI 48235-1704
cr           +David Sole,    2921 E Jefferson Ste 205,    Detroit, MI 48207-4267
cr           +Deborah Ann Ryan,    41485 Greenwood Drive,    Canton, MI 48187-3610
cr           +Deborah Moore,    4436 Lemay Road,    Detroit, MI 48214-1677
cr           +Deborah Pollard,    20178 Pinehurst,    Detroit, MI 48221-1060
cr           +Dempsey Addison,    2727 Second Ave.,    Suite 152,    Detroit, MI 48201-2673
cr          #+Dennis Taubitz,    4190 Devonshire Rd.,    Detroit, MI 48224-3636
intp         +Detroit Retired City Employees Association,    P.O. Box 40713,    Detroit, MI 48240-0713
cr           +Diane Hutchersun,    4127 Grayton,    Detroit, MI 48224-2337
cr           +Dolores A. Thomas,    17320 Cherrylawn,    Detroit, MI 48221-2569
cr           +Donald Richardson,    Carson City Correctional Facilities,    10274 Boyer Road,
               Carson City, MI 48811-9746
cr           +Donald Taylor,    1809 Bullock Rd,    Lapeer, MI 48446-9705
intp         +Donald Taylor,    Retired Detroit  Police and Fire Fighter,    2525 E. 14 Mile Rd.,
               Sterling Heights, MI 48310-5969
cr           +Dorothy A. Doyley,    8102 Cloverlawn St.,    Detroit, MI 48204-3266
intp         +Douglas C. Bernstein,    Plunkett Cooney,    38505 Woodward Avenue,    Suite 2000,
               Bloomfield Hills, MI 48304-5096
cr           +Dwight Boyd,    19337 Concord,    Detroit, MI 48234-2909
cr           +Edward Brown,    12668 Chatham,    Detroit, MI 48223-3102
cr           +Edward Lowe,    18046 Sussex,    Detroit, MI 48235-2834
cr           +Elmarie Dixon,    4629 Philip St.,    Detroit, MI 48215-2127
cr           +Erste Europaische Pfandbrief- und Kommunalkreditba,    c/o Matthew G. Summers, Esquire,
               Ballard Spahr LLP,    919 N. Market St., 11th Floor,    Wilmington, DE 19801-3062
cr           +Fidelity Management & Research Company,    Hannah Kate Sullivan,    One Spartan Way,
               Mail Zone TS2T,    Merrimack, NH 03054-4300
cr           +Financial Guaranty Insurance Company,    125 Park Avenue,    New York, NY 10017-5664
cr           +Floreen Williams,    16227 Birwood,    Detroit, MI 48221-2873
cr           +Fraustin Williams,    11975 Indiana,    Detroit, MI 48204-1033
intp         +Gabriel, Roeder, Smith & Company,    c/o Stevenson & Bullock, P.L.C.,    Attn: Charles D. Bullock,
               26100 American Drive,    Suite 500,    Southfield, Mi 48034-6184
cr           +Girlie Gideon,    12666 Lauder,    Detroit, MI 48227-2513
```

```
intp            Godfrey & Kahn, S.C.,    One East Main Street, Suite 500,    P.O. Box 2719,
                 Madison, WI 53701-2719
cr             +Gretchen R Smith,    3901 Grand River Ave #913,    Detroit, MI 48208-2854
cr             +HP Enterprise Services, LLC,    c/o Michael D. Warner, Esq.,
                 Cole, Schotz, Meisel, Forman & Leonard,    301 Commerce Street, Ste 1700,
                 Fort Worth, TX 76102-4126
cr             +Hassan Aleem,    2440 Taylor,    Detroit, MI 48206-2064
cr             +Helen Powers,    100 Winona,    Highland Park, MI 48203-3338
cr             +Hershel Dunn,    17225 Parkside,    Detroit, MI 48221-2781
cr             +Horace E. Stallings,    1492 Sheridan St.,    Detroit, MI 48214-2408
cr              IBM Corporation,    ATTN: National Bankruptcy Coordinator,    IBM Corporation,
                 275 Viger East, Suite 400,    Montreal, Quebec H2X 3R7,    CANADA
cr             +International Union, United Automobile, Aerospace,    Solidarity House,
                 8000 East Jefferson Avenue,    Detroit, MI 48214-3963,    UNITED STATES OF AMERICA
cr              Jacqueline Esters,    18570 Glastonbury,    Detroit, MI 48219
cr             +James Lovely,    18716 Monte Vesta,    Detroit, MI 48221-1989
intp           +Janet M Ziulkowski,    Ziulkowski & Associates PLC,    17001 Nineteen Mile Rd Ste 1-D,
                 Clinton Township, MI 48038-4867
cr             +Jean Vortkamp,    11234 Craft,    Detroit, MI 48224-2436
intp           +Jerroll M. Sanders,    15 Riverwood Estates Blvd.,    St. Louis, MO 63031-6527
intp           +Jerroll M. Sanders,    19315 Monica,    Detroit, MI 48221-1721
cr             +Jerry Ford,    9750 W. Outer Drive,    Detroit, MI 48223-1231
cr             +Jo Ann Watson,    100 Riverfront Drive,    Detroit, MI 48226-4539
cr             +Joann Jackson,    16244 Princeton,    Detroit, MI 48221-3318
cr             +Joseph Jones,    19485 Asbuary Park,    Detroit, MI 48235-2406
cr             +Josue' Zizi,    19464 Dalby St.,    Redford, MI 48240-1307
cr             +Joyce Davis,    15421 Strathmoor Street,    Detroit, MI 48227-5901
cr             +Keith M. Hines,    832 Chalmers,    Detroit, MI 48215-2955
intp           +Kenneth M. Schneider,    Schneider Miller, P.C.,    645 Griswold Ste. 3900,
                 Detroit, MI 48226-4251
intp           +Kevin Lewis,    c/o 30400 Telegraph Road, #111,    Bingham Farms, MI 48025-4538
intp           +Kimberli Janette Powell,    C/o B.O.C. Law Group, P.C.,    24100 Woodward Ave.,
                 Pleasant Ridge, MI 48069-1138
cr             +Krystal A. Crittendon,    19737 Chesterfield,    Detroit, MI 48221-1830
cr             +Kwabena Shabu,    2445 Lamothe St.,    Detroit, MI 48206-2539
cr             +LaVern Holloway,    16246 Linwood Street,    Detroit, MI 48221-3310
cr             +Larene Parrish,    18220 Snowden,    Detroit, MI 48255-0001
cr             +Lavarre W. Greene,    19667 Roslyn Rd.,    Detroit, MI 48221-1892
cr             +Leland Prince DTE Energy Co,    DTE Energy Company,    One Energy Plaza,    688-WCB,
                 Legal Department,    Detroit, MI 48226-1221
cr             +Leola Regina Crittendon,    19737 Chesterfield Road,    Detroit, MI 48221-1830
cr            #+Leonard Wilson,    100 Parsons St., Apt. 712,    Detroit, MI 48201-2077
cr             +Leslie C. Little,    18949 Plainview,    Detroit, MI 48219-2835
cr             +Lewis Dickens,    1362 Joliet Pl,    Detroit, MI 48207-2834
cr             +Linda Bain,    1071Baldwin,    Detroit, MI 48214-2430
cr             +Lorene Brown,    2227 Hughes Terrace,    Detroit, MI 48208-1321
cr              Lorna Lee Mason,    1311 Wyoming,    Detroit, MI 48238
cr             +Lucinda J. Darrah,    492 Peterboro,    Detroit, MI 48201-2302
cr             +Marie Lynette Thornton,    99 East Forest, Apt. 909,    Detroit, MI 48201-1873
intp           +Mario's Restaurant, Inc.,    4222 Second,    Detroit, MI 48201-1706
cr             +Mark Burton,    2920 Norwich,    Lansing, MI 48911-1535
intp           +Martin A. O'Brien,    c/o A. Stephen Ramadan, PLC,    22201 Harper Ave,
                 St. Clair Shores, MI 48080-1865
cr             +Mary Diane Bukowski,    9000 E Jefferson #10-9,    Detroit, MI 48214-4195
cr             +Mary Dugans,    18034 Birchcrest,    Detroit, MI 48221-2737
cr             +Marzelia Taylor,    11975 Indiana,    Detroit, MI 48204-1033
op             +McAlpine PC,    3201 University Dr., Suite 100,    Auburn Hills, MI 48326-2396
cr             +Michael Amine Beydoun,    4320 Pratt,    Ann Arbor, MI 48103-1445
cr             +Michael D Shane,    16815 Patton,    Detroit, MI 48219-3908
cr             +Michael D. Jones,    3129 Castlewood Drive,    Las Vegas, NV 89102-7322
cr             +Michael G Benson,    19395 Parkside,    Detroit, MI 48221-1869
cr             +Michael Joseph Karwoski,    26015 Felicity Landing,    Harrison Township, MI 48045-6401
cr              Michael K. Pelletier,    2063 Lakeshore Rd.,    Applegate, MI 48401
cr              National Industrial Maintenance - Michigan, Inc.,    c/o Dean & Fulkerson,
                 801 W. Big Beaver Road, Suite 500,    Troy, MI 48084-4724
cr             +Nettie Reeves,    10339 Curtis Street,    Detroit, MI 48221-2424
cr             +Olivia Gillon,    18832 Arleen Court,    Livonia, MI 48152-1963
cr             +Paulette Brown,    19260 Lancashire,    Detroit, MI 48223-1374
cr             +Phebe Lee Woodberry,    803 Gladstone,    Detroit, MI 48202-1709
cr              Police and Fire Retirement System of the City of D,    Detroit, MI 48226
cr             +Preston West,    18460 Fairfield,    Detroit, MI 48221-2229
cr             +Rakiba Brown,    612 Clairmount St.,    Detroit, MI 48202-1528
cr             +Raleigh Chambers,    14861 Ferguson St.,    Detroit, MI 48227-1413
cr             +Rand Beard,    16840 Strathmoor St.,    Detroit, MI 48235-4071
cr             +Regina G. Bryant,    2996 Bewick St.,    Detroit, MI 48214-2122
intp           +Resnick & Moss, P.C.,    40900 Woodward Avenue,    Suite 111,    Bloomfield Hills, MI 48304-5116
cr             +Retired Detroit Police Members Association,    c/o Strobl & Sharp, P.C.,
                 300 E. Long Lake Road, Suite 200,    Bloomfield Hills, MI 48304-2376
intp           +Retired Detroit Police and Fire Fighers Associatio,    Retired Detroit Police and Fire Fighters,
                 2525 E. 14 Mile Rd.,    Sterling Heights, MI 48310-5969
```

```
cr           +Richard Johnson El-Bey,    10339 Curtis Street,    Detroit, MI 48221-2424
cr           +Robbie Lee Flowers,    6533 E. Jefferson, Apt 602T,    Detroit, MI 48207-3784
cr           +Robert Davis,    180 Eason,    Highland Park, MI 48203-2707
cr           +Roosevelt Lee,    11961 Indiana,    Detroit, MI 48204-1033
cr           +Roxanne Watson,    12688 Stoepel Apt. #1,    Detroit, MI 48238-5111
cr           +Russ Bellant,    19619 Helen,    Detroit, MI 48234-3052
cr           +Sallie M. Jones,    4413 W. Philadelphia,    Detroit, MI 48204-2498
cr           +Samuel L. Riddle,    1276 Navarre Pl.,    Detroit, MI 48207-3014
cr           +Sandra Carver,    10110 E. Outer Dr.,    Detroit, MI 48224-2824
cr           +Sandra Howard,    15867 Coyle St.,    Detroit, MI 48227-2624
cr           +Sheilah Johnson,    277 King Street,    Detroit, MI 48202-2128
intp         +Shirley V Lightsey,    President-Detroit Retired City Emp As,    P.O. Box 40713,
               Detroit, MI 48240-0713
cr           +Shirley V Lightsey,    P.O. Box 40713,    Detroit, MI 48240-0713
intp         +State of Michigan,    PO Box 30754,    Lansing, MI 48909-8254
intp         +State of Michigan, Department of Attorney General,    c/o Dawn R. Copley,    Dickinson Wright PLLC,
               500 Woodward Avenue, Suite 4000,    Detroit, MI 48226-5403
cr           +Stephen Johnson,    31354 Evergreen Road,    Beverly Hils, MI 48025-3806
cr           +The Chair of Saint Peter,    1300 Pennsylvania Avenue NW,    Suite 190-715,
               Washington, DC 20004-3002
intp         +Thomas Gerald Moore,    c/o Jay S. Kalish, Esq.,    28592 Orchard Lake Raod,    Suite 360,
               Farmington Hills, MI 48334-2955
cr           +Thomas Stephens,    4595 Hereford,    Detroit, MI 48224-1404
cr           +Tijuana Morris,    14841 Joy Rd. Apt. 2,    Detroit, MI 48228-2470
cr           +Timothy King,    4102 Pasadena,    Detroit, MI 48238-2632
cr           +Tracey Renee Tresvant,    19600 Anvil,    Detroit, MI 48205-1822
cr           +U.S. Bank National Association,    c/o Waller Lansden Dortch & Davis, LLP,
               Attn: David E. Lemke, Esq.,    511 Union Street, Suite 2700,    Nashville, TN 37219-1791
cr           +Ulysses Freeman,    14895 Faust,    Detroit, MI 48223-2322
intp         +Upright Wrecking & Demolition, L.L.C.,    5555 Connor Ave. Suite 1249,    Detroit, MI 48213-3495
cr           +Valerie Glenn-Simons,    2820 East Grand Blvd.,    Detroit, MI 48211-2065
cr           +Waste Management Inc. etal,    c/o Jerry M. Ellis,    39395 W. Twelve Mile Road,    Suite 200,
               Farmington Hills, MI 48331-2968
cr           +William Curtis Walton,    4269 Glendale,    Detroit, MI 48238-3211
cr           +William D. Ford,    18034 Birchcrest Dr.,    Detroit, MI 48221-2737
cr           +William Davis,    9203 Littlefield,    Detroit, MI 48228-2591
cr           +William Hickey,    14910 Lamphere St.,    Detroit, MI 48223-1875
cr           +William L. Howard,    17814 Charest,    Detroit, MI 48212-1082
cr           +Woodrow Garrett,    1401 Chene Apt. 703,    Detroit, MI 48207-3855
intp          Xylia Hall,    3500 Parker,    Detroit, MI  48214-1893
cr           +Zelma Kinchloe,    439 Henry St,    Detroit, MI 48201-2609
22342566     +36th District Court for the State of Michigan,    c/o John T. Gregg, Esq.,
               Barnes & Thornburg LLP,    171 Monroe Avenue, NW, Suite 1000,    Grand Rapids, MI 49503-2694
22345752      ATTN: National Bankruptcy Coordinator,    IBM Corporation,    275 Viger East, Suite 400,
               Montreal, Quebec H2X 3R7,    CANADA
22247172      Airgas USA, LLC,    259 Radnor-Chester Road,    Suite 100,    P.O. Box 6675,
               Radnor, PA  19087-8675
22395236     +Albert Hatcher,    8740 Heritage Place, Apt. 107,    Detroit, MI 48204-2346
22305035     +Ayala Hassell, Esq.,    Cole, Schotz, Meisel, Forman & Leonard,,    301 Commerce Street, Ste 1700,
               Fort Worth, Texas 76102-4126
22281915     +Barry Allen, Executive Director,    Vanguardians,    POB 11202,    Glendale, California 91226-7202
22240968     +City of Detroit Water and Sewerage Department,    c/o Kilpatrick & Associates, P.C.,
               615 Griswold, Ste. 1708,    Detroit, MI 48226-3990
22391581     +Clifford Properties,    2482 Clifford,    Detroit, Michigan 48201-2608
22367223     +Dock Rembert,    c/o A. Stephen Ramadan, PLC,    22201 Harper Ave,
               Saint Clair Shores, MI 48080-1865
22238523     +Douglas C. Bernstein, Esq.,    Plunkett Cooney,    38505 Woodward Avenue, Suite 2000,
               Bloomfield Hills, MI 48304-5096
22271898     +Eaton Vance Management,    William Delahunty,    2 International Place,    Boston, MA 02110-4101
22237226     +Enjoi Transportation, LLC,    c/o Gudeman & Associates, PC,    1026 W. Eleven Mile Road,
               Royal Oak, MI 48067-5401
22350435     +FedEx Tech Connect Inc as Assignee,    of FedEx Express/Ground/Freight/Office,
               3965 Airways Blvd, Module G, 3rd Floor,    Memphis, Tennessee 38116-5017
22271897     +Fidelity Management & Research Company,    Hannah Kate Sullivan,    One Spartan Way,
               Mail Zone TS2T,    Merrimack, New Hampshire 03054-4300
22262456     +Gary Segatti,    c/o Yuliy Osipov, Esq.,    20700 Civic Center Dr.,    Ste.420,
               Southfield, MI 48076-4140
22367282     +Good Samaritan Comfort Transportation, LLC,    c/oA. Stephen Ramadan, PLC,    22201 Harper Ave,
               St. Clair Sh, MI 48080-1865
22302227      Heidi Peterson c/o Charles Idelsohn, Attorney,    P.O. Box 856,    Detroit, Michigan  48231
22269250      International Business Machines Credit LLC,    Attn: National Bankruptcy Coordinator,
               IBM Corporation,    275 Viger East, Ste. 400,    Montreal, Quebec H2X 3R7 Canada
22361986     +International Outdoor, Inc.,    28423 Orchard Lake Rd., Ste. 200,
               Farmington Hills, MI 48334-2971
22349015     +Jamie S. Fields,    555 Brush #2409,    Detroit, Michigan 48226-4356
22305747      Jessie Payne,    c/o The Sam Bernstein Law First,    Attention: Leonard E. Miller,
               31731 Northwestern Hwy, Ste 333,    Farmington Hills MI 48334-1669
22367345     +Karl Green,    c/o A. Stephen Ramadan, PLC,    22201 Harper Ave,
               Saint Clair Shores, NI  48080-1865
22241396     +Kurt Thornbladh, Esq.,    Thornbladh Legal Group PLLC,    7301 Schaefer,    Dearborn, MI 48126-4915
```

```
22243695       +LOWENSTEIN SANDLER LLP,    Attn:  Sharon L. Levine, Esq. and,    Philip J. Gross, Esq.,
                 65 Livingston Avenue,    Roseland, New Jersey 07068-1725
22243696       +MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P.C.,    Attn:  John R. Canzano, Esq.,
                 400 Galleria Officentre, #117,    Southfield, MI 48034-2161
22268715       +Matthew G. Summers, Esquire,    Ballard Spahr LLP,    919 N. Market Street, 11th Floor,
                 Wilmington, DE 19801-3062
22305034       +Michael D. Warner, Esq.,    Cole, Schotz, Meisel, Forman & Leonard,,
                 301 Commerce Street, Ste 1700,    Fort Worth, Texas 76102-4126
22241397       +Michigan Auto Recovery Service, Inc.,    8850 Southfield,    Detroit MI 48228-1976
22258376       +Michigan Property Tax Relief, LLC,    c/o Yuliy Osipov, Esq.,    20700 Civic Center, Ste. 310,
                 Southfield, MI 48076-4155
22245531       +Nathaniel Brent,    538 South Livernois,    Detroit MI 48209-3031
22273756       +NuCO2,    2800 S.E. Market Place,    Stuart FL 34997-4965
22341061       +Oracle America, Inc.,    c/o Shawn M. Christianson,    Buchalter Nemer,    55 2nd St., 17th Floor,
                 San Francisco, CA 94105-3491
22262522       +P.P.T.A., Inc., or Harold Hoyt,    c/o Yuliy Osipov, Esq.,    20700 Civic Center Dr.,    Ste. 420,
                 Southfield, MI 48076-4140
22351642       +Patricia Ramirez,    4608 9th Street,    Ecorse, MI 48229-1075
22270046       +Quill.com,    Attn: Daneen Kastanek,    1 Environmental Way,    Broomfield CO 80021-3415
22270047       +Staples, Inc.,    Attn: Daneen Kastanek,    300 Arbor Lake Drive,    Columbia SC 29223-4582
22371736       +Sylvia Jean Brown Jones,    218 Elmshaven Drive,    Lansing, MI 48917-3511
22237229       +Upright Wrecking & Demolition,    c/o Gudeman & Associates, PC,    1026 W. Eleven Mile Road,
                 Royal Oak, MI 48067-5401
22271172       +Wells Fargo Financial Leasing, Inc.,    800 Walnut Street,    MAC N0005-055,
                 Des Moines, IA 50309-3605
22250124        Xerox Corporation c/o,    OSIPOV BIGELMAN, P.C.,    2700 Civic Center Dr, Suite 420,
                 Southfield, MI 48076

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: info@vanguardians.org Oct 11 2013 22:43:39      Barry Allen,    Vanguardians,
                 POB 11202,    Glendale, CA 91226-7202
intp           +E-mail/Text: codbankruptcynotices@detroitmi.gov Oct 11 2013 22:41:21
                 Treasurer, City of Detroit,    c/o Law Department,    2 Woodward Ave.,    Suite 500,
                 Detroit, MI 48226-3440
22257563       +E-mail/Text: gravina@us.ibm.com Oct 11 2013 22:43:40      Andy Gravina,
                 Special Handling Group-MD NC317,    IBM Credit LLC,    6303 Barfield Rd NE,
                 Atlanta GA 30328-4233
22271228       +E-mail/Text: lazonia.clark@chasepaymentech.com Oct 11 2013 22:43:56       Chase Paymentech, LLC,
                 Attn: Lazonia Clark, Business Analyst,    14221 Dallas Pkwy, Bldg II,    Dallas, TX 75254-2942
22363603        E-mail/Text: cio.bncmail@irs.gov Oct 11 2013 22:38:48      INTERNAL REVENUE SERVICE,    SB/SE,
                 P O BOX 330500 STOP 15,    DETROIT MI 48232
22238691       +E-mail/Text: bankruptcy2@ironmountain.com Oct 11 2013 22:43:15
                 Iron Mountain Information Management, LLC,    745 Atlantic Avenue,    Boston, MA 02111-2735
22257422       +E-mail/Text: legaldept@mscdirect.com Oct 11 2013 22:41:18      MSC Industrial Supply Company,
                 ATTN:  Legal Department,    75 Maxess Road,    Melville, NY 11747-3151
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
intp         Ad Hoc COPs Holders
intp         Ambac Assurance Corporation
cr           Assured Guaranty Municipal Corp.
cr           Bankruptcy Estate of Simeon Chisara Ohakpo
cr           Berkshire Hathaway Assurance Corporation
cr           BlackRock Financial Management, Inc.
intp         Blue Cross Blue Shield of Michigan and Blue Care N
cr           Bruce Goldman
cr           Cecily R. McClellan
intp         Center for Community Justice and Advocacy
cr           Citizens United Against Corrupt Government
intp         Clifford Properties, Inc.
intp         Courtesy Notice
intp         Detroit Branch NAACP
cr           Detroit Fire Fighters Association, I.A.F.F. Local
intp         Detroit Institute of Arts
cr           Detroit Police Command Officers Association
cr           Detroit Police Lieutenants and Sergeants Associati
cr           Detroit Police Officers Association
intp         Deutsche Bank Securities Inc.
cr           Devery Jones
intp         Dexia Credit Local
intp         Dexia Holdings, Inc.
cr           Donald Glass
intp         Donnell White
cr           Downtown Development Authority
intp         Enjoi Transportation, LLC
cr           Fifth Third Mortgage Company
cr           Frank M. Sloan, Jr.,    18953 Pennington Dr.
intp         Gary Segatti
intp         General Motors LLC
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr            General Retirement System of the City of Detroit
cr            Genuine Parts Company
judmedi       Gerald Rosen
intp          Greektown Casino, LLC
cr            HRT Enterprises
intp          Health Alliance Plan of Michigan
cr            Heidi Peterson
cr            Hercules & Hercules, Inc.,   19055 W. Davidson,    Detroit
cr            IBM Credit LLC
intp          International Association of Fire Fighters, AFL-CI
cr            International Business Machines Credit LLC (ICC)
intp          International Union of Operating Engineers, Local
cr            James Herbert
cr            John Denis
cr            John W. and Vivian M. Denis Trust
cr            Johnathan Aaron Brown
cr            Johnnie R. Carr,   11310 Mansfield
intp          Joliet Town Houses Cooperative Association
cr            Judith West
cr            Karl E. Shaw
cr            Keetha R. Kittrell,   22431 Tireman
intp          Lafayette Town Houses, Inc.
intp          Lasalle Town Houses Cooperative Association
intp          Local 3308 of the American Federation of State, Co
intp          Local 917 of the American Federation of State, Cou
cr            Lou Ann Pelletier
intp          Maddin Hauser Wartell Roth & Heller, PC
cr            Mary Washington
cr            Mary Whitson
intp          Maureen Taylor
intp          Meijer, Inc.
cr            Merrill Lynch Capital Services, Inc.
cr            Michael J. Abbott
cr            Michael Wells
cr            Michigan Bell Telephone Company d/b/a AT&T Michiga
cr            Michigan Council 25 Of The American Federation of
cr            Michigan Council 25 of the American Federation of
cr            Michigan Council 25 of the American Federation of
intp          Michigan Property Tax Relief, LLC
intp          Michigan State Conference NAACP
cr            Mignon Lott
cr            National Public Finance Guarantee Corporation
intp          New England Fertilizer Company
intp          Nicolet Town Houses Cooperative Association
intp          Norddeutsche Landesbank Luxembourg, S.A.
cr            Nuveen Asset Management
retcm         Official Committee of Retirees
intp          P.P.T.A., Inc., or Harold Hoyt
intp          Rashida Tlaib
cr            Ronald Cook
intp          Schneiderman and Sherman, P.C.
intp          Service Employees International Union, Local 517M
cr            Shirley A Scott
cr            Shirley Tollivel
intp          St. James Cooperative
cr            St. Martins Cooperative
cr            Sylvester Davis
intp          Syncora Capital Assurance Inc.
intp          Syncora Guarantee Inc.
intp          Syncora Holdings Ltd.
cr            T&T Management, Inc.
intp          T-Mobile USA, Inc.
cr            The Bank Of New York Mellon
intp          Thomas Stallworth III
intp          U.S. Bank N.A.
cr            U.S. Bank National Association
cr            U.S. Bank, N.A.
cr            UBS AG
intp          US Health & Life Insurance Company
intp          United States Nuclear Regulatory Commission
intp          United States of America
cr            Vera Cleo Magee
intp          Wade Trim Associates, Inc.
cr            Xerox Corporation
22300257      Michigan Community Action Agency Association
```

```
District/off: 0645-2           User: csiku              Page 6 of 12              Date Rcvd: Oct 11, 2013
                               Form ID: ntchrgBK        Total Noticed: 209
cr*            +36th District Court for the State of Michigan,    c/o John T. Gregg, Esq.,
                 Barnes & Thornburg LLP,    171 Monroe Avenue, NW,    Suite 1000,    Grand Rapids, MI 49503-2694
cr*            +Chase Paymentech, LLC,    Attn: Lazonia Clark, Business Analyst,    14221 Dallas Pkwy, Bldg II,
                 Dallas, TX 75254-2942
cr*            +Eaton Vance Management,    William Delahunty,    2 International Place,    Boston, MA 02110-4101
cr*            +International Outdoor, Inc.,    28423 Orchard Lake Road,    Suite 200,
                 Farmington Hills, MI 48334-2971
cr*            +Michigan Auto Recovery Service, Inc.,    8850 Southfield,    Detroit, MI 48228-1976
cr*            +Nathaniel Brent,    538 South Livernois,    Detroit, MI 48209-3031
intp*          +Patricia Ramirez,    4608 9th Street,    Ecorse, MI 48229-1075
cr*            +Sylvia Jean Brown Jones,    218 Elmshaven Drive,    Lansing, MI 48917-3511
22391619*      +Clifford Properties, Inc.,    2482 Clifford,    Detroit, Michigan 48201-2608
22247428*       Iron Mountain Information Management, LLC,    745 Atlantic Avenue,    Boston, MA 02111-2735
22351644*      +Patricia Ramirez,    4608 9th Street,    Ecorse, MI 48229-1075
                                                                                              TOTALS: 107, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2013 at the address(es) listed below:
```
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               bborder@sspclegal.com,  joumedian@sspclegal.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Brett A. Border   on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com

    Brian D. O'Keefe   on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

    Bruce  Bennett   on behalf of Debtor In Possession    City of Detroit, Michigan bbennett@jonesday.com

    Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

    Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

    Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

    Carole  Neville   on behalf of Retiree Committee    Official Committee of Retirees carole.neville@dentons.com

    Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation caroline.english@arentfox.com

    Carolyn Beth Markowitz   on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM

    Charles Bruce Idelsohn   on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

    Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

    Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com

    Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

    Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

    Claude D. Montgomery   on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

    Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com

    Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

    Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

    Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com

    Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com

    Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation dweiner@schaferandweiner.com

    David  Eisenberg   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

    David  Eisenberg   on behalf of Creditor    Detroit Fire Fighters Asscieation, I.A.F.F. Local 344 deisenberg@ermanteicher.com

    David  Eisenberg   on behalf of Creditor    Detroit Police Command Officers Association deisenberg@ermanteicher.com

    David  Eisenberg   on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com

    David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

    David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc. dmollicone@dmms.com

    David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com

    David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation david.dubrow@arentfox.com

    David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

    Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

    Deborah  Kovsky-Apap   on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

    Deborah  Kovsky-Apap   on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

    Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fostserswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fostserswift.com
Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fostserswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com
Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com, litdocket@honigman.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric Rosenberg    on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com
Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com
Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com
Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Hugh M. Davis    on behalf of Creditor Catherine W. Phillips conlitpc@sbcglobal.net
Hugh M. Davis    on behalf of Creditor Thomas Stephens conlitpc@sbcglobal.net
James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd. james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com
Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company jbank@kerr-russell.com
Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com
Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
        John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
        John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com
        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
        Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
        Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
        Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
        Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
        Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
        Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
        Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
        Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
        Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
        Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
        Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
        Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
        Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@chadbourne.com
        Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
        Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
        Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
        Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
        Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
        Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
        Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Interested Party   Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan swansonm@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
 mark.angelov@arentfox.com
Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
 jabdelnour@resnicklaw.net
Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
 mbcobbs@flash.net
Matthew Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
Matthew Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
 wilkins@bwst-law.com,    marbury@bwst-law.com
Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
 paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor James  Herbert melissa@demolaw.com,   paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust
 melissa@demolaw.com,    paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
 paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor John  Denis melissa@demolaw.com,   paula@demolaw.com
Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
 mdordeski@foleymansfield.com,cindy@loevy.com
Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association
 mtaunt@stroblpc.com,    KVanAkin@stroblpc.com
Michael A. Greiner   on behalf of Interested Party   Clifford Properties, Inc.
 mike@financiallawgroup.com,    desiree@financiallawgroup.com;nicole@financiallawgroup.com
Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael K. Lee   on behalf of Creditor   St. Martins Cooperative mlee@leeandcorrell.com
Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
 mike.paslay@wallerlaw.com,
 Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
 rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
 msl@maddinhauser.com,    bac@maddinhauser.com
My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
 mao-bk-ecf@debevoise.com
Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
 ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
 Paige.Barr@kattenlaw.com
Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
 mkisell@plunkettcooney.com
Patrick Warren Hunt   on behalf of Interested Party   Wade Trim Associates, Inc.
 pwhunt@kerr-russell.com
Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company
 pwhunt@kerr-russell.com
Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
 phage@jaffelaw.com,    jtravick@jaffelaw.com
Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
 marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
 pcanzano@sidley.com
Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
 Department ecf@kaalaw.com,    wjackson@KAALaw.com
Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
 robert.darnell@usdoj.gov
Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
 Detroit rgordon@clarkhill.com,    lbellguzzo@clarkhill.com
Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
 rgordon@clarkhill.com,    lbellguzzo@clarkhill.com
Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert M. Fishman    rfishman@shawfishman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
            Timothy A. Fusco     on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
            Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
             allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
             tgraves@allardfishpc.com,  allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
             allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
             allardfishpc@yahoo.com
            Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association
             clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
            Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
             clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
            Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State,
             County and Municipal Employees clark@steinbergshapiro.com,
             atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
            Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc.
             clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
            Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
             clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
            Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State,
             County and Municipal Employees clark@steinbergshapiro.com,
             atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
            Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com,
             atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
            Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
             vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
            William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
            William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
            William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
            William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
            William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
            William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
            William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
            William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
             wcb@osbig.com
            William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
            William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
            William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
            Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
             yo_ecf@osbig.com;tc_ecf@osbig.com
            Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
             yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
            Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
             yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 259
```