IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846 |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, effective October 7, 2013, Chadbourne & Parke LLP hereby enters its appearance in the place of Winston & Strawn LLP (Docket No. 32) as counsel to Assured Guaranty Municipal Corp. ("Assured").

**PLEASE TAKE FURTHER NOTICE** that Assured hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109, that copies of all notices and pleadings given or filed in these cases be given and served upon the following person at the address, telephone number and e-mail address indicated below:

Lawrence A. Larose, Esq.
Samuel S. Kohn, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100
llarose@chadbourne.com
skohn@chadbourne.com

Dated: New York, New York
October 14, 2013

                                        **CHADBOURNE & PARKE LLP**

                                        /s/ Lawrence A. Larose
Lawrence A. Larose, Esq.
Samuel S. Kohn, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel for Assured Guaranty Municipal Corp.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Notice of Substitution of Counsel** was filed and served by the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this manner this 14th day of October, 2013.

CHADBOURNE & PARKE LLP

By: /s/ Lawrence A. Larose
    Lawrence A. Larose, Esq.

3

13-53846-tjt    Doc 1180    Filed 10/14/13    Entered 10/14/13 14:09:06    Page 3 of 3