# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-----------------------------------------------------x
                                    :
In re                               :        Chapter 9
                                    :
CITY OF DETROIT, MICHIGAN,          :        Case No. 13-53846
                                    :
                    Debtor.         :        Hon. Steven W. Rhodes
                                    :
                                    :
-----------------------------------------------------x

## NOTICE OF ALLOCATION OF TIME BETWEEN, AND ORDER OF PRESENTATION OF ARGUMENT BY, (I) THE CITY OF DETROIT, (II) THE MICHIGAN ATTORNEY GENERAL, (III) THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF MICHIGAN AND (IV) THE ATTORNEY GENERAL OF THE UNITED STATES REGARDING ELIGIBILITY OBJECTIONS THAT APPEAR TO RAISE ONLY LEGAL ISSUES

In accordance with Section IV of the First Amended Order Regarding

Eligibility Objections, Notices of Hearings and Certifications Pursuant to

28 U.S.C. § 2403(a) & (b) (Docket No. 821) (the "Scheduling Order"), the City of

Detroit, Michigan (the "City"), as the debtor in the above-captioned case, hereby

provides notice of the allocation of time between, and the order of presentation of

argument by, (i) the City, (ii) the Attorney General for the State of Michigan

(the "Michigan Attorney General"), (iii) the United States Attorney for the Eastern

District of Michigan and (iv) the Attorney General of the United States

(collectively, the "Presenting Parties") at the oral argument, currently scheduled for

October 15 and 16, 2013 (the "Oral Argument"), on objections to the City's

eligibility to be a chapter 9 debtor that raise only legal issues.

       1.    The Scheduling Order provides that, during the Oral Argument,

"[t]he City and the [Michigan] Attorney General shall … share 210 minutes for

their opening arguments and 60 minutes for their surrebuttal arguments."

Scheduling Order, at p. 4.  It further provides as follows:

> Designates of the City, the Michigan Attorney General,
> the Attorney General of the United States, and the United
> States Attorney for the Eastern District of Michigan are
> requested to confer in advance of the oral argument for
> the purpose of agreeing on the allocation of time among
> them (within the time limits established in this order) and
> on the order of their presentations.

Id.  The Order requires that "[b]y the day before the argument, each side shall file

its agreement, if any, regarding the allocation of time and the order of

presentation."  Id.

2.     Pursuant to the Order, the Presenting Parties have conferred, and have agreed upon the following allocation of time and order of presentation for the 210 minutes of Oral Argument devoted to opening argument:

| ALLOCATION OF OPENING ARGUMENT | |
| --- | --- |
| City of Detroit | 150 minutes |
| Michigan Attorney General | 60 minutes |
| U.S. Attorney for the Eastern District of Michigan | 0 minutes |
| United States Attorney General | 0 minutes |

3.     With respect to the 60 minutes of Oral Argument devoted to surrebuttal:  (a) neither the U.S. Attorney for the Eastern District of Michigan nor the United States Attorney General will participate; and (b) the City and the Michigan Attorney General have agreed to allocate the allotted time and determine the order of presentation based on the issues raised and arguments made by the objecting parties during their respective portions of Oral Argument.

Dated:  October 14, 2013                    Respectfully submitted,


/s/  David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY