UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

**ORDER AUTHORIZING THE DETROIT RETIREMENT SYSTEMS TO: (I) FILE A REPLY IN SUPPORT OF THEIR ELIGIBILITY OBJECTION AND (II) FILE A REPLY IN EXCESS OF PAGE LIMITATIONS**

This matter having come before the Court upon the *Ex Parte* Motion of the Detroit Retirement Systems for an Order Authorizing Them to: (i) File a Reply in Support of Their Eligibility Objection (ii) File a Reply in Excess of Page Limitations (the "Motion"); the Court having considered the Motion and finding that good cause exists for granting the relief requested;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Retirement Systems are authorized to file a Reply in support of their Eligibility Objection.[1]

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion.

3. The Retirement Systems are granted relief from E.D. Mich. LBR 9013-1(e) and E.D. Mich. LR 7.1(d)(3)(A), (B) and are authorized to file a Reply in excess of twenty-five (25) pages.

.

**Signed on October 15, 2013**

                                                        /s/ Steven Rhodes
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**