UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
: Hon. Steven W. Rhodes
Debtor.
------------------------------------------------------- x

# *EX PARTE* ORDER AUTHORIZING UAW AND THE *FLOWERS* PLAINTIFFS TO FILE AN AMENDED ELIGIBILITY OBJECTION IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of International Union, UAW ("UAW") and the *Flowers* plaintiffs for an Order Authorizing Them to File an Amended Eligibility Objection in Excess of Page Limit (the "Motion"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. UAW and the *Flowers* plaintiffs are granted relief from Eastern District of Michigan Local Rule 7.1(d)(3)(A) to file a response in excess of twenty-five (25) pages.

**Signed on October 15, 2013**

                                           /s/ Steven Rhodes
                                           **Steven Rhodes**
                                           **United States Bankruptcy Judge**

3.