IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2013, he caused ***DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY*** to be served upon counsel as listed below, via First Class United States Mail:

Michael A. Greiner
FLG, PLLC
29601 Hoover
Warren, MI 48093

Dated: October 15, 2013

        Respectfully submitted,

        By: /s/ Timothy A. Fusco
        Timothy A. Fusco
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 963-6420
        Facsimile: (313) 496-7500
        fusco@millercanfield.com