UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

# NOTICE OF VIDEO DEPOSITION
## UNDER FED. R. CIV. P. 30 AND FED. R. BANKR. P. 7030

To: The Detroit Police Officers Association ("DPOA");
   The Detroit Fire Fighters Association ("DFFA");
   The Detroit Police Lieutenants & Sergeants Association ("DPLSA"); and
   The Detroit Police Command Officers Association ("DPCOA")

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit ("the City"), by and through its undersigned counsel, will take depositions upon oral examination of the following person(s) at the time and place set forth, or such other time and place as may be mutually arranged. All such depositions shall be taken at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075:

   1. October 17, 2013 at 9:00 a.m.: Daniel F. McNamara

2. October 17, 2013 at 10:15 a.m.: Mark Diaz

3. October 17, 2013 at 10:15 a.m.: Mark Young

4. October 17, 2013 at 11:30 a.m.: Mary Ellen Gurewitz

5. October 17, 2013 at 11:30 a.m.: Jeffrey M. Pegg

6. October 17, 2013 at 1:30 p.m.: Teresa Sanderfer

7. October 17, 2013 at 1:30 p.m.: Robert A. Shinske

8. October 17, 2013 at 2:45 p.m.: Linda Broden

9. October 17, 2013 at 2:45 p.m.: Rodney Sizemore

10. October 17, 2013 at 4:00 p.m.: Steve Dolunt

11. October 17, 2013 at 4:00 p.m.: James Moore

Dated: October 15, 2013

Respectfully submitted,

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Fax: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

- and -

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
Geoffrey S. Irwin
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

## Certificate of Service

I, Deborah Kovsky-Apap, hereby certify that on October 15, 2013, I caused the foregoing Notice of Video Deposition to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter; via electronic mail to Earle Erman (eerman@ermanteicher.com), Barbara Patek (bpatek@ermanteicher.com), David Eisenberg (Deisenberg@ermanteicher.com) and Craig Zucker (czucker@ermanteicher.com), counsel for the DPOA, DFFA, DPLSA and DPCOA; and via electronic mail to the email addresses listed on Exhibit A hereto.

/s/ *Deborah Kovsky-Apap*
Deborah Kovsky-Apap (P68258)

# **EXHIBIT A**

slevine@lowenstein.com, wjung@lowenstein.com, pgross@lowenstein.com, bceccotti@cwsny.com, pdechiara@cwsny.com, lbrimer@stroblpc.com, mtaunt@stroblpc.com, mfield@stroblpc.com, rgordon@clarkhill.com, sdeeby@clarkhill.com, jgreen@clarkhill.com, efeldman@clarkhill.com, charlesidelsohnattorney@yahoo.com, gneal@sidley.com, rplecha@lippittokeefe.com, morris@silvermanmorris.com, avery@silvermanmorris.com