UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,    Chapter 9
                              Case No. 13-53846
           Debtor.            Hon. Steven W. Rhodes
_____

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013, I electronically filed **State of Michigan's Reply to Local 3308 and Local 917 of the American Federation of State, County and Municipal Employee's Objection to Motion of Debtor for Entry of an Order Extending the Chapter 9 Stay to the 36th District Court and Certain Related Parties** with the Clerk of the Court using the ECF system which will send notification of such filing upon the following:

- Sam J. Alberts    sam.alberts@dentons.com
- Carla Orman Andres    candres@gklaw.com
- Mark A. Angelov    mark.angelov@arentfox.com
- Charles N. Ash    cash@wnj.com, kkranz@wnj.com
- Karin F. Avery    Avery@SilvermanMorris.com
- Nabih H. Ayad    ayadlaw@hotmail.com
- Jason W. Bank    jbank@kerr-russell.com
- Paige E. Barr    Paige.Barr@kattenlaw.com
- Kevin M. Baum    kevin.baum@kattenlaw.com
- Dirk H. Beckwith    dbeckwith@fosterswift.com
- Michael R. Bell    BellM1@michigan.gov
- Bruce Bennett    bbennett@jonesday.com
- Ryan Blaine Bennett    ryan.bennett@kirkland.com
- Douglas C. Bernstein    dbernstein@plunkettcooney.com
- Brendan G. Best    bbest@schaferandweiner.com
- Jeffrey H. Bigelman    jhb_ecf@osbig.com

- William C. Blasses    wcb@osbig.com
- Brett A. Border    bborder@sspclegal.com
- Mark E. Bredow    mbredow@resnicklaw.net
- Lynn M. Brimer    lbrimer@stroblpc.com
- Charles D. Bullock    cbullock@sbplclaw.com
- Judy B. Calton    jcalton@honigman.com
- Peter L. Canzano    pcanzano@sidley.com
- Eric D. Carlson    carlson@millercanfield.com
- Julia A. Caroff    julia.caroff@usdoj.gov
- Amy D. Caton    acaton@kramerlevin.com
- Babette A. Ceccotti    bceccotti@cwsny.com
- Tracy M. Clark   clark@steinbergshapiro.com
- Mary Beth Cobbs    cobbm@detroitmi.gov
- Carol Connor Cohen    carol.cohen@arentfox.com
- Dawn R. Copley   dcopley@dickinsonwright.com
- Sean M. Cowley (UST)    Sean.cowley@usdoj.gov
- Elliot G. Crowder    ecrowder@sbplclaw.com
- Robert Darnell    robert.darnell@usdoj.gov
- Hugh M. Davis    conlitpc@sbcglobal.net
- Peter D. Dechiara    pdechiara@cwsny.com
- Shannon L. Deeby    sdeeby@clarkhill.com
- Melissa L. Demorest    melissa@demolaw.com
- Robert J. Diehl    rdiehl@bodmanlaw.com
- Karen B. Dine    karen.dine@kattenlaw.com
- Mercedes Varasteh Dordeski    mdordeski@foleymansfield.com
- David L. Dubrow    david.dubrow@arentfox.com
- Ethan D. Dunn    bankruptcy@maxwelldunnlaw.com

- John E. Eaton     jeaton@cousenslaw.com
- David Eisenberg     deisenberg@ermanteicher.com
- Caroline Turner English     caroline.english@arentfox.com
- Earle I. Erman     eerman@ermanteicher.com
- Barry S. Fagan     bfagan@dibandfagan.com
- Sherrie L. Farrell     sfarrell@dykema.com
- Evan Justin Feldman     efeldman@clarkhill.com
- Lisa Hill Fenning     Lisa.Fenning@aporter.com
- Mallory Field     MField@stroblpc.com
- Deborah L. Fish     dfish@allardfishpc.com
- Robert M. Fishman     rfishman@shawfishman.com
- Steven B. Flancher     flanchers@michigan.gov
- Vanessa G. Fluker     vgflawyer@sbcglobal.net
- Mark S. Frankel     mfrankel@couzens.com
- Brendan H. Frey     bfrey@manteselaw.com
- Timothy A. Fusco     fusco@millercanfield.com
- Joshua A. Gadharf     jgadharf@mcdonaldhopkins.com
- Niraj R. Ganatra     Nganatra@uaw.net
- Andrew J. Gerdes     agerdes@gerdesplc.com
- Jerome D. Goldberg     apclawyer@sbcglobal.net
- William H. Goodman     mail@goodmanhurwitz.com
- Robert D. Gordon     rgordon@clarkhill.com
- Timothy R. Graves     tgraves@allardfishpc.com
- Jonathan S. Green     green@millercanfield.com
- John T. Gregg     jgregg@btlaw.com
- Michael A. Greiner     mike@financiallawgroup.com
- Christopher A. Grosman     BRCY@CarsonFischer.com

- Stephen M. Gross     sgross@mcdonaldhopkins.com
- Stephen B. Grow     sgrow@wnj.com
- Edward J. Gudeman     ejgudeman@gudemanlaw.com
- Raymond Guzall     rayguzall@attorneyguzall.com
- Stephen C. Hackney     stephen.hackney@kirkland.com
- Paul R. Hage     phage@jaffelaw.com
- Paula A. Hall     hall@bwst-law.com
- Michael C. Hammer     mchammer2@dickinsonwright.com
- Howard R. Hawkins     howard.hawkins@cwt.com
- David Gilbert Heiman     dgheiman@jonesday.com
- Robert S. Hertzberg     hertzbergr@pepperlaw.com
- Patrick Warren Hunt     pwhunt@kerr-russell.com
- Charles Bruce Idelsohn     charlesidelsohnattorney@yahoo.com
- Mark R. James     mrj@wwrplaw.com
- Jay S. Kalish     JSKalish@aol.com
- John P. Kapitan     easternecf@trottlaw.com
- Michael Joseph Karwoski     mjkarwoski@alumni.nd.edu
- Mami Kato     mkato@sachswaldman.com
- Richardo I. Kilpatrick     ecf@kaalaw.com
- Anthony J. Kochis     akochis@wolfsonbolton.com
- Samuel S. Kohn     skohn@winston.com
- Deborah Kovsky-Apap     kovskyd@pepperlaw.com
- Kay Standridge Kress     kressk@pepperlaw.com
- Stephen S. LaPlante     laplante@millercanfield.com
- Patrick C. Lannen     plannen@plunkettcooney.com
- Lawrence A. Larose     llarose@winston.com
- Caralyce M. Lassner     ecf@lassnerlaw.com

- Michael K. Lee    mlee@leeandcorrell.com
- Michael S. Leib    msl@maddinhauser.com
- Heather Lennox    hlennox@jonesday.com
- David A. Lerner    dlerner@plunkettcooney.com
- Sharon L. Levine    slevine@lowenstein.com
- Elias T. Majoros    emajoros@glmpc.com
- Carolyn Beth Markowitz    DVCCOUNSEL@AOL.COM
- Donald G. McGuigan    don@mcguiganlaw.com
- David A. Mollicone    dmollicone@dmms.com
- Claude D. Montgomery    claude.montgomery@dentons.com
- Thomas R. Morris    morris@silvermanmorris.com
- Fred Neufeld    fneufeld@sycr.com
- Carole Neville    carole.neville@dentons.com
- Karen Vivian Newbury    knewbury@schiffhardin.com
- Kenneth E. Noble    kenneth.noble@kattenlaw.com
- Eric David Novetsky    enovetsky@jaffelaw.com
- Sandra L. O'Connor    soconnor@glmpc.com
- Brian D. O'Keefe    bokeefe@lippittokeefe.com
- Arthur O'Reilly    aoreilly@honigman.com
- Yuliy Osipov    yotc_ecf@yahoo.com
- Michael R. Paslay    mike.paslay@wallerlaw.com
- Barbara A. Patek    bpatek@ermanteicher.com
- Andrew A. Paterson    aap43@outlook.com
- Ryan Plecha    rplecha@lippittokeefe.com
- Leland Prince    princel@dteenergy.com
- A. Stephen Ramadan    steveramadan@gmail.com
- Peter J. Roberts    proberts@shawfishman.com

- Kimberly Joan Robinson    kim.robinson@bfkn.com
- Louis P. Rochkind    lrochkind@jaffelaw.com
- Courtney M. Rogers    courtney.rogers@wallerlaw.com
- Ronald L. Rose    rrose@dykema.com
- Eric Rosenberg    EJR@morganmeyers.com
- Jeffrey Rossman    jrossman@mwe.com
- Edward Todd Sable    tsable@honigman.com
- Kenneth M. Schneider    kschneider@schneidermiller.com
- Matthew Schneider    SchneiderM7@michigan.gov
- Joseph R. Sgroi    jsgroi@honigman.com
- Howard S. Sher    howard@jacobweingarten.com
- John P. Sieger    john.sieger@kattenlaw.com
- Jeffery R. Sieving    jeff@iobillboard.com
- William Pfeiffer Smith    wsmith@mwe.com
- James Sprayregen    james.sprayregen@kirkland.com
- Douglas Steele    dls@wmlaborlaw.com
- Kevin N. Summers    ksummers@dflaw.com
- Matthew Gernet Summers    summersm@ballardspahr.com
- Marc N. Swanson    swansonm@millercanfield.com
- Meredith Taunt    mtaunt@stroblpc.com
- Kurt Thornbladh    kthornbladh@gmail.com
- My Chi To    mcto@debevoise.com
- Sheryl L. Toby    stoby@dykema.com
- Matthew Troy    matthew.troy@usdoj.gov
- Brian R. Trumbauer    btrumbauer@bodmanlaw.com
- Suzanne L. Wahl    swahl@schiffhardin.com
- Daniel J. Weiner    dweiner@schaferandweiner.com

- Jason L. Weiner    jweiner@mcdonaldhopkins.com
- William A. Wertheimer    billwertheimer@gmail.com
- Matthew Wilkins    wilkins@bwst-law.com
- Scott A. Wolfson    swolfson@wolfsonbolton.com
- David M. Zack    dmzack@mcalpinelawfirm.com
- Jennifer Zbytowski Belveal    jbelveal@honigman.com
- Janet M. Ziulkowski    jmz@zaplc.com, ecf@zaplc.com
- Craig E. Zucker    czucker@ermanteicher.com

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Steven G. Howell
    Steven G. Howell (P28982)
500 Woodward Avenue, Suite 4000
Detroit, MI  48226
(313) 223-3500

Attorneys for State of Michigan,
Department of Attorney General