| | | | |
|---|---|---|---|
| Approved, SCAO | Original - Court<br>1st copy - Garnishee<br>2nd copy - Defendant | 3rd copy - Return (proof of service)<br>4th copy - Plaintiff/Attorney (proof) | |
| STATE OF MICHIGAN<br>_____ JUDICIAL DISTRICT<br>3rd JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT<br>(NONPERIODIC) | CASE NO.<br>03-327602-CD | |

Court address: 2 Woodward Avenue, Detroit MI 48226 • Zip code • Court telephone no.

**Plaintiff name and address (judgment creditor)**
KENNETH SCIOTTI

v

**Defendant name and address (judgment debtor)**
36TH DISTRICT COURT
Constance Allen Esq
421 Madison St #4109
Detroit MI 48226  (313) 965-3082

Social security no. | Account no. 36th District Court c/o City of Detroit

**Plaintiff's attorney, bar no., and address**
SCOTT E COMBS P37554
27780 Novi Road, Suite 105
Novi MI 48377

Telephone no.
248-380-5050

**Garnishee name and address**
ADP
16901 Michigan Ave
Dearborn MI 48126

## REQUEST   See instructions for item 2 on other side

1. Plaintiff received judgment against defendant for $ 575,214.27 on 8/09/05 and 12/13/05.
2. The total amount of judgment interest accrued to date is 187,710.00. The total amount of postjudgment costs accrued to date is _____. The total amount of postjudgment payments and credits made to date is 0.00. The amount of the unsatisfied judgment now due (including interest and costs) is • $ 762,924.27.
3. Plaintiff knows or with good reason believes that the garnishee is indebted to or possesses or controls property belonging to the defendant. *For funding per statute of 36th Dist Ct by City of Detroit Finance Dept, Treasury Div., Central Disbursement Acct.
4. Plaintiff requests a writ of nonperiodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date 1/9/09                   Plaintiff/Agent/Attorney signature SEC

## WRIT OF GARNISHMENT   To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), 2 copies of this writ for serving on the garnishee, and $1.00 disclosure fee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

You are ordered to make the payment withheld under this writ payable to
☐ the plaintiff      ☒ the plaintiff's attorney      ☐ the court
and mail it to: ☐ the plaintiff   ☒ the plaintiff's attorney   ☐ the court.

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

Date of issue: JAN 09 2009      Expiration date for service: APR 10 2009      Deputy court clerk: Pamela S. Ollies

MC 13 (8a/07)  REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC)                   MCL 600.4011 et seq., MCR 3.101

*Does not include appellate costs, fees or interest.

| PROOF OF SERVICE | REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) Case No. |

**TO PROCESS SERVER:** You must serve the garnishee with 2 copies of the request and writ of garnishment, a disclosure form, and any applicable fee, and file proof of service with the court clerk as directed by the plaintiff. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notary not required)

**OR**

☐ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notary required)

☐ I served 2 copies of the request and writ of garnishment, a disclosure form, and any applicable fee by:
☐ personal service   ☐ registered or certified mail (copy of return receipt attached) on:

| Garnishee name | Complete address of service | Day, date, time |
| --- | --- | --- |
| | | |

☐ I have personally attempted to serve the writ of garnishment, a disclosure form, and the applicable fee on the garnishee and have been unable to complete service.

| Garnishee name | Complete address of service | Day, date, time |
| --- | --- | --- |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Mileage fee | Total fee |
| --- | --- | --- | --- |
| $ | | $ | $ |

Signature _____

Name (type or print) _____

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                    Date

My commission expires: _____  Signature: _____
                        Date                        Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received 2 copies of the request and writ of garnishment, a disclosure form, and any applicable fee on

_____ .
Day, date, time

_____ on behalf of _____
Signature

MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

KEN SCIOTTI,

    Plaintiff,

v

36TH DISTRICT COURT,

    Defendant.

03-327602-CD    8/20/2003
JDG: ROBERT L ZIOLKOWSKI
SCIOTTI KEN
vs
36TH DISTRICT COURT

| SCOTT E. COMBS (P37554) | CONSTANCE J. ALLEN (P30752) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| 27780 Novi Road, Suite 105 | 421 Madison Avenue, Suite 4109 |
| Novi, Michigan 48377-3427 | Detroit, Michigan 48226-2358 |
| (248) 380-5050 | (313) 965-3082 |

## JUDGMENT

At a session of said Court held

ON:    **AUG 09 2005**

HON:    **ROBERT L. ZIOLKOWSKI**
            Circuit Court Judge

The above-entitled lawsuit was tried before this Court to a jury verdict which was rendered on July 14, 2005.

Pursuant to the verdict, Judgment is entered as follows:

In favor of Ken Sciotti and against Defendant, 36th District Court for:

| | |
|---|---|
| Economic damages to the present: | $57,000.00 |
| Economic damages in the future: | $227,000.00 |
| Non-economic damages to the present: | $37,000.00 |
| Non-economic damages in the future: | $103,000.00 |

This Judgment confirms the verdict of the jury only. Defendant's Motion for JNOV and/or New Trial and

Plaintiff's Motion for Post-Judgment Costs and Attorney Fees remain pending before the Court.

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK

BY _____
           DEPUTY CLERK

Approved as to form only

_____
SCOTT E. COMBS (P37554)
Attorney for Plaintiff

_____
ROBERT L. ZIOLKOWSKI
CIRCUIT COURT JUDGE

_____
CONSTANCE J. ALLEN (P30752)
Attorney for Defendant

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

KEN SCIOTTI,

        Plaintiff,

-vs-

36TH DISTRICT COURT

        Defendants.

Case No. 03 327602 NZ
HON. ROBERT ZIOLKOWSKI

_____/

SCOTT E. COMBS P37554
Attorney for Plaintiff
27780 Novi Road, Suite 105
Novi MI 48377
248/380-5050

CONSTANCE J ALLEN P30752
Attorney for Defendant 36th District Court
36th District Court
421 Madison Suite 4109
Detroit MI 48226
313/965-3082

_____/

## ORDER RE JUDGMENT FOR STATUTORY COSTS AND ATTORNEY FEES

At a session of said Court, held

ON: DEC 13 2005

BEFORE: PAUL S. TERANES
                CIRCUIT COURT JUDGE

Pursuant to plaintiff's motion for statutory costs and attorney fees under the Michigan Elliott-Larsen Civil Rights Act, MCL 37.2802, and after argument, testimony and evidence being presented at motion hearing and an evidentiary hearing before this Honorable Court;

IT IS HEREBY ORDERED that Plaintiff's request for statutory costs and attorney fees under the ELCRA is hereby granted, and an award of costs, being $2,439.27, and attorney fees in the amount of $148,775, totaling $151,214.27.

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK
BY: _____ DEPUTY CLERK

PAUL S. TERANES
CIRCUIT COURT JUDGE

Automatic Data Processing, Inc.
Corporate Headquarters
One ADP Boulevard
Roseland, New Jersey 07068-1728



Legal Department
Writer's Direct Dial Number
(973) 974-5291-Phone
(973) 974-3399-Fax

January 22, 2009

Via Federal Express

Clerk
3rd Judicial Circuit
2 Woodward Avenue
Detroit, MI 48226

Re: Request and Writ for Garnishment dated January 9, 2009
Kenneth Sciotti v. 36th District Court
Case No. 03-327602-CD

Dear Sir/Madam:

Enclosed please find executed Garnishee Disclosure submitted by ADP, Inc. ("ADP") in connection with the above-captioned matter.

Please be advised that by holding the tax monies described in the Garnishee Disclosure on behalf of City of Detroit (ADP Company Codes U1B and K3E), the City of Detroit may incur interest and penalties for late tax filing. ADP will not be liable for any penalties or interest assessed by the taxing authorities resulting from its complying with the above-captioned Garnishment.

Please contact me if you have any questions.

Very truly yours,

Alice Quinn
Senior Legal Assistant

Enclosures
cc: Scott E. Combs, Esq. (w/encls.) (Via Fax & Federal Express)
Constance Allen, Esq. (w/encls.) Via Fax & Federal Express)



RECEIVED
JAN 2 3 2009
Office of the Judicial Assistant
36th District Court

Approved, SCAQ

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN JUDICIAL DISTRICT / JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO. |
|---|---|---|
| 3rd | | 03-327602 CD |

Court address: 2 Woodward Avenue, Detroit, MI 48226
Court telephone no.

**Plaintiff's name, address, and telephone no. (judgment creditor)**
Kenneth Sciotti

v.

**Defendant's name, address, and telephone no. (judgment debtor)**
36th District Court (313) 965-
c/o Constance Allen, 4109340
421 Madison Street,
Detroit, MI 48226

**Plaintiff's attorney, bar no., address, and telephone no.** (248) 380-5050
Scott E. Combs
27780 Novi Road
Novi, MI 48377

**Garnishee's name and address**
ADP, Inc.
1401 Michigan Ave
Dearborn, MI 48126

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on 1-9-2009 and received by garnishee on 1-9-2009.
   ☑ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on 1-19-2009.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ, the garnishee:
   **Nonperiodic Garnishments**
   ☑ a. Is not indebted to the defendant for any nonperiodic payment and does not possess or control the defendant's property, money, etc.
   Reason: ADP is in possession of payroll tax monies. See attachment
   ☐ b. Is indebted to defendant for nonperiodic payments as follows:

   Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because _____

   **Periodic Garnishments**
   ☐ d. Is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason: ☐ not employed. ☐ other _____
   ☐ e. Is obligated to make periodic payments to the defendant during the 91-day period as follows.
   Payments are for ☐ earnings. ☐ nonearnings _____
   Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☐ other _____
   A higher priority writ/order ☐ is ☐ is not currently in effect. (If a higher priority writ/order is in effect, complete the following.)
   Name of court that issued higher priority writ/order    Case number    Date issued    Date served
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other _____

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date: 1-22-2009        Susan L. McIntyre
                       Garnishee/Agent/Attorney signature

I certify that:
on 1-22-2009, I mailed or personally delivered a copy of this disclosure to the court.
on 1-22-2009, I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on 1-22-2009, I mailed or personally delivered a copy of this disclosure to the defendant.

Date: 1-22-2009        Alyi Owens
                       Garnishee/Agent/Attorney signature

MC 14 (3/09) GARNISHEE DISCLOSURE        15 USC 1672, 15 USC 1673, MCR 3.101

RECEIVED
JAN 23 2009
Office of the Judicial Assistant
36th District Court

### City of Detroit (ADP Company Code U1B)

ADP is holding:
State Income Tax monies of $499.32
$217.87 Detroit local
$34.55 Detroit alternate local
State Income Tax is due to be deposited on 2/18/2009
Detroit local and Detroit alternate are due to be deposited on 2/20/2009

### City of Detroit (ADP Company Code K3E)
ADP is holding:
State Income Tax monies $61,595.19
$27,154.20 Detroit local
$6,341.69 Detroit alternate local
$32.70 Highland local
State Income Tax is due to be deposited on 2/18/2009
Detroit local, Detroit alternate and Highland local is due to be deposited on 2/20/2009

RECEIVED
JAN 2 3 2009
Office of the Judicial Assistant
36th District Court

Approved, SCAO

| | | | |
|---|---|---|---|
| | | | Original - Court<br>1st copy - Plaintiff<br>2nd copy - Garnishee<br>3rd copy - Defendant |
| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>**3rd** JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | | CASE NO.<br>**03-327602 CD** |

Court address: **2 Woodward Avenue, Detroit, MI 48226**   Court telephone no.

Plaintiff's name, address, and telephone no. (judgment creditor)
**Kenneth Sciotti**

v

Defendant's name, address, and telephone no. (judgment debtor)
**36th District Court (313)
c/o Constance Allen  965-
421 Madison Street, #4109 3120
Detroit, MI 48226**

Plaintiff's attorney, bar no., address, and telephone no. **(248) 380-5650**
**Scott E. Combs
27780 Novi Road
Novi, MI 48377**

Garnishee's name and address
**ADP, Inc.
16101 Michigan Ave
Dearborn, MI 48126**

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on **1-9-2009** and received by garnishee on **1-9-2009**.
   ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on **1-14-2009**.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ, the garnishee:
   Nonperiodic Garnishments
   ☒ a. is not indebted to the defendant ~~for nonperiodic payments and does not possess or control the defendant's property, money, etc.~~ **ADP is in possession of payroll for monies. See attachment**
   Reason: 
   ☐ b. is indebted to defendant for nonperiodic payments as follows:

   Description of property, money, negotiable instruments, etc. under garnishee's control     Type of account and account number if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because _____
   
   Periodic Garnishments
   ☐ d. Is not obligated to make periodic payments to the defendant during the 91-day period.
     Reason:  ☐ not employed.  ☐ other _____
   ☐ e. Is obligated to make periodic payments to the defendant during the 91-day period as follows.
     Payments are for  ☐ earnings.  ☐ nonearnings. _____ specify source of payment (see instructions on back)
     Payments are made  ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☐ other _____ frequency of payment
     A higher priority writ/order  ☐ is  ☐ is not  currently in effect. (If a higher priority writ/order is in effect, complete the following.)
     Name of court that issued higher priority writ/order    Case number    Date issued    Date served
     Withholding under this writ
     ☐ will begin immediately if sufficient funds are available.
     ☐ will not begin immediately because defendant is  ☐ laid off.  ☐ sick.  ☐ on leave.  ☐ other _____ specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

**1-22-2009**                                     *Susan L. McIntyre*
Date                                              Garnishee/Agent/Attorney signature

I certify that:
on **1-22-2009** I mailed or personally delivered a copy of this disclosure to the court.
on **1-22-2009** I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on **1-22-2009** I mailed or personally delivered a copy of this disclosure to the defendant.

**1-22-2009**                                     *Alli Owens*
Date                                              Garnishee/Agent/Attorney signature

MC 14 (3/08) GARNISHEE DISCLOSURE                 15 USC 1672, 15 USC 1673, MCR 3.101

RECEIVED JAN 23 2009
Office of the Judicial Assistant
36th District Court

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

KEN SCIOTTI,

      Plaintiff,

v

36TH DISTRICT COURT,

      Defendants.
_____/

03-327602-CD     8/20/2003
JDG: ROBERT L ZIOLKOWSKI
SCIOTTI KEN
vs
36TH DISTRICT COURT

### Order RE: Defendant's Motion to Quash Writs, For Sanctions And Enjoin Further Collection Actions

At session of said Court held in the CAYMC, In The County of Wayne, City of Detroit, State of Michigan

ON: FEB 12 2009

PRESENT: ROBERT L ZIOLKOWSKI

This matter having come before the Court on Plaintiff's Motion to Quash Writs, for Sanctions and to Enjoin Further Collection Actions and the parties having appeared before the Court on January 30, 2009,

**IT IS HEREBY ORDERED THAT:**

1. The Writs of Garnishment previously issued to ADP, Comerica and the City Finance Department are hereby quashed as of January 30, 2009.

2. The subpoena to Thomas Clark for a creditor's examination is quashed.

3. The Court denies the request for sanctions.

4. The request for injunctive relief is denied at this time.

Date:_____    ROBERT L. ZIOLKOWSKI
                                 _____
                                 Honorable Robert L. Ziolkowski
                                 Circuit Judge

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK
BY_____ DEPUTY CLERK