UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re                                                          Chapter 9

CITY OF DETROIT, MICHIGAN,                                     Case No. 13-53846

               Debtor.                           Hon. Steven W. Rhodes
_____/

### *EX PARTE* ORDER AUTHORIZING THE 36TH DISTRICT COURT TO FILE A REPLY IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte Motion of the 36th District Court for an Order Authorizing it to File a Reply in Excess of Page Limit* (the "Motion"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The 36th District Court is granted relief from Local Bankruptcy Rule 9014-1(e) and may file its reply to the objection of AFSCME in excess of five pages.

.

**Signed on October 16, 2013**

                                                                                **/s/ Steven Rhodes**
                                                                          **Steven Rhodes**
                                                                          **United States Bankruptcy Judge**