UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                           Chapter 9

City of Detroit, Michigan,                       Case No. 13-53846

        Debtor.                          Hon. Steven W. Rhodes

_____/

## SUPPLEMENTAL
## CERTIFICATE OF SERVICE

The undersigned certifies that on October 16, 2013, the following documents
were served via first class mail:

1. Motion of The Detroit Public Safety Unions, Pursuant to Section 105(a)
   of the Bankruptcy Code, for Entry of an Order Extending the Chapter 9
   Stay to Any Action or Claim for Damages Brought against Any Former
   Detroit Public Safety Union Member, Including Any Retiree, Which
   Arises Out of His or Her City Employment and Certificate of Service;

2. Ex Parte Order Granting Motion to Expedite,

3. Declaration of Edward V. Keelean regarding Plaintiff Contact
   Information attached as Exhibit 1,

4. Mailing Matrix attached as Exhibit 2, and,

5. Supplemental Certificate of Service dated 10-16-13.

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By:   /s/ *David M. Eisenberg*
David M. Eisenberg  (P68678)
Counsel for the Detroit
Public Safety Unions
400 Galleria Officentre, Suite 444
Southfield, MI  48034
Telephone: (248) 827-4100
Facsimile:  (248) 827-4106
E-mail: deisenberg@ermanteicher.com

DATED:   October 16, 2013

F:\CHAP9\DETROIT\Cert of Service (Supplemental) re Motion to Expedite.docx

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Chapter 9

City of Detroit, Michigan,                          No. 13-53846

       Debtor.                                  Hon. Steven W. Rhodes

_____/

## DECLARATION OF EDWARD V. KEELEAN

I, Edward V. Keelean, declare under penalty of perjury pursuant to 28 U.S.C. §
1746, as follows:

    1.     I am the Deputy Corporation Counsel of the City of Detroit.

    2.     At the request of counsel for the Detroit Public Safety Unions, and
with the assistance of Edna Lee of Ernst & Young, I compiled the list attached
hereto as **Exhibit A**.

    3.     Exhibit A was compiled from the information listed on Schedule H
(Litigation and Similar Claims) of the Second Amended List of Creditors and
Claims filed by the City of Detroit [Docket No. 1059].

    4.     Exhibit A is a list of all open cases involving the Police and Fire
Departments of the City of Detroit, and includes all cases in which individual
current and former firefighters or police officers are named as added parties, either
as a plaintiff or a defendant.

5.    Exhibit A contains all of the known contact information for the

plaintiffs in the listed cases.

Executed this ___15th___ of October, 2013

EDWARD V. KEELEAN, ESQ.

F:\CHAP9\DETROIT\Keelean declaration re stay extension motion.docx

# EXHIBIT A

DRAFT

# Litigation with Claim Number beginning with A37000 or A24000

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Abdullah, Jordan | A37000-007873 | ABDULLAH, Jordan v CITY OF DETROIT; 12-013048 CZ | Derouin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Abdullah, Jordan | A37000-007873 | ABDULLAH, Jordan v CITY OF DETROIT; 12-013048 CZ | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Abdullah, Jordan | A37000-007873 | ABDULLAH, Jordan v CITY OF DETROIT; 12-013048 CZ | Cabot, Shawn C. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Acosta, Joaquin | A37000-005986 | ACOSTA, Joaquin v COD | | Benjamin J. White PC | 18211 W McNichols Rd | Detroit | MI | 48219 |
| Aficio 12-015817 Ci | A24000-000593 | Detroit Fire Fighters Assoc., Local 344 IAFF, AFL-CIO 12-011003 | Legghio, Christopher | Legghio & Israel PC | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Aficio, Et Al, | A24000-000989 | DFFA, Local 344 IAFF, AFLCIO, et al., v CITY OF DETROIT, et al; 12-01028472 | Legghio, Christopher | Legghio & Israel PC | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Aficio, Et Al, | A24000-000989 | DFFA, Local 344 IAFF, AFLCIO, et al., v CITY OF DETROIT, et al; 12-01028472 | Cummings, Heather | Legghio & Israel PC | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Alonzo, Kenni | A24000-000740 | HOWELL, Deborah and ALONZO, Kenni v CITY OF DETROIT et al 12-003779NO | Bommarito, Michael J | McLaren Health Care Corporation | G3235 Beecher Rd Ste C | Flint | MI | 48532 |
| Alvin, Darnell v Lynn Moore | A37000-006958 | ALVIN, Darnell v Lynn Moore | Posner, Gerald | Posner Posner and Posner | 645 Griswold St Ste 1400 | Detroit | MI | 48226 |
| Amos, Seville | A37000-007239 | AMOS, Seville v Ruffus Stewart | Rhodes, Frank K., III | Frank K. Rhodes III & Associates PC | 19080 W Ten Mile Rd Fl 1 | Southfield | MI | 48075 |
| Anderson, Albert Thomas | A37000-007239 | ANDERSON, Albert Thomas v William Hart | | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Anderson, Ken | A37000-007352 | ANDERSON, Ken v LaShawn Peoples | Korobkin, Daniel S. | American Civil Liberties Union of Michigan | 2966 Woodward Ave | Detroit | MI | 48201 |
| Arabo, Peter Shareef | A37000-007708 | ARABO, Peter Shareef v GREEKTOWN CASINO, LLC, and the City of Detroit et al 12-11003 | Berg, Robert E. Jr. | Robert E. Berg Jr. PC | 39850 Van Dyke Ave Ste 100 | Sterling Heights | MI | 48313 |
| Asaro, Kimberly | A24000-000973 | ASARO, Kimberly v COD 11-014250 CZ | Deon, Mary K. | Shelton & Deon Law Group | 612 E 4th St | Royal Oak | MI | 48067 |
| Ashley, Jerry | A37000-007791 | ASHLEY, Jerry v CITY OF DETROIT, et al; 12-004505NO | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Ashley, Jerry | A37000-007791 | ASHLEY, Jerry v CITY OF DETROIT, et al; 12-004505NO | Misovski, Gordana | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Ausby, Loretta, Personal Rep Of Estate Of Irene Fletcher | A37000-007929 | Ausby, Loretta, personal rep of estate of Irene Fletcher v City of Detroit, 13-003738-CZ | Matz, Steven J., | Matz & Pietsch PC | 65 Cadillac Sq Ste 2100 | Detroit | MI | 48226 |
| Autrey, John | A37000-006975 | AUTREY, John v COD | | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | Southfield | MI | 48076 |
| Baker, Anthony | A37000-007840 | BAKER, Anthony v COD 12-12375 DML LIM | Derouin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Baker, Anthony | A37000-007840 | BAKER, Anthony v COD 12-12375 DML LIM | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Baker, Anthony | A37000-007333 | BAKER, Shumeka v COD | Cabot, Shawn C. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Barham, Demelda Marie | A24000-002789 | BARHAM, Demelda Marie v City of Detroit, et al. 10-01547 | Calcatera, Thomas B. | Bernstein & Bernstein PC | 18831 W 12 Mile Rd | Lathrup Village | MI | 48076 |
| Beaver, Shatawn | A24000-000798 | BEAVER, Shatawn v COD | Romano, Daniel G. | Romano Law PLLC | 3000 Town Ctr Ste 1800 | Southfield | MI | 48075 |
| Beckowitz, Jude | A37000-006798 | SANDERS, Elizabeth and Jude Beckowitz v Adrienne M. Stanley, D.O. et al | Applebaum, Ronald M. | | 450 W Fort St Fl 200 | Detroit | MI | 48226 |
| Bell, Arthur, L | A37000-007903 | BELL, Arthur, L. v COD; Detective BIVEN, James and Detective Butler, Marvin | Heenan, Cynthia | Constitutional Litigation Associates PC | 450 W Fort St | Detroit | MI | 48226 |
| Bell, Leonard | A37000-007822 | BELL, Leonard v CITY OF DETROIT et al; 12-0091129NO | Kulis, Gregory E. | Gregory E. Kulis & Associates, Ltd. | 30 N. LaSalle Street, Suite 2140 | Chicago | IL | 60604 |
| Bell, Lewis | A37000-007943 | BELL, Lewis v DPD, DIXON, Derrick and DUNNING, Shaun, 13-11071 | Hughes, Paul M. | | P.O. Box 730 | Lovejoy | GA | 30250 |
| Bell, Shelton (estate Of) P/r, Tammy Howard | A37000-007653 | BELL, Shelton (estate Of) P/r, Tammy Howard v COD | IN PRO PER | | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Bell, Shelton J, Est. Of Bhpr Tammy Howard | A37000-007331 | BELL, JR., Shelton, Est. of BHPR Tammy Howard v COD | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Bennett, Dorothy | A37000-007924 | Estate of Bennett, Douglas and P/R Bennett, Dorothy v City of Detroit, 13-003109-PZ | Perkins, Todd Russell | The Perkins Law Group PLLC | 615 Griswold St Ste 400 | Detroit | MI | 48226 |
| Bennett, Douglas Estate And P/r / Bennett, Dorothy | A37000-007924 | Estate of Bennett, Douglas and P/R Bennett, Dorothy v City of Detroit, 13-003109-PZ | Perkins, Todd Russell | The Perkins Law Group PLLC | 615 Griswold St Ste 400 | Detroit | MI | 48226 |
| Beydoun, Michael | A37000-006847 | BEYDOUN, Michael v COD | Seifman, Barry A. | Barry A. Seifman PC | 30665 Northwestern Hwy Ste 255 | Farmington Hills | MI | 48334 |
| Biggs, Deandre | A37000-007059 | BIGGS, Deandre v Magdalena McKinney | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Boden, Michael Antonio | A37000-007285 | BOLDEN, Michael Antonio v COD | Dabaja, S. Jenna | Varjabedian Attorneys, P.C. | 29777 Telegraph Road, Suite 2175 | Southfield | MI | 48033 |
| Booth, David, | A37000-007500 | BOOTH, David, v COD; Detroit Police Officer MCDONALD, Jessica, 12-016542NI | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Booth, David, | A37000-007500 | BOOTH, David, v COD; Detroit Police Officer MCDONALD, Jessica, 12-016542NI | Associate Attorney Romano Law PLLC | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Bray, Wendell | A37000-007212 | BRAY, Wendell v COD | Willis, Robert L., Jr. | Do It Yourself Divorce PLLC | 25141 Lahser Rd Ste 261 | Southfield | MI | 48033 |
| Brewer, Achino | A37000-007635 | BREWER, Achino v COD | Derouin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Brooks, Brandon | A37000-007531 | BROOKS, Brandon v Jason Klik, et al | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Brooks, Latonya | A37000-007864 | BROOKS, Latonya v City of Detroit, et al 12-011048NI | Mendelson, Marc J | Michael J. Morse PC | 28901 Northwestern Hwy Ste 700 | Southfield | MI | 48075 |

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Brooks, Latonya | A37000-007864 | BROOKS, Latonya v City of Detroit, et al 12-011648NI | Morse, Michael J. | Michael J. Morse PC | 24901 Northwestern Hwy Ste 700 | Southfield | MI | 48075 |
| Brown, Angeli | A37000-007562 | BROWN, Angeli v COD | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Brown, Henry (In Pro Per and Incarcerated) | A37000-007836 | Brown, Henry (In Pro Per and Incarcerated) vs COD, et al, 12-cv-13402 | | IN PRO PER | Oaks Correctional Facility | Manistee | MI | 45660020 |
| Brown, Jessica Et Al | A37000-007756 | BROWN, Jessica et al v CITY OF DETROIT et al 12-00512NO | Taylor, Edward G. | Law Office of Edward G. Taylor | 1500 Cabarrus Hwy PO Box 441272 | | MI | 0244 |
| Brown, Jessica Et Al | A37000-007756 | BROWN, Jessica et al v CITY OF DETROIT et al 12-00512NO | Martin-Henry, Tracey | Law Office of Tracey M. Martin | 615 Griswold St Ste 720 | | Detroit | MI | |
| Brunson, Floyd | A37000-007852 | BRUNSON,Floyd and JEFFERSON, Wendy v COD, et al | Feiry & Mansfield PLLP | | 130 E 9 Mile Rd | | Ferndale | MI | |
| Brunson, Floyd | A37000-007852 | BRUNSON,Floyd and JEFFERSON, Wendy v COD, et al | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48059 |
| Brunson, Floyd | A37000-007852 | BRUNSON,Floyd and JEFFERSON, Wendy v COD, et al | Blake, David G. | | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Bullard, Kevin | A37000-007919 | BULLARD, Kevin v CITY OF DETROIT, et al, 13-104419 | Wegleitz, Todd J. | Wegleitz PLLC | 615 Griswold St Ste 1600 | | Southfield | MI | 48226 |
| Burdick, Mark | A37000-007859 | BURDICK, Mark v COD, HART, Michael and JONES, Darryl, 212cv-14688 | Posner, Gerald F. | Posner Posner and Posner | 645 Griswold St Ste 1400 | | Detroit | MI | 48226 |
| Burks, Susie P/F/ Est Of Brandon Moore, Dec | A37000-007686 | BURKS, Susie P/F Est of Brandon Moore, Dec v NWL of Bet | Giroux, Robert M. | Fieger Fieger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | | Southfield | MI | 48075 |
| Cain, Christopher | A37000-007884 | Air, Inc., Eugene Williams & John Doe | | | | | | |
| Cain, Christopher | A37000-007884 | CAIN, Christopher v CITY OF DETROIT, 12-015079ANO | Williams, Amos E. | Amos E. Williams PC | 615 Griswold St Ste 515 | | Detroit | MI | 48226 |
| Cain, Christopher | A37000-007309 | CAIN, Christopher v CITY OF DETROIT, 12-015079ANO | Thomas, J. Kuhn | | 615 Griswold St Ste 515 | | Detroit | MI | 48226 |
| Cain, Christopher | A37000-007309 | CAIN, Christopher v CITY OF DETROIT, 12-0168750 | Kuhn, Thomas J. | | 615 Griswold St Ste 515 | | Detroit | MI | 48226 |
| Cain, Christopher | A37000-007602 | CAIN, Christopher v CITY OF DETROIT, 12-0168750 | Kuhn, Thomas J. | | 615 Griswold St Ste 515 | | Detroit | MI | 48226 |
| Cain, Darryl | A37000-007926 | CAIN, Darryl v P.O. CARROLL, Frank, 13-10525 | | | EC Brooks Correctional Facility | | Muskegon | MI | 49444 |
| Cain, Darryl | A37000-007926 | CAIN, Darryl v P.O. CARROLL, Frank, 13-10525 | | | 2500 S. Sheridan Drive | | | | |
| Card, Kenneth | A37000-007216 | CARD, Kenneth v COD | Rothstein, Lawrence R. | Rothstein Law Group | 19068 W 10 Mile Rd | | Southfield | MI | 48075 |
| Carter, Beverly J. | A37000-006987 | CARTER, Beverly J. v COD | Reeves, Kesia | Law Offices of Kesia N. Reeves | 900 Wilshire Dr Ste 202 | | Troy | MI | 48084 |
| Carter, Cornell B/N/f/f, Carolyn Edwards | A37000-007350 | CARTER, Cornell B/N/f/f, Carolyn Edwards v COD | Trikes, Lillian C. | | 115 E Front St | | Monroe | MI | 48161 |
| Carter, Edward George | A37000-007589 | CARTER, Edward George v City of Detroit 11-CV-15322 | Fieger, Geoffrey | Fieger Fieger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | | Southfield | MI | 48075 |
| Carter, Steven C. | A24000-000991 | CARTER, Steven C. v CITY OF DETROIT FIRE DEPARTMENT, 12-0142866CD | Paskel, Clifford | Paskel Tashman & Walker PC | 24445 Northwestern Hwy Ste 102 | | Southfield | MI | 48075 |
| Carter, Steven C. | A24000-000991 | CARTER, Steven C. v CITY OF DETROIT FIRE DEPARTMENT, 12-0142866CD | Weiner, Jordan A. | | | | | | |
| Carver, Gharian | A37000-007946 | CARVER, Gharian v CITY OF DETROIT | | IN PRO PER | 29907 Franklin Rd #151 | | Southfield | MI | 48034 |
| Chimenza, Vincent | A37000-007309 | CHIMENZA, Vincent v COD DPD | Maze, William J. | Maze Legal Group PC | 38777 6 Mile Rd Ste 110 | | Livonia | MI | 48152 |
| Clinkscales, John | A37000-007879 | CLINKSCALES, John and Tina v COD 13-002493J | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | | Southfield | MI | 48076 |
| Clinkscales, Tina | A37000-007879 | CLINKSCALES, John and Tina v COD 13-002493J 015973NZ | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | | Southfield | MI | 48076 |
| Cohen, Lamont S. | A37000-007917 | COHEN, Lamont S. v CITY OF DETROIT, et al, 13-002931 NO | Karega, Chui | Law Office of Kenneth D. Finegood PLC | 19771 James Couzens Fwy | | Detroit | MI | 48235 |
| Cole, Robert v COD | A37000-007878 | Cole, Robert v COD | | The Thurswell Law Firm | 1000 Town Ctr Ste 500 | | Southfield | MI | 48075 |
| Coleman, Byron | A37000-007640 | COLEMAN, Byron v Michael Dowdy | Gorek, Ben M. | Giammarco Mullins & Horton PC | 101 W Big Beaver Rd Fl 10 | | Troy | MI | |
| Community Alliance Credit Union | A37000-007320 | COMMUNITY ALLIANCE CREDIT UNION v COD | Posner, Gerald | Posner Posner and Posner | 645 Griswold St Ste 1400 | | Detroit | MI | 48226 |
| Cook, Teronnie v Jason Adams | A37000-007312 | COOK, Teronnie v Jason Adams | Butler, Kenneth C., II | Butler Butler & Rouse-Oberle PLLC | 24525 Harper Ave | | Saint Clair Shores | MI | 48080 |
| Cross, Cardell, | A24000-000934 | DAFNA, 13-002404NI COOK, Teronnie v COD FIRE DEPARTMENT, VICKER, NATAK | Cabot, Shawn C. | Christopher Trainor & Associates | 9750 Highland Rd | | White Lake | MI | 48386 |
| Cross, Cardell, | A24000-000934 | CROSS, Cardell, v COD FIRE DEPARTMENT, VICKER, NATAK DAFNA, 13-002404NI | Goodman, Daniel G. | The Law Office of Joumana B Kayrouz PLLC | 1000 Town Ctr Ste 780 | | Southfield | MI | |
| Cross, Cardell, | A24000-000994 | CROSS, Cardell, v COD FIRE DEPARTMENT, VICKER, NATAK DAFNA, 13-002404NI | Kayrouz, Joumana B. | Law Office of Joumana B Kayrouz PLLC | 1000 Town Ctr Ste 780 | | Southfield | MI | 48075 |
| Crutcher, Leon | A37000-007805 | CRUTCHER, Leon v CITY OF DETROIT et al, 12-009955NO | Finegood, Kenneth D. | Law Office of Kenneth D. Finegood PLC | 29566 Northwestern Hwy Ste 120 | | Southfield | MI | 480034 |
| Cummings, Tyrus | A37000-007878 | CUMMINGS, Tyrus v CITY OF DETROIT, 12-015580NO | Boxgehold, Mark E. | The Thurswell Law Firm | 1000 Town Ctr Ste 500 | | Southfield | MI | 48075 |
| Cummings, Tyrus | A37000-007878 | CUMMINGS, Tyrus v CITY OF DETROIT, 12-015580NO | | | | | | | |
| Cuppardli, Annica | A37000-007244 | MENDOZA, Cristobal and Annica Cuppardli v COD, et al | Goodman, William H. | Goodman & Hurwitz PC | 1394 E Jefferson Ave | | Detroit | MI | 48207 |
| Davis, Chontay | A37000-007826 | DAVIS, Chontay, v CITY OF DETROIT, et al, 12-15380 | | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Davis, Chontay | A37000-007826 | DAVIS, Chontay, v CITY OF DETROIT, et al, 12-15380 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Davis, Sherrod | A37000-007313 | DAVIS, Sherrod v Harold Lewis | Okoli, Stanley I. | Christopher Trainor & Associates | 9750 Highland Rd | | White Lake | MI | 48386 |

Litigation with Claim Number beginning with A37000 or A24000

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| DeasFernandes, Thomas | A37000-007536 | DEASFERNANDES, Thomas v DPD | Perkins, Todd Russell | The Perkins Law Group, PLLC | 615 Griswold St Ste 400 | Detroit | MI | 48226 |
| Detroit Auto Recover, Inc Et Al | A37000-007798 | DETROIT AUTO RECOVER, INC et al v CITY OF DETROIT, 12-00790CZ | Fallucca, Thomas M. | The Fallucca Law Firm | 3400 E Lafayette St | Detroit | MI | 48207 |
| AI | A24000-000985 | DETROIT Fire Fighter Association, et al v COD, et al 12-00710CZ | Bommarito, Michael J | | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Detroit Fire Fighter Association, Et Al | A24000-000786 | DETROIT Fire Fighter Association, et al v COD, et al 12-00710CZ | Legghio, Christopher | Legghio & Israel PC | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| AI | A24000-000955 | DETROIT Fire Fighter Assoc. v COD | Paton, Alison L | Alison L. Paton P.C. | 615 Griswold, Suite 1805 | Detroit | MI | 48226 |
| Detroit Fire Fighters Assoc. | A24000-000987 | DETROIT Fire Fighter Assoc., Local 344 IAFF, AFL-CIO 12- | Legghio, Christopher | Legghio & Israel PC | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Detroit Fire Fighters Assoc. | A24000-000529 | DETROIT Fire Fighters ASSOC. v COD | Legghio, Christopher | Legghio & Israel PC | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Detroit Fire Fighters Association | A24000-000529 | DETROIT Fire Fighters Association, et al v CITY OF DETROIT, 13-001465-CL | Schwartz, Mindy | Law Offices of Mindy M. Schwartz | 2799 Coolidge Hwy | Berkley | MI | 48072 |
| Detroit Fire Fighters Association, Et Al | A37000-007583 | DETROIT FIRE FIGHTERS Association, et al v CITY OF DETROIT, 12-006507 | Helveston, Ronald R. | Helveston & Helveston PC | 306 S Washington Ave Ste 223 | Royal Oak | MI | 48067 |
| Detroit Fire Fighters Association, Et Al | A37000-007800 | DETROIT FIRE FIGHTERS ASSOCIATION, ET AL, V CITY, 05-526691 | Walker, Fred B. | Helveston & Helveston PC | 306 S Washington Ave Ste 223 | Royal Oak | MI | 48067 |
| Detroit Fire Fighters Association, Et. Al. | A37000-007800 | DETROIT FIRE FIGHTERS ASSOCIATION, ET AL, V CITY, 05-526691 | Iorio, Donato | Kalniz Iorio & Feldstein Co LPA | 5550 W Central Ave | Toledo | OH | 43615 |
| Detroit Police Lieutenants And Sergeants Assoc. | A37000-007574 | DETROIT POLICE LIEUTENANTS and SERGEANTS ASSOC. v MK COD 11-014544 CL | Moore, James M. | Gregory Moore Jeakle & Brooks PC | 65 Cadillac Sq Ste 3727 | Detroit | MI | 48226 |
| Detroit Police Lieutenants And Sergeants Association | A37000-007822 | DETROIT POLICE LIEUTENANTS and Sergeants Association v COD, 12-01329 | Flynn, Keith D. | Miller Cohen PLC | 600 W Lafayette Blvd Fl 4 | Detroit | MI | 48226 |
| Detroit Police Lieutenants And Sergeants Association | A37000-007829 | DETROIT Police Lieutenants and Sergeants Association v COD, 12-01329 | Mack, Richard G. | Miller Cohen PLC | 600 W Lafayette Blvd Fl 4 | Detroit | MI | 48226 |
| Detroit Police Officers Association | A37000-007829 | DETROIT Police Lieutenants and Sergeants Association v COD, 12-15296 013859 | Miller, Richard G., Jr. | Miller Cohen PLC | 600 W Lafayette Blvd Fl 4 | Detroit | MI | 48226 |
| Detroit Police Officers Assoc. | A37000-007229 | DETROIT POLICE OFFICERS ASSOC., v COD 010859 | Kalniz Iorio & Feldstein | 4981 Cascade Rd SE | Grand Rapids | MI | 49546 |
| Detroit Police Officers Association | A24000-000989 | DETROIT Police Officers Association v CITY OF DETROIT, 12-, Iorio, Fillipe S | Legghio, Christopher | Legghio & Israel PC | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Detroit Police Officers Association | A24000-000989 | DETROIT Police Officers Association v CITY OF DETROIT, et | Iorio, Fillipe S | Kalniz Iorio & Feldstein Co LPA | 4981 Cascade Rd SE | Grand Rapids | MI | 49546 |
| Diffa | A37000-007699 | DIFFA, Local 344 IAFF, AFL-CIO, et al, v CITY OF DETROIT, et al, 12-01028APZ | Cummings, Heather | Legghio & Israel PC | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Diffa | A37000-007950 | DIFFA, Local 344 IAFF, AFL-CIO, et al, v CITY OF DETROIT, et al, 12-01028APZ | Bommarito, Michael J | Legghio & Israel PC | 306 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Diffa | A37000-007950 | DIFFA, Local 344 IAFF, AFL-CIO, et al, v CITY OF DETROIT, et al, 12-01028APZ | Mcfadie, Ronald | McLaren Health Care Corporation | G3235 Beecher Rd Ste C | Flint | MI | 48532 |
| Dillard, Ethel Denise | A37000-007857 | DILLARD, Ethel Denise v CITY OF DETROIT and GODBEE, JR., Ralph L. 12-001905PD | Boegehold, Mark E. | 1090 Inkster Rd | Inkster | MI | |
| Dixon, Laroyce | A37000-007950 | DIXON, Laroyce v CITY OF DETROIT, et al, 13-004544-NO | Neal, Shaun M.J. | The Thurswell Law Firm | 1000 Town Ctr Ste 500 | Southfield | MI | 48075 |
| Dixon, Laroyce | A37000-007950 | DIXON, Laroyce v CITY OF DETROIT, et al, 13-004544-NO | Zausmer Kaufman August & Caldwell PC | 31700 Middlebelt Rd Ste 150 | Farmington Hills | MI | 48334 |
| Donwan, Chantsi | A37000-007857 | MONTGOMERY, Lashure and DONWAN, Chantsi v COD, et al, 12-14314 | Hughes, Paul M. | 65 Cadillac Sq Ste 2100 | Detroit | MI | 48226 |
| Dyer, Jeremiah, Jr. | A37000-007563 | DUREN, Jeremiah, Jr. v COD | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Dyer, Annie | A37000-007944 | Dyer, Annie v City of Detroit, 13-005456-CZ | Godwin, Shaun P. | Godwin Legal Services PLC | 450 W Fort St Fl 200 | Detroit | MI | 48226 |
| Edwards, Carolyn | A37000-007350 | CARTER, Cornell B/H/N/F, Carolyn Edwards v COD | Trikes, Lillian C | 115 E Front St | Monroe | MI | 48161 |
| Eight Mile Recycling | A37000-006815 | Eight Mile Recycling v COD | Jaffe, Jack L. | Legal Center of Jack L. Jaffe PC | 30685 Barrington St Ste 130 | Madison Heights | MI | 48071 |
| Ellis, Anthony | A37000-007897 | ELLIS, Anthony v City ofDetroit | Posner, Gerald F. | Posner Posner and Posner | 645 Griswold St Ste 1400 | Detroit | MI | 48226 |
| Ellis, Charisse | A37000-007860 | ELLIS, Charisse v COD, Detroit Police Officer HARRIS, Richard, 12-012959CZ | Longstreet, Charles O., II | Longstreet Law Firm | 18570 Grand River Ave Ste 101 | Detroit | MI | 48223 |
| Elsberry, Keenan | A37000-007738 | ELSBERRY, Keenan v COD, et al 12CV10954 | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | Southfield | MI | 48076 |

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Ellsberry, Keenan | A37000-007738 | ELLSBERRY, Keenan v COD, et al. 12CV10594 | Munson, Harrison W | Harrison W. Munson PC | 660 Woodward Ave Ste 1545 First National Bldg | Detroit | MI | 48226 |
| Ellsberry, Keenan | A37000-007739 | ELLSBERRY, Keenan v COD, et al. 12-002974 NO | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | Southfield | MI | 48076 |
| Evans, Otis | A37000-007766 | EVANS, Otis, v City Of Detroit, et al 12-cv-11985 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Evans, Otis | A37000-007766 | EVANS, Otis, v City Of Detroit, et al 12-cv-11985 | Miporski, Giordana | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Fields, Alex Michael | A37000-007204 | FIELDS, Alex Michael v DPD | Maze, William J. | Maze Legal Group PC | 38777 6 Mile Rd Ste 110 | Livonia | MI | 48152 |
| Fisher, Lisa | A37000-007848 | FISHER, Lisa v CITY OF DETROIT, et al. 12-13040 | Derouin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Fisher, Lisa | A37000-007848 | FISHER, Lisa v CITY OF DETROIT, et al. 12-13040 | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Fisher, Lisa | A37000-007848 | FISHER, Lisa v CITY OF DETROIT, et al. 12-13040 | Cabot, Shawn C. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Flemister, Anthony | A37000-005693 | FLEMISTER, Anthony v City of Detroit, 07-10728 | Chomet, Charles H. | Law Office of Ernest Friedman | 24567 Northwestern Hwy Ste 110 | Southfield | MI | 48075 |
| Fletcher, Irene Estate | A37000-007929 | Ausby, Loretta, personal rep of estate of Irene Fletcher v City of Detroit, 13-003738-CZ | Matz, Steven J. | Matz & Pietsch PC | 25800 Northwestern Hwy Ste 925 | Southfield | MI | 48075 |
| Flood Lancrot Connor Stalein, Pllc | A37000-007749 | FLOOD LANCTOT CONNOR STALEIN, PLLC v CITY OF DETROIT 12-009342Z | Nipp, Janet A. | Flood Lanctot Connor & Stablein PLLC | 401 N Main St | Royal Oak | MI | 48067 |
| Fouchong, Carolyn | A37000-007652 | FOUCHONG, Carolyn v CITY OF DETROIT 11-032224CF | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Fouchong, Carolyn | A37000-007652 | FOUCHONG, Carolyn v CITY OF DETROIT 11-032224CF | Derouin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Fulford, Carmen | A24000-009982 | FULFORD, Carmen v CITY OF DETROIT 12-001833NF | Goren, Goren B | Goren Goren & Bahn PC | 30400 Telegraph Rd Ste 470 | Bingham Farms | MI | 48025 |
| Gaines, Earl, Et Al | A37000-007913 | GAINES, Earl, et al. v CITY OF DETROIT, et al. 12-CV-15595 | Derouin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Gaines, Earl, Et Al | A37000-007913 | GAINES, Earl, et al. v CITY OF DETROIT, et al. 12-CV-15595 | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Gargalino, Shawn | A37000-007741 | GARGALINO, SHAWN v CITY OF DETROIT 12-003428ED | Fetts, James K. | Fetts & Fields, P.C. | 805 East Main Street | Pinckney | MI | 48169 |
| Garrison, David | A37000-007323 | GARRISON, David v COD DPD | Diallo, Lillian | Legal Warriors PLLC | 65 Cadillac Sq Ste 2605 | Detroit | MI | 48226 |
| Gervin-barnes, Jaleel | A37000-007005 | GERVIN-BARNES, Jaleel v CITY OF DETROIT 11-014344-CZ (David Kelly) | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Gervin-barnes, Jaleel | A37000-007005 | GERVIN-BARNES, Jaleel, et al v CITY OF DETROIT 11-014344CZ | Cabot, Shawn C. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Glenn, Sahena | A37000-007738 | GLENN, Sahena v COD | Gonek, Ben M | Gonek & Gerson PC | 101 W Big Beaver Rd F110 | Troy | MI | 48084 |
| Godbold, Odali | A24000-009834 | GODBOLD, Odali v COD | Gottlieb, Charles | Gottlieb & Goren PC | 30155 Telegraph Rd Ste 249 | Bingham Farms | MI | 48025 |
| Godbold, Maryann, Godsoldo, Ariana et al | A37000-007799 | GODBOLDO, Maryann, GODSOLDO, ARIANA et al v COD, et al. 12-006338NO | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | Southfield | MI | 48076 |
| Godbold, Maryann, Godsoldo, Ariana et al | A37000-007799 | GODBOLDO, Maryann, GODSOLDO, ARIANA et al v COD, et al. 12-006338NO | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Godwin Legal Services, P.l.c. | A37000-007906 | Godwin Legal Services, P.L.C. v City of Detroit, 13-000895- (? records involving 911 communications) | Haddad, Issa G. | Haddad Law Firm PLLC | 470 N Old Woodward Ave Ste 250 | Birmingham | MI | 48009 |
| Godwin Legal Services, P.l.c. | A37000-007921 | Godwin Legal Services, P.L.C. v City of Detroit, 13-002657- (David Kelly) | Haddad, Issa G. | Haddad Law Firm PLLC | 470 N Old Woodward Ave Ste 250 | Birmingham | MI | 48009 |
| Godwin Legal Services, Plc | A37000-007953 | Godwin Legal Services, PLC, v City of Detroit, 13-006705- (2 [16236 Lappin]) | Haddad, Issa G. | Haddad Law Firm PLLC | 470 N Old Woodward Ave Ste 250 | Birmingham | MI | 48009 |
| Godwin Legal Services, Plc | A37000-007954 | Godwin Legal Services, PLC, v City of Detroit, 13-006705- CZ (16456 Harvard) | Haddad, Issa G. | Haddad Law Firm PLLC | 470 N Old Woodward Ave Ste 250 | Birmingham | MI | 48009 |
| Goldy, Lacery | A24000-000868 | GOLLY, Lacery v COD | Fortner, Michael H. | Law Offices of Michael H. Fortner | 31731 Northwestern Hwy Ste 280W | Farmington Hills | MI | 48334 |
| Gomez, Keitha | A37000-007569 | GOMEZ, Keitha v City of Detroit, et al. | Miskovski, Gordana | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Gomez, Keitha | A37000-007569 | GOMEZ, Keitha v City of Detroit, et al. | Morse, Michael J. | Michael J. Morse PC | 24901 Northwestern Hwy Ste 700 | Southfield | MI | 48075 |
| Gomez, Keitha | A37000-007569 | GOMEZ, Keitha v City of Detroit, et al. | Mendelson, Marc J. | Michael J. Morse PC | 24901 Northwestern Hwy Ste 700 | Southfield | MI | 48075 |
| Goudy, Llarentinna | A37000-007768 | GOUDY, Llarentinna v CITY OF DETROIT, et al. 12-006069NI | Morse, Michael J. | Michael J. Morse PC | 24901 Northwestern Hwy Ste 700 | Southfield | MI | 48075 |
| Goudy, Llarentinna | A37000-007768 | GOUDY, Llarentinna v CITY OF DETROIT, et al. 12-006069NI | Mendelson, Marc J. | Michael J. Morse PC | 24901 Northwestern Hwy Ste 700 | Southfield | MI | 48075 |
| Goudy, Kenya | A37000-007941 | GOUDY, Kenya v C.O.D. and Detroit Police Officers DOES, John 1-12, 13-1717 | Emanuel, Lennox | The National Law Group PC | 1950 Campbell St | Detroit | MI | 48209 |
| Gowens, Shante S. | A37000-006982 | GOWENS, Shante S. v Roosevelt Tidwell, et al | Flager, Geoffrey N. | Flager Flager Kenney Giroux & Danzig PC | 35950 W 10 Mile Rd | Farmington Hills | MI | 48335 |
| Graham, Robert Earl | A37000-007883 | GRAHAM, Robert Earl v CITY OF DETROIT, et al. 12-14491 | Miller, Racine M | We Fight The Law PLLC | 17600 Northland Park Ct Ste 210 | Southfield | MI | 48075 |
| Graves, Craig | A37000-007209 | GRAVES, Craig v Marion BINION | Mitchell, Karri | Law Office of Karri Mitchell | 23900 Greenfield Rd | Oak Park | MI | 48237 |

DRAFT

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Grayson, Keith | A37000-007243 | GRAYSON, Keith v COD | Detroit Legal Group PLLC | 407 E Fort St Ste 103 | | Detroit | MI | 48226 |
| Green, Marcon | A37000-006736 | GREEN, Marcon v COD | Posner Posner and Posner | 645 Griswold St Ste 1400 | | Detroit | MI | 48226 |
| Greenlaw, Kyle | A37000-007144 | GREENLAW, Kyle v COD | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Griffin, Jasmine | A37000-007753 | GRIFFIN, Jasmine v CITY OF DETROIT et al 12-003280NO | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | | Southfield | MI | 48076 |
| Griffin, Jasmine | A37000-007753 | GRIFFIN, Jasmine v CITY OF DETROIT, et al 12-003280NO | | | | | | |
| Griffin, Omari | A37000-007753 | GRIFFIN, Omari v CITY OF DETROIT, et al 12-01254NO | Kuhn, Thomas E. | Thomas E. Kuhn PC | 615 Griswold St Ste 515 | | Detroit | MI | 48226 |
| Griffin, Omari | A37000-007850 | GRIFFIN, Omari v CITY OF DETROIT, et al 12-01254NO | Hughes, Paul M. | | 65 Cadillac Sq Ste 2100 | | Detroit | MI | 48226 |
| Griggs, Charles | A37000-007793 | GRIGGS, Charles and GRIGGS, Mageline v CITY OF DETROIT, et al, 12-CV-12399 | Benavides, Marcel S. | The Marcel S. Benavides Law Office | 240 Daines St | | Birmingham | MI | 48009 |
| Griggs, Charles | A37000-007793 | GRIGGS, Charles and GRIGGS, Mageline v CITY OF DETROIT, et al, 12-CV-12399 | Culpepper, W. Otis | Culpepper Kinney | 615 Griswold St Ste 1300 | | Detroit | MI | 48226 |
| Griggs, Mageline | A37000-007793 | GRIGGS, Charles and GRIGGS, Mageline v CITY OF DETROIT, et al, 12-CV-12399 | Benavides, Marcel S. | The Marcel S. Benavides Law Office | 240 Daines St | | Birmingham | MI | 48009 |
| Griggs, Mageline | A37000-007793 | GRIGGS, Charles and GRIGGS, Mageline v CITY OF DETROIT, et al, 12-CV-12399 | Culpepper, W. Otis | Culpepper Kinney | 615 Griswold St Ste 1300 | | Detroit | MI | 48226 |
| Hamilton, Yolanda Et Al | A37000-007758 | HAMILTON, Yolanda et al v CITY OF DETROIT, et al 12-00259NI | Mitchell, Kerri | Law Office of Kerri Mitchell | 21900 Greenfield Rd | | Oak Park | MI | 48237 |
| Hampton, Crystal | A37000-007866 | HAMPTON, Crystal v CITY OF DETROIT, 12-01379TNI | Mendelson, Marc J. | Michael J. Morse PC | 24901 Northwestern Hwy Ste 700 | | Southfield | MI | 48075 |
| Hampton, Crystal | A37000-007866 | HAMPTON, Crystal v CITY OF DETROIT, 12-01379TNI | Morse, Michael J. | Michael J. Morse PC | 24901 Northwestern Hwy Ste 700 | | Southfield | MI | 48075 |
| Hardison, IV, Terry | A37000-007528 | HARDISON, IV, Terry v CITY OF DETROIT, et al 13-11345 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Hardison, IV, Terry | A37000-007528 | HARDISON, IV, Terry v CITY OF DETROIT, et al 13-11345 | Culpepper, W. Otis | Culpepper Kinney | 615 Griswold St Ste 1300 | | Detroit | MI | 48226 |
| Hardison, IV, Terry | A37000-007528 | HARDISON, IV, Terry v CITY OF DETROIT, et al 13-11345 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Harmon, Anthony | A37000-007886 | HARMON, Anthony v WEINERT, Tracy, et al 12-cv-14481 | Misovski, Gordana | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Harmon, Anthony | A37000-007886 | HARMON, Anthony v WEINERT, Tracy, et al 12-cv-14481 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Harris-Barnes, Jennifer | A24000-000598 | HARRIS-BARNES, Jennifer, HASSAN, Henry v COD, SNYDER, JR, Michael, 1300690A-NI | Misovski, Gordana | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Hassan, Hassan | A24000-000598 | HASSAN, Hassan v CITY OF DETROIT, 12-006509NI | Rachwal, Barton C. | Barton C. Rachwal PC | 30400 Telegraph Rd Ste 470 | | Bingham Farms | MI | 48025 |
| Hassan, Henry | A24000-000598 | HARRIS-BARNES, Jennifer, HASSAN, Henry v COD, SNYDER, JR, Michael, 1300690A-NI | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Hayes, Latasha | A37000-007238 | WALKER, Clifton and Latasha Hayes v Alejandro Parra | Ozormoor, Joseph | LaBelle Law Office of Joseph T. Ozormoor | 101 W Big Beaver Rd Ste F10 | | Troy | MI | 48084 |
| Heard, Casadaria | A37000-007302 | Heard, Casadaria v Richard Harris | Gorek, Ben M. | Giannarco Mullins & Horton PC | 101 W Big Beaver Rd F110 | | Troy | MI | 48084 |
| Heard, Rodney | A37000-007959 | HEARD, Rodney v COD 13-12396 | Davis, Christina D. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Heard, Rodney | A37000-007959 | HEARD, Rodney v COD 13-12396 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Herbert, James | A37000-007126 | HERBERT, James v DPD | Demorest, Mark S. | Demorest Law Firm PLLC | 322 W Lincoln Ave | | Royal Oak | MI | 48067 |
| Hernandez, Phyllis | A37000-007858 | HERNANDEZ, Phyllis v COD | Macuga, Peter W. | Macuga, Liddle & Dubin PC | 975 E Jefferson Ave | | Detroit | MI | 48207 |
| Hicks, Kwami | A37000-007837 | HICKS, Kwami and Marion Lewis v DPD B. Hayward 12-13147 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Hicks, Kwami | A37000-007837 | HICKS, Kwami and Marion Lewis v DPD B. Hayward 12-13147 | Misovski, Gordana | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Hill, Paul | A37000-007647 | HILL, Paul v COD 11-15283 | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | | White Lake | MI | 48386 |
| Hill, Paul | A37000-007647 | HILL, Paul v COD 11-15283 | Cabot, Shawn C. | Christopher Trainor & Associates | 9750 Highland Rd | | White Lake | MI | 48386 |
| Hodo, Stefton | A37000-007875 | HODO, Stefton v COD, et al, 12-013935NF | Cordle, A. Vince | Moss & Colella PC | 28411 Northwestern Hwy Ste 1150 | | Southfield | MI | 48034 |
| Hodo, Stefton | A37000-007875 | HODO, Stefton v COD, et al, 12-013935NF | Lockard, Emily Z. | Moss & Colella PC | 28411 Northwestern Hwy Ste 1150 | | Southfield | MI | 48034 |
| Holt, Kenneth | A37000-007973 | HOLT, Kenneth v T. Morrison,CORRECT MATTER NO. IS A19000-004148 | Applebaum, Ronald M. | Applebaum & Stone PLC | 3000 Town Ctr Ste 1800 | | Southfield | MI | 48075 |
| Horton, Akeila | A37000-006968 | HORTON, Akeila v COD | Edison, Jeffrey L. | Law Office of Jeffrey Lee Edison | 65 Cadillac Sq Ste 2205 | | Detroit | MI | 48226 |
| Houze, Larurra | A37000-007624 | HOUZE, Larurra v James Minano | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | | Southfield | MI | 48076 |
| Howard, Tammy (estate) | A37000-007653 | BELL, JR, Shelton (Estate of) P/R, Tammy Howard v PO A. Williams | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Howard, Tammy Est Of Bhpr | A37000-007331 | BELL, JR, Shelton, Est. of BHPR Tammy Howard v COD 00113ANO | Brown, Matthew C. | Brown & Brown PLC | 2525 S Telegraph Rd Ste 100 | | Bloomfield Hills | MI | 48302 |
| Howard, Vernon Lee | A37000-007905 | HOWARD, Vernon Lee v CITY OF DETROIT, et al 13-00134NO | | | | | | |

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Howard, Vernon Lee | A37000-007805 | HOWARD, Vernon Lee v CITY OF DETROIT, et al, 13-00113ANO | Brown, Matthew J. | Brown & Brown PLLC | 2525 S Telegraph Rd Ste 100 | Bloomfield Hills | MI | 48302 |
| Howell, Deborah | A37000-007740 | HOWELL, Deborah and ALONZO, Kenni v CITY OF DETROIT et al 12-00377NO | Hughes, Paul M. | | 65 Cadillac Sq Ste 2100 | Detroit | MI | 48226 |
| Hudson, Levon | A37000-007534 | SMITH, Eric and Levon Hudson v Michael Rezin | Finegood, Kenneth D. | Law Office of Kenneth D. Finegood PLLC | 25566 Northwestern Hwy Ste 120 | Southfield | MI | 48075 |
| Ibrahim, Brian | A37000-006571 | IBRAHIM, Brian v COD | Liza, Thomas M. | Bone Bourbeau Bourbeau & Liza PLLC | 23100 Jefferson Ave | Saint Clair Shores | MI | 48080 |
| In Re Retired Detroit Police And Fire Fighters Assoc., Inc., A Michigan Non-profit Corporation | A37000-006420 | In re RETIRED DETROIT POLICE AND FIRE FIGHTERS ASSOC., INC., a Michigan non-profit corporation v Detroit Police Officers Assoc., et al | Stefani, Michael L. | Stefani & Stefani PC | 512 E 11 Mile Rd | Royal Oak | MI | 48067 |
| Jackson, Mario | A37000-007915 | JACKSON, Mario v CITY OF DETROIT and DOE, et al, 13-002331-NO | Finegood, Kenneth D. | Law Office of Kenneth D. Finegood PLC | 25566 Northwestern Hwy Ste 120 | Southfield | MI | 48034 |
| Jacobi, Anthony | A37000-007945 | JACOBI, Anthony v COD, and Officer MARTIN, Raytheon, 13-11892 | Kolodziejski, Matthew S. | Law Office of Matthew S. Kolodziejski PLLC | 500 Griswold St Ste 2340 Guardian Bldg | Detroit | MI | 48226 |
| Jarrett, Zenda | A37000-007760 | JARRETT, Zenda v CITY OF DETROIT et al, 12-00236NI | James, Thomas W. | Michigan Auto Law | 30101 Northwestern Hwy | Farmington Hills | MI | 48334 |
| Jbahi, Ibraham K. | A37000-007760 | JBAHI, Ibraham K., v CITY OF DETROIT et al, 12-005954NZ | Leder, Brent Jonathan | Brent Leder PLC | 5119 Highland Rd # 264 | Waterford | MI | 48327 |
| Jefferson, Wendy | A37000-007871 | JOHNSON Floyd and JEFFERSON, Wendy v COD, et al | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Jefferson, Wendy | A37000-007852 | BRUNSON Floyd and JEFFERSON, Wendy v COD, et al | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Jelks, Leinathan | A37000-007792 | JELKS, Leinathan v CITY OF DETROIT, et al, 12-CV-12383 | Blake, David G. | | | | MI | |
| Jelks, Leinathan | A37000-007792 | JELKS, Leinathan v CITY OF DETROIT, et al, 12-CV-12383 | Davis, Christina D. | | | | MI | |
| Jelks, Leinathan | A37000-007792 | JELKS, Leinathan v CITY OF DETROIT, et al, 12-CV-12383 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Jenkins, Albert | A37000-007765 | JENKINS, Alberty v CITY OF DETROIT and COUNTY OF WAYNE | Marko, Jonathan R. | The Racer Law Firm | 321 S Williams St | Royal Oak | MI | 48067 |
| Jiddou, Firas | A37000-007688 | JIDDOU, Firas v CITY OF DETROIT et al, 12-01392 | Rosenberg, David B. | | 27600 Northwestern Hwy Ste 100 | Farmington Hills | MI | 48034 |
| Johnson, Anthony | A37000-007925 | JOHNSON, Anthony v CODPD, Officer METIVA, Jon, 13-004015-CF | Arnold E. Reed E. | Arnold E. Reed & Associates PC | 32255 Northwestern Hwy Ste 251 | Farmington Hills | MI | 48334 |
| Johnson, Carl, Et Al | A37000-007871 | JOHNSON, Martin and JOHNSON, Carl, et al v COD, et al, 12-011414NI | Perkins, Todd Russell | The Perkins Law Group PLLC | 615 Griswold St Ste 400 | Detroit | MI | 48226 |
| Johnson, Carl, Et Al | A37000-007871 | JOHNSON, Martin and JOHNSON, Carl, et al v COD, et al, 12-011414NI | Perkins, Todd Russell | The Perkins Law Group PLLC | 615 Griswold St Ste 400 | Detroit | MI | 48226 |
| Johnson, Martin | A37000-007871 | JOHNSON, Martin and JOHNSON, Carl, et al v COD, et al, 12-011414NI | Reed, Tatanisha | Law Office of TaHahisha Reed | 24151 Telegraph Rd Ste 210 | Southfield | MI | 48033 |
| Johnson, Norman | A37000-007292 | JOHNSON, Norman v Me'sha Wallace | Worrall, Patricia L. | Law Offices of Journena & Kayrouz PLLC | 1000 Farmer St Ste 780 | Detroit | MI | 48075 |
| Johnson, Ronald | A37000-007052 | JOHNSON, Ronald v COD | McKenna, Brian A. | Sachs Waldman PC | 1000 Farmer St | Detroit | MI | 48226 |
| Jones, Dewery | A37000-007880 | JONES, Dewery v CITY OF DETROIT | Deroshin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Jones, Elliott | A37000-007858 | JONES, Elliot v CITY OF DETROIT and DOE, John Driver, 12-0386ENI | Deroshin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Jones, Elliott | A37000-007858 | JONES, Elliot v CITY OF DETROIT and DOE, John Driver, 12-0386ENI | Deroshin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Jones, Elliott | A37000-007838 | JONES, Elliot v CITY OF DETROIT and DOE, John Driver, 12-0386ENI | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Jones, Laretha | A37000-006877 | JONES, Laretha v COD | Dingess, Robert J. | Robert J. Dingess & Associates | 615 Griswold St Ste 1117 | Detroit | MI | 48226 |
| Joseph, Samuel | A37000-007756 | JOSEPH, Samuel v CITY OF DETROIT 12-004543NF | | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Joseph, Samuel | A37000-007756 | JOSEPH, Samuel v CITY OF DETROIT 12-004543NF | Gardner, Jacqueline A. | Jacqueline A. Gardner PLC | 4308 Nancy Ln | White Lake | MI | 48383 |
| Joseph, Samuel | A37000-007756 | JOSEPH, Samuel v CITY OF DETROIT 12-004543NF | Gardner, Jacqueline A. | Jacqueline A. Gardner PLC | 4308 Nancy Ln | White Lake | MI | 48383 |
| Juracek, James A., United Auto Workers | A37000-007888 | JURACEK, JAMES A., UNITED Auto Workers v COD, DPD, et al, a13-co-10150 | Radke, David R. | McKnight McGlow Canzaro Smith & Radke, PC | 400 Galleria Officentre Ste 117 | Southfield | MI | 48034 |
| Kersh, Eric | A37000-007957 | Kersh, Eric v City of Detroit, 13-007393-NZ | Colella, A. Vince | Moss & Colella PC | 28411 Northwestern Hwy Ste 1150 | Southfield | MI | 48034 |
| Khalsan, Tarek | A24000-006526 | KHALSAN, Tarek v COD | Priets, David A. | Law Offices of David A. Priehs PC | 28115 Orchard Lake Rd | Farmington Hills | MI | 48334 |
| King, Damion B.n.f. Williams, Alicia | A37000-007922 | KING, Damion B.n.f. WILLIAMS, Alicia v CITY OF DETROIT et al, 13-10031 | Deroshin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| King, Damion B.n.f. Williams, Alicia | A37000-007912 | KING, Damion B.n.f. WILLIAMS, Alicia v CITY OF DETROIT et al, 13-10031 | Christopher Trainor & Associates | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| King, Damion B.n.f. Williams, Alicia | A37000-007912 | KING, Damion B.n.f. WILLIAMS, Alicia v CITY OF DETROIT et Morris, Samantha E. al. 13-10031 | | Garan Lucow Miller PC | 1000 Woodbridge St | Detroit | MI | 48207 |
| King, Quentin | A37000-007904 | KING, Quentin, PORTER, Hendra, MORMAN, Quintez v Misorski, Gordana COD, et al 13-000155C2 | | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| King, Quentin | A37000-007904 | KING, Quentin, PORTER, Hendra, MORMAN, Quintez v COD, et al 13-000155C2 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Lee, April | A37000-007802 | LEE, April v CITY OF DETROIT, et al 12-cv-12783 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Lee, April | A37000-007802 | LEE, April v CITY OF DETROIT, et al 12-cv-12783 | Okoli, Stanley I. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Lee, Kwame G. | A37000-007148 | LEE, Kwame G. v COD | Hafeli, Stran & Christ PC | Hafeli, Stran & Christ PC | 2055 Orchard Lake Rd | Sylvan Lake | MI | 48320 |
| Lee, Michael | A37000-007561 | LEE, Michael v DPD | Marks, Bertram L. | Litigation Associates PLLC | 30300 Northwestern Hwy Ste 240 | Farmington Hills | MI | 48334 |
| Letten, Phillip | A37000-007070 | LETTEN, Phillip v Scott Hall | Rossman, Jessie J. | Natural Resources Defense Council | 2 N Riverside Plz Ste 2250 | Chicago | IL | 60606 |
| Lewis, Deontae | A37000-007849 | LEWIS, Deontae v CITY OF DETROIT et al, 12-CV-12710 | Derouin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Lewis, Deontae | A37000-007849 | LEWIS, Deontae v CITY OF DETROIT et al, 12-CV-12710 | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Lewis, Kevin | A37000-006959 | LEWIS, Kevin and Jeremy Morris v COD | Cabot, Shawn C. | | 9750 Highland Rd | White Lake | MI | 48386 |
| Lewis, Kevin | A37000-006959 | LEWIS, Kevin and Jeremy Morris v COD | Sullivan, Donald D. | Sullivan Law Offices | 56875 Grand River Ave., Ste. C, P.O. Box 308 | New Hudson | MI | 48165 |
| Lewis, Marion | A37000-007837 | HICKS, Kwann and Marion Lewis v DPO B. Hayward 12-13147 | Rohl, Gregory J. | Law Offices of Gregory J. Rohl PC | 41850 W 11 Mile Rd Ste 110 | Novi | MI | 48375 |
| Lewis, Marion | A37000-007837 | HICKS, Kwann and Marion Lewis v DPO B. Hayward 12-13147 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Local 344 Iaff | A24000-000989 | DFFA, Local 344 IAFF, AFLCIO, et al, v CITY OF DETROIT, et al, 12-01228#Z | Misorski, Gordana | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Local 344 Iaff | A24000-000989 | DFFA, Local 344 IAFF, AFLCIO, et al, v CITY OF DETROIT, et al, 12-01228#Z | Leggilo, Christopher | Law Offices of Michael H. Fortner | 31731 Northwestern Hwy Ste 280W | Farmington Hills | MI | 48334 |
| Local 344 Iaff | A24000-000989 | DFFA, Local 344 IAFF, AFLCIO, et al, v CITY OF DETROIT, et al, 12-01228#Z | Cummings, Heather | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Local 344 Iaff | A24000-000989 | DFFA, Local 344 IAFF, AFLCIO, et al, v CITY OF DETROIT, et al, 12-01228#Z | Leggilo, Christopher | Law Offices of Michael H. Fortner | 31731 Northwestern Hwy Ste 280W | Farmington Hills | MI | 48334 |
| Local 344 Iaff | A24000-000993 | DFFA, Local 344 IAFF, AFLCIO, et al, v CITY OF DETROIT, et al, 12-01228#Z | Bommarito, Michael J | McLaren Health Care Corporation | G3235 Beecher Rd Ste C | Flint | MI | 48532 |
| Lowe, Darnell | A24000-000993 | Detroit Fire Fighters Assoc., Local 344 IAFF, AFL-CIO 12-016517 CL | Leggilo, Christopher | | 305 S Washington Ave Ste 600 | Royal Oak | MI | 48067 |
| Lowe, Darnell | A37000-007947 | Lowe, Darnell v City of Detroit Police Dept 13-005592-CZ | Pearce, Melissa M. | Law Office of Melissa M. Pearce PLC | 1100 Corporate Office Dr Ste 100 | Milford | MI | 48381 |
| Lucas & Baker | A37000-007932 | Lucas & Baker v CITY OF DETROIT, 13-004910-NO 4716-AZ | Lucas, Frederick | | 7577 US Highway 12 Ste A | Onsted | MI | 49265 |
| Lyons, Trywan | A37000-007654 | LYONS, Trywan v CITY OF DETROIT, et al 12-10300 | Boegehold, Mark E. | The Thurswell Law Firm | 1000 Town Ctr Ste 500 | Southfield | MI | 48075 |
| Mack, Richard | A37000-007654 | MACK, Richard v City of Detroit 12-10300 | Mueller, Wolfgang | Olsman Mueller Wallace & MacKenzie PC | 2684 11 Mile Rd | Berkley | MI | 48072 |
| Mapp, Tracey | A24000-000969 | MAPP, Tracey v COD | Fortner, Michael H. | Law Offices of Michael H. Fortner | 31731 Northwestern Hwy Ste 280W | Farmington Hills | MI | 48334 |
| Marcilis, Russell II | A37000-006833 | MARCILIS II, Russell v Township of, et al | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Marion, Orlando | A37000-007825 | MARION, Orlando v CITY OF DETROIT, et al 12-12467 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Marion, Orlando | A37000-007825 | MARION, Orlando v CITY OF DETROIT, et al 12-12467 | Okoli, Stanley I. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Marsh, Sheryl | A37000-007324 | MARSH, Sheryl v COD | Goodman, Morris H. | | 14207 Ford Rd | Dearborn, | MI | 48126 |
| Martz, Kyle Nicole | A37000-007249 | MARTZ, Kyle Nicole v City of Detroit and DPD 11-001480 CZ | Maze, William J. | Maze Legal Group PC | 38777 6 Mile Rd Ste 100 | Livonia | MI | 48152 |
| Matthew, Mazie | A37000-007959 | MATTHEW, Mazie v COD 13-007146 NO | Cronin, Sabrina | The Cronin Law Firm PLLC | 21 E Long Lake Rd Ste 250 | Bloomfield Hills | MI | 48304 |
| Mayo, Darnell | A37000-007703 | MAYO, Darnell v CITY OF DETROIT et al | Hughes, Paul M. | | 65 Cadillac Sq Ste 2100 | Detroit | MI | 48226 |
| Mccray, Shawnette | A37000-003816 | MCCRAY, Shawnette v CITY OF DETROIT, et al, 12-01429CI | Clark, Paul S. | Clark & Schoenbeck | 22655 S Chrysler Dr | Detroit | MI | 48232 |
| McArthur, Reginald | A37000-005816 | McARTHUR, Reginald v COD | Schulte, John R. | | 41160 Van Dyke Ave Ste 110 | Sterling Heights | MI | 48314 |
| Mcclure, Timothy D. | A37000-007314 | MCCLURE, Timothy D. v COD | | UAW Legal Services Plan | Pugsley Correctional Facility | Kingsley | MI | 49649 |
| McClure, Timothy D. | A37000-007314 | MCCLURE, Timothy D. v COD | | IN PRO PER | 7421 Walton Rd | Kingsley | MI | 49649 |
| Mccoy, James | A37000-007824 | MCCOY, James v CITY OF DETROIT, et al 12-010206C2 | Evans, Marlon Blake | Marlon Blake Evans & Associates | 3434 Russell St Ste 104 | Detroit | MI | 48207 |
| Mccracken, Thomas | A24000-002766 | MCCRACKEN, Thomas v COD | Zwideh, Robert S. | Kemp Klein Law Firm | 201 W Big Beaver Rd Ste 600 | Troy, | MI | 48084 |
| McCray, Shawnette | A37000-007914 | MCCRAY, Shawnette v CITY OF DETROIT, et al, 12-01429CI | Clark, Paul S. | Kemp Klein Law Firm | 201 W Big Beaver Rd Ste 600 | Hazel Park | MI | 48030 |
| Mcdonald, Kevin | A37000-007892 | MCDONALD, Kevin v CITY OF DETROIT, et al, 12-15584 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Mcdonald, Kevin | A37000-007892 | MCDONALD, Kevin v CITY OF DETROIT, et al, 12-15584 | Romano Law PLLC | | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Mcgowen, Robert | A37000-007801 | McGowen, Robert v CITY OF DETROIT et al, 12-cv-12854 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Mcgowen, Robert | A37000-007801 | McGowen, Robert v CITY OF DETROIT et al, 12-cv-12854 | Romano, Daniel G. | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| McKay, Michael | A37000-006955 | McKay, Michael v Myron Watkins | Jackson, Renette | Al & Associates At Law PLLC | 400 Monroe St Ste 410 | Detroit | MI | 48226 |
| Meadows, Rodney | A37000-007920 | MEADOWS, Rodney v CITY OF DETROIT NO | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Medical Rehabilitation Physicians, Plc | A24000-000967 | MEDICAL REHABILITATION PHYSICIANS, PLC v ccd | | Medical Legal Advocates PLLC | 745 Barclay Cir Ste 340 | Rochester Hills | MI | 48307 |
| Mendoza, Cristobal | A37000-007244 | MENDOZA, Cristobal and Amica Cappetelli v COD, et al | Toombs, Grady L | | 1394 E Jefferson Ave | Detroit | MI |  |
| Mesher, Rabeh | A37000-006820 | MESHER, Rabeh v COD | Goodman, William H. | Goodman & Hurwitz PC | 6053 Chase Rd | Dearborn | MI | 48126 |
| Michigan Innocence Clinic | A37000-007751 | MICHIGAN INNOCENCE CLINIC v CITY OF DETROIT POLICE DEPT. 12-237-CZ | Farhat, Helal A. | Farhat & Associates PLLC | 400 Renaissance Ctr | Detroit | MI | 48243 |
| Michigan Innocence Clinic | A37000-007939 | Michigan Innocence Clinic v City of Detroit, 13-396CZ | Darren, Samuel C | Dykema Gossett PLLC | 400 Renaissance Ctr | Detroit | MI | 48243 |
| Milewski, Brian | A24000-000990 | MILEWSKI, Brian v CITY OF DETROIT, 12-011731CK | Jones, Jami W. | Jami Jones PLLC | 33200 Bequisine Rd Ste 100 | Sterling Heights | MI | 48310 |
| Miller, Dwight | A37000-007763 | MILLER, Dwight v CITY OF DETROIT 12-CV-00186 | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Miller, Dwight | A37000-007763 | MILLER, Dwight v CITY OF DETROIT 12-CV-00186 | Cabot, Shawn C | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Miller, Kevin | A37000-007072 | MILLER, Kevin v COD | Edwards, Carl R. | Edwards & Jennings PC | 65 Cadillac Sq Rm 2710 | Detroit | MI | 48226 |
| Miller, Kevin | A37000-007072 | MILLER, Kevin v COD | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Miller, Melvin | A37000-007856 | MILLER, Melvin v CITY OF DETROIT, et al 12-14624 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Miller, Melvin | A37000-007856 | MILLER, Melvin v CITY OF DETROIT, et al 12-14624 | Misowski, Gordana | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Miller, Schmika, Taylor, Ena | A37000-006747 | MILLER, Schmika, Taylor, Ena v COD | Kuznsky, Brian A. | Mindell Malin Kutinsky Stone & Blamikoff | 25505 W 12 Mile Rd Ste 1000 | Berkley | MI | 48072 |
| Mobley, Ian | A37000-006991 | MOBLEY, Ian v City of Detroit, et al, 10-CV-10675 | Steinberg, Michael J. | American Civil Liberties Union Fund of Michigan | 2966 Woodward Ave | Detroit | MI | 48201 |
| Moncrief, Dajuan | A37000-007554 | MONCRIEF, Dajuan v William Brewster | Marko, Jonathan R. | The Rasor Law Firm | 321 S Michigan St | Royal Oak | MI | 48067 |
| Montgomery, Lashure | A37000-007857 | MONTGOMERY, Lashure and DONVAN, Chantli v COD, et al, 12-14314 | Hughes, Paul M. | | 65 Cadillac Sq Ste 2100 | Detroit | MI | 48226 |
| Moore, Benjamin | A37000-007885 | MOORE, Benjamin v CITY OF DETROIT, 12-126278 | Courtney, Michael A. | | 34905 E Michigan Ave | Wayne | MI | 48184 |
| Moore, Brandon Et | A37000-005686 | BURKS, Susie P/R Est of Brandon Moore, Dec v NWL of Bel Air, Inc., Eugene Williams & John Doe | Giroux, Robert M. | Fieger Fieger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | Southfield | MI | 48075 |
| Moore, Darren | A37000-007040 | MOORE, Darren v COD | Tirwa, David B. | Serlin Tirwa & Steam PLLC | 37780 Telegraph Rd Ste 120 | Birmingham | MI | 48025 |
| Moore, Eddy | A37000-007767 | MOORE, Eddy v CITY OF DETROIT, et al 12-cv-11875 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Moore, Eddy | A37000-007767 | MOORE, Eddy v CITY OF DETROIT, et al 12-cv-11875 | Romano, Daniel G. | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Moore, George | A37000-007643 | MOORE, George v COD | Shapero, Anthony D. | Liss & Shapero | 2695 Coolidge Hwy | Berkley | MI | 48072 |
| Moore, Sonya Et Al | A37000-007874 | MOORE, Sonya et al, v. COD, 12-012844 | Miller, Racine M. | We Fight The Law PLLC | 17600 Northland Park Ct Ste 210 | Southfield | MI | 48075 |
| Moore, Thomas Gerald | A37000-007856 | MOORE, Thomas Gerald, v COD P.O. FLUGENZI, Matthew | Loeb, Thomas M. | | 32000 Northwestern Hwy Ste 170 | Farmington Hills | MI | 48334 |
| Moore, Thomas Gerald & Headapohl, Brian | A37000-007856 | MOORE, Thomas Gerald, v COD P.O. FLUGENZI, Matthew & HEADAPOHL, BRIAN | Rothstein, Jay L. | Rothstein Law Group PLC | 19068 W 10 Mile Rd | Southfield | MI | 48075 |
| Moore Jr., David | A37000-007588 | MOORE Jr., David v CITY OF DETROIT et al 11-15448 | Rothstein, Jay L. | Rothstein Law Group PLC | 19068 W 10 Mile Rd | Southfield | MI | 48075 |
| Moore Jr., David | A37000-007588 | MOORE Jr., David v CITY OF DETROIT et al 11-15448 | Azzopardi, Mario J. | Rothstein Law Group PLC | 19068 W 10 Mile Rd | Southfield | MI | 48075 |
| Moore Jr., Quentin | A37000-007904 | KING, Quentin, PORTER, Hondra, MORMAN, Quintez v COD, et al 13-04001SSCZ | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Moore Jr., Quentin | A37000-007904 | KING, Quentin, PORTER, Hondra, MORMAN, Quintez v COD, et al 13-04001SSCZ | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Morman, Quintez | A37000-007904 | KING, Quentin, PORTER, Hondra, MORMAN, Quintez v COD, et al 13-04001SSCZ | Misowski, Gordana | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Morningstar, Jay Harrison | A37000-005563 | MORNINGSTAR, Jay Harrison vs COD et al: 06-11073 | Convertino, Richard G. | Convertino & Associates PLLC | 424 N Main St | Plymouth, | MI | 48170 |
| Morris, Jeremy | A37000-006993 | LEWIS, Kevin and Jeremy Morris v COD | Sullivan, Donald D. | Sullivan Law Offices | 56875 Grand River Ave, Ste. C, P.O. Box 308 | New Hudson | MI | 48165 |
| Morris, Jeremy | A37000-006993 | LEWIS, Kevin and Jeremy Morris v COD | Rehl, Gregory J. | Law Offices of Gregory J. Rohl PC | 41850 W 11 Mile Rd Ste 110 | Novi | MI | 48375 |
| Morris, Willie C. | A37000-007518 | NORRIS, Willie C., v CITY OF DETROIT et al, 12-CV-15505 | | IN PRO PER | P.O. Box 3657 | Highland Park | MI | 48203 |
| Morris, Willie C. | A37000-007518 | NORRIS, Willie C., v CITY OF DETROIT et al, 12-CV-15505 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Morton, Jason | A37000-007380 | MORTON, Jason v COD | Collins, Carl L., III | 23880 Woodward Ave | 20755 Greenfield Rd Ste 1100 | Southfield | MI | 48075 |
| Nunoz, Christina | A37000-007442 | MUNOZ, Christina v David Delbosque | | | 20755 Greenfield Rd Ste 1100 | Southfield | MI | 48075 |
| Nusser, Gary | A37000-007823 | MUSSER, Gary v CITY OF DETROIT, et al, 13-CV-13281 | Misowski, Gordana | | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Nusser, Gary | A37000-007823 | MUSSER, Gary v CITY OF DETROIT, et al, 13-CV-13281 | | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Nasser, Hamzah | A37000-006832 | NASSER, Hamzah v COD | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |

DRAFT

Litigation with Claim Number beginning with A37000 or A24000

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Nelson, Darrell | A37000-007726 | NELSON, Darrell v CITY OF DETROIT 12-13335 et al | Kolodziejski, Matthew S. | Law Office of Matthew S. Kolodziejski PLLC | 500 Griswold St Ste 2340 Guardian Bldg | Detroit | MI | 48226 |
| Nelson, Shira | A37000-007704 | NELSON, SHIRA v CITY OF DETROIT 11-014485-CZ, et al | Christopher, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Nelson, Shira | A37000-007704 | NELSON, SHIRA v CITY OF DETROIT 11-014485-CZ, et al | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Newell, Renee | A37000-007865 | NEWELL, Renee v CITY OF DETROIT, et al 12-011594NO | Kuhn, Thomas E. | Thomas E. Kuhn PC | 615 Griswold Ave Ste 515 | Detroit | MI | 48226 |
| Noblett, Michael | A37000-007828 | NOBLETT, Michael v CITY OF DETROIT, et al, 12-008075NZ | Ihrie, O'Brien | Ihrie O'Brien | 24055 Jefferson Ave Ste 2000 | Saint Clair Shores | MI | 48080 |
| Okafor, Simeon | A24000-00210 | OKAFOR, Simeon v CITY OF DETROIT 12-016CFCD | Fagan, Barry S. | Dib and Fagan PC | 25892 Woodward Ave | Royal Oak | MI | 48067 |
| Omic, Llc | A37000-007296 | OMIC, LLC v COD | Varjabedian, Christopher S. | Christopher S. Varjabedian PC | 29777 Telegraph Rd Ste 2175 | Southfield | MI | 48034 |
| Osborne, Martinez | A37000-007058 | OSBORNE, Martinez v COD 10-006079 NI | Danielski, John | Law Offices of John Julius Danielski | 20600 Eureka Rd Ste 444 | Taylor | MI | 48180 |
| Osborne, Martinez | A37000-007163 | OSBORNE, Martinez v COD 10-009766.NF | Danielski, John | Law Offices of John Julius Danielski | 20600 Eureka Rd Ste 444 | Taylor | MI | 48180 |
| Ouza, Hassan Fadel | A37000-007870 | WAWA Petroleum, Inc. and OUZA, Hassan and OUZA, Hussein Fadel v COD | Harrington, John F. | Law Offices of John F. Harrington | 30500 Van Dyke Ave Ste M200 | Warren | MI | 48093 |
| Ouza, Hassan | A37000-007870 | WAWA Petroleum, Inc. and OUZA, Hassan and OUZA, Hussein Fadel v COD | Fjolla, E. | | | | | |
| Ouza, Hussein Fadel | A37000-007870 | WAWA Petroleum, Inc. and OUZA, Hassan and OUZA, Hussein Fadel v COD | Fjolla, E. | | | | | |
| Pace, Nychol | A37000-007520 | PACE, Nychol v COD | Marr, Charles H. | Law Offices of Charles H. Marr PLLC | 65 Cadillac Sq Ste 2100 | Detroit | MI | 48226 |
| Parker, Robert Fitzgerald | A37000-006949 | PARKER, Robert Fitzgerald v COD | Hughes, Paul M. | | 302 W Main St | Northville | MI | 48167 |
| Patterson, Delaina P/r Turner, Sherill, Et Al | A24000-000654 | PATTERSON, Delaina P/R Turner, Sherill, et al. v Sherry Nichols, et al. | Fieger, Geoffrey | Fieger Fieger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | Southfield | MI | 48075 |
| Patterson, Delaina P/r Turner, Sherill, Et Al | A24000-000654 | PATTERSON, Delaina P/R Turner, Sherill, et al. v Sherry Nichols, et al. | Harrington, James J., IV | Fieger Fieger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | Southfield | MI | 48075 |
| Patterson, Delaina P/r Turner, Sherill, Et Al | A24000-000654 | PATTERSON, Delaina P/R Turner, Sherill, et al. v Sherry Nichols, et al. | Harrington, John F. | Law Offices of John F. Harrington | 30500 Van Dyke Ave Ste M200 | Warren | MI | 48093 |
| Payne, Derrez | A37000-007876 | PAYNE, Derrez v CITY OF DETROIT, et al, 12-013105CZ | Deroun, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Payne, Derrez | A37000-007876 | PAYNE, Derrez v CITY OF DETROIT, et al, 12-013105CZ | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Payne, Derrez | A37000-007876 | PAYNE, Derrez v CITY OF DETROIT, et al, 12-013105CZ | Cabot, Shawn C. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Penn, Devario | A37000-006996 | PENN, Devario v COD | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Perales, Luis | A37000-007830 | PERALES, Luis and PERALES, Paricia v CODPD 010477NI | Monnich, John, Jr. | | 306 S Washington Ave Ste 207 | Royal Oak | MI | 48067 |
| Perales, Luis | A37000-007830 | PERALES, Luis and PERALES, Paricia v CODPD 010477NI | Linardos, Michael S. | | 4632 2nd Ave | Detroit | MI | 48201 |
| Perales, Paricia | A37000-007830 | PERALES, Luis and PERALES, Paricia v CODPD et al 12-010477NI | Linardos, Michael S. | | 4632 2nd Ave | Detroit | MI | 48201 |
| Perales, Paricia | A37000-007830 | PERALES, Luis and PERALES, Paricia v CODPD et al 12-010477NI | Monnich, John, Jr. | | 306 S Washington Ave Ste 207 | Royal Oak | MI | 48067 |
| Perales, Paricia | A37000-007830 | PERALES, Luis and PERALES, Paricia v CODPD et al 12-010477NI | Monnich, John, Jr. | | 306 S Washington Ave Ste 207 | Royal Oak | MI | 48067 |
| Perez, Melissa | A37000-006828 | PEREZ, Melissa v COD | Liepshutz, Greg M. | Levine Benjamin PC | 100 Galleria Officentre Ste 411 27700 Northwestern Hwy | Southfield | MI | 48034 |
| Perez, Ronnie | A37000-007191 | PETERSON, Ronnie v P0 Devon Payton & COD | Finegood, Kenneth D. | Law Office of Kenneth D. Finegood PLLC | 29566 Northwestern Hwy Ste 120 | Southfield | MI | 48034 |
| Philips, Robert | A37000-006804 | PHILLIPS, Robert v COD | Sodergren, David R. | | PO Box 5342 | Berkley | MI | 48072 |
| Porter, Javier | A37000-007179 | POINTES, Javier v Gladwell & COD | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Poisson, Patrick | A37000-007537 | POISSON, Patrick v COD | Mueller, Wolfgang | Olsman Mueller Wallace & MacKenzie PC | 2684 11 Mile Rd | Berkley | MI | 48072 |
| Porter, Hondra | A37000-007904 | KING, Quentin, PORTER, Hondra, MORMAN, Quintez v COD, et al 13-000155CZ | Misorski, Gordana | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Porter, Hondra | A37000-007904 | KING, Quentin, PORTER, Hondra, MORMAN, Quintez v COD, et al 13-000155CZ | Associate Attorney Romano Law PLLC | | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Providence, De-ali | A37000-007183 | PROVIDENCE, De-Ali v DPD Paula Redmond, et al. | Ragheb-gonzalez, Nadia | | 1000 Town Ctr, Ste. 500 | Southfield | MI | 48075 |
| Ramsey, Jr., Willie | A37000-007930 | RAMSEY, Jr., Willie v COD, TAYLOR, James, CLEAVES, Ernest & DUNLAP, John, 13-004810-NO | Perkins, Todd Russell | The Perkins Law Group PLLC | 615 Griswold St Ste 400 | Detroit | MI | 48226 |
| Ratte, Leo A Minor, Nf Claire Zimmermann | A37000-007282 | RATTE, Leo a minor, NF Claire Zimmerman v COD | Wolfe, Adam A. | Pepper Hamilton LLP | 4000 Town Ctr Ste 1800 | Southfield | MI | 48075 |
| Reese, Johnny | A37000-007851 | REESE, Johnny v COD (Police Dept.) LYNEM, Charles & STEINKE, James | Clark, Eric H. | Cherry & Clark | 27455 Five Mile Rd | Livonia | MI | 48154 |
| Richardson, Beatrice | A24000-000688 | RICHARDSON, Beatrice v CITY OF DETROIT, et al. | Franklin, Glen P | Auto Accident Attorneys PLLC | 21700 Greenfield Rd Ste 203 | Oak Park | MI | 48237 |

DRAFT

# Litigation with Claim Number beginning with A37000 or A24000

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Richardson, Beatrice | A24000-000988 | RICHARDSON, Beatrice v CITY OF DETROIT, et al. | Mulligan, Timothy | Auto Accident Attorneys PLLC | 21700 Greenfield Rd Ste 203 | Oak Park | MI | 48237 |
| Rickett, Orlando | A37000-007810 | RICKETT, Orlando v CITY OF DETROIT et al. | Hughes, Paul M. | | 65 Cadillac Sq Ste 2100 | Detroit | MI | 48226 |
| Rivers, Cynthia Estate Of | A37000-007910 | Estate of Rivers, Cynthia v City of Detroit Police Department, et al, 13-012471-CZ, 12-000382-NI | Stearn, William S. | The Thurswell Law Firm | 1000 Town Ctr Ste 500 | Southfield | MI | 48075 |
| Robinson, Angelica | A37000-007869 | ROBINSON, Angelica v CITY OF DETROIT, et al, 12-014385CD | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | Southfield | MI | 48076 |
| Rogers, Jason | A37000-007752 | ROGERS, Jason v CITY OF DETROIT, et al, 12-002378NO et al | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | Southfield | MI | 48076 |
| Rogers, Jason | A37000-007752 | ROGERS, Jason v CITY OF DETROIT, DOES, John 12-002278NO et al | Kuhn, Thomas E. | | 615 Griswold St Ste 515 | Detroit | MI | 48226 |
| Rolle, Jr., Alvin | A37000-007832 | ROLLE, JR., Alvin v COD Police Department et al, 12-010606PD | Woods, Arlene F. | Law Offices of Arlene F. Woods | 26677 W 12 Mile Rd | Southfield | MI | 48034 |
| Rose, Jonathan | A37000-007949 | ROSE, Joanthan v JACKSON, JACQUELINE and City OF DETROIT, 13-003592-CK | Muawad, Elias | Law Office of Elias Muawad PC | 36700 Woodward Ave Ste 209 | Bloomfield Hills | MI | 48304 |
| Rose, Jonathan Thomas-gregory | A37000-007728 | ROSE, Jonathan Thomas-Gregory v COD | Hartzog, Jeffrey W. | | 42490 Garfield Rd Ste 210 | Clinton Township | MI | 48038 |
| Rucker, Steven | A37000-007328 | RUCKER, Steven v COD | Finegood, Kenneth D. | Law Office of Kenneth D. Finegood PLLC | 25566 Northwestern Hwy Ste 120 | Southfield | MI | 48075 |
| Ryan, Deborah, On Behalf Of Herself And Ind. And P/r Of Est. Of Patrical "Katie Williams" | A37000-007246 | RYAN, Deborah, on behalf of herself and ind. and P/R of Est. of Patrical "Katie Williams" v COD | Goodman, William H. | Goodman & Hurwitz PC | 1394 E Jefferson Ave | Detroit | MI | 48207 |
| Sample, Lawrence Alexander Jr. | A37000-007757 | SAMPLE, Jr., Lawrence Alexander v CITY OF DETROIT et al. 12-100506 NO | Boegehold, Mark E. | The Thurswell Law Firm | 1000 Town Ctr Ste 500 | Southfield | MI | 48075 |
| Sanders, Elizabeth | A37000-006798 | SANDERS, Elizabeth and Jude Beckowitz v Adrienne M. Stanley, D.O. et al | Heenan, Cynthia | Constitutional Litigation Associates PC | 450 W Fort St Fl 200 | Detroit | MI | 48226 |
| Sanders, Jeffrey | A37000-006620 | SANDERS, Jeffrey v Detroit Police Dept. et al | Derouin, Amy J. | IN PRO PER | 16599 Hubbell Street | Detroit | MI | 48235 |
| Sanders, Robert | A37000-007916 | SANDERS, Robert v CITY OF DETROIT, et al, 13-L10339 | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Sanders, Robert | A37000-007916 | SANDERS, Robert v CITY OF DETROIT, et al, 13-L10339 | Lobb, Joseph R. | The Lobb Law Firm | 9750 Highland Rd | White Lake | MI | 48386 |
| Scott, Bridgett | A24000-000064 | SCOTT, Bridgett v George Wesley Scott, Jr. | Fager, Geoffrey N. | Fager Fager Kenney Giroux & Danzig PC | 26321 Woodward Ave | Huntington Woods | MI | 48070 |
| Seales, Marvin | A37000-007769 | SEALES, Marvin v CITY OF DETROIT et al, 12-cv-12679 | Shepherd, Martin T. | | 19936 W 10 Mile Rd | Southfield | MI | 48075 |
| Seales, Marvin | A37000-007769 | SEALES, Marvin v CITY OF DETROIT et al, 12-cv-12679 | Brochey, Paul W. | Law Offices of Paul W. Brochay PLLC | 615 Griswold St Ste 1600 | Detroit | MI | 48226 |
| Siloa, Eva | A37000-007893 | SILOA, Eva v CITY OF DETROIT and TAYLOR, Matt, 12-015526NI | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Siskowski, Jr., Paul (Estate Of) | A37000-006692 | SISKOWSKI, Jr., Paul (Estate of) v City of Detroit, et al. 10-001395 CZ | Stevenson, Constantine P | | 5279 Schaefer Rd. | Dearborn | MI | 48126 |
| Smelley, Jovan | A37000-007701 | SMELLEY, Jovan v FISHER, James et.al 12-10018 | Jarrett, David J. | David J Jarrett PC | 12820 Ford Rd Ste 1 | Dearborn | MI | 48126 |
| Smith, Chanell D., Et Al. | A37000-007571 | SMITH, Chanell D., et al. v COD, et al. 11-014455 NO | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Smith, Derrick | A37000-007348 | SMITH, Derrick v COD | Meek, Jeffery D. | Jeffery D. Meek & Associates | 101 W Big Beaver Rd Fl 10 | Troy | MI | 48084 |
| Smith, Eric | A37000-007534 | SMITH, Eric and Levon Hudson v Michael Retan | Lipsky, Isaiah | Law Office of Isaiah Lipsey | 38703 7 Mile Rd Ste 400 | Livonia | MI | 48152 |
| Smith, Ramar | A37000-007809 | SMITH, Ramar v COD & SPIGNER, Ardjuan, 12-008977NI | Finegood, Kenneth D. | Law Office of Kenneth D. Finegood PLLC | 25566 Northwestern Hwy Ste 120 | Southfield | MI | 48075 |
| Smith, Ramar | A37000-007809 | SMITH, Ramar v COD & SPIGNER, Ardjuan, 12-008977NI | | | 17000 W 10 Mile Rd Ste 150 | Southfield | MI | 48075 |
| Sobh, Ali | A37000-007709 | SOBH, Ali v FULGENZI, Matthew et al 12-002397NO | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Sobh, Ali | A37000-007709 | SOBH, Ali v FULGENZI, Matthew et al 12-002397NO | Misovski, Gordana | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Spencer, Antwoine | A37000-007927 | SPENCER, Anthwoine, v MOORE, Lynn & WAWRZNIAK, Jeffrey, 12-15295 | Rothstein, Lawrence R. | Rothstein Law Group PLC | 19068 W 10 Mile Rd | Southfield | MI | 48075 |
| Spencer, Antwoine | A37000-007927 | SPENCER, Anthwoine, v MOORE, Lynn & WAWRZNIAK, Jeffrey, 12-15295 | Rothstein, Michael | Rothstein Law Group PLC | 19068 W 10 Mile Rd | Southfield | MI | 48075 |
| Stallings, Aaron | A37000-007908 | STALLINGS, Aaron v CITY OF DETROIT, 12-015312NI et al | Varjabedian, Christopher S. | Christopher's v Varjabedian PC | 29777 Telegraph Rd Ste 2175 | Southfield | MI | 48034 |
| Stallings, Aaron | A37000-007808 | STALLINGS, Aaron v CITY OF DETROIT, 12-015312NI et al | Tate, Sean M. | | 29777 Telegraph Rd Ste 2715 | Southfield | MI | 48034 |
| Stanley, Sherell S. | A37000-007522 | STANLEY, Sherell S. v COD | Mason, Lance W. | Lance W Mason PC | 615 Griswold St Ste 901 | Detroit | MI | 48226 |

DRAFT

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Stanley-Jones, Aiyana Dec. Est. | A37000-007155 | STANLEY-JONES, Charles as P/R the Est. of Aiyana Stanley-Jones, Dec. v Joseph Weekly | Fieger, Geoffrey | Fieger Fieger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | Southfield | MI | 48075 |
| Stanley-Jones, Charles As P/r Of The Est. Of Aiyana Stanley-jones, Dec. | A37000-007155 | STANLEY-JONES, Charles as P/R the Est. of Aiyana Stanley-jones, Dec. v Joseph Weekly | Fieger, Geoffrey | Fieger Fieger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | Southfield | MI | 48075 |
| Starks, Areoha | A37000-007923 | STARKS, Areoha v COD, DPD, and HUNTER, Shawn Michael, 13-002274NI | Terebelo, Joshua R. | Gursten, Koltonow, Gursten, Christensen & Raitt, PC | 30101 Northwestern Hwy Ste 110 | | Farmington Hills | MI | 48334 |
| Starks, Garry | A37000-007955 | STARKS, Garry v CITY OF DETROIT, et al, 13-006702-NF | Friedman, Ernest F. | | 24567 Northwestern Hwy Ste 110 | | Southfield | MI | 48075 |
| Starks, Shanda | A37000-007146 | STARKS, Shanda v COD | Edwards, Carl R. | Edwards & Jennings PC | 65 Cadillac Sq Rm 2710 | | Detroit | MI | 48226 |
| State Of Michigan Ex Rel | A37000-007747 | STATE OF MICHIGAN EX Rel v CITY OF DETROIT POLICE DEPT., MCKINNEY, Antoine et al 11-007018CF | Davis, Charles S. | Wayne County Prosecuting Attorney's Office | 1441 Saint Antoine St Fl 12 | | Detroit | MI | 48226 |
| Stradford, Corronia | A37000-005885 | STRADFORD, Corronia v Dale Collins | Gonek, Ben M. | Giarmarco Mullins & Horton PC | 101 W Big Beaver Rd Fl 10 | | Troy | MI | 48084 |
| Sutton, Freddrett | A37000-005688 | WILLS, Charles L and Freddrett Sutton v COD | Hughes, Paul M. | | 65 Cadillac Sq Ste 2100 | | Detroit | MI | 48226 |
| Swihart, Lisa | A37000-007951 | SWIHART, Lisa v DETROIT POLICE DEPARTMENT, 12-20211 | IN PRO PER | | 4920 Detroit | | Dearborn Hts | MI | 48125 |
| Tate, Lorenzo | A24000-005961 | TATE, Lorenzo v COD | Paskel, Clifford | Paskel Tashman & Walker PC | 24445 Northwestern Hwy Ste 102 | | Southfield | MI | 48075 |
| Taylor, Arturo | A37000-007247 | TAYLOR, Arturo v COD, et al | Cooper, Leslie | Legal Aid & Defender Association-- | 613 Abbott St | | Detroit | MI | 48226 |
| Taylor, Edward | A37000-007228 | TAYLOR, Edward v Joseph Jacob Weekley | Hughes, Carl L. III | | 20755 Greenfield Rd Ste 1100 | | Southfield | MI | 48075 |
| Taylor, Nicholas A. | A37000-007528 | TAYLOR, Nicholas A. v COD | Hughes, Paul M. | | 65 Cadillac Sq Ste 2100 | | Detroit | MI | 48226 |
| Terry, Alicia L. | A37000-007931 | TERRY, Alicia L. v CITY OF DETROIT, 12-10620 | Mason, Larae W. | | 615 Griswold St Ste 901 | | Detroit | MI | 48226 |
| Theriot, Jeffrey | A37000-007901 | THERIOT, Jeffrey v COD, et al, 12-cv-15626 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Theriot, Jeffrey | A37000-007901 | THERIOT, Jeffrey v COD, et al, 12-cv-15626 | Miskoski, Gordana | Associate Attorney Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Thomas, Ralph | A37000-007318 | THOMAS, Ralph v COD, et al | Rothstein, Lawrence R. | Rothstein Law Group PLC | 19068 W 10 Mile Rd | | Southfield | MI | 48075 |
| Thompkins, Charles | A37000-005989 | THOMPKINS, Charles v COD | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Thompson, Jr., Raymond | A37000-007126 | THOMPSON, JR., Raymond v Isam Qasem | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Todd, Jr., Ira Lee | A37000-005639 | TODD, Jr., Ira Lee v Kwame Kilpatrick & City of Detroit; WCC No. 08-119322-NZ; COA No. 300594 | Stefani, Michael L. | Stefani & Stefani PC | 512 E 11 Mile Rd | | Royal Oak | MI | 48067 |
| Tonon, Michael | A37000-007744 | TONON, Michael v DETROIT POLICE OFFICER BARE, Jeffrey 12-00558010 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Tucker, Gregory | A37000-007956 | TUCKER, Gregory v City of Detroit, 13-007396-NZ | Colella, A. Vince | Moss & Colella PC | 28411 Northwestern Hwy Ste 1150 | | Southfield | MI | 48034 |
| Turner, Jameil | A37000-007833 | TURNER, Jameil and Tara v CITY OF DETROIT et al, 2:12-cv-12913 | Daniels, Tammy | T. Daniels & Associates PLLC | 26677 W 12 Mile Rd | | Southfield | MI | 48034 |
| Turner, Omar | A37000-007588 | TURNER, Omar v City of Detroit 11-014931-NO | Jackson, Renette | | 400 Monroe St Ste 410 | | Detroit | MI | 48226 |
| Turner, Sherrill, Et Al. | A24000-000654 | PATTERSON, Delaina P/R Turner, Sherrill, et al; v Sherry Nichols, et al. | Harrington, James J., Iv | Fieger Fieger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | | Southfield | MI | 48075 |
| Turner, Sherrill, Et Al. | A24000-000654 | PATTERSON, Delaina P/R Turner, Sherrill, et al; v Sherry Nichols, et al. | Harrington, James J., Iv | Fieger Fieger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | | Southfield | MI | 48075 |
| Turner, Tara | A37000-007833 | TURNER, Jameil and Tara v CITY OF DETROIT et al, 2:12-cv-12913 | Daniels, Tammy | T. Daniels & Associates PLLC | 26677 W 12 Mile Rd | | Southfield | MI | 48034 |
| United Auto Workers | A37000-005154 | JURACEK, JAMES A., UNITED Auto Workers v COD, DPD, et al; Radtke, David & al13-cv-10190 | Radtke, David A. | McKnight McGlow Canzano Smith & Radtke, PC | 400 Galleria Officentre Ste 117 | | Southfield | MI | 48034 |
| United Financial Casualty | A37000-005154 | United Financial Casualty COD | Horner, Shravon N. | The Marcel S. Benavides Law Office | 200 Daines St | | Birmingham | MI | |
| Wofaq Al-tallegeni | A37000-007835 | WAFFAA, AL-Tallegeni v CITY OF DETROIT, 12-13469 | Benavides, Marcel S. | The Marcel S. Benavides Law Office | 615 Griswold St Ste 1300 | | Detroit | MI | 48226 |
| Wofaq Al-tallegeni | A37000-007835 | WAFFAA, AL-Tallegeni v CITY OF DETROIT, 12-13469 | Culpepper, W. Otis | Culpepper Law PLC | | | Detroit | MI | |
| Walker, Clifton | A37000-007238 | WALKER, Clifton and Latashia Hayes v Alejandro Parra | Ozormoor, Joseph | LaBelle Law Office of Joseph T. Ozormoor | 4691 Ia Belle Rd | | Grosse Pointe Farms | MI | 48236 |
| Walton, Scoe | A37000-007806 | WALTON, Scoe v CITY OF DETROIT et al, 12-CV-11967 | Derouin, Amy | Christopher Trainor & Associates | 9750 Highland Rd | | White Lake | MI | 48386 |
| Walton, Scoe | A37000-007806 | WALTON, Scoe v CITY OF DETROIT et al, 12-CV-11967 | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | | White Lake | MI | 48386 |
| Walton, Scoe | A37000-007806 | WALTON, Scoe v CITY OF DETROIT et al, 12-CV-11967 | Cabot, Shawn C. | Christopher Trainor & Associates | 9750 Highland Rd | | White Lake | MI | 48386 |
| Wawa Petroleum, Inc | A37000-007870 | WAWA Petroleum, Inc., and OUZA, Hassan and OUZA, Hussein Fadel v COD | Fpila, E. | | 30500 Van Dyke Ave Ste M200 | | Warren | MI | 48093 |
| Wawa Petroleum, Inc | A37000-007870 | WAWA Petroleum, Inc., and OUZA, Hassan and OUZA, Hussein Fadel v COD | Harrington, John F. | Law Offices of John F. Harrington | 30500 Van Dyke Ave Ste M200 | | Warren | MI | 48093 |
| Wawa Petroleum, Inc | A37000-007870 | WAWA Petroleum, Inc., and OUZA, Hassan and OUZA, Hussein Fadel v COD | Leggio, Christopher | Leggio & Israel PC | 306 S Washington Ave Ste 600 | | Royal Oak | MI | 48067 |
| Weller, Alan F. | A37000-005567 | WELLER, Alan F. vs COD et al, 06-619737 CK | Leggio, Christopher | Leggio & Israel PC | 306 S Washington Ave Ste 600 | | Royal Oak | MI | 48067 |
| Welsh, Jonthan | A37000-007797 | WELSH, Jontham v CITY OF DETROIT, DPD, 12-0016CZ | Crews, Michael J. | Michael Crews Attorney At Law | 17373 W 12 Mile Rd | | Lathrup Village | MI | 48076 |

# Litigation with Claim Number beginning with A37000 or A24000

| Creditor | Claim Number | Description | Creditor Notice Name | Address_1 | Address_2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Welsh, Jonthan | A37000-007757 | WELSH, Jonthan v CITY OF DETROIT, DPD, 12-0016-4CZ | Upshaw, Randall P. | Law Office of Randall P. Upshaw | 17373 W 12 Mile Rd | Lathrup Village | MI | 48076 |
| West, Andrea | A37000-009446 | WEST, Andrea v Officer Kerry Delibera | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Wheeler, Fred Douglas | A24000-000997 | WHEELER, Fred Douglas v CITY OF DETROIT | Bryant, Orene | Bryant Logan Wheeler Law Group PLC | 26023 S Mile Rd | Redford | MI | 48239 |
| White, Bernard | A37000-007847 | WHITE, BERNARD v CITY OF DETROIT, et al, 12-cv-13283 | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| White, Bernard | A37000-007847 | WHITE, BERNARD v CITY OF DETROIT, et al, 12-cv-13283 | Miszoski, Gordana | Associates Attorney Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| White, James | A24000-000771 | WHITE, James v COD | Finger, Geoffrey N. | Finger Finger Kenney Giroux & Danzig PC | 19390 W 10 Mile Rd | Southfield | MI | 48075 |
| White, Kevin | A37000-006808 | WHITE, Kevin v COD, et al | Posner, Gerald | Posner Posner and Posner | 645 Griswold St Ste 1400 | Detroit | MI | 48226 |
| White, Mitchell | A37000-007157 | WHITE, Mitchell v Christopher Hayes | Longstreet, Charles Oliver | Longstreet Law Firm | 18570 Grand River Ave Ste 101 | Detroit | MI | 48223 |
| White, Ronald McCiarty | A37000-006203 | WHITE, Ronald McCiarty v COD | Rosemary Black Hackett | Hackett Legal Solutions, PLLC | 65 Cadillac Sq, Ste, 2220 | Detroit | MI | 48226 |
| Wilcox, Aleca | A37000-007942 | WILCOX, Gerald, and WILCOX, Aleca v C O D, et al, 12-11679 | Mueller, Wolfgang | Olsman Mueller Wallace & MacKenzie PC | 2684 11 Mile Rd | Berkley | MI | 48072 |
| Wilcox, Gerald | A37000-007942 | WILCOX, Gerald, and WILCOX, Aleca v C O D, et al, 12-11679 | Mueller, Wolfgang | Olsman Mueller Wallace & MacKenzie PC | 2684 11 Mile Rd | Berkley | MI | 48072 |
| Williams, Alicia | A37000-007512 | KING, Damion b.n.f. WILLIAMS, Alicia v CITY OF DETROIT et al, 13-10033 | Deroun, Amy | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Williams, Alicia | A37000-007512 | KING, Damion b.n.f. WILLIAMS, Alicia v CITY OF DETROIT et al, 13-10033 | Trainor, Christopher J. | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Williams, Alicia | A37000-007512 | KING, Damion b.n.f. WILLIAMS, Alicia v CITY OF DETROIT et al, 13-10033 | Morris, Samantha E. | Garan Lucow Miller PC | 1000 Woodbridge St | Detroit | MI | 48207 |
| Williams, Clifton | A37000-005950 | WILLIAMS, Clifton v COD | Friedman, Ernest F. | | 24567 Northwestern Hwy Ste 110 | Southfield | MI | 48075 |
| Williams, Darryl D. | A37000-007650 | WILLIAMS, Darryl D. v COD 12-100658 | Rosenberg, Richard E. | Richard E. Rosenberg PC | 26393 Dequindre Rd | Madison Heights | MI | 48071 |
| Williams, Jarret A. | A37000-007872 | WILLIAMS, Jarret A. v COD, POWERS, Adam and LAWSON, Edward 12-13768 | Budaj, Steven T. | Steven T. Budaj PC | 65 Cadillac Sq Ste 2915 | Detroit | MI | 48226 |
| Williams, Patricia "Katie" Est | A37000-007246 | RYAN, Deborah, on behalf of herself and and P/R of Est. of Patricia "Katie Williams" v COD | Goodman, William H. | Goodman & Hurwitz PC | 1394 E Jefferson Ave | Detroit | MI | 48207 |
| Williams, Raphael Et Al | A37000-007762 | WILLIAMS, Raphael et al v CITY OF DETROIT et al, 12-02476ARO | Sharpe, Michael J | | 535 Griswold St Ste 1320 | Detroit | MI | 48226 |
| Williamson, Decarlos | A37000-007881 | WILLIAMSON, Tracy (P.R. of WILLIAMSON, DeCarlos) v COD 12-013065-CV | Dorsey, Jay B | J.B. Dorsey & Associates | 615 Griswold St Ste 410 | Detroit | MI | 48226 |
| Williamson, Tracy (p.r. Of Williamson, Decarlos) | A37000-007881 | WILLIAMSON, Tracy (P.R. of WILLIAMSON, DeCarlos) v COD 12-013065-CV | Dorsey, Jay B | J.B. Dorsey & Associates | 615 Griswold St Ste 410 | Detroit | MI | 48226 |
| Wills, Charles L. | A37000-006388 | WILLS, Charles L and Freedrent Sutton v COD | Hughes, Paul M. | | 65 Cadillac Sq Ste 2100 | Detroit | MI | 48226 |
| Wilson, Norman | A37000-007051 | WILSON, Norman v COD | Lederman, Howard Yale | Norman Yaicoma & Associates PC | 19001 S Telegraph Rd Ste 201 | Bloomfield Hills | MI | 48302 |
| Winston, Quincy L. | A37000-007907 | WINSTON, Quincy L. v CITY OF DETROIT | IN PRO PER | | P.O. Box 36624 | Grosse Pointe | MI | 48236 |
| Wright, Joe Louis | A37000-007838 | WRIGHT, Joe Louis v DPD B. Knobelsdorf, et al, 12-13632 | Oleoli, Stanley I. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Wright, John Levon | A37000-007565 | WRIGHT, John Levon v City of Detroit 11-013070 CZ | Upshaw, Randall P. | Law Office of Randall P. Upshaw | 17373 W 12 Mile Rd | Lathrup Village | MI | 48076 |
| Zimmerman, Claire Nf Ratte, Leo A Minor | A37000-007282 | RATTE, Leo a minor, Nf Claire Zimmerman v COD | Wells, Adam A. | Pepper Hamilton LLP | 4000 Town Ctr Ste 1800 | Southfield | MI | 48075 |

DRAFT

# EXHIBIT 2

Applebaum, Ronald M.
Applebaum & Stone PLC
3000 Town Ctr Ste 1800
Southfield, MI 48075

Azzopardi, Mario J.
Rothstein Law Group PLC
19068 W 10 Mile Rd
Southfield, MI 48075

Bell, Lewis
IN PRO PER
P.O. Box 730
Lovejoy, GA 30250

Benavides, Marcel S.
The Marcel S. Benavides Law Office
240 Daines St
Birmingham, MI 48009

Berg, Robert E, Jr.
Robert E. Berg Jr. PC
39850 Van Dyke Ave Ste 100
Sterling Heights, MI 48313

Blake, David G.
Romano Law PLLC
23880 Woodward Ave
Pleasant Ridge, MI 48069

Boegehold, Mark E.
The Thurswell Law Firm
1000 Town Ctr Ste 500
Southfield, MI 48075

Bommarito, Michael J
Legghio & Israel PC
306 S Washington Ave Ste 600
Royal Oak, MI 48067

Bommarito, Michael J
McLaren Health Care Corporation
G3235 Beecher Rd Ste C
Flint, MI 48532

Broschay, Paul W.
Law Ofices of Paul W. Broschay PLLC
615 Griswold St Ste 1600
Detroit, MI 48226

Brown, Henry
IN PRO PER
Oaks Correctional Facility
1500 Cabarfae Hwy
Manistee, MI 49660-9200

Brown, Matthew C.
Brown & Brown PLC
2525 S Telegraph Rd Ste 100
Bloomfield Hills, MI 48302

Brown, Matthew J.
Brown & Brown PLC
2525 S Telegraph Rd Ste 100
Bloomfield Hills, MI 48302

Bryant, Orene
Bryant Logan Wheeler Law Group PLC
26032 5 Mile Rd
Redford, MI 48239

Budaj, Steven T.
Steven T. Budaj PC
65 Cadillac Sq Ste 2915
Detroit, MI 48226

Butler, Kenneth C., Ii
Butler Butler & Rowse-Oberle PLLC
24525 Harper Ave
Saint Clair Shores, MI 48080

Cabot, Shawn C.
Christopher Trainor & Associates
9750 Highland Rd
White Lake, MI 48386

Cain, Darryl
IN PRO PER
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Calcatera, Thomas B.
Bernstein & Bernstein PC
18831 W 12 Mile Rd
Lathrup Village, MI 48076

Carver, Gharian
IN PRO PER
2990 Franklin Rd #151
Southfield, MI 48034

Chomet, Charles H.
Law Office of Ernest Friedman
24567 Northwestern Hwy Ste 110
Southfield, MI 48075

Clark, Eric H.
Cherny & Clark
27455 Five Mile Rd
Livonia, MI 48154

Clark, Paul S.
Clark & Schoenbeck
22655 S Chrysler Dr
Hazel Park, MI 48030

Colella, A. Vince
Moss & Colella PC
28411 Northwestern Hwy Ste 1150
Southfield, MI 48034

Collins, Carl L., Iii
20755 Greenfield Rd Ste 1100
Southfield, MI 48075

Convertino, Richard G.
Convertino & Associates PLLC
424 N Main St
Plymouth,, MI 48170

Cooper, Leslie
Legal Aid & Defender Association
Wayne County
613 Abbott St
Detroit, MI 48226

Courtney, Michael A.
34905 E Michigan Ave
Wayne, MI 48184

Crews, Michaell
Michaell Crews Attorney At Law
17373 W 12 Mile Rd
Lathrup Village, MI 48076

Cronin, Sabrina
The Cronin Law Firm PLLC
21 E Long Lake Rd Ste 250
Bloomfield Hills, MI 48304

Culpepper, W. Otis
Culpepper Kinney
615 Griswold St Ste 1300
Detroit, MI 48226

Cummings, Heather
Legghio & Israel PC
306 S Washington Ave Ste 600
Royal Oak, MI 48067

Dabaja, S. Jenna
Varjabedian Attorneys, P.C.
29777 Telegraph Road, Suite 2175
Southfield, MI 48034

Damren, Samuel C
Dykema Gossett PLLC
400 Renaissance Ctr
Detroit, MI 48243

Daniels, Tammy
T. Daniels & Associates PLLC
26677 W 12 Mile Rd
Southfield, MI 48034

Danielski, John
Law Offices of John Julius Danielski
20600 Eureka Rd Ste 444
Taylor, MI 48180

Davis, Charles S.
Wayne County Prosecuting Atty's Office
1441 Saint Antoine St Fl 12
Detroit, MI 48226

Davis, Christina D.
Romano Law PLLC
23880 Woodward Ave
Pleasant Ridge, MI 48069

Demorest, Mark S.
Demorest Law Firm PLLC
322 W Lincoln Ave
Royal Oak, MI 48067

Dempsey, Douglas A.
The Law Office of Joumana Kayrouz
1000 Town Ctr Ste 550
Southfield, MI 48075

Deon, Mary K.
Shelton & Deon Law Group
612 E 4th St
Royal Oak, MI 48067

Derouin, Amy
Christopher Trainor & Associates
9750 Highland Rd
White Lake, MI 48386

Diallo, Lillian
Legal Warriors PLLC
65 Cadillac Sq Ste 2605
Detroit, MI 48226

Dinges, Robert J.
Robert J. Dinges & Associates
615 Griswold St Ste 1117
Detroit, MI 48226

Dorsey, Jay B
J.B. Dorsey & Associates
615 Griswold St Ste 410
Detroit, MI 48226

Edison, Jeffrey L.
Law Office of Jeffrey Lee Edison
65 Cadillac Sq Ste 2205
Detroit, MI 48226

Edwards, Carl R.
Edwards & Jennings PC
65 Cadillac Sq Rm 2710
Detroit, MI 48226

Emanuel, Lennox
The National Law Group PC
1950 Campbell St
Detroit, MI 48209

Evans, Marlon Blake
Marlon Blake Evans & Associates
3434 Russell St Ste 104
Detroit, MI 48207

Fagan, Barry S.
Dib and Fagan PC
25892 Woodward Ave
Royal Oak, MI 48067

Fallucca, Thomas M.
The Fallucca Law Firm
3400 E Lafayette St
Detroit, MI 48207

Farhat, Helal A.
Farhat & Associates PLLC
6053 Chase Rd
Dearborn, MI 48126

Fetts, James K.
Fetts & Fields, P.C.
805 East Main Street
Pinckney, MI 48169

Fieger, Geoffrey N.
Fieger Fieger Kenney Giroux & Dar
19390 W 10 Mile Rd
Southfield, MI 48075

Finegood, Kenneth D.
Law Office of Kenneth D. Finegood
29566 Northwestern Hwy Ste 120
Southfield, MI 48034

Flynn, Keith D.
Miller Cohen PLC
600 W Lafayette Blvd Fl 4
Detroit, MI 48226

Fortner, Michael H.
Law Offices of Michael H. Fortner
31731 Northwestern Hwy Ste 280W
Farmington Hills, MI 48334

Franklin, Glen P.
Auto Accident Attorneys PLLC
21700 Greenfield Rd Ste 203
Oak Park, MI 48237

Friedman, Ernest F.
24567 Northwestern Hwy Ste 110
Southfield, MI 48075

Gardner, Jacqueline A.
Jacqueline A. Gardner PLC
4308 Nancy Ln
White Lake, MI 48383

Giroux, Robert M.
Fieger Fieger Kenney Giroux
19390 W 10 Mile Rd
Southfield, MI 48075

Godwin, Shaun P.
Godwin Legal Services PLC
450 W Fort St Fl 200
Detroit, MI 48226

Gonek, Ben M.
Giarmarco Mullins & Horton PC
101 W Big Beaver Rd Fl 10
Troy, MI 48084

Goodman, Morris H.
14207 Ford Rd
Dearborn,, MI 48126

Goodman, William H.
Goodman & Hurwitz PC
1394 E Jefferson Ave
Detroit, MI 48207

Gottlieb, Charles
Gottlieb & Goren PC
30150 Telegraph Rd Ste 249
Bingham Farms, MI 48025

Haddad, Issa G.
Haddad Law Firm PLC
470 N Old Woodward Ave Ste 250
Birmingham, MI 48009

Hafeli, Mark W.
Hafeli Staran & Christ PC
2055 Orchard Lake Rd
Sylvan Lake, MI 48320

Haron, David L.
Foley & Mansfield PLLP
130 E 9 Mile Rd
Ferndale, MI 48220

Harrington, James J., Iv
Fieger Fieger Kenney Giroux
19390 W 10 Mile Rd
Southfield, MI 48075

Harrington, John F.
Law Offices of John F. Harrington
30500 Van Dyke Ave Ste M200
Warren, MI 48093

Harris, Brad B
Goren Goren & Harris PC
30400 Telegraph Rd Ste 470
Bingham Farms, MI 48025

Hartkop, Jeffrey W.
Jeffrey W. Hartkop PC
42490 Garfield Rd Ste 210
Clinton Township, MI 48038

Heenan, Cynthia
Constitutional Litigation Associates PC
450 W Fort St Fl 200
Detroit, MI 48226

Helveston, Ronald R.
Helveston & Helveston PC
65 Cadillac Sq Ste 3327
Detroit, MI 48226

Hill, Ryan
Detroit Legal Group PLLC
407 E Fort St Ste 103
Detroit, MI 48226

Hughes, Paul M.
65 Cadillac Sq Ste 2100
Detroit, MI 48226

Iorio, Donato
Kalniz Iorio & Feldstein
5550 W Central Ave
Toledo, OH 43615

Iorio, Fillipe S
Kalniz Iorio & Feldstein Co LPA
4981 Cascade Rd SE
Grand Rapids, MI 49546

Jackson, Renette
AJ & Associates At Law PLLC
400 Monroe St Ste 410
Detroit, MI 48226

Jaffe, Jack L.
Legal Center of Jack L. Jaffe PC
30685 Barrington St Ste 130
Madison Heights, MI 48071

James, Thomas W
MichiganAutoLaw
30101 Northwestern Hwy
Farmington Hills, MI 48334

Jarrett, David J.
David J. Jarrett PC
12820 Ford Rd Ste 1
Dearborn, MI 48126

Jones, Jami W.
Jami Jones PLLC
33200 Dequindre Rd Ste 100
Sterling Heights, MI 48310

Karega, Chui
19771 James Couzens Fwy
Detroit, MI 48235

Kayrouz, Joumana B.
Law Offices of Joumana B Kayrouz
1000 Town Ctr Ste 780
Southfield, MI 48075

Kolodziejski, Matthew S.
Law Office of Matthew Kolodziejski
500 Griswold St Ste 2340
Guardian Building
Detroit, MI 48226

Korobkin, Daniel S.
American Civil Liberties Union/Mich
2966 Woodward Ave
Detroit, MI 48201

Kuhn, Thomas E.
Thomas E. Kuhn PC
615 Griswold St Ste 515
Detroit, MI 48226

Lobb, Joseph R.
The Lobb Law Firm
26321 Woodward Ave
Huntington Woods, MI 48070

Marks, Bertram L.
Litigation Associates PLLC
30300 Northwestern Hwy Ste 240
Farmington Hills, MI 48334

Kulis, Gregory E.
Gregory E. Kulis & Associates, Ltd.
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602-3368

Lockard, Emily Z.
Moss & Colella PC
28411 Northwestern Hwy Ste 1150
Southfield, MI 48034

Marr, Charles H.
Law Offices of Charles H. Marr PLI
302 W Main St
Northville, MI 48167

Kutinsky, Brian A.
Mindell Malin Kutinsky Stone & Blatnikof
25505 W 12 Mile Rd Ste 1000
Southfield, MI 48034

Loeb, Thomas M.
32000 Northwestern Hwy Ste 170
Farmington Hills, MI 48334

Martin-henry, Tracey
Law Office of Tracey M. Martin
615 Griswold St Ste 720
Detroit, MI 48226

Leder, Brent Jonathan
Brent Leder PLC
5119 Highland Rd # 264
Waterford, MI 48327

Longstreet, Charles O., Ii
Longstreet Law Firm
18570 Grand River Ave Ste 101
Detroit, MI 48223

Mason, Lance W.
Lance W. Mason PC
615 Griswold St Ste 901
Detroit, MI 48226

Lederman, Howard Yale
Norman Yatooma & Associates PC
1900 S Telegraph Rd Ste 201
Bloomfield Hills, MI 48302

Longstreet, Charles Oliver
Longstreet Law Firm
18570 Grand River Ave Ste 101
Detroit, MI 48223

Matz, Steven J.
Matz & Pietsch PC
25800 Northwestern Hwy Ste 925
Southfield, MI 48075

Legghio, Christopher
Legghio & Israel PC
306 S Washington Ave Ste 600
Royal Oak, MI 48067

Lucas, Frederick
Lucas & Baker
7577 US Highway 12 Ste A
Onsted, MI 49265

Maze, William J.
Maze Legal Group PC
38777 6 Mile Rd Ste 110
Livonia, MI 48152

Liepshutz, Greg M.
Levine Benjamin PC
100 Galleria Officentre Ste 411
27700 Northwestern Hwy
Southfield, MI 48034

Mack, Richard G.
Miller Cohen PLC
600 W Lafayette Blvd Fl 4
Detroit, MI 48226

McClure, Timothy D.
IN PRO PER
Pugsley Correctional Facility
7401 Walton Road
Kingsley, MI 49649

Linardos, Michael S.
4632 2nd Ave
Detroit, MI 48201

Mack, Richard G., Jr.
Miller Cohen PLC
600 W Lafayette Blvd Fl 4
Detroit, MI 48226

Mcduffie, Ronald
1090 Inkster Rd
Inkster, MI 48141

Lipsey, Isaiah
Law Office of Isaiah Lipsey
17000 W 10 Mile Rd Ste 150
Southfield, MI 48075

Macuga, Peter W.
Macuga, Liddle & Dubin PC
975 E Jefferson Ave
Detroit, MI 48207

Mckenna, Brian A.
Sachs Waldman PC
1000 Farmer St
Detroit, MI 48226

Lizza, Thomas M.
Bone Bourbeau Bourbeau & Lizza PLLC
23100 Jefferson Ave
Saint Clair Shores, MI 48080

Marko, Jonathan R.
The Rasor Law Firm
321 S Williams St
Royal Oak, MI 48067

Meek, Jeffery D.
Jeffery D. Meek & Associates
38705 7 Mile Rd Ste 400
Livonia, MI 48152

Mendelson, Marc J.
Michael J. Morse PC
24901 Northwestern Hwy Ste 700
Southfield, MI 48075

Mueller, Wolfgang
Olsman Mueller Wallace & MacKenzie PC
2684 11 Mile Rd
Berkley, MI 48072

Perakis, Harold A.
Ihrie O'Brien
24055 Jefferson Ave Ste 2000
Saint Clair Shores, MI 48080

Miller, Racine M
We Fight The Law PLLC
17600 Northland Park Ct Ste 210
Southfield, MI 48075

Mulligan, Timothy
Auto Accident Attorneys PLLC
21700 Greenfield Rd Ste 203
Oak Park, MI 48237

Perkins, Todd Russell
The Perkins Law Group PLLC
615 Griswold St Ste 400
Detroit, MI 48226

Misovski, Gordana
Romano Law PLLC
23880 Woodward Ave
Pleasant Ridge, MI 48069

Munson, Harrison W
Harrison W. Munson PC
660 Woodward Ave Ste 1545
First National Bldg.
Detroit, MI 48226

Posner, Gerald
Posner Posner and Posner
645 Griswold St Ste 1400
Detroit, MI 48226

Mitchell, Karri
Law Office of Karri Mitchell
21900 Greenfield Rd
Oak Park, MI 48237

Napp, Janet A.
Flood Lanctot Connor & Stablein PLLC
401 N Main St
Royal Oak, MI 48067

Posner, Gerald F.
Posner Posner and Posner
645 Griswold St Ste 1400
Detroit, MI 48226

Monnich, John, Jr.
306 S Washington Ave Ste 207
Royal Oak, MI 48067

Neal, Shaun M. J.
Zausmer Kaufman August & Caldwell PC
31700 Middlebelt Rd Ste 150
Farmington Hills, MI 48334

Priehs, David A.
Law Offices of David A. Priehs PC
28116 Orchard Lake Rd
Farmington Hills, MI 48334

Moore, James M.
Gregory Moore Jeakle & Brooks PC
65 Cadillac Sq Ste 3727
Detroit, MI 48226

Okoli, Stanley I.
Romano Law PLLC
23880 Woodward Ave
Pleasant Ridge, MI 48069

Rachwal, Barton C.
Barton C. Rachwal PC
30400 Telegraph Rd Ste 470
Bingham Farms, MI 48025

Morris, Samantha E.
Garan Lucow Miller PC
1000 Woodbridge St
Detroit, MI 48207

Ozormoor, Joseph
Law Office of Joseph T. Ozormoor
469 La Belle Rd
Grosse Pointe Farms, MI 48236

Radtke, David R.
McKnight McClow Canzano Smith &
400 Galleria Officentre Ste 117
Southfield, MI 48034

Morris, Willie C.
IN PRO PER
P.O. Box 3857
Highland Park, MI 48203

Paskel, Clifford
Paskel Tashman & Walker PC
24445 Northwestern Hwy Ste 102
Southfield, MI 48075

Ragheb-gonzalez, Nadia
1000 Town Ctr., Ste. 500
Southfield, MI 48075

Morse, Michael J.
Michael J. Morse PC
24901 Northwestern Hwy Ste 700
Southfield, MI 48075

Paton, Alison L.
Alison L. Paton P.C.
615 Griswold, Suite 1805
Detroit, MI 48226

Reed, Arnold E.
Arnold E. Reed & Associates PC
32255 Northwestern Hwy Ste 251
Farmington Hills, MI 48334

Muawad, Elias
Law Office of Elias Muawad PC
36700 Woodward Ave Ste 209
Bloomfield Hills, MI 48304

Pearce, Melissa M.
Law Office of Melissa M. Pearce PLC
1100 Corporate Office Dr Ste 100
Milford, MI 48381

Reed, Tatanisha
Law Office of TaTaNisha Reed
24151 Telegraph Rd Ste 210
Southfield, MI 48033

Reeves, Kesia
Law Offices of Kesia N. Reeves
900 Wilshire Dr Ste 202
Troy, MI 48084

Rhodes, Frank K., Iii
Frank K. Rhodes III & Associates PC
19080 W 10 Mile Rd Fl 1
Southfield, MI 48075

Rice, Pamela L.
32255 Northwestern Hwy Ste 251
Farmington Hills, MI 48334

Robinson, David A.
Robinson and Associates PC
28145 Greenfield Rd Ste 100
Southfield, MI 48076

Rohl, Gregory J.
Law Offices of Gregory J. Rohl PC
41850 W 11 Mile Rd Ste 110
Novi, MI 48375

Romano, Daniel G.
Romano Law PLLC
23880 Woodward Ave
Pleasant Ridge, MI 48069

Rosemary Black Hackett
Hackett Legal Solutions, PLLC
65 Cadillac Sq., Ste. 2200
Detroit, MI 48226

Rosenberg, David B.
27600 Northwestern Hwy Ste 100
Southfield, MI 48034

Rosenberg, Richard E.
Richard E. Rosenberg PC
26393 Dequindre Rd
Madison Heights, MI 48071

Rossman, Jessie J.
Natural Resources Defense Council
2 N Riverside Plz Ste 2250
Chicago, IL 60606

Rothstein, Jay L.
Rothstein Law Group PLC
19068 W 10 Mile Rd
Southfield, MI 48075

Rothstein, Lawrence R.
Rothstein Law Group PLC
19068 W 10 Mile Rd
Southfield, MI 48075

Rothstein, Michael
Rothstein Law Group PLC
19068 W 10 Mile Rd
Southfield, MI 48075

Sanders, Jeffrey
IN PRO PER
16599 Hobbell Street
Detroit, MI 48235

Schulte, John R
UAW Legal Services Plan
42140 Van Dyke Ave Ste 110
Sterling Heights, MI 48314

Schwartz, Mindy
Law Offices of Mindy M. Schwartz
2799 Coolidge Hwy
Berkley, MI 48072

Seifman, Barry A.
Barry A. Seifman PC
30665 Northwestern Hwy Ste 255
Farmington Hills, MI 48334

Shapero, Anthony D.
Liss & Shapero
2695 Coolidge Hwy
Berkley, MI 48072

Sharpe, Michael J
535 Griswold St Ste 1320
Detroit, MI 48226

Shepherd, Martin T.
Fieger Law P.C.
19390 W. 10 Mile Rd.
Southfield, MI 48075

Sodergren, David R.
PO Box 5342
Warren, MI 48090

Stefani, Michael L.
Stefani & Stefani PC
512 E 11 Mile Rd
Royal Oak, MI 48067

Steinberg, Michael J.
American Civil Liberties Union Fund
2966 Woodward Ave
Detroit, MI 48201

Stern, William S.
Williams S. Stern PC
24750 Lahser Road
Southfield, MI 48033

Stevenson, Constantine P
5279 Schaefer Rd.
Dearborn, MI 48126

Sullivan, Donald D.
Sullivan Law Offices
56875 Grand River Ave., Ste. C, P
New Hudson, MI 48165

Swihart, Lisa
IN PRO PER
4920 Detroit
Dearborn Hts, MI 48125

Tate, Sean M.
Varjabedian Attorneys PC
29777 Telegraph Rd Ste 2715
Southfield, MI 48034

Taylor, Edward G.
Law Offices of Edward G. Taylor
PO Box 441272
Detroit, MI 48244

Terebelo, Joshua R.
Gursten, Koltonow, Gursten, Christe
30101 Northwestern Hwy
Farmington Hills, MI 48334

Toombs, Grady L
Medical Legal Advocates PLLC
745 Barclay Cir Ste 340
Rochester Hills, MI 48307

Williams, Amos E.
Amos E. Williams PC
615 Griswold St Ste 515
Detroit, MI 48226

Trainor, Christopher J.
Christopher Trainor & Associates
9750 Highland Rd
White Lake, MI 48386

Willis, Robert L., Jr.
Do It Yourself Divorce PLLC
25140 Lahser Rd Ste 261
Southfield, MI 48033

Trikes, Lillian C.
115 E Front St
Monroe, MI 48161

Winston, Quincy L.
IN PRO PER
P.O. Box 36624
Grosse Pointe, MI 48236

Trivax, David B.
Serlin Trivax & Stearn PLLC
31780 Telegraph Rd Ste 120
Birmingham Farms, MI 48025

Wolfe, Adam A.
Pepper Hamilton LLP
4000 Town Ctr Ste 1800
Southfield, MI 48075

Upshaw, Randall P.
Law Office of Randall P. Upshaw
17373 W 12 Mile Rd
Lathrup Village, MI 48076

Woods, Arlene F.
Law Offices of Arlene F. Woods
26677 W 12 Mile Rd
Southfield, MI 48034

Varjabedian, Christopher S.
Christopher S. Varjabedian PC
29777 Telegraph Rd Ste 2175
Southfield, MI 48034

Worrall, Patricia L.
Law Offices of Joumana B. Kayrouz
1000 Town Ctr Ste 780
Southfield, MI 48075

Walker, Fred B.
306 S Washington Ave Ste 223
Royal Oak, MI 48067

Zawideh, Robert S.
Kemp Klein Law Firm
201 W Big Beaver Rd Ste 600
Troy,, MI 48084

Weglarz, Todd J.
Law Offices of Todd J. Weglarz PLLC
615 Griswold St Ste 1600
Detroit, MI 48226

White, Benjamin J.
Benjamin J. White PC
18211 W McNichols Rd
Detroit, MI 48219

Wiener, Jordan A.
Paskel Tashman & Walker PC
24445Northwestern Hwy.
Suite 102
Southfield, MI 48075