UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## NOTICE OF CONTINUING MEDIATION SESSIONS

**TO:** The City of Detroit/Emergency Manager
General Retirement System
Police and Fire Retirement System
Michigan Council 25 of the American Federation of, State,
    County, and Municipal Employees ("AFSCME")
International Union, UAW
U.S. Bank National Association, as Trustee, Bond Registrar, Transfer Agent,
    Paying Agent, Custodian and Contract Administrator
National Public Finance Guarantee Corporation
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.
Berkshire Hathaway Reinsurance Group
Assured Guaranty Municipal Corporation
Ambac Assurance Corporation
Financial Guaranty Corporation
MGM Grand Detroit, LLC
Detroit Entertainment, LLC d/b/a Motor City Casino
Greektown Casino
USB AG
SBS Financial Products Co., LLC
Merrill Lynch Capital Services, Inc.
EEPK Bank and its affiliates
DEPFA Bank, plc, as servicer for FMS Wertmanagement
The Official Committee of Retirees

1

Ad Hoc COP Holders  (Dexia Credit Local, Dexia Holdings, Inc.,
    Norddeutsche Landesbank Covered Finance Bank, S.A.)
Ad Hoc COP Holders
The Detroit Fire Fighters Association
The Detroit Police Officers Association
The Detroit Police Lieutenants & Sergeants Association
The Detroit Police Command Officers Association
Downtown Development Authority
The State of Michigan
Michigan Department of Attorney General/Attorney General Bill Schuette

Please take notice that **Continuing Mediation Sessions will be conducted on Wednesday, November 6, 2013.** Any party whose presence is not required will be so notified. The Mediators are aware that proceedings have been conditionally scheduled in the Bankruptcy Court for that date, and schedules will be adjusted so as to insure that all necessary parties will be able to attend the mediation sessions on that date.

If not excused from these mediation sessions, please appear on said date in the courtroom of the Honorable Gerald E. Rosen, Chief Judge of the United States District Court for the Eastern District of Michigan, Room 734 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226, **at 10:00 a.m.**

                s/Gerald E. Rosen
                Chief Judge, United States District Court

Dated: October 16, 2013

2

13-53846-tjt    Doc 1205    Filed 10/16/13    Entered 10/16/13 14:39:49    Page 2 of 2