UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: Robin Wysocki

Firm: Miller, Canfield, Paddock and Stone, P.L.C.

Address: 150 West Jefferson Avenue, Suite 2500

City, State, Zip: Detroit, Michigan 48226

Phone: 313-496-7631

Email: wysocki@millercanfield.com

**Case/Debtor Name:**

Case Number: 13-53846

Chapter: 9

Hearing Judge: Hon. Steven Rhodes

⦿ Bankruptcy   ◯ Adversary

◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/16/2013   Time of Hearing: 10 am   Title of Hearing: Continue Eligibility Objections

Please specify portion of hearing requested:   ⦿ Original/Unredacted   ◯ Redacted   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

[X] Expedited Transcript - $4.85 per page (7 working days)

**Signature of Ordering Party:**

/s/ Robin Wysocki                    Date: 10/16/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date                    By

Order Received:

Transcript Ordered

Transcript Received