UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                                    Chapter 9

CITY OF DETROIT, MICHIGAN,                               Case No. 13-53846

                        Debtor.                          Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

| Document Served: | - | **Corrected Reply of 36th District Court to Local 3308 and Local 917 of the American Federation of State, County and Municipal Employees' Objection to Motion of Debtor for Entry of an Order Extending the Chapter 9 Stay to the 36th District Court and Certain Related Entities** |
|---|---|---|

The undersigned certifies that copies of the documents listed above were served upon those parties registered to receive notice via the Court's ECF System and upon those parties listed on the attached Exhibit A by first class mail, postage prepaid on the date indicated below.

Dated:  October 16, 2013                I declare that the statement above is true to the best of my information, knowledge and belief.

                                        /s/ John T. Gregg
                                        John T. Gregg (P68464)

## EXHIBIT A

Steven G. Howell, Esq.
Dawn R. Copley, Esq.
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425

Margaret A. Nelson
Assistant Attorney General
P.O. Box 30758
Lansing, MI 48909

Matthew Schneider, Esq.
Tracy M. Clark, Esq.
Steinberg Shapiro & Clark
25925 Telegraph Road, Suite 203
Southfield, MI 48033

Jonathan S. Green, Esq.
Stephen S. LaPlante, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226

Bruce Bennett, Esq.
Jones Day
555 South Flower Street, 50th Fl.
Los Angeles, CA 90071

Heather Lennox, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

GRDS01 482875v1