Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

**NOTICE OF ADJOURNMENT – CONTINUATION OF HEARING ON ELIGIBILITY OBJECTIONS RAISING ONLY LEGAL ISSUES**

**PLEASE TAKE NOTICE** that the hearing on 10/16/2013 at 10:00 AM to consider and act upon the following:

*384* – Objections To the Petition Filed By One Kevyn D. Orr Seeking To Commence a Case Under Chapter 9 of Title 11 of the United States Code On Behalf of the City of Detroit, Michigan Filed by Creditor Krystal A. Crittendon (lkd)

*484* – Objection to Eligibility to Chapter 9 Petition Joinder of Local 324, International Union of Operating Engineers as Interested Party to Objections to Detroits Eligibility for Relief Under Sections 109(c) and 921(c) of the Bankruptcy Code and Certificate of Service Filed by Interested Party International Union of Operating Engineers, Local 324 (Kato, Mami)

*486* – Objection to Eligibility to Chapter 9 Petition Joinder of Local 517M, Service Employees International Union as Interested Party to Objections to Detroits Eligibility for Relief Under Sections 109(c) and 921(c) of the Bankruptcy Code and Certificate of Service Filed by Interested Party Service Employees International Union, Local 517M (Kato, Mami)

*495* – Objection to Eligibility to Chapter 9 Petition Filed by Creditor David Sole (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 # 3 Exhibit 2) (Goldberg, Jerome)

*502* – Objection to Eligibility to Chapter 9 Petition Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighers Association, Donald Taylor, Creditors Shirley V Lightsey, Donald Taylor (Attachments: # 1 Index Index of Exhibits # 2 Exhibit Exhibit A−Declaration of Shirley V. Lightsey # 3 Exhibit Exhibit B − Declaration of Donald Taylor) (Plecha, Ryan)

*504* – Objection to Eligibility to Chapter 9 Petition filed by creditors Michael Wells, Janet Whitson, Mary Washington, Bruce Goldman and Filed by Creditor Robbie Lee Flowers (Wertheimer, William)

*505* – Corrected Objection to Eligibility to Chapter 9 Petition Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL−CIO and Sub−Chapter 98, City of Detroit Retirees (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit A # 14 Exhibit B # 15 Exhibit C) (Levine, Sharon)

*506* – Objection to Eligibility to Chapter 9 Petition Filed by Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (Ceccotti, Babette)

*512* – Objection to Eligibility to Chapter 9 Petition , Brief in Support, Certificate of Service Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association (Attachments: # 1 Exhibit A – Declaration of Mark Diaz # 2 Exhibit A–1 (PART 1) Award # 3 Exhibit A–1 (Part 2) # 4 Exhibit A–1 (Part 3) # 5 Exhibit A–2 Interim Award # 6 Exhibit B McNamara Declaration and Ex 1 and 2 # 7 Exhibit C – Young Declaration # 8 Exhibit D – Gurewitz Declaration) (Patek, Barbara)

*514* – Objection to Eligibility to Chapter 9 Petition OBJECTION BY INTERESTED PARTY CENTER FOR COMMUNITY JUSTICE AND ADVOCACY (CCJA) TO THE CITY OF DETROITS ELIGIBILITY TO OBTAIN RELIEF UNDER CHAPTER 9 OF THE BANKRUPTCY CODE [DOCKET 10] AND TO THE CITY OF DETROITS MEMORANDUM IN SUPPORT OF STATEMENT OF QUALIFICATIONS PURSUANT TO SECTION 109(C) OF THE BANKRUPTCY CODE [DOCKET 14] Filed by Interested Party Center for Community Justice and Advocacy (Attachments: # 1 Index Index of Exhibits re OBJ # 2 Exhibit Ingham County Circuit Court Order dated July 19, 2013 # 3 Exhibit States Authorizing Chapter 9 Bankruptcy Filing) (Fluker, Vanessa)

*519* – Objection to Eligibility to Chapter 9 Petition Objection of the Detroit Retirement Systems to the Eligibility of the City of Detroit, Michigan to Be a Debtor Under Chapter 9 of the Bankruptcy Code Filed by Creditors General Retirement System of the City of Detroit, Police and Fire Retirement System of the City of Detroit (Attachments: # 1 Exhibit List # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7–1 # 9 Exhibit 7–2) (Gordon, Robert)

*520* – Objection to Eligibility to Chapter 9 Petition Filed by Creditor Retired Detroit Police Members Association (Brimer, Lynn)

*805* – Objection to Eligibility to Chapter 9 Petition of The City of Detroit, Michigan to be a Debtor Under Chapter 9 of The Bankruptcy Code Filed by Retiree Committee Official Committee of Retirees (Wilkins, Matthew)

is hereby adjourned to **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **10/21/13** at**01:00 PM**.

Dated: 10/17/13

        BY THE COURT

        Katherine B. Gullo
        Clerk, U.S. Bankruptcy Court

        BY: christine sikula
        Deputy Clerk