UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: | Chapter 9
Case No. 13-53846
City of Detroit, Michigan, | Hon. Steven W. Rhodes

    Debtor.
_____/

<u>Order Regarding Further Briefing on Eligibility</u>

For the reasons stated on the record in open Court on October 16, 2013, it is hereby ordered that the objecting parties may file supplemental briefs by October 30, 2013, and the City, the State Attorney General and the United States Attorney General may file supplemental briefs by November 6, 2013. Such supplemental briefs may be no more than 10 pages in length, which page limit will not be extended. Counsel are requested not to address issues that their briefs have already addressed.

.

**Signed on October 17, 2013**

                                                                                  /s/ Steven Rhodes
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**