UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S SUPPLEMENT TO
THE RECORD REGARDING ELIGIBILITY**

Per the Court's request during the October 15, 2013, hearing to determine the City's eligibility to be a debtor under Chapter 9, the State of Michigan supplements the record with the attached documents regarding the State court case of *Gracie Webster v State of Michigan*, Court of Claims Case No. 13-734-CZ, Court of Appeal Nos 317286 & 317292.

                                                Respectfully submitted,

                                                */s/ Steven B. Flancher*
                                                Steven B. Flancher (P47894)
                                                Assistant Attorney General
                                                Attorney for State of Michigan
                                                P.O. Box 30754
                                                Lansing, Michigan 48909
                                                (517) 373-3203
                                                flanchers@michigan.gov

Dated: October 17, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Steven B. Flancher*
Steven B. Flancher (P47894)
Assistant Attorney General
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
flanchers@michigan.gov