INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

| Case Number | Status | Judge |
|---|---|---|
| 13-000734-CZ-C30 | OPEN | AQUILINA, ROSEMARIE E. |

In The Matter Of

WEBSTER, GRACIE et al VS DEFENDANT: MI STATE OF et al

Action: COMPLAINT W/ SUMMONS

| Party | Type | Attorneys |
|---|---|---|
| THOMAS, VERONICA | PLNTF | CANZANO, JOHN R.<br>400 GALLERIA OFFICENTER #117<br>SOUTHFIELD, MI 48034 |
| WEBSTER, GRACIE | PLNTF | CANZANO, JOHN R.<br>400 GALLERIA OFFICENTER #117<br>SOUTHFIELD, MI 48034 |
| GOV MI | DFNDT | |
| MI STATE OF | DFNDT | |
| TREASURER MI | DFNDT | |

Opened: 07/03/2013

Judgment Date:

Case Type: CZ - OTHER GENERAL CIVIL

Comments:

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr / Ref Nbr | Original Amt Due/Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 1 | 07/03/13 | ATIMMER | COMPLAINT FILED  Receipt: 322485  Date: 07/03/2013 | 150.00 | 0.00 |
| 2 | 07/03/13 | ATIMMER | SUMMONS ISSUED | 0.00 | 0.00 |
| 3 | 07/03/13 | MKAHARI | MISCELLANEOUS MOTION FOR DECLARATORY JUDGMENT AND EXPEDITED HEARING OR IN THE ALT FOR PRELIM INJUNCTION | 0.00 | 0.00 |
| 4 | 07/03/13 | MKAHARI | BRIEF IN SUPPORT OF MOTION FOR DECLARATORY JUDGMENT AND EXPEDITED HEARING OR IN THE ALT FOR PRELIM INJUNCTION | 0.00 | 0.00 |
| 5 | 07/03/13 | KAMILTON1 | ORDER OF REASSIGNMENT FROM JUDGE CANADY TO JUDGE AQUILINA | 0.00 | 0.00 |
| 6 | 07/05/13 | MKAHARI | ORDER TO SHOW CAUSE ON JULY 22, 2013 AT 9 | 0.00 | 0.00 |
| 7 | 07/05/13 | MKAHARI | SUMMONS ISSUED | 0.00 | 0.00 |
| 8 | 07/09/13 | KAMILTON1 | CASE REASSIGNED FROM TO<br>The judge was changed from CANADY III, CLINTON<br>to AQUILINA | 0.00 | 0.00 |

Date: 07/19/2013   09:17:55.2
MIJR5926

Register of Actions

Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

13-000734-CZ-C30   WEBSTER, GRACIE et al VS DEFENDANT:   MI STATE OF et al

*** End of Report ***

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

13-000734-CZ-C30    WEBSTER, GRACIE et al VS DEFENDANT: MI STATE OF et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr   Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 9 | 07/09/13 | DCLINE | HEARING SET: Event: SHOW CAUSE HEARING Date: 07/22/2013  Time: 9:00 am Judge: AQUILINA, ROSEMARIE E.  Location: COURTROOM 5 - VETERANS MEMORIAL | 0.00 | 0.00 |
| 10 | 07/11/13 | KAMILTON 1 | PROOF OF SERVICE ON 070513 A COPY OF SUMMONS & COMPLAINT PERSONALLY SERVED UPON GOVERNOR SYNDER; STATE OF MICHIGAN; DEPT OF TREASURY | 0.00 | 0.00 |
| 11 | 07/16/13 | KAMILTON 1 | REQUEST FOR FILM AND ELECTRONIC MEDIA COVERAGE OF COURT PROCEEDINGS / DETROIT NEWS PHOTOGRAPHER TO APPEAR ON 7/22/13 @ 9AM | 0.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| Totals By: | COURT COSTS | 150.00 | 0.00 |
|  | INFORMATION | 0.00 | 0.00 |