6

# STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

~~THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, and THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,~~ Gracie Webster and Veronica Thomas

Plaintiffs,

Case No. ~~13-768-CZ~~ 13-000734-CZ C30

vs.

~~KEVYN D. ORR, in his official capacity as the EMERGENCY MANAGER OF THE CITY OF DETROIT,~~ State of Michigan and RICHARD SNYDER, in his official capacity as the GOVERNOR OF THE STATE OF MICHIGAN, and Andy Dillon, Treasurer in his official capacity

Hon. ~~Rosemarie~~ Aquilina

Defendants.

---

Ronald A. King (P45088)
Aaron O. Matthews (P64744)
Michael J. Pattwell (P72419)
CLARK HILL PLC
212 East Grand River Avenue
Lansing, Michigan 48906
(517) 318-3100
Attorneys for Plaintiffs

John R Canzano P30417
McKnight, McClow, Canzano Smith
& Radtke PC
400 Galleria Officenter

---

## TEMPORARY RESTRAINING ORDER

At a session of said Court, held in the City of Lansing, County of Ingham, State of Michigan on 18 July 13

PRESENT: HON. Rosemarie E Aquilina
CIRCUIT COURT JUDGE

and having appeared during the hearing for a TRO in 13-000734

This matter having come before the Court on Plaintiffs' Complaint with verification and Declaratory Judgment and Preliminary Injunction, ~~Ex Parte~~ Motion for a Temporary Restraining Order; the Court being fully advised in the premises; Plaintiffs having shown a likelihood of success on the merits of the claims in

Plaintiffs' Complaint; Plaintiff having adequately shown that a failure to immediately issue a Temporary Restraining Order will cause irreparable injury to Plaintiffs by permitting the Governor and the Emergency Manager ("Defendants") to authorize and file a Chapter 9 bankruptcy petition wherein Plaintiffs' accrued financial benefits will be impaired prior this Court's scheduled preliminary injunction hearing on Monday, July 22, 2013; and the Court being otherwise fully informed in the premises and finding good cause:

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted; *which has already occurred*

IT IS FURTHER ORDERED that Defendants are immediately and temporarily enjoined and restrained from taking any action (including the authorization of an unconditional Chapter 9 bankruptcy proceeding for the City of Detroit and/or the filing of a Chapter 9 bankruptcy petition) *or taking any further action with respect to any filing* that may: (i) cause the accrued financial benefits of the Retirement System or their participants from in any way being diminished or impaired as mandated by Article IX, section 24, of the Michigan Constitution, or (ii) otherwise abrogate Article IX, section 24, of the Michigan Constitution;

IT IS FURTHER ORDERED that the Court shall hold a hearing on _July 22_, 2013 at _9:00 AM_ whereby Defendants shall show cause why a *Declaratory Judgment and/or* Preliminary Injunction shall not issue; and

IT IS FURTHER ORDERED that this temporary restraining order shall remain in full force and effect until _further order of the Court_

IT IS SO ORDERED.

_____
Rosemarie E. Aquilina
CIRCUIT COURT JUDGE
P37670

DATE: 18 July 13
TIME: 4:25 p.m.

2