# STATE OF MICHIGAN

## IN THE 30TH CIRCUIT COURT FOR THE COUNTY OF INGHAM

WEBSTER, ET AL,

Plaintiff,

v

RICK SNYDER, ET AL,

Defendant.

**ORDER**

HON. ROSEMARIE E. AQUILINA

Docket No: 13-734-CZ

At a session of said Court in the City of Lansing, County of Ingham, State of Michigan, this 19 day of July, 201_

PRESENT: The Honorable Rosemarie E. Aquilina
30th Judicial Circuit Court Judge

Upon review of motion, and a hearing being held in open court, and argument having been heard, and being fully apprised of the issues, states the following:

IT IS ORDERED that DEFENDANTS' MOTION TO STAY, PENDING APPEAL, THE ENFORCEMENT OF THE COURT'S ORDER GRANTING PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT AND THE ORDER OF DECLARATORY JUDGMENT IS DENIED FOR THE REASONS STATED FROM THE BENCH.

IT IS SO ORDERED.

_____
Hon. Rosemarie E. Aquilina (P37670)
Circuit Court Judge

Approved as to form: _____    _____
Plaintiff / Plaintiff's Attorney                                      Defendant / Defendant's Attorney