*Case Docket Number Search Results - 317292*

## APPELLATE DOCKET SHEET

**COA Case Number: 317292**

GRACIE WEBSTER V STATE OF MICHIGAN

| | | | |
|---|---|---|---|
| 1 | WEBSTER GRACIE | PL-AE | RET<br>(30417) **CANZANO JOHN R**<br>400 GALLERIA OFFICENTRE<br>SUITE 117<br>SOUTHFIELD MI 48034<br>(248) 354-9650 |
| 2 | THOMAS VERONICA | PL-AE | SAM |
| 3 | MICHIGAN STATE OF | DF-AT | AG<br>(55439) **MEINGAST HEATHER S**<br>525 W OTTAWA STREET<br>PO BOX 30736<br>LANSING MI 48909<br>(517) 373-6889 |
| 4 | GOVERNOR | DF-AT | SAM |
| 5 | STATE TREASURER | DF-AT | SAM |

**COA Status:** Case Concluded; File Archived
**Case Flags:** Closed due to Bankruptcy Stay

07/19/2013   1   Claim of Appeal - Civil

    Proof of Service Date: 07/19/2013
    Jurisdictional Checklist: Y
    Register of Actions: Y
    Fee Code: STATE
    Attorney: 55439 - MEINGAST HEATHER S

07/19/2013   2   Order Appealed From

    From: INGHAM CIRCUIT COURT
    Case Number: 13-000734-CZ
    Trial Court Judge: 37670 AQUILINA ROSEMARIE E

|            |    |                                                                                          |
|------------|----|------------------------------------------------------------------------------------------|
|            |    | Nature of Case:<br>Declaratory Judgment                                                  |
| 07/19/2013 | 3  | LCt Order                                                                                |

Date: 07/19/2013
For Party: 3 MICHIGAN STATE OF DF-AT
Attorney: 55439 - MEINGAST HEATHER S
Comments: Order denying defendant's motion for summary disposition

07/19/2013  5  Correspondence Received

Date: 07/19/2013
For Party: 3 MICHIGAN STATE OF DF-AT
Attorney: 55439 - MEINGAST HEATHER S
Comments: Transcripts have been ordered per Juris Checklist on Claim; No hearir steno # provided

07/19/2013  7  Correspondence Received

Date: 07/19/2013
Attorney: 30342 - NELSON MARGARET A
Comments: Summary of orders issued 7/19/13 in 3 related Lct cases; 7/19 order: stay in 317284 linked

07/22/2013  4  Telephone Contact

For Party: 1 WEBSTER GRACIE PL-AE
Attorney: 30417 - CANZANO JOHN R
Comments: Confirmed receipt of Claim via email service

07/22/2013  8  Telephone Contact

Comments: L. Fagins of Detroit Law Dept re: City will file Notice of Stay Due to Br today

07/26/2013  9  Bankruptcy - Notice

Date: 07/25/2013
Attorney: 72916 - LINDSTROM AARON D
Comments: Order extending Chapter 9 Stay

07/30/2013  11  Submitted On Administrative Motion Docket

District: L
Item #: 12

08/01/2013  12  Order: Case Closed - Bankruptcy Stay - Subject to Reopen

View document in PDF format
Panel: AK
Attorney: 55439 - MEINGAST HEATHER S
Comments: Upon Receipt of 7/25/13 orders from US Bankruptcy Court

09/16/2013  13  File Closed-Out

File Location: F

Case Listing Complete