*Case Docket Number Search Results - 317286*

## APPELLATE DOCKET SHEET

### COA Case Number: 317286

GRACIE WEBSTER V STATE OF MICHIGAN

---

| | | | |
|---|---|---|---|
| 1 | WEBSTER GRACIE | PL-AE | RET<br>(30417) **CANZANO JOHN R**<br>400 GALLERIA OFFICENTRE<br>SUITE 117<br>SOUTHFIELD MI 48034<br>(248) 354-9650 |
| 2 | THOMAS VERONICA | PL-AE | SAM |
| 3 | MICHIGAN STATE OF | DF-AT | AG<br>(55439) **MEINGAST HEATHER S**<br>525 W OTTAWA STREET<br>PO BOX 30736<br>LANSING MI 48909<br>(517) 373-6889 |
| 4 | GOVERNOR | DF-AT | AG |
| 5 | STATE TREASURER | DF-AT | SAM |

---

**COA Status:** Case Concluded; File Archived

**Case Flags:** Emergency; Closed due to Bankruptcy Stay

07/19/2013   1  App For Leave to Appeal - Civil

                Proof of Service Date: 07/19/2013
                Answer Due: 07/24/2013
                Fee Code: STATE
                Immediate Consideration: Y
                Motion For Stay: Y
                Attorney: 55439 - MEINGAST HEATHER S

07/18/2013   2  Order Appealed From

                From: INGHAM CIRCUIT COURT
                Case Number: 13-000734-CZ

Trial Court Judge: 37670 AQUILINA ROSEMARIE E
Nature of Case:
  Temporary Restraining Order

07/19/2013   3   Submitted On Special Motion Docket

Event: 1 App For Leave to Appeal - Civil
District: L
Item #: 3

07/19/2013   4   LCt Order

Date: 07/18/2013
For Party: 3 MICHIGAN STATE OF DF-AT
Attorney: 55439 - MEINGAST HEATHER S
Comments: Order denying defendants' motion for stay

07/19/2013   6   Telephone Contact

For Party: 3 MICHIGAN STATE OF DF-AT
Attorney: 55439 - MEINGAST HEATHER S
Comments: When contacing Heather Meingast, if she is not available, please call ɪ
Lindstrom at 373-1124

07/19/2013   7   LCt Order

Date: 07/19/2013
For Party: 3 MICHIGAN STATE OF DF-AT
Attorney: 55439 - MEINGAST HEATHER S
Comments: lc order deny stay, lc order deny summ disposition, lc order re: declaɪ
judgment

07/19/2013   8   Correspondence Received

For Party: 3 MICHIGAN STATE OF DF-AT
Attorney: 55439 - MEINGAST HEATHER S
Comments: corresp to clerk

07/19/2013   9   Telephone Contact

For Party: 1 WEBSTER GRACIE PL-AE
Attorney: 30417 - CANZANO JOHN R
Comments: confirmed service;answers due 7/24/2013

07/22/2013   10  Telephone Contact

Comments: L. Fagins of Detroit Law Dept re: City will file Notice of Stay Due to Bɪ
today

07/23/2013   11  Order: Stay - Grant

View document in PDF format
Event: 1 App For Leave to Appeal - Civil
Panel: MJK,PMM,SLB
Immediate Consideration Granted
Attorney: 55439 - MEINGAST HEATHER S
Comments: TRO order stayed;stay all further proceedings;answr to application dᴜ
wld grant leave

07/23/2013   12  Verbal Order To Parties-Phone

07/26/2013    13  Correspondence Received

    For Party: 3 MICHIGAN STATE OF DF-AT
    Attorney: 55439 - MEINGAST HEATHER S
    Comments: corresp from AG, copy of bankruptcy order

07/26/2013    14  Correspondence Received

    For Party: 1 WEBSTER GRACIE PL-AE
    Attorney: 30417 - CANZANO JOHN R
    Comments: AE is advising that they will not be filing answer to the app due to the Court order

07/29/2013    15  Order: Case Closed - Bankruptcy Stay - Subject to Reopen

    View document in PDF format
    Event: 1 App For Leave to Appeal - Civil
    Panel: MJK,PMM,SLB
    Attorney: 55439 - MEINGAST HEATHER S

07/29/2013    16  Verbal Order To Parties-Phone

08/09/2013    17  Miscellaneous Receipt

    Date: 08/09/2013
    Check #: 78152
    Fee: $73.00
    Receipt #: 3172861
    Comments: 146 pgs scanned

09/16/2013    18  File Closed-Out

    File Location: F

Case Listing Complete