RECEIVED by Michigan Court of Appeals 7/26/2013 3:29:51 PM

| Lower Court or Tribunal | **STATE OF MICHIGAN**<br>**IN THE COURT OF APPEALS**<br>**Cover Sheet** | *CASE NO.* | | | |
|---|---|---|---|---|---|
| Ingham Circuit Court | | CIRCUIT: | Year<br>13 | Number<br>734 | Case Type<br>CZ |
| | | COURT OF APPEALS: | 317286 | | |

### Filing Party

| Filing Party Last Name or Business/Entity/Agency Name | Attorney Last Name |
|---|---|
| WEBSTER | Canzano |

| Filing Party First Name | M.I. | Attorney First Name | M.I. | P Number |
|---|---|---|---|---|
| GRACIE | | John | R | 30417 |

Address (Street 1, Street 2, City, State, and ZIP Code)

Attorney Address(Street 1, Street 2, City, State, and ZIP Code)

400 Galleria Officentre

Suite 117

| Southfield | MI | 48034 |

Attorney Telephone Number

(248)354-9650

### Summary of Items Filed

| Type | Filename/Description | Filing Fee | Doc Fee | Total This Filing |
|---|---|---|---|---|
| Other | Plaintiffs-Appellees Statement Regarding Appeal | $5.00 | $0.00 | $5.00 |
| | | **3% Service Fee:** | | $0.15 |
| | **Fee Substitute/Alternate Payment** | **Total All Filings:** | | $5.15 |

**Reason:**

- ☐ **Appointed Counsel**
- ☐ **Motion To Waive Fee**
- ☐ **Fees Waived in this Case**
- ☐ **MI InterAgency Transfer**
- ☐ **No Fee per MCR 7.203(F)(2)**

| **Filer Office Use Only:** | **AFSCME Webster** |
|---|---|

The documents listed above were electronically filed with the Michigan Court of Appeals at the date/time stated in the left margin. As a recipient of service of these documents, you may wish to go to https://wiznet.wiznet.com/appealsmi to register as a user of the electronic filing system.

RECEIVED by Michigan Court of Appeals 7/26/2013 3:29:51 PM

| Lower Court or Tribunal | **STATE OF MICHIGAN**<br>**IN THE COURT OF APPEALS**<br>**Proof of Service** | *CASE NO.* | | |
|---|---|---|---|---|
| Ingham Circuit Court | | CIRCUIT: | Year 13 | Number 734 | Case Type CZ |
| | | COURT OF APPEALS: | 317286 | |

Case Name:  GRACIE WEBSTER V STATE OF MICHIGAN

On  7/26/2013  , one copy of the following documents:

Other                          Plaintiffs-Appellees Statement Regarding Appeal

was delivered to the persons listed below:

Date
_7/26/2013_

Signature
_/s/John R. Canzano_

| Bar Number | Name | Delivery Method | Service Address |
|---|---|---|---|
| P- | Appellate, AG | E-Serve | paasdivision@michigan.gov |
| P- 30417 | Canzano, John R | E-Serve | jcanzano@michworklaw.com |
| P- 72916 | Lindstrom, Aaron D | E-Serve | lindstroma@michigan.gov |
| P- | Meingast, Heather | E-Serve | meingasth@michigan.gov |

The documents listed above were electronically filed with the Michigan Court of Appeals at the date/time stated in the left margin. As a recipient of service of these documents, you may wish to go to https://wiznet.wiznet.com/appealsmi to register as a user of the electronic filing system.

Gracie Webster, et al v. State of Michigan

Docket No. 317286

LC No. 13-000734-CZ

_____/

## PLAINTIFFS-APPELLEES STATEMENT REGARDING APPEAL

On July 23, 2013, this Court entered an Order in the this matter "that any answers to the pending application for leave to appeal are due by 5:00 p.m. on Friday, July 26, 2013." Yesterday, July 25, 2013, the United States Bankruptcy Court for the Eastern District of Michigan entered an Order (Docket #166) in *City of Detroit, Michigan*, Case No. 13-53846, that this matter "is stayed, pursuant to section 105(a) of the Bankruptcy Code, pending further Order of this Court." (Order, ¶3 at p 2). Given this Order, it is Plaintiffs-Appellees' understanding that they are precluded at this time from filing a response in opposition to Defendant's Emergency Application for Leave to Appeal. Moreover, and in any event, the July 18, 2013 Temporary Restraining Order which is the subject of this Appeal was quashed by the Circuit Court and expired at 12:15 p.m. on July 19, 2013, and has not been in effect since that time. See July 19 transcript at 35 (Copy attached).

Respectfully submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By: /s/John R. Canzano
John R. Canzano  (P30417)
Attorneys for Plaintiffs-Appellees
400 Galleria Officentre, Suite 117
Southfield, MI  48034
248-354-9650
jcanzano@michworklaw.com

Date:  July 26, 2013

RECEIVED by Michigan Court of Appeals 7/26/2013 3:29:51 PM

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification to counsel of record.

 /s/ John R. Canzano
JOHN R. CANZANO (P30417)
Attorney for Plaintiffs-Appellees
400 Galleria Officentre, Suite 117
Southfield, MI 48034-8460
(248) 354-9650
jcanzano@kmsmc.com

P:\AFSCME\Emergency Mgr Litigation\Court of Appeals\Plaintiff appellee statement.wpd

RECEIVED by Michigan Court of Appeals 7/26/2013 3:29:51 PM

RECEIVED by Michigan Court of Appeals 7/26/2013 3:29:51 PM

1               *STATE OF MICHIGAN*
      *30TH JUDICIAL CIRCUIT COURT FOR THE COUNTY OF INGHAM*
2                   *CIVIL DIVISION*

3


4     GRACIE WEBSTER and
      VERONICA THOMAS,
5
                      Plaintiffs,
6     v                                   Case No. 13-734-CZ
                                     Hon. Rosemarie Aquilina
7     THE STATE OF MICHIGAN; RICHARD
      SNYDER, as Governor of the State
8     of Michigan; and ANDY DILLON,
      as Treasurer of the State of
9     Michigan,
                      Defendants.
10    _____/
      ROBBIE FLOWERS, MICHAEL WELLS,
11    JANET WHITSON, MARY WASHINGTON,
      and BRUCE GOLDMAN,
12
                      Plaintiffs,
13    v                                   Case No. 13-729-CZ
                                     Hon. Rosemarie Aquilina
14    RICK SNYDER, as the Governor of the
      State of Michigan; ANDY DILLON, as
15    the Treasurer of the State of Michigan;
      and the STATE OF MICHIGAN,
16
                      Defendants.
17    _____/

18          *MOTION TO AMEND PRELIMINARY INJUNCTION*

19              *MOTION FOR DEFAULT JUDGMENT*

20             *MOTION FOR SUMMARY DISPOSITION*

21      *BEFORE THE HON. ROSEMARIE AQUILINA, CIRCUIT JUDGE*

22       *Ingham County, Michigan - Friday, July 19, 2013*

23

24

25

                                                          1

RECEIVED by Michigan Court of Appeals 7/26/2013 3:29:51 PM

1  anyone is arguing -- I don't think the Attorney General
2  is arguing that our case is stayed by the bankruptcy
3  court because we're not suing the Emergency Manager.
4  We're only suing the Governor and the Treasurer and the
5  State of Michigan, and they're not -- they're not in the
6  bankruptcy court, so that's an
7  argument that has been raised. But, just for clarity, I
8  wanted to point that out. That's all I have.
9  THE COURT: Thank you.
10  Response?
11  MR. DEVLIN: Thank you, your Honor. Brian
12  Devlin again on behalf of the Defendants. I won't repeat
13  the discussion we had on the Flowers case. Much of that
14  applies. The relief sought in each of these cases is the
15  same position of the State, is that the bankruptcy court
16  jurisdiction has a great effect on this, and that the
17  reliefs that might be desired by the Plaintiffs are
18  available through that court. Furthermore, we'd cite the
19  *Straus* case as well in this reply.
20  I would like to call the Court's attention to
21  just one other thing: There was reference made to the
22  Governor's obligation to uphold the terms of the United
23  States -- of the State Constitution but that also applies
24  to the United States Constitution, and bankruptcy court
25  is certainly someone he may have to answer to as well.

32

1  So that should not be lost sight of.
2  Finally, I wanted to point out that we do have
3  a motion for summary disposition pending in this case as
4  well. And I would rely on the arguments in the brief.
5  And the ones I've just restated as well to ask that that
6  relief be granted. Thank you.
7  THE COURT: Are you asking that that be heard
8  now, or would you like me to make a ruling on that now?
9  MR. DEVLIN: I think you could probably make a
10  ruling on it without further argument.
11  THE COURT: I think so too.
12  MR. DEVLIN: All right.
13  THE COURT: Okay.
14  MR. DEVLIN: Thank you.
15  THE COURT: Anything further?
16  MR. CANZANO: Nothing further, your Honor.
17  THE COURT: All right.
18  As to the motion for summary disposition in
19  regard to Defendants' motion is denied. I'm going to
20  incorporate the transcript, the arguments of the Flowers
21  matter into this file. I think that in order to have a
22  complete argument, we're going to consolidate the
23  arguments and the files for the purpose of today because
24  they are really united. They are part and parcel of the
25  same arguments. We really can't have a complete

1  transcript without looking at both.
2  So I'm going to direct the court reporter to
3  treat today as one transcript despite there being two
4  docket numbers, and I didn't even call both of them, but
5  we just sort of started, but we're really dealing with
6  Dockets 13-734-CZ and 13-729-CZ.
7  So the motion for summary disposition in regard
8  to 13-734-CZ, and that's Defendants' motion for summary
9  disposition is denied based on the same rationale the
10  Court had and reasoning in the prior case.
11  In regard to the request for declaratory
12  judgment, I think it is imperative that the Court sign
13  this. It's absolutely needed. And the Governor, I have
14  to believe, took his oath in all sincerity to uphold the
15  United States Constitution and the State of Michigan
16  Constitution. I hope he rereads certain sections and
17  reconsiders his actions.
18  I am finding the actions that have been taken
19  in regard to filing this action in the bankruptcy court
20  as overreaching and unconstitutional as it applies to
21  what the Detroit Emergency Manager Kevyn Orr has done in
22  conjunction with the Governor.
23  So I find it absolutely necessary to sign this
24  order of declaratory judgment. I am also going to order,
25  in addition to what you have crafted here, that a copy of

34

1  this order be forwarded to President Obama. I know that
2  he's watching this, and he's bailed out Detroit. If this
3  is going to ultimately proceed to bankruptcy without
4  anyone paying attention to Michigan's Constitution and to
5  what the legislature drafted and to what the Governor
6  himself signed into law, then there will ultimately be a
7  request that Obama will have to look at the pension, so
8  he might as well follow this. He said in the news that
9  he's following this. He might as well see what we've all
10  done here. It's that important to the State of Michigan
11  and to the thousands of people who will be affected, and
12  ultimately all of the taxpayers of the state of Michigan
13  are going to be affected because we will all have to pick
14  up the tab if this is not honored as it should be.
15  Additionally, I am asked that the temporary
16  restraining order be quashed and nullified, so that is
17  now withdrawn, and it expires today at 12:15. And the
18  order of declaratory judgment is being signed as that
19  expires.
20  Is there anything else for the record?
21  MR. WERTHEIMER: Not for the Plaintiffs in
22  Flowers, your Honor.
23  MR. QUASARANO: I'm obliged, your Honor, to
24  move for a stay of enforcement of the order of
25  declaratory judgment.