RECEIVED by Michigan Court of Appeals 7/26/2013 1:07:44 PM

| Lower Court or Tribunal | STATE OF MICHIGAN IN THE COURT OF APPEALS | CASE NO. | Year | Number | Case Type |
|---|---|---|---|---|---|
| Ingham Circuit Court | Cover Sheet | CIRCUIT: | 13 | 734 | CZ |
| | | COURT OF APPEALS: | 317286 | | |

## Filing Party

Filing Party Last Name or Business/Entity/Agency Name
**GOVERNOR OF MICHIGAN**

Filing Party First Name — M.I.

Address (Street 1, Street 2, City, State, and ZIP Code)

Attorney Last Name
**Lindstrom**

Attorney First Name — M.I. — P Number
Aaron — D. — 72916

Address (Street 1, Street 2, City, State, and ZIP Code)
Solicitor General Division
P.O. Box 30212
Lansing — MI — 48909

Attorney Telephone Number
(517)373-1124

## Summary of Items Filed

| Type | Filename/Description | Filing Fee | Doc Fee | Total This Filing |
|---|---|---|---|---|
| Correspondence | Letter Regarding Bankruptcy Stay | $5.00 | ---- | $5.00 |
| | | **3% Service Fee:** | | $0.15 |
| | | **Total All Filings:** | | $5.15 |

**Fee Substitute/Alternate Payment Reason:**

☐ Appointed Counsel
☐ Motion To Waive Fee
☐ Fees Waived in this Case
☒ MI InterAgency Transfer
☐ No Fee per MCR 7.203(F)(2)

**Filer Office Use Only:** 2013

The documents listed above were electronically filed with the Michigan Court of Appeals at the date/time stated in the left margin. As a recipient of service of these documents, you may wish to go to https://wiznet.wiznet.com/appealsmi to register as a user of the electronic filing system.

RECEIVED by Michigan Court of Appeals 7/26/2013 1:07:44 PM

| Lower Court or Tribunal | STATE OF MICHIGAN IN THE COURT OF APPEALS | CASE NO. | Year | Number | Case Type |
|---|---|---|---|---|---|
| Ingham Circuit Court | **Proof of Service** | CIRCUIT: | 13 | 734 | CZ |
| | | COURT OF APPEALS: | | 317286 | |

Case Name: GRACIE WEBSTER V STATE OF MICHIGAN

On 7/26/2013 , one copy of the following documents:

Correspondence          Letter Regarding Bankruptcy Stay

was delivered to the persons listed below:

Date: 7/26/2013

Signature: /s/Aimee L. Nelson

| Bar Number | Name | Delivery Method | Service Address |
|---|---|---|---|
| P- | Appellate, AG | E-Serve | paasdivision@michigan.gov |
| P- 30417 | Canzano, John R | Mail | 400 Galleria Officentre; Ste. 117; Southfield, MI 48034 |
| P- 72916 | Lindstrom, Aaron D | E-Serve | lindstroma@michigan.gov |
| P- | Meingast, Heather | E-Serve | meingasth@michigan.gov |

The documents listed above were electronically filed with the Michigan Court of Appeals at the date/time stated in the left margin. As a recipient of service of these documents, you may wish to go to https://wiznet.wiznet.com/appealsmi to register as a user of the electronic filing system.

RECEIVED by Michigan Court of Appeals 7/26/2013 1:07:44 PM

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30212
Lansing, Michigan 48909

**BILL SCHUETTE**
ATTORNEY GENERAL

July 26, 2013

Ms. Kimberly S. Hauser
Michigan Court of Appeals
Hall of Justice
925 W. Ottawa St.
P.O. Box 30022
Lansing, MI 48909-7522

Re: *Webster v Snyder*, Ingham County Circuit Court No. 13-734-CZ, COA Docket Nos. 317286, 317292; *Flowers v Snyder*, Ingham County Circuit Court No. 13-729-CZ, COA Docket No. 317285; *The General Retirement System of the City of Detroit v Orr*, Ingham County Circuit Court No. 13-768-CZ, COA Docket No. 317284;

Dear Clerk Hauser:

Yesterday the U.S. Bankruptcy Court for the Eastern District of Michigan issued two stay orders arising from the City of Detroit's Chapter 9 bankruptcy. Taken together, the orders enjoin any person from continuing judicial proceedings against the City, the Governor, the Treasurer, the State, and Emergency Manager Orr. The orders accordingly apply to the above-listed cases. Concurrently with the filing of this letter, we are also filing in each of the above-listed cases a copy of the bankruptcy court's orders.

Sincerely,

/s/Aaron D. Lindstrom

Assistant Solicitor General
Solicitor General Bureau

RECEIVED by Michigan Court of Appeals 7/26/2013 1:07:44 PM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
: 
: 
-----------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a) OF THE
BANKRUPTCY CODE EXTENDING THE CHAPTER 9 STAY TO
CERTAIN (A) STATE ENTITIES, (B) NON OFFICER EMPLOYEES
AND (C) AGENTS AND REPRESENTATIVES OF THE DEBTOR**

This matter coming before the Court on the Motion of Debtor, Pursuant to Section 105(a) of the Bankruptcy Code, for Entry of an Order, Extending the Chapter 9 Stay to Certain (A) State Entities, (B) Non-Officer Employees and (C) Agents and Representatives of the Debtor (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); the Court having reviewed the Motion and the Orr Declaration and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court finding that: (a) the Court has jurisdiction over this

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances, (d) the unusual circumstances present in this chapter 9 case warrant extending the Chapter 9 Stay to the State Entities, the Non-Officer Employees and the City Agents and Representatives; and the Court having determined that the legal and factual bases set forth in the Motion and the Orr Declaration and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 105(a) of the Bankruptcy Code, the Chapter 9 Stay hereby is extended to apply in all respects (to the extent not otherwise applicable) to the State Entities (defined as the Governor, the State Treasurer and the members of the Loan Board, collectively with the State Treasurer and the Governor, and together with each entity's staff, agents and representatives), the Non-Officer Employees and the City Agents and Representatives.

3. For the avoidance of doubt, each of the Prepetition Lawsuits hereby is stayed, pursuant to section 105(a) of the Bankruptcy Code, pending further order of this Court.

13-53846-swr Doc 166 Filed 07/25/13 Entered 07/25/13 13:37:18 Page 2 of 3
13-53846-tjt Doc 1221-11 Filed 10/17/13 Entered 10/17/13 14:22:01 Page 5 of 11

4. This order is entered without prejudice to the right of any creditor to file a motion for relief from the stay imposed by this order using the procedures of and under the standards of 11 U.S.C. § 362(d)-(g).

**Signed on July 25, 2013**

                                                   /s/ Steven Rhodes
                                                   Steven Rhodes
                                                   United States Bankruptcy Judge

-3-

13-53846-swr Doc 166 Filed 07/25/13 Entered 07/25/13 13:37:18 Page 3 of 3
13-53846-tjt Doc 1221-11 Filed 10/17/13 Entered 10/17/13 14:22:01 Page 6 of 11

RECEIVED by Michigan Court of Appeals 7/26/2013 1:07:44 PM

RECEIVED by Michigan Court of Appeals 7/26/2013 1:07:44 PM

Docket #0167  Date Filed: 7/25/2013

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
                Debtor. : Hon. Steven W. Rhodes
:
:
------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a) OF THE**
**BANKRUPTCY CODE CONFIRMING THE PROTECTIONS**
**OF SECTIONS 362, 365 AND 922 OF THE BANKRUPTCY CODE**

This matter coming before the Court on the Motion of Debtor, Pursuant to Section 105(a) of the Bankruptcy Code, for Entry of an Order Confirming the Protections of Sections 362, 365 and 922 of the Bankruptcy Code (the "<u>Motion</u>"),[1] filed by the City of Detroit, Michigan (the "<u>City</u>"); the Court having reviewed the Motion and the Orr Declaration and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "<u>Hearing</u>"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.



13-53846-swr   Doc 167   Filed 07/25/13   Entered 07/25/13
13-53846-tjt   Doc 1221-11   Filed 10/17/13   Entered 10/17/13 14:22:01   Page 7 of 11

Hearing was sufficient under the circumstances, (d) among other things, the requested relief confirms the protections of sections 362, 365 and 922 of the Bankruptcy Code and (e) the Emergency Manager is an officer of the City as that term is used in section 922(a)(1) of the Bankruptcy Code; and the Court having determined that the legal and factual bases set forth in the Motion and the Orr Declaration and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 362 of the Bankruptcy Code, all persons (including individuals, partnerships, corporations, limited liability companies and all those acting for or on their behalf), all foreign or domestic governmental units and all other entities (and all those acting for or on their behalf) are hereby stayed, restrained and enjoined from:

   (a) commencing or continuing any judicial, administrative or other proceeding against the City, including the issuance or employment of process, that was or could have been commenced before the City's chapter 9 case was commenced;

   (b) recovering a claim against the City that arose before the commencement of its chapter 9 case;

   (c) taking any action to obtain possession of property of or from the City;

   (d) taking any action to create, perfect or enforce any lien against property of the City, to the extent that such lien secures a claim that arose before the commencement of the City's chapter 9 case;

-2-

13-53846-swr    Doc 167    Filed 07/25/13    Entered 07/25/13 13:52:58    Page 2 of 5
13-53846-tjt    Doc 1221-11    Filed 10/17/13    Entered 10/17/13 14:22:01    Page 8 of 11

(e) taking any action to collect, assess or recover a claim against the City that arose before the commencement of its chapter 9 case; and

(f) offsetting any debt owing to the City that arose before the commencement of its chapter 9 case against any claim against the City.

3. All entities, including all persons and foreign and domestic governmental units, and all those acting on their behalf, including sheriffs, marshals, constables and other or similar law enforcement officers and officials are stayed, restrained and enjoined from in any way seizing, attaching, foreclosing upon, levying against or in any other way interfering with any and all property of the City, wherever located.

4. Pursuant to section 922(a) of the Bankruptcy Code, all persons (including individuals, partnerships, corporations, limited liability companies and all those acting for or on their behalf), all foreign or domestic governmental units and all other entities (and all those acting for or on their behalf) are hereby stayed, restrained and enjoined from:

(a) commencing or continuing a judicial, administrative, or other action or proceeding against an officer or inhabitant of the City, including the issuance or employment of process, that seeks to enforce a claim against the City; and

(b) enforcing a lien on or arising out of taxes or assessments owed to the City.

5. For the avoidance of doubt, the protections of section 922(a)(1) of the Bankruptcy Code with respect to officers and inhabitants of the City, as set

-3-

13-53846-swr    Doc 167    Filed 07/25/13    Entered 07/25/13 13:52:58    Page 3 of 5
13-53846-tjt    Doc 1221-11    Filed 10/17/13    Entered 10/17/13 14:22:01    Page 9 of 11

forth in paragraph 4(a) above, apply in all respects to: (a) the Emergency Manager; and (b) the City Officers, in whatever capacity each of them may serve.

      6.    Pursuant to section 365 of the Bankruptcy Code, all persons (including individuals, partnerships, corporations, limited liability companies and all those acting for or on their behalf), all foreign or domestic governmental units and all other entities (and all those acting for or on their behalf) are hereby prohibited from modifying or terminating any executory contract or unexpired lease, or any right or obligation under such contract or lease, at any time after the commencement of the City's chapter 9 case solely because of a provision in such contract or lease that is conditioned on:

    (a)    the insolvency or financial condition of the City at any time before the closing of the City's chapter 9 case; or

    (b)    the commencement of the City's chapter 9 case.

      7.    Pursuant to sections 362 and 365 of the Bankruptcy Code, all parties to an executory contract or unexpired lease with the City shall continue to perform their obligations under such contract or lease until such contract or lease is assumed or rejected by the City or otherwise expires by its own terms.

**Signed on July 25, 2013**

                                                              /s/ Steven Rhodes
                                                              Steven Rhodes
                                                              United States Bankruptcy Judge

-4-

13-53846-swr   Doc 167   Filed 07/25/13   Entered 07/25/13 13:52:58   Page 4 of 5
13-53846-tjt   Doc 1221-11   Filed 10/17/13   Entered 10/17/13 14:22:01   Page 10 of 11

RECEIVED by Michigan Court of Appeals 7/26/2013 1:07:44 PM

13-53846-swr Doc 167 Filed 07/25/13 Entered 07/25/13 13:52:58 Page 5 of 5
13-53846-tjt Doc 1221-11 Filed 10/17/13 Entered 10/17/13 14:22:01 Page 11 of 11

RECEIVED by Michigan Court of Appeals 7/26/2013 1:07:44 PM