# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------x
                                      :
In re                                 :        Chapter 9
                                      :
CITY OF DETROIT, MICHIGAN,            :        Case No. 13-53846
                                      :
            Debtor.                   :        Hon. Steven W. Rhodes
                                      :
------------------------------------------------------x
```

## WITHDRAWAL OF NOTICES OF VIDEO DEPOSITIONS OF PAMELA SCALER, BARBARA WISE JOHNSON, THOMAS SHEEHAN, ALLAN GRANT AND GREGORY TROZAK

To:  The Retired Detroit Police & Fire Fighters Association ("RDPFFA");
     The Detroit Retired City Employees Association ("DRCEA");

**PLEASE TAKE NOTICE** that the deposition of **Pamela Scaler**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, on Friday, October 18, 2013, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Barbara Wise Johnson**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, on Friday, October 18, 2013, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Thomas Sheehan**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, on Friday, October 18, 2013, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Allan Grant**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, on Friday, October 18, 2013, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Gregory Trozak**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, on Friday, October 18, 2013, has been **CANCELLED**.

#21868946 v1

Dated:  October 17, 2013

Respectfully submitted,

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone:  (248) 359-7300
Fax:  (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

- and -

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001.2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

## Certificate of Service

I, Deborah Kovsky-Apap, hereby certify that on October 17, 2013, I caused the foregoing *Withdrawal of Notices of Video Depositions of Pamela Scaler, Barbara Wise Johnson, Thomas Sheehan, Allan Grant and Gregory Trozak* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to the email addresses listed on **Exhibit A** hereto.

## Exhibit A

slevine@lowenstein.com, wjung@lowenstein.com, pgross@lowenstein.com, bceccotti@cwsny.com, pdechiara@cwsny.com, lbrimer@stroblpc.com, mtaunt@stroblpc.com, mfield@stroblpc.com, eerman@ermanteicher.com, czucker@ermanteicher.com, bpatek@ermanteicher.com, rgordon@clarkhill.com, sdeeby@clarkhill.com, efeldman@clarkhill.com, jgreen@clarkhill.com, charlesidelsohnattorney@yahoo.com, gneal@sidley.com, rplecha@lippittokeefe.com; morris@silvermanmorris.com; avery@silvermanmorris.com, alipp@lippittokeefe.com

#21868946 v1