UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
                                                  :
In re                                             :   Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        :   Case No. 13-53846
                                                  :
         Debtor.                                  :   Hon. Steven W. Rhodes
                                                  :
---------------------------------------------------x

## WITHDRAWAL OF NOTICES OF VIDEO DEPOSITIONS OF JEFFREY M. PEGG, TERESA SANDERFER, ROBERT A. SHINSKE, LINDA BRODEN, RODNEY SIZEMORE, STEVE DOLUNT AND JAMES MOORE

To: The Detroit Police Officers Association ("DPOA");
    The Detroit Fire Fighters Association ("DFFA");
    The Detroit Police Lieutenants & Sergeants Association ("DPLSA"); and
    The Detroit Police Command Officers Association ("DPCOA")

**PLEASE TAKE NOTICE** that the deposition of **Jeffery M. Pegg**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, at a time to be determined, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Teresa Sanderfer**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, at a time to be determined, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Robert A. Shinske**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, at a time to be determined, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Linda Broden**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, at a time to be determined, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Rodney Sizemore**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, at a time to be determined, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Steve Dolunt**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, at a time to be determined, has been **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **James Moore**, previously scheduled to take place at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075, at a time to be determined, has been **CANCELLED**.

Dated:  October 17, 2013                         Respectfully submitted,

/s/ Deborah Kovsky-Apap_____
Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone:  (248) 359-7300
Fax:  (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

   - and -

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001.2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

# Certificate of Service

I, Deborah Kovsky-Apap, hereby certify that on October 17, 2013, I caused the foregoing Withdrawal of Notices of Video Depositions of Jeffrey M. Pegg, Teresa Sanderfer, Robert A. Shinske, Linda Broden, Rodney Sizemore, Steve Dolunt and James Moore to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter; via electronic mail to Earle Erman (eerman@ermanteicher.com), Barbara Patek (bpatek@ermanteicher.com), David Eisenberg (deisenberg@ermanteicher.com) and Craig Zucker (czucker@ermanteicher.com), counsel for the DPOA, DFFA, DPLSA and DPCOA; and via electronic mail to the email addresses listed on **Exhibit A** hereto.

## Exhibit A

slevine@lowenstein.com, wjung@lowenstein.com, pgross@lowenstein.com, bceccotti@cwsny.com, pdechiara@cwsny.com, lbrimer@stroblpc.com, mtaunt@stroblpc.com, mfield@stroblpc.com, eerman@ermanteicher.com, czucker@ermanteicher.com, bpatek@ermanteicher.com, deisenberg@ermanteicher.com rgordon@clarkhill.com, jgreen@clarkhill.com sdeeby@clarkhill.com, efeldman@clarkhill.com, charlesidelsohnattorney@yahoo.com, gneal@sidley.com, rplecha@lippittokeefe.com; morris@silvermanmorris.com; avery@silvermanmorris.com, alipp@lippittokeefe.com