UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

# RE-NOTICE OF VIDEO DEPOSITION OF DONALD TAYLOR AND SHIRLEY LIGHTSEY UNDER FED. R. CIV. P. 30 AND FED. R. BANKR. P. 7030

To: The Retired Detroit Police & Fire Fighters Association ("RDPFFA");
The Detroit Retired City Employees Association ("DRCEA");
Donald Taylor, individually and as President of the RDPFFA; and
Shirley V. Lightsey, individually and as President of the DRCEA

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit ("the City"), by and through its undersigned counsel, will take depositions upon oral examination of the following person(s) at the time and place set forth, or such other time and place as

may be mutually arranged. All such depositions shall be taken at the offices of Pepper Hamilton LLP, Suite 1800, 4000 Town Center, Southfield, Michigan 48075:

1. October 18, 2013 at 10:00 a.m.: Donald Taylor

2. October 18, 2013 at 1:30 p.m.: Shirley Lightsey

Dated: October 17, 2013

Respectfully submitted,

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Fax: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

- and -

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
Geoffrey S. Irwin
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

-2-
13-53846-tjt    Doc 1226    Filed 10/17/13    Entered 10/17/13 16:36:59    Page 2 of 4

## Certificate of Service

I, Deborah Kovsky-Apap, hereby certify that on October 17, 2013, I caused the foregoing *Re-Notice of Video Deposition of Donald Taylor and Shirley Lightsey* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter; via electronic mail to Ryan C. Plecha (rplecha@lippittokeefe.com), Thomas Morris (morris@silvermanmorris.com) and Karin Avery (avery@silvermanmorris.com), counsel for RDPFFA, DRCEA, Donald Taylor, individually and as President of the RDPFFA, and Shirley V. Lightsey, individually and as President of the DRCEA; and via electronic mail to the email addresses listed on Exhibit A hereto.

/s/ *Deborah Kovsky-Apap*
Deborah Kovsky-Apap (P68258)

# **EXHIBIT A**

slevine@lowenstein.com, wjung@lowenstein.com, pgross@lowenstein.com, bceccotti@cwsny.com, pdechiara@cwsny.com, lbrimer@stroblpc.com, mtaunt@stroblpc.com, mfield@stroblpc.com, rgordon@clarkhill.com, sdeeby@clarkhill.com, jgreen@clarkhill.com, efeldman@clarkhill.com, charlesidelsohnattorney@yahoo.com, gneal@sidley.com, rplecha@lippittokeefe.com, morris@silvermanmorris.com, avery@silvermanmorris.com, alipp@lippittokeefe.com, jgreen@clarkhill.com