# EXHIBIT A

*In Re: City of Detroit, Debtor*

*Howard Ryan*
*October 14, 2013*

*Moretti Group*
*471 W. South Street*
*Suite 41B*
*Kalamazoo, MI 49007*
*800-536-0804*



Original File 101413HR.TXT
Min-U-Script® with Word Index

### Page 45

1 Q. And by the vote, you're referring to the repeal of
2    PA 4?
3 A. Yes.
4 Q. 2011 PA 4?
5 A. Yes.
6 Q. I don't think I have anymore questions. Thank you,
7    Mr. Ryan.
8 A. Thank you.
9       MR. DONNELLY: Anybody on the phone with
10   questions? Anybody still on the phone?
11      MS. BRUNO: Yeah, no questions.
12      MR. DeCHIARA: No questions.
13      MS. WALDRON: No questions.
14      MR. MANSON: No questions.
15      MR. DONNELLY: Do you have anymore
16   questions?
17      MR. WERTHEIMER: Give me just a minute.
18   Let's just go off the record for a second.
19      VIDEO TECHNICIAN: We're going off the
20   record at 9:58.
21      (A pause was had in the proceedings.)
22      VIDEO TECHNICIAN: We are going back on the
23   record at 9:59 a.m.
24         RE-EXAMINATION
25 BY MR. WERTHEIMER:

### Page 46

1 Q. I'd just like to ask a follow-up to a question
2    counsel asked you. You said that the appropriation
3    language was put in the -- early on in the process;
4    is that correct?
5 A. Yes.
6 Q. Based on your conversations with the people at the
7    time, was it your understanding that one or more of
8    the reasons to put the appropriation language in
9    there was to make sure that it could not -- the new
10   act could not be defeated by a referendum?
11 A. Yes.
12 Q. And where did you get that knowledge from?
13 A. Well, having watched the entire process unfold over
14   the past two years.
15 Q. The Governor's office knew that that was the point
16   of it?
17 A. Yes.
18 Q. That your department knew that that was the point of
19   it?
20 A. Yes.
21 Q. The legislators you were dealing with knew that that
22   was the point of it?
23 A. Yes.
24 Q. Okay. And I don't want to raise any hackles, but I
25   want to make sure I understand that in testifying

### Page 47

1    today as a 30(b)(6) witness you have not checked
2    with either the Governor or the State Treasurer or
3    any of their aides or agents to see whether any of
4    them had any conversations with the Legislative
5    Branch regarding Public Act 436?
6       MR. DONNELLY: Well, I'm going to object to
7    the form of that question because you've been
8    produced documents and this witness has reviewed
9    documents that show communications between the
10   Governor's office and the Executive Branch, so
11   that's an unfair question. Did he beyond that --
12      MR. WERTHEIMER: That's right.
13      MR. DONNELLY: -- have conversations?
14      MR. WERTHEIMER: No, that's fair.
15 BY MR. WERTHEIMER:
16 Q. Beyond reviewing those documents, you did not take
17   the next step and talk to either the Governor, the
18   State Treasurer or any of either of their aides or
19   agents to determine whether any of them had
20   communicated with the Legislative Branch relative to
21   436, did you?
22      MR. DONNELLY: Well, I'm going to object to
23   the form of that question because it
24   mischaracterizes his earlier testimony because it's
25   compound, and if you want to break it down between

### Page 48

1    the Governor and the Treasurer --
2       MR. WERTHEIMER: Fine. I'll break it down.
3       MR. DONNELLY: -- because he had different
4    testimony with regard to the Treasury and the
5    Governor.
6  BY MR. WERTHEIMER:
7  Q. Fair enough. I'll break it down, just so the record
8    is clear.
9       In preparing as a 30(b)(6) witness, which
10   you did, correct?
11 A. Yes.
12 Q. Okay. You did not talk to either the Governor or
13   any of his aides to determine whether any of them
14   had communicated with the Legislature about what
15   became 436, did you?
16      MR. DONNELLY: Beyond the caveat that we
17   had in terms of reviewing documents --
18      MR. WERTHEIMER: Yes.
19      MR. DONNELLY: -- that show those
20   communications.
21      MR. WERTHEIMER: Yes, beyond that.
22      MR. DONNELLY: Beyond the emails and beyond
23   all those paper communications, no.
24 BY MR. WERTHEIMER:
25 Q. You didn't talk to any of those folks and say did