# EXHIBIT C

*In Re: City of Detroit, Debtor*

*Treasurer Andrew Dillon*
*October 10, 2013*

*Moretti Group*
*471 W. South Street*
*Suite 41B*
*Kalamazoo, MI 49007*
*800-536-0804*



Moretti GROUP

Original File 101013AD.TXT
Min-U-Script® with Word Index

Page 33

1 those concerns?
2 A. That's how we've set it up.
3 Q. And are you saying that in the case of Detroit, city
4 government did not fulfill those needs?
5 A. I think we've found there are circumstances where
6 local units have been unable to provide essential
7 services or gotten themselves too far into debt that
8 it becomes very difficult to navigate out of.
9 Q. What was your understanding of the repeal of PA 4?
10 How did that operate practically? Did that mean,
11 based on your understanding, that there was no
12 emergency manager law as of the date of that repeal?
13 A. My memory is the Attorney General told us that upon
14 the repeal of PA 4, PA 72 was the law that we should
15 follow.
16 Q. And but didn't -- wasn't that opinion struck down by
17 the Supreme Court of the State of Michigan?
18 A. I don't recall that.
19 Q. Okay. Was that opinion challenged in court?
20 A. It may have been. I don't recall.
21 Q. And you don't know what the result of that legal
22 challenge was?
23 A. I don't ever remember that PA 72 was not a law that
24 we at Treasury were supposed to rely upon during
25 these windows where PA 4 was repealed and before

Page 34

1 PA 436 took effect.
2 Q. All right. So let's turn to PA 436 real quick.
3 Why was PA 436 implemented if PA 72 was in
4 effect?
5 A. Because the same reason we put PA 4 in place. We
6 thought PA 72 could be improved upon. So after the
7 election there's a few meetings where we really did
8 gather what were the criticisms of PA 4 and looked
9 to see if we could improve PA 4 to make it address
10 those concerns.
11 And then as we had worked with PA 4 for a
12 period of time, we identified some areas that we
13 would want to seek improvement, and I'll give you
14 one example. Often times we would want to give the
15 reigns, the power back to the local electeds, and in
16 order to do that under Public Act 4 you'd have to
17 end the emergency. And we were uncomfortable about
18 that because we were prepared to give -- return the
19 power before we were a hundred percent certain that
20 the financial emergency was over.
21 So if you see in 436 what we did was we put
22 in place something called a Transition Advisory
23 Board, and that allows us to transfer power back to
24 the Mayor and the City Councils without having to
25 terminate the emergency status, so it allows us to

Page 35

1 get out sooner. That would be something we learned
2 during, you know, using or relying on Public Act 4.
3 We also looked at, you know, various
4 criticisms and we tried to put more local
5 involvement into Public Act 436. So, for example,
6 you'll see if the locals don't like a decision, a
7 material decision being made by a manager, they're
8 given a chance to come up with a better idea. And
9 there's various ingredients like that that we added
10 to address some of the criticisms of PA 4.
11 Q. So in enacting PA 436 after the repeal of PA 4, it
12 was not your view that the Legislature and the
13 Governor were going against the will of the voters?
14 A. I think we tried to accommodate the criticisms we
15 heard during the campaign.
16 Q. Well, the voters didn't -- they didn't like the EM
17 law. They thought it was a dictatorship, they
18 thought it was undemocratic.
19 How specifically did 436 address the
20 concern of, you know, the EM law being a
21 dictatorship?
22 A. Well, for example, one of the changes were, you
23 know, it wasn't just right to emergency. We had a
24 path for a consent agreement, we had a path for
25 emergency, we had a path for a restructuring, and

Page 36

1 then the fourth option was an actual Chapter 9 in
2 case someone was really out of cash.
3 So we tried to create options for the local
4 units and we tried to give them a chance to come up
5 with better ideas if they didn't like the plans of
6 the manager. From the meetings I sat in, I think
7 there was a sincere effort to address that. And,
8 you know, my memory was that the vote on PA 4 was
9 not a landslide. It was actually -- there was not
10 anyone advocating for the protection of PA 4, and
11 the vote was pretty close.
12 If -- it wasn't one of six ballot measures
13 and the only one -- I think it was the only one that
14 you wanted a vote the other way. I forget whether
15 it was yes or no kept the law, but it was the only
16 one where I think you had to vote yes to keep it and
17 all the other ones, you know, required a no vote.
18 So it was a pretty close vote without one
19 advocate out there saying why this law makes sense.
20 And in my experience, I don't know that a lot of
21 people spent a lot of time really reading through PA
22 4 and why it was necessary.
23 Q. Did any of the changes between PA 4 and PA 436 deal
24 specifically with the ability of the emergency
25 manager to file bankruptcy?