UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
:
In re:                                  : Chapter 9
:
CITY OF DETROIT, MICHIGAN,              : Case No.: 13-53846
:
          Debtor.                       : Hon. Steven W. Rhodes
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of October 2013, I caused the *International Union, UAW Motion to (A) Compel Production of Documents Withheld on Grounds of Privilege and (B) For Reconsideration of This Court's September 19 order on Privilege Issues* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
       October 17, 2013

                              Cohen, Weiss and Simon LLP

                        By:   /s/ Babette A. Ceccotti
                              330 West 42nd Street
                              New York, New York 10036-6976
                              T: 212-563-4100
                              bceccotti@cwsny.com

                              *Attorneys for International Union, UAW*