UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------- x
: 
In re: : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
: 
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of October 2013, I caused the *Pre-Trial Brief of International Union, UAW and the Flowers Plaintiffs with Respect to the Eligibility of the City of Detroit, Michigan for an Order for Relief Under Chapter 9 of the Bankruptcy Code* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  New York, New York
        October 17, 2013

                                        Cohen, Weiss and Simon LLP

                            By:  /s/ Babette A. Ceccotti
                                  330 West 42nd Street
                                  New York, New York 10036-6976
                                  T: 212-563-4100
                                  bceccotti@cwsny.com

                                  *Attorneys for International Union, UAW*