UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
                                      :
In re:                                   :    Chapter 9

CITY OF DETROIT, MICHIGAN,        :    Case No.: 13-53846

                      Debtor.              :    Hon. Steven W. Rhodes
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of October 2013, I caused the *Ex Parte Motion to Expedite Hearing of International Union, UAW's Motion to (A) Compel Production of Documents Withheld on Grounds of Privilege and (B) For Reconsideration of This Court's September 19 Order on Privilege Issues* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  New York, New York
           October 17, 2013

                                            Cohen, Weiss and Simon LLP

                                By:  /s/ Babette A. Ceccotti
                                        330 West 42nd Street
                                        New York, New York 10036-6976
                                        T: 212-563-4100
                                        bceccotti@cwsny.com

                                        *Attorneys for International Union, UAW*