# **EXHIBIT I**

## Page 1

```
                UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF MICHIGAN
                    SOUTHERN DIVISION - DETROIT
---------------------------------
In re:                                    Chapter 9
CITY OF DETROIT, MICHIGAN,                Case No. 13-53846
         Debtor,              Hon. Steven W. Rhodes
---------------------------------
     V I D E O T A P E D    D E P O S I T I O N    O F

WITNESS:      GOVERNOR RICHARD D. SNYDER
LOCATION:     The Romney Building
              111 S. Capitol Avenue
              Lansing, Michigan
DATE:         Wednesday, October 9, 2013
              8:38 a.m.

APPEARANCES:
FOR PLAINTIFFS FLOWERS:
              LAW OFFICE OF WILLIAM A. WERTHEIMER
              30515 Timberbrook Lane
              Bingham Farms, Michigan  48025
              248.644.9200
              billwertheimer@gmail.com
              BY: WILLIAM A. WERTHEIMER  (P26275)
FOR INTERNATIONAL UNION, UAW:
              COHEN, WEISS and SIMON, LLP
              330 West 42nd Street
              New York, New York  10036-6976
              212.563.4100
              pdechiara@cwsny.com
              BY: PETER D. DeCHIARA, ESQUIRE
FOR THE RETIREES COMMITTEE:
              DENTONS US LLP
              1221 Avenue of the Americas
              New York, New York  10020-1089
              212.768.6881
              arthur.ruegger@dentons.com
              BY: ARTHUR H. RUEGGER, ESQUIRE
```

## Page 2

```
APPEARANCES, CONTINUING:

FOR AFSCME, AMERICAN FEDERATION OF STATE, COUNTY and
MUNICIPAL EMPLOYEES, AFL-CIO:
              AFSCME GENERAL COUNSEL'S OFFICE
              1101 17th Street, NW, Suite 900
              Washington, D.C.  20036
              202.775.5900
              martz@afscme.org
              BY: MICHAEL L. ARTZ, ESQUIRE

              LOWENSTEIN SANDLER, LLP
              65 Livingston Avenue
              Roseland, New Jersey  07068
              973.597.2374
              slevine@lowenstein.com
              BY: SHARON L. LEVINE, ESQUIRE

FOR GENERAL RETIREMENT SYSTEM; CITY OF DETROIT POLICE AND
FIRE RETIREMENT SYSTEM:
              CLARK HILL
              212 E. Grand River Avenue
              Lansing, Michigan  48906
              517.318.3060
              sgallagher@clarkhill.com
              BY: SEAN PATRICK GALLAGHER  (P73108)

              CLARK HILL
              500 Woodward Avenue, Suite 3500
              Detroit, Michigan  48226
              313.965.8274
              jgreen@clarkhill.com
              BY: JENNIFER K. GREEN  (P69019)

FOR THE FINANCIAL GUARANTY INSURANCE CORPORATION:
              WILLIAMS WILLIAMS RATTNER &
              PLUNKETT, PC
              380 North Old Woodward Avenue
              Suite 300
              Birmingham, Michigan  48009
              248.642.0333
              eje@wwwrplaw.com
              BY: ERNEST J. ESSAD, JR.  (P32572)
```

## Page 3

```
APPEARANCES, CONTINUING:

FOR THE STATE OF MICHIGAN:
              MICHIGAN DEPT. OF ATTORNEY GENERAL
              Assistant Attorney General
              Solicitor General Bureau
              7th Floor G. Mennen Williams Building
              525 West Ottawa Street
              P.O. Box 30212
              Lansing, Michigan  48909
              517.373.1124
              nelsonm9@michigan.gov
              BY: MARGARET A. NELSON  (P30342)

              MICHIGAN DEPT. OF ATTORNEY GENERAL
              Chief Legal Counsel
              Executive Division
              7th Floor G. Mennen Williams Building
              525 West Ottawa Street
              P.O. Box 30212
              Lansing, Michigan  48909
              517.373.1110
              schneiderm7@michigan.gov
              BY: MATTHEW SCHNEIDER  (P62190)

              OFFICE OF THE GOVERNOR-LEGAL DIVISION
              George W. Romney Building
              111 South Capitol Avenue
              P.O. Box 30013
              Lansing, Michigan  48909
              517.241.5630
              gadolam@michigan.gov
              BY: MICHAEL F. GADOLA  (P43960)

              DICKINSON WRIGHT, PLLC
              215 South Washington Square, Suite 200
              Lansing, Michigan  48933-1816
              517.487.4710
              pellsworth@dickinsonwright.com
              BY: PETER H. ELLSWORTH  (P23657)
```

## Page 4

```
APPEARANCES, CONTINUING:

FOR THE CITY OF DETROIT:
              JONES DAY
              51 Louisiana Avenue, NW
              Washington, D.C.  20001-2113
              202.879.3939
              gshumaker@jonesday.com
              BY: GREGORY M. SHUMAKER, ESQUIRE

VIDEO BY:     Tim Reitman, Reitman Video Specialists

REPORTED BY:  Laurel A. Jacoby, CSR-5059, RPR
```

Min-U-Script® MORETTI GROUP, 800-536-0804 (1) Pages 1 - 4
Court Reporting and Videoconferencing
13-53846-swr   Doc 11599   Filed 10/17/23   Entered 10/17/23 15:46:01   Page 2 of 4
13-53846-tjt   Doc 1240-9   Filed 10/17/13   Entered 10/17/13 22:58:11   Page 5 of 34

Page 129

1 Do you have any knowledge first or
2 secondhand as to whether that is true or not?
3 A. I don't recall that.
4 Q. Do you recall a reason that the 19th was selected as
5 the date that Mr. Orr would file bankruptcy?
6 A. One of the factors most likely was probably my
7 schedule, because this was a major media rollout, in
8 terms of availability.
9 Q. Okay.
10 A. At that -- the letter was coming and I wanted time
11 to contemplate and then we would look at the
12 schedule to say when is there a good opportunity to
13 have good communications.
14 Q. Leaving aside conversations you had with your
15 attorneys --
16 A. Uh-huh.
17 Q. -- in the days preceding the 17th say, say earlier
18 that week --
19 A. Yeah.
20 Q. -- were you privy to any conversations where the
21 idea was thrown out that if we have the filing on
22 the 19th that would oust Aquilina of jurisdiction on
23 the 22nd? Do you understand what I'm asking, or
24 words to that effect?
25 A. Yeah, I don't recall it.

Page 130

1 Q. You don't recall?
2 A. And again, that would be -- this is where we're back
3 to if there were other discussions, it would've been
4 attorney-client privilege, but I don't recall even
5 in that context.
6 Q. We know that, in fact, the filing was made on the
7 18th?
8 A. Uh-huh.
9 Q. Correct?
10 A. Correct.
11 Q. That would be an unusual circumstance; would it not?
12 That is, that you put together this very detailed
13 rollout down to what's going to happen at 11 a.m. a
14 couple days later and what's happening at noon and
15 1:30. It would be rare in terms of your work as
16 Governor for a significant event like this for the
17 date to move at the last minute; would it not?
18 A. Well, this is a unique circumstance.
19 Q. Yeah. On that we agree.
20 Was the unique circumstance the fact that
21 the litigants in the three cases were in court on
22 the 18th in front of Judge Aquilina in the afternoon
23 seeking emergency injunctive relief?
24 A. I had signed my letter prior to that.
25 Q. It's not what I asked you, Governor.

Page 131

1 A. Well, you did ask me. You said they were in the
2 courtroom, did then I act. And I acted prior to
3 them being in the courtroom.
4 Q. No. Okay. Fair enough.
5 A change was made between the 19th and the
6 18th as to the filing itself. You understand that?
7 A. Uh-huh.
8 Q. Correct?
9 A. Yes.
10 Q. And I'll represent to you that at Mr. Orr's
11 deposition he confirmed that the typed in date of
12 the 19th on the bankruptcy petition, the handwritten
13 eight was his handwriting.
14 Do you know anything about why the change
15 was made from the 19th to the 18th?
16 A. Yes.
17 Q. What do you know about it? Just tell me.
18 A. I made the decision that I was comfortable in my
19 conclusion that it was appropriate to file.
20 When the letter came to me on the 16th in
21 terms of recommending bankruptcy, I had set aside to
22 say I wanted an extended period of time to review
23 and to contemplate the situation. So I actually set
24 aside enough time that would have led to the Friday
25 morning situation to say I wanted more than one

Page 132

1 night to sleep on this because the importance of
2 this act.
3 And as I proceeded through the thought
4 process to say do I concur, am I going to authorize
5 the bankruptcy, I started discussions with my legal
6 counsel on how we would prepare a letter, how we
7 would go through that process and my thought
8 process, and I felt I didn't need to wait. I had
9 made my decision, I had consulted with legal
10 counsel, we had prepared a letter authorizing
11 bankruptcy, and I said we should just go ahead and
12 get this done.
13 Q. And as far as you know, that decision, the fact that
14 there was -- were requests for immediate injunctive
15 relief on that day in state court had nothing to do
16 with moving up the time?
17 A. People showed up in state court after that, and what
18 I would say is the consideration I had was the
19 filing of -- the lawsuits being filed in the prior
20 week or two weeks had some impact on my
21 decision-making process.
22 Q. Right.
23 A. And the reason I said that is because I could see
24 lawsuits being filed not only on pension issues but
25 could be filed by other creditors, by financial