# EXHIBIT C
# TO THE DECLARATION OF CLAUDE D. MONTGOMERY, ESQ.

*In Re: City of Detroit, Debtor*

*Governor Richard D. Snyder*
*October 9, 2013*

*Moretti Group*
*471 W. South Street*
*Suite 41B*
*Kalamazoo, MI 49007*
*800-536-0804*



Original File 100913RS.TXT

| | | |
|---|---|---|
| 09:55:47 1 | Q. | Okay. Let me direct your attention -- strike that. |
| 09:55:54 2 | | Let me back up. |
| 09:55:55 3 | | Did you put your comments in writing to |
| 09:55:58 4 | | anyone -- your comments about the June 14th, 2013 |
| 09:56:02 5 | | proposal, did you put your comments in writing to |
| 09:56:04 6 | | anyone whether by letter or email or phone text or |
| 09:56:08 7 | | in any other written format? |
| 09:56:09 8 | A. | I don't believe so. I don't believe so. |
| 09:56:13 9 | Q. | Let me now turn your attention to page 109 of |
| 09:56:21 10 | | Exhibit 3, and I'm going to in particular read the |
| 09:56:30 11 | | second line of the third bullet point from the |
| 09:56:34 12 | | bottom. It says "There must be significant cuts in |
| 09:56:39 13 | | accrued vested pension amounts for both active and |
| 09:56:42 14 | | currently retired persons." |
| 09:56:45 15 | | Were you aware that the proposal said this? |
| 09:56:49 16 | A. | I'm aware the proposal said that in the context that |
| 09:56:53 17 | | this was to be a negotiation and a mutual agreement |
| 09:56:56 18 | | between parties. |
| 09:56:56 19 | Q. | My only question was -- |
| 09:56:57 20 | A. | Yeah. |
| 09:56:57 21 | Q. | -- were you aware that this proposal said this? |
| 09:57:00 22 | A. | Yes. |
| 09:57:00 23 | Q. | And you were aware that at the time that you signed |
| 09:57:05 24 | | what's been marked as Exhibit 2, the July 18th |
| 09:57:07 25 | | letter, you were aware that the proposal contained |

| | | |
|---|---|---|
| 09:57:10 1 | | the language I just read, correct? |
| 09:57:12 2 | A. | Yes. |
| 09:57:14 3 | Q. | So you were aware when you signed the July 18th, |
| 09:57:24 4 | | 2013 letter that it was Kevyn Orr's view that there |
| 09:57:30 5 | | had to be significant cuts in accrued pension |
| 09:57:32 6 | | liabilities, correct? |
| 09:57:34 7 | A. | I would say it was Kevyn Orr putting a proposal out |
| 09:57:38 8 | | to parties to say he believed this was necessary to |
| 09:57:41 9 | | achieve an outcome, that they would need to agree to |
| 09:57:44 10 | | that. |
| 09:57:45 11 | Q. | I'm not sure that was responsive. Let me try that |
| 09:57:49 12 | | question again. |
| 09:57:49 13 | A. | Okay. |
| 09:57:50 14 | Q. | Isn't it correct that at the time that you signed |
| 09:57:54 15 | | your July 18th letter that you were aware that it |
| 09:58:00 16 | | was Kevyn Orr's position that there had to be |
| 09:58:01 17 | | significant cuts in accrued pension benefits? |
| 09:58:04 18 | A. | Yes. |
| 09:58:05 19 | Q. | Did you speak to Kevyn Orr about -- strike that. |
| 09:58:12 20 | | Did you agree with that position as of |
| 09:58:15 21 | | July 18th? And by the position I mean that there |
| 09:58:19 22 | | had to be significant cuts in accrued pension |
| 09:58:21 23 | | liabilities? |
| 09:58:23 24 | A. | The approval of my letter was not addressing that as |
| 09:58:27 25 | | an issue. It was about authorizing a bankruptcy. |

CERTIFICATE

STATE OF MICHIGAN     )
                      ) SS:
COUNTY OF OAKLAND     )

I, LAUREL A. JACOBY, Certified Shorthand reporter, a Notary Public, hereby certify that I recorded in shorthand the examination of GOVERNOR RICHARD D. SNYDER, the deponent in the foregoing deposition; and that prior to the taking of said deposition the deponent was first duly sworn, and that the foregoing is a true, correct and complete transcript of the testimony of said deponent.

I further certify that no request was made for submission of the transcript to the deponent for reading and signature and that no such submission was made.

I also certify that I am not a relative or employee of a party or an attorney for a party; or financially interested in the action.

_____
LAUREL A. JACOBY, CSR-5059, RPR

Notary Public, Oakland County, Michigan
My commission expires: 9/1/18
Dated: This 11th day of October, 2013.

Court Reporting and Videoconferencing
13-53846-tjt   Doc 1242-3   Filed 10/17/13   Entered 10/17/13 23:44:05   Page 5 of 5