# EXHIBIT D

## TO THE DECLARATION OF CLAUDE D. MONTGOMERY, ESQ.

# In the Matter Of:

## CITY OF DETROIT, MICHIGAN

Case No. 13-53846

## LAMONT SATCHEL

*September 19, 2013*



800.211.DEPO (3376)
EsquireSolutions.com

1  A.  Yes.
2  Q.  I didn't mean to.
3  A.  I was not aware of that.
4  Q.  And as regards pension benefits, which is what we've
5      been looking at, do you know whether the plan, the
6      proposal that was presented by the City on September
7      11 changed in any way from what it presented first on
8      June 14th and then again on June 20th?
9  A.  I haven't -- I'm not aware of nor have I seen a
10     proposal that the City made on September 11.
11 Q.  So you don't know one way or the another?
12 A.  I don't.
13 Q.  Okay, fair enough.
14          Now, is it -- to your knowledge can someone
15     or a retiree, for example, look at the information
16     that's contained in S18 and be able to figure out
17     monetarily what the total impact of this proposal is
18     on that particular individual?
19 A.  I don't know.
20 Q.  Okay. And you think that's something that someone
21     would want to be able to understand in order to
22     analyze a proposal that's being made and respond
23     intelligently to it?
24          MR. MILLER: Object to form. Calls for
25     speculation.



| | | |
|---|---|---|
|1|A.|Could you rephrase that?|
|2||MR. ULLMAN: Can you repeat it?|
|3||(Record read back as requested.)|
|4|A.|What's the that?|
|5|Q.|Being able to understand the monetary impact to the|
|6||affected individual of what is being proposed. If I|
|7||were presenting you with a proposal, you would want to|
|8||understand how -- a proposal that purports to affect|
|9||how much money you're going to get, how many benefits|
|10||you're going to receive, you would want to know what|
|11||the monetary impact on you is overall in order to|
|12||think about it, understand it and respond to; true?|
|13|A.|If it had a monetary impact and --|
|14||MR. MILLER: Let me interpose an objection.|
|15||Object to form.|
|16|Q.|You can answer the question.|
|17|A.|If it had a monetary impact and I had an interest in|
|18||that regard, I would. If I didn't, I wouldn't.|
|19|Q.|Okay. Now, we talked about the June 20 meeting. What|
|20||I'm going to do is show you two documents. I'm going|
|21||to have them marked serially, but I'm going to show|
|22||them to you at the same time and then ask you about|
|23||them because they're related; okay?|
|24|A.|All right.|
|25||MR. ULLMAN: So we're going to mark these|



800.211.DEPO (3376)
EsquireSolutions.com

State of Michigan)

County of Genesee)

Certificate of Notary Public

I certify that this transcript is a complete, true and correct record of the testimony of the witness held in this case.

I also certify that prior to taking this deposition, the witness was duly sworn or affirmed to tell the truth.

I further certify that I am not a relative or an employee of or an attorney for a party; and that I am not financially interested, directly or indirectly, in the matter.

WITNESS my hand this 20th day of September, 2013.



Jeanette M. Fallon, CRR/RMR/CLR/CSR-3267

Certified Realtime Reporter

Registered Merit Reporter

Certified LiveNote Reporter

Certified Shorthand Reporter

Notary Public, Genesee, Michigan

Acting in Oakland County, Michigan

My Commission Expires: 9-19-18