# EXHIBIT G

## TO THE DECLARATION OF CLAUDE D. MONTGOMERY, ESQ.

In the Matter Of:

IN RE CITY OF DETROIT, MICHIGAN

13-53846

**GLENN DAVID BOWEN**

*September 24, 2013*



800.211.DEPO (3376)
EsquireSolutions.com

                                Page

1   it was based upon a lower expectation of future
2   benefits, which generates a lower liability.  And
3   then the cancellation of future COLAs generates
4   lower future benefit payments as well.
5           So in using information we were able to
6   draw from the valuation reports, we prepared
7   estimates of those two topics.
8       Q.  Are these the estimates that you, in an
9   earlier document, called "guesses"?
10      A.  I'm not sure which -- I mean, you can
11  put that particular document back in front of me.
12  I've used the phrase "rough guess"; I've used the
13  phrase "estimate" --
14      Q.  Rough guess.
15      A.  Rules of thumb, I would say, by
16  definition, are rough guesses.  They're defined to
17  give us a proxy of what we -- the result we would
18  arrive at had we done more detailed modeling.
19      Q.  And you have a workpaper showing this
20  calculation?
21      A.  Yes.  We would have developed two
22  calculations, one for the impact of the plan freeze



```
                                        Page
1                  C E R T I F I C A T E

2   DISTRICT OF COLUMBIA:

3         I, Cindy L. Sebo, a Notary Public within

4   and for the Jurisdiction aforesaid, do hereby

5   certify that the foregoing deposition was taken

6   before me, pursuant to notice, at the time and place

7   indicated; that said deponent was by me duly sworn

8   to tell the truth, the whole truth, and nothing but

9   the truth; that the testimony of said deponent was

10  correctly recorded in machine shorthand by me and

11  thereafter transcribed under my supervision with

12  computer-aided transcription; that the deposition is

13  a true record of the testimony given by the witness;

14  and that I am neither of counsel nor kin to any

15  party in said action, nor interested in the outcome

16  thereof.

17

18           [Signature]

19

20  _____

21  Cindy L. Sebo, RMR, CRR, RPR, CSR,

22  CCR, CLR, RSA, Notary Public
```



Cindy L. Sebo
District of Columbia, Notary Public
My Commission Expires
April 14, 2015