UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | ) | |

**LIST OF EXHIBITS TO**:

**PRE-HEARING BRIEF OF THE DETROIT RETIREMENT SYSTEMS IN SUPPORT OF THEIR ELIGIBILITY OBJECTIONS SPECIFICALLY PURSUANT TO SECTIONS 109(c)(5) AND 921(c) OF THE BANKRUPTCY CODE**

| Exhibit | Description |
|---|---|
| A. | Excerpt from Gov. Snyder 10/9/13 Deposition |
| B. | Excerpt from Kevyn D. Orr 9/16/13 Deposition |
| C. | Jones Day Presentation to the City of Detroit |
| D. | Excerpt from Charles M. Moore 9/16/13 Deposition |

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

Dated: October 17, 2013

9760994.1 14893/165083