# Exhibit A

*In Re: City of Detroit, Debtor*

*Governor Richard D. Snyder*
*October 9, 2013*

*Moretti Group*
*471 W. South Street*
*Suite 41B*
*Kalamazoo, MI 49007*
*800-536-0804*



Original File 100913RS.TXT
Min-U-Script® with Word Index

```
08:25:11  1              UNITED STATES BANKRUPTCY COURT
                       FOR THE EASTERN DISTRICT OF MICHIGAN
08:25:11  2                 SOUTHERN DIVISION - DETROIT
         ------------------------------------
08:25:11  3   In re:                                Chapter 9

08:25:11  4   CITY OF DETROIT, MICHIGAN,            Case No. 13-53846

08:25:11  5              Debtor,                    Hon. Steven W. Rhodes
         ------------------------------------
08:25:11  6       V I D E O T A P E D   D E P O S I T I O N   O F

08:25:11  7   WITNESS:         GOVERNOR RICHARD D. SNYDER

08:25:11  8   LOCATION:        The Romney Building
                               111 S. Capitol Avenue
08:25:11  9                    Lansing, Michigan

08:25:11 10   DATE:            Wednesday, October 9, 2013
                               8:38 a.m.
08:25:11 11

08:25:11 12   APPEARANCES:
              FOR PLAINTIFFS FLOWERS:
08:25:11 13
                               LAW OFFICE OF WILLIAM A. WERTHEIMER
08:25:11 14                    30515 Timberbrook Lane
                               Bingham Farms, Michigan  48025
08:25:11 15                    248.644.9200
                               billwertheimer@gmail.com
08:25:11 16                    BY: WILLIAM A. WERTHEIMER  (P26275)

08:25:11 17   FOR INTERNATIONAL UNION, UAW:

08:25:11 18                    COHEN, WEISS and SIMON, LLP
                               330 West 42nd Street
08:25:11 19                    New York, New York  10036-6976
                               212.563.4100
08:25:11 20                    pdechiara@cwsny.com
                               BY: PETER D. DeCHIARA, ESQUIRE
08:25:11 21
              FOR THE RETIREES COMMITTEE:
08:25:11 22
                               DENTONS US LLP
08:25:11 23                    1221 Avenue of the Americas
                               New York, New York  10020-1089
08:25:11 24                    212.768.6881
                               arthur.ruegger@dentons.com
08:25:11 25                    BY: ARTHUR H. RUEGGER, ESQUIRE
```

```
09:59:47   1              be.
09:59:47   2    Q.        Okay.  Well, Mr. Orr used the word "there must be".
09:59:50   3    A.        Uh-huh.
09:59:51   4    Q.        Did you share that view that there had to be?
09:59:53   5    A.        Not necessarily.
09:59:55   6    Q.        Okay.
09:59:55   7    A.        Just as I said.
09:59:56   8    Q.        Okay.  So did you think about this issue as of -- or
10:00:01   9              as of the July 18th, 2013 time frame, had you given
10:00:04  10              thought to whether or not there had to be cuts to
10:00:10  11              accrued pension benefits?
10:00:12  12    A.        I gave thought to the issue because I have concern
10:00:14  13              for the retirees, and that was why one of the
10:00:16  14              important questions in my view was to have a retiree
10:00:20  15              representative in the bankruptcy.
10:00:22  16    Q.        And what was your -- since you said you gave thought
10:00:27  17              to it, can you articulate what your position was as
10:00:29  18              to whether or not there had to be cuts in accrued
10:00:33  19              pension liabilities?  And I'm focusing on your views
10:00:36  20              on the matter as of July 18th, 2013.
10:00:40  21    A.        My view going back prior to that is is I had hoped
10:00:47  22              that there would be negotiations to resolve this
10:00:50  23              short of bankruptcy because bankruptcy was a last
10:00:54  24              resort; that I hoped that people could come to the
10:00:57  25              table and come up with a mutual understanding and
```

|  |  |  |
|---|---|---|
| 10:01:00 | 1 | negotiation that would be satisfactory to the |
| 10:01:01 | 2 | parties involved. |
| 10:01:02 | 3 | That didn't happen in terms of that regard |
| 10:01:05 | 4 | but I still had hope to say that as you go through |
| 10:01:09 | 5 | the bankruptcy process I viewed it as likelihood |
| 10:01:11 | 6 | that there was less flexibility under the bankruptcy |
| 10:01:14 | 7 | process just because of the nature of federal |
| 10:01:17 | 8 | bankruptcy law than there probably was before. |
| 10:01:19 | 9 | Q. Was it your view that as of July 18th in the |
| 10:01:28 | 10 | bankruptcy one way or another accrued pension |
| 10:01:32 | 11 | liabilities would have to be reduced? |
| 10:01:34 | 12 | A. Based on the facts going into it, it was one of |
| 10:01:37 | 13 | those questions, as you said, there was a likelihood |
| 10:01:40 | 14 | of that happening. |
| 10:01:41 | 15 | Q. That's not my question. |
| 10:01:42 | 16 | A. Yes. Yeah, I believe there's a likelihood there |
| 10:01:46 | 17 | could be reductions in unfunded pension liabilities. |
| 10:01:50 | 18 | Q. Okay. I'm not asking -- |
| 10:01:51 | 19 | A. Yeah. |
| 10:01:52 | 20 | Q. Governor, I'm not asking you to predict the |
| 10:01:55 | 21 | likelihood of what might have happened. |
| 10:01:56 | 22 | A. Okay. |
| 10:01:56 | 23 | Q. I'm asking you whether you believed that in |
| 10:02:00 | 24 | bankruptcy there would have had to be one way or |
| 10:02:03 | 25 | another reductions in Detroit's accrued pension |

160

CERTIFICATE

STATE OF MICHIGAN   )
                    ) SS:
COUNTY OF OAKLAND   )

I, LAUREL A. JACOBY, Certified Shorthand reporter, a Notary Public, hereby certify that I recorded in shorthand the examination of GOVERNOR RICHARD D. SNYDER, the deponent in the foregoing deposition; and that prior to the taking of said deposition the deponent was first duly sworn, and that the foregoing is a true, correct and complete transcript of the testimony of said deponent.

I further certify that no request was made for submission of the transcript to the deponent for reading and signature and that no such submission was made.

I also certify that I am not a relative or employee of a party or an attorney for a party; or financially interested in the action.

_____
LAUREL A. JACOBY, CSR-5059, RPR

Notary Public, Oakland County, Michigan
My commission expires: 9/1/18
Dated: This 11th day of October, 2013.