# Exhibit D

# In the Matter Of:

## CITY OF DETROIT, MICHIGAN

Case No. 13-53846

# CHARLES M. MOORE

*September 18, 2013*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
 2                  EASTERN DISTRICT OF MICHIGAN
 3                       SOUTHERN DIVISION
 4
 5   In re                            Chapter 9
 6   CITY OF DETROIT, MICHIGAN,       Case No. 13-53846
 7              Debtor.               Hon. Steven W. Rhodes
 8   _____/
 9
10   DEPONENT:   CHARLES M. MOORE
11   DATE:       Wednesday, September 18, 2013
12   TIME:       10:02 a.m.
13   LOCATION:   MILLER CANFIELD PADDOCK & STONE PLC
14               150 West Jefferson, Suite 2500
15               Detroit, Michigan
16   REPORTER:   Jeanette M. Fallon, CRR/RMR/CSR-3267
17
18
19
20
21
22
23
24
25
```



```
 1        would be -- that in the City's view must occur;
 2        correct?
 3   A.   Correct.
 4   Q.   Has there been a specification of those level of cuts
 5        that the City contends must occur?
 6             MR. MILLER:  Object to form.
 7   Q.   I mean, have you put a dollar amount on it?
 8   A.   No, and our analysis of this continues.  Right now we
 9        still don't know what assets could be available to put
10        towards the pensions.  We still have not had the type
11        of dialogue that we would like to have related to the
12        calculation of the unfunded amount, so because of
13        those two uncertainties among others we don't know
14        what cuts, if any, there may need to be.
15   Q.   Well, doesn't it say there must be significant cuts?
16        Am I -- are you saying that there's some -- that the
17        City's position may be that there are no cuts that are
18        necessary in accrued vested pension amounts?
19             MR. MILLER:  Object to form.
20   A.   We don't know.  That's where we want to continue to
21        engage in discussions and negotiations with the
22        parties, but depending on what the unfunded amount is
23        and what assets may be available for those claims, it
24        certainly is possible.
25   Q.   So maybe that should have been worded there may be
```



```
1   State of Michigan)
2   County of Genesee)
3                 Certificate of Notary Public
4       I certify that this transcript is a complete, true and
5   correct record of the testimony of the witness held in this
6   case.
7       I also certify that prior to taking this deposition,
8   the witness was duly sworn or affirmed to tell the truth.
9       I further certify that I am not a relative or an
10  employee of or an attorney for a party; and that I am not
11  financially interested, directly or indirectly, in the
12  matter.
13                WITNESS my hand this 20th day of September,
14  2013.
15
16
17              
18              Jeanette M. Fallon, CRR/RMR/CLR/CSR-3267
19              Certified Realtime Reporter
20              Registered Merit Reporter
21              Certified LiveNote Reporter
22              Certified Shorthand Reporter
23              Notary Public, Genesee, Michigan
24              Acting in Oakland County, Michigan
25              My Commission Expires:  9-19-18
```