UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 17, 2013, the Pre-Hearing Brief of the Detroit Retirement Systems in Support of Their Eligibility Objections Specifically Pursuant to Sections 109(c)(5) and 921(c) of the Bankruptcy Code [Dkt. No. 1244] was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

The undersigned also certifies that on October 18, 2013, the List of Exhibits to: Pre-Hearing Brief of the Detroit Retirement Systems in Support of Their Eligibility Objections Specifically Pursuant to Sections 109(c)(5) and 921(c) of the Bankruptcy Code [Dkt. No. 1245] was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

                CLARK HILL PLC

                /s/ Robert D. Gordon
                Robert D. Gordon (P48627)
                151 South Old Woodward Avenue, Suite 200
                Birmingham, Michigan 48009
                Telephone: (248) 988-5882
                Facsimile: (248) 988-2502
                rgordon@clarkhill.com

Dated: October 18, 2013        *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*