---------------------------------------------------------------- x:
:
In re : Chapter 9
:
City of Detroit, Michigan, : Case No. 13-53846
:
               Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------------- x

# *EX PARTE* ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF RETIREES TO FILE A PRE-TRIAL BRIEF IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *ex parte* motion (the "Motion") of the Official Committee of Retirees (the "Committee") for an order authorizing it to file a Pre-Trial Brief Regarding the City of Detroit's Eligibility to be a Debtor Under Chapter 9 of the Bankruptcy Code (the "Pre-Trial Brief") in excess of page limit, filed by the Committee; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED.

    2.    The Committee may file its Pre-Trial Brief in excess of 25 pages.

.

**Signed on October 18, 2013**

                                                               /s/ Steven Rhodes
                                                               Steven Rhodes
                                                               United States Bankruptcy Judge