# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:                                    Chapter 9

City of Detroit, Michigan,                Case No. 13-53846

     Debtor.

_____/

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 17, 2013, the Pre-Trial Brief of the Detroit Public Safety Unions, Consisting of the Detroit Fire Fighters Association (the "DFFA"), the Detroit Police Officers Association (the "DPOA"), The Detroit Police Lieutenants & Sergeants Association (the "DPLSA") and The Detroit Police Command Officers Association (the "DPCOA") was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/  Barbara A. Patek
_____
BARBARA A. PATEK (P34666)
Erman, Teicher, Miller,
Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI  48034
Telephone:  248-827-4100
Facsimile:  248-827-4106
Email:  bpatek@ermanteicher.com

Dated:  October 18, 2013