UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                            Chapter 9
                                                                  Case No. 13-53846-SWR
CITY OF DETROIT, MICHIGAN,                                        Hon. Stephen W. Rhodes

        Debtor.
_____/

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on October 17, 2013, the Pre-Trial Brief of the Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as president of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually and as President of the DRCEA (collectively "Retiree Association Parties") was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, using the CM/ECF System, which will sent notification of such filing to all attorneys and parties of record registered electronically.

      /s/ Thomas R. Morris
      THOMAS R. MORRIS (P39141)
      Silverman & Morris, P.L.L.C.
      30500 Northwestern Hwy., Suite 200
      Farmington Hills, Michigan 48334
      Tel: (248) 539-1330; Fax: (248) 539-1355
      morris@silvermanmorris.com

Dated: October 18, 2013