UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

Debtor.  Hon. Steven W. Rhodes

_____/

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned certifies that on October 18, 2013, the following documents were served via first class mail:

1. Motion of The Detroit Public Safety Unions, Pursuant to Section 105(a) of the Bankruptcy Code, for Entry of an Order Extending the Chapter 9 Stay to Any Action or Claim for Damages Brought against Any Former Detroit Public Safety Union Member, Including Any Retiree, Which Arises Out of His or Her City Employment and Certificate of Service;

2. Ex Parte Order Granting Motion to Expedite,

3. Declaration of Edward V. Keelean regarding Plaintiff Contact Information attached as Exhibit 1,

4. Mailing Matrix attached as Exhibit 2, and,

5. Supplemental Certificate of Service dated 10-16-13

6. Second Supplemental Certificate of Service dated 10-18-13

   Upon:    Sharon N. Horner, Esq.
               Sharon N. Horner & Associates, PLC
               6804 Patterson Avenue, Suite A
               Richmond, VA  23226

                          ERMAN, TEICHER, MILLER,
                          ZUCKER & FREEDMAN, P.C.

                          By:   /s/ *David M. Eisenberg*
                          David M. Eisenberg  (P68678)
                          Counsel for the Detroit
                          Public Safety Unions
                          400 Galleria Officentre, Suite 444
                          Southfield, MI  48034
                          Telephone: (248) 827-4100
                          Facsimile:  (248) 827-4106
                          E-mail: deisenberg@ermanteicher.com

DATED:   October 18, 2013

F:\CHAP9\DETROIT\Cert of Service (Second Supplemental) re Motion to Expedite.docx