UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

    Debtor.
_____/

Request Regarding Numbering of Objectors' Exhibits

To minimize confusion regarding exhibit numbering for the objectors' exhibits, it is requested that their exhibits be numbered as follows:

| Objecting Party | Exhibit Numbers |
|---|---|
| The Retired Detroit Police Members Association | 200 – 299 |
| The Retiree Association Parties | 300 – 399 |
| The Official Committee of Retirees | 400 – 499 |
| The Michigan Council 25 of the American Federation Of State, County and Municipal Employees | 500 – 599 |
| The UAW and Flowers Plaintiffs | 600 – 699 |
| The Detroit Public Safety Unions | 700 – 799 |
| The Retirement Systems | 800 – 899 |

The Court further requests that an amended joint final pretrial order reflecting this exhibit numbering be submitted.

                                                                 .

**Signed on October 18, 2013**

                                                           /s/ Steven Rhodes
                                                   **Steven Rhodes**
                                                   **United States Bankruptcy Judge**