Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1825, 211 West Fort Street Bldg., Detroit, MI 48226** on **11/13/13** at **10:00 AM** to consider and act upon the following:

*1057* – Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: Quiet Title Action as to 2482 Clifford, Detroit, Michigan with Certificate of Service. Fee Amount $176, Filed by Interested Party Clifford Properties, Inc. (Greiner, Michael)

The stay shall remain in effect through the date of the hearing or until further order of the Court.

Dated: 10/18/13

                                                                BY THE COURT

                                                                Katherine B. Gullo
                                                                Clerk, U.S. Bankruptcy Court

                                                                 BY: christine sikula
                                                                 Deputy Clerk