UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
In re:                                                  :   Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              :   Case No.: 13-53846
                                                        :
                        Debtor.                         :   Hon. Steven W. Rhodes
------------------------------------------------------- x

## *EX PARTE* ORDER GRANTING MOTION TO EXPEDITE

This matter coming before the Court on the ex parte motion (the "Motion") of the International Union, UAW for expedited consideration of UAW's Motion to (A) Compel Production of Documents Withheld on Grounds of Privilege and (B) For Reconsideration of This Court's September 19 Order on Privilege Issues (the "Motion to Compel"), filed by UAW; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. A hearing on the Objection is scheduled for **October 23, 2013, at 9:00 a.m.** in Courtroom 716, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on October 18, 2013**

                                                                                **/s/ Steven Rhodes**
                                                                          _____

Steven Rhodes
United States Bankruptcy Judge