UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| In re: | Chapter 9 |
|---|---|
| **CITY OF DETROIT, MICHIGAN,** | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## APPEARANCE OF DEBRA N. POSPIECH OF MORGAN AND MEYERS, PLC AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Debra N. Pospiech of Morgan and Meyers, PLC hereby appears in the above-captioned case as counsel for **KIMBERLY JAMES**, and requests that any and all notices given or required to be given in this case and any and all papers served in this case shall be given to and served upon the undersigned at the office and address set forth below:

> Debra N. Pospiech
> Morgan and Meyers, PLC
> 3200 Greenfield Road, Suite #260
> Dearborn, MI 48120
> Telephone: 313-961-0130
> Facsimile: 313-961-8178
> Email: dpospiech@morganmeyers.com

Please take notice that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Efiling is strongly preferred for service.

1

Please further take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

Date: October 10, 2013                                   MORGAN AND MEYERS, PLC

                                                                     By: /s/ Debra N. Pospiech
                                                                          3200 Greenfield Road, Suite #260
                                                                           Dearborn, MI 48120
                                                                           Telephone: 313-961-0130
                                                                           Email: dpospiech@morganmeyers.com
                                                                           P55277
                                                                           *Attorney for Kimberly James*