UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Chapter 9
                                                     Case No. 13-53846
City of Detroit, Michigan,                   Hon. Steven W. Rhodes

       Debtor.
_____/

### Order Overruling Supplemental Eligibility Objection

     On September 27, 2013, Donald C. Richardson filed a supplemental eligibility objection (Docket #1048). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on October 18, 2013**

                                                           **/s/ Steven Rhodes**
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**