# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

- Name: **John T. Gregg**
- Firm: **Barnes & Thornburg LLP**
- Address: **171 Monroe Avenue, NW, Suite 1000**
- City, State, Zip: **Grand Rapids, MI 49503**
- Phone: **616-742-3930**
- Email: **jgregg@btlaw.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846-swr

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

- ⦿ Bankruptcy    ◯ Adversary
- ◯ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 10/18/2013    **Time of Hearing:** 10:00 am    **Title of Hearing:** Motion to Extend Chapter 9*

Please specify portion of hearing requested:    ⦿ Original/Unredacted    ◯ Redacted    ◯ Copy (2nd Party)

⦿ Entire Hearing    ◯ Ruling/Opinion of Judge    ◯ Testimony of Witness    ◯ Other

Special Instructions: * Stay to 36th District Court and Certain Related Parties

**Type of Request:**

- ⦿ Ordinary Transcript - $3.65 per page (30 calendar days)
- ◯ 14-Day Transcript - $4.25 per page (14 calendar days)
- ◯ Expedited Transcript - $4.85 per page (7 working days)
- ◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ John T. Gregg    Date: 10/18/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____    Date    By

Order Received:

Transcript Ordered

Transcript Received