UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:

City of Detroit, Michigan

Debtor(s)

_____/

Chapter 9

13-53846-swr

Judge Rhodes

## STATEMENT OF CONCURRENCE SOUGHT

Brett A. Border, Esq. hereby states:

My office contacted Debtor's counsel via e-mail to attempt to obtain concurrence to this Motion for Relief From Automatic Stay on October 9, 2013. Concurrence was not given.

SCHNEIDERMAN & SHERMAN, P.C.

By: /S/ Brett A. Border
Brett A. Border (P65534)
Bborder@sspclegal.com
Attorney for Flagstar Bank, FSB
23938 Research Dr., Suite 300
Farmington Hills, MI 48335
248-539-7400