UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: City of Detroit, Michigan

Case No. 13-53846-swr

Chapter 9

Hon. Rhodes

Debtor /

Plaintiff(s) /

A.P. No. _____

Defendant(s) /

## STATEMENT REGARDING OWNERSHIP OF FLAGSTAR BANK, FSB

☐ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: Flagstar Bank, FSB, a federally chartered savings bank, is wholly owned by Flagstar Bancorp Inc., a publicly traded entity incorporated and validly existing under the laws of the State of Michigan. MP Thrift Investments L.P. is the holder of 10% or more of the stock of Flagstar Bancorp Inc., and is therefore an indirect holder of an equity interest of 10% or more in Flagstar Bank, FSB

Address: 5151 Corporate Drive Troy, MI 48098

Name: _____
Address: _____

Name: _____
Address: _____

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This Statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: February 5, 2013

Signature of Authorized Individual

Lindsay D. Vuljevic
Print Name

Vice President
Title