Bernard J. Youngblood
Wayne County Register of Deeds
October 10, 2013  11:48 AM
Inst:2013429382    ASG    Pages:2
Liber:51102  Page:477

||||||||||||||||||||||||||||||||||

## CORPORATION ASSIGNMENT OF REAL ESTATE MORTGAGE

FOR VALUE RECEIVED, the undersigned, Mortgage Electronic Registration Systems, Inc., solely as nominee for GOLDEN MORTGAGE CORPORATION, its successors and assigns, hereby grants, assigns and transfers to FLAGSTAR BANK, FSB c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098, all the rights, title and interest of the undersigned in and to that certain Real Estate Mortgage dated May 11, 2006 and recorded May 19, 2006 in Liber 44727, Page 867, Wayne County Records, executed by                          A MARRIED MAN and
                  HIS WIFE, to Mortgage Electronic Registration Systems, inc., solely as nominee for GOLDEN MORTGAGE CORPORATION, its successors and assigns.

SEE LEGAL DESCRIPTION ATTACHED AS 'EXHIBIT A'

(A/K/A 15709 PIERSON STREET, DETROIT, MI 48223)

DATE: \10-\-\3

Mortgage Electronic Registration
Systems, Inc., solely as nominee for
GOLDEN MORTGAGE CORPORATION,
its successors and assigns

By: _____

Its: _____

STATE OF _____ Florida _____ )
                                           ) ss.
COUNTY OF _____ Duval _____ )

The foregoing instrument was acknowledged before me this ___1___ day of
___October___, 2013 by Gina Gray, its Asst Sect
of Mortgage Electronic Registration Systems, Inc., solely as nominee for GOLDEN MORTGAGE CORPORATION, its successors and assigns

_____
Watson Dixon _____ County, _____ Duval _____ Notary Public
My Commission Expires: OCT. 5, 2014
Acting in _____ Duval _____ County

Drafted by and when recorded return to:
Sonya Tolbert
SCHNEIDERMAN & SHERMAN, P.C.
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
Client ID FSB.005307

MIN #
MERS PHONE # 888-679-6377

WATSON DIXON
Notary Public - State of Florida
My Comm. Expires Oct 5, 2014
Commission # EE 32366

RETURN TO:
ONE STOP RECORDING
23938 RESEARCH DR., STE 200
FARMINGTON HILLS, MI 48335

EXHIBIT 'A'

LOT 56, REDFORD MANOR SUBDIVISION, ACCORDING TO THE PLAT THEREOF
AS RECORDED IN LIBER 38, PAGE 11 OF PLATS, WAYNE COUNTY RECORDS.

TAX ID Ward 22 Item 106930