

## General Property Information

Printer friendly version
Add to My Parcels

**Parcel:** 22106930. **Unit:** CITY OF DETROIT

View this parcel on a map

**NOTE: There are **0 images** and **0 sketches** attached to the current property.

### Property Address
[collapse]

15709 PIERSON
, 48223

### Owner Information
[collapse]

**Unit:** 01

### Taxpayer Information
[collapse]

SEE OWNER INFORMATION

### General Information for Tax Year 2013
[collapse]

| | | | |
|---|---|---|---|
| **Property Class:** | 401 - 401-RESIDENTIAL | **Assessed Value:** | $14,022 |
| **School District:** | D - DETROIT SCHOOLS | **Taxable Value:** | $14,022 |
| **State Equalized Value:** | $14,022 | **Map #** | 22 |
| **DISTRICT** | 8 | **Date of Last Name Chg:** | 12/12/2003 |
| | | **Date Filed:** | |
| | | **Notes:** | N/A |
| **Historical District:** | N/A | **Census Block Group:** | N/A |

| **Principal Residence Exemption** | **June 1st** | **Final** |
|---|---|---|
| | | - |
| **2013** | 0.0000 % | 0.0000 % |

### Land Information
[collapse]

| | **Frontage** | | **Depth** |
|---|---|---|---|
| **Lot 1:** | 50.00 Ft. | | 117.59 Ft. |
| **Lot 2:** | 0.00 Ft. | | 0.00 Ft. |
| **Lot 3:** | 0.00 Ft. | | 0.00 Ft. |
| **Total Frontage:** | 50.00 Ft. | **Average Depth:** | 117.59 Ft. |

| | | | |
|---|---|---|---|
| **Total Acreage:** | 0.14 | | |
| **Zoning Code:** | | | |
| **Land Value:** | $2,166 | **Mortgage Code:** | |
| **Land Improvements:** | $2,622 | **Lot Dimensions/Comments:** | N/A |
| **Renaissance Zone:** | NO | | |
| **Renaissance Zone Expiration Date:** | | | |

### Legal Information for 22106930.
[collapse]

W PIERSON 56 REDFORD MANOR SUB L38 P11 PLATS, W C R 22/468 50 X 117.59

## Sales Information

**6 sale record(s) found.**

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms Of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 10/15/2001 | $1.00 | QC | | | NQ | 35133/160.0 |
| 06/01/1999 | $0.00 | QC | | | DEED IN LIEU OF FCL | 30248:32840 |
| 03/01/1987 | $7,599.00 | PTA | | | NQ | 23217:06240 |
| 11/01/1985 | $21,500.00 | WD | | | ARMS LENGTH | 22599:01410 |
| 06/01/1985 | $8,500.00 | WD | | | NQ | 22410:05450 |
| 07/01/1981 | $21,500.00 | LC | | | ARMS LENGTH | 21206:05360 |

☑ Load Building Information on this Page.

## Building Information

**1 building(s) found.**

| | Description | Floor Area | Yr Built |
|---|---|---|---|
| [−] | Residential Building 1 | 731 Sq. Ft. | 1949 |

### General Information

| | | | |
|---|---|---|---|
| **Floor Area:** | 731 Sq. Ft. | **Estimated TCV:** | N/A |
| **Garage Area:** | 280 Sq. Ft. | **Basement Area** | 731 Sq. Ft. |
| **Foundation Size:** | 731 Sq. Ft. | | |
| **Year Built:** | 1949 | **Year Remodeled:** | 0 |
| **Occupancy:** | Single Family | **Class:** | C |
| | | **Tri-Level?:** | NO |
| **Percent Complete:** | 100% | **Heat:** | Forced Air w/o Ducts |
| **AC w/Separate Ducts:** | NO | **Wood Stove Add-on:** | NO |
| **Bedrooms:** | 0 | **Water:** | N/A |
| **Style:** | SINGLE FAMILY | **Sewer:** | N/A |

### Area Detail - Basic Building Areas

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| 1+ Story | Full Bsmnt. | Siding | 731 Sq. Ft. | 1+ Story |

### Area Detail - Overhangs

| Height | Exterior | Area | Included in Size for Rates |
|---|---|---|---|

### Basement Finish

| | | | |
|---|---|---|---|
| **Recreation:** | 0 Sq. Ft. | **Recreation % Good:** | 0 |
| **Living Area:** | 0 Sq. Ft. | **Living Area % Good:** | 0 |
| **Walk Out Doors:** | 0 | **No Concrete Floor Area:** | 0 Sq. Ft. |

### Plumbing Information

| | |
|---|---|
| **3-Fixture Baths:** | 1 |

### Garage Information

#### Garage # 1

| | | | |
|---|---|---|---|
| **Area:** | 280 Sq. Ft. | **Exterior:** | Siding |
| **Foundation:** | 18 Inch | **Common Wall:** | Detached |
| **Year Built:** | 1953 | **Finished?:** | NO |
| **Auto Doors:** | 0 | **Mech Doors:** | 0 |

| Porch Information | | | |
|---|---|---|---|
| **WCP (1 Story):** | 36 Sq. Ft. | **Foundation:** | Standard |

**\*\*Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein.  This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred.  Please contact your local municipality if you believe there are errors in the data.
Privacy Policy


Powered By: BS&A SOFTWARE