Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
　City of Detroit, Michigan
　2 Woodward Avenue
　Suite 1126
　Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
　38−6004606

### NOTICE OF ADJOURNMENT – CONTINUATION OF HEARING ON ELIGIBILITY OBJECTIONS RAISING ONLY LEGAL ISSUES

**PLEASE TAKE NOTICE** that the hearing on 10/16/2013 at 10:00 AM to consider and act upon the following:

*384* – Objections To the Petition Filed By One Kevyn D. Orr Seeking To Commence a Case Under Chapter 9 of Title 11 of the United States Code On Behalf of the City of Detroit, Michigan Filed by Creditor Krystal A. Crittendon (lkd)

*484* – Objection to Eligibility to Chapter 9 Petition Joinder of Local 324, International Union of Operating Engineers as Interested Party to Objections to Detroits Eligibility for Relief Under Sections 109(c) and 921(c) of the Bankruptcy Code and Certificate of Service Filed by Interested Party International Union of Operating Engineers, Local 324 (Kato, Mami)

*486* – Objection to Eligibility to Chapter 9 Petition Joinder of Local 517M, Service Employees International Union as Interested Party to Objections to Detroits Eligibility for Relief Under Sections 109(c) and 921(c) of the Bankruptcy Code and Certificate of Service Filed by Interested Party Service Employees International Union, Local 517M (Kato, Mami)

*495* – Objection to Eligibility to Chapter 9 Petition Filed by Creditor David Sole (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 # 3 Exhibit 2) (Goldberg, Jerome)

*502* – Objection to Eligibility to Chapter 9 Petition Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighers Association, Donald Taylor, Creditors Shirley V Lightsey, Donald Taylor (Attachments: # 1 Index Index of Exhibits # 2 Exhibit Exhibit A–Declaration of Shirley V. Lightsey # 3 Exhibit Exhibit B – Declaration of Donald Taylor) (Plecha, Ryan)

*504* – Objection to Eligibility to Chapter 9 Petition filed by creditors Michael Wells, Janet Whitson, Mary Washington, Bruce Goldman and Filed by Creditor Robbie Lee Flowers (Wertheimer, William)

*505* – Corrected Objection to Eligibility to Chapter 9 Petition Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL–CIO and Sub–Chapter 98, City of Detroit Retirees (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit A # 14 Exhibit B # 15 Exhibit C) (Levine, Sharon)

*506* – Objection to Eligibility to Chapter 9 Petition Filed by Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (Ceccotti, Babette)

*512* – Objection to Eligibility to Chapter 9 Petition , Brief in Support, Certificate of Service Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association (Attachments: # 1 Exhibit A – Declaration of Mark Diaz # 2 Exhibit A−1 (PART 1) Award # 3 Exhibit A−1 (Part 2) # 4 Exhibit A−1 (Part 3) # 5 Exhibit A−2 Interim Award # 6 Exhibit B McNamara Declaration and Ex 1 and 2 # 7 Exhibit C – Young Declaration # 8 Exhibit D – Gurewitz Declaration) (Patek, Barbara)

*514* – Objection to Eligibility to Chapter 9 Petition OBJECTION BY INTERESTED PARTY CENTER FOR COMMUNITY JUSTICE AND ADVOCACY (CCJA) TO THE CITY OF DETROITS ELIGIBILITY TO OBTAIN RELIEF UNDER CHAPTER 9 OF THE BANKRUPTCY CODE [DOCKET 10] AND TO THE CITY OF DETROITS MEMORANDUM IN SUPPORT OF STATEMENT OF QUALIFICATIONS PURSUANT TO SECTION 109(C) OF THE BANKRUPTCY CODE [DOCKET 14] Filed by Interested Party Center for Community Justice and Advocacy (Attachments: # 1 Index Index of Exhibits re OBJ # 2 Exhibit Ingham County Circuit Court Order dated July 19, 2013 # 3 Exhibit States Authorizing Chapter 9 Bankruptcy Filing) (Fluker, Vanessa)

*519* – Objection to Eligibility to Chapter 9 Petition Objection of the Detroit Retirement Systems to the Eligibility of the City of Detroit, Michigan to Be a Debtor Under Chapter 9 of the Bankruptcy Code Filed by Creditors General Retirement System of the City of Detroit, Police and Fire Retirement System of the City of Detroit (Attachments: # 1 Exhibit List # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7−1 # 9 Exhibit 7−2) (Gordon, Robert)

*520* – Objection to Eligibility to Chapter 9 Petition Filed by Creditor Retired Detroit Police Members Association (Brimer, Lynn)

*805* – Objection to Eligibility to Chapter 9 Petition of The City of Detroit, Michigan to be a Debtor Under Chapter 9 of The Bankruptcy Code Filed by Retiree Committee Official Committee of Retirees (Wilkins, Matthew)

is hereby adjourned to **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **10/21/13** at**01:00 PM**.

Dated: 10/17/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk

In re:                                                                  Case No. 13-53846-swr
City of Detroit, Michigan                                               Chapter 9
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2      User: csiku       Page 1 of 7       Date Rcvd: Oct 17, 2013
                    Form ID: ntchrgaj   Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2013.

```
dbpos        +City of Detroit, Michigan,   2 Woodward Avenue,   Suite 1126,   Detroit, MI 48226-3443
aty           L. Rodger Webb,   1700 West Ten Mile Road,   Goodman Acker Bldg, 2nd Floor,
               Southfield, MI  48075
intp         +Bill Schuette,   Michigan Department of Attorney General,   P.O. Box 30754,
               Lansing, MI 48909-8254
cr           +David Sole,   2921 E Jefferson Ste 205,   Detroit, MI 48207-4267
intp         +Detroit Retired City Employees Association,   P.O. Box 40713,   Detroit, MI 48240-0713
cr           +Diane Hutchersun,   4127 Grayton,   Detroit, MI 48224-2337
intp         +Douglas C. Bernstein,   Plunkett Cooney,   38505 Woodward Avenue,   Suite 2000,
               Bloomfield Hills, MI 48304-5096
intp         +Gabriel, Roeder, Smith & Company,   c/o Stevenson & Bullock, P.L.C.,   Attn: Charles D. Bullock,
               26100 American Drive,   Suite 500,   Southfield, Mi 48034-6184
intp         +Janet M Ziulkowski,   Ziulkowski & Associates PLC,   17001 Nineteen Mile Rd Ste 1-D,
               Clinton Township, MI 48038-4867
cr           +Jean Vortkamp,   11234 Craft,   Detroit, MI 48224-2436
intp         +Jerroll M. Sanders,   15 Riverwood Estates Blvd.,   St. Louis, MO 63031-6527
cr           +Jo Ann Watson,   100 Riverfront Drive,   Detroit, MI 48226-4539
cr           +Krystal A. Crittendon,   19737 Chesterfield,   Detroit, MI 48221-1830
cr           +Kwabena Shabu,   2445 Lamothe St.,   Detroit, MI 48206-2539
cr           +Retired Detroit Police Members Association,   c/o Strobl & Sharp, P.C.,
               300 E. Long Lake Road, Suite 200,   Bloomfield Hills, MI 48304-2376
intp         +Retired Detroit Police and Fire Fighers Associatio,   Retired Detroit Police and Fire Fighters,
               2525 E. 14 Mile Rd,   Sterling Heights, MI 48310-5969
intp         +Shirley V Lightsey,   President-Detroit Retired City Emp As,   P.O. Box 40713,
               Detroit, MI 48240-0713
intp         +State of Michigan,   PO Box 30754,   Lansing, MI 48909-8254
intp         +State of Michigan, Department of Attorney General,   c/o Dawn R. Copley,   Dickinson Wright PLLC,
               500 Woodward Avenue, Suite 4000,   Detroit, MI 48226-5403
22342566     +36th District Court for the State of Michigan,   c/o John T. Gregg, Esq.,
               Barnes & Thornburg LLP,   171 Monroe Avenue, NW, Suite 1000,   Grand Rapids, MI 49503-2694
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2013 at the address(es) listed below:

      A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
      Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
        achouprouta@kramerlevin.com
      Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
        acaton@kramerlevin.com,   achouprouta@kramerlevin.com
      Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
        aap43@outlook.com,   aap43law@gmail.com
      Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
        aap43law@gmail.com
      Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
        agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
      Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
        wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
      Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
        stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
 aoreilly@honigman.com, ahatcher@honigman.com
Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
 and Agricultural Implement Workers of America bceccotti@cwsny.com
Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 bpatek@ermanteicher.com
Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
 bpatek@ermanteicher.com
Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
 bpatek@ermanteicher.com
Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 bpatek@ermanteicher.com
Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
 bfagan@dibandfagan.com
Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
 bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
 wkyles@schaferandweiner.com
Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
 ssikorski@manteselaw.com
Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
 bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
 joumedian@sspclegal.com
Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
 bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
 Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
 bbennett@jonesday.com
Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
 carol.cohen@arentfox.com
Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
 carole.neville@dentons.com
Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
 caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
 charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc.
 BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
 claude.montgomery@dentons.com,docketny@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
 czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
 czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 czucker@ermanteicher.com
Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
 dweiner@schaferandweiner.com
David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 deisenberg@ermanteicher.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    David Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association deisenberg@ermanteicher.com
    David Eisenberg    on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com
    David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
    David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc. dmollicone@dmms.com
    David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com
    David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation david.dubrow@arentfox.com
    David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
    Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
    Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com
    Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
    Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com
    Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
    Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
    Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association eerman@ermanteicher.com
    Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com
    Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
    Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
    Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
    Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
    Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com, litdocket@honigman.com
    Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com
    Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
    Eric Rosenberg    on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
    Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com
    Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
    Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
    Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
    Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com
    Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
    Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com
    Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
    Hugh M. Davis    on behalf of Creditor Catherine W. Phillips conlitpc@sbcglobal.net
    Hugh M. Davis    on behalf of Creditor Thomas Stephens conlitpc@sbcglobal.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James    Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James    Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James    Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
           ecf@zaplc.com
          Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
           sharrow@mcdonaldhopkins.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com
          Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey    Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jennifer    Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer    Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jerome D. Goldberg    on behalf of Creditor David    Sole apclawyer@sbcglobal.net
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
           jgregg@btlaw.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
           blundberg@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt    Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com
          Leland    Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit Lisa.Fenning@aporter.com
          Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
           Lisa.Fenning@aporter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com

Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan swansonm@millercanfield.com

Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation mark.angelov@arentfox.com

Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com

Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov

Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov

Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest    on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest    on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com

Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com

Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com

Michael A. Greiner    on behalf of Interested Party    Clifford Properties, Inc. mike@financiallawgroup.com, desiree@financiallawgroup.com;nicole@financiallawgroup.com

Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

Michael K. Lee    on behalf of Creditor    St. Martins Cooperative mlee@leeandcorrell.com

Michael R. Bell    on behalf of Interested Party Bill Schuette BellM1@michigan.gov

Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com

My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com

Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com

Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP ayadlaw@hotmail.com

Nabih H. Ayad    on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com

Nabih H. Ayad    on behalf of Interested Party Donnell White ayadlaw@hotmail.com

Nabih H. Ayad    on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com

Nabih H. Ayad    on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com

Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net

Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Patrick Warren Hunt    on behalf of Interested Party    New England Fertilizer Company
           pwhunt@kerr-russell.com
          Patrick Warren Hunt    on behalf of Interested Party    Wade Trim Associates, Inc.
           pwhunt@kerr-russell.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Stephen C. Hackney  on behalf of Interested Party  Syncora Guarantee Inc. stephen.hackney@kirkland.com
- Stephen C. Hackney  on behalf of Interested Party  Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
- Stephen M. Gross  on behalf of Interested Party  Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross  on behalf of Creditor  Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross  on behalf of Interested Party  Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross  on behalf of Interested Party  Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen S. LaPlante  on behalf of Debtor In Possession  City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Steven B. Flancher  on behalf of Interested Party  State of Michigan flanchers@michigan.gov
- Steven G. Howell  on behalf of Interested Party  State of Michigan, Department of Attorney General showell@dickinsonwright.com
- Suzanne L. Wahl  on behalf of Creditor  DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
- Thomas R. Morris  on behalf of Interested Party  Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris  on behalf of Interested Party  Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Timothy A. Fusco  on behalf of Interested Party  Meijer, Inc. fusco@millercanfield.com
- Timothy A. Fusco  on behalf of Debtor In Possession  City of Detroit, Michigan fusco@millercanfield.com
- Timothy R. Graves  on behalf of Interested Party  Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Timothy R. Graves  on behalf of Interested Party  Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Timothy R. Graves  on behalf of Interested Party  Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Timothy R. Graves  on behalf of Interested Party  Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Tracy M. Clark  on behalf of Interested Party  Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
- Tracy M. Clark  on behalf of Interested Party  St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
- Tracy M. Clark  on behalf of Interested Party  Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
- Tracy M. Clark  on behalf of Interested Party  Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
- Tracy M. Clark  on behalf of Interested Party  Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
- Tracy M. Clark  on behalf of Interested Party  Lafayette Town Houses, Inc. clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
- Tracy M. Clark  on behalf of Interested Party  Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
- Vanessa G. Fluker  on behalf of Interested Party  Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
- William A. Wertheimer, Jr.  on behalf of Creditor Mary  Washington billwertheimer@gmail.com
- William A. Wertheimer, Jr.  on behalf of Creditor Michael  Wells billwertheimer@gmail.com
- William A. Wertheimer, Jr.  on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
- William A. Wertheimer, Jr.  on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
- William A. Wertheimer, Jr.  on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
- William C. Blasses  on behalf of Interested Party Gary  Segatti wcb@osbig.com
- William C. Blasses  on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
- William C. Blasses  on behalf of Interested Party  Michigan Property Tax Relief, LLC wcb@osbig.com
- William H. Goodman  on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
- William H. Goodman  on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
- William Pfeiffer Smith  on behalf of Creditor  U.S. Bank National Association wsmith@mwe.com
- Yuliy Osipov  on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- Yuliy Osipov  on behalf of Interested Party  Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- Yuliy Osipov  on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

TOTAL: 260