# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re:* | ) Chapter 9 |
| | ) Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | ) |
| *Debtor.* | ) Hon. Steven W. Rhodes |
| | ) |

## ORDER GRANTING THE DETROIT RETIREMENT SYSTEMS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON THE GROUNDS OF PRIVILEGE

This matter comes before the Court upon The Detroit Retirement Systems' Motion to Compel Production of Documents Withheld on the Grounds of Privilege (the "Motion"); the Court having considered the Motion and finding that good cause exists for granting the relief requested:

IT IS ORDERED:

1. The Motion is granted.

2. The Pre-Retention Documents[1] of Jones Day are neither subject to the attorney-client privilege or work product protection and, to the extent such privileges existed, they have been waived.

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion.

3. The City must immediately produce all of the Pre-Retention Documents.

# EXHIBIT 2

(Not included. Ex Parte Motion Requesting Shortened Notice and Expedited Hearing to be filed concurrently.)

# EXHIBIT 3

(None required.)

# EXHIBIT 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re:* ) | Chapter 9 |
| ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Hon. Steven W. Rhodes |
| *Debtor.* ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 20, 2013, that The Detroit Retirement Systems' Motion to Compel Production of Documents Withheld on the Grounds of Privilege was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

Dated: October 20, 2013

# EXHIBIT 5

(Affidavits - none)