# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: ) | | Chapter 9 |
| ) | | |
| CITY OF DETROIT, MICHIGAN, ) | | Case No. 13-53846 |
| ) | | |
| ) | | Hon. Steven W. Rhodes |
| Debtor. ) | | |
| ) | | |

## ORDER GRANTING *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING REGARDING THE DETROIT RETIREMENT SYSTEMS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON THE GROUNDS OF PRIVILEGE

This matter comes before the Court on the Detroit Retirement Systems *Ex Parte* Motion (the "Motion") for Shortened Notice and Expedited Hearing Regarding the Detroit Retirement Systems' Motion to Compel Production of Documents Withheld on the Grounds of Privilege (the "Motion to Compel"); the Court having reviewed and considered the Motion and finding that good cause exists for granting the relief in this order;

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. A hearing on the Motion to Compel will be conducted on **October 23, 2013, at 9:00 a.m.** in Courtroom 716, Theodore Levin U.S. Courthouse, 231

W. Lafayette Blvd., Detroit, Michigan.

**Signed on October 21, 2013**

                                                                     **/s/ Steven Rhodes**
                                                                     **Steven Rhodes**
                                                                     **United States Bankruptcy Judge**