UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

### RE- NOTICE OF VIDEO DEPOSITION OF
### BRADLEY A. ROBINS AND ERIC MENDELSOHN
### UNDER FED. R. CIV. P. 30 AND FED. R. BANKR. P. 7030

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit, by and through its undersigned counsel, will take depositions upon oral examination of the following person(s) at the time and place set forth, or such other time and place as may be mutually arranged.

All such depositions shall be taken at the offices of Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, Pennsylvania:

1. October 22, 2013 at 11:00 a.m.: Eric Mendelsohn (Greenhill & Co.)

2. October 22, 2013 at 1:00 p.m.: Bradley A. Robins (Greenhill & Co.)

Dated: October 21, 2013

Respectfully submitted,

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Fax: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

- and -

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
Geoffrey S. Irwin
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

## Certificate of Service

    I, Deborah Kovsky-Apap, hereby certify that on October 21, 2013, I caused the foregoing Re-Notice of Video Depositions of Bradley A. Robins and Eric Mendelsohn to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter; via electronic mail to Jennifer K. Green (jgreen@clarkhill.com), counsel for the interested parties who have designated the deponents as trial witnesses; and via electronic mail to the email addresses listed on Exhibit A hereto.

                                                            /s/ *Deborah Kovsky-Apap*
                                                            Deborah Kovsky-Apap (P68258)

# **EXHIBIT A**

slevine@lowenstein.com, wjung@lowenstein.com, pgross@lowenstein.com, bceccotti@cwsny.com, pdechiara@cwsny.com, lbrimer@stroblpc.com, mtaunt@stroblpc.com, mfield@stroblpc.com, eerman@ermanteicher.com, czucker@ermanteicher.com, bpatek@ermanteicher.com, rgordon@clarkhill.com, sdeeby@clarkhill.com, efeldman@clarkhill.com, rplecha@lippittokeefe.com, alipp@lippittokeefe.com, charlesidelsohnattorney@yahoo.com, gneal@sidley.com, jgreen@clarkhill.com, rgordon@clarkhill.com, rking@clarkhill.com, leah.bruno@dentons.com