# EXHIBIT 1

## Proposed Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------------------x
In re                                              : Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         : Case No. 13-53846
                                                   :
                            Debtor.                : Hon. Steven W. Rhodes
                                                   :
                                                   :
                                                   :
                                                   :
------------------------------------------------------------------x

## ORDER GRANTING MOTION *IN LIMINE* TO EXCLUDE OPINIONS OR CONCLUSIONS AS TO THE CITY OF DETROIT, MICHIGAN'S UNDERFUNDING OF PENSION LIABILITY

This matter having come before the Court on the motion (the "Motion) of the Official Committee of Retirees, for entry of an order excluding opinions or conclusions offered by Charles Moore or any other individual designated by the City of Detroit, Michigan to testify at the October 23 eligibility hearing (the "Hearing) as to the City's underfunding of pension liabilities;

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that Charles Moore or any other individual designated by the City of Detroit, Michigan to testify at the Hearing is precluded from offering an opinion or conclusion as to the City's underfunding of pension liabilities.

Dated: October __, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Steven Rhodes
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge