# **EXHIBIT 3**

**Brief
(Not Applicable)**