# **EXHIBIT 4**

**Certificate of Service**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

```
-----------------------------------------------------------------x
                                                                 :   Chapter 9
In re                                                            :
                                                                 :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                       :
                                                                 :   Hon. Steven W. Rhodes
                          Debtor.                                :
                                                                 :
                                                                 :
                                                                 :
-----------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Claude D. Montgomery, hereby certify that service of the Motion *in Limine* of the Official Committee of Retirees to Exclude Opinions or Conclusions as to the City of Detroit, Michigan's Underfunding of Pension Liability was filed and served via the Court's electronic case filing and noticing system on October 21, 2013.

/s/ Claude D. Montgomery