# **EXHIBIT 5**

**Affidavits
(Not Applicable)**