UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


IN RE:                                                    Chapter 9

City of Detroit, Michigan            .                    Case No. 13-53846

              Debtor.

_____/


## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Detroit Public Safety Unions, consisting of the

Detroit Fire Fighters Association, the Detroit Police Officers Association, The Detroit Police

Lieutenants & Sergeants Association and the Detroit Police Command Officers Association,

hereby appear by their counsel, Erman, Teicher, Miller, Zucker & Freedman, P.C., and request,

pursuant to 11 U.S.C. §§ 102(1) and 1109(b) and Rules 2002, 9007 and 9010(b) of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in this case and

all papers served or required to be served in this case, be given to and served upon the

undersigned attorney, at the address set forth below:

> Julie Beth Teicher, Esq.
> Erman, Teicher, Miller, Zucker & Freedman, P.C.
> 400 Galleria Officentre, Ste. 444
> Southfield, MI  48034
> Telephone:  (248) 827-4100
> Facsimile:  (248) 827-4106
> Email:  jteicher@ermanteicher.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading, request,

complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By: */s/ Julie Beth Teicher*
      Julie Beth Teicher (P34300)
      Counsel for the Detroit Public Safety Unions
      400 Galleria Officentre, Suite 444
      Southfield, MI  48034
      Telephone: (248) 827-4100
      Facsimile:  (248) 827-4106
      E-mail:  jteicher@ermanteicher.com

DATED:    October 21, 2013

F:\CHAP9\DETROIT\j teicher notice of appearance.docx