Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **11/13/13** at **10:00 AM** to consider and act upon the following:

*1035* − Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: Allow Civil Litigation to Proceed for Discovery Purposes and/or to Recover Any Insurance Coverage Under Defendants' Homeowner's Insurance Policies . Fee Amount $176, Filed by Interested Party Thomas Gerald Moore (Attachments: # 1 Exhibit 1 − Proposed Order # 2 Exhibit 2 − Nortice of Motion # 3 Exhibit 4 − Certificate of Service # 4 Mailing Matrix) (Kalish, Jay)

Dated: 10/21/13

                BY THE COURT

                Katherine B. Gullo
                Clerk, U.S. Bankruptcy Court

                BY: christine sikula
                Deputy Clerk