In The Matter of:                              Chapter 9

                                               13-53846-swr

City of Detroit, Michigan                    Judge Rhodes

Debtor(s)

_____/

**STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO U.S. BANK NATIONAL ASSOCIATION AS SERVICER FOR MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY**

        The City of Detroit, Michigan, (Debtor), by and through its counsel, Miller, Canfield, Paddock, and stone, P.L.C., and U.S. Bank National Association as servicer for Michigan State Housing Development Authority ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit A**.

        Wherefore, Creditor respectfully requests that that the aforementioned relief be granted.

Approved for entry:

| | |
|---|---|
| ____/s/ Brett A. Border_____ | _/s/Stephen S. LaPlante |
| Brett A. Border (P65534) | Jonathan S. Green (MI P33140) |
| Schneiderman & Sherman, P.C. | Stephen S. LaPlante (MI P48063) |
| Attorney for Creditor | MILLER, CANFIELD, PADDOCK AND |
| 23938 Research Drive #300 | STONE, P.L.C. |
| Farmington Hills, MI 48335 | 150 West Jefferson |
| (248) 539-7400 | Suite 2500 |
| bborder@sspclegal.com | Detroit, Michigan 48226 |
| | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |

In The Matter of:                                    Chapter 9
                                                     13-53846-swr

City of Detroit, Michigan                            Judge Rhodes

Debtor(s)
_____/


### ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO U.S. BANK NATIONAL ASSOCIATION AS SERVICER FOR MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY


This matter having come before this Court on the Motion for Relief from the Automatic Stay; the City of Detroit, Michigan, (Debtor), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and U.S. Bank National Association as servicer for Michigan State Housing Development Authority ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the Automatic Stay is modified to allow Creditor, its successors or assigns to foreclose on the properties known as 18816 HEALY, DETROIT, MI 48234, legal description LOT 124, O'CONNOR'S SUBDIVISION, AS RECORDED IN LIBER 33, PAGE 61, OF PLATS, WAYNE COUNTY RECORDS and 1303 18TH STREET, DETROIT, MI 48216, legal description LOT 127 OF PLAT OF SUBDIVISION OF PART OF PRIVATE CLAIM 473, KNOWN AS STANTON FARM, IN DEED, LIBER 47, PAGES 558 AND 559 OF PLATS WAYNE COUNTY RECORDS, for the reasons set forth in Creditor's Motion; that F.R.B.P.4001(a)(3), is waived; that this order shall be served on the Debtor and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.