UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------- x:
:
In re : Chapter 9
:
City of Detroit, Michigan, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------------- x

**ORDER GRANTING THE *EX PARTE* MOTION OF
THE OFFICIAL COMMITTEE OF RETIREES FOR AN ORDER
SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING**

This matter coming before the Court on the *ex parte* motion (the "Motion") of the Official Committee of Retirees (the "Committee") for an order shortening notice and scheduling an expedited hearing with respect to the Motion *in Limine* to exclude opinions or conclusions as to the City of Detroit, Michigan's underfunding of pension liability, filed by the Committee; and the Court being fully advised of the premises; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. A hearing with respect to the Committee's Motion *in Limine* to Exclude Opinions or Conclusions as to the City's Underfunding of Pension Liability shall be held **on October 23, 2013, at 9:00 a.m.** (prevailing Eastern Time) before the Hon. Steven Rhodes in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on October 21, 2013**

                                                     _____/s/ Steven Rhodes_____
                                                    **Steven Rhodes**

**United States Bankruptcy Judge**