UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------- x
                                                                           :

In re:                                                  :      Chapter 9

CITY OF DETROIT, MICHIGAN,      :      Case No.: 13-53846

                                       DEBTOR.     :      Hon. Steven W. Rhodes

---------------------------------------------------------- x

## AFFIRMATION OF SERVICE

        I, Peter D. DeChiara, hereby affirm that the following is correct under the penalty of perjury pursuant to 28 U.S.C. § 1746.

        I am over the age of 18 and not a party to the above-captioned proceeding. On October 9, 2013 I served a copy of the attached subpoena upon Governor of the State of Michigan Richard D. Snyder by hand-delivering a copy, with mileage fees, to Margaret A. Nelson, Esq., counsel to Governor Snyder, who agreed to accept service on his behalf.

                                                                          /s/ Peter D. DeChiara

# UNITED STATES BANKRUPTCY COURT

EASTERN _____ District of   MICHIGAN, SOUTHERN DIVISION

In re  City of Detroit, Michigan     ,
      Debtor

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No. *   13-53486

To:  Governor Rick Snyder
   P.O. Box 30013
   Lansing, Michigan 48909

Chapter   9

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. Bankruptcy Court for the Eastern District of Michigan, Southern Division<br>211 W. Fort St. Suite 1800<br>Detroit, Michigan 48226 | 1825 |
| | DATE AND TIME<br>October 23, 24. 25, 2013 at 9.a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE<br>*[signature]* | DATE<br>10/8/13 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER   Peter D. DeChiara, Esq., Cohen Weiss and Simon LLP<br>330 West 42nd St., New York, New York 10036  212 563 4100 | |

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.