UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
                                                        :
In re:                                                  :  Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              :  Case No.: 13-53846
                                                        :
                    Debtor.                             :  Hon. Steven W. Rhodes
------------------------------------------------------- x

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of October 2013, I caused the *Affirmation of Service* of trial subpoena on Andrew Dillon to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  New York, New York
        October 21, 2013

                                    Cohen, Weiss and Simon LLP

                            By:  /s/ Peter D. DeChiara
                                 330 West 42nd Street
                                 New York, New York 10036-6976
                                 T: 212-563-4100
                                 pdechiara@cwsny.com

                                 *Attorneys for International Union, UAW*

00297644.1