UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
                                                        :
In re:                                                  : Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              : Case No.: 13-53846
                                                        :
           Debtor.                                      : Hon. Steven W. Rhodes
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of October 2013, I caused the *Affirmation of Service* of trial subpoena on Governor Richard Snyder to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
       October 21, 2013

                                        Cohen, Weiss and Simon LLP

                              By:  /s/ Peter D. DeChiara
                                   330 West 42nd Street
                                   New York, New York 10036-6976
                                   T: 212-563-4100
                                   pdechiara@cwsny.com

                                   *Attorneys for International Union, UAW*

00297642.1