# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

'''' Bankruptcy      Adversary

    Appeal     Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____ **Time of Hearing:** _____ **Title of Hearing:** _____

Please specify portion of hearing requested:    '''Original/Unredacted ''''''Redacted ''''''''''Copy *2nd Party)

    Entire Hearing       Ruling/Opinion of Judge       Testimony of Witness       Other

Special Instructions: _____

---

**Type of Request:**

    Expedited Transcript - $4.85'r gt'r ci g (7 working days)

''''''

''''''''''''''''''

**Signature of Ordering Party:**

_____Date: _____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                    Date      By

Order Received:

Transcript Ordered

Transcript Received