UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## AMENDED NOTICE OF CONTINUING MEDIATION SESSIONS

**TO:** The City of Detroit/Emergency Manager
General Retirement System
Police and Fire Retirement System
Michigan Council 25 of the American Federation of, State,
    County, and Municipal Employees ("AFSCME")
International Union, UAW
U.S. Bank National Association, as Trustee, Bond Registrar, Transfer Agent,
    Paying Agent, Custodian and Contract Administrator
National Public Finance Guarantee Corporation
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.
Berkshire Hathaway Reinsurance Group
Assured Guaranty Municipal Corporation
Ambac Assurance Corporation
Financial Guaranty Corporation
MGM Grand Detroit, LLC
Detroit Entertainment, LLC d/b/a Motor City Casino
Greektown Casino
USB AG
SBS Financial Products Co., LLC
Merrill Lynch Capital Services, Inc.
EEPK Bank and its affiliates
DEPFA Bank, plc, as servicer for FMS Wertmanagement
The Official Committee of Retirees

1

Ad Hoc COP Holders  (Dexia Credit Local, Dexia Holdings, Inc.,
    Norddeutsche Landesbank Covered Finance Bank, S.A.)
Ad Hoc COP Holders
The Detroit Fire Fighters Association
The Detroit Police Officers Association
The Detroit Police Lieutenants & Sergeants Association
The Detroit Police Command Officers Association
Downtown Development Authority
The State of Michigan
Michigan Department of Attorney General/Attorney General Bill Schuette
Assistant Supervisors of Street Maintenance & Construction Association
Association of City of Detroit Supervisors
Association of Detroit Engineers
Association of Municipal Engineers
Association of Municipal Inspectors
Association of Professional Construction Inspectors
Association of Professional & Technical Employees
Building & Construction Trades Council
Detroit Income Tax Investigators Association
Emergency Medical Service Officers Association (EMSOA)
Field Engineers Association
International Union of Operating Engineers (IUOE) Local 324 - Operating
    Engineers, Detroit Principal Clerks & Park Management
Police Officers Association of Michigan
Police Officers Labor Council
Police Officers Labor Council - Health Department
Police Officers Labor Council - Detention Facility Officers
Senior Accountants, Analysts & Appraisers Association
Service Employees International Union (SEIU) Local 517M - Supervisory
    & Non-Supervisory Units
Service Employees International Union (SEIU) Local 517M - Professional
    & Technical Unit
Teamsters, Local 214
International Association of Fire Fighters, AFL-CIO, CLC
Amalgamated Transit Union Local 26

2

13-53846-tjt    Doc 1291    Filed 10/21/13    Entered 10/21/13 16:43:56    Page 2 of 3

Please take notice that **Continuing Mediation Sessions will be conducted on Wednesday, November 6, 2013.** Any party whose presence is not required will be so notified. The Mediators are aware that proceedings have been conditionally scheduled in the Bankruptcy Court for that date, and schedules will be adjusted so as to insure that all necessary parties will be able to attend the mediation sessions on that date.

If not excused from these mediation sessions, please appear on said date in the courtroom of the Honorable Gerald E. Rosen, Chief Judge of the United States District Court for the Eastern District of Michigan, Room 734 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226, **at 10:00 a.m.**

                                              s/Gerald E. Rosen
                                              Chief Judge, United States District Court

Dated: October 21, 2013

3

13-53846-tjt    Doc 1291    Filed 10/21/13    Entered 10/21/13 16:43:56    Page 3 of 3