Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **11/13/13** at **10:00 AM** to consider and act upon the following:

*1057* – Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: Quiet Title Action as to 2482 Clifford, Detroit, Michigan with Certificate of Service. Fee Amount $176, Filed by Interested Party Clifford Properties, Inc. (Greiner, Michael)

The Amended Notice of Hearing has been issued to reflect a change in the hearing location only; the date and time of the hearing remain the same as originally noticed.


Dated: 10/21/13

                        BY THE COURT

                        Katherine B. Gullo
                        Clerk, U.S. Bankruptcy Court

                        BY: christine sikula
                        Deputy Clerk