# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In the Matter of:

City of Detroit, Michigan                     Case No. 13-53846

                                         Hon. Steven W. Rhodes

_____ Debtor  /        Chapter 9

## NOTICE OF APPEARANCE OF COUNSEL
## UNDER FED. R. BANKR. PRO. 9010

City of Detroit, Michigan, Debtor herein, gives notice that he directs Kurt Thornbladh P25858 of Thornbladh Legal Group PLLC to appear on his behalf as Lead Counsel of Record for Plaintiffs in a certain case in the Wayne County Circuit Court, Hyde Park Cooperative, et al. v. City of Detroit, by and through its Buildings and Safety Engineering Deparment, Case No. 10-005687-CZ, to wit:

A.      Hyde Park Co-Operative, a Michigan Non-Profit Corporation,

B.      Village Center Associates Limited Dividend Housing Association

C.      Bowin Place Associates Limited Dividend Housing Association

D.      Cambridge Tower Associates Limited Dividend Housing Association

E.      Fenimore Limited Dividend Housing Association,

F.      Millender Center Associates Limited Partnership

G.      Plymouth Square Limited Dividend Housing Association

and further states:

1.      The name and address of the Counsel so appearing is:

KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
7301 Schaefer
Dearborn MI 48126
313 943 2678
Fax 313 447 2771
kthornbladh@gmail.com

2.      Debtor directs that all future and further notices, pleadings, orders, and the like which may be filed in this Court be sent to said Lead Counsel.

3.      This Notice shall be in affect until rescinded by the Debtor or order of the Court.

FOR THE CREDITORS LISTED NAME ABOVE:

By:__/s/_kurt thornbladh_____
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
7301 Schaefer
Dearborn MI 48126
313 943 2678
Fax 313 447 2771
kthornbladh@gmail.com
P25858

Dated: 10/21/2013