In the matter of:

                       Case No.13-53846

City of Detroit, Michigan                     Chapter 11

_____Debtor(s)__/     Hon. Steven W. Rhodes

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP
## OF HYDE PARK CO-OPERATIVE
## A MICHIGAN NON-PROFIT ASSOCIATION

[ ]     **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

    Name:_____
    Address:_____

    Name:_____
    Address:_____

    Name:_____
    Address:_____

    Name:_____
    Address:_____

    (For additional names, attach an addendum to this form)

[ X ]     There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
    **I declare under penalty of perjury that the foregoing is correct.**

                                      FOR THE CREDITOR:
                                      By:__/s/_ kurt thornbladh___
                                      KURT THORNBLADH P25858
                                      Thornbladh Legal Group PLLC
                                      Schaefer Plaza
                                      7301 Schaefer
                                      Dearborn MI 48126
                                      (313) 943 2678
                                      kthornbladh@gmail.com
                                      P25858

Dated:    10/21/2013