**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the matter of:

|  |  |
|---|---|
| City of Detroit, Michigan | Case No.13-53846 |
|  | Chapter 11 |
| _____Debtor(s)__/ | Hon. Steven W. Rhodes |

**STATEMENT OF DEBTOR REGARDING
CORPORATE OWNERSHIP
VILLAGE CENTER ASSOCIATES LIMITED DIVIDEND
HOUSING ASSOCIATION**

[ ]   **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

   Name:_____
   Address:_____

   Name:_____
   Address:_____

   Name:_____
   Address:_____

   Name:_____
   Address:_____

   (For additional names, attach an addendum to this form)

[ X ]   There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
   **I declare under penalty of perjury that the foregoing is correct.**

                                   FOR THE CREDITOR:
                                   By:__/s/_ kurt thornbladh___
                                   KURT THORNBLADH P25858
                                   Thornbladh Legal Group PLLC
                                   Schaefer Plaza
                                   7301 Schaefer
                                   Dearborn MI 48126
                                   (313) 943 2678
                                   kthornbladh@gmail.com
                                   P25858

Dated:   10/21/2013