In the matter of:

                                                    Case No.13-53846

City of Detroit, Michigan                          Chapter 11

_____Debtor(s)\_\_/      Hon.Steven W. Rhodes

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP BOWIN PLACE ASSOCIATES LIMITED DIVIDEND HOUSING ASSOCIATION

[ ]      The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        (For additional names, attach an addendum to this form)

[ X ]      There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
        **I declare under penalty of perjury that the foregoing is correct.**

                                              FOR THE CREDITOR:
                                              By:\_\_/s/\_ kurt thornbladh\_\_\_
                                              KURT THORNBLADH P25858
                                              Thornbladh Legal Group PLLC
                                              Schaefer Plaza
                                              7301 Schaefer
                                              Dearborn MI 48126
                                              (313) 943 2678
                                              kthornbladh@gmail.com
                                              P25858

Dated:    10/21/2013