# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In the matter of:

|  |  |
|---|---|
|  | Case No.13-53846 |
| City of Detroit, Michigan | Chapter 11 |
| _____Debtor(s)__/ | Hon.Steven W. Rhodes |

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP
## FOR CAMBRIDGE TOWER ASSOCIATES
## LIMITED DIVIDEND HOUSING ASSOCIATION

[  ]     **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

(For additional names, attach an addendum to this form)

[ X ]   There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
          **I declare under penalty of perjury that the foregoing is correct.**

FOR THE CREDITOR:

By:__/s/__*kurt thornbladh*_____
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
Schaefer Plaza
7301 Schaefer
Dearborn MI 48126
(313) 943 2678
kthornbladh@gmail.com

Dated:     October 21, 2013