**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the matter of:

Case No.13-53846

City of Detroit, Michigan  Chapter 11
_____Debtor(s)__/  Hon.Steven W. Rhodes

**STATEMENT OF DEBTOR REGARDING
CORPORATE OWNERSHIP
FOR FENIMORE
LIMITED DIVIDEND HOUSING ASSOCIATION**

[  ]  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

(For additional names, attach an addendum to this form)

[ X ]  There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
**I declare under penalty of perjury that the foregoing is correct.**

FOR THE CREDITOR:

By:__/s/__*kurt thornbladh*_____
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
Schaefer Plaza
7301 Schaefer
Dearborn MI 48126
(313) 943 2678
kthornbladh@gmail.com

Dated: October 21, 2013