## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In the matter of:

City of Detroit, Michigan

_____Debtor(s)__/

Case No.13-53846
Chapter 11
Hon. Steven W. Rhodes

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP
## FOR MILLENDER CENTER ASSOCIATES LIMITED PARTNERSHIP

[ ]   **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

   Name:_____
   Address:_____

   Name:_____
   Address:_____

   Name:_____
   Address:_____

   Name:_____
   Address:_____

   (For additional names, attach an addendum to this form)

[ X ]   There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
   **I declare under penalty of perjury that the foregoing is correct.**

                                FOR THE CREDITOR:

                                By:__/s/__kurt thornbladh_____
                                KURT THORNBLADH P25858
                                Thornbladh Legal Group PLLC
                                Schaefer Plaza
                                7301 Schaefer
                                Dearborn MI 48126
                                (313) 943 2678
                                kthornbladh@gmail.com

Dated:   October 21, 2013