UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

                                    Case No.13-53846

City of Detroit, Michigan                          Chapter 11
_____Debtor(s)__/        Hon.Steven W. Rhodes

**STATEMENT OF DEBTOR REGARDING
CORPORATE OWNERSHIP
AS TO PLYMOUTH SQUARE LIMITED DIVIDEND HOUSING ASSOCIATION**

[ ]    The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

       Name:_____
       Address:_____

       Name:_____
       Address:_____

       Name:_____
       Address:_____

       Name:_____
       Address:_____

       (For additional names, attach an addendum to this form)

[ X ]    There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
       **I declare under penalty of perjury that the foregoing is correct.**

                                       FOR THE CREDITOR:

                                       By:__/s/_kurt thornbladh____
                                       KURT THORNBLADH P25858
                                       Thornbladh Legal Group PLLC
                                       Schaefer Plaza
                                       7301 Schaefer
                                       Dearborn MI 48126
                                       (313) 943 2678
                                       kthornbladh@gmail.com

Executed: 10/21/2013