**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE:
City of Detroit, Michigan                            CASE NO. 13-53846
                Debtor(s)                     JUDGE Steven W. Rhodes
_____/          Chapter 9

### CERTIFICATE OF MAILING

       I hereby certify that on the 21st day of October, 2013, a copy of NOTICE OF APPEARANCE OF COUNSEL UNDER FED. R. BANKR. PRO. 9010 was electronically served upon:

- Sam J. Alberts      sam.alberts@dentons.com
- Carla Orman Andres      candres@gklaw.com
- Mark A. Angelov      mark.angelov@arentfox.com
- Charles N. Ash      cash@wnj.com, kkranz@wnj.com
- Karin F. Avery      Avery@SilvermanMorris.com
- Nabih H. Ayad      ayadlaw@hotmail.com
- Jason W. Bank      jbank@kerr-russell.com
- Paige E. Barr      Paige.Barr@kattenlaw.com
- Kevin M. Baum      kevin.baum@kattenlaw.com
- Dirk H. Beckwith      dbeckwith@fosterswift.com
- Michael R. Bell      BellM1@michigan.gov
- Bruce Bennett      bbennett@jonesday.com
- Ryan Blaine Bennett      ryan.bennett@kirkland.com
- Douglas C. Bernstein      dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
- Brendan G. Best      bbest@schaferandweiner.com, wkyles@schaferandweiner.com
- Jeffrey H. Bigelman      jhb_ecf@osbig.com, tc@osbig.com
- William C. Blasses      wcb@osbig.com
- Brett A. Border      bborder@sspclegal.com, joumedian@sspclegal.com
- Mark E. Bredow      mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
- Lynn M. Brimer      lbrimer@stroblpc.com, kvanakin@stroblpc.com
- Charles D. Bullock      cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
- Judy B. Calton      jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton      jcalton@honigman.com,blundberg@honigman.com, litdocket@honigman.com
- Peter L. Canzano      pcanzano@sidley.com
- Eric D. Carlson      carlson@millercanfield.com
- Julia A. Caroff      julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
- Amy D. Caton      acaton@kramerlevin.com, achouprouta@kramerlevin.com
- Babette A. Ceccotti      bceccotti@cwsny.com
- Tracy M. Clark      clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
- Mary Beth Cobbs      cobbm@detroitmi.gov, mbcobbs@flash.net
- Carol Connor Cohen      carol.cohen@arentfox.com
- Dawn R. Copley      dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
- Sean M. Cowley (UST)      Sean.cowley@usdoj.gov
- Elliot G. Crowder      ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Robert Darnell      robert.darnell@usdoj.gov

- Hugh M. Davis    conlitpc@sbcglobal.net
- Peter D. Dechiara    pdechiara@cwsny.com
- Shannon L. Deeby    sdeeby@clarkhill.com
- Melissa L. Demorest    melissa@demolaw.com, paula@demolaw.com
- Robert J. Diehl    rdiehl@bodmanlaw.com
- Karen B. Dine    karen.dine@kattenlaw.com
- Mercedes Varasteh Dordeski    mdordeski@foleymansfield.com,cindy@loevy.com
- David L. Dubrow    david.dubrow@arentfox.com
- Ethan D. Dunn    bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
- John E. Eaton    jeaton@cousenslaw.com, pjohnson@bredhoff.com
- David Eisenberg    deisenberg@ermanteicher.com
- Caroline Turner English    caroline.english@arentfox.com
- Earle I. Erman    eerman@ermanteicher.com
- Barry S. Fagan    bfagan@dibandfagan.com
- Sherrie L. Farrell    sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
- Evan Justin Feldman    efeldman@clarkhill.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com
- Mallory Field    MField@stroblpc.com, jmckeogh@stroblpc.com
- Deborah L. Fish    dfish@allardfishpc.com, allardfishpc@yahoo.com
- Robert M. Fishman    rfishman@shawfishman.com
- Steven B. Flancher    flanchers@michigan.gov
- Vanessa G. Fluker    vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
- Mark S. Frankel    mfrankel@couzens.com
- Brendan H. Frey    bfrey@manteselaw.com, ssikorski@manteselaw.com
- Timothy A. Fusco    fusco@millercanfield.com
- Joshua A. Gadharf    jgadharf@mcdonaldhopkins.com
- Niraj R. Ganatra    Nganatra@uaw.net
- Andrew J. Gerdes    agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
- Jerome D. Goldberg    apclawyer@sbcglobal.net
- William H. Goodman    mail@goodmanhurwitz.com
- Robert D. Gordon    rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Timothy R. Graves    tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Jonathan S. Green    green@millercanfield.com
- John T. Gregg    jgregg@btlaw.com
- Michael A. Greiner    mike@financiallawgroup.com, desiree@financiallawgroup.com;nicole@financiallawgroup.com
- Christopher A. Grosman    BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Stephen M. Gross    sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Edward J. Gudeman    ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
- Raymond Guzall    rayguzall@attorneyguzall.com
- Stephen C. Hackney    stephen.hackney@kirkland.com
- Paul R. Hage    phage@jaffelaw.com, jtravick@jaffelaw.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Michael C. Hammer    mchammer2@dickinsonwright.com
- Howard R. Hawkins    howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
- David Gilbert Heiman    dgheiman@jonesday.com
- Robert S. Hertzberg    hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Steven G. Howell    showell@dickinsonwright.com
- Patrick Warren Hunt    pwhunt@kerr-russell.com
- Charles Bruce Idelsohn    charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
- Mark R. James    mrj@wwrplaw.com
- Jay S. Kalish    JSKalish@aol.com

- John P. Kapitan    easternecf@trottlaw.com
- Michael Joseph Karwoski    mjkarwoski@alumni.nd.edu
- Mami Kato    mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, wjackson@KAALaw.com
- Anthony J. Kochis    akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
- Samuel S. Kohn    skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Kay Standridge Kress    kressk@pepperlaw.com, alexsym@pepperlaw.com
- Stephen S. LaPlante    laplante@millercanfield.com, skoczylas@millercanfield.com
- Patrick C. Lannen    plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Lawrence A. Larose    llarose@chadbourne.com
- Caralyce M. Lassner    ecf@lassnerlaw.com
- Michael K. Lee    mlee@leeandcorrell.com
- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
- Heather Lennox    hlennox@jonesday.com
- David A. Lerner    dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- Sharon L. Levine    slevine@lowenstein.com
- Elias T. Majoros    emajoros@glmpc.com
- Carolyn Beth Markowitz    DVCCOUNSEL@AOL.COM
- Donald G. McGuigan    don@mcguiganlaw.com
- David A. Mollicone    dmollicone@dmms.com
- Claude D. Montgomery    claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Thomas R. Morris    morris@silvermanmorris.com, marlene@silvermanmorris.com
- Fred Neufeld    fneufeld@sycr.com
- Carole Neville    carole.neville@dentons.com
- Karen Vivian Newbury    knewbury@schiffhardin.com
- Kenneth E. Noble    kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Eric David Novetsky    enovetsky@jaffelaw.com
- Sandra L. O'Connor    soconnor@glmpc.com
- Brian D. O'Keefe    bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Arthur O'Reilly    aoreilly@honigman.com, ahatcher@honigman.com
- Yuliy Osipov    yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- Michael R. Paslay    mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
- Barbara A. Patek    bpatek@ermanteicher.com
- Andrew A. Paterson    aap43@outlook.com, aap43law@gmail.com
- Ryan Plecha    rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Debra N. Pospiech    dpospiech@morganmeyers.com
- Leland Prince    princel@dteenergy.com
- A. Stephen Ramadan    steveramadan@gmail.com
- Peter J. Roberts    proberts@shawfishman.com
- Kimberly Joan Robinson    kim.robinson@bfkn.com
- Louis P. Rochkind    lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Courtney M. Rogers    courtney.rogers@wallerlaw.com
- Ronald L. Rose    rrose@dykema.com
- Eric Rosenberg    EJR@morganmeyers.com, amendiola@morganmeyers.com
- Jeffrey Rossman    jrossman@mwe.com,ncoco@mwe.com,Lhaidostian@mwe.com
- Edward Todd Sable    tsable@honigman.com, litdocket@honigman.com
- Kenneth M. Schneider    kschneider@schneidermiller.com
- Matthew Schneider    SchneiderM7@michigan.gov
- Joseph R. Sgroi    jsgroi@honigman.com, litdocket@honigman.com
- Howard S. Sher    howard@jacobweingarten.com

- John P. Sieger     john.sieger@kattenlaw.com
- Jeffery R. Sieving     jeff@iobillboard.com
- William Pfeiffer Smith     wsmith@mwe.com
- James Sprayregen     james.sprayregen@kirkland.com
- Douglas Steele     dls@wmlaborlaw.com
- Kevin N. Summers     ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
- Matthew Gernet Summers     summersm@ballardspahr.com
- Marc N. Swanson     swansonm@millercanfield.com
- Meredith Taunt     mtaunt@stroblpc.com, KVanAkin@stroblpc.com
- Julie Beth Teicher     jteicher@ermanteicher.com
- Kurt Thornbladh     kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- My Chi To     mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Sheryl L. Toby     stoby@dykema.com, dguerrero@dykema.com
- Matthew Troy     matthew.troy@usdoj.gov
- Brian R. Trumbauer     btrumbauer@bodmanlaw.com
- Suzanne L. Wahl     swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
- Daniel J. Weiner     dweiner@schaferandweiner.com
- Jason L. Weiner     jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
- William A. Wertheimer     billwertheimer@gmail.com
- Matthew Wilkins     wilkins@bwst-law.com, marbury@bwst-law.com
- Scott A. Wolfson     swolfson@wolfsonbolton.com,david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
- David M. Zack     dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
- Jennifer Zbytowski Belveal     jbelveal@honigman.com, mjohnson@honigman.com
- Janet M. Ziulkowski     jmz@zaplc.com, ecf@zaplc.com
- Craig E. Zucker     czucker@ermanteicher.com

and was mailed to the non-electronic filing parties listd below the attorney signature block:

Dated:   10/21/2013                                    ____/s/kurt thornbladh_____
                                                      KURT THORNBLADH P25858
                                                      Thornbladh Legal Group PLLC
                                                      Schaefer Plaza
                                                      7301 Schaefer
                                                      Dearborn MI 48126
                                                      (313) 943 2678
                                                      Fax (313) 447 2771
                                                      kthornbladh@gmail.com

Michael J. Abbott
,

Dempsey Addison
2727 Second Ave.
Suite 152
Detroit, MI 48201

Hassan Aleem
2440 Taylor
Detroit, MI 48205

Barry Allen
Vanguardians
POB 11202
Glendale, CA 91226

Alma Armstrong
12858 Riverview
Detroit, MI 48223

Aleta Atchinson-Jorgan
7412 Saint Paul
Detroit, MI 48214

Linda Bain
1071Baldwin
Detroit, MI 48214

Rand Beard
16840 Strathmoor St.
Detroit, MI 48235

Russ Bellant
19619 Helen
Detroit, MI 48234

Michael G Benson
19395 Parkside

Detroit, MI 48221

Cynthia Blair
8865 Espes
Detroit, MI 48204

Dwight Boyd
19337 Concord
Detroit, MI 48234

Nathaniel Brent
538 South Livernois
Detroit, MI 48209

Charles D Brown
1365 Joliet Place
Detroit, MI 48207

Edward Brown
12668 Chatham
Detroit, MI 48223

Lorene Brown
2227 Hughes Terrace
Detroit, MI 48208

Paulette Brown
19260 Lancashire
Detroit, MI 48223

Rakiba Brown
612 Clairmount St.
Detroit, MI 48202

Sylvia Jean Brown Jones
218 Elmshaven Drive
Lansing, MI 48917

Regina G. Bryant

2996 Bewick St.
Detroit, MI 48214

Mary Diane Bukowski
9000 E Jefferson #10-9
Detroit, MI 48214

David Bullock
701 W. Hancock
Detroit, MI 48201

Mark Burton
2920 Norwich
Lansing, MI 48911

Arthur L. Campbell
#185620
Lakeland Correctional Facility
141 First Street
Coldwater, MI 49036

Claudette Campbell
1021 Winchester Ave.
Lincoln Park, MI 48146

Johnnie R. Carr
11310 Mansfield
,

Sandra Carver
10110 E. Outer Dr.
Detroit, MI 48224

Raleigh Chambers
14861 Ferguson St.
Detroit, MI 48229

Chase Paymentech, LLC
Attn: Lazonia Clark, Business

Analyst
14221 Dallas Pkwy, Bldg II
Dallas, TX 75254

Charles Chatman
19974 Derby
Detroit, MI 48203

Arthur Dennis Cobb
1301 Orleans St Apt 902-E
Detroit, MI 48207

Alma Cozart
18331 Shaftsbury
Detroit, MI 48219

Krystal A. Crittendon
19737 Chesterfield
Detroit, MI 48221

Leola Regina Crittendon
19737 Chesterfield Road
Detroit, MI 48221

Angela Crockett
19680 Roslyn Rd.
Detroit, MI 48221

Lucinda J. Darrah
492 Peterboro
Detroit, MI 48201

Joyce Davis
15421 Strathmoor Street
Detroit, MI 48227

Sylvester Davis
,

William Davis
9203 Littlefield
Detroit, MI 48228

Lewis Dickens
1362 Joliet Pl
Detroit, MI 48207

Elmarie Dixon
4629 Philip St.
Detroit, MI 48215

Dorothy A. Doyley
8102 Cloverlawn St.
Detroit, MI 48204

Mary Dugans
18034 Birchcrest
Detroit, MI 48221

Hershel Dunn
17225 Parkside
Detroit, MI 48221

David Dye
19313 Ardmore
Detroit, MI 48235

Andrea Edwards
19165 Stotter Street
Detroit, MI 48234

Peter H. Ellsworth
Dickinson Wright
215 S. Washington Square
Suite 200
Lansing, MI 48933-1888

Jacqueline Esters
18570 Glastonbury
Detroit, MI 48219

Arthur Evans
11391 Nottingham Rd.
Detroit, MI 48224

Jerry Ford
9750 W. Outer Drive
Detroit, MI 48223

William D. Ford
18034 Birchcrest Dr.
Detroit, MI 48221

Ulysses Freeman
14895 Faust
Detroit, MI 48223

Woodrow Garrett
1401 Chene Apt. 703
Detroit, MI 48207

Girlie Gideon
12666 Lauder
Detroit, MI 48227

Olivia Gillon
18832 Arleen Court
Livonia, MI 48152

Donald Glass
,

Valerie Glenn-Simons
2820 East Grand Blvd.
Detroit, MI 48211

Lavarre W. Greene
19667 Roslyn Rd.
Detroit, MI 48221

HP Enterprise Services, LLC
c/o Michael D. Warner, Esq.
Cole, Schotz, Meisel, Forman
& Leonard
301 Commerce Street, Ste
1700

Fort Worth, TX 76102

Xylia Hall
3500 Parker
Detroit, MI 48214-1893

Andrea L. Hansen
Honigman, Miller, (Lansing)
224 N. Washington Square
Suite 400
Lansing, MI 48933-1800

William Hickey
14910 Lamphere St.
Detroit, MI 48223

Keith M. Hines
832 Chalmers
Detroit, MI 48215

LaVern Holloway
16246 Linwood Street
Detroit, MI 48221

Sandra Howard
15867 Coyle St.
Detroit, MI 48227

William L. Howard
17814 Charest
Detroit, MI 4812

Diane Hutchersun
4127 Grayton
Detroit, MI 48224

IBM Corporation
ATTN: National Bankruptcy
Coordinator
IBM Corporation
275 Viger East, Suite 400
Montreal, Quebec H2X 3R7

CANADA,

IBM Credit LLC
,

International Business
Machines Credit LLC (ICC)
,

Joann Jackson
16244 Princeton
Detroit, MI 48221

Ailene Jeter
18559 Brinker
Detroit, MI 48234

Sheilah Johnson
277 King Street
Detroit, MI 48202

Stephen Johnson
31354 Evergreen Road
Beverly Hils, MI 48025

Richard Johnson El-Bey
10339 Curtis Street
Detroit, MI 48221

Joseph Jones
19485 Asbuary Park
Detroit, MI 48219

Michael D. Jones
3129 Castlewood Drive
Las Vegas, NV 89102

Sallie M. Jones
4413 W. Philadelphia
Detroit, MI 48204

Zelma Kinchloe

439 Henry St
Detroit, MI 48201

Timothy King
4102 Pasadena
Detroit, MI 48238

Keetha R. Kittrell
22431 Tireman
,

Roosevelt Lee
11961 Indiana
Detroit, MI 48204

Leslie C. Little
18949 Plainview
Detroit, MI 48219

Althea Long
9256 Braile
Detroit, MI 48228

Mignon Lott
,

James Lovely
18716 Monte Vesta
Detroit, MI 48221

Edward Lowe
18046 Sussex
Detroit, MI 48235

Barbara Ann Magee
5154 Burns St.
Detroit, MI 48213

Vera Cleo Magee
,

Gerard V. Mantese

1361 E. Big Beaver Rd.
Troy, MI 48083

Lorna Lee Mason
1311 Wyoming
Detroit, MI 48238