UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
                                                        :
In re:                                                  : Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              : Case No.: 13-53846
                                                        :
                                  Debtor.               : Hon. Steven W. Rhodes
                                                        :
------------------------------------------------------- x

## *EX PARTE* MOTION TO EXPEDITE HEARING ON MOTION OF INTERNATIONAL UNION, UAW AND THE FLOWERS PLAINTIFFS TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON GROUNDS OF PRIVILEGE

International Union, UAW ("UAW") and Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman, as plaintiffs in the suit *Flowers v. Snyder*, No. 13-729 CZ (Ingham County Circuit Court) (the "*Flowers* plaintiffs")by their counsel requests that this Court expedite hearing of the Motion of International Union, UAW's Motion and the *Flowers* Plaintiffs to Compel Production of Documents Withheld on Grounds of Privilege (the "Motion to Compel"). As grounds for this motion to expedite, UAW and the Flowers plaintiffs state as follows:

   1. UAW and the *Flowers* plaintiffs filed this Motion to Compel to resolve remaining issues concerning the assertion of privilege with respect to the

State of Michigan's document production in this case as more fully set forth in the motion.

2. In light of the expedited nature of the proceedings with respect to the debtor's eligibility to file for Chapter 9 protection and the imminent trial date, this Court should grant the UAW's and *Flowers* Plaintiffs request for an expedited hearing to resolve the privilege issues that have arisen to date. It is critical that the privilege issues be resolved now to ensure that all relevant discovery is produced. In this regard, the UAW's motion to compel production from the City of Detroit [Docket No. 1236] has been scheduled on an expedited basis to be heard on September 19.

3. This Court has recognized the exigency with which discovery disputes raised in connection with the City's eligibility to file for chapter 9 relief must be resolved through its orders for expedited hearings with respect to UAW's motion to compel as well as to consider the State's Motion to Quash certain of UAW's discovery requests [Docket No. 703] and UAW's Objections and Comments to the Court's August 26, 2013 Order Regarding Eligibility Objections, Notices of Hearing and Certifications [Docket No. 759]. For the same reasons that compelled this Court to grant expedited consideration of the proceeding discovery disputes, the instant dispute should be addressed with the same urgency.

- 2 -

13-53846-tjt    Doc 1295    Filed 10/21/13    Entered 10/21/13 17:25:47    Page 2 of 5

4. Accordingly, UAW respectfully requests that this Court expedite consideration of the Motion to Compel and schedule a hearing for Wednesday October 23, 2013 or such other date as the Court deems appropriate.

WHEREFORE, UAW respectfully requests that this Court: (1) enter an order substantially in the form attached hereto as Exhibit 1, granting the relief sought herein; and (ii) grant such other and further relief to UAW as the Court may deem proper.

Dated: New York, New York
October 21, 2013

Respectfully submitted,

International Union, UAW

By: /s/ Babette A. Ceccotti
Cohen, Weiss and Simon LLP
Babette A. Ceccotti
Keith E. Secular
Thomas N. Ciantra
Peter D. DeChiara
Joshua J. Ellison
330 West 42nd Street
New York, New York 10036-6979
T: (212) 563-4100
F: (212) 695-5436
bceccotti@cwsny.com

- and -

Niraj R. Ganatra (P63150)
8000 East Jefferson Avenue
Detroit, Michigan 48214
T: (313) 926-5216
F: (313) 926-5240
nganatra@uaw.net

*Attorneys for International Union, UAW*

- and -

/s/ William A. Wertheimer
William A. Wertheimer
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
T: (248) 644-9200
billwertheimer@gmail.com

Andrew A. Nickelhoff
Sachs Waldman, P.C.
2211 East Jefferson Avenue
Detroit, Michigan 48207
T: (313) 965-3464
F: (313) 965-0268
anickelhoff@sachswaldman.com

*Attorneys for the Flowers Plaintiffs*

- 4 -

<u>**Exhibit 1**</u>

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------------- x
In re:                                               : Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           : Case No.: 13-53846
                                                     :
                                 Debtor.             : Hon. Steven W. Rhodes
------------------------------------------------------------- x

## *EX PARTE* ORDER GRANTING MOTION TO EXPEDITE

This matter coming before the Court on the ex parte motion (the "Motion") of the International Union, UAW and the Flowers plaintiffs for expedited consideration of their Motion to Compel Production of Documents Withheld on Grounds of Privilege; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. A hearing on the Objection is scheduled for _____, 2013 at ____:00 ____.m.

3.

Signed on _____

                                                  Steven Rhodes
                                                  United States Bankruptcy Judge