# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------x
                                        :    Chapter 9
In re                                   :
                                        :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,              :
                                        :
            Debtor.                     :    Hon. Steven W. Rhodes
                                        :
                                        :
-----------------------------------------------------x
```

## ORDER APPROVING RETENTION OF DENTONS US LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES EFFECTIVE AUGUST 28, 2013

Upon the application dated October 21, 2013 (the "Application") for an order under 11 U.S.C §§ 901(a), 1102(a)(1) and 1103 approving the retention of Dentons US LLP ("Dentons") as counsel to the Official Committee of Retirees (the "Retiree Committee"), effective August 28, 2013; and upon the Declaration of Carole Neville (the "Neville Declaration") attached to the Application as Exhibit 2; and notice of said Application having been given to (i) counsel for the City, and (ii) all parties who filed a notice of appearance and request for service and notice of documents consistent with Bankruptcy Rule 2002; and it appearing that no further notice is necessary; and it appearing that Dentons does not represent or hold an interest adverse to the above-captioned Debtor or to the Committee; it is

ORDERED, that the Application is granted; and it is further

ORDERED, that notice of said Application is sufficient; and it is further

ORDERED, that the retention of Dentons (including Dentons Europe for the transition period identified in the Neville Declaration) as counsel for the Committee is hereby approved

pursuant to 11 U.S.C. §§ 901(a), 1102(a)(1) and 1103(a) of the Bankruptcy Code, effective as of August 28, 2013; and it is further

ORDERED, that Dentons (including Dentons Europe for the transition Period identified in the Neville Declaration) shall be compensated by the Debtor in the amounts set forth in the Neville Declaration as allowed by the Fee Examiner upon the filing of appropriate documentation as required by the Fee Review Order dated September 11, 2013 [Dkt No. 810], and such other procedures as may be fixed by the Court or otherwise consented to by the Debtor; and it is further

ORDERED, that Dentons is authorized to retain Segal Inc. as its consultants to provide actuarial services in furtherance of Dentons' services to the Committee, and Segal shall receive compensation upon application of Dentons and reimbursement by the City.

Dated: Detroit, Michigan
 October _, 2013

_____
UNITED STATES BANKRUPTCY JUDGE

81248105\V-3