UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
------------------------------------------------------- x

## *EX PARTE* ORDER GRANTING MOTION TO EXPEDITE

This matter coming before the Court on the ex parte motion (the "Motion") of the International Union, UAW and the Flowers plaintiffs for expedited consideration of their Motion to Compel Production of Documents Withheld on Grounds of Privilege; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. A hearing on the Motion to Compel Production of Documents is scheduled for **October 23, 2013, at 9:00 a.m.** in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on October 22, 2013**

                                                  /s/ Steven Rhodes
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**