UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
:
In re                                                                :
                                                                     :
                                                                     :   Chapter 9
                                                                     :
CITY OF DETROIT, MICHIGAN,                                           :
                                                                     :   Case No. 13-53846
                           Debtor.      :
                                                                     :
                                                                     :   Hon. Stephen W. Rhodes
                                                                     :
---------------------------------------------------------------------x

## NOTICE OF APPLICATION FOR AN ORDER APPROVING THE RETENTION OF DENTONS US LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES OF THE CITY OF DETROIT EFFECTIVE AUGUST 28, 2013

**PLEASE TAKE NOTICE** that the Official Committee of Retirees filed an Application for An Order Approving the Retention of Dentons US LLP as Counsel to the Official Committee of Retirees of the City of Detroit Effective August 28, 2013 (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order granting the Application or if you want the Court to consider your views on the Application, **within 14 days**, you or your attorney must:

1. File with the Court a written objection, together with a proof of service, explaining your position at:

                  United States Bankruptcy Court
                        211 W. Fort Street
                  Detroit, Michigan 48226-3211

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of your objection to:

Paula A. Hall, 401 S. Old Woodward Avenue, Suite 400, Birmingham, MI 48009 and

Carol Neville, Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020

If an objection is timely filed and served, the clerk will schedule a hearing on the Application and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.**

Dated: October 22, 2013                                  Respectfully submitted,

| | |
|---|---|
| Carole Neville | By: /s/ Paula A. Hall |
| DENTONS US LLP | Matthew E. Wilkins (P56697) |
| 1221 Avenue of the Americas | Paula A. Hall (P61101) |
| New York, New York 10020 | Brooks Wilkins Sharkey & Turco PLLC |
| Tel: (212) 768-6700 | 401 South Old Woodward, Suite 400 |
| Fax: (212) 768-6800 | Birmingham, Michigan 48009 |
| carole.neville@dentons.com | Direct: (248) 971-1711 |
| | Fax: (248) 971-1801 |
| | wilkins@bwst-law.com |
| | hall@bwst-law.com |

*Counsel for the Official Committee of Retirees*