<pre>
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
</pre>

---------------------------------------------------------------x
:
In re                                                          :
                                                               :
                                                               :  Chapter 9
                                                               :
CITY OF DETROIT, MICHIGAN,                                     :
                                                               :  Case No. 13-53846
                    Debtor.                                    :
                                                               :
                                                               :  Hon. Stephen W. Rhodes
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Paula A. Hall, hereby certify that the *Application for An Order Approving the Retention of Dentons US LLP as Counsel to the Official Committee of Retirees of the City of Detroit Effective August 28, 2013* was filed and served via the Court's electronic case filing and noticing system on October 21, 2013.

By: /s/ Paula A. Hall
Paula A. Hall (P61101)
Brooks Wilkins Sharkey & Turco PLLC
401 S. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
(248) 971-1800; (248) 971-1801 - Facsimile
hall@bwst-law.com