UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------- x
: 
In re: : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
: 
: Hon. Steven W. Rhodes
Debtor. :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of October 2013, I caused the *Ex Parte Motion to Expedite Hearing on Motion of International Union, UAW and the Flowers Plaintiffs Motion to Compel Production of Documents Withheld on Grounds of Privilege* [DE 1295] to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, New York
October 22, 2013

                                           Cohen, Weiss and Simon LLP

                            By: /s/ Babette A. Ceccotti
                                           330 West 42nd Street
                                           New York, New York 10036-6976
                                           T: 212-563-4100
                                           bceccotti@cwsny.com

                                           *Attorneys for International Union, UAW*