# EXHIBIT LIST

Exhibit 1    Proposed Order

Exhibit 2    Pertinent portion of Circuit Court Judge Hathaway's ruling at May 11, 2012, hearing

Exhibit 3    Michigan Court of Appeals Schedule of Arguments notice