UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                            Chapter 9
                                                                        Case No. 13-53846

City of Detroit, Michigan,

       Debtor.

_____/

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on October 22, 2013, he caused to be filed electronically with the Clerk of the Court a Motion for Relief from the Automatic Stay for Limited Purpose of Hearing Issues on Appeal [docket no. 1307] on behalf of Jerome Moore, Plaintiff-Appellant in the Michigan Court of Appeals, Case No. 310920, and the Clerk will automatically provide service upon all ECF participants in this matter. He further certifies that he caused a copy of the Motion and related exhibits to be served by first-class U.S. mail on October 22, 2013, upon Deborah Brower, Esq., 200 Talon Center Drive, Suite 200, Detroit, MI 48207; and Jason McFarlane, Esq., City of Detroit Law Department, 2 Woodward Avenue, Suite 500, Detroit, MI 48226.

                                                  JEROME D. GOLDBERG, PLLC

                                                  By:    */s/ Jerome D. Goldberg*
                                                  Jerome D. Goldberg (P61678)
                                                  Attorney for Jerome Moore, Plaintiff-
                                                  Appellant in the Michigan Court of Appeals
                                                  2921 East Jefferson, Suite 205
                                                  Detroit, MI 48207
                                                  Phone: 313-393-6001
                                                  Fax: 313-393-6007
                                                  Email: apclawyer@sbcglobal.net

DATED: October 22, 2013