UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                         Case No. 13-53846

           Debtor.                        Hon. Steven W. Rhodes
_____/

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby files its Notice of Appearance on behalf of the 36th District Court for the State of Michigan in this Chapter 9 case. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 9 case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtors or their respective properties.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right the 36th District Court for the State of Michigan expressly reserves without prejudice.

Dated: October 22, 2013

BARNES & THORNBURG LLP
Counsel to the 36th District Court
for the State of Michigan

By: /s/ Patrick E. Mears
  Patrick E. Mears (P31316)
Business Address:
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999
E-Mail: pmears@btlaw.com

GRDS01 483164v1