UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN            Chapter 9
                                                           Case No. 13-53846
      Debtor.                                 Hon. Steven W. Rhodes
_____/

## PROOF OF SERVICE

Rebekah LaPan, being duly sworn, deposes and says that on October 22, 2013, she served State of Michigan's REVISED privilege logs and partially redacted documents relating to the second privilege log in response to request for production of documents upon:

     Peter D. DeChiara                    William Wertheimer
     Cohen, Weiss and Simon, LLP       Law Office of William Wertheimer
     330 West 42nd Street                 30515 Timberbrook Lane
     New York, NY 10036-6979          Bingham Farms, MI 48025-4660

     Lynn M. Brimer                        Dan T. Moss
     Strobl & Sharp, PC                   Jones Day
     300 East Long Lake Road, Ste. 200   51 Louisiana Ave., NW
     Bloomfield Hills, MI 48304-2376     Washington D.C. 20001-2113

by mailing same via overnight mail from the City of Lansing, State of Michigan, enclosed in an envelope, plainly addressed, bearing postage fully prepaid.

                                               */s/ Rebekah LaPan*
                                               Rebekah LaPan
                                               Legal Secretary
                                               Michigan Department of Attorney General