UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

In re:

CITY OF DETROIT, MICHIGAN            Chapter 9
                                                 Case No. 13-53846
               Debtor.                      Hon. Steven W. Rhodes
_____/

**EXHIBIT LIST TO GET BACK UP, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FED.R.BANKR.P. 4001 (a)(3)**

Exhibit A:    Order Granting Get Back Up, Inc.'s Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed.R.BankR.P. 4001 (a)(3)

Exhibit B:    Motion for Judgment for Permanent Injunction

Exhibit C:    Motion to Reconsideration and/or to Amend the Judgment