# Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

In re:

CITY OF DETROIT, MICHIGAN            Chapter 9
                                                   Case No. 13-53846
             Debtor.                            Hon. Steven W. Rhodes
_____/

## ORDER GRANTING GET BACK UP, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FED.R.BANKR.P. 4001 (a)(3)

Upon consideration of Get Back Up, Inc.'s Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed. R. Bankr. P. 4001 (a)(3) (the "Motion"), and the Court being duly advised of the premises;

IT IS ORDERED that:

1) The Motion is GRANTED.

2) Relief from that automatic stay applicable under 11 U.S.C. § 922(a) and 11 U.S.C. § 362(a) is GRANTED for the purpose of allowing Case No. 11-cv-13909 to continue.

3) This Court finds that Rule 4001 (a) (3) of the Federal Rules of Bankruptcy Procedure is waived.

**EXHIBIT A**