UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, I electronically filed:

- Get Back Up, Inc.'s Motion for Relief From the Automatic Stay and for Waiver of Provisions of FED.R.BANKR.P. 4001(a)(3)
- Notice of Get Back Up, Inc.'s Motion for Relief From the Automatic Stay and for Waiver of Provisions of FED.R.BANKR.P. 4001(a)(3)
- Proposed Order
- Certificate Of Service

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
211 W. Fort Street
Detroit, MI 48226

All Interested Parties on the Mailing Matrix

Dated: October 22, 2013

/s/ Jonathan B. Frank
Jonathan B. Frank (P42656)
Attorney for Get Back Up, Inc.
121 W. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
(248) 642-0500

J:\8135\1\00184733.DOCX