UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

In re:

CITY OF DETROIT, MICHIGAN          Chapter 9
                                                   Case No. 13-53846
            Debtor.                     Hon. Steven W. Rhodes
_____/

## NOTICE OF GET BACK UP, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FED.R.BANKR.P. 4001 (a)(3)

Get Back Up, Inc., has filed papers with the court to terminate the Automatic Stay and to waive the provisions of Fed. R. Bankr. P. 4001(a)(3).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant relief requested in the **motion**, or if you want the Court to consider your views on the matter, within fourteen (14) days from the date of service of this notice, you or your attorney must:

1. **File with the Court** a written response or an answer, explaining your position at:

         United States Bankruptcy Court
         211 West Fort Street, Suite 1700
         Detroit, Michigan 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it within the above-referenced time period.

2. **Mail a copy to:**

Jonathan B. Frank, Esq.
Attorney for Get Back Up, Inc.
121 W. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304

**3. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.**

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

                                       Respectfully submitted,

                                       By: /s/ Jonathan B. Frank
                                       Jonathan B. Frank (P42656)
                                       Attorney for Get Back Up, Inc.
                                       121 W. Long Lake Road, Suite 200
                                       Bloomfield Hills, Michigan 48304
                                       (248) 642-0500

Dated: October 22, 2013

J:\8135\1\00184736.DOCX