UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

_____/

## EX-PARTE MOTION FOR EXPEDITED HEARING ON GET BACK UP, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FED.R.BANKR.P. 4001 (a)(3)

Get Back Up, Inc. ("GBU") in support of its Ex-Parte Motion for Expedited Hearing on GBU's Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed. R. Bankr. P. 4001 (a)(3) states as follows:

1. On October 22, 2013, GBU filed its Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed. R. Bankr. P. 4001 (a)(3) (Docket No. 1314).

2. That Motion requires an expedited hearing because there is a pending motion to be resolved in the case before Judge Robert Cleland in the U.S. District Court.

3. For the reasons set forth in the motion for relief from the automatic stay, Movant believes that relief from stay is necessary as soon as possible.

WHEREFORE, GBU respectfully requests this Honorable Court grant its Ex-Parte Motion for Expedited Hearing on GBU's Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed. R. Bankr. P. 4001 (a)(3) as more fully set forth in the proposed order attached hereto as **Exhibit A.**

Respectfully submitted,

By: /s/ Jonathan B. Frank
Jonathan B. Frank (P42656)
Attorney for Get Back Up, Inc.
121 W. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
(248) 642-0500

Dated: October 22, 2013