UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

# EXHIBIT LIST TO EX-PARTE MOTION FOR EXPEDITED HEARING ON GET BACK UP, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FED.R.BANKR.P. 4001 (a)(3)

Exhibit A:  Order Granting Ex-Parte Motion for Expedited Hearing on Get Back Up, Inc.'s Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed.R.Bankr.P. 4001(a)(3)