UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**EXHIBITS TO:**

**STATE OF MICHIGAN'S RESPONSE TO MOTION OF INTERNATIONAL UNION, UAW AND FLOWERS PLAINTIFFS TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON <u>GROUNDS OF PRIVILEGE BY THE STATE OF MICHIGAN</u>**

    EXHIBIT A - 3/12/2013 EMAIL

    EXHIBIT B - Common Interest Agreement

    EXHIBIT C - Privilege Logs

    EXHIBIT D - Case Opinion - Pulte Homes