# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

## Order Party: Name, Address and Telephone Number

Name **Syncora Guarantee & Syncora Capital Assurance**

Firm **Kirkland & Ellis LLP**

Address **300 N. LaSalle**

City, State, Zip **Chicago, IL 60654**

Phone **312.862.3200**

Email **dustin.paige@kirkland.com**

Case/Debtor Name: **City of Detroit, MI**

Case Number: **13-53846**

Chapter: **9**

Hearing Judge _ Hon. Steven Rhodes

⦿ **Bankruptcy**   ◯ **Adversary**

◯ **Appeal**   **Appeal No:** _____

## Hearing Information (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/16/13   Time of Hearing: 10:00 am   Title of Hearing: Hearing re Detroit Bankruptcy

Please specify portion of hearing requested:   ⦿ **Original/Unredacted**   ◯ **Redacted**   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

## Type of Request:

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

◯ Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

## Signature of Ordering Party:

_Dustin Paige_ _____   Date: **10/21/2013**

By signing, I certify that I will pay all charges upon completion of the transcript request.

FOR COURT USE ONLY

Transcript To Be Prepared By

_____   Date   By

Order Received:

Transcript Ordered

Transcript Received