UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

In re:

CITY OF DETROIT, MICHIGAN          Chapter 9
                                                        Case No. 13-53846
              Debtor.                          Hon. Steven W. Rhodes
_____/

**ORDER GRANTING EX-PARTE MOTION FOR EXPEDITED HEARING ON GET BACK UP, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FED.R.BANKR.P. 4001 (a)(3)**

THIS MATTER having come before the Court on GBU's Ex-Parte Motion for Expedited Hearing on GBU's Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed. R. Bankr. P. 4001 (a)(3), and the Court otherwise being duly advised in the premises;

**IT IS HEREBY ORDERED** Ex-Parte Motion for Expedited Hearing on GBU's Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed. R. Bankr. P. 4001 (a)(3) is GRANTED.

**IT IS FURTHER ORDERED** GBU's Motion for Relief from the Automatic Stay and for Waiver of Provisions of Fed. R. Bankr. P. 4001 (a)(3) shall be heard on **November 14, 2013, at 10:00 a.m.,** in Room 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on October 23, 2013**

                                                            _____/s/ Steven Rhodes_____
                                                            **Steven Rhodes**
                                                            **United States Bankruptcy Judge**