UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
|  | Detroit, MI 48226 |  |

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

''' Bankruptcy      Adversary

   Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____   **Time of Hearing:** _____   **Title of Hearing:** _____

Please specify portion of hearing requested:   ''' **Original/Unredacted** """" **Redacted** """"""" **Copy** *2nd Party)

   Entire Hearing       Ruling/Opinion of Judge       Testimony of Witness       Other

Special Instructions: _____

**Type of Request:**

   Ordinary Transcript - $3.65 per page (30 calendar days)

   14-Day Transcript - $4.25 'r gt 'r ci g (14 calendar days)

   Expedited Transcript - $4.85 'r gt 'r ci g (7 working days)

""""""""CD - $30; FTR Gold format"/"You must download the free
   """FTR Record Player™ onto your computer from
""""""""""""""""""""""y y y 0 ni qrf œqo "

""""""""""""""""""""
**Signature of Ordering Party:**

_____ Date: _____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                                Date        By

Order Received:

Transcript Ordered

Transcript Received