# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------x
: 
In re                          :         Chapter 9
: 
CITY OF DETROIT, MICHIGAN,     :         Case No. 13-53846
: 
               Debtor.     :         Hon. Steven W. Rhodes
: 
: 
: 
-------------------------------------------------------x

## NOTICE OF FILING OF AMENDED EXHIBITS 6.1 AND 6.2 TO MOTION OF DEBTOR, PURSUANT TO SECTIONS 105, 501 AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(C), FOR ENTRY OF AN ORDER ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE HEREOF

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1.       On October 10, 2013, the City of Detroit (the "City"), filed the

Motion of Debtor, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code

and Bankruptcy Rules 2002 and 3003(c), for Entry of an Order Establishing Bar

Dates for Filing Proofs of Claim and Approving Form and Manner of Notice

Thereof (Docket No. 1146) (the "Motion").[1]  A hearing on the Motion has been

scheduled for November 13, 2013 at 10:00 a.m., Eastern Time.

---

[1]      Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2.      Attached as <u>Exhibit 6.1</u> to the Motion is a schedule of bonds (the "<u>Original Bond Schedule</u>") with respect to which the trustee or similar entity has informed the City that, consistent with Bankruptcy Rule 3003(c)(5), it intends to (a) file any proofs of claim against the City on behalf of the holders and (b) provide notice to the applicable holders.

3.      Attached as <u>Exhibit 6.2</u> to the Motion is a proposed form of bar date notice (the "<u>Original Notice</u>").  Attached to the Original Notice is a copy of the Original Bond Schedule.

4.      U.S. Bank National Association, as trustee, has informed the City that it intends to file any proof of claim on behalf of, and provide notice to, the applicable holders with respect to certain additional series of bonds that were not identified on the Original Bond Schedule and the Original Notice (collectively, the "<u>State Revolving Fund Revenue Bonds</u>").

5.      Attached hereto as <u>Exhibit A</u> is a revised form of Original Bond Schedule, modified solely to include the State Revolving Fund Revenue Bonds (the "<u>Revised Bond Schedule</u>").  Attached hereto as <u>Exhibit B</u> is a blackline of the Revised Bond Schedule against the Original Bond Schedule.

6.      Attached hereto as <u>Exhibit C</u> is a revised form of Original Notice, modified solely to include the Revised Bond Schedule (the "<u>Revised</u>

Notice"). Attached hereto as <u>Exhibit D</u> is a blackline of the Revised Notice against the Original Notice.

*[Remainder of Page Intentionally Blank]*

ATI-2581763v1

Dated: October 23, 2013

Respectfully submitted,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

ATI-2581763v1
13-53846-tjt    Doc 1330    Filed 10/23/13    Entered 10/23/13 11:02:26    Page 4 of 36

**EXHIBIT A**

ATI-2581763v1

## SCHEDULE OF SECURED BONDS

With respect to the following series of bonds (collectively, the "Secured Bonds"), the applicable trustee or similar entity has informed the City that it will (i) file any proofs of claim on behalf of the holders of the Secured Bonds; and (ii) provide notice to the holders of the Secured Bonds.

| Description | Trustee or Similar Entity |
|---|---|
| Sewage Disposal System Revenue Bond Series 1998-A | U.S. Bank National Association ("U.S. Bank") |
| Sewage Disposal System Revenue Bond Series 1998-B | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 1999-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2001-B | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2001(C)(1) | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2001(C)(2) | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2001-D | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2001-E | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2003-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2003-B | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2004-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2005-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2005-B | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2005-C | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2006-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2006-B | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2006-C | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2006-D | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2012-A | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1992-B SRF | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1993-B SRF | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1997-B SRF | U.S. Bank |

| Description | Trustee or Similar Entity |
|---|---|
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF2 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF3 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF4 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2000-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2000-SRF2 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2001-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2001-SRF2 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF2 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF3 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2003-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2003-SRF2 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF2 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF3 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2007-SRF1 | U.S. Bank |

| Description | Trustee or Similar Entity |
|---|---|
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2009-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2010-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2012-SRF1 | U.S. Bank |
| Water Supply System Revenue Bond Series 1993 | U.S. Bank |
| Water Supply System Revenue Bond Series 1997-A | U.S. Bank |
| Water Supply System Revenue Bond Series 2001-A | U.S. Bank |
| Water Supply System Revenue Bond Series 2001-C | U.S. Bank |
| Water Supply System Revenue Bond Series 2003-A | U.S. Bank |
| Water Supply System Revenue Bond Series 2003-B | U.S. Bank |
| Water Supply System Revenue Bond Series 2003-C | U.S. Bank |
| Water Supply System Revenue Bond Series 2003-D | U.S. Bank |
| Water Supply System Revenue Bond Series 2004-A | U.S. Bank |
| Water Supply System Revenue Bond Series 2004-B | U.S. Bank |
| Water Supply System Revenue Bond Series 2005-A | U.S. Bank |
| Water Supply System Revenue Bond Series 2005-B | U.S. Bank |
| Water Supply System Revenue Bond Series 2005-C | U.S. Bank |
| Water Supply System Revenue Bond Series 2006-A | U.S. Bank |
| Water Supply System Revenue Bond Series 2006-B | U.S. Bank |
| Water Supply System Revenue Bond Series 2006-C | U.S. Bank |
| Water Supply System Revenue Bond Series 2006-D | U.S. Bank |
| Water Supply System Revenue Bond Series 2011-A | U.S. Bank |
| Water Supply System Revenue Bond Series 2011-B | U.S. Bank |
| Water Supply System Revenue Bond Series 2011-C | U.S. Bank |
| Water Supply System State Revolving Fund Revenue Bonds Series 2005-SRF1 | U.S. Bank |
| Water Supply System State Revolving Fund Revenue Bonds Series 2005-SRF2 | U.S. Bank |

| Description | Trustee or Similar Entity |
| --- | --- |
| Water Supply System State Revolving Fund Revenue Bonds Series 2006-SRF1 | U.S. Bank |
| Water Supply System State Revolving Fund Revenue Bonds Series 2008-SRF1 | U.S. Bank |
| Distributable State Aid Second Lien Bonds (Unlimited Tax General Obligation) Series 2010-A | U.S. Bank |
| Distributable State Aid General Obligation Limited Tax Bonds Series 2010 | U.S. Bank |
| Distributable State Aid Third Lien Bonds (Limited Tax General Obligation) Series 2012-A(2), (A2-B), (B) & (B)(2) | U.S. Bank |
| Detroit Building Authority Bonds: Revenue Refunding Bonds Parking System-Series 1998-A | The Bank of New York Mellon Trust Company, National Association |

**EXHIBIT B**

# SCHEDULE OF SECURED BONDS

    With respect to the following series of bonds (collectively, the "Secured Bonds"), the applicable trustee or similar entity has informed the City that it will (i) file any proofs of claim on behalf of the holders of the Secured Bonds; and (ii) provide notice to the holders of the Secured Bonds.

| Description | Trustee or Similar Entity |
| --- | --- |
| Sewage Disposal System Revenue Bond Series 1998-A | U.S. Bank ~~N~~**National Association ("U.**~~A~~**S. Bank")** |
| Sewage Disposal System Revenue Bond Series 1998-B | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 1999-A | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2001-B | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2001(C)(1) | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2001(C)(2) | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2001-D | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2001-E | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2003-A | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2003-B | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2004-A | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2005-A | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2005-B | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2005-C | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2006-A | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2006-B | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2006-C | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2006-D | U.S. Bank ~~N.A.~~ |
| Sewage Disposal System Revenue Bond Series 2012-A | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1992-B SRF** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1993-B SRF** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds** | **U.S. Bank** |

| Description | Trustee or Similar Entity |
|---|---|
| **Series 1997-B SRF** | |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF1** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF2** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF3** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF4** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2000-SRF1** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2000-SRF2** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2001-SRF1** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2001-SRF2** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF1** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF2** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF3** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2003-SRF1** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2003-SRF2** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF1** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF2** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF3** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2007-SRF1** | **U.S. Bank** |

| Description | Trustee or Similar Entity |
|---|---|
| **<u>Sewage Disposal System State Revolving Fund Revenue Bonds Series 2009-SRF1</u>** | **<u>U.S. Bank</u>** |
| **<u>Sewage Disposal System State Revolving Fund Revenue Bonds Series 2010-SRF1</u>** | **<u>U.S. Bank</u>** |
| **<u>Sewage Disposal System State Revolving Fund Revenue Bonds Series 2012-SRF1</u>** | **<u>U.S. Bank</u>** |
| Water Supply System Revenue Bond Series 1993 | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 1997-A | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2001-A | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2001-C | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2003-A | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2003-B | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2003-C | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2003-D | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2004-A | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2004-B | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2005-A | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2005-B | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2005-C | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2006-A | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2006-B | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2006-C | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2006-D | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2011-A | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2011-B | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series 2011-C | U.S. Bank ~~N.A.~~ |
| **<u>Water Supply System State Revolving Fund Revenue Bonds Series 2005-SRF1</u>** | **<u>U.S. Bank</u>** |
| **<u>Water Supply System State Revolving Fund Revenue Bonds Series 2005-SRF2</u>** | **<u>U.S. Bank</u>** |
| **<u>Water Supply System State Revolving Fund Revenue Bonds</u>** | |

| Description | Trustee or Similar Entity |
|---|---|
| **Series 2006-SRF1** | **U.S. Bank** |
| **Water Supply System State Revolving Fund Revenue Bonds Series 2008-SRF1** | **U.S. Bank** |
| Distributable State Aid Second Lien Bonds (Unlimited Tax General Obligation) Series 2010-A | U.S. Bank ~~N.A.~~ |
| Distributable State Aid General Obligation Limited Tax Bonds Series 2010 | U.S. Bank ~~N.A.~~ |
| Distributable State Aid Third Lien Bonds (Limited Tax General Obligation) Series 2012-A(2), (A2-B), (B) & (B)(2) | U.S. Bank ~~N.A.~~ |
| Detroit Building Authority Bonds: Revenue Refunding Bonds Parking System-Series 1998-A | The Bank of New York Mellon Trust Company, ~~N.A.~~**National Association** |

-4-

**EXHIBIT C**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

-------------------------------------------------------x
                          :

In re                        :        Chapter 9

                          :

CITY OF DETROIT, MICHIGAN,     :        Case No. 13-53846

                          :

                 Debtor.     :        Hon. Steven W. Rhodes

                          :

                          :

-------------------------------------------------------x

---

## SUMMARY OF NOTICE

- This document explains how to file a claim against the City of Detroit, Michigan (the "City") in its bankruptcy case.

- The deadline for most claimants to file a claim against the City is **January 21, 2014 at 5:00 p.m., Eastern Time**.

- If you are required to file a claim against the City and do not do so, you will not be entitled to vote on, or share in any distributions under, the City's chapter 9 plan.

- **Not everyone is required to file a claim.** As described in greater detail below, the following claimants, among others, do **not** need to file a claim:

  - Retirees and employees whose claims are only for future healthcare or pension benefits.

  - Parties with routine income tax refund claims, which will be processed by the City in the ordinary course.

  - The holders of secured bonds (as described below) on whose behalf claims will be filed by the trustee of the applicable series of bonds.

  - Claimants asserting expenses of administration under section 503(b) of the Bankruptcy Code other than (a) claims under section 503(b)(9) of the Bankruptcy Code and (b) certain Rejection Damages Claims, as defined below.

- **You should read this document carefully.** After reading this document, if you have any questions regarding the filing of a proof of claim, you may contact the City of Detroit Claims Hotline during normal business hours at (877) 298-6236, which is staffed by the City's claims and noticing agent, Kurtzman Carson Consultants, LLC ("KCC"). Please note that KCC is not permitted to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should consult an attorney.

[Note: This Summary of Notice is for the service version, not the publication version, of this Notice.]

<u>**NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM**</u>

**(GENERAL BAR DATE IS JANUARY 21, 2014
AT 5:00 P.M., EASTERN TIME)**

**TO ALL PERSONS AND ENTITIES
WITH CLAIMS AGAINST THE CITY OF DETROIT, MICHIGAN:**

On **[_____]**, 2013, the United States Bankruptcy Court for the Eastern District of Michigan (the "<u>Court</u>") entered an order (Docket No. **[____]**) (the "<u>Bar Date Order</u>") establishing certain deadlines for the filing of proofs of claim in the chapter 9 bankruptcy case of the City.

By the Bar Date Order, the Court established **January 21, 2014 at 5:00 p.m., Eastern Time** (the "<u>General Bar Date</u>"), as the general claims bar date for filing proofs of claim in the City's case. As described below, certain claimants are <u>not</u> required to file proofs of claim with respect to their claims, and the Bar Date Order also establishes different bar dates with respect to certain categories of claims. ***To determine if you need to file a proof of claim in this case and the applicable deadline and instructions for filing a proof of claim, please read this Notice carefully.***

*List of Claims*

On the Filing Date (as defined below), the City filed its List of Creditors Pursuant to Section 924 of the Bankruptcy Code and Bankruptcy Rule 1007 (Docket No. 16) (the "<u>Original List of Creditors</u>"). On August 1, 2013, the City filed its Amended List of Creditors Pursuant to Section 924 of the Bankruptcy Code and Bankruptcy Rule 1007 (Docket No. 258) (the "<u>Amended List of Creditors</u>"), which replaced the Original List of Creditors and redacted certain personal information therein.

On September 30, 2013, the City filed its Second Amended List of Creditors and Claims, Pursuant to Sections 924 and 925 of the Bankruptcy Code (Docket No. 1059), which supplemented and amended the information in the Amended List of Creditors and also constitutes the City's list of claims under section 925 of the Bankruptcy Code (as amended or supplemented from time to time, the "<u>List of Claims</u>"). Any claim identified on the List of Claims is referred to herein as a "<u>Scheduled Claim</u>."

*Proof of Claim Form*

For your convenience, enclosed with this Notice is a proof of claim form (the "<u>Claim Form</u>"), which identifies on its face the amount, nature and classification of your claim(s), if any, listed in the City's List of Claims. A blank copy of the Claim Form also is available on the City's restructuring website at www.kccllc.net/detroit. **[Note: This paragraph is for the service version, not the publication version, of this Notice.]**

For the convenience of potential claimants, a proof of claim form prepared for use in the City's chapter 9 case (the "<u>Claim Form</u>") is available on the City's restructuring website at www.kccllc.net/detroit. **[Note: This paragraph is for the publication version of this Notice.]**

*Certain Definitions*

As used in this Notice the term "<u>entity</u>" has the meaning given to it in section 101(15) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and includes, among other things, individuals, partnerships, corporations, joint ventures and trusts.

As used in this Notice, the term "<u>claim</u>" means, as to or against the City and in accordance with section 101(5) of the Bankruptcy Code: (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

1. **THE BAR DATES**

   The Bar Date Order establishes the following bar dates for filing proofs of claim in this case (collectively, the "Bar Dates"):

   (a)    The General Bar Date. Pursuant to the Bar Date Order, except as described below, all entities holding claims against the City that arose (or are deemed to have arisen) prior to the commencement of this case are required to file proofs of claim by the General Bar Date (i.e., by January 21, 2014 at 5:00 p.m., Eastern Time). This case was commenced on July 18, 2013 (the "Filing Date"). The General Bar Date applies to all types of claims against the City that arose prior to the Filing Date, including secured claims, unsecured priority claims and unsecured nonpriority claims. For the avoidance of doubt, the General Bar Date applies to all claims asserting administrative expense priority under section 503(b)(9) of the Bankruptcy Code, subject to Section 3 below.

   (b)    The Rejection Damages Bar Date. Pursuant to the Bar Date Order, any entity asserting claims arising from or relating to the rejection of executory contracts or unexpired leases, in accordance with section 365 of the Bankruptcy Code and pursuant to an order entered prior to the confirmation and effectiveness of a plan of adjustment in the City's chapter 9 case (any such order, a "Rejection Order"), or claims otherwise related to such rejected agreements, including (i) secured claims, unsecured priority claims and unsecured nonpriority claims that arose or are deemed to have arisen prior to the Filing Date and (ii) administrative claims under section 503(b) of the Bankruptcy Code (collectively, "Rejection Damages Claims") are required to file proofs of claim by the later of (a) the General Bar Date and (b) 5:00 p.m., Eastern Time, on the first business day that is at least 30 days after the entry of the relevant Rejection Order. The later of these dates is referred to in this Notice as the "Rejection Damages Bar Date." *For the avoidance of doubt, all prepetition and postpetition claims of any kind or nature arising from or relating to executory contacts or unexpired leases rejected by a Rejection Order must be filed by the Rejection Damages Bar Date.* In accordance with the Bar Date Order, any Rejection Order entered by the Bankruptcy Court will specify the Rejection Damages Bar Date applicable to any executory contracts or unexpired leases rejected thereunder.

   (c)    The Amended Claims List Bar Date. Pursuant to the Bar Date Order, if, subsequent to the date of this Notice, the City amends or supplements its List of Claims to: (i) reduce the undisputed, noncontingent and liquidated amount of a claim; (ii) change the nature or classification of a Scheduled Claim in a manner adverse to the listed creditor; or (iii) add a new Scheduled Claim to the List of Claims with respect to a party that was not previously served with notice of the Bar Dates (in each case, a "Modified Claim"), the affected claimant shall be permitted to file a proof of claim, or amend any previously filed proof of claim, in respect of the Modified Claim in accordance with the procedures described herein by the later of (i) the General Bar Date; and (ii) 5:00 p.m., Eastern Time, on the first business day that is at least 30 days after the date that notice of the applicable amendment to the List of Claims is served on the claimant (the "Amended Claims List Bar Date"). The City will provide notice of any Amended Claims List Bar Date to affected claimants. Affected claimants that previously filed a proof of claim (any such claim, a "Filed Claim") with respect the liabilities giving rise to any Modified Claim need not refile their proof of claim because the Filed Claim is deemed to supersede and replace the original Scheduled Claim and the Modified Claim. In addition, if the City's amendment to the List of Claims improves the amount or treatment of a Scheduled Claim or a Filed Claim, a claimant that previously was served with a notice of the Bar Dates is not permitted to file additional claims by the Amended Claims List Bar Date. Notwithstanding the foregoing, nothing contained herein precludes the City from objecting to any Scheduled Claim or Filed Claim on any grounds.

   (d)    The Governmental Bar Date. Governmental units (as defined in section 101(27) of the Bankruptcy Code) are not subject to the General Bar Date. Pursuant to Bankruptcy Rule 3002(c)(1), the date by which governmental units must file proofs of claim in this case (the "Governmental Unit Bar Date") is the later of: (i) the first business day that is at least 180 days following the date of the entry of an order for relief in this case; and (ii) any Rejection

Damages Bar Date or Amended Claims List Bar Date applicable to the governmental unit. No order for relief has yet been entered in the City's chapter 9 case, and proceedings to establish the City's eligibility to be a chapter 9 debtor are ongoing at this time. If the City prevails in establishing eligibility, the Court will enter an order for relief consistent with section 921(d) of the Bankruptcy Code. **[Update as appropriate at time that this Notice is finalized.]** The City will provide notice of the entry of an order for relief to all known creditors that are governmental units of the Court's entry of an order for relief and the resulting Governmental Bar Date.

## 2. WHO MUST FILE A PROOF OF CLAIM

Unless one of the exceptions described in Section 5 below applies, if you have a claim that arose or is deemed to have arisen prior to the Filing Date (any such claim, a "Prepetition Claim"), you MUST file a proof of claim to share in distributions from the City's bankruptcy case or to vote on a chapter 9 plan. Claims based on acts or omissions of the City that occurred before the Filing Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

Except where the Rejection Damages Bar Date, the Amended Claims List Bar Date or the Governmental Bar Date applies to establish a different deadline or one of the exceptions in Section 5 applies, the following entities must file proofs of claim on or before the General Bar Date:

(a) any entity (i) whose Prepetition Claim against the City is not listed in the City's List of Claims or is listed as "disputed," "contingent" or "unliquidated" and (ii) that desires to share in any distribution in this bankruptcy case and/or otherwise participate in the proceedings in this bankruptcy case associated with the confirmation of any chapter 9 plan of adjustment; and

(b) any entity that believes its Prepetition Claim is improperly classified in the List of Claims or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the List of Claims.

## 3. WHAT TO FILE

As noted above, the City is enclosing a Claim Form for use in this case, or you may use another proof of claim form that conforms substantially to Official Bankruptcy Form No. 10. If your claim is listed by the City on its List of Claims (other than claims arising from unsecured general obligation bonds issued by the City), the attached Claim Form sets forth: (a) the amount of your claim (if any) as listed by the City; (b) whether your claim is listed as disputed, contingent or unliquidated; and (c) whether your claim is listed as a secured claim, an unsecured priority claim or an unsecured nonpriority claim. You will receive a different Claim Form for each claim listed in your name by the City. You may utilize the Claim Form(s) provided by the City to file your claim. Additional proof of claim forms may be obtained at the following websites: (a) www.kccllc.net/detroit for a blank Claim Form designed specifically for this case or (b) www.uscourts.gov/bkforms for a copy of Official Bankruptcy Form No. 10. **[Note: This paragraph is for the service version, not the publication version, of this Notice.]**

To file your claim, you may use (a) the Claim Form specifically prepared for this chapter 9 case, which is available at www.kccllc.net/detroit or (b) another proof of claim form that conforms substantially to Official Bankruptcy Form No. 10 (which form is available at www.uscourts.gov/bkforms). **[Note: This paragraph is for the publication version of this Notice.]**

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. The proof of claim form must be written in English and be denominated in United States currency. You should attach to your completed proof of claim form any documents on which the claim is based (the "Supporting Documents") (or, if the Supporting Documents are voluminous, you may attach a summary) or an explanation as to why the documents are not available. If you file a summary of the Supporting Documents because they are voluminous, you must transmit the Supporting Documents to (a) the City of Detroit Claims Processing Center (as defined below) and (b) the City within ten days after the date of a written request by the City for such documents.

Each entity asserting a Rejection Damages Claim with an administrative claim component must file, along with its proof of claim, a detailed statement describing the nature and basis of the portion of the Rejection Damages Claim asserting an administrative priority under section 503(b) of the Bankruptcy Code (the "Administrative Claim Supplement").

Under the Bar Date Order, the filing of a proof of claim form satisfies the procedural requirements for the assertion of any administrative priority claims under section 503(b)(9) of the Bankruptcy Code. Likewise, the filing of a proof of claim form, along with an attached Administrative Claim Supplement, if applicable, satisfies the procedural requirements for the assertion of a Rejection Damages Claim (including any administrative claim included therein). Claims asserting administrative expense priority (a) under section 503(b)(9) of the Bankruptcy Code or (b) as a portion of a Rejection Damages Claim must be filed by the General Bar Date and the Rejection Damages Bar Date, respectively.

***All other administrative claims under sections 503(b) and 507(a)(2) of the Bankruptcy Code will not be deemed proper if asserted by proof of claim. The City intends to establish a process for the assertion of such claims at a future date if and to the extent necessary or appropriate. Note that the claim priorities provided under subsections (a)(1) and (a)(3) through (a)(10) of section 507 of the Bankruptcy Code are inapplicable in chapter 9 pursuant to section 901(a) of the Bankruptcy Code.***

## 4.    WHEN AND WHERE TO FILE

All proofs of claim must be filed so as to be received **on or before the applicable Bar Date**, at the following address (the "City of Detroit Claims Processing Center"):

> City of Detroit Claims Processing Center
> c/o Kurtzman Carson Consultants, LLC
> 2335 Alaska Avenue
> El Segundo, CA 90245

Proofs of claim will be deemed filed only when **actually received** by the City of Detroit Claims Processing Center on or before the applicable Bar Date. **Proofs of claim may NOT be delivered by facsimile or electronic mail transmission**. Any facsimile or electronic mail submissions will not be accepted and will not be deemed filed until a proof of claim is submitted by one of the methods described above.

Proof of claim forms will be collected from the City of Detroit Claims Processing Center, docketed and maintained by the City's claims agent, Kurtzman Carson Consultants LLC ("KCC"). If you wish to receive acknowledgement of KCC's receipt of a proof of claim, you must submit by the applicable Bar Date and concurrently with submitting your original proof of claim (a) a copy of the original proof of claim and (b) a self-addressed, postage prepaid return envelope.

## 5.    WHO DOES NOT NEED TO FILE A PROOF OF CLAIM

The Bar Date Order further provides that entities holding the following claims (which claims otherwise would be subject to the General Bar Date) need not file proofs of claim on account of such claims:

(a)    Any claim for unfunded actuarially accrued healthcare liabilities associated with the City's Health and Life Insurance Benefit Plan and the Supplemental Death Benefit Plan (any such claim, a "Healthcare UAAL Claim").

(b)    Any claim by present or potential future beneficiaries of the City's two pension systems, the General Retirement System and the Police and Fire Retirement System, for unfunded pension liabilities (any such claim, a "Pension Liability Claim").

(c)    Any claim by a holder for the repayment of principal, interest and/or other applicable fees and charges on or under (i) the bonds identified on the "Schedule of Secured Bonds" on the last page

of this Notice (collectively, the "Secured Bonds") or (ii) any certificates of participation issued by the City (collectively, the "COPs"). In each case, the trustee or similar entity with respect to the applicable series of Secured Bonds or COPs has informed the City that, consistent with Bankruptcy Rule 3003(c)(5), it intends to: (i) file any proofs of claim against the City on behalf of the holders of the Secured Bonds and the COPs; and (ii) provide notice to the holders of the Secured Bonds and the COPs.

(d)        Any claim arising from an ordinary course entitlement to an income tax refund (to the extent of such claimed entitlement) asserted through the City's established income tax refund procedures, provided, however, that entities holding any other Prepetition Claims or causes of action related to income tax matters that are not properly asserted through the City's established income tax refund procedures must file a proof of claim by the General Bar Date.

(e)        Any claim with respect to which the holder already has filed a signed proof of claim against the City with the Clerk of this Court in a form substantially similar to Official Bankruptcy Form No. 10;

(f)        Any claim that is listed on the List of Claims if (i) the claim is not listed as "disputed," "contingent" or "unliquidated;" and (ii) such entity agrees with the amount, nature and priority of the claim as set forth in the List of Claims;

(g)        Any claim that previously has been allowed by order of the Court;

(h)        Any claim that has been paid in full by the City; and

(i)        Any claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration (other than any 503(b)(9) Claim or any portion of a Rejection Damages Claim asserting administrative priority under section 503(b) of the Bankruptcy Code).

***For the avoidance of doubt, employees and retirees asserting Prepetition Claims other than Healthcare UAAL Claims and Pension Liability Claims should file a proof of claim to the extent the filing of such claim is not otherwise made unnecessary by the terms of the foregoing subparagraphs a through i.***

**6.     EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

As described in Section 1 above, any entity wishing to assert a Rejection Damages Claim must file a proof of claim for any prepetition or postpetition damages caused by such rejection, or any other prepetition or postpetition claims of any kind or nature whatsoever relating to the rejected agreement, by the Rejection Damages Bar Date.

**7.  CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ANY ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE CITY, BUT THAT FAILS TO DO SO BY THE APPLICABLE BAR DATE DESCRIBED IN THIS NOTICE, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM THE FOLLOWING: (A) ASSERTING ANY CLAIM AGAINST THE CITY OR PROPERTY OF THE CITY THAT (I) IS IN AN AMOUNT THAT EXCEEDS THE AMOUNT, IF ANY, THAT IS IDENTIFIED IN THE LIST OF CLAIMS ON BEHALF OF SUCH ENTITY AS UNDISPUTED, NONCONTINGENT AND LIQUIDATED OR (II) IS OF A DIFFERENT NATURE OR A DIFFERENT CLASSIFICATION THAN ANY CLAIM IDENTIFIED IN THE LIST OF CLAIMS ON BEHALF OF SUCH ENTITY (ANY SUCH CLAIM BEING REFERRED TO IN THIS NOTICE AS AN "UNSCHEDULED CLAIM"); (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OF ADJUSTMENT IN THIS CHAPTER 9 CASE IN RESPECT OF AN UNSCHEDULED CLAIM; OR (C) WITH RESPECT TO ANY 503(B)(9) CLAIM OR ADMINISTRATIVE PRIORITY CLAIM COMPONENT OF ANY REJECTION DAMAGES CLAIM, ASSERTING ANY SUCH PRIORITY CLAIM AGAINST THE CITY OR PROPERTY OF THE CITY.

**8. THE CITY'S LIST OF CLAIMS AND ACCESS THERETO**

You may be listed as the holder of a claim against the City in the City's List of Claims. To determine if and how you are listed on the List of Claims, please refer to the descriptions set forth on the enclosed proof of claim form(s) regarding the nature, amount and status of your claim(s). See paragraph 10 below for instructions regarding how to access the List of Claims. If you received postpetition payments from the City on account of your claim, the information on the enclosed proof of claim form may reflect the net remaining amount of your claims.

If you rely on the City's List of Claims, it is your responsibility to determine that the claim is accurately listed in the List of Claims. However, you may rely on the enclosed form, which sets forth (a) the amount of your claim (if any) as listed; (b) specifies whether your claim is listed in the List of Claims as disputed, contingent or unliquidated; and (c) identifies whether your claim is listed as a secured, unsecured priority or unsecured nonpriority claim.

As described above, if you agree with the nature, amount and status of your claim as listed in the City's List of Claims, and if your claim is not described in the Schedules as "disputed," "contingent" or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice. **[Service Version, omit this Section 8 in Publication Version]**

**9. RESERVATION OF RIGHTS**

The City reserves the right to (a) dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the List of Claims as to nature, amount, liability, priority, classification or otherwise; (b) subsequently designate any listed claim as disputed, contingent or unliquidated; and (c) otherwise amend or supplement the List of Claims. Nothing contained in this Notice shall preclude the City from objecting to any claim, whether listed or filed, on any grounds.

**10. ADDITIONAL INFORMATION**

Copies of the City's List of Claims, the Bar Date Order and other information and documents regarding the City's chapter 9 case are available free of charge on KCC's website at www.kccllc.net/detroit or for a fee at the Court's website at https://ecf.mieb.uscourts.gov. A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information through the Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov. The List of Claims and other documents filed in this case may be accessed electronically, between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, Monday through Friday, at the public access terminals located on the 17th Floor of the Bankruptcy Court Clerk's Office at 211 West Fort Street, Detroit, Michigan 48226. Copies of documents may be printed for a charge.

If you require additional information regarding the filing of a proof of claim, you may contact the City of Detroit Claims Hotline at (877) 298-6236 between 9:00 a.m. and 5:00 p.m., Eastern Time, Monday through Friday. You also may contact the City's claims agent, KCC, directly by writing to:

City of Detroit Claims Processing Center
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245

**PLEASE NOTE THAT KCC IS NOT PERMITTED TO PROVIDE LEGAL ADVICE. IF YOU ARE THE HOLDER OF A POSSIBLE CLAIM AGAINST THE CITY, YOU SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE OR FOR ANY LEGAL ADVICE, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

Dated: **[_____]**, 2013          BY ORDER OF THE COURT

## SCHEDULE OF SECURED BONDS

The applicable trustee or similar entity with respect to the following series of bonds has informed the City that it intends to:  (a) file any proofs of claim against the City on behalf of the holders of these bonds; and (b) provide notice to the holders of the bonds.

| Secured Bond | Trustee or Similar Entity | Secured Bond | Trustee or Similar Entity |
|---|---|---|---|
| Sewage Disposal System Revenue Bond Series 1998-A | U.S. Bank National Association ("U.S. Bank") | Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF2 | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 1998-B | U.S. Bank | Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF3 | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 1999-A | U.S. Bank | Sewage Disposal System State Revolving Fund Revenue Bonds Series 2007-SRF1 | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2001-B | U.S. Bank | Sewage Disposal System State Revolving Fund Revenue Bonds Series 2009-SRF1 | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2001(C)(1) | U.S. Bank | Sewage Disposal System State Revolving Fund Revenue Bonds Series 2012-SRF1 | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2001(C)(2) | U.S. Bank | | |
| Sewage Disposal System Revenue Bond Series 2001-D | U.S. Bank | | |
| Sewage Disposal System Revenue Bond Series 2001-E | U.S. Bank | Water Supply System Revenue Bond Series 1993 | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2003-A | U.S. Bank | Water Supply System Revenue Bond Series 1997-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2003-B | U.S. Bank | Water Supply System Revenue Bond Series 2001-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2004-A | U.S. Bank | Water Supply System Revenue Bond Series 2001-C | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2005-A | U.S. Bank | Water Supply System Revenue Bond Series 2003-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2005-B | U.S. Bank | Water Supply System Revenue Bond Series 2003-B | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2005-C | U.S. Bank | Water Supply System Revenue Bond Series 2003-C | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2006-A | U.S. Bank | Water Supply System Revenue Bond Series 2003-D | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2006-B | U.S. Bank | Water Supply System Revenue Bond Series 2004-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2006-C | U.S. Bank | Water Supply System Revenue Bond Series 2004-B | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2006-D | U.S. Bank | Water Supply System Revenue Bond Series 2005-A | U.S. Bank |
| Sewage Disposal System Revenue Bond Series 2012-A | U.S. Bank | Water Supply System Revenue Bond Series 2005-B | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1992-B SRF | U.S. Bank | Water Supply System Revenue Bond Series 2005-C | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1993-B SRF | U.S. Bank | Water Supply System Revenue Bond Series 2006-A | U.S. Bank |

| Secured Bond | Trustee or Similar Entity | Secured Bond | Trustee or Similar Entity |
|---|---|---|---|
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1997-B SRF | U.S. Bank | Water Supply System Revenue Bond Series 2006-B | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF1 | U.S. Bank | Water Supply System Revenue Bond Series 2006-C | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF2 | U.S. Bank | Water Supply System Revenue Bond Series 2006-D | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF3 | U.S. Bank | Water Supply System Revenue Bond Series 2011-A | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF4 | U.S. Bank | Water Supply System Revenue Bond Series 2011-B | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2000-SRF1 | U.S. Bank | Water Supply System Revenue Bond Series 2011-C | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2000-SRF2 | U.S. Bank | Water Supply System State Revolving Fund Revenue Bonds Series 2005-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2001-SRF1 | U.S. Bank | Water Supply System State Revolving Fund Revenue Bonds Series 2005-SRF2 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2001-SRF2 | U.S. Bank | Water Supply System State Revolving Fund Revenue Bonds Series 2006-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF1 | U.S. Bank | Water Supply System State Revolving Fund Revenue Bonds Series 2008-SRF1 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF2 | U.S. Bank | | |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF3 | U.S. Bank | Distributable State Aid Second Lien Bonds (Unlimited Tax General Obligation) Series 2010-A | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2003-SRF1 | U.S. Bank | Distributable State Aid General Obligation Limited Tax Bonds Series 2010 | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2003-SRF2 | U.S. Bank | Distributable State Aid Third Lien Bonds (Limited Tax General Obligation) Series 2012-A(2), (A2-B), (B) & (B)(2) | U.S. Bank |
| Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF1 | U.S. Bank | | |
| | | Detroit Building Authority Bonds: Revenue Refunding Bonds Parking System-Series 1998-A | The Bank of New York Mellon Trust Company, National Association |

**EXHIBIT D**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

---

-------------------------------------------------------x--
                                                        :
In re                                                   :        Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                               :        Case No. 13-53846
                                                        :
                                    Debtor.              :        Hon. Steven W. Rhodes
                                                        :
                                                        :
-----------------------------------------------------  x

---

## SUMMARY OF NOTICE

- This document explains how to file a claim against the City of Detroit, Michigan (the "City") in its bankruptcy case.

- The deadline for most claimants to file a claim against the City is **January 21, 2014 at 5:00 p.m., Eastern Time**.

- If you are required to file a claim against the City and do not do so, you will not be entitled to vote on, or share in any distributions under, the City's chapter 9 plan.

- **Not everyone is required to file a claim.** As described in greater detail below, the following claimants, among others, do **not** need to file a claim:

  o     Retirees and employees whose claims are only for future healthcare or pension benefits.

  o     Parties with routine income tax refund claims, which will be processed by the City in the ordinary course.

  o     The holders of secured bonds (as described below) on whose behalf claims will be filed by the trustee of the applicable series of bonds.

  o     Claimants asserting expenses of administration under section 503(b) of the Bankruptcy Code other than (a) claims under section 503(b)(9) of the Bankruptcy Code and (b) certain Rejection Damages Claims, as defined below.

- **You should read this document carefully.** After reading this document, if you have any questions regarding the filing of a proof of claim, you may contact the City of Detroit Claims Hotline during normal business hours at (877) 298-6236, which is staffed by the City's claims and noticing agent, Kurtzman Carson Consultants, LLC ("KCC"). Please note that KCC is not permitted to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should consult an attorney.

**[Note: This Summary of Notice is for the service version, not the publication version, of this Notice.]**

## NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM

### (GENERAL BAR DATE IS JANUARY 21, 2014
### AT 5:00 P.M., EASTERN TIME)

**TO ALL PERSONS AND ENTITIES**
**WITH CLAIMS AGAINST THE CITY OF DETROIT, MICHIGAN:**

On **[_____]**, 2013, the United States Bankruptcy Court for the Eastern District of Michigan (the "Court") entered an order (Docket No. **[____]**) (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the chapter 9 bankruptcy case of the City.

By the Bar Date Order, the Court established **January 21, 2014 at 5:00 p.m., Eastern Time** (the "General Bar Date"), as the general claims bar date for filing proofs of claim in the City's case. As described below, certain claimants are <u>not</u> required to file proofs of claim with respect to their claims, and the Bar Date Order also establishes different bar dates with respect to certain categories of claims. ***To determine if you need to file a proof of claim in this case and the applicable deadline and instructions for filing a proof of claim, please read this Notice carefully.***

### *List of Claims*

On the Filing Date (as defined below), the City filed its List of Creditors Pursuant to Section 924 of the Bankruptcy Code and Bankruptcy Rule 1007 (Docket No. 16) (the "Original List of Creditors"). On August 1, 2013, the City filed its Amended List of Creditors Pursuant to Section 924 of the Bankruptcy Code and Bankruptcy Rule 1007 (Docket No. 258) (the "Amended List of Creditors"), which replaced the Original List of Creditors and redacted certain personal information therein.

On September 30, 2013, the City filed its Second Amended List of Creditors and Claims, Pursuant to Sections 924 and 925 of the Bankruptcy Code (Docket No. 1059), which supplemented and amended the information in the Amended List of Creditors and also constitutes the City's list of claims under section 925 of the Bankruptcy Code (as amended or supplemented from time to time, the "List of Claims"). Any claim identified on the List of Claims is referred to herein as a "Scheduled Claim."

### *Proof of Claim Form*

For your convenience, enclosed with this Notice is a proof of claim form (the "Claim Form"), which identifies on its face the amount, nature and classification of your claim(s), if any, listed in the City's List of Claims. A blank copy of the Claim Form also is available on the City's restructuring website at www.kccllc.net/detroit. **[Note: This paragraph is for the service version, not the publication version, of this Notice.]**

For the convenience of potential claimants, a proof of claim form prepared for use in the City's chapter 9 case (the "Claim Form") is available on the City's restructuring website at www.kccllc.net/detroit. **[Note: This paragraph is for the publication version of this Notice.]**

### *Certain Definitions*

As used in this Notice the term "entity" has the meaning given to it in section 101(15) of title 11 of the United States Code (the "Bankruptcy Code") and includes, among other things, individuals, partnerships, corporations, joint ventures and trusts.

As used in this Notice, the term "claim" means, as to or against the City and in accordance with section 101(5) of the Bankruptcy Code: (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to

payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 1.   THE BAR DATES

The Bar Date Order establishes the following bar dates for filing proofs of claim in this case (collectively, the "Bar Dates"):

(a)     The General Bar Date.  Pursuant to the Bar Date Order, except as described below, all entities holding claims against the City that arose (or are deemed to have arisen) prior to the commencement of this case are required to file proofs of claim by the General Bar Date (i.e., by January 21, 2014 at 5:00 p.m., Eastern Time).  This case was commenced on July 18, 2013 (the "Filing Date").  The General Bar Date applies to all types of claims against the City that arose prior to the Filing Date, including secured claims, unsecured priority claims and unsecured nonpriority claims.  For the avoidance of doubt, the General Bar Date applies to all claims asserting administrative expense priority under section 503(b)(9) of the Bankruptcy Code, subject to Section 3 below.

(b)     The Rejection Damages Bar Date.  Pursuant to the Bar Date Order, any entity asserting claims arising from or relating to the rejection of executory contracts or unexpired leases, in accordance with section 365 of the Bankruptcy Code and pursuant to an order entered prior to the confirmation and effectiveness of a plan of adjustment in the City's chapter 9 case (any such order, a "Rejection Order"), or claims otherwise related to such rejected agreements, including (i) secured claims, unsecured priority claims and unsecured nonpriority claims that arose or are deemed to have arisen prior to the Filing Date and (ii) administrative claims under section 503(b) of the Bankruptcy Code (collectively, "Rejection Damages Claims") are required to file proofs of claim by the later of (a) the General Bar Date and (b) 5:00 p.m., Eastern Time, on the first business day that is at least 30 days after the entry of the relevant Rejection Order.  The later of these dates is referred to in this Notice as the "Rejection Damages Bar Date." *For the avoidance of doubt, all prepetition and postpetition claims of any kind or nature arising from or relating to executory contacts or unexpired leases rejected by a Rejection Order must be filed by the Rejection Damages Bar Date.* In accordance with the Bar Date Order, any Rejection Order entered by the Bankruptcy Court will specify the Rejection Damages Bar Date applicable to any executory contracts or unexpired leases rejected thereunder.

(c)     The Amended Claims List Bar Date.  Pursuant to the Bar Date Order, if, subsequent to the date of this Notice, the City amends or supplements its List of Claims to:  (i) reduce the undisputed, noncontingent and liquidated amount of a claim; (ii) change the nature or classification of a Scheduled Claim in a manner adverse to the listed creditor; or (iii) add a new Scheduled Claim to the List of Claims with respect to a party that was not previously served with notice of the Bar Dates (in each case, a "Modified Claim"), the affected claimant shall be permitted to file a proof of claim, or amend any previously filed proof of claim, in respect of the Modified Claim in accordance with the procedures described herein by the later of (i) the General Bar Date; and (ii) 5:00 p.m., Eastern Time, on the first business day that is at least 30 days after the date that notice of the applicable amendment to the List of Claims is served on the claimant (the "Amended Claims List Bar Date").  The City will provide notice of any Amended Claims List Bar Date to affected claimants.  Affected claimants that previously filed a proof of claim (any such claim, a "Filed Claim") with respect the liabilities giving rise to any Modified Claim need not refile their proof of claim because the Filed Claim is deemed to supersede and replace the original Scheduled Claim and the Modified Claim.  In addition, if the City's amendment to the List of Claims improves the amount or treatment of a Scheduled Claim or a Filed Claim, a claimant that previously was served with a notice of the Bar Dates is not permitted to file additional claims by the Amended Claims List Bar Date.  Notwithstanding the foregoing, nothing contained herein precludes the City from objecting to any Scheduled Claim or Filed Claim on any grounds.

(d)     The Governmental Bar Date.  Governmental units (as defined in section 101(27) of the Bankruptcy Code) are not subject to the General Bar Date.  Pursuant to Bankruptcy

Rule 3002(c)(1), the date by which governmental units must file proofs of claim in this case (the "Governmental Unit Bar Date") is the later of: (i) the first business day that is at least 180 days following the date of the entry of an order for relief in this case; and (ii) any Rejection Damages Bar Date or Amended Claims List Bar Date applicable to the governmental unit. No order for relief has yet been entered in the City's chapter 9 case, and proceedings to establish the City's eligibility to be a chapter 9 debtor are ongoing at this time. If the City prevails in establishing eligibility, the Court will enter an order for relief consistent with section 921(d) of the Bankruptcy Code. **[Update as appropriate at time that this Notice is finalized.]** The City will provide notice of the entry of an order for relief to all known creditors that are governmental units of the Court's entry of an order for relief and the resulting Governmental Bar Date.

## 2. WHO MUST FILE A PROOF OF CLAIM

Unless one of the exceptions described in Section 5 below applies, if you have a claim that arose or is deemed to have arisen prior to the Filing Date (any such claim, a "Prepetition Claim"), you MUST file a proof of claim to share in distributions from the City's bankruptcy case or to vote on a chapter 9 plan. Claims based on acts or omissions of the City that occurred before the Filing Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

Except where the Rejection Damages Bar Date, the Amended Claims List Bar Date or the Governmental Bar Date applies to establish a different deadline or one of the exceptions in Section 5 applies, the following entities must file proofs of claim on or before the General Bar Date:

    (a)    any entity (i) whose Prepetition Claim against the City is not listed in the City's List of Claims or is listed as "disputed," "contingent" or "unliquidated" and (ii) that desires to share in any distribution in this bankruptcy case and/or otherwise participate in the proceedings in this bankruptcy case associated with the confirmation of any chapter 9 plan of adjustment; and

    (b)    any entity that believes its Prepetition Claim is improperly classified in the List of Claims or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the List of Claims.

## 3. WHAT TO FILE

As noted above, the City is enclosing a Claim Form for use in this case, or you may use another proof of claim form that conforms substantially to Official Bankruptcy Form No. 10. If your claim is listed by the City on its List of Claims (other than claims arising from unsecured general obligation bonds issued by the City), the attached Claim Form sets forth: (a) the amount of your claim (if any) as listed by the City; (b) whether your claim is listed as disputed, contingent or unliquidated; and (c) whether your claim is listed as a secured claim, an unsecured priority claim or an unsecured nonpriority claim. You will receive a different Claim Form for each claim listed in your name by the City. You may utilize the Claim Form(s) provided by the City to file your claim. Additional proof of claim forms may be obtained at the following websites: (a) www.kccllc.net/detroit for a blank Claim Form designed specifically for this case or (b) www.uscourts.gov/bkforms for a copy of Official Bankruptcy Form No. 10. **[Note: This paragraph is for the service version, not the publication version, of this Notice.]**

To file your claim, you may use (a) the Claim Form specifically prepared for this chapter 9 case, which is available at www.kccllc.net/detroit or (b) another proof of claim form that conforms substantially to Official Bankruptcy Form No. 10 (which form is available at www.uscourts.gov/bkforms). **[Note: This paragraph is for the publication version of this Notice.]**

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. The proof of claim form must be written in English and be denominated in United States currency. You should attach to your completed proof of claim form any documents on which the claim is based (the "Supporting Documents") (or, if the Supporting Documents are voluminous, you may attach a summary) or an explanation as to why the documents are not available. If you file a summary of the Supporting Documents because they are voluminous, you must transmit the Supporting Documents to (a) the City of Detroit Claims

Processing Center (as defined below) and (b) the City within ten days after the date of a written request by the City for such documents.

Each entity asserting a Rejection Damages Claim with an administrative claim component must file, along with its proof of claim, a detailed statement describing the nature and basis of the portion of the Rejection Damages Claim asserting an administrative priority under section 503(b) of the Bankruptcy Code (the "Administrative Claim Supplement").

Under the Bar Date Order, the filing of a proof of claim form satisfies the procedural requirements for the assertion of any administrative priority claims under section 503(b)(9) of the Bankruptcy Code.  Likewise, the filing of a proof of claim form, along with an attached Administrative Claim Supplement, if applicable, satisfies the procedural requirements for the assertion of a Rejection Damages Claim (including any administrative claim included therein).  Claims asserting administrative expense priority (a) under section 503(b)(9) of the Bankruptcy Code or (b) as a portion of a Rejection Damages Claim must be filed by the General Bar Date and the Rejection Damages Bar Date, respectively.

**All other administrative claims under sections 503(b) and 507(a)(2) of the Bankruptcy Code will not be deemed proper if asserted by proof of claim.  The City intends to establish a process for the assertion of such claims at a future date if and to the extent necessary or appropriate.  Note that the claim priorities provided under subsections (a)(1) and (a)(3) through (a)(10) of section 507 of the Bankruptcy Code are inapplicable in chapter 9 pursuant to section 901(a) of the Bankruptcy Code.**

**4.   WHEN AND WHERE TO FILE**

All proofs of claim must be filed so as to be received **on or before the applicable Bar Date**, at the following address (the "City of Detroit Claims Processing Center"):

City of Detroit Claims Processing Center
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA  90245

Proofs of claim will be deemed filed only when **actually received** by the City of Detroit Claims Processing Center on or before the applicable Bar Date.  **Proofs of claim may NOT be delivered by facsimile or electronic mail transmission**.  Any facsimile or electronic mail submissions will not be accepted and will not be deemed filed until a proof of claim is submitted by one of the methods described above.

Proof of claim forms will be collected from the City of Detroit Claims Processing Center, docketed and maintained by the City's claims agent, Kurtzman Carson Consultants LLC ("KCC").  If you wish to receive acknowledgement of KCC's receipt of a proof of claim, you must submit by the applicable Bar Date and concurrently with submitting your original proof of claim (a) a copy of the original proof of claim and (b) a self-addressed, postage prepaid return envelope.

**5.   WHO DOES NOT NEED TO FILE A PROOF OF CLAIM**

The Bar Date Order further provides that entities holding the following claims (which claims otherwise would be subject to the General Bar Date) need not file proofs of claim on account of such claims:

(a)       Any claim for unfunded actuarially accrued healthcare liabilities associated with the City's Health and Life Insurance Benefit Plan and the Supplemental Death Benefit Plan (any such claim, a "Healthcare UAAL Claim").

(b)     Any claim by present or potential future beneficiaries of the City's two pension systems, the General Retirement System and the Police and Fire Retirement System, for unfunded pension liabilities (any such claim, a "Pension Liability Claim").

(c)     Any claim by a holder for the repayment of principal, interest and/or other applicable fees and charges on or under (i) the bonds identified on the "Schedule of Secured Bonds" on the last page of this Notice (collectively, the "Secured Bonds") or (ii) any certificates of participation issued by the City (collectively, the "COPs").  In each case, the trustee or similar entity with respect to the applicable series of Secured Bonds or COPs has informed the City that, consistent with Bankruptcy Rule 3003(c)(5), it intends to:  (i) file any proofs of claim against the City on behalf of the holders of the Secured Bonds and the COPs; and (ii) provide notice to the holders of the Secured Bonds and the COPs.

(d)     Any claim arising from an ordinary course entitlement to an income tax refund (to the extent of such claimed entitlement) asserted through the City's established income tax refund procedures, provided, however, that entities holding any other Prepetition Claims or causes of action related to income tax matters that are not properly asserted through the City's established income tax refund procedures must file a proof of claim by the General Bar Date.

(e)     Any claim with respect to which the holder already has filed a signed proof of claim against the City with the Clerk of this Court in a form substantially similar to Official Bankruptcy Form No. 10;

(f)     Any claim that is listed on the List of Claims if (i) the claim is not listed as "disputed," "contingent" or "unliquidated;" and (ii) such entity agrees with the amount, nature and priority of the claim as set forth in the List of Claims;

(g)     Any claim that previously has been allowed by order of the Court;

(h)     Any claim that has been paid in full by the City; and

(i)     Any claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration (other than any 503(b)(9) Claim or any portion of a Rejection Damages Claim asserting administrative priority under section 503(b) of the Bankruptcy Code).

***For the avoidance of doubt, employees and retirees asserting Prepetition Claims other than Healthcare UAAL Claims and Pension Liability Claims should file a proof of claim to the extent the filing of such claim is not otherwise made unnecessary by the terms of the foregoing subparagraphs a through i.***

## 6.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES

As described in Section 1 above, any entity wishing to assert a Rejection Damages Claim must file a proof of claim for any prepetition or postpetition damages caused by such rejection, or any other prepetition or postpetition claims of any kind or nature whatsoever relating to the rejected agreement, by the Rejection Damages Bar Date.

## 7.   CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE

ANY ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE CITY, BUT THAT FAILS TO DO SO BY THE APPLICABLE BAR DATE DESCRIBED IN THIS NOTICE, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM THE FOLLOWING:  (A) ASSERTING ANY CLAIM AGAINST THE CITY OR PROPERTY OF THE CITY THAT (I) IS IN AN AMOUNT THAT EXCEEDS THE AMOUNT, IF ANY, THAT IS IDENTIFIED IN THE LIST OF CLAIMS ON BEHALF OF SUCH ENTITY AS UNDISPUTED, NONCONTINGENT AND LIQUIDATED OR (II) IS OF A DIFFERENT NATURE OR A DIFFERENT CLASSIFICATION THAN ANY CLAIM IDENTIFIED IN THE LIST OF CLAIMS ON BEHALF OF SUCH ENTITY (ANY SUCH CLAIM

BEING REFERRED TO IN THIS NOTICE AS AN "UNSCHEDULED CLAIM"); (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OF ADJUSTMENT IN THIS CHAPTER 9 CASE IN RESPECT OF AN UNSCHEDULED CLAIM; OR (C) WITH RESPECT TO ANY 503(B)(9) CLAIM OR ADMINISTRATIVE PRIORITY CLAIM COMPONENT OF ANY REJECTION DAMAGES CLAIM, ASSERTING ANY SUCH PRIORITY CLAIM AGAINST THE CITY OR PROPERTY OF THE CITY.

## 8. THE CITY'S LIST OF CLAIMS AND ACCESS THERETO

You may be listed as the holder of a claim against the City in the City's List of Claims.  To determine if and how you are listed on the List of Claims, please refer to the descriptions set forth on the enclosed proof of claim form(s) regarding the nature, amount and status of your claim(s).  See paragraph 10 below for instructions regarding how to access the List of Claims.  If you received postpetition payments from the City on account of your claim, the information on the enclosed proof of claim form may reflect the net remaining amount of your claims.

If you rely on the City's List of Claims, it is your responsibility to determine that the claim is accurately listed in the List of Claims.  However, you may rely on the enclosed form, which sets forth (a) the amount of your claim (if any) as listed; (b) specifies whether your claim is listed in the List of Claims as disputed, contingent or unliquidated; and (c) identifies whether your claim is listed as a secured, unsecured priority or unsecured nonpriority claim.

As described above, if you agree with the nature, amount and status of your claim as listed in the City's List of Claims, and if your claim is not described in the Schedules as "disputed," "contingent" or "unliquidated," you need not file a proof of claim.  Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice.  **[Service Version, omit this Section 8 in Publication Version]**

## 9. RESERVATION OF RIGHTS

The City reserves the right to (a) dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the List of Claims as to nature, amount, liability, priority, classification or otherwise; (b) subsequently designate any listed claim as disputed, contingent or unliquidated; and (c) otherwise amend or supplement the List of Claims.  Nothing contained in this Notice shall preclude the City from objecting to any claim, whether listed or filed, on any grounds.

## 10. ADDITIONAL INFORMATION

Copies of the City's List of Claims, the Bar Date Order and other information and documents regarding the City's chapter 9 case are available free of charge on KCC's website at www.kccllc.net/detroit or for a fee at the Court's website at https://ecf.mieb.uscourts.gov.  A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information through the Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.  The List of Claims and other documents filed in this case may be accessed electronically, between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, Monday through Friday, at the public access terminals located on the 17th Floor of the Bankruptcy Court Clerk's Office at 211 West Fort Street, Detroit, Michigan 48226.  Copies of documents may be printed for a charge.

If you require additional information regarding the filing of a proof of claim, you may contact the City of Detroit Claims Hotline at (877) 298-6236 between 9:00 a.m. and 5:00 p.m., Eastern Time, Monday through Friday. You also may contact the City's claims agent, KCC, directly by writing to:

City of Detroit Claims Processing Center
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA  90245

**PLEASE NOTE THAT KCC IS NOT PERMITTED TO PROVIDE LEGAL ADVICE.  IF YOU ARE THE HOLDER OF A POSSIBLE CLAIM AGAINST THE CITY, YOU SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE OR FOR ANY LEGAL**

**ADVICE, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

Dated: **[_____]**, 2013                    BY ORDER OF THE COURT

# SCHEDULE OF SECURED BONDS

The applicable trustee or similar entity with respect to the following series of bonds has informed the City that it intends to: (a) file any proofs of claim against the City on behalf of the holders of these bonds; and (b) provide notice to the holders of the bonds.

| **Secured Bond** | **Trustee or Similar Entity** | ~~Description~~**Secured Bond** | **Trustee or Similar Entity** |
|---|---|---|---|
| **Sewage Disposal System Revenue Bond Series 1998-A** | **U.S. Bank National Association ("U.S. Bank")** | Sewage Disposal System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series ~~1998~~**2004-A**~~SRF2~~ | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 1998-B** | **U.S. Bank** | Sewage Disposal System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series ~~1998~~**2004-B**~~SRF3~~ | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 1999-A** | **U.S. Bank** | Sewage Disposal System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series ~~1999~~**2007-A**~~SRF1~~ | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2001-B** | **U.S. Bank** | Sewage Disposal System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series ~~2001~~**2009-B**~~SRF1~~ | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2001(C)(1)** | **U.S. Bank** | Sewage Disposal System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series ~~2001(C)(~~**2010-SRF1**~~)~~ | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2001(C)(2)** | **U.S. Bank** | Sewage Disposal System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series ~~2001(C)(2)~~**2012-SRF1** | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2001-D** | **U.S. Bank** | ~~Sewage Disposal System Revenue Bond Series 2001-D~~ | ~~U.S. Bank N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2001-E** | **U.S. Bank** | Sewage Disposal**Water Supply** System Revenue Bond Series ~~2001-E~~**1993** | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2003-A** | **U.S. Bank** | Sewage Disposal**Water Supply** System Revenue Bond Series ~~2003~~**1997**-A | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2003-B** | **U.S. Bank** | Sewage Disposal**Water Supply** System Revenue Bond Series ~~2003~~**2001-B**~~A~~ | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2004-A** | **U.S. Bank** | Sewage Disposal**Water Supply** System Revenue Bond Series ~~2004~~**2001-A**~~C~~ | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2005-A** | **U.S. Bank** | Sewage Disposal**Water Supply** System Revenue Bond Series ~~2005~~**2003**-A | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2005-B** | **U.S. Bank** | Sewage Disposal**Water Supply** System Revenue Bond Series ~~2005~~**2003**-B | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2005-C** | **U.S. Bank** | Sewage Disposal**Water Supply** System Revenue Bond Series ~~2005~~**2003**-C | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2006-A** | **U.S. Bank** | Sewage Disposal**Water Supply** System Revenue Bond Series ~~2006~~**2003-A**~~D~~ | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System Revenue Bond Series 2006-B** | **U.S. Bank** | Sewage Disposal**Water Supply** System Revenue Bond Series ~~2006~~**2004-B**~~A~~ | U.S. Bank ~~N.A.~~ |

| Secured Bond | Trustee or Similar Entity |
|---|---|
| **Sewage Disposal System Revenue Bond Series 2006~~-C~~** | **U.S. Bank** |
| **Sewage Disposal System Revenue Bond Series 2006~~-D~~** | **U.S. Bank** |
| **Sewage Disposal System Revenue Bond Series 2012~~-A~~** | **U.S. Bank** |
| ~~Water Supply System Revenue Bond Series 1993~~ **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1992-B SRF** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1993-B SRF** | **U.S. Bank** |

| Secured Bond | Trustee or Similar Entity |
|---|---|
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1997-B SRF** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF1** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF2** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF3** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 1999-SRF4** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2000-SRF1** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2000-SRF2** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2001-SRF1** | **U.S. Bank** |
| ~~Water Supply System Revenue Bond Series 2005-B~~ ~~Water Supply System Revenue Bond Series 2005-C~~ **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2001-SRF2** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF1** | **U.S. Bank** |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF2** | **U.S. Bank** |
| ~~Water Supply System Revenue Bond Series 2006-D~~ ~~Water Supply System Revenue Bond Series 2011-A~~ ~~Water Supply System Revenue Bond Series 2011-B~~ ~~Water Supply System Revenue Bond Series 2011-C~~ **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2002-SRF3** | **U.S. Bank** |

| Secured Bond | Trustee or Similar Entity |
|---|---|
| ~~Sewage Disposal~~**Water Supply** System Revenue Bond Series ~~2006~~**2004** ~~C~~**B** | U.S. Bank ~~N.A.~~ |
| ~~Sewage Disposal~~**Water Supply** System Revenue Bond Series ~~2006~~**2005** ~~D~~**A** | U.S. Bank ~~N.A.~~ |
| ~~Sewage Disposal~~**Water Supply** System Revenue Bond Series ~~2012~~**2005** ~~A~~**B** | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series ~~1997~~**2005** ~~A~~**C** | ~~U.S. Bank N.A.~~ U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series ~~2001~~**2006**-A | U.S. Bank ~~N.A.~~ |

| Secured Bond | Trustee or Similar Entity |
|---|---|
| Water Supply System Revenue Bond Series ~~2001~~**2006** ~~C~~**B** | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series ~~2003~~**2006** ~~A~~**C** | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series ~~2003~~**2006** ~~B~~**D** | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series ~~2003~~**2011** ~~C~~**A** | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series ~~2003~~**2011** ~~D~~**B** | U.S. Bank ~~N.A.~~ |
| Water Supply System Revenue Bond Series ~~2004~~**2011** ~~A~~**C** | U.S. Bank ~~N.A.~~ |
| Water Supply System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series ~~2004~~**2005** ~~B~~**SRF1** | U.S. Bank ~~N.A.~~ |
| Water Supply System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series 2005-~~A~~**SRF2** | U.S. Bank ~~N.A.~~ |
| | U.S. Bank N.A. |
| | U.S. Bank N.A. |
| Water Supply System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series 2006-~~A~~**SRF1** | U.S. Bank ~~N.A.~~ |
| Water Supply System **State Revolving Fund** Revenue ~~Bond~~**Bonds** Series ~~2006~~**2008** ~~B~~**SRF1** | U.S. Bank ~~N.A.~~ |
| ~~Water Supply System Revenue Bond Series 2006-C~~ | ~~U.S. Bank N.A.~~ |
| | U.S. Bank N.A. |
| | U.S. Bank N.A. |
| | U.S. Bank N.A. |
| | U.S. Bank N.A. |
| Distributable State Aid Second Lien Bonds (Unlimited Tax General Obligation) Series 2010-A | U.S. Bank ~~N.A.~~ |

| | | | |
|---|---|---|---|
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2003-SRF1** | **U.S. Bank** | Distributable State Aid General Obligation Limited Tax Bonds Series 2010 | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2003-SRF2** | **U.S. Bank** | Distributable State Aid Third Lien Bonds (Limited Tax General Obligation) Series 2012-A(2), (A2-B), (B) & (B)(2) | U.S. Bank ~~N.A.~~ |
| **Sewage Disposal System State Revolving Fund Revenue Bonds Series 2004-SRF1** | **U.S. Bank** | Detroit Building Authority Bonds: Revenue Refunding Bonds Parking System- Series 1998-A | The Bank of New York Mellon Trust Company, ~~N.A.~~**National Association** |