UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## Notice Regarding Hearings Scheduled For November 13, 2013

Notice is given that the hearings currently scheduled for November 13, 2013, at 10:00 a.m. regarding the following motions, are hereby rescheduled to **November 14, 2013, at 10:00 a.m.,** in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan:

[Dkt. #949] Petitioners Robert Davis' and Citizens United Against Corrupt Government's Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order

[Dkt. #1035] Motion and Incorporated Memorandum of Law by Party-In-Interest Thomas Gerald Moore for Relief from the Automatic Stay to Allow Civil Litigation to Proceed for Discovery Purposes and/or to Recover Any Insurance Coverage under Defendants' Homeowners Insurance Policies

[Dkt. #1057] Motion for Relief from the Automatic Stay and to Waive Provisions of F.R.Bankr.P. 4001(a)(3) Filed by Clifford Properties, Inc. (**As originally noticed, the stay shall remain in effect through the date of the hearing or until further order of the Court regarding this motion**.)

[Dkt. #1081] Motion of Public Safety Unions for Entry of an Order Extending the Chapter 9 Stay to Any Action or Claims for Damages Brought Against Any Former Detroit Public Safety Union Members, Including any Retiree, Which Arises Out of the Good Faith Performance of His or Her Duties While Employed by the City

[Dkt. #1146]  Motion of Debtor, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003( c), for Entry of An Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof.

Signed on October 23, 2013

                                               /s/ Steven Rhodes
                                               Steven Rhodes
                                               United States Bankruptcy Judge