## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

In re:  City of Detroit, Michigan

Case No. 13-53846-swr

Chapter 9

Hon. Rhodes

Debtor.

_____/

## STATEMENT REGARDING CORPORATE OWNERSHIP OF U.S. BANK NATIONAL ASSOCIATION

☐   The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: <u>NONE</u>
Address: _____
Name: _____
Address: _____

Name: _____
Address: _____

(For additional names, attached an addendum to this form)

X   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/22/2013

/s/ Patricia A. Ludka
Signature of Authorized Individual

Patricia A. Ludka
Print Name

Vice President
Title