03071081 APR 14 2003

0012934 9 DEC 08 2000

Liber-32932   Page-12
201002713   12/08/2000
B.J. Youngblood, Wayne Co. Register of Deeds
RDHARCYN

Li-38117     Pa-4058
203286731   4/11/2003
Bernard J. Youngblood
Wayne Co. Register of Deeds

# RE-RECORD

## ASSIGNMENT OF MORTGAGE

GREAT LAKES TITLE

MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES
MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY
P.O. Box 30044
Lansing, MI 48909

This form is issued under authority of Act 346 P.A. 1966. Execution of this form is required. Failure to execute this form may result in the denial of a mortgage loan by the Michigan State Housing Development Authority.

CITY OF DETROIT, COUNTY OF WAYNE, STATE OF MICHIGAN:  North 18 feet of LOT 69 and South 27 feet of LOT 70 and 1/2 of vacated alley adj. in rear, PEARSON'S SOUTHFIELD ROAD SUBDIVISION, as recorded in Liber 55, Page 56 of Plats, Wayne County Records. Ward 22 Item 70722-3

10045 Longacre, Detroit, MI 48228

KNOW ALL MEN BY THESE PRESENTS, That the undersigned for and in consideration of the sum of SIXTY-SEVEN THOUSAND NINE HUNDRED DOLLARS AND 00/100- ($ 67,900.00            ) Dollars, lawful money of the United States of America, to it in hand paid by the Michigan State Housing Development Authority, a public body corporate and politic of the State of Michigan, whose address is P.O. Box 30044, Lansing, Michigan 48909 (hereafter referred to as the "Assignee"), the receipt whereof is hereby acknowledged, has sold, assigned and transferred, and hereby does sell, assign and transfer to the said Assignee, all its right, title and interest in and to a certain real estate mortgage, dated the 27    day of    NOVEMBER    in the year   2000    made by HUSBAND AND WIFE, TENANTS BY THE ENTIRETIES
to  MORTGAGE CENTER LC, 20300 Civic Center Dr., #403, Southfield, MI 48076
and recorded in the office of the Register of Deeds for the County of  WAYNE
State of Michigan, in Liber   32932         on Page  8 /          , together with the mortgage note to which the same is collateral. Dated this   27th      day of  November    , 2000

Signed in the presence of:

_____
CHANELLE M. GRAY

_____
BRIGITTE M. STOWELL

MORTGAGE CENTER LC

By: _____
    David M. Toepp

Its: President

STATE OF MICHIGAN         )
County of   OAKLAND       ) ss.

On this   27th   day of   November   ,   2000   , before me appeared David M. Toepp
to me personally known, who, being by me duly sworn, did say that  he/she
is the  President
of the  MORTGAGE CENTER LC
and that said instrument was signed and sealed on behalf of said corporation, by authority of its Board of Directors, and  David M. Toepp
acknowledged said instrument to be the free act and deed of said corporation.

My Commission Expires:  07/20/03

_____
Notary Public, CHANELLE M. GRAY
OAKLAND                    County, Michigan

Drafted By:  David M. Toepp
             20300 Civic Center Dr.
             Southfield, MI 48076

After Recording Return To:
MORTGAGE CENTER LC
David M. Toepp
20300 CIVIC CENTER DR. #403
SOUTHFIELD, MI 48076

VMP -100(MI)(9703)     SFH 102 3/97
VMP MORTGAGE FORMS - (800)521-7291

RE RECORD TO CORRECT PAGE OF MORTGAGE

15

WAYNE,MI                           Page 1 of 1                Printed on 6/30/2012 9:03:11 AM
Document: MG AS 38117.4058
13-53846-tjt    Doc 1336-5    Filed 10/23/13    Entered 10/23/13 15:48:17    Page 1 of 1