This form is issued under authority of Act 346 P.A. 1966. Execution of this form is required. Failure to execute this form may result in the denial of a mortgage loan by the Michigan State Housing Development Authority.

MICHIGAN DEPARTMENT OF CONSUMER
AND INDUSTRY SERVICES
MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY
P.O. Box 30044
Lansing, MI 48909

# MORTGAGE NOTE

LIVONIA , Michigan
NOVEMBER 27, 2000 [Date]

FOR VALUE RECEIVED, the undersigned promise to pay the

MORTGAGE CENTER LC
or order, the principal sum of SIXTY SEVEN THOUSAND NINE HUNDRED AND 00/100
($ 67,900.00 ) Dollars
with interest thereon from the date hereof computed on the unpaid balance of the principal sum until paid at the rate of
SIX AND 95/100 ( 6.950 %) percent per annum.
Commencing on the first day of JANUARY , 2001 , installments of principal and interest shall be paid in the amount of FOUR HUNDRED FORTY NINE AND 46/100
($ 449.46 ) Dollars each, such payment including interest at the aforesaid rate and such payment to continue monthly thereafter on the first day of each succeeding month until the entire indebtedness has been paid. In any event, the balance of the principal (if any) remaining unpaid, plus accrued interest, shall be due and payable on the first day of
DECEMBER , 2030 . The installments of the principal and interest shall be applied first to interest upon the then unpaid principal balance at the aforesaid rate, and the balance thereof shall be applied to principal. In the event that any installment hereunder shall become delinquent for more than fifteen (15) days, there shall be due in addition to any other sums due hereunder, a sum equal to four (.04¢) cents on each dollar so delinquent.

If any monthly installment under this Note is not paid when due and remains unpaid after a date specified by a notice sent by certified mail to the undersigned at the address stated below, which date shall be not less than thirty (30) days from the date such notice is mailed, the entire principal amount outstanding hereunder and accrued interest thereon shall at once become due and payable at the option of the holder hereof. Failure to exercise such option shall not constitute a waiver of the right to exercise such option if the undersigned is in default hereunder. In the event of any default in the payment of this Note and if suit is brought hereon, the holder hereof shall be entitled to collect in such proceeding all reasonable costs and expenses of suit, including, but not limited to, reasonable attorneys' fees.

Both principal and interest shall be payable at the office of MORTGAGE CENTER LC
or such other place as the holder may designate in writing.

The undersigned shall have the right to prepay the principal amount outstanding in whole or in part; however, a one (1%) percent prepayment penalty shall be assessed to the undersigned on the principal amount prepaid within three (3) years from the date hereof. Any partial prepayment shall be applied against the principal amount outstanding and shall not extend or postpone the due date or any subsequent monthly installments or change the amount of such installments, unless the holder hereof shall otherwise agree in writing.

Presentment, notice of dishonor, and protest are hereby waived by all makers, sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all makers, sureties, guarantors and endorsers, and shall be binding upon them and their heirs, personal representatives, successors, and assigns.

The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith, and reference is made thereto as to the prohibition of transferring the property under certain conditions and for rights as to acceleration of the indebtedness evidenced by this Note.

Property Address: 10045 LONG ACRE, DETROIT, MI 48227

Signature Redacted                                Signature Redacted
                                    - Borrower                                          - Borrower
Michigan State Housing Development Authority
    Mortgage Center, L.C.
By _____                - Borrower                                          - Borrower
    David M. Toepp
    -98(MI)(5/97) President/CEO  SFH 101 3/97
    VMP MORTGAGE FORMS - (800)521-7291