
## General Property Information

**Parcel:** 22070722-3  **Unit:** CITY OF DETROIT

View this parcel on a map

**NOTE:** There are **0 images** and **0 sketches** attached to the current property.

### Property Address
10045 LONGACRE
, 48227

### Owner Information
10045 LONGACRE ST
DETROIT, MI 48227-1090

**Unit:** 01

### Taxpayer Information
SEE OWNER INFORMATION

### General Information for Tax Year 2013

| | | | |
|---|---|---|---|
| Property Class: | 401 - 401-RESIDENTIAL | Assessed Value: | $19,165 |
| School District: | D - DETROIT SCHOOLS | Taxable Value: | $19,165 |
| State Equalized Value: | $19,165 | Map #: | 22 |
| DISTRICT | 7 | Date of Last Name Chg: | 09/11/2003 |
| | | Date Filed: | 11/27/2000 |
| | | Notes: | N/A |
| Historical District: | N/A | Census Block Group: | N/A |

| Principal Residence Exemption | June 1st | Final |
|---|---|---|
| 2013 | 100.0000 % | 100.0000 % |

### Land Information

| | Frontage | Depth |
|---|---|---|
| Lot 1: | 45.00 Ft. | 133.00 Ft. |
| Lot 2: | 0.00 Ft. | 0.00 Ft. |
| Lot 3: | 0.00 Ft. | 0.00 Ft. |
| Total Frontage: | 45.00 Ft. | Average Depth: 133.00 Ft. |

**Total Acreage:** 0.14
**Zoning Code:**
**Land Value:** $2,208
**Land Improvements:** $4,063
**Renaissance Zone:** NO
**Renaissance Zone Expiration Date:**
**Mortgage Code:**
**Lot Dimensions/Comments:** N/A

### Legal Information for 22070722-3

W LONGACRE S 27 FT 70 N 18 FT 69 AND E 1/2 VAC ALLEY ADJ PEARSONS SOUTHFIELD RD SUB L55 P56 PLATS, W C R 22/323 45 X 133

## Sales Information

2 sale record(s) found.

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms Of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 11/01/2000 | $70,000.00 | WD | | | ARMS LENGTH | 33058:06620 |
| 04/01/1987 | $23,900.00 | WD | | | ARMS LENGTH | 23219:04240 |

☑ Load Building Information on this Page.

## Building Information

1 building(s) found.

| | Description | Floor Area | Yr Built |
|---|---|---|---|
| [-] | Residential Building 1 | 990 Sq. Ft. | 1946 |

### General Information

| | | | |
|---|---|---|---|
| **Floor Area:** | 990 Sq. Ft. | **Estimated TCV:** | N/A |
| **Garage Area:** | 400 Sq. Ft. | **Basement Area** | 660 Sq. Ft. |
| **Foundation Size:** | 660 Sq. Ft. | | |
| **Year Built:** | 1946 | **Year Remodeled:** | 0 |
| **Occupancy:** | Single Family | **Class:** | C |
| | | **Tri-Level?:** | NO |
| **Percent Complete:** | 100% | **Heat:** | Forced Air w/ Ducts |
| **AC w/Separate Ducts:** | NO | **Wood Stove Add-on:** | NO |
| **Bedrooms:** | 0 | **Water:** | N/A |
| **Style:** | SINGLE FAMILY | **Sewer:** | N/A |

**Area Detail** - Basic Building Areas

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| 1.5 Story | Full Bsmnt. | Brick | 660 Sq. Ft. | 1.5 Story |

**Area Detail** - Overhangs

| Height | Exterior | Area | Included in Size for Rates |
|---|---|---|---|

### Basement Finish

| | | | |
|---|---|---|---|
| **Recreation:** | 0 Sq. Ft. | **Recreation % Good:** | 0 |
| **Living Area:** | 0 Sq. Ft. | **Living Area % Good:** | 0 |
| **Walk Out Doors:** | 0 | **No Concrete Floor Area:** | 0 Sq. Ft. |

### Plumbing Information

| | |
|---|---|
| **3-Fixture Baths:** | 1 |

### Fireplace Information

| | |
|---|---|
| **Interior 1-Story:** | 1 |

### Garage Information

#### Garage # 1

| | | | |
|---|---|---|---|
| **Area:** | 400 Sq. Ft. | **Exterior:** | Siding |
| **Foundation:** | 18 Inch | **Common Wall:** | Detached |
| **Year Built:** | 1947 | **Finished?:** | NO |
| **Auto Doors:** | 0 | **Mech Doors:** | 0 |

| Porch Information | | | |
|---|---|---|---|
| **CPP:** | 130 Sq. Ft. | **Foundation:** | Standard |

**\*\*Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein.  This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred.  Please contact your local municipality if you believe there are errors in the data.
Privacy Policy

