UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846
City of Detroit, Michigan,  Hon. Steven Rhodes

Debtor.
_____/

**ORDER GRANTING EXPEDITED HEARING
ON INTERESTED PARTY JEROME MOORE'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

The *ex parte* Motion of Jerome Moore for Expedited Hearing on his Motion for Relief from the Automatic Stay [docket no. 1307], having come before this Court and the Court being otherwise fully advised in the premises; noting especially:

1. Interested Party Jerome Moore has filed a Motion for Relief from the Automatic Stay for the limited purpose of allowing the City of Detroit to participate in Oral Argument in Mr. Moore's appeal, Michigan Court of Appeals No. 310-920, scheduled to be heard on November 13, 2013, and to allow for the Court of Appeals to render its decision on the Appeal.

2. If the Appeal is granted and the case is remanded for further proceedings to Wayne County Circuit Court, any further adjudication relative to the City of Detroit shall be subject to the automatic stay and to the jurisdiction of the Bankruptcy Court.

3. In order to assure adequate time for the Michigan Court of Appeals to be apprised of the City of Detroit's participation in oral argument and for the City of Detroit to prepare, Interested Party Jerome Moore has requested an expedited hearing on his motion for limited relief from the automatic stay on or before November 6, 2013.

IT IS ORDERED:

1. The Motion for expedited hearing is Granted.

2. The Court shall conduct a hearing on Interested Party Jerome Moore's Motion for Relief from the Automatic Stay **at 9:00 a.m., on November 6, 2013**, in Courtroom 100 at the United States District Court for the Eastern District of Michigan, Southern Division, 231 W. Lafayette Street, Detroit, Michigan 48226.

3. Interested Party Jerome Moore shall serve a copy of this order on attorneys for City of Detroit by electronic service upon issuance of this order and on Jason McFarlane, City of Detroit Law Department, 2 Woodward Avenue, Suite 500, Detroit, MI 48226, attorney for Appellee City of Detroit, and Deborah Brouwer, 200 Talon Center Drive, Suite 200, Detroit, MI 48207, attorney for Appellee SEMHA, by personal service within two days of issuance of this order.

.

**Signed on October 23, 2013**

                                                                    /s/ Steven Rhodes
                                                                    **Steven Rhodes**
                                                                    **United States Bankruptcy Judge**