# **EXHIBIT 4**

# **(Certificate of Service)**

# **CERTIFICATE OF SERVICE**

     I, David G. Heiman, hereby certify that the foregoing Debtor's Motion for Entry of an Order (i) Authorizing the Debtor to Enter Into and Perform Under Certain Transaction Documents with the Public Lighting Authority and (ii) Granting Other Related Relief was filed and served via the Court's electronic case filing and noticing system on this 23rd day of October, 2013.

                                            /s/ David G. Heiman