# APPENDIX G

Public Lighting Authority of Detroit
Budget

| | 30-Jun-14 | 30-Jun-15 | 30-Jun-16 | 30-Jun-17 | 30-Jun-18 | 30-Jun-19 | 30-Jun-20 | 30-Jun-21 | 30-Jun-22 | 30-Jun-23 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Sources** | | | | | | | | | | |
| Utility User Tax | $ 12,500,000 | $ 12,500,000 | $ 12,500,000 | $ 12,500,000 | $ 12,500,000 | $ 12,500,000 | $ 12,500,000 | $ 12,500,000 | $ 12,500,000 | $ 12,500,000 |
| City of Detroit Admin Fees | $ 329,348 | $ 658,696 | $ 1,317,392 | $ 1,515,000 | $ 1,515,000 | $ 1,515,000 | $ 1,515,000 | $ 1,515,000 | $ 1,515,000 | $ 1,515,000 |
| Bridge Loan Proceeds | $ 60,000,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Bond Proceeds (Net of D.S. Reserve Fund) | $ 135,504,992 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Revenue** | $ 208,334,340 | $ 13,158,696 | $ 13,817,392 | $ 14,015,000 | $ 14,015,000 | $ 14,015,000 | $ 14,015,000 | $ 14,015,000 | $ 14,015,000 | $ 14,015,000 |
| **Administrative Budget** | | | | | | | | | | |
| Salaries & Benefits | $ 534,114 | $ 566,160 | $ 594,468 | $ 610,000 | $ 620,000 | $ 620,000 | $ 620,000 | $ 620,000 | $ 620,000 | $ 620,000 |
| Insurance | $ 78,600 | $ 83,316 | $ 87,482 | $ 89,000 | $ 90,000 | $ 90,000 | $ 90,000 | $ 90,000 | $ 90,000 | $ 90,000 |
| Auto Expenses | $ 15,600 | $ 16,032 | $ 16,414 | $ 16,500 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 |
| Professional Fees | $ 626,100 | $ 429,346 | $ 419,843 | $ 327,385 | $ 250,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 250,000 |
| Occupancy | $ 58,093 | $ 51,677 | $ 45,976 | $ 48,275 | $ 50,000 | $ 55,000 | $ 60,000 | $ 65,000 | $ 70,000 | $ 75,000 |
| Office | $ 152,000 | $ 161,120 | $ 165,000 | $ 170,000 | $ 175,000 | $ 180,000 | $ 185,000 | $ 190,000 | $ 195,000 | $ 200,000 |
| Conferences & Meetings | $ 25,000 | $ 26,500 | $ 27,825 | $ 28,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 |
| Others | $ 315,000 | $ 333,900 | $ 350,595 | $ 280,000 | $ 283,000 | $ 273,000 | $ 263,000 | $ 253,000 | $ 243,000 | $ 233,000 |
| **Total Operating Budget** | $ 1,804,506 | $ 1,668,052 | $ 1,707,603 | $ 1,569,159 | $ 1,515,000 | $ 1,515,000 | $ 1,515,000 | $ 1,515,000 | $ 1,515,000 | $ 1,515,000 |
| **Capital Project Expenditures** | | | | | | | | | | |
| DTE - Project Management | $ 1,200,000 | $ 1,200,000 | $ 900,000 | $ 300,000 | $ - | $ - | $ - | $ - | $ - | $ - |
| Surveys | $ 1,950,000 | $ 2,200,000 | $ 94,731 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Engineering & Design | $ 3,876,555 | $ 6,307,326 | $ 3,153,663 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Over Head Removal | $ 3,230,485 | $ 4,826,266 | $ 4,826,266 | $ 2,413,133 | $ - | $ - | $ - | $ - | $ - | $ - |
| Under Ground Removal | $ 727,993 | $ 1,087,604 | $ 1,087,604 | $ 543,802 | $ - | $ - | $ - | $ - | $ - | $ - |
| Over Head Installation | $ 4,221,358 | $ 7,316,305 | $ 7,316,305 | $ 3,658,153 | $ - | $ - | $ - | $ - | $ - | $ - |
| Under Ground Installation | $ 18,228,858 | $ 26,780,858 | $ 28,019,278 | $ 17,497,608 | $ - | $ - | $ - | $ - | $ - | $ - |
| Communications | $ 26,400 | $ 5,400 | $ 4,050 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Capital Projects** | $ 33,461,648 | $ 49,723,759 | $ 45,401,897 | $ 24,412,696 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Debt Service Expenditures** | | | | | | | | | | |
| Principal payment - Bridge Loan | $ 60,000,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Principal payment - Bond | $ - | $ - | $ 1,525,000 | $ 1,595,000 | $ 1,675,000 | $ 1,760,000 | $ 1,855,000 | $ 1,950,000 | $ 2,060,000 | $ 2,185,000 |
| Interest Expenses - bond | $ - | $ 5,990,788 | $ 10,973,113 | $ 10,902,613 | $ 10,820,863 | $ 10,734,988 | $ 10,644,613 | $ 10,549,488 | $ 10,438,938 | $ 10,311,588 |
| Interest Expenses - Bridge Loan | $ 1,350,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Issuance Expenses - Bond | $ 2,233,275 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Issuance Expenses - Bridge Loan | $ 660,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trustee Fees | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 |
| **Total Debt Service** | $ 64,246,275 | $ 5,993,788 | $ 12,501,113 | $ 12,500,613 | $ 12,498,863 | $ 12,497,988 | $ 12,502,613 | $ 12,502,488 | $ 12,501,938 | $ 12,499,588 |
| **Total** | $ 99,512,429 | $ 57,385,599 | $ 59,610,612 | $ 38,482,468 | $ 14,013,863 | $ 14,012,988 | $ 14,017,613 | $ 14,017,488 | $ 14,016,938 | $ 14,014,588 |
| Change | $ 108,821,910 | $ (44,226,903) | $ (45,793,220) | $ (24,467,468) | $ 1,137 | $ 2,012 | $ (2,613) | $ (2,488) | $ (1,938) | $ 412 |
| Beginning Fund Balance | $ 6,117,415 | $ 114,939,325 | $ 70,712,422 | $ 24,919,202 | $ 451,733 | $ 452,870 | $ 454,882 | $ 452,269 | $ 449,781 | $ 447,843 |
| Ending Fund Balance | $ 114,939,325 | $ 70,712,422 | $ 24,919,202 | $ 451,733 | $ 452,870 | $ 454,882 | $ 452,269 | $ 449,781 | $ 447,843 | $ 448,255 |

**Assumptions:**

**Revenue:**

- **Utility User Tax:** This is the revenue from City's utility tax that will be used to repay the bond.
- **City of Detroit Admin Fees:** City has agreed to pay 15% of the electricty operating cost as an admin fee. PLA estimated the number of lights available during the pilot program are 10,000 and 20,000 for the first two years
- **Bridge Loan Proceeds:** PLA will initially borrow $60 million to start the project. The loan will be paid as soon as the $149 Million bond is issued. The loan will have interest rate equal to 1 month LIBOR index plus 16% margin. (estimated 3%)
- **Bond Proceeds:** This assumption is based on PLA will sell $149 million in bonds by June 15, 2014. This will be repaid through Utility user tax of $12.5M per year for 30 years. The bond is a 30 year bond issue and carries an interest rate ranging from 4 to 8 percent. The bond analysis was prepared by Robert W. Baird & Co.
  Note: City will be paying all operating and electricity cost

**Administrative Budget**

- **Salaries & Benefits:** These expenditures are based on the number of employees that PLA will utilize.
- **Insurance:** Consist of Officers and Directors, Liability and umbrella insurance.
- **Auto Expenses:** Consist of the employee parking and auto allowance
- **Professional Fees:** Consist of accounting, auditing, legal and public relation professionals
- **Occupancy:** Consist of rent and repairs & maintenance of the PLA office
- **Office:** Consist of office expenses
- **Conferences & Meetings:** Board and staff meeting.
- **Others:** All other unexpected expenses

**Capital Project Expenditures:** Estimated total cost of the project will be $153 Million

**Debt Service Expenditures:** Bridge loan in the amount of $60 million which will paid within a year with an estimated interest of $1.35M.
Bond will be issued 1st quarter of fiscal year 2015. the first principal payment is scheduled on July 2016 and the first interest payment is January 2016.
Estimated trustee and others fees of $3,000 per annum.

# PUBLIC LIGHTING AUTHORITY OF DETROIT
# BALANCE SHEET
# JULY 31, 2013

### ASSETS

| | |
|---|---:|
| Cash | $ 1,029,411 |
| Employee Advances | 20,000 |
| **Total Assets** | **$ 1,049,411** |

### LIABILITIES & FUND BALANCE

**LIABILITIES**

| | |
|---|---:|
| Accounts Payable | $ 29,091 |
| Other Payables | - |
| **Total Liabilities** | **$ 29,091** |

**FUND BALANCE**

| | |
|---|---:|
| Non-spendable | $ - |
| Unassigned | 1,020,320 |
| **Total Fund Balance** | **$ 1,020,320** |
| **Total Liabilities & Fund Balance** | **$ 1,049,411** |

# PUBLIC LIGHTING AUTHORITY OF DETROIT
## STATEMENT OF REVENUE, EXPENDITURES AND CHANGES IN FUND BALANCE
## FOR THE ONE MONTH ENDED JULY 31, 2013

|  | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| **REVENUE:** | | |
| Utility User Tax Revenue | $ - | $ 1,200,000 |
| Total Revenue | $ - | $ 1,200,000 |
| **EXPENDITURES:** | | |
| Salaries & Wages | $ 4,360 | $ 4,360 |
| Fringe Benefits | 338 | 338 |
| Auto Expenses | 518 | 518 |
| Bank Charges | 75 | 110 |
| Occupancy | 150 | 150 |
| Office Expenses | 608 | 608 |
| Legal Fees | 28,377 | 101,444 |
| Public Relation Services | 7,600 | 56,350 |
| Secretarial Services | 1,038 | 1,770 |
| Trustee Fees | 2,500 | 2,500 |
| Relocation Expenses | - | 10,000 |
| Telephone & Internet | 1,532 | 1,532 |
| Total Expenditures | $ 47,097 | $ 179,680 |
| Change in Fund Balance | $ (47,097) | $ 1,020,320 |
| Beginning Fund Balance | 1,067,417 | - |
| Ending Fund Balance | $ 1,020,320 | $ 1,020,320 |

# Exhibit 2

Pilot Area Maps

## East PLA Pilot Area



