# Exhibit 3

**None [Brief Not Required]**