# Exhibit 4

**None [Separate Certificate of Service to be Filed]**