# Exhibit 6

**Documentary Exhibits**
**[Not Applicable]**