# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) **Expedited Consideration** |
| | ) **Requested** |

## *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON THE MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. FOR AUTHORITY TO ISSUE DOCUMENT AND DEPOSITION SUBPOENAS TO THE DEBTOR, THE EMERGENCY MANAGER, AND CERTAIN OF THE DEBTOR'S ADVISORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") file this motion for the entry of an *ex parte* order pursuant to Rules 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") (a) shortening the notice period regarding the *Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority To Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004* (the "2004 Motion"), and (b) scheduling a

hearing on the 2004 Motion for October 29, 2013. In support of this motion, Syncora respectfully states as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

2. In the 2004 Motion, filed contemporaneously herewith, Syncora seeks entry of an order authorizing Syncora to issue document and deposition subpoenas to the City of Detroit, the emergency manager, and certain of the City's advisors pursuant to Federal Rule of Bankruptcy Procedure 2004. By the instant motion, Syncora seeks an order shortening the notice period regarding the 2004 Motion, and scheduling a hearing on the 2004 Motion on October 29, 2013 at 9:00 a.m.

## BASIS FOR RELIEF

3. Bankruptcy Rule 9006(c)(1) provides that "when an act is required or allowed to be done within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion and without motion or notice order the period reduced." Fed. R. Bankr. P. 9006(c)(1). Local Rule 9006-1(b) further provides that a party may file a motion for an *ex parte* order reducing or enlarging the time for a party to take any action or file any

paper." E.D. Mich. LBR 9006-1(b). Additionally, under Bankruptcy Rule 9007, "[w]hen notice is to be given under the [Bankruptcy Rules], the court shall designate, if not otherwise specified herein, the time within which, the entities to whom, and the form and manner in which the notice shall be given." Fed. R. Bankr. P. 9007. Together, these rules provide the Court with the authority to enter an *ex parte* order scheduling a hearing on shortened notice and approving the manner of such notice.

4. On October 11, 2013, the emergency manager posted proposed order number 17 approving debtor in possession financing for the City to be funded by Barclays Capital Inc. (the "Barclays' DIP"). On October 21, the City Council denied approval of the Barclays' DIP. Pursuant to PA 436, the Barclays' DIP, together with an alternate proposal provided by the City Council, if any, will be submitted to the financial assistance loan board for review within 7 days of the City's disapproval.

5. Because the Barclays' DIP will be submitted to the financial assistance loan board for review by October 28, 2013 and may be ruled on shortly thereafter, it is necessary to bring the 2004 Motion before the Court expeditiously to ensure Syncora has the requisite information to timely and constructively engage the debtor in possession review and approval process. Syncora will serve this *Ex*

*Parte* Motion via the Court's ECF system to the parties in the above-captioned proceeding and will provide notice of the *ex parte* order promptly upon issuance.

6. For these reasons, Syncora submits that cause exists to schedule a hearing on its Motion for October 29, 2013, at 9:00 a.m., on shortened notice.

WHEREFORE, Syncora respectfully request that the Court enter an order, substantially in the form attached as Exhibit 1, granting the relief requested in this *m*otion and granting such further relief as the Court deems appropriate.

[*The remainder of this page is intentionally left blank*]

Dated: October 23, 2013

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*