# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Ryan Blaine Bennett, hereby certify that the *Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004* [Docket No. 1342] and the Ex Parte *Motion for an Order Shortening Notice and Scheduling an Expedited Hearing on the Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004* [Docket No. 1344], were filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 23rd day of October, 2013.

Dated:  October 23, 2013         Respectfully submitted,

                              **KIRKLAND & ELLIS LLP**

By: */s/ Ryan Blaine Bennett*
    James H.M. Sprayregen, P.C.
    Ryan Blaine Bennett
    Stephen C. Hackney
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, Illinois 60654
    Telephone:  (312) 862-2000
    Facsimile:   (312) 862-2200

          - and -

    Stephen M. Gross
    David A. Agay
    Joshua Gadharf
    MCDONALD HOPKINS PLC
    39533 Woodward Avenue
    Bloomfield Hills, MI 48304
    Telephone:  (248) 646-5070
    Facsimile:   (248) 646-5075

    *Attorneys for Syncora Guarantee Inc. and*
    *Syncora Capital Assurance Inc.*

# Exhibit 1
## Electronic Mail Service List

| | |
|---|---|
| Abby.wilkinson@FaegreBD.com | jerry.ellis@couzens.com |
| acaton@kramerlevin.com pdechiara@cwsny.com tciantra@cwsny.com | jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrosman@carsonfischer.com |
| afscme207@sbcglobal.net | jgadharf@mcdonaldhopkins.com |
| afscme457@peoplepc.com | jgatteno@comcast.net |
| afscmelocal1023@att.net; deliaenright@hotmail.com | jharrison@uwua.net bfagan@dibandfagan.com |
| afscmelocal229@ymail.com | jhb_ecf@osbig.com |
| Yvonners2001@yahoo.com | jkamins@fosterswift.com |
| agarrett@miafscme.org | john.dillman@lgbs.com |
| agerdes@gerdesplc.com | john.sieger@kattenlaw.com |
| alfredo.perez@weil.com | jsgroi@honigman.com |
| anurses@att.net | jturner@clarkhill.com |
| aoreilly@honigman.com | julia.caroff@usdoj.gov |
| apclawyer@sbcglobal.net | jweiner@mcdonaldhopkins.com |
| arlene.kirby@yahoo.com | karen.dine@kattenlaw.com; |
| bjdelta55@gmail.com | kevin.baum@kattenlaw.com |
| aross@dwsd.org | kelly.diblasi@weil.com |
| aroth@bredhoff.com jfreund@bredhoff.com dgreenfield@bredhoff.com | ken.higman@hp.com caroline.english@arentfox.com conlitpc@sbcglobal.net |
| Artp1@degc.org; gwlong@degc.org; navin@degc.org; | kenneth.noble@kattenlaw.com dls@wmlaborlaw.com |
| atulocal26pba@aol.com | Kim.robinson@bfkn.com |
| ayala.hassell@hp.com | KingR@detroitmi.gov |
| ayoung586@comcast.net | KingY687@detroitmi.gov |
| bankruptcy@markowitzlegal.com | kmiller@skjlaw.com |
| Bankruptcy2@ironmountain.com | kovskyd@pepperlaw.com |
| bbennett@jonesday.com | kressk@pepperlaw.com |
| bberens@jonesday.com | kschneider@schneidermiller.com |
| bbest@schaferandweiner.com | Ksummers@dflaw.com |
| bborder@sspclegal.com | kthornbladh@gmail.com |
| bbowman@bodmanlaw.com | langstony@gmail.com |
| bceccotti@cwsny.com | laplante@millercanfield.com |
| BellM1@michigan.gov | lawrence.bell@usbank.com |

| | |
|---|---|
| **Exhibit 1** Electronic Mail Service List | |
| billwertheimer@gmail.com | lazonia.clark@chasepaymentech.com |
| bkott@lewismunday.com | lbrimer@stroblpc.com |
| BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org | llarose@winston.com; skohn@winston.com; chardman@winston.com |
| bokeefe@lippittokeefe.com | local2920@sbcglobal.net |
| bpatek@ermanteicher.com ejr@morganmeyers.com swansonm@millercanfield.com | lrochkind@jaffelaw.com carlson@millercanfield.com jeff@iobillboard.com |
| BrooR@detroitmi.gov | m.neil@sbcglobal.net |
| btrumbauer@bodmanlaw.com | marcicampbel@gmail.com |
| canderson@dwsd.org | Maria.D.Giannirakis@usdoj.gov |
| Carol.Cohen@arentfox.com | mark.ellenberg@cwt.com |
| carole.neville@dentons.com lisa.fenning@aporter.com llarose@chadbourne.com | Mark.Ellenberg@cwt.com; Lary.Stromfeld@cwt.com; Jason.Jurgens@cwt.com |
| cash@wnj.com | marriott@ballardspahr.com |
| cbullock@sbplclaw.com; ecrowder@sbplclaw.com | mcqueen@dwsd.org skohn@chadbourne.com |
| ck445polc@yahoo.com | mdordeski@foleymansfield.com |
| claude.montgomery@dentons.com mail@goodmanhurwitz.com | melanie.kotler@nortonrosefulbright.com bgoodman@goodmanhurwitz.com |
| clrncsndrs@yahoo.com | melissa@demolaw.com |
| cobbm@detroitmi.gov | mfield@stroblpc.com |
| cphillips@miafscme.org | miag@michigan.gov |
| czucker@ermanteicher.com | mike.gearin@klgates.com |
| david.boyle@airgas.com mkato@sachswaldman.com | Mike.Paslay@wallerlaw.com; Ryan.Cochran@wallerlaw.com |
| David.Dubrow@arentfox.com nayad@ayadlaw.com | mimilaurie@yahoo.com; ltownse@detroitpubliclibrary.org |
| david.dubrow@arentfox.com; mark.angelov@arentfox.com; carol.cohen@arentfox.com | missnick64@hotmail.com wilkins@bwst-law.com hall@bwst-law.com |
| david.lemke@wallerlaw.com; courtney.rogers@wallerlaw.com | MIStateTreasurer@michigan.gov |

## Exhibit 1
### Electronic Mail Service List

| | |
|---|---|
| david.rosenzweig@nortonrosefulbright.com | mjkarwoski@alumni.nd.edu |
| dbeckwith@fosterswift.com | mnicholson@uaw.net |
| dbernstein@plunkettcooney.com | mnicholson@uaw.net; |
| dcopley@dickinsonwright.com | morris@silvermanmorris.com; avery@silvermanmorris.com |
| deisenberg@ermanteicher.com | msl@maddinhauser.com |
| Detroitinfo@kccllc.com | mtaunt@stroblpc.com |
| dfish@allardfishpc.com; tgraves@allardfishpc.com | mvanoverbeke@vmtlaw.com |
| dgheiman@jonesday.com; hlennox@jonesday.com; tawilson@jonesday.com | mwarner@coleschotz.com |
| Diaz@detroitpoa.com; | NicDun@detroitmi.gov |
| dlerner@plunkettcooney.com; plannen@plunkettcooney.com | paige.barr@kattenlaw.com |
| dmalcolm@miafscme.org | Pamkin@detroitmi.gov |
| dmcnamara344@aol.com | patel@dwsd.org |
| dmollicone@dmms.com | pcanzano@sidley.com |
| dmzack@mcalpinepc.com | pdibello@ca.ibm.com |
| DoluntS320@detroitmi.gov | pghosh@dwsd.org |
| dplon@sirlinlaw.com | phage@jaffelaw.com |
| dpoitras@jmbm.com | philphil48238@yahoo.com |
| dweiner@schaferandweiner.com | poam@poam.net |
| ecf@gudemanlaw.com | pra@vanguardians.org |
| ecf@kaalaw.com | presidentjan@aol.com |
| ecf@lassnerlaw.com | presidentlocal1227@hotmail.com |
| ecf@zaplc.com | princel@dteenergy.com |
| eduardo.rodriguez@bnymellon.com | proberts@shawfishman.com; rfishman@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mreiser@shawfishman.com |
| edunn@maxwelldunnlaw.com | pwhunt@kerr-russell.com |

| **Exhibit 1** Electronic Mail Service List | |
|---|---|
| Edwin.smith@bingham.com | rayguzall@attorneyguzall.com |
| edwin.smith@bingham.com; jared.clark@bingham.com; steven.wilamowsky@bingham.com; marcus.marsh@bingham.com nganatra@uaw.net nayad@ayadlaw.com | rdiehl@bodmanlaw.com |
| eerman@ermanteicher.com | rdpffa@hotmail.com |
| efeldman@clarkhill.com | Reesel@detroitmi.gov |
| ejessad@wwrplaw.com; mrjames@wwrplaw.com | rfrimmer@schiffhardin.com; mott@schiffhardin.com |
| emajoros@glmpc.com | rgordon@clarkhill.com |
| emcneil@miafscme.org | rplecha@lippittokeefe.com |
| enovetsky@jaffelaw.com | rrose@dykema.com |
| etashman@sidley.com; jbjork@sidley.com | sam.alberts@dentons.com nlabovitz@debevoise.com |
| express33@aol.com | Schneiderm7@michigan.gov |
| flanchers@michigan.gov; schneiderm7@michigan.gov | sdeeby@clarkhill.com swansonm@millercanfield.com |
| fusco@millercanfield.com | Sean.Cowley@usdoj.gov |
| gary.holtzer@weil.com; alfredo.perez@weil.com | senoritabonita@peoplepc.com jeff@iobillboard.com |
| gneal@sidley.com | sfarrell@dykema.com |
| gneal@sidley.com | sfoss@winston.com |
| green@millercanfield.com; laplante@millercanfield.com | sgross@mcdonaldhopkins.com ejr@morganmeyers.com |
| gvp1220@aol.com wwkannel@mintz.com awalker@mintz.com | sgrow@wnj.com; ddozeman@wnj.com; cash@wnj.com |
| HansberryM@detroitmi.gov | showell@dickinsonwright.com |
| hertzbergr@pepperlaw.com | simoliun@dwsd.org |
| Howard.Hawkins@cwt.com; lary.stromfeld@cwt.com | skhanna@berkre.com |
| howard@jacobweingarten.com mcto@debevoise.com | slevine@lowenstein.com; pgross@lowenstein.com |
| hsanders@miafscme.org | soconnor@glmpc.com |

4

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| info@drcea.org stoby@dykema.com | steveramadan@gmail.com |
| jbank@kerr-russell.com | summersm@ballardspahr.com |
| jbellman@jonesday.com | susan.brown5@usbank.com |
| jbendernagel@sidley.com | susan.jacobsen2@usbank.com |
| jbjork@sidley.com | swahl@schiffhardin.com |
| jcalton@honigman.com | swilson@dwsd.org |
| jcanzano@michworklaw.com | swolfson@wolfsonbolton.com; akochis@wolfsonbolton.com |
| jcarter@sbsco.com | theda3t@yahoo.com |
| jcunningham@uaw.net | TL214teams@ameritech.net |
| jcunningham@uaw.net | tmayer@kramerlevin.com |
| jd@primeshares.com; transfer@primeshares.com | tsable@honigman.com |
| jeatonf@cousenslaw.com | union836@yahoo.com |
| JenkinsH@detroitmi.gov | vgflawyer@sbcglobal.net |
| wwkannel@mintz.com; awalker@mintz.com | william.miller@iuoe324.org |
| yo@osbig.com | wsmith@mwe.com |
| youngM604@detroitmi.gov; Polo4491@aol.com | wsmith@mwe.com; ncoco@mwe.com |

## Exhibit 2
### First Class Mail Service List

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

Detroit Police Benefit and Protective
Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard
Suite 405
Detroit, MI 48202

The Office of the Governor of the
State of Michigan
Governor Rick Snyder
P.O. Box 30013
Lansing, MI 48909

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA 30328

The City of Detroit
Attn: Kevyn D. Orr, Emergency
Manager
Coleman A. Young Municipal Center
2 Woodward Ave, Suite 1126
Detroit, MI 48226

The City of Detroit
Attn: Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI 48325

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226