UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9
 Case No. 13-53846
City of Detroit, Michigan,  Hon. Steven W. Rhodes

    Debtor.
_____/

Notice Regarding Briefing on "Good Faith Negotiations"

Parties to the eligibility trial are invited to file briefs on: (1) whether the case law that addresses good faith negotiation under 11 U.S.C. §§ 1113 and 1114, and in labor law, should apply when determining eligibility under 11 U.S.C. § 109(c), and (2) if so, how that case law suggests that the issue should be resolved in this case. The briefs shall be filed by November 13, 2013, and shall not exceed 8 pages. No extensions of that limit will be granted.

Dated: October 24, 2013

                                                                   /s/ Steven Rhodes
                                                                   Steven Rhodes
                                                                   United States Bankruptcy Judge