UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
                                                                Case No. 13-53846
City of Detroit, Michigan,                                      Hon. Steven W. Rhodes

    Debtor.
_____/

### Order Denying Motion to Shorten Notice and Expedite Hearing

On October 23, 2013, Syncora Guarantee Inc. and Syncora Capital Assurance Inc. filed an ex parte motion for an order shortening notice and scheduling an expedited hearing on the motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for authority to issue document and deposition subpoenas to the debtor, the emergency manager, and certain of the debtor's advisors pursuant to Federal Rule of Bankruptcy Procedure 2004. The Court concludes that good cause has not been shown which would warrant the granting of the motion. Accordingly, it is hereby ordered that the motion for an order shortening notice and scheduling an expedited hearing (Dkt. #1344) is denied.
.

**Signed on October 24, 2013**

                                                                **/s/ Steven Rhodes**
                                                          **Steven Rhodes**
                                                          **United States Bankruptcy Judge**