UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 24, 2013, he caused a copy of the Order Granting Expedited Hearing on Interested Party Jerome Moore's Motion for Relief from Automatic Stay [Docket 1340] along with the Motion for Expedited Hearing [1337] and the Motion for Relief from Automatic Stay {Docket 1307] and related exhibits to be served by personal service, upon Deborah Brower, Esq., 200 Talon Center Drive, Suite 200, Detroit, MI 48207; and Jason McFarlane, Esq., City of Detroit Law Department, 2 Woodward Avenue, Suite 500, Detroit, MI 48226, attorneys for Appellees in Michigan Court of Appeals Case No. 310920, as well as by email to Jason McFarlane, City of Detroit attorney.

                                                JEROME D. GOLDBERG, PLLC

                                                By:   */s/ Jerome D. Goldberg*
                                                Jerome D. Goldberg (P61678)
                                                Attorney for Jerome Moore, Plaintiff-Appellant in the Michigan Court of Appeals
                                                2921 East Jefferson, Suite 205
                                                Detroit, MI 48207
                                                Phone: 313-393-6001
                                                Fax: 313-393-6007
                                                Email: apclawyer@sbcglobal.net

DATED: October 24, 2013