UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 9 |
| | ) |
| City of Detroit, Michigan, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## AFFIRMATION OF SERVICE OF TRIAL SUBPOENAS

I, Deborah Kovsky-Apap, hereby affirm that the following is correct under the penalty of perjury pursuant to 28 U.S.C. § 1746.

I am over the age of 18 and not a party to the above-captioned proceeding. On October 23, 2013, I served a copy of the attached trial subpoenas upon Gov. Richard Snyder, Andrew Dillon, Richard Baird and Howard Ryan by emailing copies of the subpoenas to Steven Howell, counsel to Governor Synder, Mr. Dillon, Mr. Baird and Mr. Ryan, who agreed to accept service on their behalf.

                                                Respectfully submitted,

                                                /s/ Deborah Kovsky-Apap
                                                ROBERT S. HERTZBERG (P30261)
                                                DEBORAH KOVSKY-APAP (P68258)
                                                PEPPER HAMILTON LLP
                                                4000 Town Center, Suite 1800
                                                Southfield, MI 48075
                                                Telephone: (248) 359-7300
                                                hertzbergr@pepperlaw.com
                                                kovskyd@pepperlaw.com
Dated: October 24, 2013                    Attorneys for Debtor City of Detroit, Michigan

# United States Bankruptcy Court

Eastern District of Michigan, Southern Division

In re City of Detroit, Michigan,            **SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

                           Debtor.

Case No. 13-53846

To: Governor Richard Snyder
      P.O. Box 30013
      Lansing, Michigan 48909

Chapter 9

☒ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Theodore Levin Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, Michigan 48226 | Courtroom 716 |
| | DATE AND TIME<br>October 28, 2013 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case, pursuant to Fed. R. Bankr. P. 7030 and 9016.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed. R. Civ. P. 30(b)(6) made applicable to this proceeding by Fed. R. Bankr. P. 1018, 7030 and 9014.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]* D. Kovsky-Apap    Counsel for the City of Detroit. | October 23, 2013 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Deborah Kovsky-Apap, Esq.
Pepper Hamilton, LLP, Suite 1800, 4000 Town Center, Southfield, MI 48075

# United States Bankruptcy Court

Eastern District of Michigan, Southern Division

| | |
|---|---|
| In re City of Detroit, Michigan,<br><br>        Debtor. | **SUBPOENA IN A CASE UNDER<br>THE BANKRUPTCY CODE** |
| To: State Treasurer Andrew Dillon<br>   Austin Building<br>   430 W. Allegan Street<br>   Lansing, MI 48922 | Case No. 13-53846<br><br>Chapter 9 |

☒ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Theodore Levin Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, Michigan 48226 | Courtroom 716 |
| | DATE AND TIME |
| | October 28, 2013 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case, pursuant to Fed. R. Bankr. P. 7030 and 9016.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

  Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed. R. Civ. P. 30(b)(6) made applicable to this proceeding by Fed. R. Bankr. P. 1018, 7030 and 9014.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature] D Kovsky Apap*<br>    Counsel for the City of Detroit. | October 23, 2013 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Deborah Kovsky-Apap, Esq.
Pepper Hamilton, LLP, Suite 1800, 4000 Town Center, Southfield, MI 48075

# United States Bankruptcy Court

Eastern District of Michigan, Southern Division

In re City of Detroit, Michigan,

Debtor.

To: Richard Baird
Executive Office of the Governor
111 South Capitol Ave.
P.O. Box 30013
Lansing, MI

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No. 13-53846

Chapter 9

☒ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Theodore Levin Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, Michigan 48226 | Courtroom 716 |
| | DATE AND TIME<br>October 28 & 29, 2013 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case, pursuant to Fed. R. Bankr. P. 7030 and 9016.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed. R. Civ. P. 30(b)(6) made applicable to this proceeding by Fed. R. Bankr. P. 1018, 7030 and 9014.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]* Counsel for the City of Detroit. | October 23, 2013 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Deborah Kovsky-Apap, Esq.
Pepper Hamilton, LLP, Suite 1800, 4000 Town Center, Southfield, MI 48075

# United States Bankruptcy Court

Eastern District of Michigan, Southern Division

| | |
|---|---|
| In re City of Detroit, Michigan,<br><br>                       Debtor. | **SUBPOENA IN A CASE UNDER**<br>**THE BANKRUPTCY CODE** |
| To: Howard Ryan, Director of Legislative Affairs<br>     Michigan Department of Treasury<br>     Austin Building<br>     430 W. Allegan Street<br>     Lansing, MI 48922 | Case No. 13-53846<br><br>Chapter 9 |

☒ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>Theodore Levin Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, Michigan 48226 | COURTROOM<br>Courtroom 716 |
|---|---|
| | DATE AND TIME<br>October 28 & 29, 2013 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case, pursuant to Fed. R. Bankr. P. 7030 and 9016.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

     Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed. R. Civ. P. 30(b)(6) made applicable to this proceeding by Fed. R. Bankr. P. 1018, 7030 and 9014.

| ISSUING OFFICER SIGNATURE AND TITLE<br><br>*D Kovsky-Apap*    Counsel for the City of Detroit. | DATE<br>October 23, 2013 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Deborah Kovsky-Apap, Esq.
Pepper Hamilton, LLP, Suite 1800, 4000 Town Center, Southfield, MI 48075