# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE OF THE MICHIGAN COUNCIL 25 OF THE AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO AND SUB-CHAPTER 98, CITY OF DETROIT RETIREES LIMITED OBJECTION TO THE DEBTOR'S MOTION TO ESTABLISH BAR DATES FOR FILING PROOFS OF CLAIM

The undersigned certifies that on October 24, 2013, The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees Limited Objection to the Debtor's Motion to Establish Bar Dates for Filing Proofs of Claim was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record..

Dated: October 24, 2013

*/s/ Lisa Marie Bonito*
Lisa Marie Bonito
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
lbonito@lowenstein.com