UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASALLE TOWN HOUSES
COOPERATIVE ASSOCIATION, *et al.*,

       Plaintiffs,

                                         Case No. 12-cv-13747
                                         Honorable Gershwin A. Drain

v.

CITY OF DETROIT, acting
through its DETROIT WATER
AND SEWERAGE DEPARTMENT,

       Defendant.
_____/

**ORDER SETTING DISCOVERY AND MOTION DEADLINES RELATIVE TO CLASS CERTIFICATION ISSUE AND SETTING HEARING DATE**

     The parties appeared for a status conference on this date.  On August 23, 2012, Plaintiffs filed a class action complaint alleging that Defendant, the City of Detroit, through its Water and Sewerage Department, has improperly charged Plaintiffs for water and sewerage utility services at commercial rates rather than residential rates.  Plaintiffs currently include five entities which own cooperative residential dwellings or buildings with multiple residences.  They seek class certification pursuant to Rule 23(a) and 23(b) of the Federal Rules of Civil Procedure.

     In order to resolve this matter in an efficient manner, the Court adopts the parties' proposal set forth in their joint discovery plan, filed on November 26, 2012.  Accordingly, this matter shall be divided into pre-certification and post-certification stages.  Therefore, the following dates shall apply:

-1-

| PRE-CERTIFICATION SCHEDULING DEADLINES ||
|---|---|
| Initial Disclosures required by Rule 26(a) due: | January 15, 2013 |
| Pre-Certification Discovery cutoff: | March 31, 2013 |
| Plaintiffs' Motion to Certify Class due: | April 30, 2013 |
| Defendant's Response in Opposition due: | May 21, 2013 |
| Plaintiffs' Reply in Support of Class Certification due: | June 4, 2013 |

Oral argument on Plaintiffs' Motion to Certify Class is set for June 18, 2013 at 2:00 p.m.

A status conference will also be held on June 18, 2013.

SO ORDERED.

Dated: January 16, 2013         /s/Gershwin A Drain
                                GERSHWIN A. DRAIN
                                United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 16, 2013, by electronic and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk