# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2013, he caused true and correct copies of

***DEBTOR'S OBJECTION TO MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY***

and

***DEBTOR'S BRIEF IN OPPOSITION TO MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY***

to be served upon counsel via electronic mail and First Class United States Mail as follows:

Tracy M. Clark, Esq.
Steinberg Shapiro & Clark
25925 Telegraph Rd., Suite 203
Southfield, MI 48033

Email: clark@steinbergshapiro.com

Dated: October 24, 2013

                                         By: /s/Timothy A. Fusco
                                         Timothy A. Fusco
                                         150 West Jefferson
                                         Suite 2500
                                         Detroit, Michigan 48226
                                         Telephone: (313) 963-6420
                                         Facsimile: (313) 496-7500
                                         fusco@millercanfield.com