UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                  Chapter 9

City of Detroit, Michigan,            Case No. 13-53846

       Debtor.                         Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 24, 2013, the Limited Objection by the Detroit Public Safety Unions to the Debtor's Motion for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                           */s/ Julie Beth Teicher*
                                           JULIE BETH TEICHER (P34300)
                                           Erman, Teicher, Miller,
                                           Zucker & Freedman, P.C.
                                           400 Galleria Officentre, Ste. 444
                                           Southfield, MI 48034
                                           Telephone: 248-827-4100
                                           Facsimile: 248-827-4106
                                           Email: jteicher@ermanteicher.com

Dated: October 24, 2013

F:\CHAP9\DETROIT\Cert of Service ltd obj re mtn to establish bar dates.docx