UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**AMENDED NOTICE OF THE MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. FOR AUTHORITY TO ISSUE DOCUMENT AND DEPOSITION SUBPOENAS TO THE DEBTOR, THE EMERGENCY MANAGER, AND CERTAIN OF THE DEBTOR'S ADVISORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that on October 23, 2013, Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together "Syncora") filed the *Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004* (the "Rule 2004 Motion") in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") seeking entry of an order authorizing Syncora to issue document and deposition subpoenas to the Debtor, the emergency manager, and certain of the Debtor's advisors to obtain additional information regarding the process and substance of soliciting, negotiating, and approving proposals for debtor in possession financing.

**PLEASE TAKE FURTHER NOTICE** that **your rights may be affected by the relief sought in the Rule 2004 Motion. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant Syncora's Rule 2004 Motion, or you want the Bankruptcy Court to consider your views on the Rule 2004 Motion, by **November 7, 2013 at 4:00 p.m. (EDT)** you or your attorney must:

1. File with the court a written response to the Rule 2004 Motion, explaining your position explaining your position with the Bankruptcy Court electronically through the Bankruptcy Court's electronic case filing system in accordance with the Local Rules of the Bankruptcy Court or by mailing any objection or response to:[1]

>United States Bankruptcy Court
>Theodore Levin Courthouse
>231 West Lafayette Street
>Detroit, MI 48226

You must also serve a copy of any objection or response upon:

>James H.M. Sprayregen, P.C.
>Ryan Blaine Bennett
>Stephen C. Hackney
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, Illinois 60654
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200

>- and -

>Stephen M. Gross
>David A. Agay
>Joshua Gadharf
>MCDONALD HOPKINS PLC
>39533 Woodward Avenue
>Bloomfield Hills, MI 48304
>Telephone: (248) 646-5070
>Facsimile: (248) 646-5075

2. If an objection or response is timely filed and served, the clerk will schedule a hearing on the Rule 2004 Motion and you will be served with a notice of the date, time and location of the hearing.

---

[1] A response must comply with F. R. Civ. P. 8(b), (c) and (e).

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Rule 2004 Motion and may enter an order granting such relief.

Dated: October 24, 2013 Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*