UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                              Chapter 9
                                               13-53846-swr
City of Detroit, Michigan                      Judge Rhodes


STATE OF MICHIGAN
COUNTY OF OAKLAND

## PROOF OF SERVICE

I hereby certify that on the 22nd day of October, 2013, the Clerk of the Court electronically filed the attached Order for Relief from Stay using the ECF system which will send notification of such filing to the following:

Eric D. Carlson
150 West Jefferson
Suite 2500
Detroit, MI 48226

Bruce Bennett
555 S. Flower St.
50th Floor
Los Angeles, CA 90071

Jonathan S. Green
150 W. Jefferson
Ste. 2500
Detroit, MI 48226

David Gilbert Heiman
901 Lakeside Avenue
Cleveland, OH 44114

Deborah Kovsky-Apap
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, MI 48075

Robert S. Hertzberg
4000 Town Center
Suite 1800
Southfield, MI 48075-1505

Kay Standridge Kress
4000 Town Center
Southfield, MI 48075-1505

Stephen S. LaPlante
150 W. Jefferson Ave.
Suite 2500
Detroit, MI 48226

Heather Lennox
222 East 41st Street
New York, NY 10017

Marc N. Swanson
150 W. Jefferson

Suite 2500
Detroit, MI 48226

And I hereby certify that I have mailed by United States Postal Service the
Order for Relief from Stay to the following non-ECF participants:

WAYNE COUNTY TREASURER     Resident
400 Monroe                 18816 Healy
Fifth Floor                Detroit, MI 48234
Detroit, MI 48226
                           Resident
City of Detroit            1303 18th Street
2 Woodward Ave.            Detroit, MI 48216
Suite 1126
Detroit, MI 48226

Execution on: 10/25/13

                    By:__/S/_Brett A. Border__
                    Brett A. Border (P65534)
                    bborder@sspclegal,com
                    Attorney for U.S. Bank National
                    Association as servicer for Michigan
                    State Housing Development
                    Authority
                    23938 Research Drive, Suite 300
                    Farmington Hills, MI 48335
                    248-539-7400