**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                         )         Chapter 9
                                               )
CITY OF DETROIT, MICHIGAN,      )         Case No. 13-53846
                                               )
                                               )         Hon. Steven W. Rhodes
          Debtor.                              )

_____

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 25, 2013, The Retirement Systems' Amended Response to the Debtor's Memorandum Regarding the Admissibility of Testimony Regarding the Financial Forecasts and Other Lay Witness Testimony [Dkt. No. 1383] was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

Dated:  October 25, 2013          *Counsel to the Police and Fire Retirement*
                                                 *System of the City of Detroit and the General*
                                                 *Retirement System of the City of Detroit*