UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
        Chapter 9  
        Case No. 13-53846  
City of Detroit, Michigan,  
        Hon. Steven W. Rhodes  

    Debtor.  
_____/

Order Denying Motion in Limine

For the reasons stated on the record in open Court on October 23, 2013, it is hereby ordered that the motion in limine to exclude opinions or conclusions as to the City of Detroit, Michigan's underfunding of pension liability, filed by the Official Committee of Retirees (Dkt. #1276), is denied without prejudice to the right of any party to object to Charles Moore's testimony on any ground.

.

**Signed on October 25, 2013**

                                      **/s/ Steven Rhodes**  
                               **Steven Rhodes**  
                               **United States Bankruptcy Judge**