UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**CERTIFICATE OF SERVICE OF THE MICHIGAN COUNCIL 25 OF THE AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO AND SUB-CHAPTER 98, CITY OF DETROIT RETIREES AMENDED RESPONSE AND OBJECTION TO THE DEBTOR'S MEMORANDUM REGARDING ADMISSIBILITY OF TESTIMONY REGARDING THE CITYS FINANCIAL PROJECTION**

The undersigned certifies that on October 25, 2013, The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees Amended Response and Objection to the Debtor's Memorandum Regarding Admissibility of Testimony Regarding the Citys Financial Projection was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: October 25, 2013

*/s/ Kim Marie LaFiura*
Kim Marie LaFiura
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
klafiura@lowenstein.com