**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

-------------------------------------------------------x
In re                                                  :                    Chapter 9
                                                       :                    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,           :
                                                       :                    Hon. Steven W. Rhodes
                              Debtor.                  :
-------------------------------------------------------x


## INDEX OF EXHIBITS

**Exhibit 1**     Proposed Order
**Exhibit A**     BWST Engagement Agreement
**Exhibit B**     Declaration of Matthew Wilkins