UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------------x
In re                                    : Chapter 9
                                         :
CITY OF DETROIT, MICHIGAN,               : Case No. 13-53846
                                         :
                    Debtor.              : Hon. Stephen W. Rhodes
                                         ::
------------------------------------------------------------------x

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF RETIREES FOR AN ORDER APPROVING RETENTION OF BROOKS WILKINS SHARKEY & TURCO, PLLC AS LOCAL COUNSEL

**PLEASE TAKE NOTICE** that the Official Committee of Retirees filed an Application for an Order Approving Retention of Brooks Wilkins Sharkey & Turco PLLC as Local Counsel (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order granting the Application or if you want the Court to consider your views on the Application, **within 14 days**, you or your attorney must:

1. File with the Court a written objection, together with a proof of service, explaining your position at:

United States Bankruptcy Court
211 W. Fort Street
Detroit, Michigan 48226-3211

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of your objection to:

Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco PLLC, 401 S. Old Woodward Avenue, Suite 400, Birmingham, MI 48009 and

If an objection is timely filed and served, the clerk will schedule a hearing on the Application and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.**

Dated: October 25, 2013

Respectfully submitted,

By: /s/ Matthew E. Wilkins
Matthew E. Wilkins (P56697)
Paula A. Hall (P61101)
Brooks Wilkins Sharkey & Turco PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
(248) 971-1711; Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Counsel for the Official Committee of Retirees*