UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re                                                : Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           : Case No. 13-53846
                                                     :
                            Debtor.                  : Hon. Stephen W. Rhodes
                                                     :
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Matthew E. Wilkins, hereby certify that the *Application of the Official Committee of Retirees for an Order Approving the Retention of Brooks Wilkins Sharkey & Turco PLLC as Local Counsel* and *Notice of Motion* was filed and served via the Court's electronic case filing and noticing system on October 25, 2013.

By:    /s/ Matthew E. Wilkins
       Matthew E. Wilkins (P56697)
       Brooks Wilkins Sharkey & Turco PLLC
       401 S. Old Woodward Avenue, Suite 400
       Birmingham, MI 48009
       (248) 971-1800; (248) 971-1801 - Facsimile
       wilkins@bwst-law.com