3/15/13

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | STATUS CONFERENCE SCHEDULING ORDER<br>☐ AMENDED ORDER | CASE NO.<br>12-016332-CZ |
|---|---|---|

St. Martins Cooperative v Detroit Water and Sewage, et al.
Hon. Patricia Perez Fresard

Case Status: Open Active
Status Conference Date: 03/15/2013
Filed Date: 12/11/2012

PL  St. Martins Cooperative           40012    Michael K. Lee       (248) 350-5900
DF  Detroit Water and Sewage         39213    Eric B. Gaabo        (313) 237-3052
DF  Detroit Water Board

1. ☐ Service has been obtained and time for filing of the answer has not lapsed. IT IS ORDERED THAT:
   ☐ An adjourned Status Conference is to be held on: .
   ☐ **PLAINTIFF IS ORDERED** to notify all parties of this conference, and file proof of service with Clerk of the Court (Room 201 Coleman A. Young Municipal Center).
   ☐ The Court has established the schedule of events noted below and **PLAINTIFF IS ORDERED** to serve a copy of this Scheduling Order on all parties and file proof of service with the Clerk of the Court.

2. ☐ Service has been obtained, time for filing an answer has lapsed and no answer has been filed by Defendant.
   Default shall be filed and served, and motion for entry of default judgment shall be filed and heard no later than .

12-016332-CZ
FILED IN MY OFFICE
WAYNE COUNTY CLERK
3/15/2013 10:24:54AM
CATHY M. GARRETT
/s/ Clare Rector

3. ☒ The following schedule of events is ordered:

| Please check (x) Track Selection | ☒ Track #1 | ☐ Track #2 | ☐ Track #3 | ☐ Other |
|---|---|---|---|---|
| Witness Exchange Filing | 06/04/2013 | 08/20/2013 | 11/19/2013 | |
| Discovery Cutoff | 07/23/2013 | 10/22/2013 | 01/21/2014 | |
| Case Evaluation Month | 09/2013 | 12/2013 | 03/2014 | |
| Settlement Conference (Case Evaluation date Plus 42 days) | 42 Days | 42 Days | 42 Days | |
| Other Conference | | | | |

Comments: (1) All summary disposition motions to be filed by:
(2) All responses to be filed seven (7) days prior to motion date.
(3) All pleadings should include fax numbers.

☐ ARISING OUT OF CASE #
Please check (x) if special case evaluation panel is applicable:
☐ COMMERICAL PANEL          ☐ EMPLOYMENT/DISCRIMINATION PANEL

NOTE:    The specific trial attorneys, parties, lienholders and insurance representatives or other persons with authority to make a final decision as to settlement are required to appear at the Settlement Conference, unless excused by the assigned judge.
NOTICE:  This constitutes a duly entered Order of this Court, and failure to comply strictly with all its terms, may result in sanctions.

Attorney for Plaintiff      Bar No.            Attorney for Defendant       Bar No.

Attorney for Plaintiff      Bar No.            Attorney for Defendant       Bar No.
                                                /s/ Patricia Perez Fresard      3/15/2013
                                                Circuit Court Judge             (Date)