# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Hon. Steven W. Rhodes |
|  | ) |  |

## DECLARATION OF SERVICE OF TRIAL SUBPOENAS

I, Philip J. Gross, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

On October 24, 2013, I served a copy of the attached trial subpoenas upon Governor Richard Snyder, Andrew Dillon, Richard Baird and Howard Ryan by emailing copies of the attached subpoenas to Steven Howell, counsel to Governor Synder, Mr. Dillon, Mr. Baird and Mr. Ryan, and who agreed to accept service on their behalf with the understanding that, notwithstanding the dates and times set forth on the subpoenas, Governor Snyder will be appearing at 1:00 p.m. on Monday, October 28, 2013, and the remaining three witnesses are scheduled for Tuesday, October 29, 2013, absent agreement of the parties re-scheduling the dates and times to address the pace of the trial.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   October 26, 2013  */s/ Philip J. Gross*
Philip J. Gross
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
pgross@lowenstein.com

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF DETROIT

In re

CITY OF DETROIT, MICHIGAN,

                Debtor.

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No.: 13-53846 (SWR)
Chapter 9

To:

Governor Richard Dale Snyder
George W. Romney Building
111 South Capitol Avenue
Lansing, MI 48933

☑ **YOU ARE COMMANDED** to appear and testify in the United States Bankruptcy Court at the place, date, and time specified below.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Theodore Levin Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, Michigan 48226 | Courtroom 716<br><br>DATE AND TIME<br><br>**October 28, 2013 at 9:00 a.m. (ET**) |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE OF PRODUCTION | DATE AND TIME |
|---|---|
|  |  |

| ISSUING OFFICER SIGNATURE AND TITLE<br>/s/ Sharon L. Levine – Attorney | DATE<br>October 24, 2013 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

*If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.

28579/2
10/26/2013 27210375.1

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF DETROIT

| | |
|---|---|
| In re | **SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE** |
| CITY OF DETROIT, MICHIGAN, | Case No.: 13-53846 (SWR) |
| Debtor. | Chapter 9 |

To:

Andrew Dillon
Michigan Department of Treasury
Richard H. Austin Building
430 West Allegan Street
Lansing, MI 48922

☑ **YOU ARE COMMANDED** to appear and testify in the United States Bankruptcy Court at the place, date, and time specified below.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Theodore Levin Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, Michigan 48226 | Courtroom 716 |
| | DATE AND TIME |
| | **October 28, 2013 at 9:00 a.m. (ET)** |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE OF PRODUCTION | DATE AND TIME |
|---|---|
| | |

| ISSUING OFFICER SIGNATURE AND TITLE<br>*/s/ Sharon L. Levine* – Attorney | DATE<br>October 24, 2013 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

28579/2
10/26/2013 27211886.1

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF DETROIT

| | |
|---|---|
| In re | **SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE** |
| CITY OF DETROIT, MICHIGAN, | Case No.: 13-53846 (SWR) |
| Debtor. | Chapter 9 |

To:

Richard Baird
George W. Romney Building
111 South Capitol Avenue
Lansing, MI 48933

☑ **YOU ARE COMMANDED** to appear and testify in the United States Bankruptcy Court at the place, date, and time specified below.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Theodore Levin Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, Michigan 48226 | Courtroom 716 |
| | DATE AND TIME |
| | **October 28 & 29, 2013 at 9:00 a.m. (ET**) |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE OF PRODUCTION | DATE AND TIME |
|---|---|
| | |

| ISSUING OFFICER SIGNATURE AND TITLE<br>/s/ Sharon L. Levine – Attorney | DATE<br>October 24, 2013 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

28579/2
10/26/2013 27210375.1

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF DETROIT

In re

CITY OF DETROIT, MICHIGAN,

                   Debtor.

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No.: 13-53846 (SWR)
Chapter 9

To:

Howard Ryan
Director of Legislative Affairs
Michigan Department of Treasury
Austin Building
430 W. Allegan Street
Lansing, MI 48922

☑ **YOU ARE COMMANDED** to appear and testify in the United States Bankruptcy Court at the place, date, and time specified below.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Theodore Levin Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, Michigan 48226 | Courtroom 716<br><br>DATE AND TIME<br><br>**October 28 & 29, 2013 at 9:00 a.m. (ET)** |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE OF PRODUCTION | DATE AND TIME |
|---|---|
|  |  |

| ISSUING OFFICER SIGNATURE AND TITLE<br>*/s/ Sharon L. Levine* – Attorney | DATE<br>October 24, 2013 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

28579/2
10/26/2013 27212424.1