Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **11/14/13** at **10:00 AM** to consider and act upon the following:

*1137* − Motion for Relief from Stay , Notice of Motion, Brief in Support of Motion, and Certificate of Service. Fee Amount $176, Filed by Interested Parties St. James Cooperative, Joliet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Nicolet Town Houses Cooperative Association, Lasalle Town Houses Cooperative Association (Clark, Tracy)

Dated: 10/25/13

                              BY THE COURT

                              Katherine B. Gullo
                              Clerk, U.S. Bankruptcy Court

                              BY: christine sikula
                              Deputy Clerk

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                                  Case No. 13-53846-swr
City of Detroit, Michigan                                               Chapter 9
        Debtor
```

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: csiku               Page 1 of 8              Date Rcvd: Oct 25, 2013
                              Form ID: ntchrgBK         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2013.
          +Jonathan S. Green,   Miller, Canfield, Paddock and Stone, PLC,   150 W. Jefferson, Ste. 2500,
            Detroit, MI 48226-4415
          +Timothy S. Fusco,   Miller, Canfield, Paddock and Stone, P.L,   150 W. Jefferson, Suite 2500,
            Detroit, MI 48226-4415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2013 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               bborder@sspclegal.com,  joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
               joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com

        Brian D. O'Keefe   on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

        Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com

        Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

        Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

        Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

        Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com

        Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation caroline.english@arentfox.com

        Carolyn Beth Markowitz   on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM

        Charles Bruce Idelsohn   on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

        Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

        Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com

        Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

        Christopher A. Grosman   on behalf of Creditor   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

        Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

        Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com

        Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

        Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association czucker@ermanteicher.com

        Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association czucker@ermanteicher.com

        Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

        Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation dweiner@schaferandweiner.com

        David Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

        David Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

        David Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association deisenberg@ermanteicher.com

        David Eisenberg   on behalf of Creditor   Detroit Police Officers Association deisenberg@ermanteicher.com

        David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

        David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc. dmollicone@dmms.com

        David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com

        David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com

        David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com

        David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

        Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 dfish@allardfishpc.com,  allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
 dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
 don@mcguiganlaw.com
Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
 AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
 dbernstein@plunkettcooney.com,  dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
 ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
 ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
 litdocket@honigman.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
 emajoros@glmpc.com
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
Eric  Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
 amendiola@morganmeyers.com
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
 carlson@millercanfield.com
Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
 enovetsky@jaffelaw.com
Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
 bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
 efeldman@clarkhill.com
Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
 hlennox@jonesday.com
Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
 howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
 Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Hugh M. Davis    on behalf of Creditor Catherine W. Phillips conlitpc@sbcglobal.net
Hugh M. Davis    on behalf of Creditor Thomas  Stephens conlitpc@sbcglobal.net
James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
 james.sprayregen@kirkland.com
James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
 james.sprayregen@kirkland.com
James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
 james.sprayregen@kirkland.com
Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
 ecf@zaplc.com
Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
 sharrow@mcdonaldhopkins.com
Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
 jbank@kerr-russell.com
Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
 Lhaidostian@mwe.com
Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
      Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
      Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
      Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net
      John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
      John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
      John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
      John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com
      Jonathan B. Frank   on behalf of Creditor   Get Back Up, Inc. frank@jackiergould.com
      Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
      Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
      Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
      Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
      Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association jteicher@ermanteicher.com
      Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
      Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association jteicher@ermanteicher.com
      Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
      Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
      Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
      Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com
      Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
      Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
      Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
      Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
      Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
      Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
      Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
      Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
      Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
      Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@chadbourne.com
      Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
      Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
      Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
      Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
      Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
      Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
Mark E. Bredow on behalf of Interested Party Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael A. Greiner on behalf of Interested Party Clifford Properties, Inc. mike@financiallawgroup.com, desiree@financiallawgroup.com;nicole@financiallawgroup.com
Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael K. Lee on behalf of Creditor St. Martins Cooperative mlee@leeandcorrell.com
Michael R. Bell on behalf of Interested Party Bill Schuette BellMl@michigan.gov
Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan pmears@btlaw.com
Patrick Warren Hunt    on behalf of Interested Party    New England Fertilizer Company pwhunt@kerr-russell.com
Patrick Warren Hunt    on behalf of Interested Party    Wade Trim Associates, Inc. pwhunt@kerr-russell.com
Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert M. Fishman    rfishman@shawfishman.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party    Ian Mobley, Paul Kaiser, Angie Wong, James Washington, Nathaniel Price, Stephanie Hollander, Jason Leverette-Saunders, Darlene Hellenberg, Kimberly Mobley, Jerome Pierce, Wanda Leverette, and Laura Ma rrose@dykema.com
Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc. ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd. ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com
Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees sam.alberts@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company soconnor@glmpc.com
Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit sdeeby@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor    Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
          Sherrie L. Farrell   on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby   on behalf of Creditor    Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
          Stephen B. Grow   on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
          Stephen C. Hackney   on behalf of Interested Party    Syncora Holdings Ltd. stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party    Syncora Guarantee Inc. stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party    Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
          Stephen M. Gross   on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
          Suzanne L. Wahl   on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
          Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Tracy M. Clark   on behalf of Interested Party    Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party    Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party    Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party    Lafayette Town Houses, Inc. clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party    Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party    Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Vanessa G. Fluker   on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William C. Blasses    on behalf of Interested Party Gary Segatti wcb@osbig.com
         William C. Blasses    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
         William C. Blasses    on behalf of Interested Party   Michigan Property Tax Relief, LLC
         wcb@osbig.com
         William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
         William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
         William Pfeiffer Smith    on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
         Yuliy Osipov    on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
         Yuliy Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
         yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
         Yuliy Osipov    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                                       TOTAL: 285