IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
                                               :
In re                                          :    Chapter 9
                                               :
CITY OF DETROIT, MICHIGAN,                     :    Case No. 13-53846
                                               :
            Debtor.                            :    Hon. Steven W. Rhodes
                                               :
---------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2013, he caused true and correct copies of

***DEBTOR'S OBJECTION TO MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY***

and

***DEBTOR'S BRIEF IN OPPOSITION TO MOTION FOR RELIEF FROM STAY***

to be served upon counsel via electronic mail and First Class United States Mail as follows:

Michael K. Lee
24901 Northwestern Highway, Suite 113
Southfield, MI 48075

Email: mlee@leeandcorrell.com

Dated: October 28, 2013

By: /s/Timothy A. Fusco
Timothy A. Fusco
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com