**EXHIBIT 4**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:  Chapter 9 No.13-53846
City of Detroit, Michigan  Hon. Steven W. Rhodes
                Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

The undersigned states that copies of Fifth Third Bank as servicer for Fifth Third Mortgage Company's ORDER MODIFYING THE AUTOMATIC STAY AND WAIVING THE PROVISIONS OF FRBP 4001(A)(3) AS TO FIFTH THIRD BANK AND FIFTH THIRD MORTGAGE COMPANY were served upon the following parties, either electronically or by depositing said copies on October 28, 2013 in the U.S. mail, postage prepaid, properly addressed as follows:

| | |
|---|---|
| City of Detroit, Michigan<br>8445 Saint Marys St<br>Detroit, MI 48228-1960 | Eric D. Carlson<br>Miller Canfield Paddock & Stone PLC<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 |
| Marion J. Mack<br>211 W Fort St Ste 700<br>Detroit, MI 48226-3263 | Robert Fred Hellner<br>8445 Saint Marys St<br>Detroit, MI 48228-1960 |
| City of Detroit<br>2 Woodward Ave<br>Detroit, MI 48226-3437 | Daniel M. McDermott<br>125 Ottawa Ave NW Ste 200R<br>Grand Rapids, MI 49503-2837 |
| Sean M. Cowley<br>211 W Fort St Ste 700<br>Detroit, MI 48226-3263 | Mario's Restaurant, Inc.<br>4222 2nd Ave<br>Detroit, MI 48201-1706 |
| Paula A. Hall<br>401 S Old Woodward Ave Ste 400<br>Birmingham, MI 48009-6613 | Claude D. Montgomery<br>620 5th Ave<br>New York, NY 10020-2402 |
| Bruce Bennett<br>555 S Flower St Fl 50<br>Los Angeles, CA 90071-2452 | Jonathan S. Green<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 |
| David Gilbert Heiman<br>901 Lakeside Ave E<br>Cleveland, OH 44114-1163 | Robert S. Hertzberg<br>4000 Town Ctr Ste 1800<br>Southfield, MI 48075-1505 |

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Deborah Kovsky-Apap,
Pepper Hamilton LLP
4000 Town Ctr Ste 1800
Southfield, MI 48075-1505

Kay Standridge Kress
4000 Town Ctr
Southfield, MI 48075-1410

Stephen S. LaPlante
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

Heather Lennox
222 E 41st St
New York, NY 10017-6739

Marc N. Swanson,
Miller Canfield Paddock and Stone, P.L.C.
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

Donald G. McGuigan, II
24751 Lahser Rd
Southfield, MI 48033-3209

Official Committee of Retirees
c/o Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Matthew Wilkins
401 S Old Woodward Ave Ste 400
Birmingham, MI 48009-6613

Sam J. Alberts
1301 K St NW Ste 600
Washington, DC 20005-3317

Paula A. Hall
401 S Old Woodward Ave Ste 400
Birmingham, MI 48009-6613

Claude D. Montgomery
620 5th Ave
New York, NY 10020-2402

Carole Neville
1221 Avenue of the Americas Fl 25
New York, NY 10020-1001

Matthew Wilkins
401 S Old Woodward Ave Ste 400
Birmingham, MI 48009-6613

National Public Finance Guarantee Corporation
c/o Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd Ste 2500
Southfield, MI 48034-8222

National Public Finance Guarantee Corporation
c/o Sidley Austin LLP Attn: Guy S. Neal
1501 K St NW
Washington, DC 20005-1401

Kenneth M. Schneider
645 Griswold St Ste 3900
Detroit, MI 48226-4251

U.S. Bank National Association
c/o Waller Landsden Dortch & Davis, LLP
511 Union St Ste 2700
Nashville, TN 37219-1791

Hercules & Hercules, Inc.
c/o Maxwell Dunn, PLC
26339 Woodward Ave
Huntington Woods, MI 48070-1331

Honigman Miller Schwartz and Cohn LLP
Attn: Judy B. Calton, Esq.
660 Woodward Ave Bldg
Detroit, MI 48226-3409

Honigman Miller Schwartz and Cohn LLP
Attn: Joseph R. Sgroi
660 Woodward Ave Bldg
Detroit, MI 48226-3409

Honigman Miller Schwartz and Cohn LLP
Attn: E. Todd Sable
660 Woodward Ave Bldg
Detroit, MI 48226-3409

Enjoi Transportation, LLC
c/o Gudeman & Associates, PC
1026 E 11 Mile Rd
Royal Oak, MI 48067-1970

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Upwright Wrecking and demolition, LLC
c/o Gudeman & Associates, PC
1026 E 11 Mile Rd
Royal Oak, MI 48067-1970

Detroit Fire Fighters Association, I.A.F.F. Local 344 c/o Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre Ste 444
Southfield, MI 48034-2162

U.S. Bank N.A. c/o Dirk H. Beckwith
c/o Foster Swift Colins & Smith PC
32300 Northwestern Hwy Ste 230
Farmington Hills, MI 48334-1571

Assured Guaranty Municipal Corp.
c/o Winston & Strawn, LLP
200 Park Ave
New York, NY 10166-0005

City of Detroit, Michigan
Attn: Stephen S. LaPlante, Esq.
c/o Miller, Canfield, Paddock and Stone, P.L.C.
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

Douglas C. Bernstein, Esq.
c/o Plunkett Cooney
38505 Woodward Ave Ste 2000
Bloomfield Hills, MI 48304-5096

US Health & Life Insurance Company
Attn: Elias T. Majoros
c/o Gold, Lange, & Majoros, P.C.
24901 Northwestern Hwy Ste 444
Southfield, MI 48075-2204

Michigan Bell Telephone Company
d/b/a AT&T Michigan
Attn: Paige E. Barr
c/o Katten Muchin Rosenman LLP
525 W Monroe St Ste 1900
Chicago, IL 60661-3718

Brian R. Trumbauer
c/o Bodman Plc
1901 Saint Antoine St
Detroit, MI 48226-2310

Health Alliance Plan of Michigan
Attn: Ronald L. Rose
c/o Dykema Gossett PLLC
39577 Woodward Ave Ste 300
Bloomfield Hills, MI 48304-5086

Iron Mountain Information Management, LLC
745 Atlantic Ave Fl 10
Boston, MA 02111-2735

McAlpine PC
Attn: David M. Zack
3201 University Dr Ste 100
Auburn Hills, MI 48326-2396

Shneiderman & Sherman, P.C. Attn: Brett A. Border
23938 Research Dr Ste 300
Farmington Hills, MI 48335-2605

BlackRock Financial Management, Inc.
c/o Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Nuveen Asset Management
c/o Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Nuveen Asset Management c/o Carson Fischer, P.L.C.
4111 Andover Rd Fl 2
Bloomfield Hills, MI 48302-1909

BlackRock Financial Management, Inc.
c/o Carson Fischer, P.L.C.
4111 Andover Rd Fl 2
Bloomfield Hills, MI 48302-1909

Merrill Lynch Capital Services, Inc.
c/o Warner Norcross & Judd LLP
111 Lyon St NW Ste 900
Grand Rapids, MI 49503-2413

UBS AG c/o Warner Norcross & Judd LLP
111 Lyon St NW Ste 900
Grand Rapids, MI 49503-2413

"Syncora"
c/o Kirkland & Ellis LLP
300 N La Salle Dr
Chicago, IL 60654-3406

"Syncora"
c/o Mcdonald Hopkins PLC
Attn: Stephen M. Gross, Esq.
39533 Woodward Ave Ste 318
Bloomfield Hills, MI 48304-5106

City of Detroit Water and Sewerage Department
c/o Kilpatrick & Associates, P.C.
615 Griswold St Ste 1708
Detroit, MI 48226-3990

Michigan Auto Recovery Service, Inc.
c/o Thornbladh Legal Group PLLC
7301 Schaefer Rd
Dearborn, MI 48126-4915

Police and Fire Retirement System of the City of
Detroit c/o Clark Hill PLC
151 S Old Woodward Ave Ste 200
Birmingham, MI 48009-6103

General Retirement System of the City of Detroit
c/o Clark Hill PLC
151 S Old Woodward Ave Ste 200
Birmingham, MI 48009-6103

Detroit Institute of Arts
c/o Honigman Miller Schwartz and Cohn LLP
660 Woodward Ave Bldg
Detroit, MI 48226-3409

Caralyce M. Lassner
8300 Hall Rd Ste 201
Utica, MI 48317-5506

Bodman PLC
1901 Saint Antoine St
Detroit, MI 48226-2310

Genuine Parts Company
c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 W Madison St Ste 3900
Chicago, IL 60606-3459

U.S. Bank, National Association
c/o McDermott Will & Emery LLP
227 W Monroe St Ste 4700
Chicago, IL 60606-5058

ODM LLC
c/o Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars Fl 7
Los Angeles, CA 90067-4308

"AFSCME"
c/o Lowenstein Sandler LLP
65 Livingston Ave
Roseland, NJ 07068-1725

Ambac Assurance Corporation
c/o Schafer and Weiner, PLLC
40950 Woodward Ave Ste 100
Bloomfield Hills, MI 48304-5124

City of Detroit
 c/o Robert S. Hertzberg - Pepper Hamilton LLP
4000 Town Ctr Ste 1800
Southfield, MI 48075-1505

Detroit Police Officers Association
c/o Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre Ste 444
Southfield, MI 48034-2162

Detroit Police Lieutenants and Sergeants
Association c/o Erman, Teicher, Miller, Zucker
& Freedman, P.C.
400 Galleria Officentre Ste 444
Southfield, MI 48034-2162

Ambac Assurance Corporation
c/o Arent Fox LLP
1717 K St NW
Washington, DC 20036-5342

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Detroit Police Command Officers Association
c/o Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre Ste 444
Southfield, MI 48034-2162

Nathaniel Brent
538 S Livernois Ave
Detroit, MI 48209-3031

State of Michigan,
Department of Attorney General
c/o Dickinson Wright PLLC
500 Woodward Ave Ste 4000
Detroit, MI 48226-5403

Retired Detroit Police and Fire Fighters
Association c/o Lippitt O'Keefe, PLLC
370 E Maple Rd Fl 3
Birmingham, MI 48009-6332

Donald Taylor c/o Lippitt O'Keefe, PLLC
370 E Maple Rd Fl 3
Birmingham, MI 48009-6332

State of Michigan, Attorney General, Revenue & Collections Division
PO Box 30754
Lansing, MI 48909-8254

Janet M. Ziulkowski
c/o Ziulkowski & Associates, PLC
17001 19 Mile Rd Ste 1D
Clinton Twp, MI 48038-4867

Deutsche Bank Securities Inc.
c/o Katten Muchin Rosenmann LLP
575 Madison Ave
New York, NY 10022-2511

State of Michigan, Attorney General
c/o Matthew Schneider
PO Box 30212
Lansing, MI 48909-7712

New England Fertilizer Company
c/o Kerr, Russell and Weber, PLC
Attn: Jason W. Bank
500 Woodward Ave Ste 2500
Detroit, MI 48226-5499

Wade Trim Associates, Inc.
c/o Kerr, Russell and Weber, PLC
Attn: Jason W. Bank
500 Woodward Ave Ste 2500
Detroit, MI 48226-5499

International Union, UAW
c/o Michael Nicholson
8000 E Jefferson Ave
Detroit, MI 48214-3963

International Union, UAW
c/o Niraj R. Ganatra
8000 E Jefferson Ave
Detroit, MI 48214-3963

International Union, UAW
c/o Cohen, Weiss and Simon LLP
330 W 42nd St
New York, NY 10036-6902

Airgas USA, LLC
Attn: David Boyle
PO Box 6675
Radnor, PA 19087-8675

Airgas USA, LLC
c/o Smith, Katzenstein & Jenkins LLP
Attn: Kathleen M. Miller
PO Box 410
Wilmington, DE 19899-0410

The United States of America
Assistant U.S. Attorney
Julia A. Caroff
211 W Fort St Ste 2001
Detroit, MI 48226-3220

National Industrial Maintenance - Michigan, Inc.
c/o Dean & Fulkerson
801 W Big Beaver Rd Ste 500
Troy, MI 48084-4724

DTE Electric Company and DTE Gas Company
Attn: Leland Prince
1 Energy Plz Dept
Detroit, MI 48226-1221

Bishop Real Estate, L.L.C.
c/o McDonald Hopkins PLC
Attn: Stephen M. Gross, Esq.
39533 Woodward Ave Ste 318
Bloomfield Hills, MI 48304-5106

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Kurtzman Carson Consultants LLC
Attn: Angela Nguyen
2335 Alaska Ave
El Segundo, CA 90245-4808

IBM Credit LLC
6303 Barfield Rd
Atlanta, GA 30328-4233

Xerox Corporation
c/o Jeffrey H. Bigelman, Esq.
20700 Civic Center Dr Ste 420
Southfield, MI 48076-4140

Shirley V. Lightsey
Official Commitee of Retirees
C/O Lippitt O'Keefe, PLLC
370 E Maple Rd Fl 3
Birmingham, MI 48009-6332

Detroit Retired City Employees Association
c/o Lippitt O'Keefe, PLLC
370 E Maple Rd Fl 3
Birmingham, MI 48009-6332

Waste Management, Inc.
c/o Couzens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C.
Attn: Jerry M. Ellis
39395 W 12 Mile Rd Ste 200
Farmington Hills, MI 48331-2968

Assistant Attorney General
State of Michigan
PO Box 30754
Lansing, MI 48909-8254

Michigan Property Tax Relief, LLC c/o Osipov Bigelman, P.C. Attn: Yuliy Osipov
20700 Civic Center Dr Ste 420
Southfield, MI 48076-4140

Martin O'Brian
c/o A. Stephen Ramadan, PLC
22201 Harper Ave
Saint Clair Shores, MI 48080-1865

David Sole
c/o Jerome D. Goldberg, Esq.
2921 E Jefferson Ave Ste 205
Detroit, MI 48207-4267

National Public Finance Guarantee Corporation
c/o Sidley Austin LLP
1501 K St NW
Washington, DC 20005-1401

City of Detroit Water and Sewerage Department
c/o Kilpatrick & Associates, P.C.
615 Griswold St Ste 1708
Detroit, MI 48226-3990

Unisys Corporation
c/o Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 S Broad St Ste 2100
Philadelphia, PA 19109-1042

Retired Detroit Police Members Association
c/o Sroble & Sharp, P.C.
Attn: Lynn M. Brimer
300 E Long Lake Rd Ste 200
Bloomfield Hills, MI 48304-2376

DEPFA Bank PLC
c/o Schiff Hardin, LLP
Attn: Suzanne L. Wahl
350 S Main St Ste 210
Ann Arbor, MI 48104-2131

"Syncora"
c/o Kirkland & Ellis LLP
300 N La Salle Dr
Chicago, IL 60654-3406

Gary Segatti
c/o Osipov Bigelman, P.C.
Attn: Yuliy Osipov
20700 Civic Center Dr Ste 420
Southfield, MI 48076-4140

P.P.T.A. Inc
c/o Yuliy Osipov Esq.
20700 Civic Center Dr Ste 420
Southfield, MI 48076-4140

City of Detroit, Law Department
Attn: Mary Beth Cobbs
2 Woodward Ave Ste 500
Detroit, MI 48226-3437

The City of Detroit
c/o David G. Heiman
901 Lakeside Ave E
Cleveland, OH 44114-1163

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

The City of Detroit
c/o Heather Lennos
901 Lakeside Ave E
Cleveland, OH 44114-1163

The City of Detroit
c/o Bruce Bennett
555 S Flower St Fl 50
Los Angeles, CA 90071-2452

The City of Detroit
c/o Jeffrey B. Ellman
1420 Peachtree St NE Ste 800
Atlanta, GA 30309-3052

The City of Detroit
c/o Brad B. Erens
77 W Wacker Dr
Chicago, IL 60601-1604

Waste Management, Inc.
c/o Plunkett Cooney
Attn: David A. Lerner
38505 Woodward Ave Ste 2000
Bloomfield Hills, MI 48304-5096

Brown Rehabilitation Management, Inc.
c/o Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Ave Ste 200
Bloomfield Hills, MI 48304-5103

International Union, UAW c/o Cohen, Weiss and Simon LLP
330 W 42nd St
New York, NY 10036-6902

Primeshares World Markets, LLC
261 5th Ave Fl 22
New York, NY 10016-7701

Retired Detroit Police and Fire Fighters
Association c/o Silverman & Morris, P.L.L.C.
30500 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-3177

Erste Europaische Pfandbrief- und
Kommunalkreditbank Aktiengesellschaft
c/o Vincent J. Marriott
1735 Market St
Philadelphia, PA 19103-7501

Erste Europaische Pfandbrief- und
Kommunalkreditbank Aktiengesellschaft
c/o Matthew G. Summers, Esquire
919 N Market St Fl 11
Wilmington, DE 19801-3023

Erste Europaische Pfandbrief- und
Kommunalkreditbank Aktiengesellschaft
c/o Howard S. Sher, Esquire
2301 W Big Beaver Rd Ste 777
Troy, MI 48084-3330

Deutsche Bank Securities Inc.
c/o Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2511

Financial Guaranty Insurance Company
c/o Williams, Williams, Rattner & Plunkett, P.C.
280 N Old Woodward Ave Ste 300
Birmingham, MI 48009-5393

Gabriel, Roeder, Smith & Company
c/o Stevenson & Bullock, P.L.C.
26100 American Dr Ste 500
Southfield, MI 48034-6184

Michael J. Karwoski Esq.
26015 Felicity Lndg
Harrison Township, MI 48045-6401

Chase Paymentech, LLC
Attn: Lazonia Clark, Business Analyst
14221 Dallas Pkwy Bldg II
Dallas, TX 75254-2942

Fidelity Management & Research Company
c/o Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
1 Financial Ctr
Boston, MA 02111-2621

Eaton Vance Management
c/o Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
1 Financial Ctr
Boston, MA 02111-2621

Ambac Assurance Corporation
c/o Arent Fox, LLP
1675 Broadway
New York, NY 10019-5820

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

| | |
|---|---|
| Vanguardians<br>Barry Allen, Executive Director<br>PO Box 11202<br>Glendale, CA 91226-7202 | Michael Beydoun<br>c/o Raymond Guzall III<br>31555 W 14 Mile Rd Ste 320<br>Farmington Hills, MI 48334-1288 |
| Merrill Lynch Capital Services, Inc.<br>c/o Cadwalader Wickersham & Taft LLP<br>1 World Financial Ctr<br>New York, NY 10281-1003 | Linebarger Googan Blair & Sampson LLP<br>c/o John P. Billman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| John Denis c/o Melissa L. Demorest<br>322 W Lincoln Ave<br>Royal Oak, MI 48067-2571 | James Herbert c/o Melissa L. Demorest<br>322 W Lincoln Ave<br>Royal Oak, MI 48067-2571 |
| HRT Enterprises c/o Melissa L. Demorest<br>322 W Lincoln Ave<br>Royal Oak, MI 48067-2571 | T&T Management, Inc. c/o Melissa L. Demorest<br>322 W Lincoln Ave<br>Royal Oak, MI 48067-2571 |
| Downtown Development Authority<br>c/o Dykema Gossett PLLC<br>400 Renaissance Ctr<br>Detroit, MI 48243-1607 | Steven B. Flancher<br>PO Box 30754<br>Lansing, MI 48909-8254 |
| William A. Wertheimer<br>30515 Timberbrook Ln<br>Bingham Farms, MI 48025-4660 | "Dexia"<br>c/o Allard & Fish, P.C. Attn: Deborah L. Fish<br>2600 Buhl Bldg<br>Detroit, MI 48226-3604 |
| "Dexia"<br>c/o Allard & Fish, P.C. Attn: Timothy R. Graves<br>2600 Buhl Bldg<br>Detroit, MI 48226-3604 | Center for Community Justice and Advocacy<br>c/o Vanessa G. Fluker, Esq., PLLC<br>2921 E Jefferson Ave Ste 200<br>Detroit, MI 48207-4267 |
| Maddin, Hauser, Wartell, Roth & Heller, P.C.<br>28400 Northwestern Hwy Fl 3<br>Southfield, MI 48034-8348 | Local 26 of the Amalgamated Transit Union c/o<br>Bredhoff & Kaiser, P.L.L.C.<br>805 15th St NW Ste 1000<br>Washington, DC 20005-2286 |
| Local 26 of the Amalgamated Transit Union<br>c/o Mark H. Cousens<br>26261 Evergreen Rd Ste 110<br>Southfield, MI 48076-7517 | The Bank of New York Mellon<br>c/o Fulbright & Jaworski LLP<br>666 5th Ave<br>New York, NY 10103-0001 |
| The Bank of New York Mellon<br>c/o Wolfson Bolton PLLC<br>3150 Livernois Rd Ste 275<br>Troy, MI 48083-5034 | Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>301 Commerce St Ste 1700<br>Fort Worth, TX 76102-4126 |
| Ad Hoc COPs Holders<br>c/o Allard & Fish, P.C.<br>2600 Buhl Bldg<br>Detroit, MI 48226-3604 | Shaw Fishman Glantz & Towbin LLC<br>321 N Clark St Ste 800<br>Chicago, IL 60654-4766 |

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Official Committee of Retirees
c/o Dentons US LLP
1301 K St NW Ste 600
Washington, DC 20005-3317

Official Committee of Retirees
c/o Brooks Wilkins Sharkey & Turco PLLC
401 S Old Woodward Ave Ste 400
Birmingham, MI 48009-6613

Detroit Branch NAACP
c/o Ayad Law, PLLC
2200 N Canton Center Rd Ste 220
Canton, MI 48187-5099

Donnell White c/o Ayad Law, PLLC
2200 N Canton Center Rd Ste 220
Canton, MI 48187-5099

Rashida Tlaib
 c/o Ayad Law, PLLC
2200 N Canton Center Rd Ste 220
Canton, MI 48187-5099

T-Mobile USA, Inc.
c/o Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Ave Ste 200
Bloomfield Hills, MI 48304-5103

International Business machines Credit LLC (ICC)
275 Viger East, Suite 400
Montreal Quebec H2X 3R7
Canada

Berkshire Hathaway Assurance Corporation
c/o Debevoise & Plimpton LLP
919 3rd Ave
New York, NY 10022-3902

Jonathan Aaron Brown
c/o Foley & Mansfield, PLLP
130 E 9 Mile Rd
Ferndale, MI 48220-3728

Meijer, Inc.
c/o Miller Canfield Paddock & Stone, PLC
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

International Union, UAW
c/o Cohen, Weiss and Simon LLP
330 W 42nd St
New York, NY 10036-6902

Official Committee of Retirees
c/o Salans FMC SNR Denton Europe LLP
620 5th Ave
New York, NY 10020-2402

36th District Court - State of Michigan
c/o Barnes & Thornburg LLP
171 Monroe Ave NW Ste 1000
Grand Rapids, MI 49503-2694

Michigan State Conference NAACP
c/o Ayad Law, PLLC
2200 N Canton Center Rd Ste 220
Canton, MI 48187-5099

Thomas Stallworth III
c/o Ayad Law, PLLC
2200 N Canton Center Rd Ste 220
Canton, MI 48187-5099

Maureen Taylor
c/o Ayad Law, PLLC
2200 N Canton Center Rd Ste 220
Canton, MI 48187-5099

"Flowers Plaintiffs"
c/o Sach Waldman, P.C.
2211 E Jefferson Ave Ste 200
Detroit, MI 48207-4160

City of Detroit
c/o Miller Canfield Paddock & Stone, PLC
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

The Markowitz Law Office
30400 Telegraph Rd Ste 111
Bingham Farms, MI 48025-4538

John W. and Vivian M. Denis Trust
c/o Demorest Law Firm, PLLC
322 W Lincoln Ave
Royal Oak, MI 48067-2571

Downtown Development Authority
c/o Dykema Gossett PLLC
39577 Woodward Ave Ste 300
Bloomfield Hills, MI 48304-5086

International Union, UAW
c/o Niraj R. Ganatra
8000 E Jefferson Ave
Detroit, MI 48214-3963

Deborah Ryan c/o Goodman & Hurwitz, P.C.
1394 E Jefferson Ave
Detroit, MI 48207-3104

Bankruptcy Estate of Simeon Chisara Ohakpo
c/o Barry S. Fagan
25892 Woodward Ave
Royal Oak, MI 48067-0910

Catherine Phillips
c/o Goodman & Hurwitz, P.C.
1394 E Jefferson Ave
Detroit, MI 48207-3104

Thomas Stephens c/o Constitutional Litigation
Assocates, PC ATTN: Hugh M. Davis
450 W Fort St Fl 200
Detroit, MI 48226-3169

General Retirement System of the City of Detroit
c/o Arnold & Porter LLP
777 S Figueroa St Ste 4400
Los Angeles, CA 90017-5844

Douglas C. Bernstein, Esq.
c./o Plunkett Cooney
38505 Woodward Ave Ste 2000
Bloomfield Hills, MI 48304-5096

International Outdoor, Inc.
c/o Jeffery R. Sieving, ESQ.
28423 Orchard Lake Rd Ste 200
Farmington Hills, MI 48334-2971

Sylvia Jean Brown Jones
218 Elmshaven Dr
Lansing, MI 48917-3511

Catherine Phillips, ET AL
c/o Constitutional Litigations Associations, PC
attn: Hugh M. Davis
450 W Fort St Fl 200
Detroit, MI 48226-3169

International Association of Fire Fighters, AFL-
CIO, CLC c/o Woodley & McGillivary
1101 Vermont Ave NW Ste 1000
Washington, DC 20005-6319

\*\*\* See attached List of Creditors Holding 20
Largest Unsecured Claims \*\*\*

/S/ Shauna Rinehart

Legal Assistant
Trott & Trott, P.C.
Attorney for Fifth Third Bank as servicer for
Fifth Third Mortgage Company
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628