UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit,  
      Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

## Ex Parte MOTION TO ALLOW PARTICIPATION AT TRIAL

NOW COMES, Creditor Dennis Taubitz in pro per and for his Motion to Be Allowed to Participate at Trial states as follows:

1. Creditor filed Objections to the Debtor's Bankruptcy Petition.

2. Creditor served discovery requests of Debtor.

3. Debtor failed to timely serve a response to the discovery requests.

4. Creditor's interest is not represented by the attorneys and groups that are participating in the trial.

5. Creditor submits that due process requires that creditor be allowed to participate in the trial regarding eligibility.

6. Creditor's attempted to participate in the eligibility trial and was informed by several attorneys that he could not.

7. Creditor seeks an order from this Court allowing him to participate in this trial in order to preserve Creditor's due process rights.

1

WHEREFORE, based on the foregoing, this Creditor respectfully prays that this Honorable Court grant Creditor's Motion to Allow Participation at Trial.

Respectfully submitted,

/s/ Dennis Taubitz
Dennis Taubitz
In Pro Per
Creditor
4190 Devonshire Rd,
Detroit, MI 48226
(313) 632-9150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit,  
        Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

### BRIEF IN SUPPORT

Due process consists of fair notice and a fair hearing before a competent tribunal.

This Creditor submits that a fair hearing is a hearing that one is allowed to fully participate in. Conversely, the Creditor submits that if one is not allowed to participate, the hearing must be deemed unfair.

This Creditor submits that his due process rights are being violated and will continue to be violated until he is allowed to participate in the Debtor's trial regarding eligibility.

WHEREFORE, based on the foregoing, this Creditor respectfully prays that this Honorable Court grant Creditor's Motion to Allow Participation at Trial.

Respectfully submitted,

/s/ Dennis Taubitz  
Dennis Taubitz  
In Pro Per  
Creditor  
4190 Devonshire Rd,  
Detroit, MI 48226  
(313) 632-9150

FILED 2013 OCT 28 P 2:04 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W Rhodes

City of Detroit      Debtor.

## PROOF OF SERVICE

I hereby certify that on Oct 28, 2013 (date of mailing), I served copies as follows:

1. Document(s) served: Motion to Allow Participation at Trial

2. Served upon [name and address of each person served]:

   Heather Lennox
   Jones DAY
   North Point
   901 Lakeside Avenue
   Cleveland, OH
   44114

FILED 2013 OCT 28 P 2:04 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

3. By First Class Mail.

Dated: _____

_____
(Signature of ~~Debtor~~) Creditor

Print Name: Dennis Taubitz

_____
(Signature of Co-Debtor)

Print Name: _____