UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

    Debtor.
_____/

Order Setting Response Deadline Regarding Get Back Up., Inc.'s
Motion for Relief from the Automatic Stay

On October 23, 2013, the Court entered an order granting an expedited hearing on Get Back Up, Inc.'s motion for relief from the automatic stay. The Court concludes that it is appropriate to set a deadline for the City to file a response to this motion. Accordingly, it is ordered that the City shall file any response to the motion by the 5:00 p.m. on November 12, 2013. If no timely response is filed, the Court will conclude that the City does not object to the motion and will cancel the November 14, 2013 hearing and grant the motion.

.

**Signed on October 28, 2013**

                                      /s/ Steven Rhodes
                                  **Steven Rhodes**
                                  **United States Bankruptcy Judge**