UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                              :    Chapter 9
In re                                         :
                                              :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                    :
                                              :
                Debtor.                       :    Hon. Steven W. Rhodes
                                              :
                                              :
-------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 28, 2013, the Response and Limited Objection of the Official Committee of Retirees to City's Motion Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), for Entry of an Order Establishing Bar Dates For Filing Proofs of Claim and Approving Form and Manner of Notice Thereof [Docket No. 1424] was filed using the Court's CM/ECF system, which provides electronic notification of such filing to all counsel of record.

In addition, a true and correct copy of the foregoing response was mailed to the parties on the attached list as instructed in the notice of the City's motion.

Dated: October 28, 2013       DENTONS US LLP

                                              By:  */s/ Carole Neville*
                                              Carole Neville
                                              1221 Avenue of the Americas
                                              New York New York 10020
                                              Tel:  (212) 768-6700
                                              carole.neville@dentons.com
                                              claude.montgomery@dentons.com

                                              *Attorneys for the Retirees Committee*

## Service List: Response to Bar Date Motion

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Bruce Bennett JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071

Jonathan S. Green
Stephen S. LaPlante
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226