UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
                                                                Case No. 13-53846
City of Detroit, Michigan,                                      Hon. Steven W. Rhodes

    Debtor.
_____/

### Order Denying Motion to Allow Participation at Trial

On October 28, 2013, creditor Dennis Taubitz filed an ex parte motion to allow participation at trial. (Dkt. #1422) The Court concludes that good cause has not been shown which would warrant the granting of the motion. Accordingly, it is hereby ordered that the motion to allow participation at trial filed by Dennis Taubitz is denied.

.

**Signed on October 28, 2013**

                                                                    /s/ Steven Rhodes
                                                          **Steven Rhodes**
                                                          **United States Bankruptcy Judge**