UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT,           Case No. 13-53846

Debtor.           Chapter 9

_____/

ANGELA WILLIAMS (P35157)
Attorney for Creditor
Detroit Housing Commission
1301 E. Jefferson Ave.
Detroit, MI 48207
(313) 877-8774

## APPEARANCE

PLEASE ENTER the APPEARANCE of ANGELA WILLIAMS, Attorney for Creditor, DETROIT HOUSING COMMISSION, in the above-entitled cause.

Respectfully Submitted,

/s/ Angela Williams
ANGELA WILLIAMS (P35157)
Attorney for Creditor
Detroit Housing Commission
1301 E. Jefferson Ave.
Detroit, MI 48207
(313) 877-8774
williamsa@dhcmi.org

Dated: October 24, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    CITY OF DETROIT,                          Case No. 13-53846

        Debtor.                                Chapter 9

_____/

ANGELA WILLIAMS (P35157)
Attorney for Creditor
Detroit Housing Commission
1301 E. Jefferson Ave.
Detroit, MI 48207
(313) 877-8774

## PROOF OF SERVICE

    The undersigned, being first duly sworn, deposes and says that on the 24th day of October, 2013, she did serve, via e-file, the attached APPEARANCE upon all counsel of record.

    I declare under the penalty of perjury that the above statements are true to the best of my knowledge, information and belief.

                                                        /s/ Rosalie Hollis
                                                        Rosalie Hollis