UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9

CITY OF DETROIT, MICHIGAN                 Case No. 13-53846

Debtor.                                   Hon. Steven W. Rhodes

---

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 28, 2013, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Consolidated Response In Opposition To Debtor's Motion To Establish Bar Dates And Approving Manner Of Notice; and

2. this Certificate of Service.

          Respectfully submitted,

          /s/ Tracy Reitzloff
          Tracy Reitzloff
          Lippitt O'Keefe, PLLC
          Legal Assistant to Ryan C. Plecha
          370 E. Maple Rd., 3rd Floor
          Birmingham, MI 48009
          (248) 646-8292
          treitzloff@lippittokeefe.com

DATED: October 28, 2013