UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
                                                        :
In re:                                                  : Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              : Case No.: 13-53846
                                                        :
                        Debtor.                         : Hon. Steven W. Rhodes
                                                        :
------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of October 2013, I caused the *Limited Objection of International Union, UAW with Respect to the Motion of the City of Detroit, Michigan Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 2003(C), For Entry of an Order Establishing Bar Date for Filing Proofs of Claim* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:   New York, New York
         October 28, 2013

                                        Cohen, Weiss and Simon LLP

                                   By:  /s/ Babette A. Ceccotti
                                        330 West 42nd Street
                                        New York, New York 10036-6976
                                        T: 212-563-4100
                                        bceccotti@cwsny.com

                                        *Attorneys for International Union, UAW*