UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

**CONCURRENCE OF THE RETIRED DETROIT POLICE MEMBERS ASSOCIATION IN RESPONSE AND LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF RETIREES TO CITY'S MOTION PURSUANT TO SECTION 105, 501 and 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(C), FOR ENTRY OF AN ORDER ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

The Retired Detroit Police Members Association ("RDPMA"), by and through its attorneys, Strobl & Sharp, P.C., hereby concurs with the Response and Limited Objection of the Official Committee of Retirees to City's Motion Pursuant to Section 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), for Entry of an Order Establishing Bar Dates For Filing Proofs of Claim and Approving Form and Manner of Notice Thereof filed at Docket No. 1424.

Respectfully Submitted,

**STROBL & SHARP, P.C.**

_/s/ Meredith E. Taunt_
LYNN M. BRIMER (P43291)
MEREDITH E. TAUNT (P69698)
MALLORY A. FIELD (75289)
Attorneys for the Retired Detroit
Police Members Association
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
E-mail: mtaunt@stroblpc.com

Dated: October 28, 2013