UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


IN RE:  CITY OF DETROIT,        .       Docket No. 13-53846
        MICHIGAN,               .
                                .       Detroit, Michigan
                                .       October 18, 2013
                 Debtor.        .       10:00 a.m.
. . . . . . . . . . . . . . . .


    HEARING RE. MOTION OF DEBTOR, PURSUANT TO SECTION 105(a)
  OF THE BANKRUPTCY CODE, FOR ENTRY OF AN ORDER EXTENDING
        THE CHAPTER 9 STAY TO THE 36TH DISTRICT COURT
                 AND CERTAIN RELATED PARTIES
         BEFORE THE HONORABLE STEVEN W. RHODES
         UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:         Jones Day
                        By:  HEATHER LENNOX
                        222 East 41st Street
                        New York, NY  10017
                        (212) 326-3837

For the State of        State of Michigan
Michigan:               Michigan Department of Attorney General
                        By:  MATTHEW SCHNEIDER
                        P.O. Box 30754
                        Lansing, MI  48909
                        (517) 241-8403

For the 36th            Barnes & Thornburg, LLP
District Court:         By:  JOHN T. GREGG
                        171 Monroe Avenue, N.W., Suite 1000
                        Grand Rapids, MI  49503
                        (616) 742-3930

For AFSCME Local        Steinberg, Shapiro & Clark
3308 and 917:           By:  TRACY CLARK
                        25925 Telegraph Road, Suite 203
                        Southfield, MI  48033
                        (248) 352-4700

Court Recorder:          Letrice Calloway
                         United States Bankruptcy Court
                         211 West Fort Street
                         21st Floor
                         Detroit, MI  48226-3211
                         (313) 234-0068

Transcribed By:          Lois Garrett
                         1290 West Barnes Road
                         Leslie, MI  49251
                         (517) 676-5092

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

1       THE CLERK:  All rise.  Court is in session.  Please

2  be seated.  Case Number 13-53846, City of Detroit, Michigan.

3       THE COURT:  Good morning, everyone.  Actually --

4  excuse me.  Before we begin our court session today, I need

5  to review a brief issue of participant conduct I guess is the

6  right way to phrase it.  We have been requested by the

7  District Court to enforce certain rules that will maintain as

8  much quiet on this floor as we can, and this is, of course,

9  not just today but every day, so I think you've probably

10  already experienced some of it.  We have been asked only to

11  use the Lafayette Street side elevators and that when you all

12  come into the courtroom or leave the courtroom, you go

13  directly from those elevators to the courtroom and that you

14  not linger in the hall at all and that you maintain complete

15  silence in the hall.  And you'll have to excuse me if I

16  periodically remind everyone about this throughout the course

17  of these proceedings.  And now we are ready for our motion

18  here this morning.

19       MS. LENNOX:  Thank you, your Honor.  For the record,

20  Heather Lennox of Jones Day on behalf of the city.  Your

21  Honor, I'll get into in a minute sort of why this motion came

22  up, but before I do that, I'd sort of just like to explain

23  some or just highlight some of the statutory bases that gave

24  rise to this motion.

25       The 36th District Court is basically Detroit's local

1  municipal court.  It exists within the confines of the City

2  of Detroit, and it's created by statute.  On May 28th, 2013,

3  because of its own operational difficulties that it was

4  having, the Michigan Supreme Court appointed Judge Michael

5  Talbot of the Michigan Court of Appeals as the special

6  judicial administrator of the 36th District Court, and Judge

7  Talbot has been working to improve the operations and the

8  efficiency of that court since that time.  Judge Talbot is in

9  the courtroom today, your Honor.

10         The city, again, according to statute, is

11  responsible for maintaining and financing and operating --

12  the operations of the 36th District Court.  In fact, in

13  fiscal year 2012, the court budget was about 37 million, if

14  I'm recalling correctly.  22 million of it came from the

15  city's general fund, and about 15 or so came from fines and

16  fees that are collected by the court.  Those fines and fees

17  that are collected by the court itself are maintained in two

18  bank accounts that are in the court's name, and periodically

19  the court transfers those -- collects those funds and then

20  periodically transfers them into the city's general fund, and

21  the city pays for the payroll and vendor bills for the court

22  according to the court's budget that's been submitted

23  annually.

24         This motion comes about, your Honor, because in the

25  city's regular contact with Judge Talbot and the court's

1  other administrators, they continue to express uncertainty

2  about how our bankruptcy -- the city's bankruptcy would

3  affect their ongoing operations because the court is not a

4  city department.  It is a separate entity and has its own

5  authority and operations.  So while the city is continuing to

6  fund the reasonable and necessary --

7          THE COURT:  Well, but pause there.

8          MS. LENNOX:  Um-hmm.

9          THE COURT:  It's important for the record here to be

10  as clear as possible about the relationship.

11          MS. LENNOX:  Yes.

12          THE COURT:  So you say the court is a separate legal

13  entity?

14          MS. LENNOX:  The court is created by statute as a

15  subdivision of the courts of Michigan, which is a separate

16  judicial branch.  It is not part of the city department.  The

17  reason it has a line item in the city's budget is because

18  pursuant to state statute, the local unit is responsible for

19  funding its operations, but the city doesn't have control

20  over how the court is operated or the city does not help

21  prepare the court's budget.  I think the city can have

22  conversations with the court about the budget, but that is

23  the court's responsibility.  The court deals with

24  administration.

25          THE COURT:  So the court's employees are not city

1   employees?

2          MS. LENNOX:  The court's employees are not city

3   employees.  Let me make sure I've got that correct, your

4   Honor.  Let me check my notes here, but I believe that is

5   correct.

6          THE COURT:  Perhaps Judge Talbot can help us with

7   that.

8          MS. LENNOX:  Yes.  I believe -- that is correct.  I

9   am confirmed correct.

10         THE COURT:  Okay.

11         MS. LENNOX:  I was looking at that statute last

12  night.  It's Subsection 13.

13         THE COURT:  So the employees are not city employees,

14  but you said a moment ago -- I think you said a moment ago --

15         MS. LENNOX:  The city funds payroll?

16         THE COURT:  -- the city pays them --

17         MS. LENNOX:  Let me -- sure.

18         THE COURT:  -- out of its own accounts.

19         MS. LENNOX:  Let me explain how -- and it's taken us

20  several days to get through the mechanics of this.  The

21  mechanics are very convoluted.

22         THE COURT:  Um-hmm.

23         MS. LENNOX:  As I understand it, the court -- the

24  court itself maintains actually six separate accounts.  It

25  has -- let me get this out here.  They have three accounts

1   that relate to bonds that are held in trust.

2              THE COURT:  Three accounts that relate to what?

3              MS. LENNOX:  Bonds.  Those are trust accounts for,

4   you know, bonding fees and things like that.  There is one

5   account that the court maintains for fees to be paid to

6   witnesses, and then there -- as I mentioned, there are two

7   accounts that are maintained in the court's name that contain

8   the revenues that are --

9              THE COURT:  Why would the court be paying witnesses?

10             MS. LENNOX:  If there's a state obligation for

11  expense reimbursement and things like that.

12             THE COURT:  The witnesses or jurors?  Is it

13  witnesses or jurors?

14             MR. GREGG:  It's witnesses, your Honor.

15             MS. LENNOX:  It's witnesses.

16             THE COURT:  Witnesses.  Okay.

17             MS. LENNOX:  Again, all by state statute.  And the

18  remaining two accounts are the ones that I think really are

19  at issue here, and those are the accounts maintained in the

20  court's name, not the city's name, that collect the fees and

21  fines that the court is entitled to impose.  Those

22  accounts -- the court does not maintain, as far as we know, a

23  disbursement account where it can write checks and pay

24  people, so what it does is it transfers from the two accounts

25  periodically -- I believe it's monthly -- sweeps those

1   accounts, transfers them into the city's general fund, and

2   then the city commingles their money with the general fund,

3   plus the city has additional obligations over and above what

4   the fees could bring in, and then funds the court budget

5   according to -- out of its own accounts, and so the payroll

6   accounts for the court employees are actually city accounts

7   that are maintained and paid out of the combination of these

8   fees that come in plus the city's general fund revenue.

9           THE COURT:  Um-hmm.  And what about the other

10  periodic operating expenses, utilities --

11          MS. LENNOX:  They are paid directly by the city out

12  of the city's accounts.

13          THE COURT:  Billed directly to the city?

14          MS. LENNOX:  I'm sorry?

15          THE COURT:  Billed directly to the city?

16          MS. LENNOX:  No.  I believe they're billed to the

17  court.  The court then transmits the bills to the city.  It

18  sounds to me like there's fairly regular communication

19  between the court and city employees.  And then they go into

20  the city payroll system, and the city pays them out of the

21  city's cash.  And so the particular concern that we have, of

22  course, is that because the city is making the payments and

23  because the funds are commingled and because the fines and

24  the fees that are collected by the court are necessary for

25  the funding of the court, the concern came up -- and I just

1    want to make very clear that the city is continuing to fund

2    the reasonable and necessary expenses of the operation -- for

3    the operation of the court, but there's a concern that if a

4    claimant -- a litigation claimant that may have a very large

5    judgment against the court were to try to attach or garnish

6    the court's two revenues accounts -- and, you know, if the

7    court sends us 14, $15 million a year, those accounts can

8    grow to be fairly sizeable even if they're transferred

9    monthly -- if they seek to attach or garnish that, then I

10   think the city is faced and the courts are faced with two

11   difficult outcome -- potential outcomes.  One is that the

12   court could simply just have insufficient funds to operate

13   because the city wouldn't pay it, and, again, I want to be

14   very clear what we're asking about here.  We are only seeking

15   to stay collection and enforcement of monetary claims that

16   may arise against the 36th District Court that arose before

17   the city's petition date, so anything that the city would

18   consider a pre-petition claim, the city is not in a position

19   to pay.  We're not opposing those claims being liquidated.

20   We're just opposing collection efforts with respect to those

21   claims.

22          So, again, if somebody with a large judgment sought

23   to attach some of those revenue accounts, which can have

24   fairly sizeable sums in them at any given time, again, the

25   two things that we think would happen are the court would

1    have insufficient funds to operate itself because the city --

2    those funds would be gone, and the city would not be

3    replenishing them because it was on account of a claim that

4    the city wasn't going to pay, or the city would essentially

5    be forced, if it wanted its courts to operate, to pay what is

6    a pre-petition claim against the city, and we think that

7    would violate a bunch of bankruptcy statutes.

8          And so that is the particular conundrum that gave

9    rise to this motion.  That is the particular conundrum that

10   was giving the court personnel a great deal of concern,

11   particularly as they're trying to gain some certainty for

12   their own operations as Judge Talbot is doing the work that

13   he's doing trying to correct the operations of that court, so

14   that's what gave rise to this motion, and that is the

15   particular harm that we're seeking to stay.

16         At some point, this will all have to be figured out

17   probably in the context of the city's plan of adjustment,

18   again, if eligibility is decided in the city's favor, but for

19   now, so the court can have some certainty about its

20   operations, so there isn't a risk of budget funding holes

21   both at the court and then at the -- potentially at the city,

22   we brought the relief before your Honor.

23         THE COURT:  So you're not seeking to stay any orders

24   of reinstatement of employees?

25         MS. LENNOX:  No.  This is purely monetary --

1      THE COURT:  You're not --

2      MS. LENNOX:  -- claims.

3      THE COURT:  I'm sorry.

4      MS. LENNOX:  I'm sorry, your Honor.  It's purely

5  monetary relief.

6      THE COURT:  What about prospective monetary relief?

7      MS. LENNOX:  In what sense, your Honor?

8      THE COURT:  So, for example, if an arbitrator says

9  that Employee X's pay should be a dollar an hour more in the

10  future --

11      MS. LENNOX:  Um-hmm.  To the --

12      THE COURT:  I don't know.  I mean we're sort of

13  contemplating the future here, but --

14      MS. LENNOX:  Right.

15      THE COURT:  -- do you seek stay of that?

16      MS. LENNOX:  Normally what you have when that comes

17  into effect is that's sort of an award of -- well, we've got

18  back pay awards, which we think clearly we would seek to

19  stay.

20      THE COURT:  Um-hmm.

21      MS. LENNOX:  If the award is you have to reinstate

22  an employee, and, oh, by the way, when you reinstate them,

23  their salary is "X," which happens to be higher than their

24  old salary, I think, you know, that's kind of a reinstatement

25  going forward thing.  And if we have to employ the person, we

1    have to employ the person, but anything that would relate to

2    sort of what we would view as the city -- you know, pre-

3    petition conduct vis-a-vis the city's petition date -- and,

4    again, it depends on how these awards are phrased, so it's

5    very difficult to say generally speaking, but we are treating

6    this similar to what we do with city litigation, which is if

7    it arises from a post-petition context, post-petition set of

8    events, it goes forward in the ordinary course, and that's

9    the same kind of construct that we would be looking for for

10    the court, but I think right now all we're looking at is

11    conduct and events that occurred prior to the city's petition

12    date.

13           THE COURT:  Thank you.

14           MR. SCHNEIDER:  May it please the Court, Matthew

15    Schneider, chief legal counsel for the Michigan Department of

16    Attorney General.  Your Honor, I'm here on behalf of the

17    state.  It appears that in this case there's some question

18    about the source of funding for the 36th District Court, and

19    I can explain a little bit to the Court, if it would like,

20    about how this works.

21           THE COURT:  Sure.

22           MR. SCHNEIDER:  Essentially, there's two different

23    areas here.  One is the statutory scheme, and one is

24    constitutional.  This is a District Court, and what state law

25    does with District Courts, it divides it into three classes.

1   First-class District Courts are like, you know, Bay County.

2   There's one court for the entire county.  A second-class

3   District Court would be kind of a hybrid mechanism such as in

4   Ann Arbor.  You've got a city court paid for by the city, but

5   then out in Chelsea the county pays for that court.  Here we

6   have purely a third-class District Court in Wayne County,

7   which is a city-run court, and what I mean by that is the

8   funding mechanism for that court, 36th District Court, is

9   purely the city, and the city is responsible for paying that.

10  We know that because statute lays out in 600.8104(2) that the

11  district funding unit is what it's called is responsible for

12  operating that court and paying for it, so the legislature

13  has already made a determination that the payment to support

14  that court will be done by the city.  The reason why the

15  state --

16          THE COURT:  Does the statute say the city shall

17  operate the court or just pay for it?

18          MR. SCHNEIDER:  It's operating.  It says, quote, "a

19  district funding unit shall be responsible for maintaining,

20  financing, and operating the court only within its political

21  subdivision."  Now, we know, in effect, of course, the judges

22  are, you know, not city employees.  The employees are, you

23  know, more judicial employees as well, so there is some

24  mixing here, but what is important to note is the funding

25  mechanism.  The funding mechanism always remains with the

1    city.  The Michigan Supreme Court --

2         THE COURT:  Well, it's not that simple here in

3    bankruptcy because if the court is a department of the city,

4    then claims against it are already stayed, right, because

5    claims against the city are stayed?  If it's a separate

6    entity, then we have to talk about the extension of the stay,

7    which is what the city seeks here.  And I'm wondering, in

8    light of the statutory obligation that the city has to

9    operate the courts, why it's a separate entity.

10        MR. SCHNEIDER:  Because there's a difference here

11   between who's responsible for funding and who's responsible

12   for the court itself, so --

13        THE COURT:  What does "operate" mean?

14        MR. SCHNEIDER:  Well, you know, let me give you an

15   example of this.  When you go into the 36th District Court

16   and you look behind you, it is the seal of the State of

17   Michigan.  It is not the seal of the City of Detroit.  So we

18   know that the overall operation of authority is from the

19   state.  The statute simply lays out who funds it.  And the

20   reason why the state is participating here today in front of

21   you, your Honor --

22        THE COURT:  You told me the statute does more than

23   say who funds it.  It also says who operates it.

24        MR. SCHNEIDER:  But there's a difference between

25   operation as to, you know, what is the role of the judge.  I

1  mean the judge is doing the operations of the court under

2  the -- in many respects --

3       THE COURT:  Well, the judge is making the decisions

4  in the cases that appear before him or her.

5       MR. SCHNEIDER:  That's true, and if you look at the

6  Michigan Court Rules, for instance, the chief judge rule, the

7  chief judge of the court is responsible for the hiring and

8  dismissing of the employees within the court.  The city

9  doesn't do that.  So that's an example of an operation that

10  takes place by the court itself and not by the city.

11       THE COURT:  Um-hmm.

12       MR. SCHNEIDER:  The reason why the state --

13       THE COURT:  And all concerned thinks that's

14  consistent with the statute that says the city operates the

15  Court?

16       MR. SCHNEIDER:  Well, yes.  I mean I think we're

17  talking about the district funding unit and what the funding

18  unit has to do, and I think we're talking about terms of

19  operation in terms of operational funding.  And the reason

20  why the state here is participating is because --

21       THE COURT:  So whatever "operate" means in the

22  context of that statute, it has to be consistent with the

23  concept of the courts as an independent entity under the

24  supervision of the Michigan Supreme Court by constitution?

25       MR. SCHNEIDER:  Sure, because we have one court of

1  justice.

2      THE COURT:  Okay.

3      MR. SCHNEIDER:  So the case law that is put forth by

4  the AFSCME addresses this one court of justice issue, and

5  they're citing to some cases such as Grand Traverse, but

6  those cases really stand for the proposition that it is

7  ultimately not the state's responsibility to do the funding.

8  It is the local funding unit's responsibility.  I won't go

9  further on that, but if you have any questions about that,

10  I'd be happy to answer them.

11      THE COURT:  Well, I guess the question that the

12  objecting parties are raising is if there is a shortfall in

13  the funding of a court which the local entity that's

14  otherwise obligated to pay can't pay, what happens?

15      MR. SCHNEIDER:  A judicial branch -- the state

16  judicial branch can compel funding, but that doesn't mean

17  that they can compel the legislature or the state treasury.

18  None of the cases have ever said that.

19      THE COURT:  What happens?

20      MR. SCHNEIDER:  Well, a judicial branch entity could

21  compel the funding unit to pay.  What your question is is

22  what --

23      THE COURT:  They can't.

24      MR. SCHNEIDER:  -- if they don't have any money.

25      THE COURT:  Yes.

1          MR. SCHNEIDER:  Okay.

2          THE COURT:  What happens?

3          MR. SCHNEIDER:  I don't believe that we've crossed

4    that bridge yet in this case.  I don't believe that that was

5    contemplated perhaps within -- when this statute was written,

6    so I can tell you what --

7          THE COURT:  Still waiting for an answer.

8          MR. SCHNEIDER:  Well, I can tell you what the answer

9    wouldn't be.  The answer wouldn't be --

10          THE COURT:  I mean, look, you know, we've got

11    pension people who say we have a constitutional right to

12    unimpaired pensions; right?  Okay?

13          MR. SCHNEIDER:  Um-hmm.

14          THE COURT:  And now you're telling me that the

15    courts can say we have this constitutional right to full

16    payment of our expenses, and, as I said the other day, what's

17    a right worth if the obligee doesn't have the money to pay?

18          MR. SCHNEIDER:  Well --

19          THE COURT:  What happens?

20          MR. SCHNEIDER:  I don't know that I can answer that

21    question, but I can answer it this way.  I do know that under

22    the current statutory scheme, neither the statute nor the

23    case law would take that obligation and foist it back on the

24    state, so that is not the answer under the current rubric.

25          THE COURT:  Okay.  So the city has either got to

1   find the money or shut the court down?

2        MR. SCHNEIDER: Well, if we're at that point, you

3   know --

4        THE COURT: If the city can't pay, are those the

5   only two choices?

6        MR. SCHNEIDER: Then a judicial branch entity could

7   compel the city to pay.

8        THE COURT: In preference to all its other

9   creditors?

10        MR. SCHNEIDER: Instead of compelling the state

11   treasurer.

12        THE COURT: Including the pension obligors or the

13   retirees, who your office also says has a priority?

14        MR. SCHNEIDER: Well, your Honor, I'm not trying to

15   backtrack, but I am trying to say that, you know, although I

16   know we're -- if we're still not answering --

17        THE COURT: Look, I have to ask tough questions

18   here; right?

19        MR. SCHNEIDER: Certainly.

20        THE COURT: So, you know, we all have to have

21   answers to these tough questions.

22        MR. SCHNEIDER: Well, that's true, and I've given

23   you an answer in reverse. It might not be the answer we want

24   to hear, but the answer is the statute lays out that the

25   state is not the funding unit.

 1          THE COURT:  The city can't print money.

 2          MR. SCHNEIDER:  I understand that.  The

 3   legislature -- perhaps the legislature, if they felt that

 4   this was --

 5          THE COURT:  This is just a preview of the questions

 6   you're going to get when you argue to me at some future point

 7   about the rights of retirees.

 8          MR. SCHNEIDER:  Perhaps.

 9          THE COURT:  Everyone is claiming a priority here.

10          MR. SCHNEIDER:  I'm not disagreeing with you, your

11   Honor.

12          THE COURT:  All right.  I've pressed you hard

13   enough.

14          MR. SCHNEIDER:  Okay.  Thank you.  Do you have any

15   other questions?

16          THE COURT:  Many, but, like I say, I've pressed you

17   hard enough.

18          MR. SCHNEIDER:  That's what I'm here for.  Thank

19   you.

20          MR. GREGG:  Good morning, your Honor.  John Gregg on

21   behalf of the 36th District Court.  As the Court is aware,

22   the Honorable Michael Talbot is present as is Tom Kienbaum,

23   special counsel to the court, and Deborah Green, the state

24   court -- from the State Court Administrative Office.  She is

25   the Region 1 director.  I'll be somewhat brief, and perhaps

1  you'll pepper me with questions or perhaps you'll let me off,

2  but --

3          THE COURT:  Well, you've heard my questions, so I

4  invite whatever answers you can give.

5          MR. GREGG:  And I don't know that I can give any

6  more than what Mr. Schneider has already presented to the

7  Court --

8          THE COURT:  Okay.  Fair enough.

9          MR. GREGG:  -- but I did want to supplement the

10  remarks that Ms. Lennox said earlier and, in particular, with

11  respect to the two revenue accounts that are of utmost

12  importance not only to the court but also to the State of

13  Michigan as the beneficiary of those accounts.  There are the

14  two revenue accounts which are used for collecting fines and

15  penalties.  Pursuant to separate statute, a statute

16  separate --

17          THE COURT:  Fines and fees?

18          MR. GREGG:  Fines, fees, and penalties, yes.

19  Pursuant to a separate statute other than the funding

20  requirement statute, which is 600.8103, 600.8379 requires

21  that the revenues be transmitted actually, quote, unquote,

22  "paid by the court over to the state."  When those amounts

23  are paid over -- excuse me, not the state, to the city.  When

24  those amounts are paid over to the city, they are not

25  automatically incorporated into the funds that are then used

1  to pay the trade vendors and other creditors of the court.

2  Instead, the city commingles those and is required regardless

3  to advance funds or pay the obligations of the court, and so

4  I just want to make that distinction that there is not a

5  requirement -- a joined requirement.  In other words, there's

6  a separate requirement that the court transmit the funds to

7  the city, and there's a separate requirement that the city

8  fund the operations of the court.  The concerns of --

9         THE COURT:  What you mean by that, just to tie a

10  ribbon on it, is if for any reason the court doesn't transmit

11  those funds either because it doesn't or because they've been

12  garnished or executed on, the city still has to pay those

13  operational expenses.

14         MR. GREGG:  That is exactly what I mean.  They are

15  separate and distinct obligations under two different

16  statutory directives.  The concerns of the court here today

17  are fairly obvious, your Honor.  It maintains these accounts.

18  It is required to transmit these funds to the city.  It is

19  facing a fairly large arbitration award, which is currently

20  subject to appeal.  It is also addressing various other

21  claims for monetary relief and in the future believes it may

22  be subject to another claim for monetary relief as a result

23  of a collections contract.  The court entered into an

24  arrangement with a law firm in Texas, the Linebarger law

25  firm, whereby the law firm would collect amounts due to the

1   court.  In exchange, the law firm was to receive 20 percent.

2   The court has been working with the Linebarger law firm to

3   wind down that agreement, and they would both mutually exit

4   the arrangement.  One of the local counsel law firms used by

5   the Linebarger firm has objected to the wind-down of that

6   arrangement, and in all likelihood there is going to be a

7   formal dispute, a legal action filed, and so we are

8   anticipating that at some point in the future.

9         The concern of this court, of course, is a judgment

10   creditor, as Ms. Lennox stated, garnishing the funds kept in

11   these two revenue accounts maintained by the city.  In

12   addition, in the past, judgment creditors have pulled their

13   trucks up to the court and have attempted to haul away the

14   personal property of the court.  As remote as that seems, it

15   has, in fact, happened.  Now, there is a flaw in any judgment

16   creditor's argument that attempts to do that in that the

17   majority of the personal property at the court is owned by

18   the city.  However, there are some items of personal property

19   that are actually owned by the court.  In the event that a

20   judgment creditor were to seek to execute and levy on the

21   personal property, the automatic stay would extend to the

22   city's property.  The non-city property the court would take

23   the position that it's public property and it's dedicated to

24   a public use, and it is, therefore, held in trust for the

25   public and not subject to collection, but that has not

1  stopped parties in the past from attempting to do this, and

2  so the harm to the city as a result of these attempts would

3  be a disruption in the court's operations.  And I can't

4  represent to the Court that it would be a massive disruption

5  in operations, but it would clearly be an impediment to the

6  day-to-day functions that Judge Talbot has worked so hard to

7  correct.  And so because of the joined nature of the

8  financing arrangement and the potential attack from the

9  judgment creditors, the court believes it's in the city's

10  best interest to have the stay extended to the court up until

11  the point of a plan of adjustment.  It agrees with the city

12  that nonmonetary claims would be allowed to proceed whereas

13  monetary claims could be liquidated.  There would just be a

14  stay on the collection.

15        THE COURT:  Am I correct that the attorneys

16  defending claims against the city are not from the city law

17  department?

18        MR. GREGG:  They are not, your Honor.  They're

19  separately engaged law firms.  I believe there are

20  approximately seven or eight of them.  And many of the claims

21  that have been brought against the city -- or excuse me --

22  the court -- the court believes are without merit, and in

23  some instances it would be the court's preference to allow

24  these claims to be adjudicated.

25        THE COURT:  And the fees of those private attorneys

1    are paid by the city through the same funding mechanism that

2    we've been discussing?

3              MR. GREGG:  Yes, they are, your Honor.  Yes.

4              THE COURT:  Okay.

5              MR. GREGG:  And historically when judgments have

6    been entered, the city has satisfied those judgments on

7    behalf of the court as it's required to do.

8              THE COURT:  All right.

9              MR. GREGG:  Thank you.

10             THE COURT:  Anyone else want to speak in favor of

11   the motion?  All right.  Ms. Clark.

12             MS. CLARK:  Your Honor, Tracy Clark appearing on

13   behalf of the Local 3308 and 917 American Federation of

14   State, County and Municipal Employees.  Your Honor, the

15   locals have indicated that they have various pending claims

16   against the 36th District Court on behalf of their members.

17   These members are either employees of the District Court or

18   former employees of the District Court.  Some have waited

19   over nine years to be made whole by the District Court, and

20   now they're being told that they have to wait again.

21             Your Honor, as we pointed out in our brief, I want

22   to indicate that under 105(a) seeking an injunction would

23   require an adversary proceeding, and I know your Honor has

24   made it -- has thoughts on that from a previous proceeding,

25   so I won't belabor it here, but I want to point out that it

1  is an issue, and it is addressed in the brief.  So from there
2  we'll move on to --

3          THE COURT:  Well, but let me stop you there.  Is
4  there anything about the request in this context that
5  suggests a different ruling on that issue from the prior
6  ruling?

7          MS. CLARK:  Well, yes, your Honor.  I believe that,
8  you know, the fact that we are dealing with people who have a
9  constitutional right to pursue their claims under the
10 Michigan Constitution, that they should have an opportunity
11 to have an adversary proceeding and be able to provide your
12 Honor with an explanation of the harms that have been -- that
13 they have incurred, conduct discovery in connection with the
14 state's obligations, and be able to be provided due process,
15 and that would only come in the form of an adversary
16 proceeding, which is required under 7017.

17         THE COURT:  Well, if necessary, you can have that
18 discovery in this context, too, can't you?

19         MS. CLARK:  Yes, your Honor.  We could do a
20 contested matter.  I think that the proceedings under an
21 adversary proceeding are more structured and will provide the
22 due process that the locals are looking for and also, your
23 Honor, to go through the injunction elements as far as that
24 goes.  There has -- I guess the briefs did address the
25 injunction elements, but there really hasn't been any

1  discussion on that today.  The original brief did not bring

2  up the fact that the four elements have to be established.

3          THE COURT:  Right.

4          MS. CLARK:  So, your Honor, what I'm hearing today

5  as far as the harm is this -- basically other than some desks

6  or things like that at the court, it's about these revenue

7  accounts, and these revenue accounts, it's my understanding,

8  belong to the District Court, so to the extent that anything

9  happens with those revenue accounts, that's a harm to the

10  District Court, and the District Court, as indicated earlier,

11  is a separate and distinct entity.

12          THE COURT:  Well, how is it a harm to the District

13  Court because the city has to pay for this -- for the court's

14  operations regardless?

15          MS. CLARK:  Well, there's a question there.

16  Actually, there's two questions there.  First of all, the

17  court has -- in their brief at paragraph 28 says these

18  revenues are property of the city, and any attempt to garnish

19  those accounts is a violation of the automatic stay, so

20  that's a question right there.  Could these accounts even be

21  garnished?  And the second issue is --

22          THE COURT:  Well, what position do you take on that?

23          MS. CLARK:  Your Honor, I have not looked into

24  whether or not those funds could be garnished or not.  I

25  think that it's up to the parties that -- the moving parties

1  here to establish whether or not this is even a problem

2  because if they're subject to the stay, there should be no

3  motion pending.

4          THE COURT:  The city's position is if they are

5  property of the court, it needs an extension of the stay.  If

6  they are property of the city, then it's stayed regardless,

7  but it wants to have the stay regardless.

8          MS. CLARK:  Right.  But I mean there's no reason to

9  even have this motion if they're property of the city.

10         THE COURT:  Right, but you're not willing to concede

11 that at this point.

12         MS. CLARK:  No.  And to the extent that it's not

13 property of the city, then your Honor pointed out, "What

14 happens?"  I don't know what happens, but the courts -- the

15 courts that have addressed the funding issue in 600.8103 have

16 pointed out that the statute only says that the court is

17 responsible for financing and operating the District Court

18 within its subdivision.  It's not -- it doesn't say that

19 they're responsible for paying judgments.  And in addition to

20 that, the -- this missing element of who will pay for this

21 judgment has been addressed by the courts, and the courts

22 question the ultimate obligor for judgments or who actually

23 has to have -- pay for the court to continue to operate.

24         THE COURT:  Well, but if it's not the city, who else

25 would it be?

1        MS. CLARK:  It would be the state under the

2  Constitution.  The courts have said -- and actually Judge

3  Rosen said after reviewing in connection with a sovereign

4  immunity issue with respect to the first element in a

5  sovereign immunity is to show that the state has to pay for

6  the funding of the entity that's looking for the sovereign

7  immunity.  And Judge Rosen in <u>Dolan</u> said it cannot be said

8  with any degree of confidence that the State of Michigan

9  bears no potential legal liability for any judgment that the

10  plaintiff might obtain against the 15th District Court.  That

11  was a judgment that had been obtained against the District

12  Court, and the court was considering whether sovereign

13  immunity applied.  And in an unpublished --

14        THE COURT:  So are you saying you want to preserve

15  whatever claim you might have against the state arising from

16  any judgment or award against the District Court?

17        MS. CLARK:  No, your Honor.  What I'm saying is the

18  state has an obligation to operate or to continue funding the

19  court, so there's going to be no harm to the city.  The city

20  can stop paying --

21        THE COURT:  You want this Bankruptcy Court to hold

22  that the State of Michigan is obligated to pay these

23  judgments?

24        MS. CLARK:  No, I do not, your Honor.

25        THE COURT:  I thought that's what I heard.

1    MS. CLARK:  No.  The State of Michigan would be

2  required under the Constitution -- when the court is

3  faltering, the State of Michigan would have an obligation to

4  step up and fund the operation.

5    THE COURT:  Okay.  But my question for you is who

6  makes that determination because what you said was that Judge

7  Rosen merely held that it can't be excluded as a possibility.

8  He didn't hold that the state is responsible; right?

9    MS. CLARK:  Correct, your Honor.

10    THE COURT:  Okay.  So who's going to make the

11  decision about whether the state is responsible?

12    MS. CLARK:  Your Honor, that decision -- and

13  actually we cited in the brief Judicial Attorneys Association

14  versus State, and the court said in that case, the Supreme

15  Court of Michigan, "Despite the complications of the trial

16  court environment, the case law, taken as a whole, has come

17  to strongly affirm that the fundamental and ultimate

18  responsibility for all aspects of court administration,

19  including operations and personnel matters within the trial

20  courts, resides within the inherent authority of the judicial

21  branch," and they're referring to the judicial branch of the

22  State of Michigan, so that would be who would have to step up

23  and require that the court continue to operate.  It would be

24  the judicial branch of the State of Michigan.

25    THE COURT:  Is there a budget for the judicial

1  branch of the State of Michigan within the State of Michigan

2  budget?

3         MS. CLARK:  Not that I'm aware of, your Honor.  I

4  don't know.  That I cannot answer.  The funding -- there's

5  other people here that have much more information on the

6  funding of the courts than I do, but that's something I can't

7  answer.  All I know is that they have the inherent authority

8  to require the state legislature to fund or continue the

9  funding for the court.

10        THE COURT:  Mr. Schneider says the only inherent

11  authority under the statute is to compel the local political

12  subdivision, in our case, the City of Detroit, to pay --

13        MS. CLARK:  Right.

14        THE COURT:  -- their operations expenses, including

15  a judgment.

16        MS. CLARK:  But there has to be a -- there has to be

17  a way around that because the City of Detroit can't pay.

18  It's in bankruptcy, and it's -- there's an automatic stay in

19  place where no one can pursue the City of Detroit for

20  collection, so there has to be a way around that, and that

21  would be up to the state to continue those operations.

22        THE COURT:  Well, we're not talking about not paying

23  these claims at this point in time.  We're only talking about

24  staying the collection of them; right?  That's what an

25  automatic stay does.

1    MS. CLARK:  That's true.  And, your Honor, that's

2 another issue.  Why stay these proceedings?  They're not

3 going to go away.  These obligations --

4    THE COURT:  Well, they don't want to stay the

5 proceedings.  They want to stay collection of any judgment or

6 arbitration award.

7    MS. CLARK:  That's correct, but these obligations

8 are not going to be part of the plan.  This is -- these are

9 not obligations of the city, so the stay is just delaying the

10 inevitable, and I'm not sure what good that does anyone.

11    THE COURT:  Why wouldn't they be part of a plan?

12    MS. CLARK:  Because they -- the same reason that the

13 stay doesn't apply.  The court is not the city.  The

14 obligations here are court obligations, not city obligations,

15 and the city does not have to, you know, focus its efforts on

16 defending these proceedings.  It doesn't have to -- it's not

17 a named party.  It never has been a named party.  That's the

18 difference here between --

19    THE COURT:  What will happen to the courts of the

20 city, the 36th District Court, if this motion is denied and

21 these judgments or arbitration awards go to collection and

22 they are collected?

23    MS. CLARK:  What will happen to -- I'm sorry.  What

24 will happen --

25    THE COURT:  What will happen to the courts?

1     MS. CLARK:  It's my -- based on what I've seen in

2  the Constitution and in the case law, the state would step up

3  and continue to fund the courts.  Actually, I want to

4  refer --

5     THE COURT:  But the state doesn't fund the court

6  now.  The city does.

7     MS. CLARK:  That's correct, but if they can't, if it

8  stops making the payments -- and actually in the city's brief

9  it indicates that they're not paying all of the obligations

10 of the court now.  They're only paying certain ones to

11 keep -- continue operations.

12    THE COURT:  Um-hmm.

13    MS. CLARK:  And I'd also like to point out to your

14 Honor that in an unpublished opinion by the Sixth Circuit,

15 Barachkov versus 41B District Court, the Sixth Circuit viewed

16 600.8103 a little differently than the parties are here, and

17 the Sixth Circuit recognized that the state -- that the

18 statute establishes only that the local government unit

19 provides operational financing for the District Court, but

20 the statute does not conclusively state who will pay

21 judgments against the court.  So there's various questions

22 raised by various courts about who would be obligated to pay

23 these -- make these payments and to continue the operations

24 of the court absent a local funding unit being able to make

25 these payments.

1    So, your Honor, the city has not shown that the
2  District Court -- it has shown maybe that the District Court
3  could be harmed, but it's not showing that the city has been
4  harmed or that any judgment against the District Court would
5  not --
6    THE COURT:  Well, wouldn't the city be harmed if
7  collection action resulted in shutting down the courts?
8    MS. CLARK:  Again, we have to go back to the
9  Michigan Constitution.  The state would have to step up.
10    THE COURT:  So the District Court would have to file
11  a lawsuit naming who for an injunction requiring funding or
12  payment of the judgments?
13    MS. CLARK:  I have to admit, your Honor, this has
14  never come before, so I can't really speak to that.  I'm
15  assuming that they would name the state legislature to fund
16  the judgments -- or to fund the operations actually.  Your
17  Honor, the state is --
18    THE COURT:  And the city would have to pay whatever
19  lawyers the District Court decides to retain for that
20  purpose?
21    MS. CLARK:  The city doesn't have to pay.  They
22  are -- they have an automatic stay in place.
23    THE COURT:  Well, Mr. Gregg doesn't work for free,
24  assuming that's who they would hire.
25    MS. CLARK:  Those are the -- I mean, like I said,

1  this is an unusual circumstance.  We've never had a

2  circumstance where a funding unit just cannot pay and has the

3  cloak of the automatic stay around it so that it can't be

4  forced to pay, so, your Honor, we would request that this

5  motion be denied.

6          THE COURT:  Thank you.

7          MS. LENNOX:  Your Honor, if I may, a brief response

8  to some of the points made by all the other counsel.  Your

9  Honor, I have to admit that the questions that your Honor is

10 asking are exactly the questions that we struggled with when

11 first trying to figure out what the relationship between the

12 court and the city really is and then, secondly, trying to

13 noodle through the issues that are the subject of the motion.

14 And there may be a couple of things that may provide some

15 clarity because I will tell you that the state of the law

16 right now is less than crystal clear on some of these issues.

17          First of all, I do think what we said before

18 about -- and what Mr. Schneider emphasized that the courts

19 being part of the state court system is true.  To your

20 Honor's question about who operates the courts, again, you

21 have conflicting statutes because the funding statute says

22 you have to provide the funding to, you know, operate the

23 court, but in another portion of the same act at Michigan --

24 MCL Section 600.8271, Subsection 17, where it talks about the

25 operation -- it's called the Operation of the District

1  Court -- this says that the role of the chief judge under
2  this section is that of the principal administrator of the
3  officers and personnel of the court and is not that of a
4  representative of the source of funding, again, showing a
5  separation.  Neither the judges nor the employees, at least
6  for the 36th District Court in Detroit, are employees of the
7  city so -- and they've traditionally had no day-to-day
8  operational control over the court.  That's really handled by
9  the chief judge, and so that led us, notwithstanding all
10 these potentially technically conflicting provisions, to
11 believe that they were separate and they weren't -- because
12 the first question was is are they part of my bankruptcy, do
13 we have to worry about this stuff at all, right, because if
14 they -- we thought they were part of the city, then we
15 wouldn't have to be here, so we did look at that.
16      THE COURT:  But the question Ms. Clark -- one of the
17 questions Ms. Clark raises is what harm would there be to the
18 city if these two accounts were garnished even to the extent
19 of $5 million?
20      MS. LENNOX:  Um-hmm.  So -- and that leads into the
21 colloquy that your Honor had with several of the attorneys
22 about what does this inherent power really mean, and the
23 way -- I think the leading case on this is the Grand Traverse
24 case that was issued by the Michigan Supreme Court in 2006,
25 and it's cited in all of the people -- all of the papers.

1   And I have to say that the state of funding, local funding of
2   the courts in Michigan is pretty unclear, and I think the
3   issue that you have before us today facing us is sui generis,
4   but if you read Grand Traverse, the inherent authority of a
5   court --
6           THE COURT:  You know, just for whatever it's
7   worth --
8           MS. LENNOX:  Um-hmm.
9           THE COURT:  It's probably nothing, but it hardly
10  feels right for a federal Bankruptcy Court -- a federal
11  Bankruptcy Court -- to be making decisions about who's
12  required to fund what within the Michigan judiciary.
13          MS. LENNOX:  I could not agree more, your Honor, and
14  that is exactly where I was going.  I think -- here's the
15  reasoning that the city went through in trying to figure this
16  out.  Under the holding of Grand Traverse and all of the
17  language that was employed by the Michigan Supreme Court,
18  this inherent authority is limited.  First of all, we have
19  the bankruptcy issues, which are the city is not required to
20  pay pre-petition claims.  If there are unpaid claims of the
21  36th court, you know, there's a view that the 36th court has
22  a pre-petition claim against the city, and that'll get taken
23  care of in the plan.  What we're dealing with is sort of the
24  extension of that, of, well, what do you do with their
25  creditors when the city has to pay their creditors?  I mean

 1   that's the extension problem we're looking at, and so there's
 2   a colloquy about can the court force the funding unit to pay.
 3   Now, certainly we have a stay that couldn't do it.  We have
 4   conflicting priorities, and the priorities of the Bankruptcy
 5   Code -- exactly as your Honor said, everybody thinks they
 6   have a priority, and the stay is designed to stop that, and
 7   the Bankruptcy Code deals with priorities.  But if you look
 8   at even the state law arguments, it's not clear.  The
 9   inherent funding authority is limited, and this is discussed
10   in Grand Traverse because the funding unit has to pay for
11   operations that are, quote, "reasonable and necessary for the
12   court to carry out its mandate."  And there was a big
13   question there about whether the local funding units had to
14   pay more or had to pay extra because they hadn't, and the
15   court --
16        THE COURT:  And by "extra," you mean relating to
17   judgments?
18        MS. LENNOX:  No.  I mean relating to operations.  At
19   the time there were some statutes that would have required
20   increased funding that was never -- that wasn't funded, and
21   so the local jurisdiction sued and said, hey, you have to
22   fund, and the courts said actually, no, we don't.
23        The Michigan Supreme Court found at page 146 of that
24   opinion that the court has to operate at a serviceable level,
25   not the optimal level, and what a serviceable level means --

1  that the operations of the court will be carried out in a
2  barely adequate manner, but they'll be carried out, and
3  that's all that the inherent power can force if the funding
4  unit doesn't pay.
5          So what we're faced with here is exactly the two
6  harms that Mr. Gregg and I discussed for your Honor.  I
7  suppose the city could say, especially given all the past
8  problems with the 36th District Court operations, that, yeah,
9  we'll have suboptimal service if we can't -- if there's a
10 funding hole, but it's not something that the city would want
11 to do.
12         This ultimately, I think, is an issue without a
13 current answer in state law, and it's going to have to be
14 figured out, and I don't think your Honor is the one to
15 figure it out.  I think we're in a matter of first impression
16 in Michigan, but what we're asking for today is pretty
17 limited related to that.  All we're asking for is sort of the
18 preservation of the status quo and the breathing room
19 extended so that the court and the city and the state and
20 whoever else needs to be involved in this conversation can
21 figure it out because I don't think there's an answer in
22 state law.  There's no clear answer right now.  And all we're
23 saying is, you know, we are asking your Honor to extend the
24 stay simply so that the court's accounts that the court has
25 that get swept into the city on a periodic basis can't be

1  garnished so that their operations are not disrupted for the

2  period of time of this bankruptcy. That's all we're asking

3  for.

4  THE COURT: So if a plaintiff in any of these

5  actions sought a ruling by injunction or declaratory relief

6  or whatever appropriate action in the state courts that

7  somehow the state is responsible to pay on whatever judgments

8  it's awarded, the city wouldn't object to that?

9  MS. LENNOX: I don't think that's covered by what

10  we're asking for today.

11  THE COURT: Does the city plan to pursue any such

12  relief?

13  MS. LENNOX: I don't think the city has a current

14  plan to do that. What the city was hoping to do is to have,

15  again, discussions with the court, perhaps discussions with

16  the state. I think the court until perhaps today may have

17  had a different view from the city's about whether they have

18  a claim against the city and whether they can force us to pay

19  on a pre-petition basis, so I think those discussions have to

20  continue, and I think we need the time to let those continue.

21  THE COURT: Mr. Gregg, does the court have any such

22  plan?

23  MR. GREGG: Any plan with respect to payment of the

24  claims that are not satisfied?

25  THE COURT: With respect to pursuing any right it

1  may have against the State of Michigan to reimburse it or to

2  have them or it pay these judgments.

3         MR. GREGG:  No, it does not, your Honor.  It

4  believes it receives its funding solely from the city.

5         THE COURT:  Oh, so the court agrees with Mr.

6  Schneider.

7         MR. GREGG:  Yes.

8         THE COURT:  Okay.  Thank you.  Any further rebuttal?

9         MS. LENNOX:  Just two very quick points, your Honor.

10  There is -- there was a question about whether the monies

11  that come into the court's accounts, the fines and the costs,

12  are actually city property, and, again, I think there's been

13  a difference of view on that.  Again, I point to the Michigan

14  statutes, and Section 600.8379, Section 1, says that the

15  fines and costs assessed in the District Court shall be paid

16  to the clerk of the court, who shall appropriate them as

17  follows, and then it talks about how it gets distributed

18  between the state and the county and the city.  If we thought

19  that these monies in these accounts were the city's, again,

20  we wouldn't be here today.

21         THE COURT:  The statute gives the city a claim --

22         MS. LENNOX:  Correct.

23         THE COURT:  -- to that money or a portion of that

24  money.

25         MS. LENNOX:  Correct, but it doesn't necessarily say

1  they are the city's funds clearly.  I mean certainly if it
2  had been that clear, this would be an easier thing to deal
3  with.  And then with respect to the due process arguments
4  regarding discovery --

5          THE COURT:  But do you argue -- let's just pin this
6  down -- that any attempt to garnish those funds would be an
7  attempt to exercise control over property of the city to the
8  extent that property was its claim against that account?

9          MS. LENNOX:  We could argue that, your Honor.  The
10  difficulty there is that the funds are commingled, and I
11  can't trace and say -- other than an inchoate claim, I can't
12  point and say those dollars are mine, and that's the
13  difficulty with this arrangement.  Again, if it were
14  easier -- if it was an easier arrangement, it would be an
15  easier case to make, although I do not --

16          THE COURT:  Well, wait.  The money in the court's
17  account, all of that goes to the city, doesn't it?

18          MS. LENNOX:  It goes to the city, again --

19          THE COURT:  Or the state?

20          MS. LENNOX:  -- but as a paying agent.  Again, I
21  believe -- and Mr. Gregg can correct me if I'm wrong -- that
22  all that money gets swept into a city account, but it doesn't
23  mean that it's all the city's money.  Some of it has to go to
24  the state and the counties under the allocations set --

25          THE COURT:  Oh, all right.

1           MS. LENNOX:  -- forth in the statute.

2           THE COURT:  So does the city then pay the state, or

3   does the court pay the state?

4           MR. GREGG:  I believe that the court pays the state,

5   the county, and the city.

6           MS. LENNOX:  Out of that account.

7           MR. GREGG:  Out of the accounts.

8           THE COURT:  Okay.

9           MS. LENNOX:  I stand corrected, your Honor.

10          THE COURT:  All right.

11          MS. LENNOX:  I stand corrected, your Honor.  But,

12  again, we don't have tracing to specific proceeds, which

13  would have made that a lot easier.  And then just finally,

14  with respect to the due process arguments, I think the

15  arguments regarding discovery were expressly considered and

16  rejected by the Sixth Circuit in Canonsburg Environmental

17  Associates versus Tully Construction Company back in 1996, so

18  your Honor and I has had a colloquy about the due process on

19  this issue before.

20          THE COURT:  Right.

21          MS. LENNOX:  Thank you.

22          THE COURT:  Ms. Clark, anything further?

23          MS. CLARK:  A couple of points, your Honor.  First

24  of all, the moving party has a burden to show the harm to the

25  debtor, and they cannot with certainty say that there would

1  be any harm.  The second thing I wanted to point out is that

2  this -- the motion is pretty broad.  It's seeking to stay all

3  legal proceedings, not only against the 36th District Court

4  but its officers, employees, agents, and representatives.

5          THE COURT:  Well, it's seeking to stay collection of

6  any judgments or awards that are made against them.

7          MS. CLARK:  Right.  It's my understanding that there

8  is a damage claim against a retired judge, and so I don't

9  know if that's going to cover that --

10          THE COURT:  Um-hmm.

11          MS. CLARK:  -- if your Honor does --

12          THE COURT:  All right.  Well, we'll get that

13  clarified.  What else?

14          MS. CLARK:  Okay.  That's all, your Honor.

15          THE COURT:  All right.  What's the city's position

16  on that specific claim?

17          MS. LENNOX:  Your Honor, I have confirmed with the

18  counsel for the District Court on this, there being no

19  indemnification rights from the court that would then

20  derivatively flow to the city, we don't believe that that

21  would be stayed because it would not affect either the court

22  services or --

23          THE COURT:  So it's not your request to stay

24  collection of that action against --

25          MS. LENNOX:  Correct.

1          THE COURT:  -- that retired judge?

2          MS. LENNOX:  Correct.

3          THE COURT:  All right.  Thank you.  All right.  It's

4    now five to eleven.  Okay.  Give me until 11:20, and we'll

5    reconvene then for a decision.

6          THE CLERK:  All rise.

7          THE COURT:  And please recall my admonition to keep

8    your conversations either in the courtroom here or on the 1st

9    floor, but no conversations at all in the hallway.  If you're

10   going to be in the hallway, you have to be heading to the

11   elevator, not lingering out there.  Thank you.

12         THE CLERK:  Court is in recess.

13      (Recess at 10:57 a.m. until 11:20 a.m.)

14         THE CLERK:  Court is in session.  Please be seated.

15   Recalling Case Number 13-53846, City of Detroit, Michigan.

16         THE COURT:  The record should reflect that counsel

17   are present.  The matter is before the Court on a motion to

18   extend the stay that was filed by the city.  The city seeks

19   to extend the stay to claims against the 36th District Court.

20            In evaluating this motion, the Court takes into

21   account the traditional four factors that would otherwise be

22   applicable in the context of a request for a preliminary

23   injunction.  Those four factors are whether the moving party

24   is reasonably likely to succeed on the merits of its claim,

25   the extent to which the moving party would be harmed if the

1    requested stay is denied, the extent to which the party or
2    parties opposing the motion would be harmed if the stay is
3    granted, and then finally any public interest considerations
4    that are pertinent.  These are not discrete four factors that
5    the moving party -- excuse me -- must meet in order to be
6    granted the relief it seeks.  They are, rather, four factors
7    or considerations that the Court should take into account in
8    weighing and balancing them to determine whether its
9    discretion should be exercised in favor of granting the
10   motion.  The matter is committed to the sound discretion of
11   the Court.
12            Addressing first, therefore, the first
13   consideration, which is whether the moving party is
14   reasonably likely to succeed on its claim, in the context of
15   a motion to extend the stay, what this sort of standard
16   language refers to is whether the bankruptcy itself is
17   frivolous or not.  The point here is that if the bankruptcy
18   is frivolous, it would be inappropriate to stay creditors,
19   especially creditors who have claims not against the city but
20   third parties as here.  There's nothing before the Court from
21   which it could find that this bankruptcy is frivolous by any
22   means.  Obviously eligibility is hotly contested as perhaps a
23   plan of adjustment will be, but there's nothing to suggest
24   the bankruptcy is a frivolous endeavor.
25            On the issue of harm to the city if the requested

1   stay is denied, the record does reasonably clearly establish

2   that if the bank accounts of the 36th District Court are

3   garnished to pay judgments against that court, those funds

4   will not be available to be paid to the city, and at that

5   point the city will -- excuse me again -- the city will be

6   forced to make a choice as to what services to further

7   reduce, whether it would be the court itself or, if not the

8   court, some other services.  The record before this Court

9   already establishes that the city is not in a position to

10  provide its citizens with an adequate or minimal level of

11  city services, and so any kind of action such as might occur

12  if the stay is denied that would further reduce the city's

13  ability to provide these basic services to its citizens and

14  residents is substantial harm.

15          Addressing then the issue of harm to the parties

16  opposing the motion should the stay be granted, there's

17  nothing specific in the record from which the Court could

18  find any harm other than the harm that other injured parties

19  who have claims against the city are being asked to endure as

20  a result of the bankruptcy stay or, indeed, the harm that

21  really all creditors are being asked to endure as a result of

22  the stay.  By that, the Court does not mean to diminish that

23  harm.  It is likely substantial, especially in the context of

24  individuals whose claims are for back pay.

25          Finally, addressing the issue of the public

1  interest, the Court has previously observed that in the
2  context of a municipal bankruptcy, issues of considering the
3  public interest largely, if not completely, overlap with
4  considerations of the city's interest because the city is a
5  public body, and so in the context of this case, the public
6  interest would be for the city to maintain whatever resources
7  it can, including the funds from the 36th District Court, to
8  maintain whatever level of services it can, inadequate as
9  they are.

10        Therefore, on balance, the Court concludes that this
11 motion for stay should be granted.  Having said that, there
12 are several conditions on this which the order must reflect.
13 Ms. Lennox, I will ask you to prepare a revised order
14 granting your motion, have it approved as to form by Ms.
15 Clark, and then submit it to the Court.  So clearly at the
16 city's request here we are only talking about a stay of
17 actions that have arisen pre-petition.  This order does not
18 stay any action or effort by anyone to seek collection of an
19 arbitration award or a judgment against the State of Michigan
20 or any of its agencies.  This stay only stays attempts to
21 collect on judgments or arbitration awards against the 36th
22 District Court, not their liquidation, and it only applies to
23 collection of monetary claims.  It does not apply to stay the
24 enforcement of any injunctive relief or prospective wage
25 relief.  Anything further, counsel?

1        MS. LENNOX:  No, your Honor.

2        THE COURT:  Ms. Clark?  Oh, there's one other that I

3   meant to mention.  This stay does not apply to stay

4   enforcement of what is apparently the one claim against the

5   one judge or retired judge for which the city has no

6   indemnification obligation.  Now, anything further?

7        MS. CLARK:  No, your Honor.

8        THE COURT:  All right.  That's all then.

9        THE CLERK:  All rise.  Court is adjourned.

10      (Proceedings concluded at 11:29 a.m.)

INDEX

<u>WITNESSES:</u>

    None

<u>EXHIBITS:</u>

    None


        I certify that the foregoing is a correct transcript
from the sound recording of the proceedings in the above-
entitled matter.


/s/ Lois Garrett                        October 29, 2013
_____        _____
Lois Garrett