UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                              Chapter 9

CITY OF DETROIT, MICHIGAN            Case No. 13-53846

         Debtor.                              Hon. Steven W. Rhodes

---

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 29, 2013, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1.     "Corrected" Consolidated Response In Opposition To Debtor's Motion To Establish Bar Dates And Approving Manner Of Notice; and

2.     this Certificate of Service.

                                                       Respectfully submitted,

                                                       /s/ Tracy Reitzloff
                                                       Tracy Reitzloff
                                                       Lippitt O'Keefe, PLLC
                                                       Legal Assistant to Brian D. O'Keefe
                                                       370 E. Maple Rd., 3rd Floor
                                                       Birmingham, MI 48009
                                                       (248) 646-8292
                                                       treitzloff@lippittokeefe.com

DATED: October 29, 2013

{00201204}1