UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

        Debtor.
_____/

## Notice Regarding Trial Schedule

Notice is given that the trial regarding eligibility shall not be held on Wednesday, November 6, 2013. Trial shall be held on the following dates and times:

Monday, November 4, 2013 - 9:00 a.m. to 3:00 p.m.

Tuesday, November 5, 2013 - 9:00 a.m. to 3:00 p.m.

Thursday, November 7, 2013 - 9:00 a.m. to 5:00 p.m.

If the trial is concluded by Thursday, November 7, 2013, the hearing currently scheduled for Friday, November 8, 2013 at 10:00 a.m. regarding the motion for preliminary injunction filed in adversary proceeding No. 13-05244 *(Official Committee of Retirees of the City of Detroit, Michigan v. City of Detroit, Michigan, et al)* shall proceed as scheduled. If the trial is not concluded by November 7, 2013, the trial shall continue on Friday, November 8, 2013, at 9:00 a.m. and the hearing on the motion for preliminary injunction shall be adjourned to a new date to be determined by the Court.

                                    .

**Signed on October 30, 2013**

                                              **/s/ Steven Rhodes**
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**