Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **11/14/13** at **10:00 AM** to consider and act upon the following:

*1155* – Motion for Relief from Stay . Fee Amount $176, Filed by Creditor St. Martins Cooperative (Attachments: # 1 Proposed Order # 2 Notice of Opportunity to Respond # 3 Brief in Support # 4 Certificate of Service # 5 Memorandum dated March 21, 2008 # 6 Correspondence dated April 1, 2008 # 7 Memorandum dated April 4, 2008 # 8 Notice of Receipt of FOIA Request # 9 Letter dated May 19, 2008 # 10 Letter dated March 3, 2009 # 11 Letter dated March 3, 2009 # 12 Notice of Settlement of Class Action # 13 Letter dated January 7, 2009 # 14 Opinion and Order dated April 25, 2011) (Lee, Michael)

Dated: 10/30/13

                                                          BY THE COURT

                                                          Katherine B. Gullo
                                                          Clerk, U.S. Bankruptcy Court

                                                          BY: christine sikula
                                                          Deputy Clerk