# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

City of Detroit, Michigan

        Debtor
_____/

Chapter 9

Case Number 13-53846

Honorable: Steven W Rhodes

## NOTICE OF APPEARANCE

Please take notice that Orlans Associates, P.C. at P.O. Box 5041, Troy, MI 48007 has been retained as Attorney for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., in the entitled action. Copies of all further communications, pleadings, court notices and other papers should be served upon the undersigned as attorney of record.

Respectfully Submitted,

Date: October 30, 2013

/s/ ____ Elizabeth M. Abood-Carroll
Caleb J. Shureb, Esq. P63350
Craig B. Rule, Esq. P67005
Elizabeth M. Abood-Carroll, Esq. P46304
Heather D. McGivern, Esq. P59393
Heather M. Dickow, Esq. P64757
Orlans Associates, P.C.
Attorneys for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: eabood-carroll@orlans.com
File Number: 13-015665