**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re:

City of Detroit,                                Chapter 9
Michigan                                    Case No. 13-53846
                                         Honorable Steven W. Rhodes

       Debtor

_____/

## PROOF OF SERVICE

The undersigned states that on October 30, 2013 copies of **NOTICE OF APPEARANCE** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Daniel M. McDermott
U.S. Trustee
200 Public Square, Suite 20-3300
Cleveland, OH 44114

Sean M. Cowley
Attorney for
U.S. Trustee
211 W. Fort Street, Suite 700
Detroit, MI 48226
Sean.cowley.usdoj.gov

Bruce Bennett
555 S. Flower Street
50th Floor
Los Angeles, CA 90071
bbennett@jonesday.com

Eric D. Carlson
150 West Jefferson
Suite 2500
Detroit, MI 48226
carlson@millercanfield.com

Timothy A. Fusco
150 West Jefferson
Suite 2500
Detroit, MI 48226-4415
fusco@millercanfield.com

Jonathan S. Green
150 West Jefferson
Ste. 2500
Detroit, MI 48226
green@millercanfield.com

David Gilbert Heiman
901 Lakeside Avenue
Cleveland, OH 44114
dgheiman@jonesday.com

Robert S. Hertzberg
4000 Town Center
Suite 1800
Southfield, MI 48075-1505
hertzbergr@pepperlaw.com

Deborah Kovsky-Apap
400 Town Center
Suite 1800
Southfield, MI 48075
kovskyd@pepperlaw.com

Kay Standridge Kress
400 Town Center
Southfield, MI 48075-1505
kressk@pepperlaw.com

Stephen S. LaPlante
150 W. Jefferson Ave.
Suite 2500
Detroit, MI 48226
laplante@millercanfield.com

Heather Lennox
222 East 41st Street
New York, NY 10017
hlennox@jonesday.com

Marc N. Swanson
150 W. Jefferson
Suite 2500
Detroit, MI 48226
swansonm@millercanfield.com

Date: October 30, 2013

/s/ Shannin Hatten
Shannin Hatten
Bankruptcy Specialist
Orlans Associates, P.C.
Attorneys for Federal National Mortgage
Association ("Fannie Mae"), creditor c/o
Seterus, Inc.
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: eabood-carroll@orlans.com
File Number: 13-015665