INDEX OF EXHIBITS

1. *General Motors Acceptance Corp. v Citizens Commercial Bank*

2. *Bolhuis v Public Schools Retirement System*