UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                               Chapter 9
                                                     Case No. 13-53846

City of Detroit, Michigan,

       Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 30, 2013, he caused to be electronically filed with the Clerk of the Court Party in Interest David Sole's SUPPLEMENTAL BRIEF IN SUPPORT OF OBJECTION BY INTERESTED PARTY DAVID SOLE TO THE CITY OF DETROIT'S ELIGIBILITY TO OBTAIN RELIEF UNDER CHAPTER 9 OF THE BANKRUPTCY CODE [Docket 1458], and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                                   JEROME D. GOLDBERG, PLLC

                                                   By:   */s/ Jerome D. Goldberg*
                                                   Jerome D. Goldberg (P61678)
                                                   Attorney for David Sole, Party in Interest
                                                   2921 East Jefferson, Suite 205
                                                   Detroit, MI 48207
                                                   Phone: 313-393-6001
                                                   Fax: 313-393-6007
                                                   Email: apclawyer@sbcglobal.net

DATED: October 30, 2013