IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2013, I caused the *Response of Assured Guaranty Municipal Corp. to the Motion of Debtor, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 2003(C), for Entry of an Order Establishing Bar Date for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

| | |
|---|---|
| Dated: October 30, 2013<br>New York, New York | **CHADBOURNE & PARKE LLP**<br><br>By: /s/ Lawrence A. Larose<br>Lawrence A. Larose<br>Samuel S. Kohn<br>Marc B. Roitman<br>30 Rockefeller Plaza<br>New York, NY 10012<br>Telephone: (212) 408-5100<br>llarose@chadbourne.com<br>skohn@chadbourne.com<br>mroitman@chadbourne.com<br><br>*Counsel for Assured Guaranty Municipal Corp.* |