UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re: ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-53846 |
| Debtor. ) | |
| ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2013, I caused **NATIONAL PUBLIC FINANCE GUARATEE CORPORATION'S JOINDER TO THE RESPONSE OF ASSURED GUARANTY MUNICIPAL CORP. TO THE MOTION OF DEBTOR, PURSUANT TO SECTIONS 105, 501 AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 2003(c), FOR ENTRY OF AN ORDER ESTABLISHING BAR DATE FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF** (Docket No. 1461) to be electronically filed with the

Clerk of the Court using the ECF system, which sent notification of such filing upon all ECF Participants.

Respectfully submitted,

JAFFE, RAITT, HEUER & WEISS, P.C.

By: /s/ Eric D. Novetsky
Eric D. Novetsky (P71953)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
enovetsky@jaffelaw.com
Tel:   (248) 351-3000
Fax:   (248) 351-3082 (Fax)

Dated:  October 30, 2013

2623504.1