# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Stephen W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2013, I electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, a ***Supplemental Brief of the Retiree Association Parties on Eligibility***, using the Court's CM/ECF System, which will sent notification of such filing to all attorneys and parties of record registered electronically.

                                                              */s/ Marlene Kowalewski*
                                                              Marlene Kowalewski, Legal Assistant
                                                              Silverman & Morris, P.L.L.C.
                                                              30500 Northwestern Hwy., Suite 200
                                                              Farmington Hills, Michigan 48334
                                                              marlene@silvermanmorris.com
                                                              (248) 539-1330   Fax: (248) 539-1355

Dated: October 30, 2013