UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN                           In Proceedings Under
                                                    Chapter 9
        Debtor.
                                                    Hon. Steven W. Rhodes
_____/

**JOINDER OF AMBAC ASSURANCE CORPORATION IN RESPONSE OF ASSURED GUARANTY MUNICIPAL CORP. TO THE MOTION OF DEBTOR, PURSUANT TO SECTIONS 105, 501 AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), FOR ENTRY OF AN ORDER ESTABLISHING BAR DATE FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

Ambac Assurance Corporation ("Ambac"), a creditor and party in interest in the above-captioned case,[1] hereby joins in the Response of Assured Guaranty Municipal Corp. to the Motion of Debtor, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 And 3003(C), for Entry of an Order Establishing Bar Date for Filing Proofs of Claim and Approving Form and

---

[1] Ambac is a creditor and party in interest as it is the bond insurer of certain of the City's general obligation bonds. Specifically, Ambac insures approximately $170,000,000 of the City's general obligation bonds. As bond insurer, Ambac is obligated to pay to bondholders the full principal and interest when due as required by its bond insurance policy to the extent the City does not satisfy its obligations under the insured bonds. Under relevant provisions of the applicable bond documents, insurance policies, and applicable law, to the extent Ambac makes payments under its policies, it is subrogated to the rights of bondholders and effectively steps into the shoes of such bondholders.

{00476979.1}                                1

Manner of Notice Thereof (the "Response"). In support of this joinder, Ambac adopts and incorporates the arguments in the Response in their entirety as if fully set forth in this joinder.

WHEREFORE, for the reasons set forth in the Response, Ambac respectfully requests that the Court (i) grant the relief requested in the Response, and (ii) grant such other and further relief as may be just and proper.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: October 30, 2013

By: /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
1675 Broadway
New York, NY 10019
(212) 484-3900

**SCHAFER AND WEINER, PLLC**
DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

Counsel for Ambac Assurance Corporation