UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
:
In re:                                  :  Chapter 9
:
CITY OF DETROIT, MICHIGAN,               :  Case No.: 13-53846
:
                            Debtor.      :  Hon. Steven W. Rhodes
:
------------------------------------------------------- x

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 30th day of October 2013, I caused the *Supplemental Brief of International Union, UAW in Support of Their Amended Objection to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:      New York, New York
            October 30, 2013


                              Cohen, Weiss and Simon LLP

                        By:  /s/ Babette A. Ceccotti
                              330 West 42nd Street
                              New York, New York 10036-6976
                              T: 212-563-4100
                              bceccotti@cwsny.com

                              *Attorneys for International Union, UAW*