Arthur L. Campbell, #185620
R.A. Handlon Correctional Facility
1728 W. Bluewater HWY
P.O. Box 492
Ionia, MI 48846

October 27, 2013

Office of the Clerk of Court
U.S. Bankruptcy Court
211 W. Fort St., Ste. 2100
Detroit, MI 48226

RE: In re City of Detroit, Case No. 13-53846

Concerning: Campbell v. City of Detroit, Civil Action No. 03-CV-70786, United States District Court Eastern District of Michigan

Dear Clerk of the Court:

This is to inform you of my change of address. Please forward all correspondence and court orders to the above address until further notice.

Sincerely,

*[signature]*

Arthur L. Campbell

*FILED 2013 OCT 31 A 10: 21 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT*