**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

----------------------------------------------------------------------x

In re                              :   Chapter 9
                                  :

CITY OF DETROIT, MICHIGAN,      :   Case No. 13-53846
                                  :

                Debtor.      :   Hon. Stephen W. Rhodes
                                  ::

----------------------------------------------------------------------x

## NOTICE OF APPLICATION PURSUANT TO SECTIONS 901, 1102 AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF LAZARD FRERES & CO. LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF RETIREES EFFECTIVE AS OF SEPTEMBER 3, 2013

      **PLEASE TAKE NOTICE**, that the Official Committee of Retirees (the "Committee") of the City of Detroit (the "Debtor" or "City") in the above-captioned Chapter 9 case (the "Case") filed an Application Pursuant To Sections 901, 1102 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 For Entry of an Order Authorizing the Retention and Employment of Lazard Frères & Co. LLC as Financial Advisor to the Official Committee of Retirees Effective as of September 3, 2013 (the "Application").

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to enter an order granting the Application or if you want the Court to consider your views on the Application, **within 14 days**, you or your attorney must:

      1.     File with the Court a written objection, together with a proof of service, explaining your position at:

United States Bankruptcy Court
211 W. Fort Street
Detroit, Michigan 48226-3211

      If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2.    Mail a copy of your objection to the Committee, Dentons US LLP, 1301 K Street, N.W., East Tower, Suite 600 , Washington, D.C. 20005, Attention:  Sam J. Alberts , Esq. and separately to Brooks Wilkins Sharkey & Turco, 401 South Old Woodward Street, Suite 400, Birmingham, Michigan 48009, Attention Paula A. Hall, Esq.; (ii) the Office of the United States Trustee for the Eastern District of Michigan, 211 W. Fort Street, Suite 700, Detroit, Michigan 48226, , Attention: Kelley Callard, Trial Attorney; (iii) counsel to the Debtor, Jones Day, 222 East 41st Street, New York, NY 10017: Attention Heather Lennox and (iv) the Court appointed fee examiner, Robert M. Fishman, c/o Shaw Fishman Glantz & Towbin LLC, 321 N. Clark Street, Suite 800, Chicago, Illinois 60654.

If an objection is timely filed and served, the clerk will schedule a hearing on the Application and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.**

Dated:  October 31, 2013                    Respectfully submitted,

By: /s/ Matthew E. Wilkins
Matthew E. Wilkins  (P56697)
Paula A. Hall (P61101)
Brooks Wilkins Sharkey & Turco PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
(248) 971-1711; Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Counsel for the Official Committee of Retirees*

2