UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re                                : Chapter 9
                                     :
CITY OF DETROIT, MICHIGAN,           : Case No. 13-53846
                                     :
                          Debtor.    : Hon. Stephen W. Rhodes
                                     :
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Matthew E. Wilkins, hereby certify that the *Application Pursuant To Sections 901, 1102 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 For Entry of an Order Authorizing the Retention and Employment of Lazard Frères & Co. LLC as Financial Advisor to the Official Committee of Retirees Effective as of September 3, 2013* and *Notice of Motion* was filed and served via the Court's electronic case filing and noticing system on October 31, 2013.

By:  /s/ Matthew E. Wilkins
Matthew E. Wilkins (P56697)
Brooks Wilkins Sharkey & Turco PLLC
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 971-1800; (248) 971-1801 - Facsimile
wilkins@bwst-law.com