UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                      Chapter 9

City of Detroit, Michigan,               Case No. 13-53846

           Debtor.
_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 30, 2013, the Supplemental Brief of the Detroit Public Safety Unions on Eligibility Pursuant to Order Regarding Further Briefing on Eligibility [Docket No. 1217] was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                               */s/ Barbara A. Patek*
                                               BARBARA A. PATEK (P34666)
                                               Erman, Teicher, Miller,
                                               Zucker & Freedman, P.C.
                                               400 Galleria Officentre, Ste. 444
                                               Southfield, MI 48034
                                               Telephone: 248-827-4100
                                               Facsimile: 248-827-4106
                                               Email: bpatek@ermanteicher.com

Dated: October 31, 2013

F:\CHAP9\DETROIT\cert of service - supp brief.docx