UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 9 |
| | : | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | : | |
| | : | Hon. Steven W. Rhodes |
| Debtor. | : | |
| | : | |

------------------------------------------------------x

**ORDER APPROVING RETENTION OF BROOKS WILKINS SHARKEY & TURCO AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES**

Upon the Application of the Official Committee of Retirees (the "Retirees Committee") for an Order Approving the Retention of Brooks Wilkins Sharkey & Turco, PLLC ("BWST" or the "Firm") as Local Counsel, effective September 3, 2013, Pursuant to 11 U.S.C. Sections 901(a), 1102(a)(1) and 1103; and upon consideration of the supporting Declaration of Matthew E. Wilkins, a member of the Firm (the "Declaration"); and the Court being satisfied that the Firm neither represents nor holds any interest adverse to the Retirees Committee, nor represents any other entity having an adverse interest in connection with this case; due and proper notice of the Application having been provided;

ORDERED that the Application is granted as set forth herein; and it is further,

ORDERED that the retention of BWST as local counsel for the Retirees Committee is hereby approved pursuant to 11 U.S.C. §§ 901(a), 1102(a)(1) and 1103(a) of the Bankruptcy Code, effective as of September 3, 2013; and it is further,

ORDERED that consistent with the agreement of the Debtor, BWST will be compensated by the Debtor solely in accordance with the Firm's Engagement Agreement with the Retiree

Committee and subject to the terms of the Fee Review Order entered herein (dated September 11, 2013 [Dkt No. 810]), and such other procedures as may be agreed upon by the Debtor.