# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## AFFIRMATION OF SERVICE

I, Lynn M. Brimer, hereby affirm that the following is correct under the penalty of perjury pursuant to 28 U.S.C. § 1746.

I am over the age of 18 and not a party to the above-captioned proceeding. On October 22, 2013, I served a Trial Subpoena upon Howard Ryan, via e-mail to Margaret A. Nelson, his counsel, with a check for his witness fee and mileage to be provided at court on November 4, 2013, the date of trial.

Dated: October 31, 2013

**STROBL & SHARP, PC**

/s/ Lynn M. Brimer
Lynn M. Brimer (P43291)
300 East Long Lake Road, Ste. 200
Bloomfield Hills, Michigan 48034-2376
Phone No.: (248) 540-2300
lbrimer@stroblpc.com

*S&B\85244\001\PLDG\SB432313.DOC

B256 (Form 256 – Subpoena in a Case under the Bankruptcy Code) (12/07)

# UNITED STATES BANKRUPTCY COURT

| EASTERN | District of | MICHIGAN |
|---|---|---|

In re City of Detroit,
Debtor

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No. * 13-53846-swr

To: Howard Ryan
Department of Legislative Affairs
Michigan Dept. of Treasury

Chapter 9

☒ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 231 West Lafayette Blvd., Detroit, MI 48226 | 1825 |
| | DATE AND TIME October 23, 2013 9:00 a.m., or first day of trial |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| [signature] Lynn M. Brimer, Attorney | October 22, 2013 |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Lynn M. Brimer, Esq., Strobl & Sharp, P.C., 300 E. Long Lake Road, Suite 200, Bloomfield Hills, MI 48304

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.