UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

        Debtor.  Hon. Steven W. Rhodes
_____/  Hon. Gerald E. Rosen

## ORDER TO APPEAR PRIOR TO NOVEMBER 6, 2013 MEDIATION SESSION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     October 31, 2013

PRESENT: Honorable Gerald E. Rosen
United States District Chief Judge

In preparation for the mediation session on November 6, 2013 scheduled to begin at 10:00 am.,

**IT IS HEREBY ORDERED** that the attorneys for the Retirement Committee and for the City of Detroit, only, appear prior to the mediation session for settlement discussions at **8:30 am on November 5, 2013** before the Honorable Gerald E. Rosen, Chief Judge of the United States District Court for the Eastern District of Michigan, in his Chambers, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd. Detroit, Michigan 48226.

                                  s/Gerald Rosen
                                  Chief Judge, United States District Court

Dated: October 31, 2013