**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

In re:                                                    **Chapter 9**

**City of Detroit, Michigan,**                            **Case No. 13-53846**

                              **Debtor.**                 **Hon. Steven W. Rhodes**
_____/                                **Hon. Gerald E. Rosen**

### AMENDED ORDER TO APPEAR PRIOR TO NOVEMBER 6, 2013
### MEDIATION SESSION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____November 1, 2013_____

PRESENT:   Honorable Gerald E. Rosen
                   United States District Chief Judge

In preparation for the mediation session on November 6, 2013 scheduled to begin at

10:00 am.,

**IT IS HEREBY ORDERED** that the attorneys for the Retirement Committee and

for the City of Detroit, only, appear prior to the mediation session for settlement discussions

at **8:30 am on November 6, 2013** before the Honorable Gerald E. Rosen, Chief Judge of the

United States District Court for the Eastern District of Michigan, in his Chambers, Room

730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd. Detroit, Michigan 48226.

s/Gerald Rosen_____
Chief Judge, United States District Court

Dated:  November 1, 2013