211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **11/14/13** at **10:00 AM** to consider and act upon the following:

*1155* − Motion for Relief from Stay . Fee Amount $176, Filed by Creditor St. Martins Cooperative (Attachments: # 1 Proposed Order # 2 Notice of Opportunity to Respond # 3 Brief in Support # 4 Certificate of Service # 5 Memorandum dated March 21, 2008 # 6 Correspondence dated April 1, 2008 # 7 Memorandum dated April 4, 2008 # 8 Notice of Receipt of FOIA Request # 9 Letter dated May 19, 2008 # 10 Letter dated March 3, 2009 # 11 Letter dated March 3, 2009 # 12 Notice of Settlement of Class Action # 13 Letter dated January 7, 2009 # 14 Opinion and Order dated April 25, 2011) (Lee, Michael)

Dated: 10/30/13

                                                   BY THE COURT

                                                   Katherine B. Gullo
                                                   Clerk, U.S. Bankruptcy Court

                                                   BY: christine sikula
                                                   Deputy Clerk

```
                          United States Bankruptcy Court
                           Eastern District of Michigan
In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: csiku              Page 1 of 8              Date Rcvd: Oct 30, 2013
                              Form ID: ntchrgBK        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2013.
dbpos        +City of Detroit, Michigan,    2 Woodward Avenue,    Suite 1126,    Detroit, MI 48226-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2013 at the address(es) listed below:
              A. Stephen Ramadan     on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,   achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,   aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,   ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,   wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               bborder@sspclegal.com,   joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
               joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
 joumedian@sspclegal.com
Brian D. O'Keefe    on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
 bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association bokeefe@lippittokeefe.com,   TReitzloff@lippittokeefe.com
Brian R. Trumbauer    on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
 Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
 bbennett@jonesday.com
Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
 carol.cohen@arentfox.com
Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
 carole.neville@dentons.com
Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
 caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com,
 charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc.
 BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
 claude.montgomery@dentons.com,docketny@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
 czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
 czucker@ermanteicher.com
Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
 dweiner@schaferandweiner.com
David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
 deisenberg@ermanteicher.com
David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
 nwinagar@plunkettcooney.com
David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc.
 dmollicone@dmms.com
David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
 dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
 david.dubrow@arentfox.com
David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
 nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
 nepc.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
 General dcopley@dickinsonwright.com,   dnavin@dickinsonwright.com
Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
 kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Deborah L. Fish    on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
               dfish@allardfishpc.com,    allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
              Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
              Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
              Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
               dbeckwith@fosterswift.com
              Donald G. McGuigan, II    on behalf of Interested Party   Mario's Restaurant, Inc.
               don@mcguiganlaw.com
              Douglas  Steele    on behalf of Interested Party   International Association of Fire Fighters,
               AFL-CIO, CLC dls@wmlaborlaw.com
              Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
               dbernstein@plunkettcooney.com,    dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com,    ecf@gudemanlaw.com
              Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com,    ecf@gudemanlaw.com
              Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
               litdocket@honigman.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com,    lhaas@sbplclaw.com
              Eric  Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
               amendiola@morganmeyers.com
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips conlitpc@sbcglobal.net
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens conlitpc@sbcglobal.net
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
               ecf@zaplc.com
              Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,    tc@osbig.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
- Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
- Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
- Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
- John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
- John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
- John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
- John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com
- Jonathan B. Frank   on behalf of Creditor   Get Back Up, Inc. frank@jackiergould.com
- Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
- Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
- Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
- Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
- Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
- Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
- Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
- Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
- Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association jteicher@ermanteicher.com
- Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
- Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association jteicher@ermanteicher.com
- Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
- Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
- Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
- Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com
- Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
- Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
- Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
- Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
- Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
- Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
- Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@chadbourne.com
- Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
- Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
- Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
Mark E. Bredow on behalf of Interested Party Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael A. Greiner on behalf of Interested Party Clifford Properties, Inc. mike@financiallawgroup.com, desiree@financiallawgroup.com;nicole@financiallawgroup.com
Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael K. Lee on behalf of Creditor St. Martins Cooperative mlee@leeandcorrell.com
Michael R. Bell on behalf of Interested Party Bill Schuette BellMl@michigan.gov
Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
        Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com
        Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company pwhunt@kerr-russell.com
        Patrick Warren Hunt   on behalf of Interested Party   Wade Trim Associates, Inc. pwhunt@kerr-russell.com
        Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
        Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
        Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
        Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com
        Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
        Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
        Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
        Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
        Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
        Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
        Robert M. Fishman   rfishman@shawfishman.com
        Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Ronald L. Rose   on behalf of Interested Party Angie Wong rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Laura Malher rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Wanda Leverette rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Jason Leverette-Saunders rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Ian Mobley rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Kimberly Mobley rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Stephanie Hollander rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Nathaniel Price rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party James Washington rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Jerome Pierce rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Darlene Hellenberg rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Paul Kaiser rrose@dykema.com
        Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com
        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com
        Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com
        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
        Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com
        Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees sam.alberts@dentons.com
        Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
        Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

        Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

        Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

        Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

        Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com

        Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com

        Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

        Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd. stephen.hackney@kirkland.com

        Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc. stephen.hackney@kirkland.com

        Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc. stephen.hackney@kirkland.com

        Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

        Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov

        Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com

        Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

        Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

        Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com

        Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com

        Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

        Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

        Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

        Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc.
         clark@steinbergshapiro.com,    atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
         clark@steinbergshapiro.com,    atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association
         clark@steinbergshapiro.com,    atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
         vgflawyer@sbcglobal.net,    dfjohnson@cfaith.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary    Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Michael    Wells billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary    Whitson billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Bruce    Goldman billwertheimer@gmail.com
        William C. Blasses    on behalf of Interested Party Gary    Segatti wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
         wcb@osbig.com
        William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
        Yuliy  Osipov    on behalf of Interested Party Gary    Segatti yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
         yotc_ecf@yahoo.com,    yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                               TOTAL: 299