**To Be Made Public Notice:**
UNITED STATES BANKRUPCTY COURT, Hon. Steven W. Rhodes, et-al
EASTERN DISTRICT OF MICHIGAN
CASE 13-53846 – CITY OF DETROIT
19 SEPTEMBER A.D. 2013
MATTER: [#9999] NOTICE OF EIGIBILITY OBJECTION
Paramount Security Interest Holder rickie-allen: holt
NOTICE BY CREDITOR Rickie-Allen: of the Family Holt, for the Indigenous Aboriginal people on the land called Michigan the Republic

We the Indigenous Aboriginal **people** on the land called Michigan **do not consent** to the bankruptcy for THE CITY OF DETROIT or The City of Detroit for cause:

1. Those holding Federal or State public office, and/or county or municipal office, under the Legislative, Executive or Judicial branch, including Court Officials, Judges, Prosecutors, Law Enforcement Department employees, Officers of the Court, etc, before entering into these public offices are required by the U.S. Constitution and statutory law to comply with Title 5 USC, Sec. §3331, "Oath of Office" State Officials are also required to meet this same obligation, according to State Constitution and State statutory law.

2. All courts have been operating under *Trading with the enemy Act* as Codified in title 50 USC, Title 28 USC Chapter 176 Federal Debt Collection Procedure, and FED.R.CIV.P. 4(j) under Title 28 USC §1608, making the courts "FOREIGN STATES" to the People by Congressional Mandate.

3. All oath of Office come under 22 CFR, Foreign Relations. Section §92.12 - §92.30 and all who hold public office come under Title 8 USC, Section §1481 "Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof, presumptions"

4. The Oath of Office requires the public official in his / her foreign state capacity to uphold the constitutional form of government or face consequences. Title 10 USC, Sec. §333. "Interference with State and Federal law".

5. All Public officials involved, Governmental agents involved, and Agents involved by default has a financial, political and historical motive to force the bankruptcy of THE CITY OF DETROIT, and The City of Detroit to proceed for the purpose to defraud or scheme the **Indigenous Aboriginal people** on the land called Michigan located near or around a place called The City of Detroit or THE CITY OF DETROIT. Title 18 Section §1346 for the purposes of this chapter/document the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest service.

6. The general post office styled as the UNITED STATES is a free republic operating under the concepts and intent of the Articles Of Confederation, establishing a perpetual Union between the several free and independent states, to wit: The Style of this Confederacy shall be "The United States of America". The attachment of gold fringe on the flag constitutes a mutilation of the flag and represents "color of law" jurisdiction and suspends the people's rights. The military shall not try civilians as it constitutes an act of War against the **people**. The Civilian flag of the united States of America, with no fringe, takes precedence over all other flags; it is the superior flag and establishes the civil jurisdiction of the united State of America, and the laws made in pursuance thereof.

7. Under the laws of Commerce, Truth is Sovereign and the foundation of the Uniform Commercial Code is Commercial Law. The foundation of Commercial Law is based upon certain universal, eternally just, Valid, moral precepts and truths. The Governmental Agents and entities involved in The City of Detroit and THE CITY OF DETROIT's bankruptcy did not have clean hands, use good faith, use fair business practices, provide full disclosure, use grace and mercy toward the inhabitants or people, provide equal protection of the law, or just compensation for We the people and inhabitants affected by The City of Detroit, and or THE CITY OF DETROIT's bankruptcy.

It is the duty of the Court to declare the meaning of what is written, and not what was intended to be written. J.W. Seavey Hop Corp. v. Pollock, 20 Wn.2d 337,348-49, 147 P.2d 310 (1944), cited with approval in Berg v. Hudesman, 115 Wn2d at 669

***Relief ordered by/for the Indigenous Aboriginal people on the land called Michigan near a place called Detroit, The City of Detroit, and THE CITY OF DETROIT.***

a. It is order that this UNITED STATES BANKRUPTCY COURT set-off and discharging all debts concerning The City of Detroit, and THE CITY OF DETROIT.



b. It is order that this UNITED STATES BANKRUPTCY COURT enter discrete orders: for the purpose of discharging and set-off debt that, Emergency Manager Kevyn D. Orr agent, Governor of the State of Michigan Richard Dale "Rick" Snyder, the Treasurer of the State of Michigan and the local emergency Financial Assistance Loan Board of the State of Michigan, together with each entity's staff, agents and representatives, (ii) employees of the City that neither City officers nor inhabitants of the City and (iii) agents and representatives of the Governor and the Emergency Manager uses Creditor/ABA Rickie Allen Holt's unlimited liability to and for purpose to set-off and discharge all debts concerning The City of Detroit and THE CITY OF DETROIT.

c. It is order that this UNITED STATES BANKRUPTCY COURT enter discrete orders: for the purpose of discharging and set-off debt that, Emergency Manager Kevyn D. Orr agent, Governor of the State of Michigan Richard Dale "Rick" Snyder, the Treasurer of the State of Michigan and the local emergency Financial Assistance Loan Board of the State of Michigan, together with each entity's staff, agents and representatives, (ii) employees of the City that neither City officers nor inhabitants of the City and (iii) agents and representatives of the Governor and the Emergency Manager uses Creditor/ABA Rickie Allen Holt's CUSIP Financial Instrument Request SysTem for purpose to set-off and discharge all debts concerning The City of Detroit and THE CITY OF DETROIT.

d. It is order that this UNITED STATES BANKRUPTCY COURT enter discrete orders: for the purpose of discharging and set-off debt that, Emergency Manager Kevyn D. Orr agent, Governor of the State of Michigan Richard Dale "Rick" Snyder, the Treasurer of the State of Michigan and the local emergency Financial Assistance Loan Board of the State of Michigan, together with each entity's staff, agents and representatives, (ii) employees of the City that neither City officers nor inhabitants of the City and (iii) agents and representatives of the Governor and the Emergency Manager develops systems and services and or documentation for Creditor/ABA Rickie Allen Holt's unlimited liability to and for purpose to set-off and discharge all debts concerning The City of Detroit and THE CITY OF DETROIT.

Respectfully Submitted,

*Rickie-Allen: of the Family Holt*
*all Rights Reserved*

Paramount Security Interest Holder
Rickie-Allen; of the Family Holt, *All Rights Reserved 1954*

U.S. Department of the Treasury Registration Number Available upon Request
RAH
1954

September 19, 2013

Certificate of Mailing

[I] hereby certify that [I] have this day October 30, 2013 served the foregoing document upon the parities of record in this proceeding set forth below by registered mail returned receipt requested.

Rickie A. Holt
Authorized Agent
%1600 Clay St. Ste 314
Detroit Michigan [48211-9999]

The year of our God, 2013 day of Wednesday 30th month October

*Rickie A. Holt agent* /

Quebe-Allen: of
the family blob
Great Seal