United States District Court
Eastern District of Michigan
(Detroit Division)



Case No. _____

In re City of Detroit Bankruptcy Proceeding
_____/

                Ex Parte Petition/Motion Seeking Leave
                Of Court to Resolve the City of Detroit's
                Financial Debts and Bankruptcy Filing

    Comes now Petitioner/Movant (hereinafter "Movant"), John Ballester, pro se, and respectfully requests leave, pursuant to the appropriate rule and/or statute, to independently assist the City of Detroit avoid bankruptcy and establish a long term payment plan with its creditors, and in support of the forgoing states:

    1.) Movant hereby adopts and incorporates by reference the facts and submissions filed in the City of Detroit's ("City") bankruptcy filing to the instant matter.

    2.) Movant submits that given the opportunity and a reasonable period of time, the authority, and the necessary resources he could fashion a framework for compensating the City's creditors without liquidating its assets or endangering its citizens or businesses.

    3.) Movant asserts that this Court, in its plenary discretion in this matter, could issue an order granting Movant leave to assist the City in its resolution of debt and establishing him pro tempore Mayor of the City for this purpose.

Wherefore, Movant prays this Honorable Court, in the interest of Justice and equity, grants the foregoing and fashions an order establishing Movant as pro tempore Mayor of the City of Detroit for the sole purpose of discharging the City's debts and establing a surplus.

Dated this 22nd day of October, 2013.

Respespectfully Submitted,

*John Ballester*
John Ballester
Reg.# 35246-004
USP Beaumont
P.O. Box 26030
Beaumont, TX. 77720-6030