UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
 Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

## STIPULATION BY AND BETWEEN JEROME MOORE AND THE CITY OF DETROIT REGARDING MOTION FOR ORDER FOR RELIEF FROM AUTOMATIC STAY

This stipulation regarding the Motion for Order for Relief from Automatic Stay filed by Jerome Moore [Docket 1307] is entered into this 1st day of November, 2013, by and between Jerome Moore and the City of Detroit.

1. On October 22, 2013, Interested Party Jerome Moore filed his Motion for Relief from the Automatic Stay. [Docket 1307]

2. Interested Party Jerome Moore and the City of Detroit have reached an agreement that will modify the Automatic Stay for the limited purpose of allowing the City of Detroit to participate in Oral Argument in Mr. Moore's appeal, Michigan Court of Appeals No. 310920 scheduled to be heard on November 13, 2013 and to allow for the Court of Appeals to render its decision on the Appeal.

3. The Parties hereby agree and stipulate that if the Appeal is granted and the case is remanded for further proceedings to Wayne County Circuit Court, any further adjudication relative to the City of Detroit shall be subject to the automatic stay and to the jurisdiction of the bankruptcy court.

4. Interested Party Jerome and the City of Detroit request that the Court enter the proposed Order attached hereto approving this stipulation.

Dated: November 1, 2013

STIPULATED:

| | |
|---|---|
| */s/ Jerome D. Goldberg* | */s/ Eric D. Carlson* |
| Jerome D. Goldberg (P61678) | Eric D. Carlson (P60277) |
| Jerome D. Goldberg, PLLC | Miller Canfield, Paddock & Stone, PLC |
| Attorneys for Jerome Moore | Attorneys for City of Detroit |
| 2921 E. Jefferson, Suite 205 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48207 | Detroit, MI 48226 |
| 313-393-6001 | 313-963-6420 |
| apclawyer@sbcglobal.net | carlson@millercanfield.com |