PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                          Chapter 9
                                                Case No. 13-53846
City of Detroit, Michigan,

    Debtor.
_____/

## STIPULATED ORDER GRANTING LIMITED
## RELIEF FROM THE AUTOMATIC STAY

This matter having come before this Court by Stipulation with respect to the Motion of Jerome Moore for an Order Granting Relief from the Automatic Stay [Docket 1307}, the parties having reached an agreement to address the issues raised in the Motion as provided for herein, and the Court being otherwise advised on the premises:

IT IS ORDERED:

1. The Automatic Stay is lifted for the limited purpose of allowing the City of Detroit to participate in Oral Argument in Jerome Moore's appeal, Michigan Court of Appeals No. 310920 scheduled to be heard on November 13, 2013 and to allow for the Court of Appeals to render its decision on the Appeal.

2. If the Appeal is granted and the case is remanded for further proceedings to Wayne County Circuit Court, any further adjudication relative to the City of Detroit shall be subject to the automatic stay and to the jurisdiction of the bankruptcy court.