UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:      Chapter 9
     Case No. 13-53846

City of Detroit, Michigan,

     Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 4, 2013, 2013, he caused to be electronically submitted to Judge Steven Rhodes a STIPULATION BY AND BETWEEN JEROME MOORE AND THE CITY OF DETROIT REGARDING MOTION FOR ORDER FOR RELIEF FROM AUTOMATIC STAY with attached PROPOSED ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC. [Docket 1507]   A copy of the Stipulation has been served upon counsel for all ECF participants by email to their respective email addresses as disclosed in the pleadings herein

JEROME D. GOLDBERG, PLLC

By:    */s/ Jerome D. Goldberg*
Jerome D. Goldberg (P61678)
Attorney for Jerome Moore, Plaintiff-
Appellant in the Michigan Court of Appeals
2921 East Jefferson, Suite 205
Detroit, MI 48207
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

DATED:  November 4, 2013