UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

    Debtor.
_____/

Order Denying Ex Parte Motion Seeking Leave of Court
To Resolve the City of Detroit Financial Debts and Bankruptcy Filing

On October 31, 2013, John Ballester filed an "Ex Parte Petition/Motion Seeking Leave of Court to Resolve the City of Detroit Financial Debts and Bankruptcy Filing." (Dkt. #1506) The Court finds that the motion is frivolous. Accordingly, the motion is denied.

.

**Signed on November 04, 2013**

                                                                                    /s/ Steven Rhodes
                                                                   **Steven Rhodes**
                                                                   **United States Bankruptcy Judge**