UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:  Chapter 9
 13-53846-swr
City of Detroit, Michigan  Judge Rhodes

Debtor(s)
_____/

## STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO FLAGSTAR BANK, FSB

The City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Flagstar Bank, FSB ("Creditor"), by and through its counsel, Schneiderman & Sherman, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit A**.

Approved for entry:

DATED: November 4, 2013

| | |
|---|---|
| ___/s/ Brett A. Border_____ | /s/Eric D. Carlson____ |
| Brett A. Border (P65534) | Eric D. Carlson (P60277) |
| Schneiderman & Sherman, P.C. | Stephen S. LaPlante (P48063) |
| Attorney for Creditor | MILLER, CANFIELD, PADDOCK & |
| 23938 Research Drive #300 | STONE, P.L.C. |
| Farmington Hills, MI 48335 | 150 West Jefferson |
| (248) 539-7400 | Suite 2500 |
| bborder@sspclegal.com | Detroit, Michigan 48226 |
| | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | carlson@millercanfield.com |
| | laplante@millercanfield.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 9 |
| | 13-53846-swr |
| City of Detroit, Michigan | Judge Rhodes |
| Debtor(s) | |
| _____/ | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO FLAGSTAR BANK, FSB

This matter having come before this Court on the Motion for Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Flagstar Bank, FSB ("Creditor"), by and through its counsel, Schneiderman & Sherman, P.C., having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow Creditor, its successors or assigns, to foreclose on the property known as 15709 PIERSON STREET, DETROIT, MI 48223, legal description LOT 56, REDFORD MANOR SUBDIVISION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN LIBER 38, PAGE 11 OF PLATS, WAYNE COUNTY RECORDS; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by Creditor on the Debtor and all others with an interest in the subject property. This

order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.