In The Matter of:

Chapter 9

City of Detroit, Michigan

13-53846-swr
Judge Steven Rhodes

Debtor(s)

_____/

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO FLAGSTAR BANK, FSB**

This matter having come before this Court on the Motion for Relief from the

Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its

counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Flagstar Bank, FSB

("Creditor"), by and through its counsel, Schneiderman & Sherman, P.C., having

stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow

Creditor, its successors or assigns, to foreclose on the property known as 15709

PIERSON STREET, DETROIT, MI 48223, legal description LOT 56, REDFORD

MANOR SUBDIVISION, ACCORDING TO THE PLAT THEREOF AS

RECORDED IN LIBER 38, PAGE 11 OF PLATS, WAYNE COUNTY

RECORDS; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by

Creditor on the Debtor and all others with an interest in the subject property. This

order shall be binding and effective despite any conversion of this bankruptcy case

to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on November 05, 2013**

                                                    ___/s/ Steven Rhodes___
                                                    **Steven Rhodes**
                                                    **United States Bankruptcy Judge**