UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9
 Case No. 13-53846
City of Detroit, Michigan, Hon. Steven W. Rhodes

    Debtor.
_____/

Order Overruling Eligibility Objection

On October 31, 2013, Rickie Allen Holt filed an eligibility objection (Dkt. #1505). This objection was filed after the August 19, 2013 deadline set by the Court. Accordingly, the objection is overruled as untimely.

.

**Signed on November 05, 2013**

                                              /s/ Steven Rhodes
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**