**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

_____/

Case No. 13-53846

In Proceedings Under
Chapter 9

Hon. Steven W. Rhodes

**JOINDER OF AMBAC ASSURANCE CORPORATION IN THE MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. FOR AUTHORITY TO ISSUE DOCUMENT AND DEPOSITION SUBPOENAS TO THE DEBTOR, THE EMERGENCY MANAGER, AND CERTAIN OF THE DEBTOR'S ADVISORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Ambac Assurance Corporation ("Ambac"), a creditor and party in interest in the above-captioned case,[1] by and through its undersigned counsel, hereby joins in the Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 1342] (the "2004 Motion"). In

---

[1] Ambac is a creditor and party in interest as it is the bond insurer of certain of the City's general obligation bonds. Specifically, Ambac insures approximately $170,000,000 of the City's general obligation bonds. As bond insurer, Ambac is obligated to pay to bondholders the full scheduled principal of and interest on the insured bonds when due as required by its bond insurance policy to the extent the City does not satisfy such obligations under the insured bonds. Under relevant provisions of the applicable bond documents, insurance policies, and applicable law, to the extent Ambac makes payments under its policies, it is subrogated to the rights of bondholders and effectively steps into the shoes of such bondholders.

support of this joinder, Ambac adopts and incorporates the arguments in the 2004 Motion in their entirety as if fully set forth in this joinder.

WHEREFORE, for the reasons set forth in the 2004 Motion, Ambac respectfully requests that the Court (i) grant the relief requested in the 2004 Motion, and (ii) grant such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: November 6, 2013

By: /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 BROADWAY
NEW YORK, NY 10019
(212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*