**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          In Proceedings Under
                                                    Chapter 9
            Debtor.
                                                    Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

Brendan G. Best states that on November 6, 2013, he did serve a copy of the

*Joinder of Ambac Assurance Corporation in the Motion of Syncora Guarantee Inc.*

*and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition*

*Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's*

*Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004* (Docket No. 1538)

to the parties listed on the attached list *via* (1) electronic mail or (2) U.S. mail by

clearly addressing as stated with sufficient postage thereon and mailing in a mailbox

from the City of Bloomfield Hills, Michigan.

                            Respectfully Submitted,

                            **SCHAFER AND WEINER, PLLC**

November 6, 2013            /s/ BRENDAN G. BEST (P66370)
                            DANIEL J. WEINER (P32010)
                            40950 Woodward Ave., Ste. 100
                            Bloomfield Hills, MI  48304
                            (248) 540-3340

bbest@schaferandweiner.com

and

CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC  20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 BROADWAY
NEW YORK, NY 10019
(212) 484-3900

Counsel for Ambac Assurance Corporation

A. Stephen Ramadan PLC
A Stephen Ramadan P41892
22201 Harper Ave Ste 102
St Clair Shores, MI 48080

AFSCME Council #25
Attn: Albert Garrett
1034 N. Washington
Lansing, MI 48906

AFSCME Council #25
Attn: Albert Garrett
600 W. Lafayette, Ste. 500
Lansing, MI 48906

AFSCME Council #25
Attn: Ed McNeil
600 W. Lafayette, Ste. 500
Detroit, MI 48226

AFSCME Council #25
Attn: Catherine Phillips
600 W. Lafayette, Ste. 500
Detroit, MI 48226

AFSCME Council #25
Attn: DeAngelo Malcolm
600 W. Lafayette, Ste. 500
Detroit, MI 48226

AFSCME Local # 6087
Attn: Clarence Sanders
2633 Michigan Avenue
Detroit, MI 48216

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

AFSCME Local #0062
Attn: Lacydia Moore-Reese
600 W. Lafayette, Ste. 150
Detroit, MI 48226

AFSCME Local #0207
Attn: James Williams
600 W. Lafayette, Ste. L-106
Detroit, MI 48226

AFSCME Local #0214
Attn: June Nickleberry
1301 E. Warren Avenue
Detroit, MI 48207

AFSCME Local #0229
Attn: Zachary Carr
600 W. Lafayette, Ste. LR-08
Detroit, MI 48226

AFSCME Local #0273
Attn: Scecilla Hunt
600 W. Lafayette, Ste. 140
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

AFSCME Local #0457
Attn: Laurie Walker
600 W. Lafayette, Ste. L – 104
Detroit, MI 48226

AFSCME Local #0542
Attn: Phyllis McMillon
600 W. Lafayette, Ste. L – 101
Detroit, MI 48226

AFSCME Local #0836
Attn: Robert Donald
600 W. Lafayette, Ste. 132
Detroit, MI 48226

AFSCME Local #1023
Attn: Delia Enright
600 W. Lafayette, Ste. L-125
Detroit, MI 48226

AFSCME Local #1206
Attn: Arlene Kirby
20400 Steel
Detroit, MI 48235

AFSCME Local #1220
Attn: Gerald Thompson
600 W. Lafayette, Ste. 136
Detroit, MI 48226

AFSCME Local #1227
Attn: Joseph Walter
P.O. Box 36314
Grosse Pointe Farms, MI 48236

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

AFSCME Local #2394
Attn: Yalonda King
600 W. Lafayette, Ste. 110
Detroit, MI 48226

AFSCME Local #2799
Attn: Yvonne Ross
600 W. Lafayette, Ste. 132
Detroit, MI 48226

AFSCME Local #2920
Attn: Thomas Johnson II
600 W. Lafayette, Ste. 206
Detroit, MI 48226

Airgas USA LLC
Mr David Boyle
259 Radnor-Chester Rd Ste 100
PO Box 6675
Radnor, PA 19087-8675

Allard & Fish PC
Deborah L Fish and Timothy R. Graves
2600 Buhl Bldg
535 Griswold
Detroit, MI 48226

Amalgamated Transit Union, Division
26
Attn: Henry Gaffney
716 Lothrop
Detroit, MI 48202

American Federation of State, County &
Municipal Employees, AFL-CIO
William Lurye Matthew Stark Blumin &
Michael Artz
1101 17th Street NW, Suite 900
Washington, DC 20036

Andrew J Gerdes PLC
Andrew J Gerdes
321 W Lake Lansing Rd
PO Box 4190
East Landing, MI 48826-4190

| | | |
|---|---|---|
| Arent Fox LLP<br>Carol Connor Cohen & Caroline Turner<br>English<br>1717 K St NW<br>Washington, DC 20036-5342 | Arent Fox LLP<br>David L Dubrow<br>1675 Broadway<br>New York, NY 10019 | Arent Fox, LLP<br>Attn: David Dubrow, Esq. & Mark A<br>Angelov<br>1675 Broadway<br>New York, NY 10019 |
| Arnold & Porter LLP<br>Lisa Hill Fenning<br>777 S Figueroa St No 4400<br>Los Angeles, CA 90017 | Assistant Attorney General Solicitor<br>General and Deputy Solicitor General<br>Michael R Bell John J Bursch and B<br>Eric Restuccia<br>PO Box 30754<br>Lansing, MI 48909 | Assistant Supervisors of Street<br>Maintenance & Construction<br>Association<br>Attn: Herbert Jenkins<br>2633 Michigan Avenue<br>Detroit, MI 48216 |
| Association of City of Detroit<br>Supervisors<br>Attn: Richard King<br>8651 Fenkell<br>Detroit, MI 48238 | Association of Detroit Engineers<br>Attn: Sanjay M. Patel<br>P.O. Box 2241<br>Detroit, MI 48231 | Association of Municipal Engineers<br>Attn: Partho Ghosh<br>9300 W. Jefferson NAB #420<br>Detroit, MI 48209 |
| Association of Municipal Inspectors<br>Attn: Michael Neil<br>P.O. Box 15475<br>Detroit, MI 48215 | Association of Professional & Technical<br>Employees<br>Attn: Dempsey Addison<br>2727 Second Ave., Ste. 152<br>Detroit, MI 48202 | Association of Professional<br>Construction Inspectors<br>Attn: Juanita Sanders<br>2727 Second Ave., Ste. 314B<br>Detroit, MI 48201 |
| Attorney General Bill Schuette<br>Cadillac Place, 10th Floor<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Ayad Law PLLC<br>Nabih H Ayad<br>2200 Canton Ctr Rd Ste 220<br>Canton, MI 48187 | Ballard Spahr LLP<br>Vincent J Marriott<br>1735 Market St<br>Philadelphia, PA 19103 |
| Ballard Spahr LLP<br>Matthew G Summers<br>919 N Market St 11th Fl<br>Wilmington, DE 19801 | Barack Ferrazzano Kirschbaum &<br>Nagelberg LLP<br>Kimberly J Robinson<br>200 W Madison St Ste 3900<br>Chicago, IL 60606 | Barnes & Thornburg LLP<br>John T Gregg<br>171 Monroe Ave NW Ste 1000<br>Grand Rapids, MI 49503 |
| Berkshire Hathaway Assurance<br>Corporation<br>Attn: Kara Raiguel, Sunil Khanna and<br>Thomas Scherer<br>100 First Stamford Place<br>Stamford, CT 06902 | Bingham McCutchen LLP<br>Attn: Edwin E. Smith, Esq.<br>One Federal Street<br>Boston, MA 02110-1726 | Bingham McCutchen LLP<br>Edwin E Smith Jared Clark Steven<br>Wilamowsky & E Marcus Marsh<br>399 Park Ave<br>New York, NY 10022-4689 |
| Bodman PLC<br>Attn: Barbara A. Bowman, Esq.<br>201 West Big Beaver Road, Suite 500<br>Troy, MI 48084 | Bodman PLC<br>Brian R Trumbauer<br>1901 St Antoine St<br>6th Fl at Ford Field<br>Detroit, MI 48226 | Bodman PLC<br>Robert J Diehl Jr<br>1901 St Antoine St<br>6th Fl at Ford Field<br>Detroit, MI 48226 |
| Bredhoff & Kaiser PLLC<br>Andrew D Roth Jeffrey R Freund &<br>Douglas L Greenfield<br>805 15th St NW Ste 1000<br>Washington, DC 20005 | Brooks Wilkins Sharkey & Turco PLLC<br>Matthew E Wilkins & Paula A Hall<br>401 S Old Woodward Ave Ste 400<br>Birmingham, MI 48009 | Building & Construction Trades Council<br>Attn: John Wallace<br>1640 Porter St.<br>Detroit, MI 48216 |
| Cadwalader Wickershame & Taft<br>Attn: Howard R. Hawkins, Jr., Esq. &<br>Lary Stomfeld, Esq.<br>One World Financial Center<br>New York, NY 10281 | Cadwalader Wickershame & Taft<br>Attn: Mark C. Ellenberg Esq.<br>700 Sixth St NW<br>Washington, DC 20001 | Cadwalader Wickershame & Taft<br>Mark Ellenberg Howard Hawkins Lary<br>Stromfeld & Jason Jurgens<br>One World Financial Center<br>New York, NY 10281 |

Caralyce M Lassner JD PC
Caralyce M Lassner
8300 Hall Rd Ste 201
Utica, MI 48317

Carson Fischer PLC
Attn Joseph M Fischer Robert
Weisberg & Christopher Grossman
4111 Andover Rd W 2nd Fl
Bloomfield Hills, MI 48302-1924

Chadbourne & Parke LLP
Larry Larose and Sam Kohn
30 Rockefeller Center
New York, NY 10122

Chase Paymentech LLC
Attn Lazonia Clark Business Analyst
14221 Dallas Pkwy Bldg II
Dallas, TX 75254

City of Detroit Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

City of Detroit, Law Department
Mary Beth Cobbs
Assistant Corporation Counsel
2 Woodward Ave Ste 500
Detroit, MI 48226

Clark Hill PLC
Robert D Gordon
151 S Old Woodward Ave Ste 200
Birmingham, MI 48009

Clark Hill PLC
Shannon L Deeby
151 S Old Woodward Ave Ste 200
Birmingham, MI 48009

Clark Hill PLC
Evan J Feldman
151 S Old Woodward Ave Ste 200
Birmingham, MI 48009

Cohen Weiss and Simon LLP
Babette A Ceccotti Thomas N. Ciantra
& Peter D. DeChiara
330 W 42nd St
New York, NY 10036

Cole Schotz Meisel Forman & Leonard
PA
Michael D Warner
301 Commerce St Ste 1700
Fort Worth, TX 76102

Constitutional Litigation Associates, PC
Hugh M Davis
450 W Fort St, Ste 200
Detroit, MI 48226

Couzena Lansky Fealk Ellis Roeder &
Lazar PC
Attn Jerry M Ellis
39395 W Twelve Mile Rd Ste 200
Farmington Hills, MI 48331

Dawda, Mann, Mulcahy & Sadler, PLC
David A. Mollicone
39533 Woodward Ave Ste 200
Bloomfield HIlls, MI 48304

Dawda, Mann, Mulcahy & Sadler, PLC
Attn Jessica B Allmand
39533 Woodward Ave Ste 200
Bloomfield Hills, MI 48304-5103

Dean & Fulkerson
Attn Kevin N Summers
801 W Big Beaver Rd Ste 500
Troy, MI 48084

Debevoise & Plimpton LLp
My Chi To & M Natasha Labovitz
919 Third Ave
New York, NY 10022

Demorest Law Firm, PLLC
Mark S Demorest & Melissa L
Demorest
322 W Lincoln Ave
Royal Oak, MI 48067

Denton US LLP
Carole Neville
1221 Ave of the Americas
New York, NY 10020

Denton US LLP
Sam J Alberts
1301 K St NW Ste 600 East Tower
Washington, DC 20005-3364

Detroit Fire Fighters Association Local
344
Attn: Daniel McNamara
243 W. Congress Ste. 644
Detroit, MI 48226

Detroit Income Tax Investigators
Association
Attn: Marcella Campbell
2 Woodward Ave., Ste. 1220
Detroit, MI 48226

Detroit Police Command Officers
Association
Attn: Steven Dolunt
P.O. Box 02625
Detroit, MI 48202

Detroit Police Lieut. & Sergeants
Association
Attn: Mark Young
28 W. Adams, Ste. 700
Detroit, MI 48226

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226

Detroit Police Benefit and Protective
Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard, Suite 405
Detroit, MI 48202

Detroit Police Officers Association
Attn: Mark Diaz
1938 E. Jefferson
Detroit, MI 48207

Detroit Retired City Employees
Association
Attn: Shirley V. Lightsey
P.O. Box 40713
Detroit, MI 48240

Dib and Fagan PC
Barry S Fagan
Simeon Chisara Ohakpo
25892 Woodward Ave
Royal Oak, MI 48067-0910

Dickinson Wright PLLC
Dawn R Copley
500 Woodward Ave Ste 4000
Detroit, MI 48226-3425

| | | |
|---|---|---|
| Dickinson Wright PLLC<br>Steven G Howell<br>500 Woodward Ave Ste 4000<br>Detroit, MI 48226-3425 | DOT Foremen's Association of America<br>Local 337<br>Attn: Nicholas Duncan<br>5776 Bluehill St.<br>Detroit, MI 48224 | DOT Foreperson's Association of America<br>Attn: Pamela King<br>1301 E. Warren Avenue<br>Detroit, MI 48207 |
| Downtown Development Authority<br>Athanasios Papapanos Glen W Long Jr and Rebecca Navin<br>500 Griswold Ste 2200<br>Detroit, MI 48226 | Downtown Development Authority<br>Brian Kott<br>Lewis & Munday PC<br>660 Woodward Ave Ste 2490<br>Detroit, MI 48226 | DTE Energy Company<br>Leland Prince<br>One Energy Plaza<br>688 WCB – Legal Department<br>Detroit, MI 48226 |
| Dykema Gossett PLLC<br>Ronald L Rose<br>39577 Woodward Ave Ste 300<br>Bloomfield Hills, MI 48304 | Dykema Gossett PLLC<br>Sherrie L Farrell<br>400 Renaissance Center<br>Detroit, MI 48243 | Dykema Gossett PLLC<br>Sheryl L Toby<br>39577 Woodward Ave Ste 300<br>Bloomfield Hills, MI 48304 |
| EMS Officers Association<br>Attn: James Gatteno<br>2150 Lancaster<br>Grosse Pointe Woods, MI 48236 | Erman Teicher Miller Zucker & Freedman PC<br>Earle I Erman<br>400 Galleria Officentre Ste 444<br>Southfield, MI 48034 | Erman Teicher Miller Zucker & Freedman PC<br>Craig E Zucker<br>400 Galleria Officentre Ste 444<br>Southfield, MI 48034 |
| Erman Teicher Miller Zucker & Freedman PC<br>Barbara A Patek<br>400 Galleria Officentre Ste 444<br>Southfield, MI 48034 | Erman Teicher Miller Zucker & Freedman PC<br>David M Eisenberg<br>400 Galleria Officentre Ste 444<br>Southfield, MI 48034 | Faegre Baker Daniels LLP<br>Attn: Abby E. Wilkinson, Esq.<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901 |
| Field Engineers Association<br>Attn Larry Hart<br>PO Box 252805<br>West Bloomfield, MI 48325 | Foley & Mansfield PLLP<br>Merceded Varasteh Dordeski<br>130 E 9 Mile Rd<br>Ferndale, MI 48220 | Foster Swift Collins & Smith PC<br>Attn: John M. Kamins, Esq.<br>32300 Northwestern Hwy., Suite 230<br>Farmington Hills, MI 48334 |
| Foster Swift Collins & Smith PC<br>Dirk H Beckwith<br>32300 Northwestern Hwy Ste 230<br>Farmington Hills, MI 48334-1571 | Fulbright & Jaworski LLP<br>David A Rosenzweig<br>666 Fifth Ave<br>New York, NY 10103-3198 | Fulbright & Jaworski LLP<br>Melanie M Kotler<br>666 Fifth Ave<br>New York, NY 10103-3198 |
| General Retirement System of the City of Detroit<br>Attn: Michael J. VanOverbeke, Esq.<br>Interim General Counsel<br>Vanoverbeke, Michaud & Timmony, P.C. | Gold Lange & Majoros PC<br>Elias T Majoros<br>24901 Northwestern Hwy Ste 444<br>Southfield, MI 48075 | Gold Lange & Majoros PC<br>Sandra L Oconnor<br>24901 Northwestern Hwy Ste 444<br>Southfield, MI 48075 |
| Goodman & Hurwitz PC<br>William H Goodman<br>1394 E Jefferson Ave<br>Detroit, MI 48207 | Governor Rick Snyder<br>P.O. Box 30013<br>Lansing, MI 48909 | Gudeman & Associates PC<br>Edward J Gudeman<br>1026 E Eleven Mile Rd<br>Royal Oak, MI 48067 |
| Honigman Miller Schwartz and Cohn LLP<br>Judy B Calton<br>2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI 48226-3583 | Honigman Miller Schwartz and Cohn LLP<br>Joseph R Sgroi<br>2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI 48226 | Honigman Miller Schwartz and Cohn LLP<br>E Todd Sable<br>2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI 48226 |

Honigman Miller Schwartz and Cohn
LLP
Arthur T Oreilly
2290 First National Bldg
600 Woodward Ave
Detroit, MI 48226-3506

HP Enterprises Services LLC
Ayala Hassell
5400 Legacy Dr
Plano, TX 75024

HP Enterprises Services LLC
Ken Higman
12610 Park Pl Ste 100
Cerritos, CA 90703

I.U.O.E. Local 324
Attn: William Miller
500 Hulet Drive
Bloomfield Township, MI 48302

IBM Corporation
Attn National Bankruptcy Coordinator
275 Viger East Ste 400
Montreal, QC H2X 3R7 Canada

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA 30328

International Union, UAW
Michael Nicholson & Niraj R Ganatra
8000 E Jefferson Ave
Detroit, MI 48214

Iron Mountain Information
Management, LLC
Joseph Corrigan
745 Atlantic Ave 10th Fl
Boston, MA 2111

Jacob & Weingarten, P. C.
Howard S Sher
2301 W Big Beaver Rd Ste 777
Troy, MI 48084

Jaffe Raitt Heuer & Weiss PC
Attn Eric D Novetsky
27777 Frankling Rd Ste 2500
Southfield, MI 48034

Jaffe Raitt Heuer & Weiss PC
Attn Paul R Hage
27777 Frankling Rd Ste 2500
Southfield, MI 48034

Jaffe Raitt Heuer & Weiss PC
Attn Louis P Rochkind
27777 Frankling Rd Ste 2500
Southfield, MI 48034

Jay S Kalish & Associates PC
Jay S Kalish
28592 Orchard Lake Road, Ste. 360
Farmington Hills, MI 48334

Jeffer Mangels Butler & Mitchell LLP
David M Poitras
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067-4308

Jeffery R Sieving
28423 Orchard Lake Rd Ste 200
Farmington Hills, MI 48334

Jerome D Goldberg PLLC
Jerome D Goldberg
2921 E Jefferson Ste 205
Detroit, MI 48207

Jones Day
David G. Heiman, Esq. Heather
Lennox, Esq.
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Jones Day
Jeffrey B. Ellman, Esq.
1420 Peachtree St., NE
Suite 800
Atlanta, GA 30309

Jones Day
Brad B Erens
77 W Wacker
Chicago, IL 60601

Jones Day
Bruce Bennett, Esq.
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071

K&L Gates LLP
Michael J Gearin
925 Fourth Ave Ste 2900
Seattle, WA 98104-1158

Katten Muchin Rosenman LLP
Paige E Barr
525 W Monroe Ste 1900
Chicago, IL 60661

Katten Muchin Rosenman LLP
Joseph P Sieger
525 W Monroe Ste 1900
Chicago, IL 60661

Katten Muchin Rosenman LLP
Kenneth E Noble
575 Madison Ave
New York, NY 10022-2585

Katten Muchin Rosenman LLP
Karen B Dine & Kevin M Baum
575 Madison Ave
New York, NY 10022-2585

Kerr Russell and Weber PLC
Jason W Bank
500 Woodward Ave Ste 2500
Detroit, MI 48226-3406

Kerr Russell and Weber PLC
P Warren Hunt
500 Woodward Ave Ste 2500
Detroit, MI 48226-3406

Kirkland & Ellis LLP
James HM Sprayregen PC Ryan Blaine
Bennett & Stephen C Hackney
300 North LaSalle
Chicago, IL 60654

Kirkland & Ellis LLP
Richardo I Kilpatrick
615 Griswold Ste 1708
Detroit, MI 48226-3985

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY 10036

Kramer Levin Naftalis & Frankel LLP
Att Amy Caton
1177 Avenue of the Americas
New York, NY 10036

Law Offices of Lee & Correll
Michael K Lee
24901 Northwestern Hwy Ste 113
Southfield, MI 48075

Linebarger Goggan Blair & Sampson
LLP
John P Dillman
PO Box 3064
Houston, TX 77253-3064

Lippitt O Keefe PLLC
Att Ryan C Plecha
370 E Maple Rd 3rd Fl
Birmingham, MI 48009

Lippitt O Keefe PLLC
Attn Brian O Keefe
370 E Maple Rd 3rd Fl
Birmingham, MI 48009

Lowenstein Sandler LLP
Sharon L Levine & Phillip J Gross
65 Livingston Ave
Roseland, NJ 07068

Maddin, Hauser, Wartell, Roth & Heller,
P.C.
Michael S Leib
28400 Northwestern Hwy 3rd Fl
Southfield, MI 48034

Mark H Cousens
John E. Eaton, Esq.
16261 Evergreen Rd Ste 110
Southfield, MI 48076

Maxwell Dunn PLC
Attn Ethan D Dunn
26339 Woodward Ave
Huntington Woods, MI 48070

McAlpine PC
David M Zack
3201 University Dr Ste 100
Auburn Hills, MI 48326

McDermott Will & Emery LLP
Attn: William P. Smith, Esq.
227 West Monroe Street
Chicago, IL 60606

McDermott Will & Emery LLP
William P Smith & Nathan F Coco
227 W Monroe St Ste 4700
Chicago, IL 60606

McDonald Hopkins PLC
Stephen M Gross
39533 Woodward Ave Ste 318
Bloomfield Hills, MI 48304

McDonald Hopkins PLC
Joshua A Gadharf
39533 Woodward Ave Ste 318
Bloomfield Hills, MI 48304

McDonald Hopkins PLC
Jason L Weiner
39533 Woodward Ave Ste 318
Bloomfield Hills, MI 48304

McKnight McClow Canzano Smith &
Radtke PC
John R Canzano
400 Galleria Officentre Ste 117
Southfield, MI 48034

Michael J. Karwoski, Esq.
26015 Felicity Landing
Harrison Township, MI 48045

Miller Canfield Paddock & Stone PLC
Stephen S LaPlante
150 W Jefferson Ave Ste 2500
Detroit, MI 48226

Miller Canfield Paddock & Stone, PLC
Timothy A Fusco
150 W Jefferson Ave Ste 2500
Detroit, MI 48226

Miller, Canfield, Paddock and Stone,
P.L.C.
Jonathan S. Green, Esq. Stephen S.
LaPlante Marc N. Swanson& Eric D
Carlson
150 West Jefferson

Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.
William W Kannel & Adrienne K Walker
One Financial Center
Boston, MA 02111

Morgan & Meyers PLC
Patricia Ramirez
c o Eric J Rosenberg
3200 Greenfield Ste 260
Dearborn, MI 48120-1802

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI 48226

Office of the United States Trustee
Sean Cowley
211 West Fort Street Suite 700
Detroit, MI 48226

Office of the United States Trustee
Maria D Giannirakis
211 West Fort Street Suite 700
Detroit, MI 48226

Osipov Bigelman PC
Jeffrey H Bigelman
20700 Civic Center Dr Ste 420
Southfield, MI 48076

Osipov Bigelman PC
Yuliy Osipov
20700 Civic Center Dr Ste 420
Southfield, MI 48076

Pepper Hamilton LLP
Robert S Hertzberg
4000 Town Center Ste 1800
Southfield, MI 48075

Pepper Hamilton LLP
Deborah Kovsky-Apap
4000 Town Center Ste 1800
Southfield, MI 48075

Pepper Hamilton LLP
Kay Standridge Kress
4000 Town Center Ste 1800
Southfield, MI 48075

Plunkett Cooney
Douglas C Bernstein
38505 Woodward Ave Ste 2000
Bloomfield Hills, MI 48304

Plunkett Cooney
David A. Lerner & Patrick C Lannen
38505 Woodward Avenue Ste 2000
Bloomfield HIlls, MI 48304

Police and Fire Retirement System of
the City of Detroit
Attn: Joseph E. Turner, Esq.
General Counsel
Clark Hill PLC
500 Woodward Avenue Ste 3500
Detroit, MI 48226

Police Officers Association of Michigan
Attn: John Barr
27056 Joy Rd.
Redford, MI 48239

Police Officers Labor Council
Attn: Chet Kulesza
667 E. Big Beaver Rd. #205
Troy, MI 48083

Police Officers Labor Council
Attn: Marvin Hansberry
518 Inkster Road
Dearborn Heights, MI 48127

Police Officers Labor Council
Attn: Jan Zaleski
19360 St. Louis St.
Detroit, MI 48234

Primeshares World Markets, LLC
261 5th Ave 22nd Fl
New York, NY 10016

Raymond Guzall III PC
Raymond Guzall III
31555 W Fourteen Mile Rd Ste 320
Farmington Hills, MI 48334

Retired Detroit Police and Fire Fighters
Association
Attn: Donald Taylor
252 E. 14 Mile Road
Sterling Heights, MI 48310

Sachs Waldman PC
Mami Kato
2211 E Jefferson Ave Ste 200
Detroit, MI 48207

Salans FMC SNR Denton Europe LLP
Claude Montgomery
620 Fifth Ave
New York, NY 10020

Sanitary, Chemists & Technicians
Association
Attn: Saulius Simoliunas
2727 Second Ave. Rm. 314 – D
Detroit, MI 48201

SBS Financial Products Company, LLC
Attn. John Carter
100 Wall Street
22nd Floor
New York, NY 10005

Schafer and Weiner PLLC
Daniel J Weiner
40950 Woodward Ave Ste 100
Bloomfield Hills, MI 48304

Schafer and Weiner PLLC
Brendan G Best
40950 Woodward Ave Ste 100
Bloomfield Hills, MI 48304

Schiff Hardin LLP
Suzanne L Wahl
350 S Main St Ste 210
Ann Arbor, MI 48104

Schiff Hardin LLP
Rick L Frimmer & Matthew W Ott
233 S Wacker Dr Ste 6600
Chicago, IL 60606

Schneider Miller PC
Kenneth M Schneider
645 Griswold Ste 3900
Detroit, MI 48226

Schneiderman & Sherman PC
Brett A Border
23938 Research Dr Ste 300
Farmington Hills, MI 48335

SEIU Local 517M
Attn: Yolanda Langston
1274 Library St.
Detroit, MI 48226

Senior Accountants, Analysts &
Appraisers Association
Attn: Audrey Bellamy
65 Cadillac Square, Ste. 2905
Detroit, MI 48226

Senior Water Systems Chemist
Association
Attn: Andrew Ross
2727 Second Ave. Rm. 311- A
Detroit, MI 48201

Shaw Fishman Glantz & Towbin LLC
Robert M Fishman Peter J Roberts Ira
Bodenstein Gordon Gouveia David
Doyle and Marc Reiser
321 N Clark St Ste 800
Chicago, IL 60654

Sidley Austin LLP
Attn: Jeffrey Bjork, Esq. & Eric D.
Tashman, Esq.
555 West Fifth Street
Los Angeles, CA 90013

Sidley Austin LLP
Attn: Guy S. Neal, Esq.
1501 K Street, N.W.
Washington, DC 20005

Sidley Austin LLP
Attn Guy S Neal
1501 K St NW
Washington, DC 20005

Sidley Austin LLP
Attn Jeffrey E Bjork
555 W Fifth St
Los Angeles, CA 90013

Sidley Austin LLP
Attn James F Bendernagel
1501 K St NW
Washington, DC 20005

Sidley Austin LLP
Attn Peter L Canzano
1501 K St NW
Washington, DC 20005

Silverman & Morris PLLC
Thomas R Morris and Karin F. Avery
30500 Northwestern Hwy Ste 200
Farmington Hills, MI 48334

Sirlin Lesser & Benson PC
Dana S Plon
123 S Broad St Ste 2100
Philadelphia, PA 19109

Smith Katzenstein & Jenkins LLP
Kathleen M Miller
The Corporate Plaza
800 Delaware Ave Ste 1000
PO Box 410
Wilmington, DE 19899

State of Michigan Chief Legal Counsel
Matthew Schneider
PO Box 30212
Lansing, MI 48909

State of Michigan Revenue &
Collections Division
Steven B Flancher & Matther Schneider
Assistant Attorneys General
PO Box 30754
Lansing, MI 48909

State Treasurer
Austin Building
430 W. Allegan Street
Lansing, MI 48922

Stevenson & Bullock PLC
Charles D Bullock & Elliot G Crowder
26100 American Dr Ste 500
Southfield, MI 48034

Strobl & Sharp PC
Attn Lynn M Brimer
300 E Long Lake Rd Ste 200
Bloomfield Hills, MI 48304

Strobl & Sharp PC
Attn Meredith E Taunt
300 E Long Lake Rd Ste 200
Bloomfield Hills, MI 48304

Strobl & Sharp PC
Attn Meredith E Taunt
300 E Long Lake Rd Ste 200
Bloomfield Hills, MI 48304

Sylvia Jean Brown Jones
218 Elmshaven Dr
Lansing, MI 48917

Teamsters Local #214
Attn: Joseph Valenti
2825 Trumbull Avenue
Detroit, MI 48216

The Bank of New York Mellon Trust
Company, National Association, as
trustee
Attn: Eduardo Rodriguez
2 North LaSalle Street, Suite 1020
Chicago, IL 60602

The City of Detroit
Attn: Kevyn D. Orr, Emergency
Manager
Coleman A. Young Municipal Center
2 Woodward Ave Suite 1126
Detroit, MI 48226

The City of Detroit
Attn: Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

The Markowitz Law Office
Carolyn B Markowitz PC
30400 Telegraph Rd Ste 111
Bingham Farms, MI 48025

The Sanders Law Firm PC
Herbert A Sander
615 Griswold St Ste 913
Detroit, MI 48226

Thornbladh Legal Group PLLC
Kurt Thornbladh
7301 Schaefer
Dearborn, MI 48126

U.S. Bank National Association, as
trustee, bond registrar transfer agent,
paying agent, custodian and/or contract
administrator
Attn: Susan T. Brown
Senior Vice President and Manager

U.S. Bank National Association, as
trustee, bond registrar transfer agent,
paying agent, custodian and/or contract
administrator
Attn: Susan E. Jacobsen VP
Mail Station EP-MN-WS1D

U.S. Bank National Association, as
trustee, for the Detroit Sewar and Water
Bonds
Attn: Lawrence J. Bell
PD-OR-P6TD
Portland, OR 97204

UAW - Local # 412
Attn: John Cunningham
27800 George Merrelli Dr.
Warren, MI 48092

UAW - Local #212
Attn: John Cunningham
27800 George Merrelli Dr.
Warren, MI 48092

UAW – PAA Local #2211
Attn: Robyn Brooks
660 Woodward Ave., Ste. 1650
Detroit, MI 48226

UAW – WWTP Local #2200
Attn: Laurie Stuart
5201 Woodward Avenue
Detroit, MI 48202

United Auto Workers Union
Attn: Michael Nicholson
800 E Jefferson Ave
Detroit, MI 48214

Unites States Attorney
Julia A. Caroff, Asssitant US Attorney
211 W Fort St Ste 2001
Detroit, MI 48226

Utility Workers Union of America
Attn: James Harrison
P.O. Box 611260
Port Huron, MI 48061

Utility Workers Union of America Local
#488
Attn: Carl Anderson
19315 Westmoreland
Detroit, MI 48219

Utility Workers Union of America Local
#504
Attn: Curlisa Jones
5405 Railview Ct. - Apt. 166
Shelby Township, MI 48316

Utility Workers Union of America Local
#531
Attn: Samuel Wilson
5274 Nottingham Rd.
Detroit, MI 48224

Vanessa G. Fluker, Esq., PLLC
Vanessa G Fluker
2921 E Jefferson Ste 200
Detroit, MI 48207

Vanguardians
Barry Allen
POB 11202
Glendale, CA 91226

Waller Lansden Dortch & Davis LLP
Attn: David E. Lemke, Esq. & Courtney
Rogers
511 Union Street, Suite 2700
Nashville, TN 37219

Waller Lansden Dortch & Davis LLP
Michael R Paslay Ryan K Cochran
511 Union St Ste 2700
Nashville, TN 37219

Warner Norcross & Judd LLP
Stephen B Grow Douglas A Dozeman
& Charles N Ash Jr
111 Lyon St NW Ste 900
Grand Rapids, MI 49503

Warner Norcross & Judd LLP
Charles N Ash Jr
111 Lyon St NW Ste 900
Grand Rapids, MI 49503

Weil, Gotshal & Manges LLP
Attn: Gary T. Holtzer, Esq. & Alfredo R.
Pérez, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Alfredo R Perez
700 Louisiana St Ste 1600
Houston, TX 77002

Weil, Gotshal & Manges LLP
Kelly DiBlasi
767 5th Ave
New York, NY 10153

William A. Wertheimer
30515 Timberbrook Ln
Bingham Farms, MI 48025

Williams Williams Rattner & Plunkett
PC
Ernest J Essad Jr & Mark R James
280 N Old Woodward Ave Ste 300
Birmingham, MI 48009

Winston & Strawn LLP
Attn: Lawrence A. Larose Samuel S.
Kohn Carrie V. Hardman
200 Park Avenue
New York, NY 10166

Winston & Strawn LLP
Sarah T. Foss
1111 Louisiana 25th Fl
Houston, TX 77002-5242

Wolfson Bolton PLLC
Scott A Wolfson & Anthony J Kochis
3150 Livernois Ste 275
Troy, MI 48083

Woodley & McGillivary
Douglas L Steele
1101 Vermont Ave NW Ste 1000
Washington, DC 20005

Ziulkowski & Associates, PLC
Janet M. Ziulkowski
17001 19th Mile Rd Ste 1-D
Clinton Twp, MI 48038