# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

City of Detroit

         Debtor

_____/

Chapter 9

Case Number 13-53846

Honorable: Steven W. Rhodes

## NOTICE OF APPEARANCE

Please take notice that Orlans Associates, P.C. at P.O. Box 5041, Troy, MI 48007 has been retained as Attorney for Creditor, Everhome Mortgage Company as servicing agent for Everbank, in the entitled action. Copies of all further communications, pleadings, court notices and other papers should be served upon the undersigned as attorney of record.

Respectfully Submitted,

Date: November 6, 2013

/s/ Heather M. Dickow
Craig B. Rule, Esq. P67005
Elizabeth M. Abood-Carroll, Esq. P46304
Heather D. McGivern, Esq. P59393
Heather M. Dickow, Esq. P64757
Orlans Associates, P.C.
Attorneys for Everhome Mortgage Company
as servicing agent for Everbank
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: crule@orlans.com
eabood-carroll@orlans.com
hmcgivern@orlans.com
hdickow@orlans.com
File Number: 13-016557