UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

City of Detroit            Chapter 9
                                                      Case No. 13-53846
                                                      Honorable Steven W. Rhodes

       Debtor

_____/

**PROOF OF SERVICE**

The undersigned states that on November 6, 2013 copies of **NOTICE OF APPEARANCE** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Daniel M. McDermott
200 Public Square, Suite 20-3300
Cleveland, OH 44114

Bruce Bennett
555 S. Flower Street
50th Floor
Los Angeles, CA 90071
bbennett@jonesday.com

Eric D. Carlson
150 West Jefferson
Suite 2500
Detroit, MI 48226
carlson@millercanfield.com

Timothy A. Fusco
150 West Jefferson
Suite 2500
Detroit, MI 48226
fusco@millercanfield.com

Jonathan S. Green
150 W. Jefferson
Ste. 2500
Detroit, MI 48226
green@millercanfield.com

David Gilbert Heiman
901 Lakeside Avenue
Cleveland, OH 44114
dgheiman@jonesday.com

Robert S. Hertzberg
400 Town Center
Suite 1800
Southfield, MI 48075-1505
hertzbergr@pepperlaw.com

Deborah Kovsky-Apap
4000 Town Center
Suite 1800
Southfield, MI 48075
kovskyd@pepperlaw.com

Kay Standridge Kress
4000 Town Center
Southfield, MI 48075-1505
kressk@pepperlaw.com

Stephen S. LaPlante
150 W. Jefferson Ave.
Suite 2500
Detroit, MI 48226
laplante@millercanfield.com

Heather Lennox
222 East 41st Street
New York, NY 10017
hlennox@jonesday.com

Marc N. Swanson
150 W. Jefferson
Suite 2500
Detroit, MI 48226
swansonm@millercanfield.com

Date: November 6, 2013

/s/ Shannin Hatten
Shannin Hatten
Bankruptcy Specialist
Orlans Associates, P.C.
Attorneys for Everhome Mortgage Company
as servicing agent for Everbank
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: hdickow@orlans.com
File Number: 13-016557