UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                    Chapter 9
                                                                          Case No. 13-53846
City of Detroit, Michigan,                                                Hon. Steven W. Rhodes

    Debtor.
_____/

Second Notice Regarding Trial Schedule

Notice is given that the trial regarding eligibility shall continue on Tuesday, November 12, 2013, at 9:00 a.m., in Courtroom 100, 231 W. Lafayette, Detroit, Michigan, if it is not concluded by November 8, 2013.

.

**Signed on November 06, 2013**

                                           /s/ **Steven Rhodes**
                                   **Steven Rhodes**
                                   **United States Bankruptcy Judge**