UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re: | ) |
| | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) |
| | ) Case No. 13-53846 |
| Debtor. | ) |
| | ) |
| | ) Hon. Steven W. Rhodes |
| | ) |

**NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S JOINDER IN THE MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. FOR AUTHORITY TO ISSUE DOCUMENT AND DEPOSITION SUBPOENAS TO THE DEBTOR, THE EMERGENCY MANAGER, AND CERTAIN OF THE DEBTOR'S ADVISORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

National Public Finance Guarantee Corporation ("National"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") in the Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 1342] (the "2004 Motion"). In support of this Joinder, National respectfully submits as follows:

1. National is a municipal bond insurer and is a creditor and/or party in interest in this chapter 9 proceeding. In particular, National has insured several bonds issued by the City of Detroit (the "City"), including unlimited tax general

LA1 2885228
2628255.1

obligation bonds, water supply system bonds, and sewage disposal system bonds. National has also insured bonds issued by, or transferred to, various discrete City or State authorities that are entities separate from the City. In aggregate, National has provided insurance for approximately $2.4 billion of the City's municipal bonds and bonds issued by City authorities.

2. National hereby joins the 2004 Motion and adopts and incorporates the arguments in the 2004 Motion in their entirety as if fully set forth in this Joinder.

WHEREFORE, National respectfully requests that the Court grant the relief requested in the 2004 Motion and grant such other and further relief as is just and proper.

Dated:  November 6, 2013         Respectfully submitted,


/s/ Eric D. Novetsky
JAFFE, RAITT, HEUER & WEISS, P.C.
Eric D. Novetsky (P71953)
Louis P. Rochkind (P24121)
2777 Franklin Road, Suite 2500
Southfield, MI 48034
Tel: (248) 351-3000
Fax: (248) 351-3082
Email: enovetsky@jaffelaw.com

and

SIDLEY AUSTIN LLP
Jeffrey E. Bjork
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: jbjork@sidley.com

SIDLEY AUSTIN LLP
Guy S. Neal
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: gneal@sidley.com

Attorneys for National Public Finance Guarantee Corporation