UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**EXHIBIT INDEX FOR**

**THE STATE'S RESPONSE TO**
**<u>SUPPLEMENTAL BRIEFING ON ELIGIBILITY</u>**

EXHIBIT 1   November 16, 2012 Order in *Davis v. Roberts*, Court of Appeals No. 313297

EXHIBIT 2   Local Emergency Financial Assistance Loan Board Order 2013-5, Appointment of Emergency Financial Manager