UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013, I electronically filed The State's Response to Supplemental Briefing on Eligibility [Docket No. #1547] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                                */s/Matthew Schneider*
                                                Matthew Schneider
                                                Chief Legal Counsel
                                                Attorney for State of Michigan
                                                P.O. Box 30754
                                                Lansing, Michigan 48909
                                                (517) 373-3203
                                                SchneiderM7@michigan.gov [P62190]

                                                Attorney for the State of Michigan
                                                Michigan Department of Attorney General