Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **11/14/13** at **10:00 AM** to consider and act upon the following:

*1342* – Motion for 2004 Examination Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004 Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc., Syncora Holdings Ltd. (Attachments: # 1 Exhibit 1 – Proposed Order # 2 Exhibit 2 – Notice # 3 Exhibit 3 – Brief [Not Required] # 4 Exhibit 4 – Certificate of Service [To be Filed] # 5 Exhibit 5 – Affidavits [Not Applicable] # 6 Exhibit 6 – Documentary Exhibits [Not Applicable]) (Bennett, Ryan)

Dated: 11/6/13

                                        BY THE COURT

                                        Katherine B. Gullo
                                        Clerk, U.S. Bankruptcy Court

                                        BY: christine sikula
                                        Deputy Clerk