# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____ Shannon L. Deeby _____

Firm _____ Clark Hill PLC _____

Address _____ 151 S. Old Woodward Avenue, Suite 200 _____

City, State, Zip _____ Birmingham, MI 48009 _____

Phone _____ 248-988-5889 _____

Email _____ sdeeby@clarkhill.com _____

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** _ Hon. Steven Rhodes

⦿ **Bankruptcy**   ◯ **Adversary**

◯ **Appeal**   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 11/04/2013   **Time of Hearing:** 10:00a   **Title of Hearing:** Eligibility Hearing (cont'd)

Please specify portion of hearing requested:   ◯ **Original/Unredacted**   ⦿ **Redacted**   ◯ **Copy** (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

⦿ Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

FOR COURT USE ONLY

Transcript To Be Prepared By

_____   Date   By

Order Received:

Transcript Ordered:

Transcript Received:

**Signature of Ordering Party:**

/s/ Shannon L. Deeby _____ Date: 11/06/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.