# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
|  | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
|  | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
|  | ) |

## CERTIFICATE OF SERVICE

I, Ryan Blaine Bennett, hereby certify that the *Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction* [Docket No. 1557] was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 6th day of November, 2013.

Dated: November 7, 2013		Respectfully submitted,

                              **KIRKLAND & ELLIS LLP**

By: */s/ Ryan Blaine Bennett*
     James H.M. Sprayregen, P.C.
     Ryan Blaine Bennett
     Stephen C. Hackney
     KIRKLAND & ELLIS LLP
     300 North LaSalle
     Chicago, Illinois 60654
     Telephone: (312) 862-2000
     Facsimile: (312) 862-2200

           - and -

     Stephen M. Gross
     David A. Agay
     Joshua Gadharf
     MCDONALD HOPKINS PLC
     39533 Woodward Avenue
     Bloomfield Hills, MI 48304
     Telephone: (248) 646-5070
     Facsimile: (248) 646-5075

     *Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

**Exhibit 1**
Electronic Mail Service List

| | |
|---|---|
| Abby.wilkinson@FaegreBD.com | jerry.ellis@couzens.com |
| acaton@kramerlevin.com pdechiara@cwsny.com tciantra@cwsny.com | jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrosman@carsonfischer.com |
| afscme207@sbcglobal.net | jgadharf@mcdonaldhopkins.com |
| afscme457@peoplepc.com | jgatteno@comcast.net |
| afscmelocal1023@att.net; deliaenright@hotmail.com | jharrison@uwua.net bfagan@dibandfagan.com |
| afscmelocal229@ymail.com | jhb_ecf@osbig.com |
| Yvonners2001@yahoo.com | jkamins@fosterswift.com |
| agarrett@miafscme.org | john.dillman@lgbs.com |
| agerdes@gerdesplc.com | john.sieger@kattenlaw.com |
| alfredo.perez@weil.com | jsgroi@honigman.com |
| anurses@att.net | jturner@clarkhill.com |
| aoreilly@honigman.com | julia.caroff@usdoj.gov |
| apclawyer@sbcglobal.net | jweiner@mcdonaldhopkins.com |
| arlene.kirby@yahoo.com bjdelta55@gmail.com | karen.dine@kattenlaw.com; kevin.baum@kattenlaw.com |
| aross@dwsd.org | kelly.diblasi@weil.com |
| aroth@bredhoff.com jfreund@bredhoff.com dgreenfield@bredhoff.com | ken.higman@hp.com caroline.english@arentfox.com conlitpc@sbcglobal.net |
| Artp1@degc.org; gwlong@degc.org; navin@degc.org; | kenneth.noble@kattenlaw.com dls@wmlaborlaw.com |
| atulocal26pba@aol.com | Kim.robinson@bfkn.com |
| ayala.hassell@hp.com | KingR@detroitmi.gov |
| ayoung586@comcast.net | KingY687@detroitmi.gov |
| bankruptcy@markowitzlegal.com | kmiller@skjlaw.com |
| Bankruptcy2@ironmountain.com | kovskyd@pepperlaw.com |
| bbennett@jonesday.com | kressk@pepperlaw.com |
| bberens@jonesday.com | kschneider@schneidermiller.com |
| bbest@schaferandweiner.com | Ksummers@dflaw.com |
| bborder@sspclegal.com | kthornbladh@gmail.com |
| bbowman@bodmanlaw.com | langstony@gmail.com |
| bceccotti@cwsny.com | laplante@millercanfield.com |
| BellM1@michigan.gov | lawrence.bell@usbank.com |

**Exhibit 1**
Electronic Mail Service List

| | |
|---|---|
| billwertheimer@gmail.com | lazonia.clark@chasepaymentech.com |
| bkott@lewismunday.com | lbrimer@stroblpc.com |
| BLurye@afscme.org;<br>martz@afscme.org;<br>mblumin@afscme.org | llarose@winston.com;<br>skohn@winston.com;<br>chardman@winston.com |
| bokeefe@lippittokeefe.com | local2920@sbcglobal.net |
| bpatek@ermanteicher.com<br>ejr@morganmeyers.com<br>swansonm@millercanfield.com | lrochkind@jaffelaw.com<br>carlson@millercanfield.com<br>jeff@iobillboard.com |
| BrooR@detroitmi.gov | m.neil@sbcglobal.net |
| btrumbauer@bodmanlaw.com | marcicampbel@gmail.com |
| canderson@dwsd.org | Maria.D.Giannirakis@usdoj.gov |
| Carol.Cohen@arentfox.com | mark.ellenberg@cwt.com |
| carole.neville@dentons.com<br>lisa.fenning@aporter.com<br>llarose@chadbourne.com | Mark.Ellenberg@cwt.com;<br>Lary.Stromfeld@cwt.com;<br>Jason.Jurgens@cwt.com |
| cash@wnj.com | marriott@ballardspahr.com |
| cbullock@sbplclaw.com;<br>ecrowder@sbplclaw.com | mcqueen@dwsd.org<br>skohn@chadbourne.com |
| ck445polc@yahoo.com | mdordeski@foleymansfield.com |
| claude.montgomery@dentons.com<br>mail@goodmanhurwitz.com | melanie.kotler@nortonrosefulbright.com<br>bgoodman@goodmanhurwitz.com |
| clrncsndrs@yahoo.com | melissa@demolaw.com |
| cobbm@detroitmi.gov | mfield@stroblpc.com |
| cphillips@miafscme.org | miag@michigan.gov |
| czucker@ermanteicher.com | mike.gearin@klgates.com |
| david.boyle@airgas.com<br>mkato@sachswaldman.com | Mike.Paslay@wallerlaw.com;<br>Ryan.Cochran@wallerlaw.com |
| David.Dubrow@arentfox.com<br>nayad@ayadlaw.com | mimilaurie@yahoo.com;<br>ltownse@detroitpubliclibrary.org |
| david.dubrow@arentfox.com;<br>mark.angelov@arentfox.com;<br>carol.cohen@arentfox.com | missnick64@hotmail.com<br>wilkins@bwst-law.com<br>hall@bwst-law.com |
| david.lemke@wallerlaw.com;<br>courtney.rogers@wallerlaw.com | MIStateTreasurer@michigan.gov |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| david.rosenzweig@nortonrosefulbright.com | mjkarwoski@alumni.nd.edu |
| dbeckwith@fosterswift.com | mnicholson@uaw.net |
| dbernstein@plunkettcooney.com | mnicholson@uaw.net; |
| dcopley@dickinsonwright.com | morris@silvermanmorris.com; avery@silvermanmorris.com |
| deisenberg@ermanteicher.com | msl@maddinhauser.com |
| Detroitinfo@kccllc.com | mtaunt@stroblpc.com |
| dfish@allardfishpc.com; tgraves@allardfishpc.com | mvanoverbeke@vmtlaw.com |
| dgheiman@jonesday.com; hlennox@jonesday.com; tawilson@jonesday.com | mwarner@coleschotz.com jgregg@btlaw.com jskalish@aol.com |
| Diaz@detroitpoa.com; | NicDun@detroitmi.gov |
| dlerner@plunkettcooney.com; plannen@plunkettcooney.com | paige.barr@kattenlaw.com |
| dmalcolm@miafscme.org | Pamkin@detroitmi.gov |
| dmcnamara344@aol.com | patel@dwsd.org |
| dmollicone@dmms.com | pcanzano@sidley.com |
| dmzack@mcalpinepc.com | pdibello@ca.ibm.com |
| DoluntS320@detroitmi.gov | pghosh@dwsd.org |
| dplon@sirlinlaw.com | phage@jaffelaw.com |
| dpoitras@jmbm.com | philphil48238@yahoo.com |
| dweiner@schaferandweiner.com | poam@poam.net |
| ecf@gudemanlaw.com | pra@vanguardians.org |
| ecf@kaalaw.com | presidentjan@aol.com |
| ecf@lassnerlaw.com | presidentlocal1227@hotmail.com |
| ecf@zaplc.com | princel@dteenergy.com |
| eduardo.rodriguez@bnymellon.com | proberts@shawfishman.com; rfishman@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mreiser@shawfishman.com |
| edunn@maxwelldunnlaw.com | pwhunt@kerr-russell.com |

3

| | |
|---|---|
| **Exhibit 1** Electronic Mail Service List | |
| Edwin.smith@bingham.com | rayguzall@attorneyguzall.com |
| edwin.smith@bingham.com; jared.clark@bingham.com; steven.wilamowsky@bingham.com; marcus.marsh@bingham.com nganatra@uaw.net nayad@ayadlaw.com | rdiehl@bodmanlaw.com |
| eerman@ermanteicher.com | rdpffa@hotmail.com |
| efeldman@clarkhill.com | Reesel@detroitmi.gov |
| ejessad@wwrplaw.com; mrjames@wwrplaw.com | rfrimmer@schiffhardin.com; mott@schiffhardin.com |
| emajoros@glmpc.com | rgordon@clarkhill.com |
| emcneil@miafscme.org | rplecha@lippittokeefe.com |
| enovetsky@jaffelaw.com | rrose@dykema.com |
| etashman@sidley.com; jbjork@sidley.com | sam.alberts@dentons.com nlabovitz@debevoise.com |
| express33@aol.com | Schneiderm7@michigan.gov |
| flanchers@michigan.gov; schneiderm7@michigan.gov | sdeeby@clarkhill.com swansonm@millercanfield.com |
| fusco@millercanfield.com | Sean.Cowley@usdoj.gov |
| gary.holtzer@weil.com; alfredo.perez@weil.com | senoritabonita@peoplepc.com jeff@iobillboard.com |
| gneal@sidley.com | sfarrell@dykema.com |
| gneal@sidley.com | sfoss@winston.com |
| green@millercanfield.com; laplante@millercanfield.com | sgross@mcdonaldhopkins.com ejr@morganmeyers.com |
| gvp1220@aol.com wwkannel@mintz.com awalker@mintz.com | sgrow@wnj.com; ddozeman@wnj.com; cash@wnj.com |
| HansberryM@detroitmi.gov | showell@dickinsonwright.com |
| hertzbergr@pepperlaw.com | simoliun@dwsd.org |
| Howard.Hawkins@cwt.com; lary.stromfeld@cwt.com | skhanna@berkre.com |
| howard@jacobweingarten.com mcto@debevoise.com | slevine@lowenstein.com; pgross@lowenstein.com |
| hsanders@miafscme.org | soconnor@glmpc.com |

4

| **Exhibit 1**<br>Electronic Mail Service List | |
|---|---|
| info@drcea.org<br>stoby@dykema.com | steveramadan@gmail.com |
| jbank@kerr-russell.com | summersm@ballardspahr.com |
| jbellman@jonesday.com | susan.brown5@usbank.com |
| jbendernagel@sidley.com | susan.jacobsen2@usbank.com |
| jbjork@sidley.com | swahl@schiffhardin.com |
| jcalton@honigman.com | swilson@dwsd.org |
| jcanzano@michworklaw.com | swolfson@wolfsonbolton.com;<br>akochis@wolfsonbolton.com |
| jcarter@sbsco.com | theda3t@yahoo.com |
| jcunningham@uaw.net | TL214teams@ameritech.net |
| jcunningham@uaw.net | tmayer@kramerlevin.com |
| jd@primeshares.com;<br>transfer@primeshares.com | tsable@honigman.com |
| jeatonf@cousenslaw.com | union836@yahoo.com |
| JenkinsH@detroitmi.gov | vgflawyer@sbcglobal.net |
| wwkannel@mintz.com;<br>awalker@mintz.com | william.miller@iuoe324.org |
| yo@osbig.com | wsmith@mwe.com |
| youngM604@detroitmi.gov;<br>Polo4491@aol.com | wsmith@mwe.com;<br>ncoco@mwe.com |

**Exhibit 2**
First Class Mail Service List

| | |
|---|---|
| AFSCME Local #0023<br>Attn: Robert Stokes<br>600 W. Lafayette, Ste. 134<br>Detroit, MI 48226 | IBM Credit LLC<br>Andy Gravina<br>Special Handling Group MD NC317<br>6303 Barfield Rd NE<br>Atlanta, GA 30328 |
| AFSCME Local #1642<br>Attn: Gina Thompson-Mitchell<br>600 W. Lafayette, Ste. L – 123<br>Detroit, MI 48226 | The City of Detroit<br>Attn: Kevyn D. Orr, Emergency Manager<br>Coleman A. Young Municipal Center<br>2 Woodward Ave, Suite 1126<br>Detroit, MI 48226 |
| Detroit Police Benefit and Protective Association<br>Attn: Delbert R. Jennings, Sr.<br>3031 W. Grand Boulevard<br>Suite 405<br>Detroit, MI 48202 | The City of Detroit<br>Attn: Corporation Counsel<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue<br>Fifth Floor<br>Detroit, MI 48226 |
| The Office of the Governor of the State of Michigan<br>Governor Rick Snyder<br>P.O. Box 30013<br>Lansing, MI 48909 | Field Engineers Association<br>Attn Larry Hart<br>PO Box 252805<br>West Bloomfield, MI 48325 |
| Office of the United States Trustee<br>Daniel McDermott<br>211 West Fort Street Suite 700<br>Detroit, MI 48226 | Detroit Firemen's Fund Association<br>Attn: Kim Fett<br>250 W. Larned Street, Suite 202<br>Detroit, MI 48226 |
| AFSCME Local #0312<br>Attn: Phillip Douglas<br>14022 Linwood<br>Detroit, MI 48238 | |