UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                   Chapter 9
                                                         Case No. 13-53846
City of Detroit, Michigan,                               Hon. Steven W. Rhodes

      Debtor.
_____/

Notice of Hearing and Deadlines Regarding
Debtor's Assumption Motion (Dkt. #17 corrected by #157),
Motion to Approve Post-Petition Financing (Dkt. #1520), and
Related Evidentiary Motions (Dkt. #893, #933, #935, #944 and #954)

      Notice is given that an evidentiary hearing shall be held on December 10, 2013, at 9:00 a.m., in Courtroom 100, Theodore Levin U.S. Courthouse, 231 West Lafayette Blvd., Detroit, Michigan, on the following matters:

> [Dkt. #17, #157] Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief

> [Dkt. #1520] Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922, (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Super Priority Claim Status and (III) Modifying Automatic Stay

      A hearing on the following related evidentiary motions shall also be held on December 10, 2013 at 9:00 a.m.:

> [Dkt. #893] Debtor's Motion in Limine to Exclude Testimony of Alexandra Schwarzman

> [Dkt. #933] The Objectors' Motion in Limine to Preclude Debtor From Offering Evidence Regarding The Likelihood of Success, Complexity, and Expense of Claims The City Seeks to Settle With The Forbearance and Optional Termination Agreement

[Dkt. #935] The Objectors' Motion in Limine to Preclude Debtor From Offering Evidence Regarding The City's Need to Obtain Casino Revenues in Connection With its Debtor-in-Possession Financing Efforts

[Dkt. #944] Interested Party David Sole's Motion in Limine to Exclude Testimony of Saqib Bhatti

[Dkt. #954] The Objectors' Motion to Admit Certain Deposition Testimony of Kevyn Orr and Kenneth Buckfire

Any responses to the evidentiary motions shall be filed by noon on December 4, 2013.

Any replies in support of the assumption motion or the evidentiary motions shall be filed by noon on December 4, 2013.

Additional hearing dates for the evidentiary hearing shall be December 11-12, 2013, from 9:00 a.m. to 5:00 p.m., as needed.

.

**Signed on November 07, 2013**

                                            /s/ Steven Rhodes
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**