## SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

| | |
|---|---|
| Exhibit 1 | Proposed Order |
| Exhibit 2 | Notice of Motion and Opportunity to Object |
| Exhibit 3 | Brief in Support of Motion for Relief from Stay |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | None |
| Exhibit 6-1 | Correspondence with City of Detroit and Physician Statements |
| Exhibit 6-2 | Copy of Complaint in Prepetition Action |
| Exhibit 6-3 | Copy of Advisacare's Motion to Intervene |