# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Case No. 13-53846
                                          Chapter 9
CITY OF DETROIT, MICHIGAN,
                                          Hon. Steven W. Rhodes
          Debtor.

## ORDER FOR RELIEF FROM STAY
## RE: BRENDAN MYLEWSKI AND ADVISACARE
## HEALTH CARE SOLUTIONS

The Motion of Brendan Mylewski and Advisacare Health Care Solutions, Inc. for Relief from the Automatic Stay ("**Motion**"), having come before the Court; the Court finding that LBR 9014 provides for the entry of an order if a response has not been filed within fourteen (14) days after the service of the Motion; and the Court finding that no response has been filed within fourteen (14) days; and the Court independently finding cause to grant the Motion has been demonstrated,

**NOW, THEREFORE, IT IS ORDERED** that the stay is modified so as to allow Movant Brendan Mylewski to go forward with the Wayne County Circuit Court Case No. 12-011731-CK against the Debtor (the "**Action**").

**IT IS FURTHER ORDERED** that the stay is modified insofar as necessary to allow Movant Advisacare Health Care Solutions, Inc. to seek permission from the Wayne County Circuit Court to intervene in the Action.

U:\101\101720\004\BK\Order For Relief 10-22-13.Docx:kjh