# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No. 13-53846
Chapter 9

Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2013, I served the following Papers: Motion of Brendan Mylewski and Advisacare Health Care Solutions for Relief from the Automatic Stay with attachments, on the following party at the following address:

### CITY OF DETROIT – VIA ECF

**RHOADES MCKEE PC**
Attorneys for Advisacare Health Care Solutions, Inc.

Dated: November 7, 2013

By: /s/ *Harold E. Nelson*
Harold E. Nelson (P-27974)
Business Address:
161 Ottawa, N.W., Suite 600
Grand Rapids, MI 49503
Phone: (616) 235-3500
E-Mail: ecf-hen@rhoadesmckee.com