# EXHIBIT 5

## AFFIDAVITS

NONE.