# EXHIBIT 6-1

POLICE AND FIRE
RETIREMENT SYSTEM
OF THE
CITY OF DETROIT

2 WOODWARD AVE. STE. 908
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•8522

235945

August 9, 2011

Brendan Milewski
12289 Parkside Circle
Washington Township, Michigan 48094

On Thursday, July 21, 2011, the Board of Trustees approved your application for Duty Disability Retirement, effective August 14, 2011. Your monthly retirement allowance will be approximately $2,957.61, and your first check, covering the period August 14, 2011, through September 30, 2011, will be mailed to you on or about October 1, 2011.

Employees disabled due to their employment are eligible for Workers' Compensation benefits pursuant to State Law. However, Michigan Law and Pension Provisions do not allow a disabled police officer or a disabled fire fighter to receive both a charter-authorized disability pension benefit and a Workers' Compensation benefit. Generally, an election must be made by the disabled employee as to which benefit will be paid. The disability benefit in the Defined Benefit Plan of the Retirement System is in the nature of and in lieu of Worker's Compensation. The recipient should consult a tax advisor with respect to the tax treatment of these benefits.

In accordance with the contractual language governing your Duty Disability Retirement, you will be contacted for re-examination purposes and to verify outside earned income. Failure to report for any re-examination or report any earnings will result in the WITHHOLDING of your pension check(s).

Any and all medical bills you incur, which are a direct result of your disability, should be submitted to the City Worker Compensation Office, 611 Coleman A. Young Municipal Center, Detroit MI 48226. Also, should you require authorization to seek medical attention regarding your disability, contact Joan Sikora (of the City Worker Compensation Office) at 224/3391.

Sincerely,

*Walter Stampor*

Walter Stampor, Executive Secretary



CITY OF DETROIT
FINANCE DEPARTMENT
RISK MANAGEMENT DIVISION

COLEMAN A. YOUNG
MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 611
DETROIT, MICHIGAN 48226
PHONE 313•224•2282
FAX 313•224•4247
WWW.DETROITMI.GOV

December 4, 2012

Brendan Milewski
12289 Parkside Cir.
Washington Twp, MI 48094

Re:   Attendant Care

Dear Mr. Milewski:

Attendant care is a benefit that is provided by the City of Detroit regarding your duty-related injury. But the benefit is only available when supported by medical documentation provided by your treating physician (Dr. Horn). I faxed Dr. Horn November 14, 2012 requesting your current attendant care needs. I was informed that Dr. Horn would not be in his office until November 20, 2012. I spoke to Dr. Horn November 20, 2012 and he stated he could not determine your current attendant care needs because he hasn't seen you since May 2012.

The attendant care benefit will be suspended until Dr. Horn evaluates you and sends your updated medical documentation as well as your current attendant care needs.

Thank you,

Yolanda Carter
Workers' Compensation Specialist

cc:   Dr. Horn, University Physicians
      Christine Greig, City of Detroit Law Department
      Jami Jones, Attorney
      File

DEC 05 2012

## FRANK R. LANGTON & ASSOCIATES, P.C.
Attorneys at Law
Macomb Trial Lawyers Building
33200 Dequindre, Suite 100
Sterling Heights, Michigan 48310-5916

Douglas J. Maskin
Charles E. Langton*
Francis A. Amicone
Brian M. Longman

Of Counsel
Frank R. Langton
Regina L. Meo
Kim M. Hudson
Jami Witbeck Jones
William T. Nahikian
*Also admitted in the District of Columbia

Telephone (586) 268-8200

Facsimile
(586) 268-8518
Email: info@langtonlaw.com

Celeste Brenz
Office Manager

December 18, 2012

City of Detroit Fire Medical
Attn: Yolanda Daily-Carter
Municipal Center
2 Woodward Ave., Suite 308
Detroit, MI 48226

Re: Brendan Milewski

Dear Ms. Daily Carter:

I am in receipt of your correspondence dated December 4, 2012. Mr. Milewski no longer sees Dr. Horn. He is now seeing Dr. Steven Hinderer, who is prescribing his attendant care.

If you have any further questions or comments, please do not hesitate to contact me. Thank you.

Very truly yours,

JAMI WITBECK JONES

JWJ/ses

cc: Christine Greig, Attorney at Law

**WAYNE STATE University Physician Group**

**DEPARTMENT OF PHYSICAL MEDICINE & REHABILITATION**
☐ 18181 Oakwood Blvd., Ste. 411 • Dearborn, MI 48124 • (313) 438-7373 • Fax (313) 438-7375
☑ 44000 W. Twelve Mile Rd., Ste. 205 • Novi, MI 48377 • (248) 465-0100 • Fax (248) 465-0107
☐ 14585 Northline • Southgate, MI 48195 • (734) 284-0865 • Fax (734) 284-1628

☑ Steven Hinderer, M.D. - NPI#1619915782
☐ Jay Meythaler, M.D. - NPI#1346287828
☐ Annette DeSantis, M.D. - NPI#1730135492
☐ Parmod Mukhi, M.D. - NPI#1144215492
☐ Michael Yoshida, M.D. - NPI#1871545244
☐ Kristine Freese, PAC - NPI#1558385401

DATE: 7/02/12

Dx CODE: 344.1

PATIENT NAME: Brendan Mulewski

℞ Attendant Care 8 hours/day; 7 days/week for 3 months

SIGNATURE: _Steven R Hinderer_

Dr. Jay Meythaler M.D.
Dr. Steven Hinderer M.D.
Kristina Freese PA-C

## DEPARTMENT OF PHYSICAL MEDICINE AND REHABLITATION

Date: 01/21/13      Dx Code: T4 paraplegia 344.1

Patient Name: Brendan Milewski

✓ CASE MANAGEMENT SERVICES _____ x 3 months

✓ ATTENDANT CARE 8-16 HRS PER DAY 7 DAYS PER/WK 3 months

✓ REPLACEMENT SERVICES _____ DURATION _____

✓ TRANSPORTATION SERVICES _____ x _____

____ NEURO-OPTHAMOLOGY EVALUATION

____ NEUROPSYCHOLOGY TESTING

____ PHYSCOLOGY EVAL AND TREAT

SIGNATURE Steven R Hinderer MD        DATE 01/21/13
NPI 1619915782