UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846
        Chapter 9

CITY OF DETROIT, MICHIGAN,

        Hon. Steven W. Rhodes

        Debtor.

## STATEMENT REGARDING CORPORATE OWNERSHIP

There are no entities that directly or indirectly own 10% or more of any class of the equity interest of Advisacare Health Care Solutions, Inc. ("**Advisacare**"). Advisacare is the co-movant in the Motion of Brendan Mylewski and Advisacare Health Care Solutions, Inc. for Relief from the Automatic Stay.

Dated: November 7, 2013

**RHOADES MCKEE PC**
Attorneys for Advisacare Health Care Solutions, Inc.

By: _/s/ Harold E. Nelson_
   Harold E. Nelson (P-27974)
Business Address:
   161 Ottawa, N.W., Suite 600
   Grand Rapids, MI 49503
   (616) 235-3500