# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## NOTICE OF WITHDRAWAL OF JOINDER OF ASSURED GUARANTY MUNICIPAL CORP. IN THE MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. FOR AUTHORITY TO ISSUE DOCUMENT AND DEPOSITION SUBPOENAS TO THE DEBTOR, THE EMERGENCY MANAGER, AND CERTAIN OF THE DEBTOR'S ADVISORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Assured Guaranty Municipal Corp., formerly known as Financial Security Assurance Inc., a creditor and party in interest in the chapter 9 case of the City of Detroit, Michigan, by and through its undersigned counsel, hereby withdraws its Joinder in the Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 1545] (the "Joinder"). This withdrawal is made because the Joinder will promptly be re-filed on the docket using the event code "Concurrence."

Dated: November 7, 2013   **CHADBOURNE & PARKE LLP**
New York, New York

By: /s/ Lawrence A. Larose
Lawrence A. Larose
Samuel S. Kohn
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
llarose@chadbourne.com
skohn@chadbourne.com

*Counsel for Assured Guaranty Municipal Corp.*