UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:　　　　　　　　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　　13-53846-swr

City of Detroit, Michigan　　　　　　　　Judge Rhodes

Debtor(s)
_____/

## STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO U.S. BANK NATIONAL ASSOCIATION AS SERVICER FOR MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY

The City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and U.S. Bank National Association as Servicer for Michigan State Housing Development Authority ("Creditor"), by and through its counsel, Schneiderman & Sherman, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit A**.

Approved for entry:

DATED: November 7, 2013

| | |
|---|---|
| ___/s/ Brett A. Border _____ | /s/Eric D. Carlson____ |
| Brett A. Border (P65534) | Eric D. Carlson (P60277) |
| Schneiderman & Sherman, P.C. | MILLER, CANFIELD, PADDOCK & |
| Attorney for Creditor | STONE, P.L.C. |
| 23938 Research Drive #300 | 150 West Jefferson |
| Farmington Hills, MI 48335 | Suite 2500 |
| (248) 539-7400 | Detroit, Michigan 48226 |
| bborder@sspclegal.com | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | carlson@millercanfield.com |

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 9 |
| | 13-53846-swr |
| City of Detroit, Michigan | Judge Rhodes |
| Debtor(s) | |
| _____/ | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO U.S. BANK NATIONAL ASSOCIATION AS SERVICER FOR MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY

This matter having come before this Court on the Motion for Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and U.S. Bank National Association as Servicer for Michigan State Housing Development Authority ("Creditor"), by and through its counsel, Schneiderman & Sherman, P.C., having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow Creditor, its successors or assigns, to foreclose on the property known as 10045 Longacre, Detroit, MI 48227, legal description NORTH 18 FEET OF LOT 69, AND SOUTH 27 FEET OF LOT 70, AND ½ OF VACANT ALLEY ADJOINING IN REAR, PEARSON'S SOUTHFIELD ROAD SUBDIVISION, AS RECORDED IN LIBER 55, PAGE 56 OF PLATS, WAYNE COUNTY

RECORDS; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by Creditor on the Debtor and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.