# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

## CERTIFICATE OF SERVICE

Brendan G. Best states that on November 7, 2013, he did serve a copy of *Ambac Assurance Corporation's Joinder in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction* (Docket No. 1574) to the parties listed on the attached list *via* (1) electronic mail or (2) U.S. mail by clearly addressing as stated with sufficient postage thereon and mailing in a mailbox from the City of Bloomfield Hills, Michigan.

Respectfully Submitted,

SCHAFER AND WEINER, PLLC

November 7, 2013

/s/ BRENDAN G. BEST (P66370)
DANIEL J. WEINER (P32010)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

and

CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 BROADWAY
NEW YORK, NY 10019
(212) 484-3900

Counsel for Ambac Assurance Corporation

| | | |
|---|---|---|
| A. Stephen Ramadan PLC<br>A Stephen Ramadan P41892<br>22201 Harper Ave Ste 102<br>St Clair Shores, MI 48080 | AFSCME Council #25<br>Attn: Albert Garrett<br>1034 N. Washington<br>Lansing, MI 48906 | AFSCME Council #25<br>Attn: Albert Garrett<br>600 W. Lafayette, Ste. 500<br>Lansing, MI 48906 |
| AFSCME Council #25<br>Attn: Ed McNeil<br>600 W. Lafayette, Ste. 500<br>Detroit, MI 48226 | AFSCME Council #25<br>Attn: Catherine Phillips<br>600 W. Lafayette, Ste. 500<br>Detroit, MI 48226 | AFSCME Council #25<br>Attn: DeAngelo Malcolm<br>600 W. Lafayette, Ste. 500<br>Detroit, MI 48226 |
| AFSCME Local # 6087<br>Attn: Clarence Sanders<br>2633 Michigan Avenue<br>Detroit, MI 48216 | AFSCME Local #0023<br>Attn: Robert Stokes<br>600 W. Lafayette, Ste. 134<br>Detroit, MI 48226 | AFSCME Local #0062<br>Attn: Lacydia Moore-Reese<br>600 W. Lafayette, Ste. 150<br>Detroit, MI 48226 |
| AFSCME Local #0207<br>Attn: James Williams<br>600 W. Lafayette, Ste. L-106<br>Detroit, MI 48226 | AFSCME Local #0214<br>Attn: June Nickleberry<br>1301 E. Warren Avenue<br>Detroit, MI 48207 | AFSCME Local #0229<br>Attn: Zachary Carr<br>600 W. Lafayette, Ste. LR-08<br>Detroit, MI 48226 |
| AFSCME Local #0273<br>Attn: Scecilla Hunt<br>600 W. Lafayette, Ste. 140<br>Detroit, MI 48226 | AFSCME Local #0312<br>Attn: Phillip Douglas<br>14022 Linwood<br>Detroit, MI 48238 | AFSCME Local #0457<br>Attn: Laurie Walker<br>600 W. Lafayette, Ste. L – 104<br>Detroit, MI 48226 |
| AFSCME Local #0542<br>Attn: Phyllis McMillon<br>600 W. Lafayette, Ste. L – 101<br>Detroit, MI 48226 | AFSCME Local #0836<br>Attn: Robert Donald<br>600 W. Lafayette, Ste. 132<br>Detroit, MI 48226 | AFSCME Local #1023<br>Attn: Delia Enright<br>600 W. Lafayette, Ste. L-125<br>Detroit, MI 48226 |
| AFSCME Local #1206<br>Attn: Arlene Kirby<br>20400 Steel<br>Detroit, MI 48235 | AFSCME Local #1220<br>Attn: Gerald Thompson<br>600 W. Lafayette, Ste. 136<br>Detroit, MI 48226 | AFSCME Local #1227<br>Attn: Joseph Walter<br>P.O. Box 36314<br>Grosse Pointe Farms, MI 48236 |
| AFSCME Local #1642<br>Attn: Gina Thompson-Mitchell<br>600 W. Lafayette, Ste. L – 123<br>Detroit, MI 48226 | AFSCME Local #2394<br>Attn: Yalonda King<br>600 W. Lafayette, Ste. 110<br>Detroit, MI 48226 | AFSCME Local #2799<br>Attn: Yvonne Ross<br>600 W. Lafayette, Ste. 132<br>Detroit, MI 48226 |
| AFSCME Local #2920<br>Attn: Thomas Johnson II<br>600 W. Lafayette, Ste. 206<br>Detroit, MI 48226 | Airgas USA LLC<br>Mr David Boyle<br>259 Radnor-Chester Rd Ste 100<br>PO Box 6675<br>Radnor, PA 19087-8675 | Allard & Fish PC<br>Deborah L Fish and Timothy R. Graves<br>2600 Buhl Bldg<br>535 Griswold<br>Detroit, MI 48226 |
| Amalgamated Transit Union, Division 26<br>Attn: Henry Gaffney<br>716 Lothrop<br>Detroit, MI 48202 | American Federation of State, County & Municipal Employees, AFL-CIO<br>William Lurye Matthew Stark Blumin & Michael Artz<br>1101 17th Street NW, Suite 900<br>Washington, DC 20036 | Andrew J Gerdes PLC<br>Andrew J Gerdes<br>321 W Lake Lansing Rd<br>PO Box 4190<br>East Landing, MI 48826-4190 |

| | | |
|---|---|---|
| Arent Fox LLP<br>Carol Connor Cohen & Caroline Turner English<br>1717 K St NW<br>Washington, DC 20036-5342 | Arent Fox LLP<br>David L Dubrow<br>1675 Broadway<br>New York, NY 10019 | Arent Fox, LLP<br>Attn: David Dubrow, Esq. & Mark A Angelov<br>1675 Broadway<br>New York, NY 10019 |
| Arnold & Porter LLP<br>Lisa Hill Fenning<br>777 S Figueroa St No 4400<br>Los Angeles, CA 90017 | Assistant Attorney General Solicitor General and Deputy Solicitor General<br>Michael R Bell John J Bursch and B Eric Restuccia<br>PO Box 30754<br>Lansing, MI 48909 | Assistant Supervisors of Street Maintenance & Construction Association<br>Attn: Herbert Jenkins<br>2633 Michigan Avenue<br>Detroit, MI 48216 |
| Association of City of Detroit Supervisors<br>Attn: Richard King<br>8651 Fenkell<br>Detroit, MI 48238 | Association of Detroit Engineers<br>Attn: Sanjay M. Patel<br>P.O. Box 2241<br>Detroit, MI 48231 | Association of Municipal Engineers<br>Attn: Partho Ghosh<br>9300 W. Jefferson NAB #420<br>Detroit, MI 48209 |
| Association of Municipal Inspectors<br>Attn: Michael Neil<br>P.O. Box 15475<br>Detroit, MI 48215 | Association of Professional & Technical Employees<br>Attn: Dempsey Addison<br>2727 Second Ave., Ste. 152<br>Detroit, MI 48202 | Association of Professional Construction Inspectors<br>Attn: Juanita Sanders<br>2727 Second Ave., Ste. 314B<br>Detroit, MI 48201 |
| Attorney General Bill Schuette<br>Cadillac Place, 10th Floor<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Ayad Law PLLC<br>Nabih H Ayad<br>2200 Canton Ctr Rd Ste 220<br>Canton, MI 48187 | Ballard Spahr LLP<br>Vincent J Marriott<br>1735 Market St<br>Philadelphia, PA 19103 |
| Ballard Spahr LLP<br>Matthew G Summers<br>919 N Market St 11th Fl<br>Wilmington, DE 19801 | Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>Kimberly J Robinson<br>200 W Madison St Ste 3900<br>Chicago, IL 60606 | Barnes & Thornburg LLP<br>John T Gregg & Patrick E. Mears<br>171 Monroe Ave NW Ste 1000<br>Grand Rapids, MI 49503 |
| Berkshire Hathaway Assurance Corporation<br>Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer<br>100 First Stamford Place<br>Stamford, CT 06902 | Bingham McCutchen LLP<br>Attn: Edwin E. Smith, Esq.<br>One Federal Street<br>Boston, MA 02110-1726 | Bingham McCutchen LLP<br>Edwin E Smith Jared Clark Steven Wilamowsky & E Marcus Marsh<br>399 Park Ave<br>New York, NY 10022-4689 |
| Bodman PLC<br>Attn: Barbara A. Bowman, Esq.<br>201 West Big Beaver Road, Suite 500<br>Troy, MI 48084 | Bodman PLC<br>Brian R Trumbauer<br>1901 St Antoine St<br>6th Fl at Ford Field<br>Detroit, MI 48226 | Bodman PLC<br>Robert J Diehl Jr<br>1901 St Antoine St<br>6th Fl at Ford Field<br>Detroit, MI 48226 |
| Bredhoff & Kaiser PLLC<br>Andrew D Roth Jeffrey R Freund & Douglas L Greenfield<br>805 15th St NW Ste 1000<br>Washington, DC 20005 | Brooks Wilkins Sharkey & Turco PLLC<br>Matthew E Wilkins & Paula A Hall<br>401 S Old Woodward Ave Ste 400<br>Birmingham, MI 48009 | Building & Construction Trades Council<br>Attn: John Wallace<br>1640 Porter St.<br>Detroit, MI 48216 |
| Cadwalader Wickershame & Taft<br>Attn: Howard R. Hawkins, Jr., Esq. & Lary Stomfeld, Esq.<br>One World Financial Center<br>New York, NY 10281 | Cadwalader Wickershame & Taft<br>Attn: Mark C. Ellenberg Esq.<br>700 Sixth St NW<br>Washington, DC 20001 | Cadwalader Wickershame & Taft<br>Mark Ellenberg Howard Hawkins Lary Stromfeld & Jason Jurgens<br>One World Financial Center<br>New York, NY 10281 |

| Caralyce M Lassner JD PC<br>Caralyce M Lassner<br>8300 Hall Rd Ste 201<br>Utica, MI 48317 | Carson Fischer PLC<br>Attn Joseph M Fischer Robert<br>Weisberg & Christopher Grossman<br>4111 Andover Rd W 2nd Fl<br>Bloomfield Hills, MI 48302-1924 | Chadbourne & Parke LLP<br>Larry Larose and Sam Kohn<br>30 Rockefeller Center<br>New York, NY 10122 |
|---|---|---|
| Chase Paymentech LLC<br>Attn Lazonia Clark Business Analyst<br>14221 Dallas Pkwy Bldg II<br>Dallas, TX 75254 | City of Detroit Processing Center<br>c/o KCC<br>2335 Alaska Ave<br>El Segundo, CA 90245 | City of Detroit, Law Department<br>Mary Beth Cobbs<br>Assistant Corporation Counsel<br>2 Woodward Ave Ste 500<br>Detroit, MI 48226 |
| Clark Hill PLC<br>Robert D Gordon<br>151 S Old Woodward Ave Ste 200<br>Birmingham, MI 48009 | Clark Hill PLC<br>Shannon L Deeby<br>151 S Old Woodward Ave Ste 200<br>Birmingham, MI 48009 | Clark Hill PLC<br>Evan J Feldman<br>151 S Old Woodward Ave Ste 200<br>Birmingham, MI 48009 |
| Cohen Weiss and Simon LLP<br>Babette A Ceccotti Thomas N. Ciantra<br>& Peter D. DeChiara<br>330 W 42nd St<br>New York, NY 10036 | Cole Schotz Meisel Forman & Leonard PA<br>Michael D Warner<br>301 Commerce St Ste 1700<br>Fort Worth, TX 76102 | Constitutional Litigation Associates, PC<br>Hugh M Davis<br>450 W Fort St, Ste 200<br>Detroit, MI 48226 |
| Couzena Lansky Fealk Ellis Roeder & Lazar PC<br>Attn Jerry M Ellis<br>39395 W Twelve Mile Rd Ste 200<br>Farmington Hills, MI 48331 | Dawda, Mann, Mulcahy & Sadler, PLC<br>David A. Mollicone<br>39533 Woodward Ave Ste 200<br>Bloomfield Hills, MI 48304 | Dawda, Mann, Mulcahy & Sadler, PLC<br>Attn Jessica B Allmand<br>39533 Woodward Ave Ste 200<br>Bloomfield Hills, MI 48304-5103 |
| Dean & Fulkerson<br>Attn Kevin N Summers<br>801 W Big Beaver Rd Ste 500<br>Troy, MI 48084 | Debevoise & Plimpton LLp<br>My Chi To & M Natasha Labovitz<br>919 Third Ave<br>New York, NY 10022 | Demorest Law Firm, PLLC<br>Mark S Demorest & Melissa L Demorest<br>322 W Lincoln Ave<br>Royal Oak, MI 48067 |
| Denton US LLP<br>Carole Neville<br>1221 Ave of the Americas<br>New York, NY 10020 | Denton US LLP<br>Sam J Alberts<br>1301 K St NW Ste 600 East Tower<br>Washington, DC 20005-3364 | Detroit Fire Fighters Association Local 344<br>Attn: Daniel McNamara<br>243 W. Congress Ste. 644<br>Detroit, MI 48226 |
| Detroit Income Tax Investigators Association<br>Attn: Marcella Campbell<br>2 Woodward Ave., Ste. 1220<br>Detroit, MI 48226 | Detroit Police Command Officers Association<br>Attn: Steven Dolunt<br>P.O. Box 02625<br>Detroit, MI 48202 | Detroit Police Lieut. & Sergeants Association<br>Attn: Mark Young<br>28 W. Adams, Ste. 700<br>Detroit, MI 48226 |
| Detroit Firemen's Fund Association<br>Attn: Kim Fett<br>250 W. Larned Street, Suite 202<br>Detroit, MI 48226 | Detroit Housing Commission<br>Angela Williams<br>1301 E Jefferson Ave<br>Detroit, MI 48207 | Detroit Police Benefit and Protective Association<br>Attn: Delbert R. Jennings, Sr.<br>3031 W. Grand Boulevard, Suite 405<br>Detroit, MI 48202 |
| Detroit Police Officers Association<br>Attn: Mark Diaz<br>1938 E. Jefferson<br>Detroit, MI 48207 | Detroit Retired City Employees Association<br>Attn: Shirley V. Lightsey<br>P.O. Box 40713<br>Detroit, MI 48240 | Dib and Fagan PC<br>Barry S Fagan<br>Simeon Chisara Ohakpo<br>25892 Woodward Ave<br>Royal Oak, MI 48067-0910 |

| | | |
|---|---|---|
| Dickinson Wright PLLC<br>Dawn R Copley<br>500 Woodward Ave Ste 4000<br>Detroit, MI 48226-3425 | Dickinson Wright PLLC<br>Steven G Howell<br>500 Woodward Ave Ste 4000<br>Detroit, MI 48226-3425 | DOT Foremen's Association of America<br>Local 337<br>Attn: Nicholas Duncan<br>5776 Bluehill St.<br>Detroit, MI 48224 |
| DOT Foreperson's Association of America<br>Attn: Pamela King<br>1301 E. Warren Avenue<br>Detroit, MI 48207 | Downtown Development Authority<br>Athanasios Papapanos Glen W Long Jr and Rebecca Navin<br>500 Griswold Ste 2200<br>Detroit, MI 48226 | Downtown Development Authority<br>Brian Kott<br>Lewis & Munday PC<br>660 Woodward Ave Ste 2490<br>Detroit, MI 48226 |
| DTE Energy Company<br>Leland Prince<br>One Energy Plaza<br>688 WCB – Legal Department<br>Detroit, MI 48226 | Dykema Gossett PLLC<br>Ronald L Rose<br>39577 Woodward Ave Ste 300<br>Bloomfield Hills, MI 48304 | Dykema Gossett PLLC<br>Sherrie L Farrell<br>400 Renaissance Center<br>Detroit, MI 48243 |
| Dykema Gossett PLLC<br>Sheryl L Toby<br>39577 Woodward Ave Ste 300<br>Bloomfield Hills, MI 48304 | EMS Officers Association<br>Attn: James Gatteno<br>2150 Lancaster<br>Grosse Pointe Woods, MI 48236 | Erman Teicher Miller Zucker & Freedman PC<br>Earle I Erman & Julie Beth Teicher<br>400 Galleria Officentre Ste 444<br>Southfield, MI 48034 |
| Erman Teicher Miller Zucker & Freedman PC<br>Craig E Zucker<br>400 Galleria Officentre Ste 444<br>Southfield, MI 48034 | Erman Teicher Miller Zucker & Freedman PC<br>Barbara A Patek<br>400 Galleria Officentre Ste 444<br>Southfield, MI 48034 | Erman Teicher Miller Zucker & Freedman PC<br>David M Eisenberg<br>400 Galleria Officentre Ste 444<br>Southfield, MI 48034 |
| Faegre Baker Daniels LLP<br>Attn: Abby E. Wilkinson, Esq.<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901 | Field Engineers Association<br>Attn Larry Hart<br>PO Box 252805<br>West Bloomfield, MI 48325 | Foley & Mansfield PLLP<br>Merceded Varasteh Dordeski<br>130 E 9 Mile Rd<br>Ferndale, MI 48220 |
| Foster Swift Collins & Smith PC<br>Attn: John M. Kamins, Esq.<br>32300 Northwestern Hwy., Suite 230<br>Farmington Hills, MI 48334 | Foster Swift Collins & Smith PC<br>Dirk H Beckwith<br>32300 Northwestern Hwy Ste 230<br>Farmington Hills, MI 48334-1571 | Fulbright & Jaworski LLP<br>David A Rosenzweig<br>666 Fifth Ave<br>New York, NY 10103-3198 |
| Fulbright & Jaworski LLP<br>Melanie M Kotler<br>666 Fifth Ave<br>New York, NY 10103-3198 | General Retirement System of the City of Detroit<br>Attn: Michael J. VanOverbeke, Esq.<br>Interim General Counsel<br>Vanoverbeke, Michaud & Timmony, P.C. | Gold Lange & Majoros PC<br>Elias T Majoros<br>24901 Northwestern Hwy Ste 444<br>Southfield, MI 48075 |
| Gold Lange & Majoros PC<br>Sandra L Oconnor<br>24901 Northwestern Hwy Ste 444<br>Southfield, MI 48075 | Goodman & Hurwitz PC<br>William H Goodman<br>1394 E Jefferson Ave<br>Detroit, MI 48207 | Governor Rick Snyder<br>P.O. Box 30013<br>Lansing, MI 48909 |
| Gudeman & Associates PC<br>Edward J Gudeman<br>1026 E Eleven Mile Rd<br>Royal Oak, MI 48067 | Honigman Miller Schwartz and Cohn LLP<br>Judy B Calton<br>2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI 48226-3683 | Honigman Miller Schwartz and Cohn LLP<br>Joseph R Sgroi<br>2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI 48226 |

| | | |
|---|---|---|
| Honigman Miller Schwartz and Cohn LLP<br>E Todd Sable<br>2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI 48226 | Honigman Miller Schwartz and Cohn LLP<br>Arthur T Oreilly<br>2290 First National Bldg<br>600 Woodward Ave<br>Detroit, MI 48226-3506 | HP Enterprises Services LLC<br>Ayala Hassell<br>5400 Legacy Dr<br>Plano, TX 75024 |
| HP Enterprises Services LLC<br>Ken Higman<br>12610 Park Pl Ste 100<br>Cerritos, CA 90703 | I.U.O.E. Local 324<br>Attn: William Miller<br>500 Hulet Drive<br>Bloomfield Township, MI 48302 | IBM Corporation<br>Attn National Bankruptcy Coordinator<br>275 Viger East Ste 400<br>Montreal, QC H2X 3R7 Canada |
| IBM Credit LLC<br>Andy Gravina<br>Special Handling Group MD NC317<br>6303 Barfield Rd NE<br>Atlanta, GA 30328 | International Union, UAW<br>Michael Nicholson & Niraj R Ganatra<br>8000 E Jefferson Ave<br>Detroit, MI 48214 | Iron Mountain Information Management, LLC<br>Joseph Corrigan<br>745 Atlantic Ave 10th Fl<br>Boston, MA 2111 |
| Jacob & Weingarten, P. C.<br>Howard S Sher<br>2301 W Big Beaver Rd Ste 777<br>Troy, MI 48084 | Jaffe Raitt Heuer & Weiss PC<br>Attn Eric D Novetsky<br>27777 Frankling Rd Ste 2500<br>Southfield, MI 48034 | Jaffe Raitt Heuer & Weiss PC<br>Attn Paul R Hage<br>27777 Frankling Rd Ste 2500<br>Southfield, MI 48034 |
| Jaffe Raitt Heuer & Weiss PC<br>Attn Louis P Rochkind<br>27777 Frankling Rd Ste 2500<br>Southfield, MI 48034 | Jay S Kalish & Associates PC<br>Jay S Kalish<br>28592 Orchard Lake Road, Ste. 360<br>Farmington Hills, MI 48334 | Jeffer Mangels Butler & Mitchell LLP<br>David M Poitras<br>1900 Ave of the Stars 7th Fl<br>Los Angeles, CA 90067-4308 |
| Jeffery R Sieving<br>28423 Orchard Lake Rd Ste 200<br>Farmington Hills, MI 48334 | Jerome D Goldberg PLLC<br>Jerome D Goldberg<br>2921 E Jefferson Ste 205<br>Detroit, MI 48207 | Jones Day<br>David G. Heiman, Esq. Heather Lennox, Esq.<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114 |
| Jones Day<br>Jeffrey B. Ellman, Esq.<br>1420 Peachtree St., NE<br>Suite 800<br>Atlanta, GA 30309 | Jones Day<br>Brad B Erens<br>77 W Wacker<br>Chicago, IL 60601 | Jones Day<br>Bruce Bennett, Esq.<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071 |
| K&L Gates LLP<br>Michael J Gearin<br>925 Fourth Ave Ste 2900<br>Seattle, WA 98104-1158 | Katten Muchin Rosenman LLP<br>Paige E Barr<br>525 W Monroe Ste 1900<br>Chicago, IL 60661 | Katten Muchin Rosenman LLP<br>Joseph P Sieger<br>525 W Monroe Ste 1900<br>Chicago, IL 60661 |
| Katten Muchin Rosenman LLP<br>Kenneth E Noble<br>575 Madison Ave<br>New York, NY 10022-2585 | Katten Muchin Rosenman LLP<br>Karen B Dine & Kevin M Baum<br>575 Madison Ave<br>New York, NY 10022-2585 | Kerr Russell and Weber PLC<br>Jason W Bank<br>500 Woodward Ave Ste 2500<br>Detroit, MI 48226-3406 |
| Kerr Russell and Weber PLC<br>P Warren Hunt<br>500 Woodward Ave Ste 2500<br>Detroit, MI 48226-3406 | Kirkland & Ellis LLP<br>James HM Sprayregen PC Ryan Blaine Bennett & Stephen C Hackney<br>300 North LaSalle<br>Chicago, IL 60654 | Kirkland & Ellis LLP<br>Richardo I Kilpatrick<br>615 Griswold Ste 1708<br>Detroit, MI 48226-3985 |

| | | |
|---|---|---|
| Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer<br>1177 Avenue of the Americas<br>New York, NY 10036 | Kramer Levin Naftalis & Frankel LLP<br>Att Amy Caton<br>1177 Avenue of the Americas<br>New York, NY 10036 | Law Offices of Lee & Correll<br>Michael K Lee<br>24901 Northwestern Hwy Ste 113<br>Southfield, MI 48075 |
| Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Lippitt O Keefe PLLC<br>Att Ryan C Plecha<br>370 E Maple Rd 3rd Fl<br>Birmingham, MI 48009 | Lippitt O Keefe PLLC<br>Attn Brian O Keefe<br>370 E Maple Rd 3rd Fl<br>Birmingham, MI 48009 |
| Lowenstein Sandler LLP<br>Sharon L Levine & Phillip J Gross<br>65 Livingston Ave<br>Roseland, NJ 07068 | Maddin, Hauser, Wartell, Roth & Heller, P.C.<br>Michael S Leib<br>28400 Northwestern Hwy 3rd Fl<br>Southfield, MI 48034 | Mark H Cousens<br>John E. Eaton, Esq.<br>16261 Evergreen Rd Ste 110<br>Southfield, MI 48076 |
| Maxwell Dunn PLC<br>Attn Ethan D Dunn<br>26339 Woodward Ave<br>Huntington Woods, MI 48070 | McAlpine PC<br>David M Zack<br>3201 University Dr Ste 100<br>Auburn Hills, MI 48326 | McDermott Will & Emery LLP<br>Attn: William P. Smith, Esq.<br>227 West Monroe Street<br>Chicago, IL 60606 |
| McDermott Will & Emery LLP<br>William P Smith & Nathan F Coco<br>227 W Monroe St Ste 4700<br>Chicago, IL 60606 | McDonald Hopkins PLC<br>Stephen M Gross<br>39533 Woodward Ave Ste 318<br>Bloomfield Hills, MI 48304 | McDonald Hopkins PLC<br>Joshua A Gadharf<br>39533 Woodward Ave Ste 318<br>Bloomfield Hills, MI 48304 |
| McDonald Hopkins PLC<br>Jason L Weiner<br>39533 Woodward Ave Ste 318<br>Bloomfield Hills, MI 48304 | McKnight McClow Canzano Smith & Radtke PC<br>John R Canzano<br>400 Galleria Officentre Ste 117<br>Southfield, MI 48034 | Michael J. Karwoski, Esq.<br>26015 Felicity Landing<br>Harrison Township, MI 48045 |
| Miller Canfield Paddock & Stone PLC<br>Stephen S LaPlante<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226 | Miller Canfield Paddock & Stone, PLC<br>Timothy A Fusco<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226 | Miller, Canfield, Paddock and Stone, P.L.C.<br>Jonathan S. Green, Esq. Stephen S. LaPlante Marc N. Swanson& Eric D Carlson<br>150 West Jefferson |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>William W Kannel & Adrienne K Walker<br>One Financial Center<br>Boston, MA 02111 | Morgan & Meyers PLC<br>Patricia Ramirez<br>c o Eric J Rosenberg<br>3200 Greenfield Ste 260<br>Dearborn, MI 48120-1802 | Morgan & Meyers PLC<br>Debra N Pospiech<br>3200 Greenfield Rd Ste 260<br>Dearborn, MI 48120 |
| Office of the United States Trustee<br>Daniel McDermott<br>211 West Fort Street Suite 700<br>Detroit, MI 48226 | Office of the United States Trustee<br>Sean Cowley<br>211 West Fort Street Suite 700<br>Detroit, MI 48226 | Office of the United States Trustee<br>Maria D Giannirakis<br>211 West Fort Street Suite 700<br>Detroit, MI 48226 |
| Orlans Associates, P.C<br>Caleb J. Shureb, Craig B. Rule, Elizabeth M. Abood-Carroll, Heather D. McGivern, and Heather M. Dickow<br>PO Box 5041<br>Troy, MI 48007 | Osipov Bigelman PC<br>Jeffrey H Bigelman<br>20700 Civic Center Dr Ste 420<br>Southfield, MI 48076 | Osipov Bigelman PC<br>Yuliy Osipov<br>20700 Civic Center Dr Ste 420<br>Southfield, MI 48076 |

| | | |
|---|---|---|
| Pepper Hamilton LLP<br>Robert S Hertzberg<br>4000 Town Center Ste 1800<br>Southfield, MI 48075 | Pepper Hamilton LLP<br>Deborah Kovsky-Apap<br>4000 Town Center Ste 1800<br>Southfield, MI 48075 | Pepper Hamilton LLP<br>Kay Standridge Kress<br>4000 Town Center Ste 1800<br>Southfield, MI 48075 |
| Plunkett Cooney<br>Douglas C Bernstein<br>38505 Woodward Ave Ste 2000<br>Bloomfield Hills, MI 48304 | Plunkett Cooney<br>David A. Lerner & Patrick C Lannen<br>38505 Woodward Avenue Ste 2000<br>Bloomfield Hills, MI 48304 | Police and Fire Retirement System of<br>the City of Detroit<br>Attn: Joseph E. Turner, Esq.<br>General Counsel<br>Clark Hill PLC<br>500 Woodward Avenue Ste 3500 |
| Police Officers Association of Michigan<br>Attn: John Barr<br>27056 Joy Rd.<br>Redford, MI 48239 | Police Officers Labor Council<br>Attn: Chet Kulesza<br>667 E. Big Beaver Rd. #205<br>Troy, MI 48083 | Police Officers Labor Council<br>Attn: Marvin Hansberry<br>518 Inkster Road<br>Dearborn Heights, MI 48127 |
| Police Officers Labor Council<br>Attn: Jan Zaleski<br>19360 St. Louis St.<br>Detroit, MI 48234 | Primeshares World Markets, LLC<br>261 5th Ave 22nd Fl<br>New York, NY 10016 | Raymond Guzall III PC<br>Raymond Guzall III<br>31555 W Fourteen Mile Rd Ste 320<br>Farmington Hills, MI 48334 |
| Retired Detroit Police and Fire Fighters<br>Association<br>Attn: Donald Taylor<br>252 E. 14 Mile Road<br>Sterling Heights, MI 48310 | Sachs Waldman PC<br>Mami Kato<br>2211 E Jefferson Ave Ste 200<br>Detroit, MI 48207 | Salans FMC SNR Denton Europe LLP<br>Claude Montgomery<br>620 Fifth Ave<br>New York, NY 10020 |
| Sanitary, Chemists & Technicians<br>Association<br>Attn: Saulius Simoliunas<br>2727 Second Ave. Rm. 314 – D<br>Detroit, MI 48201 | SBS Financial Products Company, LLC<br>Attn. John Carter<br>100 Wall Street<br>22nd Floor<br>New York, NY 10005 | Schafer and Weiner PLLC<br>Daniel J Weiner<br>40950 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 |
| Schafer and Weiner PLLC<br>Brendan G Best<br>40950 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | Schiff Hardin LLP<br>Suzanne L Wahl<br>350 S Main St Ste 210<br>Ann Arbor, MI 48104 | Schiff Hardin LLP<br>Rick L Frimmer & Matthew W Ott<br>233 S Wacker Dr Ste 6600<br>Chicago, IL 60606 |
| Schneider Miller PC<br>Kenneth M Schneider<br>645 Griswold Ste 3900<br>Detroit, MI 48226 | Schneiderman & Sherman PC<br>Brett A Border<br>23938 Research Dr Ste 300<br>Farmington Hills, MI 48335 | SEIU Local 517M<br>Attn: Yolanda Langston<br>1274 Library St.<br>Detroit, MI 48226 |
| Senior Accountants, Analysts &<br>Appraisers Association<br>Attn: Audrey Bellamy<br>65 Cadillac Square, Ste. 2905<br>Detroit, MI 48226 | Senior Water Systems Chemist<br>Association<br>Attn: Andrew Ross<br>2727 Second Ave. Rm. 311- A<br>Detroit, MI 48201 | Shaw Fishman Glantz & Towbin LLC<br>Robert M Fishman Peter J Roberts Ira<br>Bodenstein Gordon Gouveia David<br>Doyle and Marc Reiser<br>321 N Clark St Ste 800<br>Chicago, IL 60654 |
| Sidley Austin LLP<br>Attn: Jeffrey Bjork, Esq. & Eric D.<br>Tashman, Esq.<br>555 West Fifth Street<br>Los Angeles, CA 90013 | Sidley Austin LLP<br>Attn: Guy S. Neal, Esq.<br>1501 K Street, N.W.<br>Washington, DC 20005 | Sidley Austin LLP<br>Attn Guy S Neal<br>1501 K St NW<br>Washington, DC 20005 |

| | | |
|---|---|---|
| Sidley Austin LLP<br>Attn Jeffrey E Bjork<br>555 W Fifth St<br>Los Angeles, CA 90013 | Sidley Austin LLP<br>Attn James F Bendernagel<br>1501 K St NW<br>Washington, DC 20005 | Sidley Austin LLP<br>Attn Peter L Canzano<br>1501 K St NW<br>Washington, DC 20005 |
| Silverman & Morris PLLC<br>Thomas R Morris and Karin F. Avery<br>30500 Northwestern Hwy Ste 200<br>Farmington Hills, MI 48334 | Sirlin Lesser & Benson PC<br>Dana S Plon<br>123 S Broad St Ste 2100<br>Philadelphia, PA 19109 | Smith Katzenstein & Jenkins LLP<br>Kathleen M Miller<br>The Corporate Plaza<br>800 Delaware Ave Ste 1000<br>PO Box 410<br>Wilmington, DE 19899 |
| State of Michigan Chief Legal Counsel<br>Matthew Schneider<br>PO Box 30212<br>Lansing, MI 48909 | State of Michigan Revenue &<br>Collections Division<br>Steven B Flancher & Matther Schneider<br>Assistant Attorneys General<br>PO Box 30754<br>Lansing, MI 48909 | State Treasurer<br>Austin Building<br>430 W. Allegan Street<br>Lansing, MI 48922 |
| Stevenson & Bullock PLC<br>Charles D Bullock & Elliot G Crowder<br>26100 American Dr Ste 500<br>Southfield, MI 48034 | Strobl & Sharp PC<br>Attn Lynn M Brimer<br>300 E Long Lake Rd Ste 200<br>Bloomfield Hills, MI 48304 | Strobl & Sharp PC<br>Attn Meredith E Taunt<br>300 E Long Lake Rd Ste 200<br>Bloomfield Hills, MI 48304 |
| Strobl & Sharp PC<br>Attn Meredith E Taunt<br>300 E Long Lake Rd Ste 200<br>Bloomfield Hills, MI 48304 | Sylvia Jean Brown Jones<br>218 Elmshaven Dr<br>Lansing, MI 48917 | Teamsters Local #214<br>Attn: Joseph Valenti<br>2825 Trumbull Avenue<br>Detroit, MI 48216 |
| The Bank of New York Mellon Trust Company, National Association, as trustee<br>Attn: Eduardo Rodriguez<br>2 North LaSalle Street, Suite 1020<br>Chicago, IL 60602 | The City of Detroit<br>Attn: Kevyn D. Orr, Emergency Manager<br>Coleman A. Young Municipal Center<br>2 Woodward Ave Suite 1126<br>Detroit, MI 48226 | The City of Detroit<br>Attn: Corporation Counsel<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue<br>Fifth Floor<br>Detroit, MI 48226 |
| The Markowitz Law Office<br>Carolyn B Markowitz PC<br>30400 Telegraph Rd Ste 111<br>Bingham Farms, MI 48025 | The Sanders Law Firm PC<br>Herbert A Sander<br>615 Griswold St Ste 913<br>Detroit, MI 48226 | Thornbladh Legal Group PLLC<br>Kurt Thornbladh<br>7301 Schaefer<br>Dearborn, MI 48126 |
| U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator<br>Attn: Susan T. Brown<br>Senior Vice President and Manager | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator<br>Attn: Susan E. Jacobsen VP<br>Mail Station EP-MN-WS1D | U.S. Bank National Association, as trustee, for the Detroit Sewar and Water Bonds<br>Attn: Lawrence J. Bell<br>PD-OR-P6TD<br>Portland, OR 97204 |
| UAW - Local # 412<br>Attn: John Cunningham<br>27800 George Merrelli Dr.<br>Warren, MI 48092 | UAW - Local #212<br>Attn: John Cunningham<br>27800 George Merrelli Dr.<br>Warren, MI 48092 | UAW – PAA Local #2211<br>Attn: Robyn Brooks<br>660 Woodward Ave., Ste. 1650<br>Detroit, MI 48226 |
| UAW – WWTP Local #2200<br>Attn: Laurie Stuart<br>5201 Woodward Avenue<br>Detroit, MI 48202 | United Auto Workers Union<br>Attn: Michael Nicholson<br>800 E Jefferson Ave<br>Detroit, MI 48214 | Unites States Attorney<br>Julia A. Caroff, Asssitant US Attorney<br>211 W Fort St Ste 2001<br>Detroit, MI 48226 |

Utility Workers Union of America
Attn: James Harrison
P.O. Box 611260
Port Huron, MI 48061

Utility Workers Union of America Local #488
Attn: Carl Anderson
19315 Westmoreland
Detroit, MI 48219

Utility Workers Union of America Local #504
Attn: Curlisa Jones
5405 Railview Ct. - Apt. 166
Shelby Township, MI 48316

Utility Workers Union of America Local #531
Attn: Samuel Wilson
5274 Nottingham Rd.
Detroit, MI 48224

Vanessa G. Fluker, Esq., PLLC
Vanessa G Fluker
2921 E Jefferson Ste 200
Detroit, MI 48207

Vanguardians
Barry Allen
POB 11202
Glendale, CA 91226

Waller Lansden Dortch & Davis LLP
Attn: David E. Lemke, Esq. & Courtney Rogers
511 Union Street, Suite 2700
Nashville, TN 37219

Waller Lansden Dortch & Davis LLP
Michael R Paslay Ryan K Cochran
511 Union St Ste 2700
Nashville, TN 37219

Warner Norcross & Judd LLP
Stephen B Grow Douglas A Dozeman & Charles N Ash Jr
111 Lyon St NW Ste 900
Grand Rapids, MI 49503

Warner Norcross & Judd LLP
Charles N Ash Jr
111 Lyon St NW Ste 900
Grand Rapids, MI 49503

Weil, Gotshal & Manges LLP
Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Alfredo R Perez
700 Louisiana St Ste 1600
Houston, TX 77002

Weil, Gotshal & Manges LLP
Kelly DiBlasi
767 5th Ave
New York, NY 10153

William A. Wertheimer
30515 Timberbrook Ln
Bingham Farms, MI 48025

Williams Williams Rattner & Plunkett PC
Ernest J Essad Jr & Mark R James
280 N Old Woodward Ave Ste 300
Birmingham, MI 48009

Winston & Strawn LLP
Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman
200 Park Avenue
New York, NY 10166

Winston & Strawn LLP
Sarah T. Foss
1111 Louisiana 25th Fl
Houston, TX 77002-5242

Wolfson Bolton PLLC
Scott A Wolfson & Anthony J Kochis
3150 Livernois Ste 275
Troy, MI 48083

Woodley & McGillivary
Douglas L Steele
1101 Vermont Ave NW Ste 1000
Washington, DC 20005

Ziulkowski & Associates, PLC
Janet M. Ziulkowski
17001 19th Mile Rd Ste 1-D
Clinton Twp, MI 48038