Form ntchrg

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **11/27/13** at **09:00 AM** to consider and act upon the following:

*1341* – Motion / Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Enter into and Perform under Certain Transaction Documents with the Public Lighting Authority and (II) Granting Other Related Relief Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Summary of Attachments # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Form of Notice # 4 Exhibit 4 – Certificate of Service # 5 Exhibit 6.1 (C&F Agreement).Part 1 # 6 Exhibit 6.1 – (C&F Agreement).Part 2 # 7 Exhibit 6.1 – (C&F Agreement).Part 3 # 8 Exhibit 6.1 – (C&F Agreement).Part 4 # 9 Exhibit 6.2 – (O&M Agreement) # 10 Exhibit 6.3 – (Trust Agreement) # 11 Exhibit 6.4 – (Emergency Manager Order)) (Heiman, David)

Dated: 11/8/13

                BY THE COURT

                Katherine B. Gullo
                Clerk, U.S. Bankruptcy Court

                BY: christine sikula
                Deputy Clerk