OCT 1 1998

FIRST AMERICAN
TITLE INSURANCE COMPANY

Liber-30001    Page-1569.0
98412850LS  11/12/1998   10:32AM

1038481  JUN 09 2000

Liber-31810  Page-366

# RE-RECORD

## ASSIGNMENT OF MORTGAGE

MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES
MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY
401 S. Washington Square, P.O. Box 30044
Lansing, MI 48909

This form is issued under authority of Act 346 P.A. 1966. Execution of this form is required. Failure to execute this form may result in the denial of a mortgage loan by the Michigan State Housing Development Authority.

$4.00 REMONUMENTATION
$10.00 MORTGAGE
                    RECORDED
FOREST E. YOUNGBLOOD, REGISTER OF DEEDS
              WAYNE COUNTY, MI
Receipt #93864

KNOW ALL MEN BY THESE PRESENTS, That the undersigned for and in consideration of the sum of THIRTY SEVEN THOUSAND EIGHT HUNDRED AND NO/100---------- ($ 37,800.00 ) Dollars, lawful money of the United States of America, to it in hand paid by the Michigan State Housing Development Authority, a public body corporate and politic of the State of Michigan, whose address is 401 South Washington Square, Lansing, Michigan 48909 (hereafter referred to as the "Assignee"), the receipt whereof is hereby acknowledged, has sold, assigned and transferred, and hereby does sell, assign and transfer to the said Assignee, all its right, title and interest in and to a certain real estate mortgage, dated the 29th day of SEPTEMBER in the year 1997 made by

to FLAGSTAR BANK, FSB
and recorded in the office of the Register of Deeds for the County of    WAYNE
State of Michigan, in Liber  29753 30302   on Page  2955  85  , together with the mortgage note to which the same is collateral. Dated this  30th   day of   SEPTEMBER  1997

Signed in the presence of:

_Gladys Thomas_
GLADYS THOMAS

_Joanne Fisher_
JOANNE FISHER

FLAGSTAR BANK
By _[signature]_
DAWN M. MANSELL
Its:  VICE PRESIDENT

STATE OF MICHIGAN
County of  OAKLAND     ) ss.

On this  30th  day of  SEPTEMBER , 1997 , before me appeared DAWN M. MANSELL to me personally known, who, being by me duly sworn, did say that  SHE
is the  VICE PRESIDENT
of the  FLAGSTAR BANK
and that said instrument was signed and sealed on behalf of said corporation, by authority of its Board of Directors, and
acknowledged said instrument to be the free act and deed of said corporation.

My Commission Expires:  2-14-01

Notary Public  SARAH ANN JUDAS
OAKLAND  County, Michigan

Drafted By:  GLADYS THOMAS
2600 Telegraph Suite 100
Bloomfield Hills, mi 48302
SEE LEGAL ATTACHED.

After Recording Return To:
FLAGSTAR BANK
FINAL DOCS DEPT
2600 TELEGRAPH ROAD, SUITE 100
BLOOMFIELD HILLS, MI 48302-0968

## RE-RECORD

VMP-100(MI) (9701)        Dev 102 7/84
                         Amended 5/96
VMP MORTGAGE FORMS - (800)521-7291
Printed on Recycled Paper

F.E. Youngblood, W.C. RoD RDJOHCEL

Liber-30001  Page-1570.0
**RE-RECORD**

Liber-31810  Page-367

Lot 132, Hitchmans Redford Heights Sub, as Recorded in Liber 41, Page 52 of Plats, WCR 22/110560