

### city of DETROIT
The Official Web Site of the City Of Detroit

Logged in as: pmspc   Home  |  Change Unit  |  Add to Favorites  |  Profile  |  Logout  |  Help

**Additional Pages**
- General/Sales
- Buildings
- Images/Sketches

**Related Details...**
- Current Tax

Back to Main
View my Parcels

collapse the menu
Click this button to collapse the above menu to the top of the screen.

Main > Assessing System > Property and Land Search > Results > Details

## General Property Information
**Parcel:** 22110560.  **Unit:** CITY OF DETROIT

Printer friendly version
☐ Add to My Parcels

View this parcel on a map

**NOTE:** There are **0 images** and **0 sketches** attached to the current property.

### Property Address  [collapse]
15350 BENTLER
, 48223

### Owner Information  [collapse]
15350 BENTLER ST
DETROIT, MI 48223-1633

**Unit:** 01

### Taxpayer Information  [collapse]
SEE OWNER INFORMATION

### General Information for Tax Year 2013  [collapse]

| | | | |
|---|---|---|---|
| Property Class: | 401 - 401-RESIDENTIAL | Assessed Value: | $12,064 |
| School District: | D - DETROIT SCHOOLS | Taxable Value: | $12,064 |
| State Equalized Value: | $12,064 | Map # | 22 |
| DISTRICT | 8 | Date of Last Name Chg: | 08/27/2003 |
| | | Date Filed: | 09/30/1997 |
| | | Notes: | N/A |
| Historical District: | N/A | Census Block Group: | N/A |

| Principal Residence Exemption | June 1st | Final |
|---|---|---|
| | | - |
| 2013 | 100.0000 % | 100.0000 % |

### Land Information  [collapse]

| | Frontage | | Depth |
|---|---|---|---|
| Lot 1: | 42.00 Ft. | | 174.40 Ft. |
| Lot 2: | 0.00 Ft. | | 0.00 Ft. |
| Lot 3: | 0.00 Ft. | | 0.00 Ft. |
| Total Frontage: | 42.00 Ft. | Average Depth: | 174.40 Ft. |

Total Acreage: 0.17
Zoning Code:
Land Value: $1,782          Mortgage Code:
Land Improvements: $4,667   Lot Dimensions/Comments:   N/A
Renaissance Zone: NO
Renaissance Zone Expiration Date:

### Legal Information for 22110560.  [collapse]

E BENTLER 132 HITCHMANS REDFORD HEIGHTS SUB L41 P52 PLATS, W C R 22/463 42 X 174.4

## Sales Information

3 sale record(s) found.

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms Of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 09/01/1997 | $37,500.00 | TD | | | ARMS LENGTH | 92007:02390 |
| 08/01/1989 | $18,640.00 | WD | | | NQ | 24300:03050 |
| 11/01/1974 | $18,500.00 | WD | | | ARMS LENGTH | 00136:02270 |

☑ Load Building Information on this Page.

## Building Information

1 building(s) found.

| | Description | Floor Area | Yr Built |
|---|---|---|---|
| ⊟ | Residential Building 1 | 919 Sq. Ft. | 1950 |

### General Information

| | | | |
|---|---|---|---|
| Floor Area: | 919 Sq. Ft. | Estimated TCV: | N/A |
| Garage Area: | 280 Sq. Ft. | Basement Area | 907 Sq. Ft. |
| Foundation Size: | 907 Sq. Ft. | | |
| Year Built: | 1950 | Year Remodeled: | 0 |
| Occupancy: | Single Family | Class: | C |
| | | Tri-Level?: | NO |
| Percent Complete: | 100% | Heat: | Forced Air w/o Ducts |
| AC w/Separate Ducts: | NO | Wood Stove Add-on: | NO |
| Bedrooms: | 0 | Water: | N/A |
| Style: | SINGLE FAMILY | Sewer: | N/A |

**Area Detail** - Basic Building Areas

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| 1 Story | Full Bsmnt. | Siding | 907 Sq. Ft. | 1 Story |

**Area Detail** - Overhangs

| Height | Exterior | Area | Included in Size for Rates |
|---|---|---|---|
| 1 Story | Siding | 12 Sq. Ft. | NO |

### Basement Finish

| | | | |
|---|---|---|---|
| Recreation: | 0 Sq. Ft. | Recreation % Good: | 0 |
| Living Area: | 0 Sq. Ft. | Living Area % Good: | 0 |
| Walk Out Doors: | 0 | No Concrete Floor Area: | 0 Sq. Ft. |

### Plumbing Information

| | |
|---|---|
| 3-Fixture Baths: | 1 |

### Garage Information

#### Garage # 1

| | | | |
|---|---|---|---|
| Area: | 280 Sq. Ft. | Exterior: | Siding |
| Foundation: | 18 Inch | Common Wall: | Detached |
| Year Built: | 1987 | Finished?: | NO |
| Auto Doors: | 0 | Mech Doors: | 0 |

### Porch Information

| | | | |
|---|---|---|---|
| CGEP(1 Story): | 180 Sq. Ft. | Foundation: | Standard |

**\*\*Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.
Privacy Policy

