UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: City of Detroit, Michigan

Debtor
_____/

Plaintiff(s)
_____/

Defendant(s)
_____/

Case No. 13-53846-swr

Chapter 9

Hon. Rhodes

A.P. No. _____

## STATEMENT REGARDING OWNERSHIP OF U.S. BANK NATIONAL ASSOCIATION

☐ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: NONE
Address: _____

X There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This Statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: 2/04/13

*[signature]*
Signature of Authorized Individual

Patricia A Ludka

Vice President
Title

13-53846-tjt   Doc 1600-7   Filed 11/08/13   Entered 11/08/13 12:44:34   Page 1 of 1