UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Chapter 9

                                                      Case No. 13-53846

CITY OF DETROIT, MICHIGAN                             Hon. Steven W. Rhodes

                Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, I filed with the Court via the Court's CM/ECF System the following papers: **Unopposed Motion to Adjourn Hearing on Motion for Relief from Stay, Order Granting Unopposed Motion to Adjourn Hearing on Motion for Relief from Stay** and this **Certificate of Service**. The pleadings will be served on all parties who are required to receive service via the Court's Notice of Electronic Filing.

                                       /s/ Michael K. Lee
                                       MICHAEL K. LEE