# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Karen V. Newbury, an attorney, hereby certify that on November 8, 2013, I electronically filed a copy of the *Joinder of FMS Wertmanagement AöR to the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction*, with the Clerk of the Court using the ECF System, which will send notification of such filing to those attorneys registered to receive notices.

Respectfully submitted,

**SCHIFF HARDIN LLP**

By: */s/ Karen V. Newbury*
Karen V. Newbury
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Tel. 312-258-5500
knewbury@schiffhardin.com
*Attorneys for FMS Wertmanagement AöR*

CH2\13794841.1