| | |
|---|---|
| In the matter of | Case No. 13 53846 swr |
| THE CITY OF | HONORABLE STEVEN W. RHODES |
| DETROIT, MICHIGAN | |

INDIVIDUAL / CREDITOR / CLAIMANT HEIDI PETERSON'S
MEMORANDUM OF MATERIALS SUPPORTING CLAIM

There are attached to and made a part of this Memorandum Of Materials Supporting Claim the several exhibits submitted by Heidi Peterson and the voice recording of her position that had Peterson spoken at hearing September 19, 2013, she herself would have presented to the court.

The voice recording is attached as a wav file. The other materials are submitted as pdf files grouped in such a way as to not exceed the maximum size allowed for filing.

Peterson's beautiful home was stripped by a squatter who had formerly occupied the home as a tenant of Peterson. Police refused to charge the squatter criminally. Peterson sued for losses. It was Peterson's suit against among others the City of Detroit and the Detroit Police which said suit was stayed by the instant bankruptcy filing. To this day no prosecuting authority at any level city, state, or federal, is willing to bring a criminal action against the squatter.

The Court is urged to examine and consider the attached materials.

Further these materials are directed to the appropriate persons through the attorneys for the Chapter 9 debtor, David Heiman at Jones Day, Attorneys at Law, 901 Lakeside Avenue, Cleveland, Ohio 44114.

Dated: 11/09/2013

CHARLES BRUCE IDELSOHN
By: /s/Charles Bruce Idelsohn
Charles Bruce Idelsohn (P36799)
P.O. BOX 856
Detroit, MI 48231
(586) 450-0128
charlesidelsohnattorney@yahoo.com