UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————

In re:                                    Case No. 13-53846
                                          Chapter 9
CITY OF DETROIT, MICHIGAN,
                                          Hon. Steven W. Rhodes
            Debtor.

## CORRECTED
### NOTICE AND OPPORTUNITY TO OBJECT RE: MOTION OF BRENDAN MYLEWSKI AND ADVISACARE HEALTH CARE SOLUTIONS (COLLECTIVELY "MOVANTS") FROM STAY AND REQUEST FOR ENTRY OF AN ORDER WAIVING PROVISIONS OF FED. R. BANKR. P. 4001(A)(3)

Jami Jones, PLLC and Rhoades McKee PC have filed papers with the Court to Request Relief from Stay and Request for Entry of an Order Waiving Provisions of Fed. R. Bankr. P. 4001(a)(3).

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

You must also mail a copy to:

Jami W. Jones
JAMI JONES, PLLC
33200 Dequindre, Suite 100
Sterling Heights, MI 48310
(586) 268-8200

Harold E. Nelson
RHOADES MCKEE PC
161 Ottawa, N.W., Suite 600
Grand Rapids, MI 49503
(616) 235-3500

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

|  | **JAMI JONES, PLLC** |
|---|---|
|  | Attorneys for Brendan Milewski |
|  | By: _/s/ Jami W. Jones_ |
| Dated: November 11, 2013 | Jami W. Jones (P-64720) |
|  | Business Address: |
|  | 33200 Dequindre, Suite 100 |
|  | Sterling Heights, MI 48310 |
|  | (586) 268-8200 |
|  | **RHOADES MCKEE PC** |
|  | Attorneys for Brendan Milewski |
| Dated: November 11, 2013 | By: _/s/ Harold E. Nelson_ |
|  | Harold E. Nelson (P-27974) |
|  | Business Address: |
|  | 161 Ottawa, N.W., Suite 600 |
|  | Grand Rapids, MI 49503 |
|  | (616) 235-3500 |