# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

---

**Order Party: Name, Address and Telephone Number**

Name _____Courtney Rogers_____

Firm _____Waller Lansden Dortch & Davis, LLP_____

Address __511 Union Street, Suite 2700_____

City, State, Zip ___Nashville, TN 37219_____

Phone _____(615) 850-8583_____

Email
    courtney.rogers@wallerlaw.com

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number: 13-53846**

**Chapter: 9**

**Hearing Judge: Hon. Steven Rhodes**

**x Bankruptcy __Adversary**

**__Appeal     Appeal No: _____**

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 11/8/2013___ Time of Hearing: 9:00 a.m.___ Title of Hearing: Eligibility Objections**

Please specify portion of hearing requested:   **X Original/Unredacted**    □ Redacted    □ Copy
(2nd Party)

□ Entire Hearing    □ Ruling/Opinion of Judge    □ Testimony of Witness    **x Other**

Special Instructions: __Closing arguments_____

---

**Type of Request:**

□ Ordinary Transcript - $3.65 per page (30 calendar days)

□ 14-Day Transcript - $4.25 per page (14 calendar days)

**x** Expedited Transcript - $4.85 per page (7 working days)

□ CD - $30; FTR Gold format (You must download the free
    FTR Record Player™ onto your computer from
    www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                 Date        By

Order Received:

Transcript Ordered:

Transcript Received:

---

**Signature of Ordering Party:**

__ /s/ Courtney Rogers    Date: 11/11/2013_____
By signing, I certify that I will pay all charges upon completion
of the transcript request.