UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

CITY OF DETROIT, MICHIGAN,          Chapter 9
                                               Case No. 13-53846-swr
       Debtor.                               Hon. Steven W. Rhodes
_____/

**EX PARTE ORDER TO TO ADJOURN HEARING ON THOMAS GERALD MOORE'S MOTION (DOC. #1035) FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW CIVIL LITIGATION TO PROCEED FOR DISCOVERY PURPOSES AND/OR TO RECOVER ANY INSURANCE COVERAGE UNDER DEFENDANTS' HOMEOWNERS INSURANCE POLICIES**

      This matter having come before the Court on the Thomas Gerald Moore's Motion for an Ex Parte Order to Adjourn the Hearing on his Motion For Relief from the Automatic Stay to Allow Civil Litigation to Proceed for Discovery Purposes and/or To Recover Any Insurance Coverage under the Defendants' Homeowners Insurance Policies (Doc. #1035) (the "Motion") and the Court having considered the Motion and the Affidavit attached thereto and the Court being duly advised in the premises:

      IT IS ORDERED THAT the hearing on the Motion now scheduled for Thursday, November 14, 2013 at 10:00 a.m. be and the same hereby is adjourned to _____, at _____.

1