STATE OF MICHIGAN, } ss.
City of Detroit

CITY CLERK'S OFFICE, DETROIT

I, JANICE M. WINFREY, City Clerk of the City of Detroit, in said State, do hereby certify that the annexed paper is a TRUE COPY OF RESOLUTION

adopted (passed) by the City Council at session of

November 16, 20 10

and approved by Mayor

November 22, 20 10

as appears from the Journal of said City Council in the office of the City Clerk of Detroit, aforesaid; that I have compared the same with the original, and the same is a correct transcript therefrom, and of the whole of such original.

In Witness Whereof, I have hereunto set my hand and affixed the corporate seal of said City, at Detroit, this 8th day of November A.D. 20 13

CITY CLERK

**Law Department**
October 22, 2010

Honorable City Council:

Re: Ian Mobley, et al vs. City of Detroit, et al. U.S. District Court Case No. 10-10675.

Representation by the Law Department of the City employees or officers listed below is hereby recommended, as we concur with the recommendation of the Head of the Department and believe that the City Council should find and determine that the suit against the Defendants arises out of or involves the performance in good faith of the official duties of such Defendants. We further recommend that the City undertake to indemnify the Defendants if there is an adverse judgment. We therefore, recommend a "YES" vote on the attached resolution.

Copies of the relevant documents are submitted under separate cover.

Employees or Officers requesting representation: Lt. Vicki Yost, Badge L-112; Sgt. Daniel Buglo, Badge S-444.

Respectfully submitted,
VALERIE A. COLBERT-OSAMUEDE
Chief Assistant
Corporation Counsel

Approved:
KRYSTAL A. CRITTENDON
Corporation Counsel

By Council Member Jones:

Resolved, That the Law Department is hereby authorized under Section 13-11-1 et. seq. of the Municipal Code of the City of Detroit and in accordance with the foregoing communication to provide legal representation and indemnification to the following Employees or Officers: Lt. Vicki Yost, Badge L-112; Sgt. Daniel Buglo, Badge S-444.

Approved:
KRYSTAL A. CRITTENDON
Corporation Counsel

Adopted as follows:

Yeas — Council Members Brown, Cockrel, Jr., Jenkins, Jones, Spivey, Tate, Watson, and President Pugh — 8.

Nays — None.