## SUMMARY OF ATTACHMENTS

Exhibit 1    Proposed Form of Order

Exhibit 2    Notice of Motion and Opportunity to Object

Exhibit 3    None [Brief not required]

Exhibit 4    None [Separate Certificate of Service to be Filed]

Exhibit 5    None

Exhibit 6    None