**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## CERTIFICATE OF SERVICE

I, Stephen C. Hackney, hereby certify that the *Motion of the Objectors for (I) Clarification Regarding the Purpose of the Hearing for Debtor's Motion for Entry of an Order Authorizing the Debtor to Enter Into and Perform Under Certain Transaction Documents with the Public Lighting Authority and Granting Other Related Relief and (II) Leave to Conduct Limited Discovery* [Docket No. 1638]; the Ex Parte *Motion for Shortened Notice and Expedited Hearing on the Motion of the Objectors for (I) Clarification Regarding the Purpose of the Hearing for Debtor's Motion for Entry of an Order Authorizing the Debtor to Enter into and Perform Under Certain Transaction Documents with the Public Lighting Authority and Granting Other Related Relief and (II) Leave to Conduct Limited Discovery* [Docket No. 1639]; the *Motion of the Objectors for Leave to Conduct Limited Discovery in Connection with Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay* [Docket No. 1640]; and the Ex Parte *Motion for Shortened Notice and Expedited Hearing on Motion of the Objectors for Leave to Conduct Limited Discovery in Connection with Motion of Debtor for A Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay* [Docket No. 1641] were filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 11th day of November, 2013.

Dated: November 11, 2013            Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By:  */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:  (248) 646-5070
Facsimile:   (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

## Exhibit 1
### Electronic Mail Service List

| | |
|---|---|
| Abby.wilkinson@FaegreBD.com | jerry.ellis@couzens.com |
| acaton@kramerlevin.com; pdechiara@cwsny.com; tciantra@cwsny.com | jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrosman@carsonfischer.com |
| afscme207@sbcglobal.net | jgadharf@mcdonaldhopkins.com |
| afscme457@peoplepc.com | jgatteno@comcast.net |
| afscmelocal1023@att.net; deliaenright@hotmail.com | jharrison@uwua.net bfagan@dibandfagan.com |
| afscmelocal229@ymail.com | jhb_ecf@osbig.com |
| Yvonners2001@yahoo.com | jkamins@fosterswift.com |
| agarrett@miafscme.org | john.dillman@lgbs.com |
| agerdes@gerdesplc.com | john.sieger@kattenlaw.com |
| alfredo.perez@weil.com | jsgroi@honigman.com |
| anurses@att.net | jturner@clarkhill.com |
| aoreilly@honigman.com | julia.caroff@usdoj.gov |
| apclawyer@sbcglobal.net | jweiner@mcdonaldhopkins.com |
| arlene.kirby@yahoo.com | karen.dine@kattenlaw.com; kevin.baum@kattenlaw.com |
| bjdelta55@gmail.com | |
| aross@dwsd.org | kelly.diblasi@weil.com |
| aroth@bredhoff.com; jfreund@bredhoff.com; dgreenfield@bredhoff.com | ken.higman@hp.com caroline.english@arentfox.com conlitpc@sbcglobal.net |
| Artp1@degc.org; gwlong@degc.org; navin@degc.org; | kenneth.noble@kattenlaw.com dls@wmlaborlaw.com |
| atulocal26pba@aol.com | Kim.robinson@bfkn.com |
| ayala.hassell@hp.com | KingR@detroitmi.gov |
| ayoung586@comcast.net | KingY687@detroitmi.gov |
| bankruptcy@markowitzlegal.com | kmiller@skjlaw.com |
| Bankruptcy2@ironmountain.com | kovskyd@pepperlaw.com |
| bbennett@jonesday.com | kressk@pepperlaw.com |
| bberens@jonesday.com | kschneider@schneidermiller.com |
| bbest@schaferandweiner.com | Ksummers@dflaw.com |
| bborder@sspclegal.com | kthornbladh@gmail.com |
| bbowman@bodmanlaw.com | langstony@gmail.com |
| bceccotti@cwsny.com | laplante@millercanfield.com |
| BellM1@michigan.gov | lawrence.bell@usbank.com |

| **Exhibit 1** | |
|---|---|
| Electronic Mail Service List | |
| billwertheimer@gmail.com | lazonia.clark@chasepaymentech.com |
| bkott@lewismunday.com | lbrimer@stroblpc.com |
| BLurye@afscme.org;<br>martz@afscme.org;<br>mblumin@afscme.org | llarose@winston.com;<br>skohn@winston.com;<br>chardman@winston.com |
| bokeefe@lippittokeefe.com | local2920@sbcglobal.net |
| bpatek@ermanteicher.com<br>ejr@morganmeyers.com<br>swansonm@millercanfield.com | lrochkind@jaffelaw.com<br>carlson@millercanfield.com<br>jeff@iobillboard.com |
| BrooR@detroitmi.gov | m.neil@sbcglobal.net |
| btrumbauer@bodmanlaw.com | marcicampbel@gmail.com |
| canderson@dwsd.org | Maria.D.Giannirakis@usdoj.gov |
| Carol.Cohen@arentfox.com | mark.ellenberg@cwt.com |
| carole.neville@dentons.com<br>lisa.fenning@aporter.com<br>llarose@chadbourne.com | Mark.Ellenberg@cwt.com;<br>Lary.Stromfeld@cwt.com;<br>Jason.Jurgens@cwt.com |
| cash@wnj.com | marriott@ballardspahr.com |
| cbullock@sbplclaw.com;<br>ecrowder@sbplclaw.com | mcqueen@dwsd.org<br>skohn@chadbourne.com |
| ck445polc@yahoo.com | mdordeski@foleymansfield.com |
| claude.montgomery@dentons.com<br>mail@goodmanhurwitz.com | melanie.kotler@nortonrosefulbright.com<br>bgoodman@goodmanhurwitz.com |
| clrncsndrs@yahoo.com | melissa@demolaw.com |
| cobbm@detroitmi.gov | mfield@stroblpc.com |
| cphillips@miafscme.org | miag@michigan.gov |
| czucker@ermanteicher.com | mike.gearin@klgates.com |
| david.boyle@airgas.com<br>mkato@sachswaldman.com | Mike.Paslay@wallerlaw.com;<br>Ryan.Cochran@wallerlaw.com |
| David.Dubrow@arentfox.com<br>nayad@ayadlaw.com | mimilaurie@yahoo.com;<br>ltownse@detroitpubliclibrary.org |
| david.dubrow@arentfox.com;<br>mark.angelov@arentfox.com;<br>carol.cohen@arentfox.com | missnick64@hotmail.com<br>wilkins@bwst-law.com<br>hall@bwst-law.com |
| david.lemke@wallerlaw.com;<br>courtney.rogers@wallerlaw.com | MIStateTreasurer@michigan.gov |

| | |
|---|---|
| **Exhibit 1** Electronic Mail Service List | |
| david.rosenzweig@nortonrosefulbright.com | mjkarwoski@alumni.nd.edu |
| dbeckwith@fosterswift.com | mnicholson@uaw.net |
| dbernstein@plunkettcooney.com | mnicholson@uaw.net; |
| dcopley@dickinsonwright.com | morris@silvermanmorris.com; avery@silvermanmorris.com |
| deisenberg@ermanteicher.com | msl@maddinhauser.com |
| Detroitinfo@kccllc.com | mtaunt@stroblpc.com |
| dfish@allardfishpc.com; tgraves@allardfishpc.com | mvanoverbeke@vmtlaw.com |
| dgheiman@jonesday.com; hlennox@jonesday.com; tawilson@jonesday.com | mwarner@coleschotz.com jgregg@btlaw.com jskalish@aol.com |
| Diaz@detroitpoa.com; | NicDun@detroitmi.gov |
| dlerner@plunkettcooney.com; plannen@plunkettcooney.com | paige.barr@kattenlaw.com |
| dmalcolm@miafscme.org | Pamkin@detroitmi.gov |
| dmcnamara344@aol.com | patel@dwsd.org |
| dmollicone@dmms.com | pcanzano@sidley.com |
| dmzack@mcalpinepc.com | pdibello@ca.ibm.com |
| DoluntS320@detroitmi.gov | pghosh@dwsd.org |
| dplon@sirlinlaw.com | phage@jaffelaw.com |
| dpoitras@jmbm.com | philphil48238@yahoo.com |
| dweiner@schaferandweiner.com | poam@poam.net |
| ecf@gudemanlaw.com | pra@vanguardians.org |
| ecf@kaalaw.com | presidentjan@aol.com |
| ecf@lassnerlaw.com | presidentlocal1227@hotmail.com |
| ecf@zaplc.com | princel@dteenergy.com |
| eduardo.rodriguez@bnymellon.com | proberts@shawfishman.com; rfishman@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mreiser@shawfishman.com |
| edunn@maxwelldunnlaw.com | pwhunt@kerr-russell.com |

3

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| Edwin.smith@bingham.com | rayguzall@attorneyguzall.com |
| edwin.smith@bingham.com; jared.clark@bingham.com; steven.wilamowsky@bingham.com; marcus.marsh@bingham.com nganatra@uaw.net nayad@ayadlaw.com | rdiehl@bodmanlaw.com |
| eerman@ermanteicher.com | rdpffa@hotmail.com |
| efeldman@clarkhill.com | Reesel@detroitmi.gov |
| ejessad@wwrplaw.com; mrjames@wwrplaw.com | rfrimmer@schiffhardin.com; mott@schiffhardin.com |
| emajoros@glmpc.com | rgordon@clarkhill.com |
| emcneil@miafscme.org | rplecha@lippittokeefe.com |
| enovetsky@jaffelaw.com | rrose@dykema.com |
| etashman@sidley.com; jbjork@sidley.com | sam.alberts@dentons.com nlabovitz@debevoise.com |
| express33@aol.com | Schneiderm7@michigan.gov |
| flanchers@michigan.gov; schneiderm7@michigan.gov | sdeeby@clarkhill.com swansonm@millercanfield.com |
| fusco@millercanfield.com | Sean.Cowley@usdoj.gov |
| gary.holtzer@weil.com; alfredo.perez@weil.com | senoritabonita@peoplepc.com jeff@iobillboard.com |
| gneal@sidley.com | sfarrell@dykema.com |
| gneal@sidley.com | sfoss@winston.com |
| green@millercanfield.com; laplante@millercanfield.com | sgross@mcdonaldhopkins.com ejr@morganmeyers.com |
| gvp1220@aol.com wwkannel@mintz.com awalker@mintz.com | sgrow@wnj.com; ddozeman@wnj.com; cash@wnj.com |
| HansberryM@detroitmi.gov | showell@dickinsonwright.com |
| hertzbergr@pepperlaw.com | simoliun@dwsd.org |
| Howard.Hawkins@cwt.com; lary.stromfeld@cwt.com | skhanna@berkre.com |
| howard@jacobweingarten.com mcto@debevoise.com | slevine@lowenstein.com; pgross@lowenstein.com |
| hsanders@miafscme.org | soconnor@glmpc.com |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| info@drcea.org stoby@dykema.com | steveramadan@gmail.com |
| jbank@kerr-russell.com | summersm@ballardspahr.com |
| jbellman@jonesday.com | susan.brown5@usbank.com |
| jbendernagel@sidley.com | susan.jacobsen2@usbank.com |
| jbjork@sidley.com | swahl@schiffhardin.com |
| jcalton@honigman.com | swilson@dwsd.org |
| jcanzano@michworklaw.com | swolfson@wolfsonbolton.com; akochis@wolfsonbolton.com |
| jcarter@sbsco.com | theda3t@yahoo.com |
| jcunningham@uaw.net | TL214teams@ameritech.net |
| jcunningham@uaw.net | tmayer@kramerlevin.com |
| jd@primeshares.com; transfer@primeshares.com | tsable@honigman.com |
| jeatonf@cousenslaw.com | union836@yahoo.com |
| JenkinsH@detroitmi.gov | vgflawyer@sbcglobal.net |
| wwkannel@mintz.com; awalker@mintz.com | william.miller@iuoe324.org |
| yo@osbig.com | wsmith@mwe.com |
| youngM604@detroitmi.gov; Polo4491@aol.com | wsmith@mwe.com; ncoco@mwe.com |

**Exhibit 2**
First Class Mail Service List

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

Detroit Police Benefit and Protective Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard
Suite 405
Detroit, MI 48202

The Office of the Governor of the State of Michigan
Governor Rick Snyder
P.O. Box 30013
Lansing, MI 48909

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA 30328

The City of Detroit
Attn: Kevyn D. Orr, Emergency Manager
Coleman A. Young Municipal Center
2 Woodward Ave, Suite 1126
Detroit, MI 48226

The City of Detroit
Attn: Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI 48325

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226