UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                                    Chapter 9
                                                                          Case No. 13-53846
City of Detroit, Michigan,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 12, 2013, he caused to be electronically filed with the Clerk of the Court Party in Interest David Sole's Objection to Debtor's Motion for an Order Authorizing the Debtor to File Fee Letter under Seal [Docket 1645] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                        JEROME D. GOLDBERG, PLLC

                                        By:    /s/ Jerome D. Goldberg
                                        Jerome D. Goldberg (P61678)
                                        Attorney for David Sole, Party in Interest
                                        2921 East Jefferson, Suite 205
                                        Detroit, MI 48207
                                        Phone: 313-393-6001
                                        Fax: 313-393-6007
                                        Email: apclawyer@sbcglobal.net

DATED: November 12, 2013