UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

ORDER MODIFYING THE AUTOMATIC STAY OF 11 U.S.C. §362 TO SEEK
INJUNCTIVE RELIEF AND WAIVER OF FED. R. BANKR. P. 4001(a)(3)

This matter having come before the Court pursuant to that certain *Stipulation for Entry of Order Modifying the Automatic Stay of 11 U.S.C. § 362 to Seek Injunctive Relief and for Waiver of Fed. R. Bankr. P. 4001(3)* ("Stipulation") [Doc. ____] between Sprint Communications Company, L.P. ("Sprint") and the City of Detroit ("City"); the Court finding just cause exists for granting the relief requested in the Stipulation; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED THAT:

    1. To the extent the automatic stay is applicable, Sprint shall be and hereby is granted relief from the automatic stay provided by 11 U.S.C. § 362 solely for the purpose of pursuing a temporary restraining order and injunction with respect to the Project identified in the Stipulation.

2. For clarity, subject to further order of this Court, the automatic stay shall remain in effect with respect to any claims by Sprint for monetary damages against the City in connection with the Project.

3. For good cause, the automatic stay provided in Fed. R. Bankr. P. 4001(a)(3) shall be and hereby is vacated and waived to the extent provided in this Order.

**Signed on November 12, 2013**

                    **/s/ Steven Rhodes**
                    **Steven Rhodes**
                    **United States Bankruptcy Judge**