UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

CITY OF DETROIT, MICHIGAN,          Chapter 9
                                                      Case No. 13-53846-swr
           Debtor.                             Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

Jay S. Kalish hereby states that he is the attorney for Thomas Gerald Moore and that on November 11, 2013, he filed his Motion for an Ex Parte Order to Adjourn the Hearing on his Motion For Relief from the Automatic Stay to Allow Civil Litigation to Proceed for Discovery Purposes and/or To Recover Any Insurance Coverage under the Defendants' Homeowners Insurance Policies using the Court's CM/ECF system which will provide notice of the Motion to all parties entitled to notice.

He further states that he served the following parties via 1st class mail with postage prepaid from a mailbox in Farmington Hills, Michigan:

| | |
|---|---|
| Barbara A. Patek, Esq. | Stephan S. LaPlante, Esq. |
| ERMAN, TEICHER, MILLER, | MILLER, CANFIELD, PADDOCK |
| ZUCKER & FREEDMAN, P.C. | AND STONE, P.L.C. |
| Attorney for DPOA | Attorney for Debtor |
| 400 Galleria Officentre, Suite 444 | 150 West Jefferson, Suite 2500 |
| Southfield, MI 48034 | Detroit, MI 48226 |

                                                 JAY S. KALISH & ASSOCIATES, P.C.

                                                 /s/    Jay S. Kalish                .
                                                 JAY S. KALISH
                                                 Attorney for Thomas Gerald Moore
                                                 28592 Orchard Lake Road, Suite 360
                                                 Farmington Hills, MI 48334
                                                 (248) 932-3000
                                                 *JSKalish@aol.com*
Dated: November 12, 2013                  MI Bar Number: P26301

1