UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Chapter 9

Case No. 13-53846

**CITY OF DETROIT, MICHIGAN** Hon. Steven W. Rhodes

Debtor.
_____/

## ORDER GRANTING ST. MARTINS' UNOPPOSED MOTION TO ADJOURN HEARING ON MOTION FOR RELIEF FROM STAY

The Court, having read St. Martins' Unopposed Motion to Adjourn Hearing on Motion For Releif from Stay, ; and being advised that all parties in interest have been given notice; and being advised that no objections were filed or received; and being otherwise fully advised in the premises;

**NOW THERFORE IT IS HEREBY ORDERED AND ADJUDGED**, that St. Martins Motion be, and hereby is, **GRANTED**;.

**IT IS FURTHER ORDERED** that the hearing on the Motion for Relief from Stay be, and hereby is, adjourned to December 16, 2013 at 10:00 a.m., in Courtroom 100, Theodore Levin U.S. Courthouse, 231 W. Lafayette Street, Detroit, Michigan, to allow Substitute Counsel to participate.

.

**Signed on November 12, 2013**

                                                 **/s/ Steven Rhodes**
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**