IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 12, 2013, he caused a true and correct copy of ***DEBTOR'S OBJECTION AND BRIEF IN OPPOSITION TO MOBLEY PLAINTIFFS' MOTION AND BRIEF IN SUPPORT OF MOTION FOR MODIFICATION OF AUTOMATIC STAY AND THE STAY EXTENSION ORDER*** to be served upon counsel via First Class United States Mail, as follows:

Ronald L. Rose
Dykema Gosett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

DATED: November 12, 2013

By: /s/Timothy A. Fusco
Timothy A. Fusco
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com