# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------x
In re                                            :           Chapter 9
                                                 :           Case No. 13-53846
CITY OF DETROIT, MICHIGAN,     :
                                                 :           Hon. Steven W. Rhodes
                        Debtor.              :
---------------------------------------------------------x

## CERTIFICATION ON NON-RESPONSE APPLICATION OF THE OFFICIAL COMMITTEE OF RETIREES FOR AN ORDER APPROVING RETENTION OF BROOKS WILKINS SHARKEY & TURCO, PLLC AS LOCAL COUNSEL

On October 25, 2013, the undersigned filed and properly served the Application of The Official Committee of Retirees for an Order Approving Retention of Brooks Wilkins Sharkey & Turco PLLC as Local Counsel (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no objection to the Application appears thereon.

Based on the foregoing, the undersigned respectfully requests that the Court enter an Order granting the Application in form attached hereto as Exhibit "A."

Dated: November 12, 2013                    Respectfully submitted,

                                            By:     /s/ Matthew W. Wilkins
                                                    Brooks Wilkins Sharkey & Turco, PLLC
                                                    Paula A. Hall (P61101)
                                                    401 S. Old Woodward Avenue, Suite 400
                                                    Birmingham, Michigan  48009
                                                    (248) 971-1800 – Phone
                                                    wilkins@bwst-law.com