UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

## STIPULATION RE REVISED ORDER APPROVING RETENTION OF DENTONS US LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES

This Stipulation regarding the retention of Dentons US LLP ("Dentons") as counsel to the Official Committee of Retirees (the "Retiree Committee") is entered into this 12th day of November, 2013, by and between the Retiree Committee and the City of Detroit, Michigan (the "City" or the "Debtor").

1. The Retiree Committee filed its application (the "Application") for an order under 11 U.S.C §§ 901(a), 1102 and 1103 approving the retention of Dentons US LLP ("Dentons") as counsel to the Official Committee of Retirees (the "Retiree Committee"), effective August 28, 2013 [Dkt. No. 1299].

2. The Debtor filed a limited objection to the Application (Dkt No. 1527) (the "Limited Objection") based upon the proposed retention of the Segal Company (Eastern States), Inc. or its affiliates as consultants by Dentons.

3. After discussions with the Debtor, the Retiree Committee withdrew the request to retain the Segal Company (Eastern States), Inc. or its affiliates as part of the Denton's

Application and made other changes to the proposed order in order to resolve the Debtor's Limited Objection.

4. The parties hereby agree and stipulate that the Debtor's Limited Objection to Dentons' retention is resolved and the proposed revised Order is consistent with the agreements of the parties.

5. Accordingly, Dentons requests that the Court enter the proposed Order attached hereto approving Dentons' retention.

Dated: Detroit, Michigan
 November 12, 2013

| DENTONS US LLP | JONES DAY |
|---|---|
| By: /s/ Carole Neville<br>Carole Neville<br>Claude D. Montgomery<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 768-6700<br>carole.neville@dentons.com<br>claude.montgomery@dentons.com | By: /s/ Jeffrey B. Ellman<br>Jeffrey B. Ellman<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, Georgia 30309-3053<br>Telephone: (404) 581-3939<br>Facsimile: (404) 581-8330<br>jbellman@jonesday.com |
| and | *Attorneys for the Debtor* |

Sam J. Alberts
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
sam.alberts@dentons.com

*Attorneys for the Retiree Committee*

81412336\V-1