UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                               :        Chapter 9

In re                                        :

                                             :        Case No. 13-53846

CITY OF DETROIT, MICHIGAN,     :

                                           :

                  Debtor.           :        Hon. Steven W. Rhodes
---------------------------------------------------------x

## ORDER APPROVING RETENTION OF
## DENTONS US LLP AS COUNSEL TO THE OFFICIAL
## <u>COMMITTEE OF RETIREES EFFECTIVE AUGUST 28, 2013</u>

Upon the application (the "Application")[1] for an order under 11 U.S.C §§ 901(a), 1102(a)(1) and 1103 approving the retention of Dentons US LLP ("Dentons") as counsel to the Official Committee of Retirees (the "Retiree Committee"), effective August 28, 2013; and upon the Declaration of Carole Neville (the "Neville Declaration") attached to the Application as Exhibit 2; and notice of said Application having been given to (i) counsel for the City, and (ii) all parties who filed a notice of appearance and request for service and notice of documents consistent with Bankruptcy Rule 2002; and the City of Detroit, Michigan (the "Debtor") having filed a limited objection to the Application (Dkt No. 1527) (the "Limited Objection"); and the Retiree Committee having withdrawn the request to retain The Segal Company (Eastern States), Inc. or its affiliates as part of the Application to resolve the Debtor's Limited Objection; and it appearing that no further notice is necessary; and it appearing that Dentons does not represent or

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Application.

hold an interest adverse to the to the Retiree Committee and Dentons does not represent any other entity having an adverse interest in connection with this case; it is hereby

ORDERED, that the Application is granted as set forth herein; and it is further

ORDERED, that notice of said Application is sufficient; and it is further

ORDERED, that the retention of Dentons (including Dentons Europe for the transition period identified in the Neville Declaration) as counsel for the Retiree Committee is hereby approved pursuant to 11 U.S.C. §§ 901(a), 1102(a)(1) and 1103(a) of the Bankruptcy Code, effective as of August 28, 2013; and it is further

ORDERED, that, with the Debtor's consent, Dentons (including Dentons Europe for the transition period identified in the Neville Declaration) will be compensated by the Debtor in accordance with the Fee Review Order dated September 11, 2013 [Dkt No. 810], as the same may be amended by Order of the Court with the consent of the Debtor (the "Fee Review Order").

- 2 -
81248105\V-7
13-53846-tjt    Doc 1655-1    Filed 11/12/13    Entered 11/12/13 11:30:20    Page 2 of 2