UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :    Chapter 9
In re                                            :
                                                 :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                       :
                                                 :
                         Debtor.                 :    Hon. Steven W. Rhodes
                                                 :
                                                 :
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 12, 2013, the Stipulation Re Revised Order Approving Retention of Dentons US LLP as Counsel to the Official Committee of Retirees and the Proposed Order Approving Retention of Dentons US LLP as Counsel to the Official Committee of Retirees Effective August 28, 2013 [Docket No. 1424] was filed using the Court's CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: November 12, 2013　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　By: _/s/ Carole Neville_
　　　　　　　　　　　　　　　　　Carole Neville
　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York New York 10020
　　　　　　　　　　　　　　　　　Tel: (212) 768-6700
　　　　　　　　　　　　　　　　　carole.neville@dentons.com
　　　　　　　　　　　　　　　　　claude.montgomery@dentons.com

　　　　　　　　　　　　　　　　　*Attorneys for the Retiree Committee*