# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF FILING OF FE MONTHLY INVOICE [SEPTEMBER 2013]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which (i) requests an aggregate amount of $23,568.50 in fees and $1,122.62 in expenses, and (ii) consists of detailed statements of the fees and expenses requested for the month of September 2013 by (A) the Fee Examiner (*see* Exhibit A, requesting $15,360.00 in fees and $1,029.35 in expenses), (B) counsel to the Fee Examiner (*see* Exhibit B, requesting $7,569.50 in fees and $93.27 in expenses), and (C) the financial advisor to the Fee Examiner (*see* Exhibit C (requesting $639.00 in fees), a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated: November 12, 2013         By:  /s/ Peter J. Roberts
                                      One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
proberts@shawfishman.com

## CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 12th day of November, 2013.

 /s/ Peter J. Roberts

{10661-001 NTC A0356204.DOCX 2}

# EXHIBIT A

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151
Fed Tax ID: 36-3844420

Invoice 12044
September 30, 2013

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 9/30/2013

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Balance Forward | | 28,407.85 |
| Current Fees | 15,360.00 | |
| Current Disbursements | 1,029.35 | |
| Total Current Charges | | 16,389.35 |
| **Total Due** | | **44,797.20** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 0.00 | 28,407.85 |
| | Totals | **28,407.85** | **0.00** | **28,407.85** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  September 30, 2013
I.D. 10661-002 - RMF  Invoice 12044
Re: Robert Fishman

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 09/04/13 | RMF | Conference call with attorneys for Retirees Committee and I. Bodenstein re proposed Fee Review order (.6). Drafted some proposed changes to fee review order (.3). Discussed situation with J. Ellman (.3). | 1.20 | 600.00 | 720.00 |
| 09/09/13 | RMF | Reviewed and commented on proposed changes to Fee Review Order sent by J. Ellman (.6). Reviewed Response of Retirees Committee to proposed Fee Review Order (.3). Spoke to I. Bodenstein re proposed changes (.2). Spoke to J. Ellman re proposed changes (.2). | 1.30 | 600.00 | 780.00 |
| 09/09/13 | RMF | Traveled to Detroit for hearing on Fee Review Order. (bill at $300 per hour). | 3.00 | 300.00 | 900.00 |
| 09/09/13 | RMF | Reviewed Response to Fee Review Order filed by the Committee (.3). Multiple discussions with J. Ellman re possible modifications to order (1.2). Reviewed draft modifications (.6). | 2.10 | 600.00 | 1,260.00 |
| 09/10/13 | RMF | Prepared for and attended hearing re Fee Review Order. | 6.00 | 600.00 | 3,600.00 |
| 09/12/13 | RMF | Spoke to J. Ellman re fee review issues (.4). Reviewed Committee brief re withdrawal of the reference (.8). | 1.20 | 600.00 | 720.00 |
| 09/13/13 | RMF | Met with team re fee review process, creating checklists and creating templates (.9). Spoke to I. Bodenstein and S. Kapila re same (.3). Reviewed and revised Detailed Statement of Services Rendered for July/August 2013 Shaw Fishman (.8). | 2.00 | 600.00 | 1,200.00 |
| 09/16/13 | RMF | Reviewed and revised draft initial checklist for Professionals under Fee Review Order (.5). Spoke to A. Hudson re same (.2). Reviewed and revised draft initial monthly and quarterly task checklist under Fee Review Order (.5). Spoke to M. Reiser re same (.1). Drafted email to J. Ellman and M. Wilkins re checklist (.2). Reviewed and revised July/August Shaw Fishman Detailed Statement of Services Rendered (.8). | 2.30 | 600.00 | 1,380.00 |
| 09/24/13 | RMF | Spoke to J. Ellman re logistics of submission of invoices. | 0.20 | 600.00 | 120.00 |
| 09/26/13 | RMF | Reviewed docket and various pleadings. | 2.70 | 600.00 | 1,620.00 |
| 09/27/13 | RMF | Reviewed docket and various pleadings (3.1). Reviewed Pepper Hamilton engagement letter and rates statement (.1). Reviewed correspondence from City setting forth Ordinary Course Professionals and those Professionals who will be submitting monthly invoices (.1). | 3.30 | 600.00 | 1,980.00 |
| 09/30/13 | RMF | Reviewed Jones Day fee categories and emailed J. Ellman re same (.3). Reviewed additional pleadings (1.5). | 1.80 | 600.00 | 1,080.00 |
| | | **Total Fees** | **27.10** | | **15,360.00** |

Shaw Fishman Glantz & Towbin LLC

| | | |
|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | September 30, 2013 |
| I.D. 10661-002 - RMF | | Invoice 12044 |
| Re: Robert Fishman | | |

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 09/10/13 | Travel; Airfare - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 641.80 |
| 09/10/13 | Travel; Hotel - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 182.85 |
| 09/10/13 | Working Meals; Meals - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 56.70 |
| 09/10/13 | Parking/Taxi; Ground Transportation - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 107.00 |
| 09/10/13 | Parking/Taxi; Parking - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 41.00 |
| | **Total Disbursements** | 1,029.35 |
| | | |
| | **Total Fees and Disbursements** | **16,389.35** |
| | **Total Current Charges** | **16,389.35** |
| | Balance Forward | 28,407.85 |
| | **Total Amount Due** | **44,797.20** |

# EXHIBIT B

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 12045
September 30, 2013

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 9/30/2013

**Please include Invoice Number with Payment**

| | | |
|---|---|---:|
| Balance Forward | | 14,028.70 |
| Current Fees | 7,569.50 | |
| Current Disbursements | 93.27 | |
| Total Current Charges | | 7,662.77 |
| **Total Due** | | **21,691.47** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11728 | 14,028.70 | 0.00 | 14,028.70 |
| | **Totals** | **14,028.70** | **0.00** | **14,028.70** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  September 30, 2013
I.D. 10661-001 - RMF  Invoice 12045
Re: Chapter 9 case

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/19/13 | MSR | Strategy meeting for Detroit bankruptcy case. | 0.70 | 250.00 | 175.00 |
| 09/04/13 | IB | Conference call with R. Fishman, M. Wilkens and Sam Alberts from SNR Denton re: comments to proposed fee order (.6); meet with R Fishman to review suggested revisions to order (.1). | 0.70 | 425.00 | 297.50 |
| 09/04/13 | PJR | Exchange e-mails with M. Wilkins regarding Retiree Committee feedback on proposed Fee Review Order. | 0.10 | 410.00 | 41.00 |
| 09/05/13 | GEG | Review docket and identify significant matters, disputes and hearings to monitor in the case. | 0.50 | 325.00 | 162.50 |
| 09/08/13 | IB | Review draft of revise fee order from Jeff Ellman. | 0.40 | 425.00 | 170.00 |
| 09/09/13 | IB | Discuss revised fee order with R. Fishman. | 0.20 | 425.00 | 85.00 |
| 09/09/13 | GEG | Office conference with R. Fishman regarding Retiree Committee comments on proposed fee review order | 0.10 | 325.00 | 32.50 |
| 09/11/13 | IB | Review form of entered fee order | 0.30 | 425.00 | 127.50 |
| 09/12/13 | IB | Discuss entered fee order with R. Fishman | 0.10 | 425.00 | 42.50 |
| 09/12/13 | GEG | Confer with R. Fishman regarding entered fee review order and related follow up tasks (.2); calendar deadlines set forth in fee review order (1.0) | 1.20 | 325.00 | 390.00 |
| 09/12/13 | MSR | Meeting with A. Hudson re: initial checklist (.3); Review initial checklist (.5). | 0.80 | 250.00 | 200.00 |
| 09/13/13 | IB | Meet with fee review team re: initial preparation of coding and checklists prior to first invoices coming in. | 0.60 | 425.00 | 255.00 |
| 09/13/13 | DRD | Confer with R. Fishman, I. Bodenstein, G. Gouveia, M. Reiser, and A. Hudson regarding logistics and implementation of fee examiner order. | 0.90 | 250.00 | 225.00 |
| 09/13/13 | IB | Review United form of report re: coding issues and send to G. Gouveia (.1) phone call with R. Fishman and S. Kapila re: receipt, coding and sorting of fee data (.3). | 0.40 | 425.00 | 170.00 |
| 09/13/13 | DRD | Begin drafting memorandum regarding criteria for reviewing Monthly Invoices. | 2.10 | 250.00 | 525.00 |
| 09/13/13 | AH | Meeting with members and associates responsible for reviewing professional invoices to develop a deadline schedule going forward and assignment of tasks. | 0.90 | 0.00 | 0.00 |
| 09/13/13 | AH | Reviewed Fee Review Order and developed an initial submissions checklist to be sent to counsel for the City and Committee, and for internal use. | 2.60 | 0.00 | 0.00 |
| 09/13/13 | GEG | Prepare for (.1) and attend meeting with R. Fishman, I. Bodenstein, D. Doyle, M. Reiser and A. Hudson regarding preparation of checklists, report templates and discussion of various issues related | 1.30 | 325.00 | 422.50 |

Page: 1

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case  

September 30, 2013  
Invoice 12045

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to fee review order and process (.9); review sample reports filed by fee examiner in AMR case (.3) | | | |
| 09/13/13 | MSR | Review fee order (.5); Meeting with R. Fishman and other members of working group on upcoming tasks (.9) | 1.40 | 250.00 | 350.00 |
| 09/13/13 | MSR | Draft monthly checklist. | 1.20 | 250.00 | 300.00 |
| 09/16/13 | IB | Review and revise draft of initial submission checklist (.3); discuss revisions with R. Fishman (.1) and A. Hudson (.1) | 0.50 | 425.00 | 212.50 |
| 09/16/13 | DRD | Continue drafting memorandum regarding criteria for reviewing monthly invoices. | 3.20 | 250.00 | 800.00 |
| 09/16/13 | GEG | Review initial submission checklist and email correspondence with A. Hudson regarding same | 0.20 | 325.00 | 65.00 |
| 09/16/13 | MSR | Draft checklist of receivables and tasks of professionals and fee examiner. | 2.10 | 250.00 | 525.00 |
| 09/17/13 | IB | Review and revise quarterly checklists (.4) and invoice review guide (.3). | 0.70 | 425.00 | 297.50 |
| 09/23/13 | PJR | Review recent filings in case. | 0.40 | 410.00 | 164.00 |
| 09/27/13 | GEG | Review letter and lists of professionals subject to fee review order and ordinary course professionals from counsel for City (.2); email correspondence with Soneet Kapila regarding deadline for delivery of retention agreements and other items from City (.1) | 0.30 | 325.00 | 97.50 |
| 09/28/13 | IB | Review List of professionals and OC professionals for the city (.2); Review Pepper Hamilton engagement letter (.3) | 0.50 | 425.00 | 212.50 |
| 09/30/13 | IB | Review and revise draft forms of fee review notice, checklist and standards | 1.00 | 425.00 | 425.00 |
| 09/30/13 | IB | Review Jones Day engagement letter and categories | 0.30 | 425.00 | 127.50 |
| 09/30/13 | IB | Provide comments to D. Doyle re: criteria memo and M. Reiser re: checklists | 0.20 | 425.00 | 85.00 |
| 09/30/13 | DRD | Confer with I. Bodenstein regarding revisions to invoice review guide. | 0.10 | 250.00 | 25.00 |
| 09/30/13 | PJR | Review monthly invoices of fee examiner parties (.2); draft and edit form of notice of filing for same (.5). | 0.70 | 410.00 | 287.00 |
| 09/30/13 | MSR | Update monthly chart and checklists based on comments from working group. | 1.10 | 250.00 | 275.00 |
| | | **Total Fees** | **27.80** | | **7,569.50** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/29/13 | Westlaw; Detroit research (JWG); West Group | 84.77 |
| 09/30/13 | Pacer Research; Detroit; Notice (MSR) (PJR) | 8.50 |
| | **Total Disbursements** | **93.27** |

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  September 30, 2013
I.D. 10661-001 - RMF  Invoice 12045
Re: Chapter 9 case

| | |
|---|---:|
| **Total Fees and Disbursements** | 7,662.77 |
| **Total Current Charges** | 7,662.77 |
| Balance Forward | 14,028.70 |
| **Total Amount Due** | 21,691.47 |

# EXHIBIT C



**Kapila & Company**
*Certified Public Accountants*

## CITY OF DETROIT, MICHIGAN
## Client ID: 90000
## Invoice #97215 - 09/30/13

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 0.90 | 442.00 | 397.80 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 0.50 | 330.00 | 165.00 |
| CATHERINE MURCHISON - Forensic Analyst | 0.30 | 144.00 | 43.20 |
| JOAN ZEILER - Paraprofessional | 0.30 | 110.00 | 33.00 |
| TOTAL | 2.00 | | $639.00 |
| | **BLENDED RATE** | **$319.50** | |

TOTAL AMOUNT OF THIS INVOICE $639.00

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

*1000 S. Federal Highway Suite 200 Fort Lauderdale, Florida 33316*
*Member Florida Institute of Certified Public Accountants American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

## Kapila & Company
### Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.co
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97215
09/30/2013

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2013

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **BUSINESS ANALYSIS (BANKRUPTCY)** | | | | |
| 09/13/2013 | SRK | TELEPHONE CALL WITH R. FISHMAN, IRA BODENSTEIN REGARDING FEE PROCEDURES AND FORMAT FOR SUBMISSION OF JONES DAY INVOICES | 0.30 | 132.60 |
| 09/15/2013 | SRK | UPDATE WITH M. MCMICKLE | 0.20 | 88.40 |
| 09/15/2013 | MMM | TELEPHONE CONFERENCE WITH S. KAPILA REGARDING: DISCUSSION OF KAPILA TASK LIST AND BUSINESS CATEGORIES FOR REVIEWING FEE INVOICES. | 0.20 | 66.00 |
| 09/25/2013 | MMM | TELEPHONE CONFERENCE WITH KAPILA TEAM RE: DISCUSS INVOICE CATEGORIES FOR SORTING PURPOSES. | 0.30 | 99.00 |
| 09/25/2013 | JGZ | TELEPHONE CONFERENCE WITH M. MCMICKLE, S. THOMAS, AND C. MURCHISON REGARDING BILLING FORMAT REQUIREMENT TO FACILITATE COMPILING AND ANALYZING PROFESSIONAL TIME/FEES. | 0.30 | 33.00 |
| 09/25/2013 | CDM | TELEPHONE CONFERENCE WITH M. MCMICKLE, S. THOMAS, J. ZEILER TO DISCUSS FORMATTING FOR EXAMINATION OF FEE APPLICATIONS, TECHNIQUES, METHODOLOGY AND APPROACH, UTILIZATION OF IDEA AND EXCEL TECHNOLOGIES. | 0.30 | 43.20 |
| 09/27/2013 | SRK | REVIEW AND RESPOND TO E-MAILS FROM R. FISHMAN. | 0.10 | 44.20 |
| 09/27/2013 | SRK | READ PROFESSIONALS LIST | 0.10 | 44.20 |
| 09/27/2013 | SRK | READ PEPPER HAMILTON RETENTION LETTER | 0.10 | 44.20 |
| 09/30/2013 | SRK | REVIEW AND RESPOND TO E-MAIL FROM R. FISHMAN REGARDING SAM ALBERS RE PROFESSIONALS RETAINED BY COMMITTEE | 0.10 | 44.20 |

639.00

Total amount of this invoice     $639.00

Invoice payable upon receipt. Thank you for this opportunity to be of service.