UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes

    Debtor.
_____/

<u>Order Denying Motion of Syncora Under Rule 2004</u>

    Syncora Guarantee Inc. and Syncora Capital Assurance Inc. have filed a motion for authority to issue document and deposition subpoenas to the debtor, the emergency manager and certain of debtor's advisors pursuant to Federal Rule of Bankruptcy Procedure 2004 (Dkt. #1342). The debtor has filed a response in opposition to the motion. The Court concludes that it is unnecessary to hold the previously scheduled hearing on November 14, 2013. Accordingly, it is cancelled.

    The Court further concludes that the motion should be denied for the reasons argued by the debtor. It is not an appropriate use of Rule 2004 to seek discovery in connection with a pending contested matter.

    It is so ordered.

.

**Signed on November 12, 2013**

                                                                                            <u>/s/ Steven Rhodes</u>
                                                                                     **Steven Rhodes**
                                                                                     **United States Bankruptcy Judge**