# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------- x
                                                  :

In re                                              :           Chapter 9

CITY OF DETROIT, MICHIGAN,     :           Case No. 13-53846

                Debtor.                  :           Hon. Steven W. Rhodes
------------------------------------------------- x

## ORDER GRANTING STIPULATION FOR ENTRY OF ORDER GRANTING GET BACK UP, INC. RELIEF FROM THE AUTOMATIC STAY

Upon the Stipulation for Entry of Order Granting Get Back Up, Inc., Relief from the Automatic Stay ("<u>Stipulation</u>"); the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

IT IS HEREBY ORDERED THAT:

1. The Lawsuit[1] is stayed except as provided for in this Order.

2. The District Court may conduct oral argument on the Motion for Reconsideration.

3. The District Court may issue its order on the Motion for Reconsideration.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

4. Following disposition of the Motion for Reconsideration, either party may appeal the Judgment or any judgment issued as a result of reconsideration of the Judgment.

5. Get Back Up may not pursue or liquidate any claim for money damages against the City except through the claims resolution process established in the City's chapter 9 bankruptcy case.

.

**Signed on November 12, 2013**

                                                                                                /s/ Steven Rhodes
                                                                                                 **Steven Rhodes**
                                                                                                 **United States Bankruptcy Judge**