Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF ADJOURNMENT of HEARING REGARDING MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY (DKT. #1137)

**PLEASE TAKE NOTICE** that the hearing on 11/14/2013 at 10:00 AM to consider and act upon the following:

*1137* – Motion for Relief from Stay , Notice of Motion, Brief in Support of Motion, and Certificate of Service. Fee Amount $176, Filed by Interested Parties St. James Cooperative, Joliet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Nicolet Town Houses Cooperative Association, Lasalle Town Houses Cooperative Association (Clark, Tracy)

is hereby adjourned to **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/16/13** at **10:00 AM**.

Dated: 11/12/13

                                          BY THE COURT

                                          Katherine B. Gullo
                                          Clerk, U.S. Bankruptcy Court

                                          BY: christine sikula
                                          Deputy Clerk