UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  

    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

## Notice Regarding Hearings Scheduled For November 14, 2013

Notice is given that the following matters currently scheduled for hearing at 10:00 a.m. on November 14, 2013, are hereby rescheduled to be heard at the following times on that date:

**9:00 a.m.**

[Dkt. #949] Petitioners Robert Davis' and Citizens United Against Corrupt Government's Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order

[Dkt. #1057] Motion for Relief from the Automatic Stay and to Waive Provisions of F.R.Bankr.P. 4001(a)(3) Filed by Clifford Properties, Inc. (**As originally noticed, the stay shall remain in effect through the date of the hearing or until further order of the Court regarding this motion**.)

**11:00 a.m.**

[Dkt. #1521] Debtor's Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code for an Order Authorizing the Debtor to File Fee Letter Under Seal in Connection with the Debtor's Post-Petition Financing Motion

[Dkt. #1640] Motion of the Objectors for Leave to Conduct Limited Discovery in Connection with Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing (II) Granting Liens and Providing Super-priority Claim Status and (III) Modifying Automatic Stay

**2:00 p.m.**

[Dkt. #1081]  Motion of Public Safety Unions for Entry of an Order Extending the Chapter 9 Stay to Any Action or Claims for Damages Brought Against Any Former Detroit Public Safety Union Members, Including any Retiree, Which Arises Out of the Good Faith Performance Of His or Her Duties While Employed by the City

[Dkt. #1146]  Motion of Debtor, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), for Entry of An Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof.

The hearings shall be held in Courtroom 716, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on November 12, 2013**

                                            /s/ Steven Rhodes
                                            **Steven Rhodes**
                                            **United States Bankruptcy Judge**