UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

-------------------------------------------------------- x
                                         :

In re:                              :   Chapter 9

CITY OF DETROIT, MICHIGAN,      :   Case No.: 13-53846

                                      :
                   Debtor.   :   Hon. Steven W. Rhodes
-------------------------------------------------------- x

## NOTICE OF WITHDRAWAL

The International Union, United Automobile, Aerospace and

Agricultural Implement Workers of America ("UAW"), by its undersigned

counsel, hereby withdraws the UAW's Transcript Order Form of Hearing on

November 6, 2013 [DE 1630].

Dated: New York, NY
       November 12, 2013

                               International Union, UAW

                       By:  /s/ Babette A. Ceccotti
                               Cohen, Weiss and Simon LLP
                               Babette A. Ceccotti
                               330 West 42nd Street
                               New York, New York 10036-6979
                               T: 212-563-4100
                               F: 212-695-5436
                               bceccotti@cwsny.com

                               *Attorneys for International Union, UAW*