UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

            Debtor.

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Stephen W. Rhodes

### CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES IN OBJECTIONS TO THE DEBTOR'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL (Docket 1521)

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., file this statement to indicate that they concur in the objections filed to the Debtor's motion to file a fee letter under seal (Docket 1522) ("Seal Motion").

1.      On November 5, 2013, the Debtor filed the Seal Motion.

2.      Objections to the Seal Motion were filed by, *inter alia*, AFSCME (Docket 1666) and David Sole (Docket 1645).

3.      The Retiree Association Parties concur in the relief sought in these objections.

4.      In an effort to conserve resources, the Retiree Association Parties may not attend the hearing on the Seal Motion.

**WHEREFORE**, the Retiree Association Parties request that the Court deny the Seal Motion.

Respectfully submitted,

**SILVERMAN & MORRIS, P.L.L.C.**


By:      /s/ Thomas R. Morris
          Thomas R. Morris (P39141)
          Karin F. Avery (P45364)
Co-counsel for Retiree Association Parties
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330;  Fax:  (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com


**LIPPITT O'KEEFE, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
Attorneys for Retiree Association Parties
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292;  Fax:  (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

Dated:  November 13, 2013