UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 9 |
| | Case No. 13-53846-SWR |
| CITY OF DETROIT, MICHIGAN, | Hon. Stephen W. Rhodes |
| Debtor. | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 13, 2013, the Concurrence of the Retiree Association Parties in Objections to the Debtor's Motion to File Certain Documents Under Seal (Docket 1521) was electronically filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Michigan, using the CM/ECF System, which will sent notification of such filing to all parties of record that are registered electronically.

/s/ Lori Powers
Lori Powers
Silverman & Morris, P.L.L.C.
lori@silvermanmorris.com

Dated: November 13, 2013