# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name **Judy B. Calton**

Firm **Honigman Miller Schwartz and Cohn LLP**

Address **660 Woodward Avenue, Suite 2290**

City, State, Zip **Detroit, MI 48226**

Phone **313-465-7344**

Email **jcalton@honigman.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

◉ Bankruptcy  ○ Adversary

○ Appeal   Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 11/08/2013   **Time of Hearing:** 9:00   **Title of Hearing:** Eligibility Trial

Please specify portion of hearing requested: ◉ **Original/Unredacted**  ○ Redacted   ○ Copy (2nd Party)

◉ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: **AM and PM Sessions**

---

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

◉ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                                    Date          By

Order Received:

Transcript Ordered:

Transcript Received:

**Signature of Ordering Party:**

/s/ Judy B. Calton _____ Date: **11/13/2013**

By signing, I certify that I will pay all charges upon completion of the transcript request.