# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Ryan Blaine Bennett, hereby certify that the *Joinder of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Limited Objection of Financial Guaranty Insurance Company to Debtor's Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code for an Order Authorizing the Debtor to File Fee Letter Under Seal in Connection with the Debtor's Post-Petition Financing Motion* [Docket No. 1690] was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 13th day of November, 2013.

Dated: November 13, 2013              Respectfully submitted,

                                      **KIRKLAND & ELLIS LLP**

                                  By: */s/ Ryan Blaine Bennett*
                                      James H.M. Sprayregen, P.C.
                                      Ryan Blaine Bennett
                                      Stephen C. Hackney
                                      KIRKLAND & ELLIS LLP
                                      300 North LaSalle
                                      Chicago, Illinois 60654
                                      Telephone: (312) 862-2000
                                      Facsimile: (312) 862-2200

                                              - and -

                                      Stephen M. Gross
                                      David A. Agay
                                      Joshua Gadharf
                                      MCDONALD HOPKINS PLC
                                      39533 Woodward Avenue
                                      Bloomfield Hills, MI 48304
                                      Telephone: (248) 646-5070
                                      Facsimile: (248) 646-5075

                                      *Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

**Exhibit 1**
Electronic Mail Service List

| | |
|---|---|
| Abby.wilkinson@FaegreBD.com | jerry.ellis@couzens.com |
| acaton@kramerlevin.com; pdechiara@cwsny.com; tciantra@cwsny.com | jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrosman@carsonfischer.com |
| afscme207@sbcglobal.net | jgadharf@mcdonaldhopkins.com |
| afscme457@peoplepc.com | jgatteno@comcast.net |
| afscmelocal1023@att.net; deliaenright@hotmail.com | jharrison@uwua.net bfagan@dibandfagan.com |
| afscmelocal229@ymail.com | jhb_ecf@osbig.com |
| Yvonners2001@yahoo.com | jkamins@fosterswift.com |
| agarrett@miafscme.org | john.dillman@lgbs.com |
| agerdes@gerdesplc.com | john.sieger@kattenlaw.com |
| alfredo.perez@weil.com | jsgroi@honigman.com |
| anurses@att.net | jturner@clarkhill.com |
| aoreilly@honigman.com | julia.caroff@usdoj.gov |
| apclawyer@sbcglobal.net | jweiner@mcdonaldhopkins.com |
| arlene.kirby@yahoo.com; bjdelta55@gmail.com | karen.dine@kattenlaw.com; kevin.baum@kattenlaw.com |
| aross@dwsd.org | kelly.diblasi@weil.com |
| aroth@bredhoff.com; jfreund@bredhoff.com; dgreenfield@bredhoff.com | ken.higman@hp.com caroline.english@arentfox.com conlitpc@sbcglobal.net |
| Artp1@degc.org; gwlong@degc.org; navin@degc.org; | kenneth.noble@kattenlaw.com dls@wmlaborlaw.com |
| atulocal26pba@aol.com | Kim.robinson@bfkn.com |
| ayala.hassell@hp.com | KingR@detroitmi.gov |
| ayoung586@comcast.net | KingY687@detroitmi.gov |
| bankruptcy@markowitzlegal.com | kmiller@skjlaw.com |
| Bankruptcy2@ironmountain.com | kovskyd@pepperlaw.com |
| bbennett@jonesday.com | kressk@pepperlaw.com |
| bberens@jonesday.com | kschneider@schneidermiller.com |
| bbest@schaferandweiner.com | Ksummers@dflaw.com |
| bborder@sspclegal.com | kthornbladh@gmail.com |
| bbowman@bodmanlaw.com | langstony@gmail.com |
| bceccotti@cwsny.com | laplante@millercanfield.com |
| BellM1@michigan.gov | lawrence.bell@usbank.com |

| **Exhibit 1**  Electronic Mail Service List ||
|---|---|
| billwertheimer@gmail.com | lazonia.clark@chasepaymentech.com |
| bkott@lewismunday.com | lbrimer@stroblpc.com |
| BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org | llarose@winston.com; skohn@winston.com; chardman@winston.com |
| bokeefe@lippittokeefe.com | local2920@sbcglobal.net |
| bpatek@ermanteicher.com ejr@morganmeyers.com swansonm@millercanfield.com | lrochkind@jaffelaw.com carlson@millercanfield.com jeff@iobillboard.com |
| BrooR@detroitmi.gov | m.neil@sbcglobal.net |
| btrumbauer@bodmanlaw.com | marcicampbel@gmail.com |
| canderson@dwsd.org | Maria.D.Giannirakis@usdoj.gov |
| Carol.Cohen@arentfox.com | mark.ellenberg@cwt.com |
| carole.neville@dentons.com lisa.fenning@aporter.com llarose@chadbourne.com | Mark.Ellenberg@cwt.com; Lary.Stromfeld@cwt.com; Jason.Jurgens@cwt.com |
| cash@wnj.com | marriott@ballardspahr.com |
| cbullock@sbplclaw.com; ecrowder@sbplclaw.com | mcqueen@dwsd.org skohn@chadbourne.com |
| ck445polc@yahoo.com | mdordeski@foleymansfield.com |
| claude.montgomery@dentons.com mail@goodmanhurwitz.com | melanie.kotler@nortonrosefulbright.com bgoodman@goodmanhurwitz.com |
| clrncsndrs@yahoo.com | melissa@demolaw.com |
| cobbm@detroitmi.gov | mfield@stroblpc.com |
| cphillips@miafscme.org | miag@michigan.gov |
| czucker@ermanteicher.com | mike.gearin@klgates.com |
| david.boyle@airgas.com mkato@sachswaldman.com | Mike.Paslay@wallerlaw.com; Ryan.Cochran@wallerlaw.com |
| David.Dubrow@arentfox.com nayad@ayadlaw.com | mimilaurie@yahoo.com; ltownse@detroitpubliclibrary.org |
| david.dubrow@arentfox.com; mark.angelov@arentfox.com; carol.cohen@arentfox.com | missnick64@hotmail.com wilkins@bwst-law.com hall@bwst-law.com |
| david.lemke@wallerlaw.com; courtney.rogers@wallerlaw.com | MIStateTreasurer@michigan.gov |

| | |
|---|---|
| **Exhibit 1** Electronic Mail Service List ||
| david.rosenzweig@nortonrosefulbright.com | mjkarwoski@alumni.nd.edu |
| dbeckwith@fosterswift.com | mnicholson@uaw.net |
| dbernstein@plunkettcooney.com | mnicholson@uaw.net; |
| dcopley@dickinsonwright.com | morris@silvermanmorris.com; avery@silvermanmorris.com |
| deisenberg@ermanteicher.com | msl@maddinhauser.com |
| Detroitinfo@kccllc.com | mtaunt@stroblpc.com |
| dfish@allardfishpc.com; tgraves@allardfishpc.com | mvanoverbeke@vmtlaw.com |
| dgheiman@jonesday.com; hlennox@jonesday.com; tawilson@jonesday.com | mwarner@coleschotz.com jgregg@btlaw.com jskalish@aol.com |
| Diaz@detroitpoa.com; | NicDun@detroitmi.gov |
| dlerner@plunkettcooney.com; plannen@plunkettcooney.com | paige.barr@kattenlaw.com |
| dmalcolm@miafscme.org | Pamkin@detroitmi.gov |
| dmcnamara344@aol.com | patel@dwsd.org |
| dmollicone@dmms.com | pcanzano@sidley.com |
| dmzack@mcalpinepc.com | pdibello@ca.ibm.com |
| DoluntS320@detroitmi.gov | pghosh@dwsd.org |
| dplon@sirlinlaw.com | phage@jaffelaw.com |
| dpoitras@jmbm.com | philphil48238@yahoo.com |
| dweiner@schaferandweiner.com | poam@poam.net |
| ecf@gudemanlaw.com | pra@vanguardians.org |
| ecf@kaalaw.com | presidentjan@aol.com |
| ecf@lassnerlaw.com | presidentlocal1227@hotmail.com |
| ecf@zaplc.com | princel@dteenergy.com |
| eduardo.rodriguez@bnymellon.com | proberts@shawfishman.com; rfishman@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mreiser@shawfishman.com |
| edunn@maxwelldunnlaw.com | pwhunt@kerr-russell.com |

3

| | |
|---|---|
| **Exhibit 1** Electronic Mail Service List | |
| Edwin.smith@bingham.com | rayguzall@attorneyguzall.com |
| edwin.smith@bingham.com; jared.clark@bingham.com; steven.wilamowsky@bingham.com; marcus.marsh@bingham.com nganatra@uaw.net nayad@ayadlaw.com | rdiehl@bodmanlaw.com |
| eerman@ermanteicher.com | rdpffa@hotmail.com |
| efeldman@clarkhill.com | Reesel@detroitmi.gov |
| ejessad@wwrplaw.com; mrjames@wwrplaw.com | rfrimmer@schiffhardin.com; mott@schiffhardin.com |
| emajoros@glmpc.com | rgordon@clarkhill.com |
| emcneil@miafscme.org | rplecha@lippittokeefe.com |
| enovetsky@jaffelaw.com | rrose@dykema.com |
| etashman@sidley.com; jbjork@sidley.com | sam.alberts@dentons.com nlabovitz@debevoise.com |
| express33@aol.com | Schneiderm7@michigan.gov |
| flanchers@michigan.gov; schneiderm7@michigan.gov | sdeeby@clarkhill.com swansonm@millercanfield.com |
| fusco@millercanfield.com | Sean.Cowley@usdoj.gov |
| gary.holtzer@weil.com; alfredo.perez@weil.com | senoritabonita@peoplepc.com jeff@iobillboard.com |
| gneal@sidley.com | sfarrell@dykema.com |
| gneal@sidley.com | sfoss@winston.com |
| green@millercanfield.com; laplante@millercanfield.com | sgross@mcdonaldhopkins.com ejr@morganmeyers.com |
| gvp1220@aol.com wwkannel@mintz.com awalker@mintz.com | sgrow@wnj.com; ddozeman@wnj.com; cash@wnj.com |
| HansberryM@detroitmi.gov | showell@dickinsonwright.com |
| hertzbergr@pepperlaw.com | simoliun@dwsd.org |
| Howard.Hawkins@cwt.com; lary.stromfeld@cwt.com | skhanna@berkre.com |
| howard@jacobweingarten.com mcto@debevoise.com | slevine@lowenstein.com; pgross@lowenstein.com |
| hsanders@miafscme.org | soconnor@glmpc.com |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| info@drcea.org stoby@dykema.com | steveramadan@gmail.com |
| jbank@kerr-russell.com | summersm@ballardspahr.com |
| jbellman@jonesday.com | susan.brown5@usbank.com |
| jbendernagel@sidley.com | susan.jacobsen2@usbank.com |
| jbjork@sidley.com | swahl@schiffhardin.com |
| jcalton@honigman.com | swilson@dwsd.org |
| jcanzano@michworklaw.com | swolfson@wolfsonbolton.com; akochis@wolfsonbolton.com |
| jcarter@sbsco.com | theda3t@yahoo.com |
| jcunningham@uaw.net | TL214teams@ameritech.net |
| jcunningham@uaw.net | tmayer@kramerlevin.com |
| jd@primeshares.com; transfer@primeshares.com | tsable@honigman.com |
| jeatonf@cousenslaw.com | union836@yahoo.com |
| JenkinsH@detroitmi.gov | vgflawyer@sbcglobal.net |
| wwkannel@mintz.com; awalker@mintz.com | william.miller@iuoe324.org |
| yo@osbig.com | wsmith@mwe.com |
| youngM604@detroitmi.gov; Polo4491@aol.com | wsmith@mwe.com; ncoco@mwe.com |

# **Exhibit 2**
First Class Mail Service List

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

Detroit Police Benefit and Protective Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard
Suite 405
Detroit, MI 48202

The Office of the Governor of the State of Michigan
Governor Rick Snyder
P.O. Box 30013
Lansing, MI 48909

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA 30328

The City of Detroit
Attn: Kevyn D. Orr, Emergency Manager
Coleman A. Young Municipal Center
2 Woodward Ave, Suite 1126
Detroit, MI 48226

The City of Detroit
Attn: Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI 48325

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226