# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2013, I caused the *Joint Objection of National Public Finance Guarantee Corporation, Assured Guaranty Municipal Corp., and Ambac Assurance Corporation to Debtor's Motion Pursuant to Sections 105 and 107(a) of the Bankruptcy Code for an Order Authorizing the Debtor to File Fee Letter under Seal in Connection with Debtor's Post-Petition Financing Motion* [Doc. No. 1692] (the "Joint Objection") to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF Participants.

I further certify that on November 13, 2013, I caused the Joint Objection to be served, via first class mail, on the following parties:

| | |
|---|---|
| David G. Heiman<br>Heather Lennox<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114 | Brad B. Erens<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601 |

| | |
|---|---|
| Bruce Bennett | Jonathan S. Green |
| JONES DAY | Stephen S. LaPlante |
| 555 South Flower Street | MILLER CANFIELD |
| Fiftieth Floor | 150 West Jefferson |
| Los Angeles, California 90071 | Suite 2500 |
| | Detroit, Michigan 48226 |

Respectfully submitted by:

Dated: November 13, 2013 **JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Louis P. Rochkind (P24121)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance Guarantee Corp.*