UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2013, I electronically filed the State of Michigan's Brief Regarding "Good Faith Negotiations" [Docket No. 1698] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                               */s/Matthew Schneider*
                               Matthew Schneider
                               Chief Legal Counsel
                               Attorney for State of Michigan
                               P.O. Box 30754
                               Lansing, Michigan  48909
                               (517) 373-3203
                               SchneiderM7@michigan.gov [P62190]

                               Attorney for the State of Michigan
                               Michigan Department of Attorney General