UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                       Chapter 9
                                          13-53846-swr
City of Detroit, Michigan              Judge Rhodes

STATE OF MICHIGAN
COUNTY OF OAKLAND

## PROOF OF SERVICE

       I hereby certify that on the 8th day of November, 2013, the Clerk of the Court electronically filed the attached Order for Relief from Stay using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Eric D. Carlson<br>150 West Jefferson<br>Suite 2500<br>Detroit, MI 48226 | Bruce Bennett<br>555 S. Flower St.<br>50th Floor<br>Los Angeles, CA 90071 |
| Jonathan S. Green<br>150 W. Jefferson<br>Ste. 2500<br>Detroit, MI 48226 | David Gilbert Heiman<br>901 Lakeside Avenue<br>Cleveland, OH 44114 |
| Robert S. Hertzberg<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505 | Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075 |
| Kay Standridge Kress<br>4000 Town Center<br>Southfield, MI 48075-1505 | Stephen S. LaPlante<br>150 W. Jefferson Ave.<br>Suite 2500<br>Detroit, MI 48226 |
| Heather Lennox | Marc N. Swanson |

222 East 41st Street  
New York, NY 10017

150 W. Jefferson  
Suite 2500  
Detroit, MI 48226

And I hereby certify that on November 13, 2013 I mailed by United States Postal Service the Order for Relief from Stay to the following non-ECF participants:

WAYNE COUNTY TREASURER  
400 Monroe  
Fifth Floor  
Detroit, MI 48226

Resident  
10045 Longacre  
Detroit, MI 48223

City of Detroit  
2 Woodward Ave.  
Suite 1126  
Detroit, MI 48226

Execution on: 11/13/13

By:__/S/_Brett A. Border__  
Brett A. Border (P65534)  
bborder@sspclegal,com  
Attorney for U.S. Bank National Association as servicer for Michigan State Housing Development Authority  
23938 Research Drive, Suite 300  
Farmington Hills, MI 48335  
248-539-7400