# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN,          Chapter 9
        Case No. 13-53846-swr
    Debtor.         Hon. Stephen W. Rhodes

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2013, I electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, *Brief of the Retiree Association Parties on Good Faith Issues*, using the Court's CM/ECF System, which will sent notification of such filing to all attorneys and parties of record registered electronically.

                           */s/ Marlene Kowalewski*
                           Marlene Kowalewski, Legal Assistant
                           Silverman & Morris, P.L.L.C.
                           30500 Northwestern Hwy., Suite 200
                           Farmington Hills, Michigan 48334
                           marlene@silvermanmorris.com
                           (248) 539-1330    Fax: (248) 539-1355

Dated: November 13, 2013