STATE OF MICHIGAN
THIRD JUDICIAL CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITIZENS UNITED AGAINST
CORRUPT GOVERNMENT,
A Michigan Nonprofit Corporation,

    Petitioner/Plaintiff

vs.

SAUNTEEL JENKINS, in her official
capacity as the duly appointed
President of the Detroit City Council.

    Respondent/Defendant

Case: 13-010901-AW
Hon. Lita M. Popke

13-010901-AW
FILED IN MY OFFICE
WAYNE COUNTY CLERK
10/11/2013
CATHY M. GARRETT

/s/ Belinda Roberts

## ORDER DENYING APPLICATION FOR LEAVE TO FILE COMPLAINT FOR WRIT OF QUO WARRANTO AGAINST SAUNTEEL JENKINS

At a session of Court held in the City
of Detroit, County of Wayne, and State
of Michigan, on 10/11/2013

**THIS MATTER** is before the Court on the Plaintiff's Ex Parte Application for Leave to File Complaint for Writ of Quo Warranto Against Saunteel Jenkins. On September 10, 2013, the Court issued an Order for responsive briefs by September 26, 2013. Defendant Jenkins filed her responsive brief consistent with that order. The Court has reviewed the Application, the responsive briefs, and the applicable law.

**IT IS THEREFORE ORDERED** that the Application for Leave is DENIED for the reasons set forth in the Defendant's Response. The action was filed in violation of the bankruptcy stay. Nonetheless, the response establishes that there was no violation of the City Charter and the election of Jenkins as President and Spivey as Pro Tem was done in conformance with charter requirements.

**SO ORDERED.**      /s/ Lita M. Popke

**LITA M. POPKE**
Circuit Court Judge