UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
                           :

In re:                          :     Chapter 9

CITY OF DETROIT, MICHIGAN,     :     Case No.: 13-53846

                Debtor.     :     Hon. Steven W. Rhodes

------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of November 2013, I caused the *Supplemental Brief of International Union, UAW Regarding Good Faith Bargaining* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:     New York, New York
           November 13, 2013

                                 Cohen, Weiss and Simon LLP

                         By:  /s/ Babette A. Ceccotti
                                 330 West 42nd Street
                               New York, New York 10036-6976
                               T: 212-563-4100
                               bceccotti@cwsny.com

                               *Attorneys for International Union, UAW*