IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------ x
                                                 :
In re                                            :     Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :     Case No. 13-53846
                                                 :
            Debtor.                              :     Hon. Steven W. Rhodes
                                                 x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2013, he caused a true and correct copy of the *SUPPLEMENTAL BRIEF REGARDING PETITIONERS ROBERT DAVIS' AND CITIZENS UNITED AGAINST CORRUPT GOVERNMENT'S EMERGENCY MOTION FOR CLARIFICATION OF THE COURT'S JULY 25, 2013 STAY ORDER* to be served upon counsel as listed below via First Class United States Mail:

Andrew A. Paterson
46350 Grand River, Suite C
Novi, MI 48374

DATED: November 14, 2013

                                        By: /s/Stephen S. LaPlante
                                        Stephen S. LaPlante
                                        150 West Jefferson
                                        Suite 2500
                                        Detroit, Michigan 48226
                                        Telephone: (313) 963-6420
                                        Facsimile: (313) 496-7500
                                        laplante@millercanfield.com