**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | | Re: Docket Nos. 1341 & 1557 |

**JOINDER OF THE OFFICIAL COMMITTEE OF RETIREES IN PART IN THE LIMITED OBJECTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE, INC. TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE PUBLIC LIGHTING AUTHORITY TRANSACTION**

The Official Committee of Retirees (the "Committee"), by its undersigned attorneys, hereby joins in part in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. (Docket No. 1557) (the "Syncora Objection"), to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction (Docket No. 1341) (the "Motion")..

The Committee concurs with the Syncora Objection that City has not provided adequate information to evaluate the proposal. In addition, the Committee agrees that this reinvestment proposal should be evaluated in the context of a plan, and considered in the context of the proposals for additional revitalization funding, including the DIP financing. Accordingly, the Committee requests that this Court deny the Motion and grant it such other and further relief as is just and proper.

Dated: November 14, 2013       DENTONS US LLP

By: /s/ Matthew E. Wilkins
Matthew E. Wilkins  (P56697)
Paula A. Hall  (P61101)
BROOKS WILKINS SHARKEY & TURCO
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Tel: (248) 971-1800
wilkins@bwst-law.com
hall@bwst-law.com

and

By: */s/ Carole Neville*
Carole Neville
Claude D. Montgomery
1221 Avenue of the Americas
New York New York 10020
Tel:  (212) 768-6700
carole.neville@dentons.com
claude.montgomery@dentons.com

and

Sam J. Alberts
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
sam.alberts@dentons.com

*Attorneys for the Retirees Committee*

**CERTIFICATE OF SERVICE**

       I certify that on November 14, 2013, I filed a copy of the foregoing Joinder in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction with the Clerk of Court using the Court's ECF system which system will served all registered users that have appeared in the above-captioned case.

                                                 */s/ Matthew E. Wilkins*
                                                 Matthew E. Wilkins
                                                 wilkins@bwst-law.com