No. 12-2087

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CITY OF PONTIAC RETIRED EMPLOYEES ASSOCIATION, ET AL., )
)
Plaintiffs-Appellants, )
)
v. )
)    O R D E R
)
LOUIS SCHIMMEL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY )
AS EMERGENCY MANAGER OF THE CITY OF PONTIAC, ET AL., )
)
Defendants-Appellees. )

**FILED**
Nov 08, 2013
DEBORAH S. HUNT, Clerk

**BEFORE:** BATCHELDER, Chief Judge; BOGGS, MOORE, COLE, CLAY, GIBBONS, ROGERS, SUTTON, COOK, McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, and DONALD, Circuit Judges.

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(b) provides as follows:

"A decision to grant rehearing en banc vacates the previous opinion and judgment of the court, stays the mandate, and restores the case on the docket as a pending appeal"

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

**ENTERED BY ORDER OF THE COURT**

*Deborah S. Hunt*

**Deborah S. Hunt, Clerk**