# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

''   **Bankruptcy**     **Adversary**

   **Appeal**    **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____ **Time of Hearing:** _____ **Title of Hearing:** _____

Please specify portion of hearing requested:   '' **Original/Unredacted** ''''' **Redacted** '''''''''**Copy** *2nd Party)

Entire Hearing      Ruling/Opinion of Judge      Testimony of Witness      Other

Special Instructions: _____

---

**Type of Request:**

     Ordinary Transcript - $3.65 per page (30 calendar days)

     14-Day Transcript - $4.25 'r gt'r ci g (14 calendar days)

     Expedited Transcript - $4.85 'r gt'r ci g (7 working days)

'''''''''''CD - $30; FTR Gold format'/'You must download the free '''''FTR Record Player™ onto your computer from '''''''''''''''''''y y y 0nti qrf 0eqo ''

**Signature of Ordering Party:**

_____Date: _____

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                Date      By

Order Received:

Transcript Ordered

Transcript Received