UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 13-53846
CITY OF DETROIT, MICHIGAN　　　　　　　　　　Hon. Steven W. Rhodes

　　　　　　　　　　　Debtor.
_____/

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

IT IS HEREBY STIPULATED by and between attorney on record for Creditor St. Martin's Cooperative and attorney on substitution for Plaintiff that RANDALL A. PENTIUK, of PENTIUK, COUVREUR & KOBILJAK, P.C., be substituted in the place and stead of MICHAEL K. LEE, of LAW OFFICES OF LEE & CORRELL, attorney on record for Creditor St. Martin's Cooperative relative to the above entitled matter.

_____　　　　　_____
MICHAEL K. LEE (P40012)　　　　　　RANDALL A. PENTIUK (P32556)
LAW OFFICES OF LEE & CORRELL　　　PENTIUK, COUVREUR & KOBILJAK, P.C.
Attorney on Record for Plaintiff　　Attorney on Substitution for Plaintiff
24901 Northwestern Highway, Ste.113　2915 Biddle Avenue, Suite 200
Southfield, MI 48075　　　　　　　　　Wyandotte, MI 48192
(248) 350-5900　　　　　　　　　　　　(734) 281-7100

Dated: __11/15/13__　　　　　　　　　Dated: __11-15-13__