Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **11/27/13** at **09:00 AM** to consider and act upon the following:

*1476* – Application to Employ Lazard Freres & Co. LLC as Financial Advisor Filed by Retiree Committee Official Committee of Retirees (Attachments: # 1 Exhibit 1 – Proposed Order # 2 Exhibit 2 – Declaration of Andrew Yearley # 3 Exhibit 3 – Lazard Engagement Letter) (Wilkins, Matthew)

Dated: 11/15/13

                                        BY THE COURT


                                        Katherine B. Gullo
                                        Clerk, U.S. Bankruptcy Court

                                        BY: christine sikula
                                        Deputy Clerk