UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

        Debtor.
_____/

Order Denying Motion for Relief from Stay

        For the reasons stated on the record in open Court on November 14, 2013, it is hereby

ordered that the motion for relief from the automatic stay and to waive provisions of

F.R.Bankr.P. 4001(a)(3) filed by Clifford Properties, Inc.(Dkt. #1057) is denied.

.

**Signed on November 15, 2013**

                                                                /s/ Steven Rhodes
                                                          **Steven Rhodes**
                                                          **United States Bankruptcy Judge**