UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Chapter 9
	Case No. 13-53846
City of Detroit, Michigan,	Hon. Steven W. Rhodes

    Debtor.
_____/

Order Denying Motion to File Fee Letter Under Seal

For the reasons stated on the record in open Court on November 14, 2013, it is hereby ordered that the debtor's motion pursuant to Sections 105 and 107(b) of the Bankruptcy Code for an order authorizing the debtor to file fee letter under seal in connection with the debtor's post-petition financing motion (Dkt. #1521) is denied.

.

**Signed on November 15, 2013**

                                            /s/ Steven Rhodes
                                   **Steven Rhodes**
                                   **United States Bankruptcy Judge**