UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding Submission of Order Establishing Claims Bar Date

In the interest of expediting this matter, it is hereby ordered that the City shall submit a proposed order regarding the claims bar date by November 19, 2013.

.

**Signed on November 15, 2013**

                                                   /s/ Steven Rhodes  
                                                 **Steven Rhodes**  
                                                 **United States Bankruptcy Judge**