UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                            Chapter 9
                                                  Case No. 13-53846
City of Detroit, Michigan,                        Hon. Steven W. Rhodes

    Debtor.
_____/

Order Regarding Motion of the Objectors
For Leave to Conduct Limited Discovery in
Connection with Motion of the Debtor for a Final Order

Objectors Syncora Guarantee Inc. and Syncora Capital Assurance Inc., Ambac Assurance Corporation, Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europaische Pfandbrief–und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., and David Sole, have filed a motion for leave to conduct limited discovery in connection with motion of the debtor for a final order pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) approving post-petition financing, (II) granting liens and providing superpriority claim status and (III) modifying automatic stay (Dkt. #1640). The City opposed the motion.

For the reasons stated on the record in open Court on November 14, 2013, it is hereby ordered that the motion is granted in part and denied in part. The motion is granted to the extent the City stated on the record its agreement to discovery. The balance of the motion is denied without prejudice to the moving parties' right to resubmit its request for additional discovery after the Court determines the scope of the hearing on the City's motion to incur debt (Dkt. #1520).

.

Signed on November 15, 2013

                                                                                /s/ Steven Rhodes
                                                                     Steven Rhodes
                                                                     United States Bankruptcy Judge