UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2013, I electronically filed the Motion for Reconsideration of Opinion and Order Denying NAACP's Motion for Relief From Stay (Dkt. #740) and Granting Phillips' Motion for Relief from Stay (Dkt. #1004) and the brief in support [Docket No. #1745] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                              */s/Matthew Schneider*
                                              Matthew Schneider
                                              Chief Legal Counsel
                                              Attorney for State of Michigan
                                              P.O. Box 30754, Lansing, Michigan 48909
                                              (517) 373-3203
                                              SchneiderM7@michigan.gov [P62190]
                                              Attorney for the State of Michigan
                                              Michigan Department of Attorney General