# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## SUPPLEMENTAL ORDER REGARDING SECOND AMENDED FINAL PRE-TRIAL ORDER

Having been advised in the premises and having considered the stipulation between the City and AFSCME (the "**Stipulation**") to entry of a supplement to the Second Amended Final Pre-Trial Order dated November 10, 2013 [Docket No. 1647] (the "**Second Amended PTO**").

IT IS ORDERED THAT:

1. The Stipulation is GRANTED as set forth herein.

2. The following deposition designations and counter-designations are deemed to be part of the Second Amended PTO:

**Gaurav Malhotra, September 20, 2013**

**1. Consolidated Designations**

44:21–45:17
54:22–55:12
56:9–57:1
86:20–23

## 2. City's Counter-Designations

45:18 - 46:1

.

**Signed on November 15, 2013**

                                                             /s/ Steven Rhodes
                                                 Steven Rhodes
                                                 United States Bankruptcy Judge