UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:  Chapter 9
 13-53846-swr
City of Detroit, Michigan  Judge Rhodes

STATE OF MICHIGAN
COUNTY OF OAKLAND

## PROOF OF SERVICE

I hereby certify that on the 5th day of November, 2013, the Clerk of the Court electronically filed the attached Order for Relief from Stay using the ECF system which will send notification of such filing to the following:

Eric D. Carlson
150 West Jefferson
Suite 2500
Detroit, MI 48226

Jonathan S. Green
150 W. Jefferson
Ste. 2500
Detroit, MI 48226

Robert S. Hertzberg
4000 Town Center
Suite 1800
Southfield, MI 48075-1505

Kay Standridge Kress
4000 Town Center
Southfield, MI 48075-1505

Bruce Bennett
555 S. Flower St.
50th Floor
Los Angeles, CA 90071

David Gilbert Heiman
901 Lakeside Avenue
Cleveland, OH 44114

Deborah Kovsky-Apap
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, MI 48075

Stephen S. LaPlante
150 W. Jefferson Ave.
Suite 2500
Detroit, MI 48226

| | |
|---|---|
| Heather Lennox<br>222 East 41st Street<br>New York, NY 10017 | Marc N. Swanson<br>150 W. Jefferson<br>Suite 2500<br>Detroit, MI 48226 |

And I hereby certify that I have mailed by United States Postal Service the Order for Relief from Stay to the following non-ECF participants:

| | |
|---|---|
| WAYNE COUNTY TREASURER<br>400 Monroe<br>Fifth Floor<br>Detroit, MI 48226 | Resident<br>15709 Pierson St.<br>Detroit, MI 48223 |

City of Detroit
2 Woodward Ave.
Suite 1126
Detroit, MI 48226

Execution on: <u>11/15/13</u>

                                                      By:__/S/_Brett A. Border__
                                                      Brett A. Border (P65534)
                                                      bborder@sspclegal,com
                                                      Attorney for Flagstar Bank, FSB
                                                      23938 Research Drive, Suite 300
                                                      Farmington Hills, MI 48335
                                                      248-539-7400