UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:

City of Detroit, Michigan

Debtor(s)

_____/

Chapter 9
13-53846-swr
Judge Steven Rhodes

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO FLAGSTAR BANK, FSB

This matter having come before this Court on the Motion for Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Flagstar Bank, FSB ("Creditor"), by and through its counsel, Schneiderman & Sherman, P.C., having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow Creditor, its successors or assigns, to foreclose on the property known as 15709 PIERSON STREET, DETROIT, MI 48223, legal description LOT 56, REDFORD MANOR SUBDIVISION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN LIBER 38, PAGE 11 OF PLATS, WAYNE COUNTY RECORDS; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by

Creditor on the Debtor and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on November 05, 2013**

                                              **/s/ Steven Rhodes**
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**