UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  

  Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Order Denying Motion to Stay

On November 15, 2013, Carl Williams and Hassan Aleem filed a "Motion to Stay on the Bankruptcy Proceeding Until the Court Rules on Our Objections Docket Numbers 565 and 1428." (Dkt. #1750). The Court finds that cause has not been established which would warrant the granting of the stay of proceedings requested in the motion. Accordingly, the motion to stay is denied. The movants' objections to eligibility remain pending before the Court.

.

**Signed on November 18, 2013**

              /s/ Steven Rhodes  
            **Steven Rhodes**  
            **United States Bankruptcy Judge**