UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                            Chapter 9
                                                               Case No. 13-53846
City of Detroit, Michigan,                         Hon. Steven W. Rhodes

         Debtor.
_____/

### Order Requiring Response and Setting Hearing
### Regarding Motion for Reconsideration

The State of Michigan has filed a motion for reconsideration of this Court's opinion and order denying NAACP's motion for relief from stay and granting Phillips' motion for relief from stay that was entered on November 6, 2013. The Court has determined that the opposing party shall file a response and that a hearing shall be held.

Accordingly, it is hereby ordered that the Phillips' parties shall file a response to the motion for reconsideration by December 2, 2013. A hearing shall be held on the motion for reconsideration (Dkt. #1745) on December 16, 2013 at 10:00 a.m., in Courtroom 100, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on November 18, 2013**

                                                                     _____/s/ Steven Rhodes_____
                                                                        **Steven Rhodes**
                                                                        **United States Bankruptcy Judge**