UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

In re:

CITY OF DETROIT, MICHIGAN            Chapter 9
                                                   Case No. 13-53846
             Debtor.                         Hon. Steven W. Rhodes
_____/

## NOTICE TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Because the Court has now entered an order regarding the automatic stay, undersigned counsel requests removal from the ECF docket so that undersigned counsel will no longer receive electronic notices.

                                                         Respectfully submitted,

                                                         By: /s/ Jonathan B. Frank
                                                         Jonathan B. Frank (P42656)
                                                         Attorney for Get Back Up, Inc.
                                                         121 W. Long Lake Road, Suite 200
                                                         Bloomfield Hills, Michigan 48304
                                                         (248) 642-0500

Dated: November 18, 2013