To Be Made Public Notice

Paramount Security Interest Holder **Rickie-Allen: of the family Holt**
Creditor/Agent/ABA Rickie Allen Holt
℅ 1600 Clay St. Ste 314
Detroit Michigan [48219]

Honorable Judge Steven Rhodes, et-al
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Chapter 9
Case No. 13-53846

OFFICE OF THE BANKRUPTCY Clerk, et-al
UNITED STATES BANKRUPTCY COURT
211 W. Fort St., Suite 1800/2100
Detroit Michigan 48226-3211

ORLANS ASSOCIATES, P.C., et-al
1650 W. Big Beaver Rd.
Troy Michigan 48084



In the year of Our God 2013, 8th day of the month November [November 8th, 2013]

In re: Responds to Notice to 13-53846-swr / Doc #1530

_____/

Original Documents Post Registration Numbers RE950852031US / RE950852045US, and United States Bankruptcy Court (Dkt#1505) has Lawful Standing as entered accordingly to International Law of Treaties, Article I Section 10, Article II Section 2, to the united States Constitution namely Moroccan-American Treaty of Peace and Friendship 1787, Convention of Genocide Punishment and prevention, and United Nations Declaration on the Rights of Indigenous Peoples.

This honorable court must not deny the Indigenous and Aboriginal People on the land its Standing when the people Human Rights has original jurisdiction. The Human Rights of Indigenous and Aboriginal People must not be overruled, for commercial liability created to commercially obstruct the People liberty.

Paramount Security Interest Holder, peace protector Rickie-Allen: of the Family Holt to the Indigenous and Aboriginal People on the land, grants the Honorable Judge Steven Rhodes immense fiduciary powers in the matter concerning Case No. 13-53846 for the Nation of Aboriginal and Indigenous People on the land called Michigan near the location called Detroit in the county called Wayne.

Honorably Respectfully Submitted,

*Rickie-Allen: of the Family Holt* /
Paramount Security Interest Holder
**Rickie-Allen: of the family Holt**
All Rights Reserved, Unlimited Commercial Liability
Treasury Registration number available upon request
RICKIE ALLEN HOLT® 1954

November 9, 2013
All Rights Reserved