| United States District Court  Eastern District of Michigan | Bankruptcy Matter  Civil Case Cover Sheet | District Court Label |

**In re:** City of Detroit

**Case No.:** 13-53846

**Debtor.**
_____/

**Adv. No.:**

**Appellant,**

v.

**Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

** Matter relates to the administratively stayed action in the United States District Court Eastern District of Michigan before the Honorable George C. Steeh, Case No. 13-12098.

**Date:** __11/18/2013__        **Name:** ____/s/ Nabih H. Ayad_____

---

Name and Address of Interested Parties (See Below)

**APPELLANTS**

Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually,
represented by:

>Nabih H. Ayad
>AYAD LAW, PLLC
>2200 Canton Center Road, Suite 220
>Telephone: (734) 983-0500
>Facsimile: (734) 983-0520
>
>-and-
>
>Melvin Butch Hollowell
>General Counsel, Detroit Branch NAACP
>8220 Second Avenue
>Detroit, Michigan 48221
>Telephone: 313-871-2087
>Facsimile: (313) 871-7745

**APPELLEES**

City of Detroit, represented by:

>Bruce Bennett
>JONES DAY
>555 S. Flower Street
>50th Floor
>Los Angeles, CA 90071
>Telephone: (213) 489-3939
>Facsimile: (213) 243-2539
>
>David Gilbert Heiman
>JONES DAY
>901 Lakeside Avenue
>Cleveland, OH 44114
>Telephone: (216) 586-7175
>Facsimile: (216) 579-0212
>
>Heather Lennox
>JONES DAY
>222 East 41st Street

New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Stephen S. LaPlante
Eric D. Carlson
Timothy A. Fusco
Jonathan S. Green
Marc N. Swanson
MILLER CANFIELD, PLC
150 West Jefferson
Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500

Robert S. Hertzberg
Deborah Kovsky-Apap
Kay Standridge Kress
PEPPER HAMILTON LLP
4000 Town Center
Suite 1800
Southfield, MI 48075-1505
Telephone: (248) 359-7300
Facsimile: (248) 359-7700

**Other Interested Parties:**
State of Michigan, represented by**:**

Matthew Schneider
Nicole A. Grimm
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909
Telephone: (517) 373-3042
Facsimile: (517) 373-3042

Steve Howell
Special Assistant Attorney General
500 Woodward Avenue
Suite 4000
Detroit MI 48226
Telephone: (313) 223-3500