FILED

2013 NOV 19  A 9: 50

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re: CITY OF DETROIT, MICHIGAN
City Of Detroit Corporation Counsel et al
City Of Detroit Law Department
2 Woodward Avenue, Suite
Detroit, Michigan 48226

Debtor ;  Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

<u>DESIGNATED CLAIMANT RESPONSE TO MOTION OF DEBTOR FILED 11/12/13(Doc 1665)</u>

Per U.S. Const. Article III - FR Bankr. Proc. 7070 **ascendant** Declaration of [Creditor]'s Designated

Claim No. A37000-006220 <u>Filed</u> herein on 10/15/2013(Doc 1202) - 11/12/2013(Doc 1665), **[Claimant]**

**JEFFREY SANDERS,** <u>Hereby</u>, **avers** that **"Proof"** of [His] **"$7,960,000.00 Offer Exchange"** accedes

discern(ed)ing - veri(fied)table record <u>Filed</u> in USDC-E.D. Mich. Case No. 07-14206 from 10/03/2007-

07/24/2009(Doc. 1-40, 54-67, 68), heretofore, catalytically subject to acceding - collusive - esoterically

expostulating - <u>rampant</u> Clerical-Judicial abuses of discretion / oversight, unduly **violating** [Claimant]'s

U.S. Const. Amendment I, IV, V - XIV <u>Protections</u> due to **'Mandates'** of 11 U.S.C. s362(b)(1)-(11) em-

bodying 18 U.S.C. s241; 28 U.S.C. s354(b)(2)(B) - 28 U.S.C. s1915(d); 28 U.S.C. s2101(b)-(c) <u>plus</u> 28

U.S.C. s2105 - 28 U.S.C. s2111; 42 U.S.C. s1983 w/ FRCiv.P 54 - E.D. Mich. LR 58.1(a)-(d), attending

USDC-E.D. Mich. Case No. 07-14206 encompassed 6th Cir. COA Case Nos. 09-2102 / 2155 to 13-1340

<u>and</u> U.S. Supreme Court Case No. 12-6292. <u>See</u> 18 <u>U.S.C.</u> s241 Offensive 653 F.Supp.2d 715-726(E.D.

Mich.2009) ...<u>Reports</u>, heretofore. **[Claimant]'s** acceding, catalytical - unsanctioned, **verified recovery**

**of $7,960,000.00, <u>Herein</u>, is <u>Duly</u> - <u>Strictly</u> subject to [City Of Detroit]'s** unadjudicated - unexecuted

**<u>Elective-Option</u> 'verified'** as **APPENDIX  Y(attached)** per 11 U.S.C. s362(b)(1) - 28 U.S.C. s1915(d)

encompass(ed)ing 42 U.S.C. s1983 <u>w/</u> FRCiv.P 54 - E.D. Mich. LR 58.1(a)-(d) **directive** "**Mandates**".

Executed – Submitted on November 18, 2013, By:/s/

(Designated/Claim[ant] No. A37000-006220)

Subscribed and sworn to before me
this 18 th day of November, 2013.
(Notary)
My Commission Expires: 12-10-2014

**(1 OF 2)**

**Mr. Jeffrey Sanders** (IFP / Pro se)
**16599 Hubbell Street**
**Detroit, Michigan  48235-4030**

SONJA R. JOHNSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires Dec 10, 2014
Acting in the County of WAYNE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: CITY OF DETROIT, MICHIGAN /,
City Of Detroit Corporation Counsels
City Of Detroit Law Department
2 Woodward Avenue, Suite 5000
Detroit, Michigan 48226

Debtor;  Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## APPENDIX  Y  INDEX

[CLAIMANT]'s 10/03/2007 IFP COMPLAINT Filed in USDC-E.D. Mich. Case No. 07-14206 Effective 10/03/2007 (Dkt.#1-2).

CITY OF DETROIT CORP. COUNSEL JANE KENT MILLS(P-38251) 12/27/2007 ANSWER TO COMPLAINT Filed in USDC-E.D. Mich. Case No. 07-14206 ((Dkt.#5).

[CLAIMANT]'s 04/13/2009 NOTICE TO SETTLE PER USDC-E.D. Mich. LR 58.1(b),(d) w/ AFFIDAVIT; (Proposed) JUDGEMENT And EXHIBIT 1 Filed in USDC-E.D. Mich. Case No. 07-14206 (Dkt.#54).

[CLAIMANT]'s 04/20/2009 **"JOINDER" AFFIDAVIT FILED** in USDC-E.D. Mich. Case No. 07-14206 (Dkt.#57).

[CLAIMANT]'s 05/08/2009 'Verified' REPLY TO RESPONSE WANTING Filed in USDC-E.D. Mich. Case No. 07-14206 (Dkt.#57).

[CLAIMANT]'s 06/15/2009 NOTICED DEMAND FOR (Proposed)JUDGEMENT & RELIEF AFFIDAVIT; PROOF OF SERVICE Filed in USDC-E.D. Mich. Case No. 07-14206 (Dkt.#64)

[CLAIMANT]'s 07/21/2009 'Adduced / Verified' ELECTIVE-OPTION / PROOF OF SERVICE Filed in USDC-E.D. Mich. Case No. 07-14206 (Dkt.#67-68).

JUDGE DENISE PAGE HOOD's "ACCED(ED)ING" 18 U.S.C. s241 OFFENSIVE 03/09/2009 THRU 11/13/2013 "RAMPANT" VIOLATION(S) OF [CLAIMANT]'s U.S. CONSTITUTION AMENDMENT I, IV, V – XIV 'PROTECTIONS' PER SUBSTANTIVE LAW "MANDATES" Acceded – Verified As **U.S. CONST. AMENDMENT IV – 11 U.S.C. s362(b)(1)** Incorporation Of **18 U.S.C. s241** Encompassing **28 U.S.C. s354(b) - 28 U.S.C. s1915(c); 42 U.S.C. s1983 via FRCiv.P 54 – USDC-E.D. Mich. LR 58.1(a)-(d)**; Hence, Ascend(ant)ing **'Collusion'** Auspicing 28 U.S.C. s1915(e) – Heck v Humphrey, 512 U.S. 477(1994) inter alia., See 653 F.Supp.2d 715-726(E.D.Mich.2009) etc., per Dkt.#3,41, 48, 74-166, as catalytically - strictly subject to unerring ramification of U.S. Const. Article III - 28 U.S.C. s1915(d) encompassments of 42 U.S.C. s1983 and FRCiv.P 54 – E.D. Mich. LR 58.1(a)-(d) w/ FRBankrupt.Proc. 3001 – 7070 "Expedients".

Executed under penalty of perjury on November 18, 2013, By:/s/ _Jeffrey Sanders_

JEFFREY SANDERS
16599 HUBBELL ST.
DETROIT, MICHIGAN 48235

14

APPENDIX Y

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY SANDERS

Jeffery Sanders
16603 Hubbell
Detroit, Mich. 48235

      Plaintiff,

Case: 2:07-cv-14206
Assigned To: Hood, Denise Page
Referral Judge: Scheer, Donald A
Filed: 10-03-2007 At 10:57 AM
IFP SANDERS V. DETROIT POLICE DEPT
ET AL (DA)

VS.

DETROIT POLICE DEPARTMENT,
CHRISTOPHE GRIFFIN,
MARYLIN E. ATKINS,
CRAIG S. STRONG,

      Defendant(s).

CIVIL COMPLAINT

I. Jurisdiction

Jurisdiction is predicated upon 28 U.S.C.A. §1343(a)(3-4)w/ 28 U.S.C.A. §2201(a) together with 42 U.S.C.A. §1983.

II. Parties

Plaintiff JEFFERY SANDERS is a U.S. citizen and disabled person who is currently residing at 16603 HUBBELL in DETROIT, MICHIGAN 48235.

(1)

APPENDIX Y

Defendant DETROIT POLICE DEPARTMENT is an 'under color of law' entity and actor from office(s) herein situated/located at 11450 WARWICK in DETROIT, MICHIGAN 48228.

Defendant CHRISTOPHE GRIFFIN is an 'under color of law' actor herein for the Detroit Police Department situated/located at 11450 WARWICK in DETROIT, MICHIGAN 48228.

Defendant MARYLIN E. ATKINS is herein a District Court Judge who acted from office(s) located at 36th DISTRICT COURT - ROOM ____ at 421 MADISON in DETROIT, MICHIGAN 48226.

Defendant CRAIG S. STRONG is herein a Circuit Court Judge who acted from office(s) located at 3rd CIRCUIT COURT - ROOM ____ at 1441 ST. ANTOINE in DETROIT, MICHIGAN 48226.

## III. Statement Of Facts

1. At approximately 08:36 a.m. on April 15, 2006, Detroit Police Officer Christophe Griffin, and several others, came into Plaintiff's residence and effected/subjected Plaintiff to a WARRANTLESS ARREST to "investigate a domestic violence report", as appears from the record copy attached and herewith submitted as EXHIBIT 1 (attached).

2. Plaintiff, pursuant to arrest above stated, was removed from his residence at 3260 Southfield Rd. - Apt. 815 in Detroit, Michigan and eventually transported to and detained in/at the 6th Precinct/Northwest District Police Station (11450 WARWICK) from 04/15/06 thru 04/17/06 ABSENT PROBABLE CAUSE HEARING/PROCEEDING.

3. On April 16, 2006, a Detroit Police Department "INVESTIGATOR'S REPORT" spawned / generated a recommended issuance of a felony warrant against Plaintiff as appears from the record copy attached and herewith submitted as EXHIBIT 2 (attached).

4. On April 17, 2006, Defendant DETROIT POLICE DEPT. transported the Plaintiff herein from detention at 11450 WARWICK to detention / confinement at 36th District Court (?) whereupon Plaintiff was served copy of an 'Ex Parte Personal Protection Order' - see record copy attached and submitted as EXHIBIT 3 (attached) - and removed / transported to the Wayne County Jail on 04/17/06 ABSENT PROBABLE CAUSE HEARING / PROCEEDING before any judiciary.

5. On April 27, 2006, Plaintiff was brought / taken before Defendant ATKINS in 36th District Court Case No. 06-59157, and thereupon subject to a 'probable cause determination' by Defendant ATKINS, in accordance with the provision of MCLA 2766.13(1), and corresponding 'BINDOVER TO CIRCUIT COURT' with remand to the Wayne County Jail pending / subject to posting of bond in the amount of $50,000.00.

6. On May 10, 2006, Plaintiff was arraigned in 3rd Circuit Court Case No. 06-05059, respecting charge(s) of (i) Felonious Assault and (ii) Domestic Violence, assigned to Judge Craig S. Strong, and remanded to the Wayne County Jail.

7. On October 11, 2006, Plaintiff was found guilty / CONVICTED of DOMESTIC VIOLENCE (MCLA §750.812) in 3rd Circuit Court Case No. 06-05059, and Defendant STRONG subsequently sentenced Plaintiff, on October 27, 2006, to "120 days w/credit for the time served", contrary to MCLA §750.812,

and remanded Plaintiff to Wayne County Jail to facilitate issuance of a '$100,000.00 Personal Bond' for Plaintiff.

8. On October 30, 2006, Defendant STRONG issued Plaintiff a Personal Bond of $100,000.00 to secure Plaintiff's presence at a "next court date" noticed for "11/14/06" — see EXHIBIT 4 (attached), and subsequently resentenced Plaintiff on 11/22/06 to 'PROBATION FOR 1 YEAR' contrary to the letter of MCLA §750.812, and evidenced by the record copy attached and herewith submitted as EXHIBIT 5 (attached).

9. As a result of Defendants action/conduct above-stated, Plaintiff has suffered (A) Loss of his personal property and residence at 9260 Southfield Rd., Apt. #15; (B) Loss of his legal documents and meaningful access to the Courts and recovery of personal injury and/or medical malpractice damages of $3,000,000.00 pursuant to law; (C) Wrongful and/or illegal confinement/detention from 04/15/2006 thru 10/30/2006, inter alia.

### IV.  Cause Of Action

10. Defendants DETROIT POLICE DEPT. & CHRISTOPHE GRIFFIN violated Plaintiff's U.S. Constitution Amendment 4 rights (unreasonable seizure), implicating subjection to 42 U.S.C. §1983 and 28 U.S.C. §2201a.

11. Defendants MARYLIN E. ATKINS & CRAIG S. STRONG conspired to injure/oppress Plaintiff's exercise and/or enjoyment of U.S. Constitution Amendment 4 (unreasonable seizure) & 14 (due process of law) en-

(4)

... -titlements, implicating subjection to 42 U.S.C. §1983 w/28 U.S.C. §2201a, and /or 18 U.S.C. §241.

## V. RELIEF

12. For RELIEF Plaintiff requests and seeks (A) DECLARATORY JUDGE-MENT respecting the claims asserted in #10 thru #11 above, and (B) A-WARD OF COMPENSATORY MONETARY DAMAGES IN THE AMOUNT OF THREE MILLION FIVE HUNDRED THOUSAND DOLLARS ($3,500,000.00), and (C) the further relief deemed just and proper by the Court. RELIEF IS DEMANDED.

Respectfully Submitted

October 03, 2007

JEFFERY SANDERS  (Pro Se)
16603 HUBBELL
DETROIT, MICHIGAN   48235


I DECLARE THAT THE INFORMATION, FACTS AND DOCUMENTATIONS HERE-IN AND HEREBY SET FORTH IS/ARE TRUE AND CORRECT.

October 03, 2007
      Dated

(Declarant)

(5)



FIRST NATIONAL BUILDING
660 WOODWARD AVE., STE. 1650
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.CI.DETROIT.MI.US

CITY OF DETROIT
LAW DEPARTMENT



December 27, 2007

Mr. Jeffrey Sanders
16603 Hubbell
Detroit, MI 48235

> Re:     Jeffrey Sanders v. Detroit Police Department et al.
>         USDC Case No.: 07-cv-14206

Dear Mr. Sanders:

Enclosed please find the Answer to Complaint for Defendants City of Detroit and Griffin and proof of service.

Very truly yours,

Jane Kent Mills

JKM
Enclosure



KWAME M. KILPATRICK, MAYOR



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS

        Plaintiff,

vs.

                              Case No.: 2:07-cv-14206
                              Hon.: Denise Page Hood

DETROIT POLICE DEPARTMENT,
CHRISTOPHE GRIFFIN, MARILYN E. ATKINS,
CRAIG S. STRONG
                              Magistrate Donald A. Scheer

             Defendants.

_____/

JEFFREY SANDERS, IN PRO PER
16603 Hubbell
Detroit, MI 48235

JANE KENT MILLS (P-38251)
Attorney for Defendants
City Of Detroit Law Department
660 Woodward Avenue, Suite 1650
Detroit, Michigan 48226
(313) 237-5060

_____/

### DEFENDANT CITY OF DETROIT AND CHRISTOPHER GRIFFIN'S ANSWER TO COOMPLAINT

    NOW COME Defendants City of Detroit (improperly named as Detroit Police

Department) and Christopher Griffin and for their Answer to the Complaint state as follows:

### I. Jurisdiction

    Defendants object to the allegation regarding jurisdiction on the grounds that it states a

legal conclusion.  Notwithstanding the objection, Defendants do not contest this court's

jurisdiction to the extent that Plaintiff has properly stated a claim pursuant to 42 USC §1983 for

violation of his constitutional rights.

\\\\

## II. Parties

Defendants neither admit nor deny regarding Plaintiff's citizenship, disability, and/or residence, being without sufficient knowledge or information to affirm or deny the truth thereof. Defendants leave Plaintiff to his proofs.

Defendants object to the allegations regarding the Detroit Police Department and Christopher Griffin being "under color of law entities and/or actors" on the grounds that the allegations are unintelligible. Notwithstanding the objection, Defendants deny the remainder or the allegations as untrue.

No answer is necessary as to the allegations against Judges Marilyn Atkins and Craig S. Strong as these claims are not directed against these Defendants.

## III. Statement of Facts

1. Defendants admit that Plaintiff was arrested for felonious assault and domestic violence based upon eyewitness and victim statements and abundant probable cause.

2. Defendants object to the allegation regarding probable cause hearing/proceeding on the grounds that it is unintelligible. Notwithstanding the objection, Defendants neither admit nor deny the allegation being without sufficient knowledge or information to affirm or deny the truth thereof. Defendants leave Plaintiff to his proofs.

3. Defendants object to the allegation regarding the investigator's report spawning or generating a recommended issuance of a felony warrant on the grounds that it is unintelligible. Notwithstanding the objection, Defendants neither admit nor deny the allegation being without sufficient knowledge or information to affirm or deny the truth thereof. Defendants leave Plaintiff to his proofs.

4. Defendants object to the allegation regarding probable cause hearing/proceeding on the

APPENDIX

grounds that it is unintelligible. Notwithstanding the objection, Defendants neither admits nor deny the allegation being without sufficient knowledge or information to affirm or deny the truth thereof. Defendants leave Plaintiff to his proofs.

5. Defendants neither admit nor deny the allegation being without sufficient knowledge or information to affirm or deny the truth thereof. Defendants leave Plaintiff to his proofs.

6. Defendants neither admit nor deny the allegation being without sufficient knowledge or information to affirm or deny the truth thereof. Defendants leave Plaintiff to his proofs.

7. Defendants neither admit nor deny the allegation being without sufficient knowledge or information to affirm or deny the truth thereof. Defendants leave Plaintiff to his proofs.

8. Defendants neither admit nor deny the allegation being without sufficient knowledge or information to affirm or deny the truth thereof. Defendants leave Plaintiff to his proofs.

9. Defendants object to the allegation on the grounds that it constitutes a legal conclusion. Notwithstanding the objection, Defendants deny the allegation as untrue.

### IV. Cause of Action

10. Defendants object to the allegation on the grounds that it constitutes a legal conclusion. Notwithstanding the objection, Defendants deny the allegation as untrue.

11. No answer is necessary as to the allegations against Judges Marilyn Atkins and Craig S. Strong as these claims are not directed against these Defendants.

### V. Relief

12. Defendants deny that Plaintiff is entitled to any relief.

\\\\

\\\\

APPENDIX



WHEREFORE, Defendants respectfully request a judgment of no cause for action.

/s/ Jane Kent-Mills
JANE KENT-MILLS (P-38251)
Attorney for Defendant City
CITY OF DETROIT LAW DEPARTMENT
660 Woodward, Suite 1650
Detroit, MI 48226
(313) 237-5060
MillJ@law.ci.detroit.mi.us

Dated: December 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

NONE

and hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant(s):

Mr. Jeffrey Sanders
16603 Hubbell
Detroit, MI 48235

/s/ Jane Kent Mills
Jane Kent Mills (P-38251)
City of Detroit Law Department
Attorney for Defendants
660 Woodward, Suite 1650
Detroit, MI 48226
(313) 237-5060
MillJ@law.ci.detroit.mi.us

APPENDIX

FILED

APR 13 2009

CLERK'S OFFICE-DETROIT-US
U.S. DISTRICT COURT

JEFFREY SANDERS,
          Plaintiff,

                              CASE NO.  07-CV-14206
V                          HON. DENISE PAGE HOOD
                              Magistrate Judge Donald A. Scheer

DETROIT POLICE DEPT., et al.,
          Defendant(s).

| | |
|---|---|
| Jeffrey Sanders | Jane Kent Mills (P-38251) |
| 16599 Hubbell St. | 660 Woodward Ave., Suite 1650 |
| Detroit , Michigan  48235 | Detroit , Michigan  48226 |
| PLAINTIFF IN PRO PER | ATTORNEY FOR DEFENDANT(S) |

## NOTICE TO SETTLE PURSUANT TO LOCAL RULE 58.1(b),(d)

TO:  U.S. DISTRICT JUDGE DENISE PAGE HOOD.

    PLEASE TAKE NOTICE that, pursuant to USDC-E.D. Mich. Local Rule(s) 5.2© and Local Rule(s) 58.1(b),(d), the attached and inclusive (Proposed) JUDGEMENT w/ EXHIBIT 1 and AFFIDAVIT (see Attachments) is presented for immediate 'settlement', that COMPLIES and conforms with provision(s) of USDC-E.D. Mich. Local Rule(s) 58.1(b) W/ FRCiv P 61 thru FRCiv P 54©, etc., based upon the Defendants' ANSWER (Dkt. #5), ...implicating tentative subjection to the rule(s) of law enunciated in, e.g., GREGORY  v SHELBY CNTY TENN., 220 F.3d 433, n.(8,9) at 441-42(6 Cir. 2000), inter alia., and the Plaintiff's EXHIBIT  1 w/ AFFIDAVIT w/ (Proposed) JUDGEMENT, attached and here-by subject to USDC-E.D. Mich. Local Rule(s) 58.1(b),(d).

Dated: April 13, 2009.
                                Respectfully Submitted,
                                  Jeffrey Sanders
                                  16599 Hubbell St.
                                  Detroit , Michigan  48235
                                  PRO PER PLAINTIFF

cc: JKM (P-38251)
     JS (IN PRO PER)
     USDC JUDGE DPHood

# APPENDIX B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JEFFREY SANDERS,
          Plaintiff,                         CASE NO. 07-CV-14206
                                            HON. DENISE PAGE HOOD
V                                       Mag. Judge Donald A. Scheer

DETROIT POLICE DEPT., et al.,
          Defendant(s).
_____/

## J U D G E M E N T

    This matter, having come before the Court pursuant to USDC-E.D. Mich LR 58.1(d)
w/ FRCiv P 61 thru FRCiv P 12©, the Court concludes that there is no just reason for de-
Lay and directs the entry of Judgement for Plaintiff. The Court DECLARES that the City
Of Detroit Police Dept., herein, manufactured and invoked "FELON(Y)IOUS" circumst-
Ance(s) to unequivocally violates the Plaintiff's Fourth Amendment right(s) herein, from
April 15, 2006 thru April 27, 2006, contrary to the rule(s) of law enunciated in U.S. v EL-
KINS, 300 F.3d 638, n.(28) at 655(6Cir. 2002) w/ PAYTON v N.Y., 445 US 573, n.(1) at
576(1980) w/ U.S. v McCLAIN, 430 F.3d 299, n.(4)-(6) at 304(6Cir. 2005), inter alia., to
cause and/or produce and/or result in the Plaintiff's multiple, demonstrated and irrefuted,
injury(ies) and damage(s) of record herein, entitling Plaintiff to unequivocal relief and the
recovery of tabulated and uncontested 'compensatory damage(s)' of $4,210,000.00, plus '
'punitive damages' of $3,750,000.00, subject to substantive law and FRCiv P 54©.
    Accordingly, Plaintiff *JEFFREY SANDERS is Awarded and Shall Recover from* the
Defendant(s) City Of Detroit, herein, compensatory damages in the amount and sum of
FOUR MILLION TWO HUNDRED TEN THOUSAND DOLLARS($4,210,000.00) and
'punitive damages' in the amount/sum of Three Million Seven Hundred Fifty Thousand
Dollars($3,750,000.00). IT IS SO ORDERED AND ADJUDGED.


Date Entered:                     /s/_____
                                           U.S. District Court Judge


APPENDIX B

# ~~~TRON~~ POLICE DEPARTMENT ARREST
# ~~~PORT~~

DETROIT POLICE DEPARTMENT



Case No. 0604150154
~~~ort~~ No. 0604150154.1
~~~~~ Date: 4/15/2006

**1**

Page 1 of 3

Subject: **06-NWD-NWD 51- 1 ARREST F/A DOMESTIC VIOLENCE 0607A 5459**

| | | | |
|---|---|---|---|
| se Report Status | V - VERIFIED | Date Entered | 4/15/2006 9:54:11 AM |
| County | 82 - WAYNE | Entered By | 234451 - GRIFFIN, CHRISTOPHE |
| City/Township | 99 - DETROIT | Date Verified | 4/15/2006 11:01:31 AM |
| | | Verified By | 230572 - LOCKHART, RONALD |
| Occurred On | 4/15/2006 8:00:00 AM | Date Approved | |
| (and Between) | | Approved By | |
| Location | 7260 SOUTHFIELD APT. 15 | Connecting Cases | |
| CSZ | DETROIT, MI 48228 | Disposition | ARREST |
| ~~Census/Geo Code~~ | 5459 | Tactical Actions | |
| Grid | NW7 - 0607 | Clearance Reason | |
| Call Source | CAD/DISP | Date of Clearance | |

Reporting Officer: **234451 - GRIFFIN, CHRISTOPHE**

Assisted by: **234435 - TREECE, JASON**

Assist Agency

Reporting Agency: **DETROIT POLICE DEPARTMENT**
Division: **6th/Northwest District**
Notified: **DOMESTIC VIOLENCE/INV. SIMMONS**

Vehicle Activity
Vehicle Traveling
Cross Street
Means
Other Means
Motive
Other Motives

## Report Narrative

PO C. GRIFFIN 4074 S-4   PO J. TREECE 3924

S: POLICE RUN TO 7260 SOUTHFIELD APT 15 "A/B JUST HAPPENED" @ 0910

WRITERS RESPONDED AND MET WITH VICTIM WHO WAS WAITING OUTSIDE OF LOCATION FOR WRITERS ARRIVAL. VICTIM STATES HER HUSBAND (OFFENDER) HAS BEEN ACTING ALOT DIFFERENT RECENTLY AND BELIEVES HE IS ON DRUGS. VICTIM STATES ON THIS DATE SHE BECAME INVOLVED IN A VERBAL ARGUMENT WITH OFFENDER OVER MONEY. VICTIM STATES VERBAL INSULTS WERE EXCHANGED WHEN OFFENDER STRUCK HER ONE TIME WITH A CLOSED FIST TO HER LOWER LIP AREA CAUSING AN APPROXIMATE ONE INCH LACERATION. VICTIM STATES OFFENDER THEN WENT TO THE KITCHEN THEN RETURNED HOLDING A KNIFE AND STATED "I'LL KILL YOU BITCH". VICTIM STATES SHE THEN FLED LOCATION AND CALLED 911.

WRITERS MADE CONTACT WITH OFFENDER AND PLACED HIM INTO CUSTODY THEN CONVEYED TO THE NORTHWESTERN DISTRICT WITH OUT INCIDENT.

O:  WRITERS OBSERVED THE ABOVE DESCRIBED INJURY.

## ffense Detail: 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON

| | | | |
|---|---|---|---|
| Offense Description | 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON | | |
| IBR Code | 13A - AGGRAVATED ASSAULT | Location | 20 - RESIDENCE/HOME |
| IBR Group | A | Offense Completed? | YES |
| Crime Against | PE | Hate/Bias | 00 - NONE (NO BIAS) |
| Offense File Class | 13002 - AGGRAVATED/FELONIOUS ASSAULT | Domestic Violence | YES |

No. Prem. Entered
Entry Method
Type Security

PACC
Local Code

Using
Criminal Activity
Weapons   **20 - KNIFE/CUTTING INSTRUMENT (ICEPICK, AX, ETC.)**

Tools Used

## ~~rrestee~~ A1: SANDERS, JEFFREY

**EXHIBIT 1**

| | | | | |
|---|---|---|---|---|
| Arrestee Number | A1 | DOB | 4/4/1960 | Place of Birth |
| Name | SANDERS, JEFFREY | Age | 46 | SSN |
| | | Sex | M - MALE | DLN |
| AKA | | | | |

Printed For:
Printed: April 15, 2006 - 9:58 AM

# DETROIT POLICE DEPARTMENT ARREST REPORT

DETROIT POLICE DEPARTMENT

Case No. 0604150154
Report No. 0604150154.1
Report Date: 4/15/2006

| | | | | |
|---|---|---|---|---|
| Alert(s) | | Race | B - BLACK | DLN State |
| Address | 7260 Southfield Apt 15 | Ethnicity | U - UNKNOWN | DLN Country |
| CSZ | DETROIT, MI 48228 | Ht. | 5' 7" | Occupation/Grade |
| | | Wt. | 150 | Employer/School |
| Home Phone | 313 304-2593 | Eye Color | BRO - BROWN | Res. County | WAYNE |
| | | Hair Color | BLK - BLACK | Res. Country | USA - UNITED STATES OF AMERICA |
| Work Phone | | | | Resident Status | R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |
| | | Hair Style | A - AFRO | | |

| | | | |
|---|---|---|---|
| | | Hair Length | M - MEDIUM |
| | | Facial Hair | |
| | | Complexion | DRK - DARK |
| Scars/Marks/Tattoos | | Build | S - SMALL |
| Modus Operandi | | Teeth | |
| Reptd Other MO | | | |
| Attire | | | |
| Habitual Offender Status | | | |

| | | | | | |
|---|---|---|---|---|---|
| Arrest No. | 58260 | Arrested For | 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON | | |
| Arrest Type | T - TAKEN INTO CUSTODY | Count | 1 | | |
| Force Level | 01 - LEVEL 1 | Fingerprints | | Arrested On | 4/15/2006 9:30:00 AM |
| FBI No. | | Photos | | Arrest Location | 7260 SOUTHFIELD APT. 15 |
| State No. | | Miranda Read | | Booked On | 4/15/2006 9:30:00 AM |
| Armed With | 01 - UNARMED | Miranda Waived | | Booked Location | NORTHWESTERN DISTRICT |
| Multi. Clearance | N - NOT APPLICABLE | Number of Warrants | | Released Location | |
| Multi. Clearance Offense | | | | Released On | |
| Prev. Suspect No. | | | | | |
| Notified | | Juvenile Disposition | | Released By | |
| Arrest Notes | | Adult Present | | Release Reason | |
| | | | | Held For | |

## Victim V1 KUANDA-SANDERS, TIYANI

| | | | | | |
|---|---|---|---|---|---|
| Victim Code | V1 | Victim Of | 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON | | |
| Victim Type | I - INDIVIDUAL | | | | |
| Name | KUANDA-SANDERS, TIYANI | DOB | 9/28/1964 | Place of Birth | |
| AKA | | Age | 41 | SSN | |
| Alert(s) | | Sex | F - FEMALE | DLN | |
| Address | 7260 Southfield Apt 15 | Race | B - BLACK | DLN State | |
| CSZ | DETROIT, MI 48228 | Ethnicity | U - UNKNOWN | DLN Country | |
| | | Ht. | 5' 7" | Occupation/Grade | |
| Home Phone | 313 304-1067 | Wt. | 160 | Employer/School | |
| Work Phone | 313 617-2593 | Eye Color | BRO - BROWN | Res. County | WAYNE |
| | | Hair Color | BLK - BLACK | Res. Country | USA - UNITED STATES OF AMERICA |
| | | Facial Hair | | Resident Status | R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |
| Attire | | Complexion | MBR - MEDIUM BROWN | Testify | YES |
| Injury | M - APPARENT MINOR INJURY | | | | |
| Circumstances | 01 - ARGUMENT | | | | |

EXHIBIT 1

NetRMS_MICR.rtf v2f

Printed: April 15, 2006 - 10:58 AM

# DETROIT POLICE DEPARTMENT ARREST REPORT

Case No. 0604150154
Report No. 0604150154.1
Report Date: 4/15/2006

DETROIT POLICE DEPARTMENT

**3**

| Law Enforcement Officer Killed or Assaulted Information | Type |  | Justifiable Homicide Circumstances |
|---|---|---|---|
|  | Assignment |  |  |
|  | Activity |  |  |
|  | Other ORI |  |  |

**Victim Offender Relationships**

| Offender | Relationship |
|---|---|
| A1 | 01 - VICTIM WAS SPOUSE |

Victim Notes

## itness W1: SANDERS, EULISHA

| Witness Code | W1 | DOB | 11/22/1998 | Place of Birth | |
|---|---|---|---|---|---|
| Name | SANDERS, EULISHA | Age | 07 | SSN | |
| AKA | | Sex | F - FEMALE | DLN | |
| Alert(s) | | Race | B - BLACK | DLN State | |
| Address | 7260 Southfield Apt 15 | Ethnicity | U - UNKNOWN | DLN Country | |
| CSZ | DETROIT, MI 48228 | Ht. | | Occupation/Grade | |
| | | Wt. | | Employer/School | |
| Home Phone | 313 304-1067 | Eye Color | BRO - BROWN | Res. County | WAYNE |
| | | Hair Color | BLK - BLACK | Res. Country | USA - UNITED STATES OF AMERICA |
| Work Phone | | | | | R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |
| | | Facial Hair | | Resident Status | |
| Attire | | Complexion | | Testify | |

Witness Notes    CHILD IN COMMON

EXHIBIT 1

# EXHIBIT 1

FILED

APR 1 3 2009

CLERK'S OFFICE-DETROIT-PSC
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
     Plaintiff,

V

DETROIT POLICE DEPT., et al.,
     Defendant(s).
_____/

CASE NO. 07-CV-14206
HON: DENISE PAGE HOOD
Magistrate Judge Donald A. Scheer

## AFFIDAVIT OF INJURY(IES) AND DAMAGE(S) INFLICTED

State Of Michigan)
            )
County Of Wayne)

    JEFFREY SANDERS(Plaintiff), being first duly sworn, deposes and states that as a d-
Direct Result of the Defendant(s) City Of Detroit Police Dept.'s April 15, 2006, "munic-
Ipal custom executed" violation(s) of the Fourth Amendment rule(s) of law as enunciated
In U.S. v Elkins, 300 F.3d 638, n.(28) at 655(6 Cir. 2002) w/ U.S. v Payton, 445 US 573,
n.(1) at 576(1980), as demonstrated by the 'arrest report' hereto attached as EXHIBIT 1,
Inter alia., the Deponent(JEFFREY SANDERS) herein suffered the following demonstra-
f ed and irrefut(able)ed injury(ies) and damage(s) of record:

    1. Exposure and subjection to "municipal custom executed" Criminal Conduct, impli-
cating U.S. v ELKINS, 300 F.3d 638, n.(28) at 655(6 Cir. 2002) w/ 18 U.S.C., Sec. 241,
i.e., manufacture and invocation of exigent "Felon(ious)y" circumstances, to which Dep-
onent attaches a 'punitive damage(s)' value of $3,750,000.00, subject to FRCiv P 54©;

    2. Loss of Physical Liberty from April 15, 2006 thru October 30, 2006, subject to the
Posting of $50,000.00 Bond imposed by 36th District Court Judge Marylin Atkins on Ap-
Ril 27, 2006, continued by 3rd Circuit Court Maggie Drake on May __, 2006, and subse-
Quent $100,000.00 Personal Bond issued by 3rd Circuit Court Judge Craig S. Strong on t
10/30/2006, to which Deponent attaches a 'compensatory damage' value of $50,000.00;

    3. Loss of Residency and Personal Estate, worth and valued at $160,000.00, to which
Deponent attaches a 'compensatory damage' value of $160,000.00;

    4. Loss of Personal Legal Effects w/ Recovery of $3,500,000.00 medical malpractice
Damages, pursuant to law, in WCCC Case No. 05-523094-NH to which Deponent attaches
a 'compensatory damage' value of $3,500,000.00;

    5. Loss of sole Legal and Actual custody of child (Eulisha T.R. Sanders), subject to
Probate Order of Judge Martin T. Maher on 05/31/2006, to which Deponent attaches the
'compensatory damage' value of $500,000.00, subject to FRCiv P 54©.

Subscribed and sworn to before me
On this 13th day of April, 2009.
/s/ Rhonda Christopher
My Commission Expires:

/s/ Jeffrey Sanders
Jeffrey Sanders
16599 Hubbell St
Detroit, Mich 48235

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires _____
Acting in the County of _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,

        Plaintiff,

CASE NO. 07-CV-14206

HON. DENISE PAGE HOOD

MAG. JUDGE D.A. SCHEER

V

DETROIT POLICE DEPT., et al.,

        Defendant(s).

## PROOF OF SERVICE

State of Michigan )
              )
County of Wayne )

    JEFFREY SANDERS, being duly sworn, depose(s) and states that on the 13th

day of April, 2009, I mailed a copy of the preceding /attached NOTICE TO SETTLE

w/ (Proposed) JUDGEMENT w/(DPD)EXHIBIT 1 w/AFFIDAVIT & PROOF OF SERVICE, to the

Defendant(s) Attorney of Record, by CERTIFIED /REGISTERED U.S. Mail addressed

to: JANE KENT MILLS (P-38251)
    Attorney For Defendants
    660 WOODWARD AVE., SUITE 1650
    DETROIT, MICHIGAN 48226-3535

Pursuant to U.S. Postal Service CERTIFIED MAIL #70082810000109178338

Subscribed and sworn to before

me on this _____ day of April, 2009.

/S/ _____ Sanders

                  JEFFREY SANDERS

My Commission Expires:

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of Wayne

U.S. Postal Service
CERTIFIED MAIL, RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

DETROIT MI 48226

| | | |
|---|---|---|
| Postage | $ | $0.59 | 0235 |
| Certified Fee | $2.70 | 05 |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $3.29 | 04/  /2009 |

Sent To
JANE KENT MILLS (P-38251)
Street, Apt. No.; or PO Box No.
660 WOODWARD AVE., SUITE 1650
City, State, ZIP+4
DETROIT, MICHIGAN 48226-3535

EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
                Plaintiff,

V                                               CASE NO. 07-CV-14206
                                                HON. DENISE PAGE HOOD
                                                Magistrate Judge Donald A. Scheer

DETROIT POLICE DEPT., et al.,
                Defendant(s).                   "JOINDER MOTION FOR SETTLEMENT
                                                FILED 04/20/2009 @ DKT. #57

---

AFFIDAVIT OF INJUR(Y)IES AND DAMAGE(S) INFLICTED

State Of Michigan )
                  )
County Of Wayne )

JEFFREY SANDERS(Plaintiff), being first duly sworn, depose(s) and states that the Defendant(s) City Of Detroit Police Dept. and Christophe® Griffin, from April 15, 2006 - April 27, 2006, herein, sponsored and/or executed the "municipal custom(s)" violative of this Deponent's U.S. Constitution Amendment IV right(s), pursuant to the rule of laws enunciated in the case(s) of U.S. v ELKINS, 300 F.3d 638, n.(28) at 655(6Cir. 2002) w/ PAYTON v N.Y., 445 US 573, n.(1) at 576(1980) w/ U.S. v McCLAIN, 430 F.3d 299, n.(4)-(6) at 304(6Cir. 2005) w/ KAUPP v TEXAS, 538 US 626, n.(3) at 630(2003) w/ CHERRINGTON v SKEETER, 344 F.3d 631, n.(9) at 643(6Cir. 2003)(cit. omit.), inter alia, DEMONSTRATED by Defendants' "arrest report", "investigator's report", and "36th DISTRICT COURT CASE NO. 06-059157-01 PRELIMINARY EXAMINATION TRANSCRIPT FROM APRIL 27, 2006", presented of record herein at Docket #'s 1, 8, and 29-30, CAUSING and producing and resulting in multiple demonstrated (Pleadings w/ Exhibits at Docket #1 -30) and irrefut(able)ed injur(y)ies and damage(s), tabulated to the total amOunt of $4,210,000.00, and directly resulting from the Defendants' "criminally inspired" AND "municipal custom executed" violation of U.S. v ELKINS, 300 F.3d at 655, n.(28), (6Cir. 2002), implicating tentative subjection to ramification of 18 U.S.C. Sec. 241, as to WARRANT Plaintiff's PUNITIVE DAMAGE(S) AWARD OF $3,750,000.00, subject to FRCiv P 54© and substantive law. Further Deponent Saith Not.

Subscribed and sworn to before me
On this 20 day of APRIL, 2009.                  /s/ _JEFFREY SANDERS_
_Rhonda Charlotte Harris_                       JEFFREY SANDERS
My Commission Expires: 9/20/12                  16599 HUBBELL
                                                DETROIT, MI. 48235

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of ___Wayne___



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
          Plaintiff,

V

CITY OF DETROIT POLICE DEPT., et al.,
          Defendant(s).

CASE NO. 2:07-CV-14206
HON. DENISE PAGE HOOD
Magistrate Judge Donald A. Scheer

| Jeffrey Sanders | Jane Kent Mills (P-38251) |
|---|---|
| 16599 Hubbell St. | 660 Woodward Ave., Suite 1650 |
| Detroit, Michigan 48235 | Detroit, Michigan 48226 |
| PLAINTIFF IN PRO PER | ATTORNEY FOR DEFENDANTS |

### REPLY TO DEFENDANTS' RESPONSE WANTING(Due 05/07/09)

JEFFREY SANDERS(Plaintiff), being first duly sworn, depose(s) and states that:

1. This action against Defendant(s) CITY OF DETROIT POLICE DEPT., et al., predicated upon 28 USC 1343(a)(3-4) w/ 28 USC 2201(a) and 42 USC 1983, seeks a declaratory judgement and monetary damages totaling $7,960,000.00, based upon irrefuted injur(y)ies attendant "municipal custom executed" violation(s) of Plaintiff's Fourth Amendment right(s) herein, from April 15 – 27, 2006, contrary to clearly established 'rule(s) of law' implicating tentative subjection to ramification(s) of 42 USC 1983 and 18 USC 241. See PLEADINGS w/EXHIBITS at Docket # 1 thru 60.

2. Joinder of 'CITY OF DETROIT' herein is based upon FRCiv.P 19(a) Mandate(s).

3. Defendant(s) herein, as a matter of record, do not present and/or demonstrate 'any' genuine issue of material fact, obviating Judgement for Plaintiff, and present NO claim of entitlement to 'Qualified Immunity' pursuant to the rule(s) of law enunciated in, e.g., Gregory v Shelby Cnty Tenn., 220 F3d 433, n.(8,9) at 441-42(6Cir. 2000)(cit. omit.) thru Turner v City Of Taylor, 412 F3d 629, 643(6Cir. 2005) ref. In Holz v City of Sterling Height, 465 F.Supp.2d 758, n.(8) at 773(E.D.Mich. 2006), inter alia.

4. Plaintiff's AFFIDAVIT OF INJURY AND DAMAGE(S) INFLICTED herein filed April 20, 2009, at Dkt. #57, is replicated and herewith submitted(see Attached), to incite The Court's 'Judicial Notice' and compliance with MANDATE(S) set forth in FRCivProc. 61 thru FRCivP 12© w/ USDC-E.D.Mich. LR 58.1(b) herein(see JUDGEMENT Proposed At Dkt. #57).

Subscribed and sworn to before me
On this 8th day of May, 2009.

My Commission Expires: 9/20/18

/s/ Jeffrey Sanders
Jeffrey Sanders
16599 Hubbell St.
Detroit, Michigan 48235

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of Wayne



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
          Plaintiff,

V

CITY OF DETROIT, et al.,
          Defendant(s).

CASE NO. 07-CV-14206
HON. DENISE PAGE HOOD
Magistrate Judge Donald A. Scheer

| JEFFREY SANDERS | JANE KENT MILLS (P38251) |
|---|---|
| 16599 HUBBELL ST. | 660 WOODWARD AVE., SUITE 165 |
| DETROIT, MICHIGAN 48235 | DETROIT, MICHIGAN 48226 |
| Plaintiff In Pro Per | Attorney For Defendants |

### NOTICE OF MOTION FOR JUDGEMENT

TO: U.S. District Judge Denise Page Hood.

    PLEASE TAKE NOTICE that the attached Motion For Judgement w/ Affidavit Of Injury And Damage(s)___ w/ (Proposed) Judgement is presented for adjudication and/or settlement now; At the Court's earliest convenience "noticed" in avoidance of further unwarranted delay, also As subject to mandate(s) / provision(s) of FRCP 56© in CELOTEX, 477 US 317, n.(1,2) at 322-23(1986).

Dated: JUNE 15, 2009.

              Respectfully Submitted;

              /s/ _Jeffrey Sanders_

              JEFFREY SANDERS (In Pro Per)
              16599 HUBBELL ST.
              DETROIT, MICHIGAN 48235

_____ IGATORS REPORT(EXH. 2)
PRE....MINARY EXAMINATION
CRIMINAL AND MUNICIPAL CUSTOM EXECUTED VIOLATION OF 4th AMENDMENT PROTECTION AGAINST UNREASONABLE (A)HOME INVASION and (B)SEIZURE OF MY PERSON, PAPERS AND EFFECTS

4,210,000
3,____

08/05/2009 @
CONTINUED TO
08/14/2009 @ 4:00 PM)

JEFFREY SANDERS,
            Plaintiff,

V

CITY OF DETROIT, et al.,
            Defendant(s).

CASE NO. 07-CV-14206
HON. DENISE PAGE HOOD
Magistrate Judge Donald A. Scheer

| | |
|---|---|
| JEFFREY SANDERS<br>16599 HUBBELL ST.<br>DETROIT, MICH. 48235<br>Plaintiff In Pro Per | JANE KENT MILLS (P38251)<br>660 WOODWARD AVE., SUITE 1650<br>DETROIT, MICH. 48226<br>Attorney For Defendants |

## MOTION FOR JUDGEMENT

Plaintiff JEFFREY SANDERS, In Pro Per, MOVES the Court to render and enter the (Proposed) JUDGEMENT, attached and herewith submitted, pursuant to FRCP 54© and FRCP 56© 'rule(s) of law' enunciated in, e.g., Celotex Corp. v Catrett, 477 U.S. 317, n (1,2) at 322-323(1986)(cit. omit.); Hamby v Neel, 368 F.3d 547, 556(6 Cir. 2004)(cit. omit.) w/ USDC E.D. Mich. LR 58.1(a)-(d), in the avoidance of collusion and / or judicial oversight implicating 18 U.S.C. s 241, etc., pending the tentative "settlement conference" as herein stated for August 05, 2009. See AFFIDAVIT OF INJURY AND DAMAGE(S) INFLICTED attached hereto, BY EXHIBIT 1(attached).

Dated: JUNE 15, 2009.

Respectfully Submitted,

/s/ Jeffrey Sanders

JEFFREY SANDERS (In Pro Per)
16599 HUBBELL ST.
DETROIT, MICH. 48235

APPENDIX Y

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
           Plaintiff,

V

CITY OF DETROIT, et al.,
           Defendant(s).

CASE NO.  07-CV-14206
HON. DENISE PAGE HOOD
Magistrate Judge Donald A. Scheer



AFFIDAVIT OF INJURY AND DAMAGE(S) INFLICTED

State of Michigan)
           )
County of Wayne)

    JEFFREY SANDERS, being first duly sworn, deposes and states that:
    1. Pursuant to the Defendant CITY OF DETROIT, et al., Official April 15, 2006, cata-
lyst and demonstrated, irrebutted and irrefutable "municipal custom executed" violations
of Plaintiff (JEFFREY SANDERS)'s US Const. Amendment IV right(s), herein arising
under the rule(s) of law enunciated in, e.g., Payton v N.Y., 445 US 573, n.(1) at 576(1980)
w/ U.S. v Elkins, 300 F.3d 638, n.(28) at 655(6 Cir. 2002) w/ U.S. v McClain, 430 F.3d
299, n.(4)-(6) at 304(6 Cir. 2005)(cit. omit.), inter alia.,(see EXHIBIT 1 as hereto attached)
Plaintiff JEFFREY SANDERS suffered the following injur(y)ies and damage(s):
    (a)  Loss of Physical Liberty from April 15, 2006, thru October 30, 2006, subject to
$50,000.00 Bond issued 04/27/06 and $100,000.00 Personal Bond issued 10/30/06, under
auspices of Defendants' respective Judges Marylin E. Atkins and Craig S. Strong;
    (b)  Loss of Residency and Personal Estate worth and valued at $160,000.00;
    (c)  Loss of Personal Legal Effects w/ Recovery of $3,500,000.00 medical malprac-
Tice damage(s), pursuant to law, in Wayne County Circuit Case No. 05-523094-NM .
    (d)  Loss of sole legal and factual custody of biological child from April 15, 2006 as
FORWARD thru to date (04/09/2009), subject to Order of Defendant's Probate Judge M.T.
MAHER , dated 05/31/06, to which Plaintiff attaches compensable value of $500,000.00,
TANTAMOUNT to irrebuttable and irrefutable compensatory damages of $4,210,000.00
due Plaintiff pursuant to 42 USC 1983, and predicated upon the City of Detroit's catalyst
And inherently punishable violation of the rule of law enunciated in U.S. v Elkins, supra.,
Implicating tentative subjection to ramification of 18 USC 241 and FRCiv P 54© to war-
Rant Plaintiff's entitlement to Punitive Damages Award of $3,750,000.00(FRCv.P54©).
Subscribed and sworn to before me
On this 13 day of April, 2009,                                                    /s/ _____
_____                                          Jeffrey Sanders
Rhonda Charlotte Harris                                                         16599 Hubbell St.
My Commission Expires: 9/20/12                                            Detroit, Mich 48235

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of Wayne



# DETROIT POLICE DEPARTMENT ARREST REPORT



Case No. 0604150154
Report No. 0604150154.1
Date: 4/15/2006

Page 1 of 3

**Subject** 06-NWD-NWD 51- 1 ARREST F/A DOMESTIC VIOLENCE 0607A 5459

| | | | |
|---|---|---|---|
| Case Report Status | V - VERIFIED | Date Entered | 4/15/2006 8:54:11 AM |
| County | 82 - WAYNE | Entered By | 234451 - GRIFFIN, CHRISTOPHE |
| City/Township | 99 - DETROIT | Date Verified | 4/15/2006 11:01:31 AM |
| | | Verified By | 230572 - LOCKHART, RONALD |
| Occurred On | 4/15/2006 8:00:00 AM | Date Approved | |
| (and Between) | | Approved By | |
| Location | 7250 SOUTHFIELD APT. 15 | Connecting Cases | |
| CSZ | DETROIT, MI 48228 | Disposition | ARREST |
| Geographic Code | 5459 | Tactical Actions | |
| Grid | NW7 - 0607 | Clearance Reason | |
| Call Source | CAD/DISP | Date of Clearance | |

Reporting Officer: 234451 - GRIFFIN, CHRISTOPHE

Assisted By: 234435 - TREECE, JASON

Reporting Agency DETROIT POLICE DEPARTMENT
Division 6th/Northwest District
Notified DOMESTIC VIOLENCE/INV. SIMMONS

Assist Agency

PO C. GRIFFIN 4074 S-4  PO J. TREECE 3924

S: POLICE RUN TO 7250 SOUTHFIELD APT 15 "A/B JUST HAPPENED" @ 8910

WRITERS RESPONDED AND MET WITH VICTIM WHO WAS WAITING OUTSIDE J/LOCATION FOR WRITERS ARRIVAL. VICTIM STATES HER HUSBAND (OFFENDER) HAS BEEN ACTING ALOT DIFFERENT RECENTLY AND BELIEVES HE'S ON DRUGS. VICTIM STATES ON THIS DATE SHE BECAME INVOLVED IN A VERBAL ARGUMENT WITH OFFENDER OVER MONEY. VICTIM STATES VERBAL INSULTS WERE EXCHANGED WHEN OFFENDER STRUCK HER ONE TIME WITH A CLOSED FIST TO HER LOWER LIP AREA CAUSING AN APPROXIMATE ONE INCH LACERATION. VICTIM STATES OFFENDER THEN WENT TO THE KITCHEN THEN RETURNED HOLDING A KNIFE AND STATED "I'LL KILL YOU BITCH". VICTIM STATES SHE THEN FLED LOCATION AND CALLED 911.

WRITERS MADE CONTACT WITH OFFENDER AND PLACED HIM INTO CUSTODY THEN CONVEYED TO THE NORTHWESTERN DISTRICT WITH OUT INCIDENT.

O: WRITERS OBSERVED THE ABOVE DESCRIBED INJURY.

**Offense Detail:** 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON

| | |
|---|---|
| Offense Description | 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON |
| IBR Code | 13A - AGGRAVATED ASSAULT |
| IBR Group | A |
| Crime Against | PE |
| Offense No./Class | 13002 - AGGRAVATED/FELONIOUS ASSAULT |

Location 20 - RESIDENCE/HOME
Offense Completed? YES
Hate/Bias 88 - NONE (NO BIAS)
Domestic Violence YES

No. Prem. Entered
Entry Method
Type Security

Using
Criminal Activity
Weapons 20 - KNIFE/CUTTING INSTRUMENT (ICEPICK, AX, ETC.)

Arrestee A1: SANDERS, JEFFREY

EXHIBIT 1
APPENDIX Y

| | | | | |
|---|---|---|---|---|
| Arrestee Number | A1 | DOB | 4/14/1960 | Place of Birth |
| Name | SANDERS, JEFFREY | Age | 46 | SSN |
| | | Sex | M - MALE | DLN |

Offense No.

Printed For:
Printed: April 15, 2006 - 11:58 AM

JEFFREY SANDERS,
      Plaintiff,

                                    CASE NO. 07-CV-14216
v                                   HON. DENISE PAGE HOOD
                                   Magistrate Judge Donald A. Scheer

CITY OF DETROIT, et al.,
      Defendant(s).

---

## JUDGEMENT

This matter having come before the Court pursuant to USDC-E.D. Mich. LR 58.1(b), (d) and FRCivP 61 thru FRCivP 12(c), the Court concludes that there is no just reason for delay and hereby directs the Entry Of Judgement For Plaintiff, and DECLARES that Defendant CITY OF DETROIT, herein, sponsored the manufacture and invocation of the "FELON(Y)IOUS" exigent circumstance(s) and "municipal custom executed" violation(s) of Plaintiff's U.S. Constitution Amendment IV right(s) herein, from April 15 – 27, 2005, contrary to the rule(s) of law enunciated in, e.g., U.S. v Kidane, 300 F.3d 638, 635 n.(28) (6Cir. 2002) w/ Payton v N.Y., 445 US 573, 576 n.(1)(1980) w/ U.S. v McClain, 430 F.3d 299, 304 n.(4)-(5)(6Cir. 2005) w/ Kempt v Texas, 535 US 636, 630 n.(3)(2002) w/ Cherringam v Sinster, 344 F.3d 631, 843 n.(9)(6Cir. 2003)(cit. omit.), inter alia, to cause / produce and result in the Plaintiff's multiple, demonstrated and insuffer(able) ??, injur(y)ies and damage(s) of record in this case, entitling Plaintiff to unequivocal relief and recover(y) of inhibited and uncontested "compensatory damage(s)" of $4,210,000.00 AND "punitive damage(s)" of $3,750,000.00, subject to substantive law and FRCivP 54© w/ LR 58.1(b).

Accordingly, Plaintiff JEFFREY SANDERS is Awarded and Shall Recover from the Defendant CITY OF DETROIT, herein, Compensatory Damages in the amount and sum of FOUR MILLION TWO HUNDRED TEN THOUSAND DOLLARS($4,210,000.00) plus Punitive Damages in the amount and sum of THREE MILLION SEVEN HUNDRED FIF-TY THOUSAND DOLLARS($3,750,000.00). IT IS So ORDERED AND ADJUDGED.

Date Entered:                        /s/
                                          U.S. District Court Judge

APPENDIX 

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
        Plaintiff,

                        CASE NO. 07-CV-14206
                        HON. DENISE PAGE HOOD
V                        Magistrate Judge Donald A. Scheer

CITY OF DETROIT, et al.,
        Defendant(s).
_____/

PROOF OF SERVICE

State Of Michigan)
          )
County Of Wayne)

    JEFFREY SANDERS, being first duly sworn, depose(s) and states that on the 15th day
of June, 2009, I served a true copy of the foregoing / attached Notice Of Motion For
Judgement w/ Motion For Judgement w/ Affidavit Of Injury And Damage(s) Inflicted w/
(Proposed) Judgement, upon the Attorney For Defendants by Postage Paid and Certified
U.S. Mail #7008 2810 0001 0917 8415_____, addressed to one JANE K. MILLS
(P38251), 660 WOODWARD AVE., SUITE 1650, DETROIT, MICH. 48226, in one
sealed envelope deposited in the U.S. Post Office on this 15th day of June, 2009.

                         /s/ _____

Subscribed and sworn to before
Me on the 15 day of June, 2009.
                      Executed on the 15th day of June, 2009.
_____

My Commission Expires:

MICHAEL H. KING
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sept. 14, 2013
Acting in the County of WAYNE

On this 6/15 day of 20 09
Executed the foregoing instrument,
JEFFREY SANDERS
to me known to be the person who
executed the foregoing instrument
and acknowledged that he executed
the same as his free act and deed.
Produced ID D.L.





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
                    Plaintiff,                     CASE NO. 07-CV-14206
                                                   HON. DENISE PAGE HOOD
V                                                  Magistrate Judge Donald J. Scheer

CITY OF DETROIT, et al.,
                    Defendant(s).

| | |
|---|---|
| Jeffrey Sanders | Jane Kent Mills (P-38251) |
| 16599 Hubbell | 660 Woodward Ave., Suite 1650 |
| Detroit, Michigan 48235 | Detroit, Michigan 48226 |
| PLAINTIFF IN PRO PER | ATTORNEY FOR DEFENDANTS |

PLAINTIFF'S TENTATIVE (08/05/2009) SETTLEMENT CONFERENCE AND HEARING PRESENTATION(s)

State Of Michigan)
                 )
County Of Wayne )

JEFFREY SANDERS (Plaintiff), being first duly sworn, depose(s) and states that:
1.   With respect to the Court's observation that "....The Court presumes that Plaintiff's oft-repeated
Contentionswill be resolved(see ORDER dd 06/25/09, Dkt. #66)"...., Plaintiff herein submits that the
Defendant(s) CITY OF DETROIT, et al., is duly and properly subject to a 'Declaratory Judgement' respect-
ing Defendant(s)' inescapable liability, herein, and commanding, directing, and effecting the Defendants'
Immediate (08/05/2009) payment of (A) $7,960,000.00 to Plaintiff JEFFREY SANDERS; or (B) $4,210,000.00
To Plaintiff JEFFREY SANDERS, followed by annual April 01, 2010 – 2019 payment(s) of $375,000.00 to
Plaintiff JEFFREY SANDERS; or © $796,000.00 to Plaintiff JEFFREY SANDERS, followed by annual April 01,
2010 – 2018, payment(s) of $796,000.00 to Plaintiff JEFFREY SANDERS, according to the Defendants' own
election and sanction by the Court, in accordance with Celotex Corp. v Catrett, 477 US 317, n.(1,2) at 322
-323, 106 S.Ct. 2548, n.(1,2) at 2552(1986), ref. In Hamby v Neel, 368 F.3d 549, 556(6Cir. 2004); etc., due
To the fact that Defendant(s) City Of Detroit, et al., have failed, as a matter of record herein, to discover
And produce any "evidence" warranting the Court's, heretofore, depatrure(s) and feigned ignorance to
The 'material facts' and multiple 'Exhibits and Affidavits' herein presented (see Pleadings w/Exhibits and
Affidavits at Dkt. #1 – Dkt. #64) and applicable/governing rule(s) of law herein, see Celotex Corp. supra.
   2.   Defendant(s) City Of Detroit, et al., is duly subject to the above-referenced 'election and settle-
ment', in accordance with "mandate(s)" set forth in FRCP 54(b)-(d), FRCP 56(c)-FRCP 58, ED Mich. Local
Rule 58.1(b), otherwise implicating 18 USC s241 w/ FRCP 11 sanctioning, etc.

Subscribed and sworn to before
Me this 21 day of July, 2009.
Rhonda Charlotte Harris
(Notary Public)
My Commission Expires: 9/20/12
RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of Wayne

/s/ Jeffrey Sanders
Plaintiff In Pro Per
16599 Hubbell St.
Detroit, Mich. 48235

APPENDIX Y

F I L E D 2

JUL 2 4 2009

CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
      Plaintiff,

    CASE NO. 07-CV-14206

    HON. DENISE PAGE HOOD

V

    Magistrate Judge Donald A. Scheer

CITY OF DETROIT, et al.,
      Defendant(s).

| | |
|---|---|
| Jeffrey Sanders | Jane Kent Mills (P-38251) |
| 16599 Hubbell | 660 Woodward Ave., Suite 1650 |
| Detroit, Michigan 48235 | Detroit, Michigan 48226 |
| PLAINTIFF IN PRO PER | ATTORNEY FOR DEFENDANTS |

PLAINTIFF'S TENTATIVE (08/05/2009) SETTLEMENT CONFERENCE AND HEARING PRESENTATION(s)

State Of Michigan)
             )
County Of Wayne)

   JEFFREY SANDERS (Plaintiff), being first duly sworn, depose(s) and states that:

   1.  With respect to the Court's observation that "....The Court presumes that Plaintiff's oft-repeated Contentions will be resolved(see ORDER dd 06/25/09, Dkt. #66)"...., Plaintiff herein submits that the Defendant(s) CITY OF DETROIT, et al., is duly and properly subject to a 'Declaratory Judgement' respecting Defendant(s)' inescapable liability, herein, and commanding, directing, and effecting the Defendants' immediate (08/05/2009) payment of (A) $7,960,000.00 to Plaintiff JEFFREY SANDERS; or (B) $4,210,000.00 To Plaintiff JEFFREY SANDERS, followed by annual April 01, 2010 – 2019 payment(s) of $375,000.00 to Plaintiff JEFFREY SANDERS; or © $796,000.00 to Plaintiff JEFFREY SANDERS, followed by annual April 01, 2010 – 2018, payment(s) of $796,000.00 to Plaintiff JEFFREY SANDERS, according to the Defendants' own election and sanction by the Court, in accordance with Celotex Corp. v Catrett, 477 US 317, n.(1,2) at 322-323, 106 S.Ct. 2548, n.(1,2) at 2552(1986), ref. in Hamby v Neel, 368 F.3d 549, 556(6Cir. 2004); etc.,

   2.  Defendant (City Of Detroit, et al.)s' WANTING presentation of evidence, ANY EVIDENCE of record (see Pleadings at Dkt. #1 – 66) herein, suggesting and supporting any entitlement to any relief, herein, requires JUDGEMENT for Plaintiff pursuant to the 'rule(s) of law', enunciated in Celotex Corp. v Catrett, 477 US 317, n.(1,2) at 322-323, 106 S.Ct. 2548, 2552(1986)(cit. omit); Parsons v City Of Pontiac, 533 F.3d 492, n.(8)-(14) at 500-501(6Cir. 2008); Phillips v Roane Cnty Tenn., 534 F.3d 531, n.(9, 10) at 539(6Cir. 2008); FRCP 54(b)-(d) w/ FRCP 58(c) thru FRCP 58, according to the Defendants' own election and sanction by the Court above-referenced, as subject to substantive law w/ FRCP 54(b)-(d) and USDC – E.D. Mich. Local Rule(s) 58.1(b), in avoidance of collusion implicating 18 U.S.C. §241 w/FRCP 11.

Subscribed and sworn to before
Me this 21 day of July, 2009.

Rhonda Charlotte Harris
(Notary Public)
My Commission Expires: 9/20/12

      RHONDA CHARLOTTE HARRIS
      Notary Public, State of Michigan
      County of Wayne
      My Commission Expires Sep. 20, 2012
      Acting in the County of Wayne

/s/ Jeffrey Sanders

Plaintiff In Pro Per
16599 Hubbell St.
Detroit, Mich. 48235

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,

                          Plaintiff,          CASE NO. 07-14206
                                              HONORABLE DENISE PAGE HOOD

v.

DETROIT POLICE DEPARTMENT, *et al.*,

                          Defendants.
_____/

## JUDGMENT

IT IS ORDERED that pursuant to this Court's Memorandum Opinion and Order dated

August 28, 2009, this cause of action is DISMISSED.

Dated at Detroit, Michigan this twenty-eighth day of August, 2009.

                                   DAVID J. WEAVER
                                   CLERK OF THE COURT

                                   BY: s/ Wm. F. LEWIS
                                       Deputy Clerk

APPROVED:

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

APPENDIX

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
                    Plaintiff,                          CASE NO. 07-14206

        vs.

DETROIT POLICE DEPARTMENT,                    DENISE PAGE HOOD
et al.,                                       UNITED STATES DISTRICT JUDGE
                    Defendants.

_____/

## ORDER OF ASSIGNMENT OF COUNSEL

The Court having identified that the above-named plaintiff, presently proceeding in

propria persona in this matter, would benefit from the assistance of counsel, and the below

named attorney having indicated that she is willing to accept pro bono assignment in this matter;

IT IS ORDERED that Benjamin J. McCracken, Esq., whose mailing address is Jaffe,

Raitt, Heuer & Weiss, PC, 27777 Franklin Road, Suite 2500, Southfield, MI 48034 is hereby

assigned to represent the above-named plaintiff in this matter, unless said assignment is

terminated by (1) Order of the court, (2) assignment of substitute counsel, or (3) termination of

the matter before the Court.

IT IS FURTHER ORDERED that:

1.    Assigned counsel be provided, without cost and upon his request, copies of all
      pleadings filed to date in this matter, and that he proceed as counsel of record for
      defendant from this date forward;

2.    Assigned counsel may only request to withdraw from this matter through filing of
      a motion, with notice to plaintiff, setting forth full particulars as to why such a
      motion should be granted.

                                        s/ DENISE PAGE HOOD
                                        DENISE PAGE HOOD
                                        UNITED STATES DISTRICT JUDGE

Dated: February 9, 2009



APPENDIX Y

# APPENDIX Y

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JEFFREY SANDERS,

          Plaintiff(s),

vs.

DETROIT POLICE DEPARTMENT, et al.

          Defendant(s).

Civil Action No.: 07-14206
Judicial Officer:  Honorable Denise Page Hood
Nature of Suit:

**FILED** U.S. DIST. COURT EASTERN DIST. MI DETROIT 2009 MAR 18 PM 2:

### ORDER OF REFERENCE TO
### MEDIATION TRIBUNAL ASSOCIATION

✓    The parties, having stipulated with the approval of the Court that this case be selected for mediation and having agreed to be bound by the provisions of the mediation rule contained in ~~Michigan Court Rule 2.403~~ including the ~~sanctions relating to costs and attorney fees as provided by such rule~~ @ *1.4M*

___   On motion of a party, with notice to opposing parties, that this case be selected for mediation,

___   The Court on its own motion has selected this case for mediation.

IT IS HEREBY ORDERED that the above-entitled cause be referred to the Mediation Tribunal Association for mediation under Local Rule 53.1 of the United States District Court for the Eastern District of Michigan.

Mediation to be scheduled for the month/year of    *AUG. Not JULY '09*

Scheduled Final Pretrial Conference Date    *9/22/09*

Scheduled Trial Date (if set):    *10/20/09*

*68776*
_____
Attorney for Plaintiff, Bar No.

*(P38261)*
_____
Attorney for Defendant, Bar No.

_____
Attorney for Plaintiff, Bar No.

_____
Attorney for Defendant, Bar No.

_____
Attorney for Plaintiff, Bar No.

_____
Attorney for Defendant, Bar No.

_____
Attorney for Plaintiff, Bar No.

_____
Attorney for Defendant, Bar No.

Dated: *3/9/09*

_____
Denise Page Hood
United States District Judge



# APPENDIX Y

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,

      Plaintiff,

v.

                                 Case No. 07-14206
                                 Honorable Denise Page Hood

DETROIT POLICE DEPARTMENT and
CHRISTOPHER GRIFFIN,

      Defendants.

_____/

### ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On July 18, 2013, the City of Detroit filed a voluntary petition for protection under Chapter 9 of the Bankruptcy Code. On July 25, 2013, Judge Steven Rhodes entered an order confirming the automatic stay of all proceedings against the City imposed under section 922 of the Bankruptcy Code upon the filing of the petition. *In re City of Detroit, Michigan*, No. 13-53846 [#167] (Bankr. E.D. Mich. July 25, 2013). The stay applies to "judicial, administrative, or other action[s] or proceeding[s] against an officer or inhabitant of the City, including the issuance or employment of process, that seeks to enforce a claim against the City." *Id.* at 3.

Accordingly,

**IT IS ORDERED** that this action is **STAYED** pursuant to 11 U.S.C. § 362(a) and the action is **CLOSED** for administrative and statistical purposes. This closing does not constitute a decision on the merits. The action may be reopened after a party provides the Court with notice that the bankruptcy stay has been lifted.



**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (# 127) and Motion

for Judgment on the Pleadings (#128) are MOOT and may be renewed after the bankruptcy stay has

been lifted. All dates scheduled in this matter are CANCELED.

        s/Denise Page Hood
        Denise Page Hood
        United States District Judge

Dated: August 21, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 21, 2013, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager

-2-



APPENDIX Y

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,

          Plaintiff,

v.

                                Case No. 07-14206
                                Honorable Denise Page Hood

DETROIT POLICE DEPARTMENT and
CHRISTOPHER GRIFFIN,

          Defendants.

_____/

### ORDER DENYING MOTION AND APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS ON APPEAL

      The Court, having entered an Order Administratively Closing the matter because the City of Detroit filed a chapter 9 bankruptcy action under the Bankruptcy Code, and the Sixth Circuit Court of Appeals having dismissed Plaintiff's appeal for lack of subject matter jurisdiction, accordingly,

      IT IS ORDERED that Plaintiff's Motion for accelerated judgment and relief **(Doc. No. 164)** is DENIED.

      IT IS FURTHER ORDERED that the Applications to Proceed Without Prepayment of Fees or Costs on Appeal **(Doc. Nos. 157 and 165)** are DENIED.

                      S/Denise Page Hood
                      United States District Judge

Dated: November 13, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 13, 2013, by electronic and/or ordinary mail.

                      S/LaShawn R. Saulsberry
                      Case Manager



APPENDIX Y