UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2013 NOV 19 A 9: 50

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re: CITY OF DETROIT, MICHIGAN /, Debtor ; Chapter 9
City Of Detroit Corporation Counsel et al.
City Of Detroit Law Department     Case No. 13-53846
2 Woodward Avenue, Suite
Detroit, Michigan 48226     Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I, JEFFREY SANDERS, Hereby, certify that the attached / attendant "DESIGNATED CLAIMANT RESPONSE TO MOTION OF DEBTOR FILED 11/12/13 (Doc 1665)" was authored – executed – filed personally by me on November 18, 2013, per Federal Rule(s) of Bankruptcy Procedure 5005(a) – 7070, and copy of same served upon the respective Counsel Of Record by First Class Postage-Paid U.S. Mail, sealed and addressed to:

(A) David G. Heiman – Heather Lennox – JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114;

(B) Bruce Bennett – JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071;

(C) Jonathan S. Green – Stephen S. LaPlante
Miller, Canfield, Paddock And Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226;

(D) City Of Detroit Corporation Counsels
City Of Detroit Law Department
2 Woodward Avenue, Suite 1126
Detroit, Michigan 48226;

and placed in the U.S. Post Office Mail Depository on the above-referenced date.

Authored – Submitted on November 18, 2013, By:/s/ _____

Subscribed and sworn to before me
this 18 th day of November, 2013.
(Notary) _____
My Commission Expires: 12-10-2014

Mr. Jeffrey Sanders (IFP / Pro se)
16599 Hubbell Street
Detroit, Michigan 48235-4030

SONJA R. JOHNSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: Dec. 10, 2014
Acting in the County of WAYNE