IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

FILED
2013 NOV 19 A 10: 05
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

City of Detroit, Michigan
2 Woodward Avenue, Suite 1126
Detroit, MI 48226

Chapter 9
Case # 13-53846

DEBTOR

INO/DBA:

### REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), Ricoh USA Inc hereby requests that it be added to the official mailing matrix and service lists in this case. Ricoh USA Inc further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

RICOH USA INC
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By: _Olivia Moody_
Olivia Moody
RICOH USA INC
3920 Arkwright Road, Suite 400
Macon, GA 31210

Date 11-13-2013

RICOH USA INC Reference #:
13672949/296232/13676674/445969/3308394/3311136/3366222/3351736/4210853/3285512/3348480/13696579/297438/3295818/3366094