# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature does not match login on Stipulation For Substitution Of Attorneys.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☑ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 11/18/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                              Case No. 13-53846-swr
City of Detroit, Michigan                                           Chapter 9
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2     User: ckata              Page 1 of 8        Date Rcvd: Nov 18, 2013
                         Form ID: def2            Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                            TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2013                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2013 at the address(es) listed below:

      A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
      Amy D. Caton   on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com
      Amy D. Caton   on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
      Andrew A. Paterson, Jr.   on behalf of Creditor    Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
      Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com, aap43law@gmail.com
      Andrew J. Gerdes   on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
      Andrew J. Gerdes   on behalf of Creditor    Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
      Angela Williams   on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org, HollisR@dhcmi.org
      Anthony J. Kochis   on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
      Arthur O'Reilly   on behalf of Interested Party    Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
      Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
      Babette A. Ceccotti   on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com
      Barbara A. Patek   on behalf of Creditor    Detroit Police Command Officers Association bpatek@ermanteicher.com
      Barbara A. Patek   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com
      Barbara A. Patek   on behalf of Creditor    Detroit Police Officers Association bpatek@ermanteicher.com
      Barbara A. Patek   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
      Barry S. Fagan   on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
      Brendan G. Best   on behalf of Interested Party    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
      Brendan G. Best   on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
      Brendan G. Best   on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com
      Brendan H. Frey   on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com
      Brett A. Border   on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com
      Brett A. Border   on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
      Brett A. Border   on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com

Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com

Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com

Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com

Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com

Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation caroline.english@arentfox.com

Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM

Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com

Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

Christopher A. Grosman   on behalf of Creditor   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com

Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association czucker@ermanteicher.com

Daniel J. Weiner   on behalf of Plaintiff   Ambac Assurance Corporation dweiner@schaferandweiner.com

Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation dweiner@schaferandweiner.com

David  Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

David  Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

David  Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association deisenberg@ermanteicher.com

David  Eisenberg   on behalf of Creditor   Detroit Police Officers Association deisenberg@ermanteicher.com

David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc. dmollicone@dmms.com

David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com

David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com

David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com

David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com

David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

    Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

    Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

    Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

    Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

    Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

    Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

    Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

    Debra N. Pospiech    on behalf of Interested Party Kimberly James dpospiech@morganmeyers.com

    Debra N. Pospiech    on behalf of Interested Party Denise Gardner dpospiech@morganmeyers.com

    Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com

    Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com

    Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com

    Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com

    Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com

    Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com

    Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

    Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association eerman@ermanteicher.com

    Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com

    Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

    Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

    Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

    Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

    Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com, litdocket@honigman.com

    Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com

    Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net

    Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

    Eric Rosenberg    on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com

    Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com

    Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

    Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

    Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

    Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com

    Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com

    Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com

    Harold E. Nelson    on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com

    Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com

    Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

    Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

    Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com

    Hugh M. Davis    on behalf of Creditor Thomas Stephens Info@ConLitPC.com, Davis@ConLitPC.com

    James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

    James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- James Sprayregen on behalf of Interested Party Syncora Holdings Ltd. james.sprayregen@kirkland.com
- Janet M. Ziulkowski on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
- Jason L. Weiner on behalf of Creditor Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
- Jason W. Bank on behalf of Interested Party Wade Trim Associates, Inc. jbank@kerr-russell.com
- Jason W. Bank on behalf of Interested Party New England Fertilizer Company jbank@kerr-russell.com
- Jay S. Kalish on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
- Jeffery R. Sieving on behalf of Creditor International Outdoor, Inc. jeff@iobillboard.com
- Jeffrey Rossman on behalf of Defendant U.S. Bank, N.A. jrossman@mwe.com, ncoco@mwe.com, Lhaidostian@mwe.com
- Jeffrey H. Bigelman on behalf of Creditor Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
- Jeffrey S. Grasl on behalf of Creditor Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
- Jennifer Zbytowski Belveal on behalf of Defendant Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
- Jennifer Zbytowski Belveal on behalf of Defendant Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
- Jerome D. Goldberg on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
- Jerome D. Goldberg on behalf of Creditor David Sole apclawyer@sbcglobal.net
- John E. Eaton on behalf of Creditor Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
- John P. Kapitan on behalf of Creditor Fifth Third Mortgage Company easternecf@trottlaw.com
- John P. Sieger on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
- John T. Gregg on behalf of Creditor 36th District Court for the State of Michigan jgregg@btlaw.com
- Jonathan B. Frank on behalf of Creditor Get Back Up, Inc. frank@jackiergould.com
- Jonathan S. Green on behalf of Debtor In Possession City of Detroit, Michigan green@millercanfield.com
- Joseph R. Sgroi on behalf of Interested Party General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
- Joshua A. Gadharf on behalf of Interested Party Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
- Joshua A. Gadharf on behalf of Interested Party Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
- Joshua A. Gadharf on behalf of Interested Party Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
- Judy B. Calton on behalf of Defendant Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Interested Party Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Interested Party Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Defendant Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
- Julia A. Caroff on behalf of Interested Party United States of America julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
- Julie Beth Teicher on behalf of Creditor Detroit Police Officers Association jteicher@ermanteicher.com
- Julie Beth Teicher on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
- Julie Beth Teicher on behalf of Creditor Detroit Police Command Officers Association jteicher@ermanteicher.com
- Julie Beth Teicher on behalf of Creditor Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
- Karen B. Dine on behalf of Interested Party Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
- Karen Vivian Newbury on behalf of Creditor DEPFA Bank PLC knewbury@schiffhardin.com
- Karen Vivian Newbury on behalf of Creditor FMS Wertmanagement knewbury@schiffhardin.com
- Karin F. Avery on behalf of Interested Party Detroit Retired City Employees Association Avery@SilvermanMorris.com
- Karin F. Avery on behalf of Interested Party Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
- Kay Standridge Kress on behalf of Debtor In Possession City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
- Kenneth E. Noble on behalf of Interested Party Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Kenneth M. Schneider on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
- Kevin M. Baum on behalf of Interested Party Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
- Kevin N. Summers on behalf of Creditor National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
- Kimberly Joan Robinson on behalf of Creditor Genuine Parts Company kim.robinson@bfkn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
 llarose@chadbourne.com,
 skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
 llarose@chadbourne.com,
 skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit Lisa.Fenning@aporter.com
Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
 Lisa.Fenning@aporter.com
Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
 lrochkind@jaffelaw.com,  dburris@jaffelaw.com
Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
 lrochkind@jaffelaw.com,  dburris@jaffelaw.com
Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
 lbrimer@stroblpc.com,  kvanakin@stroblpc.com
Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
 MField@stroblpc.com,  jmckeogh@stroblpc.com
Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
 324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
 swansonm@millercanfield.com
Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
 mark.angelov@arentfox.com
Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
 jabdelnour@resnicklaw.net
Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
 mbcobbs@flash.net
Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
 wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
 wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
 wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
 summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
 summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com,  paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
 melissa@demolaw.com,  paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
 paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
 paula@demolaw.com
Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
 mdordeski@foleymansfield.com,cindy@loeyy.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Meredith  Taunt     on behalf of Creditor    Retired Detroit Police Members Association
           mtaunt@stroblpc.com, KVanAkin@stroblpc.com
          Michael A. Greiner    on behalf of Interested Party    Clifford Properties, Inc.
           mike@financiallawgroup.com, desiree@financiallawgroup.com;nicole@financiallawgroup.com
          Michael Anthony Karman     on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael K. Lee    on behalf of Creditor    St. Martins Cooperative mlee@leeandcorrell.com
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
           msl@maddinhauser.com, bac@maddinhauser.com
          My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America Nganatra@uaw.net
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Patrick Warren Hunt    on behalf of Interested Party    New England Fertilizer Company
           pwhunt@kerr-russell.com
          Patrick Warren Hunt    on behalf of Interested Party    Wade Trim Associates, Inc.
           pwhunt@kerr-russell.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor  Shirley V Lightsey  rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey  rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
 morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
 fusco@millercanfield.com
Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 tgraves@allardfishpc.com,  allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State,
 County and Municipal Employees clark@steinbergshapiro.com,
 atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
 clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com,
 atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State,
 County and Municipal Employees clark@steinbergshapiro.com,
 atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc.
 clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
 clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association
 clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
 vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
 wcb@osbig.com
William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
Yuliy Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
 yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 320
```