# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**

In Re: (NAME OF DEBTOR(S))

   City of Detroit, Michigan

   _____/

## NOTICE OF REQUIREMENT TO FILE DESIGNATION

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **11/18/2013** from an order entered by Judge **Steven W. Rhodes** on **11/06/2013** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 11/18/13

                          BY THE COURT

                          Katherine B. Gullo , Clerk of Court
                          UNITED STATES BANKRUPTCY COURT

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                   Case No. 13-53846-swr
City of Detroit, Michigan                                                Chapter 9
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: ktrio              Page 1 of 8             Date Rcvd: Nov 18, 2013
                              Form ID: designat        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2013.
dbpos         +City of Detroit, Michigan,    2 Woodward Avenue,    Suite 1126,    Detroit, MI 48226-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2013 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,    achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,    aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert    Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,    ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,    wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               bborder@sspclegal.com,    joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Brett A. Border on behalf of Creditor U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
- Brett A. Border on behalf of Creditor Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com
- Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
- Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
- Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
- Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
- Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
- Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
- Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com
- Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
- Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
- Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
- Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
- Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
- Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Christopher A. Grosman on behalf of Creditor BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
- Craig B. Rule on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
- Craig E. Zucker on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
- Craig E. Zucker on behalf of Creditor Detroit Police Officers Association czucker@ermanteicher.com
- Craig E. Zucker on behalf of Creditor Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
- Craig E. Zucker on behalf of Creditor Detroit Police Command Officers Association czucker@ermanteicher.com
- Daniel J. Weiner on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
- Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
- David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Police Command Officers Association deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
- David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David A. Mollicone on behalf of Creditor Brown Rehabilitation Management, Inc. dmollicone@dmms.com
- David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
- David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
- David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
- David L. Dubrow on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
- David M. Zack on behalf of Other Professional McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
- Dawn R. Copley on behalf of Interested Party State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
- Deborah Kovsky-Apap on behalf of Debtor In Possession City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah L. Fish on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Debra N. Pospiech on behalf of Interested Party Kimberly James dpospiech@morganmeyers.com
- Debra N. Pospiech on behalf of Interested Party Denise Gardner dpospiech@morganmeyers.com
- Debra N. Pospiech on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
- Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
- Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
- Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
- Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
- Earle I. Erman on behalf of Creditor Detroit Police Command Officers Association eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
- Edward J. Gudeman on behalf of Interested Party Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
- Edward J. Gudeman on behalf of Interested Party Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
- Edward Todd Sable on behalf of Interested Party General Motors LLC tsable@honigman.com, litdocket@honigman.com
- Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company emajoros@glmpc.com
- Elizabeth M. Abood-Carroll on behalf of Creditor Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Eric Rosenberg on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
- Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com
- Eric David Novetsky on behalf of Creditor National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
- Ethan D. Dunn on behalf of Creditor Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
- Evan Justin Feldman on behalf of Creditor Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
- Evan Justin Feldman on behalf of Creditor General Retirement System of the City of Detroit efeldman@clarkhill.com
- Fred Neufeld on behalf of Interested Party Courtesy Notice fneufeld@sycr.com
- Harold E. Nelson on behalf of Creditor Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
- Harold E. Nelson on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
- Heather Lennox on behalf of Debtor In Possession City of Detroit, Michigan hlennox@jonesday.com
- Howard R. Hawkins, Jr. on behalf of Creditor Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
- Howard S. Sher on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
- Hugh M. Davis on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com
- Hugh M. Davis on behalf of Creditor Thomas Stephens Info@ConLitPC.com, Davis@ConLitPC.com
- James Sprayregen on behalf of Interested Party Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              James   Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James   Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
               ecf@zaplc.com
              Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
               jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
              Jennifer   Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com, mjohnson@honigman.com
              Jennifer   Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com, mjohnson@honigman.com
              Jerome D. Goldberg    on behalf of Interested Party Jerome   Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David   Sole apclawyer@sbcglobal.net
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               pjohnson@bredhoff.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               john.sieger@kattenlaw.com
              John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
               jgregg@btlaw.com
              Jonathan B. Frank    on behalf of Creditor    Get Back Up, Inc. frank@jackiergould.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               blundberg@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
               patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
              Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
               kressk@pepperlaw.com, alexsym@pepperlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
              Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
               ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Kimberly Joan Robinson on behalf of Creditor Genuine Parts Company kim.robinson@bfkn.com
- Kurt Thornbladh on behalf of Creditor Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Lawrence A. Larose on behalf of Creditor Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
- Lawrence A. Larose on behalf of Plaintiff Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
- Leland Prince on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
- Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Lisa Hill Fenning on behalf of Creditor General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
- Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
- Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
- Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark E. Bredow on behalf of Interested Party Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
- Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
- Melissa L. Demorest on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
- Melissa L. Demorest on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
- Melissa L. Demorest on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
- Melissa L. Demorest on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
- Melissa L. Demorest on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
      Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
      Michael A. Greiner   on behalf of Interested Party   Clifford Properties, Inc. mike@financiallawgroup.com, desiree@financiallawgroup.com;nicole@financiallawgroup.com
      Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
      Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
      Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
      Michael K. Lee   on behalf of Creditor   St. Martins Cooperative mlee@leeandcorrell.com
      Michael R. Bell   on behalf of Interested Party Bill Schuette BellM1@michigan.gov
      Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
      Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
      My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
      Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Donnell White ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
      Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
      Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
      Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
      Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com
      Patrick Warren Hunt   on behalf of Interested Party   New England Fertilizer Company pwhunt@kerr-russell.com
      Patrick Warren Hunt   on behalf of Interested Party   Wade Trim Associates, Inc. pwhunt@kerr-russell.com
      Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
      Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
      Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com
      Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
      Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
      Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
      Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
      Robert M. Fishman   rfishman@shawfishman.com
      Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
      Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
      Ronald L. Rose   on behalf of Interested Party Angie Wong rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party Laura Malher rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party Wanda Leverette rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party Jason Leverette-Saunders rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party Ian Mobley rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party Kimberly Mobley rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party Stephanie Hollander rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party Nathaniel Price rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party James Washington rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party Jerome Pierce rrose@dykema.com
      Ronald L. Rose   on behalf of Interested Party Darlene Hellenberg rrose@dykema.com

```
District/off: 0645-2           User: ktrio              Page 7 of 8              Date Rcvd: Nov 18, 2013
                               Form ID: designat        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Ronald L. Rose   on behalf of Interested Party Paul Kaiser rrose@dykema.com
    Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com
    Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
    Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com
    Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees sam.alberts@dentons.com
    Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
    Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com
    Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
    Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
    Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
    Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com
    Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
    Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
    Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
    Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
    Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
    Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
    Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd. stephen.hackney@kirkland.com
    Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
    Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc. stephen.hackney@kirkland.com
    Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
    Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
    Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
    Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Suzanne L. Wahl    on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
               morris@silvermanmorris.com,  marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
               fusco@millercanfield.com
              Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               tgraves@allardfishpc.com,  allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State,
               County and Municipal Employees clark@steinbergshapiro.com,
               atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
              Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
               clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
              Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com,
               atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
              Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State,
               County and Municipal Employees clark@steinbergshapiro.com,
               atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
              Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc.
               clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
              Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
               clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
              Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association
               clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 320
```