UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

**ORDER CLARIFYING THAT THE STAY DOES NOT APPLY TO THE PLAINTIFFS' QUO WARRANTO ACTION AGAINST SAUNTEEL JENKINS BUT DOES APPLY TO THE PURSUIT OF MONETARY CLAIMS AGAINST SAUNTEEL JENKINS OR THE CITY OF DETROIT**

This matter came before the Court by Petitioners Robert Davis' and Citizens United Against Corrupt Government's ("Plaintiffs") Emergency Motion for Clarification of the Court's July 25, 2013 Stay Order ("Motion") [Dkt. #949]; the parties have reached an agreement to address the issues raised in the Motion as provided in the their stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED with respect to Plaintiffs' *ex parte* application for leave to file a complaint in *quo warranto* seeking to remove City Council President Saunteel Jenkins from office, filed in the 3rd Circuit Court for the County of Wayne, State of Michigan, Case No. 13-010901-AW ("State Court Case"), the stays under §§ 362 and 922 (a) and the Order Pursuant to Section 105 (a) of the

Bankruptcy Code Extending the Chapter 9 Stay to Certain (A) State Entities, (B) Non Officer Employees and (C) Agents and Representatives of the Debtors do not apply to the State Court Case <u>so long as</u> Plaintiffs do not pursue, either directly or indirectly, any monetary sanctions, including without limitation, any damages, fines, penalties, costs or attorneys' fees against Saunteel Jenkins or the City;

IT IS FURTHER ORDERED, Plaintiffs remain stayed from seeking to recover from Saunteel Jenkins or the City any monetary sanctions, including without limitation, any damages, fines, penalties, costs or attorneys' fees;

IT IS FURTHER ORDERED, Plaintiffs will continue to serve the City with all pleadings and papers filed in the State Court Case or any appeals;

IT IS FURTHER ORDERED, that no other relief is granted.

.

**Signed on November 21, 2013**

                                                                /s/ Steven Rhodes
                                                              **Steven Rhodes**
                                                              **United States Bankruptcy Judge**