UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re                                              :    Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN                          :    Case No. 13-53846
                                                   :
                        Debtor.                    :    Hon. Steven W. Rhodes
                                                   :
                                                   :
---------------------------------------------------------------x

**RESPONSE TO MOTION OF THE DEBTOR FOR A FINAL ORDER
PURSUANT TO 11 U.S.C. §§ 105, 362, 364(c)(1), 364 (c)(2), 364(e), 364(f),
503, 507(a)(2), 904, 921 AND 922 (I) APPROVING POST-PETITION FINANCING,
(II) GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS
AND (III) MODIFYING AUTOMATIC STAY**

Greektown Casino LLC and Detroit Entertainment, L.L.C. d/b/a Motor City Casino Hotel (the "**Casinos**"), by their undersigned counsel, for their Response to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364 (c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 AND 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay state that:

1. The City's proposed financing would have a direct impact on the Casinos.

2. The Casinos are subject to significant regulation and believe the proposed order approving the transaction and perhaps other transaction documents need to be modified to ensure (a) no alteration to the Casinos' existing financial obligations, (b) no adverse effect on the Casinos' gaming licensure, and (c) no possibility of regulatory agency sanction of the Casinos.

3. The Casinos have discussed their concerns with counsel for the City and for Barclays Capital, Inc., and believe their concerns will be addressed in subsequent revisions to the proposed order and transactional documents.

4. Nonetheless, the Casinos reserve the right to object to any form of proposed order or transactional documents that fail to address the items set forth above.

>Respectfully submitted,
>
>Honigman Miller Schwartz and Cohn LLP
>Attorneys for Greektown Casino LLC and Detroit Entertainment LLC d/b/a Motor City Casino Hotel
>
>By: /s/ Judy B. Calton
>    Judy B. Calton (P38733)
>    Andrea L. Hansen (P47358)
>2290 First National Building
>660 Woodward Avenue
>Detroit, MI 48226
>(313) 465-7344
>jcalton@honigman.com
>ahansen@honigman.com

Dated: November 21, 2013

## **CERTIFICATE OF SERVICE**

I certify that on November 21, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

                              HONIGMAN MILLER SCHWARTZ AND COHN LLP
                              Attorneys for Greektown Casino LLC and Detroit Entertainment LLC d/b/a Motor City Casino Hotel

                              By: /s/ Judy B. Calton
                                    Judy B. Calton (P38733)
                                    Andrea L. Hansen (P47358)
                              2290 First National Building
                              660 Woodward Avenue
                              Detroit, MI 48226
                              (313) 465-7344
                              jcalton@honigman.com