In re                                                Chapter 9
City of Detroit, Michigan                            Case No. 13-53846
        Debtor                                       Hon. Steven W. Rhodes

FILED
2013 NOV 22 P 12:38
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

RE: Property Damage Claim Response

I Carolyn Spratt have a property damage claim with the CITY OF DETROIT. My fence (vinyl) and garage roof were damaged by a tree. Case have been proven and approved by law Dept. Amount awarded for damage is $5000.00. Property needs repairing to date.

Carolyn Spratt
November 22, 2013