UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                                               :

In re:                                             :         Chapter 9

CITY OF DETROIT, MICHIGAN,       :         Case No. 13-53846

                     Debtor.              :         Hon. Steven W. Rhodes

------------------------------------------------------x

## STIPULATION FOR ENTRY OF AN ORDER REGARDING EXHIBITS ADMITTED INTO EVIDENCE

On November 8, 2013, during a recess on the final day of the trial regarding the July 18, 2013 Eligibility Motion of the City of Detroit, Michigan (the "City"), the Court provided counsel with a list of trial exhibits that had been admitted into evidence over the course of the 9-day hearing. The list was intended to supplement the exhibits that had already been admitted into evidence by way of the Court's October 24, 2013 Pre-Trial Order regarding exhibits to which there had been no pre-trial objections. Counsel to the City and counsel to Objectors indicated in court that there were no objections to the supplemental list of exhibits that was provided by the Court but did not make that supplemental list part of the formal record. This stipulation is intended to formalize that understanding.

The supplemental list of admitted exhibits has been reformatted and is enclosed with this stipulation as Exhibit A. The parties, (a) Movant the City of Detroit and (b) Objectors (i) Shirley V. Lightsey, President of the Detroit Retired City Employees Association (the "DRCEA"), (ii) Don Taylor, President of the Retired Detroit Police and Firefighters Association (the "RDPFFA"), (iii) the DRCEA, (iv) the RDPFFA, (v) the Official Committee of Retirees (the "Committee"), (vi) the Michigan Council 25 of the American Federation of State, County and Municipal Employees ("AFSCME"), (vii) the UAW, (viii) the General Retirement System of the City of Detroit, (ix) the Police and Fire Retirement System of the City of Detroit, (x) the Detroit Public Safety Unions; and (xi) the Retired Detroit Police Members Association (collectively, "Objectors" to the City's July 18, 2013 Eligibility Motion), have now conferred and hereby stipulate that the exhibits listed and attached hereto as Exhibit A were admitted into evidence at the hearing on the City's Eligibility Motion.

The parties also believe that an additional exhibit, Exhibit 840, was admitted into evidence in part but was not included in the supplemental list from the Court. The parties stipulate that Exhibit 840 was admitted into the record in accordance with the limitations imposed by the Court at the time, which speak for themselves, but appear in the November 7, 2013 Unofficial Transcript (which is all that is available to the parties at the moment) at page 33, line 8 through page 34, line 6.

The parties enter this stipulation without prejudice to any party's rights to seek the entry of other exhibits into the record.

Dated: November 22, 2013              Respectfully submitted,

                                              /s/ Bruce Bennett
Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

*Counsel for the City of Detroit*

Respectfully submitted,

/s/ Claude D. Montgomery
Claude D. Montgomery, Esq.
Carole Neville, Esq.
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
claude.montgomery@dentons.com

Sam J. Alberts, Esq.
DENTONS US LLP
1301 K Street, NW
Washington, DC 20005-3364
Telephone: (202) 408-7004
Facsimile: (202) 408-6339
sam.alberts@dentons.com

Matthew E. Wilkins, Esq. (P56697)
Paula A. Hall, Esq. (P61101)
BROOKS WILKINS SHARKEY
& TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1711
Cell: (248) 882-8496
Facsimile: (248) 971-1801
wilkins@bwst-law.com
hal@bwst-law.com

*Counsel for the Official Committee of Retirees*

Respectfully submitted,

/s/ D. O'Keefe, Esq.
Brian D. O'Keefe, Esq.
Ryan Plecha, Esq.
LIPPITT O'KEEFE, PLLC
370 E. Maple Road
Third Floor
Birmingham, Michigan 48009
Telephone: (248) 646-8292
Facsimile: (248) 646-8375
bokeefe@lippittokeefe.com

Thomas R. Morris, Esq.
SILVERMAN & MORRIS, P.L.L.C.
30500 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
Telephone: (248) 539-1330
Facsimile: (248) 539-1355
morris@silvermanmorris.com

*Counsel for Shirley v. Lightsey, as an individual and as President of the Detroit Retired City Employee Association and for the Detroit Retired City Employee Association and Counsel for Don Taylor, as an individual and as President of the Retired Detroit Police and Firefighters Association and for the Retired Detroit Police and Firefighters Association*

Respectfully submitted,


/s/ Babette Ceccotti
Babette Ceccotti, Esq.
Bruce Levine, Esq.
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036-6979
Telephone: (212) 356-0229
Facsimile: (646) 473-8229
bceccotti@cwsny.com

*Counsel for the UAW*

/s/ William A. Wertheimer
LAW OFFICE OF WILLIAM A. WERTHEIMER
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
Telephone: (248) 644-9200
billwertheimer@gmail.com

*Counsel for the Flowers Plaintiffs*

Respectfully submitted,

/s/ Barbara A. Patek
Barbara A. Patek
ERMAN, TEICHER, MILLER, ZUCKER
& FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, Michigan 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
bpatek@ermanteicher.com

*Counsel for The Detroit Public Safety Unions*

Respectfully submitted,

/s/ Sharon L. Levine
Sharon L. Levine, Esq.
John K. Sherwood, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 597-6246
Facsimile:   (973) 597-6247
pgross@lowenstein.com

*Counsel for AFSCME*

Respectfully submitted,

<u>/s/ Lynn Brimer</u>
Lynn Brimer, Esq.
300 East Long Lake Road
Suite 200
Bloomfield Hills, Michigan 48304
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
lbrimer@stroblpc.com

*Counsel for Retired Detroit Police Members Association*

Respectfully submitted,

/s/ Robert D. Gordon
Robert D. Gordon, Esq.
151 S. Old Woodward, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 642-9692
Facsimile: (248) 642-2174
email@clarkhill.com

*Counsel for Police and Fire Retirement System of the City of Detroit and The General Retirement System of the City of Detroit*

**Exhibit A**

Exhibits admitted in addition to those listed in October 24, 2013 Pre-trial Order:

9
10
11
32
38
41
69
70
75[1]
105
201
202
438
458
460
505
588
615
616
619
620
624
625
626
706
707
717
718
719
836
841
846
853
870
872

---
[1] Exhibit 75 was also admitted in the Pre-trial Order.

# SUMMARY OF ATTACHMENTS

The following documents are attached to this Stipulation, labeled in accordance with Local Rule 9014-1(b).

| Exhibit 1 | Proposed Form of Order |
|---|---|
| Exhibit 2 | None [Notice Not Required] |
| Exhibit 3 | None [Brief Not Required] |
| Exhibit 4 | Certificate of Service [To Be Separately Filed] |

# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
                                                   :
                                                   :
In re:                                             :    Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :    Case No. 13-53846
                                                   :
                    Debtor.                        :    Hon. Steven W. Rhodes
                                                   :
                                                   :
---------------------------------------------------x

## SUPPLEMENTAL ORDER ON EXHIBITS

Having been advised in the premises and having considered the parties' Stipulation for Entry of an Order Regarding Exhibits Admitted Into Evidence ("Stipulation"), the Court hereby GRANTS the Stipulation and enters the following Order:

1. In addition to those exhibits admitted by way of this Court's October 24, 2013 Pre-trial Order, the Court enters the following exhibits into the record for the evidentiary hearing conducted from October 23, 2013 through November 8, 2013 on the City's Eligibility Motion, subject only to any limitations on use or admissibility imposed by the Court at the time of admission: Exhibit Nos. 9

through 11, 32, 38, 41, 69, 70, 75,[2] 105, 201, 202, 438, 458, 460, 505, 588, 615, 616, 619, 620, 624 through 626, 706, 707, 717 through 719, 836, 840, 841, 846, 853, 870, and 872.

Accordingly, the above-listed exhibits are admitted into evidence for the purposes of the trial regarding the July 18, 2013 Eligibility Motion of the City of Detroit, Michigan.

---

[2] Exhibit 75 was also admitted in the Pre-trial Order.

# **EXHIBIT 2**

*None [Notice of Motion and Opportunity to Object Not Required]*

# **EXHIBIT 3**

*None [Brief Not Required]*

# **EXHIBIT 4**

*Certificate of Service [To Be Separately Filed]*