# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan<br>               Debtor.<br>_____/ | Chapter 9 No. 13-53846<br><br>Hon. Steven W. Rhodes |

## STIPULATION GRANTING RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001 (a) (3) AS TO FIFTH THIRD BANK AND FIFTH THIRD MORTGAGE COMPANY

The City of Detroit, Michigan, by and through its counsel, Miller, Canfield, Paddock, and Stone, P.L.C. and Fifth Third Bank, as servicer for Fifth Third Mortgage Company, by and through counsel, Trott & Trott, P.C., stipulate to the entry of the proposed order attached as Exhibit A.

Wherefore, the parties respectfully requests that the aforementioned relief be granted.

**AGREED:**

| | |
|---|---|
| TROTT & TROTT, P.C. | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| By /S/ John P. Kapitan | By: /s/ Eric D. Carlson |
| John P. Kapitan | Eric D. Carlson |
| Attorneys for Fifth Third Bank, as servicer for Fifth Third Mortgage Company | Attorneys for the City of Detroit, Michigan |
| 31440 Northwestern Hwy, Suite 200 | 150 W. Jefferson Ave, Ste 2500 |
| Farmington Hills, MI 48334 | Detroit, MI 48226 |
| (248) 723-5067 | (313) 963-6420 |
| easternECF@trottlaw.com | carlson@millercanfield.com |
| (P61901) | (P60277) |