UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　Case No. 13-53846
　　　　　　　　Debtor.　　　　　　　　Hon. Steven W. Rhodes

_____

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on November 22, 2013, I electronically filed **State of Michigan's Reply in Support of Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Enter Into and Perform Under Certain Transaction Documents with the Public Lighting Authority and (II) Granting Other Related Relief** with the Clerk of the Court using the ECF system which will send notification of such filing upon the following:

- Elizabeth M. Abood-Carroll　bankruptcy@orlans.com
- Sam J. Alberts　sam.alberts@dentons.com
- Carla Orman Andres　candres@gklaw.com
- Mark A. Angelov　mark.angelov@arentfox.com
- Charles N. Ash　cash@wnj.com, kkranz@wnj.com
- Karin F. Avery　Avery@SilvermanMorris.com
- Nabih H. Ayad　ayadlaw@hotmail.com
- Jason W. Bank　jbank@kerr-russell.com
- Paige E. Barr　Paige.Barr@kattenlaw.com
- Kevin M. Baum　kevin.baum@kattenlaw.com
- Dirk H. Beckwith　dbeckwith@fosterswift.com
- Michael R. Bell　BellM1@michigan.gov
- Bruce Bennett　bbennett@jonesday.com
- Ryan Blaine Bennett　ryan.bennett@kirkland.com
- Douglas C. Bernstein　dbernstein@plunkettcooney.com
- Brendan G. Best　bbest@schaferandweiner.com

- Jeffrey H. Bigelman    jhb_ecf@osbig.com
- William C. Blasses    wcb@osbig.com
- Brett A. Border    bborder@sspclegal.com
- Mark E. Bredow    mbredow@resnicklaw.net
- Lynn M. Brimer    lbrimer@stroblpc.com
- Charles D. Bullock    cbullock@sbplclaw.com
- Judy B. Calton    jcalton@honigman.com
- Peter L. Canzano    pcanzano@sidley.com
- Eric D. Carlson    carlson@millercanfield.com
- Julia A. Caroff    julia.caroff@usdoj.gov
- Amy D. Caton    acaton@kramerlevin.com
- Babette A. Ceccotti    bceccotti@cwsny.com
- Tracy M. Clark    clark@steinbergshapiro.com
- Mary Beth Cobbs    cobbm@detroitmi.gov
- Carol Connor Cohen    carol.cohen@arentfox.com
- Dawn R. Copley    dcopley@dickinsonwright.com
- Sean M. Cowley (UST)    Sean.cowley@usdoj.gov
- Elliot G. Crowder    ecrowder@sbplclaw.com
- Robert Darnell    robert.darnell@usdoj.gov
- Hugh M. Davis    conlitpc@sbcglobal.net
- Peter D. Dechiara    pdechiara@cwsny.com
- Shannon L. Deeby    sdeeby@clarkhill.com
- Melissa L. Demorest    melissa@demolaw.com
- Robert J. Diehl    rdiehl@bodmanlaw.com
- Karen B. Dine    karen.dine@kattenlaw.com
- Mercedes Varasteh Dordeski    mdordeski@foleymansfield.com
- David L. Dubrow    david.dubrow@arentfox.com

- Ethan D. Dunn    bankruptcy@maxwelldunnlaw.com
- John E. Eaton    jeaton@cousenslaw.com
- David Eisenberg    deisenberg@ermanteicher.com
- Caroline Turner English    caroline.english@arentfox.com
- Earle I. Erman    eerman@ermanteicher.com
- Barry S. Fagan    bfagan@dibandfagan.com
- Sherrie L. Farrell    sfarrell@dykema.com
- Evan Justin Feldman    efeldman@clarkhill.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com
- Mallory Field    MField@stroblpc.com
- Deborah L. Fish    dfish@allardfishpc.com
- Robert M. Fishman    rfishman@shawfishman.com
- Steven B. Flancher    flanchers@michigan.gov
- Vanessa G. Fluker    vgflawyer@sbcglobal.net
- Mark S. Frankel    mfrankel@couzens.com
- Brendan H. Frey    bfrey@manteselaw.com
- Timothy A. Fusco    fusco@millercanfield.com
- Joshua A. Gadharf    jgadharf@mcdonaldhopkins.com
- Niraj R. Ganatra    Nganatra@uaw.net
- Andrew J. Gerdes    agerdes@gerdesplc.com
- Jerome D. Goldberg    apclawyer@sbcglobal.net
- William H. Goodman    mail@goodmanhurwitz.com
- Robert D. Gordon    rgordon@clarkhill.com
- Jeffrey S. Grasl    jgrasl@mcdonaldhopkins.com
- Timothy R. Graves    tgraves@allardfishpc.com
- Jonathan S. Green    green@millercanfield.com
- John T. Gregg    jgregg@btlaw.com

- Michael A. Greiner     mike@financiallawgroup.com
- Christopher A. Grosman     BRCY@CarsonFischer.com
- Stephen M. Gross     sgross@mcdonaldhopkins.com
- Stephen B. Grow     sgrow@wnj.com
- Edward J. Gudeman     ejgudeman@gudemanlaw.com
- Raymond Guzall     rayguzall@attorneyguzall.com
- Stephen C. Hackney     stephen.hackney@kirkland.com
- Paul R. Hage     phage@jaffelaw.com
- Paula A. Hall     hall@bwst-law.com
- Michael C. Hammer     mchammer2@dickinsonwright.com
- Howard R. Hawkins     howard.hawkins@cwt.com
- David Gilbert Heiman     dgheiman@jonesday.com
- Robert S. Hertzberg     hertzbergr@pepperlaw.com
- Patrick Warren Hunt     pwhunt@kerr-russell.com
- Charles Bruce Idelsohn     charlesidelsohnattorney@yahoo.com
- Mark R. James     mrj@wwrplaw.com
- Jay S. Kalish     JSKalish@aol.com
- John P. Kapitan     easternecf@trottlaw.com
- Michael Anthony Karman     makarmanesq@gmail.com
- Michael Joseph Karwoski     mjkarwoski@alumni.nd.edu
- Mami Kato     mkato@sachswaldman.com
- Richardo I. Kilpatrick     ecf@kaalaw.com
- Anthony J. Kochis     akochis@wolfsonbolton.com
- Samuel S. Kohn     skohn@winston.com
- Deborah Kovsky-Apap     kovskyd@pepperlaw.com
- Kay Standridge Kress     kressk@pepperlaw.com
- Stephen S. LaPlante     laplante@millercanfield.com

- Patrick C. Lannen    plannen@plunkettcooney.com
- Lawrence A. Larose    llarose@winston.com
- Caralyce M. Lassner    ecf@lassnerlaw.com
- Michael K. Lee    mlee@leeandcorrell.com
- Michael S. Leib    msl@maddinhauser.com
- Heather Lennox    hlennox@jonesday.com
- David A. Lerner    dlerner@plunkettcooney.com
- Sharon L. Levine    slevine@lowenstein.com
- Elias T. Majoros    emajoros@glmpc.com
- Carolyn Beth Markowitz    DVCCOUNSEL@AOL.COM
- Donald G. McGuigan    don@mcguiganlaw.com
- Patrick E. Mears    pmears@btlaw.com
- David A. Mollicone    dmollicone@dmms.com
- Claude D. Montgomery    claude.montgomery@dentons.com
- Thomas R. Morris    morris@silvermanmorris.com
- Harold E. Nelson    ecf-hen@rhoadesmckee.com
- Fred Neufeld    fneufeld@sycr.com
- Carole Neville    carole.neville@dentons.com
- Karen Vivian Newbury    knewbury@schiffhardin.com
- Kenneth E. Noble    kenneth.noble@kattenlaw.com
- Eric David Novetsky    enovetsky@jaffelaw.com
- Sandra L. O'Connor    soconnor@glmpc.com
- Brian D. O'Keefe    bokeefe@lippittokeefe.com
- Arthur O'Reilly    aoreilly@honigman.com
- Yuliy Osipov    yotc_ecf@yahoo.com
- Michael R. Paslay    mike.paslay@wallerlaw.com
- Barbara A. Patek    bpatek@ermanteicher.com

- Andrew A. Paterson    aap43@outlook.com
- Ryan Plecha    rplecha@lippittokeefe.com
- Debra N. Pospiech   dpospiech@morganmeyers.com
- Leland Prince    princel@dteenergy.com
- A. Stephen Ramadan    steveramadan@gmail.com
- Peter J. Roberts    proberts@shawfishman.com
- Kimberly Joan Robinson    kim.robinson@bfkn.com
- Louis P. Rochkind    lrochkind@jaffelaw.com
- Courtney M. Rogers    courtney.rogers@wallerlaw.com
- Ronald L. Rose    rrose@dykema.com
- Eric Rosenberg    EJR@morganmeyers.com
- Jeffrey Rossman    jrossman@mwe.com
- Craig B. Rule  bankruptcy@orlans.com
- Edward Todd Sable    tsable@honigman.com
- Kenneth M. Schneider    kschneider@schneidermiller.com
- Matthew Schneider    SchneiderM7@michigan.gov
- Joseph R. Sgroi    jsgroi@honigman.com
- Howard S. Sher    howard@jacobweingarten.com
- John P. Sieger    john.sieger@kattenlaw.com
- Jeffery R. Sieving    jeff@iobillboard.com
- William Pfeiffer Smith    wsmith@mwe.com
- James Sprayregen    james.sprayregen@kirkland.com
- Douglas Steele    dls@wmlaborlaw.com
- Kevin N. Summers    ksummers@dflaw.com
- Matthew Gernet Summers    summersm@ballardspahr.com
- Marc N. Swanson    swansonm@millercanfield.com
- Meredith Taunt    mtaunt@stroblpc.com

- Julie Beth Teicher   jteicher@ermanteicher.com
- Kurt Thornbladh   kthornbladh@gmail.com
- My Chi To   mcto@debevoise.com
- Sheryl L. Toby   stoby@dykema.com
- Matthew Troy   matthew.troy@usdoj.gov
- Brian R. Trumbauer   btrumbauer@bodmanlaw.com
- Suzanne L. Wahl   swahl@schiffhardin.com
- Daniel J. Weiner   dweiner@schaferandweiner.com
- Jason L. Weiner   jweiner@mcdonaldhopkins.com
- William A. Wertheimer   billwertheimer@gmail.com
- Matthew Wilkins   wilkins@bwst-law.com
- Angela Williams   williamsa@dhcmi.org
- Scott A. Wolfson   swolfson@wolfsonbolton.com
- David M. Zack   dmzack@mcalpinelawfirm.com
- Jennifer Zbytowski Belveal   jbelveal@honigman.com
- Janet M. Ziulkowski   jmz@zaplc.com, ecf@zaplc.com
- Craig E. Zucker   czucker@ermanteicher.com

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Steven G. Howell
    Steven G. Howell (P28982)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500

Attorneys for State of Michigan,
Department of Attorney General