UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: ) | |
| ) | Chapter 9 |
| **City of Detroit, Michigan** ) | |
| ) | Case No. 13-53846 (SWR) |
| Debtor. ) | |
| ) | |

## CREDITOR'S REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of CSX Transportation, Inc. ("CSXT"), creditor in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 901(d) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

> John H. Maddock III
> McGUIREWOODS LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia 23219
> Telephone: (804) 775-1000
> Facsimile: (804) 775-1061
> E-Mail: jmaddock@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 901(d) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: Richmond, Virginia
November 25, 2013

McGUIREWOODS LLP

By: /s/ John H. Maddock III
John H. Maddock III (VSB#41044)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

COUNSEL FOR
CSX TRANSPORTATION, INC.

## CERTIFICATE OF SERVICE

      I, John H. Maddock III, an attorney at McGuireWoods LLP, hereby certify that on November 25, 2013, a true and correct copy of this Creditor's Request for Notice was served by delivery via ECF e-mail to all registered parties.

      /s/ John H. Maddock III
John H. Maddock III (VSB#41044)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000
COUNSEL FOR CSX
TRANSPORTATION, INC.

51882012