# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------x
                                    :

In re:                             :      Chapter 9

CITY OF DETROIT, MICHIGAN,   :      Case No. 13-53846

            Debtor.      :      Hon. Steven W. Rhodes

                                    :

                                    :
-------------------------------------------------------x

## SUPPLEMENTAL ORDER ON EXHIBITS

Having been advised in the premises and having considered the parties'

Stipulation for Entry of an Order Regarding Exhibits Admitted Into Evidence

("Stipulation"), the Court hereby GRANTS the Stipulation and enters the

following Order:

1. In addition to those exhibits admitted by way of this Court's October 24,

2013 Pre-trial Order, the Court enters the following exhibits into the record for the

evidentiary hearing conducted from October 23, 2013 through November 8, 2013

on the City's Eligibility Motion, subject only to any limitations on use or

admissibility imposed by the Court at the time of admission:  Exhibit Nos. 9

through 11, 32, 38, 41, 69, 70, 75,[1] 105, 201, 202, 438, 458, 460, 505, 588, 615, 616, 619, 620, 624 through 626, 706, 707, 717 through 719, 836, 840, 841, 846, 853, 870, and 872.

Accordingly, the above-listed exhibits are admitted into evidence for the purposes of the trial regarding the July 18, 2013 Eligibility Motion of the City of Detroit, Michigan.

.

**Signed on November 25, 2013**

**/s/ Steven Rhodes**
**Steven Rhodes**
**United States Bankruptcy Judge**

---

[1] Exhibit 75 was also admitted in the Pre-trial Order.