# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                              Chapter 9 No. 13-53846

City of Detroit, Michigan

              Debtor.              Hon. Steven W. Rhodes

_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001 (a) (3) WITH RESPECT TO 20245 MENDOTA ST., DETROIT, MI 48221

This matter having come before this Court on the *Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)* (the "Motion") filed by Fifth Third Bank, as servicer for Fifth Third Mortgage Company; the City of Detroit, Michigan, by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C. and Fifth Third Bank, as servicer for Fifth Third Mortgage Company, by and through its counsel, Trott & Trott, P.C.; having stipulated to the following; and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that Movant, and any successor or assign, is granted relief from the Automatic Stay so that it may proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and/or obtain possession of the property commonly known as 20245 Mendota St., Detroit, MI 48221.

**IT IS FURTHER ORDERED** that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

**IT IS FURTHER ORDERED** that Fed. R. Bankr. P. 4001(a) (3) is waived.

.

**Signed on November 25, 2013**

/s/ Steven Rhodes
                                   **Steven Rhodes**
                                   **United States Bankruptcy Judge**