UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 9 |
| | 13-53846-swr |
| City of Detroit, Michigan | Judge Rhodes |
| Debtor(s) | |
| _____/ | |

## STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

The City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Federal National Mortgage Association ("Creditor"), by and through its counsel, Orlans Associates, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit A**.

Approved for entry:

DATED: November 22, 2013

| | |
|---|---|
| /s/ __ Elizabeth M. Abood-Carroll | /s/Eric D. Carlson |
| Craig B. Rule, P67005 | Eric D. Carlson (P60277) |
| Elizabeth M. Abood-Carroll, P46304 | MILLER, CANFIELD, PADDOCK & |
| Heather D. McGivern, P59393 | STONE, P.L.C. |
| Orlans Associates, P.C. | 150 West Jefferson |
| Attorneys for Federal National Mortgage | Suite 2500 |
| Association ("Fannie Mae"), creditor c/o | Detroit, Michigan 48226 |
| Seterus, Inc. | Telephone: (313) 963-6420 |
| P.O. Box 5041 | Facsimile: (313) 496-7500 |
| Troy, MI 48007 | carlson@millercanfield.com |
| (248) 502-1400 | |
| Email: eabood-carroll@orlans.com | |

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:            Chapter 9
                                        13-53846-swr

City of Detroit, Michigan        Judge Rhodes

Debtor(s)
_____/

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)**

This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus ("Creditor"), by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow Creditor, its successors or assigns, to foreclose on the property known as 10035 Winthrop Street, Detroit, MI 48227; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by Creditor on the Debtor and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.