UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
                                                            Chapter 9  
                                                            Case No. 13-53846  
City of Detroit, Michigan,                    Hon. Steven W. Rhodes

      Debtor.  
_____/

### Notice of Bench Decision

Notice is hereby given that the Court will give its decision regarding eligibility on December 3, 2013, at 9:00 a.m. in Courtroom 100, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. Counsel are invited, but not required to appear. The Court will issue a written decision shortly thereafter.

Due to security screening, the Court encourages the individuals who plan to attend to arrive at the courthouse at least 60 minutes earlier than the start time of the bench decision.

Signed on November 25, 2013

                                                                     /s/ Steven Rhodes  
                                                                     Steven Rhodes  
                                                                     United States Bankruptcy Judge