# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## STIPULATION TO ENTRY OF PROTECTIVE ORDER

The City of Detroit, Michigan, the Police and Fire Retirement System of the City of Detroit, the General Retirement System of the City of Detroit, Syncora Guarantee Inc., and Syncora Capital Assurance Inc. stipulate to entry of the Protective Order attached as Exhibit 1 hereto.

Stipulated and agreed to by:

| | |
|---|---|
| JONES DAY | CLARK HILL PLC |
| /s/ Evan Miller | /s/ Robert D. Gordon |
| Evan Miller | Robert D. Gordon (P48627) |
| 51 Louisiana Ave., N.W. | Shannon L. Deeby (P60242) |
| Washington, D.C. 20001 | 151 South Old Woodward Avenue |
| Telephone: (202) 879-3939 | Suite 200 |
| emiller@jonesday.com | Birmingham, Michigan 48009 |
| | Telephone: (248) 988-5882 |
| and | Facsimile: (248) 988-2502 |
| | rgordon@clarkhill.com |
| David G. Heiman (OH 0038271) | sdeeby@clarkhill.com |
| Heather Lennox (OH 0059649) | |
| North Point | *Counsel to the Police and Fire* |
| 901 Lakeside Avenue | *Retirement System of the City of Detroit* |
| Cleveland, Ohio 441144 | *and the General Retirement System of* |
| Telephone: (216) 586-3939 | *the City of Detroit* |
| Facsimile: (216) 579-0212 | |
| dgheiman@jonesday.com | |
| hlennox@jonesday.com | |

and

Jonathan S. Green (MI P33140)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

*Counsel to the City of Detroit, Michigan*

/s/ Ryan Blaine Bennett
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

David A. Agay
Joshua Gadharf
MCDONALD HOPKINS LLC
39533 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc.
and Syncora Capital Assurance Inc.*

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## **STIPULATED PROTECTIVE ORDER**

This matter having come before the Court upon the Stipulation of the City of Detroit, Michigan (the "City"), the Police and Fire Retirement System of the City of Detroit ("PFRS"), the General Retirement System of the City of Detroit ("GRS," and together with PFRS, the "Retirement Systems") and Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora"); Syncora having requested that the Retirement Systems' actuary, Gabriel, Roeder, Smith & Co. provide it with the actuarial valuation member data ("census data"): (a) which was used by Gabriel, Roeder, Smith & Co. in its June 30, 2012 actuarial valuation reports for the Retirement Systems' pension plans; (b) which was used by Gabriel, Roeder, Smith & Co. in its June 30, 2011 actuarial valuation report on retiree health benefits or OPEB; and (c) which may be used by Gabriel, Roeder, Smith & Co. in any subsequent actuarial valuation reports on the Retirement Systems' pension plans or on retiree health benefits or OPEB for 2012, 2013, or

2014; the Retirement Systems having approved the production of the census data requested by Syncora and having determined that the data may contain personally identifiable information including, but not limited to, social security numbers, dates of birth, pension identification numbers, home addresses, home telephone numbers, and financial account numbers of pensioners; and the City and the Retirement Systems desiring to protect personally identifiable information from disclosure; and the Court finding good cause for granting the relief herein:

**IT IS HEREBY ORDERED:**

1. Syncora shall keep confidential all personally identifiable information of third parties contained in any and all documents and materials that it receives from the Retirement Systems or Gabriel Roeder Smith & Co. Personally identifiable information shall include names, physical and electronic addresses, telephone numbers, social security numbers, dates of birth, pension identification numbers, financial account numbers, and any other information whose disclosure would create an undue risk of identity theft or other unlawful injury.

2. Syncora shall provide their attorneys, financial advisors, actuaries and agents with a copy of the stipulated Order and obtain each such person or entity's agreement to be bound by the stipulated Order in advance of such person or entity receiving any of the census data.

3. Nothing in this Order shall be deemed to waive any objections to the production of documents that the Retirement Systems may be entitled to assert under state and federal law, including M.C.L. § 38.1140h.

4. Nothing in this Order shall be deemed to waive any privileges that the Retirement Systems may be entitled to assert, including the attorney-client, work product, and/or accountant-client privileges.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.