# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

On November 8, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail on the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Stipulation for Entry of Second Amended Final Pre-Trial Order** [Docket No. 1606]

Furthermore, on November 8, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service lists attached hereto as **Exhibit A** and **Exhibit E**; and via First Class Mail on the service lists attached hereto as **Exhibit C** and **Exhibit F**:

- **Reply in Support of Motion of Debtor, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof** [Docket No. 1613]

Dated: November 25, 2013

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.776.7386

# Exhibit A

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Martin O Brien | A. Stephen Ramadan PLC | A Stephen Ramadan P41892 | steveramadan@gmail.com |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | agarrett@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | agarrett@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Catherine Phillips | cphillips@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: DeAngelo Malcolm | dmalcolm@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Ed McNeil | emcneil@miafscme.org |
| Union Representative | AFSCME Local # 6087 | Attn: Clarence Sanders | clrncsndrs@yahoo.com |
| Union Representative | AFSCME Local #0062 | Attn: Lacydia Moore-Reese | Reesel@detroitmi.gov |
| Union Representative | AFSCME Local #0207 | Attn: James Williams | afscme207@sbcglobal.net |
| Union Representative | AFSCME Local #0214 | Attn: June Nickleberry | missnick64@hotmail.com |
| Union Representative | AFSCME Local #0229 | Attn: Zachary Carr | afscmelocal229@ymail.com |
| Union Representative | AFSCME Local #0273 | Attn: Scecilla Hunt | anurses@att.net |
| Union Representative | AFSCME Local #0542 | Attn: Phyllis McMillon | philphil48238@yahoo.com |
| Union Representative | AFSCME Local #0836 | Attn: Robert Donald | union836@yahoo.com |
| Union Representative | AFSCME Local #1023 | Attn: Delia Enright | afscmelocal1023@att.net; deliaenright@hotmail.com |
| Union Representative | AFSCME Local #1206 | Attn: Arlene Kirby | arlene.kirby@yahoo.com |
| Union Representative | AFSCME Local #1220 | Attn: Gerald Thompson | gvp1220@aol.com |
| Union Representative | AFSCME Local #1227 | Attn: Joseph Walter | presidentlocal1227@hotmail.com |
| Union Representative | AFSCME Local #2394 | Attn: Yalonda King | KingY687@detroitmi.gov |
| Union Representative | AFSCME Local #2799 | Attn: Yvonne Ross | Yvonners2001@yahoo.com |
| Union Representative | AFSCME Local #2920 | Attn: Thomas Johnson II | local2920@sbcglobal.net |
| Counsel for Airgas USA LLC | Airgas USA LLC | Mr David Boyle | david.boyle@airgas.com |
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | dfish@allardfishpc.com; tgraves@allardfishpc.com |
| Union Representative | Amalgamated Transit Union, Division 26 | Attn: Henry Gaffney | atulocal26pba@aol.com |
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Andrew J Gerdes PLC | Andrew J Gerdes | agerdes@gerdesplc.com |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Carol Connor Cohen & Caroline Turner English | Carol.Cohen@arentfox.com; caroline.english@arentfox.com |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | David.Dubrow@arentfox.com |
| Counsel to Ambac Assurance Corporation | Arent Fox, LLP | Attn: David Dubrow, Esq. & Mark A Angelov | david.dubrow@arentfox.com; mark.angelov@arentfox.com; carol.cohen@arentfox.com |
| Co-counsel to the General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit | Arnold & Porter LLP | Lisa Hill Fenning | lisa.fenning@aporter.com |
| Counsel for Attorney General Bill Schuette | Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell John J Bursch and B Eric Restuccia | BellM1@michigan.gov |
| Union Representative | Assistant Supervisors of Street Maintenance & Construction Association | Attn: Herbert Jenkins | JenkinsH@detroitmi.gov |
| Union Representative | Association of City of Detroit Supervisors | Attn: Richard King | KingR@detroitmi.gov |
| Union Representative | Association of Detroit Engineers | Attn: Sanjay M. Patel | patel@dwsd.org |
| Union Representative | Association of Municipal Engineers | Attn: Partho Ghosh | pghosh@dwsd.org |
| Union Representative | Association of Municipal Inspectors | Attn: Michael Neil | m.neil@sbcglobal.net |
| Union Representative | Association of Professional & Technical Employees | Attn: Dempsey Addison | theda3t@yahoo.com |
| Union Representative | Association of Professional Construction Inspectors | Attn: Juanita Sanders | senoritabonita@peoplepc.com |
| The Office of the Attorney General of the State of Michigan | Attorney General Bill Schuette | | miag@michigan.gov |
| Counsel for Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually, interested parties in this bankruptcy matter as it pertains to their civil suit in the Federal Eastern District Court of Michigan (Case Number 13-CV-12098) | Ayad Law PLLC | Nabih H Ayad | nayad@ayadlaw.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxembourg S.A. | Ballard Spahr LLP | Vincent J Marriott | marriott@ballardspahr.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxembourg S.A. | Ballard Spahr LLP | Matthew G Summers | summersm@ballardspahr.com |
| Counsel for Genuine Parts Company | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | Kim.robinson@bfkn.com |
| Counsel to the 36th District Court for the State of Michigan | Barnes & Thornburg LLP | John T Gregg & Patrick E. Mears | jgregg@btlaw.com; pmears@btlaw.com |
| Counsel to Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer | skhanna@berkre.com |
| Counsel to UBS, AG | Bingham McCutchen LLP | Attn: Edwin E. Smith, Esq. | Edwin.smith@bingham.com |
| Counsel for UBS AG | Bingham McCutchen LLP | Edwin E Smith Jared Clark Steven Wilamowsky & E Marcus Marsh | edwin.smith@bingham.com; jared.clark@bingham.com; steven.wilamowsky@bingham.com; marcus.marsh@bingham.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Bodman PLC | Attn: Barbara A. Bowman, Esq. | bbowman@bodmanlaw.com |
| Counsel for Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan | Bodman PLC | Brian R Trumbauer | btrumbauer@bodmanlaw.com |
| Local Counsel for U.S. Bank National Association | Bodman PLC | Robert J Diehl Jr | rdiehl@bodmanlaw.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Amalgamated Transit Union Local 26 13- | Bredhoff & Kaiser PLLC | Andrew D Roth Jeffrey R Freund & Douglas L Greenfield | aroth@bredhoff.com; jfreund@bredhoff.com; dgreenfield@bredhoff.com |
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | wilkins@bwst-law.com; hall@bwst-law.com |
| Union Representative | Building & Construction Trades Council | Attn: John Wallace | express33@aol.com |
| Counsel to Merrill Lynch Capital Service Inc. | Cadwalader Wickershame & Taft | Attn: Howard R. Hawkins, Jr., Esq. & Lary Stomfeld, Esq. | Howard.Hawkins@cwt.com; lary.stromfeld@cwt.com |
| Counsel to Merrill Lynch Capital Service Inc. | Cadwalader Wickershame & Taft | Attn: Mark C. Ellenberg Esq. | mark.ellenberg@cwt.com |
| Counsel for Merrill Lynch Capital Services Inc | Cadwalader Wickershame & Taft | Mark Ellenberg Howard Hawkins Lary Stromfeld & Jason Jurgens | Mark.Ellenberg@cwt.com; Lary.Stromfeld@cwt.com; Jason.Jurgens@cwt.com |
| Interested Party | Caralyce M Lassner JD PC | Caralyce M Lassner | ecf@lassnerlaw.com |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc. | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrossman@carsonfischer.com |
| Counsel for Assured Guaranty | Chadbourne & Parke LLP | Larry Larose and Sam Kohn | llarose@chadbourne.com ; skohn@chadbourne.com |
| Interested Party | Chase Paymentech LLC | Attn Lazonia Clark Business Analyst | lazonia.clark@chasepaymentech.com |
| Claims and Noticing Agent | City of Detroit Processing Center | c/o KCC | Detroitinfo@kccllc.com |
| Counsel for Treasurer, City of Detroit | City of Detroit, Law Department | Mary Beth Cobbs | cobbm@detroitmi.gov |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Evan J Feldman | efeldman@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit and  the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | rgordon@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit | Clark Hill PLC | Shannon L Deeby | sdeeby@clarkhill.com |
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A Ceccotti Thomas N. Ciantra & Peter D. DeChiara | bceccotti@cwsny.com; pdechiara@cwsny.com; tciantra@cwsny.com |
| Counsel for HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner | mwarner@coleschotz.com |
| Counsel for Catherine Phillips et al; Counsel for Thomas Stephens | Constitutional Litigation Associates, PC | Hugh M Davis | conlitpc@sbcglobal.net |
| Counsel for Waste Management Inc. | Couzena Lansky Fealk Ellis Roeder & Lazar PC | Attn Jerry M Ellis | jerry.ellis@couzens.com |
| Counsel for Brown Rehabilitation Management, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | David A. Mollicone | dmollicone@dmms.com |
| Counsel for T-Mobile USA, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | Attn Jessica B Allmand | jallmand@dmms.com |
| Counsel to National Industrial Maintenance – Michigan, Inc | Dean & Fulkerson | Attn Kevin N Summers | Ksummers@dflaw.com |
| Counsel for Berkshire Hathaway Assurance Corporation | Debevoise & Plimpton LLp | My Chi To & M Natasha Labovitz | mcto@debevoise.com; nlabovitz@debevoise.com |
| Counsel for John Denis, James Herbert, HRT Enterprises (a Michigan partnership), T&T Management, Inc. (a Florida corporation, successor to Merkur Steel Supply, Inc., a Michigan corporation); Counsel for John W and Vivian M Denis Trust | Demorest Law Firm, PLLC | Mark S Demorest & Melissa L Demorest | melissa@demolaw.com |
| Counsel for Dentons US LLP and Salans FMC SNR Denton Europe LLP; and Counsel to the Official Retiree Committee | Denton US LLP | Carole Neville | carole.neville@dentons.com |
| Counsel for Official Retiree Committee | Denton US LLP | Sam J Alberts | sam.alberts@dentons.com |
| Union Representative | Detroit  Fire Fighters Association Local  344 | Attn: Daniel McNamara | dmcnamara344@aol.com |
| Union Representative | Detroit  Income Tax Investigators Association | Attn: Marcella Campbell | marcicampbel@gmail.com |
| Union Representative | Detroit  Police Command Officers Association | Attn: Steven Dolunt | DoluntS320@detroitmi.gov |
| Union Representative | Detroit  Police Lieut. & Sergeants Association | Attn: Mark Young | youngM604@detroitmi.gov; Polo4491@aol.com |
| Counsel for Detroit Housing Commission | Detroit Housing Commission | Angela Williams | williamsa@dhcmi.org |
| Union Representative | Detroit Police Officers Association | Attn: Mark Diaz | DiazM3329@gmail.com |
| Retiree Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | info@drcea.org |
| Counsel for Chapter 7 Trustee. Charles Taunt | Dib and Fagan PC | Barry S Fagan | bfagan@dibandfagan.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Dawn R Copley | dcopley@dickinsonwright.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Steven G Howell | showell@dickinsonwright.com |
| Union Representative | DOT Foremen's Association of America Local 337 | Attn: Nicholas Duncan | NicDun@detroitmi.gov |
| Union Representative | DOT Foreperson's Association of America | Attn: Pamela King | Pamkin@detroitmi.gov |
| Top 20 Creditor | Downtown Development Authority | Athanasios Papapanos Glen W Long Jr and Rebecca Navin | Arbpt1@degc.org; gwlong@degc.org; navin@degc.org; |
| Top 20 Creditor | Downtown Development Authority | Brian Kott | bkott@lewismunday.com |
| Counsel to, DTE Electric Company and DTE Gas Company | DTE Energy Company | Leland Prince | princel@dteenergy.com |
| Counsel for Attorneys for Health Alliance Plan of Michigan | Dykema Gossett PLLC | Ronald L Rose | rrose@dykema.com |
| Counsel for Downtown Development Authority | Dykema Gossett PLLC | Sherrie L Farrell | sfarrell@dykema.com |
| Counsel for Downtown Development Authority | Dykema Gossett PLLC | Sheryl L Toby | stoby@dykema.com |
| Union Representative | EMS Officers Association | Attn: James Gatteno | jgatteno@comcast.net |
| Counsel for Detroit Fire Fighters Association IAFF Local 344.; Detroit Police Officers Association;  Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | bpatek@ermanteicher.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | czucker@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | deisenberg@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman & Julie Beth Teicher | eerman@ermanteicher.com; jteicher@ermanteicher.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | Abby.wilkinson@FaegreBD.com |
| Counsel for Johnathan Aaron Brown | Foley & Mansfield PLLP | Merceded Varasteh Dordeski | mdordeski@foleymansfield.com |
| Counsel to U.S. Bank NA | Foster Swift Collins & Smith PC | Dirk H Beckwith | dbeckwith@fosterswift.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | jkamins@fosterswift.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | David A Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | Melanie M Kotler | melanie.kotler@nortonrosefulbright.com |
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | mvanoverbeke@vmtlaw.com |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Elias T Majoros | emajoros@glmpc.com |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Sandra L Oconnor | soconnor@glmpc.com |
| Counsel for Deborah Ryan and Catherine Phillips, et al | Goodman & Hurwitz PC | William H Goodman | mail@goodmanhurwitz.com; bgoodman@goodmanhurwitz.com |
| Counsel for Enjoi Transportation LLC and Upwright Wrecking and Demolition LLC | Gudeman & Associates PC | Edward J Gudeman | ecf@gudemanlaw.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Arthur T Oreilly | aoreilly@honigman.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Joseph J Calton | jcalton@honigman.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | jsgroi@honigman.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | E Todd Sable | tsable@honigman.com |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ayala Hassell | ayala.hassell@hp.com |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ken Higman | ken.higman@hp.com |
| Union Representative | I.U.O.E. Local 324 | Attn: William Miller | william.miller@iuoe324.org |
| Interested Party | IBM Corporation | Attn National Bankruptcy Coordinator | pdibello@ca.ibm.com |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | mnicholson@uaw.net; nganatra@uaw.net |
| Counsel for Iron Mountain Information Management LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Attorneys for Erste Europäische Pfandbrief und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | Jacob & Weingarten, P. C. | Howard S Sher | howard@jacobweingarten.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Eric D Novetsky | enovetsky@jaffelaw.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Louis P Rochkind | lrochkind@jaffelaw.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Paul R Hage | phage@jaffelaw.com |
| Counsel for Thomas Gerald | Jay S Kalish & Associates PC | Jay S Kalish | jskalish@aol.com |
| Counsel for ODM LLC | Jeffer Mangels Butler & Mitchell LLP | David M Poitras | dpoitras@jmbm.com |
| Counsel for International Outdoor Inc | Jeffery R Sieving | Jerome D Goldberg | jeff@iobillboard.com |
| Counsel for David Sole | Jerome D Goldberg PLLC | Jerome D Goldberg | apclawyer@sbcglobal.net |
| Counsel to the City | Jones Day | Brad B Erens | bberens@jonesday.com |
| Counsel to the City | Jones Day | David G. Heiman, Esq. Heather Lennox, Esq. | dgheiman@jonesday.com; hlennox@jonesday.com; tawilson@jonesday.com |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | jbellman@jonesday.com |
| Counsel to the City | Jones Day | Bruce Bennett, Esq. | bbennett@jonesday.com |
| Co-Counsel for Attorneys for Health Alliance Plan of Michigan | K&L Gates LLP | Michael J Gearin | mike.gearin@klgates.com |
| Counsel for Michigan Bell Telephone Company d/b/a AT&T Michigan | Katten Muchin Rosenman LLP | Joseph P Sieger | john.sieger@kattenlaw.com |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Karen B Dine & Kevin M Baum | karen.dine@kattenlaw.com;kevin.baum@kattenl aw.com |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Kenneth E Noble | kenneth.noble@kattenlaw.com |
| Counsel for Michigan Bell Telephone Company dba AT&T Michigan | Katten Muchin Rosenman LLP | Paige E Barr | paige.barr@kattenlaw.com |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | Jason W Bank | jbank@kerr-russell.com |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | P Warren Hunt | pwhunt@kerr-russell.com |
| Counsel for the City of Detroit Water and Sewerage Department and its Board of Water Commissioners | Kirkland & Ellis LLP | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel to Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett & Stephen C Hackney | james.sprayregen@kirkland.com; ryan.bennett@kirkland.com; stephen.hackney@kirkland.com |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Att Amy Caton | acaton@kramerlevin.com |
| Counsel to Certain Significant Holders of the COPs | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | tmayer@kramerlevin.com |
| Counsel for St Martins Cooperative | Law Offices of Lee & Correll | Michael K Lee | mlee@leeandcorrell.com |
| Interested Party | Linebarger Goggan Blair & Sampson LLP | John P Dillman | john.dillman@lgbs.com |

In re City of Detroit, Michigan
Case No. 13-53846
Page 3 of 6
13-53846-tjt   Doc 1809   Filed 11/25/13   Entered 11/25/13 19:29:04   Page 5 of 22

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees Association; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | bokeefe@lippittokeefe.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Shirley V Lightsey; and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | rplecha@lippittokeefe.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L Levine & Phillip J Gross | slevine@lowenstein.com; pgross@lowenstein.com |
| Interested Party | Maddin, Hauser, Wartell, Roth & Heller, P.C. | Michael S Leib | msl@maddinhauser.com |
| Counsel for Amalgamated Transit Union Local 26 13- | Mark H Cousens | John E. Eaton, Esq. | jeaton@cousens.com |
| Counsel for Hercules & Hercules Inc | Maxwell Dunn PLC | Attn Ethan D Dunn | edunn@maxwelldunnlaw.com |
| Interested Party | McAlpine PC | David M Zack | dmzack@mcalpinepc.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | McDermott Will & Emery LLP | Attn: William P. Smith, Esq. | wsmith@mwe.com |
| Counsel for U.S. Bank National Association | McDermott Will & Emery LLP | William P Smith & Nathan F Coco | wsmith@mwe.com; ncoco@mwe.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | jgadharf@mcdonaldhopkins.com |
| Counsel for Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Jason L Weiner | jweiner@mcdonaldhopkins.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc and Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Stephen M Gross | sgross@mcdonaldhopkins.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | jcanzano@michworklaw.com |
| Counsel for Michael J. Karwoski | Michael J. Karwoski, Esq. | | mjkarwoski@alumni.nd.edu |
| Counsel to City of Detroit Michigan | Miller Canfield Paddock & Stone PLC | Stephen S LaPlante | laplante@millercanfield.com |
| Counsel for Meijer, Inc | Miller Canfield Paddock & Stone, PLC | Timothy A Fusco | fusco@millercanfield.com |
| Counsel to the City | Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green, Esq. Stephen S. LaPlante Marc N. Swanson & Eric D Carlson | green@millercanfield.com; swanson@millercanfield.com; laplante@millercanfield.com; carlson@millercanfield.com |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | wwkannel@mintz.com; awalker@mintz.com |
| Counsel for Kimberly James, Denise Gardner, Sheila Johnson | Morgan & Meyers PLC | Debra N Pospiech | dpospiech@morganmyers.com |
| Counsel for Patricia Ramirez | Morgan & Meyers PLC | Patricia Ramirez | ejr@morganmeyers.com |
| Office of the United States Trustee | Office of the United States Trustee | Maria D Giannirakis | Maria.D.Giannirakis@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Sean Cowley | Sean.Cowley@usdoj.gov |
| Counsel for Federal National Mortgage Association, creditor c/o Seterus, Inc., in the entitled action; and Everhome Mortgage Company as servicing agent for Everbank | Orlans Associates, P.C | Caleb J. Shureb, Craig B. Rule, Elizabeth M. Abood-Carroll, Heather D. McGivern, and Heather M. Dickow | eabood-carroll@orlans.com; crule@orlans.com; hmcgivern@orlans.com; hdickow@orlans.com |
| Counsel for Xerox Corporation | Osipov Bigelman PC | Jeffrey H Bigelman | jhb_ecf@osbig.com |
| Counsel for Michigan Property Tax Relief LLC; Gary Segatti and P.P.T.A., Inc., or Harold Hoyt | Osipov Bigelman PC | Yuliy Osipov | yo@osbig.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Robert S Hertzberg | hertzbergr@pepperlaw.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Deborah Kovsky-Apap | kovskyd@pepperlaw.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Kay Standridge Kress | kressk@pepperlaw.com |
| Interested Party | Plunkett Cooney | Douglas C Bernstein | dbernstein@plunkettcooney.com |
| Counsel for Waste Management, Inc. | Plunkett Cooney | David A. Lerner & Patrick C Lannen | dlerner@plunkettcooney.com; plannen@plunkettcooney.com |
| Top 20 Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | jturner@clarkhill.com |
| Union Representative | Police Officers Association of Michigan | Attn: John Barr | poam@poam.net |
| Union Representative | Police Officers Labor Council | Attn: Chet Kulesza | ck445polc@yahoo.com |
| Union Representative | Police Officers Labor Council | Attn: Marvin Hansberry | HansberryM@detroitmi.gov |
| Union Representative | Police Officers Labor Council | Attn: Jan Zaleski | presidentjan@aol.com |
| Interested Party | Primeshares World Markets, LLC | | jd@primeshares.com; transfer@primeshares.com |
| Counsel for Michael Beydoun | Raymond Guzall III PC | Raymond Guzall III | rayguzall@attorneyguzall.com |
| Retiree Representative | Retired Detroit Police and Fire Fighters Association | Attn: Donald Taylor | rdpffa@hotmail.com |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman ("Flowers plaintiffs") | Sachs Waldman PC | Mami Kato | mkato@sachswaldman.com |
| Counsel for Official Retiree Committee | Salans FMC SNR Denton Europe LLP | Claude Montgomery | claude.montgomery@dentons.com |
| Union Representative | Sanitary, Chemists & Technicians Association | Attn: Saulius Simoliunas | simoliun@dwsd.org |
| Countract Counterparty | SBS Financial Products Company, LLC | Attn: John Carter | jcarter@sbsco.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G Best | bbest@schaferandweiner.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Daniel J Weiner | dweiner@schaferandweiner.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Rick L Frimmer & Matthew W Ott | rfrimmer@schiffhardin.com; mott@schiffhardin.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Suzanne L Wahl | swahl@schiffhardin.com |
| Attorney for Trustee | Schneider Miller PC | Kenneth M Schneider | kschneider@schneidermiller.com |
| Counsel for Schneiderman and Sherman PC; Attorney for U.S. Bank National Association as servicer for Michigan State Housing Development Authority; Flagstar Bank, FSB | Schneiderman & Sherman PC | Brett A Border | bborder@sspclegal.com |
| Union Representative | SEIU Local 517M | Attn: Yolanda Langston | langstony@gmail.com |
| Union Representative | Senior Accountants, Analysts & Appraisers Association | Attn: Audrey Bellamy | ayoung586@comcast.net |
| Union Representative | Senior Water Systems Chemist Association | Attn: Andrew Ross | aross@dwsd.org |

In re City of Detroit, Michigan
Case No. 13-53846
Page 4 of 6
13-53846-tjt    Doc 1809    Filed 11/25/13    Entered 11/25/13 19:29:04    Page 6 of 22

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Fee Examiner | Shaw Fishman Glantz & Towbin LLC | Robert M Fishman Peter J Roberts Ira Bodenstein Gordon Gouveia David Doyle and Marc Reiser | proberts@shawfishman.com; rfishman@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mreiser@shawfishman.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey Bjork, Esq. & Eric D. Tashman, Esq. | etashman@sidley.com; jbjork@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Guy S Neal | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn James F Bendernagel | jbendernagel@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Jeffrey E Bjork | jbjork@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Peter L Canzano | pcanzano@sidley.com |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | morris@silvermanmorris.com; avery@silvermanmorris.com |
| Counsel for Unisys Corporation | Sirlin Lesser & Benson PC | Dana S Plon | dplon@sirlinlaw.com |
| Counsel for Airgas USA LLC | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | kmiller@skjlaw.com |
| State of Michigan Chief Legal Counsel | State of Michigan Chief Legal Counsel | Matthew Schneider | Schneiderm7@michigan.gov |
| State of Michigan Assistant Attorney General, Counsel to State of Michigan | State of Michigan Revenue & Collections Division | Steven B Flancher & Matther Schneider | flanchers@michigan.gov; schneiderm7@michigan.gov |
| The Office of the Treasurer for the State of Michigan | State Treasurer | | MIStateTreasurer@michigan.gov |
| Counsel for Gabriel, Roeder, Smith & Company | Stevenson & Bullock PLC | Charles D Bullock & Elliot G Crowder | cbullock@sbplclaw.com; ecrowder@sbplclaw.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | lbrimer@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mfield@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mtaunt@stroblpc.com |
| Sylvia Jean Brown Jones, Pro Se | Sylvia Jean Brown Jones | | bjdelta55@gmail.com |
| Union Representative | Teamsters Local #214 | Attn: Joseph Valenti | TL214teams@ameritech.net |
| City's Secured & Unsecured Bonds | The Bank of New York Mellon Trust Company, National Association, as trustee | Attn: Eduardo Rodriguez | eduardo.rodriguez@bnymellon.com |
| Counsel for Kevin Lewis & Jeremy Morris | The Markowitz Law Office | Carolyn B Markowitz PC | bankruptcy@markowitzlegal.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | hsanders@miafscme.org |
| Counsel for Michigan Auto Recovery Service Inc; Wayne County Circuit Court, Hyde Park Cooperative, et al. v. City of Detroit, by and through its Buildings and Safety Engineering Department, Case No. 10-005687-CZ | Thornbladh Legal Group PLLC | Kurt Thornbladh | kthornbladh@gmail.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan T. Brown | susan.brown5@usbank.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan E. Jacobsen VP | susan.jacobsen2@usbank.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water Bonds) | U.S. Bank National Association, as trustee, for the Detroit Sewar and Water Bonds | Attn: Lawrence J. Bell | lawrence.bell@usbank.com |
| Union Representative | UAW - Local # 412 | Attn: John Cunningham | jcunningham@uaw.net |
| Union Representative | UAW - Local #212 | Attn: John Cunningham | jcunningham@uaw.net |
| Union Representative | UAW – PAA Local #2211 | Attn: Robyn Brooks | BrooR@detroitmi.gov |
| Union Representative | UAW – WWTP Local #2200 | Attn: Laurie Stuart | mimilaurie@yahoo.com; ltownse@detroitpubliclibrary.org |
| Union Representative | United Auto Workers Union | Attn: Michael Nicholson | mnicholson@uaw.net |
| Counsel for United States of America | Unites States Attorney | Julia A. Caroff, Asssitant US Attorney | julia.caroff@usdoj.gov |
| Union Representative | Utility Workers Union of America | Attn: James Harrison | jharrison@uwua.net |
| Union Representative | Utility Workers Union of America Local #488 | Attn: Carl Anderson | canderson@dwsd.org |
| Union Representative | Utility Workers Union of America Local #504 | Attn: Curlisa Jones | mcqueen@dwsd.org |
| Union Representative | Utility Workers Union of America Local #531 | Attn: Samuel Nelson | swilson@dwsd.org |
| Counsel for Center for Community Justice and Advocacy ("CCJA") | Vanessa G. Fluker, Esq., PLLC | Vanessa G Fluker | vgflawyer@sbcglobal.net |
| Interested Party | Vanguardians | Barry Allen | pra@vanguardians.org |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Attn: David E. Lemke, Esq. & Courtney Rogers | david.lemke@wallerlaw.com; courtney.rogers@wallerlaw.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Michael R Paslay Ryan K Cochran | Mike.Paslay@wallerlaw.com; Ryan.Cochran@wallerlaw.com |
| Counsel for UBS AG and Merrill Lynch Capital Services, Inc. | Warner Norcross & Judd LLP | Charles N Ash Jr | cash@wnj.com |
| Counsel for UBS AG and Merrill Lynch Capital Services Inc | Warner Norcross & Judd LLP | Stephen B Grow Douglas A Dozeman & Charles N Ash Jr | sgrow@wnj.com; ddozeman@wnj.com; cash@wnj.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Alfredo R Perez | alfredo.perez@weil.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq. | gary.holtzer@weil.com; alfredo.perez@weil.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Kelly DiBlasi | kelly.diblasi@weil.com |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman | William A. Wertheimer | | billwertheimer@gmail.com |
| Counsel for Financial Guaranty Insurance Company | Williams Williams Rattner & Plunkett PC | Ernest J Essad Jr & Mark R James | ejessad@wwrplaw.com; mrjames@wwrplaw.com |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman | llarose@winston.com; skohn@winston.com; chardman@winston.com |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Sarah T. Foss | sfoss@winston.com |
| Counsel for The Bank of New York Mellon | Wolfson Bolton PLLC | Scott A Wolfson & Anthony J Kochis | swolfson@wolfsonbolton.com; akochis@wolfsonbolton.com |
| Counsel for International Association of Fire Fighters, AFL-CIO, CL | Woodley & McGillivary | Douglas L Steele | dls@wmlaborlaw.com |
| Interested Party | Ziulkowski & Associates, PLC | Janet M. Ziulkowski | ecf@zaplc.com |
| Union Representative | AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | |
| Union Representative | AFSCME Local #0457 | Attn: Laurie Walker | |
| Union Representative | AFSCME Local #0312 | Attn: Phillip Douglas | |
| Union Representative | AFSCME Local #0023 | Attn: Robert Stokes | |
| Union Representative | Field Engineers Association | Attn Larry Hart | |
| Retiree Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | |
| Retiree Representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | |
| Office of the United States Trustee | Office of the United States Trustee | Daniel McDermott | |
| The City, c/o the Emergency Manager | The City of Detroit | Attn:  Kevyn D. Orr, Emergency Manager | |
| Corporation Counsel for the City of Detroit | The City of Detroit | Attn:  Corporation Counsel | |
| The Office of the Governor of the State of Michigan | Governor Rick Snyder | | |
| Counsel for IBM Credit LLC | IBM Credit LLC | Andy Gravina | |

# Exhibit B

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Interested Party | Center for Community Justice and Advocacy | Vanessa G. Fluker, Esq., PLLC | vgflawyer@sbcglobal.net |
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D. Gordon, Shannon L. Deeby, Jennifer K. Green, Evan J. Feldman | rgordon@clarkhill.com; sdeeby@clarkhill.com; jgreen@clarkhill.com; efeldman@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D. Gordon, Shannon L. Deeby, Jennifer K. Green, Evan J. Feldman | rgordon@clarkhill.com; sdeeby@clarkhill.com; jgreen@clarkhill.com; efeldman@clarkhill.com |
| Attorneys for International Union, UAW | Cohen, Weiss and Simon LLP | Babette A. Ceccotti | bceccotti@cwsny.com |
| Attorneys for International Union, UAW | Cohen, Weiss and Simon LLP | Babette A. Ceccotti, Keith E. Secular, Thomas N. Ciantra, Joshua J. Ellison | bceccotti@cwsny.com; ksecular@cwsny.com; tciantra@cwsny.com; jellison@cwsny.com |
| Employee | David Dye | | ddye1994@gmail.com |
| Counsel for the Detroit Public Safety Unions | Erman, Teicher, Miller Zucker & Freedman, P.C. | Barbara A. Patek, Earle I. Erman, Craig. E Zucker | bpatek@ermanteicher.com; eerman@ermanteicher.com; czucker@ermanteicher.com |
| Counsel to Public Safety Unions | Erman, Teicher, Miller, Zucker & Freedman, P.C. | Barbara A. Patek | bpatek@ermanteicher.com |
| Interested Party | Heidi Peterson | c/o Charles Bruce Idelsohn | charlesidelsohnattorney@yahoo.com |
| Attorneys for International Union, UAW | International Union UAW | Niraj R. Ganatra, Michael Nicholson | nganatra@uaw.net; mnicholson@uaw.net |
| Attorney for David Sole, Party in Interest | Jerome D. Goldberg, PLLC | Jerome D. Goldberg | apclawyer@sbcglobal.net |
| Counsel for St. Martins Cooperative | Law Offices of Lee & Correll | Michael K. Lee | mlee@leeandcorrell.com |
| Counsel for Retiree Association Parties | Lippitt O'Keefe, PLLC | Brian D. O'Keefe, Ryan C. Plecha | rplecha@lippittokeefe.com |
| Counsel for Retiree Association Parties | Lippitt O'Keefe, PLLC | Brian D. O'Keefe, Ryan C. Plecha | rplecha@lippittokeefe.com; bokeefe@lippittokeefe.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L. Levine, Esq., Philip J. Gross, Esq. | slevine@lowenstein.com; pgross@lowenstein.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub- Chapter 98, City of Detroit Retirees | Lowenstein Sandler LLP | Sharon L. Levine, Esq. Wojciech F. Jung, Esq. Philip J. Gross, Esq. | slevine@lowenstein.com; pgross@lowenstein.com; wjung@lowenstein.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub- Chapter 98, City of Detroit Retirees | Lowenstein Sandler LLP | Sharon L. Levine, Esq. Wojciech F. Jung, Esq. Philip J. Gross, Esq. | slevine@lowenstein.com; pgross@lowenstein.com; wjung@lowenstein.com |
| Counsel for the Retired Detroit Police Members Association | Lynn M. Brimer, Meredith E. Taunt, Mallory A. Field | Strobl & Sharp, P.C. | lbrimer@stroblpc.com; mtaunt@stroblpc.com; mfield@stroblpc.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Mcknight, Mcclow, Canzano, Smith & Radtke, P.C. | John R. Canzano, Esq. | jcanzano@michworklaw.com |
| Retiree | Michael J. Karwoski | | mjkarwoski@alumni.nd.edu |
| Attorneys for International Union, UAW | Niraj R. Ganatra, Michael Nicholson | | nganatra@uaw.net; mnicholson@uaw.net |
| Interested Party | Russ Bellant | | russbellant@gmail.com |
| Interested Party | Russ Bellant | | russbellant@gmail.com |
| Attorneys for IUOE, Local 324 | Sachs Waldman, P.C. | Andrew Nickelhoff, Mami Kato | anickelhoff@sachswaldman.com; mkato@sachswaldman.com |
| Attorneys for SEIU, Local 517M | Sachs Waldman, P.C. | Andrew Nickelhoff, Mami Kato | anickelhoff@sachswaldman.com; mkato@sachswaldman.com |
| Co-Counsel Retiree Association Parties | Silverman & Morris, P.L.L.C. | Thomas R. Morris | morris@silvermanmorris.com |
| Counsel for Retiree Association Parties | SILVERMAN & MORRIS, P.L.L.C. | Thomas R. Morris | morris@silvermanmorris.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm Pc | Herbert A. Sander, Esq. | hsanders@miafscme.org |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub- Chapter 98, City of Detroit Retirees | The Sanders Law Firm PC | Herbert A. Sander, Esq. | hsanders@miafscme.org |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub- Chapter 98, City of Detroit Retirees | The Sanders Law Firm PC | Herbert A. Sander, Esq. | hsanders@miafscme.org |
| Interested Party | Thomas Stephen | | thomasstephens2043@sbcglobal.net |
| Counsel to Michigan Auto Recovery, Inc. | Thornbladh Legal Group PLLC | Kurt Thornbladh | kthornbladh@gmail.com |

# Exhibit C

**Exhibit C**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | | | Detroit | MI | 48226 |
| AFSCME Local #0312 | Attn: Phillip Douglas | 14022 Linwood | | | Detroit | MI | 48238 |
| AFSCME Local #0457 | Attn: Laurie Walker | 600 W. Lafayette, Ste. L – 104 | | | Detroit | MI | 48226 |
| AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | 600 W. Lafayette, Ste. L – 123 | | | Detroit | MI | 48226 |
| Detroit Firemen's Fund Association | Attn: Kim Fett | 250 W. Larned Street, Suite 202 | | | Detroit | MI | 48226 |
| Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | 3031 W. Grand Boulevard, Suite 405 | | | Detroit | MI | 48202 |
| Field Engineers Association | Attn Larry Hart | PO Box 252805 | | | West Bloomfield | MI | 48325 |
| Goodman & Hurwitz PC | William H Goodman | 1394 E Jefferson Ave | | | Detroit | MI | 48207 |
| Governor Rick Snyder | | P.O. Box 30013 | | | Lansing | MI | 48909 |
| IBM Credit LLC | Andy Gravina | Special Handling Group MD NC317 | 6303 Barfield Rd NE | | Atlanta | GA | 30328 |
| Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 |
| The City of Detroit | Attn:  Kevyn D. Orr, Emergency Manager | Coleman A. Young Municipal Center | 2 Woodward Ave Suite 1126 | | Detroit | MI | 48226 |
| The City of Detroit | Attn:  Corporation Counsel | Coleman A. Young Municipal Center | 2 Woodward Avenue | Fifth Floor | Detroit | MI | 48226 |

# Exhibit D

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Ailene Jeter | | 18559 Brinker St | | Detroit | MI | 48234 |
| Aleta Atchinson-Jorgan | | 7412 Saint Paul | | Detroit | MI | 48214 |
| Alice Pruitt | | 18251 Freeland St | | Detroit | MI | 48235 |
| Alma Armstrong | | 12858 Riverview | | Detroit | MI | 48223 |
| Alma Cozart | | 18331 Shaftsbury Ave | | Detroit | MI | 48219 |
| Althea Long | | 9256 Braile St | | Detroit | MI | 48228 |
| Andrea Edwards | | 19165 Stotter | | Detroit | MI | 48234 |
| Angela Crockett | | 19680 Roslyn Rd | | Detroit | MI | 48221 |
| Anthony G. Wright Jr. | | 649 Alger St | | Detroit | MI | 48202 |
| Arthur Evans | | 11391 Nottingham Rd | | Detroit | MI | 48224 |
| Brenda Taylor | | 8145 W Parkway | | Detroit | MI | 48239 |
| Calvin Turner | | 16091 Edmore Dr | | Detroit | MI | 48205 |
| Carl Williams | | 10112 Somerset | | Detroit | MI | 48224 |
| Charles D. Brown | | 1365 Joliet Pl | | Detroit | MI | 48207 |
| Charles Taylor | | 11472 Wayburn | | Detroit | MI | 48224 |
| Charles Williams II | | 6533 E. Jefferson Apt 118 | | Detroit | MI | 48207 |
| Cheryl Smith Williams | | 3486 Baldwin St | | Detroit | MI | 48214 |
| Claudette Campbell | | 1021 Winchester Ave | | Lincoln Park | MI | 48146 |
| Cynthia Blair | | 8865 Esper St | | Detroit | MI | 48204 |
| David Bullock | | 701 W Hancock St | | Detroit | MI | 48201 |
| Deborah Moore | | 4436 Lemay | | Detroit | MI | 48214 |
| Deborah Pollard | | 20178 Pinehurst St | | Detroit | MI | 48221 |
| Dempsey Addison | Cecily McClellan | 2727 Second Ave Ste 152 | | Detroit | MI | 48201 |
| Dennis Taubitz | | 4190 Devonshire Rd | | Detroit | MI | 48224 |
| Diane Hutcherson | | 4127 Grayton | | Detroit | MI | 48224 |
| Dolores A. Thomas | | 17320 Cherrylawn | | Detroit | MI | 48221 |
| Donald Glass | | 411 Chalmers | | Detroit | MI | 48215 |
| Donald Richardson | | 10274 Boyer Rd | | Carson City | MI | 48811-9746 |
| Dwight Boyd | | 19337 Concord | | Detroit | MI | 48234 |
| Edward Lowe | | 18046 Sussex St | | Detroit | MI | 48235 |
| Elmarie Dixon | | 4629 Philip St | | Detroit | MI | 48215 |
| Floreen Williams | | 16227 Birwood | | Detroit | MI | 48221 |
| Frank M. Sloan Jr. | | 18953 Pennington Dr | | Detroit | MI | 48221 |
| Fraustin Williams | | 11975 Indiana | | Detroit | MI | 48204 |
| Gretchen R Smith | | 3901 Grand River Ave No. 913 | | Detroit | MI | 48208 |
| Hassan Aleem | | 2440 Taylor | | Detroit | MI | 48205 |
| Helen Powers | | 100 Winona | | Highland Park | MI | 48203 |

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Helen Powers | | 1168-70 W. Grand Blvd | | Detroit | MI | 48208 |
| Horace E. Stallings | | 1492 Sheridan St | | Detroit | MI | 48214 |
| Jacqueline Esters | | 18510 Glastonbury Rd | | Detroit | MI | 48219 |
| Jean Vortkamp | | 11234 Craft St | | Detroit | MI | 48224 |
| Jerry Ford | | 9710 W Outer Dr | | Detroit | MI | 48223 |
| Jo Ann Watson | | 100 Riverfront Dr # 1508 | | Detroit | MI | 48226 |
| Joann Jackson | | 16244 Princeton St | | Detroit | MI | 48221 |
| Johnnie R. Carr | | 11310 Mansfield St | | Detroit | MI | 48227 |
| Joseph H. Jones | | 19485 Asbury Park | | Detroit | MI | 48235 |
| Josue Zizi | | 19464 Dalby St | | Redford | MI | 48240 |
| Joyce Davis | | 15421 Strathmoor St | | Detroit | MI | 48227 |
| Karl E. Shaw | | 19140 Ohio | | Detroit | MI | 48221 |
| Keetha R. Kittrell | | 22431 Tireman | | Redford | MI | 48239 |
| Krystal A. Crittendon | | 19737 Chesterfield Rd | | Detroit | MI | 48221 |
| Kwabena Shabu | | 2445 Lamothe St | | Detroit | MI | 48226 |
| Larene Parrish | | 18220 Snowden St | | Detroit | MI | 48235 |
| Lavarre W. Greene | | 19667 Roslyn Rd | | Detroit | MI | 48221 |
| LaVern Holloway | | 16246 Linwood St | | Detroit | MI | 48221 |
| Leola Regina Crittendon | | 19737 Chesterfield Rd | | Detroit | MI | 48221 |
| Leonard Wilson | | 100 Parsons St Apt 712 | | Detroit | MI | 48201 |
| Lewis Dukens | | 1362 Joliet Pl | | Detroit | MI | 48207 |
| Linda Bain | | 1071 Baldwin | | Detroit | MI | 48214 |
| Lorene Brown | | 2227 Highes Terrace | | Detroit | MI | 48208 |
| Lorna Mason | | 13111 Wyoming St | | Detroit | MI | 48238 |
| Lou Ann Pelletier | | 2630 Lakeshore Rd | | Applegate | MI | 48401 |
| Lucinda J. Darrah | | 492 Peterboro St | | Detroit | MI | 48201 |
| Lucinda J. Darrah | | 492 Peterboro | | Detroit | MI | 48201 |
| Mary Diane Bukowski | | 9000 E Jefferson #10-9 | | Detroit | MI | 48214 |
| Mary Dugans | | 18034 Birchcrest Dr | | Detroit | MI | 48221 |
| Marzelia Taylor | | 11975 Indiana | | Detroit | MI | 48204 |
| Michael D. Jones | | 3129 Castlewood Dr | | Las Vegas | NV | 89102 |
| Michael G Benson | | 19395 Parkside | | Detroit | MI | 48221 |
| Michael J. Abbott | | 19391 Helden Dr | | Romulis | MI | 48174 |
| Michael K. Pelletier | | 2063 Lakeshore Rd | | Applegate | MI | 48401 |
| Michael Shane | | 16815 Patton | | Detroit | MI | 48219 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 2 of 4
13-53846-tjt    Doc 1809    Filed 11/25/13    Entered 11/25/13 19:29:04    Page 16 of 22

**Exhibit D**
**Served via First Class Mail**

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Miller Cohen, P.L.C. | Richard G. Mack, Jr., Esq. | 600 West Lafayette Boulevard | 4th Floor | Detroit | MI | 48226-3191 |
| Miller Cohen, P.L.C. | Richard G. Mack, Jr., Esq. | 600 West Lafayette Boulevard | 4th Floor | Detroit | MI | 48226-3191 |
| Nettie Reeves | | 10339 Curtis | | Detroit | MI | 48221 |
| Olivia Gillon | | 18832 Arleen Ct | | Livonia | MI | 48152-1963 |
| Paulette Brown | | 19260 Lancashire St | | Detroit | MI | 48223 |
| Phebe Woodberry | | 803 Gladstone | | Detroit | MI | 48202 |
| Preston West | | 18460 Fairfield St | | Detroit | MI | 48221 |
| Rakiba Brown | | 612 Clairmount St | | Detroit | MI | 48202 |
| Raleigh Chambers | | 14861 Ferguson St | | Detroit | MI | 48227 |
| Randy Beard | | 16840 Strathmoor St | | Detroit | MI | 48235 |
| Regina G. Bryant | | 2996 Bewick Ave | | Detroit | MI | 48214 |
| Regina G. Bryant | | 2996 Bewick Ave | | Detroit | MI | 48214 |
| Richard Johnson El-Bey | | 10339 Curtis | | Detroit | MI | 48221 |
| Roosevelt Lee | | 11961 Indiana | | Detroit | MI | 48204 |
| Sallie M. Jones | | 4413 W. Philadelphia St | | Detroit | MI | 48204 |
| Samuel L. Riddle | | 1276 Navarre Pl | | Detroit | MI | 48207 |
| Sandra Caver | | 10110 E Outer Dr | | Detroit | MI | 48224 |
| Sheilah Johnson | | 277 King St | | Detroit | MI | 48202 |
| Shirley Tollivel | | 16610 Inverness | | Detroit | MI | 48221 |
| Stephen Johnson | | 31354 Evergreen Rd | | Beverly Hills | MI | 48025 |
| The Chair of Saint Peter | Office of the Keeper of the Extraordinary Seal of Saint Peter | 1300 Pennsylvania Ave NW Ste 190-715 | | Washington | DC | 20004 |
| Timothy King | | 4102 Pasadena | | Detroit | MI | 48238 |
| Tracey Tresvant | | 19600 Anvil St | | Detroit | MI | 48205 |
| Ulysses Freeman | | 14895 Faust Ave | | Detroit | MI | 48223 |
| William A. Wertheimer | | 30515 Timberbrook Lane | | Bingham Farms | MI | 4802 |
| William Curtis Walton | | 4269 Glendale | | Detroit | MI | 48238-3211 |
| William Davis | | 9203 Littlefield St | | Detroit | MI | 48228 |
| William Hickey | | 14910 Lamphere St | | Detroit | MI | 48223 |
| William J. Howard | | 17814 Charest St | | Detroit | MI | 48212 |
| Xylia Hall | | 3500 Parker | | Detroit | MI | 48214-1893 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 3 of 4
13-53846-tjt   Doc 1809   Filed 11/25/13   Entered 11/25/13 19:29:04   Page 17 of 22

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---------|---------|-----------|-----------|------|-------|-----|
| Zelma Kinchloe | | 439 Henry St | | Detroit | MI | 48201 |

# Exhibit E

| Company | Contact | Email |
|---|---|---|
| ARENT FOX LLP | CAROL CONNOR COHEN & CAROLINE TURNER ENGLISH | Carol.Cohen@arentfox.com |
| ARENT FOX LLP | DAVID L. DUBROW | david.dubrow@arentfox.com |
| BROOKS WILKINS SHARKEY & TURCO | MATTHEW E. WILKINS & PAULA A. HALL | wilkins@bwst-law.com |
| CHADBOURNE & PARKE LLP | LAWRENCE A. LAROSE SAMUEL S. KOHN & MARC B. ROITMAN | llarose@chadbourne.com; mroitman@chadbourne.com; skohn@chadbourne.com |
| CLARK HILL PLC | ROBERT D. GORDON | rgordon@clarkhill.com |
| COHEN, WEISS AND SIMON LLP | BABETTE A. CECCOTTI | bceccotti@cwsny.com |
| DENTONS US LLP | CAROLE NEVILLE & CLAUDE D. MONTGOMERY | claude.montgomery@dentons.com; carole.neville@dentons.com |
| DENTONS US LLP | SAM J. ALBERTS | sam.alberts@dentons.com |
| ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C. | JULIE BETH TEICHER EARLE I. ERMAN CRAIG E. ZUCKER & BARBARA A. PATEK | jteicher@ermanteicher.com |
| JAFFE, RAITT, HEUER & WEISS, P.C. | ERIC D. NOVETSKY & LOUIS P. ROCHKIND | enovetsky@jaffelaw.com |
| LIPPITT O'KEEFE, PLLC | BRIAN D. O'KEEFE & RYAN C. PLECHA | rplecha@lippittokeefe.com |
| LOWENSTEIN SANDLER LLP | SHARON L. LEVINE, ESQ. JOHN K. SHERWOOD, ESQ. PHILIP J. GROSS, ESQ. & KEARA M. WALDRON, ESQ. | slevine@lowenstein.com; pgross@lowenstein.com; wjung@lowenstein.com |
| NIRAJ R. GANATRA & MICHAEL NICHOLSON | | nganatra@uaw.net; mnicholson@uaw.net |
| SCHAFER AND WEINER, PLLC | DANIEL J. WEINER & BRENDAN G. BEST | bbest@schaferandweiner.com |
| SIDLEY AUSTIN LLP | GUY S. NEAL | gneal@sidley.com |
| SIDLEY AUSTIN LLP | JEFFREY E. BJORK | jbjork@sidley.com |
| SILVERMAN & MORRIS, P.L.L.C. | THOMAS R. MORRIS | morris@silvermanmorris.com |
| STROBL & SHARP, P.C. | LYNN M. BRIMER MALLORY A. FIELD & MEREDITH E. TAUNT | mtaunt@stroblpc.com |
| THE SANDERS LAW FIRM PC | HERBERT A. SANDERS, ESQ. | hsanders@miafscme.org |

# Exhibit F

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---------|---------|-----------|-----------|------|-------|-----|
| MILLER COHEN, P.L.C. | RICHARD G. MACK, JR., ESQ. | 600 WEST LAFAYETTE BOULEVARD | 4TH FLOOR | DETROIT | MI | 48226-3191 |