# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## CERTIFICATE OF SERVICE

I, Ryan Blaine Bennett, hereby certify that the *Stipulation to Entry of Protective Order* [Docket No. 1806] was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 25th day of November, 2013.

Dated: November 25, 2013        Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By:  */s/ Ryan Blaine Bennett*

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:  (248) 646-5070
Facsimile:   (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and
Syncora Capital Assurance Inc.*

KE 28566675.1

## Exhibit 1
### Electronic Mail Service List

| | |
|---|---|
| Abby.wilkinson@FaegreBD.com | jerry.ellis@couzens.com |
| acaton@kramerlevin.com | jfischer@carsonfischer.com |
| pdechiara@cwsny.com | rweisberg@carsonfischer.com |
| tciantra@cwsny.com | cgrosman@carsonfischer.com |
| afscme207@sbcglobal.net | jgadharf@mcdonaldhopkins.com |
| dpospiech@morganmyers.com | jgatteno@comcast.net |
| afscmelocal1023@att.net | jharrison@uwua.net |
| deliaenright@hotmail.com | bfagan@dibandfagan.com |
| afscmelocal229@ymail.com | jhb_ecf@osbig.com |
| Yvonners2001@yahoo.com | jkamins@fosterswift.com |
| agarrett@miafscme.org | john.dillman@lgbs.com |
| agerdes@gerdesplc.com | john.sieger@kattenlaw.com |
| alfredo.perez@weil.com | jsgroi@honigman.com |
| anurses@att.net | jturner@clarkhill.com |
| aoreilly@honigman.com | julia.caroff@usdoj.gov |
| apclawyer@sbcglobal.net | jweiner@mcdonaldhopkins.com |
| arlene.kirby@yahoo.com | karen.dine@kattenlaw.com |
| bjdelta55@gmail.com | kevin.baum@kattenlaw.com |
| aross@dwsd.org | kelly.diblasi@weil.com |
| aroth@bredhoff.com | ken.higman@hp.com |
| jfreund@bredhoff.com | caroline.english@arentfox.com |
| dgreenfield@bredhoff.com | conlitpc@sbcglobal.net |
| Artp1@degc.org; gwlong@degc.org; navin@degc.org; | kenneth.noble@kattenlaw.com |
| | dls@wmlaborlaw.com |
| atulocal26pba@aol.com | Kim.robinson@bfkn.com |
| ayala.hassell@hp.com | KingR@detroitmi.gov |
| ayoung586@comcast.net | KingY687@detroitmi.gov |
| bankruptcy@markowitzlegal.com | kmiller@skjlaw.com |
| Bankruptcy2@ironmountain.com | kovskyd@pepperlaw.com |
| bbennett@jonesday.com | kressk@pepperlaw.com |
| bberens@jonesday.com | kschneider@schneidermiller.com |
| bbest@schaferandweiner.com | Ksummers@dflaw.com |
| bborder@sspclegal.com | kthornbladh@gmail.com |
| bbowman@bodmanlaw.com | langstony@gmail.com |
| bceccotti@cwsny.com | laplante@millercanfield.com |
| BellM1@michigan.gov | lawrence.bell@usbank.com |

## Exhibit 1
### Electronic Mail Service List

| | |
|---|---|
| billwertheimer@gmail.com | lazonia.clark@chasepaymentech.com |
| bkott@lewismunday.com | lbrimer@stroblpc.com |
| BLurye@afscme.org; martz@afscme.org mblumin@afscme.org | llarose@winston.com skohn@winston.com chardman@winston.com |
| bokeefe@lippittokeefe.com | local2920@sbcglobal.net |
| bpatek@ermanteicher.com ejr@morganmeyers.com swansonm@millercanfield.com | lrochkind@jaffelaw.com carlson@millercanfield.com jeff@iobillboard.com |
| BrooR@detroitmi.gov | m.neil@sbcglobal.net |
| btrumbauer@bodmanlaw.com | marcicampbel@gmail.com |
| canderson@dwsd.org | Maria.D.Giannirakis@usdoj.gov |
| Carol.Cohen@arentfox.com | mark.ellenberg@cwt.com |
| carole.neville@dentons.com lisa.fenning@aporter.com llarose@chadbourne.com | Mark.Ellenberg@cwt.com Lary.Stromfeld@cwt.com Jason.Jurgens@cwt.com |
| cash@wnj.com | marriott@ballardspahr.com |
| cbullock@sbplclaw.com ecrowder@sbplclaw.com | mcqueen@dwsd.org skohn@chadbourne.com |
| ck445polc@yahoo.com | mdordeski@foleymansfield.com |
| claude.montgomery@dentons.com mail@goodmanhurwitz.com | melanie.kotler@nortonrosefulbright.com bgoodman@goodmanhurwitz.com |
| clrncsndrs@yahoo.com | melissa@demolaw.com |
| cobbm@detroitmi.gov | mfield@stroblpc.com |
| cphillips@miafscme.org | miag@michigan.gov |
| czucker@ermanteicher.com | mike.gearin@klgates.com |
| david.boyle@airgas.com mkato@sachswaldman.com | Mike.Paslay@wallerlaw.com Ryan.Cochran@wallerlaw.com |
| David.Dubrow@arentfox.com nayad@ayadlaw.com | mimilaurie@yahoo.com ltownse@detroitpubliclibrary.org |
| david.dubrow@arentfox.com mark.angelov@arentfox.com carol.cohen@arentfox.com | missnick64@hotmail.com wilkins@bwst-law.com hall@bwst-law.com |
| david.lemke@wallerlaw.com courtney.rogers@wallerlaw.com | MIStateTreasurer@michigan.gov |

2

## Exhibit 1
### Electronic Mail Service List

| | |
|---|---|
| david.rosenzweig@nortonrosefulbright.com | mjkarwoski@alumni.nd.edu |
| dbeckwith@fosterswift.com | mnicholson@uaw.net |
| dbernstein@plunkettcooney.com | avery@silvermanmorris.com |
| dcopley@dickinsonwright.com | morris@silvermanmorris.com |
| deisenberg@ermanteicher.com | msl@maddinhauser.com |
| Detroitinfo@kccllc.com | mtaunt@stroblpc.com |
| dfish@allardfishpc.com<br>tgraves@allardfishpc.com | mvanoverbeke@vmtlaw.com |
| dgheiman@jonesday.com<br>hlennox@jonesday.com<br>tawilson@jonesday.com | mwarner@coleschotz.com<br>jgregg@btlaw.com<br>jskalish@aol.com |
| Diaz@detroitpoa.com | NicDun@detroitmi.gov |
| dlerner@plunkettcooney.com;<br>plannen@plunkettcooney.com | paige.barr@kattenlaw.com |
| dmalcolm@miafscme.org | Pamkin@detroitmi.gov |
| dmcnamara344@aol.com | patel@dwsd.org |
| dmollicone@dmms.com | pcanzano@sidley.com |
| dmzack@mcalpinepc.com | pdibello@ca.ibm.com |
| DoluntS320@detroitmi.gov | pghosh@dwsd.org |
| dplon@sirlinlaw.com | phage@jaffelaw.com |
| dpoitras@jmbm.com | philphil48238@yahoo.com |
| dweiner@schaferandweiner.com | poam@poam.net |
| ecf@gudemanlaw.com | pra@vanguardians.org |
| ecf@kaalaw.com | presidentjan@aol.com |
| ecf@lassnerlaw.com | presidentlocal1227@hotmail.com |
| ecf@zaplc.com | princel@dteenergy.com |
| eduardo.rodriguez@bnymellon.com<br>jallmand@dmms.com<br>mlee@leeandcorrell.com | proberts@shawfishman.com<br>rfishman@shawfishman.com<br>ibodenstein@shawfishman.com<br>ggouveia@shawfishman.com<br>ddoyle@shawfishman.com<br>mreiser@shawfishman.com |
| edunn@maxwelldunnlaw.com | pwhunt@kerr-russell.com |
| Edwin.smith@bingham.com | rayguzall@attorneyguzall.com |

## Exhibit 1
Electronic Mail Service List

| | |
|---|---|
| edwin.smith@bingham.com | rdiehl@bodmanlaw.com |
| jared.clark@bingham.com | eabood-carroll@orlans.com |
| steven.wilamowsky@bingham.com | crule@orlans.com |
| marcus.marsh@bingham.com | hmcgivern@orlans.com |
| nganatra@uaw.net | hdickow@orlans.com |
| nayad@ayadlaw.com | jteicher@ermanteicher.com |
| eerman@ermanteicher.com | rdpffa@hotmail.com |
| efeldman@clarkhill.com | Reesel@detroitmi.gov |
| ejessad@wwrplaw.com | rfrimmer@schiffhardin.com |
| mrjames@wwrplaw.com | mott@schiffhardin.com |
| emajoros@glmpc.com | rgordon@clarkhill.com |
| emcneil@miafscme.org | rplecha@lippittokeefe.com |
| enovetsky@jaffelaw.com | rrose@dykema.com |
| etashman@sidley.com | sam.alberts@dentons.com |
| jbjork@sidley.com | nlabovitz@debevoise.com |
| express33@aol.com | Schneiderm7@michigan.gov |
| flanchers@michigan.gov | sdeeby@clarkhill.com |
| schneiderm7@michigan.gov | swansonm@millercanfield.com |
| fusco@millercanfield.com | Sean.Cowley@usdoj.gov |
| gary.holtzer@weil.com | senoritabonita@peoplepc.com |
| alfredo.perez@weil.com | jeff@iobillboard.com |
| gneal@sidley.com | sfarrell@dykema.com |
| gneal@sidley.com | sfoss@winston.com |
| green@millercanfield.com | sgross@mcdonaldhopkins.com |
| laplante@millercanfield.com | ejr@morganmeyers.com |
| gvp1220@aol.com | sgrow@wnj.com |
| wwkannel@mintz.com | ddozeman@wnj.com |
| awalker@mintz.com | cash@wnj.com |
| HansberryM@detroitmi.gov | showell@dickinsonwright.com |
| hertzbergr@pepperlaw.com | simoliun@dwsd.org |
| Howard.Hawkins@cwt.com | skhanna@berkre.com |
| lary.stromfeld@cwt.com | |
| howard@jacobweingarten.com | slevine@lowenstein.com |
| mcto@debevoise.com | pgross@lowenstein.com |
| hsanders@miafscme.org | soconnor@glmpc.com |
| info@drcea.org | steveramadan@gmail.com |

4

<table>
<thead>
<tr><th colspan="2"><strong>Exhibit 1</strong><br>Electronic Mail Service List</th></tr>
</thead>
<tbody>
<tr><td>stoby@dykema.com</td><td></td></tr>
<tr><td>jbank@kerr-russell.com</td><td>summersm@ballardspahr.com</td></tr>
<tr><td>jbellman@jonesday.com</td><td>susan.brown5@usbank.com</td></tr>
<tr><td>jbendernagel@sidley.com</td><td>susan.jacobsen2@usbank.com</td></tr>
<tr><td>jbjork@sidley.com</td><td>swahl@schiffhardin.com</td></tr>
<tr><td>jcalton@honigman.com</td><td>swilson@dwsd.org</td></tr>
<tr><td>jcanzano@michworklaw.com</td><td>swolfson@wolfsonbolton.com<br>akochis@wolfsonbolton.com</td></tr>
<tr><td>jcarter@sbsco.com</td><td>theda3t@yahoo.com</td></tr>
<tr><td>jcunningham@uaw.net</td><td>TL214teams@ameritech.net</td></tr>
<tr><td>jcunningham@uaw.net</td><td>tmayer@kramerlevin.com</td></tr>
<tr><td>jd@primeshares.com;<br>transfer@primeshares.com</td><td>tsable@honigman.com</td></tr>
<tr><td>jeatonf@cousenslaw.com</td><td>union836@yahoo.com</td></tr>
<tr><td>JenkinsH@detroitmi.gov</td><td>vgflawyer@sbcglobal.net</td></tr>
<tr><td>wwkannel@mintz.com<br>awalker@mintz.com</td><td>william.miller@iuoe324.org</td></tr>
<tr><td>yo@osbig.com</td><td>wsmith@mwe.com</td></tr>
<tr><td>youngM604@detroitmi.gov<br>Polo4491@aol.com</td><td>wsmith@mwe.com<br>ncoco@mwe.com</td></tr>
</tbody>
</table>

**Exhibit 2**
First Class Mail Service List

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA 30328

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

The City of Detroit
Attn:  Kevyn D. Orr, Emergency
Manager
Coleman A. Young Municipal Center
2 Woodward Ave, Suite 1126
Detroit, MI 48226

Detroit Police Benefit and Protective
Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard
Suite 405
Detroit, MI 48202

The City of Detroit
Attn:  Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

The Office of the Governor of the
State of Michigan
Governor Rick Snyder
P.O. Box 30013
Lansing, MI 48909

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI 48325

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI 48226

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238