UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,

Debtor.
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Certificate of Service

The undersigned certifies that on the 26th day of November, 2013, she sent by first-class mail through the United States Postal Service a copy of the Notice of Bench Decision (Dkt. #1805), to the individuals listed on the attached mailing list at the addresses indicated thereon.

/s/ Christine L. Sikula  
Deputy Clerk

Entered November 26, 2013

| | | |
|---|---|---|
| Michael Abbott<br>19391 Heiden Drive<br>Brownstown Twp., MI 48174 | Hassan Aleem<br>2440 Taylor<br>Detroit, MI 48205 | APTE<br>c/o Dempsey Addison / Cecily McClellan<br>2727 Second Ave., Ste 152<br>Detroit, MI 48201 |
| Aleta Atchinson-Jorgan<br>7412 Saint Paul<br>Detroit, MI 48214-2337 | Linda Bain<br>1071 Baldwin<br>Detroit, MI 48214 | Randy Heard<br>16840 Strathmoor St<br>Detroit, MI 48235 |
| Russell Bellant<br>19619 Helen<br>Detroit, MI 48234-3052 | Michael G. Benson<br>19395 Parkside<br>Detroit, MI 48221 | Cynthia Blair<br>8865 Espes<br>Detroit, MI 49204 |
| Dwight Boyd<br>19337 Concord<br>Detroit, MI 48234 | Charles D. Brown<br>1365 Joliet Place<br>Detroit, MI 48207 | Lorene Brown<br>2227 Hughes Terrace<br>Detroit, MI 48208-1321 |
| Paulette Brown<br>19260 Lancashire<br>Detroit, MI 48223 | Rakiba Brown<br>612 Clairmount St<br>Detroit, MI 48202 | Regina G. Bryant<br>2996 Bewick St.<br>Detroit, MI 48214 |
| Mary Diane Bukowski<br>9000 E. Jefferson, #10-9<br>Detroit, MI 48214 | Joanne Jackson<br>16244 Princeton<br>Detroit, MI 48221-3318 | Ailene Jeter<br>18559 Brinker<br>Detroit, MI 48234-1537 |
| Sheilah Johnson<br>277 King Street<br>Detroit, MI 48202 | Stephen Johnson<br>31354 Evergreen Road<br>Beverly Hills, MI | Joseph H. Jones<br>19485 Asbury Park<br>Detroit, MI 48235-2406 |
| Sallie M. Jones<br>4413 W. Philadelphia<br>Detroit, MI 48204-3498 | Michael Joseph Karwoski<br>26015 Felicity Landing<br>Harrison Twp., MI 48045 | Zelma Kinchloe<br>439 Henry St.<br>Detroit, MI 48201-2609 |
| Timothy King<br>4102 Pasadena<br>Detroit, MI 48238-2632 | Keetha R. Kittrell<br>22431 Tireman<br>Detroit, MI | Roosevelt Lee, Sr.<br>11961 Indiana<br>Detroit, MI 48204 |
| Althea Long<br>9256 Braile<br>Detroit, MI 48228 | Edward Lowe<br>18046 Sussex<br>Detroit, MI 48235 | Lorna Lee Mason<br>1311 Wyoming<br>Detroit, MI 48238 |

| | | |
|---|---|---|
| Floreen Williams<br>16227 Birwood<br>Detroit, MI 48221 | Fraustin Williams<br>11975 Indiana<br>Detroit, MI 48204 | Leonard Wilson<br>100 Parsons St., Apt. 712<br>Detroit, MI 48201 |
| Phebe Lee Woodberry<br>803 Glastone<br>Detroit, MI 48202 | Anthony G. Wright, Jr.<br>649 Alger St.<br>Detroit, MI 48202 | David Bullock<br>701 W. Hancock<br>Detroit, MI 48201 |
| Claudette Campbell<br>1021 Winchester Ave.<br>Lincoln Park, MI 48146 | Johnnie R. Carr<br>11310 Mansfield<br>Detroit, MI | Sandra Carver<br>10110 S. Outer Dr.<br>Detroit, MI 48224 |
| Raleigh Chambers<br>14861 Ferguson St.<br>Detroit, MI 48227 | Alma Cozart<br>18331 Shaftsbury<br>Detroit, MI 48219 | Leola Regina Crittendon<br>19737 Chesterfield Rd.<br>Detroit, MI 48221 |
| Angela Crockett<br>19680 Roslyn Rd.<br>Detroit, MI 48221 | Lucinda J. Darrah<br>482 Peterboro<br>Detroit, MI 48201 | Joyce Davis<br>15421 Strathmoor St.<br>Detroit, MI 48227 |
| William Davis<br>9203 Littlefield<br>Detroit, MI 48228 | Elmarie Dixon<br>4629 Philip St.<br>Detroit, MI 48215 | Mary Dugans<br>18034 Birchcrest<br>Detroit, MI 48221-2737 |
| Lewis Dickens<br>1362 Joliet Pl.<br>Detroit, MI 48207 | David Dye<br>19313 Ardmore<br>Detroit, MI 48235 | Jacqueline Esters<br>18570 Glastonbury<br>Detroit, MI 48219 |
| Arthur Evans<br>11391 Nottingham Rd.<br>Detroit, MI 48224-1124 | Jerry Ford<br>9710 W. Outer Drive<br>Detroit, MI 48223-1231 | William D. Ford<br>18034 Birchcrest Dr.<br>Detroit, MI 48221-2737 |
| Ulysses Freeman<br>14895 Faust<br>Detroit, MI 48223-2322 | Olivia Gillon<br>18832 Arleen Court<br>Livonia, MI 48152-2229 | Donald Glass<br>411 Chalmers<br>Detroit, MI 48215 |
| Lavarre W. Greene<br>19667 Roslyn Rd.<br>Detroit, MI 48221-1892 | William Hickey<br>14910 Lamphere St.<br>Detroit, MI 48223-1875 | LaVern Holloway<br>16246 Linwood Street<br>Detroit, MI 48221-3310 |

| | | |
|---|---|---|
| Deborah Moore<br>4436 Lemay Road<br>Detroit, MI 48214-1677 | Larene Parrish<br>18220 Snowden<br>Detroit, MI 48255-0001 | Lou Ann Pelletier<br>2630 Lakeshore Road<br>Applegate, MI 48401 |
| Michael K. Pelletier<br>2630 Lakeshore Road<br>Applegate, MI 48401 | Deborah Pollard<br>20178 Pinehurst<br>Detroit, MI 48221 | Helen Powers<br>100 Winona<br>Highland Park, MI 48203-3338 |
| Alice Pruitt<br>18251 Freeland<br>Detroit, MI 48235-2537 | Samuel L. Riddle<br>1276 Navarre Pl.<br>Detroit, MI 48207-3014 | Kwabena Shabu<br>2445 Lamothe St.<br>Detroit, MI 48226 |
| Michael D. Shane<br>16815 Patton<br>Detroit, MI 48219 | Karl E. Shaw<br>19140 Ohio<br>Detroit, MI 48221 | Frank M. Sloan, Jr.<br>18953 Pennington Dr.<br>Detroit, MI 48221-2167 |
| Gretchen R. Smith<br>3901 Grand River Ave., #913<br>Detroit, MI 48208 | Cheryl Smith Williams<br>3486 Baldwin<br>Detroit, MI 48214-1704 | Horace E. Stallings<br>1492 Sheridan St.<br>Detroit, MI 48214-2408 |
| Thomas Stephens<br>4595 Hereford<br>Detroit, MI 48224 | Dennis Taubitz<br>4190 Devonshire Rd.<br>Detroit, MI 48226 | Charles Taylor<br>11472 Wayburn<br>Detroit, MI 48224 |
| Marzelia Taylor<br>11975 Indiana<br>Detroit, MI 48204 | The Chair of Saint Peter<br>1300 Pennsylvania Ave., NW<br>Suite 190-715<br>Washington, DC 20004 | Dolores A. Thomas<br>17320 Cherrylawn<br>Detroit, MI 48221 |
| Shirley Tolliver<br>16610 Inverness<br>Detroit, MI 48221-3109 | Tracey Tresvant<br>19600 Anvil<br>Detroit, MI 48205 | Calvin Turner<br>16091 Edmore<br>Detroit, MI 48205 |
| Jean Vortkamp<br>11234 Craft<br>Detroit, MI 48224 | William Curtis Walton<br>4269 Glendale<br>Detroit, MI 48238-3211 | JoAnn Watson<br>100 Riverfront Drive<br>#1508<br>Detroit, MI 48226 |
| Preston West<br>18460 Fairfield<br>Detroit, MI 48221-2229 | Carl Williams<br>10112 Somerset<br>Detroit, MI 48224 | Charles Williams II<br>6533 E. Jefferson<br>Apt. 118<br>Detroit, MI 48207 |

William L Howard
17814 Charest
Detroit, MI 48212-1082