IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------ x
                                           :
In re                                      :    Chapter 9
                                           :
CITY OF DETROIT, MICHIGAN,                 :    Case No. 13-53846
                                           :
           Debtor.                         :    Hon. Steven W. Rhodes
------------------------------------------ x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 25, 2013 he caused ***DEBTOR'S OBJECTION AND BRIEF IN OPPOSITION TO MOTION OF BRENDAN MILEWSKI AND ADVISACARE HEALTH CARE SOLUTIONS, INC. FOR RELIEF FROM THE AUTOMATIC STAY*** to be served upon counsel as listed below, via First Class United States Mail:

Jami W. Jones
Jami Jones, PLLC
33200 Dequindre, Suite 100
Sterling Heights, MI 48310

Harold E. Nelson
Rhoades McKee PC
161 Ottawa, NW, Suite 600
Grand Rapids, MI 49503

DATED: November 26, 2013

By: /s/Timothy A. Fusco
Timothy A. Fusco
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com