UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

# WITHDRAWAL OF OBJECTION OF THE OFFICIAL COMMITTEE OF RETIREES TO THE MOTION OF DEBTOR FOR ENTRY OF AN ORDER (1) AUTHORIZING ASSUMPTION OF THAT CERTAIN FORBEARANCE AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND GRANTING RELATED RELIEF

The Official Committee of Retirees of the City of Detroit, Michigan, through its undersigned counsel, hereby withdraws its objection to the Motion Of Debtor For Entry Of An Order (I) Authorizing Assumption Of That Certain Forbearance And Optional Termination Agreement Pursuant To Section 365(A) Of The Bankruptcy Code, (II) Approving Such Agreement Pursuant To Rule 9019, And (III) Granting Related Relief.

Dated: November 26, 2013

                DENTONS US LLP

                By: */s/ Carole Neville*
                Carole Neville
                Claude D. Montgomery
                1221 Avenue of the Americas
                New York New York 10020
                Tel: (212) 768-6700
                Fax: (212) 768-6800
                carole.neville@dentons.com

                and

Sam J. Alberts
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

and

Matthew E. Wilkins
Paula A. Hall
BROOKS WILKINS SHARKEY & TURCO
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1800
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Retirees Committee*