UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                        :    Chapter 9
                                        :
In re                                   :
                                        :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,              :
                                        :
                    Debtor.             :    Hon. Steven W. Rhodes
                                        :
                                        :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2013, the Withdrawal of Objection of The Official Committee of Retirees to the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and Granting Related Relief [Docket No. 1818] was filed using the Court's CM/ECF system, which provides electronic notification of such filings to all counsel of record.

Dated: November 26, 2013         DENTONS US LLP

                                 By:  /s/ Carole Neville
                                 Carole Neville
                                 1221 Avenue of the Americas
                                 New York New York 10020
                                 Tel: (212) 768-6700
                                 Fax: (212) 768-6800
                                 carole.neville@dentons.com

                                 *Attorneys for the Retiree Committee*