**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:                                              Chapter 9
                                                    Case No. 13-53846
**CITY OF DETROIT, MICHIGAN,**                      Honorable Steven W. Rhodes

                          Debtor.

_____/

## REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST

Attorney P. Warren Hunt hereby requests to be removed from the electronic service lists

in the above-captioned bankruptcy case.

E-mail address to be removed:  pwhunt@kerr-russell.com

                                        Respectfully submitted,

                                        */s/P. Warren Hunt*
                                        P. Warren Hunt  (P69713)
                                        500 Woodward Avenue, Suite 2500
                                        Detroit, MI 48226
                                        Tel:  (313) 961-0200
                                        E-mail:  pwhunt@kerr-russell.com

Dated:  November 26, 2013