**INDEX OF EXHIBITS**

Exhibit A:   Complaint

Exhibit B    Transcript of Conference, August 2, 2013

Exhibit C:   Forbearance and Optional Termination Agreement