UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

| Order Party: Name, Address and Telephone Number | Case/Debtor Name: CITY OF DETROIT, MICHIGAN |
|---|---|
| Name   Sheryl L. Toby | |
| Firm:   Dykema Gossett PLLC | Case Number: 13-53846 |
| Address   39577 Woodward Ave., Suite 300 | Assigned to: Judge Steven W. Rhodes<br>Chapter 9<br>Voluntary<br>Asset |
| City, State, Zip   Bloomfield Hills, MI 48304 | |
| Phone   248-203-0522 | |
| Email   stoby@dykema.com_ | Date filed:   July 18, 2013 |

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: **11/14/2013**   Time of Hearing: 9am, 11am & 2pm   Title of Hearing:

Please specify portion of hearing requested:   □ **Original/Unredacted**   □ **Redacted**   XX **Copy**
                                                                                          (2nd Party)

**XX** Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions:   _____Requesting entire day's transcript for this case._____

**Type of Request:**

   Ordinary Transcript - $3.65 per page (30 calendar days)

   14-Day Transcript - $4.25 per page (14 calendar days)

**XX** Expedited Transcript - $4.85 per page (7 working days)

   CD - $30; FTR Gold format (You must download the free
      FTR Record Player™ onto your computer from
      www.ftrgold.com

**Signature of Ordering Party:**

*[signature]*   Date: 11/26/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                             Date           By

Order Received:

Transcript Ordered

Transcript Received