Form ntchrg

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/16/13** at **10:00 AM** to consider and act upon the following:

*1566* – Motion for Relief from Stay Re: Relief from the Automatic Stay . Fee Amount $176, Filed by Creditors Brendan Mylewski, Advisacare Health Care Solutions, Inc. (Attachments: # 1 Summary of Attachments # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6−1 # 8 Exhibit 6−2) (Nelson, Harold)

Dated: 11/26/13

                              BY THE COURT

                              Katherine B. Gullo
                              Clerk, U.S. Bankruptcy Court

                              BY: christine sikula
                              Deputy Clerk