UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

<u>Notice Regarding Time Change of Bench Decision on December 3, 2013</u>

Notice is hereby given that because of other matters creating a heavy demand on security procedures, the time of the bench decision has been moved from 9:00 a.m. to 10:00 a.m. on December 3, 2013.

Signed on November 26, 2013

                      /s/ Steven Rhodes  
                      Steven Rhodes  
                      United States Bankruptcy Judge