UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                          :
In re                                     :    Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :    Case No. 13-53846
                                          :
                Debtor.                   :    Hon. Steven W. Rhodes
                                          :
                                          :
-------------------------------------------------------------x
```

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Foster Swift Collins & Smith PC ("Foster Swift") and Drinker Biddle & Reath LLP ("DBR") hereby appear (this "Notice of Appearance") in the above-captioned Chapter 9 matter as counsel to Wilmington Trust Company, National Association ("WTC"), successor to U.S. Bank National Association ("U.S. Bank"), as: (a) Trustee under that certain Trust Agreement, dated June 2, 2005, by and among the Detroit General Retirement System Service Corporation ("the GRS Corporation"), the Detroit Police and Fire Retirement System Service Corporation (the "PFRS Corporation"), and U.S. Bank, and Contract Administrator under that certain Contract Administration Agreement, dated June 2, 2005, by and among the Detroit Retirement Systems Funding Trust (the "2005 Funding Trust"), the GRS Corporation, the PFRS Corporation, and U.S. Bank, regarding the issuance of Certificates of Participation Series 2005-A by the 2005 Funding Trust and the transactions contemplated thereby; and (b) Trustee under that certain Trust Agreement, dated June 12, 2006, by and among the GRS Corporation, the PFRS Corporation, and U.S. Bank, and as Contract Administrator under that certain Contract Administration Agreement, dated June 12, 2006, by

and among the Detroit Retirement Systems Funding Trust 2006 (the "2006 Funding Trust"), the GRS Corporation, the PFRS Corporation and U.S. Bank, in each case, regarding the issuance of Certificates of Participation Series 2006-A and 2006-B by the 2006 Funding Trust and the transactions contemplated thereby. Pursuant to Sections 102, 342, 901(a) and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), DBR and Foster Swift request that any and all notices and pleadings given or required to be given in the above-captioned Chapter 9 matter, and any and all papers served or required to be served in the above-captioned Chapter 9 matter be given and served upon the following persons at the addresses and numbers set forth below:

Foster Swift Collins & Smith PC
32300 Northwestern Highway, Suite 230
Farmington Hills, Michigan 48334-1471
Attn: Dirk H. Beckwith (P35609)
Telephone: (248) 539-9918
Facsimile: (248) 538-3618
E-mail: dbeckwith@fosterswift.com

Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Attn: Kristin K. Going, Esq.
E-mail: Kristin.Going@dbr.com
Telephone: (202) 230-5177
Facsimile: (202) 403-3123

– and –

Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
Attn: Heath D. Rosenblat, Esq.
E-mail: Heath.Rosenblat@dbr.com
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Sections of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the above-captioned Chapter 9 matter whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to or shall be deemed a waiver of the WTC's substantive or procedural rights, including without limitation:

1. the right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

2. the right to trial by jury in any proceeding as to any and all matter so triable, whether or not such matters are designated as legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

3. the right to seek abstention or remand of any matter or proceeding subject to mandatory or discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

4. any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice of Appearance;

5. the right to receipt of service of process in all actions, causes, claims or proceedings arising in, arising under or related to this Chapter 9 matter to be served directly on WTC as required by law;

6. the rights, remedies, and claims against other entities; or

7. any other rights, claims, actions, defenses, setoffs or recoupments to which the WTC is or may be entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by WTC without exception.

[*Signature Page Immediately Follows*]

Dated: November 26, 2013
      Farmington Hills, Michigan

                              Foster Swift Collins & Smith PC

                              /s/ <u>Dirk H. Beckwith</u>
                              Dirk H. Beckwith (P35609)
                              32300 Northwestern Highway, Suite 230
                              Farmington Hills, Michigan 48334-1471
                              Telephone: (248) 539-9918
                              E-mail: dbeckwith@fosterswift.com

                              Kristin K. Going (Application Pending)
                              Drinker Biddle & Reath LLP
                              1500 K Street, N.W., Suite 1100
                              Washington, D.C. 20005-1209
                              E-mail: Kristin.Going@dbr.com
                              Telephone: (202) 230-5177

                                    - and -

                              Heath D. Rosenblat (Application Pending)
                              Drinker Biddle & Reath LLP
                              1177 Avenue of the Americas, 41st Floor
                              New York, New York 10036-2714
                              E-mail: Heath.Rosenblat@dbr.com
                              Telephone: (212) 248-3140

*Counsel for Wilmington Trust Company, National Association, as Successor Trustee and Successor Contract Administrator*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 26th day of November, 2013.

/s/ Dirk H. Beckwith