# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| SYNCORA GUARANTEE INC., | |
| Plaintiff, | Adv. Proc. No. _____ |
| v. | |
| UBS AG, SBS FINANCIAL PRODUCTS COMPANY, LLC, and MERRILL LYNCH CAPITAL SERVICES, INC. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2013, the Objection of Plaintiff Syncora Guarantee Inc. to Debtor's Motion for Entry of an Order Establishing Pre-Trial and Trial Procedures and Setting Additional Hearings [Dkt. No. 1822] was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

November 26, 2013                    Respectfully submitted,


                                     /s/ Stephen M. Gross

                                     Stephen M. Gross (P35410)
                                     Joshua A. Gadharf (P76860)
                                     MCDONALD HOPKINS PLC
                                     39533 Woodward Avenue, Suite 318
                                     Bloomfield Hills, Michigan 48304
                                     Tel: (248) 646-5070
                                     sgross@mcdonaldhopkins.com
                                     jgadharf@mcdonaldhopkins.com

                                     -and-

                                     Jonathan E. Pickhardt (admission pending)
                                     Susheel Kirpalani
                                     Jake M. Shields (4216123)
                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
                                     51 Madison Avenue, 22nd Floor
                                     New York, New York 10010
                                     Tel: (212) 849-7000
                                     jonpickhardt@quinnemanuel.com
                                     susheelkirpalani@quinnemanuel.com
                                     jakeshields@quinnemanuel.com

                                     *Attorneys for Syncora Guarantee Inc.*