UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

CORRECTED

**STIPULATION FOR SUBSTITUTION OF ATTORNEYS**

IT IS HEREBY STIPULATED by and between attorney on record for Creditor St. Martin's Cooperative and attorney on substitution for Plaintiff that RANDALL A. PENTIUK, of PENTIUK, COUVREUR & KOBILJAK, P.C., be substituted in the place and stead of MICHAEL K. LEE, of LAW OFFICES OF LEE & CORRELL, attorney on record for Creditor St. Martin's Cooperative relative to the above entitled matter.

| | |
|---|---|
| MICHAEL K. LEE (P40012) | RANDALL A. PENTIUK (P32556) |
| LAW OFFICES OF LEE & CORRELL | PENTIUK, COUVREUR & KOBILJAK, P.C. |
| Attorney on Record for Plaintiff | Attorney on Substitution for Plaintiff |
| 24901 Northwestern Highway, Ste.113 | 2915 Biddle Avenue, Suite 200 |
| Southfield, MI 48075 | Wyandotte, MI 48192 |
| (248) 350-5900 | (734) 281-7100 |
| Dated: 11/15/13 | Dated: 11-15-13 |