UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
**CITY OF DETROIT, MICHIGAN**                             Hon. Steven W. Rhodes

                **Debtor.**
_____/

CORRECTED
ORDER FOR SUBSTITUTION OF ATTORNEYS

IT IS HEREBY ORDERED that, pursuant to the Stipulation For Substitution of Attorneys by and between attorney on record for Creditor St. Martin's Cooperative and attorney on substitution for Plaintiff, that RANDALL A. PENTIUK of PENTIUK, COUVREUR & KOBILJAK, P.C. is substituted in the place and stead of MICHAEL K. LEE of LAW OFFICES OF LEE & CORRELL, attorney on record for Creditor St. Martin's Cooperative, relative to the above entitled matter.