**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In re:**                                                     **Chapter 9**
                                                              **Case No. 13-53846**
**CITY OF DETROIT, MICHIGAN**                                  **Hon. Steven W. Rhodes**


                        **Debtor.**
_____/

CORRECTED
<u>**ORDER FOR SUBSTITUTION OF ATTORNEYS**</u>

        IT IS HEREBY ORDERED that, pursuant to the Stipulation For Substitution of

Attorneys by and between attorney on record for Creditor St. Martin's Cooperative and attorney

on substitution for Plaintiff, that RANDALL A. PENTIUK of PENTIUK, COUVREUR &

KOBILJAK, P.C. is substituted in the place and stead of MICHAEL K. LEE of LAW OFFICES

OF LEE & CORRELL, attorney on record for Creditor St. Martin's Cooperative, relative to the

above entitled matter.