UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                                  Chapter 9
                                                                                        Case No. 13-53846
City of Detroit, Michigan,                                                              Hon. Steven W. Rhodes

     Debtor.
_____/

Interim Order Authorizing Retention and Employment of Lazard
Frères & Co., LLC as Financial Advisor to the Official Committee of
<u>Retirees Effective as of September 3, 2013 and Adjourning Hearing</u>

For the reasons stated on the record in open Court on November 27, 2013, it is hereby ordered that the hearing on the application of the Official Committee of Retirees of the City of Detroit, Michigan, for entry of an order authorizing the Committee to employ and retain Lazard Frères & Co LLC as their financial advisor effective as of September 3, 2013 (Dkt. #1476), is adjourned to December 16, 2013, at 10:00 a.m., in Courtroom 100, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The retention and employment of Lazard Frères & Co., LLC is granted on an interim basis through the date of this hearing.

The Court requests that the fee examiner, Robert M. Fishman, be present at the adjourned hearing or appear by telephone.

.

**Signed on November 27, 2013**

                                                                                                 **/s/ Steven Rhodes**
                                                                                  **Steven Rhodes**
                                                                                   **United States Bankruptcy Judge**