UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:

City of Detroit, Michigan

Debtor(s)

_____/

Chapter 9
13-53846-swr
Judge Rhodes

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO U.S. BANK NATIONAL ASSOCIATION AS SERVICER FOR MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY

This matter having come before this Court on the Motion for Relief from the Automatic Stay; the City of Detroit, Michigan, (Debtor), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and U.S. Bank National Association as servicer for Michigan State Housing Development Authority ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the Automatic Stay is modified to allow Creditor, its successors or assigns to foreclose on the properties known as 15350 BENTLER AVENUE, DETROIT, MI 48234, legal description LOT 132, HITCHMAN'S REDFORD HEIGHTS SUBDIVISION, AS RECORDED IN LIBER 41 PAGE 52 OF PLATS, OF PLATS WAYNE COUNTY RECORDS, for the reasons set forth in Creditor's Motion; that F.R.B.P.4001(a)(3), is waived; that this order shall be served on the Debtor and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on November 27, 2013**

/s/ Steven Rhodes
Steven Rhodes
United States Bankruptcy Judge