INDEX OF EXHIBITS

1. 2009 Swap Agreement
2. LIBOR Rates
3. Orr deposition excerpts
4. Barclay Loan terms
5. Barclay commitment letter
6. $95 million appropriation for "restructuring"
7. Automatic Stay Order
8. Fitch and Standard and Poors at City Council table
9. City Council resolution disapproving Barclay loan
10. City Council resolution calling for SEC investigation
11. Turbeville CV
12. Demos report excerpts