UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

**ORDER AUTHORIZING AMBAC TO FILE
AN OBJECTION IN EXCESS OF PAGE LIMITS**

This matter coming before the Court on Ambac's[1] *Ex Parte Motion to File an Objection in Excess of Page Limits* (the "Ex Parte Motion"), and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The *Ex Parte* Motion is GRANTED.

2. Ambac is granted relief from Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d) and may file an Objection in excess of 25 pages.

**Signed on November 27, 2013**

              /s/ Steven Rhodes
              **Steven Rhodes**
              **United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the *Ex Parte Motion*.