UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                   Chapter 9
                                        Case No. 13-53846

City of Detroit, Michigan,

      Debtor.

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 27, 2013, he caused to be electronically filed with the Clerk of the Court Party in Interest David Sole's OBJECTION TO DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [Docket 1857], and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                                         JEROME D. GOLDBERG, PLLC

                                                         By:    */s/ Jerome D. Goldberg*
                                                         Jerome D. Goldberg (P61678)
                                                         Attorney for David Sole, Party in Interest
                                                         2921 East Jefferson, Suite 205
                                                         Detroit, MI 48207
                                                         Phone: 313-393-6001
                                                         Fax: 313-393-6007
                                                         Email: apclawyer@sbcglobal.net

DATED: November 27, 2013