UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes

      Debtor.
_____/

<u>Certificate of Service</u>

The undersigned certifies that on the 27th day of November, 2013, she sent by first-class mail through the United States Postal Service a copy of the Notice Regarding Time Change of Bench Decision on December 3, 2013 (Dkt. #1827), to the individuals listed on the attached mailing list at the addresses indicated thereon.


        /s/ Christine L. Sikula
        Deputy Clerk

Entered November 27, 2013

Michael Abbott
19391 Heiden Drive
Brownstown Twp., MI 48174

Hassan Aleem
2440 Taylor
Detroit, MI 48205

APTE
c/o Dempsey Addison / Cecily McClellan
2727 Second Ave., Ste 152
Detroit, MI 48201

Aleta Atchinson-Jorgan
7412 Saint Paul
Detroit, MI 48214-2337

Linda Bain
1071 Baldwin
Detroit, MI 48214

Randy Heard
16840 Strathmoor St
Detroit, MI 48235

Russell Bellant
19619 Helen
Detroit, MI 48234-3052

Michael G. Benson
19395 Parkside
Detroit, MI 48221

Cynthia Blair
8865 Espes
Detroit, MI 49204

Dwight Boyd
19337 Concord
Detroit, MI 48234

Charles D. Brown
1365 Joliet Place
Detroit, MI 48207

Lorene Brown
2227 Hughes Terrace
Detroit, MI 48208-1321

Paulette Brown
19260 Lancashire
Detroit, MI 48223

Rakiba Brown
612 Clairmount St
Detroit, MI 48202

Regina G. Bryant
2996 Bewick St.
Detroit, MI 48214

Mary Diane Bukowski
9000 E. Jefferson, #10-9
Detroit, MI 48214

Joanne Jackson
16244 Princeton
Detroit, MI 48221-3318

Ailene Jeter
18559 Brinker
Detroit, MI 48234-1537

Sheilah Johnson
277 King Street
Detroit, MI 48202

Stephen Johnson
31354 Evergreen Road
Beverly Hills, MI

Joseph H. Jones
19485 Asbury Park
Detroit, MI 48235-2406

Sallie M. Jones
4413 W. Philadelphia
Detroit, MI 48204-3498

Michael Joseph Karwoski
26015 Felicity Landing
Harrison Twp., MI 48045

Zelma Kinchloe
439 Henry St.
Detroit, MI 48201-2609

Timothy King
4102 Pasadena
Detroit, MI 48238-2632

Keetha R. Kittrell
22431 Tireman
Detroit, MI

Roosevelt Lee, Sr.
11961 Indiana
Detroit, MI 48204

Althea Long
9256 Braile
Detroit, MI 48228

Edward Lowe
18046 Sussex
Detroit, MI 48235

Lorna Lee Mason
1311 Wyoming
Detroit, MI 48238

| | | |
|---|---|---|
| Deborah Moore<br>4436 Lemay Road<br>Detroit, MI 48214-1677 | Larene Parrish<br>18220 Snowden<br>Detroit, MI 48255-0001 | Lou Ann Pelletier<br>2630 Lakeshore Road<br>Applegate, MI 48401 |
| Michael K. Pelletier<br>2630 Lakeshore Road<br>Applegate, MI 48401 | Deborah Pollard<br>20178 Pinehurst<br>Detroit, MI 48221 | Helen Powers<br>100 Winona<br>Highland Park, MI 48203-3338 |
| Alice Pruitt<br>18251 Freeland<br>Detroit, MI 48235-2537 | Samuel L. Riddle<br>1276 Navarre Pl.<br>Detroit, MI 48207-3014 | Kwabena Shabu<br>2445 Lamothe St.<br>Detroit, MI 48226 |
| Michael D. Shane<br>16815 Patton<br>Detroit, MI 48219 | Karl E. Shaw<br>19140 Ohio<br>Detroit, MI 48221 | Frank M. Sloan, Jr.<br>18953 Pennington Dr.<br>Detroit, MI 48221-2167 |
| Gretchen R. Smith<br>3901 Grand River Ave., #913<br>Detroit, MI 48208 | Cheryl Smith Williams<br>3486 Baldwin<br>Detroit, MI 48214-1704 | Horace E. Stallings<br>1492 Sheridan St.<br>Detroit, MI 48214-2408 |
| Thomas Stephens<br>4595 Hereford<br>Detroit, MI 48224 | Dennis Taubitz<br>4190 Devonshire Rd.<br>Detroit, MI 48226 | Charles Taylor<br>11472 Wayburn<br>Detroit, MI 48224 |
| Marzelia Taylor<br>11975 Indiana<br>Detroit, MI 48204 | The Chair of Saint Peter<br>1300 Pennsylvania Ave., NW<br>Suite 190-715<br>Washington, DC 20004 | Dolores A. Thomas<br>17320 Cherrylawn<br>Detroit, MI 48221 |
| Shirley Tolliver<br>16610 Inverness<br>Detroit, MI 48221-3109 | Tracey Tresvant<br>19600 Anvil<br>Detroit, MI 48205 | Calvin Turner<br>16091 Edmore<br>Detroit, MI 48205 |
| Jean Vortkamp<br>11234 Craft<br>Detroit, MI 48224 | William Curtis Walton<br>4269 Glendale<br>Detroit, MI 48238-3211 | JoAnn Watson<br>100 Riverfront Drive<br>#1508<br>Detroit, MI 48226 |
| Preston West<br>18460 Fairfield<br>Detroit, MI 48221-2229 | Carl Williams<br>10112 Somerset<br>Detroit, MI 48224 | Charles Williams II<br>6533 E. Jefferson<br>Apt. 118<br>Detroit, MI 48207 |

Floreen Williams
16227 Birwood
Detroit, MI 48221

Fraustin Williams
11975 Indiana
Detroit, MI 48204

Leonard Wilson
100 Parsons St., Apt. 712
Detroit, MI 48201

Phebe Lee Woodberry
803 Glastone
Detroit, MI 48202

Anthony G. Wright, Jr.
649 Alger St.
Detroit, MI 48202

David Bullock
701 W. Hancock
Detroit, MI 48201

Claudette Campbell
1021 Winchester Ave.
Lincoln Park, MI 48146

Johnnie R. Carr
11310 Mansfield
Detroit, MI

Sandra Carver
10110 S. Outer Dr.
Detroit, MI 48224

Raleigh Chambers
14861 Ferguson St.
Detroit, MI 48227

Alma Cozart
18331 Shaftsbury
Detroit, MI 48219

Leola Regina Crittendon
19737 Chesterfield Rd.
Detroit, MI 48221

Angela Crockett
19680 Roslyn Rd.
Detroit, MI 48221

Lucinda J. Darrah
482 Peterboro
Detroit, MI 48201

Joyce Davis
15421 Strathmoor St.
Detroit, MI 48227

William Davis
9203 Littlefield
Detroit, MI 48228

Elmarie Dixon
4629 Philip St.
Detroit, MI 48215

Mary Dugans
18034 Birchcrest
Detroit, MI 48221-2737

Lewis Dickens
1362 Joliet Pl.
Detroit, MI 48207

David Dye
19313 Ardmore
Detroit, MI 48235

Jacqueline Esters
18570 Glastonbury
Detroit, MI 48219

Arthur Evans
11391 Nottingham Rd.
Detroit, MI 48224-1124

Jerry Ford
9710 W. Outer Drive
Detroit, MI 48223-1231

William D. Ford
18034 Birchcrest Dr.
Detroit, MI 48221-2737

Ulysses Freeman
14895 Faust
Detroit, MI 48223-2322

Olivia Gillon
18832 Arleen Court
Livonia, MI 48152-2229

Donald Glass
411 Chalmers
Detroit, MI 48215

Lavarre W. Greene
19667 Roslyn Rd.
Detroit, MI 48221-1892

William Hickey
14910 Lamphere St.
Detroit, MI 48223-1875

LaVern Holloway
16246 Linwood Street
Detroit, MI 48221-3310

William L Howard
17814 Charest
Detroit, MI 48212-1082