# Emergency Manager Report Under Section 17 of Public Act 436
## September 30, 2013

This report is made by Kevyn D. Orr, in his role as emergency manager (the "Emergency Manager") for the City of Detroit, Michigan (the "City"), pursuant to section 17 of Michigan Public Act 436 of 2012 ("PA 436"), also known as the Local Financial Stability and Choice Act, MCL § 141.1557. The information contained in this report covers the period from March 25, 2013 through August 31, 2013 (the "Reporting Period").

**Local Financial Stability and Choice Act** (Michigan Public Act 436 of 2012)

Section 17 [MCL § 141.1557]

*Beginning 6 months after an emergency manager's appointment, and every 3 months thereafter, an emergency manager shall submit to the governor, the state treasurer, the senate majority leader, the speaker of the house of representatives, each state senator and state representative who represents the local government that is in receivership, and the clerk of the local government that is in receivership, and shall post on the internet on the website of the local government, a report that contains all of the following:*

*(a) A description of each expenditure made, approved, or disapproved during the reporting period that has a cumulative value of $5,000.00 or more and the source of the funds.*

*(b) A list of each contract that the emergency manager awarded or approved with a cumulative value of $5,000.00 or more, including the purpose of the contract and the identity of the contractor.*

*(c) A description of each loan sought, approved, or disapproved during the reporting period that has a cumulative value of $5,000.00 or more and the proposed use of the funds.*

*(d) A description of any new position created or any vacancy in a position filled by the appointing authority.*

*(e) A description of any position that has been eliminated or from which an employee has been laid off.*

*(f) A copy of the contract with the emergency manager as provided in section 9(3)(e).*

*(g) The salary and benefits of the emergency manager.*

*(h) The financial and operating plan.*

**Expenditures**

Pursuant to section 17(a) of PA 436, attached is a schedule identifying expenditures made, approved, or disapproved during the Reporting Period that have a cumulative value of $5,000.00 or more. Expenditures during the Reporting Period are identified on the attached schedule based on the source of the funds, the corresponding agency, and vendor. Payroll-related payments were excluded from this schedule due to the sensitivity of this personal information. Other than payments reported herein and excluded payroll-related payments, no expenditures with cumulative value of $5,000.00 or more were approved during the Reporting Period. Certain operating expenditures, which were deemed non-critical, were disapproved after the City's commencement of its Chapter 9 bankruptcy case on July 18, 2013. Similarly, certain pension contributions and scheduled payments related to pension certificates of participation were disapproved. Disapproved expenditures are identified by category on the attached schedule.

Expenditures: Made & Approved

| Fund | Agency | Vendor | Amount |
|---|---|---|---|
| 3708 ARRA - DCH - BJA - 2009 Police | A37000 Police Department | DETROIT PUBLIC SCHOOLS | 14,710 |
| 3708 ARRA - DCH - BJA - 2009 Police Total | | | 14,710 |
| 3709 ARRA - DOJ - COPS Hiring - 2009 Police | A37000 Police Department | ABS STORAGE PRODUCTS | 19,200 |
| 3709 ARRA - DOJ - COPS Hiring - 2009 Police | A37000 Police Department | BILL SNETHKAMPS LANSING DODGE INC | 2,254,921 |
| 3709 ARRA - DOJ - COPS Hiring - 2009 Police | A37000 Police Department | HUBB SYSTEMS LLC | 367,130 |
| 3709 ARRA - DOJ - COPS Hiring - 2009 Police Total | | | 2,641,251 |
| 3712 ARRA - DOE-EECBG-GSD-DBA | A37000 Police Department | DETROIT BUILDING AUTHORITY | 100,343 |
| 3712 ARRA - DOE-EECBG-GSD-DBA | General Service Dept | DETROIT BUILDING AUTHORITY | 591,991 |
| 3712 ARRA - DOE-EECBG-GSD-DBA Total | | | 692,333 |
| 3713 ARRA - Neighborhood Stabilization Program II | A13000 Buildings and Safety Department | HERITAGE INDUSTRIAL SAFETY SUPPLY | 10,106 |
| 3713 ARRA - Neighborhood Stabilization Program II Total | | | 10,106 |
| 4301 Renewable Energy & Energy Optimization PA 295 Fund | A38000 Public Lighting Department | MICHIGAN PUBLIC POWER AGENCY | 6,828 |
| 4301 Renewable Energy & Energy Optimization PA 295 Fund | A38000 Public Lighting Department | WALKER-MILLER ENERGY SERVICES LLC | 27,838 |
| 4301 Renewable Energy & Energy Optimization PA 295 Fund Total | | | 34,666 |
| 4510 Gen Obl Bond Fund-Series 1993 | A13000 Buildings and Safety Department | DMC CONSULTANTS INC | 29,751 |
| 4510 Gen Obl Bond Fund-Series 1993 | A31000 Information Technology Services Department | GROUNDWORK 0 | 27,599 |
| 4510 Gen Obl Bond Fund-Series 1993 | A36000 Planning and Development Department | DETROIT HOUSING COMMISSION | 82,001 |
| 4510 Gen Obl Bond Fund-Series 1993 | A36000 Planning and Development Department | UNIVERSITY COMMONS ORGANIZATION (UCO) | 238,322 |
| 4510 Gen Obl Bond Fund-Series 1993 | A36000 Planning and Development Department | WAYNE COUNTY TREASURER | 162,347 |
| 4510 Gen Obl Bond Fund-Series 1993 | A39000 Recreation Department | CLARKS CONSTRUCTION | 12,878 |
| 4510 Gen Obl Bond Fund-Series 1993 | A39000 Recreation Department | COMMUNITY DEVELOPMENT SOLUTIONS LLC | 30,585 |
| 4510 Gen Obl Bond Fund-Series 1993 | General Service Dept | BEST FUEL SERVICE INC | 5,284 |
| 4510 Gen Obl Bond Fund-Series 1993 Total | | | 588,768 |
| 4513 General Obligation Bond Fund - Series 2010 | A39000 Recreation Department | DRV CONTRACTORS LLC | 14,481 |
| 4513 General Obligation Bond Fund - Series 2010 | A39000 Recreation Department | GREAT LAKES WELDING LLC | 29,427 |
| 4513 General Obligation Bond Fund - Series 2010 | A39000 Recreation Department | REASONABLE ROOFING & REMODELING INC | 35,581 |
| 4513 General Obligation Bond Fund - Series 2010 | A39000 Recreation Department | WCI CONTRACTORS | 88,709 |
| 4513 General Obligation Bond Fund - Series 2010 | D23010 Administration | DETROIT BUILDING AUTHORITY | 11,569,505 |
| 4513 General Obligation Bond Fund - Series 2010 | D23130 General Accounting | DETROIT BUILDING AUTHORITY | 8,086,127 |
| 4513 General Obligation Bond Fund - Series 2010 Total | | | 19,823,830 |
| 5002 Airport Operation and Maint | A10000 Airport Department | AVSURANCE CORPORATION | 22,902 |
| 5002 Airport Operation and Maint | A10000 Airport Department | CASEY FENCE CO INC | 12,087 |
| 5002 Airport Operation and Maint | A10000 Airport Department | DTE ENERGY | 52,071 |
| 5002 Airport Operation and Maint | A10000 Airport Department | FOREST PAINTING INC | 6,000 |
| 5002 Airport Operation and Maint | A10000 Airport Department | WATERFRONT PETROLEUM TERMINAL COMPANY | 12,219 |
| 5002 Airport Operation and Maint | A10000 Airport Department | WEINGARTZ SUPPLY CO INC | 6,729 |
| 5002 Airport Operation and Maint | D23130 General Accounting | IPO/PLD | 5,846 |