Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF ADJOURNMENT of Evidentiary Hearing from 12/10/2013 to 12/17/2013

**PLEASE TAKE NOTICE** that the evidentiary hearing on 12/10/2013 at 9:00 AM to consider and act upon the following:

*17* – Motion to assume Lease or Executory Contract /Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019 and (III) Granting Related Relief Filed by Debtor In Possession City of Detroit, Michigan (Heiman, David)

*157* – Corrected Motion (related document(s): 17 Motion to assume Lease or Executory Contract /Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such filed by Debtor In Possession City of Detroit, Michigan) Filed by Debtor In Possession City of Detroit, Michigan (Heiman, David)

*1520* – Motion to Borrow / Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post−Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay Filed by Debtor In Possession City of Detroit, Michigan (Heiman, David)

is hereby adjourned to **on at. The Evidentiary Hearing Scheduled for 12/10/2013 is adjourned to 12/17/2013 at 9:00 a.m. in Courtroom 100, Theodore Levin U.S. Courthouse, 231 West Lafayette Blvd., Detroit, Michigan. Additional hearing dates for the evidentiary hearing shall be December 18−19, 2013, from 9:00 a.m. to 5:00 p.m., as needed.**

Dated: 11/27/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk