UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

/

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2013, I caused the *Objection of National Public Finance Guarantee Corporation to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status, and (III) Modifying Automatic Stay* (the "Objection") to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF Participants.

I further certify that on November 27, 2013, I caused the Objection to be served, via first class mail, on the following parties:

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Brad B. Erens
JONES DAY
77 West Wacker
Chicago, Illinois 60601

| | |
|---|---|
| Bruce Bennett | Jonathan S. Green |
| JONES DAY | Stephen S. LaPlante |
| 555 South Flower Street | MILLER CANFIELD |
| Fiftieth Floor | 150 West Jefferson |
| Los Angeles, California 90071 | Suite 2500 |
| | Detroit, Michigan 48226 |

Respectfully submitted by:

Dated: November 27, 2013  **JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Louis P. Rochkind (P24121)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance Guarantee Corp.*