UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

RESPONSE OF THE OFFICIAL COMMITTEE OF RETIREES
FOR MOTION OF THE DEBTOR FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105,
362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 AND 922 (I) APPROVING
POST-PETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY
CLAIM STATUS AND (III) MODIFYING AUTOMATIC STAY

The Official Committee of Retirees (the "Committee') of the City of Detroit, Michigan, through its undersigned counsel, hereby supports the Motion Of The Debtor For A Final Order Pursuant To 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 And 922 (I) Approving Post-Petition Financing, (Ii) Granting Liens And Providing Superpriority Claim Status And (Iii) Modifying Automatic Stay.[1]

Dated: November 27, 2013

    DENTONS US LLP

    By: _/s/ Carole Neville_
    Carole Neville
    Claude D. Montgomery
    1221 Avenue of the Americas
    New York New York 10020
    Tel: (212) 768-6700
    Fax: (212) 768-6800
    carole.neville@dentons.com

    and

---

[1] This response in support of the motion is not an acknowledgement of or acquiescence to (i) the Court's jurisdiction to hear this case; (ii) the constitutionality of the Debtor's Chapter 9 filing; or (iii) the eligibility of the Debtor to relief under Chapter 9. In addition, support for this proposed transaction is without prejudice to the Committee's substantive and jurisdictional opposition to the Debtor's Motion to Determine Eligibility.

Sam J. Alberts
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

and

Matthew E. Wilkins
Paula A. Hall
BROOKS WILKINS SHARKEY & TURCO
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1800
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Retirees Committee*