UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**FURTHER RESPONSE OF THE OFFICIAL COMMITTEE OF RETIREES
FOR THE MOTION OF DEBTOR FOR ENTRY OF AN ORDER
(1) AUTHORIZING ASSUMPTION OF THAT CERTAIN FORBEARANCE
AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO
SECTION 365(A) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH
AGREEMENT PURSUANT TO RULE 9019, AND GRANTING RELATED RELIEF**

The Official Committee of Retirees of the City of Detroit, Michigan, through its undersigned counsel, hereby files its support of the Motion Of Debtor For Entry Of An Order (I) Authorizing Assumption Of That Certain Forbearance And Optional Termination Agreement Pursuant To Section 365(A) Of The Bankruptcy Code, (II) Approving Such Agreement Pursuant To Rule 9019, And (III) Granting Related Relief.[1]

Dated: November 27, 2013

                                               DENTONS US LLP

                                               By: */s/ Carole Neville*
                                               Carole Neville
                                               Claude D. Montgomery
                                               1221 Avenue of the Americas
                                               New York New York 10020
                                               Tel: (212) 768-6700
                                               Fax: (212) 768-6800
                                               carole.neville@dentons.com

                                               and

---

[1] This response in support of the motion is not an acknowledgement of or acquiescence to (i) the Court's jurisdiction to hear this case; (ii) the constitutionality of the Debtor's Chapter 9 filing; or (iii) the eligibility of the Debtor to relief under Chapter 9. In addition, support for this proposed transaction is without prejudice to the Committee's substantive and jurisdictional opposition to the Debtor's Motion to Determine Eligibility

Sam J. Alberts
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

and

Matthew E. Wilkins
Paula A. Hall
BROOKS WILKINS SHARKEY & TURCO
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1800
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Retirees Committee*