# Summary of Exhibits

Exhibit A - Hr'g Tr., Nov. 14, 2013, 11:01 ET

Exhibit B - Exit Engagement Letter

Exhibit C - Email from Anne Marie Langan to Todd Snyder

Exhibit D - Hr'g Tr., Nov. 14, 2013, 14:36 ET

Exhibit E - Moody's Report

Exhibit F - Funding for Detroit Announced on Sept. 27, 2013

Exhibit G - Cash Flow Variance Report June 2013

Exhibit H - Cash Flow Variance Report FY 2014

Exhibit I - Syncora Proposal

Exhibit J - Hr'g Tr., Oct. 15, 2013