# Exhibit F

# Funding for Detroit Announced on Sept. 27, 2013

CONFIDENTIAL INFORMATION
tally.gartel@kirkland.com
Detroit/27:11:2013 11:55

**Funding for Detroit Announced by Federal Government on Sept. 27, 2013**

| Announcement ($mm) | Source of Funds | Use of Funds | Source Federal / State | Philanthropic / Business | Treatment with respect to 10-Year Plan - Could reduce Blight Budget | Could Reduce Reinvestment | Does not reduce 10-Y Exp. | Total $ per Analysis | $ into the General Fund | Inclusion in 10-Y Plan / Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Demolishing Blighted Properties, Revitalizing Neighborhoods and Redeveloping Detroit** | | | | | | | | | |
| $ 65.0 | HUD Community Development Block Grant | Blight eradication, housing rehabilitation, and other community revitalization efforts | 66.2 | | | | 66.2 | 66.2 | N | Not reflected in 10-Year. Represents non-GF grants received by Planning & Development. See appendix for details |
| 52.0 | Treasury TARP Hardest Hit Fund | Blight elimination | 52.0 | | 25.6 | | 26.4 | 52.0 | N | Source of funds not accounted in 10 year plan. Could reduce $500m allocated to blight removal. Funds to go to Detroit Land Bank Authority (DLBA) for blight elimination and development in neighborhoods across the City. DLBA has partnered with Michigan Land Bank, which will do the demolition field management. See appendix for details |
| 10.2 | HUD | Affordable housing | 10.2 | | | | 10.2 | 10.2 | N | Previously identified. Not reflected in 10-Year - not related to blight removal. Represents non-GF grants received by Planning & Development. Used to support a wide range of affordable housing programs designed to create better housing opportunities for low- and moderate-income residents. See appendix for details |
| 10.0 | Philanthropic and Business Org. | Commercial building demolition | | 10.0 | | | 10.0 | 10.0 | N | Commercial blight removal was not included in 10-year. $500m allocated to blight removal is related to residential blight |
| - | HUD CDBG | Commercial building demolition | - | | | | - | - | N | $5.4 million announced for this program is already accounted for in CDBG line above. Commercial blight removal was not included in 10-year. $500m allocated to blight removal is related to residential blight |
| 5.0 | HUD Neighborhood Stabilization Program 3 | Commercial building demolition | 5.0 | | | | 5.0 | 5.0 | N | Commercial blight removal was not included in 10-year. $500m allocated to blight removal is related to residential blight |
| 5.0 | HUD Neighborhood Stabilization Program 2 program income from State | Commercial building demolition | 5.0 | | | | 5.0 | 5.0 | N | Commercial blight removal was not included in 10-year. $500m allocated to blight removal is related to residential blight |
| 1.5 | Ford Foundation | Detroit Land Bank Authority operating support | | 1.5 | | | 1.5 | 1.5 | N | Allocated to fund administrative costs, not demolition activities. |
| 1.1 | EPA | Environm. assessments and cleanup of Brownfield sites | | 1.1 | | | 1.1 | 1.1 | N | Environmental assessments and cleanup not included in $500 million blight removal |
| 1.0 | Ford Foundation | Invest Detroit acquisition and predevelopment of residential properties | | 1.0 | | | 1.0 | 1.0 | N | Acquisition and predevelopment activates, not blight removal, including a project on the East Riverfront |
| 0.6 | Skillman Foundation | Blight removal | | 0.6 | 0.5 | | 0.1 | 0.6 | N | $500k allocated for blight removal could reduce $500m. $100k for blight text technology, not in 10 year plan |
| **151.4** | **Category Total** | | **138.4** | **14.2** | **26.1** | **-** | **126.5** | **152.6** | | |
| | **Improving Public Safety, Reducing Crime, and Decreasing Emergency Response Time** | | | | | | | | | |
| 25.0 | FEMA | Hiring 150 firefighters and purchasing arson detection equipment | 25.0 | | | 22.3 | 2.7 | 25.0 | Y | SAFER grant already awarded reflected in Fire Dept. grants. New $25mm award not included in 10 year. Potential Gneral Fund savings estimated as difference between firefighters funded by the general fund in the 10-year plan vs. latest estimate including new SAFER award. See appendix for details |
| 3.0 | DOJ | Hiring new police officers, establishing bike patrol, supporting prisoner re-entry programs, and supporting youth anti-violence | 1.9 | | | | 1.9 | 1.9 | Y | Relates to COPs grant for FY2014, 2015 and 2016. Grant $ already accounted for in 10-Y plan. ~$2m in FY2014 of COPs grants reflected in Police Department Grant Revenues line item, going away in FY2015. Additional $1.62 mm of grants per year starting in FY2014 reflected in Police Department, under Department Revenue Initiatives. See appendix for details |
| 1.3 | Skillman Foundation & other groups | Improving neighborhood safety and build community policing model with DPD | | 1.3 | | | 1.3 | 1.3 | N | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan |
| 0.6 | Skillman and Kresge Foundations | Improving police CompStat system | | 0.6 | | 0.6 | - | 0.6 | N | May reduce reinvestment IT funds |
| **29.9** | **Category Total** | | **26.9** | **1.9** | **-** | **22.9** | **5.9** | **28.8** | | |
| | **Improving Transportation Systems for City and Regional Residents** | | | | | | | | | |
| 100.0 | Department of Transportation | Transit grants including immediate release of $24MM to repair and rehabilitate buses and to install security cameras | 90.8 | | | | 90.8 | 90.8 | N | DDOT subsidy in 10-Year Plan and reinvestment amounts assume these funds are received. See appendix for details |
| 30.0 | Kresge Foundation | Revolving loan fund for mixed use housing along M-1 | | 30.0 | | | 30.0 | 30.0 | N | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan. See appendix for details |
| 25.0 | Department of Transportation TIGER Grant | M1 Rail/Woodward Ave. Streetcar Project | 25.0 | | | | 25.0 | 25.0 | N | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan. See appendix for details |
| 6.4 | Department of Transportation | Helping the Regional Transit Authority to implement regional bus rapid transit | 6.4 | | | | 6.4 | 6.4 | N | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan. See appendix for details |
| 3.0 | Ford Foundation | Support transit oriented development along Woodward Corridor | | 3.0 | | | 3.0 | 3.0 | N | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan |
| 0.3 | Kresge Foundation | Designing transportation system based on Detroit Future City | | 0.3 | | | 0.3 | 0.3 | N | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan |
| **164.7** | **Category Total** | | **122.2** | **33.3** | **-** | **-** | **155.5** | **155.5** | | |
| | **Helping Create a 21st Century Detroit** | | | | | | | | | |
| 15.0 | Ford, Kresge, & Knight Foundations | Cultivating Detroit entrepreneurs and small businesses | | 15.0 | | | 15.0 | 15.0 | N | |
| 5.0 | Private Funding | Classes of Revitalization Fellows | | 5.0 | | | 5.0 | 5.0 | N | |
| 1.0 | Ford Foundation | Upgrade City's grants management system | | 1.0 | | | 1.0 | 1.0 | N | |
| 0.5 | Knight Foundation & Rock Ventures | Implement Tech Team's recommendations | | 0.5 | | | 0.5 | 0.5 | N | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan. See appendix for details |
| 0.3 | Knight Foundation | Grants for enhanced training of public sector and non-profit employees | | 0.3 | | | 0.3 | 0.3 | N | |
| 0.3 | Detroit Dev. Fund & Knight Foundation | Foster early stage retail and creative businesses | | 0.3 | | | 0.3 | 0.3 | N | |
| **22.1** | **Category Total** | | **-** | **22.1** | **-** | **-** | **22.1** | **22.1** | | |
| **$ 368.1** | **Total** | | **$287.5** | **$ 71.5** | **$ 26.1** | **$ 22.9** | **$ 310.0** | **$ 359.0** | | |

■ Newly identified funds coming directly to the City of Detroit

■ Previously identified funds, including monies already pledged, funds that are being unlocked for use, and the current year's annually anticipated appropriations

■ Private or public funds newly pledged for private sector initiatives or for non-Detroit governmental entities

CONFIDENTIAL INFORMATION
lally-gartel@kirkland.com
Detroit/27:11:2013 11:55

City of Detroit  *DRAFT*

| | Demolishing Blighted Properties, Revitalizing Neighborhoods and Redeveloping Detroit | | |
|---|---|---|---|
| | **HUD Community Development Block Grant ("CDBG")** | **Treasury TARP Hardest Hit Fund** | **U.S. Department of Housing and Urban Development ("HUD")** |
| **Amount of Grant in Announcement** | $65 million | $52 Million | $10.18 Million |
| **Actual Grant Funds Awarded** | $66.2 million | $52 Million | $10.18 Million |
| **Benefit to General Fund** | $0 | $25.6 Million | $0 |
| **Source of Funds** | U.S. Department of Housing and Urban Development | Michigan State Housing Development Authority ("MSHDA") | U.S. Department of Housing and Urban Development |
| **Purpose of Grants** | This is a multi-purpose grant with a wide range of uses including: Low to moderate income housing rehab, public facility improvements, property acquisition, and Section 108 loans. | The goal of this funding is to reduce the number of blighted structures | The goal of this grant is to expand the supply of decent, safe, sanitary, and affordable housing, with primary attention to rental housing, for very low-income and low-income families. |
| **Details of Grant Allocation** | <ul><li>Planning and Development Department allocates CDBG dollars across all divisions (e.g. housing, neighborhood, development, real estate, planning, grants management, etc.). Only a small portion is allocated to demolition</li><li>Below are the allocations for FY 2012/13 and FY 2013/14:<br><br>| Period | CDBG Allocation | Demolition Allocation |<br>|---|---|---|<br>| FY 2012/13 | 33,353,509 | 2,928,995 |<br>| FY 2013/14 | 32,877,085 | 3,310,736 |</li></ul> | The Detroit Land Bank Authority ("DLBA") was awarded the funds to use in neighborhoods across the city of Detroit. DLBA is the implementation manager and has partnered with the Michigan Land Bank who will perform the demolition field management along with the City of Detroit Buildings Safety Engineering & Environmental Department. The grant allows for the blight removal of a maximum of 4,000 lots at a total cost per lot of $13,085.85. | The City of Detroit received a HOME Investment Partnership Program Grant ("HOME") allocation of $5.8 million in FY 2012, has a projected HOME allocation of $4.3 million in FY 2013, and also has HOME funds available from previous years. |
| **Use of the Funds** | <ul><li>There are caps on how much can be spent on slum and blight activities - 70% of programming has to go for low/mod income benefit. 20% is allocated to Admin. About 10% of funds would be available to be used for blight removal</li><li>The City has the following CDBG funds available. All of the grants have been allocated:<br>   2011/2012 Grants: $15,886,635<br>   2012/2013 Grants: $33,353,509<br>   2013/2014 Grants: $32,877,085<br>   **Total Grants Available: $82,117,229**</li></ul> | <ul><li>The DLBA has identified publicly owned blighted properties in all of the target areas. The work will begin most heavily in three target areas, Grandmont Rosedale, UDM/ Marygrove and Morningside/EEV/Cornerstone, followed by aggressive strategic removal in Jefferson Chalmers, Southwest and North End. Work will be conducted in all areas simultaneously.</li><li>The DLBA will be reimbursed per unit based on the unit costs estimated by the State, as follows:<br>   Demolition: $11,025<br>   Maintenance: $750<br>   Acquisition Costs: $810.85<br>   Project Management Fee: $500<br>   **Total: $13,085.85**</li><li>The public lots will be acquired free and clear of property taxes.</li><li>Because the HHF Grant is reimbursable, the DLBA will get a line of credit to begin the demolitions.</li><li>The DLBA will acquire lots from the following sources: (a)</li></ul> | <ul><li>The City anticipates utilizing $10.1 million of the HOME funds awarded in FY 2012 and FY 2013 for the acquisition/rehabilitation or new construction of rental properties for low and moderate income households with incomes at or below 60% of the Area Median Income. HOME funds will be used to create affordable rental housing opportunities, improve property values, preserve existing housing, and stabilize neighborhoods.</li><li>The City issued a RFP in September 2013 and proposals are due November 26, 2013. Construction on rental properties is expected to start within 6 months of the initial commitment letter and completed with 18 months of initial project closing.</li></ul> |

1

|  | Demolishing Blighted Properties, Revitalizing Neighborhoods and Redeveloping Detroit | | |
|---|---|---|---|
|  | HUD Community Development Block Grant ("CDBG") | Treasury TARP Hardest Hit Fund | U.S. Department of Housing and Urban Development ("HUD") |
|  |  | Wayne County 2013 Tax Foreclosure, (b) City of Detroit, (c) Michigan Land Bank Authority ("MLBFTA"), and (d) some privately held properties.<br>• MSHDA has established an 18 month timeline beginning October 2013 for the removal of blighted structures, however the funds do not expire until late 2017. |  |
| **Treatment in 10-Year Plan** | • CDBG dollars are not reflected in the 10-Year Plan, since they do not impact the General Fund.<br>• The 10-Year plan includes a $500 m estimate for the removal of blighted structures. The estimate was developed knowing that CDBG is a recurring grant that the City receives each year - i.e. the $500m is incremental to whatever CDBG dollars are allocated to blight removal | The plan currently accounts for the removal of 78,000 structures for $500 million. This translates to a blight removal cost of approximately $6,410 per unit. This unit amount represents the low end of the estimated range based on the assumptions that the City would take advantage of economies of scale when demolishing 78,000 structures<br>This grant allows for the removal of 4,000 structures which creates a savings of $25.6 million in the 10 year plan. (4,000 structures * $6,410 per structure). | Previously identified. Not reflected in 10-Year - not related to blight removal. Represents non-GF grants received by Planning & Development. |
| **Reimbursement Grant** | Yes | Yes | Yes |

CONFIDENTIAL INFORMATION
lally.gartel@kirkland.com
Detroit/27:11:2013 11:55

CONFIDENTIAL INFORMATION
lally.gartel@kirkland.com
Detroit 27:11:2013 11:55

## Improving Public Safety, Reducing Crime, and Decreasing Emergency Response Time

| | Federal Emergency Management Agency ("FEMA") | Department of Justice ("DOJ") |
|---|---|---|
| Amount of Grant in Announcement | $25 million | $3.0 million |
| Actual Grant Funds Awarded | $25 million | $1.9 million |
| Benefit to General Fund | $22.3 million | $0 |
| Source of Funds | FEMA | DOJ |
| Purpose of Grants | The goal of this grant is to provide funding directly to fire departments in order to help them increase the number of trained firefighters available in their communities. | The COPS Hiring Program grants provide funds directly to law enforcement agencies to hire new or previously laid off police officers. |
| Details of Grant Allocation | The City of Detroit has applied for a $25 million grant. FEMA Director, Brian Kamoie, indicated that the applications for the FY 2013 SAFER Grant are currently being reviewed and applicants will be notified of grant awards in November 2013. | The City currently has the following three Grants available:<br><br>\| Grant Year \| Expiration \| Original Grant \|<br>\|---\|---\|---\|<br>\| 2009 Grant \| 12/30/2013 \| 11,148,750 \|<br>\| 2011 Grant \| 8/31/2014 \| 5,694,725 \|<br>\| 2013 Grant \| 9/30/2016 \| 1,884,390 \| |
| Use of the Funds | The City plans to hire 150 new fire fighters. | The City plans to hire 10 additional police officers. |
| Treatment in 10-Year Plan | • The 10 year plan assumes that the Fire Department has a total of 1,228 employees covered by the General Fund by the end of FY 2014.<br>• As of September 2013, there were a total of 1,139 employees. The City expects to have a total of 1,244 employees after accounting for new hires currently in the Academy, new hires based on this grant, and the loss of employees related to prior SAFER grant expirations. Of these 1,244 employees, 150 will be SAFER funded and 1,094 will be funded through the General Fund.<br><br>\| Revised Plan \| Firefighters \| Other Employees \| Total Employees \|<br>\|---\|---\|---\|---\|<br>\| Current Employees \| 842 \| 297 \| 1,139 \|<br>\| Promotion to Fire Marshal \| -20 \| 20 \| 0 \|<br>\| New Hires in Academy \| 90 \| 0 \| 90 \|<br>\| New SAFER Hires \| 150 \| 0 \| 150 \|<br>\| Employee reduction do to prior SAFER expiration \| -135 \| 0 \| -135 \|<br>\| Total Employees \| 927 \| 317 \| 1,244 \|<br><br>• The SAFER grant will reduce the number of employees funded by the General Fund by 134 (from 1,228 in the 10-Year Plan to 1,094 in the revised expectations). As a result, the SAFER grant will result in a savings of approximately $22 million (134/150 * $25 million). | • The 10 Year plan includes $2 million for the 2011 COPS Hiring Program Grant which expires in August 2014.<br>• The Plan also includes an additional $1.62 million per year of grants which would cover the 2013 COPS Hiring Grant. |
| Reimbursement Grant | Yes | Yes |

3

City of Detroit  *DRAFT*

## Improving Transportation Systems for City and Regional Residents
### Department of Transportation

| | |
|---|---|
| **Amount of Grant in Announcement** | $100 million |
| **Actual Grant Funds Awarded** | $90.8 million |
| **Benefit to General Fund** | $0 |
| **Source of Funds** | Federal Transit Administration ("FTA") and MDOT |
| **Purpose of Grants** | The FTA has awarded the City several grants that provide Detroit with capital, operating and evaluation assistance for transportation facilities. |
| **Details of Grant Allocation** | The FTA and MDOT have awarded the City of Detroit the funds below. The US Government shut down has delayed the awarding of the 5309 and 5339 |

| Program | Grant Details | FTA Grant | MDOT Grant | Total Grant | Type | 13c Status | Funding Year | Award Date |
|---|---|---|---|---|---|---|---|---|
| 5307 Formula Grants | Preventive Maintenance (28.9) Fac Rehab (7.5), Overhaul (12.5), SupportVeh (1.2), Shelters (.6), Security (.6), Com (.6), Dev/Planning (2.5), Misc (.2) | 43.7 | 10.9 | 54.6 | Operating Grant | Awaiting Certification | 2012/2013 | Pending |
| 5307 CMAQ Grant | Lease Payments | 3.3 | 0.8 | 4.1 | Capital Grant | | 2013 | 8/30/2013 |
| 5309 Grants | | 0.3 | 0.1 | 0.4 | Capital Grant | | 2011 | 7/15/2013 |
| 5309 Grants | Overhaul (12), Security (3), AVL (3.8), Leases (7.5), Coolidge (.7) | 21.5 | 5.4 | 26.9 | Capital Grant | Certified | 2012 | Pending |
| 5339 Grants | Bus stops/ facilities/ shelters | 2.1 | 0.5 | 2.6 | Capital Grant | Certified | 2013 | Pending |
| 5316 Grant | Job Access Grants | 0.6 | 0.6 | 1.3 | Operating Grant | | 2011 | 8/27/2013 |
| 5317 Grant | New Freedom Grants | 0.4 | 0.4 | 0.9 | Operating Grant | | 2011 | 8/26/2013 |
| **Total** | | **$ 72.0** | **$ 18.8** | **$ 90.8** | | | | |

| | |
|---|---|
| **Use of the Funds** | The majority of the funds will be used in preventative maintenance and bus overhaul and security. Only approximately $4.5 million has been spent so far. To spend the funds DDOT must release an RFP and then hold a bid process. |
| **Treatment in 10-Year Plan** | These grants are not new, they are recurring programs that DDOT relies upon to fund its capital and maintenance programs. DDOT subsidy in 10-Year Plan and reinvestment amounts assume FTA grants continue to be received. Operating grants are reflected in 10 year plan under grant line. Capital grants are reflected in historical amounts under the grant line item, but not reflected in projections as they are assumed to have a net effect on DDOT subsidy projections |
| **Reimbursement Grant** | Yes |

4

13-53846-tjt    Doc 1870-7    Filed 11/27/13    Entered 11/27/13 21:22:45    Page 6 of 8
[6.11] [Federal Funds Announced on Sep. 27 2013_115113 vDRAFT.pdf] [Page 5 of 7]

CONFIDENTIAL INFORMATION

City of Detroit  *DRAFT*

| | Improving Transportation Systems for City and Regional Residents | | |
|---|---|---|---|
| | **Kresge Foundation** | **Department of Transportation TIGER Grant** | **Department of Transportation** |
| Amount of Grant in Announcement | $30 million | $25 million | $6.4 million |
| Actual Grant Funds Awarded | NA | $25 million | $6.4 million |
| Benefit to General Fund | $0 | $0 | $0 |
| Source of Funds | Kresge Foundation and NCB Capital Impact | Federal Transit Administration ("FTA") | US Department of Transportation |
| Purpose of Grants | The Kresge Foundation and NCB Capital Impact, a community development finance institution, have launched the Woodward Corridor Investment Fund ("The Fund"), a $30.25 million effort to provide capital for the redevelopment of Detroit's Woodward Corridor. | The Transportation Investment Generating Economic Recovery or TIGER Discretionary Grant program allows the U.S. Department of Transportation to invest in road, rail, transit and port projects that promise to achieve critical national objectives. | The purpose of the Regional Transit Authority ("RTA") to coordinate the activities of the existing transit agencies within its jurisdiction and secure funding to improve and enhance public transportation. |
| Details of Grant Allocation | The Fund will provide long-term fixed-rate loans for the development of multi-family and mixed use projects along Woodward Avenue. | <ul><li>The grant will be used for Detroit's M1-Rail project to build a light rail line on Woodward Avenue in the city's downtown.</li><li>The M1-Rail project is also funded by the non-profit M-1 Rail Corp which is a coalition of private businesses, foundations, and public and private institutions. The M-1 Rail Corp ("M-1") has committed more than $100 million toward construction and operation of the $137 million project. The remainder will be funded by state and local sources. M-1 will initially operate the streetcar line.</li></ul> | The funds were awarded to the RTA which was created in December 2012. It is comprised of the counties of Macomb, Oakland, Washtena, and Wayne. |
| Use of the Funds | The Fund began accepting applications on October 1, 2013 and initial loan approvals will be made before the end of 2013 for projects that will start construction before the end of 2014. | <ul><li>The City of Detroit has entered into an inter-governmental agreement with MDOT to manage the $25 million grant for M-1.</li><li>MDOT will draw the funds from the FTA and M-1 will spend the funds.</li><li>The Department of Public Works will manage the city side.</li></ul> | A program has not been announced for the use of the funds. The RTA does not have permanent funding sources, so the agency may hold the funds for administrative purposes. |
| Treatment in 10-Year Plan | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan | Not included in 10 year baseline or reinvestment. This program would be incremental to any reinvestment amounts assumed in the plan |
| Reimbursement Grant | NA | Yes | |

| Helping Create a 21st Century Detroit (Philanthropic Grants) | | | |
|---|---|---|---|
| Institution | Description | Amount | Grant Purpose |
| Ford, Kresge, & Knight Foundations | Cultivating Detroit entrepreneurs and small businesses | $15 million | The Knight, Ford and Kresge Foundations committed a combined $15 million to the New Economy Initiative. The Group is working to transform Detroit's economy by building a network of support for entrepreneurs and small businesses. |
| Private Funding | Classes of Revitalization Fellows | $5 million | Fellows work for two-year term at a relevant Detroit organization while the program provides them with executive-style education opportunities, coaching, leadership development and the chance to work on many of the city's economic and urban development initiatives. The Ford Foundation and the Kresge Foundation have committed a combined $5 million to the program. There are currently no Revitalization Fellows placed in any City of Detroit departments. |
| Ford Foundation | Upgrade City's grants management system | $1 million | Public Consulting Group ("PCG") conducted a month-long assessment of the City's grant management capabilities. The $127K study was funded by the Ford Foundation and concluded at the end of October. PCG has developed an implementation plan to set up a central grants management office ("GMO") to provide better oversight on grants. Their proposed plan would cost ~$1.7M and will create a transitional GMO by March 2014, with a full implementation completed by March 2015; full implementation is predicated on a system-wide ERP upgrade, which takes 9-12 months. |
| Knight Foundation & Rock Ventures | Implement Tech Team's recommendations | $0.5 million | Detroit Future City was provided $250,000 to fund the human capital necessary to put in place recommendations from a White House-led information technology team, as part of a long-term, strategic plan for a prosperous Detroit developed by city officials and the community. |
| Knight Foundation | Grants for enhanced training of public sector and non-profit employees | $0.3 million | Community Foundation for Southeast Michigan was provided $250,000 to fund fifty $5,000 capacity grants to subsidize training for public sector and nonprofit staff who are advancing the future of Detroit in areas of economic growth, land use, city systems, planning and neighborhoods (the Detroit Future City "Elements"). |
| Detroit Dev. Fund & Knight Foundation | Foster early stage retail and creative businesses | $0.3 million | Detroit Development Fund was provided $250,000 to support early stage retail and creative businesses in Detroit and furthering the organization's mission to revitalize economically distressed areas in the city. |

6

13-53846-tjt    Doc 1870-7    Filed 11/27/13    Entered 11/27/13 21:22:45    Page 8 of 8
[6.11] [Federal Funds Announced on Sep. 27 2013_115113 vDRAFT.pdf] [Page 7 of 7]

CONFIDENTIAL INFORMATION
lally_gartel@kirkland.com
Detroit/27:11:2013 11:55