# Exhibit G

# Cash Flow Variance Report June 2013

# Project Piston

Cash Flow Variance Report

(June 2013)

Work in Process - Subject to Material Change

Information contained herein has not been independently verified and is subject to material change based on continuing review.  Accordingly, the information contained herein is not intended to be and should not be relied upon by any third party or as legal, auditing, or accounting advice

The attached cash flows ("Monthly Cash Flow"), its assumptions and underlying data are the product of the Client and its management ("Management") and consist of information obtained solely from the Client. With respect to prospective financial information relative to the Client, Ernst & Young LLP ("EY") did not examine, compile or apply agreed upon procedures to such information in accordance with attestation standards established by the AICPA and EY expresses no assurance of any kind on the information presented. It is the Client's responsibility to make its own decision based on the information available to it. Management has the knowledge, experience and ability to form its own conclusions related to the Client's Monthly Cash Flow. There will usually be differences between forecasted and actual results because events and circumstances frequently do not occur as expected and those differences may be material. EY takes no responsibility for the achievement of forecasted results.  Accordingly, reliance on this report is prohibited by any third party as the projected financial information contained herein is subject to material change and may not reflect actual results.

**NOTE:**
General Fund cash activity and the forecasts herein are based on estimated cash activity for the General Fund main operating account.  In addition to General Fund cash (fund 1000), the main operating account also contains cash balances and cash activity of the Risk Management Fund, Construction Fund, Street Funds, Solid Waste Fund, General Grants, and Motor Vehicle Fund ("other funds").  While the cash balances related to these other funds are pooled with General Fund cash, the City does maintain a separate accounting of due to/from balances for each fund.  Since the General Fund commonly borrows from other funds, actual cash balance in these accounts at any given point in time is higher than that which actually belongs solely to the General Fund.

*$ in millions*

|  | FY 2014 |
|---|---:|
| **Ending cash - Forecast (11A+1F)** | $ 14.1 |
| **Ending cash - Actual** | 36.0 |
| Favorable variance | $ 21.9 |
| Reconciling items: | |
| Missed COP payment | $ 39.7 |
| Escrow proceeds not drawn | (20.0) |
| Property tax receipts lower (net impact) | (9.6) |
| DDOT actual cash subsidy lower than forecast | 8.7 |
| Miscellaneous other | 3.1 |
| **Sub-total reconciling items** | **21.9** |

**Project Piston**
Monthly Cash Flow Variance Report

| $ in millions | Forecast Jun-13 | Actual Jun-13 | Variance | Comments |
|---|---:|---:|---:|---|
| **Operating Receipts** | | | | |
| Property taxes | $ 58.0 | $ 44.6 | $ (13.4) | Actual amount lower than estimate from County; Net impact ~$10m (combine with distributions and accum prop tax accrual) |
| Income & utility taxes | 18.4 | 18.4 | (0.0) | |
| Gaming taxes | 9.2 | 5.6 | (3.5) | ~$5m held by custodian as of 6/30/2013; since cash was held by custodian, monthly swap payment ($4.2m) was not made; cash has |
| Municipal service fee to casinos | - | - | - | subsequently been released by custodian to City and June swap set-aside has been made |
| State revenue sharing | - | - | - | |
| Other receipts | 19.4 | 33.5 | 14.1 | Primarily due to inter-fund receipts for true-up of inter-agency billings coincident with fiscal year end |
| Refinancing proceeds | 20.0 | - | (20.0) | Proceeds not drawn; funds remain in escrow (see "memo" below) |
| **Total operating receipts** | **125.0** | **102.1** | **(22.9)** | |
| **Operating Disbursements** | | | | |
| Payroll, taxes, & deductions | (27.2) | (27.7) | (0.5) | |
| Benefits | (16.0) | (17.1) | (1.1) | |
| Pension contributions | - | - | - | |
| Subsidy payments | (10.9) | (2.2) | 8.7 | Cash needs of DDOT lower primarily due to no risk mgmt premium, missed COP payment, and deferral of pension contributions |
| Distributions (w/o DDA increment) | (27.2) | (7.7) | 19.5 | Partially due to small prop tax collection; but majority is deferred until FY14 and captured below in "accumulated prop tax distr" accrual |
| DDA increment distributions | (5.5) | (6.2) | (0.7) | |
| Income tax refunds | (3.8) | (5.6) | (1.9) | |
| A/P and other disbursements | (32.2) | (34.9) | (2.7) | Primarily due to grant related and inter-fund disbursements (funded by favorable variance in "other receipts" above) |
| Sub-total operating disbursements | (122.8) | (101.3) | 21.4 | |
| POC and debt related payments | (36.6) | 2.3 | 39.0 | Primarily due to missed COP payment ~$39.7m |
| **Total disbursements** | **(159.4)** | **(99.0)** | **60.4** | |
| **Net cash flow** | **(34.4)** | **3.1** | **37.5** | |
| Cumulative net cash flow | | | | |
| Beginning cash balance | 68.2 | 68.2 | - | |
| Net cash flow | (34.4) | 3.1 | 37.5 | |
| **Cash before required distributions** | **$ 33.8** | **$ 71.3** | **$ 37.5** | |
| Accumulated property tax distributions | (19.7) | (35.3) | (15.6) | Higher accrual due to deferred distributions above |
| **Cash net of distributions** | **$ 14.1** | **$ 36.0** | **$ 21.9** | |
| *Memo:* | | | | |
| Accumulated deferrals (estimated) | (118.7) | (118.7) | - | |
| Missed COP payment 6/14/13 | - | (39.7) | (39.7) | |
| Refunding bond proceeds in escrow | 51.7 | 71.7 | 20.0 | |
| Reimbursements owed to other funds | tbd | tbd | tbd | |

$ in millions

| | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 | 4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Preliminary |
| | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | FY 2013 |
| **Operating Receipts** | | | | | | | | | | | | | |
| Property taxes | $ 34.0 | $ 198.0 | $ 14.8 | $ 6.9 | $ 4.2 | $ 24.4 | $ 139.1 | $ 42.3 | $ 5.4 | $ 1.3 | $ 3.1 | $ 44.6 | $ 518.2 |
| Income & utility taxes | 23.1 | 25.1 | 21.5 | 25.8 | 23.6 | 21.9 | 25.4 | 23.9 | 20.4 | 30.2 | 30.8 | 18.4 | 290.1 |
| Gaming taxes | 12.4 | 15.2 | 17.2 | 12.4 | 20.8 | 11.0 | 11.5 | 19.6 | 14.4 | 12.8 | 16.5 | 5.6 | 169.5 |
| Municipal service fee to casinos | - | 7.6 | - | - | 4.0 | 4.0 | 1.8 | - | - | - | - | - | 17.4 |
| State revenue sharing | 28.5 | - | 28.7 | - | 30.9 | - | 30.4 | - | 30.6 | - | 29.7 | - | 178.9 |
| Other receipts | 26.1 | 37.8 | 26.0 | 22.5 | 26.6 | 31.7 | 16.7 | 58.0 | 25.6 | 29.3 | 41.4 | 33.5 | 375.3 |
| Refinancing proceeds | - | - | - | - | - | 10.0 | - | - | - | - | - | - | 10.0 |
| **Total operating receipts** | **124.2** | **283.8** | **108.2** | **67.5** | **110.1** | **103.1** | **225.0** | **143.9** | **96.5** | **73.6** | **121.4** | **102.1** | **1,559.3** |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Payroll, taxes, & deductions | (37.5) | (35.0) | (32.5) | (28.0) | (41.1) | (30.1) | (23.6) | (30.1) | (25.9) | (26.3) | (36.2) | (27.7) | (374.0) |
| Benefits | (18.3) | (21.0) | (20.4) | (16.7) | (16.2) | (19.5) | (9.7) | (15.8) | (17.7) | (4.7) | (14.9) | (17.1) | (192.1) |
| Pension contributions | - | (11.7) | (7.2) | - | (1.2) | (8.8) | (1.9) | - | - | - | - | - | (30.8) |
| Subsidy payments | (0.6) | (4.9) | (6.2) | (1.1) | - | (0.1) | (0.2) | (5.7) | (5.0) | (3.9) | (1.6) | (2.2) | (31.4) |
| Distributions (w/o DDA increment) | (0.9) | (111.6) | (45.3) | (3.4) | (4.2) | (1.5) | (8.1) | (80.7) | (66.9) | (1.9) | - | (7.7) | (332.3) |
| DDA increment distributions | - | - | - | - | - | - | (5.9) | - | - | - | - | (6.2) | (12.1) |
| Income tax refunds | (1.9) | (3.3) | (0.6) | - | (1.8) | (1.0) | (0.5) | (0.4) | (0.4) | (1.9) | (1.6) | (5.6) | (19.1) |
| A/P and other disbursements | (43.8) | (48.1) | (34.5) | (31.4) | (37.1) | (25.2) | (24.3) | (34.7) | (29.3) | (27.7) | (36.9) | (34.9) | (408.0) |
| Sub-total operating disbursements | (103.1) | (235.7) | (146.8) | (80.6) | (101.7) | (86.1) | (74.1) | (167.4) | (145.0) | (66.5) | (91.3) | (101.3) | (1,399.7) |
| POC and debt related payments | (4.2) | (5.4) | (4.9) | (9.0) | (7.9) | (14.9) | (3.1) | (8.5) | (4.8) | (32.2) | (25.6) | 2.3 | (118.1) |
| **Total disbursements** | **(107.3)** | **(241.1)** | **(151.7)** | **(89.6)** | **(109.6)** | **(101.0)** | **(77.2)** | **(175.9)** | **(149.8)** | **(98.8)** | **(116.9)** | **(99.0)** | **(1,517.9)** |
| **Net cash flow** | **16.9** | **42.6** | **(43.5)** | **(22.0)** | **0.5** | **2.1** | **147.8** | **(32.1)** | **(53.3)** | **(25.2)** | **4.6** | **3.1** | **41.5** |
| Cumulative net cash flow | 16.9 | 59.5 | 16.0 | (6.0) | (5.5) | (3.4) | 144.4 | 112.3 | 59.0 | 33.9 | 38.4 | 41.5 | |
| Beginning cash balance | 29.8 | 46.7 | 89.3 | 45.8 | 23.8 | 24.3 | 26.4 | 174.2 | 142.1 | 88.8 | 63.7 | 68.2 | 29.8 |
| Net cash flow | 16.9 | 42.6 | (43.5) | (22.0) | 0.5 | 2.1 | 147.8 | (32.1) | (53.3) | (25.2) | 4.6 | 3.1 | 41.5 |
| **Cash before required distributions** | $ 46.7 | $ 89.3 | $ 45.8 | $ 23.8 | $ 24.3 | $ 26.4 | $ 174.2 | $ 142.1 | $ 88.8 | $ 63.7 | $ 68.2 | $ 71.3 | $ 71.3 |
| Accumulated property tax distributions | (48.1) | (77.8) | (31.8) | (32.7) | (31.2) | (47.4) | (149.3) | (89.0) | (26.4) | (25.5) | (27.9) | (35.3) | (35.3) |
| **Cash net of distributions** | $ (1.4) | $ 11.5 | $ 14.1 | $ (8.9) | $ (6.9) | $ (21.0) | $ 24.9 | $ 53.1 | $ 62.4 | $ 38.2 | $ 40.3 | $ 36.0 | $ 36.0 |
| *Memo:* | | | | | | | | | | | | | |
| Accumulated deferrals (estimated) | (66.2) | (56.3) | (50.9) | (52.7) | (53.2) | (46.3) | (44.2) | (53.9) | (57.7) | (61.5) | (65.8) | (118.7) | (118.7) |
| Missed COP payment 6/14/13 | - | - | - | - | - | - | - | - | - | - | - | (39.7) | (39.7) |
| Refunding bond proceeds in escrow | 28.6 | 81.7 | 81.7 | 81.7 | 81.7 | 71.7 | 71.7 | 71.7 | 71.7 | 71.7 | 71.7 | 71.7 | 71.7 |
| Reimbursements owed to other funds | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd |

13-53846-tjt   Doc 1870-8   Filed 11/27/13   Entered 11/27/13 21:22:45   Page 5 of 5
[4.2.2.4] [June_2013_variance_report_(DRAFT)_v1.pdf] [Page 4 of 4]
4 of 4

CONFIDENTIAL INFORMATION
lally.gartel@kirkland.com
Detroit/27:11:2013 11:54