# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CORRECTED
## WITHDRAWAL OF OBJECTION OF THE OFFICIAL COMMITTEE OF RETIREES TO THE MOTION OF DEBTOR FOR ENTRY OF AN ORDER (1) AUTHORIZING ASSUMPTION OF THAT CERTAIN FORBEARANCE AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND GRANTING RELATED RELIEF

The Official Committee of Retirees of the City of Detroit, Michigan, through its undersigned counsel, hereby withdraws its objection to the Motion Of Debtor For Entry Of An Order (I) Authorizing Assumption Of That Certain Forbearance And Optional Termination Agreement Pursuant To Section 365(A) Of The Bankruptcy Code, (II) Approving Such Agreement Pursuant To Rule 9019, And (III) Granting Related Relief [Dkt #874]:

Dated: November 27, 2013

        DENTONS US LLP

        By: */s/ Carole Neville*
        Carole Neville
        1221 Avenue of the Americas
        New York New York 10020
        Tel: (212) 768-6700
        Fax: (212) 768-6800
        carole.neville@dentons.com

        and

        Sam J. Alberts
        DENTONS US LLP
        1301 K Street, NW
        Suite 600, East Tower

Washington, DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

and

Matthew E. Wilkins
Paula A. Hall
BROOKS WILKINS SHARKEY & TURCO
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1800
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Retirees Committee*