UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 27, 2013, she caused to be electronically filed with the Clerk of the Court **INTERESTED PARTY CENTER FOR COMMUNITY JUSTICE AND ADVOCACY'S OBJECTION TO DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520]** ("Objection") [Docket No. 1873], and that such Objection was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                          VANESSA G. FLUKER, ESQ., PLLC

                    By: /s/Vanessa G. Fluker
                         Vanessa G. Fluker, Esq. (P64870)
                         Attorneys for Interested Party Center for
                         Community Justice and Advocacy
                         2921 East Jefferson, Suite 200
                         Detroit, MI 48207
                         Phone: (313) 393-6005
                         Fax: (313) 393-6007
                         Email: vgflawyer@sbcglobal.net

DATED: November 27, 2013