UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                  )        Chapter 9
                                        )
CITY OF DETROIT, MICHIGAN,              )        Case No. 13-53846
                                        )
        Debtor.                         )        Honorable Steven W. Rhodes
                                        )
                                        )

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 27, 2013, the *Objection of the Detroit Retirement Systems to the Motion of Debtor for Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claims Status and (III) Modifying Automatic Stay* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Date: December 2, 2013

Respectfully submitted by,

CLARK HILL PLC

By: */s/ Secret S. Washington*
Secret S. Washington
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(248) 642-9692