UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------------x
:
In re : Chapter 9
:
**CITY OF DETROIT, MICHIGAN,** : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
------------------------------------------------------------------x

**FINANCIAL GUARANTY INSURANCE COMPANY'S LIST
OF WITNESSES RELATED TO THE MOTION OF THE DEBTOR
FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 362, 364(c)(1),
364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 AND 922 (I) APPROVING
POST-PETITION FINANCING, (II) GRANTING LIENS AND PROVIDING
SUPERPRIORITY CLAIM STATUS AND (III) MODIFYING AUTOMATIC STAY**

Financial Guaranty Insurance Company ("**FGIC**") files its list of witnesses related to the *Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (i) Approving Post-Petition Financing, (ii) Granting Liens and Providing Superpriority Claim Status and (iii) Modifying Automatic Stay* [Docket No. 1520] (the "**Motion**").

1. FGIC identifies the following individual as a potential witness at the hearing on the Motion: Stephen Spencer, Managing Director of Houlihan Lokey, financial advisor to FGIC.

2. Mr. Spencer will testify on the subject matters set forth in the *Objection of Financial Guaranty Insurance Company to the Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922*

*(i) Approving Post-Petition Financing, (ii) Granting Liens and Providing Superpriority Claim Status and (iii) Modifying Automatic Stay* [Docket No. 1847].

3. To the extent necessary, FGIC will make Mr. Spencer available for a deposition at a mutually convenient time.

Dated: December 2, 2013
       Birmingham, Michigan

                              /s/ Mark R. James
                              Ernest J. Essad Jr.
                              Mark R. James
                              WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
                              280 North Old Woodward Avenue, Suite 300
                              Birmingham, MI 48009
                              Telephone: (248) 642-0333
                              Facsimile: (248) 642-0856
                              Email: EJEssad@wwrplaw.com
                              Email: mrjames@wwrplaw.com

                              – and –

                              Alfredo R. Pérez
                              WEIL, GOTSHAL & MANGES LLP
                              700 Louisiana Street, Suite 1600
                              Houston, TX 77002
                              Telephone: (713) 546-5000
                              Facsimile: (713) 224-9511
                              Email: alfredo.perez@weil.com

                              *Attorneys for Financial Guaranty Insurance Company*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------------x
                                                                  :

In re                                                 : Chapter 9

**CITY OF DETROIT, MICHIGAN,**      : Case No. 13-53846

                      Debtor.           : Hon. Steven W. Rhodes

------------------------------------------------------------------x

### CERTIFICATION OF SERVICE

I hereby certify that on December 2, 2013 *Financial Guaranty Insurance Company's List of Witnesses Related to the Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 AND 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

                                                /s/ Mark R. James
                                                Mark R. James (P54375)
                                                Attorney for Financial Guaranty
                                                Insurance Company
                                                Williams, Williams, Rattner & Plunkett, P.C.
                                                380 North Old Woodward Ave., Suite 300
                                                Birmingham, MI 48009
                                                (248) 642-0333
                                                mrj@wwrplaw.com

Dated: December 2, 2013