UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                          Chapter 9
                                                 Case No. 13-53846

City of Detroit, Michigan,

      Debtor.

_____/

**INTERESTED PARTY DAVID SOLE'S DISCLOSURE OF WITNESSES AND DOCUMENTS IN ADVANCE OF DECEMBER 17, 2013 HEARING [DOCKET 1864] ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157]**

Now comes Interested Party David Sole and discloses the following potential witnesses and exhibits in connection with the December 17, 2013 hearing on the above motions:

**WITNESSES**

1. Wallace C. Turbeville, Senior Fellow Demos, former vice president Goldman Sachs, Municipal Bond Department.

2. Saqib Bhatti (previously disclosed)

**EXHIBITS**

1. 2009 Swap Agreements

2. LIBOR Rates

3. Orr August 30, 2013 deposition excerpts

4. Barclay Loan terms

5. Barclay commitment letter

6. $95 million appropriation for "restructuring"

7. Automatic Stay Order

1

8. Fitch and Standard and Poors at City Council table

9. City Council resolution disapproving Barclay loan

10. City Council resolution calling for SEC investigation

11. Turbeville CV

12. Demos report, The Detroit Bankruptcy, dated November 2013

13. July 2006 POC and Interest Rate Swap documents

14. 2006 POC reflecting no security interest

15. June 2009 Amended POC and Interest Rate Swap documents

16. Libor historical index

17. May 12, 2013 EM Financial Plan

18. July 14, 2013 EM Financial Report to Creditors

19. Bloomberg article on Termination Fees

20. BBC article on UBS Libor rigging

21. Article on ISDA Fix

22. Articles on conviction of UBS executive and indictment of BofA executive

23. Final Judgment on UBS municipal bond rigging/ article on BofA

24. Article on UBS sub-prime lending

25. Senate Select Committee Report on Wall Street and the Financial Crisis

26. Detroit Retirement Fund lawsuit against UBS for mortgage fraud

27. City of Detroit, January 2009 Planning and Development Department Neighborhood Stabilization Program Plan

28. Offering Circular relative to 2006 Certificates of Participation

29. Bhatti CV

Respectfully submitted,

JEROME D. GOLDBERG, PLLC

By: */s/ Jerome D. Goldberg*
Jerome D. Goldberg (P61678)
Attorney for David Sole, Party in Interest
2921 East Jefferson, Suite 205
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

DATED: December 13, 2013