UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:    Chapter 9
    Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on December 2, 2013, he caused to be electronically filed with the Clerk of the Court Party in Interest David Sole's INTERESTED PARTY DAVID SOLE'S DISCLOSURE OF WITNESSES AND DOCUMENTS [DOCKET 1894] IN ADVANCE OF DECEMBER 17, 2013 HEARING [DOCKET 1864] ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157], and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                  JEROME D. GOLDBERG, PLLC

                                  By:   */s/ Jerome D. Goldberg*
                                  Jerome D. Goldberg (P61678)
                                  Attorney for David Sole, Party in Interest
                                  2921 East Jefferson, Suite 205
                                  Detroit, MI 48207
                                  Phone: 313-393-6001
                                  Fax: 313-393-6007
                                  Email: apclawyer@sbcglobal.net

DATED: December 2, 2013