UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 27, 2013, the following pleadings were filed using the Court's CM/ECF system, which provides electronic notification of such filings to all counsel of record.

1. Response of The Official Committee of Retirees For Motion of The Debtor For a Final Order Pursuant To 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(E), 364(F), 503, 507(A)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay (Dkt No. 1868);

2. Further Response of The Official Committee of Retirees For The Motion of Debtor For Entry of an Order (1) Authorizing Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant To Section 365(A) of The Bankruptcy Code, (II) Approving Such Agreement Pursuant To Rule 9019, and Granting Related Relief (Dkt No. 1869); and

3. Corrected Withdrawal of Objection of The Official Committee of Retirees To The Motion of Debtor For Entry of An Order (1) Authorizing Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant To Section 365(A) of The Bankruptcy Code, (II) Approving Such Agreement Pursuant To Rule 9019, and Granting Related Relief (Dkt No. 1871).

Dated: December 2, 2013        DENTONS US LLP

By: /s/ Carole Neville
Carole Neville
1221 Avenue of the Americas
New York New York 10020
Tel: (212) 768-6700
carole.neville@dentons.com

*Attorneys for the Retiree Committee*

81514321\V-1