UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                           Case No. 13-53846

CITY OF DETROIT, MICHIGAN                        In Proceedings Under
                                                 Chapter 9
      Debtor.
                                                 Hon. Steven W. Rhodes

_____/

**AMBAC ASSURANCE CORPORATION'S LIST OF WITNESSES RELATED TO THE MOTION OF THE DEBTOR FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 901, 921 and 922 (I) APPROVING POST-PETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND (III) MODIFYINGAUTOMATIC STAY**

Ambac Assurance Corporation ("Ambac"), a creditor and party in interest in the above-captioned case files its list of witnesses related to the *Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 901, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay* ( [Dkt. No. 1520] (the "Motion"):

    1.     Ambac identifies Joseph J. Lhota of Goldin Associates, LLC as a witness it may call to testify at the hearing on the Motion.

    2.     If called to testify, Mr. Lhota would testify on the subject matters set forth in the *Objection of Ambac Assurance Corporation to Motion of the Debtor*

*for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 901, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay* [Dkt. No. 1851].

3. To the extent necessary, Ambac will make Mr. Lhota available for a deposition at a mutually convenient time.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: December 2, 2013

By: /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
RALPH A. TAYLOR, JR.
LEAH MONTESANO (application for admission pending)
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 BROADWAY
NEW YORK, NY 10019
(212) 484-3900

and

2

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*