## SUMMARY OF ATTACHMENTS

Exhibit 1     Proposed Form of Order

Exhibit 2     Notice of Motion and Opportunity to Object

Exhibit 3     None [Brief not Required]

Exhibit 4     Certificate of Service

Exhibit 5     Affidavits [Not Applicable]

Exhibit 6     Documentary Exhibits [Not Applicable]