# Exhibit 1

# Proposed Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION OF THE OBJECTORS TO COMPEL THE PRODUCTION OF A PRIVILEGE LOG**

This matter having come before the Court on the motion (the "*Ex Parte* Motion*") of the Objectors for the entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion of the Objectors to Compel the Production of a Privilege Log* (the "Motion to Compel"), the Court having reviewed the Objectors' motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objectors' *Ex Parte* Motion is GRANTED.

2. The hearing with respect to the Objectors' Motion to Compel shall be held on December 3, 2013 before Hon. Steven Rhodes.

3. The joining Objectors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____

STEVEN W. RHODES
United States Bankruptcy
Judge