UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

       Debtor.

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2013, the Limited Objection by The Detroit Public Safety Unions to the Debtor's Motion, Pursuant to Sections 105 and 502 of the Bankruptcy Code, for Entry of an Order Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims [Docket No. 1665] was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

> */s/ Barbara A. Patek*
> BARBARA A. PATEK (P34666)
> Erman, Teicher, Miller,
> Zucker & Freedman, P.C.
> 400 Galleria Officentre, Ste. 444
> Southfield, MI 48034
> Telephone: 248-827-4100
> Facsimile: 248-827-4106
> Email: bpatek@ermanteicher.com

Dated: December 3, 2013

F:\CHAP9\DETROIT\cert of service - ltd obj.docx