Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38–6004606

## NOTICE OF ADJOURNMENT OF HEARING ON EVIDENTIARY MOTIONS

**PLEASE TAKE NOTICE** that the hearing on 12/10/2013 at 9:00 AM to consider and act upon the following:

*893* – Motion in Limine to Exclude Testimony of Alexandra Schwarzman Filed by Debtor In Possession City of Detroit, Michigan (Kovsky–Apap, Deborah)

*933* – Motion The Objectors' Motion in Limine to Preclude Debtor from Offering Evidence Regarding the Likelihood of Success, Complexity, and Expense of Claims the City Seeks to Settle with the Forbearance and Optional Termination Agreement Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (Attachments: # 1 Index Summary of Attachments # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Notice # 4 Exhibit 3 – Brief [Not Required] # 5 Exhibit 4 – Certificate of Service [To be Filed] # 6 Exhibit 5 – Affidavits [Not Applicable] # 7 Exhibit 6–A – Excerpts of Deposition of Kevyn D. Orr # 8 Exhibit 6–B – Excerpts of Deposition of Kenneth Buckfire # 9 Exhibit 6–C – Email from G. Shumaker to S. Hackney dated September 6, 2013) (Hackney, Stephen)

*935* – Motion The Objectors' Motion in Limine to Preclude Debtor from Offering Evidence Regarding the City's Need to Obtain Casino Revenues in Connection with Its Debtor–In–Possession Financing Efforts Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (Attachments: # 1 Index – Summary of Attachments # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Notice # 4 Exhibit 3 – Brief [Not Required] # 5 Exhibit 4 – Certificate of Service [To be Filed] # 6 Exhibit 5 – Affidavits [Not Applicable] # 7 Exhibit 6–A – Excerpts of Deposition of Kenneth Buckfire # 8 Exhibit 6–B – Excerpts of Deposition of Kevyn D. Orr) (Hackney, Stephen)

*944* – Motion in Limine to Exclude Testimony of Saqib Bhatti Filed by Debtor In Possession City of Detroit, Michigan (Hertzberg, Robert)

*954* – Motion The Objectors' Motion to Admit Certain Deposition Testimony of Kevyn Orr and Kenneth Buckfire Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (Attachments: # 1 Index – Summary of Exhibits # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Notice # 4 Exhibit 3 – Brief [Not Required] # 5 Exhibit 4 – Certificate of Service [To be Filed] # 6 Exhibit 5 – Affidavit [N/A] # 7 Exhibit 6–A – Objectors' Designations From August 30, 2013 Deposition of Kevyn Orr # 8 Exhibit 6–B – Objectors' Designations From August 29, 2013 Deposition of Kenneth Buckfire # 9 Exhibit 6–C – Excerpts From Deposition of Kevyn Orr # 10 Exhibit 6–D – Excerpts From Deposition of Kenneth Buckfire) (Hackney, Stephen)

is hereby adjourned to **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/13/13** at **10:00 AM**.

Dated: 12/3/13

BY THE COURT


Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk