UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| | Case No. 13-53846 |
| City of Detroit, Michigan, | Hon. Steven W. Rhodes |
| Debtor. | |
| _____/ | |

Order Regarding Filing of Letter

The Court has received for filing a letter from Jim Capizzo. The Court will accept the letter for filing. However, the attachments submitted with the letter are a large collection of newspaper reports and similar materials. The Court concludes that the filing of such materials is inappropriate and the clerk is directed not to file the materials submitted with the letter.

.

**Signed on December 03, 2013**

                                                          **/s/ Steven Rhodes**
                                           **Steven Rhodes**
                                           **United States Bankruptcy Judge**