UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,

Debtor.
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Order Denying Ex-Parte Motion for Shortened Notice and Expedited Hearing

On December 2, 2013, Syncora Guarantee Inc. and Syncora Capital Assurance Inc., Ambac Assurance Corporation, the Retiree Association Parties, Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A. and Erste Europäische Pfandbrief– und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., the Detroit Retired City Employees Association, the Retired Detroit Police and Fire Fighters Association, the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit, and Financial Guaranty Insurance Company filed an ex-parte motion for shortened notice and expedited hearing on motion to compel the production of privilege log. The Court concludes that cause has not been shown which would warrant the granting of the motion. Accordingly, the motion for shortened notice and expedited hearing (Dkt. #1900) is denied.

.

**Signed on December 03, 2013**

                                                  **/s/ Steven Rhodes**  
                                              **Steven Rhodes**  
                                              **United States Bankruptcy Judge**