IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
---------------------------------------------- x

**STIPULATION FOR ENTRY OF ORDER ADJOURNING
HEARING ON MOTION AND BRIEF IN SUPPORT OF
MOTION FOR MODIFICATION OF AUTOMATIC
<u>STAY AND STAY EXTENSION ORDER [DOC. NO. 1377]</u>**

The City of Detroit and Ian Mobley, Paul Kaiser, Angie Wong, James Washington, Nathaniel Price, Stephanie Hollander, Jason Leverette-Saunders, Darlene Hellenberg, Kimberly Mobley, Jerome Price, Wanda Leverrette and Laura Malher, by their undersigned counsel, stipulate and agree to the entry of the order attached as Exhibit A.

Dated: December 4, 2013

ATTORNEYS FOR PLAINTIFFS

By: <u>/s/ Ronald A. Rose</u>
Ronald L. Rose (MI P19621)
Cooperating Attorney, American Civil Liberties
Union Fund of Michigan
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

(248) 203-0519 / (248) 203-0763 (fax)
rrose@dykema.com

ATTORNEYS FOR THE CITY OF DETROIT

By: /s/ Timothy A. Fusco
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
Timothy A. Fusco (MI P13768)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

---------------------------------------------- x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
---------------------------------------------- x

## ORDER GRANTING STIPULATION ADJOURNING HEARING ON MOTION AND BRIEF IN SUPPORT OF MOTION FOR MODIFICATION OF AUTOMATIC STAY AND STAY EXTENSION ORDER [DOC. NO. 1377]

This matter coming before the Court on the Stipulation for Entry of Order Adjourning Hearing on Motion and Brief in Support of Motion for Modification of Automatic Stay and Stay Extension Order [Doc. No. 1377] ("Stipulation"); the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED THAT**

1. The hearing on the Motion and Brief in Support of Motion for Modification of Automatic Stay and Stay Extension Order [Doc. No. 1377] will be held at U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226 on December 16, 2013, at 10:00 a.m.