# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: Robert S. Hertzberg
Firm: Pepper Hamilton LLP
Address: 4000 Town Center, Suite 1800
City, State, Zip: Southfield, MI 48075
Phone: 248.359.7333
Email: hertzbergr@pepperlaw.com

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

☉ Bankruptcy  ○ Adversary
○ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 12/03/2013   Time of Hearing: 10:00 am   Title of Hearing: Eligibility Decision

Please specify portion of hearing requested:  ○ Original/Unredacted   ○ Redacted   ☉ Copy (2nd Party)

☉ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: Please provide an "unredacted" copy.

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ☉ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date         By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Robert S. Hertzberg        Date: 12/4/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.