## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-SWR
Chapter 9
Hon. Steven W. Rhodes

_____

### APPEARANCE OF RONALD C. LISCOMBE

PLEASE TAKE NOTICE that Ronald C. Liscombe of the Allen Law Group, P.C. hereby enters his appearance as counsel for the Public Lighting Authority in the above-captioned case.

Respectfully submitted,

   /s/ Ronald C. Liscombe
Ronald C. Liscombe (P68524)
Allen Law Group, P.C.
3011 West Grand Boulevard
2500 Fisher Building
Detroit, MI 48202

Dated: December 4, 2013    rliscombe@alglawpc.com

Attorney for the Public Lighting Authority