# Index of Exhibits

1. Orr deposition excerpts

2. Jones Day Client lists

3. Jones Day dealings with UBS