UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                          Chapter 9
                                                Case No. 13-53846
City of Detroit, Michigan,

    Debtor.
_____/

**EX PARTE MOTION FOR EXPEDITED HEARING
ON INTERESTED PARTY DAVID SOLE'S
<u>MOTION TO DISMISS DUE TO CONFLICT OF INTEREST IN VIOLATION OF
MRPC 1.7  FROM AUTOMATIC STAY [DOCKET 1931]</u>**

Now comes Interested Party Jerome Moore and hereby moves the Court, pursuant to Rules 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(b) of the Local Rules of the Bankruptcy Court for the Eastern District of Michigan, for the entry of an *ex parte* order scheduling an expedited hearing on his Motion To Dismiss Due to Conflict of Interest in violation of MRC 1.7 [Docket no. 1931].  In support of his Motion, Interested Party David Sole states as follows:

1. On December 3, 2013, Interested Party David Sole filed a Motion [Docket 1931] to Dismiss Debtor's Motion to Approve Forbearance Agreement [Docket 157] and to Dismiss at least in Part Debtor's Motion for a Final Order to Approve Post-Petition Financing [Docket 1520], due to Conflict in Interest Pursuant to MPRC 1.7.

2. In order to assure adequate time for this honorable Court to entertain this motion prior to the evidentiary hearings on Debtor's Motions set for December 17-19, Interested Party Sol is requesting an expedited hearing on his Motion to Dismiss due to Conflict of Interest Pursuant to MRPC 1.7 to be set for December 10, 2013 or December 13, 2013..

3. WHEREFORE: Interested Party David Sole respectfully requests that his ex parte Motion for Expedited Hearing on his Motion to Dismiss due to Conflict of Interest Pursuant to MRPC 1.7 be granted and the expedited hearing on Interested Party Sole's Motion be scheduled for December 10 or December 13, 2013, at 9:00 a.m. A proposed order is attached to this motion as Exhibit 1.

Respectfully submitted,

JEROME D. GOLDBERG, PLLC

By: __/s/ Jerome D. Goldberg__
Jerome D. Goldberg (P61678)
Attorney for Jerome Moore, Plaintiff-Appellant in the Michigan Court of Appeals
2921 East Jefferson, Suite 205
Detroit, MI 48207
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

DATED: December 3, 2013