PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
        Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

**ORDER GRANTING EXPEDITED HEARING
ON INTERESTED PARTY DAVID SOLE'S
MOTION TO DISMISS DUE TO CONFLICT PURSUANT TO MRPC 1.7 FROM**

    The *ex parte* Motion of Interested Party David Sole for Expedited Hearing on his Motion to Dismiss due to Conflict Pursuant to MRPC 1.7 having come before this Court and the Court being otherwise fully advised in the premises;

IT IS ORDERED:

1. The Motion is Granted.

2. The Court shall conduct a hearing on Interested Party David Sole's Motion to Dismiss Due to Conflict Pursuant to MRPC 1.7 at _____ a.m., on December \_\_\_, 2013, in Courtroom \_\_\_\_ at the United States District Court for the Eastern District of Michigan, Southern Division, 231 W. Lafayette Street, Detroit, Michigan 48226. Opposing Parties shall file briefs in opposition to the Motion by December \_\_\_\_\_, 2013.