211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service Missing for Response to Motion to Borrow.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 12/2/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                                 Case No. 13-53846-swr
City of Detroit, Michigan                                              Chapter 9
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2      User: ckata      Page 1 of 9      Date Rcvd: Dec 02, 2013
                      Form ID: def2    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust        Daniel M. McDermott
                                                                                                                                                                                 TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2013                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2013 at the address(es) listed below:
        A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
         achouprouta@kramerlevin.com
        Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
         acaton@kramerlevin.com, achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
         aap43@outlook.com, aap43law@gmail.com
        Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
         aap43law@gmail.com
        Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
         wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
         agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Angela Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
         HollisR@dhcmi.org
        Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
         stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
        Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
         aoreilly@honigman.com, ahatcher@honigman.com
        Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
         and Agricultural Implement Workers of America bceccotti@cwsny.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
         bpatek@ermanteicher.com
        Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
         bfagan@dibandfagan.com
        Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
         bbest@schaferandweiner.com, wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
         wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
         wkyles@schaferandweiner.com
        Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
         ssikorski@manteselaw.com
        Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
         joumedian@sspclegal.com
        Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
         bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
         joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
           joumedian@ssclegal.com
          Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
           Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
           bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
           carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
           carole.neville@dentons.com
          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           cbullock@sbpclaw.com,  cdbullock@msn.com;lhaas@sbpclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com,  kkranz@wnj.com
          Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc.
           dmollicone@dmms.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
 david.dubrow@arentfox.com
David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
 nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
 nepc.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
 General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
 kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
 dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
 don@mcguiganlaw.com
Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters,
 AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
 dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
 ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
 ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
 litdocket@honigman.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
 emajoros@glmpc.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
 (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
 amendiola@morganmeyers.com
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
 carlson@millercanfield.com
Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
 enovetsky@jaffelaw.com
Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
 bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
 efeldman@clarkhill.com
Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
 ecf-hen@rhoadesmckee.com
Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
 hlennox@jonesday.com
Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
 howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com, Davis@ConLitPC.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
               ecf@zaplc.com
              Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
               jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com,  mjohnson@honigman.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com,  mjohnson@honigman.com
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               pjohnson@bredhoff.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               john.sieger@kattenlaw.com
              John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
               jgregg@btlaw.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               blundberg@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
               mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Karen Vivian Newbury on behalf of Creditor FMS Wertmanagement knewbury@schiffhardin.com
- Karin F. Avery on behalf of Interested Party Detroit Retired City Employees Association Avery@SilvermanMorris.com
- Karin F. Avery on behalf of Interested Party Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
- Kay Standridge Kress on behalf of Debtor In Possession City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
- Kenneth E. Noble on behalf of Interested Party Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Kenneth M. Schneider on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
- Kevin M. Baum on behalf of Interested Party Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
- Kevin N. Summers on behalf of Creditor National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
- Kimberly Joan Robinson on behalf of Creditor Genuine Parts Company kim.robinson@bfkn.com
- Kurt Thornbladh on behalf of Creditor Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Lawrence A. Larose on behalf of Creditor Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
- Lawrence A. Larose on behalf of Plaintiff Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
- Leland Prince on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
- Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Lisa Hill Fenning on behalf of Creditor General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
- Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
- Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
- Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark E. Bredow on behalf of Interested Party Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
- Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
      Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG summersm@ballardspahr.com
      Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
      Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com, paula@demolaw.com
      Melissa L. Demorest    on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com
      Melissa L. Demorest    on behalf of Creditor   John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
      Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
      Melissa L. Demorest    on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
      Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
      Meredith  Taunt    on behalf of Creditor    Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
      Michael A. Greiner    on behalf of Interested Party    Clifford Properties, Inc. mike@financiallawgroup.com, desiree@financiallawgroup.com;nicole@financiallawgroup.com
      Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
      Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
      Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
      Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
      Michael K. Lee    on behalf of Creditor    St. Martins Cooperative mlee@leeandcorrell.com
      Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
      Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
      Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
      My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
      Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
      Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP ayadlaw@hotmail.com
      Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
      Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
      Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
      Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
      Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
      Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
      Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
      Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan pmears@btlaw.com
      Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
      Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
      Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
      Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
      Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation ralph.taylor@arentfox.com
      Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
      Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
      Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
      Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Robert M. Fishman    rfishman@shawfishman.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
               hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
              Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
               ryan.bennett@kirkland.com
              Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan sam.alberts@dentons.com
              Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
               sam.alberts@dentons.com
              Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
               mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
               soconnor@glmpc.com
              Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
               david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
               State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
               slevine@lowenstein.com
              Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
               dguerrero@dykema.com
              Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
               dguerrero@dykema.com
              Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
              Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

    Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com

    Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd. stephen.hackney@kirkland.com

    Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc. stephen.hackney@kirkland.com

    Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc. stephen.hackney@kirkland.com

    Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

    Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

    Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com

    Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com

    Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

    Thomas R. Morris   on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

    Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

    Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com

    Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

    Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

    Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

    Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

    Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc. clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

    Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

    Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com

    Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com

    William A. Wertheimer, Jr.   on behalf of Creditor Mary Washington billwertheimer@gmail.com

    William A. Wertheimer, Jr.   on behalf of Creditor Michael Wells billwertheimer@gmail.com

    William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com

    William A. Wertheimer, Jr.   on behalf of Creditor Mary Whitson billwertheimer@gmail.com

    William A. Wertheimer, Jr.   on behalf of Creditor Bruce Goldman billwertheimer@gmail.com

    William C. Blasses   on behalf of Interested Party Gary Segatti wcb@osbig.com

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                               TOTAL: 338
```