IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
:
In re                                          :    Chapter 9
:
CITY OF DETROIT, MICHIGAN,                     :    Case No. 13-53846
:
Debtor.                                        :    Hon. Steven W. Rhodes
---------------------------------------------- x

**ORDER GRANTING STIPULATION ADJOURNING
HEARING ON MOTION AND BRIEF IN SUPPORT OF
MOTION FOR MODIFICATION OF AUTOMATIC
STAY AND STAY EXTENSION ORDER [DOC. NO. 1377]**

This matter coming before the Court on the Stipulation for Entry of Order Adjourning Hearing on Motion and Brief in Support of Motion for Modification of Automatic Stay and Stay Extension Order [Doc. No. 1377] ("Stipulation"); the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED THAT**

1. The hearing on the Motion and Brief in Support of Motion for Modification of Automatic Stay and Stay Extension Order [Doc. No. 1377] will be held at U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226 on December 16, 2013, at 10:00 a.m.

.

**Signed on December 04, 2013**

                                                         **/s/ Steven Rhodes**
                                                       **Steven Rhodes**
                                                       **United States Bankruptcy Judge**