UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-SWR
Chapter 9
Hon. Steven W. Rhodes

_____

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 4, 2013, (1) a Notice of Appearance of Attorney Ronald Liscombe on behalf of the Public Lighting Authority [Docket No. 1925]; and (2) Brief (with Affidavit) of the Public Lighting Authority on Supplemental Questions Requested by the Court [Docket No. 1926] were electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/ Ronald C. Liscombe
Ronald C. Liscombe (P68524)
Allen Law Group, P.C.
3011 West Grand Boulevard
2500 Fisher Building
Detroit, MI 48202
(313) 871-5500
rliscombe@alglawpc.com

Dated: December 5, 2013