UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes

    Debtor.
_____/

Order Denying Ex-Parte Motion for Expedited Hearing

On December 4, 2013, there was filed an ex parte motion for expedited hearing on interested party David Sole's motion to dismiss due to conflict of interest in violation of MRPC 1.7 from automatic stay. It is unclear from this motion if it has been filed by interested party Jerome Moore as stated in the first sentence of the motion or David Sole who is identified as the filer.

Regardless, the Court finds that cause has not been shown that would warrant granting of the motion. Accordingly, the motion for expedited hearing (Dkt. #1932) is denied.

.

**Signed on December 05, 2013**

                                                   /s/ Steven Rhodes
                                               **Steven Rhodes**
                                               **United States Bankruptcy Judge**