# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Hon. Steven W. Rhodes |
|  | ) |  |

**ORDER GRANTING
AN EXPEDITED HEARING REGARDING THE MOTION OF THE
DETROIT RETIREMENT SYSTEMS TO CERTIFY THIS COURT'S
ELIGIBILITY RULING FOR DIRECT APPEAL
TO THE SIXTH CIRCUIT COURT OF APPEALS AND RELATED RELIEF**

This matter comes before the Court on the Detroit Retirement Systems' *Ex Parte* Motion (the "Motion") for Shortened Notice and Expedited Hearing Regarding the Motion of the Detroit Retirement Systems to Certify this Court's Eligibility Ruling for Direct Appeal to the Sixth Circuit Court of Appeals (the "Certification Motion"); the Official Committee of Retirees (the "Committee") having filed a response to the Certification Motion seeking a hearing at a later date to provide an opportunity for other parties that objected to eligibility to be heard and to coordinate efforts; the Court having reviewed and considered the Certification Motion and the Committee's Response and finding that good cause exists for granting the relief the Committee seeks;

IT IS HEREBY ORDERED that:

1. The Committee's request is granted.

2. A hearing on the Certification Motion and any other such motions filed by the Committee and other objecting parties will be conducted on December __, 2013 at __ :__

a.m./p.m., in the courtroom of the Honorable Steven W. Rhodes, United States Bankruptcy Court, 231 W. Lafayette, Courtroom 100, Detroit, Michigan 48226.

      3.      Any written response to the certification motions filed by the parties shall be filed with the Court and served upon counsel for the parties by December __, 2013 at __ :__ a.m./p.m.