# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2013, I electronically filed the ***Response of the Official Committee of Retirees to Ex Parte Motion for Shortened Notice and Expedited Hearing Regarding the Motion of The Detroit Retirement Systems to Certify This Court's Eligibility Ruling for Direct Appeal to the Sixth Circuit Court of Appeals***, with the Clerk of the Court using the ECF system.

By: /s/ Matthew E. Wilkins
   Matthew E. Wilkins  (P56697)
   Brooks Wilkins Sharkey & Turco, PLLC
   401 S. Old Woodward Avenue, Suite 400
   Birmingham, MI  48009
   (248) 971-1711; (248) 971-1801 – Facsimile
   wilkins@bwst-law.com