UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

**FILED**
2013 DEC -5 AM 8:28
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name _____ Todd Mack _____

Firm __ Court Express ____

Address __ 1100 13th St, NW_Suite #300

City, State, Zip _ Washington, DC 20005__

Phone ___ (800) 916-8493 ____

Email __ todd.mack@thomson.com

**Case/Debtor Name:** In re City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** __Hon. Steven Rhodes_

Q **Bankruptcy** Q **Adversary**

Q **Appeal**     Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: ____12/3/2013___ Time of Hearing: _10:00 am_ Title of Hearing: _Eligibility Decision

Please specify portion of hearing requested:     ☐ Original/Unredacted     ☐ Redacted     ☑ Copy
                                                                                                  (2nd Party)
Q Entire Hearing     Q Ruling/Opinion of Judge     Q Testimony of Witness     Q Other

Special Instructions: Per my conversation with Ms. Garrett the cost will be 90 cents per page_

---

**Type of Request:**

Q Ordinary Transcript - $3.65 per page (30 calendar days)

Q 14-Day Transcript - $4.25 per page (14 calendar days)

Q Expedited Transcript - $4.85 per page (7 working days)

Q CD - $30; FTR Gold format (You must download the free
       FTR Record Player™ onto your computer from
       www.ftrgold.com

**Signature of Ordering Party:**

_Todd Mack_____ Date: 12/4/13

By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                                Date           By

Order Received:

Transcript Ordered

Transcript Received