# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name   Ryan C. Plecha, Esq.

Firm:  Lippitt O'Keefe, PLLC

Address:  370 E. Maple Rd., 3rd Floor

City, State, Zip:  Birmingham, MI 48009

Phone  248-646-8292

Email:  rplecha@lippittokeefe.com

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

**X** Bankruptcy   ❏ Adversary

❏ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 12/03/2013   Time of Hearing: _____   Title of Hearing: Eligibility Hearing

Please specify portion of hearing requested:   **X** Original/Unredacted   ❏ Redacted   ❏ Copy (2nd Party)

**X** Entire Hearing   ❏ Ruling/Opinion of Judge   ❏ Testimony of Witness   ❏ Other

Special Instructions: _____

**Type of Request:**

❏ Ordinary Transcript - $3.65 per page (30 calendar days)

❏ 14-Day Transcript - $4.25 per page (14 calendar days)

**X** Expedited Transcript - $4.85 per page (7 working days)

❏ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

Signature of Ordering Party:
/s/ Ryan C. Plecha                Date: 12/6/2013
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By _____

Order Received:

Transcript Ordered

Transcript Received