UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

_____/

**CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES
IN THE RESPONSE OF THE OFFICIAL COMMITTEE OF RETIREES (Dkt.
1949) TO *EX PARTE* MOTION**

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., file this statement to indicate that they concur in the arguments made in the Response of the Official Committee of Retirees ("Committee'") to the *Ex Parte* Motion ("Motion") filed by the Retirement Systems and incorporate the Committee's arguments by reference in this filing as if fully restated herein by the Retiree Association Parties.

**WHEREFORE**, the Retiree Association Parties request that the Court grant the Committee's request and enter an order that is substantially in the same form as Exhibit A of the Committee's Motion (Dkt. 1949-A) setting a hearing the week of December

9th, allowing for the coordination of appellate efforts and granting of any other relief the Court deems appropriate and just.

Respectfully submitted,

**LIPPITT O'KEEFE, PLLC**

By: /s/ Ryan C. Plecha
 Brian D. O'Keefe (P39603)
 Ryan C. Plecha (P71957)
Attorneys for Retiree Association Parties
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292; Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

**SILVERMAN & MORRIS, P.L.L.C.**
Thomas R. Morris (P39141)
Karin F. Avery (P45364)
Co-counsel for Retiree Association Parties
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330; Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

Dated: December 6, 2013