UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

---

# NOTICE OF DEPOSITION OF STEPHEN SPENCER

To: Parties on the attached **Exhibit 1**.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit, by and through its counsel, will take the deposition upon oral examination of **Stephen Spencer** at the offices of Jones Day in Chicago, IL, located at 77 West Wacker, Chicago, IL 60601-1692 on **Tuesday, December 10, 2013**, or at such other date or place to which the parties mutually agree. The deposition will begin at **9:00 a.m.**, and continue until completed.

Mr. Spencer's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

Mr. Spencer's deposition will be recorded by stenograph for the purposes of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated:  December 6 2013                    Respectfully submitted,

  /s/ Bruce Bennett
Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center

3

Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

*Counsel for the City of Detroit*

## Certificate of Service

      I, Bruce Bennett, hereby certify that the foregoing Notice of Deposition of Stephen Spencer was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter on this 6th day of December 2013.

                                                /s/ Bruce Bennett
                                                Bruce Bennett

# EXHIBIT 1

| Party | Counsel |
|---|---|
| *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* | James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>E-mail: james.sprayregen@kirkland.com<br>E-mail: ryan.bennett@kirkland.com<br>E-mail: stephen.hackney@kirkland.com<br><br>- and -<br><br>Stephen M. Gross<br>David A. Agay<br>Joshua Gadharf<br>MCDONALD HOPKINS PLC<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 646-5070<br>Facsimile: (248) 646-5075<br>E-mail: sgross@mcdonaldhopkins.com<br>E-mail: dagay@mcdonaldhopkins.com<br>E-mail: jgadharf@mcdonaldhopkins.com |
| *Hypothekenbank Frankfurt AG; Hypothekenbank Frankfurt International S.A.; and Erste Europäische Pfandbriefund Kommunalkreditbank Aktiengesellschaft in Luxembourg S.A.* | Howard S. Sher<br>JACOB & WEINGARTEN, P.C.<br>Somerset Place<br>2301 W. Big Beaver Road, Suite 777<br>Troy, Michigan 48084<br>Telephone: (248) 649-1200<br>Facsimile: (248) 649-2920<br>E-mail: howard@jacobweingarten.com<br><br>-and-<br><br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor |

| | |
|---|---|
| | Wilmington, Delaware 19801<br>Telephone: (302) 252-4428<br>Facsimile: (410) 361-8930<br>E-mail: summersm@ballardspahr.com<br><br>-and-<br><br>Vincent J. Marriott, III<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Flr.<br>Philadelphia, PA 19103<br>Telephone: 215.864.8236<br>Facsimile: 215.864.9762<br>E-mail: Marriott@ballardspahr.com |
| *DEPFA Bank PLC and FMS Wertmanagement AöR* | Suzanne L. Wahl<br>SCHIFF HARDIN LLP<br>350 S. Main Street, Ste. 210<br>Ann Arbor, Michigan 48104<br>Telephone: (734) 222-1517<br>E-mail: swahl@schiffhardin.com<br><br>-and-<br><br>Rick L. Frimmer<br>Michael W. Ott<br>SCHIFF HARDIN, LLP<br>233 S. Wacker Drive, Ste. 6600<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600<br>E-mail: rfrimmer@schiffhardin.com<br>E-mail: mott@schiffhardin.com |
| *Ambac Assurance Corporation* | Carol Connor Cohen<br>Caroline Turner English<br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20036-5342<br>Telephone: (202) 857-6054<br>E-mail: Carol.Cohen@arentfox.com<br>E-mail: caroline.english@arentfox.com<br><br>-and- |

|  | David L. Dubrow<br>Mark A. Angelov<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>E-mail: david.dubrow@arentfox.com<br>E-mail: mark.angelov@arentfox.com |
|---|---|
|  | -and- |
|  | Daniel J. Weiner<br>Brendan G. Best<br>SCHAFER AND WEINER, PLLC<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 540-3340<br>E-mail: DWeiner@schaferandweiner.com<br>E-mail: bbest@schaferandweiner.com |
| *National Public Finance Guarantee Corporation* | Eric D. Novetsky<br>Louis P. Rochkind<br>JAFFE, RAITT, HEUER & WEISS, P.C.<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Telepone: (248) 351-3000<br>Facsimile: (248) 351-3082<br>E-mail: enovetsky@jaffelaw.com<br>E-mail: lrochkind@jaffelaw.com |
|  | -and- |
|  | Jeffrey E. Bjork<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>E-mail: jbjork@sidley.com |
|  | -and- |
|  | Guy S. Neal<br>SIDLEY AUSTIN LLP |

| | |
|---|---|
| | 1501 K Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br>E-mail: gneal@sidley.com |
| *Assured Guaranty Municipal Corp.* | Lawrence A. Larose, Esq.<br>Samuel S. Kohn, Esq.<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-5100<br>Facsimile. (212) 541-5369<br>E-mail: llarose@chadbourne.com<br>E-mail: skohn@chadbourne.com |
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr.<br>Mark R. James<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.<br>280 North Old Woodward Avenue<br>Suite 300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>E-mail: EJEssad@wwrplaw.com<br>E-mail: mrjames@wwrplaw.com<br><br>-and-<br><br>Alfredo R. Pérez<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>E-mail: alfredo.perez@weil.com |
| *U.S. Bank* | David E. Lemke<br>Courtney M. Rogers<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>511 Union Street, Suite 2700 |

|  | Nashville, Tennessee 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br>E-mail: david.lemke@wallerlaw.com<br>E-mail: courtney.rogers@wallerlaw.com<br>- and -<br>Robert J. Diehl, Jr.<br>Jaimee L. Witten<br>BODMAN PLC<br>1901 St. Antoine Street, 6th Floor<br>Detroit, Michigan 48226<br>Telephone: (313) 393-7597<br>Facsimile: (313) 393-7579<br>E-mail: rdiehl@bodmanlaw.com<br>E-mail: jwitten@bodmanlaw.com |
|---|---|
| *Wilmington Trust Company, National Association* | Dirk H. Beckwith<br>FOSTER SWIFT COLLINS & SMITH PC<br>32300 Northwestern Highway, Suite 230<br>Farmington Hills, MI 48334-1471<br>Telephone: (248) 539-9918<br>E-mail: dbeckwith@fosterswift.com<br>-and-<br>Kristin K. Going<br>Heath D. Rosenblat<br>DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>Telephone: (212) 248-3140<br>E-mail: Kristin.Going@dbr.com<br>E-mail: Heath.Rosenblat@dbr.com |
| *David Sole, Party in Interest* | Jerome D. Goldberg<br>JEROME D. GOLDBERG, PLLC<br>2921 East Jefferson, Suite 205<br>Detroit, MI 48207<br>Telephone: 313-393-6001<br>Facsimile: 313-393-6007<br>E-mail: apclawyer@sbcglobal.net |

| | |
|---|---|
| *Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub-Chapter 98, City of Detroit Retirees* | Sharon L. Levine, Esq.<br>John K. Sherwood, Esq.<br>Philip J. Gross, Esq.<br>Keara M. Waldron, Esq.<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-6247<br>E-mail: slevine@lowenstein.com<br>E-mail: jsherwood@lowenstein.com<br>E-mail: pgross@lowenstein.com<br>E-mail: kwaldron@lowenstein.com<br><br>-and-<br><br>Herbert A. Sanders, Esq.<br>THE SANDERS LAW FIRM PC<br>615 Griswold St., Suite 913<br>Detroit, MI 48226<br>Telephone: (313) 962-0099<br>Facsimile: (313) 962-0044<br>E-mail: hsanders@miafscme.org<br><br>-and-<br><br>Richard G. Mack, Jr., Esq.<br>MILLER COHEN, P.L.C.<br>600 West Lafayette Boulevard<br>4th Floor<br>Detroit, MI 48226-3191 |
| *Retiree Association Parties* | Co-Counsel for Retiree Association Parties<br>Thomas R. Morris<br>Karin F. Avery<br>SILVERMAN & MORRIS, P.L.L.C.<br>30500 Northwestern Highway, Suite 200<br>Farmington Hills, Michigan 48334<br>Telephone: (248) 539-1330<br>Facsimile: (248) 539-1355<br>E-mail: morris@silvermanmorris.com<br>E-mail: avery@silvermanmorris.com |

|  | -and- |
|  | Brian D. O'Keefe<br>Ryan C. Plecha<br>LIPPITT O'KEEFE, PLLC<br>370 East Maple Road, 3rd Floor<br>Birmingham, Michigan 48009<br>Telephone: (248) 646-8292<br>Facsimile: (248) 646-8375<br>E-mail: bokeefe@lippittokeefe.com<br>E-mail: rplecha@lippittokeefe.com |
| *Retired Detroit Police Members Association* | Lynn M. Brimer<br>Meredith E. Taunt<br>Mallory Field<br>STROBL & SHARP, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376<br>Telephone: (248) 540-2300<br>Facsimile: (248) 645-2690<br>E-mail: lbrimer@stroblpc.com<br>E-mail: mtaunt@stroblpc.com<br>E-mail: mfield@stroblpc.com |
| *Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit* | Robert D. Gordon<br>Shannon L. Deeby<br>CLARK HILL PLC<br>151 South Old Woodward Avenue<br>Suite 200<br>Birmingham, Michigan 48009<br>Telephone: (248) 988-5882<br>Facsimile: (248) 988-2502<br>E-mail: rgordon@clarkhill.com<br>E-mail: sdeeby@clarkhill.com |
| *Official Committee of Retired Employees* | Matthew E. Wilkins<br>Paula A. Hall<br>BROOKS WILKINS SHARKEY & TURCO PLLC<br>401 S. Old Woodward Ave., Suite 400<br>Birmingham, MI<br>Telephone: (248) 971-1711 |

| | |
|---|---|
| | Facsimile: (248) 971-1801<br>E-mail: wilkins@bwst-law.com<br>E-mail: hall@bwst-law.com<br><br>-and-<br><br>Carol Neville<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6700<br>Facsimile: (213) 768-6800<br>E-mail: Carole.neville@dentons.com<br><br>Sam J. Alberts<br>DENTONS US LLP<br>1301 K Street, NW, Suite 600, East Tower<br>Washington, DC 20005-3364<br>Telephone: (202) 408-7004<br>Facsimile: (202) 408-6339<br>E-mail: Sam.alberts@dentons.com<br><br>Claude D. Montgomery<br>SALANS FMC SNR DENTONS EUROPE LLP<br>620 Fifth Avenue<br>New York, NY 10020<br>Telephone: (212) 632-5500<br>Facsimile: (212) 632-5555<br>E-mail: Claude.montgomery@dentons.com |
| *Greektown Casino LLC and Detroit Entertainment d/b/a Motor City Casino Hotel* | Judy B. Calton<br>Andrea L. Hansen<br>HONIGMAN MILLER SCHWARTZ & COHN LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Telephone: (313) 465-7344<br>E-mail:jcalton@hongman.com<br>E-mail: ahansen@honigman.com |
| *MGM Grand Casino* | Michael C. Hammer |

|  | DICKINSON WRIGHT PLLC<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>Telephone: (734) 623-7075<br>E-mail: mchammer2@dickinsonwright.com |
|---|---|
| *Center for Community Justice and Advocacy* | Vanessa G. Fluker<br>VANESSA G. FLUKER, ESQ., PLLC<br>2921 East Jefferson, Suite 200<br>Detroit, MI 48207<br>Telephone: (313) 393-6005<br>Facsimile: (313) 393-6007<br>E-mail: vgflawyer@sbcglobal.net |
| *The Griffin Parties* | Mignon E. Lott (*pro se*)<br>92 Tennyson<br>Highland Park, MI 482023<br>Telephone: (313) 522-0673<br>E-mail: mignonlott@gmail.com |