UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                          Chapter 9
                                                                             Case No. 13-53846

City of Detroit, Michigan,                        Hon. Steven W. Rhodes

       Debtor.
_____/

Certificate of Service

The undersigned certifies that on the 6th day of December, 2013, she sent by first-class mail through the United States Postal Service a copy of the Order Regarding Eligibility (Dkt. #1945) and Order for Relief Under Chapter 9 of the Bankruptcy Code (Dkt. #1946) to the individuals listed on the attached mailing list at the addresses indicated thereon.

                                                       /s/ Christine L. Sikula
                                                           Deputy Clerk

Entered December 6, 2013

Michael Abbott
19391 Heiden Drive
Brownstown Twp., MI 48174

Hassan Aleem
2440 Taylor
Detroit, MI 48205

APTE
c/o Dempsey Addison / Cecily McClellan
2727 Second Ave., Ste 152
Detroit, MI 48201

Aleta Atchinson-Jorgan
7412 Saint Paul
Detroit, MI 48214-2337

Linda Bain
1071 Baldwin
Detroit, MI 48214

Randy Heard
16840 Strathmoor St
Detroit, MI 48235

Russell Bellant
19619 Helen
Detroit, MI 48234-3052

Michael G. Benson
19395 Parkside
Detroit, MI 48221

Cynthia Blair
8865 Espes
Detroit, MI 49204

Dwight Boyd
19337 Concord
Detroit, MI 48234

Charles D. Brown
1365 Joliet Place
Detroit, MI 48207

Lorene Brown
2227 Hughes Terrace
Detroit, MI 48208-1321

Paulette Brown
19260 Lancashire
Detroit, MI 48223

Rakiba Brown
612 Clairmount St
Detroit, MI 48202

Regina G. Bryant
2996 Bewick St.
Detroit, MI 48214

Mary Diane Bukowski
9000 E. Jefferson, #10-9
Detroit, MI 48214

Joanne Jackson
16244 Princeton
Detroit, MI 48221-3318

Ailene Jeter
18559 Brinker
Detroit, MI 48234-1537

Sheilah Johnson
277 King Street
Detroit, MI 48202

Stephen Johnson
31354 Evergreen Road
Beverly Hills, MI

Joseph H. Jones
19485 Asbury Park
Detroit, MI 48235-2406

Sallie M. Jones
4413 W. Philadelphia
Detroit, MI 48204-3498

Michael Joseph Karwoski
26015 Felicity Landing
Harrison Twp., MI 48045

Zelma Kinchloe
439 Henry St.
Detroit, MI 48201-2609

Timothy King
4102 Pasadena
Detroit, MI 48238-2632

Keetha R. Kittrell
22431 Tireman
Detroit, MI

Roosevelt Lee, Sr.
11961 Indiana
Detroit, MI 48204

Althea Long
9256 Braile
Detroit, MI 48228

Edward Lowe
18046 Sussex
Detroit, MI 48235

Lorna Lee Mason
1311 Wyoming
Detroit, MI 48238

| | | |
|---|---|---|
| Deborah Moore<br>4436 Lemay Road<br>Detroit, MI 48214-1677 | Larene Parrish<br>18220 Snowden<br>Detroit, MI 48255-0001 | Lou Ann Pelletier<br>2630 Lakeshore Road<br>Applegate, MI 48401 |
| Michael K. Pelletier<br>2630 Lakeshore Road<br>Applegate, MI 48401 | Deborah Pollard<br>20178 Pinehurst<br>Detroit, MI 48221 | Helen Powers<br>100 Winona<br>Highland Park, MI 48203-3338 |
| Alice Pruitt<br>18251 Freeland<br>Detroit, MI 48235-2537 | Samuel L. Riddle<br>1276 Navarre Pl.<br>Detroit, MI 48207-3014 | Kwabena Shabu<br>2445 Lamothe St.<br>Detroit, MI 48226 |
| Michael D. Shane<br>16815 Patton<br>Detroit, MI 48219 | Karl E. Shaw<br>19140 Ohio<br>Detroit, MI 48221 | Frank M. Sloan, Jr.<br>18953 Pennington Dr.<br>Detroit, MI 48221-2167 |
| Gretchen R. Smith<br>3901 Grand River Ave., #913<br>Detroit, MI 48208 | Cheryl Smith Williams<br>3486 Baldwin<br>Detroit, MI 48214-1704 | Horace E. Stallings<br>1492 Sheridan St.<br>Detroit, MI 48214-2408 |
| Thomas Stephens<br>4595 Hereford<br>Detroit, MI 48224 | Dennis Taubitz<br>4190 Devonshire Rd.<br>Detroit, MI 48226 | Charles Taylor<br>11472 Wayburn<br>Detroit, MI 48224 |
| Marzelia Taylor<br>11975 Indiana<br>Detroit, MI 48204 | The Chair of Saint Peter<br>1300 Pennsylvania Ave., NW<br>Suite 190-715<br>Washington, DC 20004 | Dolores A. Thomas<br>17320 Cherrylawn<br>Detroit, MI 48221 |
| Shirley Tolliver<br>16610 Inverness<br>Detroit, MI 48221-3109 | Tracey Tresvant<br>19600 Anvil<br>Detroit, MI 48205 | Calvin Turner<br>16091 Edmore<br>Detroit, MI 48205 |
| Jean Vortkamp<br>11234 Craft<br>Detroit, MI 48224 | William Curtis Walton<br>4269 Glendale<br>Detroit, MI 48238-3211 | JoAnn Watson<br>100 Riverfront Drive<br>#1508<br>Detroit, MI 48226 |
| Preston West<br>18460 Fairfield<br>Detroit, MI 48221-2229 | Carl Williams<br>10112 Somerset<br>Detroit, MI 48224 | Charles Williams II<br>6533 E. Jefferson<br>Apt. 118<br>Detroit, MI 48207 |

| | | |
|---|---|---|
| Floreen Williams<br>16227 Birwood<br>Detroit, MI 48221 | Fraustin Williams<br>11975 Indiana<br>Detroit, MI 48204 | Leonard Wilson<br>100 Parsons St., Apt. 712<br>Detroit, MI 48201 |
| Phebe Lee Woodberry<br>803 Glastone<br>Detroit, MI 48202 | Anthony G. Wright, Jr.<br>649 Alger St.<br>Detroit, MI 48202 | David Bullock<br>701 W. Hancock<br>Detroit, MI 48201 |
| Claudette Campbell<br>1021 Winchester Ave.<br>Lincoln Park, MI 48146 | Johnnie R. Carr<br>11310 Mansfield<br>Detroit, MI | Sandra Carver<br>10110 S. Outer Dr.<br>Detroit, MI 48224 |
| Raleigh Chambers<br>14861 Ferguson St.<br>Detroit, MI 48227 | Alma Cozart<br>18331 Shaftsbury<br>Detroit, MI 48219 | Leola Regina Crittendon<br>19737 Chesterfield Rd.<br>Detroit, MI 48221 |
| Angela Crockett<br>19680 Roslyn Rd.<br>Detroit, MI 48221 | Lucinda J. Darrah<br>482 Peterboro<br>Detroit, MI 48201 | Joyce Davis<br>15421 Strathmoor St.<br>Detroit, MI 48227 |
| William Davis<br>9203 Littlefield<br>Detroit, MI 48228 | Elmarie Dixon<br>4629 Philip St.<br>Detroit, MI 48215 | Mary Dugans<br>18034 Birchcrest<br>Detroit, MI 48221-2737 |
| Lewis Dickens<br>1362 Joliet Pl.<br>Detroit, MI 48207 | David Dye<br>19313 Ardmore<br>Detroit, MI 48235 | Jacqueline Esters<br>18570 Glastonbury<br>Detroit, MI 48219 |
| Arthur Evans<br>11391 Nottingham Rd.<br>Detroit, MI 48224-1124 | Jerry Ford<br>9710 W. Outer Drive<br>Detroit, MI 48223-1231 | William D. Ford<br>18034 Birchcrest Dr.<br>Detroit, MI 48221-2737 |
| Ulysses Freeman<br>14895 Faust<br>Detroit, MI 48223-2322 | Olivia Gillon<br>18832 Arleen Court<br>Livonia, MI 48152-2229 | Donald Glass<br>411 Chalmers<br>Detroit, MI 48215 |
| Lavarre W. Greene<br>19667 Roslyn Rd.<br>Detroit, MI 48221-1892 | William Hickey<br>14910 Lamphere St.<br>Detroit, MI 48223-1875 | LaVern Holloway<br>16246 Linwood Street<br>Detroit, MI 48221-3310 |

William L Howard
17814 Charest
Detroit, MI 48212-1082