UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:                                     Chapter 9
                                           Case No. 13-53846
    City of Detroit                    Honorable Steven W Rhodes

    Debtor
_____/

## CERTIFICATE OF SERVICE

The undersigned states that on December 9, 2013 copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Bruce Bennett | Marion J Mack |
| 555 S. Flower Street | 211 West Fort Street, Suite 700 |
| 50th Floor | Detroit, MI 48226 |
| Los Angeles, CA 90071 | |

Daniel M. McDermott
200 Public Square, Suite 20-3300
Cleveland, OH 44114

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** to the following non-ECF participants:

City of Detroit
2 Woodward Avenue, Suite 1126
Detroit, MI 48226


Date:    December 9, 2013                                               /s/ <u>Myra Gilmore</u>
                                                                                  Myra Gilmore
                                                                                  Bankruptcy Specialist
                                                                                  Orlans Associates, P.C.
                                                                                  Attorneys Federal National Mortgage
                                                                                  Association ("Fannie Mae"), creditor c/o
                                                                                  Seterus, Inc.
                                                                                  P.O. Box 5041
                                                                                  Troy, MI 48007
                                                                                  (248) 502-1400
                                                                                  Email: crule@orlans.com
                                                                                  eabood-carroll@orlans.com
                                                                                  hmcgivern@orlans.com
                                                                                  File Number: 13-015665