UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
 Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S AMENDED WITNESS LIST TO WITHDRAW SAQIB BHATTI AS A WITNESS IN EVIDENTIARY HEARING ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157]**

    Now comes Interested Party David Sole and hear by amends his witness list by withdrawing Saqib Bhatti as a witness in the evidentiary hearing on Debtor's Motion for a Final Order Approving Post-Petition Financing [Docket 1520] and Debtor's Amended Motion to Assume or Reject Executory Contract [Docket 157] as Mr. Bhatti is not available to testify on the dates of the evidentiary hearing.

        Respectfully submitted,

        JEROME D. GOLDBERG, PLLC

        By:   */s/ Jerome D. Goldberg*
        Jerome D. Goldberg (P61678)
        Attorney for David Sole, Party in Interest
        2921 East Jefferson, Suite 205
        Phone: 313-393-6001
        Fax: 313-393-6007
        Email: apclawyer@sbcglobal.net

DATED: December 9, 2013

1