UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

ORDER GRANTING DEBTOR'S *EX PARTE* MOTION FOR AN ORDER
SHORTENING NOTICE

This matter coming before the Court on Debtor's *Ex Parte* Motion for an Order Shortening Notice with Respect to the Notice of Presentment of the Proposed Scheduling Order (the "Motion");[1] the Court having reviewed the Motion; having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; having determined after due deliberation that the relief requested in the Motion is

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

in the best interests of the Debtor and its creditors; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is **GRANTED**.

    2.    Objections to the Proposed Scheduling Order shall be filed no later than December 10, 2013 at 4:00 p.m. (prevailing Eastern Time).

.

**Signed on December 09, 2013**

                              /s/ Steven Rhodes
                              **Steven Rhodes**
                              **United States Bankruptcy Judge**