# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| | : |
| In re: | : Chapter 9 |
| | : |
| CITY OF DETROIT, MICHIGAN, | : Case No. 13-53846 |
| | : |
| Debtor. | : Hon. Steven W. Rhodes |
| | : |
| | : |

## NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S EXHIBIT LIST FOR EVIDENTIARY HEARING ON DEBTOR'S ASSUMPTION (DKT. NO. 17/157) AND FINANCING (DKT. NO. 1520) MOTIONS

1.    National Public Finance Guarantee Corporation ("National") identifies the following exhibits that it may use at the Evidentiary Hearing (the "Hearing") [Dkt. No. 1864] related to the Debtor's (1) Motion for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019 and (III) Granting Related Relief (the "Assumption Motion") [Dkt. No. 17/157]; and (2) Motion for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay (the "Financing Motion") [Dkt. No. 1520]:

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Quarterly Report with Respect to the Financial Condition of the City of Detroit, dated October 15, 2013 |
| 2 | Emergency Manager Report Pursuant to Section 17 of Local Financial Stability and Choice Act, dated September 30, 2013 |
| * | National reserves the right to use any Exhibits listed by the Debtor with respect to the Hearing regarding Dkt. Nos. 17/157, and 1520. |
| ** | National reserves the right to use any Exhibits marked or identified in depositions of the Debtor's and Objectors' witnesses with respect to Dkt. Nos. 17/157 and 1520. |
| *** | National reserves the right to use any Exhibits listed by any of the other Objectors with respect to the Hearing regarding Dkt. Nos. 17/157 and 1520. |

Dated: December 9, 2013          **JAFFE RAITT HEUER & WEISS, P.C.**

By:   /s/ Paul R. Hage
Louis P. Rochkind (P24121)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-821
Telephone: (248) 351-3000
lrochkind@jaffelaw.com
phage@jaffelaw.com

-and-

2

**SIDLEY AUSTIN LLP**

James F. Bendernagel, Jr.
Guy S. Neal
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8041
jbendernagel@sidley.com
gneal@sidley.com

Jeffrey E. Bjork
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Telephone:  (213) 896-6000
 jbjork@sidley.com

*Counsel for National Public Finance Guarantee Corp.*