UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Case No. 13-53846

CITY OF DETROIT, MICHIGAN                             In Proceedings Under
                                                      Chapter 9
          Debtor.
                                                      Hon. Steven W. Rhodes
_____/

## AMBAC ASSURANCE CORPORATION'S
## NOTICE OF WITHDRAWAL OF LIST OF WITNESSES

Ambac Assurance Corporation ("Ambac"), a creditor and party in interest in the above-captioned case, hereby withdraws its List of Witnesses [Dkt. No. 1897] related to the *Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay* ([Dkt. No. 1520] (the "Motion")). Ambac will not call Joseph J. Lhota of Goldin Associates, LLC as a witness at the hearing on the Motion to be held December 17 – 19, 2013 [Dkt. No. 1864].

Respectfully Submitted,

**ARENT FOX LLP**

Dated: December 9, 2013	By: /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
RALPH A. TAYLOR, JR.
LEAH MONTESANO
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 BROADWAY
NEW YORK, NY 10019
(212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2013 the foregoing Notice of Withdrawal of List of Witnesses was filed with the Court's electronic case filing and noticing system and served on all parties registered to receive electronic notices in this matter.

/s/ Carol Connor Cohen