# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2013, I caused the *Reservation of Rights of Assured Guaranty Municipal Corp. Regarding Exhibits for Evidentiary Hearing on City's Assumption (Docket Nos. 17, 157) and Post-Petition Financing (Docket No. 1520) Motions* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: December 9, 2013
      New York, New York

**CHADBOURNE & PARKE LLP**

By:   /s/ Lawrence A. Larose    
Lawrence A. Larose
Samuel S. Kohn
Marc D. Ashley
Marc B. Roitman
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
llarose@chadbourne.com
skohn@chadbourne.com
mroitman@chadbourne.com

*Counsel for Assured Guaranty Municipal Corp.*