# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

-------------------------------------------------------------x
:
In re                                                : Chapter 9
                                                     :
**CITY OF DETROIT, MICHIGAN,**                       : Case No. 13-53846
                                                     :
        Debtor.                       : Hon. Steven W. Rhodes
                                                     :
                                                     :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PAPER

**PLEASE TAKE NOTICE** that the *Financial Guaranty Insurance Company Disclosure of Exhibits in Advance of December 17-19, 2013 Hearing* filed as Docket No. 1968 filed by Mark R. James on December 9, 2013, is hereby withdrawn and replaced with the *Financial Guaranty Insurance Company Disclosure of Exhibits in Advance of December 17-19, 2013 Hearing*, Docket No. 1979.

|  |  |
|---|---|
|  | /s/ Mark R. James |
|  | Mark R. James (P54375) |
|  | Attorney for Financial Guaranty Insurance Company |
|  | Williams, Williams, Rattner & Plunkett, P.C. |
|  | 380 North Old Woodward Ave., Suite 300 |
|  | Birmingham, MI 48009 |
|  | (248) 642-0333 |
| Dated: December 9, 2013 | mrj@wwrplaw.com |

## CERTIFICATION OF SERVICE

I hereby certify that on December 9, 2013 the NOTICE OF WITHDRAWAL OF PAPER was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

/s/ Mark R. James
Mark R. James (P54375)
Attorney for Financial Guaranty
Insurance Company
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 642-0333
mrj@wwrplaw.com

Dated: December 9, 2013