## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

                Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## <u>NOTICE OF VIDEO DEPOSITION</u>
## <u>UNDER FED. R. CIV. P. 30 AND FED. R. BANKR. P. 7030</u>

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit ("the City"), by and through its undersigned counsel, will take depositions upon oral examination of **Wallace Turbeville** at Pepper Hamilton's New York office, located at The New York Times Building, 37th Floor, 620 Eighth Avenue, New York, New York 10018-1405 on **Thursday, December 12, 2013**, or at such other date or place to which the parties mutually agree. The deposition will begin at **9:00 a.m.,** and continue until completed.

Mr. Turbeville's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

Mr. Turbeville's deposition will be recorded by video and stenograph for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated:  December 9, 2013

Respectfully submitted,

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone:  (248) 359-7300
Fax:  (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

**ATTORNEYS FOR THE CITY OF DETROIT**

## Certificate of Service

I, Deborah Kovsky-Apap, hereby certify that on December 9, 2013, I caused the foregoing Notice of Video Deposition to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

/s/ *Deborah Kovsky-Apap*
Deborah Kovsky-Apap (P68258)