UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
 Case No. 13-53846

City of Detroit, Michigan,

   Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S AMENDED EXHIBIT LIST IN ADVANCE OF DECEMBER 17, 2013 HEARING [DOCKET 1864] ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157]**

Now comes Interested Party David Sole and discloses the following exhibits in connection with the December 17, 2013 hearing on the above motions:

**EXHIBITS (page numbers reflect where exhibit begins in listed docket)**

1. 2009 Swap Agreements -- Docket 1857-2, p 4

2. LIBOR Rates -- Docket 1857-2, p 10

3. Orr August 30, 2013 deposition excerpts -- Docket 1857-3, p 11

4. Barclay Loan terms -- Docket 1857-3, p 11

5. Barclay commitment letter -- Docket 1857-4, p 2

6. $95 million appropriation for "restructuring" -- Docket 1857-4, p 6

7. Automatic Stay Order – Docket 670

8. Fitch and Standard and Poors at City Council table – Docket 1857-4, p 14

9. City Council resolution disapproving Barclay loan -- Docket 1857-4, p 15

10. City Council resolution calling for SEC investigation

11. Turbeville CV (attached)

12. Demos report, The Detroit Bankruptcy, dated November 2013 (attached)

1

13. July 2006 POC and Interest Rate Swap documents – Docket 361-4

14. 2006 POC reflecting no security interest – Docket 361-5- p. 2

15. June 2009 Amended POC and Interest Rate Swap documents -- Docket 361-5, p 7

16. Libor historical index -- Docket 361-6, p 2

17. May 12, 2013 EM Financial Plan Docket 361-6, p 4

18. July 14, 2013 EM Financial Report to Creditors – Orr, August 30, 2013 deposition, Exhibit 6

19. Bloomberg article on Termination Fees -- Docket 361-6, p 7

20. BBC article on UBS Libor rigging -- Docket 361-6, p 13

21. Article on ISDA Fix -- Docket 361-6, p 17

22. Articles on conviction of UBS executive and indictment of BofA executive, Docket 361-7, p 2

23. Final Judgment on UBS municipal bond rigging/ article on BofA -- Docket 361-7, p 6

24. Article on UBS sub-prime lending -- Docket 361-8, p 2

25. Senate Select Committee Report on Wall Street and the Financial Crisis -- Docket 361-8, p 7

26. Detroit Retirement Fund lawsuit against UBS for mortgage fraud -- Docket 361-9

27. City of Detroit, January 2009 Planning and Development Department Neighborhood Stabilization Program Plan -- Docket 361-8, p 19

28. Gavin email -- DTPPF00000162-173

Respectfully submitted,

JEROME D. GOLDBERG, PLLC

By: */s/ Jerome D. Goldberg*
Jerome D. Goldberg (P61678)
Attorney for David Sole, Party in Interest
2921 East Jefferson, Suite 205
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

DATED: December 9, 2013