# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## THE RETIREE ASSOCIATION PARTIES' EXHIBIT LIST IN ADVANCE OF THE HEARING ON DECEMBER 17-19, 2013

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually and as President of the DRCEA (collectively "Retiree Association Parties") through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., submit the following Exhibit List:

The Retiree Association Parties hereby join in, as if fully restated herein, the Witness List Submitted by Syncora (Dkt. 1980).

Further, the Retiree Association Parties reserve the right to supplement or amend their witness list to include, but not limited to, any and all documents, correspondence and/or other materials authored by any witnesses identified in the Debtor's witness list, any and all exhibits identified by any party; and all exhibits used in depositions of witnesses in connection with the Consolidated Hearing.

*[signature appears on following page]*

Respectfully submitted,

SILVERMAN & MORRIS, P.L.L.C.


By: */s/ Thomas R. Morris*
Thomas R. Morris (P39141)
Co-Counsel Retiree Association Parties
30500 Northwestern Hwy, Suite 200
Farmington Hills, Michigan 48334
(248) 539-1330   Fax: (248) 539-1355
morris@silvermanmorris.com

LIPPITT O'KEEFE, PLLC
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
Counsel for Retiree Association Parties
370 East Maple Road, 3rd Floor
Birmingham, Michigan  4800
(248) 646-8292
rplecha@lippittokeefe.com

Dated:  December 9, 2013

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN,   Chapter 9
                              Case No. 13-53846-swr
  Debtor.                     Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2013, I electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, *The Retiree Association Parties' Exhibit List In Advance of the Hearing on December 17-19, 2013*, using the Court's CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/ Marlene Kowalewski
Marlene Kowalewski, Legal Assistant
Silverman & Morris, P.L.L.C.
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
marlene@silvermanmorris.com
(248) 539-1330    Fax: (248) 539-1355

Dated: December 9, 2013