UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | | Related to Doc. Nos. 157, 1520 |

**THE DETROIT RETIREMENT SYSTEMS' AMENDED DISCLOSURE OF EXHIBITS FOR THE DECEMBER 17-19 EVIDENTIARY HEARINGS**

The Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit (together, the "Retirement Systems") hereby disclose their list of exhibits that they may use for the evidentiary hearing currently scheduled from December 17, 2013 to December 19, 2013 in connection with the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief [Dkt. No. 157, the "Assumption Motion"] filed by the City of Detroit (the "City") and the City's Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing

Superpriority Claim Status and (III) Modifying Automatic Stay [Dkt. No. 1520, the "Financing Motion"]. The Retirement Systems may use one or more of the following exhibits:

1. Emails between Anne Langan and Irv Corley dated October 14, 2013 (DTPPF00002139);

2. Email from Thomas Gavin to James Doak dated 10/2/2013 (DTPPF00013241);

3. Emails from James Doak dated 8/29/2013 and 8/30/2013 (DTPPF00004951-4952);

4. Email from Thomas Gavin dated 11/8/2012 (SOM20009484);

5. Email from Thomas Gavin to James Doak with attached Orrick legal opinion (DTPPF00015416-15444);

6. Email from Thomas Gavin to Irvin Corley dated 10/21/2013 (DTPPF00002086-87);

7. Memorandum dated 10/24/2013 from Brett Hartzell to Kevyn Orr regarding request for reallocation of $95 million for FY 2014 budget (Moore Deposition Ex. 11; Orr Dep. Ex. 3);

8. Flowchart regarding COPS/Swaps Flow of Funds, Memo entitled Plan Related Issues (DTMI00118409-11);

9. Response, dated September 16, 2013, received from the Michigan Gaming Control Board to FOIA request;

10. Addendum #1 to Change Order #1 regarding Miller Buckfire contract (DTPPF00019457);

11. Email from James Doak to Jones Day forwarding email from Thomas Gavin (DTPPF00000174-85);

12. 2009 Collateral Agreement with all attachments;

13. City Council Resolution denying DIP financing;

14. Email correspondence between Kevyn Orr and James Doak dated 10/9/2013 (DTPPF0019421-42);

15. Email correspondence from David A. Hall regarding Responses to Inquiries of City Council Regarding Postpetition Financing and its attachment (DTPPF00020357-366);

16. November 6, 2013 correspondence from Harold W. Bulger, Jr., Miller Canfield, Paddock and Stone, P.L.C. to Mr. Harlan Goodrich, Secretary, Local Emergency Financial Assistance Loan Board, and attachments (DTPPF00020232-356);

17. Email from Corinne Ball to Jeffrey B. Ellman dated January 15, 2013 (DTMI00235218, RSCD Exhibit 866-001);

18. Any document used in any deposition;

19. Any document attached to Dkt. Nos. 17, 157 and/or 1520;

20. Any document listed by any other party; and,

21. Any document necessary for rebuttal.

As discovery is still being conducted in this matter, the Retirement Systems reserve the right to amend, supplement, or otherwise modify this Disclosure based upon such discovery.

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Jennifer K. Green (P69019)
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com
jgreen@clarkhill.com

Dated: December 9, 2013

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | | Related to Doc. Nos. 157, 1520 |

### CERTIFICATE OF SERVICE

The undersigned certifies that on December 9, 2013, The Detroit Retirement Systems' Amended Disclosure of Exhibits for the December 17-19 Evidentiary Hearings was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

                CLARK HILL PLC

                /s/ Robert D. Gordon
                Robert D. Gordon (P48627)
                151 South Old Woodward Avenue, Suite 200
                Birmingham, Michigan 48009
                Telephone: (248) 988-5882
                Facsimile: (248) 988-2502
                rgordon@clarkhill.com

Dated: December 9, 2013      *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

200024015.1 14893/165083