UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor,
_____

Chapter 9

Case No. 13-53846
Hon. Steven Rhodes

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPAERS</u>**

  PLEASE TAKE NOTICE that the undersigned hereby files an appearance as counsel to Eric Kimbrough, Leinathian Jelks, Brandon Brooks, Phyllis Tharpe, Rodney Heard, Clenette Harris, Gregory Brazell, Jennifer Harris-Barnes, Henry Hassan, Melvin Miller, Terry Hardison, Velma, Denson, Raymond Thompson, Lucy Flowers, Brandon Gilbert, Brady Johnson, Quentin King, Sharon Pettway, Taralyn Smith, Donna Weatherspoon, Tarita Wilburn, Joseph Wright, Laverne Covington, James Matson, Kevin McGillivary, Rhonda Craig, Orlando Marion, John Collins, Terry Hardison, Carolyn Harp, Jeffrey Peterson, Clementine Stephens, Ezekiel Davis, Michael McKay, David Both, Raymond Thompson, Jr., Doug Taylor, Shumithia Baker, Floyd Brunson, Jerry Ashley, Anthony Harmon, Shelton Bell, Jr., Jeremiah Duren, Otis Evans, Wendy Jefferson, Gary Musser, Mario Littlejohn, Angela Davis, Jeffrey Theriot, Bernard White, Eddie Moore, Robert Mcgowen, Curtis Morris, Hondra Porter, Kevin Mcdonald, Jay Woods, Taesean Parnell, Yvette

1

Spencer, Viena Lowe, Landon Banks, Darchella Lattner, Micholas Martin, Marily Cloyd, Robert Hall, Victoria Wilson, Theresa Chalch, Angela Davis, Jamie Jackson, Donald Harris, Winter Owens, Samiya Speed, Teran Brown, Antonio Brooks, Jermaine Gleen, Ray Lizzamore, Daniel Latanzio, Woodrow Roberson, Kevin Ivie, Darnell Fields, Daniel Soto, Kevin McGillivary, and Bradley Schick, (the "Appearing Parties") and request, pursuant to 11 U.S.C. §§ 102(1) and 1109(b) and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorney, at the address set forth below:

>ROMANO LAW, P.L.L.C.
>Attn: Daniel G. Romano
>23880 Woodward Avenue
>Pleasant Ridge, MI 48069
>Tel: (248) 750 – 0270
>Fax: (248) 936 – 2105
>Email: dromano@romanolawpllc.com
>
>-and-
>
>ROMANO LAW, P.L.L.C.
>Attn: Trevor J. Zamborsky
>23880 Woodward Avenue
>Pleasant Ridge, MI 48069
>Tel: (248) 750 – 0270
>Fax: (248) 936 – 2105
>Email: tzamborsky@romanolawpllc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have a final orders in non-core matters entered only after de novo review by District Judge, (ii) the right to trial by jury in any proceeding triable in these case or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (iv) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

ROMANO LAW, P.L.L.C.

By: */s/* Trevor J. Zamborsky
Trevor J. Zamborsky (P77244)
23880 Woodward Avenue
Pleasant Ridge, MI 48069
tzamborsky@romanolawpllc.com
Tel:   (248) 750 – 0270
Fax:   (248) 567 – 4827

DATED: December 10, 2013

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 9th day of December, 2013.

/s/ Trevor J. Zamborsky
Trevor J. Zamborsky (P77244)
23880 Woodward Avenue
Pleasant Ridge, MI 48069
tzamborsky@romanolawpllc.com
Tel: (248) 750 – 0270
Fax: (248) 567 – 4827

DATED: December 10, 2013