# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | : Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : Case No. 13-53846 |
| Debtor. | : Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2013, I caused the *National Public Finance Guarantee Corporation's Exhibit List for Evidentiary Hearing on Debtor's Assumption (Dkt. No. 17/157) and Financing (Dkt. No. 1520) Motions* [Docket No. 1975] to be filed with the Court through its ECF system, which caused a copy to be served on all ECF participants.

Dated: December 10, 2013

Respectfully submitted

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Louis P. Rochkind (P24121)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-821
Telephone: (248) 351-3000
lrochkind@jaffelaw.com
phage@jaffelaw.com

2653988.1