## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## "CORRECTED" AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF KENNETH BUCKFIRE

To: The City of Detroit, Michigan and the Parties on the attached **Exhibit 1**.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. and all of the parties set forth in **Exhibit 1**, attached hereto, by and through their attorneys of record, will take the deposition upon oral examination of **Kenneth Buckfire** at the offices of Miller Canfield, 150 West Jefferson Suite 2500, Detroit, Michigan 48226 on **Tuesday, December 10, 2013,** or at such other date or place to which the parties mutually agree. The deposition will begin at **1:00 p.m.,** and continue until completed.

Mr. Buckfire's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. Mr. Buckfire's deposition will be recorded by stenograph and videotaped for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

December 10, 2013                    Respectfully submitted,

/s/ Howard S. Sher
Howard S. Sher, Esquire (P38337)
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel: (248) 649-1200
Fax: (248) 649-2920
E-mail: howard@jacobweingarten.com

Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Tel: (302) 252-4428
Fax: (302) 252-4466
E-mail: summersm@ballardspahr.com

-and-

Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

*Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.*

# EXHIBIT 1

| Party | Counsel for Party |
|---|---|
| *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* | James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>- and -<br>Stephen M. Gross<br>David A. Agay<br>Joshua Gadharf<br>MCDONALD HOPKINS PLC<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 646-5070<br>Facsimile: (248) 646-5075 |

| Party | Counsel for Party |
|---|---|
| *Hypothekenbank Frankfurt AG; Hypothekenbank Frankfurt International S.A.; and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A..* | Howard S. Sher (P38337)<br>JACOB & WEINGARTEN, P.C.<br>Somerset Place<br>2301 W. Big Beaver Road, Suite 777<br>Troy, Michigan 48084<br>Tel: (248) 649-1200<br>Fax: (248) 649-2920<br>E-mail: howard@jacobweingarten.com<br>-and-<br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4428<br>Fax: (410) 361-8930<br>E-mail: summersm@ballardspahr.com<br><br>-and-<br>Vincent J. Marriott, III<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Flr.<br>Philadelphia, PA 19103<br>Phone: 215.864.8236<br>Fax: 215.864.9762<br>Email: marriott@ballardspahr.com |

| Party | Counsel for Party |
|---|---|
| *FMS Wertmanagement AöR* | Suzanne L. Wahl<br>SCHIFF HARDIN LLP<br>350 S. Main Street, Ste. 210<br>Ann Arbor, Michigan 48104<br>(734) 222-1517<br>swahl@schiffhardin.com<br>-and-<br>Rick L. Frimmer<br>Michael W. Ott<br>SCHIFF HARDIN, LLP<br>233 S. Wacker Drive, Ste. 6600<br>Chicago, IL 60606<br>312-258-5500<br>Fax: 312-258-5600<br>rfrimmer@schiffhardin.com<br>mott@schiffhardin.com |
| *Retiree Association Parties* | Co-Counsel for Retiree Association Parties<br>Thomas R. Morris<br>Karin F. Avery<br>SILVERMAN & MORRIS, P.L.L.C.<br>30500 Northwestern Highway, Suite 200<br>Farmington Hills, Michigan 48334<br>(248) 539-1330 Fax: (248) 539-1355<br>morris@silvermanmorris.com<br>avery@silvermanmorris.com<br>-and-<br>LIPPITT O'KEEFE, PLLC<br>Brian D. O'Keefe<br>Ryan C. Plecha<br>370 East Maple Road, 3rd Floor<br>Birmingham, Michigan 48009<br>(248) 646-8292 Fax: (248) 646-8375<br>bokeefe@lippittokeefe.com<br>rplecha@lippittokeefe.com |

| Party | Counsel for Party |
|---|---|
| *Ambac Assurance Corporation* | Carol Connor Cohen<br>Caroline Turner English<br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20036-5342<br>(202) 857-6054<br>Carol.Cohen@arentfox.com<br>-and-<br>David L. Dubrow<br>Mark A. Angelov<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3900<br>-and-<br>SCHAFER AND WEINER, PLLC<br>Daniel J. Weiner (P32010)<br>Brendan G. Best (P66370)<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 540-3340<br>bbest@schaferandweiner.com |

| Party | Counsel for Party |
|---|---|
| *National Public Finance Guarantee Corporation* | Eric D. Novetsky<br>Louis P. Rochkind<br>JAFFE, RAITT, HEUER & WEISS, P.C.<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Tel: (248) 351-3000<br>Fax: (248) 351-3082<br>Email: enovetsky@jaffelaw.com<br>-and-<br>Jeffrey E. Bjork<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, CA 90013<br>Tel: (213) 896-6000<br>Fax: (213) 896-6600<br>Email: jbjork@sidley.com<br>-and-<br>SIDLEY AUSTIN LLP<br>Guy S. Neal<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 736-8000<br>Fax: (202) 736-8711<br>Email: gneal@sidley.com |
| *Assured Guaranty Municipal Corp.* | Lawrence A. Larose<br>Samuel S. Kohn<br>Marc D. Ashley<br>Marc B. Roitman<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10012<br>Telephone: (212) 408-5100<br>llarose@chadbourne.com<br>skohn@chadbourne.com<br>mashley@chadbourne.com<br>mroitman@chadbourne.com |

| Party | Counsel for Party |
|---|---|
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr.<br>Mark R. James<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.<br>280 North Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>Email: EJEssad@wwrplaw.com<br>Email: mrjames@wwrplaw.com<br>-and-<br>Alfredo R. Pérez<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: alfredo.perez@weil.com |
| *David Sole, Party in Interest* | Jerome D. Goldberg<br>JEROME D. GOLDBERG, PLLC<br>2921 East Jefferson, Suite 205<br>Detroit, MI 48207<br>Phone: 313-393-6001<br>Fax: 313-393-6007<br>Email: apclawyer@sbcglobal.net |
| *Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit* | Robert D. Gordon<br>Shannon L. Deeby<br>CLARK HILL PLC<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009<br>Telephone: (248) 988-5882<br>Facsimile: (248) 988-2502<br>rgordon@clarkhill.com |

| Party | Counsel for Party |
|---|---|
| *Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub-Chapter 98, City of Detroit Retirees* | LOWENSTEIN SANDLER LLP<br>Sharon L. Levine, Esq.<br>John K. Sherwood, Esq.<br>Philip J. Gross, Esq.<br>Keara M. Waldron, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-6247 (Facsimile)<br>slevine@lowenstein.com<br>jsherwood@lowenstein.com<br>pgross@lowenstein.com<br>kwaldron@lowenstein.com<br><br>-and-<br><br>Herbert A. Sanders, Esq.<br>THE SANDERS LAW FIRM PC<br>615 Griswold St., Suite 913<br>Detroit, MI 48226<br>(313) 962-0099 (Telephone)<br>(313) 962-0044 (Facsimile)<br>hsanders@miafscme.org<br><br>-and-<br><br>Richard G. Mack, Jr., Esq.<br>Miller Cohen, P.L.C.<br>600 West Lafayette Boulevard<br>4th Floor<br>Detroit, MI 48226-3191 |

## Certificate of Service

I, Monica Gedris, hereby certify that on December 10, 2013, I caused the foregoing *"Corrected" Amended Notice of Deposition of Kenneth Buckfire* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

                                    */s/ Monica Gedris*
                                    Monica Gedris