UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Case No: 13-53846-swr |
| CITY OF DETROIT, MICHIGAN, | ) | |
| Debtor | ) | Chapter 9 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |

## REQUEST TO BE REMOVED FROM ELECTRONIC NOTICING IN THE ABOVE CASE

Clifford Properties, Inc. and its counsel Michael Greiner hereby request that they be removed from electronic noticing via ECF in the Above Case.

    Respectfully Submitted,

    */s/ Michael A. Greiner*
    Michael A. Greiner (P-68241)
    FLG, PLLC
    Attorneys Clifford Properties, Inc.
    29601 Hoover
    Warren, MI 48093
    Ph. & Fax 586-693-2000
    mike@financiallawgroup.com

Dated: December 10, 2013