# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Claude D. Montgomery
Firm: Dentons US LLP
Address: 1221 Avenue of the Americas
City, State, Zip: New York, New York 10020
Phone: 212-768-6800
Email: claude.montgomery@dentons.com

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes
- ● Bankruptcy  ○ Adversary
- ○ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/28/2013   Time of Hearing: _____   Title of Hearing: Eligibility Trial

Please specify portion of hearing requested:  ● Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

● Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: Official Final Transcript by email---Rush, As soon as Possible !

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ● Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By

Order Received:
Transcript Ordered
Transcript Received

**Signature of Ordering Party:**

/s/Claude D. Montgomery   Date: 12/10/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.