CASE NO. 13-53846
In The
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2013 DEC 10 P 3:06

In re: CITY OF DETROIT, MICHIGAN/ .................................. Chapter 9 Debtor
City Of Detroit Corporation Counsels
City Of Detroit Law Department
2 Woodward Avenue, Suite 500    Case No. 13-53846
Detroit, Michigan 48226

Hon. Steven W. Rhodes

## CERTIFICATE – PROOF OF SERVICE

TO: U.S. Bankruptcy Court-E.D.Mich. Case No. 13-53846 Hon. Steven W. Rhodes, et al.

I, JEFFREY SANDERS, hereby certify and swear that on December 06, 2013, I authored - filed my legal **"Proof Of Claim"** acceding E.D. Mich. Case No. 07-14206 '**ascendant**' 04/13/2009 - 11/22/2013 attendant **"Affidavits - verifications**(Doc. #s54 – 166)" of this [Creditor's] lawfully incited - obvious - secured - unequivocal **"WARRANT"** at / in / with the respective U.S. Bankruptcy Court Clerk's Office at 11:04 A.M., Herein, encompassing - incorporating **"Secured Claim No. A37000-006220"** recorded, impending the Court's incumbent, lawful, acceded ascertainment - authorization, entry - execution, **and** sanctioning of the [City Of Detroit, Mi.]'s absolute / catalytical / explicit / immediately **"UNERRING"** compliance - conformity with **"ELECTIVE - OPTION A, or B, or C"** acceded - verified of record via 04/13/2009 - 07/24/2009 Affidavits filed / served in USDC-E.D. Mich. Case No. 07-14206 **due** hearing noticed for 10:00 AM on 12/16/2013, Herein, acceding administration of U.S. Const. Article III encompassing of 11 U.S.C. s362(b)(1) - 28 U.S.C. s1915(d) w/ FRBP 7069(a)(1) - 7070 and FRCiv.Procedure 54 - E.D. Mich. LR 58.1(a)-(d) '**Mandates**' auspicing U.S. Const. Amendments I, IV, and V - XIV.

✱ COPY OF 12/06/2013 PROOF OF CLAIM w/APPENDIX ATTACHED HERETO.
Duly Executed on December 09, 2013, By:/s/ _____

Subscribed and sworn to before me        (Claimant – Creditor No. A37000-006220)
on the 09th day of December, 2013.        JEFFREY SANDERS
(Notary) Allison McMath / Allison McMath  16599 HUBBELL STREET
My Commission Expires:                    DETROIT, MICHIGAN 48235-4030

ALLISON MCMATH
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires
Acting in the County of Wayne

| | | |
|---|---|---|
| In re: CITY OF DETROIT, MICHIGAN/ | 2013 DEC 10 P 3: 06 | **Chapter 9 / Debtor** |
| City Of Detroit Corporation Counsels | | |
| City Of Detroit Law Department | U.S. BANKRUPTCY COURT | **Case No. 13-53846** |
| 2 Woodward Avenue, Suite 500 | E.D. MICH. DETROIT | |
| Detroit, Michigan 48226 | | **Hon. Steven W. Rhodes** |

## CERTIFICATE – PROOF OF SERVICE

To: U.S. Bankruptcy Court-E.D. Mich. Case No. 13-53846 Honorable Judge Steven W. Rhodes, et al.

I, JEFFREY SANDERS, Creditor No. A37000-006220, hereby, certify and swear that on December 06, 2013, pursuant to lawfully **'Noticed'**, pending, **'Hearing'** scheduled for 10:00 AM on 12/16/2013 in **Theodore Levin U.S. Courthouse Room 100,** at 231 West Lafayette Blvd., in Detroit, Michigan, Filed my acceded **"PROOF(s) OF CLAIM"**, herein, at the U.S. Bankruptcy Court Clerk's Office in Detroit, Michigan, and personally served a true copy of **"same"**, by 1st Class Postage Paid U.S. Mail, sealed and addressed to:

> CITY OF DETROIT CLAIMS PROCESSING CENTER
> c/o KCC
> 2335 ALASKA AVENUE
> EL SEGUNDO, CALIFORNIA 90245    **–(COPY ATTACHED HERETO)–**

placed in a U.S. Post Office Mail Depository in Detroit, Michigan, on the 06 th day of December, 2013, impending scheduled 12/16/2013 Judicially ascertained - authorized entry and execution of 'Mandated' monetary redress - relief overdue as owing [Creditor], per acclaimed - verified 'Elective-Option' filed in USDC-E.D. Mich. Case No. 07-14206(Doc.1-68) from 10/03/2007 - 07/24/2009, heretofore, as **strictly** subject to U.S. Const. Article III - FRBP 7069(a)(1), 7070; FRCP 54 - E.D. Mich. LR 58.1 **'Mandates'**.

Executed Respectfully On December 09th, 2013, By:/s/ _[signature]_

Subscribed and sworn to before me
on this 09th day of December, 2013.
(Notary) Allison McMath /s/ Allison McMath

JEFFREY SANDERS
16599 HUBBELL ST.
DETROIT, MICH. 48235

My Commission Expires:

ALLISON MCMATH
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Dec. 18, 2019
Acting in the County of Wayne

In its List of Claims, the City listed your claim as a contingent, unliquidated, and disputed unsecured claim in an unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Sanders, Jeffrey

Name and address where notices should be sent: NameID: 11702255
Sanders, Jeffrey
IN PRO PER
16599 Hubbell Street
Detroit, MI 48235

Telephone number:      email:

COURT USE ONLY

☒ Check this box if this claim amends a previously filed claim.

Court Claim Number: 07-14206
(If known)

Filed on: OCTOBER 03, 2007

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:      email:

1. **Amount of Claim as of Date Case Filed:** $7,960,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** U.S. Const. Amendment IV – 18 U.S.C. §241 w/ 28 U.S.C. §354(b)(2) – §1915(d); 42 U.S.C. §1983
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 4606

3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☒Other
Describe: ASCENDANT VERIFIED INJURIES-LOSS.
Value of Property: $7,960,000.00
Annual Interest Rate (when case was filed) ? % ☐Fixed or ☐Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $7,960,000.00

Basis for perfection: 11 U.S.C. §362(b)(1); 18 U.S.C. §241 AC-CEDED 28 U.S.C. §354(b)(2)(B) – §1915(d); 42 U.S.C. §1983.

Amount of Secured Claim: $7,960,000.00
Amount Unsecured: $7,960,000.00

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §362(b)(1). $7,960,000.00

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6) NONE / Ø

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See *instruction #7, and the definition of "redacted".*) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: 10/03/2007 – 04/13/2009 COMPLAINT – AFFIDAVITS @ E.D. Mich Case #07-14206.

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor. ☒ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JEFFREY SANDERS
Title: (CLAIMANT-CREDITOR)
Company:
Address and telephone number (if different from notice address above): (Signature) Dec. 6, 2013 (Date)
16599 HUBBELL STREET
DETROIT, MICHIGAN 48235
Telephone number: 313-614-2833 email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



JEFFREY SANDERS,
    Plaintiff,

CASE NO. 07-CV-14206
HON. DENISE PAGE HOOD

V

Magistrate Judge Donald A. Scheer

DETROIT POLICE DEPT., et al.,
    Defendant(s).

| Jeffrey Sanders | Jane Kent Mills (P-38251) |
|---|---|
| 16599 Hubbell St. | 660 Woodward Ave., Suite 1650 |
| Detroit, Michigan 48235 | Detroit, Michigan 48226 |
| PLAINTIFF IN PRO PER | ATTORNEY FOR DEFENDANT(S) |

NOTICE TO SETTLE PURSUANT TO LOCAL RULE 58.1(b),(d)

TO: U.S. DISTRICT JUDGE DENISE PAGE HOOD.

    PLEASE TAKE NOTICE that, pursuant to USDC-E.D. Mich. Local Rule(s) 5.2© and Local Rule(s) 58.1(b),(d), the attached and inclusive (Proposed) JUDGEMENT w/ EXHIBIT 1 and AFFIDAVIT (see Attachments) is presented for immediate 'settlement', that COMPLIES and conforms with provision(s) of USDC-E.D. Mich. Local Rule(s) 58.1(b) W/ FRCiv P 61 thru FRCiv P 54©, etc., based upon the Defendants' ANSWER (Dkt. #5), ...implicating tentative subjection to the rule(s) of law enunciated in, e.g., GREGORY v SHELBY CNTY TENN., 220 F.3d 433, n.(8,9) at 441-42(6 Cir. 2000), inter alia., and the Plaintiff's EXHIBIT 1 w/ AFFIDAVIT w/ (Proposed) JUDGEMENT, attached and hereby subject to USDC-E.D. Mich. Local Rule(s) 58.1(b),(d).

Dated: April 13, 2009.

Respectfully Submitted,

/s/ Jeffrey Sanders
16599 Hubbell St.
Detroit, Michigan 48235
PRO PER PLAINTIFF

cc: JKM (P-38251)
JS (IN PRO PER)
USDC JUDGE DPHood

APPENDIX B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
        Plaintiff,                      CASE NO. 07-CV-14206
                                        HON. DENISE PAGE HOOD
V                                          Mag. Judge Donald A. Scheer

DETROIT POLICE DEPT., et al.,
        Defendant(s).
_____/

## JUDGEMENT

    This matter, having come before the Court pursuant to USDC-E.D. Mich LR 58.1(d) w/ FRCiv P 61 thru FRCiv P 12©, the Court concludes that there is no just reason for de-Lay and directs the entry of Judgement for Plaintiff. The Court DECLARES that the City Of Detroit Police Dept., herein, manufactured and invoked "FELON(Y)IOUS" circumst-Ance(s) to unequivocally violates the Plaintiff's Fourth Amendment right(s) herein, from April 15, 2006 thru April 27, 2006, contrary to the rule(s) of law enunciated in U.S. v EL-KINS, 300 F.3d 638, n.(28) at 655(6Cir. 2002) w/ PAYTON v N.Y., 445 US 573, n.(1) at 576(1980) w/ U.S. v McCLAIN, 430 F.3d 299, n.(4)-(6) at 304(6Cir. 2005), inter alia., to cause and/or produce and/or result in the Plaintiff's multiple, demonstrated and irrefuted, injury(ies) and damage(s) of record herein, entitling Plaintiff to unequivocal relief and the recovery of tabulated and uncontested 'compensatory damage(s)' of $4,210,000.00, plus ' 'punitive damages' of $3,750,000.00, subject to substantive law and FRCiv P 54©.

    Accordingly, Plaintiff JEFFREY SANDERS is Awarded and Shall Recover from the Defendant(s) City Of Detroit, herein, compensatory damages in the amount and sum of FOUR MILLION TWO HUNDRED TEN THOUSAND DOLLARS($4,210,000.00) and 'punitive damages' in the amount/sum of Three Million Seven Hundred Fifty Thousand Dollars($3,750,000.00). IT IS SO ORDERED AND ADJUDGED.

Date Entered:                     /s/_____
                                            U.S. District Court Judge



APPENDIX B

# DETROIT POLICE DEPARTMENT ARREST REPORT

DETROIT POLICE DEPARTMENT

Case No. 0604150154
Report No. 0604150154.1
Date: 4/15/2006


SANDERS
EXHIBIT NO. 1
12-04-08
J.R. LOCKHART

Page 1 of 3

**Subject:** 06-NWD-NWD 51-1 ARREST F/A DOMESTIC VIOLENCE 0607A 5459

| | | | |
|---|---|---|---|
| Case Report Status | V - VERIFIED | Date Entered | 4/15/2006 9:54:11 AM |
| County | 82 - WAYNE | Entered By | 234451 - GRIFFIN, CHRISTOPHE |
| City/Township | 99 - DETROIT | Date Verified | 4/15/2006 11:01:31 AM |
| | | Verified By | 230572 - LOCKHART, RONALD |
| Occurred On (and Between) | 4/15/2006 8:00:00 AM | Date Approved | |
| | | Approved By | |
| Location | 7260 SOUTHFIELD APT. 15 | Connecting Cases | |
| CSZ | DETROIT, MI 48228 | Disposition | ARREST |
| Census/Geo Code | 5459 | Tactical Actions | |
| Grid | NW7 - 0607 | Clearance Reason | |
| Call Source | CAD/DISP | Date of Clearance | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT |
| | | Division | 6th/Northwest District |
| | | Notified | DOMESTIC VIOLENCE/INV. SIMMONS |

Reporting Officer: 234451 - GRIFFIN, CHRISTOPHE
Assisted by: 234435 - TREECE, JASON
Assist Agency:

**Report Narrative**

PO C. GRIFFIN 4074 S-4  PO J. TREECE 3924

S: POLICE RUN TO 7260 SOUTHFIELD APT 15 "A/B JUST HAPPENED" @ 0910

WRITERS RESPONDED AND MET WITH VICTIM WHO WAS WAITING OUTSIDE OF LOCATION FOR WRITERS ARRIVAL. VICTIM STATES HER HUSBAND (OFFENDER) HAS BEEN ACTING ALOT DIFFERENT RECENTLY AND BELIEVES HE IS ON DRUGS. VICTIM STATES ON THIS DATE SHE BECAME INVOLVED IN A VERBAL ARGUMENT WITH OFFENDER OVER MONEY. VICTIM STATES VERBAL INSULTS WERE EXCHANGED WHEN OFFENDER STRUCK HER ONE TIME WITH A CLOSED FIST TO HER LOWER LIP AREA CAUSING AN APPROXIMATE ONE INCH LACERATION. VICTIM STATES OFFENDER THEN WENT TO THE KITCHEN THEN RETURNED HOLDING A KNIFE AND STATED "I'LL KILL YOU BITCH". VICTIM STATES SHE THEN FLED LOCATION AND CALLED 911.

WRITERS MADE CONTACT WITH OFFENDER AND PLACED HIM INTO CUSTODY THEN CONVEYED TO THE NORTHWESTERN DISTRICT WITH OUT INCIDENT.

O: WRITERS OBSERVED THE ABOVE DESCRIBED INJURY.

**Offense Detail:** 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON

| | | | |
|---|---|---|---|
| Offense Description | 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON | Location | 20 - RESIDENCE/HOME |
| IBR Code | 13A - AGGRAVATED ASSAULT | Offense Completed? | YES |
| IBR Group | A | Hate/Bias | 00 - NONE (NO BIAS) |
| Crime Against | PE | Domestic Violence | YES |
| Offense File Class | 13002 - AGGRAVATED/FELONIOUS ASSAULT | | |
| PACC | | | |
| Local Code | | | |
| Using | | | |
| Criminal Activity | | | |
| Weapons | 20 - KNIFE/CUTTING INSTRUMENT (ICEPICK, AX, ETC.) | | |

No. Prem. Entered:
Entry Method:
Type Security:
Tools Used:

**EXHIBIT 1**

**Arrestee A1:** SANDERS, JEFFREY

| | | | |
|---|---|---|---|
| Arrestee Number | A1 | DOB | 4/4/1960 |
| Name | SANDERS, JEFFREY | Age | 46 |
| AKA | | Sex | M - MALE |

Place of Birth:
SSN:
DLN:

Printed For:
Printed: April 15, 2006 - 10:58 AM

DETROIT POLICE DEPARTMENT ARREST REPORT

DETROIT POLICE DEPARTMENT

Case No. 0604150154
Report No. 0604150154.1
Report Date: 4/15/2006

2

Page 2 of 3

| Field | Value |
|---|---|
| Alert(s) | |
| Address | 7260 Southfield Apt 15 |
| CSZ | DETROIT, MI 48228 |
| Home Phone | 313 304-2593 |
| Work Phone | |
| Race | B - BLACK |
| Ethnicity | U - UNKNOWN |
| Ht. | 5' 7" |
| Wt. | 150 |
| Eye Color | BRO - BROWN |
| Hair Color | BLK - BLACK |
| Hair Style | A - AFRO |
| Hair Length | M - MEDIUM |
| Facial Hair | |
| Complexion | DRK - DARK |
| Build | S - SMALL |
| Teeth | |
| DLN State | |
| DLN Country | |
| Occupation/Grade | |
| Employer/School | |
| Res. County | WAYNE |
| Res. Country | USA - UNITED STATES OF AMERICA |
| Resident Status | R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |

Scars/Marks/Tattoos
Modus Operandi
Other MO
Attire
Habitual Offender Status

| Field | Value |
|---|---|
| Arrest No. | 58260 |
| Arrest Type | T - TAKEN INTO CUSTODY |
| Force Level | 01 - LEVEL 1 |
| FBI No. | |
| State No. | |
| Armed With | 01 - UNARMED |
| Multi. Clearance | N - NOT APPLICABLE |
| Multi. Clearance Offense | |
| Prev. Suspect No. | |
| Notified | |
| Arrest Notes | |
| Arrested For | 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON |
| Count | 1 |
| Fingerprints | |
| Photos | |
| Miranda Read | |
| Miranda Waived | |
| Number of Warrants | |
| Juvenile Disposition | |
| Adult Present | |
| Arrested On | 4/15/2006 9:30:00 AM |
| Arrest Location | 7260 SOUTHFIELD APT. 15 |
| Booked On | 4/15/2006 9:50:00 AM |
| Booked Location | NORTHWESTERN DISTRICT |
| Released Location | |
| Released On | |
| Released By | |
| Release Reason | |
| Held For | |

## Victim V1: KUANDA-SANDERS, TIYANI

| Field | Value |
|---|---|
| Victim Code | V1 |
| Victim Type | I - INDIVIDUAL |
| Name | KUANDA-SANDERS, TIYANI |
| AKA | |
| Alert(s) | |
| Address | 7260 Southfield Apt 15 |
| CSZ | DETROIT, MI 48228 |
| Home Phone | 313 304-1067 |
| Work Phone | 313 617-2593 |
| Victim Of | 1302 - AGG/FEL ASSAULT - FAMILY - OTHER WEAPON |
| DOB | 9/28/1964 |
| Age | 41 |
| Sex | F - FEMALE |
| Race | B - BLACK |
| Ethnicity | U - UNKNOWN |
| Ht. | 5' 7" |
| Wt. | 160 |
| Eye Color | BRO - BROWN |
| Hair Color | BLK - BLACK |
| Facial Hair | |
| Complexion | MBR - MEDIUM BROWN |
| Place of Birth | |
| SSN | |
| DLN | |
| DLN State | |
| DLN Country | |
| Occupation/Grade | |
| Employer/School | |
| Res. County | WAYNE |
| Res. Country | USA - UNITED STATES OF AMERICA |
| Resident Status | R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |
| Testify | YES |

Attire
Injury  M - APPARENT MINOR INJURY
Circumstances  01 - ARGUMENT

EXHIBIT 1

NetRMS_MICR.rf v2f
13-53846-tjt   Doc 2014   Filed 12/10/13   Entered 12/10/13 15:16:42   Page 7 of 16
April 03 2006 10:58 AM

DETROIT POLICE DEPARTMENT ARREST REPORT

Case No. 0604150154
Report No. 0604150154.1
Report Date: 4/15/2006

DETROIT POLICE DEPARTMENT

Page 3 of 3

| Law Enforcement Officer Killed or Assaulted Information | Type |
| --- | --- |
| | Assignment |
| | Activity |
| | Other ORI |

| Justifiable Homicide Circumstances | |
| --- | --- |

### Victim Offender Relationships

| Offender | Relationship |
| --- | --- |
| A1 | 01 - VICTIM WAS SPOUSE |

Victim Notes

## Witness W1: SANDERS, EULISHA

| Witness Code | W1 | DOB | 11/22/1998 | Place of Birth | |
| --- | --- | --- | --- | --- | --- |
| Name | SANDERS, EULISHA | Age | 07 | SSN | |
| AKA | | Sex | F - FEMALE | DLN | |
| Alert(s) | | Race | B - BLACK | DLN State | |
| Address | 7260 Southfield Apt 15 | Ethnicity | U - UNKNOWN | DLN Country | |
| CSZ | DETROIT, MI 48228 | Ht. | | Occupation/Grade | |
| | | Wt. | | Employer/School | |
| Home Phone | 313 304-1067 | Eye Color | BRO - BROWN | Res. County | WAYNE |
| | | Hair Color | BLK - BLACK | Res. Country | USA - UNITED STATES OF AMERICA |
| Work Phone | | Facial Hair | | Resident Status | R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |
| Attire | | Complexion | | Testify | |

Witness Notes: CHILD IN COMMON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
    Plaintiff,

V

CASE NO. 07-CV-14206
HON. DENISE PAGE HOOD
Magistrate Judge Donald A. Scheer

DETROIT POLICE DEPT., et al.,
    Defendant(s).
_____/

AFFIDAVIT OF INJURY(IES) AND DAMAGE(S) INFLICTED

State Of Michigan)
                )
County Of Wayne)

    JEFFREY SANDERS(Plaintiff), being first duly sworn, deposes and states that as a d-Direct Result of the Defendant(s) City Of Detroit Police Dept.'s April 15, 2006, "munic-Ipal custom executed" violation(s) of the Fourth Amendment rule(s) of law as enunciated In U.S. v Elkins, 300 F.3d 638, n.(28) at 655(6 Cir. 2002) w/ U.S. v Payton, 445 US 573, n.(1) at 576(1980), as demonstrated by the 'arrest report' hereto attached as EXHIBIT 1, Inter alia., the Deponent(JEFFREY SANDERS) herein suffered the following demonstra-Ted and irrefut(able)ed injury(ies) and damage(s) of record:

    1. Exposure and subjection to "municipal custom executed" Criminal Conduct, impli-cating U.S. v ELKINS, 300 F.3d 638, n.(28) at 655(6 Cir. 2002) w/ 18 U.S.C., Sec. 241, i.e., manufacture and invocation of exigent "Felon(ious)y" circumstances, to which Dep-onent attaches a 'punitive damage(s)' value of $3,750,000.00, subject to FRCiv P 54©;

    2. Loss of Physical Liberty from April 15, 2006 thru October 30, 2006, subject to the Posting of $50,000.00 Bond imposed by 36th District Court Judge Marylin Atkins on Ap-Ril 27, 2006, continued by 3rd Circuit Court Maggie Drake on May ___, 2006, and subse-Quent $100,000.00 Personal Bond issued by 3rd Circuit Court Judge Craig S. Strong on t 10/30/2006, to which Deponent attaches a 'compensatory damage' value of $50,000.00;

    3. Loss of Residency and Personal Estate, worth and valued at $160,000.00, to which Deponent attaches a 'compensatory damage' value of $160,000.00;

    4. Loss of Personal Legal Effects w/ Recovery of $3,500,000.00 medical malpractice Damages, pursuant to law, in WCCC Case No. 05-523094-NH to which Deponent attaches a 'compensatory damage' value of $3,500,000.00;

    5. Loss of sole Legal and Actual custody of child (Eulisha T.R. Sanders), subject to Probate Order of Judge Martin T. Maher on 05/31/2006, to which Deponent attaches the 'compensatory damage' value of $500,000.00, subject to FRCiv P 54©.

Subscribed and sworn to before me
On this 13th day of April, 2009.

/s/ _Jeffrey Sanders_
Jeffrey Sanders
18599 Hubbell St.
Detroit, Mich 48235

_Rhonda C. Harris_
RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the county of Wayne

My Commission Expires:

JEFFREY SANDERS,
    Plaintiff,

v

DETROIT POLICE DEPT., et al.,
    Defendant(s).

CASE NO. 07-CV-14206
HON. DENISE PAGE HOOD
MAG. JUDGE D.A. SCHEER

## PROOF OF SERVICE

State of Michigan )
County of Wayne )

JEFFREY SANDERS, being duly sworn, depose(s) and states that on the 13th day of April, 2009, I mailed a copy of the preceding/attached NOTICE TO SETTLE w/(Proposed) JUDGEMENT w/(DPD)EXHIBIT 1 w/AFFIDAVIT & PROOF OF SERVICE, to the Defendant(s) Attorney of Record, by CERTIFIED/REGISTERED U.S. Mail addressed to: JANE KENT MILLS (P-38251)
    Attorney For Defendants
    660 WOODWARD AVE., SUITE 1650
    DETROIT, MICHIGAN 48226-3535

Pursuant to U.S. Postal Service CERTIFIED MAIL #70082810000109178338

Subscribed and sworn to before me on this ____ day of April, 2009.

/s/ Rhonda Charlotte Harris

/S/ Jeffrey Sanders

My Commission Expires:

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of Wayne

7008 2810 0001 0917 8338

DETROIT MI 48226
$0.59   02E5
$2.70   05
$0.00
$0.00
$3.29   04/__/2009

JANE KENT MILLS (P-38251)
660 WOODWARD AVE., SUITE 1650

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
        Plaintiff,

V

CASE NO: 2:07-CV-14206
HON. DENISE PAGE HOOD
Magistrate Judge Donald A. Scheer

CITY OF DETROIT POLICE DEPT., et al.,
        Defendant(s).

| Jeffrey Sanders | Jane Kent Mills (P-38251) |
|---|---|
| 16599 Hubbell St. | 660 Woodward Ave., Suite 1650 |
| Detroit, Michigan 48235 | Detroit, Michigan 48226 |
| PLAINTIFF IN PRO PER | ATTORNEY FOR DEFENDANTS |

### REPLY TO DEFENDANTS' RESPONSE WANTING(Due 05/07/09)

JEFFREY SANDERS(Plaintiff), being first duly sworn, depose(s) and states that:

1. This action against Defendant(s) CITY OF DETROIT POLICE DEPT., et al., predicated upon 28 USC 1343(a)(3-4) w/ 28 USC 2201(a) and 42 USC 1983, seeks a declaratory judgement and monetary damages totaling $7,960,000.00, based upon irrefuted injur(y)ies attendant "municipal custom executed" violation(s) of Plaintiff's Fourth Amendment right(s) herein, from April 15 – 27, 2006, contrary to clearly established 'rule(s) of law' implicating tentative subjection to ramification(s) of 42 USC 1983 and 18 USC 241. See PLEADINGS w/EXHIBITS at Docket # 1 thru 60.

2. Joinder of 'CITY OF DETROIT' herein is based upon FRCiv.P 19(a) Mandate(s).

3. Defendant(s) herein, as a matter of record, do not present and/or demonstrate 'any' genuine issue of material fact, obviating Judgement for Plaintiff, and present NO claim of entitlement to 'Qualified Immunity' pursuant to the rule(s) of law enunciated in, e.g., Gregory v Shelby Cnty Tenn., 220 F3d 433, n.(8,9) at 441-42(6Cir. 2000)(cit. omit.) thru Turner v City Of Taylor, 412 F3d 629, 643(6Cir. 2005) ref. In Holz v City of Sterling Height, 465 F.Supp.2d 758, n.(8) at 773(E.D.Mich. 2006), inter alia.

4. Plaintiff's AFFIDAVIT OF INJURY AND DAMAGE(S) INFLICTED herein filed April 20, 2009, at Dkt. #57, is replicated and herewith submitted(see Attached), to incite The Court's 'Judicial Notice' and compliance with MANDATE(S) set forth in FRCivProc. 61 thru FRCivP 12© w/ USDC-E.D.Mich. LR 58.1(b) herein(see JUDGEMENT Proposed At Dkt. #57).

Subscribed and sworn to before me
On this 8th day of May, 2009.
/s/ Rhonda Charlotte Harris

My Commission Expires: 9/20/12

/s/ Jeffrey Sanders
Jeffrey Sanders
16599 Hubbell St.
Detroit, Michigan 48235

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of Wayne

EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
    Plaintiff,

V

DETROIT POLICE DEPT., et al.,
    Defendant(s).

CASE NO. 07-CV-14206
HON. DENISE PAGE HOOD
Magistrate Judge Donald A. Scheer

"JOINDER MOTION FOR SETTLEME[NT]
FILED 04/20/2009 @ DKT. #57

_____/

AFFIDAVIT OF INJUR(Y)IES AND DAMAGE(S) INFLICTED

State Of Michigan)
    )
County Of Wayne )

    JEFFREY SANDERS(Plaintiff), being first duly sworn, depose(s) and states that the Defendant(s) City Of Detroit Police Dept. and Christophe® Griffin, from April 15, 2006 - April 27, 2006, herein, sponsored and/or executed the "municipal custom(s)" violative of this Deponent's U.S. Constitution Amendment IV right(s), pursuant to the rule of laws enunciated in the case(s) of U.S. v ELKINS, 300 F.3d 638, n.(28) at 655(6Cir. 2002) w/ PAYTON v N.Y., 445 US 573, n.(1) at 576(1980) w/ U.S. v McCLAIN, 430 F.3d 299, n.(4)-(6) at 304(6Cir. 2005) w/ KAUPP v TEXAS, 538 US 626, n.(3) at 630(2003) w/ CHERRINGTON v SKEETER, 344 F.3d 631, n.(9) at 643(6Cir. 2003)(cit. omit.), inter alia, DEMONSTRATED by Defendants' "arrest report", "investigator's report", and "36th DISTRICT COURT CASE NO. 06-059157-01 PRELIMINARY EXAMINATION TRANSCRIPT FROM APRIL 27, 2006", presented of record herein at Docket #'s 1, 8, and 29-30, CAUSING and producing and resulting in multiple demonstrated (Pleadings w/ Exhibits at Docket #1-30) and irrefut(able)ed injur(y)ies and damage(s), tabulated to the total amount of $4,210,000.00, and directly resulting from the Defendants' "criminally inspired" AND "municipal custom executed" violation of U.S. v ELKINS, 300 F.3d at 655, n.(28), (6Cir. 2002), implicating tentative subjection to ramification of 18 U.S.C. Sec. 241, as to WARRANT Plaintiff's PUNITIVE DAMAGE(S) AWARD OF $3,750,000.00, subject to FRCiv P 54© and substantive law. Further Deponent Saith Not.

Subscribed and sworn to before me
On this 20 day of April, 2009.
_Rhonda Charlotte Harris_
My Commission Expires: 9/20/12

/s/ _Jeffrey Sanders_
JEFFREY SANDERS
16599 HUBBELL
DETROIT, MI. 48235

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of _Wayne_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,
    Plaintiff,

v

CITY OF DETROIT, et al.,
    Defendant(s).

CASE NO. 07-CV-14206
HON. DENISE PAGE HOOD
Magistrate Judge Donald A. Scheer

_____/

**AFFIDAVIT OF INJURY AND DAMAGE(S) INFLICTED**

State of Michigan)
                 )
County of Wayne)

    JEFFREY SANDERS, being first duly sworn, deposes and states that:
    1. Pursuant to the Defendant CITY OF DETROIT, et al., Official April 15, 2006, catalyst and demonstrated, irrebutted and irrefutable "municipal custom executed" violations of Plaintiff (JEFFREY SANDERS)'s US Const. Amendment IV right(s), herein arising under the rule(s) of law enunciated in, e.g., Payton v N.Y., 445 US 573, n.(1) at 576(1980) w/ U.S. v Elkins, 300 F.3d 638, n.(28) at 655(6 Cir. 2002) w/ U.S. v McClain, 430 F.3d 299, n.(4)-(6) at 304(6 Cir. 2005)(cit. omit.), inter alia., (see EXHIBIT 1 as hereto attached) Plaintiff JEFFREY SANDERS suffered the following injur(y)ies and damage(s):
    (a) Loss of Physical Liberty from April 15, 2006, thru October 30, 2006, subject to $50,000.00 Bond issued 04/27/06 and $100,000.00 Personal Bond issued 10/30/06, under auspices of Defendants' respective Judges Marylin E. Atkins and Craig S. Strong;
    (b) Loss of Residency and Personal Estate worth and valued at $160,000.00;
    (c) Loss of Personal Legal Effects w/ Recovery of $3,500,000.00 medical malpractice damage(s), pursuant to law, in Wayne County Circuit Case No. 05-523094-NH ;
    (d) Loss of sole legal and factual custody of biological child from April 15, 2006 as FORWARD thru to date (04/09/2009), subject to Order of Defendant's Probate Judge M.T. MAHER , dated 05/31/06, to which Plaintiff attaches compensable value of $500,000.00, TANTAMOUNT to irrebuttable and irrefutable compensatory damages of $4,210,000.00 due Plaintiff pursuant to 42 USC 1983, and predicated upon the City of Detroit's catalyst And inherently punishable violation of the rule of law enunciated in U.S. v Elkins, supra., Implicating tentative subjection to ramification of 18 USC 241 and FRCiv P 54© to warRant Plaintiff's entitlement to Punitive Damages Award of $3,750,000.00(FRCivP 54©).

Subscribed and sworn to before me
On this 13 day of April, 2009.
/s/ Rhonda Charlotte Harris
My Commission Expires: 9/20/12

/s/ Jeffrey Sanders
16500 Hubbell St.
Detroit, Mich 48235

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in _____ Wayne





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,

    Plaintiff,

V

    CASE NO. 07-CV-14206
    HON. DENISE PAGE HOOD
    Magistrate Judge Donald A. Scheer

CITY OF DETROIT, et al.,

    Defendant(s).

---

Jeffrey Sanders
16599 Hubbell
Detroit, Michigan 48235
PLAINTIFF IN PRO PER

Jane Kent Mills (P-38251)
660 Woodward Ave., Suite 1650
Detroit, Michigan 48226
ATTORNEY FOR DEFENDANTS

---

PLAINTIFF'S TENTATIVE (08/05/2009) SETTLEMENT CONFERENCE AND HEARING PRESENTATION(s)

State Of Michigan)
    )
County Of Wayne)

    JEFFREY SANDERS (Plaintiff), being first duly sworn, depose(s) and states that:

    1. With respect to the Court's observation that "....The Court presumes that Plaintiff's oft-repeated Contentions will be resolved(see ORDER dd 06/25/09, Dkt. #66)"...., Plaintiff herein submits that the Defendant(s) CITY OF DETROIT, et al., is duly and properly subject to a 'Declaratory Judgement' respecting Defendant(s)' inescapable liability, herein, and commanding, directing, and effecting the Defendants' Immediate (08/05/2009) payment of (A) $7,960,000.00 to Plaintiff JEFFREY SANDERS; or (B) $4,210,000.00 To Plaintiff JEFFREY SANDERS, followed by annual April 01, 2010 – 2019 payment(s) of $375,000.00 to Plaintiff JEFFREY SANDERS; or © $796,000.00 to Plaintiff JEFFREY SANDERS, followed by annual April 01, 2010 – 2018, payment(s) of $796,000.00 to Plaintiff JEFFREY SANDERS, according to the Defendants' own election and sanction by the Court, in accordance with Celotex Corp. v Catrett, 477 US 317, n.(1,2) at 322-323, 106 S.Ct. 2548, n.(1,2) at 2552(1986), ref. In Hamby v Neel, 368 F.3d 549, 556(6Cir. 2004); etc.

    2. Defendant (City Of Detroit, et al.)s' WANTING presentation of evidence, ANY EVIDENCE of record (see Pleadings at Dkt. #1 – 66), herein, suggesting and supporting any entitlement to any relief, herein, requires JUDGEMENT for Plaintiff pursuant to the 'rule(s) of law', enunciated in Celotex Corp. v Catrett, 477 US 317, n.(1,2) at 322-323, 106 S.Ct. 2548, 2552(1986)(cit. omit); Parsons v City Of Pontiac, 533 F.3d 492, n.(8)-(14) at 500-501(6Cir. 2008); Phillips v Roane Cnty Tenn., 534 F.3d 531, n.(9, 10) at 539(6Cir. 2008); FRCP 54(b)-(d) w/ FRCP 56(c) thru FRCP 58, according to the Defendants' own election and sanction by the Court above-referenced, as subject to substantive law w/ FRCP 54(b)-(d) and USDC – E.D. Mich. Local Rule(s) 58.1(b), in avoidance of collusion implicating 18 U.S.C. §241 w/FRCP 11.

Subscribed and sworn to before
Me this 21 day of July, 2009.

Rhonda Charlotte Harris
(Notary Public)
My Commission Expires: 9/20/12

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of Wayne

/s/ Jeffrey Sanders
Plaintiff In Pro Per
16599 Hubbell St.
Detroit, Mich. 48235



CASE NO. 07-14206
In The
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

In re: JEFFREY SANDERS(IFP / Pro se)/..................................................Plaintiff,
Jeffrey Sanders
16599 Hubbell St.
Detroit, Michigan 48235-4030
                              Case No. 07-14206

                              Hon. Denise Page Hood

v

CITY OF DETROIT POLICE DEPT., et al./..................................................Defendants,
City Of Detroit Corporation Counsels
City Of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226

NOTICE OF APPEAL

To: E.D. Mich. Court Clerk-Administrator David J. Weaver – Hon. Denise Page Hood, et al.

PLEASE TAKE NOTICE per 11 U.S.C. s362(b)(1), (11) - 28 U.S.C. s1915(d); 28 U.S.C. s2101(b), that [Plaintiff], Hereby, Appeals from this Court's 11/13/2013 'Order Denying Motion For Accelerated Judgement And Relief(Dkt.166)', to the Supreme Court of the United States, acceding cataly(s)tically - Constitutionally "Mandated -Overdue" REDRESS from acceded - collusi(on)ve - expostulat(ed)ing 'rampant' Clerical - Judicial ABUSES OF DISCRETION, obviating - violating [Plaintiff]'s U.S. Const. Amendment I, IV, V - XIV(Due Process - Equal Protection of Law) Accords - Protections, decreed in Payton v New York, 445 U.S. 573, n[1] 576(1980) - Kaupp v Texas, 538 U.S. 626, n[3] 630(2003), etc., concern Gregory v Shelby Tenn., 220 F3d 433, n[8,9] 441-42(6-2000) and U.S. v Elkins, 300 F3d 638, n[28] 655(6-2002) - Cherrington v Skeeter, 344 F3d 631, n[9] 643(6-2003); …, Parsons v City Pontiac, 533 F3d 492, n[1]-[16] 500-504(6-2008)(cert. den.) - Stanton v Sims, 571 U.S. __, __ (Per Curiam)(dec. 11/04/2013)(Opinion Page 2-3 cit. Harlow, 457 U.S. 800, 818(1982) – Ashcroft v al-Kidd, 563 U.S. __, __(2011)(slip op., at 9, 12)), acceding this Judicatures' catalytical - incumbent administration of 'same' in U.S. Constitution Article III - 11 U.S.C. s362(b)(1)-(11); 18 U.S.C.s241; 28 U.S.C.s354(b)(2)(B) - 28 U.S.C. s1915(d) as 42 U.S.C. s1983 w/ FRCiv. P 54 - E.D. Mich. LR 58.1(a)-(d) "MANDATES".

Notice per 28 U.S.C. s2101(b) Executed 11/22/2013, By:/s/ _____
                                                            JEFFREY SANDERS (IFP – Pro se)
Subscribed and sworn to before me                   16599 HUBBELL ST.
on this 22 day of November, 2013.                    DETROIT, MICHIGAN 48235-4030
(Notary) _____                                             Phone No. (313)614-3833
My Commission Expires: 12-10-2014

SONJA R. JOHNSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: Dec. 10, 2014
Acting in the County of Wayne



CASE NO. 07-14206
In The
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

<u>In re: JEFFREY SANDERS(IFP / Pro se)</u>/,..........................................Plaintiff,
Jeffrey Sanders
16599 Hubbell St.
<u>Detroit, Michigan 48235-4030</u>

Case No. 07-14206

v

Hon. Denise Page Hood

<u>CITY OF DETROIT POLICE DEPT.. et al.</u>/,..........................................Defendants,
City Of Detroit Corporation Counsels
City Of Detroit Law Department
2 Woodward Avenue, Suite 500
<u>Detroit, Michigan 48226</u>

<u>PROOF OF SERVICE</u>

To: USDC-E.D. Mich. Court Clerk-Administrator David J. Weaver - Hon. Denise Page Hood, etc.

I, JEFFREY SANDERS, Certify that on Nov. 22, 2013, I executed the acceding Notice Of Appeal at the USDC-E.D. Mich. Clerk's Office, <u>and</u> served copy of same upon respective Defendants' Counsel by 1st Class Postage-Paid U.S. Mail, sealed and addressed to:

Attn: City Of Detroit Corporation Counsels
City Of Detroit Law Department
2 Woodward Avenue, Suite 500 / 1126
C.A.Y.M.C., Room 500 and/or 1126
Detroit, Michigan 48226

placed in the U.S. Post Office Mail Depository on this same 22 day of November, 2013, <u>thus</u>, acceding ascendant - pendant Defendants' Response <u>Mandated</u> in 28 U.S.C. s354(b)(2)(B) - 28 U.S.C. s1915(d), <u>via</u> 28 U.S.C. s2101(b) w/ 28 U.S.C. s2105 - 28 U.S.C. s2111; Supreme Court Rules 18 - 39.5, 41 – 45.

<u>Proof</u> per 28 U.S.C. s2101(b) Executed 11/22/2013, By:/s/ _____
JEFFREY SANDERS (IFP – Pro se)
16599 HUBBELL ST.
DETROIT, MICHIGAN 48235-4030
Phone No. (313)614-3833

Subscribed and sworn to before me
on this 22 day of November, 2013.
(Notary)/_____
My Commission Expires: 12-10-2014

SONJA R. JOHNSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: Dec. 10, 2014
Acting in the County of Wayne