UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**THE CITY OF DETROIT'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF ALEXANDRA SCHWARZMAN**

Throughout its Response to the City's Motion *In Limine*, Syncora never answers the real question: Why is it relevant, to the decision this Court must make, whether or not the City ever entered into an NDA with Syncora? Syncora argues – without any basis whatsoever – that Ms. Schwarzman's testimony "suggests that the City refused to consider alternative proposals from Syncora that might have been better than those offered by the Swap Counterparties." Response at 4-5.

Syncora attempts to conflate the fact that City did not sign an NDA with the conclusion that the City refused to consider Syncora's proposals. Ms. Schwarzman testified to nothing of the sort. Rather, her testimony confirms the

1

irrelevance of the NDA, or lack thereof, since Syncora made its proposal to the City without one. Dep. Tr. at 136-37. Ms. Schwarzman never suggested that the City refused to consider Syncora's proposal; indeed, it appears that she has no percipient knowledge in that regard at all. *See* Schwarzman Dec. ¶ 2.

Rather than taking up more of the Court's limited time on this issue, which is fully set forth in the City's moving papers, the City instead refers the Court to its initial brief and respectfully urges the Court not to allow Syncora to waste the time of the Court and the parties with this witness.

Dated: December 10, 2013    Respectfully submitted,

| | |
|---|---|
| Thomas F. Cullen, Jr. | /s/ Deborah Kovsky-Apap |
| Gregory M. Shumaker | Robert S. Hertzberg |
| Geoffrey S. Stewart | Deborah Kovsky-Apap |
| JONES DAY | PEPPER HAMILTON LLP |
| 51 Louisiana Avenue, N.W. | 4000 Town Center, Suite 1800 |
| Washington, D.C. 20001.2113 | Southfield, MI 48075 |
| Telephone: (202) 879-3939 | Telephone: (248) 359-7300 |
| Facsimile: (202) 626-1700 | Fax: (248) 359-7700 |
| tfcullen@jonesday.com | hertzbergr@pepperlaw.com |
| gshumaker@jonesday.com | kovskyd@pepperlaw.com |
| gstewart@jonesday.com | |
| | **ATTORNEYS FOR THE CITY OF DETROIT** |