# SUMMARY OF ATTACHMENTS

The following documents are attached and labeled in accordance with Local Rule 9014-1(b).

| | |
|---|---|
| Exhibits 1A and 1B | Proposed Forms of Orders |
| Exhibit 2 | None [Notice Not Required] |
| Exhibit 3 | None [Brief Not Required] |
| Exhibit 4 | Certificate of Service [To Be Separately Filed] |
| Exhibit 5 | Deposition Transcript of Kevyn Orr from August 30, 2013 (includes Objectors' designations and City's counter-designations) |
| Exhibit 6 | Deposition Transcript of Kenneth Buckfire from August 29, 2013 (includes Objectors' designations and City's counter-designations) |