**EXHIBIT 1A – PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------x

## ORDER DENYING THE OBJECTORS' MOTION TO ADMIT CERTAIN DEPOSITION TESTIMONY OF KEVYN ORR AND KENNETH BUCKFIRE

This matter coming before the Court on the motion of the Objectors for the entry of an order admitting the deposition testimony identified in Exhibit 6-A and Exhibit 6-B to *The Objectors' Motion to Admit Certain Deposition Testimony of Kevyn Orr and Kenneth Buckfire*; the Court having reviewed the Objectors' motion, as well as the City's Response, IT IS HEREBY ORDERED THAT:

1. The court DENIES the Objectors' motion to admit the deposition testimony of Messrs. Orr and Buckfire designated in Exhibit 6-A and Exhibit 6-B to the Objectors' motion.

2. The parties are instructed to coordinate the filing of deposition designations and counter designations, along with any evidentiary objections to said designations and counter-designations.

3. The parties should be prepared to present their plan to the Court on the first day of the upcoming hearing regarding the City's Assumption Motion (Dkt #17) and Motion to Approve Post-Petition Financing (Dkt #157) ("Consolidated Hearing").

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed on December __, 2013**

_____
**Steven Rhodes
United States Bankruptcy Judge**

# EXHIBIT 1B – PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In re : Chapter 9

CITY OF DETROIT, MICHIGAN, : Case No. 13-53846

               Debtor. : Hon. Steven W. Rhodes

---

## ORDER GRANTING THE OBJECTORS' MOTION TO ADMIT CERTAIN DEPOSITION TESTIMONY OF KEVYN ORR AND KENNETH BUCKFIRE

This matter coming before the Court on the motion of the Objectors for the entry of an order admitting the deposition testimony identified in Exhibit 6-A and Exhibit 6-B to *The Objectors' Motion to Admit Certain Deposition Testimony of Kevyn Orr and Kenneth Buckfire*; the Court having reviewed the Objectors' motion, as well as the City's Response, IT IS HEREBY ORDERED THAT:

1. The court GRANTS the Objectors' motion to admit the deposition testimony of Messrs. Orr and Buckfire designated in Exhibit 6-A and Exhibit 6-B to the Objectors' motion, subject to evidentiary objections by the City.

2. The City's counter-designations of the deposition testimony of Messrs. Orr and Buckfire identified in exhibits 5 and 6 of its Opposition to the Objectors' Motion is admitted, subject to evidentiary objections by the Objectors.

3. The Objectors and City exchange any evidentiary objections to the designations and counter-designations before the upcoming hearing regarding the City's Assumption Motion (Dkt #17) and Motion to Approve Post-Petition Financing (Dkt #157) ("Consolidated Hearing").

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed on December __, 2013**

_____
**Steven Rhodes**
**United States Bankruptcy Judge**

# EXHIBIT 2

*None [Notice of Motion and Opportunity to Object Not Required]*

# **EXHIBIT 3**

*None [Brief Not Required]*

# **EXHIBIT 4**

*Certificate of Service [To Be Separately Filed]*