UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

CITY OF DETROIT, MICHIGAN                           Case No. 13-53846-swr

Debtor.                                             Hon. Steven W. Rhodes

---

# THE RETIREE ASSOCIATION PARTIES' AMENDED WITNESS AND EXHIBIT LIST IN ADVANCE OF THE HEARING ON DECEMBER 17-19, 2013

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually and as President of the DRCEA (collectively "Retiree Association Parties") through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., submit the following Amended Witness and Exhibit List:

The Retiree Association Parties hereby join in, as if fully restated herein, the Witness List and Exhibit List submitted by Syncora (Dkt. 1892 and 1980, respectively).

Further, the Retiree Association Parties reserve the right to supplement or amend their witness list and exhibit list to include, but not limited to, any and all documents, correspondence and/or other materials authored by any witnesses identified in the Debtor's witness list, any and all exhibits identified by any party; and

all exhibits used in depositions of witnesses in connection with the Consolidated Hearing.

Respectfully submitted,

SILVERMAN & MORRIS, P.L.L.C.

By: */s/ Thomas R. Morris*
Thomas R. Morris (P39141)
Co-Counsel Retiree Association Parties
30500 Northwestern Hwy, Suite 200
Farmington Hills, Michigan 48334
(248) 539-1330   Fax: (248) 539-1355
morris@silvermanmorris.com

LIPPITT O'KEEFE, PLLC
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
Counsel for Retiree Association Parties
370 East Maple Road, 3rd Floor
Birmingham, Michigan  4800
(248) 646-8292
rplecha@lippittokeefe.com

Dated:  December 10, 2013

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN,   Chapter 9
                             Case No. 13-53846-swr
　　　　Debtor.               Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2013, I electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, *The Retiree Association Parties' Amended Witness and Exhibit List In Advance of the Hearing on December 17-19, 2013*, using the Court's CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

　　　　　　　　　　　　　　　　　　　*/s/ Marlene Kowalewski*
　　　　　　　　　　　　　　　　　　　Marlene Kowalewski, Legal Assistant
　　　　　　　　　　　　　　　　　　　Silverman & Morris, P.L.L.C.
　　　　　　　　　　　　　　　　　　　30500 Northwestern Hwy., Suite 200
　　　　　　　　　　　　　　　　　　　Farmington Hills, Michigan 48334
　　　　　　　　　　　　　　　　　　　marlene@silvermanmorris.com
　　　　　　　　　　　　　　　　　　　(248) 539-1330　Fax: (248) 539-1355

Dated: December 10, 2013