# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Claude D. Montgomery
Firm: Dentons US LLP
Address: 1221 Avenue of the Americas
City, State, Zip: New York, New York 10020
Phone: 212-768-6700
Email: claude.montgomery@dentons.com

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes
● Bankruptcy  ○ Adversary
○ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/16/2013  Time of Hearing: 10:00 am  Title of Hearing: eligibility Issue

Please specify portion of hearing requested: ● Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)
● Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: Official Final Transcript--Rush, as soon as possible !

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ● Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**
Transcript To Be Prepared By
_____ Date _____ By
Order Received:
Transcript Ordered
Transcript Received

**Signature of Ordering Party:**
/s/ Claude D. Montgomery  Date: 12/10/2013
By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt  Doc 2028  Filed 12/10/13  Entered 12/10/13 17:59:03  Page 1 of 1