# SUMMARY OF ATTACHMENTS

In accordance with Local Rule 9014-1(b), Merrill Lynch and UBS attach the following to their motion:

| | |
|---|---|
| Exhibit 1 | Proposed Form of Order |
| Exhibit 2 | None (Motion seeks *Ex Parte* relief) |
| Exhibit 3 | None (Brief not required) |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | None (No affidavits) |
| Exhibit 6 | None (no documentary exhibits) |