# **EXHIBIT 4**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In Re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 10, 2013, the *Ex Parte Motion of Merrill Lynch Capital Services, Inc. And UBS AG for an Order Authorizing Them to File A Joint Statement and Reply in Support of Motion* was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: December 10, 2013

By: /s/ Stephen B. Grow
Stephen B. Grow (P39622)
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2158
Facsimile: (616) 222-2158
sgrow@wnj.com