UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

# SCHEDULE OF EXHIBITS TO THE STATEMENT OF MERRILL LYNCH CAPITAL SERVICES, INC. AND UBS AG IN SUPPORT OF DEBTOR'S MOTIONS FOR AN ORDER PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AND RULE 9019, AND IN REPLY TO THE OBJECTIONS TO THE MOTION

A.  1992 ISDA Master Agreement between UBS AG and Detroit General Retirement System Service Corporation, dated June 7, 2006.

B.  Amended and Restated Schedule between UBS AG and Detroit General Retirement System Service Corporation, dated June 26, 2009.

C.  1992 ISDA Master Agreement between SBS Financial Products Company, LLC and Detroit General Retirement System Service Corporation, dated June 7, 2006.

D.  Amended and Restated Schedule between SBS Financial Products Company, LLC and Detroit General Retirement System Service Corporation, dated June 26, 2009.

E.  Excerpt of transcript of August 28, 2013 hearing in In re City of Detroit, Michigan, Case No. 13-53846 (Bankr. E.D. Mich.).

F.  Opinion letter of Lewis & Munday, dated June 26, 2009.

G.  Opinion letter of Orrick Herrington & Sutcliffe LLP, dated June 26, 2009.

H.  Waiver and consent of Syncora Guarantee Inc. with relevant exhibits, dated June 26, 2009.

I.  Waiver and consent of Financial Guaranty Insurance Company with relevant excerpts, dated June 26, 2009.

J.  Moody's Investor Services, Moody's downgrades Syncora Guarantee to Ca; outlook is developing, dated March 9, 2009.

K.  Moody's Investor Services, Moody's downgrades FGIC to Caa3 and will withdraw ratings, dated March 24, 2009.

L.  Excerpt of Syncora Guarantee Inc.'s Memorandum of Law in Opposition to Defendants' Motion for an Order Directing Syncora to Show Cause Why this Action Should Not Be Transferred to the Eastern District of Michigan, filed in <u>Syncora Guarantee Inc. v. UBS AG, et al.</u>, 13 Civ. 5335 (LAK) (S.D.N.Y).

M.  Excerpt of transcript of August 30, 2013 deposition of Kevyn Orr.