## Summary of Exhibits

Exhibit 1 - Proposed Order

Exhibit 2 - Notice of Motion and Opportunity to Object

Exhibit 3 - None [Brief Not Required]

Exhibit 4 - None [Separate Certificate of Service to be Filed]

Exhibit 5 - Affidavits [Not Applicable]

Exhibit 6 - Documentary Exhibits

    Exhibit 6A - Objectors' Designations From December 4, 2013 Deposition of Charles Moore

    Exhibit 6B - Objectors' Designations From December 5, 2013 Deposition of James Doak

    Exhibit 6C - Excerpt from the Deposition of Charles Moore