# Exhibit 6A

**Objectors' Designations From December 4, 2013
Deposition of Charles Moore**

# Objectors' Designations From
# December 4, 2013 Deposition of Charles Moore

**Pg: 9 Ln: 15 - 24**

**Designation:**

```
 9:15   Q.   Mr. Moore, good morning.  Can you state your name for

   16        the record, please.

   17   A.   Yes.  Charles Moore, M-O-O-R-E.

   18   Q.   It's my understanding that you've had your deposition

   19        taken a number of times before, is that correct?

   20   A.   Yes, sir.

   21   Q.   And it's fair to say that you have a general

   22        understanding of the way a deposition process works,

   23        is that correct?

   24   A.   Yes.
```

**Pg: 10 Ln: 19 - Pg: 13 Ln: 8**

**Designation:**

```
10:19   Q.   Let me hand you what I've marked for purposes of

   20        identification as Moore Exhibit Number 1.  I've got

   21        two more of these.  Sorry, guys, I just made five

   22        total.

   23             Do you have Moore Exhibit Number 1 in front

   24        of you, Mr. Moore?

   25   A.   I do.

11: 1   Q.   This is a contract between Conway MacKenzie and the

    2        City of Detroit regarding professional services, is
```

| | | |
|---|---|---|
| 3 | | that correct? |
| 4 | A. | That appears to be the case, yes. |
| 5 | Q. | If you look at the back of this contract, you'll see |
| 6 | | that I have attached the first amendment to the |
| 7 | | contract as well.  It's the last three pages double |
| 8 | | sided, so to speak. |
| 9 | A. | Yes. |
| 10 | Q. | Have there been any other amendments to this contract? |
| 11 | A. | Not other than the first amendment. |
| 12 | Q. | Yeah, I meant other than what we're looking at here. |
| 13 | A. | Correct, no others. |
| 14 | Q. | If you look at the first amendment, you'll see there's |
| 15 | | a reference to the so-called Impact subcontract? |
| 16 | A. | Yes, sir. |
| 17 | Q. | And the Impact subcontract is defined within this |
| 18 | | first amendment, the definition of what those words |
| 19 | | mean, do you see that? |
| 20 | A. | I do, yes. |
| 21 | Q. | Is the Impact subcontract itself embodied in a |
| 22 | | contract of its own somewhere else? |
| 23 | A. | Yes. |
| 24 | Q. | Okay.  Do you know if that has been made available to |
| 25 | | the creditors? |
| 12: 1 | A. | I don't know. |
| 2 | Q. | For what it's worth, I did not see that on the City's |
| 3 | | website when I was reviewing all the consultant |
| 4 | | contracts, so to the extent it's not in the data room, |

```
 5          I'll ask for counsel to get that produced.

 6                  Can you tell me what the impact subcontract

 7          is?

 8   A.     It's a contract between Conway MacKenzie, Inc., which

 9          is my firm, and Impact Staffing, related to the

10          provision of resources to assist in the operational

11          restructuring of the City of Detroit.

12   Q.     Okay.  So does it expand the scope of services that

13          Conway MacKenzie is obligated to provide under this

14          professional service contract?

15   A.     It does not.

16   Q.     In layman's terms, is it that you needed additional

17          bodies to help you perform the services and one of the

18          ways that you got the additional bodies was by

19          entering into a subcontract?

20   A.     Back several months ago when there were different

21          people involved on behalf of the City in some of the

22          key positions, specifically Chris Andrews as the

23          program management director, as well as Jack Martin as

24          the chief financial officer, clearly recognized that

25          there was a need for additional arms and legs in

13: 1       several of the departments to help carry out

 2          restructuring initiatives.

 3                  Clearly Conway MacKenzie professionals are

 4          at certain rates and we did not necessarily need

 5          Conway MacKenzie professionals to perform those

 6          duties, and so we were asked to help identify other
```

3

```
 7        resources that could be provided under our contract in

 8        those roles.
```

**Pg: 13 Ln: 9 - 17**

**Designation:**

```
13: 9    Q.   It's my understanding that the fixed fee, so to speak,

   10         that Conway MacKenzie can be paid has been expanded by

   11         the amendment to a little over $19 million, is that

   12         correct?

   13    A.   That is the total cap, which includes the Impact

   14         amount, yes.

   15    Q.   So it's not incremental to that, the Impact

   16         subcontract is included within the $19 million?

   17    A.   That's correct, Impact is included in the $19 million.
```

**Pg: 14 Ln: 2 - 20**

**Designation:**

```
14: 2    Q.   Have you worked with them previously?

    3    A.   I have not worked with them previously, no.

    4    Q.   How did you come to form a relationship with them such

    5         that they're providing these subcontracting services?

    6    A.   There were two elements.  First of all, Impact has

    7         provided resources in the past to a company that Mayor

    8         Bing was involved in, his own company, and then in

    9         addition to that, I know the owner of the company of
```

4

```
10        Impact Staffing.

11   Q.   Who is that?

12   A.   His name is Peter Davis.

13   Q.   How many people from Impact are there working pursuant

14        to the Impact subcontract?

15   A.   That changes, not necessarily on a weekly basis, but

16        as needs change, resources are brought on, and then

17        also as they complete tasks, they can be taken off.

18               Right now, as of this day, I think there

19        are about 10 to 12 Impact resources involved in the

20        assignment.
```

**Pg: 14 Ln: 21 - Pg: 15 Ln: 7**

**Designation:**

```
14:21   Q.   That's very helpful.  Can you give me a sense of the

   22        low ebb and high tide of the Impact subcontractees

   23        over the last six months?

   24   A.   I believe the high would have been perhaps 14 at one

   25        point in time.  We have generally, since the ramp-up

15: 1        occurred, meaning the original time that Impact

    2        resources were initially brought on, I don't think

    3        that we have necessarily been below nine perhaps.

    4   Q.   Okay.  The contract amendment that we were just

    5        talking about was dated June 1st, 2013, is that

    6        correct?

    7   A.   Yes.
```

5

**Pg: 15 Ln: 22 - Pg: 16 Ln: 5**

**Designation:**

```
15:22        question that I meant to ask.  What I meant to say is
   23        when did the people that Impact sourced arrive on the
   24        field, so to speak, in terms of helping you perform
   25        services to the City?
16: 1   A.   I believe the first resources started work right
    2        around the end of July.
    3   Q.   Okay.  So it would have been as much as six weeks
    4        after Mr. Orr's proposal to creditors on June 14th.
    5   A.   Yes.
```

**Pg: 16 Ln: 6 - 15**

**Designation:**

```
16: 6   Q.   So the work that was done pursuant to the professional
    7        services contract between its execution in January and
    8        the June 14th proposal, that work was all done by
    9        Conway MacKenzie, is that correct?
   10   A.   The work from our firm, yes, sir.  There were no
   11        Impact resources involved in that.
   12   Q.   Very helpful.  Okay.  So you're obviously currently
   13        performing services pursuant to this professional
   14        service contract as amended, is that correct?
   15   A.   Yes.
```

6

# Objectors' Designations From
## December 4, 2013 Deposition of Charles Moore

**Pg: 16 Ln: 21 - Pg: 17 Ln: 20**

**Designation:**

```
16:21  Q.   Just to save time I'll tell you that the contract
    22       itself says that you'll provide services and that
    23       they're defined in Exhibit A and Exhibit A says what
    24       the services are, is that your recollection of how the
    25       contract works?
17: 1  A.   Yes.
     2  Q.   And the scope of services did not change with the
     3       amendment as you understand it, correct?
     4  A.   Correct.
     5  Q.   And is Conway MacKenzie performing all of the services
     6       that are described in Exhibit A?
     7  A.   Yes.
     8  Q.   Do you see that on the first page of Exhibit A, which
     9       also has got the number three on it under the
    10       contract, do you see that down at the bottom?
    11  A.   Yes, sir.
    12  Q.   Do you see that it says that one of the things that
    13       you will do is that you will work collaboratively with
    14       City of Detroit, State of Michigan, and outside
    15       professionals to develop a detailed, comprehensive
    16       work plan, do you see that?
    17  A.   Yes.
    18  Q.   Did Conway MacKenzie do that?
```

```
19   A.   Yes.

20   Q.   Do you know when it completed that work plan?
```

**Pg: 17 Ln: 22 - 23**

**Designation:**

```
17:22  A.   The initial work plan that was established would have

23          been completed in January of 2013.
```

**Pg: 17 Ln: 25 - Pg: 19 Ln: 2**

**Designation:**

```
17:25  Q.   You said initial, are you suggesting that it's

18: 1       something that is constantly revised or has been

2           revised since the initial one was completed?

3      A.   Yes, a work plan is essentially meant to identify

4           tasks that need to be performed and manage those

5           tasks, and so periodically we are providing updates to

6           the City regarding upcoming tasks.

7      Q.   So is this one of those things where as tasks are

8           completed, the completion of the tasks are noted, as

9           additional tasks are added, they are added to the work

10          plan and it's an organic living document?

11     A.   Yes.

12     Q.   How regularly is that updated?

13     A.   There's not a set frequency.  Sometimes, and by the

14          way, there may be multiple items that can be
```

8

```
15          considered a work plan.  Our communications with the

16          department regarding upcoming activities may take one

17          form, our communications with say the emergency

18          manager office may take another form.  Generally

19          speaking, every two to three weeks or so documents are

20          updated.

21    Q.    Is the work plan something that's available to

22          creditors to your knowledge?

23    A.    I'm not aware.

24    Q.    Okay.  Do you know whether you've ever been, have you

25          ever been asked to produce it so that it could go into

19: 1       the data room?

2     A.    No.
```

**Pg: 19 Ln: 3 - 13**

**Designation:**

```
19: 3  Q.   Is the document structured by departments of the City

4           of Detroit in the sense of organizing the tasks on

5           which you are working or have worked?

6      A.   The initial work plan that we developed was driven

7           more towards the activities that would need to occur

8           comprehensively, and related to those activities that

9           were involved with coming up with the initial

10          assessment of the various departments.

11               Since that time we generally update

12          activities and communicate activities on a department
```

9

         13          by department basis.


**Pg: 19 Ln: 14 - Pg: 20 Ln: 20**


**Designation:**

  19:14   Q.    About how many departments are on the work plan?

     15   A.    There are, we typically, we prioritize departments, so

     16          depending on how you count the departments, there are

     17          approximately 35 departments in the City, and we tend

     18          to track anywhere from 10 to 15 as the high priority

     19          departments and track the activities in those

     20          departments.

     21   Q.    Does that mean that all 35 may be in the work plan but

     22          the 10 to 15 that you're tracking most actively may be

     23          at the front of the work plan?

     24   A.    Yes, sir, and we may exclude items, as an example, the

     25          Department of Administrative Hearings is a very small

  20: 1          department within the City.  We have in the past

      2          documented some activities that have occurred;

      3          however, we tend not to really update that because

      4          there are very few activities occurring in that

      5          department right now.

      6   Q.    What are the 10 to 15 departments that are the ones

      7          that you referenced as being some of the most

      8          important?

      9   A.    I will go off the top of my head, but essentially you

     10          have the Police Department, Fire Department, Finance,

```
11          Building Safety Engineering and Environmental,

12          sometimes called BC.

13    Q.    You have to call it BC I think.

14    A.    Planning and Development, Department of

15          Transportation, Public Lighting, 36th District Court,

16          Department of Public Works, Municipal Parking

17          Department, and a couple other items that are not

18          departments necessarily, but Human Resources and

19          Blight.  I may have left a few off but generally

20          speaking those are the high priority items.
```

**Pg: 20 Ln: 21 - Pg: 21 Ln: 19**

**Designation:**

```
20:21   Q.    You did pretty well.  You have 12.  Let me suggest a

22            couple that maybe are in there that got left off.  Is

23            there one for the Detroit Water and Sewage Department?

24      A.    Yes; however, the Water and Sewer Department is not

25            necessarily a department per se.  We view that as an

21: 1         enterprise fund, but yes, you're correct, I did leave

2             off Detroit water and sewer.

3       Q.    You're saying it's not a department of the City, it's

4             an enterprise fund, but yes, it is one of the 10 or 15

5             things that we are tracking as important.

6       A.    Yes, sir.

7       Q.    What about as another thing that's important,

8             pensions, is that something that -- that you are
```

11

```
 9          working on at Conway MacKenzie?

10    A.    Yes, sir.

11    Q.    Pursuant to this contract that we're discussing.

12    A.    Yes.

13    Q.    Same question for OPEB.

14    A.    I have limited involvement as relates to OPEB.  I have

15          more substantial involvement on the pension side.

16    Q.    Is there also a pension box as one of the 10 or 15

17          more important items that you are tracking?

18    A.    We do track that.  We tend to track that separately as

19          a separate work stream.
```

**Pg: 21 Ln: 25 - Pg: 22 Ln: 18**

**Designation:**

```
21:25                How many Conway MacKenzie employees are

22: 1     devoting a material amount of time to providing

   2      services under the contract?  Let me tell you what I

   3      mean by material.

   4                On restructuring matters at Kirkland &

   5      Ellis there are people who are devoting a significant

   6      amount of time on a regular basis to the

   7      restructuring.  There may be other professionals that

   8      drop in for an hour or two to provide a certain level

   9      of expertise, but if you ask them are you working on

  10      this or that restructuring they would say not really,

  11      I just did a modest amount.
```

12

```
12                    I'm not worried about the people that check

13           in for just a small period of time.  I'm talking about

14           the people at Conway MacKenzie who if I asked them are

15           you working on the Detroit restructuring, they would

16           say yes, I am.  How many of those people are there?

17   A.      Okay.  Thank you.  I understand your description.

18           It's approximately 12 to 13.
```

**Pg: 22 Ln: 19 - Pg: 24 Ln: 3**

**Designation:**

```
22:19  Q.   So I'm now going to take you through the various

   20        levels that the people operate at.  I'm going to

   21        assume that you are the head of the engagement at

   22        Conway MacKenzie, is that correct?

   23   A.   Yes, sir.

   24   Q.   So I'm going to call you as level one.

   25   A.   Okay.

23: 1   Q.   That means the most senior.

    2   A.   Yes.

    3   Q.   Is there anyone else that's up at level one with you?

    4   A.   There are two people that provide input and strategy

    5        guidance with me and those two are Van Conway and Don

    6        MacKenzie.  They are not included in the 12 to 13

    7        people that I mentioned based on your description of

    8        material involvement if you will.

    9   Q.   I take it they're the founders of the firm, Conway
```

13

```
10        MacKenzie?

11   A.   Yes.

12   Q.   Is it fair to describe these two gentlemen as

13        experienced individuals who are providing you their

14        wisdom and insight as to how Conway MacKenzie should

15        perform but who are not otherwise working day to day

16        on the City's restructuring?

17   A.   Certainly the first item that you mention; however,

18        they are very active and have been very active their

19        entire lives in the city, and so there are other items

20        that they bring to bear on the engagement as well.

21   Q.   Fair enough.  Let's go down to level two now.  Level

22        two will be people that report directly to you.

23   A.   Yes.

24   Q.   How many Conway MacKenzie employees are at level two?

25   A.   I believe that's six.
```

```
24: 1   Q.   And who are the six?

     2   A.   Kevin Hand, Glenn Kushiner, Chris Gannon, Mike

     3        Hausman, Carl Sekely, and Todd Eddy.
```

**Pg: 24 Ln: 4 - 25**

**Designation:**

```
24: 4   Q.   Level three employees would be people that report to

     5        level two employees in my little scheme here of trying

     6        to organize the levels.

     7   A.   Yes, sir.
```

14

```
 8   Q.   How many level three employees are there?

 9   A.   I believe that's two.

10   Q.   And who are they?

11   A.   Jeff Addison and Doug Reich.

12   Q.   By my tally we've got nine people that we've

13        identified.

14   A.   Yes.

15   Q.   Is there anyone that would operate at what we could

16        call level four, which are people that report to level

17        three?

18   A.   Yes.

19   Q.   Who is at the level four?

20   A.   There are four.  Emily Petrovski, Danielle Iafrate,

21        Mike Walsh, and Wade Johnston.

22   Q.   Have we covered all of the folks at Conway MacKenzie

23        that are spending a material amount of time on the

24        City of Detroit restructuring?

25   A.   Yes, sir.
```

**Pg: 25 Ln: 1 - 19**

**Designation:**

```
25: 1   Q.   I want to ask you the same question but about a

     2        different period of time now.  So I want to ask you

     3        what Conway MacKenzie employees were devoting material

     4        amounts of time to performing services under the

     5        contract between the date of the contract's execution
```

15

```
 6        and June 14th, 2013.

 7   A.   Yes, sir.  Of the people that are listed, that would

 8        have been myself along with Kevin Hand, Glenn

 9        Kushiner, Chris Gannon, Emily Petrovski, and Danielle

10        Iafrate.

11   Q.   That tallied six people if I got it correct.

12   A.   Yes, sir.

13   Q.   Is it a fair characterization to say that in the

14        initial stage of its contract, Conway MacKenzie had a

15        team of six people working to develop a restructuring

16        plan and it is now significantly -- it has now

17        expanded that team to 13 to help implement that

18        restructuring plan?

19   A.   I think that's a fair statement.
```

**Pg: 25 Ln: 20 - Pg: 27 Ln: 25**

**Designation:**

```
25:20   Q.   Let me ask you this, just some specific questions

   21        about the six folks who are working between January

   22        and June if I could.  Mr. Hand, how old is Mr. Hand?

   23   A.   42.

   24   Q.   What is his position at Conway MacKenzie?

   25   A.   Managing director.

26: 1   Q.   What does it mean to be an MD at Conway MacKenzie?

    2        And what I mean by that is titles mean different

    3        things at different firms.  For example, my firm has
```

16

```
 4        equity partners and non-equity partners, and it has

 5        associates; so you could hierarchize them that way.

 6                Can you tell me where a managing director

 7        fits into the hierarchy at Conway MacKenzie?

 8                MR. HAMILTON:  Object to form.

 9                You can answer.

10   A.   A managing director has significant experience in the

11        restructuring industry and has led engagements, has

12        the ability to essentially develop comprehensive

13        restructuring plans.

14   BY MR. HACKNEY:

15   Q.   Okay.  He's someone who could sit first chair, so to

16        speak, on a restructuring matter if need be?

17   A.   Yes, sir.

18   Q.   Is the only higher position than managing director at

19        Conway MacKenzie principal?

20   A.   Senior managing director is the other title that we

21        have.  That's what I am.  We don't have the title of

22        principal.

23   Q.   How long has Mr. Hand been at Conway MacKenzie?

24   A.   Since 2001.

25   Q.   Let's talk about Mr. Kushiner if we could, how old is

27: 1        Mr. Kushiner?

 2   A.   I believe he is 38.

 3   Q.   What's his position?

 4   A.   Managing director.

 5   Q.   And how long has he been with Conway MacKenzie?
```

17

```
 6   A.   Since 2001.

 7   Q.   How old is Chris Gannon?

 8   A.   41.

 9   Q.   Is he also a managing director?

10   A.   Yes.

11   Q.   And how long has he been with Conway MacKenzie?

12   A.   I believe 2007.

13   Q.   How old is Emily Petrovski?

14   A.   She is 34.

15   Q.   What's her title?

16   A.   Senior associate.

17   Q.   How long has she been there?

18   A.   I believe 2003 or 2004.

19   Q.   And Ms. Iafrate, how old is Ms. Iafrate?

20   A.   I believe she is 26 or 27.

21   Q.   What's her title?

22   A.   Senior associate.

23   Q.   And do you know how long she's been at Conway

24        MacKenzie?

25   A.   Since 2012.
```

**Pg: 28 Ln: 1 - Pg: 30 Ln: 4**

**Designation:**

```
28: 1   Q.   Mr. Moore, prior to this case you had never been

     2        retained by a Chapter 9 debtor before, is that

     3        correct?
```

18

```
 4   A.   Not by a Chapter 9 debtor, correct.

 5   Q.   And Conway MacKenzie had never been retained by a

 6        Chapter 9 debtor either to your knowledge, isn't that

 7        also correct?

 8   A.   To the best of my knowledge that's correct.

 9   Q.   Prior to this case you had never personally worked on

10        restructuring a police department before, had you,

11        sir?

12   A.   That's correct.

13   Q.   And to the best of your knowledge, neither had Conway

14        MacKenzie, correct?

15   A.   To the best of my knowledge, correct.

16   Q.   And to the best of my knowledge, Mr. Hand,

17        Mr. Kushiner, Mr. Gannon, Ms. Petrovski and

18        Ms. Iafrate had never worked on restructuring a police

19        department before either, is that correct?

20   A.   That's my understanding.

21   Q.   Now, prior to this case you had never personally

22        worked on an assignment that required to restructure

23        the operations of a fire department either, isn't that

24        correct?

25   A.   Correct.

29: 1  Q.   And that's also correct for the five individuals I

 2        just described to the best of your knowledge.

 3   A.   I believe that's correct.

 4   Q.   And it's also true with respect to Conway MacKenzie to

 5        the best of your knowledge.
```

19

```
 6   A.   To the best of my knowledge, yes.

 7   Q.   Prior to this case you had never been tasked with

 8        formulating a blight remediation plan, isn't that

 9        correct, Mr. Moore?

10   A.   That's correct.

11   Q.   Nor had Conway MacKenzie, correct?

12   A.   To the best of my knowledge, yes.

13   Q.   And nor to the best of your knowledge had any of the

14        five individuals I just ticked off in connection with

15        the police department question, isn't that correct?

16   A.   That's correct.

17   Q.   Is it correct to say, Mr. Moore, that Conway MacKenzie

18        started working in earnest on the scope of work

19        described in Exhibit A around the time that its

20        contract was executed with the City?

21   A.   Yes, that would have been January of 2013.

22   Q.   I know that prior to that time you had been doing some

23        pro bono work with respect to cashiering exercises, is

24        that correct?

25   A.   Yes, sir.

30: 1 Q.  But when it came in earnest to performing the services

 2        in this contract, that began sometime in January of

 3        2013, correct?

 4   A.   Yes.
```

Pg: 30 Ln: 5 - 13

20

**Designation:**

```
30: 5   Q.   Do you remember the day that you began?  I can tell

     6        you when the contract was signed --

     7   A.   The contract was signed I believe January 9th.  The

     8        contract was January 9th, and I believe that we would

     9        have begun onsite work within one week of that,

    10        perhaps within a few days.

    11   Q.   So as soon as January 11th you may have been at it for

    12        the City of Detroit.

    13   A.   Yes.
```

**Pg: 30 Ln: 14 - 17**

**Designation:**

```
30:14   Q.   I'm going to focus these questions now on the period

    15        between January 11th and the June 14th proposal to

    16        creditors, if I can, so bear that time frame in mind

    17        when I'm asking you these questions.
```

**Pg: 30 Ln: 18 - 20**

**Designation:**

```
30:18             What individuals outside of Conway

    19        MacKenzie did you rely upon in performing your work

    20        during that time period?
```

**Pg: 30 Ln: 23 - Pg: 31 Ln: 1**

**Designation:**

```
30:23    A.    First of all, we worked very closely with people that

    24          are employees of the City, and there are a whole host

    25          of employees that we interacted with as we conducted

31: 1          our work.
```

**Pg: 31 Ln: 3 - Pg: 32 Ln: 4**

**Designation:**

```
31: 3    Q.    Anyone else?

    4    A.    There are other outside advisors that we worked with.

    5          Just to name a few of the firms, the Manhattan

    6          Institute was a police-specific expert that was

    7          engaged by the Detroit Police Department that we

    8          interacted with.

    9                 Plante Moran had been engaged in a variety

   10          of activities related to the Finance Department.

   11          Ernst & Young had been performing a variety of

   12          financial activities for the City for a while,

   13          certainly Miller Buckfire as the investment banker,

   14          essentially Jones Day was involved, we interacted with

   15          Miller Canfield as counsel.

   16                 There may have been other outside advisors

   17          as well but those would have been the primary other

   18          advisors that we would have interacted with.

   19    Q.    One that comes to mind is Milliman?
```

22

| | | |
|---|---|---|
| 20 | A. | Yes, sir. |
| 21 | Q. | Is that one that you worked with? |
| 22 | A. | Yes. |
| 23 | Q. | I know there are, I think there are PR firms and there |
| 24 | | are a number of consulting firms, I've seen all the |
| 25 | | contracts on the website, have you been able to give |
| 32: 1 | | me the material firms that you spent a material amount |
| 2 | | of time working with during that time period I |
| 3 | | identified earlier? |
| 4 | A. | I believe that's the complete list, yes. |

**Pg: 32 Ln: 5 - Pg: 33 Ln: 2**

**Designation:**

| | | |
|---|---|---|
| 32: 5 | Q. | Can you give me a sense of how many City employees |
| 6 | | Conway MacKenzie interacted with between January and |
| 7 | | June, the January and June time frame I identified |
| 8 | | earlier? |
| 9 | A. | This would be a very rough estimate, somewhere between |
| 10 | | 50 and a hundred. |
| 11 | Q. | Am I correct that you talked to the heads of the |
| 12 | | departments or enterprise funds that we described |
| 13 | | earlier as important as part of performing your work? |
| 14 | A. | Certainly they would have been included in that group |
| 15 | | of people. |
| 16 | Q. | When you referenced the Manhattan Institute, the |
| 17 | | police expert, do you know when they were retained? |

23

```
18   A.   I don't know.

19   Q.   Were they already on the site, onsite when you were

20        retained?

21   A.   Yes.

22   Q.   They were there before you?

23   A.   Yes.

24   Q.   And when did you start interacting with them?

25   A.   I don't know what the specific date would have been.

33: 1     It would have been somewhere between January and

2         April.
```

**Pg: 33 Ln: 3 - Pg: 34 Ln: 5**

**Designation:**

```
33: 3   Q.   Okay.  And tell me what the -- tell me how your two

4            firms worked together.

5       A.   Sure.  Conway MacKenzie is tasked with preparing a

6            comprehensive restructuring plan, operational

7            restructuring plan, police is obviously a very

8            important department of the City.

9                 As you have pointed out, Conway MacKenzie

10           does not have resident policing expertise within our

11           firm; however, a significant amount of the activities

12           that, and deficiencies, if you will, that were

13           identified with the department relate to

14           organizational effectiveness.

15                And so Conway MacKenzie would have
```

24

```
16        interacted with Manhattan Institute.  Where Manhattan

17        Institute has very specific policing and policy type

18        of expertise, Conway MacKenzie brings the

19        organizational expertise, and together we jointly

20        prepared a comprehensive restructuring plan for the

21        department.

22    Q.  In terms of actual day-to-day work, were the Manhattan

23        Institute people attending interviews and onsite in

24        the Detroit Police Department with the Conway

25        MacKenzie people?

34: 1 A.  In the initial time period that you mention, that

2        interaction was more limited, then around June or

3        thereabouts there was a new contract with the

4        Manhattan Institute and the Bratton Group together

5        where that interaction became very, very frequent.
```

**Pg: 35 Ln: 2 - Pg: 36 Ln: 9**

**Designation:**

```
35: 2 Q.  Can you give me a sense, if you know, of about the

3        approximate amount of time spent by Conway MacKenzie

4        with the Manhattan Institute?

5    A.  I don't know.

6    Q.  Do you know if it's in the hundreds of hours or is it

7        materially more or less than that?

8    A.  I couldn't even hazard a guess.

9    Q.  They were working under a contract during that January
```

25

| 10 | | to June time period, is that correct? |
|----|----|----|
| 11 | A. | Yes. |
| 12 | Q. | Do you remember the amount of their contract? |
| 13 | A. | I don't know. |
| 14 | Q. | Do you know the amount of their contract after it was |
| 15 | | renegotiated in June? |
| 16 | A. | I think it was somewhere between 500,000 and 750,000 |
| 17 | | if I recall correctly, but I don't have the precise |
| 18 | | number, so that is a -- a rough guess. |
| 19 | Q. | Is it your understanding that that represented an |
| 20 | | increase in the amount that they would be paid as |
| 21 | | compared to the prior contract? |
| 22 | A. | I don't know. |
| 23 | Q. | Between January and June did Conway MacKenzie liaise |
| 24 | | with a fire expert that's similar to the Manhattan |
| 25 | | Institute as a police expert? |
| 36: 1 | A. | Possibly. |
| 2 | Q. | Did you? |
| 3 | A. | I myself did not. |
| 4 | Q. | To your knowledge did anyone at Conway MacKenzie do |
| 5 | | so? |
| 6 | A. | That's where I'm not sure.  Eventually the City |
| 7 | | engaged a fire expert similar to Bratton and Manhattan |
| 8 | | on the police side.  That occurred after the time |
| 9 | | period, after June 14th. |

**Pg: 36 Ln: 10 - Pg: 38 Ln: 14**

**Designation:**

| | | |
|---|---|---|
| 36:10 | Q. | In fact, didn't that just occur in October? |
| 11 | A. | I believe that's correct, October of this year, yes. |
| 12 | Q. | Did Conway MacKenzie liaise with a blight remediation |
| 13 | | expert during that January to June 2013 time period? |
| 14 | A. | Conway MacKenzie interacted with a number of people |
| 15 | | that had been involved in blight remediation |
| 16 | | activities, yes. |
| 17 | Q. | Were they people that had been formally retained by |
| 18 | | the City to provide services? |
| 19 | A. | In some instances those were City employees.  In other |
| 20 | | instances they were outside groups that were |
| 21 | | undertaking blight removal efforts. |
| 22 | Q. | And those are outside groups that are local in the |
| 23 | | city of Detroit? |
| 24 | A. | Yes.  I did interact with some resources that were |
| 25 | | involved with those groups that actually came from |
| 37: 1 | | outside of the city but through those groups. |
| 2 | Q. | I guess what I mean to say is, did you ever, did |
| 3 | | Conway MacKenzie ever liaise with a blight remediation |
| 4 | | expert that is similar to the Manhattan Institute as |
| 5 | | an expert on police departments? |
| 6 | A. | I would say yes, there were a variety of parties that |
| 7 | | we interacted with that have substantial experience |
| 8 | | with blight remediation. |
| 9 | Q. | And do they do so for hire? |

27

10    A.    Yes.

11    Q.    And who are they?

12    A.    Well, as I indicated, first we interacted with City

13          employees that were involved with blight remediation

14          efforts, and there are a variety of employees.

15                The City has been undergoing some level of

16          blight remediation for quite some time, and so

17          certainly the employees that were involved in those

18          activities primarily through the Planning Department,

19          as well as a few of the other supporting departments,

20          we had discussions with those people.

21                In addition to that we had discussions with

22          people at the State of Michigan level that were

23          involved in efforts to try to bring blight aid and

24          remediation efforts to a number of cities in the state

25          of Michigan, and those people had experience with

38: 1      hiring contractors and executing on blight remediation

2          work.

3                In addition to that there is what is

4          referred to as the Blight Authority, which is a local

5          nonprofit that was set up in 2012, and undertook two

6          projects, one near the Eastern Market area, and one in

7          the Brightmoor area, and so we certainly had a number

8          of interactions with the Blight Authority.

9                And then there were other parties, local

10          parties, that were involved with blight remediation,

11          John Hantz, but I believe that that interaction

28

```
12        probably occurred after June 14th.

13   Q.   Okay.

14   A.   And there may have been others as well.
```

**Pg: 38 Ln: 19 - 24**

**Designation:**

```
38:19                 Were there any other firms that are like

20        the Manhattan Institute with which Conway MacKenzie

21        interacted in order to obtain department-specific

22        advice about how you might restructure that department

23        or that enterprise fund as the case may be?

24   A.   Yes.
```

**Pg: 39 Ln: 3 - 5**

**Designation:**

```
39: 3   Q.   Who else?

4    A.   Parsons Brinckerhoff.  I believe that's spelled

5         B-R-I-N-C-K-E-R-H-O-F-F.
```

**Pg: 39 Ln: 12 - Pg: 40 Ln: 14**

**Designation:**

```
39:12   Q.   Any other firms?

13    A.   There were outside individuals involved related to the

14         Lighting Department.  I can't recall a specific firm
```

15      name, but individuals that were involved with helping

16      run the department, Public Lighting Department.

17  Q.  Anyone else?

18  A.  On the parking side there are a couple of outside

19      firms that the City uses, Pierce Monroe & Associates

20      and Duncan Systems.

21  Q.  Anyone else?

22  A.  On the Human Resources side there were a variety of

23      parties that were involved with the City.  One party

24      that I believe that we would have been speaking to

25      back during the relevant time period that you

40: 1      mentioned, January through June 14th, company by the

2      name of Fox Lawson, that's not the official legal

3      entity name but that's what they go by.  Fox Lawson

4      would have been involved, outside staffing agencies

5      that had done work for the City in the past, a quasi

6      governmental unit of the city, Detroit Economic Growth

7      Corporation, related to Planning Department.

8          There was a firm that was doing work

9      related to the 36th District Court operation

10      underneath S-C-A-O, which stands for State Court

11      Administrator's Office.  I can't recall the name of

12      that firm right now.

13          That is what I recall off the top of my

14      mind.

**Pg: 40 Ln: 20 - 25**

# Objectors' Designations From
## December 4, 2013 Deposition of Charles Moore

**Designation:**

```
40:20            The question is, were there any subject

   21     matter experts from whom you sought advice that were

   22     not operating under any sort of formal or informal

   23     arrangement with the City?

   24  A.  That may have been the case, I just don't recall off

   25     hand.
```

**Pg: 41 Ln: 1 - 9**

**Designation:**

```
41: 1  Q.  Have you ever heard the phrase "drinking from a fire

    2      hose"?

    3  A.  Yes, sir.

    4  Q.  So when I use the phrase, I use it to mean attempting

    5      to comprehend and assimilate a massive amount of

    6      information in a short period of time.  Would you

    7      agree that Conway MacKenzie was drinking from a fire

    8      hose when it began its restructuring services with the

    9      City of Detroit in January of 2013?
```

**Pg: 41 Ln: 12**

**Designation:**

```
41:12  A.  I think that's a fair statement.
```

31

**Pg: 42 Ln: 1 - 19**

**Designation:**

```
42: 1    Q.    So you had a broad task of trying to understand how to

     2          make the City operate more efficiently and effectively

     3          and you have attempted to deliver on that task by

     4          advertising Mr. Orr with respect to the restructuring

     5          and reinvestment initiatives, is that a fair

     6          statement?

     7    A.    Yes.

     8    Q.    And you developed a plan for the restructuring and

     9          reinvestment initiatives, isn't that correct?

    10    A.    Yes.

    11    Q.    And it took you approximately 90 days to create that

    12          plan, is that correct?

    13    A.    That's approximately right.  We, from the time that we

    14          began, let's call it mid-January, the initial work

    15          plan that we established was for us to have a

    16          comprehensive view across departments within 90 to a

    17          hundred days, and then to meet with the departments to

    18          go through our findings and the result is what was put

    19          into the June 14th proposal.
```

**Pg: 43 Ln: 2 - Pg: 44 Ln: 20**

**Designation:**

```
43: 2    Q.    Tell me what process, what methodological process
```

32

3      Conway MacKenzie employed so that it could get to the

4      point where it could advise Mr. Orr on what

5      restructuring and reinvestment initiatives it thought

6      the City should undertake and how much they would

7      cost.

8  A.    Okay.  This will be a, somewhat of a broad overview,

9      and I may leave some activities out, but our first

10     activity, and this follows a typical approach that we

11     would use on our engagements, is to get our arms

12     around baseline information as quickly as possible,

13     and that in this instance included, number one,

14     obtaining and reviewing all previous assessments and

15     studies and analyses that had been performed on

16     departments.

17         Secondly, we had to obtain and validate

18     how -- information on how the departments were

19     operating at that point, and so that included looking

20     at a number of operational metrics, trying to obtain

21     information that could be used to assess how the

22     department was operating, as well as financial

23     information.

24         In addition to that, we prioritized where

25     we felt the biggest issues existed and where the most

44: 1   significant impacts could be felt from restructuring.

2      We worked on trying to establish a vision for how a

3      department should operate and then identify what

4      needed to happen in order to take the department from

33

```
5        its current state to that vision.

6   Q.   And was that the last step, the one that involved

7        creating the restructuring and reinvestment

8        initiatives?

9   A.   Yes.  And so specifically in that regard we worked

10       very closely with City employees, as well as a number

11       of the other outsiders from mid-January until the end

12       of April.

13            During the month of May then we did

14       comprehensive reviews of the highest priority

15       departments with City employees to show them all of

16       the various initiatives that had been identified and

17       we refined that based on an iterative process with the

18       City, as well as outsiders, and the results that we

19       ended up with was the restructuring and reinvestment

20       plan that was included in the June 14th proposal.
```

**Pg: 44 Ln: 25 - Pg: 46 Ln: 12**


**Designation:**

```
44:25  Q.   I think I may have misunderstood that 90-day answer,

45: 1       because I had thought that after the end of the 90

2           days that you had the restructuring and reinvestment

3           initiatives recommendation in hand such that it could

4           be made to Mr. Orr.  I understand it might be reviewed

5           and considered by other people, but I thought that you

6           had driven your process to that point in 90 days, is
```

34

7      that wrong?

8    A.   Let me clarify.  At the basically May 1st time period

9         we had restructuring initiatives that could be

10        reviewed with a variety of people at the City, so

11        these were our recommendations, which did get

12        included, or did get reviewed with Mr. Orr, as well as

13        a variety of others, but they were refined, as we

14        reviewed these, we obtained input and feedback from

15        people within the City, and we then finalized what was

16        included in the creditor proposal.

17   Q.   Let me distinguish two concepts and make sure I

18        understand what went into that comprehensive review

19        that you did by May 1st.  There's one concept which is

20        you could say we need to buy more Tasers, buy more

21        bullet proof vests, improve facilities for the Police

22        Department; another concept is sizing how much that

23        might cost; had both those things been done subject to

24        refinement, but had both the qualitative tasks and the

25        estimated costs been done at the time of the May 1st

46: 1     comprehensive review?

2    A.   Yes.

3    Q.   Were the numbers subsequently refined between May 1st

4         and June 14th?

5    A.   Yes.

6    Q.   Did you have a document that you put together that

7         people could actually read as you were doing these

8         reviews with the different departments?

```
 9   A.   Yes.

10   Q.   Do you know if that document's been made available to

11        the creditors in this case?

12   A.   I don't know.
```

**Pg: 47 Ln: 16 - Pg: 48 Ln: 14**

**Designation:**

```
47:16  Q.   Tell me a little bit about how Conway MacKenzie

   17        generates work product.  Does it operate by E-mail or

   18        does it write memoranda or write PowerPoints or do all

   19        of the above in connection with this process that

   20        we're discussing?

   21  A.   All of the above, depending on the situation.

   22  Q.   How did you present the comprehensive review on May 1

   23        if it was not mainly by PowerPoint?

   24  A.   The reviews began around May 1st, I believe whatever

   25        the first Monday in May I believe is when we began

48: 1        that process.  We would typically have a couple of

    2        documents that would get reviewed with department

    3        individuals and anyone else that would have been

    4        involved in a particular department, and the documents

    5        that would get reviewed would include Word documents

    6        that had summaries of items, as well as Excel

    7        spreadsheets showing projections and the financial

    8        impact of various restructuring initiatives.

    9  Q.   I'm not sure that I understood -- I think I got five
```

36

```
10        different steps when you were giving me sort of the

11        broad work flow, which was very helpful by the way.  I

12        didn't get to write them down all verbatim but I'm

13        going to try to give them back to you as I understood

14        them.
```

**Pg: 48 Ln: 18 - Pg: 50 Ln: 10**

**Designation:**

```
48:18  Q.  The first step was get Conway MacKenzie's arms around

   19        baseline information, the second step I understood was

   20        obtain and validate information relating to the

   21        departments.

   22            I'm going to ask you, I didn't quite follow

   23        the distinction between those two steps.  I don't

   24        think I said it quite right there.

   25  A.  Correct, that was not correct the way you stated it.

49: 1        Step one was to, first of all, obtain all of the

    2        information that existed at that point regarding the

    3        department, and as an example, in the past there have

    4        been a variety of analyses that have been conducted by

    5        outside consultants on issues that may exist within a

    6        department.  And so we wanted to make sure that we

    7        obtain and reviewed all information that existed

    8        relative to how a particular department was operating.

    9            The second item, which is really I think

   10        what you were getting at when you said the first item,
```

```
11          was we needed to establish how the department was

12          operating at that point, and that included obtaining

13          operational information, as well as financial

14          information.

15     Q.   Okay.

16     A.   From the department itself.

17     Q.   Okay.  I understand that better I think.  Let me

18          restate it to you and see if the way I restate it is

19          accurate.

20               The first stage was to understand, was to

21          understand what I will call meta information about

22          departments, which was analyses that had already been

23          done about what could be done to the departments to

24          make them work better.

25     A.   Yes.

50: 1  Q.   The second stage was to actually understand from the

2           departments themselves how they were actually

3           performing the services that they're supposed to

4           render presently.

5      A.   Yes.

6      Q.   Can you give me a sense of how many reports there were

7           that you reviewed in that first stage?  I've heard

8           about some like I think McKinsey was a consultant that

9           was retained, maybe we can start with a general sense

10          of how many of them are out there.
```

**Pg: 50 Ln: 14 - Pg: 53 Ln: 9**

**Designation:**

| | | |
|---|---|---|
| 50:14 | Q. | Well, that's a fair question.  Your declaration I |
| 15 | | think is based in part on your own personal knowledge |
| 16 | | but I think it's also based on knowledge that's known |
| 17 | | to other people. |
| 18 | | So when I ask you what did Conway MacKenzie |
| 19 | | do, I mean either what did you do personally or what |
| 20 | | did other people tell you they had done.  Okay? |
| 21 | | So why don't I simplify it for this purpose |
| 22 | | and say to your knowledge how many of these reports |
| 23 | | are out there that go into that step one process that |
| 24 | | we were just talking about? |
| 25 | A. | Very difficult to estimate.  It was a lot.  Just the |
| 51: 1 | | McKinsey reports alone were significant.  A rough |
| 2 | | guess of reports that our firm would have reviewed, |
| 3 | | maybe 40, 40 to 50. |
| 4 | Q. | And we're talking about sizeable reports in their own |
| 5 | | right, correct? |
| 6 | A. | They varied.  Some were pretty substantial, some were |
| 7 | | shorter, and that's a rough estimate. |
| 8 | Q. | How long did it take for Conway MacKenzie to complete |
| 9 | | what we're calling stage one of the broad work flow |
| 10 | | that you described? |
| 11 | A. | These steps that I indicated were not necessarily |
| 12 | | sequential.  There is a lot of overlap that takes |
| 13 | | place; so we were, I like to characterize that first |

39

14      step as leveraging what information already exists,

15      and we may have gotten started with certain

16      departments in terms of that step two right away and

17      then for subsequent departments looked at some of

18      these reports that, the meta data as you say

19      subsequent to that. So there was not a specific end

20      date for that first step.

21  Q.  Fair enough. It wasn't like you all went into

22      conference rooms and read all the reports first. You

23      said I know I'm going to need performance data, so

24      let's you go start getting that, at some point I want

25      you to read what's been previously been done and they

52: 1      moved in parallel in some circumstances.

2  A.  That's right. And in many instances we go back and

3      rereview these reports again, because after you have a

4      chance to interview a number of people it can shed, or

5      cast a different light on some of the topics in those

6      reports.

7  Q.  Okay. That's very helpful. Thank you for clarifying

8      my misunderstanding between one and two. I think it

9      relates to my poor note taking skills.

10      Now, stage three I think I did get right,

11      which was, stage three was identify and prioritize the

12      most significant issues. Do you remember that

13      testimony?

14  A.  Yes.

15  Q.  It is fair, isn't it, to say that at least with

40

16      respect to any one department you needed to complete

17      stages one and two with respect to that department

18      before you would be in a position to identify and

19      prioritize the most significant issues, fair

20      statement?

21  A.    Again, I would say it was more of an iterative

22      process.  There -- the City has extremely poor

23      systems, so this is not a situation where you can

24      request operational information and have someone

25      provide that to you in a day or even a week.

53: 1      So what we would do is we would obtain the

2      information that we could, review that, assess

3      priorities and key issues, but in the meantime there

4      typically would be a lot of information that would not

5      be readily available that we would have to try to get

6      in other ways.

7      And as we would get additional information,

8      we might reassess priorities; so again, an iterative

9      process.

**Pg: 53 Ln: 10 - Pg: 54 Ln: 2**

**Designation:**

53:10  Q.    Let me see if I can restate that so I understand it.

11      You may have had to, while the process of obtaining

12      information about a department's performance may have

13      continued even after you reached the point of

41

14   identifying and prioritizing the most significant

15   issues in any department, you did have to have at

16   least some sense of how that department was actually

17   performing prior to identifying the priorities?

18 A. Yes.

19 Q. That's a fair statement?

20 A. Yes.

21 Q. Now, step -- stage four that I wrote down was you have

22   to establish a vision for each department, in an

23   aggregate, the City, correct?

24 A. Yes.

25 Q. And then stage five is identify what needed to be done

54: 1   to achieve that vision.

2 A. Yes.

**Pg: 54 Ln: 3 - Pg: 55 Ln: 3**

**Designation:**

54: 3 Q. Let's try and go at this the other way, which is can

4   you tell me when you began stage five, which is

5   identifying what needed to be done to achieve the

6   vision that you had articulated to the City?

7 A. Again, it's difficult to think about this as a

8   sequential set of activities.  There were items that

9   after step one, when you review multiple reports and

10   you see the same things over and over and over, in

11   some instances you know pretty quickly what some of

42

```
12        the items are that need to happen to fix whatever the

13        issue is that exists today.

14                So as it relates to identifying

15        restructuring initiatives, some of those had been

16        identified multiple times in the past and for whatever

17        reason had not been implemented, and typically the

18        situation, the issue would still exist and perhaps in

19        many instances have gotten worse.

20    Q.  Fair enough.  So what you're saying is you're going

21        through this process, it's intrinsic that you start

22        having ideas about what the City may need to do to

23        improve itself.

24    A.  Yes.

25    Q.  It's not like you get all the information first and

55: 1     then then think about what the City may need to do.

2         You're having ideas on that subject as you go along.

3     A.  Yes.
```

**Pg: 55 Ln: 4 - Pg: 56 Ln: 10**

**Designation:**

```
55: 4   Q.  Let me ask it about establishing a vision though.  Was

5           that, that was stage four, which is establish a vision

6           for what the departments in the City needed to do.

7     A.    Yes.

8     Q.    When did you start that process?

9     A.    That would have been essentially as we started to
```

43

10          interview people within the departments,

11          understanding, and doing a lot of other research as

12          well, understanding how relevant comparables looked.

13                  As an example, if this function in a

14          different municipality is operating a certain way,

15          using that to determine is that a good benchmark, and

16          so through research, as well as the interviews with

17          the department individuals, that process was going on

18          during that 90 to 100-day period.

19     Q.   That's helpful, because let me see if I understand

20          what you're saying.  What you're saying is, after you

21          learn about, a lot about how the City of Detroit is

22          currently operating via its departments, as well as

23          how various individuals, including Conway MacKenzie,

24          think that could be improved, you need to come up with

25          a benchmark that establishes what level of improvement

56: 1       you ought to try to achieve.

 2     A.   Yes.

 3     Q.   That's what you mean by establish a vision.

 4     A.   Yes.

 5     Q.   Okay.  That's very helpful.  In the course of

 6          performing the activities that fall under the broad

 7          five-stage process that you described, Conway

 8          MacKenzie looked at pretty much every area of the

 9          City's operations, isn't that correct?

10     A.   Yes.

44

**Designation:**

56:11    Q.   Now, I know that you were working with other people,

12        subject matter experts and so forth, but do you agree

13        that Conway MacKenzie itself in order to render its

14        advisory services to the City had to make sure that it

15        understood the issues facing each of the departments

16        it was reviewing?

17    A.   Yes.

18    Q.   So for example had to restructure the Fire Department,

19        correct?

20    A.   Yes.

21    Q.   That meant had to understand the problems facing the

22        Fire Department, right?

23    A.   Yes.

24    Q.   Had to talk to firefighters, right?

25    A.   Yes.

57: 1    Q.   Had to review reports on firefighter effectiveness,

2        right?

3    A.   Yes.

4    Q.   On a host of different metrics?

5    A.   Yes.

6    Q.   Had to understand how blight affected fire operations,

7        right?

8    A.   Yes.

9    Q.   Had to assess the vehicles in the fleet and the

```
10        maintenance schedules, correct?

11   A.   Yes.

12   Q.   Had to evaluate the number of uniforms versus

13        civilians that were manning positions in the Fire

14        Department, correct?

15   A.   Yes.

16   Q.   And it had to come up ultimately with recommendations

17        aimed at dramatically improving the Fire Department's

18        effectiveness, correct?

19   A.   Yes.

20   Q.   And it had to do all of those things as well with

21        respect to the Police Department too, right?

22   A.   Yes.

23   Q.   It also had to study the problem of blight in the city

24        of Detroit, right?

25   A.   Yes.

58: 1   Q.   That's a massive problem, isn't it?

  2   A.   Yes.

  3   Q.   It had to study the assessor's office, correct?

  4   A.   Yes.

  5   Q.   Had to understand how the City conducts valuations and

  6        the accuracy of those valuations, correct?

  7   A.   Yes.

  8   Q.   Had to assess the City's collection of real estate

  9        taxes, right?

 10   A.   Yes.

 11   Q.   Had to assess the City's collection of income taxes?
```

46

```
12   A.   Yes.

13   Q.   Had to assess the Detroit Department of

14        Transportation?

15   A.   Yes.
```

**Pg: 58 Ln: 16 - Pg: 59 Ln: 2**

**Designation:**

```
58:16   Q.   Had to understand how DDOT subsidies work?

   17   A.   A subsidy is by its nature whatever the department is

   18        operating at with a deficit.

   19   Q.   It had to understand what the subsidies were and what

   20        they could be used for, correct?

   21   A.   There's not a -- a subsidy is more, when you're

   22        talking about DDOT, whatever the deficit is for the

   23        department, that is the subsidy.  There is not a

   24        specific amount given in the form of a subsidy that is

   25        used for specific purposes.

59: 1   Q.   I see.  It's the deficit is the subsidy.

    2   A.   Yes, sir.
```

**Pg: 59 Ln: 5 - Pg: 60 Ln: 14**

**Designation:**

```
59: 5   Q.   I thought DDOT got subsidies perhaps from other

    6        agencies though outside of the city of Detroit, is

    7        that wrong?
```

47

8   A.   You may be referring to more grants.

9   Q.   That could be a better word for it.

10   A.   Yeah.  DDOT certainly receives a number of grants,

11        including from federal sources.  The subsidy as it

12        relates to DDOT is, as I mentioned, the deficit which

13        the general fund of the City has to cover.

14   Q.   That's very helpful.  Okay.  Thank you for explaining

15        to that me.  Maybe I can ask the question better now

16        that I inside what I'm talking about.

17             As part of the DDOT review, you had to

18        understand the existence of state or federal grants,

19        what they were, how much they were and how they could

20        be used, correct?

21   A.   Yes.

22   Q.   You also had to understand what the subsidy was

23        presently from the City of Detroit and what it was

24        forecasted to be in the future, correct?

25   A.   Yes.

60: 1   Q.   You also had to understand, for example, how DDOT,

2        what DDOT's fares were and whether increases would

3        generate revenue, correct?

4   A.   Yes.

5   Q.   You also had to understand the labor policies in the

6        City of Detroit, correct?

7   A.   Yes.

8   Q.   And understand all of its collective bargaining

9        agreements, right?

48

```
10    A.    Yes.

11    Q.    How many does it have?

12    A.    Approximately 46.

13    Q.    So a lot.

14    A.    Yes.
```

**Pg: 60 Ln: 15 - Pg: 61 Ln: 3**

**Designation:**

```
60:15  Q.    Okay.  And how many unions are there?

   16  A.    I don't know how many specific unions there are,

   17        because there are some locals that essentially are

   18        handled together for negotiations.

   19  Q.    You had to understand how the collective bargaining

   20        agreements might be impacting the delivery of services

   21        in the city of Detroit, correct?

   22  A.    Yes.

   23  Q.    That's with respect to all 46 of those CBAs, right?

   24  A.    Yes, and I would just point out, recall that we did

   25        prioritize activities, so we would not necessarily

61: 1        spend time on a collective bargaining agreement that

    2        involved five people, versus one that may have

    3        involved 3,000 people.
```

**Pg: 61 Ln: 18 - 24**

**Designation:**

49

61:18   Q.   Fair to say that you would have tried to understand

19        the important ones?

20   A.   Yes, sir.

21   Q.   And try to understand the important ones and their

22        impact on the delivery of services by the unions that

23        operated underneath them?

24   A.   Yes, sir.

**Pg: 61 Ln: 25 - Pg: 62 Ln: 2**

**Designation:**

61:25   Q.   And about how many of the 46 would you fairly

62: 1        characterize as important?

2   A.   How do you define important?

**Pg: 62 Ln: 5 - 19**

**Designation:**

62: 5   Q.   Let's say important can be measured either by

6        reference to governing a lot of people or relating to

7        a particularly important area of the City's

8        performance.

9   A.   Within the Police Department there are three primary

10        collective bargaining agreements between the DPOA,

11        DPLSA, and DPCOA, and then within fire you have the

12        DFFA.  Between those two you're talking about 3500 to

13        4,000 employees.  On DDOT, I think you have

50

```
14        approximately 900 employees.  Those items alone

15        represent about half of the employees of the City of

16        Detroit.

17             So we certainly would have spent a good

18        amount of time on those.  As you work your way down,

19        the CBAs cover fewer people.
```

**Pg: 62 Ln: 20 - Pg: 63 Ln: 6**

**Designation:**

```
62:20  Q.  Let me stop and ask you about CBAs, because I will

   21        tell, I'll confess to you in connection with your

   22        deposition, I haven't read any of the CBAs yet, but

   23        it's my understanding that they're highly negotiated

   24        documents that contain a lot of regulations that

   25        relate to what an employee can or cannot do under the

63: 1        collective bargaining agreement.  Is that a fair

    2        statement?

    3  A.  It is a fair statement.  They're also, very oftentimes

    4        there's arbitration that occurs over these as well,

    5        and so there are rulings that come out of arbitration

    6        that also get incorporated into the overall contract.
```

**Pg: 63 Ln: 7 - Pg: 64 Ln: 7**

**Designation:**

```
63: 7  Q.  Is it true that in order to improve the services that
```

51

```
 8          the City provides that what we'll describe as its

 9          important collective bargaining agreements along the

10          lines of how I just defined will need to be modified

11          in order to allow for that enhancement to occur?

12   A.     I don't think that that's a fair statement.

13   Q.     You don't think so?  How come?

14   A.     I think that there are a number of things that can

15          happen to improve how the City government operates

16          before you even start talking about collective

17          bargaining agreements, that is an important element,

18          but it is not a precursor to all of the improvements.

19   Q.     That's a fair correction of my question, which is to

20          say it's not the only way to improve the provision of

21          services, right?

22   A.     That's correct.

23   Q.     You can spend money on the departments and leave the

24          collective bargaining agreement in place and hopefully

25          improve that department, right?

64: 1 A.   Yes.

 2   Q.     But modifying the collective bargaining agreements is

 3          one way to improve the services, correct?

 4   A.     Depending on the department, yes.

 5   Q.     And it can be an important way to improve the

 6          services, depending on the department, correct?

 7   A.     It could be, yes.
```

**Pg: 64 Ln: 8 - 13**

**Designation:**

```
64: 8   Q.   Wouldn't you agree that as part of your work in order

    9        to meaningfully advise Mr. Orr on how to improve City

   10        services, you did need to understand which of the CBAs

   11        were of the category that where modifications might

   12        play an important role in improving services?

   13   A.   Yes.
```

**Pg: 65 Ln: 3 - 16**

**Designation:**

```
65: 3   Q.   Okay.  So Conway MacKenzie's tracking how those guys

    4        were doing, it's not in the lead role in terms of

    5        understanding how best to handle lighting.

    6   A.   That's right.

    7   Q.   And by the way, lighting and the grid are technically

    8        two different things, but I assume they go together

    9        for purposes of the question I just asked you?

   10   A.   Yes, sir, that's fine, we can take it that way.

   11   Q.   Yeah.  I just didn't want to leave the -- I had

   12        started asking you about the grid and we shifted over

   13        to talk about lighting, but your answers would be the

   14        same whether I asked you about the grid or about

   15        lighting.

   16   A.   Yes, sir.
```

**Pg: 65 Ln: 17 - 25**

**Designation:**

```
65:17    Q.   You had to -- Conway MacKenzie did have to study the

    18         EMS services, correct?

    19    A.   Yes.

    20    Q.   Those were the emergency medical services, right?

    21    A.   Yes.

    22    Q.   Those are the guys that drive the ambulances, right?

    23    A.   Yes.

    24    Q.   Understand everything there was to know about their

    25         effectiveness in delivering services, correct?
```

**Pg: 66 Ln: 3**

**Designation:**

```
66: 3    A.   Yes.
```

**Pg: 66 Ln: 5 - Pg: 68 Ln: 4**

**Designation:**

```
66: 5    Q.   You had to understand issues relating to homeland

     6         security as well, right?

     7    A.   A fair amount, yes.

     8    Q.   By homeland security, I take it you mean the federal

     9         Department of Homeland Security?

    10    A.   Yes.  There is an element, this is something that we
```

54

11      specifically did not spend much time on, but when we

12      talk about public safety, public safety typically

13      would include police, fire, EMS and Department of

14      Homeland Security.

15  Q.  I think I understand that in the sense that, because

16      the Department of Homeland Security as I understand it

17      doesn't have guys that run around and keep us all

18      safe, they liaise with other departments, as I

19      understand it, the federal Department of Homeland

20      Security.

21          So tell me what you mean when you include

22      the Department of Homeland Security, which is a

23      federal agency with three other things that are very

24      clearly City departments.  I know that it does impact

25      safety but I just want to understand what you mean by

67: 1      including it with the other three.

2  A.  I think you actually stated it well, which is,

3      obviously with Detroit being a border town with

4      another country, the Department of Homeland Security

5      is an important element here.  The public safety

6      resources that exist within the City may be impacted

7      by the Department of Homeland Security.

8          Understanding that is one aspect, we were

9      not involved in doing anything else other than just

10      having a general understanding of how the Department

11      of Homeland Security comes into play, especially as it

12      relates to the City of Detroit.

55

```
13    Q.    I see.  So let me see if I can state it in a way that

14          is accurate and that you agree with, which is, the

15          Department of Homeland Security may promulgate some

16          regulation that says in the event of a nuclear attack,

17          this is how first responders need to conduct

18          themselves, just as an example.  I'm making that up as

19          an illustrative example.

20    A.    That's correct.

21    Q.    Although I do hope we have a plan like that.  Your job

22          was to make sure that you were considering the way

23          that plan could affect the provision of services by

24          these departments that you were studying, is that

25          right?

68: 1 A.    Yes.

   2  Q.    So that's why you included it in your description of

   3          things that impact public safety.

   4  A.    Yes.
```

**Pg: 68 Ln: 5 - Pg: 69 Ln: 25**

**Designation:**

```
68: 5 Q.    You also had to study the Detroit Water and Sewage

   6          Department, correct?

   7  A.    Yes.

   8  Q.    And my understanding that throws off something like a

   9          billion, in excess of a billion dollars in revenue

  10          total, is that correct?
```

56

```
11   A.   Yes.

12   Q.   And the City's general fund is, entails revenues in

13        excess of a billion dollars, correct?

14   A.   Approximately a billion to a billion one, depending on

15        if you are including some gross or net items, we

16        always view the general fund revenue as between a

17        billion and a billion one.

18   Q.   With respect to the DWSD, you had to understand not

19        only how it was performing -- right? -- but also

20        whether or not it might be monetized, is that correct?

21   A.   Just as a point of clarification.  I believe that we

22        are still talking about the January through June 14th

23        time period.

24   Q.   We are.

25   A.   During that time period we did not have any

69: 1     involvement with DWSD.  Our activities, the activities

2         that we were requested to undertake related to DWSD

3         began in July.

4    Q.   So you had not studied prior to the proposal to

5         creditors ways to improve the services of the DWSD?

6    A.   DWSD, there's an important element.  Because it

7         operates as an enterprise fund, they -- unless an

8         enterprise fund would -- the Department of

9         Transportation is an enterprise fund; however, it

10        operates at a deficit, and so the general fund has to

11        subsidize that operation; so we included DDOT within

12        our activities because of the subsidy that comes from
```

57

```
13          the general fund.

14                   DWSD does not operate at a deficit.  The

15          surplus, however, cannot flow to the general fund, and

16          so the proposal to creditors was based on a general

17          fund projection, and as a result, the subsequent

18          activities occurred related to the enterprise fund

19          operations of the water and sewer funds.

20     Q.   Oh, I see.  Okay.  So the one thing that was making

21          money was not, was an enterprise fund that you were

22          not focused on between January and June, there were

23          enterprise funds that you were looking at like parking

24          and DDOT where they run at a deficit.

25     A.   Yes.
```

**Pg: 70 Ln: 22 - Pg: 71 Ln: 12**

**Designation:**

```
70:22  Q.   Another thing that you were doing personally was also

23          understanding the pension obligations of the City of

24          Detroit, correct?

25     A.   Yes.

71: 1  Q.   Now, you had help from Milliman as well on that,

2           right?

3      A.   Yes.

4      Q.   But the pension issue is a sizeable issue in its own

5           right, is that a fair statement?

6      A.   Yes.
```

58

```
 7    Q.    And it's a complicated one, correct?

 8    A.    Yes.

 9    Q.    And you also were able to develop a sufficient

10          understanding to advise Mr. Orr on that subject prior

11          to the June 14th proposal as well, correct?

12    A.    Yes.
```

**Pg: 71 Ln: 13 - 25**

**Designation:**

```
71:13  Q.    Now, I ticked off a number of departments that I won't

   14         go through exhaustively, but that included police and

   15         fire and EMS, the fact of the matter is there are over

   16         a dozen more departments that I didn't specifically

   17         ask you about that Conway MacKenzie was also studying

   18         and understanding, right?

   19  A.    Yes.  When you say a dozen more, that's, you know, a

   20         broad statement, but yeah, there were other high

   21         priority departments that I identified earlier on, but

   22         there are also other very low priority departments as

   23         well.

   24  Q.    You triaged, right?

   25  A.    Yes.
```

**Pg: 72 Ln: 1 - 3**

**Designation:**

59

72: 1   Q.   But you did get through all the departments prior to

     2         the June 14th proposal.

     3   A.   Yes.


**Pg: 72 Ln: 4 - Pg: 73 Ln: 14**


**Designation:**

72: 4   Q.   Now, in addition to understanding these departments,

     5         you also had to understand the appropriate benchmarks

     6         for all of these departments, correct?

     7   A.   Where it was applicable we attempted to establish

     8         benchmarks, yes.

     9   Q.   Give me an example of where a benchmark could be

    10         applicable versus one where it might not be

    11         applicable.

    12   A.   On the police side of things, certainly that was where

    13         data was fairly readily available in terms of crime

    14         statistics that we could compare the city of Detroit

    15         to other municipalities, and looking at, again because

    16         that is such a critical element, certainly half of the

    17         general fund comes from police and fire.  So looking

    18         at those benchmarks was a very important process.

    19   Q.   What's an example of where a benchmark might not be

    20         applicable?

    21   A.   I don't know if it would make sense to say that

    22         there's an area that a benchmark may not be

    23         applicable.  When we look at a specific department,

60

```
24          depending on how the department is operating, it may

25          not be such that this is the type of information that

73: 1       you can benchmark with other municipalities.

   2   Q.   Because it might just not be available?

   3   A.   Right.

   4   Q.   Or because they may be organized differently or

   5        something like that?

   6   A.   Yes.

   7   Q.   So let me rephrase my question, which is, you had to

   8        assess whether there were applicable benchmarks out

   9        there outside of the city of Detroit that you could

  10        use to benchmark the provision of services inside the

  11        city of Detroit.

  12   A.   In conjunction with the City we decided whether we

  13        would, for each area, try to obtain benchmarks or if

  14        for a particular area we would not.
```

**Pg: 73 Ln: 15 - Pg: 74 Ln: 5**

**Designation:**

```
73:15  Q.   In general, I know that you can talk about a lot of

  16        specific benchmarks, and we will today in terms of

  17        case closure rates or response times, in general, was

  18        there a benchmarking level that Conway MacKenzie

  19        recommended getting the City to?

  20   A.   Generally speaking, the approach that we tried to get

  21        was to average, if you will, and I believe that's what
```

```
22          you're referring to when you say was there a level.

23   Q.     That is exactly right.

24   A.     We did not, when we set out what initiatives would be

25          undertaken, it was not to get the City to be world

74: 1       class.  You have to walk before you run.

 2                  So walking in our minds was to get to --

 3          get the City to a minimum level of performance that

 4          would be average, if you will, when comparing to other

 5          benchmarks.
```

**Pg: 74 Ln: 6 - Pg: 75 Ln: 4**

**Designation:**

```
74: 6   Q.     Is it fair to say that the goal of the 10-year

 7             restructuring and reinvestment initiatives is to bring

 8             the City up to a level where the services it provides

 9             are consistent with national benchmarking averages to

10             the extent they are available and applicable?

11   A.        Not just national.  What's very important actually,

12             because someone, while someone may move from the city

13             of Detroit to some other city in the country, what

14             happens more often, and what has happened is people

15             moving out of the city into surrounding suburbs, and

16             so that becomes a very relevant benchmark.

17                     We have to make sure that the dollars that

18             someone pays in terms of taxes can get them

19             commensurate services with another choice they would
```

62

```
20        have in terms of moving to another surrounding city.

21   Q.   So you said not just national, I take it you mean we

22        also considered trying to elevate services to average

23        benchmarks of surrounding communities?

24   A.   Yes.

25   Q.   Is that correct?

75: 1 A.  Yes.

2    Q.   And what about other comparable municipalities, was

3         that another source of average benchmarking?

4    A.   Certainly.
```

**Pg: 75 Ln: 5 - Pg: 76 Ln: 15**

**Designation:**

```
75: 5 Q.  Other than those three things, national averages,

6         surrounding Detroit municipality averages, and other

7         comparable municipality averages, any other types of

8         averages that you would have used as a benchmark?

9    A.   Well, the department personnel typically would provide

10        input as well in terms of where they felt the City

11        department would need to be in terms of how it

12        performed.

13   Q.   So you appropriately qualified my question to you by

14        saying it wasn't just national averages, so thank you

15        for that.  The part of my question though was that the

16        time frame for achieving whatever average the City is

17        trying to achieve, subject to your qualification, is
```

63

```
18          that by the end of the 10 years hopefully all of the

19          City services will meet up with whatever average they

20          are seeking to attain.

21    A.    I would qualify that statement in that we did not set

22          out the target to be there in 10 years.  We think it's

23          very important, every trend that you look at for the

24          City has been declining, whether it's population loss

25          or any other items that you look at.  Those have to be

76: 1       fixed soon.

2                   For people to be attracted to live or

3           locate their businesses in the city, it's not a very

4           good proposition to lay out in 10 years we're going to

5           be average.  So while our plan covered 10 years, it

6           was not the goal that we were going to take 10 years

7           to get to average.

8     Q.    What is the -- what is the hope with respect to when

9           Detroit will achieve average level of service

10          provision irrespective of which particular benchmark

11          average we're talking about?

12    A.    It depends on the area.  Some areas we are going to be

13          able to get there sooner rather than others.  Others

14          there's a very comprehensive set of activities that

15          needs to occur that will likely take years.
```

**Pg: 76 Ln: 16 - Pg: 78 Ln: 2**

**Designation:**

64

76:16   Q.   The hope is to get as many of the services up to the

17          appropriate average in a time period that is far

18          shorter than 10 years, fair statement?

19   A.   Yes.

20   Q.   And that's the goal that the restructuring and

21          reinvestment initiatives are driving at, correct?

22   A.   Yes.

23   Q.   Isn't it a fair statement that the current service

24          level provision in the city of Detroit would rank near

25          the bottom of whatever scale it was that you were

77: 1         determining the average that was its benchmark?

2   A.   We did not come across anything where Detroit was

3          stellar.

4   Q.   But isn't it true, it's not just that it's not

5          stellar, I think that's certainly a true statement,

6          but that it's in your view it's operating near the

7          bottom of any list that you would compile of the

8          different types of service provision?

9   A.   I think that's true.

10   Q.   And what you are seeking to do and what the City is

11         seeking to do with the restructuring and reinvestment

12         initiatives is lift it from the bottom up to the

13         average, correct?

14   A.   Yes.

15   Q.   Is it fair to say that that is a challenging task?

16   A.   Certainly can be.

17   Q.   And it will be in the City of Detroit, right?

65

```
18   A.   The City has a number of things that position it to

19        deal with those challenges better than it has in a

20        number of years.

21   Q.   Do you know of any other city in the United States

22        that's ever made a similar level of improvement?

23   A.   We have not researched that, so I don't know off hand.

24   Q.   So I take it you don't know what it would have cost

25        any other city to undertake a similar level of

78: 1     improvement.

 2   A.   Correct, I would not know that.
```

**Pg: 78 Ln: 3 - 12**

**Designation:**

```
78: 3   Q.   When you collect information for benchmarking, how do

 4           you do it?

 5   A.      Well, there's a variety of ways.  There can be

 6           publicly-available information, such as comprehensive

 7           annual financial reports from municipalities, there

 8           are some organizations that track operating statistics

 9           and you can also actually talk to the municipalities

10           themselves.

11   Q.      Did you do all of those things?

12   A.      Yes.
```

**Pg: 79 Ln: 8 - 19**

66

**Designation:**

```
79: 8   Q.   Start with the Internet, but in terms of trying to get

     9        benchmarking information, were you able to get

    10        benchmarking information on all the subjects that you

    11        needed to or were there a lot of areas where you just

    12        couldn't obtain good benchmarks?

    13   A.   In most situations we're not able to get all the

    14        information that we would like to have; so whether

    15        we're talking about a corporate situation or a

    16        municipal situation, there's always more information

    17        that you would like to have, but because

    18        municipalities are public entities, there's a fair

    19        amount of information that's out there.
```

**Pg: 79 Ln: 24 - Pg: 81 Ln: 20**

**Designation:**

```
79:24   Q.   After all of the work that you did that we have been

    25        discussing so far in your deposition, you ultimately

80: 1        made a recommendation to the emergency manager as to

     2        what the restructuring and reinvestment initiative

     3        should be and how much you thought they would cost, is

     4        that correct?

     5   A.   Yes.

     6   Q.   Your recommendation was that the City should spend

     7        $250 million over 10 years on restructuring

     8        initiatives and a billion dollars over 10 years on
```

67

```
 9        reinvestment initiatives, is that correct?

10   A.   Yes.

11   Q.   And was that recommendation to the emergency manager

12        something that he accepted?

13   A.   Yes.

14   Q.   In fact, he accepted it and included it in the

15        June 14th proposal to creditors, correct?

16   A.   Yes.

17   Q.   And that's -- that was included so that people could

18        see how the restructuring and reinvestment initiatives

19        would impact the City's cash flows over the next 10

20        years and thus inform what may or may not be available

21        for creditors, correct?

22   A.   Yes.

23   Q.   Amongst other reasons?

24   A.   Yes.

25   Q.   When did you get to the $1.25 million number, by what

81: 1        date?

 2   A.   We would have finalized that in early June, sometime

 3        prior to June 14th, but that period of time between

 4        the beginning of May and June 14th is when we would

 5        have finalized that number.

 6   Q.   Now, that $1.25 billion number has not changed since

 7        June 14th, correct?

 8   A.   Correct.

 9   Q.   It is still the City's intention to pursue

10        $1.25 billion in restructuring and reinvestment
```

68

```
11          initiatives even as we sit here in December 2013,

12          correct?

13     A.   Yes.

14     Q.   Now, at the time that it made its recommendation, the

15          City of Detroit had not yet filed for bankruptcy,

16          correct?

17     A.   Correct.

18     Q.   And it was not known at that time whether the City

19          would or would not file, right?

20     A.   Correct.
```

**Pg: 81 Ln: 21 - Pg: 82 Ln: 11**

**Designation:**

```
81:21   Q.   How did Conway MacKenzie determine how much money it

22           thought the City should spend on the restructuring and

23           reinvestment initiatives?

24      A.   Well, it was a, as I say, a very iterative process,

25           which had at its goal what does the City need to do in

82: 1        order to be able to operate effectively, and those

2            were the recommendations that we made in order for

3            that to happen.

4       Q.   So is it a fair statement to say that you had the goal

5            of making the City, you had the goal of trying to get

6            the City to operate effectively, you made an

7            assessment of what needed to be done to achieve that

8            goal, and then you made an assessment of how much it
```

69

```
 9        would cost to achieve the things that needed to be

10        done to meet the goal.

11   A.   Yes.
```

**Pg: 82 Ln: 12 - 19**

**Designation:**

```
82:12   Q.   In considering how much the City should spend on the

   13        restructuring and reinvestment initiatives, did Conway

   14        MacKenzie make any effort to determine how much the

   15        City had to spend?  How much was available to the City

   16        to spend.

   17   A.   As it relates to the work that we did in coming up

   18        with these items, we did that without regard to what

   19        cash was available.
```

**Pg: 82 Ln: 20 - Pg: 83 Ln: 4**

**Designation:**

```
82:20   Q.   Is it fair to say you were told go figure out what we

   21        need to do to achieve our goals of effective service

   22        provision, how much it will cost, and come back and

   23        tell me the answer, don't worry about what we have to

   24        work with?

   25   A.   I think that's a fair statement.  Now, obviously no

83: 1        one said those exact words, but yes, how you have

    2        characterized it, which is go figure out what it will
```

70

```
3        take to get us to the point where we're operating

4        effectively.
```

**Pg: 83 Ln: 5 - 21**

**Designation:**

```
83: 5    Q.   And that direction came to you from Mr. Orr?

6    A.   It would have started actually with the people that

7         were involved prior to Mr. Orr's appointment.

8    Q.   And that was, tell me that gentleman's name again.

9    A.   Chris Andrews was the, he started off as program

10        management director.  He moved into the chief

11        operating officer role.  He was our primary person

12        with whom we interacted.

13   Q.   And the direction that he gave you that you summarized

14        well for me was consistent with the direction that

15        Mr. Orr gave you in terms of how you should continue

16        doing what you were doing.

17   A.   Yes.

18   Q.   Mr. Orr didn't say stop, wait, you're going about it

19        all wrong.  He allowed you to continue doing the

20        process the way you described it.

21   A.   That's correct.
```

**Pg: 83 Ln: 22 - 24**

**Designation:**

71

83:22   Q.   Now, you're an experienced turnaround guy and you I

    23        think live around here, is that correct?

    24   A.   Yes.

**Pg: 83 Ln: 25 - Pg: 84 Ln: 6**

**Designation:**

83:25   Q.   So you were aware that the City had substantial debts,

84: 1       correct?

    2   A.   Yes.

    3   Q.   But your process involved putting your awareness of

    4       those debts to one side and considering what needed to

    5       be done and how much it would cost, is that correct?

    6   A.   Yes.

**Pg: 84 Ln: 7 - Pg: 85 Ln: 11**

**Designation:**

84: 7   Q.   Now, what role did Ernst & Young have in formulating

    8       the amount of the restructuring and reinvestment

    9       initiatives, the amount of spending over the 10 years?

   10   A.   The way that the process worked is that Ernst & Young

   11       prepared what we refer to as a baseline financial

   12       projection, which is going out 10 years, based on how

   13       the City is operating right now, what the City's

   14       financial picture would look like.

   15            Conway MacKenzie's work product, which are

72

16      the restructuring and reinvestment initiatives, were

17      then layered on top of that by department to then come

18      up with what is referred to as the restructured

19      financial projection going out 10 years.  That's how

20      that came together.

21  Q.  And then there was a necessary third step, right?

22      Because when you layered those things together, the

23      City obviously operated in even deeper deficit than it

24      did prior to the reinvestment initiatives, right?

25  A.  Yes.

85: 1  Q.  The third step was to take the unsecured legacy

2      liabilities and back them out of the equation to see

3      whether the City could afford the restructuring and

4      reinvestment initiatives and to see if there was any

5      money left over for those unsecured creditors, right?

6  A.  Essentially, yes.  It was looking at taking the

7      revenue that was coming into the City, the expenses

8      that would remain, the reinvestment and restructuring,

9      and then figuring out after that what cash the City

10      would have to pay towards its obligations.  Previous

11      obligations I should say.

**Pg: 85 Ln: 16 - 23**

**Designation:**

85:16  Q.  But it's fair to say that what the money that was

17      available for creditors came after the City assumed it

73

```
18          would be undertaking all of the restructuring and

19          reinvestment initiatives, correct?

20    A.    That is how we have laid it out, yes.

21    Q.    You backed into it so to speak.

22    A.    We determined what cash would be available and then

23          that cash would go towards these previous obligations.
```

**Pg: 85 Ln: 24 - Pg: 86 Ln: 23**

**Designation:**

```
85:24  Q.   Now, at the time that you made this proposal to

   25        Mr. Orr that was then included in the June 14th

86: 1        proposal, what was your understanding about how the

    2        restructuring and reinvestment initiatives would be

    3        funded?

    4   A.   That discussion was something that essentially as we

    5        were going through this was part of the financial

    6        projection process, so as we layered on our

    7        restructuring and reinvestment initiatives to the

    8        Ernst & Young baseline forecast, we looked out and we

    9        said there's a surplus here.  That surplus over the

   10        10-year period was approximately $800 million.

   11              So from that standpoint there was an

   12        indication that this -- these items could be funded by

   13        the City.  The timing of those and whether there was

   14        going to be sufficient cash by the City itself to fund

   15        those certainly was not finalized or decided upon by
```

74

16    June 14th.

17 Q. I see.  You're saying you looked in the aggregate and

18    understood whether you could make it work in the

19    aggregate over the 10-year period, with respect to how

20    any one year might be focused, funded, whether out of

21    operations or debt or whatever, you didn't look at

22    that until later.

23 A. That's right.

**Pg: 86 Ln: 24 - Pg: 88 Ln: 7**

**Designation:**

86:24 Q. I know that money is fungible, so I know that it's

  25    tough to talk about what is the funding source for

87: 1    things, but at a logical level, isn't it fair to say

  2    that what was funding the reinvestment and

  3    restructuring initiatives that were being proposed

  4    were the cuts to the unsecured creditors?

  5 A. Not necessarily, because you have mentioned the

  6    1.25 billion number.  There are revenue initiatives of

  7    approximately $250 million during that time period and

  8    then in addition to that an anticipated increase in

  9    revenue of approximately $350 million; so during that

  10    10-year period there's $600 million of additional

  11    revenue that we anticipate would be coming in.

  12      When you compare that to the 1.25, that

  13    funds approximately half of that.  Within that

```
14          $1.25 billion, the City would have capital

15          expenditures, normal capital expenditures every year

16          anyways.  This is not just incremental capital

17          expenditures.  Within the $1.25 billion, that is

18          complete capital expenditures.

19    Q.    So okay, I think I understand what you said.  Capital

20          expenditures in terms of average capital expenditures

21          that the City "typically makes."

22    A.    Yes.

23    Q.    Are included in the $1.25 billion, as well as the

24          incremental capital expenditures you are recommending

25          that it makes.

88: 1  A.   Yes.

    2  Q.   Even under the revenue enhancements that you hope that

    3       the restructuring and re-initiatives will generate,

    4       there's still a sizeable portion of the restructuring

    5       and reinvestment initiatives that it was anticipated

    6       by logical extension would be funded by cuts to

    7       creditors, correct?
```

**Pg: 88 Ln: 10 - Pg: 89 Ln: 8**

**Designation:**

```
88:10  A.   The -- taking a step back, again, capital expenditures

   11       of any kind are included in the $1.25 billion.  There

   12       is an amount that would have to be there no matter

   13       what.
```

76

```
14              If you look at what that amount may be

15         based on history, there's an argument to be made that

16         perhaps $600 million of that 1.25 would be there

17         anyways; so it could be that that -- of that 1.25, the

18         incremental portion is funded through the revenue

19         initiatives.

20    BY MR. HACKNEY:

21    Q.   At some point we're kind of engaging in a mental

22         exercise to begin with by talking about what dollar is

23         funding what, I understand that, but that's in part

24         your answer that you just gave me would be based on

25         whether you would allocate the capital expenditures

89: 1      that the City was going to make anyway over the 10

2          years to the non-revenue enhancing side of the

3          funding, right?

4     A.   Yes.

5     Q.   If I put it over on the other side and said revenue

6          enhancements will pay for all the stuff we're going to

7          do anyway, the cuts to creditors are the ones that

8          will fund the incremental investment.
```

**Pg: 89 Ln: 11 - 22**

**Designation:**

```
89:11  A.   I would point out to you that looking back over the

12          last 10 years, there's never been a year where the

13          capital expenditures have been lower than $12 million
```

77

14          a year, and even during the lightest period of time,

15          the average was typically closer to 28 to $30 million

16          a year.

17                  So it is just not reasonable to assume that

18          the City could not spend anything on capital, and

19          again I understand money is fungible, and whichever

20          bucket you would want to put it in, but there has to

21          be some level of spending that the City undertakes as

22          it relates to capital expenditures.

**Pg: 89 Ln: 24 - Pg: 91 Ln: 15**

**Designation:**

89:24   Q.   Fair enough.  By the way though, if -- what did you

25           say, did you say that you knew what the average

90: 1        capital expenditures was say over the prior 10 years?

2       A.   Yes.

3       Q.   What was it?

4       A.   We break it into two time periods actually, so 2007

5            through 2012, where the City was experiencing

6            significant budgetary issues, I believe that the

7            average was in the neighborhood of around 28 million

8            per year, 25 to $30 million.

9                    If you look at 2003 through 2006, I think

10           that average, if I recall correctly, was closer to

11           around $60 million per year.

12      Q.   So with respect to the 2007 to 2012 average, the

78

13   restructuring and reinvestment plan on average looks

14   to quadruple the amount of capital investment in any

15   one year?

16 A. Not correct, the 1.25 billion includes $300 million

17   related to labor and expense-type items; so of the

18   $950 million that remains, that would be comparing the

19   $300 million that I think you just were referring to

20   to the $900 million.  500 of that 950 is blight

21   removal.

22     So really what we're talking about in terms

23   of an apples to apples comparison is $300 million

24   versus $450 million using an average for the 2007

25   through 2012 time period, which was a very, very light

91: 1   year, or light years in terms of capital expenditures.

2 Q. Okay.  If you didn't take out the blight though,

3   because it is a capital expenditure the City is

4   making, you would be comparing approximately $300

5   million a year in, I'm sorry, $300 million over a

6   10-year period?

7 A. Yes.

8 Q. If you annualized the 2007 to 2012 period, to

9   approximately a billion dollars of capital spending

10   over a 10-year period, correct?

11 A. Yes, that's a fair statement.  If you annualized the

12   average from 2007 to 2012 and you multiplied that by

13   10, and you compare that to the 950.

14 Q. You're looking at about a tripling.

79

```
15    A.    Approximately.
```

**Pg: 92 Ln: 6 - 14**

**Designation:**

```
92: 6                    So I think this should be obvious from your

    7           testimony but let me ask it anyway, which is, isn't it

    8           true that as Conway MacKenzie was assessing how much

    9           to spend on restructuring and reinvestment

   10           initiatives, it was not considering what was fair and

   11           equitable to the City's creditors?

   12    A.    I think that's a fair statement.  We were focused on

   13           what is necessary to make the City operate

   14           effectively.
```

**Pg: 92 Ln: 15 - 18**

**Designation:**

```
92:15    Q.    No one charged Conway MacKenzie with assessing what

   16           was fair and equitable to the City's creditors,

   17           correct?

   18    A.    I think that's a fair statement.
```

**Pg: 92 Ln: 19 - 20**

**Designation:**

```
92:19    Q.    Was anyone inside the City making that determination
```

```
20          to your knowledge?
```

**Pg: 92 Ln: 21 - Pg: 93 Ln: 3**

**Designation:**

```
92:21   A.   Could you clarify when you say determining what is
   22        fair and equitable to creditors?
   23   Q.   I'm not sure that I can.  I think at some point it
   24        just, those are certainly words that come from the
   25        Bankruptcy Code I think, but I guess what I'm asking
93: 1        is was there anyone out there who was looking at what
    2        recoveries to creditors would be fair, viewed from the
    3        perspective of creditors?
```

**Pg: 93 Ln: 6 - 10**

**Designation:**

```
93: 6   A.   The proposal for creditors, the June 14th document
    7        that you referred to, has a proposed treatment for
    8        creditors, and based on statements I've heard
    9        directly, certainly is the City's view that that
   10        proposes a fair treatment for creditors.
```

**Pg: 93 Ln: 12 - Pg: 94 Ln: 2**

**Designation:**

```
93:12   Q.   Now, the -- the City's proposal to creditors, and I
```

```
13          want to put secured creditors to one side and just

14          talk about the unsecured creditors if we could, that

15          involved a $2 billion pot of unsecured bonds, is that

16          correct?

17     A.   That is one element.

18     Q.   Was there another one for unsecured creditors?

19     A.   The City indicated that, or we alluded to in the

20          proposal for creditors that we were going to undertake

21          a process to evaluate options for, as an example,

22          Detroit Water and Sewer Department, which could

23          enhance what would be available for creditors, and

24          then as the financial projection shows, that there was

25          excess cash over that time period which could
```

94: 1          potentially be available for satisfying claims as

```
2          well.
```

**Pg: 95 Ln: 15 - 18**

**Designation:**

```
95:15  Q.   Yeah.  Did anyone, excluding legal advice, from the

16          rest of the City's restructuring team communicate to

17          you what they thought a fair recovery was for

18          creditors?
```

**Pg: 95 Ln: 24 - 25**

**Designation:**

```
95:24   A.   Seems to me that communications around those topics

   25        typically involved counsel.
```

**Pg: 96 Ln: 2 - 6**

**Designation:**

```
96: 2   Q.   Okay.  Has anyone come to you after the bankruptcy has

    3        started and said the amount, the reinvestment and

    4        restructuring initiatives do not leave amounts that

    5        are sufficient to fairly and equitably treat our

    6        creditors?
```

**Pg: 96 Ln: 11**

**Designation:**

```
96:11   A.   No communications that I recall outside of counsel.
```

**Pg: 96 Ln: 24 - Pg: 97 Ln: 25**

**Designation:**

```
96:24                Is it your understanding that the

   25        anticipated size of the Quality of Life note will be

97: 1        somewhere in the neighborhood of $120 million

    2        depending on the termination expense of the swap?

    3   A.   Generally in that neighborhood, that amount depending

    4        on as you say what the amount is at the date that that

    5        swap would be taken care of.
```

83

```
 6    Q.    For example, if interest rates rise, the swap

 7          termination goes down, the proceeds available for

 8          Quality of Life expenditures go up, right?

 9    A.    Yes, sir.

10    Q.    And this is zero sum -- right? -- in the sense that if

11          the swap amount goes down, the proceeds that are now

12          available, whatever's left over of the 350 will be

13          used for Quality of Life.

14    A.    Yes.

15    Q.    So certainly the City's determined that it has had to

16          take debt with respect to this first time period of

17          reinvestment initiatives, correct?

18    A.    Yes.

19    Q.    What about the next nine years of reinvestment

20          initiatives, what do you anticipate will fund those?

21    A.    The City's cash flow.

22    Q.    Did Conway MacKenzie offer the City advice regarding

23          how big the Quality of Life note should be in terms of

24          sizing the DIP?

25    A.    No.
```

**Pg: 98 Ln: 19 - Pg: 99 Ln: 6**


**Designation:**

```
98:19    Q.    So I'm trying to understand how you plug into the

   20          bankers who are sizing this $350 million loan, does

   21          that make sense?
```

```
22  A.    It does, yes.  This was an iterative process whereby

23        we looked at a few parameters that we were asked to

24        take into account as it relates to spending plans on

25        the initiatives.

99: 1            One was the City maintaining a certain

 2        minimum cash balance.  Another one would be trying to

 3        enact the highest priority items.  And so we, Conway

 4        MacKenzie that is, would or did prepare schedules that

 5        showed the timing of the spending on restructuring and

 6        reinvestment initiatives.
```

**Pg: 99 Ln: 7 - 11**

**Designation:**

```
99: 7  Q.    So basically it's fair to say that the City's

 8        restructuring team came to you and your team and said

 9        what are the most important reinvestment initiatives

10        that we should undertake the soonest and how much will

11        they cost in order to understand how to size the DIP?
```

**Pg: 99 Ln: 14 - 17**

**Designation:**

```
99:14  A.    That's a fair statement, and as I mentioned, it was

15        iterative in terms of there was also an element of if

16        this is the amount that is obtained, how would you

17        schedule this out, so it was an iterative process.
```

85

**Pg: 100 Ln: 6 - 25**

**Designation:**

```
100: 6   Q.   How do the first, I'm going to call it the first year,
     7        I understand that the Quality of Life note, I saw for
     8        example that you suggested that you might, if it is
     9        120 million and we don't know the precise amount
     10       because we don't know the swap, but if we use 120
     11       million as a reasonable estimate that it might fund
     12       six months' worth of reinvestment initiatives at $20
     13       million a month.
     14  A.   Approximately $20 million per month is what we have,
     15       yes.
     16  Q.   I know these numbers aren't definite but just in terms
     17       of general assumptions, was the assumption that the
     18       Quality of Life note will be approximately $120
     19       million and that it will be deployed at a rate of
     20       about 20 million a month for six months?
     21  A.   One element that certainly was taken into account was
     22       the City maintaining a certain cash balance, and so
     23       yes, it turned out that if the amount of the Quality
     24       of Life loan is 120 million, that's about the rate
     25       that we could deploy, reasonably deploy that capital.
```

**Pg: 102 Ln: 10 - 21**

# Objectors' Designations From
# December 4, 2013 Deposition of Charles Moore

**Designation:**

```
102:10   Q.   So you answered a different question than I intended,

    11        which was you basically said don't worry, we're going

    12        to have enough money for all ten years, but I wanted

    13        you to answer the question more if there isn't enough

    14        money for the other nine years of reinvestment

    15        initiatives, for whatever reason, but pretend someone

    16        told you, Mr. Orr told you to assume that was the case

    17        today, to what extent do the six months' of

    18        reinvestment initiatives that you are about to

    19        implement relate to the other nine and a half years in

    20        a way that it would change how you would spend the

    21        money, do you understand the question?
```

**Pg: 102 Ln: 24 - Pg: 103 Ln: 10**

**Designation:**

```
102:24   A.   I do understand the question.  Some projects have a

    25        longer time period and they will require funds to be

103: 1        deployed over that longer time period.  There are

     2        other discrete projects where money can be spent now

     3        and money will not have to be spent in the future.

     4             And so this is obviously a very

     5        hypothetical that you have put in front of me, which

     6        is to say, if you have this amount this year and then

     7        you know that you don't have anything else after that,

     8        would you deploy any of it, and my answer to that is
```

87

```
 9        most likely yes, because a number of these projects do

10        not require funds for future years.
```

**Pg: 103 Ln: 11 - 18**

**Designation:**

```
103:11    BY MR. HACKNEY:

  12    Q.   That's a perfect answer to the question, and I

  13         understand exactly what you're saying.  Can you give

  14         us a sense of if the Quality of Life proceeds are 120

  15         million, and you're now told there won't be any other

  16         Quality of Life reinvestment initiatives in the next

  17         nine and a half years, what portion of the 120 million

  18         would you either not spend or redeploy?
```

**Pg: 103 Ln: 21 - Pg: 104 Ln: 3**

**Designation:**

```
103:21    A.   This is a scenario that we have not looked at, and I'm

  22         going to play that scenario back to you, which is to

  23         say we would spend, we would implement the

  24         restructuring and the reinvestment plan for year one

  25         and then we would not do anything for years two

104: 1         through ten.  That is not a scenario that we've looked

   2         at and I'm not sure that's a reasonable scenario to

   3         look at.
```

88

**Pg: 104 Ln: 5 - 25**

**Designation:**

```
104: 5   Q.   Okay.  Of the 120 million in Quality of Life proceeds,

      6        how much of it relates to a project that won't be done

      7        in the six-month period we were just talking about?

      8        Let me give you an example.

      9             When you buy Tasers, you send the money out

     10        the door, the Tasers come in, you give them to the

     11        cops, the police officers, from the standpoint of

     12        buying Tasers, it's done, they now have the Taser.

     13   A.   Yes.

     14   Q.   Another example might be an ERP system where one half

     15        of the implementation will be done in the next six

     16        months but the next half won't be done until later

     17        where you might not spend the first half if you were

     18        not certain you could spend the second half, do you

     19        understand that distinction?

     20   A.   I do understand.

     21   Q.   Can you categorize the approximately 120 million in

     22        potential Quality of Life note proceeds according to

     23        the -- those two categories?

     24   A.   No, not offhand.  I would have to go through each

     25        individual item to be able to answer that question.
```

**Pg: 105 Ln: 1 - 22**

**Designation:**

```
105: 1   Q.   And I take it you haven't done that as you sit here

      2        today because you don't believe that will be the case.

      3   A.   I think we've evolved a little bit from your original

      4        hypothetical.  We certainly have looked at projects

      5        from the standpoint of whether they are discrete or

      6        whether they are over a longer period of time.

      7             This is a very important element of what

      8        the City has undertaken in its analysis, and when I

      9        say the City, we worked very closely with the CFO

     10        during the months of September and October, really

     11        August and September primarily, regarding the

     12        spending, and generally speaking no one would want to

     13        undertake, back to your hypothetical, a scenario where

     14        you would spend money without knowing that you're

     15        going to be able to fund the whole thing.

     16             And so we certainly have talked about

     17        projects that are more discrete versus the longer

     18        period of time.

     19   Q.   Fair statement, but when you're having those

     20        interactions with him, one of the things that you have

     21        to think about is what will the City be paying on its

     22        unsecured legacy liabilities, correct?
```

**Pg: 105 Ln: 25**

**Designation:**

105:25   A.   That is not necessarily correct.

**Pg: 106 Ln: 2 - Pg: 107 Ln: 22**

**Designation:**

106: 2   Q.   Well, we're talking about a forecast, right?

      3   A.   Yes.

      4   Q.   So you have to go through all of the elements of the

      5       forecast and compare it to the anticipated revenues to

      6       see whether you have enough money, right?

      7   A.   Yes.

      8   Q.   So when you're talking to the CFO about whether you'll

      9       have enough money for the whole ten years to implement

    10       the reinvestment initiatives, what assumption was he

    11       using as you understand it with respect to the

    12       unsecured legacy liabilities?

    13   A.   Well, going back to the point that you made before,

    14       money is fungible, and so as we sit here today, we

    15       would not as an example lay off a thousand employees

    16       just because we think that we may have to pay claims

    17       on various unsecured creditors, unsecured obligations.

    18            So to the extent that there is a scenario

    19       whereby amounts have to get paid to the unsecured

    20       creditors that go beyond what the City has, that to me

    21       raises a question of whether that plan, if you will,

    22       is even viable or feasible.

    23   Q.   Why?

91

| 24 | A. | Using the right term. |
|----|----|----|
| 25 | Q. | Why is that? |

107: 1  A.  If the -- if there's a plan which provides for

2  payments on unsecured claims that is beyond what cash

3  flow exists for the City, then I question whether that

4  plan is feasible.

5  Q.  After taking into account the anticipated

6  restructuring and reinvestment initiatives, right?

7  A.  Correct.  As I've pointed out earlier, I'm not sure

8  that you can necessarily separate those things out.

9  They have been viewed or characterized as incremental

10  and perhaps nice to have, and what I'm indicating is

11  that you can't separate that out.  There's capital

12  expenditures that the City will have no matter what.

13  Q.  I think I understand what you're saying.  Let me make

14  sure I can state it in a way that hopefully will

15  reflect my understanding and you can tell me whether I

16  got it right or not, which is, when you're looking at

17  the next ten years, you're looking at the City's

18  operations plus the restructuring and reinvestment

19  initiatives, and to the extent creditor recoveries

20  exceeded any surplus, that would likely render such a

21  proposal infeasible from your standpoint.

22  A.  Certainly could, yes.

**Pg: 108 Ln: 19 - Pg: 110 Ln: 4**

# Objectors' Designations From
## December 4, 2013 Deposition of Charles Moore

**Designation:**

108:19  Q.   I understand all of that but you do understand that

    20       the plan here will necessarily be based in part at

    21       least on future forecasts of what is likely to happen

    22       over the next ten years, correct?

    23  A.   I do, yes.

    24  Q.   And that's in part because it is the, Mr. Orr's

    25       proposal that proposes to give the general unsecured

109: 1       creditors debt, right?

     2  A.   Yes.

     3  Q.   And so in order to understand whether the City can

     4       service that debt, you have to understand the

     5       forecasted amount of revenues and expenses, right?

     6  A.   It depends on the terms of that debt.

     7  Q.   But fair enough.  So if it was picked at you might not

     8       have to?

     9  A.   That's correct.

    10  Q.   But the City has not proposed picked at, correct?

    11  A.   The City has not put forward its plan of adjustment.

    12  Q.   Let me see if I can state it in a way where we can

    13       agree and move on in a more general level.

    14            The anticipated revenues and operating

    15       costs of the City considered in isolation from the

    16       restructuring and reinvestment initiatives, plus the

    17       restructuring and reinvestment initiatives and their

    18       anticipated impacts on costs and revenues as well,

    19       those two things together have necessary implications

| 20 | | for what is available to creditors. |
|---|---|---|
| 21 | A. | I don't know if I agree with that statement.  They |
| 22 | | could, but they don't necessarily. |
| 23 | Q. | I don't -- I mean, I don't mean to be flip, but how |
| 24 | | much money the City plans to spend on itself over the |
| 25 | | next ten years, and how much it thinks it's going to |
| 110: 1 | | get necessarily relates to how much is left over for |
| 2 | | the creditors, right? |
| 3 | A. | It depends on if that is a source of recovery for the |
| 4 | | creditors. |

**Pg: 110 Ln: 5 - 22**

**Designation:**

| 110: 5 | Q. | Fair point.  If there were asset sales, for example, |
|---|---|---|
| 6 | | it might not matter that the City only had a small |
| 7 | | incremental amount of money left over because |
| 8 | | creditors might be getting a fair recovery from other |
| 9 | | sources? |
| 10 | A. | That's one example, yes. |
| 11 | Q. | What's another one? |
| 12 | A. | I just, that I would point out to you that as an |
| 13 | | example. |
| 14 | Q. | Okay, that's helpful.  It's a fair characterization |
| 15 | | you made there, fair qualification.  Let me rope that |
| 16 | | in though to my prior question, which is, if you |
| 17 | | assume that there won't be material asset sales, and |

94

18          that you only have the ongoing cash flows of the City

19          on a year-to-year basis to fund creditor recoveries,

20          the City's anticipated operating costs plus the

21          restructuring and reinvestment initiatives have

22          necessary implications for what that amount is.

**Pg: 111 Ln: 1 - 6**

**Designation:**

111: 1   A.   Only to the extent that the net cash flow that the

2            City generates is used to satisfy creditor claims.  If

3            the net cash flow from the City's operations is not

4            used to satisfy creditor claims, for whatever reason,

5            then it would not have implications for creditor

6            recoveries.

**Pg: 111 Ln: 8 - Pg: 113 Ln: 2**

**Designation:**

111: 8   Q.   Okay.  So if there are no asset sales and there's no

9            use of excess cash flow to satisfy creditor claims, am

10           I missing another possible bucket?

11       A.   Mr. Hackney, I'm just saying that I don't think,

12           number one, the City has not put forward a plan of

13           adjustment, as such, I don't think that we can

14           automatically assume that recoveries to creditors have

15           to come from at least partially the City's net cash

95

16      flow from operations, and as such, I don't agree with

17      the statement that the spending that the City does

18      necessarily has implications on creditor recoveries.

19  Q.  Remember though -- and I know it's 12:28, Bob --

20      remember though that I baked into my question the

21      assumption that there would be no asset sales.

22  A.  I understand that, and what I'm saying is that those

23      are two separate items.  If you necessarily, if you

24      assume that creditor recoveries have to come from net

25      cash flow from operations, then yes, there's an

112: 1    implication.  I just don't think that that is an

2      assumption that necessarily or should be made.

3  Q.  Fair enough.  If creditor recoveries will only be

4      funded in part by asset sales, the reinvestment

5      initiatives have implications for the amount of excess

6      cash flow available to fund the other part of creditor

7      recoveries, correct?

8  A.  Again, it's taking it one step further that I don't

9      agree with, and that is that a source of recovery for

10     creditor claims is net cash flow from operations.  I

11     don't know, as we sit here today, no one knows what

12     the different sources of recovery for creditor claims

13     may be.

14           And so I'm not prepared to make the

15     assumption that under any scenario that net cash flow

16     from operations has to be a source for a creditor

17     recoveries.

96

```
18   Q.   That's a great point.  As you stated, there is no plan

19        of adjustment right now, correct?

20   A.   The City has not filed its plan of adjustment.

21   Q.   So you don't know how unsecured creditors will be

22        treated under that plan as you sit here today,

23        correct?

24   A.   I specifically don't know.

25   Q.   And you don't know what their recoveries will be,

113: 1    correct?

     2   A.   That is correct.
```

**Pg: 113 Ln: 10 - Pg: 114 Ln: 15**

**Designation:**

```
113:10   Q.   I am sorry to interrupt, but I thought I asked you a

     11       bunch of questions saying doesn't it have implications

     12       and you said not necessarily, and now I'm saying you

     13       can't say whether it has implications and you're

     14       disagreeing with that as well?

     15   A.   Yes, sir.  And the reason why is I'm not prepared

     16       today to say that creditor recoveries, or at least a

     17       portion of creditor recoveries have to come from net

     18       cash flow from operations.

     19            Now, with that said, there are elements as

     20       it relates to confirming a plan of adjustment that

     21       certainly I am aware of, and I know one element is

     22       that the plan is feasible, and so we know that for a
```

97

23      plan to get confirmed, it needs to be feasible.

24            If we have a situation where creditor

25      recoveries are beyond what resources are available

114: 1      from the City, then that's not feasible.  That plan

2      likely would not be deemed feasible.

3            And so because of that, the -- those

4      elements give me comfort in making that statement as

5      it relates to whatever plan of adjustment occurs.  I

6      know it has to be deemed feasible for it to be

7      confirmed.

8  Q.   And by the way, if the creditor recoveries didn't

9      leave enough money, that statement that you made, it

10     would be infeasible, it would not be feasible, that's

11     assuming that the full amount of the reinvestment

12     initiatives are planned, right?

13  A.   I'm not making that assumption.  All I'm making the

14     assumption of is that for a plan to be confirmed, it

15     needs to be deemed feasible.

**Pg: 115 Ln: 10 - Pg: 116 Ln: 7**

**Designation:**

115:10  Q.   We also talked about what I'll call competitive

11     municipalities, which are municipalities that you

12     could fairly say are in direct competition with each

13     other for an individual citizen's residency.

14  A.   Yes.

98

```
15   Q.   You remember we talked about that concept earlier on

16        in the deposition?

17   A.   Yes.

18   Q.   I take it that generally are you referring to the

19        municipalities that ring Detroit in the main there?  I

20        know at some level Detroit's in some manner of

21        competition with Muskegon and Grand Rapids and

22        Traverse City, but are the most directly competitive

23        cities the ones that you are looking at, the ones that

24        are proximate to Detroit?  And I don't know what you

25        call them, but like the collar municipalities?

116: 1  A.   Yes.  Essentially we focused on the metro Detroit

2        area, which you could take up to Flint on the north

3        side and out to Ann Arbor on the west side, but that

4        metro Detroit area is what we were referring to.

5   Q.   When you looked for what we're calling competitive

6        municipalities.

7   A.   Yes.
```

**Pg: 116 Ln: 8 - Pg: 117 Ln: 5**

**Designation:**

```
116: 8  Q.   Now, I want to go to a third concept which we did

9        discuss which was just the notion of a comparable

10        municipality that might be out there in the United

11        States, even if it's geographically remote from

12        Detroit, it's a city that you might look at because
```

99

```
13        it's similar to Detroit.  Do you remember we talked

14        about that?

15   A.   Yes.

16   Q.   What would you say are the most comparable

17        municipalities from your standpoint when it comes to

18        this notion of benchmarking?

19   A.   There are some of the municipalities that we

20        benchmarked just from a size perspective include, and

21        I'm going off the top of my head, but I believe

22        Cleveland, St. Louis, Memphis, I think we may have

23        done Charlotte, North Carolina.  There may have been

24        others as well.

25   Q.   That's very helpful.  Those are sort of four that

117: 1        definitely come to mind, right?

  2   A.   Yes.

  3   Q.   Do you know if there were others that you just can't

  4        remember?

  5   A.   There probably were, maybe one or two others.
```

**Pg: 117 Ln: 19 - 22**

**Designation:**

```
117:19   Q.   We've now marked the proper Exhibit 2, which I hope is

  20        your declaration with respect to post petition

  21        financing motion.

  22   A.   Yes, it appears to be.
```

**Designation:**

118:11                  What I wanted to ask you about was the last

    12        sentence of this paragraph where you said, "Without

    13        borrowed funds, there is a material risk that the City

    14        would have to substantially cut back or eliminate its

    15        reinvestment efforts in the near term, and the City's

    16        ability to invest in the future would continue to be

    17        hamstrung and imperiled by the City's ongoing

    18        financial constraints," do you see that?

    19   A.    Yes.

    20   Q.    What are the ongoing financial constraints that you're

    21        referring to there?

    22   A.    The City's existing financial condition that it

    23        operates under today.

    24   Q.    How does borrowing the funds free it from, or allow it

    25        to not be hamstrung by the ongoing financial

119: 1        constraints?

     2   A.    Borrowing these funds allow for the spending on the

     3        restructuring and reinvestment initiatives, and we

     4        believe that those will not only support the revenue,

     5        continued revenue, but also to facilitate the other

     6        aspects that we've included in the projections in

     7        terms of revenue increases, revenue initiatives.

     8   Q.    So when you talk about the, and I think you said that

     9        the ongoing financial constraints are the current

```
10        operating expenses of the City?

11   A.   It's meant more that the current financial condition

12        of the City.

13   Q.   Okay.  The reason I'm asking of course is, for

14        example, like the City as I understand it is not

15        making payments on its so-called cop debt, are you

16        aware of that fact?

17   A.   Yes, I am.

18   Q.   Okay.  So I take it to mean that that's a financial

19        constraint that is not currently limiting whatever the

20        City wants to do, do you understand what I mean?

21   A.   I do understand, yes.

22   Q.   Do you agree?

23   A.   That is not a constraint, correct.  The City has a

24        variety of other constraints though and just in terms

25        of operating on a day-to-day basis.
```

**Pg: 120 Ln: 6 - 10**

**Designation:**

```
120: 6   Q.   I was thinking the City is making certainly OPEB

     7        contributions to both employees and retirees, correct?

     8   A.   The City pays healthcare, and OPEB specifically

     9        referring to retirees, as those expenses are incurred,

    10        so yes, those continue to be paid.
```

**Pg: 120 Ln: 11 - 18**

102

**Designation:**

120:11   Q.   It's also making pension contributions, correct?

    12   A.   That is not correct.

    13   Q.   That is not correct.  Has it deferred the full amount

    14       of its pension contribution?

    15   A.   Yes.  There may be some amount of pension

    16       contributions coming from the water and sewer

    17       departments, but the general fund is not making any

    18       contributions to the pension funds.

**Pg: 120 Ln: 19 - 23**

**Designation:**

120:19   Q.   And with respect to the OPEB, it's my understanding

    20       that the OPEB is around $15 million a month for

    21       retirees, is that correct?

    22   A.   Generally I understand that to be the general amount,

    23       yes.

**Pg: 120 Ln: 24 - Pg: 122 Ln: 6**

**Designation:**

120:24   Q.   Do you understand what I mean when I say that the

    25       claim for OPEB is treated in the proposal to creditors

121: 1       as a general unsecured claim?

     2   A.   I do, yes.

3   Q.   And that's accurate, right?

4   A.   Yes.

5   Q.   And in fact the OPEB to retirees, that's been paid

6       since the filing of the bankruptcy, correct?

7   A.   Yes.

8   Q.   And so let's see, it's, I'll do it like this.  So

9       August 17th -- December, mid-December will mark five

10      months of that, correct?

11  A.   Yes.

12  Q.   And I think there's been a deal struck to extend that

13      two months past the new year, is that correct?

14  A.   That's my understanding, yes.

15  Q.   So that would be about seven and a half months of

16      retiree OPEB, correct?

17  A.   Yes.

18  Q.   And at an average of $15 million, that's slightly more

19      than $100 million in aggregate, is that correct?

20  A.   I don't know what the actual amount is.  Again, just

21      to clarify, healthcare expenses for retirees are paid

22      as they are incurred; so there's not a contribution to

23      a fund or payments to retirees being made.  This is

24      payment of their health expenses.

25  Q.   Sorry, fair qualification.  Did I get the approximate

122: 1    amount right?

2   A.   Based on my understanding, yes.  What the actual

3       amount of healthcare expenses that have been incurred

4       and paid, it could vary from that, but on average the

104

```
      5          numbers that you've cited are my understanding as

      6          well.
```

**Pg: 122 Ln: 7 - Pg: 123 Ln: 11**

**Designation:**

```
 122: 7    Q.   Now, those are numbers that you are including in the

      8          concept of a financial constraint of the City

      9          currently, right?

     10    A.   Yes.

     11    Q.   Are there any other payments to unsecured creditors

     12          that are being made presently, post petition, that are

     13          in this concept of ongoing financial constraints?

     14    A.   There are some prepetition trade vendors that are

     15          still being paid, but I do want to clarify that when I

     16          said financial constraints, and I clarified here in

     17          your questioning, indicating the current financial

     18          condition, I was not referring to only payments that

     19          have to be made.

     20               The inability to, for the City to have the

     21          right number of workers as an example, those are

     22          constraints that contribute to the current financial

     23          condition of the City.

     24    Q.   That's correct, but this sentence begins "without

     25          borrowed funds."

 123: 1    A.   Yes.

      2    Q.   So I assume it's saying without borrowed funds, we
```

105

```
 3          don't have enough money to operate in the current

 4          condition as we are operating and do the reinvestment

 5          initiatives?

 6     A.   Yes.

 7     Q.   So I'm trying to understand what the constraints are

 8          financially that require the borrowing.

 9     A.   Yes.

10     Q.   Make sense?

11     A.   Yes.
```

**Pg: 124 Ln: 2 - 15**

**Designation:**

```
124: 2     Q.   Do you believe that the City of Detroit is insolvent

 3              as we sit here today?

 4         A.   Yes.

 5         Q.   Does the Quality of Life note, the borrowings that are

 6              associated with the Quality of Life note, does it

 7              deepen the City's insolvency in your view?

 8         A.   No.

 9         Q.   And why not?

10         A.   The borrowings that would be under the Quality of Life

11              note, and let's just continue to use the $120 million

12              that we referred to, essentially facilitates some of

13              the expenditures that we believe are very important

14              for the City to stabilize and then to improve its

15              finances.
```

106

# Objectors' Designations From
## December 4, 2013 Deposition of Charles Moore

**Pg: 124 Ln: 21 - Pg: 128 Ln: 10**

**Designation:**

124:21  Q.   If the City takes on an additional say 120 million in

22        debt associated with the Quality of Life note and

23        spends that money on services, it may enhance the

24        Quality of Life in the city of Detroit as its name

25        suggests, but at the end of it, the City will have

125: 1        additional debt without a commensurate additional

2        amount of assets.

3   A.   Well, we don't know about the, whether there will be

4        commensurate amount of additional assets.  Part of

5        this, I think getting to your question, is when that

6        Quality of Life loan would have to be repaid.

7   Q.   Why does that matter?

8   A.   Well, insolvency as we've just been talking about in

9        the Chapter 9 context is the ability to pay the debts

10        as they become due; so if we were talking about having

11        to repay 120 million immediately, that might be a

12        different answer than if this 120 million had to be

13        repaid over some period of time.

14   Q.   Because in the process you would have adjusted the

15        remainder of your debts and rendered yourself now able

16        to service the Quality of Life note?

17   A.   That or the City will be operating better.  It may

18        have more resources to pay the Quality of Life loan.

```
19    Q.    Take a look at paragraph 11 where you say:

20                "The sums borrowed in connection with the

21          Quality of Life financing are designed to be a

22          manageable and responsible amount of debt load that

23          the City can service, while at the same time making a

24          meaningful investment into the City's infrastructure

25          and labor requirements."

126: 1                Do you see that?

2     A.    Yes.

3     Q.    Are you able to say today that the City's debt load

4           upon exiting bankruptcy will be manageable?

5     A.    The way that we have modeled this in the cash forecast

6           is under this scenario that the City does not get exit

7           financing to repay this Quality of Life loan, and it

8           has to be amortized over a four-year period.  The

9           amounts that would have to be repaid essentially are

10          within the City's means to repay that, those amounts

11          in that time period.

12    Q.    Assuming what other level of debt?

13    A.    Assuming the same items that we have included in the

14          creditor proposal for debt across the board for the

15          various items.

16    Q.    So if you assume, for example, that the creditors got

17          the $2 billion pot of bonds, under that assumption

18          this incremental borrowing is manageable.  Fair

19          statement?

20    A.    Yes.
```

108

```
21   Q.   Is there an amount, is there a point at which the pot

22        of bonds available to creditors would be so large that

23        it plus the Quality of Life financing would not be

24        manageable for the City?

25   A.   It depends on the terms of those bonds.

127: 1   Q.   If the terms of the bonds required ongoing debt

2        service like the Quality of Life note required, is it

3        possible that it could become unmanageable?

4   A.   It's possible.  Again, it depends on what those terms,

5        the amount and what the terms are.

6   Q.   I guess I think I asked you earlier in terms of

7        responsibility, so hopefully I'm not reasking this

8        question, but it is fair to say that you have not

9        personally reached a conclusion about whether the

10        proposed recovery that was included in Mr. Orr's

11        June 14th proposal was a fair and equitable one to the

12        City's general unsecured creditors, correct?

13   A.   That is correct, I have not made any conclusion along

14        those lines.

15   Q.   Do you know whether you expect to consider that

16        subject in the future?  Will you be the person that

17        testifies on that subject later on?

18   A.   I'm not sure.

19   Q.   You don't know.  Okay.  You haven't been asked to yet.

20   A.   Correct.

21   Q.   In paragraph 11 you first say, I'm in the second

22        sentence now, Mr. Moore, you say:
```

109

```
23                    "While the City may ultimately decide to

24            apply the proceeds of the Quality of Life financing to

25            pursue an array of specific projects, at this time the

128: 1        City intends to prioritize and devote the proceeds of

2             the Quality of Life financing to three primary areas:

3             public safety, information technology upgrades and

4             blight removal?"

5                    Do you see that?

6     A.      Yes.

7     Q.      It's fair to say, is it not, that the City is not

8             committing itself in your understanding to spending

9             the money consistent with the primary areas that you

10            laid out in your affidavit, is that correct?
```

**Pg: 128 Ln: 13 - Pg: 131 Ln: 3**


**Designation:**

```
128:13  A.    Could you restate the question, please?

14      BY MR. HACKNEY:

15      Q.    I can try.  In your understanding, isn't it true that

16            the City is not today committing itself to spend the

17            Quality of Life note proceeds in any particular

18            fashion, correct?

19      A.    I think it's fair to say that the City is not

20            committing itself to spending, or obligating itself to

21            spend money on specific projects.

22      Q.    Okay.  So you have given the City, you have given the
```

110

23       Court through your declaration an indication of what

24       the City intends to do, right?

25   A.   Yes.

129: 1   Q.   But the City reserves the right to change its mind.

2   A.   Yes.

3   Q.   Just so we're on the same page, there are actually

4       like four romanettes, they are public safety, ITS,

5       blight, and finance.

6   A.   Yes, sir.

7   Q.   Do you consider the finance function changes to be

8       mainly IT related, so do you think of them as being

9       included in the information technology upgrades?

10   A.   That is a significant element of the finance side.

11   Q.   That's why you said three primary areas?

12   A.   Yes.

13   Q.   As you sit here today, are you aware of any other

14       projects that are outside the three primary areas

15       where you intended or you expressed an intention of

16       the City to spend?

17   A.   Yes.

18   Q.   On which the City may spend the money?

19   A.   Yes.

20   Q.   What are they?

21   A.   There are a whole host of projects that are in the

22       forecast for restructuring and reinvestment that don't

23       necessarily fall into one of those categories.

24            As an example, we have hiring needs in the

```
     25        General Services Department, and that is included in
130: 1         the restructuring initiatives, but I did not cite that
      2        here in this declaration.
      3               There are facility improvements for the
      4        Department of Transportation that are necessary but I
      5        did not include those here.  There are a whole host of
      6        individual items that are included in the
      7        restructuring and reinvestment but I did not focus on
      8        here.
      9   Q.   Make sure I understood.  Are you saying there are some
     10        other projects out there that are rivals for the 120
     11        million approximate Quality of Life note proceeds that
     12        may get some of it, or are you saying there are
     13        additional areas of spending outside of the three
     14        primary areas that will be covered by the
     15        approximately 120 million proceeds?
     16   A.   The latter.
     17   Q.   Got it.  I see.  So what you were saying in paragraph
     18        11 was, I'm going to describe the three primary areas
     19        but you should know that there are other areas that
     20        will receive, that we anticipate will receive some of
     21        the proceeds.
     22   A.   Yes.
     23   Q.   Got it.  I wasn't sure if you were saying something
     24        else and that clarifies it.
     25               Do you understand that there's the
131: 1         possibility that for whatever reason that the swap
```

112

```
   2        termination may not be exercised by the City?

   3   A.   I have not spent time on the swap termination.
```

**Pg: 131 Ln: 4 - Pg: 132 Ln: 11**

**Designation:**

```
131: 4   Q.   Okay.  You understand that the swap termination is a

     5        sizeable component of the $350 million DIP loan?

     6   A.   Yes.

     7   Q.   Do you also understand just as a logical matter that

     8        circumstances may intervene where the swap is not

     9        terminated?

    10   A.   As I say, I really have not spent time on the swap

    11        termination side.

    12   Q.   Okay.  What I'm trying to ask is, do you know if the

    13        swap were not to be terminated for whatever reason

    14        whether the City intends to redeploy the approximately

    15        $230 million previously thought of as the swap

    16        termination payment for near term Quality of Life

    17        initiatives?

    18   A.   I don't know.

    19   Q.   You don't know.  Is the City in a position where it

    20        could deploy $350 million in the next six months if

    21        that were to occur?

    22   A.   Potentially.  We have not looked at that, but it's

    23        possible.

    24   Q.   You haven't been asked to make any assessment of that
```

```
    25          as you sit here today?
132: 1    A.   Correct.
      2    Q.   Because that's not what the City anticipates doing
      3          with the money?
      4    A.   Correct.
      5    Q.   Is it fair to say that while it is possible, you don't
      6          know one way or the other whether the City could
      7          deploy that much cash in the next six months?
      8    A.   Correct.  It could be possible, but unless and until
      9          we undertake that analysis, I'm not comfortable saying
     10          whether or what the likelihood is that the City could
     11          do that.
```

**Pg: 132 Ln: 12 - Pg: 134 Ln: 2**

**Designation:**

```
132:12    Q.   With respect to the City's general fund, that's
     13          somewhere in the range on an annual basis of a billion
     14          one a year, right?
     15    A.   Yes, in revenue.
     16    Q.   In revenue.  $350 million in additional financing
     17          proceeds would be somewhere in the order of 30 to 33
     18          percent of that amount, right?
     19    A.   Yes.
     20    Q.   Can you give me a sense of with respect to the three
     21          primary areas, public safety, information technology
     22          upgrades, and blight removal, how much you anticipate,
```

```
23        as you sit here today, each will receive from the

24        Quality of Life proceeds?

25   A.   We have again been treating, as you stated earlier,

133: 1    money is fungible, so we don't have a direct tie

2         between this dollar of financing and its use.  I can

3         tell you, again breaking those two apart, how much we

4         plan to spend on these areas over time, but it's that

5         direct tie that we have not been looking at.

6    Q.   I guess it's a little bit of a mismatch, right?

7         Because it's not like the Quality of Life proceeds are

8         the only amounts that you have to spend on

9         reinvestment, correct?

10   A.   That's right.

11   Q.   And that's in part because the City's cash coffers

12        have risen above that $50 million threshold that you

13        set as one of your goals for the City, right?

14   A.   Well, as we sit here today, that's the natural ebb and

15        flow of cash during the year.  The City's high point

16        of its cash balance tends to be in the fall after

17        property tax, property taxes are received.

18   Q.   Okay.  I guess what I was driving on is there very

19        well may be reinvestment initiative monies that come

20        from sources other than the Quality of Life proceeds.

21   A.   That's right.

22   Q.   So it's sort of like we can think about two separate

23        concepts, one of them is what are the reinvestment

24        initiatives and then the other is what amount of that
```

115

```
  25        will come from a Quality of Life note, do you
134: 1        understand?
   2    A.    I do, yes.
```

**Pg: 134 Ln: 3 - Pg: 135 Ln: 8**

**Designation:**

```
134: 3    Q.    Let me go to the first concept first, which is in the
   4            next six months, what does the City intend to spend in
   5            the aggregate in the areas of public safety?
   6            Reinvestment initiative public safety.
   7    A.    I don't have the specific numbers off the top of my
   8            head.  Let me tell you how this has been established.
   9            We have a forecast that's on a monthly basis and it is
  10            in fairly detailed categories.
  11                    Within police there are multiple
  12            categories; within fire there are multiple categories;
  13            and just to give you examples of the categories, we
  14            have labor, so hiring additional people, we have fleet
  15            requirements, fleet refers to vehicles, we have
  16            facility requirements, and we have information
  17            technology-related items.
  18                    So it's very difficult without having the
  19            forecast in front of me, which has a lot of detailed
  20            information on it, to give you one precise number for
  21            all of public safety.
  22    Q.    Certainly I think it would be tough to ask someone for
```

116

```
23          a precise number, but can you give me a range, like

24          are you able to say public safety's about 40, IT is

25          about 50, blight is about 60?  And I'm talking over

135: 1      the next six months.

2    A.     Yes.  I would hesitate to point out specific numbers

3           without that forecast in front of me.

4    Q.     Okay.  These forecasts, are these ones that you are

5           delivering to the FA's on a semi-regular basis, making

6           presentations to them to show them what your work

7           shows about the anticipated reinvestments?

8    A.     Yes.
```

**Pg: 136 Ln: 10 - Pg: 137 Ln: 1**

**Designation:**

```
136:10              Do you know approximately how much Detroit

11          spent on its Police Department in fiscal year 2013?

12   A.     Fiscal year 2013, I would have to give you a rough

13          estimate, but I believe it would be somewhere in the

14          neighborhood of perhaps 300 to $350 million.

15   Q.     That was on the Police Department?

16   A.     Yes.

17   Q.     And do you know how that approximate amount of

18          spending compares to the comparable municipalities,

19          not the competitive municipalities, but the comparable

20          municipalities you described to me earlier?

21   A.     There are a variety of comparables that we've looked
```

117

```
22        at in terms of the number of officers per square mile,

23        the number of officers per resident, those types of

24        items, so we compare it more along those lines.  Off

25        the top of my head, I don't know if we have compared
```

137: 1        total budgets between these other municipalities.

**Pg: 137 Ln: 2 - 8**

**Designation:**

```
137: 2   Q.   So do you have work product at Conway MacKenzie that

     3        does comparable analysis to the comparable cities we

     4        were talking about on the specific subject of

     5        policing?

     6   A.   There are a number of items that we have and certainly

     7        that other parties have put together as part of this

     8        case as well.
```

**Pg: 138 Ln: 13 - Pg: 139 Ln: 5**

**Designation:**

```
138:13                We've discussed earlier the idea that this

    14        proposal for creditors included a billion 250 of

    15        restructuring and reinvestment initiatives, is that

    16        correct?

    17   A.   Yes.

    18   Q.   And it in fact does, right?

    19   A.   Yes.
```

118

```
20   Q.   This plan though we've also discussed did not

21        contemplate that there would be a bankruptcy filing,

22        correct?

23   A.   Correct.

24   Q.   It's my understanding that you have reevaluated the

25        timing of the restructuring and reinvestment

139: 1    initiatives in light of the bankruptcy filing, is that

2         correct?

3    A.   Not necessarily in light of the bankruptcy filing,

4         just given where we are today and the timing of cash

5         becoming available for the initiatives.
```

**Pg: 139 Ln: 6 - 17**

**Designation:**

```
139: 6   Q.   I have another document that we'll get to in a bit

7             that's a presentation that you made to the FA's in

8             November.

9        A.   Yes.

10       Q.   And what it shows to me is the same amount of

11            restructuring and reinvestment initiatives but just

12            that they have been deferred from July of 2013,

13            thereabouts, to January of 2014.

14       A.   That's generally correct.  Essentially the -- your

15            statement, which is it's still a billion 250, is

16            correct, my only point was the timing did not change

17            just because of the bankruptcy filing.
```

119

## Objectors' Designations From
## December 4, 2013 Deposition of Charles Moore

**Pg: 139 Ln: 24 - Pg: 140 Ln: 13**

**Designation:**

```
139:24   Q.   What I want to confirm is, while the current plan is

    25        to begin the restructuring and reinvestment

140: 1        initiatives, capital R & R, in January of 2014, the

     2        plan with respect to how much to spend and what it

     3        would be spent on remains consistent with what you

     4        thought back in June of 2013.

     5   A.   Yes.

     6   Q.   So for better or for worse I was working off this

     7        document when I was trying to understand the amounts

     8        that would be spent on some of these subcategories,

     9        and you can let me know if this ends up not being

    10        indicative of the current plan.  My expectation is

    11        that it will be relatively consistent given your prior

    12        answer.

    13   A.   Yes.
```

**Pg: 140 Ln: 14**

**Designation:**

```
140:14   Q.   So take a look at page 62 of the June 2014 proposal.
```

**Pg: 141 Ln: 14 - Pg: 142 Ln: 8**

**Designation:**

```
141:14   Q.   So subject to remembering that there may be some

      15        variances, your counsel's pointed out there, take a

      16        look at page 62.  Okay?  If I understand what this is,

      17        this represents the amount of reinvestment initiatives

      18        and restructuring expenses, both of them, over the

      19        five years beginning with fiscal year 2014.  Do you

      20        see that?

      21   A.   Yes.

      22   Q.   And by the way, the years in Detroit end in June --

      23        right? -- the fiscal years?

      24   A.   Correct.  June 30th is the fiscal yearend date.

      25        Fiscal year '14 refers to the fiscal year ending

142: 1        June 30th, 2014.

       2   Q.   Okay.  So this was made, this proposal was made two

       3        weeks before the end of the 2013 fiscal year.

       4   A.   Yes.

       5   Q.   And it was showing people here's the next five years

       6        almost from today in terms of how we're going to spend

       7        money.

       8   A.   Yes.
```

**Pg: 142 Ln: 9 - 15**

**Designation:**

```
142: 9   Q.   Now, if you take a look at this, by my calculation

      10        this anticipates approximately 85 million of public
```

11      safety spending over the ensuing five years.

12  A.  Okay.

13  Q.  Does that seem about right?

14  A.  Looks to me like about $95 million.

15  Q.  It would be perfect for me to be off.  You're right.


**Pg: 142 Ln: 16 - Pg: 143 Ln: 12**


**Designation:**

142:16      So $95 million.  I stand corrected.  $95 million over

17      the ensuing five years.

18  A.  Yes.

19  Q.  And this is across police, fire, and EMS, is that

20      correct?

21  A.  No, that is police.

22  Q.  And fire and EMS are separate.

23  A.  Correct.

24  Q.  And then it has the relative breakdown of the

25      anticipated spend via the facility cost, fleet update,

143: 1      and technology, do you see that?

2  A.  Yes.

3  Q.  Are personnel additions included in any of these

4      numbers or are they incremental to the 95 million?

5  A.  If I recall correctly, the personnel are incremental

6      to these items.

7  Q.  And do you have, do you know how much is anticipated

8      to be spent on increasing the personnel at the Police

122

```
 9          Department?

10    A.    I don't have the number off the top of my head, but

11          generally speaking it's an incremental increase of

12          around 275 heads.
```

**Pg: 143 Ln: 13 - 22**

**Designation:**

```
143:13  Q.   Okay.  And maybe the way I can use Mr. Hamilton's

    14       document best is to say to the extent these numbers

    15       changed in the process of what we've previously talked

    16       about as a deferral in time, if the numbers themselves

    17       also change, you expect it would be contained in that

    18       variance sheet?

    19  A.   The total numbers across the 10-year period have not

    20       changed, so as I confirmed before, the billion 250 is

    21       still a billion 250.  The timing would be reflective

    22       of that schedule, in that schedule.
```

**Pg: 143 Ln: 23 - Pg: 145 Ln: 1**

**Designation:**

```
143:23  Q.   And the specifics, right?  I mean, because what I'm

    24       asking is, do you know if you reallocated amounts from

    25       facilities to fleet, for example?

144: 1  A.   We did not.

     2  Q.   You did not.  Do you know if you reallocated amounts
```

123

```
 3          from police to fire?

 4    A.    Did not.

 5    Q.    So is it fair to say that all of the numbers shifted

 6          back in time to January 2014?

 7    A.    Yes.  There may be, and I'm just saying this, I don't

 8          know for sure, there might be some very minor changes,

 9          but I think everything in terms of total amounts is

10          still the same over the 10-year period and it has only

11          been timing changes.

12    Q.    So just so I understand that document, do you know

13          what we're talking about here?

14    A.    I do.

15    Q.    Were you able to see this?

16    A.    Yeah.

17    Q.    Is the variance that would exist between January '14

18          under the creditor proposal and January '14 under the

19          current plan, that variance would likely be because

20          monies from the last six months of 2013 are now kind

21          of getting layered on top of the previously

22          anticipated spending for the first six months of 2014?

23    A.    That's right.

24    Q.    Okay.  I see.  So the variance really helps you just

25          track the deferral.

145: 1  A.    That's correct.
```

**Pg: 145 Ln: 13 - Pg: 146 Ln: 3**

**Designation:**

```
145:13   Q.   Now, it's been widely reported in the press that the

    14        average response times in the city of Detroit were 58

    15        minutes, have you heard that number?

    16   A.   I have, yes.

    17   Q.   Do you know where that number comes from?

    18   A.   I believe that came from the FBI crime statistics.

    19   Q.   Which -- which is data that the FBI collects from the

    20        City of Detroit?

    21   A.   That's correct.  And we would have actually received

    22        it from the department rather than the FBI directly.

    23   Q.   Is it your recollection that you were given that

    24        number by the Police Department?

    25   A.   Yes.

146: 1   Q.   What is the national average response time?

     2   A.   I don't recall off hand.  I would have to go back and

     3        look at my notes.
```

**Pg: 146 Ln: 4 - 14**

**Designation:**

```
146: 4   Q.   Have you read in the last six months, there was a Wall

     5        Street Journal article on this very subject,

     6        specifically relating to Detroit's emergency response

     7        times and how they compared?

     8   A.   Over the last six months there have been so many

     9        articles, I'm not sure which one specifically you're
```

125

```
10          referring to.

11    Q.    There have been a lot, especially about this case, but

12          I thought this one is one you might remember.  I have

13          it if you would like to take a look at it.

14    A.    Sure.
```

**Pg: 146 Ln: 24 - Pg: 147 Ln: 8**

**Designation:**

```
146:24 Q.   Okay.  For example, let me ask you some specific

     25     questions.  We won't spend too much time on this but I

147: 1      want to use it as a jumping off point to ask you some

      2     questions about the concept of response times.

      3            For example, if you look in the third

      4     paragraph, this Wall Street Journal article is saying,

      5     there's no standard way they say, he's referring to

      6     law enforcement experts and former and current police

      7     chiefs, for cities to measure response times which can

      8     vary according to many factors.
```

**Pg: 147 Ln: 15 - 18**

**Designation:**

```
147:15 Q.   Do you know whether that's true?

    16  A.   I do understand that there are nuances in terms of how

    17      departments may track numbers that may vary from

    18      department to department.
```

126

**Pg: 147 Ln: 19 - Pg: 150 Ln: 5**

**Designation:**

| | | |
|---|---|---|
| 147:19 | Q. | For example, do you know that some other police |
| 20 | | departments don't track time by reference to when the |
| 21 | | 911 call comes in, they track it by reference to when |
| 22 | | the police officer is made aware of the 911 call? |
| 23 | A. | I have been told that. |
| 24 | Q. | And do you know that isn't it true that Detroit has |
| 25 | | decided to shift to that metric? |
| 148: 1 | A. | That is my understanding. |
| 2 | Q. | Do you understand that if you measure it from the time |
| 3 | | that the call comes in, it will be a longer period of |
| 4 | | time that will be your response time if you compare it |
| 5 | | to the clock starting when the officer learns of the |
| 6 | | need for the call? |
| 7 | A. | Naturally if you add an activity it's going to be |
| 8 | | longer, yes. |
| 9 | Q. | At the bottom of this page there's a reference to |
| 10 | | something that you I think maybe had heard before, but |
| 11 | | tell me if you haven't.  Detroit's police chief |
| 12 | | himself, the new police chief was quoted in this |
| 13 | | article talking about how the Detroit police were |
| 14 | | really doing with respect to true emergencies.  Do you |
| 15 | | see that? |
| 16 | A. | Yes. |

127

17    Q.    Do you remember his comments on this subject at that

18          time?

19    A.    I do generally remember he had some comments along

20          these lines, yes.

21    Q.    He said here that he conducted a study that response

22          times last year to true emergencies averaged

23          approximately 15 minutes, do you see that?

24    A.    Yes.

25    Q.    Do you have a basis to disagree with him on that?

149: 1    A.    I do not have a basis.

2    Q.    And do you know how -- do you know how 15 minutes

3          compares to the national average for true emergencies?

4    A.    As you just pointed out, I don't know what the

5          national average would be on an apples to apples

6          basis, specifically how Chief Craig looked at this.

7    Q.    Okay.  So you don't know it because you don't have it

8          in front of you today or is that not something you've

9          looked at before?

10    A.    I don't know exactly what he did to calculate the

11          15-minute response time, and because of that, I'm not

12          aware of us having anything that would have that same

13          analysis for other cities.

14    Q.    Okay.  So when you talked about the 58-minute response

15          time.

16    A.    Yes.

17    Q.    What is your understanding of what that measured?

18    A.    That is how the department measures what they refer to

```
19          as police response time.  From the time that a call

20          comes in until someone responds to the incident, that

21          would be 58 total minutes.

22     Q.   Across all 911 calls.

23     A.   I believe that's the case.

24     Q.   And do you know what the national average is for

25          police response times across all 911 calls received by

150: 1      that police department?

2      A.   Well, the 11 minutes that is cited in here is, that

3           refreshed my memory in terms of the national average,

4           and that's the number that we have from a national

5           basis.
```

**Pg: 150 Ln: 6 - Pg: 151 Ln: 11**

**Designation:**

```
150: 6      Q.   So just when I'm reading this, it says police are

7           arriving at urgent calls much sooner than 11 minutes,

8           I didn't see elsewhere, I saw previously:

9                    "Detroit's emergency manager, Kevyn Orr,

10          and Michigan Governor Rick Snyder have compared the

11          city's response time with a nationwide average of 11

12          minutes but it's not clear where that figure comes

13          from."

14                   Do you see that?

15     A.   Yes.

16     Q.   Do you know where the 11-minute figure comes from?
```

129

17   A.   We would have received the information from the

18        department itself; where the department I believe gets

19        its information is from the FBI crime statistics.

20   Q.   Okay.  So to the best of your knowledge I should be

21        able to -- do you know if these are publicly

22        available?

23   A.   Given that we received this information, and that the

24        department had it, I would guess that it's publicly

25        available.

151: 1   Q.   I think it is as well, but I just want to clarify your

2        testimony, which is you think that I should in theory

3        be able to go to the NCIS website or whatever it is

4        for the FBI and get data reflecting the national

5        average for 911 response times and compare, be able to

6        compare that to Detroit's, is that correct?

7   A.   I'm not sure if you can get it there or not but it

8        seems like because the department has this information

9        that it is publicly available.  I don't know if it's

10        just given to law enforcement officials or if it's

11        given to anyone.

**Pg: 151 Ln: 12 - 19**

**Designation:**

151:12   Q.   Now, has anyone at Conway MacKenzie undertaken an

13        effort to study whether 911 response times across all

14        911 calls is the best way to measure police

```
15          performance?

16    A.    In working with Chief Craig right now, we are in the

17          process of establishing what the performance metrics

18          are going to be that the department will use to track

19          and monitor its progress.
```

**Pg: 151 Ln: 20 - Pg: 152 Ln: 5**

**Designation:**

```
151:20 Q.   Okay.  I take it if they use different performance

   21       metrics from the average response time across all

   22       calls, that may change the starting point as well.

   23  A.   Yeah.  What's important here is that coming up with a

   24       defined measurement is very important, and then using

   25       that same measurement to track progress is the key.

152: 1      Whether you start at one point, which is lower, or

    2       higher, you want to measure your progress.

    3  Q.   And as we sit here today, Chief Craig is in process at

    4       setting that bogie, correct?

    5  A.   Yes.
```

**Pg: 152 Ln: 6 - 10**

**Designation:**

```
152: 6 Q.   Have you been able to size the expense of improving

    7       response times to the national average?

    8  A.   There is not a direct relationship where you can say
```

131

```
 9          if we spend exactly this amount of money, then we will

10          be able to get this specific improvement.
```

**Pg: 152 Ln: 11 - 25**

**Designation:**

```
152:11  Q.  That's fair.  I do think though at some level there's

    12      an is this possible with any amount of money question

    13      that you have to ask before you set the benchmark, is

    14      that fair?

    15  A.  Certainly Chief Craig with his experience, as well as

    16      we've worked with the Bratton Group and Manhattan

    17      Institute, we focus in on what are the key items that

    18      will help improve response rate.

    19              Now, can we, do we know specifically what

    20      is necessary to get to a particular response rate?

    21      No, it's just not a linear relationship like that.

    22              But these items, that certainly these well

    23      respected and very well versed veterans in the law

    24      enforcement industry know what the factors are that

    25      will help improve response time.
```

**Pg: 153 Ln: 1 - 10**

**Designation:**

```
153: 1  Q.  Is Chief Craig one of the most important components in

     2      this analysis?
```

```
 3   A.   Yes, Chief Craig sets the direction for the

 4        department.

 5   Q.   And in fact, so he's the person that you're

 6        principally liaising with in terms of determining

 7        what's a reasonable goal for something like reduction

 8        of response times as well as how to effectuate it and

 9        what it might cost?

10   A.   Yes.
```

**Pg: 153 Ln: 13 - Pg: 154 Ln: 1**

**Designation:**

```
153:13   BY MR. HACKNEY:

    14   Q.   My understanding is that Chief Craig began work late

    15        in June of 2013, is that correct?

    16   A.   That's the approximate time frame, yes.

    17   Q.   He came after the proposal to creditors was done,

    18        correct?

    19   A.   He started to do some work during the month of June

    20        but I believe that it was after that, the publication

    21        of that plan.

    22   Q.   So your work in terms of your recommendations to

    23        Mr. Orr was already sufficiently refined to be

    24        included in the proposal to creditors before the new

    25        police chief started, correct?

154: 1   A.   Yes.
```

133

**Pg: 155 Ln: 6 - 19**

**Designation:**

```
155: 6   Q.   Okay.  Maybe I'll just bracket it until we get to that

     7        later document and maybe I just misunderstood it.  I

     8        thought I saw a line entry on one of the presentations

     9        you'd made that said Chief Craig finishes his

    10        restructuring plan in October of 2013.  Does that ring

    11        a bell?

    12   A.   Yes.  So to clarify that, the chief is going to be the

    13        individual that has ownership for this plan.  The plan

    14        of action as it's called is something that we are

    15        working with the chief on.

    16             So there is not, there are -- there are not

    17        two different plans.  The plan of action incorporates

    18        this as well as policing strategies for the

    19        comprehensive plan of action for the department.
```

**Pg: 155 Ln: 20 - Pg: 156 Ln: 15**

**Designation:**

```
155:20   Q.   I see.  So the ideas that you had for ways to improve

    21        the department are what we'll call the Conway

    22        MacKenzie police restructuring initiatives, and you're

    23        saying he's working with you now to take those and

    24        build them into a larger police restructuring plan

    25        that he hoped to complete in October of 2013 that
```

134

156: 1   included things like a vision for policing and so on

  2   and so forth.

  3 A. Yes.  The work product of the Bratton Group and

  4   Manhattan Institute on policing strategy, which was

  5   delivered I think around the end of September or so,

  6   was a key input.

  7     All of these restructuring and reinvestment

  8   initiatives were key inputs.  Chief Craig also brought

  9   to bear what his view on policing and the vision of

  10   the department should be.  All of that is coming

  11   together into the comprehensive plan of action.

  12     Chief Craig is the owner of that.  So when

  13   we say he is publishing his plan, that's what we're

  14   referring to.  We are integral to the development of

  15   that plan of action with him.

**Pg: 156 Ln: 16 - Pg: 157 Ln: 6**

**Designation:**

156:16 Q. Both the Bratton work product and the chief's work

  17   product, whether it's incremental or new or however

  18   you describe it, are things that were not finalized

  19   until after the City had gone to market to borrow the

  20   DIP funds, is that correct?

  21 A. Well, from the standpoint of there are elements in

  22   that that are still getting tweaked right now;

  23   however, the spending, especially as it relates to

135

13-53846-tjt  Doc 2035-7  Filed 12/11/13  Entered 12/11/13 00:59:01  Page 136 of
257

```
24        labor, information technology, facilities and fleet,

25        that was decided long ago.

157: 1                  When Chief Craig came in, one of the first

    2        things that was reviewed with him were these items,

    3        and Chief Craig got comfortable with those.  What

    4        we're really talking about in terms of additional

    5        items that have occurred since then has to do a lot

    6        with policing strategy.
```

**Pg: 157 Ln: 7 - 19**

**Designation:**

```
157: 7    Q.   Okay.  So the things that you spend money on he signed

    8        up to prior to the time the DIP was sourced, but he's

    9        continuing to work on how police officers do policing.

   10    A.   Correct.

   11    Q.   Now, it's my understanding that the chief, is it

   12        correct that he got done with his what we're calling

   13        his work restructuring plan, which I know incorporates

   14        prior and other people's work, he got done with that

   15        in October of 2013, is that true?

   16    A.   No.  He actually has still not published it

   17        officially.

   18    Q.   Is he still working on it to your knowledge?

   19    A.   When I say "he," we are working on it with him.
```

**Pg: 157 Ln: 25 - Pg: 159 Ln: 13**

**Designation:**

| | | |
|---|---|---|
| 157:25 | Q. | Whoever's working on the police restructuring plan, |
| 158: 1 | | they're still working on it as we speak. |
| 2 | A. | Yes. |
| 3 | Q. | So do you know when he's going to get done with, when |
| 4 | | you all are going to get done with that? |
| 5 | A. | I anticipate, well, it can always change, but it is |
| 6 | | substantially complete and I would guess perhaps in |
| 7 | | the next two weeks that that should be getting |
| 8 | | published. |
| 9 | Q. | So before the end of the year. |
| 10 | A. | Yes. |
| 11 | Q. | All told, fair to say that it took Chief Craig working |
| 12 | | in conjunction with you and others approximately six |
| 13 | | months to come up with a comprehensive restructuring |
| 14 | | plan for the Police Department? |
| 15 | A. | No, I don't think so.  The fact that it hasn't been |
| 16 | | published yet doesn't mean that the majority of the |
| 17 | | work took six months to complete. |
| 18 | Q. | Five months? |
| 19 | A. | No, I would say once the Bratton Group work was done, |
| 20 | | we're talking about a couple-month process to pull |
| 21 | | together the plan of action. |
| 22 | Q. | Two months or -- |
| 23 | A. | Yeah, I would say so. |
| 24 | Q. | So he -- he's been ready with his restructuring plan |

```
    25          in conjunction with you all since late August 2013?
159: 1    A.    No.  The comprehensive plan of action, pulling it all
     2          together didn't begin until, in terms of the document
     3          that I'm referring to, didn't begin until end of
     4          September when Bratton Group published its findings.
     5    Q.    Oh, I see.
     6    A.    And recommendations.
     7    Q.    So it's been since that time?
     8    A.    Yes.
     9    Q.    Since you've been knitting it all together.
    10    A.    Yes.
    11    Q.    And obviously we're just talking about one department
    12          now -- right? -- that's the Police Department.
    13    A.    Right.
```

**Pg: 159 Ln: 14 - Pg: 160 Ln: 9**

**Designation:**

```
159:14    Q.    Isn't it fair to say that Chief Craig has been able to
    15          bring about improvements to the Detroit Police
    16          Department as we sit here today?
    17    A.    Which improvements are you referring to?
    18    Q.    Any of which you are aware.
    19    A.    Well, I know that the City advertised last week that
    20          it had 36 hours without a violent crime, actually to
    21          clarify, it was without a shooting, so if we call that
    22          progress, then yes.
```

138

23   Q.   I guess what I mean is he's out there working to

24       improve the department today, right?

25   A.   Yes.

160: 1   Q.   And he's able to do that today, right?

2   A.   Chief Craig certainly is trying to do everything that

3       he can to improve, yes.

4   Q.   And have you undertaken a study to see where the

5       department is currently compared to where it was back

6       when you were assessing it in the January to June time

7       frame?

8   A.   The department itself tracks information and certainly

9       they report on some of that.  Shootings are down.

**Pg: 160 Ln: 10 - Pg: 164 Ln: 10**

**Designation:**

160:10   Q.   Are you aware of something called the Detroit

11       Performance Dashboard?

12   A.   In what regard?

13   Q.   Let me show it to you.  It's easier.

14              MARKED FOR IDENTIFICATION

15              EXHIBIT 5

16              2:22 p.m.

17   BY MR. HACKNEY:

18   Q.   I'll represent to you that I've printed this as a

19       screen shot off the Internet, and you can see the http

20       down there at the bottom.  I'm going to ask you some

```
21        questions about this, Mr. Moore, but let me just first

22        tell you what it looked like to me when I was looking

23        at it on the Internet.

24              It looked like it was something that the

25        City of Detroit, like the real City of Detroit,

161:  1    maintains about itself.  So it wasn't some blog or

 2        something who just threw up their own idea.

 3   A.   Yes.

 4   Q.   That being said, whether it's accurate or not is a

 5        different question, but I first want to ask you, do

 6        you know what this thing is?

 7   A.   I think I have seen this before but I have not spent

 8        time with it.

 9   Q.   Do you know who maintains this?

10   A.   I do not.

11   Q.   So don't take this the wrong way, but I guess I'm a

12        little flummoxed that you haven't seen the Detroit

13        Performance Dashboard.

14   A.   Well, we work directly with the departments on

15        specific items.  What gets published here in this type

16        of item, that certainly can be out there, and it might

17        be helpful, but the types of items that we work

18        directly with the departments on are at a much more

19        detailed level than this.

20   Q.   Okay.

21   A.   And I, quite frankly, would need to spend time

22        validating all of the sources of information going
```

140

23  into this and that to me would not be a good use of

24  time.

25 Q. Fair enough.  Have you ever seen it before though?

162: 1 A. It generally looks familiar to me, yes.

2 Q. So let me just say, you know, in your affidavit, your

3  declaration, police response time was one of the first

4  examples you gave of something that you hope to

5  improve, do you recall that?

6 A. Yes.

7 Q. And it's also something that's received a fair amount

8  of press here in Detroit?

9 A. Yes.

10 Q. You're aware of that?

11 A. Yes.

12 Q. Isn't it fair to say that the police response time to

13  a call is one of the most important aspects of

14  policing?

15 A. Yes.

16 Q. Now, if you look at this document, this is what, as I

17  understand it, Detroit is saying to people about what

18  it is currently doing, bracketing whether it's

19  accurate or not, and you look down under public safety

20  where you see police response time.

21 A. Yes.

22 Q. I'll tell you that prior means third quarter 2013,

23  there's a little legend up there on the left.

24 A. I see that.

141

    25    Q.   And current means fourth quarter 2013, that's the one
163: 1         we're in currently.

     2    A.   I don't believe that's the case.  I think the City

     3         always refers to fiscal years, so I don't know this

     4         for sure, but I think this may be referring to third

     5         quarter of the fiscal year and fourth quarter of the

     6         fiscal year.

     7    Q.   Well, that's helpful, because it would make sense

     8         because it would explain how they have data on it

     9         given how we haven't completed the fourth quarter of

    10         2013.

    11    A.   Correct.

    12    Q.   Let's work under that understanding, whatever it is,

    13         it shows that police response times in the third

    14         quarter dropped from 42 minutes to 11.67 minutes in

    15         the fourth quarter, do you see that?

    16    A.   I do.

    17    Q.   And that was well below the target that they were

    18         trying to get it to, do you see that?

    19    A.   I do.

    20    Q.   Do you have reason to believe that this is inaccurate?

    21    A.   I can't have an opinion on that because I don't know

    22         the sources of data that go into this.

    23    Q.   Okay.  So fair to say that you don't know whether

    24         police response times in the April/May and June time

    25         period of 2013 were 11.67 minutes or not?

164: 1    A.   I have no idea what would have been considered in that

142

```
 2       calculation.

 3  Q.   And I'm not asking about this calculation.  I'm saying

 4       do you know whether or not they were that timing?

 5  A.   I do not believe that the police response time as we

 6       have been looking at it was 11 minutes in the fourth

 7       quarter of fiscal year 2013.

 8  Q.   Obvious point, to the extent this data, whatever it

 9       represents, is accurate, it shows a material

10       improvement in the response times, correct?
```

**Pg: 164 Ln: 13 - Pg: 165 Ln: 21**

**Designation:**

```
164:13  A.   There are two important items to understand as it

    14       relates to response time, and one of these you get

    15       anecdotally through a lot of conversations.  If people

    16       don't call the police, that will never show up in a

    17       police response time statistic, and certainly, based

    18       on a lot of discussions that I've personally been

    19       involved in, the situation in the city is such that

    20       because response times are so poor, in many cases

    21       where the police don't show up, and by the way, this

    22       is something that the Police Department specifically

    23       has to do because of the resources that it has, it has

    24       to prioritize responses.

    25            So for a break-in as an example, it may be

165: 1       a day or two before someone shows up, so this only
```

143

```
 2        tracks when someone actually calls the police.  You

 3        could actually see a reduction, depending on how you

 4        measure this, you could see a reduction in response

 5        time, yet it's actually worse because people are just

 6        not even calling the police anymore.

 7                It's similar to unemployment statistics.

 8        It -- unemployment can improve but you may have had a

 9        bunch of people drop out of the labor market.

10   BY MR. HACKNEY:

11   Q.   That's a fair point.  I understand there's a lot that

12        goes into this, so for example if you make a big

13        improvement and then maybe people feel that they can

14        call 911 again and volume goes up, maybe then you see

15        some slipping backwards so that the improvement was

16        illusory, I understand that it's complicated.

17                So I appreciate your qualification, but I

18        was just asking that, viewed in isolation, improving

19        response times from 42 minutes to 11 minutes would be

20        a material improvement, correct?

21   A.   It certainly would.
```

**Pg: 165 Ln: 22 - Pg: 168 Ln: 13**

**Designation:**

```
165:22  Q.   Okay.  Now, isn't it also true that Detroit's homicide

   23        rate is down 13 percent from last year?

   24   A.   That's what I understand, yes.
```

144

```
      25   Q.   And while Detroit's homicide rate is surely still too

166: 1         high, and maybe you can say any homicide rate is too

       2       high, but Detroit certainly is, 13 percent is also a

       3       material improvement, wouldn't you agree?

       4   A.   I agree.

       5   Q.   And that was in advance of getting any of the Quality

       6       of Life note proceeds by definition since you haven't

       7       gotten them yet, right?

       8   A.   Correct.

       9   Q.   Isn't it true that violent crime is also down 6

      10       percent from last year?

      11   A.   I'm not aware on that statistic.

      12   Q.   That may be correct, it may not be correct, you just

      13       don't know?

      14   A.   Correct.

      15   Q.   By the way, that Wall Street Journal article that we

      16       were looking at, we can get it out again if you want,

      17       Chief Craig said he and his office conducted a study

      18       of how calls were categorized to get a sense of how

      19       they were doing with the true emergencies.  Have you

      20       reviewed such a study from Chief Craig, have you seen

      21       such a study?

      22   A.   I have not seen such a study.  My guess is that my

      23       colleague that is heading up our efforts on the Police

      24       Department certainly would have.

      25   Q.   I take it that the individuals that were level two

167: 1         individuals that we talked about earlier, some of whom
```

145

```
 2        are managing directors, do you remember that?

 3   A.   Yes.

 4   Q.   Do they have different areas of principal

 5        responsibility where they will focus, they may have

 6        multiple such areas but they do have silos that are

 7        their principal responsibility as they report up to

 8        you?

 9   A.   Yes.

10   Q.   And you're saying now, hey look, I may not have seen

11        this study, but I suspect that the man or woman who

12        reports to me, who is responsible for police

13        restructuring, they very well may have.

14   A.   Yes.

15   Q.   You don't know whether they have or have not though I

16        take it.

17   A.   Correct.

18   Q.   And Conway MacKenzie itself has not conducted such a

19        study, isn't that correct?

20   A.   Not that I'm aware of.

21   Q.   Do you agree that what's most -- do you agree that

22        what's most important with respect to 911 calls is

23        responding as quickly as possible to the most urgent

24        calls?

25   A.   I don't know if I would make that statement or not.

168: 1 Q.   That's not something that you can necessarily agree

 2        with?

 3   A.   Correct.
```

146

```
 4    Q.    Why not?  Why can't you agree?

 5    A.    You had a couple of qualifiers there.  If we're just

 6          talking about do I agree that responding to, the most

 7          important part of responding to 911 calls is to

 8          respond to the highest priority in the quickest

 9          manner, if that's the way you're asking it, then I

10          think the answer is yes.  I don't know if that's

11          necessarily what I heard in your question.

12    Q.    That was what I meant to ask.

13    A.    Okay.  Then the answer to that would be yes.
```

**Pg: 168 Ln: 14 - Pg: 169 Ln: 8**

**Designation:**

```
168:14   Q.    Are you aware of written reports by your firm or

   15          others that analyzed the problems with the City of

   16          Detroit response times, what I mean is a report that

   17          would say our response times are too slow and here's

   18          why, A, B, C, you know, an analytical report?

   19    A.    There are definitely reports out there that talk about

   20          those items.

   21    Q.    And are examples of those the Bratton report?

   22    A.    Yes.

   23    Q.    Are there others?

   24    A.    I think McKinsey, if I recall correctly, that

   25          information is in McKinsey reports.

169: 1   Q.    And I apologize if I asked you this earlier, do you
```

147

2   know whether this stuff is in the data room or not?

3 A. I don't know.

4 Q. Like for example the Bratton report, do you know if

5   it's being treated as work product that the City's

6   holding close or is it being treated as here you go,

7   public, look at it for what it's worth?

8 A. I don't know.

**Pg: 169 Ln: 9 - Pg: 170 Ln: 20**

**Designation:**

169: 9 Q. Fair enough.  Case closure rate is something that you

10   took a look, that you mentioned in your declaration.

11 A. Yes.

12 Q. What is Detroit's case closure rate?

13 A. Off the top of my head I think it was down to the

14   single digit range, maybe 8 to 10 percent.

15 Q. And how does that compare to the national average?

16 A. Substantially worse.

17 Q. What is the national average?

18 A. Off the top of my head I think perhaps it's 60 percent

19   or north of that.

20 Q. Where are you getting these numbers that you're

21   telling me?

22 A. Again, from the department, but tying into the FBI

23   crime statistics.

24 Q. And the quantifiable objective for the Detroit Police

148

```
    25          Department is to elevate its case closure rates to the
170: 1          national average, is that correct?

     2    A.    Yes.

     3    Q.    Have you attempted to size the cost of achieving this

     4          objective?

     5    A.    Again, there's not a linear relationship between if we

     6          do this we know this will be the precise result, but

     7          we do look at what the items that impact case closure

     8          are and address those.

     9    Q.    Fair enough.  Is it fair to say that you don't know

    10          whether the reinvestment initiatives with respect to

    11          policing will be sufficient to bring about the

    12          national averages?

    13    A.    Correct, the reinvestment could actually exceed the

    14          national averages.

    15    Q.    Oh, so you think it will definitely achieve the

    16          national average and it might even become better than?

    17    A.    I didn't say definitely.  There's no guarantees at

    18          all.  We certainly are planning on the results being

    19          very favorable.  They could be more or less favorable

    20          than expected.
```

**Pg: 170 Ln: 21 - Pg: 172 Ln: 18**

**Designation:**

```
170:21    Q.    Can you give me an example of a municipality that has

    22          made as dramatic an improvement in its 911 response
```

149

23    times as the one that you're trying to help Detroit

24    achieve?

25  A.  Well, one that is cited all the time, and certainly is

171: 1    involved with through the Bratton Group is New York

2    City, in the '90s specifically, and Bill Bratton was

3    the police chief there and he is the "Bratton" in the

4    Bratton Group.

5        And so certainly New York, the City of New

6    York, had a substantial improvement in its police

7    operations.

8  Q.  Do you know what the level of improvement was?

9  A.  Not off hand.

10  Q.  And do you know how much they had to spend to achieve

11    it?

12  A.  I don't know off hand.

13  Q.  Do you know if you did know those numbers at some

14    point prior to today and just can't recall them or

15    have you not looked at this specifically?

16  A.  I specifically have not looked at that.

17  Q.  Is it your expectation that someone at Conway

18    MacKenzie has?

19  A.  It's possible.

20  Q.  It's possible.  You don't recall whichever lieutenant

21    heads up police telling you that they had looked at

22    it, is that fair to say?

23  A.  That's correct.

24  Q.  And are you aware of a municipality achieving the

150

# Objectors' Designations From
## December 4, 2013 Deposition of Charles Moore

```
    25        level of case closure rate improvement that's on the
172: 1        order of magnitude as what you hope to achieve in the
     2        city of Detroit?
     3   A.   I don't know if we have looked at that in terms of
     4        understanding, number one, we certainly have not done
     5        a comprehensive view on every municipality in the
     6        country, so I can't say one way or the other whether
     7        there is another municipality that has had such poor
     8        case closure levels and then got to a national average
     9        level.
    10   Q.   And I didn't want you to canvas them all.  I just want
    11        to know if there was even one that had gone from the
    12        single digits up into the 60th percentile.
    13   A.   Not that I can think of off hand.
    14   Q.   And I have this broken down by subset, but does the
    15        Bratton Group report and the McKinsey group report
    16        also address what may be necessary in order to improve
    17        case closure rates?
    18   A.   I think so.  I mean, they focus on the issues.
```

**Pg: 172 Ln: 24 - Pg: 174 Ln: 4**

**Designation:**

```
172:24   Q.   With respect to the Police Department's fleet, what is
    25        the average age of the fleet, do you know?
173: 1   A.   It varies.  You have to look at it by vehicle type.  I
     2        don't recall off hand what the average age is right
```

```
 3          now, but generally speaking three years is a good

 4          target for fleet age.

 5                   Our reinvestment plan gets us to a

 6          four-year replacement.  We have vehicles out there

 7          right now that are nine, ten years old that have

 8          hundreds of thousands of miles on them.

 9    Q.    Where did you get that three-year figure?

10    A.    That would have been something that would have been

11          provided by the department, or perhaps some other

12          information that we used via benchmarking.

13    Q.    Do you know what similarly-sized municipalities' fleet

14          ages are?

15    A.    Well, there are I'm sure many, many municipalities

16          around the country that are similar sized, and I don't

17          know what their fleet size or age is.  Because if you

18          think about when you say a similar-sized municipality,

19          you can look at it based on residential population,

20          you can look at it based on square miles.

21                   Certainly we're not aware of very many

22          cities that have the number of residents that the city

23          of Detroit has as well as the square miles.  Square

24          miles tends to translate to miles driven.

25    Q.    Fair enough.  They're very dispersed over a larger

174: 1      area than the typical city is what you're saying.

 2    A.    Yes.  And there are fewer police officers now,

 3          substantially fewer police officers now, which means

 4          that people tend to have to cover a bigger area.
```

152

**Pg: 174 Ln: 13 - Pg: 176 Ln: 16**

**Designation:**

174:13  Q.  Prior to June 14th, which is the date of the creditor

    14      proposal, what determination had Conway MacKenzie made

    15      about how many new police cars Detroit needed?

    16  A.  A plan was developed along with the General Services

    17      Department which helps manage the fleet for the number

    18      of vehicles that would be replaced by year.

    19  Q.  So a rolling --

    20  A.  Yes.

    21  Q.  -- improvement of the average age of the fleet.

    22  A.  Yes.

    23  Q.  Do you know how many new police cars Conway MacKenzie

    24      recommended that the City buy in fiscal year 2014 to

    25      replace the oldest year?

175: 1  A.  I can't recall the number off hand, but we have that

     2      number, yes.

     3  Q.  Fleet expenditures are part of the anticipated uses of

     4      the Quality of Life note?

     5  A.  Yes.

     6  Q.  And that means buying new police cars, correct?

     7  A.  Buying or leasing.

     8  Q.  And whatever was anticipated to be done back in June

     9      is still what is anticipated to be done today?

    10  A.  Yes.

153

11  Q.   Isn't it true that in August that a hundred new police

12       cars were donated to the City of Detroit by private

13       donors?

14  A.   Yes.

15  Q.   And I know that some of those cars have had to be

16       outfitted with video cameras and so forth?

17  A.   Yes.

18  Q.   But isn't it true some of them are already on the

19       street as we speak?

20  A.   Yes.

21  Q.   And others are anticipated to get on to the street in

22       the next couple months.

23  A.   Yes.

24  Q.   I don't have a ton of experience with police

25       departments, but I will suggest that even a city the

176: 1     size of Detroit that a hundred is a lot of police

2       cars, is that wrong?

3  A.   Yeah, it's -- that would be wrong.  That's about 10

4       percent, actually less than 10 percent of the fleet

5       size.

6  Q.   Do you know how many you had proposed to buy in the

7       first year?

8  A.   I don't recall the first year, no.

9  Q.   Was it more than 10 percent?

10  A.   It very well could have been, yes.

11  Q.   Did you reduce the amount of fleet spending in light

12       of this donation?

154

```
13    A.    No.

14    Q.    Why not?

15    A.    Because we want to get there as soon as possible in

16          terms of improving the fleet.
```

**Pg: 176 Ln: 17 - 25**

**Designation:**

```
176:17    Q.    So this is kind of a good example, if a private donor

18              comes along and says here is, I can't remember the

19              amount, may have been 8 million bucks or something

20              like that, here's a hundred new police cars, your

21              response to that is that's great, but I'm not going to

22              change how much I'm going to spend on reinvestment

23              initiatives because that will just help us get to our

24              goals quicker.

25        A.    Yes.
```

**Pg: 177 Ln: 1 - Pg: 178 Ln: 8**

**Designation:**

```
177: 1    Q.    And can you give me a sense of the average age of the

2              Detroit Police Department's facilities?

3        A.    Average age of the facilities, I can't recall off

4              hand.

5        Q.    Do you think there's work product at Conway MacKenzie

6              that reflects that?
```

155

```
 7  A.   Yes.

 8  Q.   And did Conway MacKenzie undertake a study of that

 9       question?

10  A.   Yes, we spent quite a bit of time actually on the

11       police facilities and worked not only with the

12       department but also the General Services Department

13       that maintains the facilities.

14  Q.   And did you do the same thing for the fire facilities?

15  A.   Yes.

16  Q.   How do Detroit's police and fire facilities compare in

17       age and functionality to comparable municipalities as

18       we use that term earlier?

19  A.   Well, this is, that is very difficult to measure,

20       number one, whether or not you would even have that

21       information publicly available from another

22       municipality, but we're talking about something that

23       is very qualitative in nature.

24            As an example, within the Fire Department,

25       which has been widely stated, we talked about it quite

178: 1   a bit of time, the facilities, some of them are 80

 2       plus years old.  They can't handle the apparatus that

 3       the department has now, or should have.

 4            So you could have a facility that might

 5       actually be in okay condition, but if it can't, and

 6       I'm not saying that the fire facilities are, but if it

 7       can't handle equipment that's necessary, that's a

 8       significant deficiency.
```

156

**Pg: 178 Ln: 9 - Pg: 179 Ln: 3**

**Designation:**

```
178: 9   Q.   Understood.  And my -- I guess my follow-up is, have
     10        you undertaken a study of the extent to which other
     11        municipalities face the same problem, like my home
     12        town, Detroit's famous for its Fire Department, and
     13        I'm sure it's got a lot of old fire departments and
     14        fire stations, have you taken a look at assessing the
     15        extent to which other municipalities have the same
     16        issue?
     17   A.   No.  This is more decisions that are made as to how
     18        facilities need to be maintained.
     19   Q.   This was more just of an objective analysis which is
     20        we need all of our facilities to be able to house all
     21        of modern firefighting equipment.
     22   A.   I wouldn't go that far.  We need our facilities to not
     23        be in disrepair such that there are significant safety
     24        issues.
     25   Q.   Do you know how much is anticipated to be spent on the
179: 1        police and fire facilities?
      2   A.   I don't have that number off hand, but certainly we
      3        have that number.
```

**Pg: 179 Ln: 4 - Pg: 180 Ln: 18**

**Designation:**

179: 4   Q.   Now, with respect to things like patrol cars,

     5        improving facilities, et cetera, isn't it true that

     6        many of these initiatives will require requests for

     7        proposal?

     8   A.   Not necessarily.

     9   Q.   So like if you go buy police cars, do you get a

    10        request for proposal from different police car

    11        vendors?

    12   A.   I'm sure we would do that through an RFP process.

    13   Q.   Let me take a step back and ask more broadly, which is

    14        many of the reinvestment initiatives require

    15        third-party vendors to either sell goods to the City

    16        or to provide services, isn't it true?

    17   A.   Yes.

    18   Q.   Have you begun those RFP processes as we sit here

    19        today?

    20   A.   Yes.

    21   Q.   When did those begin?

    22   A.   There are activities that occur all the time, so we

    23        have been preparing for, as an example, the first

    24        fleet purchase that we are hoping will occur in the

    25        first calendar quarter of 2014, we've been preparing

180: 1        for that at this point.

     2            There are other items where we have held

     3        off, and one of the primary reasons for that is there

     4        are a lot of vendors that don't like dealing with the

158

```
 5        City to begin with.  Add to that the fact that the

 6        City is operating in Chapter 9 and that makes it even

 7        more difficult.

 8               Without the ability to clearly indicate to

 9        someone that money exists for this, we have a hard

10        time getting the type of competitive responses we may

11        otherwise get, and so ensuring that we can put forward

12        a very confident and a sound proposal to people will

13        enhance what we're able to get from that process.

14   Q.   So having an additional $125 million in Quality of

15        Life proceeds will enhance the RFP process because it

16        will make more people willing to engage in that

17        process, correct?

18   A.   Yes.
```

**Pg: 181 Ln: 2 - 18**

**Designation:**

```
181: 2                  Is it fair to say that you were not

 3        involved in the effort to source the DIP?

 4   A.   Correct.

 5   Q.   And neither was Conway MacKenzie.

 6   A.   That's right.

 7   Q.   And is it also fair to say that you weren't involved

 8        in the analysis of which DIP to take?

 9   A.   Correct, I was not.

10   Q.   So by sourcing, I mean the process that starts with
```

159

```
11              going out to the market to find lenders and ends with

12              settling on a specific lender.

13    A.        The only involvement that we had is one of my

14              colleagues participated in some due diligence calls

15              from prospective lenders on the restructuring and

16              reinvestment.  That's the only involvement that we

17              would -- that we had during the DIP process.

18    Q.        Great.  That's very helpful.  Thank you.
```

**Pg: 181 Ln: 19 - Pg: 182 Ln: 17**

**Designation:**

```
181:19                  Have you quantified the benefit of

20              improving the Detroit Police Department's fleet and

21              facilities on the level of services it will provide?

22    A.        Again, not a linear relationship.

23    Q.        It's more, if I can say, it's more general, which is

24              that if they're better, services will be better?

25    A.        This gets into, if we go back to this morning, there

182: 1          is a certain level of capital expenditures that will

2               have to take place.  At the rate the City is, or at

3               the rate the department is going right now, there may

4               not be cars available.  So it's not a question of

5               having a nicer vehicle.  Many of the vehicles are

6               inoperable and there are more becoming inoperable

7               every day.  So what is the cost of not having cars to

8               be able to go out and take police runs?  Very high.
```

160

```
 9   Q.   But the goal of the reinvestment initiatives and the

10        restructuring initiatives is to get the City up to the

11        level of average service provision, right?  We

12        established that earlier, correct?

13   A.   Yes.  On the fleet side we would like to get to a

14        four-year replacement.  That's what we have built into

15        this.  So there is some element of that that just has

16        to be there, but there is an improvement over where we

17        have been.
```

**Pg: 182 Ln: 18 - Pg: 184 Ln: 13**

**Designation:**

```
182:18   Q.   I'll tell you in paragraph 14 of your declaration you

     19        talk about modernizing the Detroit Police Department's

     20        IT.

     21   A.   Yes.

     22   Q.   What is the DPD currently using?

     23   A.   There are a few different systems that are in use.

     24        First of all, there's a system by the name of

     25        C-R-I-S-N-E-T; however, the City does not have a

183: 1        comprehensive information technology system such that

      2        information can even be shared between precincts.

      3   Q.   Is the intention to move to a comprehensive IT system?

      4   A.   Yes.

      5   Q.   How much do you think that will cost?

      6   A.   The amount is somewhere I believe in the neighborhood
```

```
 7        of 20 to $30 million.

 8   Q.   Do you know whether other, let's start with other

 9        comparable municipalities the way we used that term

10        earlier, do you know whether they have comprehensive

11        IT systems?

12   A.   Yes.

13   Q.   And do they?

14   A.   Yes.

15   Q.   What's your basis for that information?

16   A.   We have worked quite a bit with the Michigan State

17        Police Department, as well as counties in this area,

18        and also other municipalities.

19   Q.   In terms of?

20   A.   The systems that are being used.  As you can imagine,

21        there is significant value in being able to share

22        information across municipalities.  Michigan State

23        Police, as well as at the county level, is a

24        coordinator of information shared between departments.

25   Q.   Is there an industry standard type of software that

184: 1        people use?

 2   A.   There are some common systems that a number of the

 3        parties use.

 4   Q.   And is this shovel ready from the standpoint of you

 5        started the RFP process for this?

 6   A.   Yes, there was a selection process that was

 7        undertaken.

 8   Q.   Will this happen whether the Quality of Life proceeds
```

162

```
 9          are received or not?

10    A.    That has not been decided.  If the Quality of Life

11          financing is not there, we would have to assess

12          whether these, whether there could be adequate funds

13          available to implement a system.
```

**Pg: 184 Ln: 14 - Pg: 185 Ln: 15**

**Designation:**

```
184:14    Q.    How many police officers per citizen does Detroit

    15          have, do you know?

    16    A.    Police officers, there are various levels of police

    17          officers.  There are police officers themselves, which

    18          right now there's approximately 1900 police officers,

    19          and that number's going down by day.  Obviously there

    20          are about 684,000 residents, or at least that's the

    21          last estimate as of 2012.

    22                In addition to the 1900 officers, there's

    23          about 400 or so lieutenants and sergeants, so all in

    24          there are about 2500 uniformed officers.

    25    Q.    Did you say 2500?

185: 1    A.    2500.

     2    Q.    I had 1900 plus 400.

     3    A.    Then there are also command officers as well and

     4          leadership.

     5    Q.    Even above the lieutenants and sergeants?

     6    A.    Yes.
```

```
 7   Q.   Taking all of them, how do they compare to other

 8        similarly-sized municipalities?  Let me strike that.

 9             How does it compare to the comparable

10        municipalities we talked about earlier in terms of

11        police personnel per citizen?

12   A.   It's across the board, or it's all over the place in

13        terms of averages.

14   Q.   Sometimes Detroit's better and sometimes it's worse?

15   A.   Yes.
```

**Pg: 185 Ln: 16 - Pg: 191 Ln: 6**

**Designation:**

```
185:16   Q.   And what about with respect to the competitive

     17        municipalities as we defined that term earlier?

     18   A.   It's very difficult to compare the Detroit Police

     19        Department to any surrounding municipality given the

     20        size, the amount of crime that takes place, so it is

     21        not really a relevant comparison.

     22   Q.   Do you have work product, do you know, that puts this

     23        all in one place and says here's how we stack up from

     24        a personnel standpoint on the policing front?

     25   A.   I don't know if it's all in one place.  There

186: 1        certainly are a number of these that exist.

      2   Q.   This analysis has been undertaken?

      3   A.   Yes.

      4   Q.   You just don't know if it does exist?
```

164

```
5    A.    Yeah, I just don't know if it's all in one place.

6    Q.    Okay.  How many new police personnel does the City

7          plan to hire?

8    A.    Approximately 275.

9    Q.    So that's about a 12 percent increase in the size of

10         the force?

11   A.    Yes.

12   Q.    And when will it hire them?

13   A.    As soon as we have adequate financing.

14   Q.    About how much are the new police officers anticipated

15         to cost?

16   A.    Well, what we're actually looking to do is there are a

17         number of uniformed officers that currently perform

18         administrative and clerical duties, so we are planning

19         on hiring civilians, non-uniform personnel, and then

20         moving the uniform personnel into typical police

21         officer-type duties.

22   Q.    This is the so-called civilianization initiative?

23   A.    Yes, that's exactly right.

24   Q.    Do you have to modify the collective bargaining

25         agreement of any of the police unions to achieve this?

187: 1 A.  There's an argument as to whether the collective

2          bargaining agreement is still effective for the DPOA,

3          but the others have expired.

4    Q.    Do you agree that the DPD's command staff is too top

5          heavy?

6    A.    Not anymore.
```

165

```
 7   Q.   So that problem's been remedied?

 8   A.   Yes.

 9   Q.   Do you agree that there may be additional grant

10        funding that could be out there to help the, improve

11        the DPD?

12   A.   I think that there certainly are opportunities in the

13        grant area.

14   Q.   About how much do you see in the way of opportunities

15        in this area?

16   A.   Not sure.  It would be very difficult to have a number

17        right now because right now the department has a very

18        poor grant management function, and so we're trying to

19        remedy that, and then we will have a better sense as

20        to what might be available.

21   Q.   And those grants would be ones that would be able to

22        be used to serve some of the same purposes of the

23        reinvestment initiatives, correct?

24   A.   Perhaps.

25   Q.   With respect to the anticipated spending that was in

188: 1        the creditor proposal for the DFD and for EMS, fire

 2        and EMS, those numbers also came from Conway

 3        MacKenzie's work, is that correct?

 4   A.   Yes.

 5   Q.   Isn't it true that 60 percent, it's estimated by the

 6        Detroit Fire Department that 60 percent of its runs

 7        are for vacant structures?

 8   A.   Yes.
```

166

```
 9   Q.   And isn't it also true that as part of the blight

10        remediation effort the City hopes to dramatically

11        reduce the number of vacant structures?

12   A.   Yes.

13   Q.   And that's good because it will allow firefighters to

14        perform other tasks, correct?

15   A.   Yes.

16   Q.   And it will reduce wear on the fleet and equipment?

17   A.   Yes.

18   Q.   It will reduce redundancy of operations, correct?

19   A.   Yes.

20   Q.   And have you calculated the interplay between blight

21        remediation and what the needs of the Fire Department

22        are?

23   A.   Could you clarify that question?

24   Q.   Yeah.  So when you were undertaking your work back in

25        January to June of 2013 and you were assessing the

189: 1    stages you went through in terms of identifying goals

 2        and what it takes to implement them, do you remember

 3        that?

 4   A.   Yes.

 5   Q.   At that time there were in fact whatever the number

 6        is, 78,000 structures, or I don't know what the

 7        numbers are, there was a bunch of different ones.

 8   A.   Yes.

 9   Q.   They were what they were?

10   A.   Yes.
```

167

11  Q.  Now, it is anticipated under your proposal that a lot

12      of these structures will be knocked down over the next

13      one, two, three years, correct?

14  A.  Yes.

15  Q.  If 60 percent of your runs are being driven by

16      structures that will no longer be there, would you

17      agree that that's a very material component of

18      assessing what the needs of the department will be

19      over the next three years?

20  A.  To a certain extent.

21  Q.  Did you knit those two things up for your analysis?

22  A.  We have said numerous times that there is not a direct

23      relationship between blight and dollars that are spent

24      in other areas; so while the existence of blight

25      certainly can impact a department and what it gets

190: 1      worked on, what we have been very careful not to do is

2      to suggest that by eradicating blight, 60 percent of

3      the department can go away.  That does not, that can't

4      happen.

5  Q.  But that's -- I understand that, but what about the

6      idea that eradicating the blight might by itself

7      provide such a dramatic opportunity for enhancement in

8      Fire Department service provisions that it doesn't

9      independently require a significant outlay of money?

10  A.  How would blight do that?

11  Q.  By reducing the number of runs by 60 percent, because

12      that just seems like a massive, I mean, I feel like if

168

```
13        you walked in and told the police chief you're going

14        to have 60 percent fewer runs this year, he might say

15        okay, now I can do all the things that I have wanted

16        to do, he might, yeah, have some facilities that are

17        out of date.

18              I understand it wouldn't be perfect, but

19        the blight remediation alone seems extremely material.

20        My questions are aimed at understanding how did you

21        knit in the beneficial impacts of blight on your fire

22        restructuring initiatives and reinvestment

23        initiatives?

24   A.   Well, the elimination of blight is not going to cause

25        more revenue to come into the Fire Department.  If you

191: 1    are arguing that the expenses of the department get

2         cut substantially, and as a result those savings can

3         go to these items, we don't believe that that is the

4         case, that you can cut the expenses of the department,

5         which in the Fire Department over 90 percent of all

6         the costs are labor related.
```

**Pg: 191 Ln: 7 - Pg: 193 Ln: 23**

**Designation:**

```
191: 7    Q.   Do you anticipate hiring additional firefighters?

8         A.   In the short term, yes.

9         Q.   In the short term.

10        A.   Yes.
```

169

11   Q.   But you're not just hiring them for the short term,

12       right?  You're hiring them on as new FTE?

13   A.   Well, there's a level of attrition that exists, and so

14       that attrition has been going on for quite some time

15       without replacement firefighters.  Firefighters have

16       to come in to get to a certain level of staffing

17       that's required.

18           As time goes on and attrition continues to

19       occur in the ordinary course, then there's a question

20       as to whether the department will have to hire at the

21       level of attrition or if it will be able to scale back

22       a bit.

23   Q.   How many firefighters are expected to be hired in the

24       short term?

25   A.   The number is a hundred, a little over a hundred.

192: 1   Q.   And that's compared to how many that it already has?

2   A.   Right now, and just to clarify, the Fire Department

3       includes the EMS division.

4   Q.   Okay.

5   A.   When you talk about the total Fire Department, there

6       are approximately a thousand employees.  Just on the

7       firefighting side I think it's 8 to 900, around 800 or

8       so right now.

9   Q.   So this is, if -- did you say a hundred new ones?

10   A.   Yes.

11   Q.   So it's about 11 percent?

12   A.   Yes.

170

13  Q.   Firefighters to firefighters?

14  A.   Yeah.

15  Q.   Isn't it true that the City engaged a fire efficiency

16       expert on October 28, 2013?

17  A.   Yes.

18  Q.   And prior to that time it had not engaged one,

19       correct?

20  A.   Correct.

21  Q.   And who is that?

22  A.   The name of the organization is TriData.

23  Q.   Are they a consultancy that like the Manhattan

24       Institute helps you improve your fire department just

25       as the Manhattan Institute helps you improve your

193: 1   police department?

2  A.   Yes.

3  Q.   Now, TriData, TriData's final work product will not be

4       produced until March 2014, isn't that correct?

5  A.   Yes.

6  Q.   How much do, is it anticipated that they will cost, do

7       you know?

8  A.   I don't have the number off hand.

9  Q.   Why did the City wait over three months after filing

10       bankruptcy to hire a fire efficiency expert?

11  A.   I don't know what the reasons for the delay were.  We

12       undertook an RFP process and recommendations were made

13       as to the vendor that should be selected and there was

14       some period of time prior to them actually getting

171

```
15        engaged.

16    Q.  You had one on the police front from the prior the

17        cases being filed, correct?

18    A.  Yes.

19    Q.  And you knew you were going to need a fire efficiency

20        expert at the time you filed the bankruptcy cases,

21        isn't that a fair statement?

22    A.  Yes, I believe we had the RFP outstanding at that

23        time.
```

**Pg: 194 Ln: 13 - Pg: 196 Ln: 1**

**Designation:**

```
194:13    Q.  For example, you talk in your declaration about things

14        like there being too few reserve vehicles in the Fire

15        Department?

16    A.  Yes.

17    Q.  Or is it none, at times there are no reserve vehicles?

18    A.  Correct.

19    Q.  What's the average reserve vehicle that a municipal

20        fire department will have?

21    A.  Well, it all depends on the response times.  The

22        national studies look at where the vehicles and the

23        equipment are and they look out in four and

24        eight-minute increments.  So it's all a matter of how

25        many operable vehicles you have to service a

195: 1        four-minute area or an eight-minute area, and right
```

172

```
 2            now the Detroit Fire Department has significant issues

 3            in terms of the number of vehicles that it typically

 4            has and the number of battalions, if you will, that

 5            are open on any given day.

 6    Q.      Do you remember earlier that we were talking about the

 7            anticipated amount of police investments over the next

 8            five years that was disclosed in the proposal to

 9            creditors?

10    A.      Yes.

11    Q.      And I asked you whether personnel was baked into those

12            numbers?

13    A.      Yes.

14    Q.      And you said no?

15    A.      Correct.

16    Q.      In the pages that follow, just to streamline this,

17            there are also numbers that are disclosed for the Fire

18            Department?

19    A.      Yes.

20    Q.      Are the personnel hires included in those numbers?

21    A.      I don't believe that they are, because without opening

22            the book, those were mainly focused on our three areas

23            of capital expenditures, fleet, facilities and IT.

24    Q.      Are you going to hire the new police officers whether

25            you get the Quality of Life note or not?

196: 1 A.     We don't know.
```

**Pg: 196 Ln: 6 - 7**

**Designation:**

```
196: 6   Q.   Same question for the firefighters.

     7   A.   I don't know.
```

**Pg: 196 Ln: 8 - 23**

**Designation:**

```
196: 8   Q.   Now, as of the June 2014 proposal to creditors, about

     9        how many different, how many additional ambulances did

    10        you think that the City needed to purchase?

    11   A.   I can't recall the number of ambulances specifically.

    12        That certainly is in the schedules though.

    13   Q.   And isn't it also true that in August of 2013 that 23

    14        ambulances were donated to the City by private donors?

    15   A.   Yes.

    16   Q.   And those are all actually in action now, isn't that

    17        correct?

    18   A.   I believe so.

    19   Q.   Did you treat that in the same way you treated the

    20        incremental police cars, which is great to have but

    21        doesn't reduce our need for Quality of Life proceeds

    22        anyway because it will just help us get there faster?

    23   A.   Yes.
```

**Pg: 196 Ln: 24 - Pg: 198 Ln: 16**

**Designation:**

196:24  Q.   What are the problems with the Fire Department and EMS

    25        information technology?

197: 1  A.   Similar to the Police Department where the information

     2        that exists, right now when the department responds to

     3        a call, it doesn't necessarily know what it's getting

     4        into.

     5              So it doesn't know information on the

     6        structure, it doesn't know if it has visited the

     7        address already multiple times.  Having that

     8        information available to the firefighters on exactly

     9        where to go, even taking a step back, where it has to

    10        go in terms of the fact that there's a call.

    11             Right now in the Fire Department, in the

    12        various departments right now, the various facilities,

    13        they use mechanisms like having a pop can in front of

    14        the fax machine so that when a fax comes in for a call

    15        that they have to go on, it knocks the can over to

    16        alert people that there's something that needs to

    17        occur.

    18             So there's no technology right now to

    19        actually make the department aware that a call is

    20        coming in, to provide all the necessary information

    21        that they need to go on that call, and these are the

    22        types of deficiencies that exist.

    23  Q.   So I don't mean to be flip, but are you saying that

    24        the Fire Department gets fire alarms via fax

175

```
    25          currently?

198: 1    A.    Yes.

     2    Q.    For all of them?

     3    A.    Not all of them.  Some departments are, some

     4          facilities are even worse.

     5    Q.    So you mean there's some central, is there some

     6          central dispatch that gets the 911 calls for both

     7          police and fire?

     8    A.    Yes.

     9    Q.    And when they route it to the Fire Department, are you

    10          saying best case scenario they send a fax, worst case

    11          scenario they do something more informal like pick up

    12          the phone?

    13    A.    I don't know if I would call the best case scenario

    14          the fax, but these are the types of things,

    15          contraptions that have been rigged in order to alert

    16          people that they have a run to go on.
```

**Pg: 198 Ln: 20 - Pg: 203 Ln: 7**

**Designation:**

```
198:20    Q.    What are the problems with the City's technology

    21          infrastructure?  I know it's antiquated with little

    22          integration, but I was hoping you could explain with

    23          more detail what's the problem and how do you expect

    24          to fix it.

    25    A.    Okay.  First, the City has no set standards that it
```

176

199: 1    follows, or that it has followed with regards to

2    information technology.  As a result, a number of

3    applications have been implemented over the years that

4    don't talk to one another at all, and because of that

5    lack of integration, in many instances there are

6    actually duplicate systems running within the same

7    department, where both may be very highly manually

8    oriented, people are having to manually enter the same

9    information into two or sometimes even three different

10    systems.

11    The information itself doesn't, is not

12    shared, so there are so many things that the City may

13    do with a particular business, as an example, between

14    licensing or permitting or inspecting, and there's

15    very little interaction among the services that get

16    performed for the same physical location.

17    Then, as you take it even a step further,

18    when you talk about sources of revenue, property taxes

19    as an example, the tying together of tax, property tax

20    information and collection information with these

21    other services that are going on, so the lack of

22    integration and the lack of the ability to consolidate

23    this information makes things very difficult to be

24    efficient and to maximize what sort of revenue can be

25    realized.

200: 1  Q.  I take it the solution is to have a common ERP system?

2  A.  Common ERP system is certainly one element.  The

177

3      current ERP system that the City uses is an

4      Oracle-based system called Dreams (DRMS).  It was

5      implemented approximately 15 years ago, never

6      implemented, never fully implemented.  It's way past

7      when it has any support.

8            Replacing that system is a very important

9      element.  You can still have other systems for

10     department-specific needs, but it's ensuring that

11     there's integration among the data that is very

12     important.

13  Q.   What is the ERP system that you recommend the City

14     moves to?

15  A.   There are three different paths that have been

16     evaluated.  A decision has not been made.  The three

17     paths are to re-implement the Oracle system to bring

18     it to a current version, because the system -- City

19     customized the existing system so much, it's

20     essentially a new implementation of Oracle, so that's

21     path one.

22            Path two is to undertake a selection for a

23     new ERP system, and path three is to move to what is

24     being developed by the Michigan Municipal Services

25     Authority, I think it is, the MMSA, where they are

201: 1   trying to implement a system that can be hosted and

2     used by many municipalities.

3  Q.   What are the three different costs of each of those

4     options, do you know?

178

 5    A.    Yes.  Plante Moran is an outside firm that has, this

 6          is one of the areas that Plante Moran has been

 7          involved in, and they've evaluated the potential cost

 8          with those three alternatives.  I don't have the

 9          numbers off hand.

10                The number that we've included I think for

11          the ERP system in our restructuring and reinvestment

12          was in the neighborhood of 25 to $30 million.

13    Q.    I misunderstood Plante Moran from the materials.  Are

14          they providing services as an IT consultant?

15    A.    That is one of the services that they are providing.

16          They're an accounting firm, however, they have

17          consulting services and the two biggest areas where

18          they are involved is with the assessor's office

19          related to property taxes and they also have been

20          involved on the IT side.  They perform other services

21          in the finance area as well including the accounting.

22    Q.    So this is something I know a little bit about, enough

23          to be dangerous anyway, not from firsthand by my

24          father-in-law was the CIO of Honeywell; so one of the

25          things I know about ERP systems is changing over from

202: 1          one system to another is a very complicated thing for

 2          an enterprise to do.  Do you agree with that

 3          statement?

 4    A.    It can be.

 5    Q.    And it's also something that is very difficult to do

 6          because while you're making the transition, you need

179

7       to try to keep providing services as you go.

8   A.   Yes.

9   Q.   When did Plante Moran begin assessing the problem of

10       what ERP system the City should use?

11  A.   I don't know specifically when it began its work, but

12       the requirements definition work, which is what I was

13       referring to and that was done to determine what the

14       potential paths were -- were going on during this time

15       period of what we've been talking about, January

16       through June.

17  Q.   You think they were working during that time period.

18  A.   Yes.

19  Q.   You just can't remember what they started.

20  A.   Correct.

21  Q.   Have they come, had they reached a final conclusion

22       prior to June 14th about the three different paths?

23  A.   I believe that they published their final report after

24       June 14th; however, we certainly were having

25       conversations with them prior to that time about what

203: 1       the potential number could be.

2   Q.   Okay.  So you were getting informal feedback from them

3        even if it preceded their final report?

4   A.   Yes.

5   Q.   And you used that informal feedback to size the amount

6        that would be spent on City ITS?

7   A.   Yes.

180

**Pg: 203 Ln: 8 - Pg: 205 Ln: 4**

**Designation:**

203: 8   Q.   Let's talk about blight if we could.

     9   A.   Okay.

    10   Q.   Who is charged with developing the blight remediation

    11       plan for the City of Detroit?

    12   A.   Currently that's Roy Roberts.

    13   Q.   Has he done that?

    14   A.   He is in the process of doing that.

    15   Q.   When will he be done?

    16   A.   He has indicated that he plans to have some

    17       recommendations in January.

    18   Q.   It's my understanding that I think over the, I think

    19       it was the five years starting with fiscal year 2014,

    20       the proposal to creditors assumed $400 million of

    21       blight remediation, does that sound accurate to you?

    22   A.   It's actually $500 million over six years.

    23   Q.   I think it was 500 over six and 400 over five.

    24   A.   That's correct.

    25   Q.   How was the size of that spending determined?

204: 1   A.   It was based on, first of all, identifying that this

     2       would be limited to residential blight elimination.

     3       Secondly, going off the statistics that the City had

     4       in terms of the typical cost to demolish a lot, the

     5       number of lots and structures that were anticipated to

     6       be demolished, and then also where savings could be

7        realized from perhaps taking some different approaches

8        than had been undertaken in the past.

9   Q.   So I don't mean, this is not meant to be flip at all

10       but let me see if I can understand.  Was it as simple

11       as taking that I think $8500 a structure number that's

12       in the proposal to creditors and multiplying that by

13       the number of anticipated vacant residential

14       structures?

15  A.   The -- yeah, we actually came up with a lower number.

16       It was sort of a range, but yes, that was figuring out

17       what we could potentially reduce the per structure

18       amount to, also incorporating non-structural blight

19       removal, and then the number of units that were

20       potentially going to have to be addressed to come up

21       with that total estimate.

22  Q.   So it was very aggregate in the sense that you were

23       descending from the assumption that you would

24       remediate all of the residential vacant structures

25       over the ensuing six years, correct?

205: 1  A.   Correct.

2   Q.   And that's how you sized the amount to spend doing

3        that.

4   A.   Yes.


**Pg: 205 Ln: 5 - 8**


**Designation:**

205: 5    Q.   Now, Mr. Roberts is coming along and figuring out how

     6        to specifically deploy those amounts during that

     7        six-year period, correct?

     8    A.   Yes, or whatever period he determines.


**Pg: 205 Ln: 9 - Pg: 206 Ln: 5**


**Designation:**

205: 9    Q.   You agree that an uncoordinated effort to remove

    10        blight will result in inefficient application of

    11        scarce resources?

    12    A.   That is one potential risk.

    13    Q.   What entities need to coordinate in order to avoid

    14        this outcome?

    15    A.   There are various agencies within the City, first of

    16        all, that are, that need to be coordinated, such as

    17        the Planning Department, Building Safety and

    18        Engineering, outside parties such as utility

    19        companies.  There is the legal system, in order to

    20        ensure that the appropriate title exists, in order to

    21        perform these activities and the right steps have been

    22        undertaken, and then depending on what types of

    23        dollars we're talking about, perhaps other

    24        governmental agencies as well, including the State.

    25    Q.   How much of the, if the Quality of Life note is

206: 1        approximately 120 million, which is I know an

     2        assumption, about how much of that will go to blight

```
    3        remediation?

    4   A.   I think in fiscal year '14 that number's around $35

    5        million that we have.
```

**Pg: 206 Ln: 6 - Pg: 210 Ln: 25**


**Designation:**

```
206: 6   Q.   And is Detroit shovel ready to deploy $35 million of

     7        blight removal monies from the Quality of Life note

     8        proceeds in the next six months?

     9   A.   Demolition activities have been occurring, and

    10        continue to occur right now.  The City receives money

    11        through grant sources that it uses for demolition.

    12             In addition, you're probably aware of the

    13        Hardest Hit funds that were awarded to the City that

    14        are being deployed right now.

    15   Q.   That is actually a good anticipation of the next

    16        question, which is, the City's currently engaged in

    17        substantial blight remediation efforts as we speak,

    18        isn't that correct?

    19   A.   Depends on how you define substantial.

    20   Q.   It has knocked down thousands of structures over the

    21        last year.

    22   A.   I think, I don't have the exact number, but it would

    23        be probably north of a thousand.

    24   Q.   Now, with respect to the Hardest Hit fund, the MSHDA?

    25   A.   Yes.
```

184

207: 1   Q.   Is now allocating $52 million from that fund for

2         blight elimination on four to 6,000 structures, is

3         that correct?

4   A.   Yes.

5   Q.   And that money is ready for deployment today, correct?

6   A.   Correct.

7   Q.   About how long will it take to deploy that money into

8         the hands of the contractors that remediate the

9         structures?

10   A.   Based on the process that has to be followed under

11        MSHDA, we're anticipating about 18 months.

12   Q.   So I guess what's your ability to burn blight

13        remediation cash starting January 1, 2014, if I walked

14        up to you and said, Mr. Moore, here's a hundred

15        million bucks, I want you to get started right now

16        knocking down residential structures, about how

17        quickly could you get that money out the door to the

18        contractors and all the other people that go into

19        knocking them down?

20   A.   I think the answer is pretty quickly.  What we would

21        want to make sure that we do is deploy the dollars in

22        the best way possible, and so that means not only

23        deciding specifically where we are going to deploy,

24        but also how we will deploy those dollars.

25   Q.   And how long do you think that takes?

208: 1   A.   That is the process that there is a blight task force

2         and they are undertaking all of their activities right

185

```
 3          now and they're planning on publishing something,

 4          their recommendations, in the month of December.

 5                    Mr. Roberts will be using that as an input

 6          in terms of his recommendations that he will make to

 7          Kevyn Orr in January.

 8     Q.   And as we talked about earlier, once you get the

 9          blight remediation plan you still need to coordinate

10          with all the different departments that go into

11          remediating blight?

12     A.   Yes, and this is what's going on now, specific

13          recommendations of how those steps will be carried

14          out.

15     Q.   But you understand the idea that like not everyone in

16          the world remediates blight for a living in terms of

17          there being contractors to whom you can give the money

18          to go knock buildings down?

19     A.   We certainly know of the contractors that are

20          available for this, yes.

21     Q.   And are they not operating at capacity as we speak or

22          are they capable of scaling up?

23     A.   They're capable of scaling up.

24     Q.   Have you made a study of the extent to which, I'm

25          talking cash flow out the door directed at blight

209: 1     remediation, have you made a study at what's the

 2          maximum burn rate you can ramp up to starting in

 3          January?

 4     A.   That was the basis for doing it over six years.  We
```

186

5      felt that the capacity constraints were such that

6      deploying approximately 100 million per year was where

7      we would be.

8              Since that time, however, and this will be

9      confirmed by the blight task force when they complete

10     their work, we believe that there are ways to deploy

11     that money even quicker to remove some of those

12     constraints.

13  Q.  And if I have it right, the view of Conway MacKenzie

14     when it made its restructuring and reinvestment

15     initiative recommendation was that 600 million, $500

16     million over six years was an appropriate spend for

17     the City of Detroit on its blight problem.

18  A.  Yes.

19  Q.  And that was $50 million each of the first two years

20     followed by four consecutive years at $100 million,

21     correct?

22  A.  Yes.

23  Q.  Now, since the time you made that report though, the

24     Hardest Hit fund funds have come in from the MSHDA, is

25     that correct?

210: 1  A.  Yes.

2  Q.  And in addition, since the time you made that

3     recommendation, there are HUD grants in the amount of

4     approximately $12 million that have been repurposed to

5     allow for blight remediation, isn't that correct?

6  A.  This is a primary source of funding for the demolition

187

```
 7          efforts that have gone on in the past; so there are

 8          consistently grant dollars that are made available for

 9          demolition.

10    Q.    I had been under the impression that it was a recent

11          development that certain HUD funds totaling $12

12          million had only recently been capable of being

13          repurposed to blight remediation of the time we're

14          talking about here.

15    A.    I would have to go back and check my notes, but if

16          you're referring to the recent federal announcement of

17          300 million or so, some of that is, in fact a good

18          amount of that is money that already existed and had

19          been available to the City.

20    Q.    Available but not spent, right?

21    A.    Correct.

22    Q.    So to the extent I'm right, 12 plus 52 is 64 million

23          that Detroit has today to spend on blight remediation,

24          correct?

25    A.    Yes.
```

**Pg: 211 Ln: 1 - 16**

**Designation:**

```
211: 1    Q.    And is your attitude with respect to that grant

    2          similar to the attitude we talked about with the new

    3          police cars, which is, to the extent there's

    4          additional blight remediation money, we'll put it with
```

```
 5          the blight remediation money we plan to spend anyway

 6          and just go that much faster?

 7     A.   It is not an apples to apples comparison necessarily.

 8          A dollar provided through MSHDA for blight elimination

 9          is not as efficient of a dollar that we have developed

10          in our plan.

11               So we only get about 50 cents in terms of

12          bang for the buck.  Roughly speaking, that $52 million

13          that we could get for blight through MSHDA and the

14          Hardest Hit funds would be equivalent to about $26

15          million from the approach that we've taken here on

16          blight removal.
```

**Pg: 211 Ln: 17 - Pg: 212 Ln: 1**

**Designation:**

```
211:17  Q.   I saw somewhere that MSHDA had like hired demo costs.

   18   A.   Yes.

   19   Q.   Like are their demo costs 10,000 and you think you

   20        could do I thought it was 8500?

   21   A.   Yes, and we think we can even do that cheaper.  There

   22        are other elements to the MSHDA costs.  MSHDA also,

   23        the amount involves ongoing maintenance as well.

   24   Q.   I see.

   25   A.   So the total amount per lot is far greater than what

212: 1       we were looking at per lot.
```

189

**Designation:**

212: 2   Q.   So you're saying think of a MSHDA dollar as 50 cents

3         if I want to make a comparison to the way you can

4         deploy blight remediation capital directly from the

5         City.

6    A.   Yes.

7    Q.   Isn't it true that the City has undertaken certain

8         reinvestment initiatives in itself since it's filed

9         for bankruptcy separate and apart from the capital R,

10       capital I, reinvestment initiatives?

11   A.   Well, the items, I'm not sure which items you're

12       referring to.

13   Q.   I was just trying to establish the concept generally

14       that the City's not just standing still with respect

15       to reinvestment and restructuring as we sit here today

16       waiting for the Quality of Life note to be approved.

17   A.   There are some activities that are underway, but a

18       substantial amount of activities are really sitting on

19       hold pending the Quality of Life financing.

20   Q.   That may be true but I do want to talk about the ones

21       that are already underway independent of the Quality

22       of Life financing.

23           Can you describe the amount of dollars that

24       the City will invest in reinvestment initiatives prior

25       to obtaining the Quality of Life note?

190

213: 1   A.   I think that right now looking at the types of things

2   that we have in here, we have maybe $20 million over

3   the first six months of fiscal year '14. I think

4   maybe 18 million actually. So on average about $3

5   million per month that the City will deploy.

6   Q.   No matter what.

7   A.   Yes.

8   Q.   Okay. And it's also undertaken substantial

9   restructuring initiatives, correct?

10   A.   It all depends on how you define substantial.

11   Q.   Fair enough. It has undertaken restructuring

12   initiatives to date in advance of the Quality of Life

13   note being approved, correct?

14   A.   Well, a big part of the restructuring is actually

15   hiring people, and we're looking at bringing in 500

16   people, plus we have to make up for some attrition

17   that has happened.

18   We have received approval to hire 75 or so,

19   so the activities that are pending the financing are

20   substantial. It's a much smaller portion that

21   actually has been approved and is going on.

22   Q.   And have you undertaken a study of what reinvestment

23   efforts the City could undertake in the next two

24   quarters without the Quality of Life proceeds?

25   A.   We know that if the City undertakes the planned

214: 1   restructuring and reinvestment activities that are in

2   the forecast, and there is no Quality of Life loan

```
3          proceeds, it is projected that the City will run out

4          of cash by May of 2014.
```

**Pg: 214 Ln: 5 - 11**

**Designation:**

```
214: 5   Q.   I see.  So if they use your schedule for -- if they do

6               20 million bucks a month for the first six months of

7               2014, they will be out of cash by the middle of 2014.

8        A.   Yes.  And you're referring to calendar year in both of

9               those statements.

10       Q.   I was.  Thank you.

11       A.   Yes.
```

**Pg: 214 Ln: 12 - 19**

**Designation:**

```
214:12   Q.   Now, if the -- there's about $120 million that is six

13              times 20 during the first half of calendar year 2014,

14              correct?

15       A.   Yes.

16       Q.   If the City wanted to maintain a $50 million buffer

17              that was the threshold that you had identified

18              earlier, do you remember that?

19       A.   Yes.
```

**Pg: 215 Ln: 2 - Pg: 217 Ln: 13**

192

**Designation:**

215: 2   Q.   So let's go back to what you said earlier.  You said

    3        there's no QOL proceeds?

    4   A.   Yes.

    5   Q.   But we still do the QOL reinvestment initiative?

    6   A.   Yes.

    7   Q.   As if we had gotten the proceeds?

    8   A.   Yes.

    9   Q.   If we do that, which roughly anticipated $20 million a

   10       month over six months, that's the kick start, right?

   11   A.   Yes.

   12   Q.   The City will have no cash at the end of that six

   13       months.

   14   A.   Correct.

   15   Q.   I'm going backwards and saying, okay, if I decide that

   16       Mr. Moore's a smart guy who is right to say the City

   17       should have at least 50 million bucks at any time, and

   18       I say 50 million is out of cash, by negative extension

   19       can't I do 70 million of reinvestment initiatives and

   20       still have that 50 million at the end?

   21   A.   When I said that the City will be out of cash, I mean

   22       literally negative balance, not hitting a $50 million

   23       threshold.  The City would be out of cash by May of

   24       2014.

   25   Q.   Right, that means it would have zero cash.

216: 1   A.   Yes.

2   Q.   Because it would have spent 120 million out of its own

3       money rather than borrowing it.

4   A.   Yes.

5   Q.   Now, let's pretend that we don't do that and we say

6       that we'll stop when we get down to 50 million at the

7       end.

8   A.   Okay.

9   Q.   Can't we spend 70?

10   A.   Well, first of all, I referenced that the City would

11       be out of cash by May.

12   Q.   Okay.

13   A.   Of 2014. And so we are talking about four months

14       prior to that, that's $80 million. If we want to use

15       a $50 million threshold, then we're talking about 30

16       million.

17   Q.   Okay. Understood. So it could do 30 million of

18       reinvestment initiatives.

19   A.   Potentially. I would want to look at that because

20       that negative balance actually grows into June; so

21       just because we would, and by the way, it's negative

22       something, and we were, in our exercise that we were

23       just going through, we were treating it as zero, but

24       it's a negative number in May, and then it becomes

25       even more negative in June.

217: 1   Q.   Is this something that you have looked at as you sit

2       here today or have you not?

3   A.   Those cash balances as to what they would be? Yes.

```
 4    Q.    I mean, do you have a plan B for if the Court says,

 5          no, I do think that we should wait, I understand that

 6          the problems are pressing, but we'll get to them in

 7          our own way, we'll do it in a different way than you

 8          all want to do, do you have a plan B for that?

 9    A.    As I say in my declaration, all we know is that we'll

10          have to substantially cut back the restructuring and

11          reinvestment and we will have to determine what if any

12          cash will be available for restructuring and

13          reinvestment.
```

**Pg: 217 Ln: 14 - 22**

**Designation:**

```
217:14  Q.    Have you made a study of which of the reinvestment

   15          initiatives will save lives and which will merely

   16          improve the provision of services within the city, so

   17          I'm comparing for example a new police car as

   18          something that might save a life, whereas a better ERP

   19          system would improve the services in the city but only

   20          at the most attenuated levels do we think of ERP

   21          systems as saving lives, do you understand the

   22          distinction?
```

**Pg: 218 Ln: 1 - 21**

**Designation:**

195

```
218: 1   A.   I do understand.  I don't like to get into trying to

      2        get my arms around all of the indirect relationships

      3        that could exist.  I'm not saying that it's easy to

      4        form a relationship between an ERP system

      5        implementation and saving lives, but what we are

      6        talking about is a municipality that is there to

      7        service residents, and if that municipality is not

      8        able to service its residents for whatever reason, if

      9        it can't process revenue that it receives or even send

     10        out bills in the right way, does that mean then that

     11        the City does not have resources to put towards law

     12        enforcement?

     13             And without those law enforcement

     14        resources, does that result in a fatality?  There are

     15        a number of indirect relationships that could exist,

     16        so I really hesitate to say this doesn't have an

     17        impact on people's lives.

     18   BY MR. HACKNEY:

     19   Q.   So you haven't given consideration then to which of

     20        the proposed reinvestment initiatives will save lives

     21        and which will not?
```

**Pg: 218 Ln: 23 - 24**

**Designation:**

```
218:23   A.   We have not categorized the restructuring and

     24        reinvestment in that way.
```

196

**Pg: 219 Ln: 1 - Pg: 220 Ln: 12**

**Designation:**

219: 1   Q.   Now, at some point in time did you, obviously you have

2        today developed the belief that the City would need

3        the DIP loan in order to effectuate the restructuring

4        initiatives?

5   A.   Yes.

6   Q.   So you know that as you sit here now, when's the first

7        point in time at which you knew the City will need a

8        loan to do what I think it needs to do?

9   A.   From the time that we put together the plan, so in

10       June of 2013, we have been focused on how do we get

11       going on these initiatives.  Cash availability has

12       always been a very important aspect of those

13       conversations.

14   Q.   Okay.  But when did you know that you would need the

15       QOL note to do the reinvestment initiatives?

16   A.   I don't know specifically but I certainly recall

17       having these types of conversations in August.

18   Q.   Okay.  Because they were out there sourcing it by the

19       end of August, third to fourth week of August is when

20       they start sourcing it.

21   A.   I think that's right.

22   Q.   But didn't you know, you're a sophisticated guy,

23       didn't you know prior to that time that the City's

197

```
24        cash position was not good?

25   A.   Certainly.

220: 1  Q.   So as -- by logical extension, didn't you think it was

2        likely that it would have to borrow to fund

3        reinvestment initiatives before it filed?

4   A.   Very possible, yes.

5   Q.   Now, the City did not begin sourcing the DIP loan

6        until the third or fourth week of August, isn't that

7        correct?

8   A.   I think that's the time frame, yes.

9   Q.   And that represents a five or six-week delay between

10        the filing of the case and that point in time, is that

11        correct?

12   A.   Yes.
```

**Pg: 220 Ln: 24 - Pg: 222 Ln: 8**

**Designation:**

```
220:24  Q.   Well, if they had had the DIP loan ready day one,

25        which as you know in bankruptcy is common, right?

221: 1  A.   Motions for DIP financing in bankruptcy, in corporate

2        bankruptcy, are common.  As far as I'm aware, this is

3        the first post petition financing in a Chapter 9 case

4        ever.

5   Q.   Okay.  Didn't you also understand that the City would

6        likely require a DIP loan in order to exercise the

7        swap termination rights?  I know that wasn't your
```

198

8       principal obligation but you were tracking that story,

9       right?

10  A.  I was aware that in order to effectuate the proposed

11      settlement that the City would need to come up with

12      cash somehow.

13  Q.  And it was likely to borrow it?

14  A.  Yes.

15  Q.  You knew how much cash they had, right?

16  A.  Yes.

17  Q.  And you knew the approximate size of the swap

18      termination from the newspaper reports?

19  A.  Yes.

20  Q.  And you knew the terms of the swap deal prior to or on

21      the day of the filing because that's when that motion

22      was filed, right?

23  A.  Generally, yes.

24  Q.  To your knowledge when was the decision reached to

25      seek DIP financing?

222: 1  A.  I don't know.  I was not involved in that decision.

2  Q.  Is it your position that lives will be lost if there

3      is an additional time period here of delay to consider

4      the DIP as part of a plan of adjustment?

5  A.  The implications of not being able to begin the

6      restructuring and reinvestment program could be very

7      significant, including lives being lost.  We don't

8      know.

# Objectors' Designations From
## December 4, 2013 Deposition of Charles Moore

**Pg: 225 Ln: 12 - Pg: 228 Ln: 20**

**Designation:**

```
225:12   Q.   Do you have Exhibit 6 in front of you?

     13  A.   I do.

     14  Q.   Did Conway MacKenzie prepare this document?

     15  A.   No.

     16  Q.   Do you know who did?

     17  A.   Ernst & Young.

     18  Q.   Have you seen this document before?

     19  A.   Yes.

     20  Q.   This document as I understand it identifies the

     21       funding that was part of the federal funds

     22       announcement that was made on September 27, 2013, is

     23       that also your understanding of what this document is?

     24  A.   Yes.

     25  Q.   I know that you didn't draft this document, I know you

226: 1       only saw it, but I'm going to ask you questions about

      2       the document from your personal knowledge.

      3                 So don't conflate like because it says it

      4       here it means it's true.  I'm asking you if it is

      5       true.

      6  A.   I understand.

      7  Q.   If you look down there at the bottom in the left-hand

      8       corner there's a number which is 368.1 million, do you

      9       see that?

     10  A.   Say that number again?
```

| | | |
|---|---|---|
| 11 | Q. | 368.1 million is right here. |
| 12 | A. | Oh, yes, bottom left corner, I thought you said right |
| 13 | | corner. |
| 14 | Q. | I misspoke if I did.  So as I understand it, that |
| 15 | | tallies this column right that I'm pointing to here on |
| 16 | | the far left, which is all comprised of different |
| 17 | | amounts. |
| 18 | A. | I believe that's the case. |
| 19 | Q. | So for example, do you see that there are, as part of |
| 20 | | that announcement there was $65 million in HUD |
| 21 | | Community Development Block Grants? |
| 22 | A. | Yes. |
| 23 | Q. | And that was money that could be used for blight |
| 24 | | eradication, is that correct? |
| 25 | A. | Yes. |
| 227: 1 | Q. | And in fact there was $52 million from the Hardest Hit |
| 2 | | Fund that we described earlier, correct? |
| 3 | A. | Yes. |
| 4 | Q. | If you look at the philanthropic and business org line |
| 5 | | entry all the way down to the HUD Neighborhood |
| 6 | | Stabilization Program 2 entry, that suggests there is |
| 7 | | about $20 million available for commercial blight |
| 8 | | remediation, is that correct? |
| 9 | A. | Yes. |
| 10 | Q. | And to your knowledge is that correct that those funds |
| 11 | | are now available to the City for that form of |
| 12 | | activity? |

13   A.   I don't know.

14   Q.   Fair to say that the, many of the activities that the

15        federal funds can be used for are in similar areas to

16        the focus of the reinvestment initiatives?

17   A.   Specifically blight, if that's what you're referring

18        to, yes.

19   Q.   For example, one of the newly identified funds was $25

20        million from FEMA to hire 150 firefighters, correct?

21   A.   Yes.

22   Q.   And is it correct that that $25 million in funds was

23        newly identified on 9-27?

24   A.   The SAFER grants, which is what that refers to,

25        actually the City has been awarded that in the past as

228: 1      well; so this is essentially the next version of that

2        SAFER grant.

3   Q.   I take it so it's something that you hope and expect

4        you'll get every year but you don't know that you got

5        it until they say that you did?

6   A.   That's correct.

7   Q.   But I guess given that nothing in life is guaranteed,

8        that was something that was confirmed on September 27,

9        2013, that will allow an additional 150 firefighters

10        to be hired, is that correct?

11   A.   Yes.

12   Q.   And in addition there's a D.O.J. grant below for $3

13        million that relates to hiring new police officers,

14        correct?

15    A.    Yes.

16    Q.    So I won't make you go through all of these line by

17          line, but I do want to ask you some general questions

18          about the concept of grants from state and federal

19          authorities.

20    A.    Okay.

**Pg: 228 Ln: 21 - Pg: 230 Ln: 6**

**Designation:**

228:21   Q.    And what I want to ask you is, how did you take it

22          into consideration when you were formulating the

23          reinvestment initiatives?  Did you do what we talked

24          about earlier, which is to the extent there is a

25          federal or a private grant that allows for the

229: 1          advancement of things that are like the reinvestment

2          initiatives, that's great, it will help us get there

3          faster, but I'm not reducing the amount that I'm

4          recommending we spend?

5    A.    There are a couple of items.  First of all, leading up

6          to the proposal for creditors, so leading up to that

7          June 14th date, certainly we anticipated that there

8          was a chance that we may be able to identify other

9          sources of funds that could go towards this, but at

10          that point we didn't know what those funds could be or

11          what the sources would be.

12                    And so as part of laying this out to the

```
13        overall restructuring team, there was a provision made

14        in the note that one of the three ways that principal

15        is paid on that note is if we receive money from other

16        sources to go towards our plan.

17                So it was sort of a catchall, if you will,

18        we don't know what the amounts may be, but to the

19        extent that we receive amounts, then those would go

20        towards paying on the principal portion of that note,

21        the $2 billion note.

22    Q.  And what, would amortize it faster?

23    A.  Yes, there was no amortization in that note.

24        Principal would only be paid based on those three

25        things, those three conditions being, or in existence.

230: 1 Q.  The three conditions, if there are other funds and if

2         they can be used?

3     A.  One related to higher than forecasted revenue, next

4         one related to proceeds from asset sales, and the

5         third one related to cash from other sources that

6         could go towards the plan.
```

**Pg: 230 Ln: 7 - 22**

**Designation:**

```
230: 7 Q.  Okay.  Let me turn it around on you a little bit

8         though, which is to say, even if you can't get the

9         Quality of Life note proceeds in the time frame that

10        you want them, and I believe that the City needs them,
```

204

```
11          isn't it true that the City will still be able to

12          spend the grant monies that are identified on this

13          piece of paper to the best of your knowledge?

14    A.    I don't know.  I think that that is correct but I

15          don't know for sure.  I just don't know all of the

16          conditions that exist relative to the use of these

17          funds.

18    Q.    And I take it you have not undertaken a study of that

19          question?

20    A.    Not me, no.

21    Q.    And Conway MacKenzie also has not?

22    A.    Correct.
```

**Pg: 230 Ln: 23 - Pg: 232 Ln: 4**

**Designation:**

```
230:23  Q.  Mr. Moore, has Conway MacKenzie conducted any analysis

    24      of how the proposed reinvestment initiatives will

    25      improve creditor recoveries?

231: 1  A.  Just in general.

     2  Q.  What do you mean by that?

     3  A.  We believe that if the City can be made an attractive

     4      place for residents and businesses to locate, that

     5      that will potentially result in higher revenue or at

     6      least stabilizing the revenue and not seeing

     7      substantial declines, which have occurred over the

     8      last several years, and there is a potential for
```

205

```
 9            reduced expenses as the City is able to operate more

10            efficiently.

11                   If there is more revenue and/or lower

12            expenses and net cash flow from operations is a source

13            for creditor recoveries, then that would increase the

14            amount that is potentially available for creditors.

15   Q.       Because it would be deployed to amortize the $2

16            billion note?

17   A.       Or whatever is decided in terms of how creditors get a

18            recovery on their claims.

19   Q.       And have you taken any effort to quantify that

20            analysis?

21   A.       Well, we certainly, there's already $350 million in

22            added revenue in the forecast.  The forecast is

23            somewhat stabilized and there's $350 million of

24            additional revenue that is anticipated based on these

25            activities occurring.

232: 1               There are also some cost reductions that

 2            are netted into the numbers that we're talking about

 3            here that are also based on the expenses being

 4            incurred, expenditures made.
```

**Pg: 232 Ln: 5 - Pg: 233 Ln: 6**

**Designation:**

```
232: 5   Q.   You understand that the proceeds of this $350 million

 6            facility are going to be senior to all the unsecured
```

```
 7            creditors, correct?

 8   A.       I do.

 9   Q.       The facility that will be senior I should say.

10   A.       I have not spent time on that specifically but that's

11            my general understanding.

12   Q.       Do you have work product anywhere that shows what

13            creditor recoveries will be in the absence of the

14            Quality of Life note and compares it to what they will

15            be in the presence of the note?

16   A.       We do not.

17   Q.       And if I asked you for any, you've described almost at

18            a thematic level what could happen if the Quality of

19            Life reinvestment initiatives are undertaken, fair

20            statement?

21   A.       Yes.

22   Q.       You haven't made an effort to analyze the actual

23            impact on creditor recoveries as a specific dollar

24            amount if they are or are not taken, correct?

25   A.       Well, creditor recoveries are going to be determined

233: 1        based on a plan of adjustment, and the plan of

 2            adjustment and what gets proposed for various classes

 3            of creditors is not something that I am heavily

 4            involved in.

 5   Q.       And so it's fair to say that you haven't done that.

 6   A.       Yes, I think that's fair to say.
```

**Pg: 233 Ln: 7 - Pg: 234 Ln: 17**

**Designation:**

233: 7   Q.   Now, and I take it if I asked you about each of the

      8        component parts of the Quality of Life note,

      9        reinvestment initiatives, and by that I mean public

    10        safety, information technology, and blight

    11        remediation, and asked you to identify how each

    12        subcomponent will in and of itself improve creditor

    13        recoveries, you would give me a similar answer?

    14   A.   Yes.

    15   Q.   Which is that you were not tasked with calculating

    16        that.

    17   A.   Yes.

    18   Q.   And that thus you don't know.

    19   A.   Correct.

    20   Q.   Do you know if there is another professional or person

    21        affiliated with City of Detroit that is tasked with

    22        conducting that analysis?

    23   A.   What I would want to clarify is I view two things,

    24        there is what impact does the restructuring and

    25        reinvestment have on the City and its ability to

234: 1       operate and what the projections may be.  There's a

     2        completely separate activity that would involve what

     3        is the proposal and what are the proposed recoveries

     4        for various creditor claims.

     5              So as it relates to the first item, that's

     6        certainly something that we are heavily involved in,

208

```
 7        assessing how each one of these investments will

 8        impact and improve the City's operations, its cash

 9        flow, et cetera.

10               The other part though in terms of what the

11        proposed treatment will be for each class of creditor

12        claims is not something that I'm heavily involved in,

13        certainly Jones Day and Miller Buckfire are both

14        heavily involved in those items.

15   Q.   Isn't it fair to say that improving City services is

16        of paramount concern with the impact on creditor

17        recoveries of secondary concern?
```

**Pg: 234 Ln: 20 - Pg: 236 Ln: 7**

**Designation:**

```
234:20   Q.   To you.

    21   A.   I don't think that that's a fair statement.  I think

    22        that improving services is, I hate to use the cliche,

    23        win/win situation, but to me it is not only vitally

    24        important for residents and businesses, but it greatly

    25        improves the chances for recoveries for the creditors.

235: 1               Without spending any money, I'm not sure

     2        that there would be any basis for any recoveries to

     3        creditors.

     4   Q.   Let me direct your attention to page 90 of the

     5        proposal to creditors if I could, Mr. Moore.

     6               MR. HAMILTON:  Exhibit 3, right?
```

209

```
 7                    MR. HACKNEY:  Yes, sir.

 8   BY MR. HACKNEY:

 9   Q.   Do you have that in front of you?

10   A.   I do.

11   Q.   Do you remember earlier we talked about that

12        ultimately I think it was like a three-step process

13        that you and Ernst & Young, Conway MacKenzie and Ernst

14        & Young worked together on, which was building a

15        10-year forecast of the City as operated, then

16        layering in the reinvestment initiatives?

17   A.   Yes.

18   Q.   And the third step that I just added that you can I

19        think see on the subsequent pages is then backing out

20        the unsecured legacy liabilities to make sure you

21        weren't running a deficit.

22   A.   Yes.

23   Q.   Or to see if you weren't running a deficit I should

24        say.  You remember we talked about that.

25   A.   I do.
```

236: 1   Q.   Is this the first step in that, is this the first two

```
 2        steps in that process, which is presenting the City as

 3        it operates, plus the reinvestment initiatives?

 4   A.   Yes, I think that's fair to say.  Just to clarify,

 5        what we, what we did here is we have the City as it

 6        operates, including all of the legacy liabilities and

 7        the reinvestment and what that would look like.
```

**Designation:**

```
236:10   Q.   So let me make sure I understand who's doing what.

     11        You see on page 91 where it says reinvestment in the

     12        City?

     13   A.   Yes.

     14   Q.   If I put a box around that and the lines between that

     15        and total reinvestment in the City, I could fairly

     16        call this Conway MacKenzie work product.

     17   A.   Yes.

     18   Q.   Now, if I took everything above that and drew a box

     19        around it, what we're going to call the City's typical

     20        operations and expenses.

     21   A.   Yes.

     22   Q.   I could call that Ernst & Young work product.

     23   A.   That's correct.

     24   Q.   Okay.  Just so we're tracking here --

     25   A.   There's just one clarification that I would make.  As

237: 1        you established earlier, I have been heavily involved

      2        in pensions, and there is a line item on page 91 which

      3        relates to pension contributions.  You can draw a box

      4        around that as well and that is a Conway MacKenzie

      5        work product.

      6   Q.   Okay.  Thank you for that clarification.  That's

      7        important.  I see, because is that the one thing where

      8        you, instead of just looking at how the City operates
```

```
 9          now, which was, it's a forecast based on historical

10          activity, was that one line item where you were like

11          no, we're going to put in what we actually think to

12          that space?

13     A.   Yes.

14     Q.   Okay.

15     A.   And OPEB is essentially the same way.

16     Q.   Okay.  Okay.  That's a helpful --

17     A.   If I can clarify, OPEB really is the same way it's

18          always been in that it's funded as expenses are

19          incurred.

20     Q.   That's very helpful though because I know that there's

21          a significant disagreement between the City and the,

22          some of the retirement funds about what the amount of

23          the pension contributions need to be and so on and so

24          forth, so that could have a big impact if you did

25          business as usual or the, you know, new City's view?

238: 1 A.   Yes.

     2 Q.   And you're saying the new City's view is in that line

     3      item?

     4 A.   That's correct.
```

**Pg: 238 Ln: 5 - Pg: 242 Ln: 12**

**Designation:**

```
238: 5 Q.   So let's go back to this.  When Ernst & Young is

     6      looking at revenues, it's projecting the revenues, is
```

```
 7        it taking into account the reinvestment initiatives

 8        and their impact on revenue, or are you doing that

 9        separate from them?

10   A.   No, they are doing that.

11   Q.   So when they look at 2023, and they project total

12        revenues of a billion 45, do you see that?

13   A.   Yes.

14   Q.   They are saying I know that this involves making a

15        sizeable investment in the City, capital reinvestment

16        and restructuring, and even with that this is what we

17        project?

18   A.   Yes.

19   Q.   Now, I note that that number ten years from now is

20        actually lower than the one that's projected for 2014,

21        is that correct?

22   A.   Yes.

23   Q.   I am assuming, tell me if you know, do these use what

24        I would call real-time dollars or are they present

25        valued in the sense that in 2023 we'll, is the
```

```
239: 1        projection that a billion 45 will show up in total

  2        revenues that year or is the person saying it will be

  3        a different number ten years from now but what it

  4        would be worth today is a billion 45?

  5   A.   My understanding is that these are nominal dollars,

  6        not real dollars, nominal meaning this is the amount

  7        of cash that will show up in that year.

  8   Q.   That's what I thought it was.
```

213

```
 9   A.   Yes.

10   Q.   But you know with the notion of inflation and the time

11        value of money that a billion 45 ten years from now is

12        worth less than a billion 45 today.

13   A.   Presumably, if trends continue.

14   Q.   Yeah, we hope.  The -- and this is with all of the

15        anticipated improvements and things, for example, like

16        income tax collections and real estate collections and

17        so on and so forth.

18   A.   Actually, those operating items, the revenue

19        initiatives are down here in this, I don't know if

20        it's just because this is a Conway MacKenzie work

21        product, as you said, but the, on the bottom of page

22        91, the first line item under reinvestment in the

23        city, the 240, approximately $245 million, these are

24        those specific revenue initiatives of collecting past

25        due receivables, improving how we process revenue.

240: 1   Q.   Okay.  So just as a methodological matter, you guys

 2        considered that concept separately and netted it out

 3        against the restructuring and reinvestment initiatives

 4        and presented it that way.

 5   A.   Yes, because it's not changing the size of the pie, if

 6        you will, or not getting at the size of the pie which

 7        is the revenue, but it's how efficient the City, or

 8        how effective it is in performing its duties, in terms

 9        of making sure that it's collecting X percent and

10        going after past due receivables.
```

214

11   Q.   So just so I can understand this, if you just look at

12        what we'll call the Steady State City, which is not

13        quite right but it's the cost of operating the City

14        without considering the reinvestment initiatives in

15        2014 and beyond.  Okay?

16   A.   Yes.

17   Q.   If you look at that number, what it says is that the

18        City would run a deficit of $190.5 million this

19        upcoming year if nothing else changed.  Do you see

20        that?

21   A.   Yes, total surplus deficit 190.5, yeah.  I think that

22        I can't speak for Ernst & Young, but these revenue

23        numbers do take into account this reinvestment.

24   Q.   Yes.

25   A.   Where a scenario if the reinvestment did not happen,

241: 1      what would the revenue be in these years and therefore

2        what would the surplus or deficit be?  I don't think

3        that this schedule answers that question.

4   Q.   Understood.  Okay.  Thank you.  That's a helpful note.

5                Now, when you add on the net effect of the

6        anticipated reinvestment, the adjusted deficit

7        increases to $379 million, is that right?

8   A.   Yes.

9   Q.   Now, if you flip over to page 97, now you've got the

10        restructuring scenario, do you see that?

11   A.   Yes.

12   Q.   Okay.  So this is the one that we talked about as

215

```
13          being the third step so to speak?

14    A.    Yes.

15    Q.    This backed out the legacy liabilities, correct?

16    A.    It treated them down below, yes.

17    Q.    I'm sorry, in stages it backed them out.  I'll get to

18          them in a second on page 98.

19    A.    Yes.

20    Q.    It kept all the other numbers the same.

21    A.    Yes.

22    Q.    Then on page 98 it deducted out the secured claims on

23          an annual basis, correct?

24    A.    Yes.

25    Q.    And what is left is funds available for unsecured

242: 1      claims, correct?

2     A.    Yes.

3     Q.    And so if I'm reading this correctly, if the

4           reinvestment initiatives are undertaken and secured

5           claims are paid in full as they must be, this

6           anticipates that there would be $30 million in 2014

7           for unsecured claims.

8     A.    Fiscal year 2014, yes.

9     Q.    Fiscal year 2014.  And that number then grows later,

10          as you go over time, and if you sum all of them, it's

11          approximately $803 million, is that right?

12    A.    Yes.
```

**Pg: 243 Ln: 10 - Pg: 244 Ln: 20**

**Designation:**

| | | |
|---|---|---|
| 243:10 | Q. | This operational restructuring summary dated |
| 11 | | November 11, 2013, do you have that in front of you? |
| 12 | A. | Yes. |
| 13 | Q. | Just so you know, Mr. Moore, I have combined it with a |
| 14 | | document that related to the next day's presentation |
| 15 | | on November 12th. |
| 16 | A. | I see that. |
| 17 | Q. | Is it true that Conway MacKenzie prepared these two |
| 18 | | documents? |
| 19 | A. | Yes. |
| 20 | Q. | And these were provided to update the financial |
| 21 | | advisors of the various creditors on the status of |
| 22 | | matters as they stood November 11, 2013. |
| 23 | A. | As it relates to the operational restructuring, yes. |
| 24 | Q. | Correct.  Was this also an effort to attempt to give |
| 25 | | the financial advisors more detail about the specific |
| 244: 1 | | findings and problems, risks and opportunities |
| 2 | | associated with all of the various or many of the |
| 3 | | various departments of the City? |
| 4 | A. | Not necessarily.  We had conducted a significant |
| 5 | | number of due diligence sessions with various |
| 6 | | financial advisors back starting in June of 2013, and |
| 7 | | information on the departments was presented to the |
| 8 | | financial advisors.  Unfortunately, new financial |
| 9 | | advisors became involved at various points, some as |

217

10      recently as within the last month.

11              What this -- two of the objectives in

12      preparing these documents was to put in one place

13      information that some people had already heard, but to

14      level set with all of the financial advisors on a

15      significant amount of information related to the

16      operational restructuring.

17              In addition to that, we provided visibility

18      to what we had verbally discussed in the past in terms

19      of what are some of the risks and opportunities that

20      exist within the plan.


**Pg: 245 Ln: 23 - Pg: 247 Ln: 23**


**Designation:**

245:23  Q.  Do you know what other written work product is out

24          there that I could stack up next to all these things

25          and show, you know, this is what the creditors have

246: 1      been given when it comes to understanding what Conway

2           MacKenzie is seeing?

3       A.  A document that is -- has been used in due diligence

4           meetings going back to June is all of the supporting

5           schedules related to the restructuring and

6           reinvestment amounts, so all of the underlying

7           details, this number of trucks, this truck on this

8           year, this facility improved by this amount this year,

9           so all of the underlying detail has been available to

218

10      people in the data room going back to the end of June.

11  Q.  In terms of how the money would be spent.

12  A.  Yes.

13  Q.  The reinvestment initiatives.

14  A.  Yes.

15  Q.  Okay.  What I'm particularly interested in though are

16      more of your analytics in terms of Conway MacKenzie

17      people saying things like our response times are not

18      good enough, we need more police cars, we need more

19      fire trucks, et cetera, I'm talking about analysis of

20      the problem.

21  A.  Yeah, I don't know everything that's out in the data

22      room, but as we discussed earlier, I think there are

23      departmental documents that are in the data room.

24          In addition to that, in the due diligence

25      sessions that we undertook, typically there would be

247: 1      conversation around those types of things as we used

2      the schedules as our roadmap.

3  Q.  People would ask you questions about why do you think

4      you need this and then you would say orally here's

5      what we're finding and here's why we think this will

6      help?

7  A.  Yeah, or we have notes in those schedules as well in

8      terms of this is what this relates to.

9  Q.  From where I sit, based on what I know, this November

10      document from the November 11th and 12 presentation is

11      the most detailed when it comes to revealing your

12        analytics and findings, do you agree with that?

13   A.   In terms of putting it all in one place, I think

14        that's probably a fair statement.

15   Q.   So there may be other documents that have a similar

16        level of detail about one department or another but

17        this has been both the most comprehensive and the most

18        detailed of all the documents that are out there.

19   A.   Yeah.  I'm not sure that there's necessarily any new

20        information in the documents from November 11th and

21        12th as compared to what was discussed in due

22        diligence sessions from late June all the way until

23        November.


**Pg: 248 Ln: 14 - Pg: 250 Ln: 2**


**Designation:**

248:14   Q.   Maybe you can help me with this document, Mr. Moore.

15        I'm trying to find what I understood to be the

16        re-creation of this concept.

17   A.   Okay.

18   Q.   But with the deferral baked into it to take into

19        account the intervening bankruptcy filing.

20   A.   Okay.  If you take a look at page 14.

21   Q.   Yeah.

22   A.   This is the 10-year forecast that we talked about

23        before.  This is going out through 2023.

24   Q.   So is it literally that everything is just the same

    25       with the exception of the lumpiness caused by the fact

249: 1       that the previously anticipated reinvestment

     2       initiatives that were supposed to take place in the

     3       second half of 2013 got pushed into 2014?

     4  A.   Yes.  So if you take a look at now page 17.

     5  Q.   Yeah.

     6  A.   This is the post petition financing plan.  So this

     7       says, okay, as a result of the bankruptcy and our

     8       desire to pursue post petition financing, here's --

     9       here are updates for '14, '15, '16 and '17.  I don't

    10       know if everything is caught up to the dollar by the

    11       end of fiscal year '17, but for the most part all of

    12       the timing comes through during this, by this time.

    13              And then what we did, if I recall

    14       correctly, let me just turn to a particular

    15       department, if you look at, the first one I think is

    16       the Department of Transportation, page 23 has that

    17       same forecast specifically for the Department of

    18       Transportation, page 24 is the layering on of

    19       restructuring and reinvestment items, and then page 25

    20       shows the variance in terms of when we talk about the

    21       deferred restructuring and reinvestment, we're talking

    22       about the post petition financing forecast.

    23  Q.   Yeah.  And just so I can say it in words that my

    24       lizard brain can understand, that's like a department

    25       by department sub view of the reinvestment initiatives

250: 1       in the aggregate.

221

```
 2   A.   Yes.
```

**Pg: 250 Ln: 3 - Pg: 251 Ln: 12**

**Designation:**

```
250: 3   Q.   Can you go back to page 17 of the November document

      4        that you were just showing to me.

      5   A.   This is Exhibit 7?

      6   Q.   Yes, sir.  Do you see that fiscal year 2014 with two

      7        actual, and 10 forecasted, the total operating

      8        receipts there is a billion six, do you see that?

      9   A.   Yes.

     10   Q.   Can you help me understand that number compared to the

     11        total revenues forecast in the proposal to creditors

     12        on page 97, the other document?

     13             MR. HAMILTON:  Exhibit 3?

     14             MR. HACKNEY:  Yes, sir.

     15   A.   There are two elements.  The first one you see the

     16        last line item in the revenue section is financing

     17        proceeds, so that's the post petition financing.

     18   BY MR. HACKNEY:

     19   Q.   That's the Quality of Life note.

     20   A.   This is listed as 140 million.  Obviously that number

     21        changes all the time.  The other item is, that I

     22        believe it's under other receipts, there are some

     23        items that are pass-through type of items, and so in

     24        this regard, if we go back to the other receipts here,
```

222

```
   25        the 342.9, there's amount, there's an amount in there,
251: 1        I believe that that is the distribution to tax
    2        authorities down below of 253.
    3             So if you net those out, then you should
    4        have the same numbers, the same to the extent that you
    5        have two months' of actual in here now.
    6   Q.   Right.  Okay.  So the delta was approximately 540
    7        million and you identified 140 plus 250?
    8   A.   Yeah.  And I would have to look at that variance
    9        analysis specifically, but clearly one of the items in
   10        terms of how this was approached is that certain items
   11        that are pass-through were shown both on the income
   12        and the expense line item.
```

**Pg: 251 Ln: 24 - Pg: 252 Ln: 23**

**Designation:**

```
251:24  Q.   You served on the legislative commission on government
   25        efficiency, isn't that correct?
252: 1  A.   Yes.
    2   Q.   And isn't it true that the legislative commission was
    3        asked to consider almost all aspects of the State of
    4        Michigan's operations?
    5   A.   Yes.
    6   Q.   Although the operations it was considering ultimately
    7        only involved approximately 1.6 of the State's budget,
    8        1.6 percent of the State's budget, is that correct?
```

```
 9   A.   It depends on how you define the budget.  A

10        substantial portion of the State's budget is federal

11        funds that are essentially pass-through; so when you

12        look at it from the standpoint of what the State's

13        true general fund is, we looked at a pretty good

14        portion of that.

15   Q.   And that was also a significant undertaking, isn't

16        that correct?

17   A.   Depends on how you define significant.

18   Q.   Let's define it by reference to the undertaking, the

19        work you did for the City.

20   A.   It pales in comparison to the work that I've done with

21        the City.

22   Q.   Because it was far less?

23   A.   Yes.
```

**Pg: 252 Ln: 24 - Pg: 254 Ln: 20**

**Designation:**

```
252:24   Q.   The commission ultimately generates a report, isn't

    25        that correct?

253: 1   A.   Yes.

     2   Q.   And the recommendations in the report represent the

     3        unanimous opinion of the committee except where

     4        commissioners dissented, correct?

     5   A.   That's correct.

     6   Q.   And you did not dissent, isn't that right?
```

224

```
 7   A.   That's correct.

 8   Q.   Now, the commission received support from subject

 9        matter experts in the House and Senate fiscal

10        agencies, isn't that correct?

11   A.   Yes.

12   Q.   It also had resources, resource persons from the

13        legislative service branch, is that right?

14   A.   Yes.

15   Q.   Also had assistance from the executive branch, isn't

16        that correct?

17   A.   Yes.

18   Q.   And it relied on outside experts in the course of

19        performing its work, isn't that correct?

20   A.   Yes.

21   Q.   And ultimately the commission took approximately 18

22        months to complete its work and deliver a final

23        report, is that right?

24   A.   18 to 20 months or thereabouts.

25   Q.   The -- one of the things the commission noted was that

254: 1        the State of Michigan's problems were largely

 2        structural driven primarily by the changing nature of

 3        Michigan's population, including shrinking population,

 4        aging population and shifting population in terms of

 5        where they reside, do you remember that?

 6   A.   I do.

 7   Q.   Those problems are similar to the problems suffered by

 8        the city of Detroit, isn't that correct?
```

225

9   A.   Certainly some of them.

10   Q.   Shrinking population and aging population are two of

11        the ones that are similar, correct?

12   A.   Not sure about aging, but certainly shrinking.

13   Q.   The legislative commission's report also went on to

14        say that the State's problems were driven by job

15        losses particularly in the manufacturing sector,

16        correct?

17   A.   Yes.

18   Q.   Manufacturing job losses has also hit Detroit hard,

19        correct?

20   A.   Yes.

**Pg: 254 Ln: 21 - Pg: 255 Ln: 8**

**Designation:**

254:21   Q.   We won't go through that entire document just to save

22        the time so I can pass the baton here, but I do want

23        to note that the commission came up with a number of

24        different recommendations, isn't that correct?

25   A.   Yes.

255: 1   Q.   Many of those recommendations were for further studies

2        to be undertaken, isn't that correct?

3   A.   Yes.

4   Q.   The commission itself was not able to conduct the

5        further studies it recommended taking otherwise it

6        would have revealed the reports of those studies in

```
7         its report, correct?

8    A.   Correct.
```

**Pg: 255 Ln: 9 - 24**

**Designation:**

```
255: 9   Q.   Let me go back and ask you about some of the efforts

    10        you're undertaking now.  Isn't it true that the City's

    11        trying to employ strategies that may allow it to

    12        achieve additional collections of $32 million in

    13        income tax receivables?

    14   A.   Approximately $42 million actually of income tax

    15        receivables have been bid out to be collected.

    16   Q.   When is it hoped that they will be collected?  Oh I

    17        see, are you selling it to people so you get the money

    18        now and they get whatever they can recover?

    19   A.   We are contracting with an outside party that will be

    20        paid on a contingent basis based on a portion of what

    21        they collect.

    22   Q.   When's it anticipated that that money might come in?

    23   A.   Well, certainly we hope to get some of that this year

    24        and I think it's into the next fiscal year as well.
```

**Pg: 256 Ln: 15 - Pg: 258 Ln: 25**

**Designation:**

```
256:15   Q.   Don't the restructuring and reinvestment initiatives
```

```
16          involve a number of actions that will affect the

17          City's assets over the next year?

18    A.    It may affect some of the assets over the next year,

19          yes.

20    Q.    Assets could be sold, correct?

21    A.    I'm not sure about that.

22    Q.    Assets could be abandoned, correct?

23    A.    Which assets would you be referring to?

24    Q.    IT assets of the City if it no longer decides to use

25          the Dreams program?

257: 1  A.  Well, abandoning an application, I'm not sure if

2          that's necessarily what I think of when I hear the

3          word "abandon."

4     Q.   Isn't it possible that the City will likely close and

5          sell fire stations?

6     A.   The City has actually already undertaken that process.

7          I don't know if any additional activities will occur

8          in that regard.

9     Q.   And it will hopefully, it will hopefully close and

10         sell police stations?

11    A.   I'm not sure if that will happen actually.

12    Q.   It will sell off old fleet vehicles?

13    A.   Possibly, if there's any value at all.

14    Q.   The restructuring and reinvestment initiatives may

15         also involve outsourcing functions like income tax,

16         accounting, risk management and Workers' Comp, is that

17         correct?
```

228

18    A.    Those are possible activities; however, they have not

19         been built into the restructuring and reinvestment

20         plan.

21    Q.    The City's considering as part of the restructuring

22         and reinvestment initiatives outsourcing fleet

23         maintenance, facilities maintenance, grounds

24         maintenance, custodial and forestry, is that correct?

25    A.    Yes, well, those are specific RFPs that have been

258: 1         issued, and/or will be issued very shortly, and

2         depending on what the results are of that process, we

3         may outsource those activities.

4    Q.    These things are presently being done by the City but

5         by definition of the word outsourcing would instead be

6         done by private contractors?

7    A.    Yes.

8    Q.    You're considering as part of the restructuring and

9         reinvestment initiatives outsourcing data center

10         backup, correct?

11    A.    That's possible.

12    Q.    As well as outsourcing various IT functions for

13         different departments, correct?

14    A.    Again, those are just possibilities.

15    Q.    And those are things that may happen in the next year?

16    A.    It's unclear if they'll happen in the next year or

17         not. There's not a specific process in place. Those

18         are items that have been identified that we would like

19         to look at; however, they are not the highest

```
20        priorities.

21   Q.   They are all things that impact operational

22        restructuring or could.

23   A.   Could.

24   Q.   And they are all being presently considered, correct?

25   A.   Yes.
```

**Pg: 259 Ln: 1 - 3**

**Designation:**

```
259: 1   Q.   Isn't one of the key challenges for the City of

      2        Detroit its large geographical size?

      3   A.   It is a challenge, yes.
```

**Pg: 259 Ln: 15 - Pg: 260 Ln: 6**

**Designation:**

```
259:15   Q.   Isn't part of the problem the City's out approximately

     16        139 square miles, is that right?

     17   A.   It is.

     18   Q.   Isn't part of the current problem that Detroit faces

     19        is that it's a city that was built for 2.2 million

     20        people and now has just 684,000.

     21   A.   Well, built meaning it has the physical geographic

     22        size to accommodate 2.2 million?

     23   Q.   Yes.

     24   A.   Well, you can fit a lot more than 2.2 million people
```

```
        25          in that size.
260: 1    Q.    Sure.  I guess what I was saying is, its size makes

       2          more sense the more people that are living here.

       3    A.    It has a certain, there's a certain cost with,

       4          associated with servicing 139 square miles, and the

       5          more revenue that you can get to help accommodate that

       6          cost, the better you are.
```

**Pg: 260 Ln: 7 - 17**

**Designation:**

```
260: 7    Q.    Now, the reinvestment initiatives that we've been

       8          discussing today assume that there will be no decrease

       9          in the geographic size of the city, isn't that

      10          correct?

      11    A.    Correct.

      12    Q.    There will be no effort made to reduce the city's

      13          geographical footprint to match its population

      14          footprint, correct?

      15    A.    Correct, there's no, to be specific, there is nothing

      16          in the plan that involves changing the city's

      17          boundaries.
```

**Pg: 260 Ln: 18 - Pg: 261 Ln: 2**

**Designation:**

```
260:18    Q.    It's fair to say that your review of the Police
```

19      Department proceeded from the understanding that it

20      needed to be able to police a 139-square mile city,

21      correct?

22   A.  Or someone needed to be able to service a 139-square

23      mile area.

24   Q.  Whether it was the police or private contractors.

25   A.  Or some other jurisdiction.

261: 1   Q.  Same concept for fire.

2    A.  Yes.

**Pg: 261 Ln: 3 - 15**

**Designation:**

261: 3   Q.  Now, isn't it true that substantial work needs to be

4       done with respect to the City plan for the future City

5       of Detroit?

6    A.  The Detroit Future Study is really a multi-decade

7       study.  It's a vision.  That is not something that

8       will be achieved within this 10-year horizon or even

9       perhaps the next ten years.

10   Q.  The Detroit Future City Plan has not yet been

11      codified, isn't that correct?

12   A.  I'm not sure that there is a, that it ever will be

13      codified.

14   Q.  It hasn't today though.

15   A.  Not that I'm aware of.

**Designation:**

262:15    Q.    So let me take a step back, I really need to hand the

    16          baton, but you agree that future city planning is an

    17          important aspect of City development, correct?

    18    A.    Absolutely.

    19    Q.    And there are problems currently with the way the City

    20          planning exists in the City of Detroit?

    21    A.    Yes.

    22    Q.    Examples of those problems are, number one, that the

    23          Detroit Future City Plan has not yet been codified?

    24    A.    Yes.

    25    Q.    And it has a lot of good ideas, so it would be a good

263: 1          idea to codify them.

     2    A.    Yes.

     3    Q.    In the process, you could align the City's master plan

     4          with that Detroit Future City Plan, correct?

     5    A.    Yes.

     6    Q.    And you would also still need to align zoning

     7          ordinances and rewrite them in a way that would then

     8          enable implementation of that new master plan,

     9          correct?

    10    A.    Yes.

    11    Q.    Aligning these plans will better allow for the future

    12          development of the City.

    13    A.    Yes.

233

**Pg: 264 Ln: 8 - Pg: 268 Ln: 8**

**Designation:**

264: 8   Q.   Mr. Moore, have you seen what's been marked as Moore 9

9        before?

10   A.   Yes.

11   Q.   I see on the first page that E & Y is claiming

12        ownership of this, did Conway MacKenzie participate in

13        its preparation?

14   A.   We provided information to Ernst & Young that they

15        used to compile this.

16   Q.   Okay.  Do you know, was this liquidity, well, call it

17        cash flow forecast, was this provided to your

18        knowledge to prospective lenders for the debt?

19   A.   I don't know.

20   Q.   Do you see in the top right-hand side there's a date

21        9-10-13?

22   A.   Yes.

23   Q.   Have you seen a version of this document dated later

24        than 9-10-13?

25   A.   The dates on documents are sometimes somewhat

265: 1   confusing.  What this represents is the last version

2        of this cash forecast that I recall.

3   Q.   Okay.  So whatever its date is, you're not aware of a

4        more recent one.

5   A.   That's correct.

234

```
 6   Q.   If you could turn to the second page, at the top it

 7        says cash bridge, funds available for unsecured claims

 8        per creditor proposal versus DIP financing scenario,

 9        do you see that?

10   A.   Yes.

11   Q.   Am I correct in understanding creditor proposal here

12        to refer to the June 14th creditor proposal?

13   A.   Yes.

14   Q.   If you know, I'm looking at the top line which says

15        funds available for unsecured claims per creditor

16        proposal, are those numbers across the top, 30 million

17        for 2014, 31 for 2015, et cetera, are those funds that

18        would have been available under the original creditor

19        proposal for distribution to creditors under the $3

20        billion note or bond?

21   A.   Those are two separate items.  So the, in the creditor

22        proposal there's the 10-year projection and that shows

23        a net amount available to, or for unsecured claims,

24        and the total over the 10 years is $803 million.

25             The $2 billion note, payments of principal

266: 1        on that note were from the three sources that I

 2        indicated before.

 3   Q.   Right.

 4   A.   To the extent that there's interest paid on that note,

 5        that possibly could come from here.

 6   Q.   All right.  So these, the top line represents general

 7        fund amounts that would have been available for
```

```
 8        payment to creditors under the June 14th proposal?

 9    A.  Yes.

10    Q.  Dropping down to, well, let me ask another question

11        before we get to the bottom.  One of the line items

12        here is refunding bond proceeds drawn from escrow, do

13        you know what that is?

14    A.  Yes, the City refinanced, actually obtained financing

15        I believe in August of 2012.  Part of that financing,

16        part of those proceeds were used to refinance other

17        debt and there was a net amount that the City

18        received.

19            The State of Michigan has been holding on

20        to a portion of those proceeds.  This assumes that $20

21        million of the amounts that are still being held by

22        the State are received by the City.

23    Q.  And what is the total amount being held by the State

24        in this refunding bond proceeds escrow account?

25    A.  I believe right now there's $80 million still being

267: 1      held by the State.

 2    Q.  And do you know what the conditions are to release of

 3        the funds from that escrow?

 4    A.  I don't.

 5    Q.  So you don't know what the prospects are for the City

 6        meeting those conditions to get release of $20 million

 7        in 2014?

 8    A.  I don't.

 9    Q.  The next line on here, not the next, next line I'm
```

236

10      going to ask you about is net cash flow for per DIP

11      financing scenario.  Is that line supposed to

12      represent what happens to funds available for

13      unsecured claims if the DIP financing is obtained on

14      the terms presently contemplated?

15          In other words, just look at fiscal 2014,

16      it shows $30 million available for unsecured claims

17      under the June 14th proposal.

18  A.   Yes.

19  Q.   We drop down to net cash flow per DIP financing

20      scenario and that 30 million, has that 30 million now

21      become 87.6 million?

22  A.   I think that's a fair statement.

23  Q.   And then in 2015, the 31 million positive has become a

24      deficit of 62.9 million, am I reading that correctly?

25  A.   I think that's correct.

268: 1  Q.   And then it's roughly the same and then drops again in

2      2017 below what was there.  Do you know, have you seen

3      anything that runs this analysis out past 2017?

4  A.   No.

5  Q.   So you don't know at what point, if ever, the DIP

6      financing scenario, other than the first year, shows

7      an improvement of funds available for unsecured

8      claims.

**Pg: 268 Ln: 11 - Pg: 270 Ln: 12**

**Designation:**

268:11  A.    There have been various scenario analyses that take

    12        into account what risks and opportunities may be

    13        present.  As an example, a big risk is lower property

    14        tax collections.

    15                Some of those scenarios that I've looked at

    16        do go out beyond 10 years.  I'm not aware of a cash

    17        forecast that related to the post petition financing

    18        that goes out beyond fiscal year 2017.

    19  BY MR. MARRIOTT:

    20  Q.    So as far as you know, a comparison of funds available

    21        for unsecured claims under the June 14th proposal to

    22        funds available for unsecured creditors under the DIP

    23        financing scenario has not been done out past 2017, or

    24        at least you haven't seen it?

    25  A.    Yeah, except for as I indicated, there are scenario

269: 1        analyses that have been undertaken that go beyond 2017

     2        taking into account various risks and opportunities,

     3        nothing that has been completed though.

     4  Q.    Further down the same page there's a block of numbers

     5        under the heading Memo 1, reinvestment timing change,

     6        do you see that?

     7  A.    Yes.

     8  Q.    And then is that what you and Mr. Hackney have

     9        previously addressed, when we say reinvestment timing

    10        change here, are we talking about the roll forward

    11        that's been necessitated since the originally

12      contemplated commencement of reinvestment?

13  A.  Yes.

14  Q.  And am I reading this correctly to say that that roll

15      forward produces additional positive cash flow in 2014

16      because expenditures you had expected to make in

17      fiscal year 2014 in fact won't be made until later?

18  A.  Yes.

19  Q.  Memo 2 is DIP financing related activity and it makes

20      certain assumptions regarding interest rate on the DIP

21      and the like.  Do you know whether any sensitivity

22      analysis was performed on this analysis for varying

23      interest rates that might be payable under the DIP?

24  A.  Not that I'm aware of.

25  Q.  So you haven't seen a version of this that assumes an

270: 1      interest rate of 6.5 percent or a version that assumes

2      3 percent or something else?

3  A.  Well, in the scenario analyses that I was just

4      referring to, I have seen something get modeled at 6

5      and a half percent, and even up to 8 percent, or 8 and

6      a half percent as well, which is under a default

7      scenario, but these are just scenario analyses.

8  Q.  Who's prepared these scenario analyses that you've

9      looked at?

10  A.  Ernst & Young.

11  Q.  And have they been placed in the data room?

12  A.  No, these analyses have not been finalized.

239

**Designation:**

272: 1    Q.    All right.  This is reinvestment adjustments detail,

    2          do you see that Appendix B?

    3    A.    Yes.

    4    Q.    Were these numbers that comprise this detail, were

    5          they provided by Conway MacKenzie?

    6    A.    Yes.

    7    Q.    If you would turn to the last page of that appendix,

    8          which is Bates 200067, and at the very bottom there's

    9          a net impact of reinvestment line which shows an

   10          impact on cash flow for each -- a negative impact on

   11          cash flow for each of 2014, 2015, '16 and '17, do you

   12          see that?

   13    A.    Yes.

   14    Q.    Is this negative impact based upon implementation of

   15          only the Quality of Life note proceeds or are you

   16          assuming in this net impact of reinvestment that

   17          you're also doing the other components of the 1.25

   18          billion that you had planned for those years?

   19    A.    It's the latter; so this is incorporating all of the

   20          restructuring and reinvestment in those years, not

   21          just $120 million worth.  So the forecast contemplates

   22          that we will spend $151 million net, I'll use the

   23          restructuring disbursements, that's probably an easier

   24          way, rather than netting out the restructuring

240

```
    25        receipts.
273: 1                    So $170 million in fiscal year '14; $232
     2        million in fiscal year '15; 175 million in '16; and
     3        189 million in '17.
     4   Q.   That's what I thought but I wanted to be sure.
     5                    Why don't we go to what was already put in
     6        as Moore 8, which is a document captioned City of
     7        Detroit Restructuring Priorities.  Is this a document
     8        that was prepared by Conway MacKenzie?
     9   A.   In looking at this, the summary bullets that appear
    10        midway through the document, that is a Conway
    11        MacKenzie document.  The first -- so Bate stamp 906.
```

**Pg: 275 Ln: 16 - Pg: 277 Ln: 2**

**Designation:**

```
275:16   Q.   So let me start over.  Looking at the first four pages
    17        and the priorities listed there and the associated
    18        estimated cost, do you see that each of the boxes has
    19        a list of priorities and a list of estimated costs?
    20   A.   Yes.
    21   Q.   Although some of them are TBD and some are not
    22        applicable.  Do you know whether these priorities and
    23        their estimated costs were used in connection with
    24        sizing the Quality of Life note?
    25   A.   I don't know if they were used.
276: 1   Q.   For that purpose.
```

241

```
 2   A.   Correct.

 3   Q.   If you could turn to page three of the first four

 4        pages, Finance Department, one of the priorities is to

 5        select and implement an ERP system, do you see that?

 6   A.   Yes.

 7   Q.   And an estimated cost there of, if I'm reading this

 8        document correctly, 30 to $50 million.

 9   A.   Yes.

10   Q.   If you would then turn to the fourth page, very bottom

11        box, Department of Information Technology Services,

12        the bottom priority there is implement a city-wide IT

13        system.

14             Now, shows a target completion of

15        April 2013.  I'm assuming that's a typo and it was

16        April 2014.  Am I correct in that assumption do you

17        know?

18   A.   Yes, that's right, that would be a typo.

19   Q.   And it shows an estimated cost again of 30 to $50

20        million, do you see that?

21   A.   Yes.

22   Q.   Now, is that an additional 30 to 50 million or is the

23        30 to 50 million estimate for an aggregate one for

24        both ERP and city-wide IT?

25   A.   Those are one in the same.

277: 1   Q.   So the aggregate is 30 to 50 million.

   2   A.   Yes.  IT, the ITS division is part of finance.
```

242

**Pg: 277 Ln: 12 - Pg: 278 Ln: 11**

**Designation:**

277:12   Q.   All right.  Mr. Moore, do you recognize what's been

13         marked as Moore 10?

14   A.   Yes.

15   Q.   Says key operational updates as of September 24th, is

16         this a document that was prepared by Conway MacKenzie?

17   A.   Yes.

18   Q.   For whom is this document created?

19   A.   This is a document that I would have prepared to

20         review with Kevyn Orr.

21   Q.   And is this the only one of its kind or is it one of a

22         series?

23   A.   There are various forms that I have used in my

24         communications with Mr. Orr.  Generally they follow

25         these types of items, in terms of identifying

278: 1         immediate term action items, as well as upcoming, key

2         recent and upcoming activities.

3   Q.   Is there a version of this document more recent than

4         September 24th, 2013?

5   A.   I have provided updates to the EM office since this

6         time, yes.

7   Q.   Do you know what the date of the most recent one is?

8   A.   I had a meeting with the EM office on Monday of this

9         week.

10   Q.   So that would be December 2nd?

```
11   A.   Correct.
```

**Pg: 278 Ln: 21 - Pg: 279 Ln: 22**

**Designation:**

```
278:21   Q.   You say here, I'm looking at the police at the top,

    22        for example, no immediate term action items required.

    23        Do you see that?

    24   A.   Yes.

    25   Q.   When you used the term, the phrase "immediate term,"

279: 1        what is the time frame you intend to cover?  In other

     2        words, when you say no immediate term action items

     3        required, what is the horizon that that covers?

     4   A.   At that meeting.

     5   Q.   In other words, what you're saying is there is nothing

     6        that Mr. Orr needs to do as a result of that meeting

     7        with respect to police?

     8   A.   Yes.  There are times, I'll give you an example.

     9        Under fire, and the first item under finance, these

    10        are items that I have in my hand, Mr. Orr, I recommend

    11        these items happen now.

    12             The second item under finance I was

    13        providing a bit of an update, which is during this

    14        current week, it doesn't exist in my hand today, but

    15        this week we will be recommending that you approve the

    16        phase two assessing project of Plante Moran.

    17   Q.   Okay.
```

```
18   A.   So we are talking very immediate.

19   Q.   So in other words, what you're really saying here with

20        the police is, Mr. Orr, there's nothing I need you to

21        do today.

22   A.   Correct.
```

**Pg: 279 Ln: 23 - Pg: 282 Ln: 18**

**Designation:**

```
279:23  Q.   Okay.  If you could just flip to the bottom of 11729,

24        carrying over to the top, vital records entry.

25   A.   Yes.

280: 1  Q.   Next page says no immediate action items but October 1

2        transition date if jeopardy if Wayne County does not

3        sign IGA.  What's that about?

4   A.   First of all, an IGA is an intergovernmental

5        agreement.

6   Q.   That's helpful.

7   A.   One of the items that we identified as an operational

8        improvement involved the City getting out of the vital

9        records business.  This is -- it's redundant with an

10        activity that Wayne County already undertakes.

11             Wayne County does the exact same thing and

12        they charge a lower cost.  People use the Wayne County

13        service; so getting out of this business completely

14        save -- would save the City money.

15             We negotiated the intergovernmental
```

16      agreement with Wayne County and everything was all set

17      and we were to begin a transition on October 1st;

18      however, as of this date we still had not received the

19      signed IGA from Wayne County, and I wanted to make him

20      aware of that.

21              And as a result of that, there was

22      follow-up by Mr. Orr's office in terms of

23      understanding specifically where the IGA sat with the

24      county commissioners.

25  Q.  Have you ever met with City Council or its

281: 1      representatives to discuss your restructuring

2      initiatives?

3  A.  Yes.

4  Q.  How many times?

5  A.  Prior to Gary Brown being appointed chief operating

6      officer, Gary had been on City Council previously, now

7      I interact with Mr. Brown almost daily, but prior to

8      him taking that role, I would say, between my team and

9      me, maybe three times.

10  Q.  And what was the most recent?

11  A.  Perhaps in May.

12  Q.  In May.

13  A.  Yes.

14  Q.  So you have not met with City Council, well, neither

15      you nor your team have met with City Council or its

16      representatives to discuss the restructuring

17      initiatives since the bankruptcy case was filed, is

18        that correct?

19   A.   One of my partners has had some interaction with the

20        president of City Council, Saunteel Jenkins, that's

21        Van Conway, and that's been as recent as I think in

22        October, but in terms of sitting down and reviewing

23        restructuring initiatives, I don't think that there

24        have been any meetings since approximately May.

25   Q.   What was the topic of the most, the October meeting

282: 1       you just mentioned, do you know?

2   A.   They were actually talking about potentially having

3        some more communication between City Council and

4        Conway MacKenzie.

5   Q.   Is it your intention to seek City Council formal

6        approval of any of the restructuring initiatives you

7        contemplate?

8   A.   That's not up to me, I leave that to Mr. Orr, and if

9        Mr. Orr would like for me or anyone from my firm to

10       present to City Council, then we certainly would do

11       that.

12   Q.   And then one more question and then I'll let you go,

13       Mr. Hackney was comprehensive.

14            I take it since you really haven't met in

15       any sort of formal fashion with City Council since

16       May, that Conway MacKenzie did not participate in any

17       presentation to City Council regarding the DIP loan?

18   A.   Correct, that's right.

247

**Pg: 286 Ln: 23 - Pg: 287 Ln: 8**

**Designation:**

286:23  Q.  Well, are you saying that all of the DIP proceeds will

    24        in fact be used for the reinvestment initiative or

    25        reinvestment and restructuring initiatives?

287: 1  A.  We just have not presented it that way; so again, the

     2        cash comes in and then the cash goes out.  There is

     3        just not a presentation that is used specifically for

     4        that.  I'm not aware of any restrictions that would

     5        necessarily be in place in that regard, but certainly

     6        there are more uses in terms of restructuring and

     7        reinvestment than there is, than there are sources of

     8        Quality of Life proceeds.

**Pg: 288 Ln: 14 - Pg: 290 Ln: 6**

**Designation:**

288:14  Q.  Is it your opinion that all of the DIP proceeds are

    15        essential to maintaining City services in the next

    16        year or two years?

    17  A.  Yes.

    18  Q.  And what's the basis for that opinion?

    19  A.  The City as it's operating right now, it's incredibly

    20        difficult for the City to perform the most basic

    21        duties.  The City is losing people on a daily basis;

    22        the difficulty in performing those basic duties is

248

23      getting greater every day.

24           I hesitate to think what it would look like

25      if there was no restructuring and reinvestment

289: 1      spending for the next year, how poorly the services

2      would become, and potentially how much more expensive

3      it may be to fix given that additional deterioration.

4  Q.  That addresses the issue of whether additional money

5      is needed.  I don't think it addresses the issue of

6      where does that money come from.  Why does it have --

7      why do you have to fund these, that you say are

8      essential expenditures, out of a DIP loan?  Why can't

9      you fund it through sale of assets, for example?

10  A.  My understanding, first of all, of your question was

11      that you were asking about whether it was necessary to

12      spend this money.  I didn't take from your question

13      that you were asking whether it was necessary to get

14      DIP financing.

15  Q.  Understand.

16  A.  I am not aware of any other sources available right

17      now to fund these items.

18  Q.  And have you looked at other sources yourself and your

19      company?

20  A.  Conway MacKenzie is not involved specifically in the

21      evaluation of potential asset sales.  We have provided

22      or performed a support role as it relates to one of

23      the primary items that has been publicly indicated

24      that may be considered for a transaction and that's

249

```
        25          related to the Water and Sewer Department, but beyond
290: 1              that we are, we tend not to be involved in anything

        2           else in that regard.

        3   Q.      Is there anybody else working for the City who is

        4           involved in that?

        5   A.      Miller Buckfire has the primary task of evaluating the

        6           potential asset, sales of assets.
```

**Pg: 291 Ln: 11 - Pg: 292 Ln: 15**

**Designation:**

```
291:11  Q.      I'm not sure, but I believe there was a discussion

        12          earlier about attrition.  Do you know how many

        13          employees have -- by how much the number of employees

        14          in the City has decreased over the last year?

        15  A.      I look at those numbers all the time.  Off the top of

        16          my head, I can't recall the exact number.

        17  Q.      Well, I have a number that says 902, but I can't tell

        18          you where it came from.  Does that sound in the

        19          ballpark?

        20  A.      That could be right.

        21  Q.      Does that produce a cash flow of savings to the City?

        22  A.      No, not necessarily.  Actually, in many instances it's

        23          a further drain on cash flow; so we have fewer heads,

        24          that drives overtime and we pay more through overtime.

        25                  Some departments where not even six months

292: 1          through the fiscal year and they've exhausted their
```

```
 2          entire budget for overtime at this point; so it's

 3          actually a very inefficient use of dollars right now

 4          because of that corresponding aspect, not to mention

 5          several other inefficiencies that occur.

 6    Q.    Has there been some decrease nevertheless in the --

 7          some savings nevertheless rather?

 8    A.    If you just measure the amount of money going out the

 9          door for labor right now, as compared to what was

10          budgeted, yes, that amount is lower, but you have to

11          take into account those other expenses as well and I

12          have not done a thorough analysis on that.  Certainly

13          could actually be more expensive though.

14    Q.    Just don't know.

15    A.    I don't know.
```

**Pg: 293 Ln: 10 - 13**

**Designation:**

```
293:10   Q.   So in reality the City is not necessarily honoring the

     11        separation of the DIP proceeds into Quality of Life on

     12        the one hand or the swap termination proceeds on the

     13        other?
```

**Pg: 293 Ln: 15 - 18**

**Designation:**

```
293:15   A.   The Quality of Life loan proceeds are shown as coming
```

251

```
16          in.  The swap settlement proceeds don't show as coming

17          in because those, as I understand it, will go directly

18          towards the settlement.
```

**Pg: 293 Ln: 20 - 23**

**Designation:**

```
293:20   Q.   If that settlement does not occur and those other

21          additional funds come in in addition to the 120 for

22          the Quality of Life note, would that additional money

23          be dealt with in the same manner?
```

**Pg: 294 Ln: 1**

**Designation:**

```
294: 1   A.   I don't know.
```

**Pg: 294 Ln: 3 - 8**

**Designation:**

```
294: 3   Q.   Another question that was asked is have you met with

4          City Council relating to DIP and you said no, but have

5          you prepared any analysis on behalf of Conway

6          MacKenzie or the City for the City Council related to

7          the DIP?

8   A.   No.
```

**Designation:**

295: 4   Q.   Are the -- are you familiar with the document that I

     5         just handed to you that's marked as Exhibit 11?

     6   A.   I have not seen this document.

     7   Q.   Did your involvement in the operational aspect of the

     8         City's finances include delineating which reductions

     9         will take place in those first six months of fiscal

    10         year 2014?

    11   A.   Yes.  The schedule that had been alluded to before,

    12         which showed the comparison between what was in the

    13         creditor proposal and what was in the post petition

    14         financing forecast, the recommendations on the timing

    15         changes were driven by Conway MacKenzie.

    16   Q.   Are any of the changes that you just talked about, any

    17         of the reductions for fiscal year 2014, embodied in an

    18         amendment to the 2014 budget that is set forth in the

    19         document that I just handed to you?

    20   A.   No.

    21   Q.   So is this document a separate set of reductions to

    22         the fiscal year 2014 budget?

    23   A.   Although I have not seen this document, based on my

    24         quick glance, I am familiar with what I believe it was

    25         intending to do, and that is, the City adopted a

296: 1         budget that was inconsistent with the creditor

     2         proposal; so the budgeting department of the City

253

3    begins its activities six months or more in advance of

4    when a fiscal year begins.

5          So the budget for fiscal year '14, which is

6    the one that we're in right now, that budget did not

7    match up with the creditor proposal.  The intention of

8    this, as I understand it, is to bridge closer to the

9    creditor proposal.

10          So items were moved out of certain

11    budgetary accounts into a bucket, and then as

12    initiatives are undertaken, it will come from this

13    budget, or this bucket I should say, and moved into

14    the respective departments.

15  Q.  If we look at the first page of the document, it

16    states that debt service appropriations for pension

17    obligation certificates and limited tax general

18    obligation debt for which principal and interest are

19    not being remitted during the Chapter 9 bankruptcy

20    filing are to be reallocated for general operational

21    restructuring purposes.

22          And then the next paragraph it talks about

23    the Budget Department requests that you amend the

24    City's fiscal year 2014 budget to shift $95 million

25    from various appropriations in the general fund to the

297: 1    general restructuring account.

2          Do you see that portion?

3  A.  Yes.

4  Q.  Is that consistent with the explanation that you just

```
 5         gave me or did I misunderstand your explanation?

 6         Because they sound different to me.

 7   A.    It is consistent with my explanation or the answer

 8         that I've previously given.

 9   Q.    At the bottom where it states reallocation amendments

10         from the restructuring account will also be required,

11         is that what you meant when you said they were going

12         to be moved to one bucket and then moved back later?

13   A.    Yes.

14   Q.    So on the second page, there's a long list of funds

15         that, as I understand this document, had

16         appropriations as part of the budget, and these

17         particular appropriations are actually being

18         decreased, so the money's being taken away, right?

19   A.    Yes.

20   Q.    And this includes appropriations for finance, the IT

21         Department, the fire department, the police

22         department, the Public Lighting Department, et cetera.

23   A.    Specifically related to LTGO indebtedness and the

24         pension obligation certificates, so it's taking the

25         amounts that were appropriated for those two items

298: 1     from these various departments and moving it into a

 2         restructuring bucket.

 3   Q.    So let me see if I understand your, how this relates

 4         to the Quality of Life note.

 5               Are any of the Quality of Life note

 6         proceeds being used to basically fill the gap where
```

255

7        this $95 million budget reduction was created for any

8        of these departments?

9  A.   No.  Just to be clear, when the appropriations have

10      been decreased, they have been decreased because the

11      payments originally appropriated for the LTGO

12      obligations and the pension obligation certificates

13      are not being made as a result of being in Chapter 9,

14      and so those appropriations are being moved over and

15      these items, in addition to the Quality of Life loan

16      proceeds, and any other cash that the City may have,

17      will then be used for the restructuring and

18      reinvestment initiatives.

19  Q.   So is this $95 million in addition to the money that

20      we've discussed today, the $120 million Quality of

21      Life note, are you saying this money would be in

22      addition to that?

23  A.   Yes, ma'am.