# Exhibit 6C

# Excerpt from the Deposition of Charles Moore

```
 1              UNITED STATES BANKRUPTCY COURT
 2           FOR THE EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4
 5   In Re:
 6
 7   CITY OF DETROIT, MICHIGAN          Chapter 9
 8                                      Case No.13-53846
 9            Debtor.                   Hon. Steven Rhodes
10   _____ /
11
12
13        The Deposition of CHARLES MOORE,
14        Taken at 150 West Jefferson Avenue, Suite 2500,
15        Detroit, Michigan,
16        Commencing at 10:00 a.m.,
17        Wednesday, December 4, 2013,
18        Before Kathy Adkins, CRR, RMR, CSR-4697.
19
20
21
22
23
24
25
```

1 APPEARANCES:

2

3 ROBERT W. HAMILTON

4 Jones Day

5 325 John H. McConnell Blvd.

6 Suite 600

7 Columbus, Ohio 43215

8 614.469.3939

9 RWHAMILTON@JONESDAY.COM

10     Appearing on behalf of the City of Detroit.

11

12 MIGUEL F. EATON

13 Jones Day

14 51 Louisiana Avenue, N.W.

15 Washington, D.C. 20001

16 202.879.3939

17 MEATON@JONESDAY.COM

18     Appearing on behalf of the City of Detroit.

19

20

21

22

23

24

25

1  MATTHEW G. SUMMERS

2  Ballard Spahr, LLP

3  919 North Market Street

4  11th floor

5  Wilmington, Delaware 19801

6  302.252.4465

7  summersm@ballardspahr.com

8      Appearing on behalf of EEPK and Affiliates.

9

10  VINCENT J. MARRIOTT III

11  Ballard Spahr LLP

12  1735 Market Street

13  51st Floor

14  Philadelphia, Pennsylvania 19103

15  215.665.8500

16  marriott@ballardspahr.com

17      Appearing on behalf of EEPK and Affiliates.

18

19  STEPHEN HACKNEY

20  Kirkland & Ellis, LLP

21  300 North LaSalle

22  Chicago, Illinois 60654

23  312.862.2157

24  stephen.hackney@kirkland.com

25      Appearing on behalf of Syncora Capital Assurance.

1   JENNIFER GREEN

2   ROBERT GORDON

3   Clark Hill, P.L.C.

4   500 Woodward Avenue

5   Suite 3500

6   Detroit, Michigan 48226

7   313.965.8300

8   jgreen@clarkhill.com

9   rgordon@clarkhill.com

10        Appearing on behalf of Police and Fire Retirement

11        System and Police and Fire General Retirement System.

12

13  ERNEST J. ESSAD, JR.

14  Williams, Williams, Rattner & Plunkett, P.C.

15  380 North Old Woodward

16  Suite 300

17  Birmingham, Michigan 48009

18  248.642.0333

19  eje@wwrplaw.com

20        Appearing on behalf of Financial Guaranty

21        Insurance Company.

22

23

24

25

1. RALPH A. TAYLOR
2. Arent Fox, LLP
3. 1717 K Street, NW
4. Washington, D.C. 20036
5. 202.857.6000
6. ralph.taylor@arentfox.com
7.     Appearing on behalf of Ambac.
8.
9. MARC D. ASHLEY
10. Chadbourne & Parke, LLP
11. 30 Rockefeller Plaza
12. New York, New York 10112
13. 212.408.5194
14. mashley@chadbourne.com
15.     Appearing on behalf of Assured
16.     Guaranty Municipal Corp.
17.
18. JOSEPH SELBY
19. Dentons
20. 1221 Avenue of the Americas
21. New York, New York 10020
22. 212.768.6700
23.     Appearing telephonically on
24.     behalf of Official Committee of Retirees.
25.

1 JEROME D. GOLDBERG

2 Jerome D. Goldberg, PLLC

3 2921 East Jefferson

4 Suite 205

5 Detroit, Michigan 48207

6 313.393.6001

7 apclawyer@sbcglobal.net

8     Appearing on behalf of David Sole, Party in Interest.

1 TABLE OF CONTENTS

2

3  WITNESS                                        PAGE

4  CHARLES MOORE

5

6

7  EXAMINATION

8  BY MR. HACKNEY:                                   9

9  EXAMINATION

10  BY MR. MARRIOTT:                               263

11  EXAMINATION

12  BY MR. TAYLOR:                                 282

13  EXAMINATION

14  BY MS. GREEN:                                  292

15

16                    EXHIBITS

17

18  EXHIBIT                                        PAGE

19  (Exhibits attached to transcript.)

20

21  EXHIBIT 1                                         9

22  EXHIBIT 2                                       114

23  EXHIBIT 3                                       138

24  EXHIBIT 4                                       146

25  EXHIBIT 5                                       160

1    EXHIBIT 6                                    222
2    EXHIBIT 7                                    242
3    EXHIBIT 8                                    244
4    EXHIBIT 9                                    264
5    EXHIBIT 10                                   277
6    EXHIBIT 11                                   295

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  Detroit, Michigan
2  Wednesday December 4, 2013
3  10:00 a.m.
4
5                    CHARLES MOORE,
6     was thereupon called as a witness herein, and after
7     having first been duly sworn to testify to the truth,
8     the whole truth and nothing but the truth, was
9     examined and testified as follows:
10              MARKED FOR IDENTIFICATION
11                 EXHIBIT 1
12                 9:57 a.m.
13                    EXAMINATION
14  BY MR. HACKNEY:
15  Q.  Mr. Moore, good morning.  Can you state your name for
16      the record, please.
17  A.  Yes.  Charles Moore, M-O-O-R-E.
18  Q.  It's my understanding that you've had your deposition
19      taken a number of times before, is that correct?
20  A.  Yes, sir.
21  Q.  And it's fair to say that you have a general
22      understanding of the way a deposition process works,
23      is that correct?
24  A.  Yes.
25  Q.  The most important rule from my standpoint is that if

1  A.  Yes.

2  Q.  And the scope of services did not change with the

3      amendment as you understand it, correct?

4  A.  Correct.

5  Q.  And is Conway MacKenzie performing all of the services

6      that are described in Exhibit A?

7  A.  Yes.

8  Q.  Do you see that on the first page of Exhibit A, which

9      also has got the number three on it under the

10     contract, do you see that down at the bottom?

11 A.  Yes, sir.

12 Q.  Do you see that it says that one of the things that

13     you will do is that you will work collaboratively with

14     City of Detroit, State of Michigan, and outside

15     professionals to develop a detailed, comprehensive

16     work plan, do you see that?

17 A.  Yes.

18 Q.  Did Conway MacKenzie do that?

19 A.  Yes.

20 Q.  Do you know when it completed that work plan?

21          MR. HAMILTON:  Object to form.

22 A.  The initial work plan that was established would have

23     been completed in January of 2013.

24 BY MR. HACKNEY:

25 Q.  You said initial, are you suggesting that it's

```
                                                                    18
 1         something that is constantly revised or has been
 2         revised since the initial one was completed?
 3   A.    Yes, a work plan is essentially meant to identify
 4         tasks that need to be performed and manage those
 5         tasks, and so periodically we are providing updates to
 6         the City regarding upcoming tasks.
 7   Q.    So is this one of those things where as tasks are
 8         completed, the completion of the tasks are noted, as
 9         additional tasks are added, they are added to the work
10         plan and it's an organic living document?
11   A.    Yes.
12   Q.    How regularly is that updated?
13   A.    There's not a set frequency.  Sometimes, and by the
14         way, there may be multiple items that can be
15         considered a work plan.  Our communications with the
16         department regarding upcoming activities may take one
17         form, our communications with say the emergency
18         manager office may take another form.  Generally
19         speaking, every two to three weeks or so documents are
20         updated.
21   Q.    Is the work plan something that's available to
22         creditors to your knowledge?
23   A.    I'm not aware.
24   Q.    Okay.  Do you know whether you've ever been, have you
25         ever been asked to produce it so that it could go into
```