# Exhibit 1

# Proposed Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON THE OBJECTORS' SUPPLEMENTAL MOTION TO ADMIT CERTAIN DEPOSITION TESTIMONY OF CHARLES MOORE AND JAMES DOAK

This matter coming before the Court on the *Ex Parte Motion for An Order Shortening Notice and Scheduling an Expedited Hearing on The Objectors' Motion to Admit Certain Deposition Testimony of Charles Moore and James Doak* (the "Motion"); the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Objectors' Motion is GRANTED.

2. A hearing with respect to The Objectors' Supplemental Motion to Admit Certain Deposition Testimony of Charles Moore and James Doak shall be held on December 13, 2013 before the Hon. Steven Rhodes in Courtroom 716,

Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

3. The joining Objectors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____

STEVEN W. RHODES
United States Bankruptcy Judge