# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

      I, Stephen C. Hackney, hereby certify that The Objectors' Supplemental Motion to Admit Certain Deposition Testimony of Charles Moore and James Doak [Docket No. 2035] and the *Ex Parte* Motion for an Order Shortening Notice and Scheduling an Expedited Hearing on the Objectors' Supplemental Motion to Admit Certain Deposition Testimony of Charles Moore and James Doak [Docket No. 2036] were filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 11th day of December, 2013.

Dated: December 11, 2013                Respectfully submitted,

                                      **KIRKLAND & ELLIS LLP**

By: */s/ Stephen C. Hackney*
     James H.M. Sprayregen, P.C.
     Ryan Blaine Bennett
     Stephen C. Hackney
     KIRKLAND & ELLIS LLP
     300 North LaSalle
     Chicago, Illinois 60654
     Telephone: (312) 862-2000
     Facsimile: (312) 862-2200

            - and -

     Stephen M. Gross
     David A. Agay
     Joshua Gadharf
     MCDONALD HOPKINS PLC
     39533 Woodward Avenue
     Bloomfield Hills, MI 48304
     Telephone: (248) 646-5070
     Facsimile: (248) 646-5075

     *Attorneys for Syncora Guarantee Inc. and*
     *Syncora Capital Assurance Inc.*

**Exhibit 1**
Electronic Mail Service List

| | |
|---|---|
| Abby.wilkinson@FaegreBD.com | jharrison@uwua.net |
| acaton@kramerlevin.com | jhb_ecf@osbig.com |
| afscme207@sbcglobal.net | jkamins@fosterswift.com |
| afscmelocal1023@att.net | kevin.baum@kattenlaw.com |
| deliaenright@hotmail.com | john.dillman@lgbs.com |
| afscmelocal229@ymail.com | john.sieger@kattenlaw.com |
| agarrett@miafscme.org | jsgroi@honigman.com |
| agarrett@miafscme.org | jskalish@aol.com |
| agerdes@gerdesplc.com | jturner@clarkhill.com |
| alfredo.perez@weil.com | julia.caroff@usdoj.gov |
| anurses@att.net | jweiner@mcdonaldhopkins.com |
| aoreilly@honigman.com | karen.dine@kattenlaw.com |
| apclawyer@sbcglobal.net | kelly.diblasi@weil.com |
| arlene.kirby@yahoo.com | ken.higman@hp.com |
| aross@dwsd.org | kenneth.noble@kattenlaw.com |
| aroth@bredhoff.com | jfreund@bredhoff.com |
| dgreenfield@bredhoff.com | Kim.robinson@bfkn.com |
| Artp1@degc.org; gwlong@degc.org; navin@degc.org; | KingR@detroitmi.gov |
| atulocal26pba@aol.com | KingY687@detroitmi.gov |
| ayala.hassell@hp.com | kmiller@skjlaw.com |
| ayoung586@comcast.net | kovskyd@pepperlaw.com |
| bankruptcy@markowitzlegal.com | kressk@pepperlaw.com |
| Bankruptcy2@ironmountain.com | kschneider@schneidermiller.com |
| bbennett@jonesday.com | Ksummers@dflaw.com |
| bberens@jonesday.com | kthornbladh@gmail.com |
| bbest@schaferandweiner.com | langstony@gmail.com |
| bborder@sspclegal.com | laplante@millercanfield.com |
| bbowman@bodmanlaw.com | lawrence.bell@usbank.com |
| bceccotti@cwsny.com pdechiara@cwsny.com | lazonia.clark@chasepaymentech.com |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| tciantra@cwsny.com | |
| BellM1@michigan.gov | lbrimer@stroblpc.com |
| bfagan@dibandfagan.com | lisa.fenning@aporter.com |
| billwertheimer@gmail.com | llarose@chadbourne.com skohn@chadbourne.com |
| bjdelta55@gmail.com | llarose@winston.com |
| skohn@winston.com | skohn@winston.com |
| bkott@lewismunday.com | local2920@sbcglobal.net |
| BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org | lrochkind@jaffelaw.com |
| bokeefe@lippittokeefe.com | m.neil@sbcglobal.net |
| bpatek@ermanteicher.com | mail@goodmanhurwitz.com |
| bgoodman@goodmanhurwitz.com | mcto@debevoise.com |
| BrooR@detroitmi.gov | marcicampbel@gmail.com |
| btrumbauer@bodmanlaw.com | Maria.D.Giannirakis@usdoj.gov |
| canderson@dwsd.org | mark.ellenberg@cwt.com |
| Lary.Stromfeld@cwt.com | caroline.english@arentfox.com |
| carole.neville@dentons.com | marriott@ballardspahr.com |
| cash@wnj.com | mcqueen@dwsd.org |
| cbullock@sbplclaw.com | ecrowder@sbplclaw.com |
| nlabovitz@debevoise.com | Jason.Jurgens@cwt.com |
| ck445polc@yahoo.com | mdordeski@foleymansfield.com |
| claude.montgomery@dentons.com | melanie.kotler@nortonrosefulbright.com |
| clrncsndrs@yahoo.com | melissa@demolaw.com |
| cobbm@detroitmi.gov | mfield@stroblpc.com |
| conlitpc@sbcglobal.net | miag@michigan.gov |
| cphillips@miafscme.org | mike.gearin@klgates.com |
| czucker@ermanteicher.com | Mike.Paslay@wallerlaw.com |
| david.boyle@airgas.com | mimilaurie@yahoo.com |
| ltownse@detroitpubliclibrary.org | Ryan.Cochran@wallerlaw.com |

| | |
|---|---|
| **Exhibit 1** Electronic Mail Service List | |
| David.Dubrow@arentfox.com | missnick64@hotmail.com |
| david.dubrow@arentfox.com | MIStateTreasurer@michigan.gov |
| mark.angelov@arentfox.com | morris@silvermanmorris.com; |
| carol.cohen@arentfox.com | tgraves@allardfishpc.com |
| david.lemke@wallerlaw.com | hmcgivern@orlans.com |
| courtney.rogers@wallerlaw.com | mjkarwoski@alumni.nd.edu |
| david.rosenzweig@nortonrosefulbright.com | mkato@sachswaldman.com |
| dbeckwith@fosterswift.com | mlee@leeandcorrell.com |
| dbernstein@plunkettcooney.com | mnicholson@uaw.net |
| dcopley@dickinsonwright.com | mnicholson@uaw.net; nganatra@uaw.net |
| deisenberg@ermanteicher.com | avery@silvermanmorris.com |
| Detroitinfo@kccllc.com | msl@maddinhauser.com |
| dfish@allardfishpc.com | mtaunt@stroblpc.com |
| dgheiman@jonesday.com | plannen@plunkettcooney.com |
| hlennox@jonesday.com | crule@orlans.com |
| tawilson@jonesday.com | mvanoverbeke@vmtlaw.com |
| DiazM3329@gmail.com | mwarner@coleschotz.com |
| dlerner@plunkettcooney.com | nayad@ayadlaw.com |
| dls@wmlaborlaw.com | NicDun@detroitmi.gov |
| dmalcolm@miafscme.org | paige.barr@kattenlaw.com |
| dmcnamara344@aol.com | Pamkin@detroitmi.gov |
| dmollicone@dmms.com | patel@dwsd.org |
| dmzack@mcalpinepc.com | pcanzano@sidley.com |
| DoluntS320@detroitmi.gov | pdibello@ca.ibm.com |
| dplon@sirlinlaw.com | pghosh@dwsd.org |
| dpoitras@jmbm.com | phage@jaffelaw.com |
| dpospiech@morganmyers.com | philphil48238@yahoo.com |
| dweiner@schaferandweiner.com | poam@poam.net |
| eabood-carroll@orlans.com | pra@vanguardians.org |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| hdickow@orlans.com | |
| ecf@gudemanlaw.com | presidentjan@aol.com |
| ecf@kaalaw.com | presidentlocal1227@hotmail.com |
| ecf@lassnerlaw.com | princel@dteenergy.com |
| ecf@zaplc.com | proberts@shawfishman.com<br>rfishman@shawfishman.com<br>ibodenstein@shawfishman.com<br>ggouveia@shawfishman.com<br>ddoyle@shawfishman.com<br>mreiser@shawfishman.com |
| eduardo.rodriguez@bnymellon.com | pwhunt@kerr-russell.com |
| edunn@maxwelldunnlaw.com | rayguzall@attorneyguzall.com |
| Edwin.smith@bingham.com | rdiehl@bodmanlaw.com |
| edwin.smith@bingham.com | jteicher@ermanteicher.com |
| jared.clark@bingham.com; | mott@schiffhardin.com |
| steven.wilamowsky@bingham.com | mrjames@wwrplaw.com |
| marcus.marsh@bingham.com | rdpffa@hotmail.com |
| eerman@ermanteicher.com | Reesel@detroitmi.gov |
| efeldman@clarkhill.com | rfrimmer@schiffhardin.com |
| ejessad@wwrplaw.com | rgordon@clarkhill.com |
| ejr@morganmeyers.com | rplecha@lippittokeefe.com |
| emajoros@glmpc.com | rrose@dykema.com |
| emcneil@miafscme.org | sam.alberts@dentons.com |
| enovetsky@jaffelaw.com | Schneiderm7@michigan.gov |
| etashman@sidley.com | schneiderm7@michigan.gov |
| jbjork@sidley.com | sdeeby@clarkhill.com |
| express33@aol.com | Sean.Cowley@usdoj.gov |
| flanchers@michigan.gov | senoritabonita@peoplepc.com |
| fusco@millercanfield.com | sfarrell@dykema.com |
| gary.holtzer@weil.com | ddozeman@wnj.com |
| alfredo.perez@weil.com | sfoss@winston.com |
| gneal@sidley.com | sgross@mcdonaldhopkins.com |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| swansonm@millercanfield.com | sgrow@wnj.com |
| cash@wnj.com" | carlson@millercanfield.com |
| green@millercanfield.com | pgross@lowenstein.com |
| laplante@millercanfield.com | showell@dickinsonwright.com |
| gvp1220@aol.com | simoliun@dwsd.org |
| HansberryM@detroitmi.gov | skhanna@berkre.com |
| hertzbergr@pepperlaw.com | slevine@lowenstein.com |
| Howard.Hawkins@cwt.com | akochis@wolfsonbolton.com |
| lary.stromfeld@cwt.com | soconnor@glmpc.com |
| howard@jacobweingarten.com | steveramadan@gmail.com |
| hsanders@miafscme.org | stoby@dykema.com |
| info@drcea.org | summersm@ballardspahr.com |
| jallmand@dmms.com | susan.brown5@usbank.com |
| hall@bwst-law.com | susan.jacobsen2@usbank.com |
| jbank@kerr-russell.com | swahl@schiffhardin.com |
| jbellman@jonesday.com | swilson@dwsd.org |
| jbendernagel@sidley.com | swolfson@wolfsonbolton.com |
| jbjork@sidley.com | theda3t@yahoo.com |
| jcalton@honigman.com | TL214teams@ameritech.net |
| jcanzano@michworklaw.com | tmayer@kramerlevin.com |
| jcarter@sbsco.com | tsable@honigman.com |
| jcunningham@uaw.net | union836@yahoo.com |
| jcunningham@uaw.net | vgflawyer@sbcglobal.net |
| jd@primeshares.com<br>transfer@primeshares.com | wilkins@bwst-law.com |
| jeaton@cousenslaw.com | william.miller@iuoe324.org |
| jeff@iobillboard.com | williamsa@dhcmi.org |
| JenkinsH@detroitmi.gov | wsmith@mwe.com |
| jerry.ellis@couzens.com | wsmith@mwe.com; ncoco@mwe.com |
| jfischer@carsonfischer.com | rweisberg@carsonfischer.com |
| cgrosman@carsonfischer.com | wwkannel@mintz.com |

7
13-53846-tjt    Doc 2037    Filed 12/11/13    Entered 12/11/13 07:43:36    Page 7 of 9

| **Exhibit 1** | |
|---|---|
| Electronic Mail Service List | |
| jgadharf@mcdonaldhopkins.com | yo@osbig.com |
| jgatteno@comcast.net | youngM604@detroitmi.gov |
| Polo4491@aol.com | awalker@mintz.com |
| jgregg@btlaw.com; pmears@btlaw.com | Yvonners2001@yahoo.com |

**Exhibit 2**
First Class Mail Service List

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI 48226

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI 48226

Detroit Police Benefit and Protective Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard
Suite 405
Detroit, MI 48202

The Office of the Governor of the State of Michigan
Governor Rick Snyder
P.O. Box 30013
Lansing, MI 48909

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI 48226

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA 30328

The City of Detroit
Attn: Kevyn D. Orr, Emergency Manager
Coleman A. Young Municipal Center
2 Woodward Ave, Suite 1126
Detroit, MI 48226

The City of Detroit
Attn: Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue
Fifth Floor
Detroit, MI 48226

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI 48325

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI 48226