# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name _____ **Claude D. Montgomery** _____

Firm _____ **Dentons US LLP** _____

Address _____ **1221 Avenue of the Americas** _____

City, State, Zip _____ **New York, New York 10020** _____

Phone _____ **212-768-6700** _____

Email _____ **claude.montgomery@dentons.com** _____

**Case/Debtor Name:** **City of Detroit, Michigan**

**Case Number:** **13-53846**

**Chapter:** **9**

**Hearing Judge** **Hon. Steven Rhodes**

◉ Bankruptcy ○ Adversary

○ Appeal **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** **10/21/2013** **Time of Hearing:** **1:00 p.m.** **Title of Hearing:** eligibility issue

Please specify portion of hearing requested: ◉ Original/Unredacted ○ Redacted ○ Copy (2nd Party)

◉ Entire Hearing ○ Ruling/Opinion of Judge ○ Testimony of Witness ○ Other

Special Instructions: **Official final transcript** _____

---

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

◉ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

FOR COURT USE ONLY

Transcript To Be Prepared By

_____
Date        By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/Claude D. Montgomery _____ Date: **12/11/2013**

By signing, I certify that I will pay all charges upon completion of the transcript request.