UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                                                   :

In re                                                                : Chapter 9

CITY OF DETROIT, MICHIGAN,         : Case No. 13-53846

                          Debtor.           : Hon. Steven W. Rhodes

---------------------------------------------------------x

# *EX PARTE* ORDER AUTHORIZING
# CITY TO FILE A REPLY IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of City for an Order Authorizing it to File a Reply in Excess of Page Limit (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

---

[1]    Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2. The City is granted relief from the page limit for reply briefs set forth in paragraph 3 of the Motion Procedure Order and may file its Reply in excess of 30 pages.

.

**Signed on December 11, 2013**

                                                   /s/ Steven Rhodes
                                                   **Steven Rhodes**
                                                   **United States Bankruptcy Judge**