UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In Re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

### *EX PARTE* ORDER AUTHORIZING MERRILL LYNCH CAPITAL SERVICES, INC. AND UBS AG TO FILE A JOINT STATEMENT AND REPLY IN EXCESS OF PAGE LIMITS

This matter coming before the Court on the *Ex Parte* Motion of Merrill Lynch Capital Services, Inc. and UBS AG to File a Joint Statement in Support of the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019 and (III) Granting Related Relief, and in Reply to the Objections to the Motion, and the Court being fully advised in the premises;

IT IS ORDERED THAT:

1.  The Motion is GRANTED.

2.  Merrill Lynch Capital Services, Inc. and UBS AG may file a Joint Statement in Support of the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement

Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019 and (III) Granting Related Relief, and in Reply to the Objections to the Motion (a "Statement and Reply") in excess of page limits.

3. The Statement and Reply may be no more than forty (40) pages.

.

**Signed on December 11, 2013**

                                                                 /s/ Steven Rhodes
                                                                 **Steven Rhodes**
                                                                 **United States Bankruptcy Judge**