UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:      Chapter 9
    Case No. 13-53846

City of Detroit, Michigan,

    Debtor.

_____/

**INTERESTED PARTY DAVID SOLE'S AMENDMENT OF HIS WITNESS LIST [DOCKET 1889] TO DESIGNATE WALLACE C. TURBEVILLE AS AN EXPERT WITNESS FOR DECEMBER 17, 2013 HEARING [DOCKET 1864] ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157]**

Now comes Interested Party David Sole and places this honorable Court and the parties on notice that he is amending his witness list [Docket 1889] to designate Wallace C. Turbeville as an expert witness or in the alternative as an expert rebuttal witness in connection with the hearing scheduled for December 17-19 on Debtor's Motion for Assumption of Forbearance Agreement [Docket 157] and Debtor's Motion to Approve Post-Petition financing [Docket 1520].

Mr. Turbeville's expert report, curriculum vitae, and the Demos Report which he authored and which contains many of the opinions and data upon which the opinions are based, are all attached.

    Respectfully submitted,
    JEROME D. GOLDBERG, PLLC
    By: */s/ Jerome D. Goldberg*
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Phone: 313-393-6001
DATED: December 11, 2013     Email: apclawyer@sbcglobal.net

1