INDEX OF EXHIBITS

1. Turbeville Expert Report
2. Turbeville Curriculum Vitae
3. Demos Report