# EXHIBIT 2

# RESUME

# WALLACE C. TURBEVILLE

**Professional Experience**

*Current Position*

Senior Fellow, Demos, March 2012 to date
- Research and Writing on Financial Markets
- Member of the CFTC Technology Advisory Committee
- Author of numerous articles, including "Cracks in the Pipeline" research series
- Testimony before several Congressional Committees regarding financial regulation
- Consultation with Federal Agencies, Members of Congress and Administration Officials

*Finance*

Goldman, Sachs & Co., Vice President, 1985 – 1997

- Municipal Bond Department, New York (Fixed Income Division), 1995 -1990
- Co-Head European Structured Finance Group, London (Investment Banking Division), 1990 – 1995
- Infrastructure Finance Group, New York (Fixed Income Division and Investment Banking Division Joint Venture), 1995-1997
- Served on UK Treasury Committee for Transportation Finance Policy, 1994 - 1995
- Financed numerous projects and enterprises for governments and companies

Founding Partner of the Kensington Group (Domestic and International Infrastructure Finance Advisory Firm), New York, 1997 – 2002

- Separately advised California Power Exchange and Bechtel related to the energy market crisis in 2000 – 2002
- Advised on numerous domestic and international infrastructure projects

Chief Executive Officer and Founder of VMAC LLC (Provides Post-Trade Position and Credit Management Structures for OTC Derivatives), 2002 – 2009

- Spun off from Kensington Group
- Developed legal framework to secure participants' positions in the event of counterparty default and bankruptcy
- Created system for position valuation for illiquid over-the-counter transactions
- Developed IT systems for trade data capture and real time valuation of portfolios

- Managed 10 employees and numerous service contracts with individuals and institutions
- Secured contracts with 15 trading participants and managed $3 billion of positions under the system

Visiting Scholar at the Roosevelt Institute, 2010, focusing on Derivatives Markets Infrastructure

Better Markets, Inc. (Non-profit focusing on Financial Markets Regulation), 2010 -2011

- Principal Author of more than 40 Comment Letters on Proposed Regulations of the CFTC, SEC, FSOC and Treasury
- Participant in numerous Roundtables sponsored by the CFTC and the SEC
- Multiple Consultations with Treasury Department, Federal Reserve and Commissioners and Staff of the CFTC and SEC
- Testimony before the Senate Permanent Subcommittee on Investigations (Hearings on Commodity Speculation) and House Banking Committee)

*Practice of Law*

Mudge, Rose, Guthrie, Alexander and Ferdon, Associate, 1977 - 1980
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, Associate, 1980 – 1983
LeBoeuf, Lamb, Leiby & MacRae, Associate, 1983 – 1985

- Primary finance attorney for numerous state and local governments and energy, environmental, housing and transportation authorities
- Primary finance attorney for investment and commercial banks in numerous public offerings and private placements of state and local government debt
- Primary finance attorney for Fidelity Fund in state and local debt placements
- Senior responsibility in representation of the Securities Industry Association in effort to retain Glass Steagall Act (focused on potential for financial service tying arrangements)

## Education

Vanderbilt University, Bachelor of Arts, 1974
Vanderbilt Law School, Doctor of Jurisprudence, 1977

## Further Information

http://www.demos.org/wallace-c-turbeville

## Contact Information

Telephone: 212-966-0073
e-mail: wturbeville@demos.org