UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                  Chapter 9
                                        Case No. 13-53846

City of Detroit, Michigan,

      Debtor.

_____/

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on December 11, 2013, he caused to be electronically filed with the Clerk of the Court, INTERESTED PARTY DAVID SOLE'S AMENDED WITNESS LIST TO DESIGNATE WALLACE C. TURBEVILLE AS EXPERT WITNESS [DOCKET - 2046] IN ADVANCE OF DECEMBER 17, 2013 HEARING [DOCKET 1864] ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157], and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                                               JEROME D. GOLDBERG, PLLC

                                                               By:    */s/ Jerome D. Goldberg*
                                                               Jerome D. Goldberg (P61678)
                                                               Attorney for David Sole, Party in Interest
                                                               2921 East Jefferson, Suite 205
                                                               Detroit, MI 48207
                                                               Phone: 313-393-6001
                                                               Fax: 313-393-6007
                                                               Email: apclawyer@sbcglobal.net

DATED: December 11, 2013