UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

**Order Denying (1) Syncora's Motion to Admit Certain Deposition Testimony [Dkt. #954]; (2) Syncora's Supplemental Motion to Admit Certain Deposition Testimony [Dkt. #2035]; and (3) Syncora's Motion for an Expedited Hearing Regarding Pleading #2035 [Dkt. #2036]**

Syncora has filed the three motions identified in the caption above. The Court concludes that no hearing is necessary to resolve the motions. Accordingly, the motion for an expedited hearing [Dkt. #2036] is denied. Further, the hearing presently set for Syncora's Motion to Admit Certain Deposition Testimony [Dkt. #954] is cancelled.

The Court further concludes that the two motions to admit deposition testimony should be denied without prejudice. The more efficient procedure for the admission of deposition testimony into evidence would be to identify as proposed exhibits the transcripts of such testimony, or portions thereof. Other parties will then have an opportunity to object to such evidence, and also to propose as exhibits counter-designations of deposition testimony.

It is so ordered.

.

**Signed on December 11, 2013**

                                                                                 /s/ Steven Rhodes  
                                                                                 Steven Rhodes  
                                                                                  United States Bankruptcy Judge