UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Order Granting City's Motion in Limine to Exclude the Testimony Of Alexandra Schwarzman [Dkt. #893]

Upon review of this motion, as well as Syncora's response and the City's reply, the Court concludes that no hearing is necessary to resolve the motion. Accordingly, the hearing set for this motion is cancelled.

The Court further concludes that the motion should be granted. It finds that the proffered testimony of Alexandra Schwarzman is entirely irrelevant to whether the City's motions to approve executory contract (Dkts. #17 and #157] and to approve post-petition financing [Dkt. #1520] should be granted.

It is so ordered.

.

**Signed on December 11, 2013**

                                                              /s/ Steven Rhodes
                                                              Steven Rhodes
                                                              United States Bankruptcy Judge