UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
City of Detroit, Michigan,                                      Case No. 13-53846
    Debtor.                                  Hon. Steven W. Rhodes
_____/

### Order Denying Motions to Preclude Debtor from Offering Evidence
### [Dkts. #933 and #935]

Several objectors have filed these two motions. Upon review, the Court concludes that no hearing is necessary to resolve these motions. Accordingly, the hearings that are presently set are cancelled.

The Court further concludes that the motions should be denied without prejudice, because the issues raised in the motions are more efficiently and properly addressed within the context of the trial itself. Further, the Court finds no cause to consider the issues in advance of trial.

It is so ordered.

.

**Signed on December 11, 2013**

                                                 /s/ Steven Rhodes
                                                 Steven Rhodes
                                                 United States Bankruptcy Judge