# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                    Chapter 9

City of Detroit, Michigan,                                Case No. 13-53846

     Debtor.                                           Hon. Steven W. Rhodes

_____/

## Order Granting City's Motion to Exclude Testimony of Sabiq Bhatti [Dkt. #944]

The Court has reviewed this motion, as well as the response to the motion filed by David Sole. The Court concludes that no hearing is necessary to resolve the motion. Accordingly, the hearing that is presently set is cancelled.

The Court further concludes that the motion should be granted. The testimony of the proposed witness is clearly expert testimony and yet the witness has not been designated as an expert. Moreover, it appears that the witness has been removed from the proponent's witness list.

It is so ordered.

.

**Signed on December 11, 2013**

                                     **/s/ Steven Rhodes**
                                   **Steven Rhodes**
                                   **United States Bankruptcy Judge**