UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

**Notice Regarding Hearings Scheduled For December 16, 2013**

Notice is given that the following matters currently scheduled for hearing on December 16, 2013, shall be held at the following times on that date:

**10:00 a.m.**

    [Dkt. #1933] Motion of the Detroit Retirement Systems to Certify This Court's Eligibility Ruling for Direct Appeal to the Sixth Circuit Court of Appeals

    [Dkt. #1936] Request for Certification filed by Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees

    [Dkt. #1476] Application Pursuant to Sections 901, 1102 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 for Entry of an Order Authorizing the Retention and Employment of Lazard Freres & Co., LLC as Financial Advisor to the Official Committee of Retirees Effective as of September 3, 2013

    [Dkt. #1665] Motion of Debtor, Pursuant to Sections 105 and 502 of the Bankruptcy Code, for Entry of an Order Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition claims

**2:30 p.m.**

    [Dkt. #1035] Motion For Relief from the Automatic Stay to Allow Civil Litigation to Proceed for Discovery Purposes and/or to Recover Any Insurance Coverage Under Defendants' Homeowners Insurance Policies filed by Interested Party Thomas Gerald Moore

    [Dkt. #1377] Motion for Modification of Automatic Stay and the Stay Extension Order, filed by Interested Parties Ian Mobley, Paul Kaiser, Angie Wong, James Washington, Nathaniel Price, Stephanie Hollander, Jason Leverette-Saunders,

Darlene Hellenberg, Kimberly Mobley, Jerome Pierce, Wanda Leverette, and Laura Malher

[Dkt. #1137] Motion for Limited Relief from Automatic Stay filed by Interested Parties LaSalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative

[Dkt. #1155] Motion for Relief from Stay filed by Creditor St. Martins Cooperative

[Dkt. #1745] Motion for Reconsideration of Opinion and Order Denying NAACP's Motion for Relief from Stay (Dkt. #740) and Granting Phillips' Motion for Relief from Stay (Dkt. #1004) filed by Interested Party State of Michigan

The hearings shall be held in Courtroom 100, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on December 11, 2013**

                                                 **/s/ Steven Rhodes**
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**