# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

        Debtor.

_____/

Case No. 13-53846

In Proceedings Under
Chapter 9

Hon. Steven W. Rhodes

## AMBAC ASSURANCE CORPORATION'S AMENDED EXHIBIT LIST FOR EVIDENTIARY HEARING ON DEBTOR'S ASSUMPTION (DKT. NO. 17/157) AND POST-PETITION FINANCING (DKT. NO. 1520) MOTIONS

    1.    Ambac Assurance Corporation ("Ambac") hereby amends its prior-filed exhibit list [Dkt. No. 1978] and identifies the following exhibits that it may use at the Evidentiary Hearing (the "Hearing") [Dkt. No. 1864] related to the Debtor's (1) Motion for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019 and (III) Granting Related Relief (the "Assumption Motion") [Dkt. No. 17/157]; and (2) Motion for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay (the "Post-Petition Financing Motion") [Dkt. No. 1520]:

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Detroit City Code § 18-5-120 *et. seq.* Ambac Assumption Obj. Ex. 1. [Dkt. No. 348-2] |
| 2 | GRS Articles of Incorporation.  Ambac Assumption Obj. Ex. 2.  [Dkt. No. 348-3] |
| 3 | PFRS Articles of Incorporation.  Ambac Assumption Obj. Ex. 3.  [Dkt. No. 348-4] |
| 4 | GRS Service Contract 2006.  Ambac Assumption Obj. Ex. 4.  [Dkt. No. 348-5] |
| 5 | PFRS Service Contract 2006.  Ambac Assumption Obj. Ex. 5.  [Dkt. No. 348-6] |
| 6 | Offering Circular for 2006 COPs.  Ambac Assumption Obj. Ex. 6.  [Dkt. No. 348-7] |
| 7 | City of Detroit 2012 Comprehensive Annual Fiscal Report.  Ambac Assumption Obj. Ex. 7.  [Dkt. No. 348-8] |
| 8 | Detroit City Code § 18-16-1 *et. seq.*  Ambac Assumption Obj. Ex. 8. [Dkt. No. 348-9] |
| * | Ambac reserves the right to use any Exhibits listed by the Debtor with respect to the Hearing regarding Dkt. Nos. 17/157, and 1520. |
| ** | Ambac reserves the right to use any Exhibits marked or identified in depositions of the Debtor's and Objectors' witnesses with respect to Dkt. Nos. 17/157 and 1520. |
| *** | Ambac reserves the right to use any Exhibits listed by any of the other Objectors with respect to the Hearing regarding Dkt. Nos. 17/157 and 1520. |

13-53846-tjt   Doc 2053   Filed 12/11/13   Entered 12/11/13 14:58:16   Page 2 of 4

Respectfully Submitted,

**ARENT FOX LLP**


Dated:  December 11, 2013

By:  /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
RALPH A. TAYLOR, JR.
LEAH MONTESANO
1717 K Street, NW
Washington, DC  20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 BROADWAY
NEW YORK, NY 10019
(212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2013 the foregoing Exhibit List for Evidentiary Hearing on Debtor's Assumption and Post-Petition Financing Motions was filed with the Court's electronic case filing and noticing system and served on all parties registered to receive electronic notices in this matter.

/s/ Carol Connor Cohen