UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S AMENDED WITNESS LIST TO NAME SHARON MCPHAIL AS A REBUTTAL WITNESS IN EVIDENTIARY HEARING ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157]**

Now comes Interested Party David Sole and hear by amends his witness list [Docket 1889] by naming Sharon McPhail, as a rebuttal witness in the evidentiary hearing on Debtor's Motion for a Final Order Approving Post-Petition Financing [Docket 1520] and Debtor's Amended Motion to Assume or Reject Executory Contract [Docket 157]. Ms McPhail was a city employee involved in the hearings when the Pension Obligation Certificates and Interest Rate Swaps were adopted in 2005-2006 and can rebut testimony as to conduct of the counter-parties and ratings agencies in connection with pushing for their adoption.

    Respectfully submitted,

    JEROME D. GOLDBERG, PLLC

    By:    */s/ Jerome D. Goldberg*
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Phone: 313-393-6001
    Fax: 313-393-6007
    Email: apclawyer@sbcglobal.net

DATED: December 12, 2013

1