UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:      Chapter 9
    Case No. 13-53846

City of Detroit, Michigan,

    Debtor.

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 12, 2013, he caused to be electronically filed with the Clerk of the Court INTERESTED PARTY DAVID SOLE'S AMENDED WITNESS LIST TO NAME SHARON MCPHAIL AS REBUTTAL WINTESS [DOCKET 2063 IN ADVANCE OF DECEMBER 17, 2013 HEARING [DOCKET 1864] ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157], and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                          JEROME D. GOLDBERG, PLLC

                          By:    */s/ Jerome D. Goldberg*
                          Jerome D. Goldberg (P61678)
                          Attorney for David Sole, Party in Interest
                          2921 East Jefferson, Suite 205
                          Detroit, MI 48207
                          Phone: 313-393-6001
                          Fax: 313-393-6007
                          Email: apclawyer@sbcglobal.net

DATED: December 12, 2013