Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/13/13** at **10:00 AM** to consider and act upon the following:

*1899* – Motion to Compel the Production of Privilege Log Motion of the Objectors to Compel the Production of Privilege Log Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (Attachments: # 1 Index − Summary of Attachments # 2 Exhibit 1 − Proposed Order # 3 Exhibit 2 − Notice of Motion and Opportunity to Object # 4 Exhibit 3 − None [Brief not Required] # 5 Exhibit 4 − None [Separate Certificate of Service to be Filed] # 6 Exhibit 5 − Affidavits [Not Applicable] # 7 Exhibit 6 − Documentary Exhibits [Not Applicable]) (Hackney, Stephen)

Dated: 12/12/13

                                                    BY THE COURT

                                                    Katherine B. Gullo
                                                    Clerk, U.S. Bankruptcy Court

                                                    BY: christine sikula
                                                    Deputy Clerk