# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) **Expedited Consideration** |
| | ) **Requested** |

**ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON THE MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. TO ADJOURN HEARING ON THE DEBTOR'S ASSUMPTION MOTION [DKTS. 17 AND 157] AND MOTION TO APPROVE POST-PETITION FINANCING [DKT. 1520]**

This matter having come before the Court on the motion (the "Motion") of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") for the entry of an order shortening the notice period and scheduling an expedited hearing on the Motion to Adjourn,[1] the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

---

[1] Capitalized terms used but not defined herein have the meaning set forth in the Motion.

2. The hearing on the Motion to Adjourn shall be held on December 13, 2013, at 10:00 a.m. before Hon. Steven Rhodes in Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

.

**Signed on December 12, 2013**

                                                       /s/ Steven Rhodes
                                                     Steven Rhodes
                                                    United States Bankruptcy Judge