# EXHIBIT 1
## Proposed Form of Order

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Hon. Steven W. Rhodes |
|  | ) |  |
|  | ) |  |

## <u>ORDER CERTIFYING APPEAL TO THE COURT OF APPEALS</u>

Upon the motion [Docket No. __] (the "<u>Motion</u>") of the Retiree Association

Parties for entry of an order certifying its appeal of the Court's order for relief,

supported by the Opinion Regarding Eligibility [Docket No. 1945] (the "<u>Eligibility</u>

<u>Opinion</u>") directly to the United States Court of Appeals for the Sixth Circuit pursuant

to 28 U.S.C. § 158(d)(2)(B)(i) and Federal Rule of Bankruptcy Rule 8001(f)(3); and the

Court having determined that notice of the Motion was sufficient under the

circumstances, and that no other or further notice is required; and the Court having

heard the arguments of the parties regarding the Motion; and upon the record herein;

and after due deliberation thereon; and good and sufficient cause appearing therefore; it

is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the at least one of the circumstances specified in 28 U.S.C. §

158(d)(2)(A) exists. Specifically, the Court finds that (i) the Eligibility Opinion

involves questions of law as to which there is no controlling decision of the Sixth Circuit of Appeals or the Supreme Court of the United States, (ii) the Eligibility Opinion involves a matter of public importance, (iii) an immediate appeal may materially advance the progress of the case.