# EXHIBIT 2

## See Proposed Order (No Additional Notice Attached)