# EXHIBIT 4

## Certificate of Service

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Chapter 9

CITY OF DETROIT, MICHIGAN Case No. 13-53846

Debtor. Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certified that on December 12, 2013, the foregoing document was filed using the Court CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

Respectfully submitted,

/s/ Judy Dobrzycki
Judy Dobrzycki
Lippitt O'Keefe, PLLC
Legal Assistant to Ryan C. Plecha
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
jdobrzycki@lippittokeefe.com

DATED: December 12, 2013