UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

_____/

### EXHIBIT 6 TO MOTION OF THE RETIREE ASSOCIATION PARTIES TO CERTIFY "OPINION REGARDING ELIGIBILITY" AND "ORDER FOR RELIEF UNDER CHAPTER 9 OF THE BANKRUPTCY CODE" FOR DIRECT APPEAL TO THE COURT OF APPEALS

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), respectfully submit the attached at Exhibit 6 to their Motion.

Respectfully submitted,

**LIPPITT O'KEEFE, PLLC**

By: /s/ Ryan C. Plecha
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
Attorneys for Retiree Association Parties
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292; Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

        **SILVERMAN & MORRIS, P.L.L.C.**
        Thomas R. Morris (P39141)
        Karin F. Avery (P45364)
        Co-counsel for Retiree Association Parties
        30500 Northwestern Hwy., Suite 200
        Farmington Hills, Michigan 48334
        Tel: (248) 539-1330; Fax: (248) 539-1355
        morris@silvermanmorris.com
        avery@silvermanmorris.com

Dated: December 12, 2013