Date: 12-10-2013
13-53846

To Whom It May Concern:



This letter is to advise your office that all future correspondence/and mailing

should be forwarded to my home address:

Please send To: Mr. Donald Dowell
2737 Lawrence Street
Detroit, Michigan 48206

PLEASE DO NOT FOWARD TO: Donald Dowell, P.O. Box 38313
Detroit, Michigan 48238-0313

I would greatly appreciate your prompt attention to this matter.

Sincerely, *Donald Dowell*

Mr. Donald Dowell