# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## NOTICE OF TAKING DEPOSITION OF IRVIN CORLEY

PLEASE TAKE NOTICE that counsel for Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit will take the deposition of **IRVIN CORLEY** on December 12, 2013, at 3:00 p.m. (Eastern), at Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226, before a notary authorized by law to administer oaths.

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Jennifer K. Green (P69019)
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com
jgreen@clarkhill.com
*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

Dated: December 12, 2013

# EXHIBIT 1

200053399.1 14895/165085

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 12, 2013, the attached Notice of Taking Deposition was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

    CLARK HILL PLC

    /s/ Robert D. Gordon
    Robert D. Gordon (P48627)
    151 South Old Woodward Avenue, Suite 200
    Birmingham, Michigan 48009
    Telephone: (248) 988-5882
    Facsimile: (248) 988-2502
    rgordon@clarkhill.com

Dated: December 12, 2013    *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*