UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2013, I electronically filed Respondents' Reply to Petitioners' Response to Motion for Reconsideration of Opinion and Order Denying NAACP's Motion for Relief From Stay (Dkt. #740) and Granting Phillips' Motion for Relief From Stay (Dkt. #1004) [Docket No. #2074] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                         */s/Matthew Schneider*
                         Matthew Schneider
                         Chief Legal Counsel
                         Attorney for State of Michigan
                         P.O. Box 30754, Lansing, Michigan  48909
                         (517) 373-3203
                         SchneiderM7@michigan.gov [P62190]
                         Michigan Department of Attorney General