# EXHIBIT 4

# Order for Relief Under Chapter 9 of the Bankruptcy Code

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                           Chapter 9
City of Detroit, Michigan,                                               Case No. 13-53846
Debtor.                                                                          Hon. Steven W. Rhodes
_____/

## Order for Relief Under Chapter 9 of the Bankruptcy Code

The Court has determined that the City of Detroit, Michigan has met all of the applicable requirements and is eligible to be a debtor under chapter 9 of the bankruptcy code. The Court has further determined that the City of Detroit, Michigan filed its chapter 9 petition in good faith.

Accordingly, the Court hereby enters this Order for Relief and grants relief to the City of Detroit, Michigan under chapter 9 of the bankruptcy code.

.

**Signed on December 05, 2013**

                                                                                             **/s/ Steven Rhodes**
                                                                                             **Steven Rhodes**
                                                                                             **United States Bankruptcy Judge**