211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature does not match login re: Amended Notice to Take Deposition Kenneth Buckfire by Creditors Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A. (Docket No. 1971)

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☒ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant

- ☐ Proposed Order
- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 12/10/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                                     United States Bankruptcy Court
                                      Eastern District of Michigan
In re:                                                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                                                 Chapter 9
           Debtor                        CERTIFICATE OF NOTICE
District/off: 0645-2          User: jmaha                  Page 1 of 9                  Date Rcvd: Dec 10, 2013
                              Form ID: def2                Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2013.
cr            +Hypothekenbank Frankfurt AG,   c/o Matthew G. Summers, Esquire,   Ballard Spahr LLP,
               919 N. Market Street, 11th Floor,   Wilmington, DE 19801-3062
cr            +Hypothekenbank Frankfurt International S.A.,   c/o Matthew G. Summers,   Ballard Spahr LLP,
               919 N. Market Street, 11th Floor,   Wilmington, DE 19801-3062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2013                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2013 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Amy D. Caton    on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor   BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Angela  Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur  O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor     Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Brett A. Border    on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
           Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett    on behalf of Debtor In Possession   City of Detroit, Michigan
           bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Interested Party   Ambac Assurance Corporation
           carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville    on behalf of Retiree Committee   Official Committee of Retirees
           carole.neville@dentons.com
          Caroline Turner English    on behalf of Interested Party   Ambac Assurance Corporation
           caroline.english@arentfox.com
          Caroline Turner English    on behalf of Plaintiff   Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
          Christopher A. Grosman    on behalf of Creditor   BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Claude D. Montgomery    on behalf of Retiree Committee   Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Creditor   U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor   Detroit Police Officers Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor   Detroit Police Command Officers Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Daniel J. Weiner    on behalf of Plaintiff   Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party   Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor   Detroit Police Command Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor   Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc. dmollicone@dmms.com
        David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
        David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com
        David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
        David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
        Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com
        Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
        Debra N. Pospiech   on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
        Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association dbeckwith@fosterswift.com
        Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc. don@mcguiganlaw.com
        Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
        Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association eerman@ermanteicher.com
        Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association eerman@ermanteicher.com
        Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
        Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
        Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
        Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
        Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com, litdocket@honigman.com
        Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company emajoros@glmpc.com
        Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
        Eric  Rosenberg   on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
        Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
      Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
      Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
      Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com
      Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
      Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
      Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
      Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com
      Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
      Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
      Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
      Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com
      Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
      Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
      Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com
      Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com, Davis@ConLitPC.com
      James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
      James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com
      James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com
      Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
      Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
      Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
      Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com
      Jay S. Kalish   on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
      Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
      Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
      Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
      Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
      Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
      Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
      Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
      Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net
      John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
      John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
      John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
      John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com
      Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
      Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
      Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
      Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
               mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
              Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
               kressk@pepperlaw.com, alexsym@pepperlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
              Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
               ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
              Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
              Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit Lisa.Fenning@aporter.com
              Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
               Lisa.Fenning@aporter.com
              Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
               lbrimer@stroblpc.com, kvanakin@stroblpc.com
              Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association
               MField@stroblpc.com, jmckeogh@stroblpc.com
              Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Devery Jones mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Mary Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Mary Washington mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Michael Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com

        Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

        Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com

        Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com

        Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

        Matthew Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov

        Matthew Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov

        Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com

        Matthew Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com

        Matthew Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com

        Matthew Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com

        Matthew Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com

        Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG summersm@ballardspahr.com

        Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com

        Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

        Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com

        Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com

        Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com

        Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com

        Melissa L. Demorest   on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com

        Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com

        Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com

        Michael A. Greiner   on behalf of Interested Party   Clifford Properties, Inc. mike@financiallawgroup.com, desiree@financiallawgroup.com;nicole@financiallawgroup.com

        Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com

        Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

        Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

        Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

        Michael R. Bell   on behalf of Interested Party Bill Schuette BellM1@michigan.gov

        Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

        Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com

        My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com

        Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com

        Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP ayadlaw@hotmail.com

        Nabih H. Ayad   on behalf of Interested Party Donnell White ayadlaw@hotmail.com

        Nabih H. Ayad   on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com

        Nabih H. Ayad   on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com

        Nabih H. Ayad   on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com

        Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net

        Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

        Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

        Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com

        Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

        Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

        Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

        Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America pdechiara@cwsny.com
              Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
              Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
               pcanzano@sidley.com
              Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
              Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
               ralph.taylor@arentfox.com
              Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
              Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
               Department ecf@kaalaw.com, wjackson@KAALaw.com
              Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
               robert.darnell@usdoj.gov
              Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
               rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
              Robert M. Fishman    rfishman@shawfishman.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
               hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
              Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
              Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
               ryan.bennett@kirkland.com
              Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan sam.alberts@dentons.com
              Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
               sam.alberts@dentons.com
              Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
               mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
               mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
               soconnor@glmpc.com
              Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
               david.rosenzweig@nortonrosefulbright.com, melanie.kotler@nortonrosefulbright.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
               State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
               slevine@lowenstein.com
              Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
               dguerrero@dykema.com
              Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
               dguerrero@dykema.com
              Stephen B. Grow    on behalf of Creditor     UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Creditor     Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
               stephen.hackney@kirkland.com
              Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
               fusco@millercanfield.com
              Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc. clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC wcb@osbig.com
          William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                      TOTAL: 346