# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN                           In Proceedings Under
                                                    Chapter 9
　　　　　　Debtor.
                                                    Hon. Steven W. Rhodes

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 9010 the undersigned hereby appears as counsel for Ambac Assurance Corporation ("Ambac") and pursuant to Bankruptcy Rule 2002 requests that all notices and all papers given or served in this case be given and served on:

> Emily Baver
> **Arent Fox, LLP**
> 1717 K Street, NW
> Washington, DC 20036-5342
> (202) 857-6000
> emily.baver@arentfox.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rules 2002, 3017 and 9007, but also includes without limitation, orders and notices of any application, motion, response, reply, petition, pleadings, request, plan, complaint or demand, whether

formal or informal, whether written or oral, and whether transferred or conveyed by hand delivery, mail, telephone, telefax, or otherwise, which affects the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this *Notice of Appearance and Request for Service* nor any later appearance, pleading, proof of claim, claim or suit constitutes a waiver of the rights of Ambac: (i) to have final orders entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Respectfully Submitted:

ARENT FOX LLP

By: /s/ Emily Baver
Emily Baver
**Arent Fox, LLP**
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6000
emily.baver@arentfox.com

Dated: December 12, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2013 the foregoing *Notice of Appearance and Request for Service* was filed with the Court's electronic case filing and noticing system and served on all parties registered to received electronic notices in this matter.

/s/ Emily Baver