**<u>EXHIBIT 1</u>**
**Proposed Form of Order**

# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

——————————————————————————x

|  |  |  |
|---|---|---|
|  | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : |  |

——————————————————————————x

### ORDER CLARIFYING THE COURT'S JULY 25, 2013 STAY ORDERS

This matter coming before the Court on the emergency motion of Petitioners Robert Davis and Citizens Untied Against Corrupt Government (collectively "Petitioners") for entry of an order clarifying the Court's July 25, 2013 Stay Orders; the Court having reviewed Petitioners emergency motion and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1. Petitioners' motion is GRANTED.

2. The Court's July 25, 2013 Stay Order Confirming the Protections of the Bankruptcy Code and its July 25, 2013 Stay Order Extending the Chapter 9 Stay does not apply to Petitioners' Quo Warranto Action they will be filing against Mike Duggan in the Wayne County Circuit Court or any appeals that may be pursued thereafter.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.