# EXHIBIT 4
## Certificate of Service

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
|  |  |  |
|---|---|---|
|  | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

_____

## CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that on December 12, 2013, I served a copy of Petitioners Robert Davis' and Citizens United Against Corrupt Government's Emergency Motion for Clarification of the Court's July 25, 2013 Stay Orders on the following parties, via email, at these email addresses:

Stephen LaPlante (laplante@millercanfield.com)

/S/ Andrew A. Paterson_(P18690)_____
Attorney for Petitioners Robert Davis and
Desmond M. White
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712
Aap43@hotmail.com
P18690