# EXHIBIT 6

**DOCUMENTARY EXHIBITS [Exhibits A- Quo Warranto Request Submitted to Attorney General; Exhibit B- Response from Attorney General; Exhibit C- Ex Parte Application for Leave to File Quo Warranto Action that will be filed in Wayne County Circuit Court]**