

BILL SCHUETTE
ATTORNEY GENERAL
STATE OF MICHIGAN

December 9, 2013

Mr. Robert Davis
180 Eason
Highland Park, MI 48203

Dear Mr. Davis:

    This letter is in response to your correspondence dated November 4, 2013, requesting that I institute a quo warranto action under MCR 3.306 and MCL 600.4501 against Mike Duggan, Mayor-Elect of the City of Detroit. This request is based on a purported violation of the Detroit City Charter.

    Under MCL 600.4501, the "attorney general shall bring an action for quo warranto when the facts clearly warrant the bringing of that action." While I have carefully reviewed your letter, I am not persuaded that the circumstances warrant participation by this office. In accordance with your request, I decline to institute the quo warranto action you have requested, and leave you to pursue whatever remedies may be available to you under the applicable law.

                                    Sincerely,

                                      Bill Schuette
                                      Attorney General

WDS/hsm

525 W. Ottawa Street • P.O. Box 30212 • Lansing, Michigan 48909