# EXHIBIT 1
## Proposed form of Order

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : | |
| | : | |

_____x

### ORDER GRANTING PETITIONERS ROBERT DAVIS' AND CITIZENS UNITED AGAINST CORRUPT GOVERNMENTS' MOTION FOR AN *EX PARTE* REDUCING THE TIME FOR A PARTY TO TAKE ANY ACTION OR FILE OBJECTIONS TO PETITIONERS' EMERGENCY MOTION

This matter coming before the Court on the motion of Petitioners Robert Davis and Citizens United Against Corrupt Government ("Petitioners") for entry of an *ex parte* order reducing the time for a party to take any action or file any objections to Petitioner's Emergency Motion for Clarification of the Court's July 25, 2013 Stay Orders ("Emergency Motion"); the Court having reviewed Petitioners' motion and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1. Petitioners' motion is GRANTED.

2. In accordance with LBR 9006-1(b), the time for a party or a party of interest to file any objections to Petitioners' Emergency Motion with this Court is reduced to two (2) business days and a hearing shall be held on Tuesday, December 17, 2013 on Petitioners' Emergency Motion.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.