# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

-------------------------------------------------------x
                                                             :

In re                                           :                    Chapter 9

                                             :

CITY OF DETROIT, MICHIGAN,         :                    Case No. 13-53846

                                             :

                    Debtor.                 :                    Hon. Steven W. Rhodes

                                             :

-------------------------------------------------------x

## <u>NOTICE OF VIDEO DEPOSITION OF SHARON McPHAIL</u>

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit, by and through its counsel, will take the deposition upon oral examination of **Sharon McPhail** at the offices of Pepper Hamilton LLP, 4000 Town Center, Suite 1800, Southfield, MI 48075 on **Monday, December 16, 2013**, or at such other date or place to which the parties mutually agree. The deposition will begin at **9:00 a.m.,** and continue until completed.

Ms. McPhail's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

Ms. McPhail's deposition will be recorded by stenograph and video for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: December 13, 2013                    Respectfully submitted,

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Fax: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

   - and -

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com


**ATTORNEYS FOR THE CITY OF DETROIT**

# Certificate of Service

I, Deborah Kovsky-Apap, hereby certify that on December 13, 2013, I caused the foregoing Notice of Deposition of Sharon McPhail to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

/s/ *Deborah Kovsky-Apap*
Deborah Kovsky-Apap (P68258)