UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————————————————— X
                                                                  :
In re:                                                            :    Chapter 9
                                                                  :
CITY OF DETROIT, MICHIGAN,                                        :    Case No. 13-53846 (SWR)
                                                                  :
                              Debtor.                             :    Hon. Steven W. Rhodes
                                                                  :
———————————————————————— X

## CERTIFICATION OF SERVICE

I, Regina Drouillard, hereby certify that on December 13, 2013, I electronically filed the following:

- Ad Hoc Cops Holders' Reply to the Statement of Merrill Lynch Capital Services, Inc. and UBS AG in Support of Debtor's Motion to Assume Forbearance and Optional Termination Agreement

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI  48226
(313) 961-6141

Dated:  December 13, 2013
U:\merge\cert.efilers only.doc