UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9
  Case No. 13-53846
City of Detroit, Michigan,  Hon. Steven W. Rhodes

    Debtor.
_____/

**Notice of Hearing**

    **PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **Monday 12/16/2013** at **10:00 AM** to consider the issue of whether to certify direct appeals regarding the eligibility of the City of Detroit, Michigan to be a debtor under chapter 9 to the Court of Appeals for the Sixth Circuit.

Dated: 12/13/2013

        BY THE COURT

        Katherine B. Gullo
        Clerk, U.S. Bankruptcy Court

        BY: Christine Sikula
        Deputy Clerk