IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## APPEARANCE OF COUNSEL

The undersigned hereby enters his appearance as an attorney for Interested Parties Ian Mobley, Paul Kaiser, Angie Wong, James Washington, Nathaniel Price, Stephanie Hollander, Jason Leverette-Saunders, Darlene Hellenberg, Kimberly Mobley, Jerome Price, Wanda Leverette, and Laura Mahler. (*See* Motion for Modification of Automatic Stay and the Stay Extention Order, Dkt. # 1377.)

    Respectfully submitted,

    /s/ Daniel S. Korobkin
    Daniel S. Korobkin (P72842)
    American Civil Liberties Union
      Fund of Michigan
    2966 Woodward Ave.
    Detroit, MI 48201
    (313) 578-6824
    dkorobkin@aclumich.org

Dated: December 13, 2013