UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

_____/

Order Denying Motion for Order Reducing Time

On December 13, 2013, petitioners Robert Davis and Citizens United Against Corrupt Government filed a motion for an ex-parte order reducing the time for a party to take any action or file any objections to petitioners' emergency motion for clarification of the Court's July 25, 2013 stay orders relating to the filing of a state court quo warranto action against Mike Duggan. The Court concludes that good cause has not been shown which would warrant the granting of the motion. Accordingly, it is hereby ordered that the petitioners' motion for an order reducing time to take action or file objections (Dkt. #2103) is denied.

.

**Signed on December 13, 2013**

                                                  /s/ Steven Rhodes  
                                                **Steven Rhodes**  
                                                **United States Bankruptcy Judge**