# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-58346 |
| ) | |
| Debtor. ) | Hon. Steven W. Rhodes |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 13, 2013, the Reply of the Detroit Retirement Systems Supporting Certification of a Direct Appeal to the Sixth Circuit [Dkt. No. 2118] was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                  CLARK HILL PLC

                                                  /s/ Robert D. Gordon
                                                  Robert D. Gordon (P48627)
                                                  151 South Old Woodward Avenue, Suite 200
                                                  Birmingham, Michigan 48009
                                                  Telephone: (248) 988-5882
                                                  Facsimile: (248) 988-2502
                                                  rgordon@clarkhill.com

Dated: December 13, 2013        *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

1

200041179.1 14893/165083