211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service Missing for Objection (Entry #2020)

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 12/11/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                           Eastern District of Michigan
In re:                                                               Case No. 13-53846-swr
City of Detroit, Michigan                                            Chapter 9
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: ckata             Page 1 of 9           Date Rcvd: Dec 11, 2013
                              Form ID: def2           Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                           TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2013                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2013 at the address(es) listed below:

              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               bborder@sspclegal.com,  joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
               joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
               joumedian@ssplegal.com
              Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
               bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
              Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
               Care Network of Michigan btrumbauer@bodmanlaw.com
              Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
               bbennett@jonesday.com
              Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
              Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
              Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
               carol.cohen@arentfox.com
              Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
              Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
               carole.neville@dentons.com
              Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
              Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
               charlesID@hotmail.com
              Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               cbullock@sbpclaw.com,  cdbullock@msn.com;lhaas@sbpclaw.com
              Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com,  kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com,  kkranz@wnj.com
              Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc.
               BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
              Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
               claude.montgomery@dentons.com,docketny@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               czucker@ermanteicher.com
              Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
               deisenberg@ermanteicher.com
              David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc.
               dmollicone@dmms.com
              David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
               dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David L. Dubrow    on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com

David L. Dubrow    on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com

David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

Deborah Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com

Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com

Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com

Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com

Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association dbeckwith@fosterswift.com

Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com

Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com

Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com

Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com

Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com, litdocket@honigman.com

Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com

Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net

Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Eric Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com

Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com

Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com
    Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
    Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
    Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
    Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com
    Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com
    Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
    Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
    Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com
    Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com, Davis@ConLitPC.com
    James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
    James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com
    James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com
    Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
    Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
    Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
    Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com
    Jay S. Kalish   on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
    Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
    Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
    Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
    Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
    Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
    Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
    Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
    Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
    John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
    John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
    John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
    John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com
    Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
    Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
    Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
    Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
    Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
    Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
    Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
    Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
    Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association jteicher@ermanteicher.com

Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com

Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association jteicher@ermanteicher.com

Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com

Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com

Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com

Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association Avery@SilvermanMorris.com

Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com

Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com

Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com

Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com

Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com

Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit Lisa.Fenning@aporter.com

Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com

Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan swansonm@millercanfield.com

Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com

Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation mark.angelov@arentfox.com

Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
           wilkins@bwst-law.com,    marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com,    marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com,    marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com,    marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com,    marbury@bwst-law.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Melissa L. Demorest    on behalf of Creditor James   Herbert melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
           melissa@demolaw.com,   paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor John   Denis melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
           mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith  Taunt    on behalf of Creditor    Retired Detroit Police Members Association
           mtaunt@stroblpc.com,   KVanAkin@stroblpc.com
          Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
           mchammer2@dickinsonwright.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party Bill   Schuette BellM1@michigan.gov
          Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
           msl@maddinhauser.com,    bac@maddinhauser.com
          My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell   White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com
          Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America Nganatra@uaw.net
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,   jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,   jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com,    marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
           ralph.taylor@arentfox.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  Randall A. Pentiuk  on behalf of Creditor  St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
  Raymond Guzall, III  on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
  Richardo I. Kilpatrick  on behalf of Interested Party  City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
  Robert Darnell  on behalf of Interested Party  United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
  Robert D. Gordon  on behalf of Creditor  Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
  Robert D. Gordon  on behalf of Creditor  General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
  Robert J. Diehl, Jr.  on behalf of Interested Party  U.S. Bank N.A. rdiehl@bodmanlaw.com
  Robert M. Fishman  rfishman@shawfishman.com
  Robert S. Hertzberg  on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg  on behalf of Plaintiff  City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg  on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg  on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg  on behalf of Defendant  City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg  on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg  on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg  on behalf of Debtor In Possession  City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Ronald C. Liscombe  on behalf of Creditor  Public Lighting Authority rliscombe@alglawpc.com
  Ronald L. Rose  on behalf of Interested Party Angie Wong rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Laura Malher rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Wanda Leverette rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party  Health Alliance Plan of Michigan rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Jason Leverette-Saunders rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Ian Mobley rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Kimberly Mobley rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Stephanie Hollander rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Nathaniel Price rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party James Washington rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Jerome Pierce rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Darlene Hellenberg rrose@dykema.com
  Ronald L. Rose  on behalf of Interested Party Paul Kaiser rrose@dykema.com
  Ryan Plecha  on behalf of Interested Party  Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
  Ryan Plecha  on behalf of Plaintiff  Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
  Ryan Plecha  on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
  Ryan Plecha  on behalf of Interested Party  Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
  Ryan Plecha  on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
  Ryan Plecha  on behalf of Plaintiff  Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
  Ryan Plecha  on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
  Ryan Plecha  on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
  Ryan Blaine Bennett  on behalf of Interested Party  Syncora Guarantee Inc. ryan.bennett@kirkland.com
  Ryan Blaine Bennett  on behalf of Interested Party  Syncora Holdings Ltd. ryan.bennett@kirkland.com
  Ryan Blaine Bennett  on behalf of Defendant  Syncora Guarantee, Inc. ryan.bennett@kirkland.com
  Ryan Blaine Bennett  on behalf of Interested Party  Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
  Sam J. Alberts  on behalf of Plaintiff  Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com
  Sam J. Alberts  on behalf of Retiree Committee  Official Committee of Retirees sam.alberts@dentons.com
  Samuel S. Kohn  on behalf of Creditor  Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
  Samuel S. Kohn  on behalf of Plaintiff  Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
  Sandra L. O'Connor  on behalf of Interested Party  US Health & Life Insurance Company soconnor@glmpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
    Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
    Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit sdeeby@clarkhill.com
    Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
    Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
    Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
    Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
    Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
    Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
    Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
    Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
    Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
    Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
    Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
    Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd. stephen.hackney@kirkland.com
    Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc. stephen.hackney@kirkland.com
    Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
    Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
    Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
    Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
    Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
    Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
    Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
    Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
    Thomas R. Morris    on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
    Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
    Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com
    Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
    Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc. clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
    William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
    William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
    William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
    William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC wcb@osbig.com
    William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
    William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
    William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
    Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                            TOTAL: 350