UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name **Mark R. James**

Firm **Williams, Williams, Rattner & Plunkett, P.C.**

Address **380 N Old Woodward Ave, Ste 300**

City, State, Zip **Birmingham, MI 48009**

Phone **248-642-0333**

Email **mrjames@wwrplaw.com**

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

⦿ **Bankruptcy**    ◯ **Adversary**

◯ **Appeal**    **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 12/13/2013    **Time of Hearing:** 10:00 am    **Title of Hearing:** Pre Trial / Motion Hearing

Please specify portion of hearing requested:    ⦿ **Original/Unredacted**    ◯ **Redacted**    ◯ **Copy** (2nd Party)

⦿ Entire Hearing        ◯ Ruling/Opinion of Judge        ◯ Testimony of Witness        ◯ Other

Special Instructions: _____

---

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

⦿ Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark R. James            Date: **12/14/2013**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                                    Date        By

Order Received:

Transcript Ordered

Transcript Received