Form designat

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**

In Re: (NAME OF DEBTOR(S))

   City of Detroit, Michigan

_____/

## NOTICE OF REQUIREMENT TO FILE DESIGNATION

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **12/11/2013** from an order entered by Judge **Steven W. Rhodes** on **12/05/2013** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 12/12/13

                              BY THE COURT

                              Katherine B. Gullo , Clerk of Court
                              UNITED STATES BANKRUPTCY COURT

In re:                                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                                 Chapter 9
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: ktrio     Page 1 of 9        Date Rcvd: Dec 12, 2013
                 Form ID: designat   Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
retcm     Official Committee of Retirees
                                                      TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2013                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2013 at the address(es) listed below:

         A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
         Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
           achouprouta@kramerlevin.com
         Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
           acaton@kramerlevin.com,  achouprouta@kramerlevin.com
         Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
           aap43@outlook.com,  aap43law@gmail.com
         Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
           aap43law@gmail.com
         Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
           wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
         Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
           agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
         Angela  Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
           HollisR@dhcmi.org
         Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
         Arthur  O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
           aoreilly@honigman.com,  ahatcher@honigman.com
         Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
         Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
           and Agricultural Implement Workers of America bceccotti@cwsny.com
         Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
           bpatek@ermanteicher.com
         Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           bpatek@ermanteicher.com
         Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
           bpatek@ermanteicher.com
         Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           bpatek@ermanteicher.com
         Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
           bfagan@dibandfagan.com
         Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
           bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
         Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
         Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
         Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
           ssikorski@manteselaw.com
         Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
           joumedian@sspclegal.com
         Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
           bborder@sspclegal.com,  joumedian@sspclegal.com
         Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
           joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Brett A. Border   on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
               joumedian@ssplegal.com
              Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
               bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
              Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
               Care Network of Michigan btrumbauer@bodmanlaw.com
              Bruce  Bennett   on behalf of Debtor In Possession    City of Detroit, Michigan
               bbennett@jonesday.com
              Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
              Carla Orman Andres   on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
              Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
               carol.cohen@arentfox.com
              Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
              Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
               carole.neville@dentons.com
              Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
              Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
               charlesID@hotmail.com
              Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               cbullock@sbpclaw.com,  cdbullock@msn.com;lhaas@sbpclaw.com
              Charles N. Ash   on behalf of Creditor    UBS AG cash@wnj.com,  kkranz@wnj.com
              Charles N. Ash   on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash   on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash   on behalf of Defendant    UBS AG cash@wnj.com,  kkranz@wnj.com
              Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc.
               BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
              Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
               claude.montgomery@dentons.com,docketny@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Craig B. Rule   on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Craig E. Zucker   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               czucker@ermanteicher.com
              Craig E. Zucker   on behalf of Creditor    Detroit Police Officers Association
               czucker@ermanteicher.com
              Craig E. Zucker   on behalf of Creditor    Detroit Police Command Officers Association
               czucker@ermanteicher.com
              Craig E. Zucker   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               czucker@ermanteicher.com
              Daniel J. Weiner   on behalf of Plaintiff    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              Daniel J. Weiner   on behalf of Interested Party    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
               deisenberg@ermanteicher.com
              David A. Lerner   on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc.
               dmollicone@dmms.com
              David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
               dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation david.dubrow@arentfox.com

      David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com

      David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

      Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

      Deborah Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap    on behalf of Defendant John Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap    on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap    on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap    on behalf of Defendant John Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

      Debra N. Pospiech    on behalf of Interested Party Kimberly James dpospiech@morganmeyers.com

      Debra N. Pospiech    on behalf of Interested Party Denise Gardner dpospiech@morganmeyers.com

      Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com

      Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com

      Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association dbeckwith@fosterswift.com

      Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com

      Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com

      Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com

      Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com

      Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

      Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association eerman@ermanteicher.com

      Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com

      Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

      Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

      Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

      Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

      Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com, litdocket@honigman.com

      Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com

      Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net

      Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

      Eric Rosenberg    on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com

      Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com

      Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

      Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

      Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com
Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com
Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com
Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com, Davis@ConLitPC.com
James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com
Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com
Jay S. Kalish   on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net
John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com
Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

        Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association jteicher@ermanteicher.com

        Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com

        Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association jteicher@ermanteicher.com

        Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com

        Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

        Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com

        Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com

        Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com

        Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com

        Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com

        Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

        Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com

        Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

        Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

        Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com

        Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

        Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

        Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

        Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com

        Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit Lisa.Fenning@aporter.com

        Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

        Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

        Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

        Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

        Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Mami Kato   on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Mami Kato   on behalf of Interested Party   Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Mami Kato   on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan swansonm@millercanfield.com

        Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com

        Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com

        Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

        Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com

        Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Melissa L. Demorest    on behalf of Creditor James   Herbert melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
               paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
               melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor John   Denis melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com
              Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
               mdordeski@foleymansfield.com,cindy@loevy.com
              Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
               mtaunt@stroblpc.com, KVanAkin@stroblpc.com
              Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
               mchammer2@dickinsonwright.com
              Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell    on behalf of Interested Party Bill   Schuette BellM1@michigan.gov
              Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
               mike.paslay@wallerlaw.com,
               Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
               rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com, bac@maddinhauser.com
              My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Donnell   White ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com
              Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America Nganatra@uaw.net
              Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               Paige.Barr@kattenlaw.com
              Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
               pmears@btlaw.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
               marbury@bwst-law.com;pleban@bwst-law.com
              Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America pdechiara@cwsny.com
              Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
              Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
               pcanzano@sidley.com
              Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
              Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
               ralph.taylor@arentfox.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant     City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen B. Grow    on behalf of Creditor     UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com,  allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc. clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                         TOTAL: 350