Form designat

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**

In Re: (NAME OF DEBTOR(S))

    City of Detroit, Michigan

_____/

## NOTICE OF REQUIREMENT TO FILE DESIGNATION

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **12/12/2013** from an order entered by Judge **Steven W. Rhodes** on **12/05/2013** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 12/12/13

                                                              BY THE COURT

                                                              Katherine B. Gullo , Clerk of Court
                                                              UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:  
City of Detroit, Michigan  
    Debtor

Case No. 13-53846-swr  
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: ktrio     Page 1 of 9     Date Rcvd: Dec 12, 2013  
Form ID: designat     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2013.
```
intp        +Detroit Retired City Employees Association,   P.O. Box 40713,   Detroit, MI 48240-0713
cr          +Retired Detroit Police Members Association,   c/o Strobl & Sharp, P.C.,
              300 E. Long Lake Road, Suite 200,   Bloomfield Hills, MI 48304-2376
intp        +Retired Detroit Police and Fire Fighers Associatio,   Retired Detroit Police and Fire Fighters,
              2525 E. 14 Mile Rd,   Sterling Heights, MI 48310-5969
cr          +Shirley V Lightsey,   P.O. Box 40713,   Detroit, MI 48240-0713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2013                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2013 at the address(es) listed below:

    A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com  
    Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com  
    Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com  
    Andrew A. Paterson, Jr.    on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com  
    Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com  
    Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com  
    Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com  
    Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org, HollisR@dhcmi.org  
    Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com  
    Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com  
    Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com  
    Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com  
    Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association bpatek@ermanteicher.com  
    Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com  
    Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association bpatek@ermanteicher.com  
    Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com  
    Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com  
    Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com  
    Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com  
    Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com  
    Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               bborder@sspclegal.com,   joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
               bokeefe@lippittokeefe.com,   TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association bokeefe@lippittokeefe.com,   TReitzloff@lippittokeefe.com
              Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
               Care Network of Michigan btrumbauer@bodmanlaw.com
              Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
               bbennett@jonesday.com
              Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
              Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
              Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
               carol.cohen@arentfox.com
              Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
              Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
               carole.neville@dentons.com
              Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
              Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
               charlesID@hotmail.com
              Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               cbullock@sbplclaw.com,   cdbullock@msn.com;lhaas@sbplclaw.com
              Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
              Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc.
               BRCY@CarsonFischer.com,   cgrosman@carsonfischer.com
              Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
               claude.montgomery@dentons.com,docketny@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               czucker@ermanteicher.com
              Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
               deisenberg@ermanteicher.com
              David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc. dmollicone@dmms.com
    David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com
    David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
    David Gilbert Heiman   on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
    David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com
    David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
    David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
    Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
    Deborah Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah Kovsky-Apap   on behalf of Defendant John Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah Kovsky-Apap   on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah Kovsky-Apap   on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah Kovsky-Apap   on behalf of Defendant John Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com
    Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Debra N. Pospiech   on behalf of Interested Party Kimberly James dpospiech@morganmeyers.com
    Debra N. Pospiech   on behalf of Interested Party Denise Gardner dpospiech@morganmeyers.com
    Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
    Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association dbeckwith@fosterswift.com
    Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc. don@mcguiganlaw.com
    Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
    Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
    Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association eerman@ermanteicher.com
    Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association eerman@ermanteicher.com
    Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
    Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
    Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
    Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
    Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com, litdocket@honigman.com
    Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company emajoros@glmpc.com
    Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
    Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
    Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
    Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
      Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
      Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
      Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com
      Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
      Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
      Harold E. Nelson    on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
      Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com
      Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
      Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
      Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
      Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com
      Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
      Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
      Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com
      Hugh M. Davis    on behalf of Creditor Thomas Stephens Info@ConLitPC.com, Davis@ConLitPC.com
      James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
      James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com
      James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd. james.sprayregen@kirkland.com
      Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
      Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
      Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
      Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company jbank@kerr-russell.com
      Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
      Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
      Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
      Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
      Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
      Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
      Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
      Jerome D. Goldberg    on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
      Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net
      John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
      John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
      John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
      John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan jgregg@btlaw.com
      Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan green@millercanfield.com
      Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
      Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
      Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
      Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com

      Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

      Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

      Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

      Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association jteicher@ermanteicher.com

      Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com

      Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association jteicher@ermanteicher.com

      Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com

      Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

      Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com

      Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com

      Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com

      Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com

      Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com

      Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

      Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com

      Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

      Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

      Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com

      Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

      Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

      Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

      Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit Lisa.Fenning@aporter.com

      Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com

      Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

      Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

      Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

      Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

      Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Interested Party   Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan swansonm@millercanfield.com

      Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com

      Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

      Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com

      Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com

      Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

      Matthew Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov

      Matthew Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov

      Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG summersm@ballardspahr.com

      Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com

      Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

      Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com

      Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com

      Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com

      Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com

      Melissa L. Demorest   on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com

      Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com

      Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com

      Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com

      Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

      Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

      Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

      Michael R. Bell   on behalf of Interested Party Bill Schuette BellM1@michigan.gov

      Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

      Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com

      My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com

      Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Donnell White ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com

      Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net

      Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

      Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

      Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com

      Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

      Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

      Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

      Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

      Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com

      Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com
          Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation ralph.taylor@arentfox.com
          Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
          Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman   rfishman@shawfishman.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose   on behalf of Interested Party Angie Wong rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Laura Malher rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Wanda Leverette rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jason Leverette-Saunders rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Ian Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Kimberly Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Stephanie Hollander rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Nathaniel Price rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party James Washington rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jerome Pierce rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Darlene Hellenberg rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Paul Kaiser rrose@dykema.com
          Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
          Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com
          Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees sam.alberts@dentons.com
          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

        Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com

        Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

        Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

        Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

        Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

        Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

        Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

        Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com

        Stephen B. Grow   on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com

        Stephen B. Grow   on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

        Stephen B. Grow   on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com

        Stephen B. Grow   on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

        Stephen C. Hackney   on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com

        Stephen C. Hackney   on behalf of Interested Party    Syncora Holdings Ltd. stephen.hackney@kirkland.com

        Stephen C. Hackney   on behalf of Interested Party    Syncora Guarantee Inc. stephen.hackney@kirkland.com

        Stephen C. Hackney   on behalf of Interested Party    Syncora Capital Assurance Inc. stephen.hackney@kirkland.com

        Stephen M. Gross   on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen M. Gross   on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen M. Gross   on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen M. Gross   on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen M. Gross   on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

        Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

        Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

        Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

        Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

        Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

        Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

        Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

        Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com
      Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc. clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
      William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
      William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
      William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
      William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC wcb@osbig.com
      William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
      William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
      William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
      Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      TOTAL: 350