Form ntchrg

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.: **13–53846–swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38–6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/13/13** at **10:00 AM** to consider and act upon the following:

*1899* – Motion to Compel the Production of Privilege Log Motion of the Objectors to Compel the Production of Privilege Log Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (Attachments: # 1 Index – Summary of Attachments # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Notice of Motion and Opportunity to Object # 4 Exhibit 3 – None [Brief not Required] # 5 Exhibit 4 – None [Separate Certificate of Service to be Filed] # 6 Exhibit 5 – Affidavits [Not Applicable] # 7 Exhibit 6 – Documentary Exhibits [Not Applicable]) (Hackney, Stephen)

Dated: 12/12/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: csiku            Page 1 of 9              Date Rcvd: Dec 12, 2013
                           Form ID: ntchrgBK       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2013.
dbpos         +City of Detroit, Michigan,   2 Woodward Avenue,   Suite 1126,   Detroit, MI 48226-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2013

Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2013 at the address(es) listed below:
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
          aap43@outlook.com,  aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
          aap43law@gmail.com
          Andrew J. Gerdes    on behalf of Creditor Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes    on behalf of Creditor  Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Angela  Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
          HollisR@dhcmi.org
          Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Arthur  O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
          aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccotti@cwsny.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com.
          Brendan G. Best    on behalf of Interested Party  Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
          Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
          bborder@sspclegal.com,  jqumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
        joumedian@sspclegal.com
    Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
        joumedian@sspclegal.com
    Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
    Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
    Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
        bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
    Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
    Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
    Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
        Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
    Bruce R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
        Care Network of Michigan btrumbauer@bodmanlaw.com
    Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
        bbennett@jonesday.com
    Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
    Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
    Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
        carol.cohen@arentfox.com
    Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
    Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees
        carole.neville@dentons.com
    Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
        caroline.english@arentfox.com
    Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
        caroline.english@arentfox.com
    Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
    Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
        charlesID@hotmail.com
    Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
        cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
    Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
    Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
        kkranz@wnj.com
    Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
        kkranz@wnj.com
    Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
    Christopher A. Grosman   on behalf of Creditor   BlackRock Financial Management, Inc.
        BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
    Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
        claude.montgomery@dentons.com,docketny@dentons.com,
        carole.neville@dentons.com;sam.alberts@dentons.com
    Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
        courtney.rogers@wallerlaw.com
    Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
        ANHSOA@earthlink.net
    Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        czucker@ermanteicher.com
    Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
        czucker@ermanteicher.com
    Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
        czucker@ermanteicher.com
    Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        czucker@ermanteicher.com
    Daniel J. Weiner   on behalf of Plaintiff   Ambac Assurance Corporation
        dweiner@schaferandweiner.com
    Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation
        dweiner@schaferandweiner.com
    David  Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        deisenberg@ermanteicher.com
    David  Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        deisenberg@ermanteicher.com
    David  Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
        deisenberg@ermanteicher.com
    David  Eisenberg   on behalf of Creditor   Detroit Police Officers Association
        deisenberg@ermanteicher.com
    David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
        nwinagar@plunkettcooney.com
    David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc.
        dmollicone@dmms.com
    David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
        dgheiman@jonesday.com
    David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
        David L. Dubrow   on behalf of Interested Party  Ambac Assurance Corporation
        david.dubrow@arentfox.com
        David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
        David M. Zack   on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
        nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
        nepc.com
        Dawn R. Copley   on behalf of Interested Party  State of Michigan, Department of Attorney
        General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
        Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
        kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Debra N. Pospiech   on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
        Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
        dbeckwith@fosterswift.com
        Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
        don@mcguiganlaw.com
        Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters,
        AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
        dbernstein@plunkettcooney.com,  dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
        Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
        eerman@ermanteicher.com
        Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
        eerman@ermanteicher.com
        Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        eerman@ermanteicher.com
        Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        eerman@ermanteicher.com
        Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
        ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
        Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
        ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
        Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
        litdocket@honigman.com
        Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
        emajoros@glmpc.com
        Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
        (Fannie Mae) bankruptcy@orlans.com,  ANHSOA@earthlink.net
        Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
        ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
        Eric  Rosenberg   on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
        amendiola@morganmeyers.com
        Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
        carlson@millercanfield.com
        Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
        enovetsky@jaffelaw.com
        Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
        bankruptcy.maxwelldunn@gmail.com
        Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
        Detroit efeldman@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
              efeldman@clarkhill.com
              Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
              ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan   Mylewski ecf-hen@rhoadesmckee.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
              hlennox@jonesday.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
              howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
              howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
              mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
              howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
              Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com,  Davis@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com,  Davis@ConLitPC.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
              james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
              james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
              james.sprayregen@kirkland.com
              Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
              ecf@zaplc.com
              Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
              sharrow@mcdonaldhopkins.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
              jbank@kerr-russell.com
              Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
              Lhaidostian@mwe.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
              jgrasl@mcdonaldhopkins.com,   sharrow@mcdonaldhopkins.com
              Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
              jbelveal@honigman.com,   mjohnson@honigman.com
              Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
              jbelveal@honigman.com,   mjohnson@honigman.com
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
              pjohnson@bredhoff.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
              john.sieger@kattenlaw.com
              John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
              jgregg@btlaw.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
              green@millercanfield.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
              green@millercanfield.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
              litdocket@honigman.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
              jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
              jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
              jgadharf@mcdonaldhopkins.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
              litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
              blundberg@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
              jcalton@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
              litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
              litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
    mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
    jteicher@ermanteicher.com

Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
    344 jteicher@ermanteicher.com

Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
    jteicher@ermanteicher.com

Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
    jteicher@ermanteicher.com

Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
    karen.dine@kattenlaw.com

Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com

Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com

Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
    Avery@SilvermanMorris.com

Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
    Association Avery@SilvermanMorris.com

Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
    kressk@pepperlaw.com, alexsym@pepperlaw.com

Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
    kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
    kschneider@schneidermiller.com

Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
    kevin.baum@kattenlaw.com

Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
    ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com

Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com

Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
    kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
    llarose@chadbourne.com,
    skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
    llarose@chadbourne.com,
    skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
    Detroit Lisa.Fenning@aporter.com

Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
    Lisa.Fenning@aporter.com

Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
    lrochkind@jaffelaw.com, dburris@jaffelaw.com

Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
    lrochkind@jaffelaw.com, dburris@jaffelaw.com

Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
    lbrimer@stroblpc.com, kvanakin@stroblpc.com

Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association
    MField@stroblpc.com, jmckeogh@stroblpc.com

Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
    324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Devery Jones mkato@sachswaldman.com,
    pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
    pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Whitson mkato@sachswaldman.com,
    pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
    pmerchak@sachswaldman.com

Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
    mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Washington mkato@sachswaldman.com,
    pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Michael Wells mkato@sachswaldman.com,
    pmerchak@sachswaldman.com

Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
    swansonm@millercanfield.com

Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com

Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
    mark.angelov@arentfox.com

Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
    jabdelnour@resnicklaw.net

Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
    mbcobbs@flash.net
Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
    wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
    wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
    wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
    Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
    wilkins@bwst-law.com,  marbury@bwst-law.com
Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
    summersm@ballardspahr.com
Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
    summersm@ballardspahr.com
Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
    Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest   on behalf of Creditor James  Herbert melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
    paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust
    melissa@demolaw.com,  paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
    paula@demolaw.com
Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
    mdordeski@foleymansfield.com,cindy@loevy.com
Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
    mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
    mchammer2@dickinsonwright.com
Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
    mike.paslay@wallerlaw.com,
    Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
    rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
    msl@maddinhauser.com,  bac@maddinhauser.com
My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
    mao-bk-ecf@debevoise.com
Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
    ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
    Paige.Barr@kattenlaw.com
Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
    mkisell@plunkettcooney.com
Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
    pmears@btlaw.com
Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
    phage@jaffelaw.com,  jtravick@jaffelaw.com
Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
    phage@jaffelaw.com,  jtravick@jaffelaw.com
Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
    Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
    marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
    pcanzano@sidley.com
Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
    ralph.taylor@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
          Department ecf@kaalaw.com,  wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
          rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
          hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
          ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
          ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
          Michigan sam.alberts@dentons.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
          sam.alberts@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
          soconnor@glmpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
             david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
             stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
             sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
             Detroit sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
             State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
             State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
             State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
             slevine@lowenstein.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
             mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
             mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
             dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
             dguerrero@dykema.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
             kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
             kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
             stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
             stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
             stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
             shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
             sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
             shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
             sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
             sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
             laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
             laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
             General showell@dickinsonwright.com
          Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
             susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
             susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
             mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
             rdin.com
          Thomas R. Morris    on behalf of Interested Party Donald    Taylor morris@silvermanmorris.com,
             marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald    Taylor morris@silvermanmorris.com,
             marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
             morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
             Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
             marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
             marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
             fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
             tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
       allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
       allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
       allardfishpc@yahoo.com
      Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State,
       County and Municipal Employees clark@steinbergshapiro.com,
       atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
       clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com,
       atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State,
       County and Municipal Employees clark@steinbergshapiro.com,
       atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc.
       clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
       clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association
       clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
      Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
       vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
      William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
      William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
      William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
      William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
      William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
       wcb@osbig.com
      William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
      William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
      William Pfeiffer Smith   on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
      Yuliy Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
       yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
       yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
       yo_ecf@osbig.com;tc_ecf@osbig.com

                                                   TOTAL: 350