UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

Debtor.

---

**INTERESTED PARTY DAVID SOLE'S AMENDED EXHIBIT LIST IN ADVANCE OF DECEMBER 17, 2013 HEARING [DOCKET 1864] ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157]**

Now comes Interested Party David Sole and discloses the following additional exhibits in connection with the December 17, 2013 hearing on the above motions:

28. July 31, 2012 SEC Report on the Municipal Securities Market,

www.sec.gov/spotlight/municipalsecurites.

29. Sean Werdlow biography --

http://sbsco.com/firmPage/firm1/bankingteam/seanwerdlow.aspx

30. Amended 2006 Swap Agreement

31. 2009 City Council Resolution

JEROME D. GOLDBERG, PLLC
By: _/s/ Jerome D. Goldberg_
Jerome D. Goldberg (P61678)
Attorney for David Sole, Party in Interest
2921 East Jefferson, Suite 205
Phone: 313-393-6001
Fax: 313-393-6007
DATED: December 15, 2013       Email: apclawyer@sbcglobal.ne

1