UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

    Debtor.

_____/

**INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE OF AMENDED EXHIBIT LIST [DOCKET 2133] IN ADVANCE OF DECEMBER 17, 2013 HEARING [DOCKET 1864]**

The undersigned certifies that on December 15, 2013, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Amended Exhibit List [Docket 2133] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

    JEROME D. GOLDBERG, PLLC

    By:   */s/ Jerome D. Goldberg*
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Phone: 313-393-6001
    Fax: 313-393-6007
DATED: December 15, 2013     Email: apclawyer@sbcglobal.ne

1