UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## ORDER AUTHORIZING THE DETROIT RETIREMENT SYSTEMS TO FILE A REPLY IN EXCESS OF POTENTIAL PAGE LIMITATIONS

This matter having come before the Court upon the *Ex Parte* Motion of the Detroit Retirement Systems for an Order Authorizing Them to File a Reply in Excess of Potential Page Limitations (the "Motion"); the Court having considered the Motion and finding that good cause exists for granting the relief requested;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Retirement Systems are granted relief from E.D. Mich. LBR 9014-1(e), to the extent it applies to this matter, and are authorized to file a Reply[1] in excess of five (5) pages.

**Signed on December 16, 2013**

                                                                             /s/ Steven Rhodes
                                                                             **Steven Rhodes**
                                                                             **United States Bankruptcy Judge**

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion.