UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## AFFIRMATION OF SERVICE

I, Jennifer K. Green, hereby affirm that the following is correct under the penalty of perjury pursuant to 28 U.S.C. § 1746.

I am over the age of 18 and not a party to the above-captioned proceeding. On December 13, 2013, I served a copy of the attached subpoena upon Irvin Corley, Jr., by emailing a copy of the subpoena to Mr. Corley's attorney, Edward Keelean, who agreed to accept service on behalf of Mr. Corley.

CLARK HILL PLC

/s/ Jennifer K. Green
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
sdeeby@clarkhill.com

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General*

Dated: December 13, 2013     *Retirement System of the City of Detroit*

B255 (Form 255 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re City of Detroit, Michigan
Debtor

(Complete if issued in an adversary proceeding)

Case No. 13-53846

Chapter 9

_____
Plaintiff
v.
_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Irvin Corley, Jr., 218 Coleman A. Young Municipal Center, 2 Woodward Avenue, Detroit, MI 48226

*(Name of person to whom the subpoena is directed)*

☒ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE United States District Court for the Eastern District of Michigan<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd, Room 716<br>Detroit, MI 48226 | COURTROOM 716<br>DATE AND TIME December 17, 18 & 19, 2013<br>9:00 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: December 13, 2013

CLERK OF COURT

OR

_____        /s/Jennifer K. Green
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Retirement Systems of the City of Detroit, who issues or requests this subpoena, are:

Jennifer K. Green (Clark Hill PLC), 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226, Phone: 313-965-8274

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).