# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | In Proceedings Under Chapter 9 |
| Debtor. | |
| | Hon. Steven W. Rhodes |
| _____/ | |

**AMBAC ASSURANCE CORPORATION'S SECOND AMENDED EXHIBIT LIST FOR EVIDENTIARY HEARING ON DEBTOR'S ASSUMPTION (DKT. NO. 17/157) AND POST-PETITION FINANCING (DKT. NO. 1520) MOTIONS**

1.      Ambac Assurance Corporation ("Ambac") hereby amends its prior-filed exhibit list [Dkt. No. 1978] and identifies the following exhibits that it may use at the Evidentiary Hearing (the "Hearing") [Dkt. No. 1864] related to the Debtor's (1) Motion for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019 and (III) Granting Related Relief (the "Assumption Motion") [Dkt. No. 17/157]; and (2) Motion for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay (the "Post-Petition Financing Motion") [Dkt. No. 1520]:

| Exhibit No. | Exhibit Description |
|---|---|
| 401 | Detroit City Code § 18-5-120 *et. seq.* Ambac Assumption Obj. Ex. 1. [Dkt. No. 348-2] |
| 402 | GRS Articles of Incorporation. Ambac Assumption Obj. Ex. 2. [Dkt. No. 348-3] |
| 403 | PFRS Articles of Incorporation. Ambac Assumption Obj. Ex. 3. [Dkt. No. 348-4] |
| 404 | Offering Circular for 2006 COPs. Ambac Assumption Obj. Ex. 6. [Dkt. No. 348-7] |
| 405 | City of Detroit 2012 Comprehensive Annual Fiscal Report. Ambac Assumption Obj. Ex. 7. [Dkt. No. 348-8] |
| 406 | Detroit City Code § 18-16-1 *et. seq.* Ambac Assumption Obj. Ex. 8. [Dkt. No. 348-9] |
| * | Ambac reserves the right to use any Exhibits listed by the Debtor with respect to the Hearing regarding Dkt. Nos. 17/157, and 1520. |
| ** | Ambac reserves the right to use any Exhibits marked or identified in depositions of the Debtor's and Objectors' witnesses with respect to Dkt. Nos. 17/157 and 1520. |
| *** | Ambac reserves the right to use any Exhibits listed by any of the other Objectors with respect to the Hearing regarding Dkt. Nos. 17/157 and 1520. |

Respectfully Submitted,

**ARENT FOX LLP**

Dated:  December 16, 2013                    By:  /s/ Carol Connor Cohen
                                             CAROL CONNOR COHEN
                                             CAROLINE TURNER ENGLISH
                                             RALPH A. TAYLOR, JR.
                                             LEAH MONTESANO
                                             1717 K Street, NW
                                             Washington, DC  20036-5342
                                             (202) 857-6054
                                             Carol.Cohen@arentfox.com

                                             DAVID L. DUBROW
                                             MARK A. ANGELOV
                                             1675 BROADWAY
                                             NEW YORK, NY 10019
                                             (212) 484-3900

                                             and

                                             **SCHAFER AND WEINER, PLLC**

                                             DANIEL J. WEINER (P32010)
                                             BRENDAN G. BEST (P66370)
                                             40950 Woodward Ave., Ste. 100
                                             Bloomfield Hills, MI  48304
                                             (248) 540-3340
                                             bbest@schaferandweiner.com

                                             *Counsel for Ambac Assurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2013 the foregoing Second Amended Exhibit List for Evidentiary Hearing on Debtor's Assumption and Post-Petition Financing Motions was filed with the Court's electronic case filing and noticing system and served on all parties registered to receive electronic notices in this matter.

/s/ Carol Connor Cohen