UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

On or before November 15, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service lists attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**:

- **Notice of Commencement of Case Under Chapter 9, Notice of Automatic Stay and Purposes of Chapter 9, Notice of Deadline and Procedures for Filing Objections to the Chapter 9 Petition and Notice of City's Motion to Limit Notice** [Docket No. 298]

Furthermore, on November 15, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit C**:

- **Motion of Debtor, Pursuant to Sections 105 and 502 of the Bankruptcy Code, for Entry of an Order Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims** [Docket No. 1665]

Dated: December 16, 2013

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.776.7386

# Exhibit A

**Exhibit A**
**Serve via First Clas Mail**
**on October 17, 2013**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jones, Sherlanda | c/o Joseph Dedvukaj | The Joseph Dedvukaj Frim PC | 1277 W Square Lake Rd | Bloomfiled Hills | MI | 48302 |

# Exhibit B

**Exhibit B**
**Serve via First Clas Mail**
**on November 6, 2013**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Fairgrieve, Andrew | c/o Steven A Matta | Matta Blair PLC | 39572 Woodward Ave Ste 200 | Bloomfiled Hills | MI | 48304-5005 |
| Russell, Ronald | c/o Dewnya A Bazzi | At Law Group PLLC | 1 Park Lane Blvd Ste 100 | Dearborn | MI | 48126-2400 |

# Exhibit C

# Exhibit C
## Serve via First Clas Mail
## on November 15, 2013

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Joelle 98 LLC | c/o Kevin J Elias | Kevin J Elias PLLC | 18850 E 9 Mile Rd | Eastpointe | MI | 48021-2030 |
| Oakwood Healtcare Inc | c/o Bruce K Pazner | 15200 E Jefferson Ste 104 | | Grosse Pointe | MI | 48230 |
| Physioflex PLLC | c/o Laurie J Goldstein | Haas & Goldstein PC | 31275  Northwestern Hwy Ste 225 | Farmingon Hill | MI | 48334-2533 |

In re City of Detroit, Michigan
Case No. 13-53846

13-53846-tjt    Doc 2150    Filed 12/16/13    Entered 12/16/13 13:53:29    Page 7 of 7