IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2013, I caused the *Notice of Withdrawal of Assured Guaranty Municipal Corp.'s: (1) Limited Objection (Docket No. 1842) to City's Post-Petition Financing Motion; and (2) Joinder in Objection of Ambac Assurance Corporation (Docket No. 357) to City's Assumption Motion* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: December 16, 2013
New York, New York

CHADBOURNE & PARKE LLP

By:  /s/ Lawrence A. Larose
Lawrence A. Larose
Samuel S. Kohn
Marc D. Ashley
Marc B. Roitman
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
llarose@chadbourne.com
skohn@chadbourne.com
mroitman@chadbourne.com

*Counsel for Assured Guaranty Municipal Corp.*