UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
 Case No. 13-53846

City of Detroit, Michigan,

　　Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S REVISED AMENDED EXHIBIT LIST IN ADVANCE OF DECEMBER 17, 2013 HEARING [DOCKET 1864] ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157]**

Now comes Interested Party David Sole and discloses the following exhibits in connection with the December 17, 2013 hearing on the above motions:

1301.　2009 Swap Confirmations -- Docket 1857-2, p 4

1302.　LIBOR Rates

1303.　Barclay Loan terms – City 94

1304.　Barclay commitment letter – City 93

1305.　$95 million appropriation for "restructuring"

1306.　Automatic Stay Order

1307.　Fitch and Standard and Poors at City Council table – Docket 1857-4, p 14

1308.　City Council resolution disapproving Barclay loan

1309.　City Council resolution calling for SEC investigation

1310.　Turbeville CV

1311.　Demos report, The Detroit Bankruptcy, dated November 2013 (attached)

1312.　July 2006 POC and Interest Rate Swap documents – Confirmations and City 1 and 2

1313.　2006 POC reflecting no security interest

1

1314. June 2009 Amended POC and Interest Rate Swap documents – Confirmations and City 4 and 5

1315. May 12, 2013 EM Financial Plan Docket

1316. July 14, 2013 EM Financial Report to City Exhibit 36

1317. Bloomberg article on Termination Fees

1318. BBC article on UBS Libor rigging

1319. Article on ISDA Fix --

1320. Articles on conviction of UBS executive and indictment of BofA executive

1321. Final Judgment on UBS municipal bond rigging;..;;pp/.p

1322. Article on BofA Muni misdoing

1323. Article on UBS sub-prime lending

1324. Senate Select Committee Report on Wall Street and the Financial Crisis .

1325. Detroit Retirement Fund lawsuit against UBS for mortgage fraud

1326. City of Detroit, January 2009 Planning and Development Department Neighborhood Stabilization Program Plan

1327. Gavin email

1328. July 31, 2012 SEC Report on Municipal Securities Market

1329. Sean Werdlow biography

1330. 2009 City Council Resolution

1331. Turbeville Revised Expert Report

Respectfully submitted,

JEROME D. GOLDBERG, PLLC

By: */s/ Jerome D. Goldberg*
Jerome D. Goldberg (P61678)
Attorney for David Sole, Party in Interest
2921 East Jefferson, Suite 205
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

DATED: December 16, 2013