UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Chapter 9
                                                            Case No. 13-53846

City of Detroit, Michigan,

       Debtor.

_____/

**<u>INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE OF REVISED AMENDED EXHIBIT LIST [DOCKET 2152] IN ADVANCE OF DECEMBER 17, 2013 HEARING [DOCKET 1864]</u>**

       The undersigned certifies that on December 16, 2013, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Amended Exhibit List [Docket 2152] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                                          JEROME D. GOLDBERG, PLLC

                                                          By:    */s/ Jerome D. Goldberg*
                                                          Jerome D. Goldberg (P61678)
                                                          Attorney for David Sole, Party in Interest
                                                          2921 East Jefferson, Suite 205
                                                          Phone: 313-393-6001
                                                          Fax: 313-393-6007
DATED: December 16, 2013                  Email: apclawyer@sbcglobal.ne

1