UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(Southern Division)

| | |
|---|---|
| In re ) <br> ) <br> CITY OF DETROIT, MICHIGAN, ) <br> ) <br> Debtor. ) <br> ) <br> _____ ) | Chapter 9 <br><br> Case No. 13-53846-swr <br><br> Hon. Steven W. Rhodes |

**SECOND AMENDED EXHIBIT LIST OF HYPOTHEKENBANK FRANKFURT AG, HYPOTHEKENBANK FRANKFURT INTERNATIONAL S.A., AND ERSTE EUROPAISCHE PFANDBRIEF- UND KOMMUNALKREDITBANK AKTIENGESELLSCHAFT IN LUXEMBURG S.A., FOR HEARING ON (A) MOTION OF DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ASSUMPTION OF THAT CERTAIN FORBEARANCE AGREEMENT AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND (III) GRANTING RELATED RELIEF AND (B) THE MOTION OF THE DEBTOR FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, AND 922 (I) APPROVING POST-PETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND (III) MODIFYING AUTOMATIC STAY AND THE OBJECTIONS THERETO**

Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., a Luxembourg stock corporation (collectively, "EEPK"), by their undersigned attorneys, hereby file this Amended Exhibit List for Hearing on (a) the Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance Agreement and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief (Docket No. 157) and (B) the Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, and 922 (I) Approving Post-Petition Financing, (II) Granting

Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay and the Objections Thereto (Docket No. 1520) (collectively, the "Motions").

| EXHIBIT | DESCRIPTION |
|---|---|
| 801. | Solicitation Materials to Prospective Lenders (Letter and Term Sheet) (Bates Nos. DTPFF016682-016687) |
| 802. | Post-Petition Financing Discussion dated September 26, 2013 (Bates Nos. DTPFF020215-020225) |
| 803. | Bond Purchase Agreement- Quality of Life Loan |
| 804. | Engagement Letter for Exit Financing (Bates Nos. DTPFF012973-012984) |
| 805. | City Council Resolution |
| 806. | Email correspondence and attachments (Bates Nos. DTPFF0162-0173) |

EEPK further reserves the right (a) to introduce exhibits not included in this Exhibit List as rebuttal or impeachment to any testimony or evidence presented by the City, and (b) to use or rely upon exhibits (i) introduced by the City as part of its case in chief and (ii) exhibits identified or introduced by any other creditor or party in interest that has objected to the Motions. By reserving the right to use or rely upon exhibits introduced by the City or by an other creditor or party in interest that has objected to the Motions, EEPK does not waive any objections to admissibility on any grounds.

EEPK reserves the right to amend, supplement, or modify this Exhibit List.

December 16, 2013.                    Respectfully submitted,

/s/ Matthew G. Summers
Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Tel: (302) 252-4428
Fax: (302) 252-4466
E-mail: summersm@ballardspahr.com

Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

-and-

Howard S. Sher, Esquire (P38337)
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel: (248) 649-1200
Fax: (248) 649-2920
E-mail: howard@jacobweingarten.com

*Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.*

## CERTIFICATE OF SERVICE

      I, Matthew G. Summers, state that on December 16, 2013, I filed a copy of the foregoing Amended Exhibit List with the Clerk of Court using the Court's ECF system and I hereby certify that the Court's ECF system has served all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

      /s/ Matthew G. Summers
      Matthew G. Summers
      E-mail: summersm@ballardspahr.com