IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------- x
                                            :
In re                                       :     Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  :     Case No. 13-53846
                                            :
            Debtor.                         :     Hon. Steven W. Rhodes
------------------------------------------- x
```

## DEBTOR'S OBJECTION TO DARRELL MARHSALL'S MOTION FOR REVOCATION OF AUTOMATIC STAY

The City of Detroit (the "City") objects to the Motion for Revocation of Automatic Stay [Dkt. No. 1891] (the "Motion") filed by Darrell Lamar Marshall ("Plaintiff"). In support of this Objection, the City incorporates in their entirety the arguments set forth in the Brief in Opposition to the Stay Relief Motion, filed contemporaneously herewith (the "Brief in Opposition") and respectfully represents as follows:

## Objection

For all of the reasons set forth in the Brief in Opposition, the relief requested in the Motion must be denied.

WHEREFORE, for the reasons set forth herein and in the Brief in Opposition, the City respectfully requests that this Court: (a) deny the Motion; and (b) grant such other and further relief to the City as the Court may deem proper.

Dated: December 16, 2013         Respectfully submitted,

>By: /s/ Timothy A. Fusco
>Jonathan S. Green (P33140)
>Stephen S. LaPlante (P48063)
>Timothy A. Fusco (P13768)
>MILLER, CANFIELD, PADDOCK AND
>STONE, P.L.C.
>150 West Jefferson
>Suite 2500
>Detroit, Michigan 48226
>Telephone: (313) 963-6420
>Facsimile: (313) 496-7500
>green@millercanfield.com
>laplante@millercanfield.com
>fusco@millercanfield.com
>
>David G. Heiman (OH 0038271)
>Heather Lennox (OH 0059649)
>JONES DAY
>North Point
>901 Lakeside Avenue
>Cleveland, Ohio 44114
>Telephone: (216) 586-3939
>Facsimile: (216) 579-0212
>dgheiman@jonesday.com
>hlennox@jonesday.com
>
>Bruce Bennett (CA 105430)
>JONES DAY
>555 South Flower Street Fiftieth Floor
>Los Angeles, California 90071
>Telephone: (213) 243-2382
>Facsimile: (213) 243-2539
>bbennett@jonesday.com
>
>ATTORNEYS FOR THE CITY OF DETROIT