# EXHIBIT 1

## Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

# ORDER EXCLUDING TESTIMONY OF SHARON McPHAIL

This matter having come before the Court on the motion (the "Motion")[1] of the Debtor, City of Detroit, for entry of an order excluding the testimony of Sharon McPhail at the Hearing on the Debtor's Assumption Motion and Post-Petition Financing Motion, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the Motion is granted.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

IT IS FURTHER ORDERED that the testimony of Sharon McPhail is excluded from being presented at the Hearing.