IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------- x
                                              :

In re                                       :          Chapter 9

CITY OF DETROIT, MICHIGAN,    :          Case No. 13-53846

           Debtor.                      :          Hon. Steven W. Rhodes
                                            x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 16, 2013, he caused true and correct copies of ***DEBTOR'S OBJECTION TO DARRELL MARHSALL'S MOTION FOR REVOCATION OF AUTOMATIC STAY*** and ***DEBTOR'S BRIEF IN OPPOSITION TO DARRELL MARHSALL'S MOTION FOR REVOCATION OF AUTOMATIC STAY***

to be served via First Class United States Mail, as follows:

Darrell Lamar Marshall
20001 Schaffer Hwy.
Detroit, MI 48235

DATED: December 16, 2013

                                              By: /s/Timothy A. Fusco
                                              Timothy A. Fusco
                                              150 West Jefferson
                                              Suite 2500
                                              Detroit, Michigan 48226
                                              Telephone: (313) 963-6420
                                              Facsimile: (313) 496-7500
                                              fusco@millercanfield.com