# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

'''  **Bankruptcy**      **Adversary**

**Appeal      Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____ **Time of Hearing:** _____ **Title of Hearing:** _____

Please specify portion of hearing requested:  '''**Original/Unredacted** ''''''**Redacted** ''''''''**Copy** *2^nd^ Party)

Entire Hearing          Ruling/Opinion of Judge          Testimony of Witness          Other

Special Instructions: _____

---

**Type of Request:**

Expedited Transcript - $4.85'r gt'r ci g (7 working days)

**Signature of Ordering Party:**

_____Date: _____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date          By

Order Received:

Transcript Ordered

Transcript Received

---

13-53846-tjt   Doc 2162   Filed 12/16/13   Entered 12/16/13 16:23:26   Page 1 of 1