**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) ) | Hon. Steven W. Rhodes |

**SUPPLEMENTAL EXHIBIT TO**
**MOTION OF THE DETROIT FIRE FIGHTERS ASSOCIATION AND**
**DETROIT POLICE OFFICERS ASSOCIATION TO CERTIFY THE**
**COURT'S ELIGIBILITY RULING FOR DIRECT APPEAL**
**TO THE SIXTH CIRCUIT COURT OF APPEALS**

The Detroit Fire Fighters Association and Detroit Police Officers Association, respectfully submit the attached as a Supplemental Exhibit to their Motion filed on December 16, 2013, Docket No. 2139: Order for Relief dated December 5, 2013 [Docket No. 1946]; Opinion Regarding Eligibility dated December 5, 2013 [Docket No. 1945].

Dated: December 16, 2013

Respectfully submitted,

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By: /s/ *Barbara A. Patek*
Barbara A. Patek (P34666)
Earle I. Erman (P24296)
Craig E. Zucker (P39907)
Counsel for The Detroit
Fire Fighters Association
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
E-mail: bpatek@ermanteicher.com