UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) ) | Hon. Steven W. Rhodes |

## CORRECTED CERTIFICATE OF SERVICE

The undersigned certifies that on December 16, 2013, the Notice of Appeal on behalf of the Detroit Fire Fighters Association and the Detroit Police Officers Association was filed using the Court's CM/ECF system [Docket No. 2137], which CM/ECF system will send notification of such filing to all parties of record.

Dated: December 16, 2013

Respectfully submitted,

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By: /s/ Barbara A. Patek
    Barbara A. Patek (P34666)
    Earle I. Erman (P24296)
    Craig E. Zucker (P39907)
    Counsel for The Detroit
    Fire Fighters Association
    400 Galleria Officentre, Suite 444
    Southfield, MI 48034
    Telephone: (248) 827-4100
    Facsimile: (248) 827-4106
    E-mail: bpatek@ermanteicher.com