UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re:                                : Chapter 9
                                      :
CITY OF DETROIT, MICHIGAN,            : Case No.: 13-53846
                                      :
                   Debtor.            : Hon. Steven W. Rhodes
                                      :
------------------------------------------------------- x

# NOTICE OF APPEAL

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") and Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goodman, as plaintiffs in the suit *Flowers v. Snyder*, No. 13-729 CZ (Ingham County Circuit Court) (the "*Flowers* Plaintiffs"), appeal under 28 U.S.C. §158(a) and (d) and Bankruptcy Rule 8001 from the Court's December 5, 2013 Order for Relief Under Chapter 9 of the Bankruptcy Code [Dkt. No. 1946] (the "Order for Relief") and the December 5, 2013 Opinion Regarding Eligibility [Dkt. No. 1945] (collectively, the "Opinion and Order").

The UAW and *Flowers* Plaintiffs file this appeal jointly since their interests are aligned, thus making joinder practicable. *See* Federal Rule of Appellate Procedure 3(b)(1).

The names of the parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are set forth below.

Approximately ninety-two Individual Objectors were invited to address the Bankruptcy Court at a hearing held on September 19, 2013 regarding their objections to eligibility. These individuals are listed on Exhibit B attached hereto.

The Bankruptcy Matter Civil Case Cover Sheet is attached hereto as Exhibit A.

The Order for Relief and the Opinion Regarding Eligibility are attached hereto as Exhibits C and D, respectively.

<u>Names and Addresses of Parties to the Opinion and Order:</u>

**International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW")**

*Represented by*

COHEN, WEISS AND SIMON LLP
Babette A. Ceccotti
Peter D. DeChiara
Thomas N. Ciantra
Joshua J. Ellison
330 West 42nd Street, 25th Floor
New York, NY 10036
Telephone: (212) 563-4100
Facsimile: (212) 695-5436
bceccotti@cwsny.com

Niraj R. Ganatra (P63150)
Michael Nicholson (P33421)
8000 East Jefferson Avenue
Detroit, MI 48214
Telephone: (313) 926-5216
Facsimile: (313) 926-5240
nganatra@uaw.net
mnicholson@uaw.net

**Robbie Flowers**
**Michael Wells**
**Janet Whitson**
**Mary Washington**
**Bruce Goldman**

*Represented by*

William A. Wertheimer
30515 Timberbrook Lane
Bingham Farms, MI 48025
T: (248) 644-9200
billwertheimer@gmail.com
**The City of Detroit, Michigan**

*Represented by:*

JONES DAY
Bruce Bennett (CA 105430)
555 South Flowers Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

JONES DAY
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

**The Police and Fire Retirement System of the City of Detroit**
**The General Retirement System of the City of Detroit**

*Represented by:*

CLARK HILL PLC
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
Evan J. Feldman (P73437)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

ARNOLD & PORTER LLP
Lisa Hill Fenning (admitted *pro hac vice*)
777 South Figueroa Street 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
lisa.fenning@aporter.com

**The Detroit Fire Fighters Association**
**The Detroit Police Officers Association**
**The Detroit Police Lieutenants & Sergeants Association**
**The Detroit Police Command Officers Association**

*Represented by:*

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
Earle I. Erman (P24296)
Craig E. Zucker (P39907)
Barbara A. Patek (P34666)
400 Galleria Officentre, Suite 444

Southfield, MI 48034
Telephone: (249) 827-4100
Facsimile: (248) 827-4106
bpatek@ermanteicher.com

**International Union of Operating Engineers, Local 324**

*Represented by:*

SACHS WALDMAN, P.C.
Andrew Nickelhoff (P37990)
Mami Kato (P74237)
2211 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Telephone: (313) 496-9429
Facsimile: (313) 965-4602
anickelhoff@sachswaldman.com
mkato@sachswaldman.com

**Service Employees International Union, Local 517M**

*Represented by:*

SACHS WALDMAN, P.C.
Andrew Nickelhoff (P37990)
Mami Kato (P74237)
2211 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Telephone: (313) 496-9429
Facsimile: (313) 965-4602
anickelhoff@sachswaldman.com
mkato@sachswaldman.corn

**David Sole**

*Represented by:*

JEROME D. GOLDBERG, PLLC
Jerome D. Goldberg (P61678)
2921 East Jefferson, Suite 205
Detroit, MI 48207
Telephone: (313) 393-6001
Facsimile: (313) 393-6007
apclawyer@sbcglobal.net

**Krystal Crittendon**
19737 Chesterfield
Detroit, MI 48221

**The Retired Detroit Police & Fire Fighters Association**
**Donald Taylor, individually and as President of the Retired Detroit Police &**
   **Fire Fighters Association**
**The Detroit Retired City Employees Association**
**Shirley V. Lightsey, individually and as President of the Detroit Retired City**
   **Employees Association**

*Represented by:*

LIPPITT O'KEEFE, PLLC
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Telephone: (248) 646-8292
rplecha@lippittokeefe.com

SILVERMAN & MORRIS, P.L.L.C.
Thomas R. Morris (P39141)
30500 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
Telephone: (248) 539-1330
morris@silvermanmorris.com

- 6 -
13-53846-tjt    Doc 2165    Filed 12/16/13    Entered 12/16/13 16:54:24    Page 6 of 11

**Retired Detroit Police Members Association**

*Represented by:*

STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. Taunt (P69698)
Mallory A. Field (P75289)
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
lbrimer@stroblpc.com
mtaunt@stroblpc.com
mfield@stroblpc.com

**Michigan Council 25 of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (AFSCME)**

*Represented by:*

LOWENSTEIN SANDLER LLP
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-6247
slevine@lowenstein.com
wjung@lowenstein.com
pgross@lowenstein.com

THE SANDERS LAW FIRM PC
Herbert A. Sanders, Esq.
615 Griswold St., Suite 913
Detroit, MI 48226
Telephone: (313) 962-0099
Facsimile: (313) 962-0044
jsanders@miafscme.org

MILLER COHEN, P.L.C.
Richard G. Mack, Jr., Esq.
600 West Lafayette Boulevard 4th Floor
Detroit, MI 48226

**Center for Community Justice and Advocacy**

*Represented by:*

VANESSA G. FLUKER, ESQ. PLLC
Vanessa G. Fluker, Esq. PLLC
2921 East Jefferson, Suite 200
Detroit, MI 48207
Telephone: (313) 393-6005
Facsimile: (313) 393-6007
vgflawyer@sbcglobal.net

**The Retiree Committee of the City of Detroit**

*Represented by:*

DENTONS US LLP
Carole Neville
Claude D. Montgomery (P29212)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com
claude.montgomery@dentons.com

DENTONS US LLP
Sam J. Alberts
1301 K Street, NW, Suite 600,
East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
sam.alberts@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins (P56697)
Paula A. Hall (P61101)
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Telephone: (248) 971-1711
Facsimile: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

Dated: December 16, 2013

Respectfully submitted,

 /s/ Babette A. Ceccotti
Cohen, Weiss and Simon LLP
Babette A. Ceccotti
Peter D. DeChiara
Thomas N. Ciantra
Joshua J. Ellison
330 West 42nd Street
New York, New York 10036-6979
T: 212-563-4100
F: 212-695-5436
bceccotti@cwsny.com
pcdechiara@cwsny.com
tciantra@cwsny.com
jellison@cwsny.com

- and -

Niraj R. Ganatra (P63150)
Michael Nicholson
8000 East Jefferson Avenue
Detroit, Michigan 48214
T: (313) 926-5216
F: (313) 926-5240
nganatra@uaw.net
mnicholson@uaw.net

*Attorneys for International Union, UAW*

- and -

 /s/ William A. Wertheimer
William A. Wertheimer
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
T: (248) 644-9200
billwertheimer@gmail.com

*Attorneys for Flowers Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Notice of Appeal this 16th day of December 2013 to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                        Cohen, Weiss and Simon LLP

By: /s/ Babette Ceccotti
330 West 42nd Street
New York, New York 10036-6976
T: 212-563-4100
bceccotti@cwsny.com

*Attorneys for International Union, UAW*