UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2013, I electronically filed Appellees' Designation of Items to be Included in the Record on Appeal [Docket No. 2166] and a Transcript Order for the 07/24/2013 Hearing [Docket No. 2167] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically including Nabih H. Ayad who represents the appellant NAACP.

                                         */s/Matthew Schneider*
                                         Matthew Schneider
                                         Chief Legal Counsel
                                         Attorney for State of Michigan
                                         P.O. Box 30754
                                         Lansing, Michigan 48909
                                         (517) 373-3203
                                         SchneiderM7@michigan.gov [P62190]
                                         Attorney for the State of Michigan
                                         Michigan Department of Attorney General