UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                           Chapter 9
                                                 Case No. 13-53846
City of Detroit, Michigan,

    Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE OF RESPONSE TO DEBTOR'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF SHARON MCPHAIL [2169 ]**

    The undersigned certifies that on December 16, 2013, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Response to Debtor's Motion to Exclude Testimony of Sharon McPhail [Docket 2169] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                Respectfully submitted,

                                JEROME D. GOLDBERG, PLLC

                                By:   */s/ Jerome D. Goldberg*
                                Jerome D. Goldberg (P61678)
                                Attorney for David Sole, Party in Interest
                                2921 East Jefferson, Suite 205
                                Phone: 313-393-6001
                                Fax: 313-393-6007
                                Email: apclawyer@sbcglobal.net

DATED: December 16, 2013

1