UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-58346 |
| ) | |
| Debtor. ) | Hon. Steven W. Rhodes |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 16, 2013, the Affirmation of Service [Dkt. No. 2143] and the Affirmation of Service [Dkt. No. 2144] were filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                      CLARK HILL PLC

                                      /s/ Shannon L. Deeby
                                      Robert D. Gordon (P48627)
                                      Shannon L. Deeby (P60242)
                                      151 South Old Woodward Avenue, Suite 200
                                      Birmingham, Michigan 48009
                                      Telephone: (248) 988-5882
                                      Facsimile: (248) 988-2502
                                      rgordon@clarkhill.com

Dated: December 16, 2013        *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*