IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------ x
                                                 :
In re                                            :     Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :     Case No. 13-53846
                                                 :
        Debtor.                                  :     Hon. Steven W. Rhodes
                                                 :
------------------------------------------------ x

## APPELLEE CITY OF DETROIT'S
## DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee City of Detroit, Michigan, by its undersigned counsel, designates the following additional items from the Bankruptcy Court docket to be included in the record on this appeal to the United States District Court for the Eastern District of Michigan.

| Filing Date | Doc. # | Narrative |
|---|---|---|
| 07/22/2013 | 63 | Objection to Motion for Order Extending the Chapter 9 Stay |
| 07/22/2013 | 84 | Objection to Motion for Order Extending the Chapter 9 Stay |
| 07/23/2013 | 122 | Objection to Motion for Order Extending the Chapter 9 Stay |
| 07/23/2013 | 125 | Objection to Motion for Order Extending the Chapter 9 Stay |
| 07/23/2013 | 128 | City's Reply to Objections to Motion for Order Extending the Chapter 9 Stay |

| Filing Date | Doc. # | Narrative |
|---|---|---|
| 07/23/2013 | 138 | Limited Objection to Motion for Order Extending the Chapter 9 Stay |
| 07/23/2013 | 141 | Objection to Motion for Order Extending the Chapter 9 Stay |
| 7/24/2013 | 146 | Corrected Objection to Motion for Order Extending the Chapter 9 Stay |
| 07/29/2013 | 188 | Transcript of July 24, 2013, Hearing on Motion for Order Extending the Chapter 9 Stay |
| 09/26/2013 | 1039 | Opinion And Order Denying Motion to Stay Proceedings Pending Determination of Motion to Withdraw the Reference |
| 12/05/2013 | 1945 | Opinion Regarding Eligibility |
| 12/05/2013 | 1946 | Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 12/12/2013 | 2074 | State's Reply to Response to Motion for Reconsideration |

Dated: December 16, 2013			Respectfully submitted,

By: /s/Timothy A. Fusco
Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Timothy A. Fusco (P13768)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

21798777.1\022765-00202

- 2 -

13-53846-tjt   Doc 2175   Filed 12/16/13   Entered 12/16/13 18:05:41   Page 2 of 3

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT