UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | |
| | Hon. Steven W. Rhodes |
| Debtor. | |

ORDER GRANTING DEBTOR'S *EX PARTE* MOTION FOR AN ORDER
SCHEDULING AN EXPEDITED HEARING

This matter coming before the Court on Debtor's *Ex Parte* Motion for

an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to

Debtor's Motion *in Limine* to Exclude the Testimony of Sharon McPhail (the

"Motion");[1] the Court having reviewed the Motion; having found that (i) the Court

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue

is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core

proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was

sufficient under the circumstances; having determined after due deliberation that

---

[1]     Capitalized terms not otherwise defined herein have the meanings
given to them in the Motion.

the relief requested in the Motion is in the best interests of the Debtor and its creditors; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion for expedited hearing is **GRANTED**.

2.  A hearing with respect to the Debtor's Motion *in Limine* to Exclude Testimony of Sharon McPhail shall be held on December 18, 2013, at 9:00 a.m. (prevailing Eastern Time) before the Hon. Steven Rhodes in Courtroom 100, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

3.  No written response is required.

.

**Signed on December 16, 2013**

                **/s/ Steven Rhodes**
                **Steven Rhodes**
                **United States Bankruptcy Judge**