UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

Order Denying Motion to Compel Production of Privilege Log

For the reasons stated on the record in open Court on December 13, 2013, it is hereby ordered that the motion of objectors to compel the production of privilege log [Dkt. #1899] is denied.

The City shall file an affidavit by December 17, 2013, which describes the process used to determine which documents are privileged or claimed to be privileged, the standards the staff used and the representation of the affiant that it is his or her good faith belief that all of the documents withheld are subject to the attorney-client privilege.

.

**Signed on December 17, 2013**

                                        /s/ Steven Rhodes
                                      **Steven Rhodes**
                                      **United States Bankruptcy Judge**