UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                                         Hon. Steven W. Rhodes
_____/

Order Denying Motion to Adjourn Hearing

For the reasons stated on the record in open Court on December 13, 2013, it is hereby ordered that the motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to adjourn hearing on the debtor's assumption motion [Dkt. #17 and #157] and motion to approve post-petition financing [Dkt. #1520] is denied.

.

**Signed on December 17, 2013**

                                                    /s/ Steven Rhodes
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**