UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
 Case No. 13-53846

City of Detroit, Michigan,

 Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S NOTICE OF WITHDRAWAL OF SHARON MCPHAIL AS REBUTTAL WITNESS [DOCKET 2064] AT HEARING ON MOTION TO APPROVE FOREBEARANCE AGREEMENT AND DIP FINANCING [DOCKET 1864]**

Now comes Interested Party David Sole and here by withdraws Sharon McPhail as a rebuttal witness [Docket 2064] at the hearing on Debtor's Motion to Approve Forbearance Agreement and DIP financing [Docket 1864].

 Respectfully submitted,

 JEROME D. GOLDBERG, PLLC

 By: */s/ Jerome D. Goldberg*
 Jerome D. Goldberg (P61678)
 Attorney for David Sole, Party in Interest
 2921 East Jefferson, Suite 205
 Phone: 313-393-6001
 Fax: 313-393-6007
 Email: apclawyer@sbcglobal.net

DATED: December 17, 2013

1