UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
 Case No. 13-53846
City of Detroit, Michigan,

    Debtor.
_____/

## INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF SHARON MCPHAIL AS REBUTTAL WITNESS

The undersigned certifies that on December 17, 2013, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Notice of Withdrawal of Sharon McPhail as rebuttal witness [DOCKET 2197] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                JEROME D. GOLDBERG, PLLC

                                By:   */s/ Jerome D. Goldberg*
                                Jerome D. Goldberg (P61678)
                                Attorney for David Sole, Party in Interest
                                2921 East Jefferson, Suite 205
                                Phone: 313-393-6001
                                Fax: 313-393-6007
DATED: December 17, 2013          Email: apclawyer@sbcglobal.ne

1