UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor,

Chapter 9

Case No. 13-53846
Hon. Steven Rhodes

## ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO FILE OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE TRADITIONAL MANNER

This matter having come before the Court on the motion (the "Motion") of the undersigned attorney for the entry of an order for leave to file Objection to Debtor's Motion For Entry of An Order Approving Alternative Dispute Resolution Procedures in the Traditional Manner, the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The undersigned attorney shall have leave sought in the motion to file Objection, attached as Exhibit A, in the traditional manner and allow the undersigned attorney and his firm to present their objection during the hearing on Monday, December 16, 2013 at 10:00 a.m., before Honorable Steven Rhodes.

3. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Signed on: 12-16-2013

_____
Steven Rhodes
United States Bankruptcy Judge