# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Stephen B. Grow
Firm: Warner Norcross & Judd LLP
Address: 111 Lyon St. NW Suite 900
City, State, Zip: Grand Rapids, MI 49503
Phone: 616.752.2158
Email: sgrow@wnj.com

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy  ○ Adversary
○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 12/18/2013   Time of Hearing: 9 a.m.   Title of Hearing: Assumption Motion (Dkt#17 & 157) DIP Financing Motion (Dkt # 1520)

Please specify portion of hearing requested:  ⦿ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date        By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Stephen B. Grow          Date: 12/18/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt   Doc 2224   Filed 12/18/13   Entered 12/18/13 17:34:53   Page 1 of 1