# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: Claude D. Montgomery
Firm: Dentons US LLP
Address: 1221 Avenue of the Americas
City, State, Zip: New York, New York 10020
Phone: 212-768-6700
Email: claude.montgomery@dentons.com

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy  ◯ Adversary
◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/02/2013   Time of Hearing: 10:00 am   Title of Hearing: motions for relief from stay

Please specify portion of hearing requested: ⦿ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: Official Final Transcript by email; rush request.

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)
◯ 14-Day Transcript - $4.25 per page (14 calendar days)
⦿ Expedited Transcript - $4.85 per page (7 working days)
◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By

Order Received:
Transcript Ordered
Transcript Received

**Signature of Ordering Party:**

/s/Claude D. Montgomery   Date: 12/18/2013

By signing, I certify that I will pay all charges upon completion of the transcript request.