UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

**Order Party: Name, Address and Telephone Number**

Name **Claude D. Montgomery**

Firm **Dentons US LLP**

Address **1221 Avenue of the Americas**

City, State, Zip **New York, New York 10020**

Phone **212-768-6700**

Email **claude.montgomery@dentons.com**

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

⦿ **Bankruptcy** ◯ **Adversary**

◯ **Appeal**   **Appeal No:** _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 10/18/2013  **Time of Hearing:** 10:00 am  **Title of Hearing:** motion to extend chapter 9

Please specify portion of hearing requested: ⦿ **Original/Unredacted**  ◯ **Redacted**  ◯ **Copy** (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: **Official Final Transcript by email; rush request.**

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

⦿ Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

FOR COURT USE ONLY

Transcript To Be Prepared By

_____ Date ____ By ____

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/Claude D. Montgomery        Date: **12/18/2013**

By signing, I certify that I will pay all charges upon completion
of the transcript request.