Form designat

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**

In Re: (NAME OF DEBTOR(S))

City of Detroit, Michigan

_____/

## NOTICE OF REQUIREMENT TO FILE DESIGNATION

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **12/16/2013** from an order entered by Judge **Steven W. Rhodes** on **12/05/2013** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 12/16/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                  Case No. 13-53846-swr
City of Detroit, Michigan                                               Chapter 9
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: ktrio              Page 1 of 9          Date Rcvd: Dec 16, 2013
                              Form ID: designat        Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Detroit Police Officers Association
                                                                         TOTALS: 1, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2013                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2013 at the address(es) listed below:

```
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,   achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,   ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,   wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               bborder@sspclegal.com,  joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
               joumedian@sspclegal.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Brett A. Border    on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brian D. O'Keefe    on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
           Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
           bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
           carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
           carole.neville@dentons.com
          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
          Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Dan  Korobkin    on behalf of Interested Party Darlene   Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie   Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Ian   Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel   Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome   Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie   Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul   Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly   Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason   Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James   Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura   Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda   Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David Eisenberg on behalf of Creditor Detroit Police Command Officers Association deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David A. Mollicone on behalf of Creditor Brown Rehabilitation Management, Inc. dmollicone@dmms.com
David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
David L. Dubrow on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Zack on behalf of Other Professional McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
Dawn R. Copley on behalf of Interested Party State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah Kovsky-Apap on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Debtor In Possession City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant John Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant John Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah L. Fish on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
Debra N. Pospiech on behalf of Interested Party Kimberly James dpospiech@morganmeyers.com
Debra N. Pospiech on behalf of Interested Party Denise Gardner dpospiech@morganmeyers.com
Debra N. Pospiech on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Creditor Wilmington Trust Company, National Association dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
Earle I. Erman on behalf of Creditor Detroit Police Command Officers Association eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
Edward J. Gudeman on behalf of Interested Party Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman on behalf of Interested Party Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable on behalf of Interested Party General Motors LLC tsable@honigman.com, litdocket@honigman.com
Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company emajoros@glmpc.com
Elizabeth M. Abood-Carroll on behalf of Creditor Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net

```
District/off: 0645-2           User: ktrio                Page 4 of 9           Date Rcvd: Dec 16, 2013
                               Form ID: designat          Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
      Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
      Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com
      Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
      Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
      Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
      Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com
      Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
      Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
      Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
      Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com
      Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
      Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
      Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
      Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com
      Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
      Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
      Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com
      Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com, Davis@ConLitPC.com
      James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
      James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com
      James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com
      Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
      Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
      Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
      Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com
      Jay S. Kalish   on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
      Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
      Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
      Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
      Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
      Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
      Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
      Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
      Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net
      John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
      John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
      John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
      John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com
      Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
      Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
      Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Joshua A. Gadharf on behalf of Interested Party Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

Judy B. Calton on behalf of Defendant Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton on behalf of Interested Party Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com

Judy B. Calton on behalf of Debtor In Possession City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton on behalf of Interested Party Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton on behalf of Defendant Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

Julia A. Caroff on behalf of Interested Party United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

Julie Beth Teicher on behalf of Creditor Detroit Police Officers Association jteicher@ermanteicher.com

Julie Beth Teicher on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com

Julie Beth Teicher on behalf of Creditor Detroit Police Command Officers Association jteicher@ermanteicher.com

Julie Beth Teicher on behalf of Creditor Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com

Karen B. Dine on behalf of Interested Party Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

Karen Vivian Newbury on behalf of Creditor DEPFA Bank PLC knewbury@schiffhardin.com

Karen Vivian Newbury on behalf of Creditor FMS Wertmanagement knewbury@schiffhardin.com

Karin F. Avery on behalf of Interested Party Detroit Retired City Employees Association Avery@SilvermanMorris.com

Karin F. Avery on behalf of Interested Party Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com

Kay Standridge Kress on behalf of Debtor In Possession City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com

Kenneth E. Noble on behalf of Interested Party Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth M. Schneider on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com

Kevin M. Baum on behalf of Interested Party Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

Kevin N. Summers on behalf of Creditor National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

Kimberly Joan Robinson on behalf of Creditor Genuine Parts Company kim.robinson@bfkn.com

Kurt Thornbladh on behalf of Creditor Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Lawrence A. Larose on behalf of Creditor Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Lawrence A. Larose on behalf of Plaintiff Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Leland Prince on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

Lisa Hill Fenning on behalf of Creditor General Retirement System of the City of Detroit Lisa.Fenning@aporter.com

Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com

Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Mami Kato    on behalf of Creditor Michael Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
               mark.angelov@arentfox.com
              Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Melissa L. Demorest    on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
               paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
               melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com
              Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
               mdordeski@foleymansfield.com,cindy@loevy.com
              Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
               mtaunt@stroblpc.com, KVanAkin@stroblpc.com
              Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
               mchammer2@dickinsonwright.com
              Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell    on behalf of Interested Party Bill Schuette BellM1@michigan.gov
              Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
               mike.paslay@wallerlaw.com,
               Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
               rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com, bac@maddinhauser.com
              My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Donnell White ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
              Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America Nganatra@uaw.net
              Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               Paige.Barr@kattenlaw.com
              Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
               pmears@btlaw.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees sam.alberts@dentons.com
- Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
- Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
- Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com
- Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
- Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
- Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
- Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
- Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
- Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
- Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
- Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
- Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd. stephen.hackney@kirkland.com
- Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc. stephen.hackney@kirkland.com
- Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
- Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
- Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com
- Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
- Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
- Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
- Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc. clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                   TOTAL: 362