# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                              Chapter 9

CITY OF DETROIT, MICHIGAN                           Case No. 13-53846

    Debtor.                                         Hon. Steven W. Rhodes

---

## CERTIFICATE OF SERVICE

The undersigned certified that on December 6, 2013, the foregoing document was filed using the Court CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

                                        Respectfully submitted,

                                        /s/ Judy Dobrzycki
                                        Judy Dobrzycki
                                        Lippitt O'Keefe, PLLC
                                        Legal Assistant to Ryan C. Plecha
                                        370 E. Maple Rd., 3rd Floor
                                        Birmingham, MI 48009
                                        (248) 646-8292
                                        jdobrzycki@lippittokeefe.com

DATED: December 19, 2013

{00199987}1