UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# CORRECTED[1]
# APPELLEES' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellees, state entities Rick Snyder, Governor of the State of Michigan; Kevin Clinton, State Treasurer,[2] and Ruth Johnson, Michigan Secretary of State, by and through the undersigned attorneys and pursuant to this Court's order (Docket 1762) submit the following designation of additional items to be included in the record on appeal to

---

[1] This corrected version includes the designated documents as attachments.

[2] Andrew Dillon, who was named as a defendant in his official capacity as State Treasurer when this action was filed, resigned on October 11, 2013. His replacement, Kevin Clinton, assumed office on November 1, 2013. Pursuant to Fed. R. Civ. P. 25(d), Mr. Clinton is automatically substituted as a party to this action in Mr. Dillon's place.

the United States District Court for the Eastern District of Michigan from this Court's Order and Opinion denying NAACP's Motion for Relief from Stay, entered by this Court on November 6, 2013 (Docket 1536).[3]

**A.     Docket entries from *In Re City of Detroit*, Case No. 13-53846**

| Desig. | Filing Date | Docket # | Description |
| --- | --- | --- | --- |
| 1. | 7/13/13 | 53 | Debtor's Stay Confirmation Motion |
| 2. | 7/24/13 | 2181 | Transcript, hearing on motion to extend stay (Docket 128) |
| 3. | 7/25/13 | 167 | Order Granting Stay |
| 4. | 9/23/13 | 1004 | Phillips' motion for relief from stay |
| 5. | 9/24/13 | 1007 | State's response to Phillips' motion for relief from stay |
| 6. | 9/24/13 | 1108 | Debtor's objection to Phillips' motion for relief from stay |

---

[3] This appeal relates to the entry of an order regarding notice of pendency of bankruptcy case and application of the automatic stay in *NAACP v. Snyder, et al*, Case No. 2:13-12098 (E.D., Mich)(R.27).

| | | | |
|---|---|---|---|
| 7. | 7/20/13 | 1109 | Debtor's brief in opposition to Phillips' motion for relief from stay |
| 8. | 12/2/13 | 1888 | Phillips' response to State's motion for reconsideration |

## B. Docket entries from *NAACP v Snyder*, Case No. 13-12098 (E.D. Mich)

| Desig. | Filing Date | Docket # | Description |
|---|---|---|---|
| 9. | 8/7/13 | 23 | *Included in Appellants' designation but should be corrected to indicate "Notice of Pendency of Bankruptcy Proceedings and Automatic Stay" (not Application *for* Automatic Stay) |
| 10 | 7/11/13 | 21 | Defs' motion to withdraw motion to dismiss |
| 11 | 7/11/13 | 19 | *Included in Appellants' designation but should be corrected to indicate Defs.' Motion to Dismiss Amended Complaint (not Defs' Second Motion to Dismiss) |

| | | | |
|---|---|---|---|
| 12. | 6/6/13 | 16 | Defs' motion to dismiss |
| 13. | 5/30/13 | 12 | Order Reassigning Comp. Case |
| 14. | 5/22/13 | 11 | Defs' Mtn to Reassign Civil Case |

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Michigan Department of
Attorney General

Corrected Version Dated: December 19, 2013
[Original Version filed December 16, 2013]