UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## APPELLEES' DESIGNATION OF ITEMS

### Item 6

**From *In Re City of Detroit*, Case No. 13-53846**

| | | | |
|---|---|---|---|
| 6. | 9/24/13 | 1108 | Debtor's objection to Phillips' motion for relief from stay |

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
                                                           :

In re                                          :          Chapter 9

CITY OF DETROIT, MICHIGAN,   :          Case No. 13-53846

             Debtor.                    :          Hon. Steven W. Rhodes
---------------------------------------------- x

**DEBTOR'S OBJECTION TO CATHERINE PHILLIPS, et al.'s MOTION FOR RELIEF FROM ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE EXTENDING THE CHAPTER 9 STAY TO CERTAIN (A) STATE ENTITIES, (B) NON OFFICER EMPLOYEES AND (C) AGENTS AND REPRESENTATIVES OF THE DEBTOR**

The City of Detroit (the "City") objects to Catherine Phillips, et al.'s (collectively, the "Plaintiffs") Motion for Relief from the Order Pursuant to Section 105(a) of the Bankruptcy Code Extending the Chapter 9 Stay to Certain (A) State Entities, (B) Non Officer Employees and (C) Agents and Representatives of the Debtor [Dkt. No. 1004] (the "Stay Relief Motion") and supporting brief (the "Stay Relief Brief"). In support of this Objection, the City incorporates in their entirety the arguments set forth in the Brief in Opposition to the Stay Relief Motion, filed contemporaneously herewith (the "Brief in Opposition") and respectfully represents as follows:

21573123.2\022765-00202

13-53846-tjt  Doc 2239-6   Filed 12/09/13   Entered 12/09/13   13-53846-swr  Doc 1108  Filed 10/07/13  Entered 10/07/1   1353846131007000000000014

## Objection

For all of the reasons set forth in the Brief in Opposition, the relief requested in the Stay Relief Motion must be denied.

WHEREFORE, for the reasons set forth herein and in the Brief in Opposition, the City respectfully requests that this Court: (a) deny the Stay Relief Motion; and (b) grant such other and further relief to the City as the Court may deem proper.

Dated: October 7, 2013        Respectfully submitted,

By: /s/Stephen S. LaPlante
Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Timothy A. Fusco (P13768)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

- 2 -
21573123.2\022765-00202
13-53846-swr Doc 1108 Filed 10/09/13 Entered 10/09/13 18:45:30 Page 2 of 3
13-53846-tjt Doc 2239-6 Filed 12/19/13 Entered 12/19/13 14:08:30 Page 3 of 4

Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

- 3 -

21573123.2\022765-00202

13-53846-tjt  Doc 2239-6  Filed 12/19/13  Entered 12/19/13 14:08:30  Page 4 of 4
13-53846-swr  Doc 2190  Filed 12/19/13  Entered 12/19/13 18:45:30  Page 3 of 3