UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## APPELLEES' DESIGNATION OF ITEMS

### Item 10

**From *NAACP v Snyder*, Case No. 13-12098 (E.D. Mich)**

| 10 | 7/11/13 | 21 | Defs' motion to withdraw motion to dismiss |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT BRANCH NAACP, MICHIGAN
STATE CONFERENCE NAACP,
DONNELL R. WHITE, THOMAS
STALLWORTH III, RASHIDA TLAIB,
MAUREEN TAYLOR,

    Plaintiffs,

v

RICK SNYDER, in his official capacity as
Governor of the State of Michigan, ANDREW
DILLON, in his official capacity as Treasurer
of the State of Michigan, and RUTH
JOHNSON, in her official capacity as
Michigan Secretary of State,

    Defendants.

No. 2:13-cv-12098

HON. GEORGE CARAM
STEEH

| | |
|---|---|
| Melvin Butch Hollowell (P37834)<br>Attorney for Plaintiffs<br>8220 Second Avenue<br>Detroit, Michigan 48221<br>313. 207.3890 | Nabih H. Ayad (P59518)<br>Attorney for Plaintiffs<br>2200 N Canton Ctr Rd, Ste 220<br>Canton, Michigan 48187<br>734.983.0500 |
| Denise C. Barton (P41535)<br>Michael F. Murphy (P29213)<br>Heather S. Meingast (P55439)<br>Assistant Attorneys General<br>Attorneys for Defendants<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>517.373.6434 | |

                                 /

**NOTICE OF WITHDRAWAL OF MOTION**

**PLEASE TAKE NOTICE THAT** Defendants' first Motion to Dismiss, R.E. 13, is hereby withdrawn.

Respectfully submitted,

BILL SCHUETTE
Attorney General

/s/Michael F. Murphy
Michael F. Murphy (P29213)
Denise C. Barton (P41535)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
E-mail:  murphym2@michigan.gov

Dated:  July 11, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on <u>July 11, 2013</u>, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF system, which will provide electronic notice and copies of such filing to the parties' counsel of record.

/s/Michael F. Murphy
Michael F. Murphy (P29213)
Assistant Attorney General
Attorney for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
E-mail:  murphym2@michigan.gov

2013-0044216-A\NAACP (Detroit) (EM)  USDC-ED\Notice of Withdrawal Defs' #13 MTD