UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## APPELLEES' DESIGNATION OF ITEMS

### Item 13

**From *NAACP v Snyder*, Case No. 13-12098 (E.D. Mich)**

13.   5/30/13   12   Order Reassigning Comp. Case

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Detroit NAACP et. al,

        Plaintiff(s),   Case No. 13-12098

v.   Honorable Paul D. Borman

Governor Rick Snyder,   Magistrate Judge Laurie J. Michelson

        Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

    This case appears to be a companion case to Case No. __13-11370__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __George Caram Steeh__ and Magistrate Judge __R. Steven Whalen__.

                                          s/Paul D. Borman
                                          Paul D. Borman
                                          United States District Judge

                                          s/George Caram Steeh
                                          George Caram Steeh
                                          United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: __CIVIL__

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __May 30, 2013__           s/ S Schoenherr
                                                  Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable George Caram Steeh