UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, I electronically filed Corrected Appellees' Designation of Items to be Included in the Record on Appeal [Docket No. 2239] with referenced documents as attachments with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically including Nabih H. Ayad who represents the appellant NAACP. The corrected version was filed within two days of notice of the deficiency for filing without the attachments.

                                              */s/Matthew Schneider*
                                              Matthew Schneider
                                              Chief Legal Counsel
                                              Attorney for State of Michigan
                                              P.O. Box 30754
                                              Lansing, Michigan 48909
                                              (517) 373-3203
                                              SchneiderM7@michigan.gov [P62190]
                                              Attorney for the State of Michigan
                                              Michigan Department of Attorney General