## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

### NOTICE OF FILING OF FE MONTHLY INVOICE [OCTOBER 2013]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which (i) requests an aggregate amount of $60,993.30 in fees and $264.30 in expenses, and (ii) consists of detailed statements of the fees and expenses requested for the month of October 2013 by (A) the Fee Examiner (*see* Exhibit A, requesting $9,300 in fees and $0 in expenses), (B) counsel to the Fee Examiner (*see* Exhibit B, requesting $30,133.50 in fees and $219.30 in expenses), and (C) the financial advisor to the Fee Examiner (*see* Exhibit C (requesting $21,559.80 in fees and $45.00 in expenses), a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated:  December 19, 2013

By:  /s/ Peter J. Roberts
      One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
proberts@shawfishman.com

### CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 19th day of December, 2013.

/s/ Peter J. Roberts

# EXHIBIT A

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 12414
October 31, 2013

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 10/31/2013

---

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Balance Forward | | 44,797.20 |
| Current Fees | 9,300.00 | |
| Total Current Charges | | 9,300.00 |
| **Total Due** | | **54,097.20** |

#### Open Invoices

| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
|---|---|---|---:|---:|---:|
| 08/31/13 | 11516 | | 28,407.85 | 0.00 | 28,407.85 |
| 09/30/13 | 12044 | | 16,389.35 | 0.00 | 16,389.35 |
| | | **Totals** | **44,797.20** | **0.00** | **44,797.20** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | October 31, 2013 |
| I.D. 10661-002 - RMF | Invoice 12414 |
| Re: Robert Fishman | |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/13 | RMF | Spoke to J. Ellman re the status of submissions of deliverables, including initial invoices (.3). Reviewed pleadings (.6). | 0.90 | 600.00 | 540.00 |
| 10/02/13 | RMF | Spoke to C. Moore and K. Hand of Conway re fee review issues (.3). Spoke to J. Green of Canfield re fee review issues (.2). Spoke to G. Gouveia re logistics of review and reporting (.4) | 0.90 | 600.00 | 540.00 |
| 10/04/13 | RMF | Office conference with members of working group regarding issues related to redacted invoice deliveries, possible review of indenture trustee bills and related research issues, issues related to certain professional retention agreements, and delegation of various tasks in preparation for invoice review and related reporting (1.2). Began review of documents received from various Professionals (1.3). Spoke to J. Ellman re fee review issues (.4). | 2.90 | 600.00 | 1,740.00 |
| 10/05/13 | RMF | Began review of and comments to Jones Day July Invoice. | 1.10 | 600.00 | 660.00 |
| 10/07/13 | RMF | Further review of and comments to Jones Day July Invoice. | 2.40 | 600.00 | 1,440.00 |
| 10/09/13 | RMF | Spoke to J. Ellman re several fee review issues (.2). Drafted email to J. Ellman and others re timing of presentment of redacted invoices (.2). | 0.40 | 600.00 | 240.00 |
| 10/10/13 | RMF | Spoke to D. Heiman re status of case generally. | 0.80 | 600.00 | 480.00 |
| 10/11/13 | RMF | Met with Shaw Fishman fee review team to discuss fee review process and logistics, types of potentially problematic time entries and appropriate responses to such entries (2.7). Reviewed and revised memo re fee review criteria (.4). Exchanged emails with fee review team re fee review process, logistics and deadlines (.4). | 3.50 | 600.00 | 2,100.00 |
| 10/25/13 | RMF | Spoke to J. Ellman re reimbursement claims of secured creditors, Shaw Fishman invoice questions and related fee examiner issues. | 0.40 | 600.00 | 240.00 |
| 10/28/13 | RMF | Spoke to A. Hudson re Miller Buckfire, Milliman and Conway invoices (.2). Summary review of same (.8). Spoke to J. Ellman re Miller Buckfire and Milliman invoices and issues respecting the same (.4). Reviewed and revised Shaw Fishman September Detailed Statement of Services Rendered (.8). | 2.20 | 600.00 | 1,320.00 |

| | | | | |
|---|---|---|---|---|
| **Total Fees** | **15.50** | | | **9,300.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **9,300.00** |
| **Total Current Charges** | **9,300.00** |
| Balance Forward | 44,797.20 |
| **Total Amount Due** | **54,097.20** |

# **EXHIBIT B**

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice  12413
October 31, 2013

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL  60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through  10/31/2013

---

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Balance Forward | | 21,691.47 |
| Current Fees | 30,133.50 | |
| Current Disbursements | 219.30 | |
| Total Current Charges | | 30,352.80 |
| **Total Due** | | **52,044.27** |

---

### Open Invoices

| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
|---|---|---|---:|---:|---:|
| 08/31/13 | 11728 | | 14,028.70 | 0.00 | 14,028.70 |
| 09/30/13 | 12045 | | 7,662.77 | 0.00 | 7,662.77 |
| | | **Totals** | **21,691.47** | **0.00** | **21,691.47** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | October 31, 2013 |
| I.D. 10661-001 - RMF | Invoice 12413 |
| Re: Chapter 9 case | |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/13 | IB | Reviewed recently revised review guidelines and checklists. | 0.20 | 425.00 | 85.00 |
| 10/01/13 | DRD | Revise invoice review guide and draft correspondence to R. Fishman, I. Bodenstein, P. Roberts, G. Gouveia, M. Reiser and A. Hudson regarding same. | 0.20 | 250.00 | 50.00 |
| 10/01/13 | GEG | Review invoice review guidelines and email correspondence with D. Doyle regarding same | 0.30 | 325.00 | 97.50 |
| 10/01/13 | MSR | Revise checklist for professionals' deadlines re: R. Fishman's comments. | 1.30 | 250.00 | 325.00 |
| 10/02/13 | IB | Review G. Gouveia revisions to fee review guidelines | 0.10 | 425.00 | 42.50 |
| 10/02/13 | DRD | Confer with G. Gouveia regarding revisions to fee review guide. | 0.10 | 250.00 | 25.00 |
| 10/02/13 | GEG | Incorporate proposed revisions into draft internal fee review guidelines (.3); email correspondence and office conference with D. Doyle regarding proposed changes to fee review guidelines and use of same in connection with fee review and related reporting (.2); office conference with R. Fishman regarding fee review guidelines and fee review methodology and reporting (.2); phone call and email correspondence with M. McMickle regarding invoice delivery formats for review and reporting purposes (.6); review monthly reporting checklists and tracking spreadsheets and email correspondence with M. Reiser regarding same (.2) | 1.50 | 325.00 | 487.50 |
| 10/03/13 | GEG | Email correspondence with M. McMickle regarding fee review guidelines, and strategy and forms for fee review process | 0.30 | 325.00 | 97.50 |
| 10/04/13 | IB | Review engagement letters, fees and billing categories received for Conway MacKenzie, Brooks Wilkins, Ernst & Young, Miller Canfield, Segal, Lazard, Dentons and Miller Buckfire | 1.80 | 425.00 | 765.00 |
| 10/04/13 | IB | Meeting of fee review team re: division of assignments and finalization of review templates | 1.20 | 425.00 | 510.00 |
| 10/04/13 | AH | Office conference with R. Fishman and other members of working group regarding issues related to redacted invoice deliveries, possible review of indenture trustee bills and related research issues, issues related to certain professional retention agreements, and delegation of various tasks in preparation for invoice review and related reporting. | 1.20 | 220.00 | 264.00 |
| 10/04/13 | DRD | Prepare for (.1) and participate in office conference with R. Fishman and other members of working group regarding issues related to redacted invoice deliveries, possible review of indenture trustee bills and related research issues, issues related to certain professional retention agreements, and delegation of various tasks in preparation for invoice review and related reporting (1.2). | 1.30 | 250.00 | 325.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | October 31, 2013 |
| I.D. 10661-001 - RMF | | | | | Invoice 12413 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/13 | DRD | Revise monthly invoice review guide. | 1.70 | 250.00 | 425.00 |
| 10/04/13 | GEG | Office conference with R. Fishman and other members of working group regarding issues related to redacted invoice deliveries, possible review of indenture trustee bills and related research issues, issues related to certain professional retention agreements, and delegation of various tasks in preparation for invoice review and related reporting (1.2); review verified statements and retention agreements submitted by Committee professionals (.5) | 1.70 | 325.00 | 552.50 |
| 10/04/13 | MSR | Office conference with R. Fishman and other members of working group regarding issues related to redacted invoice deliveries, possible review of indenture trustee bills and related research issues, issues related to certain professional retention agreements, and delegation of various tasks in preparation for invoice review and related reporting. | 1.20 | 250.00 | 300.00 |
| 10/06/13 | GEG | Review Jones Day September 30 letter to Fee Examiner, including attached engagement letters, verification of rates and proposed fee and expense categories (.5); review and comment on Jones Day July monthly invoice (1.5) | 2.00 | 325.00 | 650.00 |
| 10/07/13 | IB | Review 503(b)3 and 5 re: fees and costs of indenture trustee | 0.50 | 425.00 | 212.50 |
| 10/07/13 | IB | Begin review Jones Day July 2013 invoice | 0.80 | 425.00 | 340.00 |
| 10/07/13 | GEG | Review emails and Excel document from M. McMickle with various sorts of Jones Day initial invoice for purposes of invoice analysis (.3); follow up email correspondence with M. McMickle regarding preferred formatting of Excel documents for invoice review and feedback to professionals (.2) | 0.50 | 325.00 | 162.50 |
| 10/07/13 | MSR | Revise checklists re: comments from working group. | 0.50 | 250.00 | 125.00 |
| 10/08/13 | AH | Research regarding meaning of "substantial contribution" as it applies to indenture trustees under 11 U.S.C. s. 503(b)(3)-(5). | 0.90 | 220.00 | 198.00 |
| 10/08/13 | AH | Constructed chart for internal use summarizing what materials have been received by the Fee Examiner from the Professionals in accordance with the Oct. 4 deadline, and what materials are still outstanding. | 0.70 | 220.00 | 154.00 |
| 10/09/13 | AH | Begin reviewing Jones Day Invoice in preparation for meeting on 10/11 to discuss uniform review of invoices going forward. | 1.30 | 220.00 | 286.00 |
| 10/09/13 | IB | Review Jones Day July invoice to prepare for Friday meeting of fee review group to discuss review standards. | 2.70 | 425.00 | 1,147.50 |
| 10/09/13 | AH | Review Jones Day Invoice in preparation for meeting on 10/11 to discuss uniform review of invoices going forward. | 1.30 | 220.00 | 286.00 |
| 10/09/13 | AH | Continued researching parameters of what constitutes "substantial contribution" by indenture trustee for purposes of administrative claims under 11 USC 503(b)(3)-(5). | 0.40 | 220.00 | 88.00 |
| 10/09/13 | GEG | Review and comment on draft fee review spreadsheets from Mary McMickle (.5); email correspondence with Mary McMickle regarding same (.2); email correspondence with R. Fishman and D. Doyle regarding revisions to review guidelines memo (.2); review | 1.40 | 325.00 | 455.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | October 31, 2013 |
| I.D. 10661-001 - RMF | | | | | Invoice 12413 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and comment on Jones Day July invoice (.5) | | | |
| 10/10/13 | DRD | Review, analyze and comment on Jones Day invoice for July 2013. | 4.10 | 250.00 | 1,025.00 |
| 10/10/13 | DRD | Revise invoice review guide based on comments by R. Fishman and G. Gouveia. | 0.40 | 250.00 | 100.00 |
| 10/10/13 | IB | Review E&Y invoice for period 7/19-7/31, 2013. | 0.50 | 425.00 | 212.50 |
| 10/10/13 | GEG | Complete review of Jones Day July invoice | 1.00 | 325.00 | 325.00 |
| 10/10/13 | PJR | Review Jones Day July invoice. | 2.70 | 410.00 | 1,107.00 |
| 10/10/13 | MSR | Draft and revise Quarterly Report template. | 1.30 | 250.00 | 325.00 |
| 10/11/13 | AH | Meeting with R. Fishman, P. Roberts, G. Gouveia, I. Bodenstein, D. Doyle, M. Reiser to discuss uniform review of invoices going forward. | 2.70 | 220.00 | 594.00 |
| 10/11/13 | AH | Completed review of Jones Day invoice in preparation for meeting with invoice review team to discuss uniform review of invoices going forward. | 1.40 | 220.00 | 308.00 |
| 10/11/13 | AH | Research and review of case law regarding treatment of administrative priority claims of indenture trustees under 11 USC 503(b)(3)-(5). | 0.80 | 220.00 | 176.00 |
| 10/11/13 | IB | Meet with R. Fishman, P. Roberts, M. Reiser, A. Hudson, G. Gouveia and D. Doyle re: review of Jones Day initial invoice and comments on how to apply fee review standards on a consistent basis. | 2.70 | 425.00 | 1,147.50 |
| 10/11/13 | DRD | Prepare for (1) and attend meeting with Fee Examiner team to review and evaluate Jones Day invoice for July 2013 (2.7). | 3.70 | 250.00 | 925.00 |
| 10/11/13 | DRD | Review and revise internal memorandum on fee review guide (.6); confer with R. Fishman regarding same (.3); confer with M. Reiser and R. Fishman regarding upcoming due dates for invoice review issues (.2); confer with R. Fishman regarding external memorandum for professionals on reasonableness standards (.1); revise memorandum for professionals on reasonableness standards (.3). | 1.50 | 250.00 | 375.00 |
| 10/11/13 | AH | Draft letters to professionals from which firm has yet to receive required documents, and e-mailed to appropriate parties. | 0.80 | 220.00 | 176.00 |
| 10/11/13 | GEG | Prepare for meeting with fee review team (.3); attend meeting with fee review team to discuss fee review standards and delegation of responsibilities (2.7); follow up email correspondence with fee review team regarding fee review spreadsheets (.1); review and edit quarterly report template (.2); review R. Fishman email regarding fee review assignments (.1); review D. Doyle email and revised fee review guidelines (.1) | 3.50 | 325.00 | 1,137.50 |
| 10/11/13 | PJR | Meeting with R. Fishman, I. Bodenstein, G. Gouveia, D. Doyle, M. Reiser, and A. Hudson regarding fee review guidelines and related issues. | 2.70 | 410.00 | 1,107.00 |
| 10/11/13 | PJR | Review revised draft fee review guidelines. | 0.20 | 410.00 | 82.00 |
| 10/11/13 | PJR | Review revised fee review guidelines (.1); review revised forms of invoice review spreadsheets and G. Gouveia e-mail on same (.2); | 0.40 | 410.00 | 164.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | October 31, 2013 |
| I.D. 10661-001 - RMF | | | | | Invoice 12413 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | review R. Fishman e-mails on fee review responsibilities and related issues (.1). | | | |
| 10/11/13 | MSR | Meeting with working group re: review Jones Day invoice. | 2.70 | 250.00 | 675.00 |
| 10/14/13 | IB | Review emails from T. Spillane re: Foley's legal services agreement with the City, billing rates and categories (.2); phone call with T. Spillane re: same. (.2) | 0.40 | 425.00 | 170.00 |
| 10/14/13 | IB | Phone call with M. Wilkins and J. Ellman re: redacted invoices | 0.40 | 425.00 | 170.00 |
| 10/14/13 | AH | Spoke with M. Westbook regarding creation of binders for internal use for each Professional submitting monthly invoices (.1); aggregated and provided M. Westbook with documents already received from Professionals to use in creation of binders (.1). | 0.20 | 220.00 | 44.00 |
| 10/14/13 | MAW | Met with A. Hudson re creating binders for professional invoices and initial submission documents and worked on preparing same. | 2.80 | 170.00 | 476.00 |
| 10/15/13 | AH | Spoke with I. Bodenstein and J. Budin (Milliman, Inc.) regarding Budin's questions for submitting initial documents to the Fee Examiner. | 0.10 | 220.00 | 22.00 |
| 10/15/13 | IB | Phone call with A. Hudson and J. Budin re: Milliman compliance with fee review order (.2); review Milliman submission (.2). | 0.40 | 425.00 | 170.00 |
| 10/15/13 | IB | Phone conference with G. Gouveia and J. Ellman re: preliminary observations about Jones Day invoice. | 0.50 | 425.00 | 212.50 |
| 10/15/13 | GEG | Office conference with I. Bodenstein in preparation for call with debtor's counsel regarding July postpetition invoice (.1); participate in conference call with debtor's counsel regarding July postpetition invoice (.4). | 0.50 | 325.00 | 162.50 |
| 10/15/13 | PJR | Review recent court filings, including papers from opposing sides on chapter 9 eligibility arguments. | 1.20 | 410.00 | 492.00 |
| 10/15/13 | PJR | Telephone conference with W. Smith regarding U.S. Bank Collateral Agreement and Custodian's status under existing fee orders in case (.3); exchange e-mails with W. Smith on same (.2); review associated collateral agreement and related papers (1.4); review fee orders and assess Custodian's status under fee orders (.4); exchange e-mails with R. Fishman on same (.3). | 2.60 | 410.00 | 1,066.00 |
| 10/16/13 | IB | Review email from J. Ellman re: revised portion of July invoice for Jones Day | 0.20 | 425.00 | 85.00 |
| 10/16/13 | PJR | Telephone conference with J. Ellman of Jones Day regarding scope of fee review order (.2); e-mail to R. Fishman on same (.2). | 0.40 | 410.00 | 164.00 |
| 10/17/13 | IB | Review Brooks Wilkins redacted September invoice. | 0.50 | 425.00 | 212.50 |
| 10/17/13 | IB | Preliminary review of Denton invoice sent by M. Wilkins. | 0.40 | 425.00 | 170,00 |
| 10/17/13 | IB | Revise G. Gouveia draft of template for invoice summary sheet. | 0.20 | 425.00 | 85.00 |
| 10/17/13 | MAW | Reviewed and added additional initial submissions to binders of professional invoices per A. Hudson's request. | 0.30 | 170.00 | 51.00 |
| 10/17/13 | PJR | Review recent filings in bankruptcy case. | 0.60 | 410.00 | 246.00 |
| 10/20/13 | GEG | Begin reviewing initial submissions and correspondence from Miller Canfield, Pepper Hamilton and Conway MacKenzie (.3); coordinate | 0.80 | 325.00 | 260.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | October 31, 2013 | |
| I.D. 10661-001 - RMF | | | | Invoice 12413 | |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | preparation of fee review binders and working files for each of these professionals (.2); briefly review Pepper Hamilton July/August invoice (.2); email correspondence with M. McMickle regarding status of July/August invoices and fee review spreadsheet (.1) | | | |
| 10/21/13 | IB | Email to G. Gouveia and A. Hudson re: forwarding all fee statements to Kapila firm in Florida. | 0.10 | 425.00 | 42.50 |
| 10/21/13 | IB | Review T. Spillane email re: delay in sending Foley invoice (.1); email back to T. Spillane (.1). | 0.20 | 425.00 | 85.00 |
| 10/21/13 | IB | Meet with G. Gouveia to finalize summary invoice sheet. | 0.10 | 425.00 | 42.50 |
| 10/21/13 | GEG | Email correspondence with R. Fishman, I. Bodenstein and A. Hudson regarding inclusion of Kapila personnel on fee examiner email distribution list and tracking delivery and transmission of initial monthly invoices (.2); review comments to fee review spreadsheet template from members working group (.2); revise fee review spreadsheet (.5); office conference with I. Bodenstein regarding same and issues related to professional holdback provision and depiction of voluntary reductions (.2); email to Mary McMickle (Kapila) regarding revisions to fee review spreadsheet template (.3); review E&Y invoice and email correspondence with M. McMickle regarding fee review spreadsheet customization issues (.3); draft for preliminary, monthly and quarterly reports (4.0); email correspondence with A. Hudson regarding preparation of list to City regarding timely submitted monthly invoices (.1) | 5.80 | 325.00 | 1,885.00 |
| 10/21/13 | PJR | Review most recent filings in bankruptcy case. | 0.80 | 410.00 | 328.00 |
| 10/21/13 | PJR | E-mail to J. Ellman on MWE inquiry on scope of fee order. | 0.10 | 410.00 | 41.00 |
| 10/22/13 | AH | Follow-up communications with point persons for Kurtzman Carson, Lazard Freres and Segal Company regarding July/August invoices. | 0.50 | 220.00 | 110.00 |
| 10/22/13 | IB | Phone call with M. Wilkins re: Brooks Wilkins invoices (.1); meet with A. Hudson re: follow up with Lazard and Segal (.1) | 0.20 | 425.00 | 85.00 |
| 10/22/13 | AH | Spoke with M. McMickle regarding invoices she had not yet received in order to craft excel sheets and forwarded her outstanding July/August invoices. | 0.10 | 220.00 | 22.00 |
| 10/22/13 | MAW | Worked on printing and organizing July and August professional invoices into binders per A. Hudson's request. | 0.50 | 170.00 | 85.00 |
| 10/22/13 | GEG | Review transmittal emails and attachments from Conway and Miller Canfield regarding July/August invoices (.2); finalize draft preliminary, monthly and quarterly report templates (1.0); email to R. Fishman and other members of working group regarding same (.1); review list of July/August invoice submissions from A. Hudson (.1); email correspondence with R. Fishman and A. Hudson regarding July/August invoice submissions and related follow up tasks (.2) | 1.60 | 325.00 | 520.00 |
| 10/23/13 | MAW | Continued organizing July and August professional invoices into binders per A. Hudson's request. | 2.00 | 170.00 | 340.00 |
| 10/23/13 | PJR | Exchange e-mails with J. Ellman regarding scope of fee review orders and related issues (.3); exchange e-mails with W. Smith on | 0.90 | 410.00 | 369.00 |

# Shaw Fishman Glantz & Towbin LLC

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | October 31, 2013 |
| I.D. 10661-001 - RMF | Invoice 12413 |
| Re: Chapter 9 case | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | same (.3); exchange e-mails with R. Fishman on same (.3). | | | |
| 10/23/13 | PJR | Review Retiree adversary complaint and related papers on same. | 0.40 | 410.00 | 164.00 |
| 10/24/13 | IB | Review and revise templates for final preliminary and monthly reports | 1.10 | 425.00 | 467.50 |
| 10/24/13 | PJR | Review recent filings in case, including Syncora 2004 motion, City brief on lay testimony, Retiree 1983 complaint, and other papers. | 2.20 | 410.00 | 902.00 |
| 10/25/13 | IB | Complete revision of monthly, quarterly, preliminary report templates (.3); begin review of Milliman (.2), Denton's (.3), Brooks Wilkins (.3) and Miller Buckfire (.2) invoices | 1.30 | 425.00 | 552.50 |
| 10/25/13 | PJR | Brief review of KCC invoices for July and August. | 0.30 | 410.00 | 123.00 |
| 10/28/13 | AH | Spoke with J. Budin regarding revising Milliman, Inc.'s invoice to add specificity regarding dates and breakdown of time spent on tasks. | 0.10 | 220.00 | 22.00 |
| 10/28/13 | AH | Review invoices submitted by Professionals to assess whether time entries are specific enough to give review team detail on what work was performed during hours for which firms seek compensation (.1); e-mail R. Fishman regarding same (.1). | 0.20 | 220.00 | 44.00 |
| 10/28/13 | GEG | Email correspondence with M. McMickle regarding fee review spreadsheets | 0.20 | 325.00 | 65.00 |
| 10/28/13 | PJR | Review e-mail exchange with M. McMickle regarding professional invoices for July/August (.2); begin review of E&Y July invoice (1.3). | 1.50 | 410.00 | 615.00 |
| 10/29/13 | IB | Review emails from T. Spillane re: Foley invoices and request to re-submit and respond to same. | 0.20 | 425.00 | 85.00 |
| 10/29/13 | IB | Review Milliman and Dentons summary reports from M. Mickle. | 0.40 | 425.00 | 170.00 |
| 10/29/13 | GEG | Email correspondence with R. Fishman and M. McMickle regarding invoices submitted by KCC and Foley & Lardner (.2); email to Foley representatives regarding resubmission of separate invoices for July/August and September fees and expenses in searchable PDF format per the fee review order (.1) | 0.30 | 325.00 | 97.50 |
| 10/30/13 | GEG | Review email and supplemental July/August invoice from Miller Canfield (.1), review original July/August invoice from MIller Canfield (.1), review letter regarding fee agreements between Miller Canfield and City (.3), and email to Miller Canfield attorney for clarification regarding supplemental July/August invoice (.1) | 0.60 | 325.00 | 195.00 |
| | | **Total Fees** | **94.40** | | **30,133.50** |

| | Disbursements | | | | |
|---|---|---|---|---|---|
| Date | Description | | | | Amount |
| 10/11/13 | Photocopy; Memorandum in re Monthly Invoice review guide. (KXJ) | 24 | @ | 0.10 | 2.40 |
| 10/21/13 | Photocopy; Memorandum; Draft Feee review Guidelines (KXJ) | 10 | @ | 0.10 | 1.00 |
| 10/21/13 | Photocopy; Memorandum; Draft Fee review Guidelines (KXJ) | 10 | @ | 0.10 | 1.00 |
| 10/22/13 | Photocopy; Miller Canfield Binder Index; Miller Canfield Fees; Exhibits; Statement; Pepper July 18 - 31 Invoice and Summary (KXJ) | 241 | @ | 0.10 | 24.10 |

**Shaw Fishman Glantz & Towbin LLC**

| Robert Fishman as Detroit Fee Examiner | | | | October 31, 2013 |
|---|---|---|---|---|
| I.D. 10661-001 - RMF | | | | Invoice 12413 |
| Re: Chapter 9 case | | | | |

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 10/22/13 | Photocopy; Letter and Attachements in re: Fee review order for R. Fishman; Conway MacKenzie Fee Examiner Documents (KXJ) | 160 | @ | 0.10 | 16.00 |
| 10/22/13 | Photocopy; Miller Canfield Fees 7/18/13; Exhibit 2 to Conway MacKenzie Fee Statement (KXJ) | 236 | @ | 0.10 | 23.60 |
| 10/22/13 | Photocopy; Letter and attachments in re: Fee review; Conway MacKenzie Fee Examiner Documents for Binder (KXJ) | 160 | @ | 0.10 | 16.00 |
| 10/23/13 | Photocopy; August Invoices (MAW) | 676 | @ | 0.10 | 67.60 |
| 10/23/13 | Photocopy; August Invoices (MAW) | 676 | @ | 0.10 | 67.60 |

|  | **Total Disbursements** | **219.30** |
|---|---|---|
|  | **Total Fees and Disbursements** | **30,352.80** |
|  | **Total Current Charges** | **30,352.80** |
|  | Balance Forward | 21,691.47 |
|  | **Total Amount Due** | **52,044.27** |

# EXHIBIT C



*Kapila & Company*
*Certified Public Accountants*

### CITY OF DETROIT, MICHIGAN
### Client ID: 90000
### Invoice #97216 - 10/31/13

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS  - Senior Consultant,  CPA* | 16.30 | 260.00 | 4,238.00 |
| SONEET RAVI KAPILA  - Partner,  CPA*, CFF, CIRA, CFE | 3.70 | 442.00 | 1,635.40 |
| MARY MCMICKLE  - Partner,  CPA*, CIRA | 25.60 | 330.00 | 8,448.00 |
| SHANTEL THOMAS  - Forensic Consultant,  CPA*, CIRA | 34.80 | 208.00 | 7,238.40 |
| TOTAL | 80.40 | | $21,559.80 |
| | BLENDED RATE | $268.16 | |
| | TOTAL EXPENSES | | 45.00 |
| TOTAL AMOUNT OF THIS INVOICE | | | $21,604.80 |

CPA - Certified Public Accountant
CIRA- Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

*1000 S. Federal Highway  Suite 200   Fort Lauderdale, Florida 33316*
*Member Florida Institute of Certified Public Accountants  American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

13-53846-tjt    Doc 2242    Filed 12/19/13    Entered 12/19/13 13:25:42    Page 15 of 22

# Kapila & Company

Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011 F - 954-761-1033 www.kapilaco.com
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97216
10/31/2013
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2013

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|------|-------|-------------|-----|--------|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 10/01/2013 | MMM | PREPARE SPREADSHEET OF ALL CITY PROFESSIONALS, OC PROFESSIONALS AND COMMITTEE PROFESSIONALS. | 0.70 | 231.00 |
| 10/01/2013 | MMM | PREPARE SPREADSHEET OF TASKS AND DATES DUE FOR ALL ITEMS OUTLINED IN FEE ORDER. | 1.20 | 396.00 |
| 10/01/2013 | MMM | READ FEE ORDER. | 0.60 | 198.00 |
| 10/02/2013 | MMM | TELEPHONE CONFERENCE WITH COUNSEL RE: DISCUSS VARIOUS METRICS FOR SORTING INVOICES, REQUIREMENTS FOR MONTHLY AND QUARTERLY REPORTS. | 0.50 | 165.00 |
| 10/02/2013 | MMM | PREPARE PRELIMINARY CHART OF METRICS FOR SORTING INVOICES. | 0.40 | 132.00 |
| 10/03/2013 | MMM | TELEPHONE CONFERENCE WITH SRK RE: DISCUSS METRICS FOR INVOICE ANALYSIS. | 0.30 | 99.00 |
| 10/03/2013 | MMM | REVIEW DOWNLOADED INVOICE AND INITIAL SORTS. PROVIDE COMMENTS TO STAFF. | 0.30 | 99.00 |
| 10/03/2013 | SST | TELEPHONE CONFERENCE WITH M. MCMICKLE TO DISCUSS DOWNLOADING JONES DAY'S INVOICE AND VARIOUS SORTS REQUIRED. | 0.30 | 62.40 |
| 10/03/2013 | SST | EXTRACTION OF DATA FROM JONES DAY'S JULY INVOICE USING THE IDEA SOFTWARE. | 1.20 | 249.60 |
| 10/03/2013 | MMM | REVIEW JONES DAY FIRST INVOICE PRESENTATION TO DETERMINE BEST WAY TO DOWNLOAD FOR ANALYSIS. | 0.20 | 66.00 |
| 10/03/2013 | SRK | TELEPHONE CONFERENCE WITH M MCMICKLE TO DISCUSS METRICS FOR INVOICE ANALYSIS | 0.30 | 132.60 |
| 10/03/2013 | MMM | READ MEMO RE: MONTHLY INVOICE REVIEW PREPARED BY FEE EXAMINER AND RESPOND. | 0.50 | 165.00 |
| 10/03/2013 | MMM | TELEPHONE CONFERENCE WITH SHANTEL RE: DISCUSS DOWNLOADING JONES DAY INVOICE AND VARIOUS SORTS REQUIRED. | 0.30 | 99.00 |
| 10/03/2013 | SST | PREPARE SCHEDULES ANALYZING JONES DAY'S JULY INVOICE FOR FEE EXAMINER'S REVIEW. | 0.90 | 187.20 |
| 10/03/2013 | SRK | REVIEW TRANSMISSION OF RETENTION LETTERS AND INVOICES | 0.30 | 132.60 |
| 10/04/2013 | MMM | RECEIVE ADDITIONAL ENGAGEMENT LETTERS FROM CITY AND | 1.10 | 363.00 |

| | | | | |
|---|---|---|---|---|
| | | COMMITTEE PROFESSIONALS AND UPDATE SPREADSHEET. | | |
| 10/04/2013 | SST | PREPARE ADDITIONAL SCHEDULES ANALYZING JONES DAY'S JULY INVOICE FOR FEE EXAMINER'S REVIEW. | 0.70 | 145.60 |
| 10/04/2013 | MMM | RECEIVE ENGAGEMENT LETTERS AND DECLARATIONS FROM CITY PROFESSIONALS AND COMMITTEE PROFESSIONALS AND UPDATE SPREADSHEET FOR SAME. | 1.60 | 528.00 |
| 10/04/2013 | SST | EXTRACTION OF ADDITIONAL DATA FROM JONES DAY'S JULY INVOICE USING THE IDEA SOFTWARE. | 0.70 | 145.60 |
| 10/04/2013 | SRK | READ E-MAILS FROM R. FISHMAN AND TRANSMISSIONS OF INVOICES OF PROFESSIONALS | 0.40 | 176.80 |
| 10/04/2013 | MMM | REVIEW FINAL SORTS OF JONES DAY INVOICE AND RESPOND TO FEE EXAMINER. | 0.40 | 132.00 |
| 10/07/2013 | MMM | TELEPHONE CONFERENCE WITH SRK RE: DISCUSS METHODOLOGY FOR REVIEWING FINANCIAL PROFESSIONAL INVOICES. | 0.20 | 66.00 |
| 10/07/2013 | SRK | TELEPHONE CONFERENCE WITH M. MCMICKLE TO DISCUSS REVIEW OF FINANCIAL PROFESSIONALS INVOICES (.2); ATTEND TO E-MAIL FROM G. GOUVEIA ESQ. OF OCTOBER 7, 2013 AND FOLLOW UP REGARDING SAME (.1) | 0.30 | 132.60 |
| 10/08/2013 | MMM | CREATE VARIOUS SPREADSHEETS FOR MONTHLY INVOICE REPORT AS WELL AS FOR INVOICE REVIEW PER FEE EXAMINER REQUEST. | 1.90 | 627.00 |
| 10/09/2013 | JEG | STUDY EMAIL TRAIL BETWEEN M.MCMICKLE & G.GOUVEIA RE: JONES DAY INVOICE USED AS MODEL FOR STANDARD EXCEL FORMATTING. | 0.20 | 52.00 |
| 10/09/2013 | SRK | REVIEW AND RESPOND TO E-MAILS FROM R. FISHMAN, ESQ. ON OCTOBER 9, 2013 REGARDING REDACTED BILLS | 0.10 | 44.20 |
| 10/09/2013 | JEG | STUDY LIST OF CITY AND ORDINARY COURSE PROFESSIONALS RETAINED. | 0.10 | 26.00 |
| 10/09/2013 | JEG | STUDY FEE REVIEW ORDER. | 0.30 | 78.00 |
| 10/09/2013 | MMM | FINALIZE DRAFT OF REVISED SPREADSHEETS FOR FEE EXAMINER AND SEND FOR REVIEW. | 0.50 | 165.00 |
| 10/09/2013 | MMM | REVISE AND UPDATE SPREADSHEETS FOR INVOICE REVIEW AND MONTHLY REPORTING BASED ON COMMENTS FROM FEE EXAMINER AND RESPOND TO COMMENTS/INQUIRIES. | 1.60 | 528.00 |
| 10/13/2013 | SRK | REVIEW AND RESPOND TO MULTIPLE E-MAILS FROM D. DOYLE, R. FISHMAN, M. REISER REGARDING REVIEW TEAMS STRUCTURE, ASSIGNMENT OF INVOICE TO REVIEW TEAMS AND PROCESS TO BE FOLLOWED | 0.30 | 132.60 |
| 10/15/2013 | JEG | CONFERENCE WITH S.KAPILA & M.MCMICKLE TO DISCUSS REVIEW PROCEDURES. | 0.30 | 78.00 |
| 10/15/2013 | SRK | MEETING WITH M. MCMICKLE AND J. GILLIS - DISCUSSION OF KAPILA TASK LIST AND BUSINESS CATEGORIES FOR REVIEWING FEE INVOICES | 0.30 | 132.60 |
| 10/15/2013 | SST | EXTRACTION OF DATA FROM E & Y'S JULY INVOICE USING THE IDEA SOFTWARE. | 1.80 | 374.40 |
| 10/15/2013 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS AND S. KAPILA TO | 0.30 | 99.00 |

| | | DISCUSS REVIEW PROCEDURES FOR FINANCIAL ADVISORS ASSIGNED TO KAPILA | | |
|---|---|---|---|---|
| 10/15/2013 | SST | PREPARE SCHEDULES ANALYZING E & Y'S JULY INVOICE FOR FEE EXAMINER'S REVIEW. | 1.00 | 208.00 |
| 10/17/2013 | SST | TELEPHONE CONFERENCE WITH M. MCMICKLE REGARDING INVOICE UPLOADS | 0.20 | 41.60 |
| 10/17/2013 | MMM | TELEPHONE CONFERENCE WITH S. THOMAS REGARDING INVOICE UPLOADS. | 0.20 | 66.00 |
| 10/17/2013 | MMM | REVISE SPREADSHEETS FOR INVOICE ANAYLYSIS WITH E&Y INVOICE AND SEND TO FEE EXAMINER. | 0.40 | 132.00 |
| 10/21/2013 | JEG | CORRESPONDENCE WITH M.MCMICKLE RE: SUGGESTED WORKING COPY FOR EACH REVIEWER FOR FINAL CONSOLIDATION. | 0.10 | 26.00 |
| 10/21/2013 | JEG | STUDY MILLER BUCKFIRE ENGAGEMENT LETTER., SERVICES CONTRACT AND RATES IN PREPARATION FOR REVIEW OF INVOICES. | 0.30 | 78.00 |
| 10/21/2013 | MMM | ACCEPT INVOICES FROM PROFESSIONALS AND ORGANIZE FOR DOWNLOADING. | 0.60 | 198.00 |
| 10/21/2013 | JEG | STUDY CONWAY MACKENZIE SERVICE CONTRACT AND RATES IN PREPARATION FOR REVIEW OF INVOICES. | 0.30 | 78.00 |
| 10/21/2013 | JEG | STUDY ERNST & YOUNG ENGAGEMENT LETTER AND RATES IN PREPARATION FOR REVIEW OF E&Y INVOICES. | 0.20 | 52.00 |
| 10/21/2013 | MMM | EDIT E&Y FEE REVIEW SCHEDULES. | 0.40 | 132.00 |
| 10/21/2013 | JEG | STUDY LAZARD FRERES ENGAGEMENT LETTER IN PREPARATION FOR REVIEW OF INVOICES. | 0.20 | 52.00 |
| 10/21/2013 | SRK | REVIEW AND RESPOND TO NUMEROUS E-MAILS AND PRELIMINARY REVIEW OF FEES SUBMITTED BY SEVERAL PROFESSIONALS | 0.80 | 353.60 |
| 10/21/2013 | MMM | REVIEW UPDATED SET OF SCHEDULES FROM FEE EXAMINER. TEMPLATE OTHERS. | 0.40 | 132.00 |
| 10/22/2013 | SST | PREPARE SCHEDULES ANALYZING MILLER BUCKFIRES JULY & AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.60 | 124.80 |
| 10/22/2013 | SST | EXTRACTION OF DATA FROM MILLER CANFIELD'S JULY & AUGUST INVOICE USING THE IDEA SOFTWARE. | 1.00 | 208.00 |
| 10/22/2013 | SST | PREPARE SCHEDULES ANALYZING MILLER CANFIELD'S JULY & AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.60 | 124.80 |
| 10/22/2013 | SST | EXTRACTION OF DATA FROM MILLIMAN'S JULY & AUGUST INVOICE USING THE IDEA SOFTWARE. | 1.00 | 208.00 |
| 10/22/2013 | SST | EXTRACTION OF DATA FROM MILLER BUCKFIRE'S JULY & AUGUST INVOICE USING THE IDEA SOFTWARE. | 1.00 | 208.00 |
| 10/22/2013 | SST | PREPARE SCHEDULES ANALYZING MILLIMAN'S JULY & AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.60 | 124.80 |
| 10/23/2013 | JEG | COMPARE MILLER BUCKFIRE INVOICE DETAIL TO SERVICE CONTRACT TO DETERMINE COMPLIANCE. | 0.50 | 130.00 |
| 10/23/2013 | JEG | STUDY MILLER BUCKFIRE JULY & AUG. EXPENSE DETAIL. | 0.20 | 52.00 |
| 10/23/2013 | SST | REVISE SCHEDULES ANALYZING MILLER CANFIELD'S JULY & | 0.50 | 104.00 |

| | | | | |
|---|---|---|---|---|
| | | AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | | |
| 10/23/2013 | JEG | STUDY E&Y JULY INVOICE FOR EXPENSE REIMBURSEMENTS. | 0.30 | 78.00 |
| 10/23/2013 | JEG | STUDY E&Y JULY INVOICE TO SCREEN FOR CODE B, TRAVEL TIME AND HOURLY RATE. | 0.20 | 52.00 |
| 10/23/2013 | JEG | CORRESPONDENCE WITH M.MCMICKLE TO DESCRIBE ADDITIONAL INVOICE DETAIL REQUIRED FROM MILLER BUCKFIRE. | 0.20 | 52.00 |
| 10/23/2013 | MMM | CONFERENCE WITH J. GILLIS REGARDING STATUS OF INVOICE DETAIL DOWNLOADS | 0.10 | 33.00 |
| 10/23/2013 | JEG | STUDY E&Y JULY INVOICE TO SCREEN FOR CODES F&G: LUMPING & BUNDLING. | 0.40 | 104.00 |
| 10/23/2013 | JEG | CONFERENCE W/ M.MCMICKLE REGARDING STATUS OF INVOICE DETAIL DOWNLOADS. | 0.10 | 26.00 |
| 10/23/2013 | MMM | REVIEW INVOICES AND DETERMINE PROPER FORMAT FOR REVIEW PURPOSES. | 0.70 | 231.00 |
| 10/23/2013 | JEG | STUDY E&Y JULY INVOICE TO SCREEN FOR CODE C, DUPLICATION OF SERVICES AND L, INCONSISTENT TIME ENTRIES. | 0.60 | 156.00 |
| 10/23/2013 | JEG | STUDY MILLER BUCKFIRE INVOICE FOR JULY PRORATION AND OVERALL CLERICAL ACCURACY. | 0.20 | 52.00 |
| 10/23/2013 | SST | ADDITIONAL EXTRACTION OF DATA FROM MILLER CANFIELD'S JULY & AUGUST INVOICE USING THE IDEA SOFTWARE. | 0.80 | 166.40 |
| 10/23/2013 | JEG | STUDY E&Y JULY INVOICE TO SCREEN FOR CODE A, IMPROPER ALLOCATION OF RESOURCES. | 1.10 | 286.00 |
| 10/24/2013 | MMM | TELEPHONE CONFERENCE WITH S. THOMAS TO DISCUSS FORMATTING SPREADSHEET FORMAT FOR INVOICES IN NON-STANDARD FORM. | 0.20 | 66.00 |
| 10/24/2013 | SST | PREPARE SCHEDULES ANALYZING PEPPER HAMILTON'S JULY & AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.70 | 145.60 |
| 10/24/2013 | SST | EXTRACTION OF DATA FROM CONWAY MACKENZIE'S JULY & AUGUST INVOICE USING THE IDEA SOFTWARE. | 1.50 | 312.00 |
| 10/24/2013 | SST | PREPARE SCHEDULES ANALYZING CONWAY MACKENZIE'S JULY & AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.70 | 145.60 |
| 10/24/2013 | MMM | REVIEW INVOICES FOR FORMATTING NUANCES. | 0.50 | 165.00 |
| 10/24/2013 | SST | TELEPHONE CALL WITH M MCMICKLE TO DISCUSS ISSUES WITH SOME OF THE JULY AND AUGUST INVOICES. | 0.20 | 41.60 |
| 10/24/2013 | SST | EXTRACTION OF DATA FROM PEPPER HAMILTON'S JULY & AUGUST INVOICE USING THE IDEA SOFTWARE. | 1.50 | 312.00 |
| 10/24/2013 | MMM | TRACK, INVENTORY AND DOWNLOAD  RECEIPT OF JULY - AUG. INVOICES FROM PROFESSIONALS. | 0.30 | 99.00 |
| 10/25/2013 | JEG | STUDY & COMMENT ON CONWAY MACKENZIE INVOICE SUBCONTRACTOR EXPENSE DETAIL. | 0.30 | 78.00 |
| 10/25/2013 | MMM | ACCESS DOWNLOAD STATUS OF INVOICES RECEIVED. | 0.20 | 66.00 |
| 10/25/2013 | SST | EXTRACTION OF DATA FROM ERNST & YOUNG'S AUGUST INVOICE USING THE IDEA SOFTWARE. | 1.90 | 395.20 |

| | | | | |
|---|---|---|---|---|
| 10/25/2013 | JEG | STUDY CONWAY MACKENZIE INVOICE SUMMARY BY DATE. | 0.10 | 26.00 |
| 10/25/2013 | SST | PREPARE SCHEDULES ANALYZING ERNST & YOUNG'S AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 1.00 | 208.00 |
| 10/25/2013 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS TO REVIEW CONWAY MACKENZIE INVOICE. | 0.30 | 99.00 |
| 10/25/2013 | JEG | STUDY CONWAY MACKENZIE INVOICE TO SCREEN FOR CODES C, J & L: DUPLICATION OF SERVICES, INCONSISTENT TIME ENTRIES & DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.90 | 494.00 |
| 10/25/2013 | JEG | STUDY CONWAY MACKENZIE INVOICE SUMMARY BY PROFESSIONAL. | 0.10 | 26.00 |
| 10/25/2013 | JEG | TELEPHONE CONFERENCE WITH M. MCMICKLE REGARDING REVIEW OF CONWAY MACKENZIE INVOICE. | 0.30 | 78.00 |
| 10/25/2013 | JEG | STUDY CONWAY MACKENZIE SUMMARY INVOICE TO ENSURE DISCOUNTED RATES WERE APPLIED; INCLUDING DRAFTING OF RELATED NOTE TO INVOICE REVIEW WORKING FILE. | 0.30 | 78.00 |
| 10/25/2013 | MMM | REVIEW MILLER CANFIELD DOWNLOADED INVOICE AND SPREADSHEET. | 0.30 | 99.00 |
| 10/25/2013 | SST | EXTRACTION OF DATA FROM JONES DAY'S AUGUST INVOICE USING THE IDEA SOFTWARE. | 2.00 | 416.00 |
| 10/25/2013 | SST | CONTINUE TO PREPARE SCHEDULES ANALYZING PEPPER HAMILTON'S JULY & AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.60 | 124.80 |
| 10/25/2013 | JEG | STUDY CONWAY MACKENZIE INVOICE TO SCREEN FOR CODES F.LUMPING AND G.BUNDLING. | 2.30 | 598.00 |
| 10/25/2013 | JEG | STUDY CONWAY MACKENZIE INVOICE TO SCREEN FOR CODE A., IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES AND B.UNREASONABLE TIME. | 0.80 | 208.00 |
| 10/25/2013 | JEG | CORRESPONDENCE WITH M.MCMICKLE TO SUMMARIZE ISSUES RELATED TO REVIEW OF CONWAY MACKENZIE JULY & AUGUST INVOICE. | 0.30 | 78.00 |
| 10/25/2013 | MMM | REVIEW PEPPER HAMILTON INVOICE TO DETERMINE PROPER FORMAT FOR DOWNLOADING. | 0.20 | 66.00 |
| 10/25/2013 | SST | PREPARE SCHEDULES ANALYZING JONES DAY'S AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.90 | 187.20 |
| 10/25/2013 | MMM | BEGIN DETAILED REVIEW OF E&Y JULY INVOICE. | 1.00 | 330.00 |
| 10/25/2013 | JEG | STUDY CONWAY MACKENZIE INVOICE SUMMARY BY BILLING CATEGORY. | 0.10 | 26.00 |
| 10/28/2013 | SST | EXTRACTION OF DATA FROM FOLEY & LARDNER'S JULY THRU SEPTEMBER INVOICE USING THE IDEA SOFTWARE. | 1.80 | 374.40 |
| 10/28/2013 | SST | EXTRACTION OF DATA FROM DENTONS EUROPE AUGUST INVOICE USING THE IDEA SOFTWARE. | 1.80 | 374.40 |
| 10/28/2013 | SST | EXTRACTION OF DATA FROM DENTONS US AUGUST INVOICE USING THE IDEA SOFTWARE. | 1.80 | 374.40 |
| 10/28/2013 | MMM | REVIEW SPREADSHEETS OF FIVE PROFESSIONAL'S INVOICES FOR CONSISTENCY AND FORMATTING; BEGIN TRANSMITTING TO TEAM MEMBERS FOR REVIEW. | 1.90 | 627.00 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/2013 | SRK | REVIEW E-MAILS AND ATTACHMENTS PROCESSED BY KAPILA TEAM AND PROFESSIONAL FOR SUBMISSIONS | 0.30 | 132.60 |
| 10/28/2013 | SST | EXTRACTION OF ADDITIONAL DATA FROM MILLER BUCKFIRE'S JULY & AUGUST INVOICE USING THE IDEA SOFTWARE. | 1.00 | 208.00 |
| 10/28/2013 | SST | PREPARE SCHEDULES ANALYZING FOLEY & LARDNER'S AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.90 | 187.20 |
| 10/28/2013 | SST | PREPARE SCHEDULES ANALYZING DENTONS EUROPE AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.90 | 187.20 |
| 10/28/2013 | SST | CONTINUE TO PREPARE SCHEDULES ANALYZING JONES DAY'S AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.70 | 145.60 |
| 10/28/2013 | SST | PREPARE SCHEDULES ANALYZING DENTONS US AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.90 | 187.20 |
| 10/28/2013 | SST | REVISE SCHEDULES ANALYZING MILLER BUCKFIRES JULY & AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.60 | 124.80 |
| 10/28/2013 | JEG | CORRESPONDENCE WITH M. MCMICKLE REGARDING CONWAY MACKENZIE BILLING OF SUBCONTRACTOR TIME. | 0.10 | 26.00 |
| 10/29/2013 | MMM | REVIEW FIVE ADDITIONAL INVOICE SPREADSHEETS FOR ACCURACY AND FORMATTING; TRANSMIT TO TEAM MEMBERS. | 2.10 | 693.00 |
| 10/29/2013 | SRK | READ E-MAIL COMMUNICATION FROM T. SPILLANA AT FOLEY REGARDING ENGAGEMENT LETTER AND BILLING RATES | 0.10 | 44.20 |
| 10/29/2013 | SRK | REVIEW AND RESPOND TO ADDITIONAL E-MAILS REGARDING TRANSMISSION OF PROFESSIONAL FEES | 0.10 | 44.20 |
| 10/29/2013 | SST | REVISE SCHEDULES ANALYZING FOLEY & LARDNER'S AUGUST INVOICE FOR FEE EXAMINER'S REVIEW. | 0.50 | 104.00 |
| 10/30/2013 | SRK | REVIEW E&Y BILLINGS AND FOLLOW UP WITH M MCMICKLE | 0.40 | 176.80 |
| 10/30/2013 | MMM | REVIEW SUPPLEMENTAL INVOICE RECEIVED FROM MILLER CANFIELD. | 0.30 | 99.00 |
| 10/30/2013 | MMM | DETAILED REVIEW OF ERNST & YOUNG JULY INVOICE. | 2.90 | 957.00 |
| 10/31/2013 | JEG | STUDY E&Y AUG. INVOICE TO SCREEN FOR CODE B. UNREASONABLE TIME/TRAVEL CHARGES. | 0.20 | 52.00 |
| 10/31/2013 | JEG | STUDY E&Y AUG. INVOICE TO SCREEN FOR CODES C. DUPLICATION OF SERVICES AND L.INCONSISTENT TIME ENTRIES. | 2.00 | 520.00 |
| 10/31/2013 | JEG | STUDY E&Y AUG. INVOICE TO SCREEN FOR CODE A. IMPROPER ALLOCATION. | 1.50 | 390.00 |
| 10/31/2013 | JEG | STUDY E&Y AUGUST EXPENSE DETAIL TO SCREEN FOR BILLING EXCEPTIONS. | 0.20 | 52.00 |

21,559.80

EXPENSES

| 10/31/2013 | EXP | PRINTED COPY CHARGE | 45.00 |
|---|---|---|---|

45.00

Total amount of this invoice   $21,604.80

Invoice payable upon receipt.  Thank you for this opportunity to be of service.