UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellants the Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (collectively, "**AFSCME**" or the "**Appellants**"), respectfully submit this designation of items for inclusion in the record on appeal in connection with AFSCME's appeal [Docket Nos. 1907, 1956] (the "**Appeal**") from the bankruptcy court's (i) decision, announced from the bench on December 3, 2013, finding the City of Detroit, Michigan eligible for relief under chapter 9 of the Bankruptcy Code (the "**Bench Decision**"); (ii) Order for Relief Under Chapter 9 of the Bankruptcy Code, dated December 5, 2013 finding the City of Detroit, Michigan eligible for relief under chapter 9 of the Bankruptcy Code [Docket No. 1946] (the "**Order for Relief**"); and (iii) accompanying Opinion Regarding Eligibility, dated December 5, 2013 [Docket No. 1945] (the "**Opinion**," together with the Bench Decision and Order for Relief, are collectively the "**Eligibility Order**").

**Designation of Items for the Record**

The Appellants hereby designate the following items, together with all exhibits, schedules and other attachments thereto (whether or not explicitly listed below), for inclusion in the record of the Appeal of the Eligibility Order:

| Item No. (Attached) | Docket No./ Trial Exhibit No. | Date of Filing/Entry | Description |
|---|---|---|---|
| 1. | 481 | 8/19/13 | Attorney General Bill Schuette's Statement Regarding the Michigan Constitution and the Bankruptcy of the City of Detroit |
| 2. | 509 | 8/19/13 | Declaration of Steven Kreisberg (including Exhibit C attached thereto, "June 14, 2013 City of Detroit Proposal for Creditors") |
| 3. | 765 | 9/6/13 | City of Detroit's Consolidated Reply to Objections to the Entry of an Order for Relief |
| 4. | 1156 | 10/11/13 | The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees' Amended Objection to the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code |
| 5. | 1159 | 10/11/13 | Declaration of Michael Artz |
| 6. | 1162 | 10/11/13 | Declaration of Steven Kreisberg |
| 7. | 1217 | 10/17/13 | Order Regarding Further Briefing on Eligibility |
| 8. | 1227 | 10/17/13 | The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees' Pretrial Brief Regarding the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code |
| 9. | 1228 | 10/17/13 | Supplemental Declaration of Michael Artz |
| 10. | 1353 | 10/24/13 | Notice Regarding Briefing on "Good Faith Negotiations" |
| 11. | 1467 | 10/30/13 | AFSCME's Supplemental Brief Regarding Eligibility |
| 12. | 1556 | 11/6/13 | City of Detroit's Supplemental Brief in Support of Entry of an Order for Relief |
| 13. | 1945 | 12/5/13 | Opinion Regarding Eligibility |
| 14. | 1946 | 12/5/13 | Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 15. | 1984 | 12/9/13 | Transcript Order Form of Hearing on October 15, 2013 Filed by Creditor Michigan Council 25 Of The American |

| | | | Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
|---|---|---|---|
| 16. | 1985 | 12/9/13 | Transcript Order Form of Hearing on October 16, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 17. | 1986 | 12/9/13 | Transcript Order Form of Hearing on October 21, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 18. | 1987 | 12/9/13 | Transcript Order Form of Hearing on October 23, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 19. | 1988 | 12/9/13 | Transcript Order Form of Hearing on October 24, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 20. | 1989 | 12/9/13 | Transcript Order Form of Hearing on October 25, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 21. | 1990 | 12/9/13 | Transcript Order Form of Hearing on October 28, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 22. | 1991 | 12/9/13 | Transcript Order Form of Hearing on October 29, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |

| | | | |
|---|---|---|---|
| 23. | 1992 | 12/9/13 | Transcript Order Form of Hearing on November 4, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 24. | 1993 | 12/9/13 | Transcript Order Form of Hearing on November 5, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 25. | 1995 | 12/9/13 | Transcript Order Form of Hearing on November 7, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 26. | 1996 | 12/9/13 | Transcript Order Form of Hearing on November 8, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 27. | 1997 | 12/9/13 | Transcript Order Form of Hearing on December 3, 2013 Filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 28. | All Admitted Trial Exhibits, including but not limited to the Admitted Trial Exhibits listed below[1] | N/A | |
| 29. | Trial Exhibit 29 | 7/18/13 | Letter from Governor Snyder re: Authorization to Commence Chapter 9 Bankruptcy Proceeding |
| 30. | Trial Exhibit 43 | 6/14/13 | City of Detroit Proposal for Creditors |

---

[1] A list of admitted Trial Exhibits is contained at Docket Nos. 1356 and 1800. Pursuant to instructions from the Bankruptcy Clerk's office, Trial Exhibits are not being attached to this designation, rather will be delivered only at the request of the District Court.

| 31. | Trial Exhibit 44  | 6/14/13 | City of Detroit Proposal for Creditors Executive Summary |
| --- | --- | --- | --- |
| 32. | Trial Exhibit 402 | 1/31/13 | E-mail from D. Moss to K. Orr |
| 33. | Trial Exhibit 403 | 1/31/13 | E-mail from K. Orr to C. Ball |
| 34. | Trial Exhibit 414 | 7/18/13 | Declaration of Kevyn D. Orr in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code |
| 35. | Trial Exhibit 833 | 1/29/13 | Jones Day Presentation to the City of Detroit |
| 36. | Trial Exhibit 844 | 6/5/12  | E-mail from T. Wilson to H. Lennox |
| 37. | Trial Exhibit 846 | 3/2/12  | E-mail from J. Ellman to C. Ball |
| 38. | Trial Exhibit 847 | 12/7/12 | E-mail from J. Ellman to C. Ball |
| 39. | Trial Exhibit 851 | 3/24/12 | E-mail from J. Ellman to K. Herman |
| 40. | Trial Exhibit 860 | 1/28/13 | E-mail from C. Ball to J. Ellman |

Dated: December 19, 2013

**LOWENSTEIN SANDLER LLP**
By: /s/ *Sharon L. Levine*
Sharon L. Levine, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-6247 (Facsimile)
slevine@lowenstein.com
pgross@lowenstein.com

-and-

Herbert A. Sanders, Esq.
THE SANDERS LAW FIRM PC
615 Griswold St., Suite 913
Detroit, MI 48226
(313) 962-0099 (Telephone)
(313) 962-0044 (Facsimile)
hsanders@miafscme.org

-and-

Richard G. Mack, Jr., Esq.
Miller Cohen, P.L.C.
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226-3191

*Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub-Chapter 98, City of Detroit Retirees*