UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Notice Regarding Briefing on "Good Faith Negotiations"

Parties to the eligibility trial are invited to file briefs on: (1) whether the case law that addresses good faith negotiation under 11 U.S.C. §§ 1113 and 1114, and in labor law, should apply when determining eligibility under 11 U.S.C. § 109(c), and (2) if so, how that case law suggests that the issue should be resolved in this case. The briefs shall be filed by November 13, 2013, and shall not exceed 8 pages. No extensions of that limit will be granted.

Dated: October 24, 2013

                                                 /s/ Steven Rhodes  
                                                Steven Rhodes  
                                                United States Bankruptcy Judge