UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                        Chapter 9
City of Detroit, Michigan,                                    Case No. 13-53846
    Debtor.                                Hon. Steven W. Rhodes
_____/

Order Denying Motion for Appointment of Counsel

On December 12, 2013, Darryl Cain filed a motion for the appointment of counsel. (Dkt. #2076). The Court has reviewed the motion and concludes that there is no provision in law for the relief requested. Accordingly, it is hereby ordered that the motion is denied.

.

**Signed on December 19, 2013**

                                        /s/ Steven Rhodes
                                       **Steven Rhodes**
                                       **United States Bankruptcy Judge**