UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Motion for Reconsideration

On December 17, 2013, Carl Williams and Hassan Aleem filed a "Motion for Reconsideration for a Formal Hearing Under Your Oath of Office Pursuant to 28 USC 453 to Stay on Order for Relief Under Chapter 9 of the Bankruptcy Code" (Dkt. #2193), which the Court construes as a motion for reconsideration of its order for relief under chapter 9 of the bankruptcy code entered on December 5, 2013. (Dkt. #1946) This motion for reconsideration is to be decided pursuant to Local Bankruptcy Rule 9024-1(a)(3), which provides:

> Generally, and without restricting the discretion of the Court, a motion for rehearing or reconsideration which merely presents the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court concludes that nothing in the motion warrants reconsideration of its earlier order. Accordingly, it is hereby ordered that the motion for reconsideration is denied.

.

**Signed on December 19, 2013**

                                                  /s/ Steven Rhodes  
                                                  **Steven Rhodes**  
                                                  **United States Bankruptcy Judge**