UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

_____/

Order Denying Motion for Revocation of Stay

On December 2, 2013, Darrell Marshall filed a motion for revocation of automatic stay. (Dkt. #1891). The City filed an objection to the motion on December 16, 2013. (Dkt. #2157) A hearing is not necessary to resolve this issue. The Court has reviewed the record and the pleadings and finds that cause does not exist to grant the relief requested. Accordingly, the motion for revocation of stay is denied.

.

**Signed on December 19, 2013**

                                  /s/ Steven Rhodes  
                              **Steven Rhodes**  
                              **United States Bankruptcy Judge**