UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

### ORDER TO CERTAIN PARTIES TO APPEAR FOR CONTINUING MEDIATION SESSIONS ON DECEMBER 23-24, 2013

**TO:** The City of Detroit
Emergency Manager Kevyn D. Orr
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.
Berkshire Hathaway Reinsurance Group
Wilmington Trust Company, National Association, as successor to U.S.
    Bank National Association, as Trustee and Contract Administrator
USB AG
SBS Financial Products Co., LLC
Merrill Lynch Capital Services, Inc.
EEPK Bank and its affiliates
DEPFA Bank, plc, as servicer for FMS Wertmanagement
Ad Hoc COP Holders (Dexia Credit Local, Dexia Holdings, Inc.,
    Norddeutsche Landesbank Covered Finance Bank, S.A.)
Ambac Assurance Corp.
National Public Finance Guarantee Corp.
Assured Guaranty Municipal Corp.
Financial Guaranty Insurance Co.

The above-identified parties with their counsel are hereby ordered to appear

for continuing mediation sessions on **Monday, December 23 and Tuesday,**

1

**December 24, 2013 at 9:00 a.m.** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

IT IS FURTHER ORDERED that for purposes of appearing at these mediation sessions, "party" means a representative of the party **with full settlement authority**.

**Failure of any party to appear shall be grounds for the imposition of immediate sanctions, including entry of a default judgment.**

**SO ORDERED.**

s/Gerald E. Rosen  
Chief Judge, United States District Court

Dated: December 19, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2013, by electronic and/or ordinary mail.

s/Julie Owens  
Case Manager, (313) 234-5135