# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Hon. Steven W. Rhodes |
|  | ) |  |
|  | ) |  |

## AMENDED NOTICE OF APPEAL[1]

Pursuant to 28 U.S.C. § 158(a) and (d) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, the Detroit Fire Fighters Association (the "DFFA"), the Detroit Police Officers Association (the "DPOA"), and the Detroit Police Command Officers Association (the "DPCOA") file this notice of appeal of the *Opinion Regarding Eligibility*, dated December 5, 2013 [Docket No. 1945] and the *Order for Relief*, dated December 5, 2013 [Docket No. 1946], both attached hereto as Exhibit 1 (collectively, the "Eligibility Determination"), entered by the United States Bankruptcy Court for the Eastern District of Michigan regarding the City of Detroit's eligibility for relief under Chapter 9 of the United States Bankruptcy Code.

The DFFA, DPOA, and DPCOA file this appeal jointly because their interests are aligned, which therefore makes joinder practicable. *See* Federal Rule of Appellate Procedure 3(b)(1).

The names of all parties to the Eligibility Determination, and the names, addresses and telephone numbers of their respective attorneys are set forth below. In addition, ninety-four individuals were invited to address the Bankruptcy Court at the hearing on September 19, 2013 regarding their objections to eligibility (the "Individual Objectors"). The Individual Objectors are listed on Exhibit 3. A "Bankruptcy Matter Civil Cover Sheet" is attached hereto as Exhibit 2.

---

[1] This Amends the Notice of Appeal [Docket No. 2137] to join the Detroit Police Command Officers Association with the Detroit Firefighters Association and the Detroit Police Officers Association in the appeal.

**The Detroit Fire Fighters Association**
**The Detroit Police Officers Association**
**The Detroit Police Lieutenants & Sergeants Association**
**The Detroit Police Command Officers Association**

Represented by:

**ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.**
Earle I. Erman (P24296)
Craig E. Zucker (P39907)
Barbara A. Patek (P34666)
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (249) 827-4100
Facsimile: (248) 827-4106
bpatek@ermanteicher.com


**The City of Detroit, Michigan**

Represented by:

**JONES DAY**
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com


-and-

**JONES DAY**
Bruce Bennett (CA 105430)
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com


-and-

**JONES DAY**
Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
 tfcullen@jonesday.com
 gshumaker@jonesday.com
gstewart@jonesday.com

-and-

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
150 West Jefferson
Suite 250
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com


**The Official Committee of Retirees**

Represented by:

**DENTONS US LLP**
Claude D. Montgomery
Carole Neville
1221 Avenue of the Americas
New York New York 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
claude.montgomery@dentons.com
carole.neville@dentons.com

-and-

**DENTONS US LLP**
Sam J. Alberts
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel:  (202) 408-6400

Fax: (202) 408-6399
sam.alberts@dentons.com

-and-

**BROOKS WILKINS SHARKEY & TURCO**
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Tel: (248) 971-1800
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com


**The Police and Fire Retirement System of the City of Detroit**
**The General Retirement System of the City of Detroit**

Represented by:

**CLARK HILL PLC**
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
Evan J. Feldman (P73437)
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

-and-

**ARNOLD & PORTER LLP**
Lisa Hill Fenning (admitted pro hac vice)
777 South Figueroa Street
44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
lisa.fenning@aporter.com

**International Union of Operating Engineers, Local 324**

Represented by:

**SACHS WALDMAN, P.C.**
Andrew Nickelhoff (P37990)
Mami Kato (P74237)
2211 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Telephone: (313) 496-9429
Facsimile: (313) 965-4602
anickelhoff@sachswaldman.com mkato@sachswaldman.com

**Service Employees International Union, Local 517M**

Represented by:

**SACHS WALDMAN, P.C.**
Andrew Nickelhoff (P37990)
Mami Kato (P74237)
2211 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Telephone: (313) 496-9429
Facsimile: (313) 965-4602
anickelhoff@sachswaldman.com
mkato@sachswaldman.com

**David Sole**

Represented by:

**JEROME D. GOLDBERG, PLLC**
Jerome D. Goldberg (P61678)
2921 East Jefferson, Suite 205
Detroit, MI 48207
Telephone: (313) 393-6001
Facsimile: (313) 393-6007
apclawyer@sbcglobal.net

**The Retired Detroit Police & Fire Fighters Association**
**Donald Taylor, individually and as President of the Retired Detroit**
**Police & Fire Fighters Association**
**The Detroit Retired City Employees Association**
**Shirley V. Lightsey, individually and as President of the Detroit Retired City**
**Employees Association**

Represented by:

**LIPPITT O'KEEFE, PLLC**
Brian D. O'Keefe (P39603)

Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Telephone: (248) 646-8292
rplecha@lippittokeefe.com

**SILVERMAN & MORRIS, P.L.L.C.**
Thomas R. Morris (P39141)
30500 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
(248) 539-1330
morris@silvermanmorris.com

**Robbie Flowers**
**Michael Wells**
**Janet Whitson**
**Mary Washington**
**Bruce Goldman**

Represented by:

William A. Wertheimer (P26275)
30515 Timberbrook Lane
Bingham Farms, MI 48025
Telephone: (248) 644-9200


**Michigan Council 25 of The American Federation of State, County & Municipal Employees,
AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (AFSCME)**

Represented by:

**LOWENSTEIN SANDLER LLP**
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-6247
slevine@lowenstein.com
wjung@lowenstein.com
pgross@lowenstein.com

**THE SANDERS LAW FIRM PC**
Herbert A. Sanders, Esq.
615 Griswold St., Suite 913
Detroit, MI 48226

Telephone: (313) 962-0099
Facsimile: (313) 962-0044
jsanders@mi afscme .org

**MILLER COHEN, P.L.C.**
Richard G. Mack, Jr., Esq.
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226

**International Union, United Automobile, Aerospace and Agricultural Implement Workers of America**

Represented by:

**COHEN, WEISS AND SIMON LLP**
Babette A. Ceccotti
Keith E. Secular
Thomas N. Ciantra
Joshua J. Ellison
330 West 42nd Street
New York, NY 10036
Telephone: (212) 563-4100
Facsimile: (212) 695-5436
bceccotti@cwsny.com


Niraj R. Ganatra (P63150)
Michael Nicholson (P33421)
8000 East Jefferson Avenue
Detroit, MI 48214
Telephone: (313) 926-5216
Facsimile: (313) 926-5240
nganatra@uaw.net
mnicholson@uaw.net


**Center for Community Justice and Advocacy**

Represented by:

**VANESSA G. FLUKER, ESQ. PLLC**
Vanessa G. Fluker, Esq. PLLC
2921 East Jefferson, Suite 200
Detroit, MI 48207
Telephone: (313) 393-6005
Facsimile: (313) 393-6007

vgflawyer@sbcglobal.net

**Retired Detroit Police Members Association**

Represented by:

**STROBL & SHARP, P.C.**
Lynn M. Brimer (P43291)
Meredith E. Taunt (P69698)
Mallory A. Field (P75289)
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
lbrimer@stroblpc.com
mtaunt@stroblpc.com
mfield@stroblpc.com

**Krystal Crittendon**
19737 Chesterfield
Detroit, MI 48221


Dated:  December 19, 2013                 Respectfully submitted,

                                          ERMAN, TEICHER, MILLER,
                                          ZUCKER & FREEDMAN, P.C.

                                          By:___/s/ Barbara A. Patek_____
                                               Barbara A. Patek (P34666)
                                               Earle I. Erman  (P24296)
                                               Craig E. Zucker  (P39907)
                                               Counsel for The Detroit Fire
                                               Fighters Association
                                               400 Galleria Officentre, Suite 444
                                               Southfield, MI  48034
                                               Telephone: (248) 827-4100
                                               Facsimile:  (248) 827-4106
                                               E-mail: bpatek@ermanteicher.com

**EXHIBIT 2**


**Bankruptcy Matter Civil Case Cover Sheet**

<table>
<tr><td>

**United States District Court**
**Eastern District of Michigan**

</td><td>

**Bankruptcy Matter**
**Civil Case Cover Sheet**

</td><td>

**District Court Label**

</td></tr>
</table>

In re:

   City of Detroit, Michigan         **Case No.: 13-53846**

                **Debtor.**

   _____/

   The Official Committee of Retirees,

            **Appellants,**

      -v-

   City of Detroit, Michigan,

            **Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| _X_ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

**Date**: December 19, 2013        **Name**: _/s/ Barbara A. Patek_____

---

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth below, including ninety-four individual objectors who were invited to address the Bankruptcy Court at the hearing on September 19, 2013.

Name and Address of Interested Parties

**The Detroit Fire Fighters Association**
**The Detroit Police Officers Association**
**The Detroit Police Lieutenants & Sergeants Association**
**The Detroit Police Command Officers Association**

Represented by:
**ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.**
Earle I. Erman (P24296)
Craig E. Zucker (P39907)
Barbara A. Patek (P34666)
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (249) 827-4100
Facsimile: (248) 827-4106
bpatek@ermanteicher.com

**The Official Committee of Retirees**

Represented by:
**DENTONS US LLP**
Claude D. Montgomery
Carole Neville
1221 Avenue of the Americas
New York New York 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
claude.montgomery@dentons.com
carole.neville@dentons.com

-and-

**DENTONS US LLP**
Sam J. Alberts
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel:  (202) 408-6400
Fax:  (202) 408-6399
sam.alberts@dentons.com

-and-

**BROOKS WILKINS SHARKEY & TURCO**
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Tel:  (248) 971-1800
Fax:  (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

Name and Address of Interested Parties (continued)

**The City of Detroit, Michigan**

Represented by:

**JONES DAY**
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile: (216) 579-0212
 dgheiman@jonesday.com
hlennox@jonesday.com

-and-

**JONES DAY**
Bruce Bennett (CA 105430)
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

-and-

**JONES DAY**
Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
 tfcullen@jonesday.com
 gshumaker@jonesday.com
gstewart@jonesday.com

-and-

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
150 West Jefferson
Suite 250
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

Name and Address of Interested Parties (continued)

**The Police and Fire Retirement System of the City of Detroit**
**The General Retirement System of the City of Detroit**

Represented by:

**CLARK HILL PLC**
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
Evan J. Feldman (P73437)
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

-and-

**ARNOLD & PORTER LLP**
Lisa Hill Fenning (admitted pro hac vice)
777 South Figueroa Street
44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
lisa.fenning@aporter.com

Name and Address of Interested Parties (continued)

**International Union of Operating Engineers, Local 324**

Represented by:

**SACHS WALDMAN, P.C.**
Andrew Nickelhoff (P37990)
Mami Kato (P74237)
2211 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Telephone: (313) 496-9429
Facsimile: (313) 965-4602
anickelhoff@sachswaldman.com mkato@sachswaldman.com

**Service Employees International Union, Local 517M**

Represented by:

**SACHS WALDMAN, P.C.**
Andrew Nickelhoff (P37990)
Mami Kato (P74237)
2211 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Telephone: (313) 496-9429
Facsimile: (313) 965-4602
anickelhoff@sachswaldman.com
mkato@sachswaldman.com

Name and Address of Interested Parties (continued)

**David Sole**

Represented by:

**JEROME D. GOLDBERG, PLLC**
Jerome D. Goldberg (P61678)
2921 East Jefferson, Suite 205
Detroit, MI 48207
Telephone: (313) 393-6001
Facsimile: (313) 393-6007
apclawyer@sbcglobal.net

**The Retired Detroit Police & Fire Fighters Association**
**Donald Taylor, individually and as President of the Retired Detroit**
**Police & Fire Fighters Association**
**The Detroit Retired City Employees Association**
**Shirley V. Lightsey, individually and as President of the Detroit Retired City**
**Employees Association**

Represented by:

**LIPPITT O'KEEFE, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Telephone: (248) 646-8292
rplecha@lippittokeefe.com

**SILVERMAN & MORRIS, P.L.L.C.**
Thomas R. Morris (P39141)
30500 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
Telephone: (248) 539-1330
morris@silvermanmorris.com

Name and Address of Interested Parties (continued)

**Robbie Flowers**
**Michael Wells**
**Janet Whitson**
**Mary Washington**
**Bruce Goldman**

Represented by:

William A. Wertheimer (P26275)
30515 Timberbrook Lane
Bingham Farms, MI 48025
Telephone: (248) 644-9200

**Michigan Council 25 of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (AFSCME)**

Represented by:

**LOWENSTEIN SANDLER LLP**
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-6247
slevine@lowenstein.com
wjung@lowenstein.com
pgross@lowenstein.com

**THE SANDERS LAW FIRM PC**
Herbert A. Sanders, Esq.
615 Griswold St., Suite 913
Detroit, MI 48226
Telephone: (313) 962-0099
Facsimile: (313) 962-0044
jsanders@mi afscme .org

**MILLER COHEN, P.L.C.**
Richard G. Mack, Jr., Esq.
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226

Name and Address of Interested Parties (continued)

**International Union, United Automobile, Aerospace and Agricultural Implement Workers of America**

Represented by:

**COHEN, WEISS AND SIMON LLP**
Babette A. Ceccotti
Keith E. Secular
Thomas N. Ciantra
Joshua J. Ellison
330 West 42nd Street
New York, NY 10036
Telephone: (212) 563-4100
Facsimile: (212) 695-5436
bceccotti@cwsny.com

Niraj R. Ganatra (P63150)
Michael Nicholson (P33421)
8000 East Jefferson Avenue
Detroit, MI 48214
Telephone: (313) 926-5216
Facsimile: (313) 926-5240
nganatra@uaw.net
mnicholson@uaw.net

**Center for Community Justice and Advocacy**

Represented by:

**VANESSA G. FLUKER, ESQ. PLLC**
Vanessa G. Fluker, Esq. PLLC
2921 East Jefferson, Suite 200
Detroit, MI 48207
Telephone: (313) 393-6005
Facsimile: (313) 393-6007
vgflawyer@sbcglobal.net

Name and Address of Interested Parties (continued)

**Retired Detroit Police Members Association**

Represented by:

**STROBL & SHARP, P.C.**
Lynn M. Brimer (P43291)
Meredith E. Taunt (P69698)
Mallory A. Field (P75289)
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
lbrimer@stroblpc.com
mtaunt@stroblpc.com
mfield@stroblpc.com

**Krystal Crittendon**
19737 Chesterfield
Detroit, MI 48221

Ninety-four Individual Objectors were invited to address the Bankruptcy Court at the hearing on September 19, 2013 regarding their objections to eligibility. Their names and addresses are below.

| Name and Address of Individual Objectors | |
|---|---|
| Michael Abbott<br>19391 Heldon Drive<br>Detroit, MI | Paulette Brown<br>19260 Lancashire<br>Detroit, MI 48223 |
| Hassan Aleem<br>2440 Taylor<br>Detroit, Michigan 48205 | Rakiba Brown<br>612 Clairmount St.<br>Detroit, MI 48202 |
| The Association of Professional and<br>Technical Employee (APTE)<br>Dempsey Addison and<br>Cecily McClellan<br>2727 Second Ave., Ste. 152<br>Detroit, MI 48201 | Regina Bryant<br>2996 Bewick St.<br>Detroit, MI 48214 |
| | Mary Diane Bukowski<br>9000 E. Jefferson, #10-9<br>Detroit, MI 48214 |
| Linda Bain<br>1071 Baldwin<br>Detroit, MI 48214 | David Bullock<br>701 W. Hancock<br>Detroit, MI 48201 |
| Randy Beard<br>16840 Strathmoor St.<br>Detroit, MI 48235 | Claudette Campbell<br>1021 Winchester Ave.<br>Lincoln Park, MI 48146 |
| Russell Bellant<br>19619 Helen<br>Detroit, MI 48234 | Johnnie R. Carr<br>11310 Mansfield<br>Detroit, MI |
| Michael G. Benson<br>19395 Parkside<br>Detroit, MI 48221 | Sandra Carver<br>10110 S. Outer Dr.<br>Detroit, MI 48224 |
| Cynthia Blair<br>8865 Espes<br>Detroit, MI 49204 | Raleigh Chambers<br>14861 Ferguson St.<br>Detroit, MI 48227 |
| Dwight Boyd<br>19337 Concord<br>Detroit, MI 48234 | Alma Cozart<br>18331 Shaftsbury<br>Detroit, MI 48219 |
| Charles D. Brown<br>1365 Joliet Place<br>Detroit, MI 48207 | Leola Regina Crittendon<br>19737 Chesterfield Rd.<br>Detroit, MI 48221 |
| Lorene Brown<br>2227 Hughes Terrace<br>Detroit, MI 48208 | |

Name and Address of Individual Objectors
(continued)

Angela Crockett
19680 Roslyn Rd.
Detroit, MI 48221

Lucinda J. Darrah
482 Peterboro
Detroit, MI 48201

Joyce Davis
15421 Strathmoor St.
Detroit, MI 48227

Sylvester Davis
[Address Not Available
on Rule 2002 Notice List]

William Davis
9203 Littlefield
Detroit, MI 48228

Elmarie Dixon
4629 Philip St.
Detroit, MI 48215

Mary Dugans
18034 Birchcrest
Detroit, MI 48221

Lewis Dukens
1362 Joliet Pl.
Detroit, MI 48207

David Dye
19313 Ardmore
Detroit, MI 48235

Jacqueline Esters
18570 Glastonbury
Detroit, MI 48219

Arthur Evans
11391 Nottingham Rd.
Detroit, MI 48224

Jerry Ford
9750 W. Outer Drive
Detroit, MI 48223

William D. Ford
18034 Birchcrest Dr.
Detroit, MI 48221

Ulysses Freeman
14895 Faust
Detroit, MI 48223

Olivia Gillon
18832 Arleen Court
Livonia, MI 48152

Donald Glass
411 Chalmers
Detroit, MI 48215

Lavarre W. Greene
19667 Roslyn Rd.
Detroit, MI 48221

William Hickey
14910 Lamphere St.
Detroit, MI 48223

LaVem Holloway
16246 Linwood Street
Detroit, MI 48221

William J. Howard
17814 Charest
Detroit, MI 48212

Joanne Jackson
16244 Princeton
Detroit, MI 48221

Ailene Jeter
18559 Brinker
Detroit, MI 48234

Name and Address of Individual Objectors
(continued)

Sheilah Johnson
277 King Street
Detroit, MI 48202

Stephen Johnson
31354 Evergreen Road
Beverly Hills, MI 48025

Joseph H. Jones
19485 Ashbury Park
Detroit, MI 48235

Sallie M. Jones
4413 W. Philadelphia
Detroit, MI 48204

Aleta Atchinson-Jorgan
7412 Henry St.
Detroit, MI 48214

Zelma Kinchloe
439 Henry St
Detroit, MI 48201

Timothy King
4102 Pasadena
Detroit, MI 48238

Keetha R. Kittrell
22431 Tireman
Detroit, MI

Michael Joseph Karwoski
26015 Felicity Landing
Harrison Twp., MI 48045

Roosevelt Lee
11961 Indiana
Detroit, MI 48204

Althea Long
9256 Braile
Detroit, MI 48228

Edward Lowe
18046 Sussex
Detroit, MI 48235

Loma Lee Mason
1311 Wyoming
Detroit, MI 48238

Deborah Moore
4436 Lemay Road
Detroit, MI 48214

Deborah Pollard
20178 Pinchurst
Detroit, MI 48221

Larene Parrish
18220 Snowden
Detroit, MI 48255

Lou Ann Pelletier
2630 Lakeshore Road
Applegate, MI 48401

Michael K. Pelletier
1063 Lakeshore Road
Applegate, MI 48401

Heidi Peterson
Represented by:
Charles Bruce ldelsohn P36799
P.O. Box 856
Detroit, MI 48231
eharlesidelsohnattomey@yahoo.com

Helen Powers
100 Winona
Highland Park, MI 48203

Alice Pruitt
18251 Freeland
Detroit, MI 48235

Name and Address of Individual Objectors
(continued)

| | |
|---|---|
| Samuel L. Riddle<br>1276 Navarre Pl.<br>Detroit, MI 48207 | The Chair of St. Peter<br>1300 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |
| Kwabena Shabu 2445<br>Lamothe St.<br>Detroit, MI 48226 | Dolores A. Thomas<br>17320 Cherrylawn<br>Detroit, MI 48221 |
| Michael D. Shane<br>16815 Patton<br>Detroit, MI 48219 | Shirley Tollivel<br>16610 Inverness<br>Detroit, MI 48221 |
| Karl Shaw<br>19140 Ohio<br>Detroit, MI 48221 | Tracey Tresvant<br>19600 Anvil<br>Detroit, MI 48205 |
| Frank Sloan, Jr.<br>18953 Pennington Dr.<br>Detroit, MI 48221 | Calvin Turner<br>16091 Edmore<br>Detroit, MI 48205 |
| Gretchen R. Smith<br>3901 Grand River Ave., #913<br>Detroit, MI 48208 | Jean Vortkamp<br>11234 Craft<br>Detroit, MI 48224 |
| Horace E. Stallings<br>1492 Sheridan St.<br>Detroit, MI 48214 | William Curtis Walton<br>4269 Glendale<br>Detroit, MI 48238 |
| Thomas Stephens<br>4595 Hereford<br>Detroit, MI 48224 | Jo Ann Watson<br>100 Riverfront Drive, #1508<br>Detroit, MI 48226 |
| Dennis Taubitz<br>4190 Devonshire Rd.<br>Detroit, MI 48226 | Judith West<br>[Address Not Available<br>on Rule 2002 Notice List] |
| Charles Taylor<br>11472 Wayburn<br>Detroit, MI 48224 | Preston West<br>18460 Fairfield<br>Detroit, MI 48221 |
| Marzelia Taylor<br>11975 Indiana<br>Detroit, MI 48204 | Carl Williams<br>10112 Somerset<br>Detroit, Michigan 48224 |
| | Cheryl Smith Williams<br>3486 Baldwin<br>Detroit, MI 48214 |

Name and Address of Individual Objectors
(continued)

Charles Williams, II
6533 E. Jefferson, Apt. 118
Detroit, MI 48207

Floreen Williams
16227 Birwood
Detroit, MI 48221

Fraustin Williams
11975 Indiana
Detroit, MI 48204

Leonard Wilson
100 Parsons St., Apt. 712
Detroit, MI 48201

Phebe Lee Woodberry
803 Glastone
Detroit, MI 48202

Anthony G. Wright, Jr.
649 Alger St.
Detroit, MI 48202

**EXHIBIT 3**

**List of Individual Objectors**

Ninety-four Individual Objectors were invited to address the Bankruptcy Court at the hearing on September 19, 2013 regarding their objections to eligibility. Their names and addresses are below.

Michael Abbott
19391 Heldon Drive
Detroit, MI

Hassan Aleem
2440 Taylor
Detroit, Michigan 48205

The Association of Professional and
Technical Employee (APTE)
Dempsey Addison and
Cecily McClellan
2727 Second Ave., Ste. 152
Detroit, MI 48201

Linda Bain
1071 Baldwin
Detroit, MI 48214

Randy Beard
16840 Strathmoor St.
Detroit, MI 48235

Russell Bellant
19619 Helen
Detroit, MI 48234

Michael G. Benson
19395 Parkside
Detroit, MI 48221

Cynthia Blair
8865 Espes
Detroit, MI 49204

Dwight Boyd
19337 Concord
Detroit, MI 48234

Charles D. Brown
1365 Joliet Place
Detroit, MI 48207

Lorene Brown
2227 Hughes Terrace
Detroit, MI 48208

Paulette Brown
19260 Lancashire
Detroit, MI 48223

Rakiba Brown
612 Clairmount St.
Detroit, MI 48202

Regina Bryant
2996 Bewick St.
Detroit, MI 48214

Mary Diane Bukowski
9000 E. Jefferson, #10-9
Detroit, MI 48214

David Bullock
701 W. Hancock
Detroit, MI 48201

Claudette Campbell
1021 Winchester Ave.
Lincoln Park, MI 48146

Johnnie R. Carr
11310 Mansfield
Detroit, MI

Sandra Carver
10110 S. Outer Dr.
Detroit, MI 48224

Raleigh Chambers
14861 Ferguson St.
Detroit, MI 48227

Alma Cozart
18331 Shaftsbury
Detroit, MI 48219

Leola Regina Crittendon
19737 Chesterfield Rd.
Detroit, MI 48221

Angela Crockett
19680 Roslyn Rd.
Detroit, MI 48221

Lucinda J. Darrah
482 Peterboro
Detroit, MI 48201

Joyce Davis
15421 Strathmoor St.
Detroit, MI 48227

Sylvester Davis
[Address Not Available
on Rule 2002 Notice List]

William Davis
9203 Littlefield
Detroit, MI 48228

Elmarie Dixon
4629 Philip St.
Detroit, MI 48215

Mary Dugans
18034 Birchcrest
Detroit, MI 48221

Lewis Dukens
1362 Joliet Pl.
Detroit, MI 48207

David Dye
19313 Ardmore
Detroit, MI 48235

Jacqueline Esters
18570 Glastonbury
Detroit, MI 48219

Arthur Evans
11391 Nottingham Rd.
Detroit, MI 48224

Jerry Ford
9750 W. Outer Drive
Detroit, MI 48223

William D. Ford
18034 Birchcrest Dr.
Detroit, MI 48221

Ulysses Freeman
14895 Faust
Detroit, MI 48223

Olivia Gillon
18832 Arleen Court
Livonia, MI 48152

Donald Glass
411 Chalmers
Detroit, MI 48215

Lavarre W. Greene
19667 Roslyn Rd.
Detroit, MI 48221

William Hickey
14910 Lamphere St.
Detroit, MI 48223

LaVem Holloway
16246 Linwood Street
Detroit, MI 48221

William J. Howard
17814 Charest
Detroit, MI 48212

Joanne Jackson
16244 Princeton
Detroit, MI 48221

Ailene Jeter
18559 Brinker
Detroit, MI 48234

Sheilah Johnson
277 King Street
Detroit, MI 48202

Stephen Johnson
31354 Evergreen Road
Beverly Hills, MI 48025

Joseph H. Jones
19485 Ashbury Park
Detroit, MI 48235

Sallie M. Jones
4413 W. Philadelphia
Detroit, MI 48204

Aleta Atchinson-Jorgan
7412 Henry St.
Detroit, MI 48214

Zelma Kinchloe
439 Henry St
Detroit, MI 48201

Timothy King
4102 Pasadena
Detroit, MI 48238

Keetha R. Kittrell
22431 Tireman
Detroit, MI

Michael Joseph Karwoski
26015 Felicity Landing
Harrison Twp., MI 48045

Roosevelt Lee
11961 Indiana
Detroit, MI 48204

Althea Long
9256 Braile
Detroit, MI 48228

Edward Lowe
18046 Sussex
Detroit, MI 48235

Loma Lee Mason
1311 Wyoming
Detroit, MI 48238

Deborah Moore
4436 Lemay Road
Detroit, MI 48214

Deborah Pollard
20178 Pinchurst
Detroit, MI 48221

Larene Parrish
18220 Snowden
Detroit, MI 48255

Lou Ann Pelletier
2630 Lakeshore Road
Applegate, MI 48401

Michael K. Pelletier
1063 Lakeshore Road
Applegate, MI 48401

Heidi Peterson
Represented by:
Charles Bruce ldelsohn P36799
P.O. Box 856
Detroit, MI 48231
eharlesidelsohnattomey@yahoo.com

Helen Powers
100 Winona
Highland Park, MI 48203

Alice Pruitt
18251 Freeland
Detroit, MI 48235

Samuel L. Riddle
1276 Navarre Pl.
Detroit, MI 48207

Kwabena Shabu 2445
Lamothe St.
Detroit, MI 48226

Michael D. Shane
16815 Patton
Detroit, MI 48219

Karl Shaw
19140 Ohio
Detroit, MI 48221

Frank Sloan, Jr.
18953 Pennington Dr.
Detroit, MI 48221

Gretchen R. Smith
3901 Grand River Ave., #913
Detroit, MI 48208

Horace E. Stallings
1492 Sheridan St.
Detroit, MI 48214

Thomas Stephens
4595 Hereford
Detroit, MI 48224

Dennis Taubitz
4190 Devonshire Rd.
Detroit, MI 48226

Charles Taylor
11472 Wayburn
Detroit, MI 48224

Marzelia Taylor
11975 Indiana
Detroit, MI 48204

The Chair of St. Peter
1300 Pennsylvania Ave., N.W.
Washington, DC 20004

Dolores A. Thomas
Tracey Tresvant
19600 Anvil
Detroit, MI 48205

Shirley Tollivel
16610 Inverness
Detroit, MI 48221

Tracey Tresvant
19600 Anvil
Detroit, MI 48205

Calvin Turner
16091 Edmore
Detroit, MI 48205

Jean Vortkamp
11234 Craft
Detroit, MI 48224

William Curtis Walton
4269 Glendale
Detroit, MI 48238

Jo Ann Watson
100 Riverfront Drive, #1508
Detroit, MI 48226

Judith West
[Address Not Available
on Rule 2002 Notice List]

Preston West
18460 Fairfield
Detroit, MI 48221

Carl Williams
10112 Somerset
Detroit, Michigan 48224

Cheryl Smith Williams
3486 Baldwin
Detroit, MI 48214

Charles Williams, II
6533 E. Jefferson, Apt. 118
Detroit, MI 48207

Floreen Williams
16227 Birwood
Detroit, MI 48221

Fraustin Williams
11975 Indiana
Detroit, MI 48204

Leonard Wilson
100 Parsons St., Apt. 712
Detroit, MI 48201

Phebe Lee Woodberry
803 Glastone
Detroit, MI 48202

Anthony G. Wright, Jr.
649 Alger St.
Detroit, MI 48202

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 15, 2013, the foregoing document was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

Dated: December 19, 2013

Respectfully submitted,

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By: /s/ Barbara A. Patek
      Barbara A. Patek (P34666)
      Earle I. Erman  (P24296)
      Craig E. Zucker  (P39907)
      Counsel for The Detroit
      Fire Fighters Association
      400 Galleria Officentre, Suite 444
      Southfield, MI  48034
      Telephone: (248) 827-4100
      Facsimile:  (248) 827-4106
      E-mail: bpatek@ermanteicher.com