Form designat

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13–53846–swr**

In Re: (NAME OF DEBTOR(S))

   City of Detroit, Michigan

   _____ /

**NOTICE OF REQUIREMENT TO FILE DESIGNATION**

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **12/16/2013** from an order entered by Judge **Steven W. Rhodes** on **12/05/2013** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 12/17/13

               BY THE COURT

               Katherine B. Gullo , Clerk of Court
               UNITED STATES BANKRUPTCY COURT

In re:                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                 Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: ktrio          Page 1 of 9          Date Rcvd: Dec 17, 2013
                             Form ID: designat     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2013.
cr              +Robbie Lee Flowers,    6533 E. Jefferson, Apt 602T,   Detroit, MI 48207-3784

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2013

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2013 at the address(es) listed below:
          A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,   achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
          aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
          aap43@outlook.com,   aap43law@gmail.com
          Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
          Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
          Angela  Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
          HollisR@dhcmi.org
          Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Arthur  O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
          aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccotti@cwsny.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
          Brett A. Border   on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
          bborder@sspclegal.com,  joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
    joumedian@sspclegal.com
Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
    joumedian@sspclegal.com
Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
    TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
    TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party  Detroit Retired City Employees Association
    bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
    TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
    TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party  Retired Detroit Police and Fire Fighers
    Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
Brian R. Trumbauer   on behalf of Interested Party  Blue Cross Blue Shield of Michigan and Blue
    Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce Bennett   on behalf of Debtor In Possession  City of Detroit, Michigan
    bbennett@jonesday.com
Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carla Orman Andres   on behalf of Interested Party  Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen   on behalf of Interested Party  Ambac Assurance Corporation
    carol.cohen@arentfox.com
Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees
    carole.neville@dentons.com
Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
    caroline.english@arentfox.com
Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
    caroline.english@arentfox.com
Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
    charlesID@hotmail.com
Charles D. Bullock   on behalf of Interested Party  Gabriel, Roeder, Smith & Company
    cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash   on behalf of Creditor  UBS AG cash@wnj.com,  kkranz@wnj.com
Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
    kkranz@wnj.com
Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
    kkranz@wnj.com
Charles N. Ash   on behalf of Defendant  UBS AG cash@wnj.com,  kkranz@wnj.com
Christopher A. Grosman   on behalf of Creditor  BlackRock Financial Management, Inc.
    BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
    claude.montgomery@dentons.com,docketny@dentons.com,
    carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
    courtney.rogers@wallerlaw.com
Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
    ANHSOA@earthlink.net
Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
    czucker@ermanteicher.com
Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
    czucker@ermanteicher.com
Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
    czucker@ermanteicher.com
Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
    czucker@ermanteicher.com
Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
Daniel J. Weiner   on behalf of Plaintiff   Ambac Assurance Corporation
    dweiner@schaferandweiner.com
Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation
    dweiner@schaferandweiner.com
David  Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
    deisenberg@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    David  Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
    deisenberg@ermanteicher.com
    David  Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
    deisenberg@ermanteicher.com
    David  Eisenberg   on behalf of Creditor   Detroit Police Officers Association
    deisenberg@ermanteicher.com
    David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
    nwinagar@plunkettcooney.com
    David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc.
    dmollicone@dmms.com
    David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
    dgheiman@jonesday.com
    David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
    David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
    David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
    david.dubrow@arentfox.com
    David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
    David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
    nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
    nepc.com
    Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
    General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
    Deborah  Kovsky-Apap   on behalf of Defendant Kevyn  Orr  kovskyd@pepperlaw.com,
    alexsym@pepperlaw.com
    Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
    kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
    Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
    alexsym@pepperlaw.com
    Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
    alexsym@pepperlaw.com
    Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
    alexsym@pepperlaw.com
    Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
    alexsym@pepperlaw.com
    Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
    alexsym@pepperlaw.com
    Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
    alexsym@pepperlaw.com
    Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
    allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
    allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
    dfish@allardfishpc.com,  allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
    allardfishpc@yahoo.com
    Debra N. Pospiech   on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
    Debra N. Pospiech   on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
    Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
    Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
    dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
    dbeckwith@fosterswift.com
    Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
    don@mcguiganlaw.com
    Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters,
    AFL-CIO, CLC dls@wmlaborlaw.com
    Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
    dbernstein@plunkettcooney.com,  dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
    Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
    eerman@ermanteicher.com
    Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
    eerman@ermanteicher.com
    Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
    eerman@ermanteicher.com
    Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
    eerman@ermanteicher.com
    Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
    ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
    Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
    ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
    Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
    litdocket@honigman.com
    Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
    emajoros@glmpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net

Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Eric Rosenberg    on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com

Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com

Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com

Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com

Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com

Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com

Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com

Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com

Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com

Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com

Hugh M. Davis    on behalf of Creditor Thomas Stephens Info@ConLitPC.com, Davis@ConLitPC.com

James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com

James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd. james.sprayregen@kirkland.com

Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com

Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com

Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company jbank@kerr-russell.com

Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com

Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com

Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com

Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com

Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com

Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net

Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net

John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com

John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com

John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com

John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan jgregg@btlaw.com

Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan green@millercanfield.com

Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com

Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com, litdocket@honigman.com

Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

                Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
                Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
                 jgadharf@mcdonaldhopkins.com
                Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
                 blundberg@honigman.com,  litdocket@honigman.com
                Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
                 jcalton@honigman.com,  litdocket@honigman.com
                Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
                 mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
                Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
                 jteicher@ermanteicher.com
                Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
                 344 jteicher@ermanteicher.com
                Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
                 jteicher@ermanteicher.com
                Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
                 jteicher@ermanteicher.com
                Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
                 karen.dine@kattenlaw.com
                Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
                Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
                Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
                 Avery@SilvermanMorris.com
                Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
                 Association Avery@SilvermanMorris.com
                Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
                 kressk@pepperlaw.com,  alexsym@pepperlaw.com
                Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
                 kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
                Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
                 kschneider@schneidermiller.com
                Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
                 kevin.baum@kattenlaw.com
                Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
                 ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
                Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
                Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
                 thornbladh.kurt3@gmail.com
                Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
                 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
                Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
                 llarose@chadbourne.com,
                 skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
                Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
                 llarose@chadbourne.com,
                 skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
                Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
                Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
                 Lisa.Fenning@aporter.com
                Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
                 Detroit Lisa.Fenning@aporter.com
                Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
                 lrochkind@jaffelaw.com,  dburris@jaffelaw.com
                Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
                 lrochkind@jaffelaw.com,  dburris@jaffelaw.com
                Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
                 lbrimer@stroblpc.com,  kvanakin@stroblpc.com
                Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
                 MField@stroblpc.com,  jmckeoghb@stroblpc.com
                Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
                 324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
                Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
                 pmerchak@sachswaldman.com
                Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
                 pmerchak@sachswaldman.com
                Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
                 pmerchak@sachswaldman.com
                Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
                 pmerchak@sachswaldman.com
                Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
                 mkato@sachswaldman.com,  pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
             swansonm@millercanfield.com
          Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
             mark.angelov@arentfox.com
          Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
             jabdelnour@resnicklaw.net
          Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
          Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
             mbcobbs@flash.net
          Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
             wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
             wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
             wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
             Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
             wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
             summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
             summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
             Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Melissa L. Demorest   on behalf of Creditor James  Herbert melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
             paula@demolaw.com
          Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust
             melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
             paula@demolaw.com
          Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
             mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
             mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
          Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
             mchammer2@dickinsonwright.com
          Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
             mike.paslay@wallerlaw.com,
             Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
             rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
             msl@maddinhauser.com,  bac@maddinhauser.com
          My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
             mao-bk-ecf@debevoise.com
          Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
             ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
             Agricultural Implement Workers of America Nganatra@uaw.net
          Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
             Paige.Barr@kattenlaw.com
          Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
             mkisell@plunkettcooney.com
          Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
             pmears@btlaw.com
          Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
             phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
             phage@jaffelaw.com,  jtravick@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
          marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
          pcanzano@sidley.com
          Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
          Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
          ralph.taylor@arentfox.com
          Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
          Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
          rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman   rfishman@shawfishman.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
          hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose   on behalf of Interested Party Angie Wong rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Laura Malher rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Wanda Leverette rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jason Leverette-Saunders rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Ian Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Kimberly Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Stephanie Hollander rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Nathaniel Price rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party James Washington rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jerome Pierce rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Darlene Hellenberg rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Paul Kaiser rrose@dykema.com
          Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
          ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
          ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
Michigan sam.alberts@dentons.com
Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
sam.alberts@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
soconnor@glmpc.com
Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
Detroit sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
slevine@lowenstein.com
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
dguerrero@dykema.com
Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
kfrantz@wnj.com
Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
stephen.hackney@kirkland.com
Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
laplante@millercanfield.com, skoczylas@millercanfield.com
Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
General showell@dickinsonwright.com
Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
rdin.com
Thomas R. Morris    on behalf of Interested Party Donald    Taylor morris@silvermanmorris.com,
marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Donald    Taylor morris@silvermanmorris.com,
marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
Association morris@silvermanmorris.com, marlene@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
            marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
            marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party  Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession  City of Detroit, Michigan
            fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party  Norddeutsche Landesbank Luxembourg, S.A.
            tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party  Dexia Holdings, Inc. tgraves@allardfishpc.com,
            allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party  Ad Hoc COPs Holders tgraves@allardfishpc.com,
            allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party  Dexia Credit Local tgraves@allardfishpc.com,
            allardfishpc@yahoo.com
          Tracy M. Clark   on behalf of Interested Party  Joliet Town Houses Cooperative Association
            clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party  Local 917 of the American Federation of State,
            County and Municipal Employees clark@steinbergshapiro.com,
            atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party  Lasalle Town Houses Cooperative Association
            clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party  St. James Cooperative clark@steinbergshapiro.com,
            atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party  Local 3308 of the American Federation of State,
            County and Municipal Employees clark@steinbergshapiro.com,
            atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party  Lafayette Town Houses, Inc.
            clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party  Nicolet Town Houses Cooperative Association
            clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
          Vanessa G. Fluker   on behalf of Interested Party  Center for Community Justice and Advocacy
            vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses   on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William C. Blasses   on behalf of Interested Party  Michigan Property Tax Relief, LLC
            wcb@osbig.com
          William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
            yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party  Michigan Property Tax Relief, LLC
            yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
            yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                          TOTAL: 362