*Fee Paid*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

District of Michigan

File Number 13-53846

| | |
|---|---|
| In re:<br>CITY OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR | Chapter 9<br>Case No. 13-53846<br>Hon: Steven W. Rhodes |
| Debtor | |

*FILED 2013 DEC 20 P 12: 13 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT*

## Notice of Appeal

Notice is hereby given that Carl Williams and Hassan Aleem and other of interest taking the appeal, in the above named case, hereby appeal to the United State District Court of Appeal for the 6th Circuit from the final judgment from order of Judge Steven W Rhodes order for Relief Under Chapter 9 of the Bankruptcy Code filed on 5th Day of December, 2013.

Signed _Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan_
Hassan
2440
Detroit Michigan 48206

_Aleem_
Aleem
Taylor