| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re: City of Detroit, Michigan and Emergency Manager Kevyn Orr

Case No.: 13-53846

Debtor.

_____/

Carl William & Hassan Aleem

Adv. No.:

Appellant,

v.

City of Detroit Michigan and Emergency Manager Kevyn Orr

Appellee.

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| ✓ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| L | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: 12/20/13     Name: Carl Williams

12/20/13

Hassan Aleem

| Name and Address of Interested Parties |

Carl Williams
10112 Somerset
Detroit Michigan 48224

City of Detroit
Corporation Council
National Building
600 Woodward Ave
Detroit, Michigan 48226

Hassan Aleem
2440 Taylor
Detroit Michigan 48206

Emergency Manager
Kevyn Orr
Coleman A Young Municipal Center
2 Woodward 11th Floor
Detroit, Michigan 48226