UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
    Debtor.                                           Hon. Steven W. Rhodes
_____/

**Certification Regarding Direct Appeal to the Court of Appeals**

On December 5, 2013, this Court entered an Opinion Regarding Eligibility, concluding that the City of Detroit meets the requirements of 11 U.S.C. § 109(c) to be a debtor under chapter 9 of the bankruptcy code. [Dkt. #1945] The Court also entered an Order for Relief Under Chapter 9 of the Bankruptcy Code. [Dkt. #1946]

Several creditors who had filed objections to the City's eligibility then filed timely notices of appeal:

| Docket No. | Party | Paper |
|---|---|---|
| 1907; 1956 | Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO, *et al.* | Notice of Appeal |
| 1930; 2096 | Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Notice of Appeal |
| 2057 | Official Committee of Retirees | Notice of Appeal |
| 2070; 2253 | Retired Detroit Police & Fire Fighters Association, *et al.* | Notice of Appeal |
| 2111 | Retired Detroit Police Members Association | Notice of Appeal |
| 2137 | Detroit Fire Fighters Association and the Detroit Police Officers Association | Notice of Appeal |
| 2165 | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), *et al.* | Notice of Appeal |

In addition, AFSCME filed a motion for leave to appeal. (Dkt. #1909)

These parties also filed various papers requesting that this Court certify their appeal for direct appeal to the Court of Appeals under 28 U.S.C. § 158(d)(2). The City filed a response regarding the request. On December 16, 2013, the Court conducted a hearing on the matter.

The record reflects that all of the parties to these several appeals, including the City of Detroit, agree that the creditors' appeals of this Court's Opinion Regarding Eligibility and Order for Relief involve a "matter of public importance" under 28 U.S.C. § 158(d)(2)(A)(i). The Court concurs.

Accordingly, the Court certifies that this Court's Opinion Regarding Eligibility and Order for Relief involve a "matter of public importance" under 28 U.S.C. § 158(d)(2)(A)(i).

The Court is also entering a memorandum regarding this certification, as required by Fed. R. Bankr. P. 8001(f).

Signed on December 20, 2013

          /s/ Steven Rhodes
      Steven Rhodes
      United States Bankruptcy Judge