Form designat

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–swr**

In Re: (NAME OF DEBTOR(S))

City of Detroit, Michigan

_____/

## NOTICE OF REQUIREMENT TO FILE DESIGNATION

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **12/20/2013** from an order entered by Judge **Steven W. Rhodes** on **12/05/2013** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 12/20/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

In re:                                                        Case No. 13-53846-swr
City of Detroit, Michigan                                     Chapter 9
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2        User: ktrio          Page 1 of 9          Date Rcvd: Dec 20, 2013
                           Form ID: designat     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2013.
cr         +Carl Williams,    10112 Somerset,    Detroit, MI 48224-2551
cr         +Hassan Aleem,    2440 Taylor,    Detroit, MI 48206-2064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2013                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2013 at the address(es) listed below:
        A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
        achouprouta@kramerlevin.com
        Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
        acaton@kramerlevin.com,   achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.   on behalf of Creditor Robert Davis aap43@outlook.com,
        aap43law@gmail.com
        Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
        aap43@outlook.com, aap43law@gmail.com
        Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
        wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
        agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Angela Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
        HollisR@dhcmi.org
        Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
        stravis@wolfsonbolton.com;hkretich@wolfsonbolton.com
        Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
        aoreilly@honigman.com,  ahatcher@honigman.com
        Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
        and Agricultural Implement Workers of America bceccotti@cwsny.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
        bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
        bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        bpatek@ermanteicher.com
        Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
        bfagan@dibandfagan.com
        Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
        bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
        wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
        wkyles@schaferandweiner.com
        Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
        ssikorski@manteselaw.com
        Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@ssplegal.com,
        joumedian@ssplegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
     bborder@sspclegal.com, joumedian@sspclegal.com

     Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
     joumedian@sspclegal.com

     Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
     joumedian@sspclegal.com

     Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
     TReitzloff@lippittokeefe.com

     Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
     TReitzloff@lippittokeefe.com

     Brian D. O'Keefe   on behalf of Interested Party    Detroit Retired City Employees Association
     bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

     Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
     TReitzloff@lippittokeefe.com

     Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
     TReitzloff@lippittokeefe.com

     Brian D. O'Keefe   on behalf of Interested Party    Retired Detroit Police and Fire Fighers
     Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

     Brian R. Trumbauer   on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
     Care Network of Michigan btrumbauer@bodmanlaw.com

     Bruce  Bennett   on behalf of Debtor In Possession    City of Detroit, Michigan
     bbennett@jonesday.com

     Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

     Carla Orman Andres   on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

     Carol Connor Cohen   on behalf of Interested Party    Ambac Assurance Corporation
     carol.cohen@arentfox.com

     Carol Connor Cohen   on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com

     Carole  Neville   on behalf of Retiree Committee    Official Committee of Retirees
     carole.neville@dentons.com

     Caroline Turner English   on behalf of Interested Party    Ambac Assurance Corporation
     caroline.english@arentfox.com

     Caroline Turner English   on behalf of Plaintiff    Ambac Assurance Corporation
     caroline.english@arentfox.com

     Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM

     Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
     charlesID@hotmail.com

     Charles D. Bullock   on behalf of Interested Party    Gabriel, Roeder, Smith & Company
     cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

     Charles N. Ash   on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com

     Charles N. Ash   on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
     kkranz@wnj.com

     Charles N. Ash   on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
     kkranz@wnj.com

     Charles N. Ash   on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com

     Christopher A. Grosman   on behalf of Creditor    BlackRock Financial Management, Inc.
     BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

     Claude D. Montgomery   on behalf of Retiree Committee    Official Committee of Retirees
     claude.montgomery@dentons.com,docketny@dentons.com,
     carole.neville@dentons.com;sam.alberts@dentons.com

     Courtney M. Rogers   on behalf of Creditor    U.S. Bank National Association
     courtney.rogers@wallerlaw.com

     Craig B. Rule   on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
     ANHSOA@earthlink.net

     Craig E. Zucker   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
     czucker@ermanteicher.com

     Craig E. Zucker   on behalf of Creditor    Detroit Police Officers Association
     czucker@ermanteicher.com

     Craig E. Zucker   on behalf of Creditor    Detroit Police Command Officers Association
     czucker@ermanteicher.com

     Craig E. Zucker   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
     czucker@ermanteicher.com

     Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org

     Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org

     Daniel J. Weiner   on behalf of Plaintiff    Ambac Assurance Corporation
     dweiner@schaferandweiner.com

     Daniel J. Weiner   on behalf of Interested Party    Ambac Assurance Corporation
     dweiner@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            David  Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
              deisenberg@ermanteicher.com
            David  Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
              deisenberg@ermanteicher.com
            David  Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
              deisenberg@ermanteicher.com
            David  Eisenberg   on behalf of Creditor   Detroit Police Officers Association
              deisenberg@ermanteicher.com
            David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
              nwinagar@plunkettcooney.com
            David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc.
              dmollicone@dmms.com
            David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
              dgheiman@jonesday.com
            David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
            David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
            David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
              david.dubrow@arentfox.com
            David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
            David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
              manichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
              nepc.com
            Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
              General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
            Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
              alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
              kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
              alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
              alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
              alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
              alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
              alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
              alexsym@pepperlaw.com
            Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
              allardfishpc@yahoo.com
            Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
              allardfishpc@yahoo.com
            Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
              dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
              allardfishpc@yahoo.com
            Debra N. Pospiech   on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
            Debra N. Pospiech   on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
            Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
            Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
            Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
              dbeckwith@fosterswift.com
            Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
            Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
              dbeckwith@fosterswift.com
            Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
              don@mcguiganlaw.com
            Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters,
              AFL-CIO, CLC dls@wmlaborlaw.com
            Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
              dbernstein@plunkettcooney.com,  dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
            Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
              eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
              eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
              eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
              eerman@ermanteicher.com
            Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
              ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
            Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
              ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
            Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
              litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
emajoros@glmpc.com

Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
(Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net

Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Eric Rosenberg    on behalf of Interested Party Patricia    Ramirez EJR@morganmeyers.com,
amendiola@morganmeyers.com

Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
carlson@millercanfield.com

Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
enovetsky@jaffelaw.com

Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
bankruptcy.maxwelldunn@gmail.com

Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
Detroit efeldman@clarkhill.com

Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
efeldman@clarkhill.com

Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com

Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
ecf-hen@rhoadesmckee.com

Harold E. Nelson    on behalf of Creditor Brendan    Mylewski ecf-hen@rhoadesmckee.com

Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
hlennox@jonesday.com

Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
howard@jacobweingarten.com

Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com

Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com

Hugh M. Davis    on behalf of Creditor Thomas Stephens Info@ConLitPC.com, Davis@ConLitPC.com

James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
james.sprayregen@kirkland.com

James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
james.sprayregen@kirkland.com

James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
james.sprayregen@kirkland.com

Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
ecf@zaplc.com

Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
sharrow@mcdonaldhopkins.com

Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com

Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
jbank@kerr-russell.com

Jay S. Kalish    on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com

Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com

Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
Lhaidostian@mwe.com

Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
jbelveal@honigman.com, mjohnson@honigman.com

Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
jbelveal@honigman.com, mjohnson@honigman.com

Jerome D. Goldberg    on behalf of Interested Party Jerome    Moore apclawyer@sbcglobal.net

Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net

John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
pjohnson@bredhoff.com

John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com

John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
john.sieger@kattenlaw.com

John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
jgregg@btlaw.com

Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
green@millercanfield.com

Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
green@millercanfield.com

Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
litdocket@honigman.com

Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
jgadharf@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
  jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
  jgadharf@mcdonaldhopkins.com
Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party Michael   Duggan, Mayor jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
  blundberg@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
  litdocket@honigman.com
Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
  mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association
  jteicher@ermanteicher.com
Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
  344 jteicher@ermanteicher.com
Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association
  jteicher@ermanteicher.com
Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
  jteicher@ermanteicher.com
Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc.
  karen.dine@kattenlaw.com
Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association
  Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
  Association Avery@SilvermanMorris.com
Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
  kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
  kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
  kschneider@schneidermiller.com
Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
  kevin.baum@kattenlaw.com
Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
  ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
Kurt  Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
  kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.
  llarose@chadbourne.com,
  skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.
  llarose@chadbourne.com,
  skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Leland  Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit
  Lisa.Fenning@aporter.com
Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of
  Detroit Lisa.Fenning@aporter.com
Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
  lrochkind@jaffelaw.com, dburris@jaffelaw.com
Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
  lrochkind@jaffelaw.com, dburris@jaffelaw.com
Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
  lbrimer@stroblpc.com, kvanakin@stroblpc.com
Mallory  Field   on behalf of Creditor   Retired Detroit Police Members Association
  MField@stroblpc.com, jmckeogh@stroblpc.com
Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
  324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
  pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
  pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
  pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
              Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
              mkato@sachswaldman.com,  pmerchak@sachswaldman.com
              Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
              Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
              Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
              swansonm@millercanfield.com
              Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
              mark.angelov@arentfox.com
              Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
              jabdelnour@resnicklaw.net
              Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
              Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
              mbcobbs@flash.net
              Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
              Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
              Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
              wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
              wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
              wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
              Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
              wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
              summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
              summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
              Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
              paula@demolaw.com
              Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
              paula@demolaw.com
              Melissa L. Demorest   on behalf of Creditor James  Herbert melissa@demolaw.com,  paula@demolaw.com
              Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust
              melissa@demolaw.com,  paula@demolaw.com
              Melissa L. Demorest   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
              Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
              mdordeski@foleymansfield.com,cindy@loevy.com
              Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
              mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
              Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
              Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
              mchammer2@dickinsonwright.com
              Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
              Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
              mike.paslay@wallerlaw.com,
              Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
              rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
              msl@maddinhauser.com,  bac@maddinhauser.com
              My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
              mao-bk-ecf@debevoise.com
              Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
              ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
              Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
              Agricultural Implement Workers of America Nganatra@uaw.net
              Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
              Paige.Barr@kattenlaw.com
              Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
              mkisell@plunkettcooney.com
              Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
              pmears@btlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
          phage@jaffelaw.com, jtravick@jaffelaw.com
          Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
          phage@jaffelaw.com, jtravick@jaffelaw.com
          Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
          marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
          pcanzano@sidley.com
          Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
          Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
          ralph.taylor@arentfox.com
          Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
          Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
          rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman   rfishman@shawfishman.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
          hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose   on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
          ryan.bennett@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Ryan Blaine Bennett   on behalf of Interested Party    Syncora Holdings Ltd.
    ryan.bennett@kirkland.com
    Ryan Blaine Bennett   on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
    Ryan Blaine Bennett   on behalf of Interested Party    Syncora Capital Assurance Inc.
    ryan.bennett@kirkland.com
    Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
    Michigan sam.alberts@dentons.com
    Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
    sam.alberts@dentons.com
    Samuel S. Kohn   on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
    mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
    Samuel S. Kohn   on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
    mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
    Sandra L. O'Connor   on behalf of Interested Party    US Health & Life Insurance Company
    soconnor@glmpc.com
    Scott A. Wolfson   on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
    david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
    stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
    Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
    Sean M. Walsh   on behalf of Interested Party    Gabriel, Roeder, Smith & Company
    swalsh@sbplclaw.com
    Shannon L. Deeby   on behalf of Creditor    General Retirement System of the City of Detroit
    sdeeby@clarkhill.com
    Shannon L. Deeby   on behalf of Creditor    Police and Fire Retirement System of the City of
    Detroit sdeeby@clarkhill.com
    Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
    State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
    State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine   on behalf of Creditor    Michigan Council 25 Of The American Federation of
    State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
    slevine@lowenstein.com
    Sherrie L. Farrell   on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
    mpearson@dykema.com;docket@dykema.com
    Sherrie L. Farrell   on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
    mpearson@dykema.com;docket@dykema.com
    Sheryl L. Toby   on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
    dguerrero@dykema.com
    Sheryl L. Toby   on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
    dguerrero@dykema.com
    Stephen B. Grow   on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
    Stephen B. Grow   on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
    kfrantz@wnj.com
    Stephen B. Grow   on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
    Stephen B. Grow   on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
    kfrantz@wnj.com
    Stephen C. Hackney   on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
    Stephen C. Hackney   on behalf of Interested Party    Syncora Holdings Ltd.
    stephen.hackney@kirkland.com
    Stephen C. Hackney   on behalf of Interested Party    Syncora Guarantee Inc.
    stephen.hackney@kirkland.com
    Stephen C. Hackney   on behalf of Interested Party    Syncora Capital Assurance Inc.
    stephen.hackney@kirkland.com
    Stephen M. Gross   on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
    shelly.harrow@gmail.com
    Stephen M. Gross   on behalf of Interested Party    Syncora Guarantee Inc.
    sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen M. Gross   on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
    shelly.harrow@gmail.com
    Stephen M. Gross   on behalf of Interested Party    Syncora Holdings Ltd.
    sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen M. Gross   on behalf of Interested Party    Syncora Capital Assurance Inc.
    sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
    Stephen S. LaPlante   on behalf of Debtor In Possession    City of Detroit, Michigan
    laplante@millercanfield.com, skoczylas@millercanfield.com
    Stephen S. LaPlante   on behalf of Defendant    City of Detroit, Michigan
    laplante@millercanfield.com, skoczylas@millercanfield.com
    Steven B. Flancher   on behalf of Interested Party    State of Michigan flanchers@michigan.gov
    Steven G. Howell   on behalf of Interested Party    State of Michigan, Department of Attorney
    General showell@dickinsonwright.com
    Susheel Kirpalani   on behalf of Interested Party    Syncora Guarantee Inc.
    susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
    Susheel Kirpalani   on behalf of Plaintiff    Syncora Guarantee Inc.
    susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
    Suzanne L. Wahl   on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
    mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
    rdin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
      marlene@silvermanmorris.com,
    Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
      marlene@silvermanmorris.com,
    Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
      morris@silvermanmorris.com,  marlene@silvermanmorris.com,
    Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
      Association morris@silvermanmorris.com,  marlene@silvermanmorris.com,
    Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
      marlene@silvermanmorris.com
    Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
      marlene@silvermanmorris.com
    Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
    Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
      fusco@millercanfield.com
    Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
      tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
      allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
      allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
      allardfishpc@yahoo.com
    Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association
      clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State,
      County and Municipal Employees clark@steinbergshapiro.com,
      atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
      clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com,
      atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State,
      County and Municipal Employees clark@steinbergshapiro.com,
      atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc.
      clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
      clark@steinbergshapiro.com,  atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
    Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
      vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
    William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
    William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
    William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
    William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
      wcb@osbig.com
    William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
    William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
    William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
    Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
      yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com

                                                            TOTAL: 364