UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846-SWR

**CITY OF DETROIT, MICHIGAN**                       Chapter 9

    Debtor.                     HON. STEVEN W. RHODES
_____/

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §§901 and 1102(a)(1) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, who are willing to serve, are hereby appointed to the Committee of Unsecured Creditors:

Financial Guaranty Insurance Company
c/o Derek Donnelly, Managing Director
125 Park Avenue, Floor 5
New York, NY 10017
Phone: 212.312.3000
Email: Derek.donnelly@fgic.com

General Retirement System of the
City of Detroit
c/o Cynthia Thomas, Executive Director
908 Coleman A. Young Municipal Center
2 Woodward Avenue
Detroit, MI 48226
Phone: 313.224.3362
Email: cathomas@rscd.org

Jessie Payne
c/o The Sam Bernstein Law Firm
31731 Northwestern Hwy., Suite 333
Farmington Hills, MI 48334
Phone: 248.538.5294
Email: Lmiller@sambernstein.com

Police and Fire Retirement System of the
City of Detroit
c/o David Cetlinski, Assistant Executive
Director
908 Coleman A. Young Municipal Center
2 Woodward Avenue
Detroit, MI 48226
Phone: 313.224.3362
Email: dcetlinski@rscd.org

Wilmington Trust Company
Jay Smith, Vice President
c/o Kristin Going
Drinker, Biddle & Reath, LLP
1500 K. Street, Suite 1100
Washington D.C. 20005
Phone: 202.230.5177
Email: Kristin.going@dbr.com

Respectfully submitted,

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9

By   /s/ Richard A. Roble (P51429)
      Richard.A.Roble@usdoj.gov
      Trial Attorney
      Office of the U.S. Trustee
      211 West Fort St - Suite 700
      Detroit, Michigan 48226
      (313) 226-6769

Dated: December 23, 2013