UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Case No. 13-53846-SWR

**CITY OF DETROIT, MICHIGAN**   Chapter 9

    Debtor.   HON. STEVEN W. RHODES

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I served copies as follows:

1. Documents Served: *Appointment of Committee of Unsecured Creditors* and *Certificate of Service*.

2. Served Upon:
   Financial Guaranty Insurance Company
   c/o Derek Donnelly, Managing Director
   Email: Derek.donnelly@fgic.com

   General Retirement System of the City of Detroit
   c/o Cynthia Thomas, Executive Director
   Email: cathomas@rscd.org

   Jessie Payne
   c/o The Sam Bernstein Law Firm
   Email: Lmiller@sambernstein.com

   Police and Fire Retirement System of the City of Detroit
   c/o David Cetlinski, Assistant Executive Director
   Email: dcetlinski@rscd.org

   Wilmington Trust Company
   Jay Smith, Vice President
   c/o Kristin Going, Drinker, Biddle & Reath, LLP
   Email: Kristin.going@dbr.com

3. Method of Service: Email

4. Served Upon:
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

5. Method of Service: First Class Mail

        **DANIEL M. McDERMOTT**
        **UNITED STATES TRUSTEE**
        Region 9

        By:   /s/ Karen Riggs
                Karen.Riggs@usdoj.gov
                Paralegal Specialist
                Office of the U.S. Trustee
                211 West Fort Street - Suite 700
                Detroit, Michigan 48226
                313.226.7259

Dated: December 23, 2013