# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name ___ **Shannon L. Deeby** ___

Firm ___ **Clark Hill PLC** ___

Address ___ **151 S. Old Woodward Avenue, Suite 200** ___

City, State, Zip ___ **Birmingham, MI 48009** ___

Phone ___ **248-988-5889** ___

Email ___ **sdeeby@clarkhill.com** ___

**Case/Debtor Name:** In Re City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

( ● ) **Bankruptcy**   ( ) **Adversary**

( ) **Appeal**   **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 12/17/2013   **Time of Hearing:** 9:00 am   **Title of Hearing:** Evid. Hrg. Mtns.: Assume/Fin.

Please specify portion of hearing requested: ( ● ) **Original/Unredacted** ( ) **Redacted** ( ) **Copy** (2nd Party)

( ● ) Entire Hearing   ( ) Ruling/Opinion of Judge   ( ) Testimony of Witness   ( ) Other

Special Instructions: **Evid. Hrg. Motions to Assume Forbearance Agreement & Post-Petition Financing**

---

**Type of Request:**

( ) Ordinary Transcript - $3.65 per page (30 calendar days)

( ) 14-Day Transcript - $4.25 per page (14 calendar days)

( ● ) Expedited Transcript - $4.85 per page (7 working days)

( ) CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Shannon L. Deeby   Date: **12/23/2013**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date      By

Order Received:

Transcript Ordered

Transcript Received

---