# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Shannon L. Deeby**

Firm: **Clark Hill PLC**

Address: **151 S. Old Woodward Avenue, Suite 200**

City, State, Zip: **Birmingham, MI 48009**

Phone: **248-988-5889**

Email: **sdeeby@clarkhill.com**

**Case/Debtor Name:** In Re City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy   ◯ Adversary

◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: **12/20/2013**   Time of Hearing: **10:00 am**   Title of Hearing: Status Conf. Mtn:Assume/Fin

Please specify portion of hearing requested:   ⦿ Original/Unredacted   ◯ Redacted   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: Status Conf. Motions to Assume Forbearance Agreement & Post-Petition Financing

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)
◯ 14-Day Transcript - $4.25 per page (14 calendar days)
⦿ Expedited Transcript - $4.85 per page (7 working days)
◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date        By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Shannon L. Deeby                    Date: **12/23/2013**

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt   Doc 2296   Filed 12/23/13   Entered 12/23/13 16:34:21   Page 1 of 1