# U.S. Bankruptcy Court
## Eastern District of Michigan (Detroit)
### Bankruptcy Petition #: 13−53846−swr

*Date filed:* 07/18/2013

*Assigned to:* Judge Steven W. Rhodes
Chapter 9
Voluntary
No asset

| | | |
|---|---|---|
| *Debtor In Possession*<br>**City of Detroit, Michigan**<br>2 Woodward Avenue<br>Suite 1126<br>Detroit, MI 48226<br>WAYNE−MI<br>Tax ID / EIN: 38−6004606 | represented by | **Bruce Bennett**<br>555 S. Flower Street<br>50th Floor<br>Los Angeles, CA 90071<br>(213) 489−3939<br>Email: bbennett@jonesday.com |

**Judy B. Calton**
Honigman Miller Schwartz &Cohn LLP
2290 First National Building
Detroit, MI 48226
(313) 465−7344
Fax : (313) 465−7345
Email: jcalton@honigman.com

**Eric D. Carlson**
150 West Jefferson
Suite 2500
Detroit, MI 48226
313−496−7567
Email: carlson@millercanfield.com

**Timothy A. Fusco**
150 West Jefferson
Suite 2500
Detroit, MI 48226−4415
(313) 496−8435
Email: fusco@millercanfield.com

**Jonathan S. Green**
150 W. Jefferson
Ste. 2500
Detroit, MI 48226
(313) 963−6420
Email: green@millercanfield.com

**David Gilbert Heiman**
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586−7175
Email: dgheiman@jonesday.com

**Robert S. Hertzberg**
4000 Town Center
Suite 1800

Southfield, MI 48075−1505  
248−359−7300  
Fax : 248−359−7700  
Email: hertzbergr@pepperlaw.com

**Deborah Kovsky−Apap**  
Pepper Hamilton LLP  
4000 Town Center  
Suite 1800  
Southfield, MI 48075  
(248) 359−7300  
Fax : (248) 359−7700  
Email: kovskyd@pepperlaw.com

**Kay Standridge Kress**  
4000 Town Center  
Southfield, MI 48075−1505  
(248) 359−7300  
Fax : (248) 359−7700  
Email: kressk@pepperlaw.com

**Stephen S. LaPlante**  
150 W. Jefferson Ave.  
Suite 2500  
Detroit, MI 48226  
(313) 496−8478  
Email: laplante@millercanfield.com

**Heather Lennox**  
222 East 41st Street  
New York, NY 10017  
212−326−3939  
Email: hlennox@jonesday.com

**Marc N. Swanson**  
Miller Canfield Paddock and Stone, P.L.C  
150 W. Jefferson  
Suite 2500  
Detroit, MI 48226  
(313) 496−7591  
Email: swansonm@millercanfield.com

| | | |
|---|---|---|
| *U.S. Trustee*<br>**Daniel M. McDermott** | represented by | **Sean M. Cowley (UST)**<br>United States Trustee<br>211 West Fort Street<br>Suite 700<br>Detroit, MI 48226<br>(313) 226−3432<br>Email: Sean.cowley@usdoj.gov |
| | | **Richard A. Roble (UST)**<br>United States Trustee<br>211 West Fort Street<br>Suite 700<br>Detroit, MI 48226<br>(313) 226−6769<br>Email: Richard.A.Roble@usdoj.gov |
| *Retiree Committee*<br>**Official Committee of Retirees** | represented by | **Sam J. Alberts**<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC 20005−3364 |

(202) 408−7004
Email: sam.alberts@dentons.com

**Paula A. Hall**
401 S. Old Woodward Ave.
Suite 400
Birmingham, MI 48009
(248) 971−1800
Email: hall@bwst−law.com

**Claude D. Montgomery**
620 Fifth Avenue
New York, NY 10020
(212) 632−8390
Email: claude.montgomery@dentons.com,docketny@dentons.com

**Carole Neville**
1221 Avenue of the Americas
25th Floor
New York, NY 10020
(212) 768−6889
Email: carole.neville@dentons.com

**Matthew Wilkins**
401 S. Old Woodward Ave.
Suite 400
Birmingham, MI 48009
(248) 971−1800
Email: wilkins@bwst−law.com

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 07/18/2013 | | 10 | Declaration */Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code* Filed by Debtor In Possession City of Detroit, Michigan. (Heiman, David) (Entered: 07/18/2013) |
| 07/18/2013 | | 12 | Declaration *of Gaurav Malhotra in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code* Filed by Debtor In Possession City of Detroit, Michigan. (Heiman, David) (Entered: 07/18/2013) |
| 07/18/2013 | | 13 | Declaration *of Charles M. Moore in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code* Filed by Debtor In Possession City of Detroit, Michigan. (Heiman, David) (Entered: 07/18/2013) |
| 07/18/2013 | | 14 | Memorandum *in Support of Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code* Filed by Debtor In Possession City of Detroit, Michigan. (Heiman, David) (Entered: 07/18/2013) |
| 08/19/2013 | | 481 | Brief *Attorney General Bill Schuette's Statement Regarding the Michigan Constitution and the Bankruptcy of the City of Detroit* Filed by Interested Party Bill Schuette (RE: related document(s)1 Voluntary Petition (Chapter 9)). (Bell, Michael) (Entered: 08/19/2013) |
| 08/19/2013 | | 502 | Objection to Eligibility to Chapter 9 Petition Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighers Association, |

| Date | | No. | Description |
|---|---|---|---|
| | | | Donald Taylor, Creditors Shirley V Lightsey, Donald Taylor (Attachments: # 1 Index Index of Exhibits # 2 Exhibit Exhibit A–Declaration of Shirley V. Lightsey # 3 Exhibit Exhibit B – Declaration of Donald Taylor) (Plecha, Ryan) (Entered: 08/19/2013) |
| 09/06/2013 | | 765 | Brief */City of Detroit Consolidated Reply to Objections to the Entry of an Order for Relief* Filed by Debtor In Possession City of Detroit, Michigan (RE: related document(s)1 Voluntary Petition (Chapter 9), 10 Declaration). (Bennett, Bruce) (Entered: 09/06/2013) |
| 09/10/2013 | | 805 | Objection to Eligibility to Chapter 9 Petition *of The City of Detroit, Michigan to be a Debtor Under Chapter 9 of The Bankruptcy Code* Filed by Retiree Committee Official Committee of Retirees (Wilkins, Matthew) (Entered: 09/10/2013) |
| 09/17/2013 | | 918 | Reply to (related document(s): 805 Objection to Eligibility to Chapter 9 Petition filed by Retiree Committee Official Committee of Retirees) */ City of Detroit's Reply to the Objection of the Official Committee of Retirees to the Entry of an Order for Relief* Filed by Debtor In Possession City of Detroit, Michigan (Bennett, Bruce) (Entered: 09/17/2013) |
| 09/18/2013 | | 922 | Concurrence *in (1) The Official Committee of Retirees' Motion to Withdraw the Reference &(2) Motion by Official Committee of Retirees to Stay Deadlines and the Hearings Concerning a Determination of Eligibility Pending Decision on Motion to Withdraw the Reference* Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighers Association, Donald Taylor, Creditors Shirley V Lightsey, Donald Taylor (RE: related document(s)806 Motion for Withdrawal of Reference (related document(s): 805 Objection to Eligibility to Chapter 9 Petition filed by Retiree Committee Official Committee of Retirees) . Fee Amount $150, 837 Motion To Stay (related documents 805 Objection to Eligibility to Chapter 9 Petition) *Deadlines and the Hearings Concerning a Determination of Eligibility Pending decision on Motion to Withdraw the Reference*). (Plecha, Ryan) (Entered: 09/18/2013) |
| 09/26/2013 | | 1034 | Transcript regarding Hearing Held 09/19/13 RE: Objections to Eligibility. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 12/26/2013. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 946 Transcript Request, 1005 Transcript Request, 1023 Transcript Request). Redaction Request Due By 10/17/2013. Redacted Transcript Submission Due By 10/24/2013. Transcript access will be restricted through 12/26/2013. (Garrett, Lois) (Entered: 09/26/2013) |
| 10/11/2013 | | 1174 | Supplemental Objection to Eligibility to Chapter 9 Petition Filed by Retiree Committee Official Committee of Retirees (Montgomery, Claude) (Entered: 10/11/2013) |

| | | | |
|---|---|---|---|
| 10/12/2013 | | 1175 | Declaration *of Claude D. Montgomery In Support of Supplemental Objection* Filed by Retiree Committee Official Committee of Retirees. (Attachments: # 1 Exhibit A # 2 Exhibit A part 1 # 3 Exhibit A part 2 # 4 Exhibit A Part 3 # 5 Exhibit A part 4 # 6 Exhibit A part 5 # 7 Exhibit B # 8 Exhibit C # 9 Exhibit D # 10 Exhibit E) (Montgomery, Claude) (Entered: 10/12/2013) |
| 10/17/2013 | | 1229 | Brief *(pretrial) in opposition to eligibility* Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighers Association, Donald Taylor. (Morris, Thomas) (Entered: 10/17/2013) |
| 10/17/2013 | | 1241 | Brief *(Pretrial) in Opposition ot Eligibility* Filed by Retiree Committee Official Committee of Retirees. (Montgomery, Claude) (Entered: 10/17/2013) |
| 10/17/2013 | | 1242 | Declaration *in Support of Pre−Trial Brief in Opposition to Elligibility* Filed by Retiree Committee Official Committee of Retirees. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Montgomery, Claude) (Entered: 10/17/2013) |
| 10/20/2013 | | 1268 | Transcript regarding Hearing Held 10/15/13 RE: Objections to Eligibility to Chapter 9 Petition. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 01/20/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1195 Transcript Request, 1204 Transcript Request, 1207 Transcript Request, 1214 Transcript Request). Redaction Request Due By 11/12/2013. Redacted Transcript Submission Due By 11/18/2013. Transcript access will be restricted through 01/20/2014. (Garrett, Lois) (Entered: 10/20/2013) |
| 10/20/2013 | | 1271 | Transcript regarding Hearing Held 10/16/13 RE: Objections to Eligibility to Chapter 9 Petition. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 01/20/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1206 Transcript Request, 1208 Transcript Request, 1215 Transcript Request). Redaction Request Due By 11/12/2013. Redacted Transcript Submission Due By 11/18/2013. Transcript access will be restricted through 01/20/2014. (Garrett, Lois) (Entered: 10/20/2013) |
| 10/23/2013 | | 1345 | Transcript regarding Hearing Held 10/21/13 RE: Pretrial Conference re. Eligibility. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 01/22/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court |

| | | | |
|---|---|---|---|
| | | | transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1290 Transcript Request, 1298 Transcript Request, 1328 Transcript Request). Redaction Request Due By 11/13/2013. Redacted Transcript Submission Due By 11/20/2013. Transcript access will be restricted through 01/22/2014. (Garrett, Lois) (Entered: 10/23/2013) |
| 10/23/2013 | | 1346 | Transcript regarding Hearing Held 10/21/13 RE: Objections to Eligibility to Chapter 9 Petition (Continuing). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 01/22/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1289 Transcript Request, 1298 Transcript Request, 1315 Transcript Request, 1318 Transcript Request, 1329 Transcript Request, 1339 Transcript Request). Redaction Request Due By 11/13/2013. Redacted Transcript Submission Due By 11/20/2013. Transcript access will be restricted through 01/22/2014. (Garrett, Lois) (Entered: 10/23/2013) |
| 10/24/2013 | | 1354 | Amended Final Pre–Trial Order (Related Doc # 1350). (ckata) (Entered: 10/24/2013) |
| 10/24/2013 | | 1356 | Pre–Trial Order (RE: 1354 Amended Final Pre–Trial Order (Related Doc # 1350)). (jjm) (Entered: 10/24/2013) |
| 10/27/2013 | | 1411 | Transcript regarding Hearing Held 10/23/13 RE: Eligibility Trial. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 01/27/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1343 Transcript Request, 1355 Transcript Request, 1399 Transcript Request). Redaction Request Due By 11/18/2013. Redacted Transcript Submission Due By 11/25/2013. Transcript access will be restricted through 01/27/2014. (Garrett, Lois) (Entered: 10/27/2013) |
| 10/27/2013 | | 1412 | Transcript regarding Hearing Held 10/23/13 RE: Excerpt of Eligibility Trial (10:00 a.m. – 11:59 a.m.). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 01/27/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1334 Transcript Request). Redaction Request Due By 11/18/2013. Redacted Transcript Submission Due By 11/25/2013. Transcript access will be restricted through 01/27/2014. (Garrett, Lois) (Entered: 10/27/2013) |
| 10/30/2013 | | 1462 | Supplemental Brief *of the Retiree Association Parties on Eligibility* Filed by Interested Parties Detroit Retired City Employees Association, Retired Detroit Police and Fire Fighers Association |

| | | | |
|---|---|---|---|
| | | | (RE: related document(s)1217 Order (Generic)). (Morris, Thomas) (Entered: 10/30/2013) |
| 11/01/2013 | | 1490 | Transcript regarding Hearing Held 10/24/13 RE: IN RE: ELIGIBILITY TRIAL. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 01/31/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Deborah Kremlick at 810.635.7084. (RE: related document(s) 1489 Transcript Request). Redaction Request Due By 11/22/2013. Redacted Transcript Submission Due By 11/29/2013. Transcript access will be restricted through 01/31/2014. (Kremlick, Deborah) (Entered: 11/01/2013) |
| 11/02/2013 | | 1501 | Transcript regarding Hearing Held 10/25/13 RE: Eligibility Trial (Continued). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 02/3/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1400 Transcript Request, 1414 Transcript Request, 1418 Transcript Request, 1419 Transcript Request, 1449 Transcript Request). Redaction Request Due By 11/25/2013. Redacted Transcript Submission Due By 12/2/2013. Transcript access will be restricted through 02/3/2014. (Garrett, Lois) (Entered: 11/02/2013) |
| 11/03/2013 | | 1502 | Transcript regarding Hearing Held 10/28/13 RE: Eligibility Trial (Continued). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 02/3/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1434 Transcript Request, 1435 Transcript Request, 1456 Transcript Request). Redaction Request Due By 11/25/2013. Redacted Transcript Submission Due By 12/2/2013. Transcript access will be restricted through 02/3/2014. (Garrett, Lois) (Entered: 11/03/2013) |
| 11/04/2013 | | 1503 | Transcript regarding Hearing Held 10/29/13 RE: IN RE: ELIGIBILITY TRIAL. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 02/3/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Deborah Kremlick at 810.635.7084. (RE: related document(s) 1450 Transcript Request). Redaction Request Due By 11/25/2013. Redacted Transcript Submission Due By 12/2/2013. Transcript access will be restricted through 02/3/2014. (Kremlick, Deborah) (Entered: 11/04/2013) |

| | | | |
|---|---|---|---|
| 11/08/2013 | | 1584 | Transcript regarding Hearing Held 11/5/13 RE: IN RE: ELIGIBILITY TRIAL. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 02/7/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Deborah Kremlick at 810.635.7084. (RE: related document(s) 1534 Transcript Request). Redaction Request Due By 11/29/2013. Redacted Transcript Submission Due By 12/6/2013. Transcript access will be restricted through 02/7/2014. (Kremlick, Deborah) (Entered: 11/08/2013) |
| 11/08/2013 | | 1605 | Transcript regarding Hearing Held 11/04/13 RE: Eligibility Trial (Continued). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 02/7/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1518 Transcript Request, 1533 Transcript Request, 1552 Transcript Request, 1582 Transcript Request, 1596 Transcript Request). Redaction Request Due By 11/29/2013. Redacted Transcript Submission Due By 12/6/2013. Transcript access will be restricted through 02/7/2014. (Garrett, Lois) (Entered: 11/08/2013) |
| 11/12/2013 | | 1681 | Transcript regarding Hearing Held 11/07/13 RE: Eligibility Trial (Continued). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 02/11/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1576 Transcript Request, 1578 Transcript Request, 1601 Transcript Request, 1631 Transcript Request, 1642 Transcript Request, 1679 Transcript Request). Redaction Request Due By 12/3/2013. Redacted Transcript Submission Due By 12/10/2013. Transcript access will be restricted through 02/11/2014. (Garrett, Lois) (Entered: 11/12/2013) |
| 11/13/2013 | | 1704 | Brief *(on Good Faith Issues)* Filed by Interested Parties Detroit Retired City Employees Association, Retired Detroit Police and Fire Fighers Association. (Morris, Thomas) (Entered: 11/13/2013) |
| 11/14/2013 | | 1719 | Transcript regarding Hearing Held 11/8/13 RE: IN RE: ELIGIBILITY TRIAL CLOSING ARGUMENTS. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 02/13/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Deborah Kremlick at 810.635.7084. (RE: related document(s) 1602 Transcript Request). Redaction Request Due By 12/5/2013. Redacted Transcript |

| Date | | | Doc # | Description |
|---|---|---|---|---|
| | | | | Submission Due By 12/12/2013. Transcript access will be restricted through 02/13/2014. (Kremlick, Deborah) (Entered: 11/14/2013) |
| 11/15/2013 | | | 1747 | Supplemental Order Regarding Second Amended Final Pre–Trial Order. (RE: related document(s)1701 Stipulation filed by Creditor Michigan Council 25 Of The American Federation of State, County &Municipal Employees, AFL–CIO and Sub–Chapter 98, City of Detroit Retirees and 1647 Second Amended Final Pre–Trial Order (RE: 1606 Stipulation By and Between City of Detroit; Shirley V. Lightsey; Don Taylor; the Detroit Retired City Employees Association; the Retired Detroit Police and Firefighters Association; the Official Committee of Retirees; the United Automobile Workers; the General Retirement System of the City of Detroit; the Police and Fire Retirement System of the City of Detroit; the Detroit Public Safety Unions; and the Retired Detroit Police Members Association Re: Entry of Second Amended Final Pre–Trial Order)). (jjm) (Entered: 11/15/2013) |
| 11/25/2013 | | | 1800 | Supplemental Order on Exhibits. (RE: related document(s)1789 Stipulation filed by Debtor In Possession City of Detroit, Michigan). (jjm) (Entered: 11/25/2013) |
| 12/05/2013 | | | 1947 | Transcript regarding Hearing Held 12/03/13 RE: Bench Opinion re. Eligibility. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 91 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 03/6/2014. Until that time, the transcript may be viewed at the Clerk's Office by parties who do not receive electronic notice and participated in the proceeding. A copy of the transcript may be purchased from the official court transcriber Lois Garrett at 517.676.5092. (RE: related document(s) 1908 Transcript Request, 1911 Transcript Request, 1914 Transcript Request, 1920 Transcript Request, 1924 Transcript Request, 1935 Transcript Request, 1942 Transcript Request, 1944 Transcript Request). Redaction Request Due By 12/26/2013. Redacted Transcript Submission Due By 01/2/2014. Transcript access will be restricted through 03/6/2014. (Garrett, Lois) (Entered: 12/05/2013) |