# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------------  x
                                                               :
In re                                                          :
                                                               :   Chapter 9
                                                               :
                                                               :   Case No. 13-53846
City of Detroit, Michigan,                                     :
                                                               :
                          Debtor.                              :   Presiding: Hon. Steven W. Rhodes
                                                               :
                                                               :
-------------------------------------------------------------  x
```

## DECLARATION OF CLAUDE D. MONTGOMERY, ESQ. IN SUPPORT OF THE SUPPLEMENTAL OBJECTION OF THE OFFICIAL COMMITTEE OF RETIREES TO ELIGIBILITY OF THE CITY OF DETROIT, MICHIGAN TO BE A DEBTOR UNDER CHAPTER 9 OF THE BANKRUPTCY CODE

I, Claude D. Montgomery, Esq., hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a Partner at Dentons US LLP ("Dentons") and am admitted to practice in the Courts of the State of Michigan.

2.      Dentons represents the Official Committee of Retirees (the "Committee").  In an order entered on August 2, 2013, the Bankruptcy Court directed the appointment of the Committee in the bankruptcy proceeding, the members of which were appointed on August 22, 2013.  (Dkt. 279).

3.      On July 19, 2013, the Debtor filed a Motion of Debtor for Entry of an Order (A) Directing and Approving Form of Notice of Commencement of Case and Manner of Service and Publication of Notice and (B) Establishing a Deadline for Objections to Eligibility and a Schedule for Their Consideration ("Eligibility Motion").  (Dkt. 18).

4.     On August 26, 2013, the Bankruptcy Court entered an Order setting forth a discovery schedule with respect to the Eligibility Motion and setting a trial on any objections to the City's eligibility for Chapter 9 relief (the "Eligibility Objections") for October 23, 2013.  (Dkt. 296).

5.     On September 10, 2013, the Committee filed an Objection to the Eligibility of the City to Be a Debtor under Chapter 9 of the Bankruptcy Code (the "Committee Eligibility Objection").  (Dkt. 805).

6.     On September 12, 2013, the Bankruptcy Court entered an Order establishing hearing dates of October 15 and 16 for Eligibility Objections that raise only legal issues. (Dkt. 821).  Pursuant to Section VII of the Bankruptcy Court's Order, the Committee is submitting its Supplemental Objection to Eligibility of the City of Detroit, Michigan to Be a Debtor Under Chapter 9 of the Bankruptcy Code (the "Supplemental Objection").

7.     Attached hereto as Exhibit A in support of the Supplemental Objection is a true and correct copy of the Deposition Transcript Excerpts for the deposition of Kevyn Orr, taken on September 16, 2013 and October 4, 2013.

8.     Attached hereto as Exhibit B in support of the Supplemental Objection is a true and correct copy of the Deposition Transcript Excerpts for the deposition of Charles Moore, taken on September 18, 2013.

9.     Attached hereto as Exhibit C in support of the Supplemental Objection is a true and correct copy of the Deposition Transcript Excerpts for the deposition of Lamont Satchel, taken on September 19, 2013.

10. Attached hereto as Exhibit D in support of the Supplemental Objection is a true and correct copy of the Deposition Transcript Excerpts for the deposition of Andy Dillon, taken on October 10, 2013.

11. Attached hereto as Exhibit E in support of the Supplemental Objection is a true and correct copy of the Deposition Transcript Excerpts for the deposition of Glenn Bowen, taken on September 24, 2013.

I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2013
New York, New York

/s/ Claude D. Montgomery
Claude D. Montgomery (P29212)
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: claude.montgomery@dentons.com
Counsel for the Official Committee of
Retirees