# EXHIBIT D

(Deposition Transcript of Andy Dillon)

1

1       UNCERTIFIED ROUGH DRAFT

2       This is the deposition of Treasurer Dillon.

3       MS. NELSON:  This is the for purposes of

4       the record of the Governors deposition that was

5       taken on October 9th.  There was a request at the

6       conclusion of the Governors dep for the production

7       of an email which is the transmission email from the

8       Governors office to Kevyn Orr of what was marked as

9       Governor's Exhibit 2 which was his July 18th, 2013

10      letter authorizing the filing of the bankruptcy.  I

11      have produced this email and provided it to all

12      counsel that are present today and we have agreed to

13      mark it as Governors Exhibit 11.  The email is dated

14    Thursday, July 18th, 2013.  It was transmit at 3:47

15    p.m. and the subject is high priority and the

16    attachment which is identified as 20130718155044034

17    dot pdf is identical to the attachment identified in

18    Governors exhibit 10 that was marked at the

19    deposition yesterday.  And the subject matter I

20    would point out between Governor's exhibit 11 and 10

21    is also identical high priority.  So the purposes of

22    the record we're mark this as Governors Exhibit 11

23    it is the email that was discussed and is now being

24    produced that was the transmission of the July 18th

25    letter from the Governors office to Kevyn Orr at 347

108

1  lead to questions directed to you about your view on

2  in topic. It's relating to the pension issue.

3      Is that a fair characterization of the

4  email?

5 A.  Right.

6 Q.  In my view it's too early in the process to respond

7  to hypothetical questions we remain in many ways in

8  the informational stage. I have some thoughts as to

9  how you could address some pointed questions if

10  you're interesting in hearing them.

11      What pointed questions were you expecting?

12  A.  Anything from -- well, going back in time here but

13      just obviously the whole gamut of questions

14      regarding what the underfunding status to mean to

15      retirees, and I thought that the situation was not

16      understood enough for the Governor to go on record

17      yet because I couldn't even tell him with any degree

18      of confidence what level of funding these pension

19      funds had, so why should he get in the middle of a

20      debate about this.  It's obviously very charged and

21      sensitive issue.  And it was my free political

22      comments to him.

23  Q.  And in was really just over a week before the

24      filing, that was your stance?

25  A.  Yeah.  Obviously.  But I don't -- I think it was in