UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                         Chapter 9

CITY OF DETROIT, MICHIGAN           No. 13-53846
    Debtor.
                                                         HON. STEVEN W. RHODES

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appears as on behalf of Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually, interested parties in this bankruptcy matter as it pertains to their civil suit in the Federal Eastern District Court of Michigan (Case Number 13-CV-12098), and requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

> Nabih H. Ayad, Esq
> Ayad Law, PLLC
> 2200 Canton Center Road, Suite 220
> Canton, MI 48187
> nayad@ayadlaw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed to be a waiver of: (a) the Detroit Branch NAACP et al.'s rights to challenge the bankruptcy court's jurisdiction on any issues; (b) any other rights, claims, actions, setoffs, or recoupments to which the Detroit Branch NAACP et al.'s is or may be entitled to assert, in law or in equity, all of which rights, claims, actions, defenses, set offs, and recoupments the Detroit Branch NAACP et al. expressly reserves.

Respectfully submitted,

Ayad Law, PLLC

/s/ Nabih H. Ayad
Nabih H. Ayad, Esq
2200 Canton Center Road, Suite 220
Canton, MI 48187

Date: 9/6/13

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the ECF system, and will send notification of such filing to all ECF participants registered in this matter.

Respectfully submitted,

Ayad Law, PLLC

/s/ Nabih H. Ayad

Nabih H. Ayad, Esq
2200 Canton Center Road, Suite 220
Canton, MI 48187