UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Chapter 9

CITY OF DETROIT, MICHIGAN          No. 13-53846
    Debtor.

                                                     HON. STEVEN W. RHODES

_____/

**ORDER GRANTING PETITION FOR ORDER LIFTING STAY IN FEDERAL DISTRICT COURT IN THE EASTERN DISTRICT OF MICHIGAN NO. 13-CV-12098**

At a session of said Court
held at Detroit, Michigan on _____
Present: Honorable Steven W. Rhodes

Having read Detroit Branch NAACP et al.'s Petition for an order lifting the stay applicable Case No.13-CV-12098 in the Eastern District of Michigan, and the Court having conducted the process indicated in the premises, and being otherwise fully advised,

**IT IS HEREBY ORDERED** that the Petition for an Order Granting Petition to Lift the Stay in Case No. 13-CV-12098 is **GRANTED.**

**SO ORDERED.**

                                                     _____

                                                     Steven W. Rhodes

                                                     Bankruptcy Court Judge