Form B20A(Official Form 20A
12/1/10

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

In re: City of Detroit

Chapter: ____9____
Case No.: ____13-53846____

Debtor(s)

Judge: ____Rhodes____

Address ____2 Woodward Ave, Suite 1126, Detroit MI 48226____

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): ____NA____

**NOTICE OF PETITION FOR ORDER LIFTING STAY**

Detroit Branch NAACP et al. has filed papers with the court to lift stay in NAACP v. Synder, Case No: 13-12098.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the petition within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street
Suite 1700
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

AYAD LAW, PLLC
Nabih H. Ayad
2200 N Canton Road, Suite 220
Canton, MI 48187

Melvin Butch Hollowell
8220 Second Avenue
Detroit, MI 48221

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 9/5/2013

Signature: [signature]
Name: Nabih H. Ayad
Address: 2200 Canton Center Rd, Suite 220
Canton, MI 48187

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)