UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9

CITY OF DETROIT, MICHIGAN            No. 13-53846
    Debtor.
                                                            HON. STEVEN W. RHODES

_____/

## PROOF OF SERVICE

I, Nabih H. Ayad, counsel for Petitioners, states as an officer of the Court that on September 6, 2013 he served a copy of Petitioners' Petition to lift Stay, Proposed Order, Notice of Petition to Lift Stay (Form B20A), and Petitioner's Brief in Support, on Debtor in Possession, the City of Detroit, Michigan, at its address at 2 Woodward Avenue Suite 1126 Detroit, MI 48226, counsel of record for Debtor in Possession, Jonathan S. Green at his address at 150 W. Jefferson Ste. 2500, Detroit, MI 48226 and on Denise C. Barton, counsel of record in Case No: 13-12098, at her address at P.O. Box 30736, Lansing, MI 48909 by first class mail. I also hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the ECF system, and will send notification of such filing to all ECF participants registered in this matter.

                                            Respectfully Submitted,

                                            AYAD LAW, P.L.L.C.

                                            /s/ Nabih H. Ayad

                                            Nabih H. Ayad (P-59518)
                                            Attorney for Petitioners
                                            2200 North Canton Center Road, Suite 220
                                            Canton, Michigan 48187
                                            734-983-0500
                                            nayad@ayadlaw.com