Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **10/2/13** at **10:00 AM** to consider and act upon the following:

*740* – Motion for Relief from Stay . Fee Amount $176, Filed by Interested Parties Detroit Branch NAACP, Michigan State Conference NAACP, Thomas Stallworth III, Maureen Taylor, Rashida Tlaib, Donnell White (Attachments: # 1 Exhibit 1: Proposed Order # 2 Exhibit 2: Notice # 3 Exhibit 3: Brief in Support # 4 Exhibit 4: Proof of Service) (Ayad, Nabih)

*742* – Motion for Relief from Stay Re: Creditor, Devery Jones' Motion for Relief from Stay . Fee Amount $176, Filed by Creditor Devery Jones (Attachments: # 1 Exhibit 1 – Proposed Orders # 2 Exhibit Notice of Motion and Opportunity to Object # 3 Exhibit Brief in Support of Motion # 4 Exhibit Certificate of Service) (Kato, Mami)

Dated: 9/23/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk