| | | |
|---|---|---|
| 10/02/2013 | | Minute Entry. Matter Taken Under Advisement. (RE: related document(s)740 Motion for Relief From Stay filed by Interested Party Detroit Branch NAACP, Interested Party Michigan State Conference NAACP, Interested Party Thomas Stallworth III, Interested Party Rashida Tlaib, Interested Party Maureen Taylor, Interested Party Donnell White) (sikula, christine) (Entered: 10/02/2013) |