UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Chapter 9

CITY OF DETROIT, MICHIGAN                            No. 13-53846
    Debtor.
                                                     HON. STEVEN W. RHODES

_____/

## NOTICE OF APPEAL FROM OPINION AND ORDER
## DENYING NAACP'S MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE THAT** Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually, pursuant to 28 U.S.C. 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, file this notice of appeal to the United State District Court for the Eastern District of Michigan, Southern Division from the order of the United States Bankruptcy Court for the Eastern District of Michigan (the Honorable Steven W. Rhodes, presiding) [Docket No. 1536-1, November 6, 2013] (the "Order").

This notice of appeal is timely filed pursuant to Federal Rule of Bankruptcy Procedure 8002(a). The names to the parties to the appeal, as well as other affected parties, and the names and addresses of their respective counsel are as follows:

1

**APPELLANTS**

Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually,

represented by:

> Nabih H. Ayad
> AYAD LAW, PLLC
> 2200 Canton Center Road, Suite 220
> Telephone: (734) 983-0500
> Facsimile: (734) 983-0520
>
> -and-
>
> Melvin Butch Hollowell
> General Counsel, Detroit Branch NAACP
> 8220 Second Avenue
> Detroit, Michigan 48221
> Telephone: 313-871-2087
> Facsimile: (313) 871-7745

**APPELLEES**

City of Detroit, represented by:

> Bruce Bennett
> JONES DAY
> 555 S. Flower Street
> 50th Floor
> Los Angeles, CA 90071
> Telephone: (213) 489-3939
> Facsimile: (213) 243-2539
>
> David Gilbert Heiman
> JONES DAY
> 901 Lakeside Avenue
> Cleveland, OH 44114
> Telephone: (216) 586-7175
> Facsimile: (216) 579-0212
>
> Heather Lennox
> JONES DAY
> 222 East 41st Street
> New York, NY 10017
> Telephone: (212) 326-3939
> Facsimile: (212) 755-7306

2

13-53846-tjt Doc 2303-2 Filed 12/24/13 Entered 12/24/13 13:59:50 Page 2 of 5
13-53846-swr Doc 1759 Filed 11/18/13 Entered 11/18/13 15:58:38 Page 2 of 5

Stephen S. LaPlante
Eric D. Carlson
Timothy A. Fusco
Jonathan S. Green
Marc N. Swanson
MILLER CANFIELD, PLC
150 West Jefferson
Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500

Robert S. Hertzberg
Deborah Kovsky-Apap
Kay Standridge Kress
PEPPER HAMILTON LLP
4000 Town Center
Suite 1800
Southfield, MI 48075-1505
Telephone: (248) 359-7300
Facsimile: (248) 359-7700

**Other Interested Parties:**

State of Michigan, represented by**:**

Matthew Schneider
Nicole A. Grimm
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909
Telephone: (517) 373-3042
Facsimile: (517) 373-3042

Steve Howell
Special Assistant Attorney General
500 Woodward Avenue
Suite 4000
Detroit MI 48226
Telephone: (313) 223-3500

3

Respectfully Submitted,

AYAD LAW, P.L.L.C.

/s/ Nabih H. Ayad

Nabih H. Ayad (P-59518)
Attorney for Petitioners
2200 North Canton Center Road, Suite 220
Canton, Michigan 48187
734-983-0500
nayad@ayadlaw.com


/s/ Melvin Butch Hollowell
_____
MELVIN BUTCH HOLLOWELL(P-37834)
General Counsel
Detroit Branch NAACP
8220 Second Avenue
Detroit, Michigan 48221
313-871-2087
Date: November 18, 2013    butchhollowell@gmail.com

4

## CERTIFICATE OF SERVICE

I, Nabih H. Ayad, counsel for Petitioners, states as an officer of the Court that on November 18, 2013 the foregoing document, Notice of Appeal and Bankruptcy Matter Cover Sheet attached thereto, was electronically filed with the Clerk of the Court using the ECF system, and will send notification of such filing to all ECF participants registered in this matter.

Respectfully Submitted,

AYAD LAW, P.L.L.C.

/s/ Nabih H. Ayad

Nabih H. Ayad (P-59518)
Attorney for Petitioners
2200 North Canton Center Road, Suite 220
Canton, Michigan 48187
734-983-0500
nayad@ayadlaw.com

5

13-53846-tjt Doc 2303-2 Filed 12/24/13 Entered 12/24/13 13:59:50 Page 5 of 5
13-53846-swr Doc 1759 Filed 11/18/13 Entered 11/18/13 15:58:38 Page 5 of 5