| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:** City of Detroit

**Case No.:** 13-53846

**Debtor.**
_____/

**Adv. No.:**

**Appellant,**

v.

**Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

\*\* Matter relates to the administratively stayed action in the United States District Court Eastern District of Michigan before the Honorable George C. Steeh, Case No. 13-12098.

**Date:** __11/18/2013__      **Name:** ____/s/ Nabih H. Ayad_____

---

Name and Address of Interested Parties (See Below)

**APPELLANTS**

Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually,
represented by:

    Nabih H. Ayad
    AYAD LAW, PLLC
    2200 Canton Center Road, Suite 220
    Telephone: (734) 983-0500
    Facsimile: (734) 983-0520

    -and-

    Melvin Butch Hollowell
    General Counsel, Detroit Branch NAACP
    8220 Second Avenue
    Detroit, Michigan 48221
    Telephone: 313-871-2087
    Facsimile: (313) 871-7745

**APPELLEES**

City of Detroit, represented by:

    Bruce Bennett
    JONES DAY
    555 S. Flower Street
    50th Floor
    Los Angeles, CA 90071
    Telephone: (213) 489-3939
    Facsimile: (213) 243-2539

    David Gilbert Heiman
    JONES DAY
    901 Lakeside Avenue
    Cleveland, OH 44114
    Telephone: (216) 586-7175
    Facsimile: (216) 579-0212

    Heather Lennox
    JONES DAY
    222 East 41st Street

2

13-53846-tjt  Doc 2303-23  Filed 12/24/13  Entered 12/24/13 13:59:50  Page 2 of 3
13-53846-swr  Doc 1759-1  Filed 11/18/13  Entered 11/18/13 15:58:30  Page 2 of 3

New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Stephen S. LaPlante
Eric D. Carlson
Timothy A. Fusco
Jonathan S. Green
Marc N. Swanson
MILLER CANFIELD, PLC
150 West Jefferson
Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500

Robert S. Hertzberg
Deborah Kovsky-Apap
Kay Standridge Kress
PEPPER HAMILTON LLP
4000 Town Center
Suite 1800
Southfield, MI 48075-1505
Telephone: (248) 359-7300
Facsimile: (248) 359-7700

**Other Interested Parties:**
State of Michigan, represented by**:**

Matthew Schneider
Nicole A. Grimm
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909
Telephone: (517) 373-3042
Facsimile: (517) 373-3042

Steve Howell
Special Assistant Attorney General
500 Woodward Avenue
Suite 4000
Detroit MI 48226
Telephone: (313) 223-3500