IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------ x
                                           :
In re                                      :    Chapter 9
                                           :
CITY OF DETROIT, MICHIGAN,                 :    Case No. 13-53846
                                           :
                    Debtor.                :    Hon. Steven W. Rhodes
                                           x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2013, he caused a true and correct copy of ***DEBTOR'S CONCURRENCE WITH AND JOINDER IN THE STATE'S MOTION FOR RECONSIDERATION*** to be served upon counsel as listed below via First Class United States Mail:

William H. Goodman
GOODMAN & HURWITZ PC
1394 E. Jefferson Ave.
Detroit, Michigan 48207

John C. Philo
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909

In addition, the above-described document was filed with the court the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

21,593,114.1\022765-00202

13-53846-tjt Doc 2303-25 Filed 12/24/13 Entered 12/24/13 13:59:50 Page 1 of 2
13-53846-swr Doc 1777-1 Filed 11/20/13 Entered 11/20/13 17:07:51 Page 1 of 2

DATED: November 20, 2013

           By: /s/ Timothy A. Fusco
            Timothy A. Fusco (P13768)
            150 West Jefferson, Suite 2500
            Detroit, Michigan 48226
            Telephone: (313) 963-6420
            Facsimile: (313) 496-7500
            fusco@millercanfield.com

21,593,114.1\022765-00202

13-53846-tjt Doc 2303-25 Filed 12/24/13 Entered 12/24/13 13:59:50 Page 2 of 2
13-53846-swr Doc 1777-1 Filed 11/20/13 Entered 11/20/13 17:07:51 Page 2 of 2