UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT BRANCH NAACP, MICHIGAN
STATE CONFERENCE NAACP, DONNELL
R. WHITE, THOMAS STALLWORTH III,
RASHIDA TLAIB, MAUREEN TAYLOR,    No. 2:13-cv-12098

    Plaintiffs,    HON. GEORGE CARAM STEEH

v

RICK SNYDER, in his official capacity as
Governor of the State of Michigan, ANDREW
DILLON, in his official capacity as Treasurer
of the State of Michigan, and RUTH
JOHNSON, in her official capacity as
Michigan Secretary of State,

    Defendants.

---

Melvin Butch Hollowell (P37834)	Nabih H. Ayad (P59518)
Attorney for Plaintiffs	Attorney for Plaintiffs
8220 Second Avenue	2200 N Canton Ctr Rd, Ste 220
Detroit, Michigan 48221	Canton, Michigan 48187
313.207.3890	734.983.0500

---

Denise C. Barton (P41535)
Michael F. Murphy (P29213)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.373.6434

---

# EXHIBIT B

## Treasury's Fiscal Health Indicator Scores[1]

| Local units with EM or CA and dates appointed/entered | 1990 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Royal Oak Twp. (EM 1990, CA 1989-2007)[2] | EM/CA | | | | | | | 7 | 7 | 7 | 8 | | | | |
| Hamtramck (2001-2006, 2013)[2,3,5] | | | EM | | | | | 6 | 4 | 4 | 6 | | | | EM |
| Highland Park (2001-20__)[2] | | | EM | | | | | 8 | 7 | 6 | 6 | | | | |
| Flint (2002-2004, 2011-20__)[5] | | | | EM | | | | 3 | 5 | 8 | 8 | | EM | | |
| Three Oaks (2008-2009)[3,5] | | | | | | | | 1 | 4 | 1 EM | 4 | | | | |
| Pontiac (2009-20__)[2,5] | | | | | | | | 6 | 6 | 6 | 6 EM | | | | |
| River Rouge (2009-20__) | | | | | | | | 5 | 6 | 4 | 6 CA | | | | |
| Benton Harbor (2010-20__) | | | | | | | | 7 | 7 | 8 | 7 | EM | | | |
| Ecorse (2010-2013)[4] | | | | | | | | 8 | 7 | 7 | 7 | EM | | | |
| Inkster (2012-20__)[5] | | | | | | | | 4 | 3 | 2 | 3 | | | CA | |
| Allen Park (2012-20__)[3,5] | | | | | | | | 3 | 2 | N/A | 3 | | | EM | |
| Detroit (2012-20__)[2] | | | | | | | | 7 | 6 | 5 | 7 | | | CA | EM |
| **School Districts**[1] | | | | | | | | | | | | | | | |
| Hazel Park (2013 -__)[3,6] | | | | | | | | | | | | | | | |
| Inkster (2002-2005) | | | | EM | | | | N/A | N/A | N/A | N/A | | | | |
| Detroit (2009-20__)[2] | | | | | | | | N/A | N/A | N/A | N/A- EM | | | | |
| Highland Park (2012-20__) | | | | | | | | N/A | N/A | N/A | N/A | | | EM | |
| Muskegon Heights (2012-20__)[5] | | | | | | | | N/A | N/A | N/A | N/A | | | EM | |
| **Example Community** | | | | | | | | | | | | | | | |
| Hazel Park | | | | | | | | 4 | 4 | 5 | 6 | | | | |
| Pleasant Ridge | | | | | | | | 2 | 3 | 4 | 6 | | | | |
| Troy | | | | | | | | 3 | 5 | 5 | 6 | | | | |
| Riverview | | | | | | | | 5 | 6 | 7 | 7 | | | | |
| Van Buren Twp. | | | | | | | | 5 | 5 | 5 | 6 | | | | |
| Harper Woods | | | | | | | | 5 | 5 | 6 | 6 | | | | |
| Genesee Twp. | | | | | | | | 7 | 7 | 8 | 9 | | | | |
| Flint Twp. | | | | | | | | 5 | 3 | 4 | 7 | | | | |
| Argentine Twp. | | | | | | | | 4 | 4 | 4 | 6 | | | | |
| Davison | | | | | | | | 3 | 4 | 4 | 6 | | | | |
| Thetford Twp. | | | | | | | | 4 | 4 | 4 | 6 | | | | |

EM = Emergency Manager, CA = Consent Agreement

[1] Fiscal score data was collected between 2005 and 2010, and scores were reported from 2006 to 2009. Scores were never compiled for school districts.
[2] These local units had earlier consent agreements under 1980 PA 101, 1990 PA 72, or 2011 PA 4.
[3] According to 2010 census data, these local units have majority white populations.
[4] No longer under an EM, Transition Advisory Board under 2012 PA 436.
[5] Local unit requested a preliminary financial review and/or appointment of an EM under 1990 PA 72, 2011 PA 4, or 2012 PA 436.
[6] Currently undergoing preliminary review instituted by State Superintendent under P.A. 436.