Form designat

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**

In Re: (NAME OF DEBTOR(S))

City of Detroit, Michigan

_____/

## NOTICE OF REQUIREMENT TO FILE DESIGNATION

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **12/20/2013** from an order entered by Judge **Steven W. Rhodes** on **12/06/2013** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 12/20/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                                  Case No. 13-53846-swr
City of Detroit, Michigan                                               Chapter 9
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: ktrio              Page 1 of 9              Date Rcvd: Dec 23, 2013
                              Form ID: designat        Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Syncora Capital Assurance Inc.
intp         Syncora Guarantee Inc.
intp         Syncora Holdings Ltd.
                                                                       TOTALS: 3, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2013 at the address(es) listed below:

              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,   achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert   Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,   aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,   ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,   wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               bborder@sspclegal.com,   joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Brett A. Border on behalf of Creditor U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
- Brett A. Border on behalf of Creditor Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com
- Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
- Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
- Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
- Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
- Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
- Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
- Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com
- Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
- Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
- Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
- Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
- Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
- Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com
- Christopher A. Grosman on behalf of Creditor BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
- Craig B. Rule on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
- Craig E. Zucker on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
- Craig E. Zucker on behalf of Creditor Detroit Police Officers Association czucker@ermanteicher.com
- Craig E. Zucker on behalf of Creditor Detroit Police Command Officers Association czucker@ermanteicher.com
- Craig E. Zucker on behalf of Creditor Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
- Dan Korobkin on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party James Washington dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
- Daniel J. Weiner on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
- Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
- David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David A. Lerner     on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc.
           dmollicone@dmms.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David L. Dubrow     on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David L. Dubrow     on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap     on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com, alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
          Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
          Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
           emajoros@glmpc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric Rosenberg   on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com
Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com
Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com
Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com
Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com, Davis@ConLitPC.com
James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com
Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com
Jay S. Kalish   on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com
Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com
Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               blundberg@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
               mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
              Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
               kressk@pepperlaw.com, alexsym@pepperlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
              Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
               ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
              Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
              Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit Lisa.Fenning@aporter.com
              Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
               Lisa.Fenning@aporter.com
              Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
               lbrimer@stroblpc.com, kvanakin@stroblpc.com
              Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
               MField@stroblpc.com, jmckeogh@stroblpc.com
              Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
               mark.angelov@arentfox.com
              Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
               paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
               melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
              Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
               mdordeski@foleymansfield.com,cindy@loevy.com
              Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
               mtaunt@stroblpc.com, KVanAkin@stroblpc.com
              Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
               mchammer2@dickinsonwright.com
              Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
              Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
               mike.paslay@wallerlaw.com,
               Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
               rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com, bac@maddinhauser.com
              My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
              Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America Nganatra@uaw.net
              Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               Paige.Barr@kattenlaw.com
              Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
               pmears@btlaw.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
               marbury@bwst-law.com;pleban@bwst-law.com
              Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America pdechiara@cwsny.com
              Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
              Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
               pcanzano@sidley.com
              Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
               ralph.taylor@arentfox.com
              Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
              Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
              Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
               Department ecf@kaalaw.com, wjackson@KAALaw.com
              Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
               robert.darnell@usdoj.gov
              Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
               rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
              Robert M. Fishman    rfishman@shawfishman.com
              Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
               hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
              Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
              Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Sean M. Walsh    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           swalsh@sbplclaw.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,   kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,   kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com,   skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com,   skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,   monicatarazi@quinnemanuel.com
          Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,   monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
        Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
        Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com
        Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc. clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, atty_harmon@bluestylus.com;clark@ecf.inforuptcy.com
        Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
        William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC wcb@osbig.com
        William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
        Yuliy Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

        TOTAL: 364