Please change my address to:
Isabella Powierski ( City Retiree Beneficiary)
51064 Hook Drive
Macomb, MI 48042-43...

Thank You!

**FILED**
2013 DEC 26 A 9:52
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

PRF # 62354
Case No.: 13-53846
Svc: 1

PackID: 29979
NameID: 11553631

Powierski, I
24484 Eastwood Village Dr
Apt 101
Clinton Township, MI 48035