# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name __David M. Eisenberg__

Firm __Erman, Teicher, Miller, Zucker & Freedman, P.C.__

Address __400 Galleria Officentre, Suite 444__

City, State, Zip __Southfield, MI 48034__

Phone __248-827-4100__

Email __deisenberg@ermanteicher.com__

**Case/Debtor Name:**

Case Number: __13-53846__

Chapter: __9__

Hearing Judge __Hon. Steven Rhodes__

⦿ Bankruptcy  ○ Adversary

○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: __10/21/2013__  Time of Hearing: __1:00 p.m__ Title of Hearing: __Eligibility Hearing__

Please specify portion of hearing requested:  ⦿ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

⦿ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: _____

**Type of Request:**

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)
○ 14-Day Transcript - $4.25 per page (14 calendar days)
○ Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com



FOR COURT USE ONLY

Transcript To Be Prepared By

Date    By

Order Received

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ David M. Eisenberg                Date: __12/26/13__

By signing, I certify that I will pay all charges upon completion of the transcript request.