# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

**Order Party: Name, Address and Telephone Number**

Name: David M. Eisenberg

Firm: Erman, Teicher, Miller, Zucker & Freedman, P.C.

Address: 400 Galleria Officentre, Suite 444

City, State, Zip: Southfield, MI 48034

Phone: 248-827-4100

Email: deisenberg@ermanteicher.com

**Case/Debtor Name:**

Case Number: 13-53846

Chapter: 9

Hearing Judge: Hon. Steven Rhodes

⦿ Bankruptcy   ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/28/2013   Time of Hearing: 9:00 a.m.   Title of Hearing: Eligibility Hearing

Please specify portion of hearing requested:   ⦿ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

**Type of Request:**

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)
○ 14-Day Transcript - $4.25 per page (14 calendar days)
○ Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date   By

Order Received:

Transcript Ordered:

Transcript Received:

**Signature of Ordering Party:**

/s/ David M. Eisenberg   Date: 12/26/13

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt   Doc 2319   Filed 12/26/13   Entered 12/26/13 11:21:13   Page 1 of 1