# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: David M. Eisenberg

Firm: Erman, Teicher, Miller, Zucker & Freedman, P.C.

Address: 400 Galleria Officentre, Suite 444

City, State, Zip: Southfield, MI 48034

Phone: 248-827-4100

Email: deisenberg@ermanteicher.com

**Case/Debtor Name:**

Case Number: 13-53846

Chapter: 9

Hearing Judge: Hon. Steven Rhodes

⦿ Bankruptcy    ◯ Adversary

◯ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 10/29/2013  **Time of Hearing:** 9:00 a.m.  **Title of Hearing:** Eligibility Hearing

Please specify portion of hearing requested:  ⦿ Original/Unredacted   ◯ Redacted   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)
◯ 14-Day Transcript - $4.25 per page (14 calendar days)
◯ Expedited Transcript - $4.85 per page (7 working days)
◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By _____

Order Received:

Transcript Ordered:

Transcript Received:

**Signature of Ordering Party:**

/s/ David M. Eisenberg    Date: 12/26/13

By signing, I certify that I will pay all charges upon completion of the transcript request.