UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                        :    Chapter 9
In re                                                   :
                                                        :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :
                                  Debtor.               :    Hon. Steven W. Rhodes
                                                        :
                                                        :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 26, 2013, the Notice of Submission of Revised Agreed upon Order Regarding Application of the Official Committee of Retirees Pursuant to sections 901, 1102 and 1103 of the Bankruptcy Code and Bankruptcy rule 2014 for Entry of an Order Authorizing the Retention and Employment of the Segal Company as Actuarial Consultant to the Official Committee of Retirees effective as of September 4, 2013 [Docket No. 2330] was filed using the Court's CM/ECF system, which provides electronic notification of such filings to all counsel of record and via first class mail on the parties set forth in Exhibit A, attached hereto.

Dated: December 26, 2013        DENTONS US LLP

                                          By:  */s/ Carole Neville*
                                          Carole Neville
                                          1221 Avenue of the Americas
                                          New York New York 10020
                                          Tel: (212) 768-6700
                                          Fax: (212) 768-6800
                                          carole.neville@dentons.com

                                          *Attorneys for the Retiree Committee*

# EXHIBIT A

Jones Day
Attn: David G. Heiman, Esq.
Heather Lennox, Esq.
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
dgheiman@jonesday.com
hlennox@jonesday.com

Jones Day
Attn: Bruce Bennett, Esq.
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
bbennett@jonesday.com

Jones Day
Attn: Jeffrey B. Ellman, Esq.
1420 Peachtree St., NE
Suite 800
Atlanta, Georgia 30309
jbellman@jonesday.com