IN RE:                                                        Case No. 13-53846
City of Detroit, Michigan                          Chapter 9
                Debtor(s).                            Hon. Steven W. Rhodes
_____/

Detroit Branch NAACP, Michigan State Conference NAACP,
Donnell White, individually and on behalf of Detroit Branch NAACP and
Michigan State Conference NAACP, Thomas Stallworth III, individually
Rashida Tliaib, individually, and Maureen Taylor, individually
                Appellant,

       v.

City of Detroit, Michigan
                Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD
REGARDING NOTICE OF APPEAL**

      I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☒ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |

☐     Other: Click here to enter text.

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☒ The Appellant has not filed the Designation of Record and/or paid the filing fee.

.

Dated: 12/27/13                              Clerk, United States Bankruptcy Court

                                                          By: /s/ Kristel Trionfi
                                                                 Deputy Clerk