UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## APPELLEES' DESIGNATION OF ITEMS

### Item 3

**From *In Re City of Detroit*, Case No. 13-53846**

| 3. | 7/25/13 | 167 | Order Granting Stay |
|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a) OF THE
BANKRUPTCY CODE CONFIRMING THE PROTECTIONS
OF SECTIONS 362, 365 AND 922 OF THE BANKRUPTCY CODE**

This matter coming before the Court on the Motion of Debtor,

Pursuant to Section 105(a) of the Bankruptcy Code, for Entry of an Order

Confirming the Protections of Sections 362, 365 and 922 of the Bankruptcy Code

(the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); the Court

having reviewed the Motion and the Orr Declaration and having considered the

statements of counsel and the evidence adduced with respect to the Motion at a

hearing before the Court (the "Hearing"); and the Court finding that:  (a) the Court

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is

a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the

---

[1]    Capitalized terms not otherwise defined herein have the meanings given to
them in the Motion.

Hearing was sufficient under the circumstances, (d) among other things, the

requested relief confirms the protections of sections 362, 365 and 922 of the

Bankruptcy Code and (e) the Emergency Manager is an officer of the City as that

term is used in section 922(a)(1) of the Bankruptcy Code; and the Court having

determined that the legal and factual bases set forth in the Motion and the Orr

Declaration and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Pursuant to section 362 of the Bankruptcy Code, all persons

(including individuals, partnerships, corporations, limited liability companies and

all those acting for or on their behalf), all foreign or domestic governmental units

and all other entities (and all those acting for or on their behalf) are hereby stayed,

restrained and enjoined from:

- (a)   commencing or continuing any judicial, administrative or other proceeding against the City, including the issuance or employment of process, that was or could have been commenced before the City's chapter 9 case was commenced;

- (b)   recovering a claim against the City that arose before the commencement of its chapter 9 case;

- (c)   taking any action to obtain possession of property of or from the City;

- (d)   taking any action to create, perfect or enforce any lien against property of the City, to the extent that such lien secures a claim that arose before the commencement of the City's chapter 9 case;

(e)     taking any action to collect, assess or recover a claim against the City that arose before the commencement of its chapter 9 case; and

(f)     offsetting any debt owing to the City that arose before the commencement of its chapter 9 case against any claim against the City.

3.     All entities, including all persons and foreign and domestic governmental units, and all those acting on their behalf, including sheriffs, marshals, constables and other or similar law enforcement officers and officials are stayed, restrained and enjoined from in any way seizing, attaching, foreclosing upon, levying against or in any other way interfering with any and all property of the City, wherever located.

4.     Pursuant to section 922(a) of the Bankruptcy Code, all persons (including individuals, partnerships, corporations, limited liability companies and all those acting for or on their behalf), all foreign or domestic governmental units and all other entities (and all those acting for or on their behalf) are hereby stayed, restrained and enjoined from:

(a)     commencing or continuing a judicial, administrative, or other action or proceeding against an officer or inhabitant of the City, including the issuance or employment of process, that seeks to enforce a claim against the City; and

(b)     enforcing a lien on or arising out of taxes or assessments owed to the City.

5.     For the avoidance of doubt, the protections of section 922(a)(1) of the Bankruptcy Code with respect to officers and inhabitants of the City, as set

-3-

13-53846-tjt  Doc 2232-3  Filed 12/27/13  Entered 12/27/13 16:02:30  Page 4 of 6
13-53846-swr  Doc 2236-3  Filed 12/31/13  Entered 12/31/13 15:23:30  Page 4 of 6

forth in paragraph 4(a) above, apply in all respects to: (a) the Emergency Manager; and (b) the City Officers, in whatever capacity each of them may serve.

6.      Pursuant to section 365 of the Bankruptcy Code, all persons (including individuals, partnerships, corporations, limited liability companies and all those acting for or on their behalf), all foreign or domestic governmental units and all other entities (and all those acting for or on their behalf) are hereby prohibited from modifying or terminating any executory contract or unexpired lease, or any right or obligation under such contract or lease, at any time after the commencement of the City's chapter 9 case solely because of a provision in such contract or lease that is conditioned on:

> (a)      the insolvency or financial condition of the City at any time before the closing of the City's chapter 9 case; or
>
> (b)      the commencement of the City's chapter 9 case.

7.      Pursuant to sections 362 and 365 of the Bankruptcy Code, all parties to an executory contract or unexpired lease with the City shall continue to perform their obligations under such contract or lease until such contract or lease is assumed or rejected by the City or otherwise expires by its own terms.

.

**Signed on July 25, 2013**

                                                        _____/s/ Steven Rhodes_____
                                                        **Steven Rhodes**
                                                        **United States Bankruptcy Judge**

-4-

13-53846-tjt   Doc 2332-13   Filed 12/27/13   Entered 12/27/13 10:02:30   Page 5 of 6
13-53846-swr   Doc 2160-3   Filed 12/3/13   Entered 12/3/13 15:23:30   Page 5 of 6