UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## **APPELLEES' DESIGNATION OF ITEMS**

## **Item 10**

### **From *NAACP v Snyder*, Case No. 13-12098 (E.D. Mich)**

| 10 | 7/11/13 | 21 | Defs' motion to withdraw motion to dismiss |
|---|---|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT BRANCH NAACP, MICHIGAN
STATE CONFERENCE NAACP,
DONNELL R. WHITE, THOMAS
STALLWORTH III, RASHIDA TLAIB,          No. 2:13-cv-12098
MAUREEN TAYLOR,

                                         HON. GEORGE CARAM
        Plaintiffs,                      STEEH

v

RICK SNYDER, in his official capacity as
Governor of the State of Michigan, ANDREW
DILLON, in his official capacity as Treasurer
of the State of Michigan, and RUTH
JOHNSON, in her official capacity as
Michigan Secretary of State,

        Defendants.

_____

Melvin Butch Hollowell (P37834)         Nabih H. Ayad (P59518)
Attorney for Plaintiffs                 Attorney for Plaintiffs
8220 Second Avenue                      2200 N Canton Ctr Rd, Ste 220
Detroit, Michigan  48221                Canton, Michigan  48187
313. 207.3890                           734.983.0500

_____

Denise C. Barton (P41535)
Michael F. Murphy (P29213)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434

_____/

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE THAT** Defendants' first Motion to Dismiss,

R.E. 13, is hereby withdrawn.

Respectfully submitted,

BILL SCHUETTE
Attorney General

/s/Michael F. Murphy
Michael F. Murphy (P29213)
Denise C. Barton (P41535)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
E-mail:  murphym2@michigan.gov

Dated:  July 11, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2013, I electronically filed the foregoing
document(s) with the Clerk of the Court using the ECF system, which will provide
electronic notice and copies of such filing to the parties' counsel of record.

/s/Michael F. Murphy
Michael F. Murphy (P29213)
Assistant Attorney General
Attorney for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
E-mail:  murphym2@michigan.gov

2013-0044216-A\NAACP (Detroit) (EM)  USDC-ED\Notice of Withdrawal Defs' #13 MTD