UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

## APPELLEES' DESIGNATION OF ITEMS

### Item 13

### From *NAACP v Snyder*, Case No. 13-12098 (E.D. Mich)

13. 5/30/13 12 Order Reassigning Comp. Case

MIE (Rev. 9/09) Order Regarding Reassignment of Companion Case Civil

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Detroit NAACP et. al,

        Plaintiff(s),

Case No. 13-12098

v.

Honorable Paul D. Borman

Governor Rick Snyder,

Magistrate Judge Laurie J. Michelson

        Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

    This case appears to be a companion case to Case No. __13-11370__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __George Caram Steeh__ and Magistrate Judge __R. Steven Whalen__.

                                    s/Paul D. Borman
                                    Paul D. Borman
                                    United States District Judge

                                    s/George Caram Steeh
                                    George Caram Steeh
                                    United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: __CIVIL__

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __May 30, 2013__                         s/ S Schoenherr
                                                     Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable George Caram Steeh