UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
CITY OF DETROIT, MICHIGAN.

Chapter 9  
No. 13-53846

Debtor.

HON. STEVEN W. RHODES

**EX PARTE MOTION OF THE STATE OF MICHIGAN
FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO THE
ELIGIBILITY OBJECTIONS RAISING ONLY LEGAL ISSUES**

In its initial response, the State of Michigan did not address whether Michigan's Pension Clause would prevent this Court from confirming a plan of adjustment that would impair unfunded pension obligations. The State did not address that issue because this Court's order expressly directed the parties not to: "the Court will not consider the issue of the treatment of pension rights when considering the eligibility objection in paragraph 9." (Doc. # 642, 8/26/13 Order, at 6.)

The Court's amended order reverses that directive. It expressly abrogates the restriction against addressing the issue of unfunded pension obligations. (Doc. # 821, 9/12/13, at 6.)

1

Accordingly, the State respectfully moves for leave to file, on or before October 4, 2013, a supplemental response to address this issue, given that the Court has now provided new guidance suggesting the issue may be relevant to the eligibility determination.

Respectfully submitted,

Matthew Schneider (P62190)
Chief Legal Counsel

*s/Matthew Schneider*
Matthew Schneider (P62190)
Assistant Attorney General
Attorney for Respondents
P.O. Box 30736
Lansing, Michigan 48909
517.373.3042

Aaron D. Lindstrom
Assistant Solicitor General

Margaret A. Nelson
Assistant Attorney General

Steven G. Howell
Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425

Attorneys for the State of Michigan
Michigan Dep't of Attorney General

2

13-53846-swr   Doc 987   Filed 09/20/13   Entered 09/20/13 16:03:28   Page 2 of 3   855
13-53846-tjt   Doc 2334-23   Filed 12/27/13   Entered 12/27/13 13:37:04   Page 2 of 6

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on September 20, 2013, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Matthew Schneider*
Matthew Schneider (P62190)
Assistant Attorney General
Attorney for Respondents
P.O. Box 30736
Lansing, Michigan 48909
517.373.6434

3

13-53846-swr   Doc 987   Filed 09/20/13   Entered 09/20/13 16:03:28   Page 3 of 3   856
13-53846-tjt   Doc 2334-23   Filed 12/27/13   Entered 12/27/13 13:37:04   Page 3 of 6

## SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

| | |
|---|---|
| Exhibit 1 | Proposed Form of Order |
| Exhibit 2 | None [Motion Seeks Ex Parte Relief] |
| Exhibit 3 | None [Brief Not Required] |
| Exhibit 4 | None [Separate Certificate of Service To Be Filed] |
| Exhibit 5 | None [No Affidavits Filed Specific to This Motion] |
| Exhibit 6 | None [No Documentary Exhibits Filed Specific to this Motion] |

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
CITY OF DETROIT, MICHIGAN.

Debtor.

Chapter 9  
No. 13-53846

HON. STEVEN W. RHODES

This matter coming before the Court on the *Ex Parte* Motion of the State of Michigan for Leave to File a Supplemental Response to the Eligibility Objections Raising Only Legal Issues, filed by the State, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED.

2. The State is granted leave to file a supplemental response to the eligibility objections raising only legal issues on or before October 4, 2013.