UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**MEMORANDUM REGARDING SUPPLEMENTAL AUTHORITY**

On November 8, 2013, the Sixth Circuit Court of Appeals entered its Order in the case *City of Pontiac Retired Employees Assoc., et. al. v. Schimmel,* docket no. 12-2087 (November 8, 2013 Order) and granted Defendant's and Intervenor Defendant's Petition for Rehearing En Banc. (Exhibit 1.) As a result, the decision in this case reported at *City of Pontiac Retired Employees Assoc., et. al. v. Schimmel,* 726 F.3d 767 (6th Cir. 2013) is vacated and the mandate is stayed. The case has been restored to the docket to be briefed and argued *en banc.*

The reported decision was cited and relied on by several Objectors in support of arguments challenging the constitutionality of 2012 P.A. 436. The most recent references are found in Doc. #1471, pp. 8-9 (RDPMA's supplemental briefing) and Doc. #1474, pp. 13-15 (Official

Committee of Retirees supplemental briefing). Because this Order vacates the reported decision and stays the mandate, it has no application in the captioned matter.

                Respectfully submitted,

                /s/ *Matthew Schneider*
                Matthew Schneider
                Chief Legal Counsel
                Attorney for State of Michigan
                P.O. Box 30754
                Lansing, Michigan 48909
                (517) 373-3203
                SchneiderM7@michigan.gov
                [P62190]

                Aaron D. Lindstrom
                Assistant Solicitor General

                Margaret A. Nelson
                Assistant Attorney General

                Steven G. Howell
                Special Assistant Attorney General
                Dickinson Wright PLLC
                500 Woodward Avenue, Suite 4000
                Detroit, Michigan 48226-3425

                Attorneys for the State of Michigan
                Michigan Dep't of Attorney General

Dated: November 14, 2013

2

13-53846-swr   Doc 1717   Filed 11/14/13   Entered 11/14/13 14:29:56   Page 2 of 2   1080
13-53846-tjt   Doc 2334-34   Filed 12/27/13   Entered 12/27/13 13:37:04   Page 2 of 3

No. 12-2087

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CITY OF PONTIAC RETIRED EMPLOYEES ASSOCIATION, ET AL.,

    Plaintiffs-Appellants,

v.

LOUIS SCHIMMEL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS EMERGENCY MANAGER OF THE CITY OF PONTIAC, ET AL.,

    Defendants-Appellees.

**FILED**
Nov 08, 2013
DEBORAH S. HUNT, Clerk

ORDER

**BEFORE:** BATCHELDER, Chief Judge; BOGGS, MOORE, COLE, CLAY, GIBBONS, ROGERS, SUTTON, COOK, McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, and DONALD, Circuit Judges.

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(b) provides as follows:

> "A decision to grant rehearing en banc vacates the previous opinion and judgment of the court, stays the mandate, and restores the case on the docket as a pending appeal"

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

**ENTERED BY ORDER OF THE COURT**

_Deborah S. Hunt_

Deborah S. Hunt, Clerk