# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellants the Detroit Fire Fighters Association (the "DFFA"), the Detroit Police Officers Association (the "DPOA"), and the Detroit Police Command Officers Association (the "DPCOA", and together with the DFFA and DPOA, are collectively the "Detroit Public Safety Unions" or the "Appellants"), respectfully submit this designation of items for inclusion in the record on appeal in connection with the Appellants appeal [Docket Nos. 2137 and 2253] (the "Appeal") from the bankruptcy court's (i) decision, announced from the bench on December 3, 2013, finding the City of Detroit, Michigan eligible for relief under chapter 9 of the Bankruptcy Code (the "Bench Decision"); (ii) Order for Relief Under Chapter 9 of the Bankruptcy Code, dated December 5, 2013 finding the City of Detroit, Michigan eligible for relief under chapter 9 of the Bankruptcy Code [Docket No. 1946] (the "Order for Relief"); and (iii) accompanying Opinion Regarding Eligibility, dated December 5, 2013 [Docket No. 1945] (the "Opinion," together with the Bench Decision and Order for Relief, are collectively the "Eligibility Order").

## Designation of Items for the Record

The Appellants hereby designate the following items, together with all exhibits, schedules and other attachments thereto (whether or not explicitly listed below), for inclusion in the record of the Appeal of the Eligibility Order:

| Item No. (Attached) | Docket No./ Trial Exhibit No. | Date of Filing/Entry | Description |
|---|---|---|---|
| 1. | 481 | 8/19/13 | Attorney General Bill Schuette's Statement Regarding the Michigan Constitution and the Bankruptcy of the City of Detroit |
| 2. | 512 | 8/19/13 | Objection of the Detroit Fire Fighters Association, the Detroit Police Officers Association, the Detroit Police Lieutenants & Sergeants Association, and the Detroit Police Command Officers Association to Debtor's Bankruptcy Petition and Statement of Qualifications Under 11 U.S.C. Section 109(c) |
| 3. | 765 | 9/6/13 | City of Detroit's Consolidated Reply to Objections to the Entry of an Order for Relief |
| 4. | 1156 | 10/11/13 | The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees' Amended Objection to the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code |
| 5. | 1166 | 10/11/13 | Reply in Support of Objection of the Detroit Retirement Systems to the Eligibility of the City of Detroit, Michigan to Be a Debtor Under |

| | | | Chapter 9 of the Bankruptcy Code |
|---|---|---|---|
| 6. | 1169 | 10/11/13 | Amended Objection of the Detroit Fire Fighters Association, the Detroit Police Officers Association, the Detroit Police Lieutenants & Sergeants Association, and the Detroit Police Command Officers Association to Debtor's Bankruptcy Petition and Statement of Qualifications Under 11 U.S.C. Section 109(c) |
| 7. | 1170 | 10/11/13 | Amended Joint Objection of International Union, UAW and the Flowers Plaintiffs to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 8. | 1174 | 10/11/13 | Supplemental Objection of the Official Committee of Retirees to Eligibility of the City of Detroit, Michigan to be a Debtor Under Chapter 9 of the Bankruptcy Code |
| 9. | 1217 | 10/17/13 | Order Regarding Further Briefing on Eligibility |
| 10. | 1227 | 10/17/13 | The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees' Pretrial Brief Regarding the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code |
| 11. | 1230 | 10/17/13 | Pre-Trial Brief of the Detroit Public Safety Unions, Consisting of the Detroit Fire Fighters Association (the "DFFA"), the Detroit Police Officers Association (the "DPOA"), the Detroit Police Lieutenants and Sergeants Association (the "DPLSA") and the Detroit Police |

| | | | |
|---|---|---|---|
| | | | Command Officers Association (the "DPCOA") |
| 12. | 1235 | 10/17/13 | Pre-Trial Brief of International Union, UAW and the Flowers Plaintiffs With Respect to the Eligibility of the City of Detroit, Michigan for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 13. | 1241 | 10/17/13 | Pre-Trial Brief of the Official Committee of Retirees Regarding the City of Detroit's Eligibility to be a Debtor Under Chapter 9 of the Bankruptcy Code |
| 14. | 1242 | 10/17/13 | Declaration of Claude D. Montgomery, Esq. in Support of the Pre-Trial Brief of the Official Committee of Retirees Regarding the City of Detroit's Eligibility to be a Debtor Under Chapter 9 of the Bankruptcy Code |
| 15. | 1244 | 10/17/13 | Pre-Hearing Brief of the Detroit Retirement Systems in Support of Their Eligibility Objections Specifically Pursuant to Sections 109(c)(5) and 921(c) of the Bankruptcy Code |
| 16. | 1467 | 10/30/13 | AFSCME's Supplemental Brief Regarding Eligibility |
| 17. | 1469 | 10/30/13 | Supplemental Brief of International Union, UAW in Support of Their Amended Objection to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 18. | 1472 | 10/30/13 | Supplemental Brief in Support of Objection of the Detroit Retirement Systems to the Eligibility of the City of Detroit, Michigan, to Be a Debtor |

| | | | Under Chapter 9 of the Bankruptcy Code |
|---|---|---|---|
| 19. | 1473 | 10/30/13 | Supplemental Brief of the Detroit Public Safety Unions on Eligibility Pursuant to Order Regarding Further Briefing on Eligibility Pursuant to Order Regarding Further Briefing on Eligibility |
| 20. | 1556 | 11/6/13 | City of Detroit's Supplemental Brief in Support of Entry of an Order for Relief |
| 21. | 1695 | 11/13/13 | AFSCME's Supplemental Brief on Good Faith Negotiations |
| 22. | 1704 | 11/13/13 | Brief of the Retiree Association Parties on Good Faith Issues |
| 23. | 1709 | 11/13/13 | Supplemental Brief of the International Union, UAW Regarding Good Faith Bargaining |
| 24. | 1711 | 11/13/13 | The Detroit Fire Fighters Association, the Detroit Police Officers Association, the Detroit Police Lieutenants & Sergeants Association, and the Detroit Police Command Officers Association Supplemental Trial Brief on Good Faith Negotiations in Support of Their Amended Objection to Debtor's Bankruptcy Petition and Statement of Qualifications Under 11 U.S.C. Section 109(c) |
| 25. | 1945 | 12/5/13 | Opinion Regarding Eligibility |
| 26. | 1946 | 12/5/13 | Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 27. | 2313 | 12/26/13 | Transcript Order Form of Hearing on October 15, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |

| 28. | 2314 | 12/26/13 | Transcript Order Form of Hearing on October 16, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
|---|---|---|---|
| 29. | 2315 | 12/26/13 | Transcript Order Form of Hearing on October 21, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
| 30. | 2316 | 12/26/13 | Transcript Order Form of Hearing on October 23, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
| 31. | 2317 | 12/26/13 | Transcript Order Form of Hearing on October 24, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
| 32. | 2318 | 12/26/13 | Transcript Order Form of Hearing on October 25, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
| 33. | 2319 | 12/26/13 | Transcript Order Form of Hearing on October 28, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
| 34. | 2320 | 12/26/13 | Transcript Order Form of Hearing on October 29, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police |

| | | | Command Officers Association, and Detroit Police Officers Association |
|---|---|---|---|
| 35. | 2321 | 12/26/13 | Transcript Order Form of Hearing on November 4, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
| 36. | 2322 | 12/26/13 | Transcript Order Form of Hearing on November 5, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
| 37. | 2323 | 12/26/13 | Transcript Order Form of Hearing on November 7, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
| 38. | 2324 | 12/26/13 | Transcript Order Form of Hearing on November 8, 2013 Filed by Creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, and Detroit Police Officers Association |
| 39. | All Admitted Trial Exhibits, including but not limited to the Admitted Trial Exhibits listed below[1] | N/A | |

---

[1] A list of admitted Trial Exhibits are contained at Docket Nos. 1356 and 1800. Pursuant to instructions from the Bankruptcy Clerk's office, Trial Exhibits are not

| | | | |
|---|---|---|---|
| 40. | Trial Exhibit 29 | 7/18/13 | Letter from Governor Snyder re: Authorization to Commence Chapter 9 Bankruptcy Proceeding |
| 41. | Trial Exhibit 43 | 6/14/13 | City of Detroit Proposal for Creditors |
| 42. | Trial Exhibit 44 | 6/14/13 | City of Detroit Proposal for Creditors Executive Summary |
| 43. | Trial Exhibit 402 | 1/31/13 | E-mail from D. Moss to K. Orr |
| 44. | Trial Exhibit 403 | 1/31/13 | E-mail from K. Orr to C. Ball |
| 45. | Trial Exhibit 414 | 7/18/13 | Declaration of Kevyn D. Orr in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code |
| 46. | Trial Exhibit 704 | 7/12/13 | DFFA letter dated July 12, 2013 |
| 47. | Trial Exhibit 705 | 7/17/13 | Jones Day letter of July 17, 2013 |
| 48. | Trial Exhibit 706 | 3/25/13 | City of Detroit and Detroit Police Officers Association, MERC Case No. D12 D-0354 Panel's Findings, Opinion and Orders |
| 49. | Trial Exhibit 707 | 3/25/13 | City of Detroit and Detroit Police Officers Association, MERC Case No. D12 D-0354, Supplemental Award |
| 50. | Trial Exhibit 709 | 6/14/13 | Letter from Jones Day, Brian West Easley, dated June 14, 2013 |
| 51. | Trial Exhibit 710 | 6/27/13 | Letter from Jones Day, Brian West Easley, dated June 27, 2013 |
| 52. | Trial Exhibit 711 | 2001 | DFFA Master Agreement, 2001-2009 |
| 53. | Trial Exhibit 714 | 3/23/12 | DFFA Temporary Agreement |

being attached to this designation, rather will be delivered only at the request of the District Court.

| | | | |
|---|---|---|---|
| 54. | Trial Exhibit 715 | 2009 | DPLSA Master Agreement, 2009 |
| 55. | Trial Exhibit 717 | 2/9/12 | DPCOA Temporary Agreement |
| 56. | Trial Exhibit 718 | 6/14/13 | MERC Opinion, DPCOA, DPLSA and POAM |
| 57. | Trial Exhibit 719 | 1/5/10 | MERC OP, C07 E-110 |
| 58. | Trial Exhibit 833 | 1/29/13 | Jones Day Presentation to the City of Detroit |
| 59. | Trial Exhibit 844 | 6/5/12 | E-mail from T. Wilson to H. Lennox |
| 60. | Trial Exhibit 846 | 3/2/12 | E-mail from J. Ellman to C. Ball |
| 61. | Trial Exhibit 847 | 12/7/12 | E-mail from J. Ellman to C. Ball |
| 62. | Trial Exhibit 851 | 3/24/12 | E-mail from J. Ellman to K. Herman |
| 63. | Trial Exhibit 860 | 1/28/13 | E-mail from C. Ball to J. Ellman |

Dated: December 27, 2013   ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By: /s/ *Barbara A. Patek*
Barbara A. Patek (P34666)
Earle I. Erman (P24296)
Craig E. Zucker (P39907)
Counsel for The Detroit Fire Fighters Association, Detroit Police Officers Association, and Detroit Police Command Officers Association
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
E-mail: bpatek@ermanteicher.com

F:\CHAP 9\DETROIT\notice and motion re appeal\Appellants designation.final.12.26.13.docx