UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------- x
                                                       :
In re                                           :            Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,    :            Case No. 13-53846
                                                   :
             Debtor.                     :            Hon. Steven W. Rhodes
                                                   x

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on December 27, 2013, he caused a true and correct copy of ***DEBTOR'S COMBINED OBJECTION AND MEMORANDUM OF LAW OPPOSING PETITIONERS ROBERT DAVIS' AND CITIZENS UNITED AGAINST CORRUPT GOVERNMENT'S EMERGENCY MOTION FOR CLARIFICATION OF THE COURT'S JULY 25, 2013 STAY ORDER RELATING TO THE STATE COURT FILING OF A QUO WARRANTO ACTION AGAINST MIKE DUGGAN*** to be served upon counsel as listed below via First Class United States Mail:

Andrew A. Paterson
46350 Grand River, Suite C
Novi, MI 48374

DATED: December 27, 2013

                                               By: /s/Stephen S. LaPlante
                                               Stephen S. LaPlante
                                               150 West Jefferson
                                               Suite 2500
                                               Detroit, Michigan 48226
                                               Telephone: (313) 963-6420
                                               Facsimile: (313) 496-7500
                                               laplante@millercanfield.com