# **EXHIBIT 2**

## *NOTICE [ATTACHED TO ORIGINAL MOTION]*