# **EXHIBIT 4**

## *CERTIFICATE OF SERVICE*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2013, I electronically filed the Supplement to Motion of Debtor for Entry of an Order (I) Authorizing The Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of The Bankruptcy Code, (II) Approving Such Agreement Pursuant Rule 9019, and (III) Granting Related Relief with the Clerk of the Court, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive electronic notice in this case

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (P68258)