UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

         **Debtor.**                              Hon. Steven W. Rhodes
_____/                     Hon. Gerald E. Rosen

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON LTGO MATTERS

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    December 30, 2013

    PRESENT:  Honorable Gerald E. Rosen
                    United States District Chief Judge

**TO:**   The City of Detroit
       Emergency Manager Kevyn D. Orr
       Black Rock Financial Management
       Ambac Assurance Corporation

    **IT IS HEREBY ORDERED** that the above-named noticed parties shall appear, with counsel, for continuing mediation on **Monday, January 6, 2014, at 10:00 a.m. at the NEW YORK OFFICE OF JONES DAY, 222 East 41st St., New York, NY 10017.**

                                          s/ Gerald E. Rosen
                                          Gerald E. Rosen, U.S. District Chief Judge,
                                          Judicial Mediator