UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                            Chapter 9

City of Detroit, Michigan,                        Case No. 13-53846

          Debtor.                  Hon. Steven W. Rhodes
_____/                   Hon. Gerald E. Rosen

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON UTGO MATTERS

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on   December 30, 2013

    PRESENT:  Honorable Gerald E. Rosen
                      United States District Chief Judge

**TO:**   The City of Detroit
       Emergency Manager Kevyn D. Orr
       National Public Finance Guarantee Corporation
       Assured Guaranty Municipal Corporation
       Ambac Assurance Corporation
       Syncora Capital Assurance, Inc.
       Syncora Guarantee, Inc.

    **IT IS HEREBY ORDERED** that the above-named noticed parties shall appear,

with counsel, for continuing mediation on **Tuesday, January 7, 2014, at 9:30 a.m. at the**

**NEW YORK OFFICE OF JONES DAY, 222 East 41st St., New York, NY 10017.**

                                       s/ Gerald E. Rosen
                                       Gerald E. Rosen, U.S. District Chief Judge,
                                       Judicial Mediator