UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

               Debtor.                         Hon. Steven W. Rhodes
_____/                     Hon. Gerald E. Rosen

ORDER TO CERTAIN PARTIES TO APPEAR
FOR CONTINUED MEDIATION ON DWSD MATTERS

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on December 30, 2013

    PRESENT: Honorable Gerald E. Rosen
                  United States District Chief Judge

**TO:** The City of Detroit
     Emergency Manager Kevyn D. Orr
     U.S. Bank National Association, as Trustee, etc.
     Assured Guaranty Municipal Corporation
     Financial Guaranty Corporation
     Black Rock Financial Management
     Berkshire Hathaway Reinsurance Group
     Fidelity Management and Research Co.
     Eaton Vance Management

    **IT IS HEREBY ORDERED** that the above-named noticed parties shall appear, with counsel, for continuing mediation on **Monday, January 6, 2014, and Tuesday, January 7, 2014, at the NEW YORK OFFICE OF JONES DAY, 222 East 41st St., New York, NY 10017**, at the following times:

    **Monday, January 6, 2014 at 1:30 p.m.** -- City of Detroit, Emergency Manager Kevyn D. Orr, and **DWSD bondholder representatives, only**.

    **Tuesday, January 7, 2014 at 2:00 p.m.** – City of Detroit, Emergency

Manager Kevyn D. Orr, **DWSD bondholder representatives <u>and</u> bond insurers.**

**IT IS FURTHER ORDERED** that **on or before the close of business on Thursday, January 2, 2014**, the City shall provide to all parties scheduled to attend the mediation and the mediators a written summary of the potential treatment of water and sewer bond claims in the City's plan of adjustment. The information provided shall include, without limitation:

1. The amount that the City expects to receive if the water and/or sewer systems are leased, sold, or transferred, including a summary of how those amounts will be paid and how the payments will be treated relative to the bond payments.

2. Payment terms, including interest rate, treatment of existing call provisions, and any proposed make whole provisions.

3. The amount of legacy pension, other post-employment benefits (OPEB) and certificate of participation (COP) liabilities the City intends to assess to the water and sewer systems under all potential approaches being addressed by the plan including, without limitation, those being assumed by the City as part of the lease/transfer payment, those being assumed by the lessee/transferee, and those being assessed to the water and sewer systems as operating and maintenance (O & M) expenses if the City retains the water and sewer systems.

s/ Gerald E. Rosen
Gerald E. Rosen, U.S. District Chief Judge,
Judicial Mediator