

*Values on this statement are shown from your perspective*
*A positive number is an asset*
*A negative number is a liability*

MTM VALUATION AS OF CLOSE    11/29/2013    City of Detroit

| Description | Ccy | Initial Notional | Current Notional | Credit Support Provider | Maturity Date | Base Value* | Accrued | Net Value** |
|---|---|---|---|---|---|---|---|---|
| Pension Obligation - GRS - $45.252M LIBOR Swap - (SBS) - Amended 6/26/09 | USD | 45,252,000 | 45,252,000 | Merrill Lynch & Company, Inc. | 06/15/2029 | (14,515,081.72) | (536,583.63) | (15,051,665.36) |
| Pension Obligation - GRS - $45.252M LIBOR Swap - (UBS) - Amended 6/26/09 | USD | 45,252,000 | 45,252,000 | UBS AG | 06/15/2029 | (14,516,276.03) | (528,635.62) | (15,044,911.65) |
| Pension Obligation - GRS - $96.621M LIBOR Swap - (SBS) - Amended 6/26/09 | USD | 96,621,000 | 96,621,000 | Merrill Lynch & Company, Inc. | 06/15/2034 | (34,027,452.13) | (1,144,310.42) | (35,171,762.54) |
| Pension Obligation - GRS - $96.621M LIBOR Swap - (UBS) - Amended 6/26/09 | USD | 96,621,000 | 96,621,000 | UBS AG | 06/15/2034 | (34,035,785.19) | (1,127,251.44) | (35,163,036.63) |
| Pension Obligation - PFRS - $104.325M LIBOR Swap - (SBS) - Amended 6/26/09 | USD | 104,325,500 | 104,325,500 | Merrill Lynch & Company, Inc. | 06/15/2029 | (31,330,391.42) | (1,237,058.16) | (32,567,449.58) |
| Pension Obligation - PFRS - $104.325M LIBOR Swap - (UBS) - Amended 6/26/09 | USD | 104,325,500 | 104,325,500 | UBS AG | 06/15/2029 | (31,336,611.56) | (1,218,734.55) | (32,555,346.11) |
| Pension Obligation - PFRS - $153.801M LIBOR Swap - (SBS) - Amended 6/26/09 | USD | 153,801,500 | 153,801,500 | Merrill Lynch & Company, Inc. | 06/15/2034 | (54,238,863.66) | (1,820,251.01) | (56,059,114.66) |
| Pension Obligation - PFRS - $153.801M LIBOR Swap - (UBS) - Amended 6/26/09 | USD | 153,801,500 | 153,801,500 | UBS AG | 06/15/2034 | (54,251,496.47) | (1,793,113.59) | (56,044,610.06) |
| **Total USD Currency** | | **800,000,000** | **800,000,000** | | | **(268,251,958.17)** | **(9,405,938.42)** | **(277,657,896.59)** |

*Base Value is the Value without accrued interest.

**Net Value is the Value plus accrued interest.

DerivActiv is not an accounting firm or an advisory service and does not provide accounting advice or comment on the suitability or appropriateness of transactions. DerivActiv is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. None of the information contained on our website, in this report or in this correspondence should be considered advice to any state or local government or other borrower.

DerivActiv obtains some or all of the data used for our analysis from outside sources and, although we believe such sources to be accurate, DerivActiv cannot and does not independently verify the accuracy of such data. Further DerivActiv cannot and does not represent that the values, prices or quotations found in this report represent the values, prices or quotations at which specific transactions would take place. The data which DerivActiv utilizes to provide value, price and quotation information is extremely time-and-market-sensitive and thus is subject to frequent change based on market conditions.

Information contained in any of our reports, website pages, or spreadsheets is for use by the person or entity that has contracted with us for services. When using information provided by DerivActiv you must use your own judgment and expertise to evaluate and assess the information. The information provided by DerivActiv is to be used for the proper exercise of independent business judgment and analysis.