# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

## *EX PARTE* MOTION OF AMBAC ASSURANCE CORPORATION TO FILE SUPPLEMENTAL OBJECTION IN EXCESS OF PAGE LIMIT

Ambac Assurance Corporation ("Ambac"), by and through its undersigned attorneys, hereby moves the Court (the "Ex Parte Motion"), pursuant to Rule 9014-1(e) of the Local Rules for the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Bankruptcy Rules") and Rule 7.1(d) of the Local Rules for the United States District Court for the Eastern District of Michigan (the "Local Rules"), for the entry of an order authorizing Ambac to file a supplemental objection (the "Supplemental Objection") to the *Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of that Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief, as supplemented on December 27, 2013 by the Supplement to the Motion* (the "Motion") in excess of the page limit imposed by Local Bankruptcy Rule

9014-1(e) (20 pages) and Local Rule 7.1(d)(3)(B) (25 pages). In support of this Motion, Ambac states as follows:

1. Ambac, a creditor and party in interest in the above-captioned case, seeks to file a Supplemental Objection to the Motion (as supplemented by the Debtor on December 27, 2013 by the Supplement to the Motion [ECF No. 2341]). The Supplemental Objection incorporates by reference Ambac's original Objection to the Motion, dated August 16, 2013 [ECF No. 410] and the exhibits thereto.

2. Local Bankruptcy Rule 9014-1(e) arguably restricts Ambac's Supplemental Objection to twenty pages. Local District Court Rule 7.1(d)(3)(A), made applicable in this case by Local Bankruptcy Rule 9029-1(a), restricts Ambac's Supplemental Objection to twenty five pages.

3. Ambac submits that it requires more than twenty or twenty five pages (respectively) to meaningfully address the issues that have been raised in this matter. The Supplemental Objection is twenty six pages (including the signature block). Accordingly, Ambac respectfully requests that it be granted relief from Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d)(3)(A), to the extent required, such that it is permitted to file its Supplemental Objection in excess of the page limitation.

**WHEREFORE,** Ambac respectfully requests that the Court enter an order substantially in the form attached hereto as **Exhibit 1**: (i) granting the relief sought

herein, and (ii) granting such other and further relief to the Ambac as the Court deems just.

Dated:  January 2, 2014         /s/ Carol Connor Cohen
**ARENT FOX LLP**
DAVID L. DUBROW
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
MARK A. ANGELOV
1717 K Street, NW
Washington, DC  20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

and

**SCHAFER AND WEINER, PLLC**
DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*

## SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with Local Bankruptcy Rule 9014-1(b):

**Exhibit 1** - Proposed Form of Order
**Exhibit 2** - None [Motion Seeks *Ex Parte* Relief]
**Exhibit 3** - None [Brief Not Required]
**Exhibit 4** - None [Separate Certificate of Service To Be Filed]
**Exhibit 5** - None [No Affidavits Filed Specific to This Motion]
**Exhibit 6** - None [No Documentary Exhibits Filed Specific to This Motion]

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Case No. 13-53846

In Proceedings Under
Chapter 9

Hon. Steven W. Rhodes

# EX PARTE ORDER ALLOWING SUPPLEMENTAL OBJECTION IN EXCESS OF PAGE LIMIT

This matter coming before the Court on Ambac Assurance Corporation's *Ex Parte Motion to File a Supplemental Objection In Excess of Page Limit* (the "Ex Parte Motion"); and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Ex Parte Motion is GRANTED.

2. Ambac[1] is granted relief from Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d) and may file a Supplemental Objection in excess of the applicable page limitations.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the *Ex Parte Motion*.