UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN  In Proceedings Under
Chapter 9

Debtor.

Hon. Steven W. Rhodes

_____/

**EX PARTE ORDER ALLOWING SUPPLEMENTAL OBJECTION
IN EXCESS OF PAGE LIMIT**

This matter coming before the Court on Ambac Assurance Corporation's *Ex Parte Motion to File a Supplemental Objection In Excess of Page Limit* (the "Ex Parte Motion"); and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Ex Parte Motion is GRANTED.

2. Ambac[1] is granted relief from Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d) and may file a Supplemental Objection in excess of the applicable page limitations.

**Signed on January 02, 2014**

                                                        /s/ Steven Rhodes
                                                        Steven Rhodes
                                                        United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the *Ex Parte Motion*.

{00487921.1}