# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

------------------------------------------------ x
                       :

In re                     :          Chapter 9

                       :

CITY OF DETROIT, MICHIGAN,   :          Case No. 13-53846

                       :

          Debtor.          :          Honorable Steven W. Rhodes

------------------------------------------------ x

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8001(a), the City of Detroit appeals from the order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on December 18, 2013 (Doc. No. 2223). The names of all parties to the order appealed from and the names, addresses, telephone numbers, and e-mail addresses of their respective attorneys are as follows.

| | |
|---|---|
| Party: | **City of Detroit** |
| Attorneys: | Jonathan S. Green |
| | Stephen S. LaPlante |
| | Timothy A. Fusco |
| | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| | 150 West Jefferson, Suite 2500 |
| | Detroit, Michigan 48226 |
| | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | fusco@millercanfield.com |

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com


Party:          **Lasalle Town Houses Cooperative Association**
                **Nicolet Town Houses Cooperative Association**
                **Lafayette Town Houses, Inc.**
                **Joliet Town Houses Cooperative Association**
                **St. James Cooperative**

Attorney:       Tracy M. Clark
                STEINBERG SHAPIRO & CLARK
                25925 Telegraph Rd., Suite 203
                Southfield, MI 48033
                (248) 352-4700
                clark@steinbergshapiro.com

Dated: January 2, 2014    Respectfully submitted,

By: /s/Timothy A. Fusco
Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Timothy A. Fusco (P13768)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:**

**Case No.:**

**Debtor.**

_____/

**Adv. No.:**

**Appellant,**

**v.**

**Appellee.**

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

_____     [422] 28 U.S.C. 158                Bankruptcy Appeal

_____     [422] 28 U.S.C. 158                Motion for Leave to Appeal

_____     [423] 28 U.S.C. 157(d)             Motion for Withdrawal of Reference

_____     [423] 28 U.S.C. 157(c) (1)         Proposed Findings of Fact and Conclusions of Law

_____     [423] 28 U.S.C. 158 (c) (a)        Order of Contempt

**Date:** _____          **Name:** _____

## Name and Address of Interested Parties

City of Detroit, Michigan

Attorneys:
Jonathan S. Green
Stephen S. LaPlante
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK AND STONE,P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

and

Lasalle Town Houses Cooperative Association
Nicolet Town Houses Cooperative Association
Lafayette Town Houses, Inc.
Joliet Town Houses Cooperative Association
St. James Cooperative

Attorney:

Tracy M. Clark
STEINBERG SHAPIRO & CLARK
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com