**<u>ITEM NO. 23</u>**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------x
                    :

In re:                   :       Chapter 9

CITY OF DETROIT, MICHIGAN,   :       Case No. 13-53846

          Debtor.     :       Hon. Steven W. Rhodes

                    :

                    :
---------------------------------------------------x

## STIPULATION FOR ENTRY OF JOINT FINAL PRE-TRIAL ORDER

Pursuant to Local Rule 7016-1, (a) movant City of Detroit ("City") and (b) objectors (i) Shirley V. Lightsey, President of the Detroit Retired City Employees Association (the "DRCEA"), (ii) Don Taylor, President of the Retired Detroit Police and Firefighters Association (the "RDPFFA"), (iii) the DRCEA, (iv) the RDPFFA, (v) the Official Committee of Retirees (the "Committee"), (vi) the Michigan Council 25 of the American Federation of State, County and Municipal Employees ("AFSCME"), (vii) the UAW, (viii) the General Retirement System of the City of Detroit, (ix) the Police and Fire Retirement System of the City of Detroit, (x) the Detroit Public Safety Unions; and (xi) the Retired Detroit Police Members Association (collectively, "Objectors" to the City's July 18, 2013

1353846131017000000000022

Eligibility Motion), have conferred and hereby stipulate to entry of the Final Joint

Pre-Trial Order attached hereto as Exhibit 1.

Dated:  October 17, 2013          Respectfully submitted,

/s/ Bruce Bennett
Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:    (213) 243-2539
bbennett@jonesday.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:    (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
    AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone:  (313) 963-6420
Facsimile:    (313) 496-7500
green@millercanfield.com

laplante@millercanfield.com

ATTORNEYS FOR THE CITY OF
DETROIT

Respectfully submitted,


/s/ Claude D. Montgomery
Claude D. Montgomery, Esq.
Carole Neville, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 768-6700
Facsimile:   (212) 768-6800
claude.montgomery@dentons.com

Sam J. Alberts, Esq.
Dentons US LLP
1301 K Street, NW
Washington, DC 20005-3364
Telephone:   (202) 408-7004
Facsimile:   (202) 408-6339
sam.alberts@dentons.com

Matthew E. Wilkins, Esq. (P56697)
Paula A. Hall, Esq. (P61101)
BROOKS WILKINS SHARKEY
   & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct:         (248) 971-1711
Cell:            (248) 882-8496
Facsimile:   (248) 971-1801
wilkins@bwst-law.com
hal@bwst-law.com

*Counsel for the Official Committee of
Retirees*

Respectfully submitted,

/s/ D. O'Keefe, Esq.
Brian D. O'Keefe, Esq.
Ryan Plecha, Esq.
Lippitt O'Keefe, PLLC
370 E. Maple Road
Third Floor
Birmingham, Michigan 48009
Telephone:   (248) 646-8292
Facsimile:    (248) 646-8375
bokeefe@lippittokeefe.com

Thomas R. Morris, Esq.
Silverman & Morris, P.L.L.C.
30500 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
Telephone:   (248) 539-1330
Facsimile:    (248) 539-1355
morris@silvermanmorris.com

*Counsel for Shirley v. Lightsey, as an
individual and as President of the Detroit
Retired City Employee Association and for
the Detroit Retired City Employee
Association and Counsel for Don Taylor, as
an individual and as President of the Retired
Detroit Police and Firefighters Association
and for the Retired Detroit Police and
Firefighters Association*

5

13-53846-swr   Doc 2301-13   Filed 10/01/13   Entered 10/01/13 22:15:09   Page 6 of 140
13-53846-swr   Doc 1301-13   Filed 10/01/13   Entered 10/01/13 22:18:09   Page 6 of 211

Respectfully submitted,


/s/ Babette Ceccotti
Babette Ceccotti, Esq.
Bruce Levine, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036-6979
Telephone:  (212) 356-0229
Facsimile:   (646) 473-8229
bceccotti@cwsny.com

*Counsel for the UAW*

/s/ William A. Wertheimer
Law Office of William A. Wertheimer
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
Telephone:  (248) 644-9200
billwertheimer@gmail.com

Counsel for the *Flowers* Plaintiffs

6

13-53846-swr    Doc 2301-13   Filed 10/17/13   Entered 10/17/13 22:15:07   Page 7 of 40
13-53846-swr    Doc 1301-3   Filed 07/02/14   Entered 07/02/14 18:09:52   Page 8 of 211

Respectfully submitted,


/s/ Barbara A. Patek
Barbara A. Patek
Erman, Teicher, Miller, Zucker
  & Freedman, P.C.
400 Galleria Officentre, Suite 444
Southfield, Michigan 48034
Telephone:  (248) 827-4100
Facsimile:   (248) 827-4106
bpatek@ermanteicher.com

*Consel for The Detroit Public Safety Unions*

7
211
13-53846-swr   Doc 2301-13   Filed 01/02/14   Entered 01/02/14 18:09:52   Page 8 of 140
13-53846-swr   Doc 1301-13   Filed 10/17/13   Entered 10/17/13 22:15:07   Page 9 of 140

Respectfully submitted,


/s/ Sharon L. Levine
Sharon L. Levine, Esq.
John K. Sherwood, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 597-6246
Facsimile:   (973) 597-6247
pgross@lowenstein.com

*Counsel for AFSCME*

8

13-53846-tjt   Doc 2301-13   Filed 01/02/14   Entered 01/02/14 18:09:52   Page 9 of 140
13-53846-swr   Doc 1301   Filed 10/17/13   Entered 10/17/13 22:15:07   Page 8 of 14
211

Respectfully submitted,


/s/ Lynn Brimer
Lynn Brimer, Esq.
300 East Long Lake Road
Suite 200
Bloomfield Hills, Michigan 48304
Telephone:   (248) 540-2300
Facsimile:    (248) 645-2690
lbrimer@stroblpc.com

*Counsel for Retired Detroit Police Members
Association*

Respectfully submitted,


/s/ Robert D. Gordon
Robert D. Gordon, Esq.
151 S. Old Woodward, Suite 200
Birmingham, Michigan 48009
Telephone:   (248) 642-9692
Facsimile:    (248) 642-2174
email@clarkhill.com

*Counsel for Police and Fire Retirement
System of the City of Detroit and The
General Retirement System of the City of
Detroit*

# EXHIBIT 1

13-53846-tjt    Doc 2361-13    Filed 01/02/14    Entered 01/02/14 18:05:52    Page 12 of 40
13-53846-swr    Doc 1331    Filed 10/17/13    Entered 10/17/13 22:16:27    Page 11 of 140
211

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------x
                       :

In re:                    :       Chapter 9
                       :

CITY OF DETROIT, MICHIGAN,    :       Case No. 13-53846

          Debtor.      :       Hon. Steven W. Rhodes
                       :
                       :
-----------------------------------------------------x

## JOINT FINAL PRE-TRIAL ORDER

Pursuant to Local Rule 7016-1, (a) movant City of Detroit ("City") and (b)

objectors (i) Shirley V. Lightsey, President of the Detroit Retired City Employees

Association (the "DRCEA"), (ii) Don Taylor, President of the Retired Detroit

Police and Firefighters Association (the "RDPFFA"), (iii) the DRCEA, (iv) the

RDPFFA, (v) the Official Committee of Retirees (the "Committee"), (vi) the

Michigan Council 25 of the American Federation of State, County and Municipal

Employees ("AFSCME"), (vii) the UAW, (viii) the General Retirement System of

the City of Detroit, (ix) the Police and Fire Retirement System of the City of

Detroit, (x) the Detroit Public Safety Unions; and (xi) the Retired Detroit Police

Members Association to the City's July 18, 2013 Motion ("Eligibility Motion"),

13-53846-swr    Doc 2301-13   Filed 10/17/13   Entered 10/17/13 16:25:52   Page 12 of 40
13-53846-swr    Doc 2281-3   Filed 01/02/14   Entered 01/02/14 18:09:52   Page 13 of 14
211

have conferred and hereby submit the following Joint Final Pretrial Order for this Court's approval and adoption.

## I.    JURISDICTION

### A.    City of Detroit

The City asserts that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### B.    Objectors

The Objectors assert that this Court lacks the authority and jurisdiction to decide whether chapter 9 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code") violates the Constitution or to determine the constitutionality of PA 436, the Local Financial Stability and Choice Act, M.C.L. §141.1541, *et seq*. ("PA 436").  Accordingly, and with respect, this Court should immediately refer this constitutional challenge to chapter 9 and PA 436 to the District Court for the Eastern District of Michigan.

## II.    STATEMENT OF CITY'S CLAIMS

The City of Detroit asserts that it qualifies to be a debtor under Section 109(c) of Title 11 of the Bankruptcy Code and meets all of the eligibility requirements to seek debt relief under Chapter 9.

The City is a municipality as such term is defined in Section 101(40) of the Bankruptcy Code. 11 U.S.C. § 101(40). The City is a "political subdivision" of the State of Michigan and thus a "municipality" within the meaning of Section 101(40), and the eligibility requirement of section 109(c)(1) of the Bankruptcy Code is satisfied.

The City is specifically authorized in its capacity as a municipality to be a debtor under Chapter 9 under the laws of the State of Michigan and by the appropriate state officers empowered thereby, as contemplated by Section 109(c)(2) of the Bankruptcy Code. On July 16, 2013 Kevyn D. Orr, the duly appointed Emergency Manager for the City (the "Emergency Manager"), based on his assessment of the City's financial condition recommended to Richard Snyder, Governor of the State of Michigan, and Andrew Dillon, Treasurer of the State of Michigan, that the City be authorized to proceed under Chapter 9. On July 18, 2013, the Governor issued his written decision approving the Emergency Manager's recommendation to seek protection under the bankruptcy laws. Pursuant thereto, also on July 18, 2013, the Emergency Manager issued an order approving the filing of the City's Chapter 9 case consistent with the Governor's authorization.

3
211

13-53846-swr    Doc 2301-13    Filed 10/17/13    Entered 10/17/13 22:18:27    Page 15 of 40
13-53846-tjt    Doc 2301-13    Filed 01/03/14    Entered 01/03/14 18:05:52    Page 15 of 40

The City is insolvent within the meaning of Section 101(32)(C) of the Bankruptcy Code. The City therefore meets the eligibility requirement of Section 109(c)(3) of the Bankruptcy Code.

The City desires to effect a plan of adjustment under Section 109(c)(4) of the Bankruptcy Code.

The City is unable to negotiate (or further negotiate) with its creditors because such negotiation is impracticable. The City has nevertheless negotiated in good faith with creditors who are represented and organized, but has failed to obtain the agreement of creditors holding at least a majority in amount of the claims of each class that the City intends to impair under a plan of adjustment in this Chapter 9 case.

## III.   STATEMENT OF OBJECTORS' CLAIMS

### A.   The Committee asserts the following claims:

1.     The City cannot meet the criteria for eligibility under Section 109(c)(5)(B) of the Bankruptcy Code, in that it did not put forth a plan of adjustment, and did not negotiate in good faith, both as required under that Section.

2.     The City cannot establish that negotiations were impracticable under Section 109(c)(5)(C) of the Bankruptcy Code, in that the City failed to set forth a plan of adjustment, and did not negotiate in good faith with classes of

4
211

13-53846-tjt   Doc 2361-13   Filed 01/01/14   Entered 01/01/14 18:05:52   Page 16 of 40
13-53846-swr   Doc 2361-13   Filed 10/17/13   Entered 10/17/13 22:16:27   Page 16 of 14

creditors with whom negotiations were practicable, both as required under that Section.

        3.      Because the Governor's authorization to file this bankruptcy case did not prohibit the City from impairing the pension rights of its employees and retirees, the authorization was not valid under the Michigan Constitution, as required for eligibility by 11 U.S.C. §109(c)(2).

        4.      The City cannot meet its burden under Section 921(c) of demonstrating that it filed its Chapter 9 petition in good faith, in that (a) the Emergency Manager commenced this proceeding for the purpose of using Chapter 9 as a vehicle to attempt to impair and violate rights relating to vested pensions that are explicitly protected under Article IX, Section 24, of the Michigan Constitution (the "Pension Clause") and (b) in connection with its petition, the City made representations that were inaccurate, misleading and/or incomplete.

    **B.**    **The Detroit Public Safety Unions, consisting of the Detroit Fire Fighters Association (the "DFFA"), the Detroit Police Officers Association (the "DPOA"), the Detroit Police Lieutenants & Sergeants Association (the "DPLSA") and the Detroit Police Command Officers Association (the "DPCOA") assert the following claims:**

        1.      The City failed to negotiate with the Detroit Public Safety Unions in good faith, as required by 11 U.S.C. §109(c)(5)(B).

5
211

13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 17 of 40
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 16 of 40

2.     Michigan Public Act 436 of 2012 violates the Michigan Constitution and therefore the City was not validly authorized to file this bankruptcy case as required for eligibility by 11 U.S.C. §109(c)(2).

3.     Because the Governor's authorization to file this bankruptcy case did not prohibit the City from impairing the pension rights of its employees and retirees, the authorization was not valid under the Michigan Constitution, as required for eligibility by 11 U.S.C. §109(c)(2).

4.     Chapter 9 of the Bankruptcy Code violates the 10th Amendment of the United States Constitution, U.S. Const., Am. X, to the extent it can be read to authorize the City it impair the vested pension rights of City employees in violation of the Michigan Constitution.

5.     The city was not "unable to negotiate with creditors because such negotiation in impracticable," as required (in the alternative) for eligibility by 11 U.S.C. §109(c)(5)(C).

6.     The City's bankruptcy petition should be dismissed because it was filed in bad faith under 11 U.S.C. §921(c).

6
211
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 18 of 40
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 17 of 40

C. **The Retiree Association Parties, consisting of the Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually and as President of the DRCEA assert the following claims:**

1.      The City failed to negotiate with the Retiree Association Parties in good faith, as required by 11 U.S.C. § 109(c)(5)(B).

2.      The City was not "unable to negotiate with creditors because such negotiation is impracticable," as required (in the alternative) for eligibility by 11 U.S.C. § 109(c)(5)(C).

3.      Negotiations with the retiree constituents was practicable, as the DRCEA and the RDPFFA were ready, willing, and able to negotiate with the City as natural representatives of retirees.

4.      Because the Governor's authorization to file this bankruptcy case did not prohibit the City from impairing the pension rights of its employees and retirees, the authorization was not valid under the Michigan Constitution, as required for eligibility by 11 U.S.C. §109(c)(2).

5.      The City's bankruptcy petition should be dismissed because it was filed in bad faith under 11 U.S.C. §921(c).

D. **UAW and the *Flowers* Plaintiffs assert the following claims:**

The UAW and the  Plaintiffs claim that the City of Detroit is not eligible for bankruptcy under Chapter 9 of the Bankruptcy Code for the reasons set forth in the

Amended Joint Objection of International Union, UAW and the Flowers Plaintiffs to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code [DE 1170], the Objection of International Union, UAW to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code [DE 506] (to the extent such Objection is not superseded by DE 1170),theObjection of Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman to the Putative Debtor's Eligibility to be a Debtor [DE 504],and the Pre-Trial Brief of International Union, UAW and the Flowers Plaintiffs with Respect to the Eligibility of the City of Detroit, Michigan for an Order for Relief Under Chapter 9 of the Bankruptcy Code [filed October 17, 2013].

> **E.** **The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees ("AFSCME") assert, in addition to and including herein by reference, the claims raised in this order, in filed pleadings, oral argument and adduced through evidence at trial, assert the following claims:**

1. Chapter 9 violates the United States Constitution and AFSCME's active and retired members have individual standing to assert that chapter 9 violates the Constitution.

2. The City is not eligible to file for chapter 9 protection under 11 U.S.C. § 109(c) because (i) it is not authorized by Michigan State Law or the Michigan Constitution to be a Debtor under chapter 9, and (ii) the law purporting

to authorize the City to file chapter 9 - PA 436 - is unconstitutional including, without limitation, because it violates the strong home rule provisions of the Michigan Constitution.

3.      The City is not eligible to file for chapter 9 protection under 11 U.S.C. § 109(c) of the Bankruptcy Code because (i) it failed to participate in any good faith negotiations with creditors such as AFSCME prior to the filing for bankruptcy, and (ii) such negotiations were not impracticable, as required for eligibility under chapter 9 of the Bankruptcy Code.

4.      The City's Petition should be dismissed under 11 U.S.C. § 921(c) because it was filed in bad faith.

5.      The City has failed to meet its burden of proving its insolvency as require under 11 U.S.C. § 109(c)(3).

**F.      The Retired Detroit Police Members Association (RDPMA) assert, in addition to and including herein by reference, the claims raised in this order by the other objectors, the claims set forth in pleadings, raised in oral argument and adduced through evidence presented at trial, assert the following claims:**

1.      The City of Detroit is not eligible for relief under Chapter 9 pursuant to Section 109(c) of the Bankruptcy Code because it is not authorized under Michigan State Law and the Constitution of the State of Michigan to be a debtor under Chapter 9.

9
13-53846-tjt   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 20 of 40
13-53846-swr   Doc 2331   Filed 10/17/13   Entered 10/17/13 22:18:27   Page 21 of 140
211

2. Public Act 436 was passed in derogation of the right of referendum set forth in Article II Section 9 of the Michigan Constitution and is therefore unconstitutional under Michigan Law.

3. Emergency Manager Kevyn Orr was not authorized by Public Act 436 to file the instant Chapter 9 proceeding on behalf of the City of Detroit.

4. RDPMA's Exhibit A is a true and correct copy of the March 2, 2012 1:35:25 PM Email from Jeffrey B. Ellman to Corinne Ball and copying Heather Lennox and Thomas Wilson.

5. RDPMA's Exhibit B is a true and correct copy of the March 3, 2012 4:00:44 PM Email from Heather Lennox to Andy Dillon and copying Corinne Ball, Hugh Sawyer, Jeffrey Ellman, Ken Buckfire, Kyle Herman, Laura Marcero, Sanjay Marken, BromStibitz, Stuart Erickson, David Kates and Thomas Wilson.

6. RDPMA's Exhibit C is a true and correct copy of the State of Michigan, Comprehensive Annual Financial Report, for the Fiscal Year Ended September 30, 2012.

7. RDPMA's Exhibit D is a true and correct copy of the January 31, 2013 3:45:47 PM Email from Kevyn Orr to Corinne Ball and copying Stephen Brogan.

**G.    The Police and Fire Retirement System of the City of Detroit ("PRFS") and the General Retirement System of the City of**

**Detroit ("GRS" and together with PFRS, the "Retirement Systems") assert the following claims.**

1.      The City is not specifically authorized to be a debtor under chapter 9 by State law or a by a governmental officer empowered by State law to authorize such entity to be a debtor under such chapter and cannot satisfy 11 U.S.C. § 109(c)(2).

2.      The City cannot meet its burden of proof under 11 U.S.C. § 109(c)(5)(B) because it did not engage in good faith negotiations with its creditors.

3.      The City cannot meet its burden of proof under 11 U.S.C. § 109(c)(5)(C) because it did not negotiate with its creditors and negotiations were not impracticable.

4.      The City's bankruptcy petition should be dismissed because the City did not file the petition in good faith as required by 11 U.S.C. § 921(c).

## IV.    STIPULATED FACTS

1.      The City of Detroit is a municipality for purposes of Section 109(c)(1) of the Bankruptcy Code.

2.      On March 15, 2013 the Local Emergency Financial Assistance Loan Board created by the Emergency Municipal Loan Act, MCL §§ 141.931-141.942, appointed Kevyn D. Orr to the position of "emergency financial manager" for the City of Detroit.

3. Mr. Orr formally took office as Emergency Manager on March 25, 2013.

4. A meeting took place in Detroit on June 14, 2013 between the Emergency Manager and the City's advisors, on the one hand, and numerous creditor representatives, on the other, relating to the City's creditor proposal. Representatives of all Objectors except the Retiree Committee, which had not yet formed, attended the meeting.

5. City's Exhibit 42 is a true and correct copy of a list of persons and corporate affiliations who responded that they would attend the June 14, 2013 creditor meeting in Detroit and is admissible as proof of such responses, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

6. A meeting took place in Detroit on the morning of June 20, 2013 between the City's advisors, on the one hand, and non-uniformed employee representatives from the City's unions and four retiree associations, on the other, relating to retiree health and pension obligations. Representatives and advisors the General Retirement System ("GRS") also attended the meeting.

7. A second, separate meeting took place in Detroit in the afternoon of June 20, 2013 between the City's advisors, on the one hand, and uniformed employee representatives from the City's unions and four retiree associations, on

12
211

13-53846-tjt   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 24 of 40
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 24 of 40

the other, relating to retiree health and pension obligations. Representatives and advisors from the PFRS also attended the meeting.

8.     City's Exhibit 45 is a true and correct copy of a list of persons and corporate affiliations who were invited to attend at least one of the two June 20, 2013 creditor meeting in Detroit and is admissible as proof of such invitations, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

9.     City's Exhibit 46 is a true and correct copy of the sign-in sheet for the morning June 20, 2013 creditor meeting in Detroit and is admissible as proof of such attendance, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

10.     City's Exhibit 47 is a true and correct copy of the sign-in sheet for the afternoon June 20, 2013 creditor meeting in Detroit and is admissible as proof of such attendance, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

11.     A meeting took place on June 25, 2013 between the City's advisors, on the one hand, and representatives and advisors from the City's six bond insurers and U.S. Bank, the trustee or paying agent on all of the City's bond issuances. Representatives from Objectors GRS and PFRS also attended the meeting.

13
211
13-53846-swr   Doc 2361-13   Filed 10/17/13   Entered 10/17/13 18:05:52   Page 25 of 40
13-53846-swr   Doc 2361-13   Filed 10/17/13   Entered 10/17/13 18:05:52   Page 24 of 14

12.     City's Exhibit 50 is a true and correct copy of the sign-in sheet and typewritten transcription thereof for the June 25, 2013 creditor meeting in Detroit and is admissible as proof of such attendance, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

13.     Meetings took place in Detroit on July 9 and 10, 2013 with representatives from certain bond insurers and Objectors GRS and PFRS relating to follow-up due diligence on the City's financial condition and creditor proposal.

14.     City's Exhibit 53 is a true and correct copy of a typewritten attendance sheet for the July 9 and 10, 2013 creditor meetings in Detroit and is admissible as proof of such attendance, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

15.     A meeting took place in the afternoon of July 10, 2013 between the City's advisors, on the one hand, and non-uniformed employee representatives from the City's unions and four retiree associations, on the other, relating to pension funding and related matters.  Representatives and/or advisors from Objectors UAW, DRCEA, AFSCME, and GRS attended the meeting.

16.     City's Exhibit 56 is a true and correct copy of the sign-in sheet for the first July 10, 2013 creditor meeting in Detroit and is admissible as proof of such attendance, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

17.     A second, separate meeting took place in the afternoon of July 10, 2013 between the City's advisors, on the one hand, and uniformed employee representatives from the City's unions and four retiree associations, on the other, relating to pension funding and related matters.  Representatives and/or advisors from Objectors DFFA, DPLSA, DPCOA, DPOA, RDPFFA, and PFRS attended the meeting.

18.     City's Exhibit 57 is a true and correct copy of the sign-in sheet for the second July 10, 2013 creditor meeting in Detroit and is admissible as proof of such attendance, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

19.     A meeting took place on the morning of July 11, 2013 between the City's advisors, on the one hand, and non-uniformed employee representatives from the City's unions and four retiree associations, on the other, relating to retiree health issues and related matters.  Representatives and/or advisors from Objectors UAW, DRCEA, AFSCME, and GRS attended the meeting.

20.     City's Exhibit 58 is a true and correct copy of the sign-in sheet for the morning July 11, 2013 creditor meeting in Detroit and is admissible as proof of such attendance, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

21.     A second, separate meeting took place in the afternoon of July 11, 2013 between the City's advisors, on the one hand, and uniformed employee representatives from the City's unions and four retiree associations, on the other, relating to retiree health issues and related matters.  Representatives and/or advisors from Objectors DFFA, DPLSA, DPOA, RDPFFA, and PFRS attended the meeting.

22.     City's Exhibit 59 is a true and correct copy of the sign-in sheet for the afternoon July 11, 2013 creditor meeting in Detroit and is admissible as proof of such attendance, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

23.     City's Exhibit 55 is a true and correct copy of a list of persons and corporate affiliations who were invited to attend one or more of the July 10 and 11, 2013 creditor meetings in Detroit and is admissible as proof of such invitations, without prejudice to any individual Objectors' right to offer evidence as to its actual attendance.

24.     City's Exhibit 35 is a true and correct copy of a non-exclusive log of creditor meetings or communications between the City and various creditors or creditor representatives and is admissible as evidence that such meetings or communications took place between the individuals or entities reflected thereon. This stipulation is without prejudice to the City's right to offer evidence that

additional persons attended such meetings or that additional meetings took place, and is without prejudice to any individual Objectors' right to offer evidence as to its actual participation or attendance.

25.     On July 16, 2013, the Emergency Manager sent a letter to the Governor, recommending a Chapter 9 proceeding pursuant to Section 18(1) of PA 436.

26.     On July 18, 2013, the Governor sent a reply letter to the Emergency Manager authorizing the City to file it voluntary petition for protection under Chapter 9 of title 11 of the United States Code.

27.     The City filed its voluntary petition for protection under Chapter 9 on July 18, 2013.

28.     On August 2, 2013, the City held a meeting with local union representatives respecting active employee health insurance.

29.     On September 13, 2013 the City filed the City of Detroit, Michigan's Objections and Responses to Detroit Retirement Systems' First Requests for Admission Directed to the City of Detroit Michigan [Docket No. 849], in which the City "[a]dmit[s] that the City intends to seek to diminish or impair the Accrued Financial Benefits of the participants in the Retirement Systems through this Chapter 9 Case."

17
211
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 29 of 40
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 29 of 40

30.     The representatives of the DFFA, DPOA, DPLSA and DPCOA, respectively, have authority to negotiate wages and benefits for the active employee members of the respective Detroit Public Safety Unions.

31.     Each of the respective Detroit Public Safety Unions represents the active employees of each of the DFFA, DPOA, DPLSA and DPCOA.

## V.     ISSUES OF FACT AND LAW TO BE LITIGATED

### A.     City's Position

The City identifies the following issues of fact and law to be litigated:

1.     Whether the City was generally not paying its debts as they become due.

      a.     City's authority

        (1)     11 U.S.C. § 109(c)(3).

        (2)     11 U.S.C. § 101(32)(C)(i).

        (3)     *In re New York City Off-Track Betting Corp.*, 427 B.R. 256, 272 (Bankr. S.D.N.Y. 2010) (finding deferral of current payments evidence of debtor's insolvency).

2.     Whether the City was unable to pay its debts as they become due.

      a.     City's authority

        (1)     11 U.S.C. § 109(c)(3).

        (2)     11 U.S.C. § 101(32)(C)(ii).

(3)    *In re City of Stockton*, 493 B.R. 772, 788-90
       (Bankr. E.D. Cal. 2013) (test for cash insolvency is
       prospective; demonstration of cash insolvency
       within current or succeeding fiscal year satisfies
       cash flow test; concepts of "budget insolvency"
       and "service delivery insolvency" inform inquiry
       into "cash insolvency").

(4)    *In re City of Bridgeport*, 129 B.R. 332, 336-38
       (Bankr. D. Conn. 1991) (test for municipal
       insolvency set forth at 11 U.S.C. § 101(32)(C)(ii)
       is a "cash flow" test; "[T]o be found insolvent a
       city must prove that it will be unable to pay its
       debts as they become due in its current fiscal year
       or, based on an adopted budget, in its next fiscal
       year.").

(5)    *Int'l Ass'n of Firefighters, Local 1186 v. City of
       Vallejo (In re City of Vallejo)*, 408 B.R. 280, 293-
       94 (B.A.P. 9th Cir. 2009) (a municipality need not
       pursue all possible means of generating and
       conserving cash prior to seeking chapter 9 relief;
       affirming finding of insolvency where raiding
       city's other funds to satisfy short term cash needs
       "would leave Vallejo more debilitated tomorrow
       than it is today"; finding city insolvent where
       further funding reductions would threaten its
       ability to provide for the basic health and safety of
       its citizens).

(6)    *New York City Off-Track Betting Corp.*, 427 B.R.
       at 282 ("Even assuming [the debtor] could have
       theoretically done more to avoid bankruptcy,
       courts do not require chapter 9 debtors to exhaust
       every possible option before filing for chapter 9
       protection.").

3.     Whether the City desires to effect a plan to adjust its debts.

       a.     City's authority

(1)    11 U.S.C. § 109(c)(4).

(2)    *New York City Off-Track Betting Corp.*, 427 B.R. at 272 ("no bright-line test for determining whether a debtor desires to effect a plan" exists because of the "highly subjective nature of the inquiry").

(3)    *City of Vallejo*, 408 B.R. at 294-95 (A putative debtor need only show that the "purpose of the filing of the chapter 9 petition [is] not simply … to buy time or evade creditors"; a municipality may meet the subjective eligibility requirement of section 109(c)(4) by attempting to resolve claims, submitting a draft plan or producing other direct or circumstantial evidence customarily submitted to show intent).

(4)    *City of Stockton*, 493 B.R. at 791-92 (fact that a city would be left in worse financial condition as a result of the decision not to attempt to adjust its debts through the chapter 9 process is persuasive evidence of the municipality's honest desire to effect such an adjustment of debt).

4.    Whether the City was unable to negotiate with its creditors prior to the filing of its chapter 9 petition because such negotiation was impracticable.

a.    City's authority

(1)    11 U.S.C. § 109(c)(5)(C).

(2)    *New York City Off-Track Betting Corp.*, 427 B.R. at 276-77 ("Congress added [11 U.S.C. § 109(c)(5)(C)] to satisfy section 109's negotiation requirement in response to possible large municipality bankruptcy cases that could involve vast numbers of creditors."; "[I]mpracticability of

20
211

13-53846-tjt   Doc 2361-13   Filed 01/02/14   Entered 01/02/14 18:09:52   Page 32 of 40
13-53846-swr   Doc 2301-13   Filed 10/17/13   Entered 10/17/13 12:16:27   Page 31 of 34

negotiations is a fact-sensitive inquiry that depends upon the circumstances of the case.") (quotation omitted).

(3) *In re Cnty. of Orange*, 183 B.R. 594, 607 n.3 (Bankr. C.D. Cal. 1995) ("Section 109(c)(5)(C) was necessary because it was otherwise impossible for a large municipality, such as New York, to identify all creditors, form the proper committees, and obtain the necessary consent in a short period of time.").

(4) *City of Vallejo*, 408 B.R. at 298 ("Petitioners may demonstrate impracticability by the sheer number of their creditors …."; finding that section 109(c)(5)(C) is satisfied where negotiation with any significant creditor constituency is impracticable).

(5) *City of Stockton*, 493 B.R. at 794 (finding that the inability of a municipal debtor to negotiate with a natural representative of a numerous and far-flung creditor class (with the power to bind such class) may satisfy the "impracticability" requirement; refusal of creditors to negotiate establishes independent grounds for a finding of impracticability).

(6) *In re Valley Health Sys.*, 383 B.R. 156, 163 (Bankr. C.D. Cal. 2008) ("Negotiations may also be impracticable when a municipality must act to preserve its assets and a delay in filing to negotiate with creditors risks a significant loss of those assets.").

5.      Whether the City negotiated in good faith with creditors holding at least a majority in amount of the claims of each class that the City intends to impair pursuant to a plan of adjustment.

21
211

13-53846-tjt  Doc 2361-13  Filed 10/17/13  Entered 10/17/13 18:07:52  Page 32 of 40
13-53846-swr  Doc 4361-13  Filed 01/02/14  Entered 01/02/14 16:09:52  Page 33 of 40

a. City's authority

(1) 11 U.S.C. § 109(c)(5)(B).

(2) *In re Vills. at Castle Rock Metro. Dist. No. 4*, 145 B.R. 76, 84-85 (Bankr. D. Colo. 1990) (a municipality need not negotiate with every creditor within a given class; negotiations with large or prominent blocs of creditors will suffice to render a city eligible for chapter 9 relief; municipality satisfied requirement of negotiating with creditors by consulting with large institutional bondholders, even though all series of bonds were not invited to participate in negotiations).

(3) *New York City Off-Track Betting Corp.*, 427 B.R. at 274-75 (finding that debtor had satisfied section 109(c)(5)(B) of the Bankruptcy Code where it had "engaged in negotiations with creditors regarding the possible terms of a reorganization plan prior to filing"; stating that "talks need not involve a formal plan to satisfy section 109(c)(5)(B)'s negotiation requirement.").

(4) *City of Vallejo*, 408 B.R. at 297 (noting that section 109(c)(5)(B) is satisfied where the debtor conducts "negotiations with creditors revolving around a proposed plan, at least in concept…. [that] designates classes of creditors and their treatment….").

6. Whether the City's petition was filed in good faith within the meaning of section 921(c) of the Bankruptcy Code.

a. City's authority

(1) 11 U.S.C. § 921(c).

(2) *City of Stockton*, 493 B.R. at 794 (good faith "is assessed on a case-by-case basis in light of all the facts, which must be balanced against the broad

remedial purpose of chapter 9"; "[r]elevant considerations in the comprehensive analysis for § 921 good faith include whether the City's financial problems are of a nature contemplated by chapter 9, whether the reasons for filing are consistent with chapter 9, the extent of the City's prepetition efforts to address the issues, the extent that alternatives to chapter 9 were considered, and whether the City's residents would be prejudiced by denying chapter 9 relief.").

(3)   *Cnty. of Orange*, 183 B.R. at 608 (Bankr. C.D. Cal. 1995) ("[T]he purpose of the filing must be to achieve objectives within the legitimate scope of the bankruptcy laws;" applying chapter 11 case law and finding the debtor's financial condition and motives, local financial realities and whether the debtor was seeking to "unreasonably deter and harass its creditors or attempting to effect a speedy, efficient reorganization on a feasible basis" as relevant factors in the good faith analysis).

(4)   *In re McCurtain Municipal Auth.*, No. 07-80363, 2007 WL 4287604, at *5 (Bankr. E.D. Okla. Dec. 4, 2007) (holding that the existence of a factor precipitating a chapter 9 filing does not require a finding that the debtor's filing was made in bad faith when other reasons for filing bankruptcy are present).

**B.**   **Objectors' position**

**B-1.   The Committee identifies the following issues of fact and law to be litigated:**

1.      Whether the City can meet the criteria for eligibility under Section 109(c)(5)(B) of the Bankruptcy Code and, in particular:

23
211
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:05:52   Page 35 of 40
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:05:52   Page 35 of 40

     a.      whether the City presented a plan of adjustment to the City's creditors as is required under Section 109(c)(5)(B); and

     b.      whether the City negotiated in good faith as is required under Section 109(c)(5)(B).

2.     Whether the City can establish that good faith negotiations were impracticable under Section 109(c)(5)(C) of the Bankruptcy Code and, in particular:

     a.      whether the City presented a plan of adjustment to the City's creditors as is required under Section 109(c)(5)(C); and

     b.      whether the City negotiated in good faith with classes of creditors with whom negotiations were practicable, as is as required under Section 109(c)(5)(C).

3.     Whether the Governor's authorization to file this bankruptcy case is void and/or unconstitutional under the Michigan Constitution because he did not prohibit the City from impairing the pension rights of its employees and retirees, as required for eligibility by 11 U.S.C. §109(c)(2).

4.     Whether the City can meet its burden under 11. U.S.C. § 921(c) of demonstrating that it filed its Chapter 9 petition in good faith and, in particular:

     a.      whether the City's Emergency Manager filed this Chapter 9 proceeding for the purpose of attempting to use Chapter 9 as a vehicle to impair and violate rights related to vested pensions that are expressly protected from such impairment and violation under the Pension Clause of the Michigan Constitution; and

b.  whether the City, in connection with filing its Chapter 9 petition, made representations that were false, misleading and or incomplete statements, particularly as regards the magnitude of the City's unfunded pension liability, the cash flow available to meet such liability and the availability of substantial additional cash from assets owned by the City that are capable of being monetized.

**B-2.    The Detroit Public Safety Unions, consisting of the Detroit Fire Fighters Association (the "DFFA"), the Detroit Police Officers Association (the "DPOA"), the Detroit Police Lieutenants & Sergeants Association (the "DPLSA") and the Detroit Police Command Officers Association (the "DPCOA") assert the following claims:**

1.    Whether the City failed to negotiate with the Detroit Public Safety Unions in good faith, as required by 11 U.S.C. §109(c)(5)(B).

2.    Whether Michigan Public Act 436 of 2012 violates the Michigan Constitution, Art. IX, Sec. 24, and therefore the City was not validly authorized to file this bankruptcy case as required for eligibility by 11 U.S.C. §109(c)(2).

3.    Whether there was valid authorization for the filing of the chapter 9 petition as required by 11 U.S.C. §109(c)(2), because the Governor's authorization did not prohibit the impairment of the pension rights of the City's employees and retirees, and therefore was not valid under the Michigan Constitution, Art. IX, Sec. 24 (the "Pension Clause").

4.     Whether chapter 9 of the Bankruptcy Code violates the Tenth Amendment, U.S. Const., Am. X, to the extent it allows the City to use the Bankruptcy Code to impair the vested pension rights of City employees and retirees in direct violation of the Pension Clause.

5.     Whether the city was not "unable to negotiate with creditors because such negotiation in impracticable," as required (in the alternative) for eligibility by 11 U.S.C. §109(c)(5)(C).

6.     Whether the City's bankruptcy petition should be dismissed because it was filed in bad faith under 11 U.S.C. §921(c).

**B-3.   The Retiree Association Parties, consisting of the Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually and as President of the DRCEA identify the following issues of fact and law to be litigated:**

1.     Whether the City failed to negotiate with the Retiree Association Parties in good faith, as required by 11 U.S.C. § 109(c)(5)(B).

2.     Whether City was not "unable to negotiate with creditors because such negotiation is impracticable," as required (in the alternative) for eligibility by 11 U.S.C. § 109(c)(5)(C).

26
211
13-53846-swr   Doc 2361-13   Filed 01/01/14   Entered 01/02/14 18:05:52   Page 37 of 40
13-53846-swr   Doc 2361-13   Filed 01/01/14   Entered 01/02/14 18:05:52   Page 38 of 40

3.     Whether negotiations with the retiree constituents was practicable, as the DRCEA and the RDPFFA were ready, willing, and able to negotiate with the City as natural representatives of retirees.

4.     Whether the Governor's authorization to file this bankruptcy case is void and/or unconstitutional under the Michigan Constitution because he did not prohibit the City from impairing the pension rights of its employees and retirees, as required for eligibility by 11 U.S.C. §109(c)(2).

5.     Whether the City's bankruptcy petition should be dismissed because it was filed in bad faith under 11 U.S.C. §921(c).

**B-4.   The UAW and the Flowers Plaintiffs identify the following factual and legal issues to be litigated:[1]**

1.     Whether the City has met the eligibility requirement of Section 109(c)(4) of the Bankruptcy Code that a municipality "desires to effect a plan to adjust such debts" where the City's proposed plan is a plan that cannot be lawfully implemented under state law as required by Section 943(b)(4) and (6) of the Bankruptcy Code.

2.     Whether the City failed to negotiate with the UAW in good faith, as required by 11 U.S.C. §109(c)(5)(B).

---

[1] The issues set forth herein are the UAW's and the Flowers Plaintiffs' principal legal and factual issues to be presented at, or in connection with, the eligibility trial. UAW reserves all of the issues set forth in its Amended Objection which (a) are not listed herein but which may depend upon the resolution of its principal issues set forth above or (b) have been asserted and argued principally by other parties, such as whether the decision in Webster must be applied by the bankruptcy court.

27
211

13-53846-tjt   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:05:52   Page 39 of 40
13-53846-swr   Doc 1381-13   Filed 10/17/13   Entered 10/17/13 22:18:27   Page 38 of 40

3.      Whether the City was unable to negotiate with creditors because such negotiation was impracticable as required (in the alternative) for eligibility by 11 U.S.C. §109(c)(5)(C).

4.      Whether the City was authorized to be a debtor under Chapter 9 as required by 11 U.S.C. Section 109(c)(2), as follows: whether the Governor's authorization was valid under State law, where (a) the City and the Governor manifested an intent to proceed in Chapter 9 in order to reduce the accrued pension rights of the City's employees and retirees, and the accrued pension rights of employees and retirees of the Detroit Public Library; (b) the City and the Governor did so proceed based on such intent of the City and the Governor, which in whole or in part motivated the Governor's authorization for the City's Chapter 9 filing and the City's filing itself; (c) the Governor's authorization did not prohibit the diminishment or impairment of the pension rights of uch persons as a condition of authorizing the Chapter 9 filing; (d) neither the Governor nor the state Legislature werehad authority  to act in derogation of Article 9, Section 24 of the Michigan Constitution; and (e) for any and all of the foregoing reasons, the Governor's authorization for the Chapter 9 filing, and the City's filing itself were and are contrary to the Michigan Constitution, Art. 9, Sec. 24.

5.      Whether the City's bankruptcy petition was filed in bad faith under 11 U.S.C. §921(c).

6. Whether, under the U.S. Constitution, Chapter 9 is constitutional as applied to the City's petition where the City does not comply with Article 9, Section 24 of the Michigan Constitution.

**B-5. The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees ("AFSCME") assert, in addition to and including herein by reference, the claims raised in this order, in filed pleadings, oral argument and adduced through evidence at trial, identifies the following issues of fact and law to be litigated:**

1. Whether the City failed to negotiate in good faith with creditors as required by 11 U.S.C. § 109(c)(5), including, without limitation:

   a. Whether the City engaged only in "discussions," which it emphasized were not negotiations.

   b. Whether the City's June 14, 2013 Restructuring Plan was not open to negotiations, which falls short of the requirements of section 109(c)(5)(B).

   c. Whether the City refused AFSCME's offers to negotiate.

   d. Whether the City refused AFSCME's requests for adequate backup data used to generate the City's financial assumptions, which would have been necessary information for any "negotiations."

   e. Whether the City's refusal to negotiate with AFSCME continued post-filing.

   f. Whether assuming,arguendo,that any negotiations took place, such negotiations did not relate to a plan that was

29
211
13-53846-swr Doc 2381-13 Filed 01/03/14 Entered 01/03/14 18:09:52 Page 41 of 40
13-53846-swr Doc 2381-13 Filed 01/03/14 Entered 01/03/14 18:09:52 Page 40 of 40

in the best interests of creditors as required by section 109(c)(5)(B).

2.      Whether the City can meet its burden of proving that it was "unable to negotiate with creditors because such negotiation is impracticable," as required for eligibility by 11 U.S.C. § 109(c)(5)(C), and including, without limitation:

   a.   Whether the circumstances surrounding the City's hiring of the EM, an experienced bankruptcy counsel demonstrate that the City never had any intention of negotiating outside of bankruptcy.

   b.   Whether negotiations with the City's main creditors, the unions, its retirees, and the bond trustees, were practicable.

   c.   Whether the City cannot demonstrate impracticability where the City failed to negotiate with its largest creditors, especially where those creditors have, like AFSCME, sought negotiations.

3.      Whether the City's bankruptcy petition should be dismissed because it was filed in bad faith under 11 U.S.C. § 921(c), including, without limitation:

   a.   Whether the State authorized (without contingencies) and the City commenced its filing to avoid a bad state court ruling in the Webster litigation, and declined to take action to cease the filing in violation of the Declaratory Judgment issued in that litigation.

30
211
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 42 of 140
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 42 of 140

b. Whether the City never intended to negotiate (in good faith or otherwise) and failed to consider reasonable alternatives to chapter 9.

4. Whether the City is "insolvent," as defined in 11 U.S.C. § 101(32)(C)) and as required for eligibility by 11 U.S.C. § 109(c)(3), including, without limitation:

a. Whether the Cityhas failed to prove its insolvency by expert evidence, by expert testimony, or by anything other than unproven assumptions (including assumptions regarding the unfunded amount of the City's pension and other retiree benefits).

b. Whether the City failed to explore options to enable it to pay debts, such as taking into account un-monetized assets and possible funding sources not included in the City's financial projections.

c. Whether the City's current financial difficulties are less severe than in prior years, and the City already had means to enhance revenues prior to the filing including the deal reached with the swap counterparties.

5. Whether the Governor's authorization to the EM to file for chapter 9 under Section 11 of PA 436 was improper, including, without limitation, because it was invalid, unconstitutional, failed to contain contingencies (such as not using the bankruptcy proceedings to diminish vested pension benefits), and/or failed to require that any plan of adjustment not violate Article IX Section 24 of the Michigan Constitution.

a. Whether the EM's exercise of authority under PA 436 violated the strong home rule provisions of the Michigan Constitution.

**B-6. The Retired Detroit Police Members Association ("RDPMA")
assert, in addition to and including herein by reference, the claims raised in
this order by the other objectors, the claims set forth in pleadings, raised in
oral argument and adduced through evidence presented at trial, identifies the
following issues of fact and law to be litigated:**

1. Whether Public Act 436 violates the Michigan Constitution, Article II, Section 9.

   a. Whether the spending provisions found in Sections 34 and 35 of Public Act 436 were included as an artifice to avoid the referendum provisions in Art. II, Sec. 9 of the Michigan Constitution.

   b. Whether any provisions of Public Act 436 should be stricken on the grounds that such provisions were not approved by a majority of the electors of the State of Michigan in a general election.

2. Whether the City of Detroit acted in bad faith when it filed its Chapter 9 Petition having knowledge that Public Act 436 was passed in derogation of the Michigan Constitutional referendum requirement.

3. Whether Emergency Manager Kevyn Orr was properly appointed under Public Act 436.

**B-7. The Retirement Systems identify the following issues of fact and
law to be litigated:**

1. Whether the City was validly authorized under State law by a governmental officer empowered by State law to authorize it to be a debtor when

32

211

13-53846-tjt   Doc 2361-13   Filed 10/17/13   Entered 10/17/13 22:18:27   Page 44 of 140
13-53846-swr   Doc 2361-13   Filed 10/17/13   Entered 10/17/13 22:18:27   Page 44 of 140

the Governor's authorization was in violation of Article IX, section 24 of the Michigan Constitution, because the authorization did not prohibit the City from diminishing or impairing accrued financial benefits.

2.     Whether the City failed to negotiate in good faith prepetition with the Retirement Systems (and possibly other creditors), when all meetings with the Retirement Systems (and possibly other creditors) were presentations to an audience of multiple parties at which no bilateral negotiations occurred.

3.     Whether the City can meet its burden of proof under 11 U.S.C. § 109(c)(5)(B).

4.     Whether negotiations with the Retirement Systems and the City's other creditors were impracticable.

5.     Whether the City can meet its burden of proof under 11 U.S.C. § 109(c)(5)(C).

6.     Whether the City can meet its burden of proof under 11 U.S.C. § 921(c) and demonstrate that it filed the bankruptcy petition in good faith when:

      a.     The City filed the case with the intention to diminish and impair accrued financial benefits in violation of Article IX, section 24 of the Michigan Constitution;

      b.     The Emergency Manager repeatedly threatened to file a bankruptcy immediately in the weeks before the filing, thus otherwise creating an environment of impracticability;

        c.        As of the petition date, the Emergency Manager and the City did not have a clear picture of the City's assets, income, cash flow, and liabilities;

        d.        The City did not even consider a restructuring scenario that did not impair accrued financial benefits; and

        e.        Whether the City can demonstrate that it negotiated in good faith under section 109(c)(5) and the case law construing it where the City has admitted it does not have (and therefore did not negotiate) a formulated plan of adjustment.

## VI.   EVIDENTIARY PROBLEMS LIKELY TO ARISE AT TRIAL

### A.   City's Position

The City believes that evidentiary disputed likely to arise at trial can be

addressed at the pre-trial conference.

### B.   Objectors' Position

Objectors concur.

## VII.  WITNESSES

### A.   City's Witnesses

The City will call the following individuals as part of its case in chief or on rebuttal:

      1.     Kevyn D. Orr

      2.     Kenneth A. Buckfire

      3.     Gaurav Malhotra

      4.     Charles M. Moore

      5.     James E. Craig

The City may call the following individuals as part of its case in chief or on rebuttal:

    1.      Glenn Bowen

    2.      Kyle Herman, Director at Miller Buckfire (only as needed to sponsor City exhibits 99-101)

    3.      Custodial Witnesses.  The City Objectors have been conferring as to the authenticity and admissibility of certain exhibits which would otherwise require the appearance in court of a custodial witness.  The City reserves the right to call such witnesses if appropriate stipulations are not reached.

The City will call the following witnesses to testify, by deposition, as follows:

    1.      Richard Baird, October 10, 2013

            58:10-12
            58:16-19
            59:25-60:14
            100:13-101:6

    4.      Treasurer Andrew Dillon, October 10, 2013

            34:6-35:10
            63:17-20
            64:2-5
            65:4-24
            65:14-6:6
            66:19-68:18
            68:23-69:22
            74:13-77:6
            98:13-99:3

    5.      Governor Richard D. Snyder, October 9, 2013

19:17-21:7
32:14-33:14
46:7-9
46:20-23
51:17-53:16
53:24-55:8
56:9-25
57:23-58:3
65:21-66:1
67:9-14
77:15-78:13
81:21-82:18
82:25-83:8
86:5-25
89:1-8
92:23-93:5
104:14-16
104:22-105:16
104:25-106:17
110:7-12
115:3-8
115:20-116:12
117:3-13
118:3-7
118:12-119:24
122:21-123:22
129:14-130:5
131:10-133:9
134:18-22
142:19-143:4
143:13-18

The City counter designates the following testimony in response to all of

Objectors' deposition designations:

1.    Lamont Satchel, September 19, 2013

11:11-14:13
46:12-47:21

36

13-53846-swr   Doc 2361-13   Filed 01/02/14   Entered 01/02/14 18:05:52   Page 47 of 140
13-53846-swr   Doc 2361-13   Filed 01/02/14   Entered 01/02/14 18:05:52   Page 48 of 140
211

47:12-48:21
48:23-49:6
49:22-50:6
54:11-55:20
58:17-59:15
60:18-61:21
61:2-63:5
62:16-25
65:7-66:9
68:1-74:24
70:5-71:4
71:17-72:2
79:2-81:16
82:9-84:22
86:12-87:2
88:13-19
88:14-89:18
89:25-90:1
90:4-91:12

2.    Glen Bowan, September 24, 2013

12:7-9
18:9-20
19:12-20
19:21-21:15
22:14-23:5
23:12-21
24:17-22
28:10-29:1
29:2-30:14
33:15-34:7
34:8-21
35:12-36:4
36:10-12
40:3-41:12
44:11-13
43:15-44:8
60:13-61:10
63:21-64:5

37

211

13-53846-swr   Doc 2381-13   Filed 01/03/14   Entered 01/03/14 18:05:52   Page 49 of 140
13-53846-swr   Doc 2381-13   Filed 01/03/14   Entered 01/03/14 18:05:52   Page 49 of 140

66:15-67:22
68:17-71:3
81:20-83:10
91:18-92:13
93:4-14
93:15-94:2
98:13-99:3
99:9-17
100:18-22
111:20-112:22
129:14-22
130:8-132:11
133:10-134:18
141:9-17
142:8-10
142:13-19
143:1-6
143:8-19
146:8-19
147:2-148:15
148:19-22
149:2-3
149:6-8
150:5-15
174:11-176:21
177:3-11
177:18-178:3
177:4-16
183:17-185:11
192:8-193:11
194:4-12
194:13-195:10
198:5-7
198:17-19
203:20-204:9
204:11-14
204:16-19
205:7-206:11

3.  David Bing, October 14, 2013

10:5-10:21
14:22-16:16
18:10-19:4
20:25-21:4
36:10-37:12
58:12-58:16
64:24-65:5
75:12-75:21
101:14-103:11
108:10-108:25
109:6-109:8

The City has not counterdesignated deposition testimony in response to any Objectors' designations from witnesses on the City's will-call witness list because the City will call those witnesses to testify in person at trial. The City nevertheless reserves its rights to offer appropriate counterdesignations in the event that any witness on its will-call list becomes unavailable to testify under Federal Rule of Evidence 804(a).

The City reserves its rights to offer appropriate counterdesignations in response to deposition designations offered by any Objector without reasonable notice to the City prior to the submission of this Joint Final Pre-trial Order.

Given the short time frame within which the City was required to assert objections to Objectors' documents, the City reserves its rights to provide supplemental objections should it need to do so. Similarly, should the same document appear more than once in Objectors' collective exhibit lists, an objection

by the City to any one instance of the exhibit applies to all such copies, even if no objection was indicated for the other copies.

The City reserves its rights to object to deposition testimony offered by any Objector, other than form of the question.

The City reserves its rights to call any witness identified by any Objector.

**B.  Objectors' Witnesses**

Objectors' witnesses are indicated in Attachments A-G.

## VIII.  EXHIBITS

**A.  City's Exhibits**

1.  Charter – City of Detroit

2.  Compregensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2008

3.  Comprehensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2009

4.  Comprehensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2010

5.  Comprehensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2011

6.  Comprehensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2012

7.  November 13, 2012, Memorandum of Understanding City of Detroit reform Program

8.  July 18, 2013 Declaration of Gaurav Malhotra in Support of the Debtor's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code (the "Malhotra Declaration)

9.  Cash Flow Forecasts

10. Ten-Year Projections

11. Legacy Expenditures (Assuming No Restructuring)

12. Schedule of the sewage disposal system bonds and related state revolving loans as of June 30, 2012

13. Schedule of water system bonds and related state revolving loans as of June 30, 2012

14. Annual Debt Service on Revenue Bonds

15. Schedule of COPs and Swap Contracts as of June 30, 2012

16. Annual Debt Service on COPs and Swap Contractsw

17. Schedule of UTGO Bonds as of June 30, 2012

18. Schedule of LTGO Bonds as of June 30, 2012

19. Annual Debt Service on General Obligation Debt & Other Liabilities

20. July 18, 2013 Declaration of Kevyn D. Orr In Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code (the "Orr Declaration")

21. January 13, 2012, City of Detroit, Michigan Notice of Preliminary Financial Review Findings and Appointment of a Financial Review Team

22. March 26, 2012, Report of the Detroit Financial Review Team

23. April 9, 2012, Financial Stability Agreement

24. December 14, 2012, Preliminary Review of the City of Detroit

25. February 19, 2013, Report of the Detroit Financial Review Team

26. March 1, 2013, letter from Governor Richard Snyder to the City

27. July 8, 2013, Ambac Comments on Detroit

41

211

13-53846-tjt   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 53 of 140
13-53846-swr   Doc 2361-13   Filed 10/17/13   Entered 10/17/13 16:26:27   Page 52 of 64

28.    July 16, 2013, Recommendation Pursuant to Section 18(1) of
       PA 436

29.    July 18, 2013, Authorization to Commence Chapter 9
       Bankruptcy Proceeding

30.    July 18, 2013, Emergency Manager Order No. 13 Filing of a
       Petition Under Chapter 9 of Title 11 of the United States Code

31.    Declaration of Charles M. Moore in Support of City of Detroit,
       Michigan's Statement of Qualifications Pursuant to Section
       109(c) of the Bankruptcy Code (the "Moore Declaration")

32.    Collection of correspondence between Jones Day and
       representatives of Unions regarding the representation of
       current retirees

33.    Chart on verbal communications with Unions regarding the
       representation of current retirees authored by Samantha Woo

34.    Memorandum to File about communications with Unions
       regarding the representation of current retirees authored by
       Samantha Woo dated October 4, 2013

35.    Redacted log of meetings and correspondence between the City
       and its advisors and various creditors prior to July 18, 2013

36.    FRE 1006 chart summarizing meetings and communications
       with union creditors

37.    FRE 1006 chart summarizing meetings and communications
       with union creditors

38.    FRE 1006 chart summarizing monthly cash forecast absent
       restructuring

39.    February 21, 2013 to June 21, 2013 Calendar of Lamont
       Satchel

40.    List of Special Conferences for Association held with Members
       of Police Labor Relations

42

211

13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:05:52   Page 54 of 140
13-53846-swr   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:05:52   Page 54 of 140

41. June 10, 2013, City of Detroit Financial and Operating Plan Slides

42. RSVP List of June 14, 2013 Proposal for Creditors Meeting

43. June 14, 2013, City of Detroit Proposal for Creditors

44. June 14, 2013, Proposal for Creditors – Executive Summary

45. List of Invitees to the June 20, 2013 Meetings

46. Sign-in sheets from June 20, 2013, 10:00 AM-12:00 PM (Non-Uniform Retiree Benefits Restructuring)

47. Sign-in sheets from June 20, 2013 2:00-4:00 PM (Uniform Retiree Benefits Restructuring)

48. June 20, 2013 City of Detroit Retiree Legacy Cost Restructing – Non-Uniform Retirees

49. June 20, 2013 City of Detroit Retiree Legacy Cost Restructuring – Uniform Retirees

50. Invitee List and Sign-in Sheet for the June 25, 2013 Meeting

51. Cash Flow Forecasts provided at June 25, 2013 Meeting

52. Composite of emails attaching 63 letters dated June 27, 2013 to participants of the June 20, 2013 meetings

53. List of Attendees at July 9 and 10, 2013 Creditor Meetings

54. Detroit Future City Plan 2012

55. Collection of correspondence regarding invitations to the July 10 Pension Meetings and July 11 Retiree Health Meetings

56. July 10, 2013 City of Detroit Sign In Sheet for 1:00 PM Pension and Retiree Meeting

57. July 10, 2012 City of Detroit Sign In Sheet for 3:00 PM Police and Fire Meeting

58. July 11, 2013 City of Detroit Sign-in Sheet for 10:00 AM Non-Uniformed Meeting

59. July 11, 2013 City of Detroit Sign-in Sheet for the 1:30 PM Uniformed Meeting

60. July 11, 2013 City of Detroit Union – Retiree Meeting Draft Medicare Advantage Plan Design Options

61. Correspondence between representatives of AFSCME and representatives of the City

62. Michigan Attorney General Opinion No. 7272

63. July 31, 2013 Notice of Filing Amended List of Creditors Holding 20 Largest Unsecured Claims

64. September 30, 2013 Notice of Filing of Second Amended List of Creditors and Claims, Pursuant to Section 924 and 925 of The Bankruptcy Code

65. June 4, 2013 Letter from Glenn Bowen and Katherine A. Warren to Evan Miller

66. June 4, 2013 Letter from Glenn Bowen and Katherine A. Warren to Evan Miller

67. June 14, 2013 Letter from Glenn Bowen and Katherine A. Warren to Evan Miller

68. June 30, 2011, Gabriel Roeder Smith & Company, 73rd Annual Actuarial Valuation of the General Retirement System of the City of Detroit

69. April 2013, Gabriel Roeder Smith & Company, Draft 74th Annual Actuarial Valuation of the General Retirement System of the City of Detroit as of June 30, 2012

70. June 30, 2012, Gabriel Roeder Smith & Co., 71st Annual Actuarial Valuation of the Police and Fire Retirement System of the City of Detroit

44
211
13-53846-swr Doc 2361-13 Filed 01/03/14 Entered 01/03/14 18:09:52 Page 56 of 140
13-53846-swr Doc 2361-13 Filed 10/17/13 Entered 10/17/13 18:09:52 Page 56 of 140

71. November 8, 2012 Letter from Kenneth G. Alberts to The Retirement Board Police and Fire Retirement System for the City of Detroit

72. November 21, 2011 Memorandum from Irvin Corley, Jr., to Council Members of the City of Detroit City Council

73. July 17, 2013 Letter from Evan Miller to representatives of the City of Detroit Police and Firefighters Unions

74. July 15, 2013 Quarterly Report with Respect to the Financial Condition of the City of Detroit (period April 1st – June 30th)

75. May 12, 2013 City of Detroit, Office of the Emergency Manager, Financial and Operating Plan

76. Responses of International Union, UAW to Debtor's First Set of Interrogatories

77. UAW Privilege Log

78. Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO, and Sub-Chapter 98, City of Detroit Retirees Responses and Objections to Debtor's First Set of Interrogatories

79. The Detroit Retirement Systems' Responses and Objections to the Debtor's First Interrogatories

80. Amended (Signed) Response of Detroit Police Command Officers Association to Debtor's First Set of Interrogatories to the Detroit Public Safety Unions

81. Response of Detroit Police Lieutenants & Sergeants Association to Debtor's First Set of Interrogatories to the Detroit Public Safety Unions

82. Response of Detroit Police Officers Association to Debtor's First Set of Interrogatories to the Detroit Public Safety Unions

83. Answers to Debtor's First Interrogatories to Retiree Association Parties

84. Retired Detroit Police Members Association's Answers to Debtor's First Set of Interrogatories

85. Responses of the Official Committee of Retirees to Debtor's First Set of Interrogatories

86. Objection and Responses of International Union, UAW to Debtor's First Request for Production of Documents

87. Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO, and Sub-Chapter 98, City of Detroit Retirees Responses and Objections to Debtor's First Set of Requests for Production of Documents

88. The Detroit Retirement Systems' Responses and Objections to the Debtor's First Set of Request for Production of Documents

89. Amended (Signed) Response of Detroit Police Command Officers Association to Debtor's First Requests for Production of Documents to the Detroit Public Safety Unions

90. The Detroit Fire Fighters Associations' (DFFA) Response to Debtor's First Request for Production of Documents

91. Response of Retiree Association Parties to Debtor's First Requests for Production of Documents

92. Retired Detroit Police Members Association Response to Debtor's First Requests for Production

93. June 14, 2013 Index Card #1 from Nicholson

94. June 14, 2013 Index Card #2 from Nicholson

95. June 20, 2013 Typewritten Notes from June 20, 2013 Presentation

96. July 16, 2013 Nicholson Affidavit in *Flowers*

97. August 19, 2013 UAW Eligibility Objection

98. Nicholson Letter To Irwin re UAW Discovery Responses

99.   FRE 1006 Chart summarizing the approximate number of documents uploaded to the data room before July 18, 2013

100.  FRE 1006 Chart summarizing the approximate number of pages in documents uploaded to the data room before July 18, 2013

101.  Declaration of Kyle Herman, Director at Miller Buckfire, in support of the FRE 1006 charts summarizing the approximate number of documents and pages uploaded to the data room

102.  Any exhibit identified by any Objector.

## B.   Objectors' Exhibits and City's Objections

Objectors' exhibits are indicated in Attachments A-G.

## C.   Objections to City's Exhibits

Objectors' objections to the City's Exhibits are indicated in Attachment H.

Objectors reserve their rights to assert objections to City Exhibits 76-101.

So ORDERED this ____ day of October ___, 2013.


_____
Steven W. Rhodes
United States Bankruptcy Judge

# ATTACHMENT A

## THE RETIRED DETROIT POLICE MEMBERS ASSOCIATION'S
## WITNESS LIST, EXHIBIT LIST AND DEPOSITION DESIGNATIONS

# THE RETIRED DETROIT POLICE MEMBERS ASSOCIATION'S
## WITNESS LIST, EXHIBIT LIST AND DEPOSITION DESIGNATIONS

The Retired Detroit Police Members Association ("RDPMA"), through its counsel, Strobl & Sharp, P.C., hereby submits the following Consolidated (1) Witness List, (2) Exhibit List and (3) Deposition Designations:

## I.    *Witness List*

A.    The RDPMA hereby submit this consolidated witness list of individuals who will be called as witnesses in the eligibility trial:

      1.    Howard Ryan

      2.    Treasurer Andrew Dillon

      3.    Governor Richard Snyder

      4.    Emergency Manager Kevyn Orr, September 16, 2013

B.    The RDPMA hereby reserves the right to call as a witness any witness identified by any other party, regardless of whether such witness is called to testify.

C.    The RDPMA hereby reserves the right to call as a witness any rebuttal and/or impeachment and/or foundation witness as necessary..

## II.    *Exhibit List*

The RDPMA hereby submits this consolidated exhibit list of evidence that will or may be used as evidence during the eligibility trial:

| RDPMA Exhibit No. | Exhibit | Objections |
|---|---|---|
| | | |

| 1. | 03/02/13 - Dillon Dep. Ex. 6 - CTMI00234878, (email correspondence) | Hearsay ; Relevance |
|---|---|---|
| 2. | 03/03/12 - Dillon Dep. Ex. 7 - DTMI00234877 -880, (email correspondence) | Hearsay ; Relevance |
| 3. | 09/30/12 - Comprehensive Annual Financial Report | Relevance |
| 4. | Orr Deposition Exhibit 4, September 16, 2013<br>Email correspondence dated January 31, 2013<br>Bates No. JR-RD-0000295-296 | |

## III. Deposition Designations

**The RDPMA hereby submits the following deposition designations:**

<u>10/14/13 Howard Ryan</u>

p. 29, L.4 - 15
p. 30, L. 13 - 25
p. 43, L. 14 - p. 47, L. 5
<u>10/09/13 Richard Snyder</u>
p. 27, L. 8 - p. 29, L. 12
<u>10/10/13 Andrew Dillon</u>
p. 34, L. 3 - 5
p. 35, L. 11 - p. 36, L. 22
<u>09/16/13 Kevyn Orr</u>
p. 43 L18 – p. 46, L. 6

4

# ATTACHMENT B

## THE RETIREE ASSOCIATION PARTIES' CONSOLIDATED (1) WITNESS LIST AND (2) EXHIBIT LIST

**THE RETIREE ASSOCIATION PARTIES' CONSOLIDATED
(1) WITNESS LIST AND (2) EXHIBIT LIST**

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually and as President of the DRCEA (collectively "Retiree Association Parties") through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., submit the following Consolidated (1) Witness List, (2) Exhibit List and (3) Deposition Designations:

*I.*     *Witness List*

A.     The Retiree Association Parties hereby submit this consolidated witness list of individuals who will be called as witnesses in the eligibility trial:

    1.     Shirley V. Lightsey (see Declaration, Dkt. 502)
           c/o Lippitt O'Keefe, PLLC
           370 E. Maple Road
           Third Floor
           Birmingham MI, 48009
           (248) 646-8292

Ms. Lightsey is prepared to testify on matters including, but not limited to, the fact that the City did not negotiate on retiree matters (pension and OPEB), her attendance at multiple presentational meetings, that the DRCEA is a natural representative of the City of Detroit general retirees, that the DRCEA was ready, willing and able to negotiate with the City on Retiree issues, that the DRCEA unsuccessfully requested to meet with Kevyn Orr and on the qualifications, history, successes and structure of the DRCEA.

6

2.     Donald Taylor (see Declaration, Dkt. 502)
       c/o Lippitt O'Keefe, PLLC
       370 E. Maple Road
       Third Floor
       Birmingham MI, 48009
       (248) 646-8292

Mr. Taylor is prepared to testify on matters including, but not limited to, the fact that the City did not negotiate on retiree matters (pension and OPEB), his attendance at multiple presentational meetings, that the RDPFFA is a natural representative of the City of Detroit uniformed (police and fire) retirees, that the RDPFFA was ready, willing and able to negotiate with the City on Retiree issues, that the RDPFFA met with Kevyn Orr during which he stated that pensions would not be diminished or impaired and that certain classes of retirees covered by a consent judgment would not have their medical benefits impaired, the unsuccessful requests for follow up meetings with Mr. Orr or City officials and on the qualifications, history, successes and structure of the DRCEA.

3.     Any and all witnesses listed, regardless of whether they are called, on the witness list of any party.

4.     Any and all witnesses necessary to provide a proper foundation for any physical and/or documentary evidence or to rebut the same regarding testimony or other evidence sought to be admitted by any party

## II.    *Exhibit List*

The Retiree Association Parties hereby submit this consolidated exhibit list

of evidence that will or may be used as evidence during the eligibility trial:

| Retiree Association Parties' Exhibit No. | Exhibit | Objections |
|---|---|---|
| 1. | Declaration of Shirley V. Lightsey (Dkt. 497, Ex. 2) | Hearsay ; Relevance |
| 2. | Declaration of Donald Taylor (Dkt. 497, Ex. 3) | Hearsay ; Relevance |

7

| 3. | Bylaws of DRCEA (RetAssnParties000032-000036) | |
|---|---|---|
| 4. | Bylaws of RDPFFA (RetAssnParties000043-000060) | |
| 5. | Articles of Incorporation for DRCEA (RetAssnParties000038-000041) | |
| 6. | Articles of Incorporation for RDPFFA (RetAssnParties000042) | |
| 7. | Notice and Consent forms from DRCEA Members (See CD, Bates No. RetAssnParties000061) | |
| 8. | Notice and Consent forms from RDPFFA Members (See CD, Bates No. RetAssnParties000062) | |
| 9. | Letter from Shirley V. Lightsey to Kevyn Orr, dated May 4, 2013 (RetAssnParties000181) | |
| 10. | Letters from DRCEA members to the DRCEA (RetAssnParties000001-000021) | Hearsay ; Relevance |
| 11. | Letters from RDPFFA members to the RDPFFA; | Hearsay ; Relevance |
| 12. | Materials provided by the City at the April 18, 2013 presentation; | Copies of Exhibits not provided |
| 13. | Materials provided by the City at the June 14, 2013 presentation (Orr Dep. Ex. 9, Dkt. 438-16, City of Detroit Proposal for Creditors) | Copies of Exhibits not provided |
| 14. | Materials provided by the City at the June 20, 2013 presentation: | Copies of Exhibits not provided |
| 15. | Materials provided by the City at the July 10, 2013 presentation; | Copies of Exhibits not provided |
| 16. | Materials provided by the City at the July 11, 2013 presentation; | Copies of Exhibits not provided |

| 17. | Wieler consent judgment (RetAssnParties000143-000180) | Hearsay ; Relevance |
|---|---|---|
| 18. | U.S. Trustee Retiree Committee Questionnaires completed by the following:<br><br>a. Shirley V. Lightsey (RetAssnParties000100-000104)<br>b. Donald Taylor (RetAssnParties000121-000125) | Hearsay ; Relevance |
| 19. | Any and all documents, correspondence and/or other materials authored by any witnesses identified in Plaintiff's witness list that contain relevant facts and/or information regarding this matter | Non-specific; non-compliant with Local Rule 7016-1(a)(9) |
| 20. | Any and all exhibits identified by any party | |
| 21. | Any and all exhibits included in filings of the Retiree Association Parties. | Non-specific; non-compliant with Local Rule 7016-1(a)(9) |

# ATTACHMENT C

**THE OFFICIAL COMMITTEE OF RETIREES'
CONSOLIDATED (1) WITNESS LIST,
(2) EXHIBIT LIST AND (3) DEPOSITION DESIGNATIONS**

## THE OFFICIAL COMMITTEE OF RETIREES' CONSOLIDATED (1) WITNESS LIST, (2) EXHIBIT LIST AND (3) DEPOSITION DESIGNATIONS

The Official Committee of Retirees (the "Committee"), through their counsel, Dentons US LLP, for the Eligibility Hearing scheduled to start October 23, 2013, submit the following Consolidated (1) Witness List, (2) Exhibit List and (3) Deposition Designations:

## I.    *Witness List*

A.    The Committee hereby submits this consolidated witness list of individuals who will be called as witnesses via deposition testimony in the eligibility trial:

> 1.    Emergency Manager Kevyn D. Orr
>
> 2.    Conway MacKenzie Senior Managing Director Charles Moore
>
> 3.    Michigan Treasurer Andy Dillon

B.    The Committee hereby submits this consolidated witness list of individuals who may be called as witnesses via deposition testimony in the eligibility trial:

> 1.    Milliman Principal and Consulting Actuary Glenn Bowen
>
> 2.    Michigan Labor Relations Director Lamont Satchel
>
> 3.    Ernst & Young LLP Principal Guarav Malhotra
>
> 4.    Kenneth Buckfire

00295091.1  10/11/2013 11:14 AM
13-53846-swr   Doc 2361-13   Filed 10/11/13   Entered 10/11/13 12:18:27   Page 70 of 211
13-53846-swr   Doc 2361-13   Filed 01/02/14   Entered 01/02/14 18:05:52   Page 69 of 140

5. Governor Richard D. Snyder

6. Howard Ryan

D. The Committee hereby reserves the right to call as witnesses any witness called by any other party.

## II. *Exhibit List*

The Committee hereby submits this consolidated exhibit list of evidence that will or may be used as evidence during the eligibility trial:

| Committee's Exhibit No. | Exhibit | Objections |
|---|---|---|
| 1. | 01/30/13 - Orr Dep. Ex. 1, JD-RD-0000113 (email chain) | |
| 2. | 01/31/13 - Orr Dep Ex. 2, JD-RD-0000303 (email chain) | |
| 3. | 01/31/13 - Orr Dep. Ex. 3, JD-RD-0000300-02 (email chain) | |
| 4. | 01/31/13 - Orr Dep. Ex. 4, JD-RD-0000295-96 (email chain) | |
| 5. | Orr Dep. Ex. 5, M.C.L.A. Const. Art. 9, § 24 | |
| 6. | 02/20/13 - Orr Dep Ex. 6, JD-RD-0000216-18 (email chain) | |
| 7. | 02/22/13 - Orr Dep Ex. 7, JD-RD-0000459-64 (email chain) | |
| 8. | 05/12/13 - Orr Dep. Ex. 8, (Financial and Operating Plan) | |
| 9. | 06/14/13 - Orr Dep. Ex. 9, Dkt. 438-16 (City of Detroit Proposal for Creditors) | |
| 10. | 07/16/13 - Orr Dep. Ex. 10, Dkt. 11-10 (letter Re: Recommendation Pursuant to Section 18(I) of PA 436) | |
| 11. | 07/18/13 - Orr Dep. Ex. 11, Dkt. 11-11 | |

12

| | | |
|---|---|---|
| | (letter Re: Authorization to Commence Chapter 9 Bankruptcy Proceeding) | |
| 12. | 07/12/13 - Orr Dep. Ex. 12, Dkt. 512-6 (letter Re: City of Detroit Pension Restructuring) | |
| 13. | 07/17/13 - Orr Dep. Ex. 13, Dkt. 512-6 (letter Re: City of Detroit Pension Restructuring) | |
| 14. | 09/11/13 - Orr Dep. Ex. 14, (Retiree Legacy Cost Restructuring Presentation) | |
| 15. | 07/18/13 - Orr Dep. Ex. 15, Dkt. 11 (Declaration of Kevyn Orr) | |
| 16. | 09/13/13 - Orr Dep. Ex. 17, Dkt. 849 ( City of Detroit Objections and Responses to Detroit Retirement Systems' Frist Requests for Admission Directed to the City of Detroit | |
| 17. | 06/27/13 - Orr Dep. Ex. 18, DTMI00082699 (letter Re: City of Detroit Restructuring) | |
| 18. | 02/13/13 - Orr Dep. Ex. 20, JD-RD-0000334-36 (email chain) | |
| 19. | 01/29/13 - Orr Dep. Ex. 21, DTMI00128731-805 (Jones Day 1/29/13 Pitchbook) | |
| 20. | 03/2013 - Orr Dep. Ex. 22, DTMI00129416 (Restructuring Plan) | |
| 21. | 02/15/13 - Orr Dep. Ex. 25, JD-RD-0000354-55 (email chain) | Authentication ; Hearsay |
| 22. | 06/21/13 - Satchel Dep. Ex. 18, DTMI00078573 (email attaching 6/20/13 Retiree Legacy Cost Restructuring) | |
| 23 | 06/14/13 - Satchel Dep. Ex. 19, Dkt. 438-7(letter Re: Retiree Benefit Restructuring Meeting | |
| 24. | 06/17/13 - Satchel Dep Ex. 20, Dkt. 438-6 (letter Re: Request from EFM for additional information) | |

| | | |
|---|---|---|
| 25. | 09/24/13 - Bowen Dep. Ex. 4, DTMI00066176-90 (letter Re: PFRS Simple 10-Year Projection of Plan Freeze and No Future COLA) | |
| 26. | 11/16/12 - Bowen Dep. Ex. 9, DTMI00066269-74 (letter Re: DGRS Simple Projection) | |
| 27. | 05/20/13 - Bowen Dep. Ex. 10 DTMI00066285 (Letter Re: DGRS Simple 10-Year Projection of Plan Freeze and No Future COLA) | |
| 28. | 05/21/13 - Bowen Dep Ex. 11, (letter from G. Bowen to E. Miller Re: PFRS Simple 10-Year Projection of Plan Freeze and No Future COLA) | |
| 29. | 09/24/13 - Bowen Dep. Ex. 14, (letter Re: One-Year Service Cancellation for DRGS and PFRS) | |
| 30. | 07/17/13 - Malhotra Dep. Ex. 8, DTMI00137104 (Ernst & Young - Amendment No. 7 to statement of work) | |
| 31. | 07/02/13 - Dkt. 438-9 (letter from S. Kreisberg to B. Easterly Re: Request for Information) | |
| 32. | 07/03/13 - Dkt. 438-10 (letter from B. Eastley to S. Kreisberg Re: City of Detroit Restructuring) | |
| 33. | 01/16/13 - DTMI00078970 - 79162, (Ernst & Young Professional Service Contract) | |
| 34. | 04/04/13 - DTMI00210876 - 78, (Ernst & Young Amendment No 6 to Professional Services Contract) | |
| 35. | 07/17/13 - Snyder Dep. Ex. 6, (City of Detroit Rollout Plan) | Hearsay |
| 36. | 06/07/13 - Snyder Dep. Ex. 7, (Tedder email) | Hearsay |
| 37. | 07/08/13 - Snyder Dep. Ex. 8, (Dillon email) | Hearsay |

14

| | | |
|---|---|---|
| 38. | 07/09/13 - Snyder Dep. Ex. 9, (Dillon email) | Hearsay |
| 39. | 07/09/13 - Dillon Dep. Ex. 5 (Dillon email) | Hearsay |
| 40. | 09/13/2013 - Dkt. 849 (City's Response to General Retirement Systems Request For Admissions) | |
| 41. | 08/23/13 - Dkt. 611 (General Retirement Systems Request For Admissions) | |
| 42. | 06/30/2011 - DTMI00225546 - 96, (Gabriel Roeder Smith 73rd Annual Actuarial Valuation) | |
| 43. | 06/30/12 - DTMI00225597 - 645, (Gabriel Roeder Smith 74th Annual Actuarial Valuation) | |
| 44. | 03/2013 - Bing Dep. Ex. 3 DTMI00129416 - 53 (City of Detroit - Restructuring Plan | |
| 45. | 06/30/12 - Bing Dep. Ex. 4 - (Excerpt of Comprehensive Annual Financial Report - (pages 123-124)) | |
| 46. | 07/10/13 - Bing Dep. Ex. 5 - DTMI00098861-62, (email correspondence) | |
| 47. | The video as it is linked from the 09/16/13 and 10/4/13 depositions of Kevyn D. Orr | |
| 48. | The video as it is linked from the 10/14/13 Dave Bing Deposition | |
| 49. | The video as it is linked from the 10/9/13 Richard D. Snyder Deposition | |
| 50. | The video as it is linked from 10/10/13 Andrew Dillon Deposition | |
| 51. | Any and all documents, correspondence and/or other materials authored by any witnesses identified in the City's witness list that contain relevant facts and/or information regarding this matter | Non-specific; non-compliant with Local Rule 7016-1(a)(9) |

15

| 52. | Any and all exhibits identified by any party | |
|-----|---------------------------------------------|---|

## III. Deposition Designations

**The Committee hereby submits the following deposition designations:**

09/16/13 Kevyn Orr

p.10, L. 23 - p. 11, L. 14
p. 12, L. 1 - p. 13, L. 25
p. 14, L. 14 - p. 15, L. 17
p. 17, L. 7 - p. 19, L. 19
p. 20, L. 19 - 25
p. 21, L. 3 - 6
p. 21, L. 21 - 24
p. 23, L. 13 - 19
p. 23, L. 24 - 25
p. 24, L. 4 - p. 25, L. 22
p. 26, L. 20 - 25
p. 29, L. 6 - p. 31, L. 5
p. 32, L. 14 - 23
p. 33, L. 5 - 13
p. 38, L. 11 - p. 41, L. 17
p. 43, L. 15 - p. 45, L. 19
p. 46, L. 7 - p. 47, L. 18
p. 48, L. 1 - p. 49, L. 8
p. 50, L. 23 - p. 53, L. 7
p. 53, L. 16 - 24
p. 54, L. 2 - 5
p. 54, L. 13 - 19
p. 54, L. 22 - p. 55, L. 5
p. 55, L. 8 - 17
p. 55, L. 20 - p. 56, L. 19
p. 56, L. 21
p. 57, L. 11 - p. 60, L. 13
p. 61, L. 17 - p. 62, L. 24

16

p. 63, L. 25 - p. 64, L. 11
p. 65, L. 15 - p. 66, L. 1
p. 69, L. 3 - p. 71, L. 2
p. 71, L. 6 - 8
p. 71, L. 17 - p. 78, L. 5
p. 78, L. 21
p. 79, L. 2 - 6
p. 79, L. 16 - p. 80, L. 8
p. 80, L. 25 - p. 82, L. 23
p. 82, L. 25 - p. 83, L. 3
p. 83, L. 16 - p. 84, L. 2
p. 84, L. 13 - 16
p. 84, L. 18 - 24
p. 85, L. 19 - p. 86, L.1
p. 86, L. 16 - p. 95, L. 1
p. 96, L. 25 - p. 108, L. 7
p. 110, L. 12 - p. 119, L. 10
p. 119, L. 20 - p. 120, L. 16
p. 120, L. 19 - p. 121, L. 12
p. 122, L. 7 - p. 123, L. 14
p. 123, L. 17 - p. 125, L. 10
p. 125, L. 24 - p. 127, L. 4
p. 127, L. 24 - p. 130, L. 23
p. 132, L. 12 - p. 133, L. 25
p. 134, L. 3 - p. 135 L. 4
p. 136, L. 18 - p. 137, L. 1
p. 137, L. 12 - p. 144, L. 23
p. 145, L. 25 - p. 146, L. 10
p. 147, L. 19 - 25
p. 148, L. 16 - p. 153, L. 8
p. 166, L. 12 - 24
p. 168, L. 5 - p. 172, L. 4
p. 172, L. 19 - p. 176, L. 20
p. 177, L. 21 - p. 178, L. 1
p. 179, L. 2 - p. 185, L. 23
p. 187, L. 3 - p. 190, L. 12
p. 192, L. 2 - 8
p. 215, L. 13 - 24
p. 247, L. 1 - 7

p. 248, L. 15 - p. 249, L. 5
p. 251, L. 16 - 18
p. 252, L. 4 - 5
p. 252, L. 12 - p. 253, L. 6
p. 260, L. 8 - 21
p. 261, L. 21 - p. 262, L. 4
p. 262, L. 13 - 23
p. 266, L. 18 - 25
p. 267, L. 11 - p. 268, L. 1
p. 270, L. 25 - p. 272, L. 6
p. 272, L. 20 - p. 273, L. 13
p. 273, L. 24 - p. 276, L. 8
p. 277, L. 19 - p. 279, L. 6
p. 279, L. 23 - p. 280, L. 4
p. 280, L. 17 - 19
p. 280, L. 23 - 25
p. 288, L. 10 - p. 289, L. 6
p. 302, L. 9 - p. 303, L. 7

<u>10/04/13 Kevin Orr</u>

p. 323, L. 22 – p. 324, L.14
p. 328, L. 4 - p. 329, L. 3
p. 330, L. 13 - 17
p. 331, L. 18 - p. 332, L. 1
p. 332, L. 2
p. 333, L. 11 - p. 335, L. 9
p. 361, L. 7 - p. 362, L. 22
p. 364, L. 5 - p. 365, L. 7
p. 368, L. 10-15
p. 369, L. 12 - p. 381, L. 2
p. 409, L. 9 - p. 412, L. 18
p. 415, L. 7 - p. 417, L. 11
p. 419, L. 2 - 7
p. 455, L. 3 - p. 457, L. 1
p. 464, L. 17 - 19
p. 477, L. 8 - p. 481, L. 22
p. 489, L. 8 - 22

<u>09/18/13 Charles M. Moore Deposition Designations</u>

p. 8, L. 4 - 8
p. 12, L. 3 - 6
p. 36, L. 9 - 12
p. 50, L. 2 - p. 51, L. 1
p. 51, L. 10 - 17
p. 52, L. 5 - 20
p. 53, L. 25 - p. 54, L. 11
p. 61, L. 18 - p. 62, L. 7
p. 62, L. 25 - p. 63, L. 12
p. 64, L. 6 - 7
p. 64, L. 9 - 14
p. 64, L. 16 - 20
p. 65, L. 4 - 11
p. 70, L. 16 - 18
p. 91, L. 20 - 23
p. 110, L. 12 - 22
p. 126, L. 22 - p. 127, L. 14
p. 130, L. 25 - p. 131, L. 14
p. 138, L. 7 - p. 139, L. 9
p. 140, L. 16 - p. 141, L. 2
p. 141, L. 8 - 19
p. 150, L. 24 - p. 151, L. 5
p. 151, L. 7 - 18
p. 151, L. 20 - p. 152, L. 1
p. 152, L. 8 - 21
p. 156, L. 18 - 25

<u>10/10/13 Andrew Dillon</u>

p. 7, L. 18 - 20
p. 60, L. 10 - p. 61, L. 2
p. 61, L. 9 - p. 63, L. 10
p. 64, L. 10 - 15
p. 68, L. 23 - p. 69, L. 1
p. 69, L. 23 - p. 71, L. 12
p. 89, L. 15 - p. 90, L. 24
p. 91, L. 10 - p. 93, L. 1

19

p. 94, L. 11 - p. 96, L. 9
p. 119, L. 1 - p. 120, L. 14

09/24/13 Glen David Bowen

p. 12, L. 7 - 9
p. 19, L. 12 - 20
p. 34, L. 8 - 21
p. 63, L. 21 - p. 64, L. 5
p. 73, L. 7 - 21
p. 91, L. 18 - p. 92, L. 13
p. 93, L. 4 - 14
p. 98, L. 13 - p. 99, L. 3
p. 99, L. 9 - 17
p. 100, L. 18 - 22
p. 129, L. 14 - 22
p. 130, L. 8 - p. 132, L. 11
p. 133, L. 10 - p. 134, L. 18
p. 141, L. 9 - 17
p. 142, L. 8 - 10
p. 142, L. 13 - 19
p. 143, L. 1 - 6
p. 143, L. 8 - 19
p. 146, L. 8 - 19
p. 147, L. 2 - p. 148, L. 15
p. 148, L. 19 - 22
p. 149, L. 2 - 3
p. 149, L. 6 - 8
p. 150, L. 5 - 15
p. 177, L. 18 - p. 178, L. 3
p. 192, L. 8 - p. 193, L. 11
p. 194, L. 4 - 12
p. 198, L. 5 - 7
p. 198, L. 17 - 19
p. 203, L. 20 - p. 204 L. 9
p. 204 L. 11 - 14
p. 204, L. 16 - 19
p. 205, L. 7 - p. 206, L. 11

<u>09/19/13 Lamont Satchel</u>

p. 65, L. 7 - p. 66, L. 9
p. 88, L. 14 - p. 89, L.18
p. 89, L. 25 - p. 90, L. 1
p. 90, L. 4 - p. 91, L. 3

<u>09/09/13 Guarav Malhotra</u>

p. 12, L. 22 - p. 13, L. 5
p. 17, L. 4 - 11
p. 19, L. 15 - p. 21, L. 12
p. 25, L. 7 - p. 26, L. 8
p. 40, L. 4 - 10
p. 50, L. 21 - p. 53, L. 20
p. 110 L. 8 - p. 115, L. 15
p. 115, L. 20 - p. 116, L. 3
p. 116, L. 10 - p. 119, L. 11
p. 119, L. 17 - p. 120, L. 11
p. 190, L. 18 - p. 192, L. 8
p. 196, L. 23 - p. 198, L. 13
p. 209, L. 3 - 18
p. 227, L. 12 - p. 228, L. 6

<u>09/09/13 Guarav Malhotra</u>

p. 10, L. 12 - 21
p. 11, L. 14 - p. 12, L. 18
p. 24, L. 18 - p. 25, L. 18
p. 28, L. 5 - p. 29, L. 18
p. 38, L. 12 - 21
p. 44, L. 21 - p. 47, L. 11
p. 51, L. 7 - p. 55, L. 12
p. 60, L. 4 - p. 63, L. 3
p. 80, L. 8 - 21
p. 106, L. 10 - p. 108, L. 11

<u>09/20/13 Kenneth Buckfire</u>

p. 10, L. 2 - 6
p. 37, L. 12 - p. 38, L. 4
p. 40, L. 2 - p. 40, L. 16
p. 58, L. 13 - p. 63, L. 3
p. 66, L. 6 - p. 68, L. 8
p. 74, L. 24 - p. 77, L. 2
p. 77, L. 8 - 22
p. 95, L. 7 - p. 97, L. 22
p. 98, L. 9 - p. 99, L. 19
p. 101, L. 7 - p. 102, L. 15
p. 104, L. 13 - p. 105, L. 6
p. 112, L. 12 - 25


10/09/13 Richard D. Snyder


p. 9, L. 24 - p. 10, L. 1

p. 11, L. 20 - p. 12, L. 12

p. 13, L. 3 - 17

p. 13, L. 20 - 22

p. 29, L. 18 - p. 30, L. 2

p. 46, L. 3 - 6

p. 46, L. 16 - 19

p. 46, L. 24 - p. 47, L. 5

p. 51, L. 17 - p. 53, L. 3

p. 55, L. 20 - p. 56, L. 1

p. 57, L. 4 - 6

p. 57, L. 9 - 11

p. 59, L. 2 - 5

00295091.1  10/11/2013 11:14 AM
13-53846-swr    Doc 2361-13   Filed 10/17/13   Entered 10/17/13 22:18:27   Page 81 of
211

p. 60, L. 16 - 23

p. 61, L. 1 - 4

p. 61, L. 8

p. 63, L. 9 - p. 64, L. 10

p. 64, L. 14 - 18

p. 64, L. 20 - p. 65, L. 6

p. 71, L. 12 - 17

p. 76, L. 11 - 13

p. 77, L. 6 - 19

p. 78, L. 14 - p. 79, L. 14

p. 79, L. 25 - p. 80, L. 6

p. 85, L. 10 - 18

p. 87, L. 1 - 9

p. 92, L. 16 - 20

p. 109, L. 10 - p. 110, L. 6

p. 120, L. 11 - 19

p. 122, L. 10 - 13

p. 122, L. 18 - 20

p. 124, L. 3 -17

p. 125, L. 21 - p. 126, L. 10

p. 126, L, 18 - 21

p. 127, L. 13 - 15

p. 128, L. 18 - 22

23

p. 130, L. 6 - 24

p. 131, L. 5 - 9

p. 141, L. 4

p. 141, L. 7 - 10

p. 141, L. 17 - 19

p. 142, L. 1 - 14

p. 149, L. 25 - p. 150, L. 13


<u>10/10/13 Andrew Dillon Deposition Designations</u>


p. 7, L. 18 - 20
p. 60, L. 10 - p. 61, L. 2
p. 61, L. 9 - 12
p. 61, L. 16 - p. 63, L. 10
p. 64, L. 10 - 15
p. 68, L. 20 - p. 69, L. 1
p. 69, L. 23 - p. 71, L. 12
p. 89, L. 15 - p. 90, L. 24
p. 91, L. 10 - p. 93, L. 1
p. 94, L. 11 - p. 95, L. 25
p. 96, L. 5 - 9
p. 119, L. 1 - p. 120, L. 14


<u>10/14/13 Howard Ryan Deposition Designations</u>


p. 7, L. 15 - p. 8, L. 7
p. 18, L. 14 - p. 19, L. 4

p. 25, L. 9 - p. 28, L.17
p. 30, L. 13 - p. 31, L. 3
p. 35, L. 25 - p. 37, L. 20
p. 46, 6 - p. 46, L. 23

10/14/13 Dave Bing Deposition Designations

p. 11, L. 9 - p. 13, L. 7
p. 50. L. 7 - p. 51, L. 8
p. 53, L. 15 - p. 58, L. 11
p. 59, L. 25 - p. 64, L. 23
p. 66, L. 21 - p. 68, L. 9
p. 72, L. 13 - p. 75, L. 11
p. 75, L. 22 - p. 90, L. 3
p. 91, L. 4 - 24

00295091.1  10/11/2013 11:14 AM

# ATTACHMENT D

**THE MICHIGAN COUNCIL 25 OF THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES' CONSOLIDATED <u>(1) WITNESS LIST (2) EXHIBIT LIST AND (3) DEPOSITION DESIGNATIONS</u>**

{00200723}26

13-53846-tjt   Doc 2361-13   Filed 01/03/14   Entered 01/03/14 18:09:52   Page 85 of 211
13-53846-swr   Doc 1381-1   Filed 10/17/13   Entered 10/17/13 22:16:27   Page 84 of 140

**THE MICHIGAN COUNCIL 25 OF THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES' CONSOLIDATED (1) WITNESS LIST (2) EXHIBIT LIST AND (3) DEPOSITION DESIGNATIONS**

The Michigan Council 25 of the American Federation of State, County and Municipal Employees ("AFSCME"), through their counsel, Lowenstein Sandler LLP, for the Eligibility Hearing scheduled to start October 23, 2013, submit the following Consolidated (1) Witness List, (2) Exhibit List and (3) Deposition Designations:

*I.*     *Witness List*

A.    The AFSCME hereby submits this consolidated witness list of individuals who will be called as live witnesses in the eligibility trial:

     1.     Steven Kreisberg

B.    The AFSCME hereby submits this consolidated witness list of individuals who will be called as witnesses via deposition testimony in the eligibility trial:

     1.     Governor Richard D. Snyder

     2.     Emergency Manager Kevyn D. Orr

     2.     Ernst & Young LLP Principal Guarav Malhotra

     3.     Conway MacKenzie Senior Managing Director Charles Moore

     4.     Michigan Treasurer Andy Dillon

     5.     Richard Baird

{00200723}27

6.      Mayor David Bing

7.      Howard Ryan

C.      The AFSCME hereby submits this consolidated witness list of individuals who may be called as witnesses via deposition testimony in the eligibility trial:

1.      Edward McNeil

D.      The AFSCME hereby reserves the right to call as witnesses any witness called by any other party.

## II.      *Exhibit List*

The AFSCME hereby submits this consolidated exhibit list of evidence that will or may be used as evidence during the eligibility trial:

| AFSCME Exhibit No. | Exhibit | Objections |
|---|---|---|
| 1. | 08/2007 - Dep. Ex. 8, (Office of the Auditor General Audit of the Municipal Parking Department)  Deposition of Kenneth A. Buckfire, September 20, 2013 | Relevance |
| 2. | 12/16/11 - AFSCME000000368 – 373, (City of Detroit Budgetary Savings and Revenue Manifesto – City of Detroit Labor Organizations) | Authentication; Hearsay; Relevance |
| 3. | 12/21/11 - Ex. C, (2011 Treasury Report) Declaration of  Kevyn Orr in Support of Eligibility | |

{00200723}28

13-53846-swr   Doc 2361-13  Filed 01/02/14  Entered 01/02/14 18:05:52   Page 87 of
211
13-53846-swr   Doc 2361-13   Filed 01/02/14   Entered 01/02/14 18:05:52   Page 86 of 140

| | | |
|---|---|---|
| 4. | 01/10/12 - Dep. Ex. 10, (City of Detroit Letter Request for Information to Cockrel, Budget, Finance and Audit Standing Committee Chair) Deposition of Kenneth A. Buckfire, September 20, 2013 | |
| 5. | 02/01/12 - DTMI00086926 – 86983, (Tentative Agreement between City and Coalition of City of Detroit (non-uniform) Unions) | Hearsay; Relevance |
| 6. | 03/02/12 - DTMI00234878 – 234880, (Email amongst Jones Day Subject: Consent Agreement) | |
| 7. | 03/26/12 - Dep. Ex. 5, (Letter from Lamont Satchel to Edward McNeil Confirming Coalition of Unions representing Detroit City workers has ratified a new contract) Deposition of Lamont Satchel, September 19, 2013 | Relevance |
| 8. | 04/02/12 - Dep. Ex. 6, (Letter to Lamont Satchel from Edward McNeil providing updated list of coalition unions) Deposition of Lamont Satchel, September 19, 2013 | Relevance |
| 9. | 03/26/12 - DTMI00204529 - 204543, (2012 Financial Review Team Report, dated March 26, 2012) | |
| 10. | 04/05/12 - DTMI00161620 - 161678, (2012 Consent Agreement) | |
| 11. | 06/06/12 - Dep. Ex. 9, (City of Detroit Non-filer Collection Summary for years | Authenication; Hearsay; |

| | 2006 to 2009) Deposition of Kenneth A. Buckfire, September 20, 2013 | Relevance |
|---|---|---|
| 12. | 06/11/12 - DMTI00098703- 98704 Email from Kyle Herman of Miller Buckfire to Heather Lennox & others Forwarding article "Bing: Detroit Will Miss Friday Payment if Suit Not Dropped" | Hearsay |
| 13. | 07/18/12 - AFSCME000000291-337, (Letter from Satchel attaching City Employment Terms) | Relevance |
| 14. | 07/27/12 - AFSCME 000000340 – 343, (Inter-Departmental Communication from Lamont Satchel to City of Detroit Employees regarding employment terms) | Relevance |
| 15. | 08/02/12 - Dep Ex. 12, (August 2, 2012 CET Implementation Project Kickoff Meeting) Deposition of Lamont Satchel, September 19, 2013 | Relevance; Hearsay |
| 16. | 08/20/12 - AFSCME 000000344 - 347, (Cynthia Thomas Memorandum re: Changes in Pension Provisions to Unionized Employees Subject to City Employment Terms) | Hearsay; Relevance |
| 17. | 08/29/12 - DTMI00090577 – 90584, (Cynthia Thomas Revised Memorandum re: Changes in Pension Provisions to Unionized Employees Subject to City Employment Terms) | Hearsay; Relevance |
| 18. | 11/21/12 - DMTI00103931 - 103932, (Email Exchange with James Doak to | Hearsay; Relevance |

| | | |
|---|---|---|
| | Buckfire & others re: furloughs) | |
| 19. | 12/02/12 - Moore Dep. Ex. 6, DTMI00078512 - 8514 (Email from Kriss Andrews to Andy Dillon re: respective roles of E&Y, Conway MacKenzie, and Miller Buckfire in restructuring) | |
| 20. | 12/14/12 - DTMI00220457 - 220459, (2012 Treasury Report) | |
| 21. | 12/18/12 - Dep. Ex. 12, (Letter from Edward McNeil to Lamont Satchel) Deposition of Lamont Satchel, September 19, 2013 | |
| 22. | 12/19/12 - Dep. Ex. 13, (Budget Required Furlough) Deposition of Lamont Satchel, September 19, 2013 | |
| 23. | 12/19/12 - Moore Dep. Ex. 7, DTMI00106319 - 106320, (Email from Van Conway to Moore Re: draft "Exhibit A" concerning proposed scope of services for Conway MacKenzie as part of K with City of Detroit) | |
| 24. | 12/19/12 - Moore Dep. Ex. 8, DTMI00079526, (Email from Moore to Kriss Andrews etc Re: draft "Exhibit A" concerning proposed scope of services for Conway MacKenzie as part of K with City of Detroit) | |
| 25. | 12/19/12 - Moore Dep. Ex. 9, (Email from Kriss Andrews to Baird Re: scope of work for Conway MacKenzie) | |

| | | |
|---|---|---|
| 26. | 12/19/12 - Moore dep. Ex. 10, DTMI00079528 - 79530 (Exhibit A Conway MacKenzie Scope of Services for January 9, 2013 through December 31, 2013) | |
| 27. | 12/27/12 - Dep. Ex. 17 (Caremark/CVS Letter), Deposition of Lamont Satchel, September 19, 2013 | Hearsay; Relevance |
| 28. | 01/2013 - Dep Ex. 5, (Water Supply System Capital Improvement Program Fiscal Years 2013 through 2017 (January 2013 Update) Deposition of Kenneth A. Buckfire, September 20, 2013 | Hearsay; Relevance |
| 29. | 01/2013 - Dep. Ex. 6, (Sewage Disposal System, Capital Improvement Program, Fiscal years 2013 through 2017 (January 2013 Update) Deposition of Kenneth A. Buckfire, September 20, 2013 | Hearsay; Relevance |
| 30. | 01/03/13 - Dep Ex. 14, (Letter from Lamont Satchel to Ed McNeil in Response to December 28, 2012 Letter) Deposition of Lamont Satchel, September 19, 2013 | Relevance |
| 31. | 01/14/13 - DMTI00079665 - 79667(email from Kriss Andrews re: Professionals Call on Retiree Health Care Issues) | |
| 32. | 01/22/13 - DMTI00079569 - 79574, (Email from Kriss Andrews to Himself attaching Executive Summary of Detroit Restructuring Plan) | |
| 33 | 01/23/13 - Dep. Ex. 15, (Letter from | |

| | | |
|---|---|---|
| | Lamont Satchel to Ed McNeil responding to information request submitted December 18, 2012) Deposition of Lamont Satchel, September 19, 2013 | |
| 34. | 01/25/13 - Dep. Ex. 16, (Letter from Ed McNeil to Lamont Satchel in preparation for meeting January 30, 2013) Deposition of Lamont Satchel, September 19, 2013 | |
| 35. | 01/16/13 - Moore Dep. Ex. 11, DTMI00078909 - 78969 (Conway MacKenzie Professional Service Contract Transmittal Record approved January 16, 2013) | |
| 36. | 01/29/13 - DTMI00128731-128805, (Pitch Presentation given to the City by the City's Law Firm) | |
| 37. | 1/30/13 - JD-RD-0000113, (Email From Richard Baird forwarded by Corinne Ball to Heather Lennox "Bet he asked if Kevyn could be EM!") | |
| 38. | 01/31/12 - JD-RD-0000177 -178, (10:52 email between Orr and his colleague) | |
| 39. | 01/31/13 - JD-RD-0000295 - 296 (3:45:47 PM Email between Kevyn Orr and Corinne Ball Re: Bloomberg involvement as a bad idea & new law as a "redo" of prior rejected law) | |
| 40. | 01/31/13 - JD-RD-0000303, (5:23:09 PM Email between Kevyn Orr and colleague re conversation with Richard Baird re: | |

{00200723}33

| | | |
|---|---|---|
| | consideration of EM job; in response to email from Corinne Ball re: Bloomberg Foundation and financial support for EM & project) | |
| 41. | 01/31/13 - JD-RD-0000300 - 302 (4:10:58 PM Email exchange between Orr and Daniel Moss Re: prudence of making Detroit a "national issue" to provide "political cover" & best option to go through chapter 9) | |
| 42. | 02/11/13 - DMTI00083374 - 83394, (City of Detroit FAB Discussion Document) | |
| 43. | 02/07/13 - JD-RD-0000334 - 336, (Email String between Richard Baird and Kevyn Orr re: Details of Emergency Manager Employment) February 12-13 | |
| 44. | 02/12/13 - JD-RD-0000327, ( Email string between Richard Baird, Andy Dillon, Kevyn Orr and Others regarding schedule for Orr Visit on February 11, 2013) February 7, 2013-February 11, 2013 | |
| 45. | 02/13/13 - JD-RD-0000354-355, (Email String Regarding Prospect of Orr accepting position as Emergency Manager) February 13, 2013-February 15, 2013 | |
| 46. | 02/18/13 - Moore Dep. Ex. 18, DTMI00103661 - 103663, (Email from Moore to Bill Pulte re: Pulte Capital Partners LLC employment to clear blight) | |

{00200723}34

| | | |
|---|---|---|
| 47. | 02/19/13 - DTMI00080488 - 80508, (2013 Financial Review Team Report) | |
| 48. | 02/19/13 - DTMI00080488 - 80508, (Supplemental Documentation of the Detroit Financial Review team Report) | |
| 49. | 02/20/13 - JD-RD-0000216 - 218, (Email attaching summary of partnership – Governor, Mayor & EM) | |
| 50. | 02/22/13 - JD-RD-0000459 - 464,  (Email exchange concerning summary of partnership Exchange with Orr and Baird, forwarding exchange between Baird and Snyder) February 20- 22, 2013 | |
| 51. | 02/22/13 - DTMI00097150 - 97154, (Letter from Irvin Corley, Director Fiscal Analysis Division and David Whitaker, Director Research & Analysis Division to Councilmembers Providing Comments on the Report of the Detroit Financial Review Team report) | |
| 52. | 03/2013 - DMTI00078433 - 78470, (City of Detroit Restructuring Plan, Mayor's Implementation Progress Report) | |
| 53. | 03/01/13 - DTMI 00124558 - 24562, (Governor's Determination of Financial Emergency) | |
| 54. | 03/11/13 - Moore Dep. Ex. 13, DTMI00078028–78046,  (FAB Discussion Document) | |

| | | |
|---|---|---|
| 55. | 03/27/13 - JD-RD-0000524 - 532, (Contract for Emergency Manager Services) | |
| 56. | 04/05/13 - Moore Dep. Ex. 14 - DTMI00069987 – 70027,  (City Council Review Restructuring Recommendations) | |
| 57. | 04/08/13 - Moore Dep. Ex. 14 - DTMI00083414 – 83434 - (FAB Discussion Document) | |
| 58. | 04/11/13 - ,  (Order No. 5, issued by the EM April 11, 2013, requires that the EM approve in writing of any transfers of the City's real property) | |
| 59. | 05/02/13 - (Order No. 6, issued by the EM on May 2, 2013, directs the precise amount of deposits from the City to the Public Lighting Authority) | |
| 60. | 05/12/13 - DTMI00222548 - 222591, (Financial and Operating Plan) | |
| 61. | 05/21/13 - Moore Dep. Ex. 4, DTMI00106352 - 6353,  (email from Van Conway to Moore) | |
| 62. | 05/21/13 - DTMI00106348 - 6349 (email exchange between Moore and Baird re: hiring of "Van" (Conway)) | |
| 63. | 05/24/13 -  Debtor's Omnibus Reply to Objections Ex. C, (Letter from Edward McNeil estimating savings from the Tentative Agreement of Approximately | |

| | | |
|---|---|---|
| | $50 million) | |
| 64. | 06/03/13 - Dep. Ex. 5, SOM20001327-1327-28, (Email String re: Financial and Operating Plan Powerpoint  January 3, 2013 through June 7, 2013) Deposition of Treasurer Andrew Dillon, October 10, 2013 | Hearsay |
| 65. | 06/10/13 - DTMI0011511-115432,  (June 10 Presentation) | |
| 66. | 06/14/13 - DTMI00083043 - 83044, (letter from counsel to the City of Detroit to AFSCME) | |
| 67. | 06/14/13 - DTMI00227728 - 227861, (City of Detroit's "Proposal for Creditors" presented by the City of Detroit on June 14, 2013) | |
| 68. | 06/14/13 - DTMI00083741 - 83805, (Executive Summary of City of Detroit's "Proposal for Creditors" presented by the City of Detroit on June 14, 2013) | |
| 69. | 06/17/13 - AFSCME000000040 - 41 Kreisberg letter to Miller Buckfire & Co., LLC. | |
| 70. | 06/20/13 - DTMI00078574 - 78597, (Retiree Legacy Cost Restructuring, Uniform Retirees June 20, 2013 Presentation) | |
| 71. | 06/20/13 - DTMI00078598 - 78621, (Retiree Legacy Cost Restructuring, Non-Uniform Retirees June 20, 2013 | |

| | | |
|---|---|---|
| | Presentation) | |
| 72. | 06/21/13 - DMTI00099297 - 99298, (Email Sonya Mays to herself Re: refining current responsibilities to align more closely with City's financial restructuring effort) | |
| 73. | 06/21/13 - DTMI00078573 - 78621, (email from Lamont Satchel to David Bing and others attaching Emergency Manager's current restructuring plan for healthcare benefits and pensions) | |
| 74. | 06/27/13 - DTMI00084443, (letter from counsel to the City of Detroit to AFSCME) (Letter to Ed- not letter included in objection) | |
| 75. | 06/28/13 - DTMI00135831, (June 28, 2013 email from counsel to the City of Detroit to AFSCME) | |
| 76. | 06/30/13 - DTMI00175701 - 175736, (City of Detroit Water Fund Basic Financial Statements) | Authentication; Hearsay; Relevance |
| 77. | 06/30/13 - DTMI00175663 - 74700, (City of Detroit Sewage Disposal Fund Basic Financial Statements) | Authentication; Hearsay; Relevance |
| 78. | 07/02/13 - AFSCME000000036 - 39, (Kreisberg letter to counsel to the City of Detroit) | |
| 79. | 07/03/13 - DTMI00084320 - 84321, (letter from counsel to the City of Detroit to | |

{00200723}38

13-53846-swr    Doc 2361-13   Filed 10/17/13   Entered 10/17/13 18:09:52   Page 97 of
211
13-53846-swr    Doc 1381-13   Filed 01/02/14   Entered 01/02/14 18:05:52   Page 96 of 140

| | AFSCME) | |
|---|---|---|
| 80. | 07/04/13 - DTMI00109900 -109901, (Email from Dana Gorman to Bill Nowling attaching Communications Rollout) | Hearsay |
| 81. | 07/08/13 - Dep. Ex. 7, SOM200003601, (Email re: Detroit and Pension Cuts) Deposition of Richard Baird, October 10, 2013 | Hearsay |
| 82. | 07/08/13 - SOM20010097, (Email from Bill Nowling to Governor's Office Attaching July 4, 2013 Spreadsheet entitled "Chapter 9 Communications Rollout") | Hearsay |
| 83. | 07/18/13 - (Order No. 10, issued by the EM on July 8, 2013, suspends the Detroit Charter's requirement for filling vacancies on City Council) | |
| 84. | 07/09/13 - SOM20010234, (Email from Treasurer Andy Dillon to the Governor and other Individuals in the Governor's Office) | Hearsay |
| 85. | 07/09/13 - Dep. Ex. 8, SOM200003657, (email re: Detroit and Referencing Meeting Keyvn Orr to have with pensions) Deposition of Richard Baird, October 10, 2013 | Hearsay |
| 86. | 07/11/13 - DMTI00104215-104217, (Email from Dave Home to Kenneth Buckfire forwarding pre-read for call | Hearsay |

| | | |
|---|---|---|
| | regarding options for protecting art) | |
| 87. | 07/16/13 - DTMI00099244 - 99255, (Emergency Manager Recommendation of Chapter 9 Filing) | |
| 88. | 07/17/13 - DTMI00128729-128730, (Email from Ken Buckfire regarding the deal reached between the City and its swap counterparties) | Hearsay |
| 89. | 07/17/13 - DTFOTA0000001 - 8, (Ernst & Young Amendment No. 7 to Professional Services Contract with City of Detroit) | |
| 90. | 07/18/13 - DTMI00116442 - 116445, (Governor's Authorization of Chapter 9 Filing) | |
| 91. | 07/18/13 - Decl. Ex. A (Temporary Restraining Order dated July 18, 2013) Kreisberg Declaration, August 19, 2013 | |
| 92. | 07/19/13 - Ex. B (Order of Declaratory Judgment dated July 19, 2013) Kreisberg Declaration, August 19, 2013 | |
| 93. | 07/19/13 - DTMI00116442-116445, (email re: High Priority with attached July 18, 2013 Letter re Authorization to Commence Chapter 9 Bankruptcy Proceeding) | |
| 94. | 08/06/13 - AFSCME000000050, (Kreisberg letter to counsel to the City of Detroit) (no attachment) | Relevance |
| 95. | 08/08/13 - AFSCME000000045 - 46, | Relevance |

| | | |
|---|---|---|
| | (letter from counsel to the City of Detroit to AFSCME) | |
| 96. | 09/11/13 - Ex. 14, (Retiree Legacy Cost Restructuring Presentation) Deposition of Kevyn Orr, September 16, 2013 | Relevance |
| 97. | 09/13/13 - DTFOTA1 – 153, (Letter from Jones Day to Caroline Turner attaching documents relied upon in Buckfire and Malhotra Depositions) Deposition of Kenneth A. Buckfire, September 20, 2013 | |
| 98. | 10/09/13 - Ex. 11, (Email Subject: High Priority) Deposition of Governor Richard Snyder, October 9, 2013 | |
| 99. | DTMI00117210 -117215, (Detroit City Council Rationale for Appeal) | Authentication; Relevance |
| 100. | Ex. 18, (City Government Restructuring Program Hot Items) Deposition of Kenneth A. Buckfire, September 20, 2013 | Authentication; Hearsay |
| 101. | NERD Tax Return | Authentication; Hearsay; Relevance |
| 102. | 09/16/13 - Ex. B, (Deposition Transcript of Emergency Manager Kevyn Orr September 16, 2013) Declaration of Michael Artz. | |
| 103. | 10/04/13 - Ex. E, (Transcript of continued deposition testimony given by Emergency Manager Kevyn Orr) Declaration of Michael Artz. | |

{00200723}41

13-53846-swr Doc 2361-13 Filed 01/02/14 Entered 01/02/14 19:52:52 Page 100 of
211
13-53846-swr Doc 2232-13 Filed 12/27/13 Entered 12/27/13 18:50:27 Page 99 of 140

| 104. | 10/09/13 - Ex. A, (Deposition Transcript of Governor Richard Snyder) Declaration of Michael Artz. | |
|---|---|---|
| 105. | 09/20/13 - Ex. C, (Deposition Transcript of Guarav Malhotra) Declaration of Michael Artz. | Hearsay |
| 106. | 09/18/13 - Ex. D, (Deposition of Charles Moore) Declaration of Michael Artz. | Hearsay |

## III.   Deposition Designations

**The AFSCME hereby submits the following deposition designations**

9/16/13 10/4/13 Kevyn Orr deposition:

p. 18, L. 12 - p. 21, L. 20
p. 21, L. 3-6
p. 24, L. 24 – 25
p. 31, L. 5
p. 137, L. 25 – p. 138, L. 8
p. 220, L. 19  - p. 221, L. 10
p. 237, L. 15 – p. 237, L. 5
p. 252, L. 25 – p. 253, L. 16
p. 288, L. 2- 9
p. 301, L. 19 – p. 302, L. 8
p. 377, L. 1 – p. 380, L. 13

9/20/13 Gaurav Malhotra deposition:

p. 44, L. 21 – p. 45, L. 17
p. 86, L. 20 – 23

9/18/13 Charles Moore deposition:

p. 62, L. 2-7
p. 63, L. 10-12

10/9/13 Governor Richard Snyder deposition:

p. 46, L. 3 - 23
p. 52, L. 13 - 15
p. 63, L. 9 – p. 64, L. 18

10/10/13 Treasurer Andrew Dillon deposition

p. 63, L. 5 – p. 66, L. 1
p. 68, L. 23 – p. 71, L. 12
p. 119, L. 1 – p. 121, L. 17

10/10/13 Andrew Baird deposition:

p. 13, L. 11- p. 15, L. 10
p. 16, L. 2 - 18
p. 19, L. 2 – 20

10/14/13 Mayor Dave Bing deposition:

p. 12, L. 7 – p. 13, L. 24
p. 14, L. 9 - 21
p. 20, L. 19 – 24
p. 45, L. 24 – p. 46, L. 10
p. 76, L. 2 – p. 68, L. 9
p. 69, L. 8 – p. 70, L. 25
p. 100, L. 15 – p. 101, L. 13
p. 103, L. 15 – p. 106, L. 6
p. 106, L. 11 – p. 108, L. 9
p. 107, L. 16 – p. 108, L. 1

# ATTACHMENT E

**THE UAW'S AND *FLOWERS* PLAINTIFFS' CONSOLIDATED
(1) WITNESS LIST, (2) EXHIBIT LIST AND (3) DEPOSITION**

# THE UAW'S AND *FLOWERS* PLAINTIFFS' CONSOLIDATED (1) WITNESS LIST, (2) EXHIBIT LIST AND (3) DEPOSITION DESIGNATIONS

## I.    *Witness List*

    A.    The UAW and Flowers hereby submit this consolidated list of individuals who will be called as witnesses in the eligibility trial:

        1.    Michael Nicholson - Subject:  City's pre-petition meetings with stakeholders and status of the employees and retirees of the Detroit Public Library

        2.    Jack Dietrich – history of bargaining between UAW Local 2211 and City

        3.    Janet Whitson –impact of pension cuts on retirees, including Detroit Public Library Retirees

        4.    Michigan Governor Rick Snyder – motivation for Chapter 9 filings and dealings between Emergency Manager and state officials

        5.    Michigan Treasurer Andy Dillon – motivation for Chapter 9 filings and dealings between Emergency Manager and state officials

        6.    Michigan Transformation Manager Rick Baird – motivation for Chapter 9 filings and dealings between Emergency Manager and state officials

    C.    The UAW hereby reserves the right to call as witnesses any witness called by any other party.

## II.    *Exhibit List*

00295091.1  10/11/2013 11:14 AM

The UAW hereby submits this consolidated exhibit list of evidence that will

or may be used as evidence during the eligibility trial:

| UAW Exhibit No. | Exhibit | Objections |
|:---:|:---|:---:|
| 1. | Orr deposition Exh. 21 (Jones Day 1/29/13 pitchbook) | |
| 2. | Orr deposition Ex. 1, JD-RD-0000113 (email chain) | |
| 3. | Orr deposition Ex. 2, JD-RD-000303 (email chain) | |
| 4. | Orr deposition Ex. 3, JD-RD-0000300-302 (email chain) | |
| 5. | Orr deposition Ex. 6, JD-RD-0000216-218 (email chain) | |
| 6. | Orr deposition Ex. 8, (no Bates stamp) (5/12/13 EM Financial and Operating Plan) | |
| 7. | Orr deposition Ex. 9 (6/14/13 Proposal for Creditors) | |
| 8. | Orr deposition Ex. 10 (no Bates stamp) (7/16/13 EM letter to Governor) | |
| 9. | Orr deposition Ex. 11 (no Bates stamp) (7/18/13 Governor letter to EM) | |
| 10. | Orr's 7/18/13 declaration [Docket No. 11] | |
| 11. | Orr deposition Ex. 17, City's responses to Retirement System's Admissions Requests [Docket No. 15] | |
| 12. | Orr deposition Ex. 18, DTMI00082699 (6/27/13 Jones Day letter to John Cunningham) | |
| 13. | 7/8/13 email from Treasurer Dillon to Governor Snyder, (SOM20003601) | Hearsay |
| 14. | Buckfire deposition Ex. 13, DTM00103931-932 (Email chain) | Hearsay |
| 15. | Lamont Satchel deposition Ex. 18 (June | Hearsay |

| | | |
|---|---|---|
| | 20, 2013 proposal). | |
| 16. | Rick Snyder Dep. Ex. 10, City of Detroit Chapter 9 Communications Rollout Plan | Hearsay |
| 17. | Rick Snyder Dep. Ex. 9, 7/9/13 email from Dillon to Snyder | Hearsay |
| 18. | Rick Snyder Dep. Ex. 8, 7/8/13 email from Dillon to Snyder | Hearsay |
| 19. | Rick Snyder Dep. Ex. 7 | Hearsay |
| 20. | Rick Snyder Dep. Ex. 6 | Hearsay |
| 21. | Rich Baird deposition Ex. 5 2/20/13 email from Baird to Orr | Relevance |
| 22. | Rich Baird deposition Ex. 6, 2/22/13 email from Baird to Orr | Relevance |
| 23. | Andy Dillon deposition Ex. 5, 7/19/email | Hearsay |
| 24. | Andy Dillon deposition Ex. 7, 3/2/12 email | Hearsay; Relevance |
| 25. | UAW document production bates-stamped 302-303 (Michael Nicholson question cards) | |
| 26. | 7/18/13 Michael Nicholson affidavit, with attachments A and B | Hearsay; Relevance |

## III.   DEPOSITION DESIGNATIONS

**The UAW hereby submits the following deposition designations:**

9/16/13 Kevyn Orr deposition:


p.17; L.15-18

p.25, L.23 – p.26, L.18

p.29, L.6 – 12

p.40, L.1 – L.14

p.69, L.16 – p.70, L.2

p.74, L.6 – 9

p.81, L.22 – p.82, L.11

p.84, L.13 – p.86, L.1

p.94, L.8 – 17

p.95, L.10 – p.96, L.6

p.99, L.6 – 15

p.103, L.20 -23

p.104, L.5-7

p.105, L.18 – p.108, L.7

p.110, L.20 – p.111, L.5

p.113, L.13 – 22

p.124, L.10 – p.125, L.3

p.128, L.9 – 11

p.129, L.14 – 18

p.136, L.18 – p.137, L.1

p.155, L.1 – p.156, L.22

p.155, L.16 – p156, L.22

p.163, L.8-17

p.164, L.16-25

p.168, L.5 – p.170, L.9

p.173, L.21-23

p.182, L.9 – 21

p.183, L.23- p.184, L.2

p.185, L.10-23

p.189, L.14-16

p.220, L.19 – p.221, L.10

p.222, L.13 – p.223, L.21

p.225, L.16 – p.226, L.5

p.239, L.7 – 15

p.246, L.12 – p.247, L.7

p.252, L.16 – p.253, L.6

p.257, L.17 – 20

p.260, L.8 – 21

p.261, L.21 – p.262, L.4

p.262, L.16 – 23

p.263, L.22 – p.264, L.19

p.267, L.11 – p.268, L.1

p.273, L.6 -17

p.361, L.7-20

p.374, L.9 – p.375, L.7

p.376, L.12-21

p.379, L.21 – p.380, L.20

p.383, L.3 – L.6

p.385, L.1-7

p.408, L.6 – p.419, L.7

p.422, L.17 – p.423, L.7

p.427, L.11 – p.428, L.11

p.429, L.16 – 21

p.446, L.1 – p.447, L.10

p.478, L.7 – p.479, L.1

p.479, L.13 – p.479, L.21

9/20/13 Gaurav Malhotra deposition

p.54, L.22 – p.5, L.12

p.56, L.9 – p.57, L.1

9/18/13 and 10/4/13: Charles Moore deposition

p. 61 L. 18 - p. 62 L.7
p. 65 L. 12 – 23
p. 134 L. 23 - p. 135 L 16
p. 140 L. 16 - p. 141 L. 22
p. 150 L. 16 - p. 152 L. 21

9/20/13: Kenneth Buckfire

p. 67; L 13 - p. 68 L.11
p. 191 L.22 - p. 193 L. 9
p. 194 L. 10 – 24
p. 195 L.12- 17
p. 198 L 4- 12.

00295091.1  10/11/2013 11:14 AM

p. 211 L. 16 - p. 212 L.3
p. 225 L. 10 - p. 226 L. 4

9/24/13: Glenn Bowen

p. 34 L. 8 -21
p. 35 L. 12 - p. 36 l. 4
p. 43 L. 15 - p. 44 L. 8.

9/19/13 Lamont Satchel

p. 11 L. 11 -p. 14 L. 13

p. 54 L. 11 – p. 55 L. 20

p. 58 L. 17 – p. 59 L. 15

p. 61 L. 2 – p. 63 L. 5

p. 65 L. 13 – p. 66 L. 1

p. 68 L. 1 – L. 10

p. 69 L. 4- 72 p. 7

p. 72 L. 8 – p. 73 L. 1

p. 79 L. 2 - 81 L. 16

p. 82 L. 9 – p 84 L. 22

p. 86 L. 12- p. 87.2

p. 88 L. 13-19.

Deposition transcript of Howard Ryan, Treasury Department of Michigan, Director

of Office of Legislative Affairs (in its entirety)

## IV. RESERVATION OF RIGHTS

UAW and the *Flowers* Plaintiffs anticipate filing motions challenging certain assertions of privilege made by the City and/or by the State. Should the Court as a result of such motions find that the City and/or State improperly withheld testimony or documents, the UAW and *Flowers* Plaintiffs reserve the right to supplement or modify their exhibit and witness lists and statement of claim.

00295091.1  10/11/2013 11:14 AM

# ATTACHMENT F

**THE DETROIT PUBLIC SAFETY UNIONS'
CONSOLIDATED (1) WITNESS LIST,
<u>(2) EXHIBIT LIST AND (3) DEPOSITION DESIGNATIONS</u>**

**THE DETROIT PUBLIC SAFETY UNIONS' CONSOLIDATED**
**(1) WITNESS LIST, (2) EXHIBIT LIST AND (3) DEPOSITION**
**DESIGNATIONS**

The Detroit Public Safety Unions, consisting of the Detroit Fire Fighters

Association (the "DFFA"), the Detroit Police Officers Association (the "DPOA"),

the Detroit Police Lieutenants & Sergeants Association (the "DPLSA") and the

Detroit Police Command Officers Association (the "DPCOA") through their

counsel, Erman, Teicher Miller, Zucker & Freedman, P.C., submit the following

Consolidated (1) Witness List, (2) Exhibit List and (3) Deposition Designations:

*I.*     *Witness List*

A.     The Detroit Public Safety Unions' hereby submit this consolidated

witness list of individuals who will be called as witnesses in the eligibility trial:

1.     Daniel F. McNamara (see Declaration, Dkt. 512-6)
       c/o Erman, Teicher Miller, Zucker & Freedman, P.C
       400 Galleria Officentre, Suite 444
       Southfield, MI 48034
       Telephone: (248) 827-4100

Mr. McNamara will testify about his duties as president of the DFFA, his
responsibilities and the responsibilities of the DFFA on behalf of its members, and
his dealings with representatives of the City prior to and after the filing of the
chapter 9 petition. In particular, he will testify about correspondence with Lamont
Satchel that addressed the termination of 2009 – 2013 Collective Bargaining
Agreement effective 11:59 p.m. June 30, 2013; the City's terms and conditions of
employment following the expiration of the CBA; and follow up meetings. Mr.
McNamara will testify about the City's unilateral imposition of wage cuts, cuts to
health care benefits and pension restructuring proposals, and that there were no
negotiations between the City and the DFFA, despite the DFFA's willingness to
participate at meetings.

2.    Mark Diaz  (see Declaration, Dkt. 512-1)
      c/o Erman, Teicher Miller, Zucker & Freedman, P.C
      400 Galleria Officentre, Suite 444
      Southfield, MI  48034
      Telephone: (248) 827-4100

Mr.  Diaz will testify about his duties as president, his responsibilities and the responsibilities of the DPOA on behalf of its members,    and his efforts to negotiate and arbitrate labor matters with the City.  In particular, Mr. Diaz will testify about  the Act 312 Arbitration and the awards that were issued as a result of same. He will testify that the City's lack of negotiations; the City's announcement of  its intention to impose new health care plans on the DPOA and other Public Safety Unions which significantly increase the members' out of pocket medical costs; and about the  "informational meetings" in June and July 2013, at which representatives from  Jones Day presented very general outlines of the City's restructuring proposal.

3.    Mark Young (see Declaration, Dkt. 512-7)
      c/o Erman, Teicher Miller, Zucker & Freedman, P.C
      400 Galleria Officentre, Suite 444
      Southfield, MI  48034
      Telephone: (248) 827-4100

Mr. Young will testify about his duties as president, his responsibilities and the responsibilities of the DPLSA on behalf of its members.  Mr. Young will testify about the DPLSA Feb. 4, 2013 Petition for Act 312 arbitration and the subsequent action of the City claiming it was not obligated to engage in bargaining under the Public Employment Relations Act, MCL 423.201 et seq as a result of Section 27(3) of Public Act 436; the decision of the MERC on July 14, 2013 granting the City's motion to dismiss the Act 312 arbitration; and the City's  subsequent statements that it had  no obligation to bargain with the DPLSA.  He will also testify about the City's actions in June and July 2013 relative to the termination of the CBA and the City's intent to impose changes to wages, benefits and working conditions, and correspondence with Lamont Satchel, the City Labor Relations Director.  Mr. Young will testify about presentations made by the City in June and July 2013 relative to pension restructuring and health plan changes for DPLSA members, and other meetings with the City/Emergency Manager to talk about employment issues

{00200723}55
81260586\V-1

13-53846-swr    Doc 1301-13    Filed 10/17/13    Entered 10/17/13 22:18:09    Page 114 of 140
13-53846-swr    Doc 2301-13    Filed 01/03/14    Entered 01/03/14 18:05:52    Page 114 of 140
211

for DPLSA members, and the City's statement that the meetings should not be categorized as negotiations.

      4.     Mary Ellen Gurwitz  (see Declaration, Dkt. 512-8)
             c/o Erman, Teicher Miller, Zucker & Freedman, P.C
             400 Galleria Officentre, Suite 444
             Southfield, MI  48034
             Telephone: (248) 827-4100

Ms. Gurewitz will testify about the lack of negotiations between the DPCOA and the City and the terms that have been imposed by the City, and, in particular, the lack of negotiations with the City prior to the chapter 9 filing.

      B.     The Detroit Public Safety Unions' hereby submit this consolidated witness list of individuals who may be called as witnesses in the eligibility trial:

      1.     Jeffrey M. Pegg, Vice President, DFFA Local 344
      2.     Teresa Sanderfer, Secretary, DFFA Local 344 Committee Member
      3.     Robert A. Shinske, Treasurer, DFFA Local 344
      4.     Linda Broden, Sergeant at Arms, DPOA RDPFFA
      5.     Rodney Sizemore, Vice President
      6.     Steve Dolunt, President, DPCOA
      7.     James Moore, Vice president, DPCOA

Each of the Detroit Public Safety Unions reserves the right to call any witness listed by the City, the State of Michigan or by any objecting party.

      C.     Witnesses from Deposition testimony:

Each of the Detroit Public Safety Unions reserves the right to  offer any portion of any deposition designated by any other objecting party.

## II.   *Exhibit List*

The Detroit Public Safety Unions' hereby submit this consolidated exhibit list of evidence that will or may be used as evidence during the eligibility trial:

| Public Safety Unions' Exhibit No. | Exhibit | Objections |
|---|---|---|
| 1. | DFFA letter dated July 12, 2013 | |
| 2. | Jones Day letter of July 17, 2013 | |
| 3. | City of Detroit and Detroit Police Officers Association, MERC Case No. D12 D-0354 Panel's Findings, Opinion and Orders | Hearsay; Relevance |
| 4. | City of Detroit and Detroit Police Officers Association, MERC Case No. D12 D-0354, Supplemental Award | Hearsay; Relevance |
| 5. | City of Detroit v. DPOA  MERC Case No.D12 D-0354 Chairman's Partial Award on Health Insurance | Hearsay; Relevance |
| 6. | Letter from Jones Day, Brian West Easley, dated June 14, 2013 | |
| 7. | Letter from Jones Day, Brian West Easley, dated June 27, 2013 | |
| 8. | DFFA Master Agreement, 2001-2009 | |
| 9. | DFFA Act 312 Award, dated | Hearsay; Relevance |
| 10. | DFFA Supplemental Act 312 Award, dated | Hearsay; Relevance |
| 11. | DFFA Temporary Agreement | Hearsay; Relevance |
| 12. | DPLSA Master Agreement, 2009 | |
| 13. | DPCOA Master Agreement, | |
| 14. | DPCOA Temporary Agreement | Hearsay; Relevance |
| 15. | City of Detroit v. DPOA  MERC Case No.D09 F-0703 Decision and Order | Hearsay; Relevance |

{00200723}57

81260586\V-1

13-53846-swr   Doc 2361-13  Filed 10/17/14  Entered 10/17/14 18:09:52  Page 116 of 211
13-53846-swr   Doc 2361-13  Filed 10/17/14  Entered 10/17/14 18:09:52  Page 116 of 211

Each of the Detroit Public Safety Unions reserves the right to rely on any portion of any Exhibit offered into evidence by the City, the State or any other objecting party.

# ATTACHMENT G

**THE RETIREMENT SYSTEMS' CONSOLIDATED
(1) WITNESS LIST,
(2) EXHIBIT LIST AND (3) DEPOSITION DESIGNATIONS**

{00200723}59
81260586\V-1

# THE RETIREMENT SYSTEMS' CONSOLIDATED
# (1) WITNESS LIST,
# (2) EXHIBIT LIST AND (3) DEPOSITION DESIGNATIONS

The Police and Fire Retirement System of the City of Detroit ("PFRS") and the General Retirement System of the City of Detroit ("GRS," and together with PFRS, the "Retirement Systems"), through their counsel, Clark Hill PLC, hereby submits the following Consolidated (1) Witness List, (2) Exhibit List and (3) Deposition Designations:

## I. *Witness List*

A.     The Retirement Systems hereby submit this consolidated witness list of individuals who will be called as witnesses via deposition and/or live testimony in the eligibility trial:

1.     Kevyn D. Orr, Emergency Manager for the City of Detroit

2.     Andrew Dillon, Michigan Treasurer (via deposition or live)

3.     Richard Snyder, Michigan Governor (via deposition or live)

4.     Kenneth Buckfire, Miller Buckfire (via deposition or live)

B.     The Retirement Systems hereby submit this consolidated witness list of individuals who may be called as witnesses in the eligibility trial:

{00200723}60
81260586\V-1

1. Glenn Bowen, Milliman Principal and Consulting Actuary Glenn Bowen (via deposition)
2. Lamont Satchel, Michigan Labor Relations Director Lamont Satchel (via deposition)
3. Charles Moore, Conway Mackenzie Managing Director (via deposition)
4. Bradley A. Robins, Head of Financing Advisory & Restructuring for North America at Greenhill & Co., LLC
5. Eric Mendelsohn, Managing Director of Greenhill & Co., LLC
6. David Bing, Mayor for the City of Detroit (via deposition)
7. Howard Ryan, State of Michigan 30(b)(6) Witness (via deposition)

C. The Retirement Systems hereby reserves the right to call as a witness any witness identified by any other party, regardless of whether such witness is called to testify.

D. The Retirement Systems hereby reserves the right to call as a witness any rebuttal and/or impeachment and/or foundation witness as necessary.

## II. Exhibit List

The Retirement Systems hereby submits this consolidated exhibit list of evidence that will or may be used as evidence during the eligibility trial:

| Retirement Systems Exhibit No. | Exhibit | Objections |
|---|---|---|
| 1. | OrrDep. Ex. 5, M.C.L.A. Const. Art. 9, § 24 | |
| 2. | 01/29/13 – Orr Dep. Ex. 21, DTMI00128731–805 (Jones Day 1/29/13 Pitchbook) | |
| 3. | 01/30/13 – OrrDep. Ex. 1, JD–RD–0000113 (email chain) | |

| | | |
|---|---|---|
| 4. | 01/31/13 – OrrDep. Ex. 4, JD–RD– 0000295–96 (email chain) | |
| 5. | 01/31/13 – OrrDep. Ex. 3, JD–RD– 0000300–02 (email chain) | |
| 6. | 01/31/13 – OrrDep Ex. 2, JD–RD– 0000303 (email chain) | |
| 7. | 02/13/13 – OrrDep. Ex. 20, JD–RD– 0000334–36 (email chain) | |
| 8. | 02/15/13 – OrrDep. Ex. 25, JD–RD– 0000354–55 (email chain) | Authentication ; Hearsay |
| 9. | 02/20/13 – OrrDep. Ex. 6, JD–RD– 0000216–18 (email chain) | |
| 10. | 02/22/13 – OrrDep. Ex. 7, JD–RD– 0000459–64 (email chain) | |
| 11. | 03/2013 – Orr Dep. Ex. 22, DTMI00129416 (Restructuring Plan) | |
| 12. | 05/12/13 – Orr Dep. Ex. 8, (Financial and Operating Plan) | |
| 13. | 06/14/13 – Orr Dep. Ex. 9, Dkt. 438– 16 (City of Detroit Proposal for Creditors) | |
| 14. | 06/27/13 – Orr Dep. Ex. 18, DTMI00082699 (letter Re: City of Detroit Restructuring) | |
| 15. | 07/12/13 – Orr Dep. Ex. 12, Dkt. 512–6 (letter Re: City of Detroit Pension Restructuring) | |
| 16. | 07/17/13 – Orr Dep. Ex. 13, Dkt. 512–6 (letter Re: City of Detroit Pension Restructuring) | |
| 17. | 07/16/13 – Orr Dep. Ex. 10, Dkt. 11– 10 (letter Re: Recommendation Pursuant to Section 18(I) of PA 436) | |
| 18. | 07/18/13 – Orr Dep. Ex. 11, Dkt. 11– 11 (letter Re: Authorization to Commence Chapter 9 Bankruptcy Proceeding) | |
| 19. | 09/11/13 – Orr Dep. Ex. 14, (Retiree Legacy Cost Restructuring | |

| | |
|---|---|
| | Presentation) |
| 20. | 09/13/13 – Orr Dep. Ex. 17, Dkt. 849 (City of Detroit Objections and Responses to Detroit Retirement Systems' Frist Requests for Admission Directed to the City of Detroit |
| 21. | 11/16/12 – Bowen Dep. Ex. 9, DTMI00066269–74 (letterRe: DGRS Simple Projection) |
| 22. | 05/20/13 – Bowen Dep. Ex. 10 DTMI00066285 (Letter Re: DGRS Simple 10–Year Projection of Plan Freeze and No Future COLA |
| 23. | 05/21/13 – Bowen Dep Ex 11, (letter from G. Bowen to E. Miller Re: PFRS Simple 10–Year Projection of Plan Freeze and No Future COLA |
| 24. | 09/24/13 – Bowen Dep. Ex. 4, DTMI00066176–90 (letter Re: PFRS Simple 10–Year Projection of Plan Freeze and No Future COLA) |
| 25. | 09/24/13 – Bowen Dep. Ex. 14, (letter Re: One–Year Service Cancellation for DRGS and PFRS) |
| 26. | 06/14/13 – Satchel Dep. Ex. 19, Dkt. 438–7(letter Re: Retiree Benefit Restructuring Meeting) |
| 27. | 06/17/13 – Satchel Dep. Ex. 20, Dkt. 438–6 (letter Re: Request from EFMfor additional information) |
| 28. | 06/21/13 – Satchel Dep. Ex. 18, DTMI00078573 (email attaching 6/20/13 Retiree Legacy Cost Restructuring) |
| 29. | 07/02/13 – Dkt. 438–9 (letter from S. Kreisberg to B. Easterly Re: Request for Information) |
| 30. | 07/03/13 – Dkt. 438–10 (letter from |

{00200723}63

81260586\V-1

13-53846-swr   Doc 2301-13   Filed 10/17/13   Entered 10/17/13 22:18:09   Page 122 of 211
13-53846-swr   Doc 1301-13   Filed 01/02/14   Entered 01/02/14 18:09:52   Page 92 of 140

| | | |
|---|---|---|
| | B. Eastley to S. Kreisberg Re: City of Detroit Restructuring) | |
| 31. | 07/08/2013 – Email from Bill Nowling to Governor's staff regarding timeline (SOM20010097–100, plus unnumbered timeline attachment) | Hearsay |
| 32. | 07/17/2013 – Timeline/City of Detroit Chapter 9 Communications Rollout Plan (Snyder Dep 6, SOM20001331, plus unnumbered attachment) | Hearsay |
| 33. | 01/29/2013 – Baird Dep. Ex. 1 – Presentation to the City of Detroit, Jones Day (DTMI00128731–805) | |
| 34. | 07/09/2013 – Dillon Dep. Ex. 5 – Email A. Dillon to R. Snyder, D. Muchmore, R. Baird re: Detroit (SOM20010234) | Hearsay |
| 35. | 04/15/2013 – Email T. Stanton to B. Stibitz re: crains (SOM20009880) | Hearsay |
| 36. | 03/13/2013 – Email A. Dillon to T. Saxton, B. Stibitz, F. Headen re: KO (SOM20009255–56) | Hearsay |
| 37. | 02/27/2013 – Email J. Martin to C. Ball (cc: A. Dillon, K. Buckfire) re: Solicitation for Restructuring Legal Counsel (DTMI00234545) | Privileged Attorney Work Product |
| 38. | 05/12/2013 – Vickie Thomas CBS Detroit report re *Detroit EM Releases Financial Plan; City Exceeding Budget By $100M Annually* | Hearsay |
| 39. | 05/12/2013 – Financial and Operating Plan, City of Detroit, Office of Emergency Manager, Kevyn D. Orr | |
| 40. | 03/25/2012 – Email L. Marcero to K. Buckfire, etc. re: FW: Comments to draft from the City 3/23 (DTMI00234777–78) | Hearsay |

| 41. | 03/29/2012 – L. Marcero to K. Buckfire, et al. re: FW: Revised Agreement (DTMI00234774–76) | Hearsay |
|---|---|---|
| 42. | 05/20/2012 – H. Sawyer to K. Buckfire, et al. re: Detroit Update (DTMI00234763–64) | Hearsay |
| 43. | 6/5/2012 K. Herman to K. Buckfire, et al. re: Detroit consent agreement lawsuite to be heard by Ingham County Judge Collette (DTMI00234761–62) | Hearsay |
| 44. | 6/5/2012 – T. Wilson to H. Lennox re: meeting with Governor and conversation with K. Buckfire and Memos for Andy Dillon (DTMI00233348–49) | Privileged Attorney Work Product |
| 45. | 3/24/2012 Email to Ken Buckfire from L. Marcero (DTMI00234796—798) | Hearsay |
| 46. | 3/2/2012 – Email RE: PA 4 and Consent Agreement (Dillon Ex. 6, DTMI0023878–80) | Hearsay |
| 47. | 12/5/2012—Email K. Buckfire to C. Ball, et al. (DTMI00234741–48) | Privileged Attorney Work Product |
| 48. | 6/27/2013 Email from Tom Saxton and Terry Stanton (SOM20002871) | Hearsay |
| 49. | 3/3/2012 Email to Andy Dillon (Dillon Ex. 7, DTMI00234877) | Hearsay |
| 50. | 3/7/2012 Email to Ken Buckfire (DTMI00234867–234871) | Privileged Attorney Work Product |
| 51. | 3/24/2012 Email RE: Andy Dillon and Ch. 9 (DTMI00234799–800) | Privileged Attorney Work Product |
| 52. | 3/24/2012 Email to Ken Buckfire RE: Meeting w/ Dillon RE: PA, PA 72, Ch. 9 filing (DTMI00234796–234798) | Hearsay |

| | | |
|---|---|---|
| 53. | 1/28/2013 Email to Orr RE: RFP (DTMI00235165–66) | Hearsay |
| 54. | 11/21/2012 Email to Ken Buckfire (Buckfire Dep. Ex. B13, DTMI00103933–34) | Hearsay |
| 55. | 1/30/2013 Email to K. Orr RE: RFP by MB (DTMI00234685) | Hearsay |
| 56. | 3/22/2013 Treasury Email RE: Milliman report (Dillon Exhibit 8, SOM20009920–9921) | Hearsay |
| 57. | 3/5/2012 Email to Andy Dillon (DMTI00231930) | Privileged Attorney Work Product |
| 58. | 7/8/2013 Email from Dillon to Governor (Baird Dep Ex. 7, SOM20003601) | Hearsay |
| 59. | 3/10/2012 Email to K. Buckfire (DTMI00234852–863) | Privileged Attorney Work Product |
| 60. | 1/28/2013 Email to K. Orr RE: Detroit Ch. 9 (DTMI00234687) | Privileged Attorney Work Product |
| 61. | 1/30/2013 Email to K. Orr RE: RFP Process (DTMI00234684–86) | Hearsay |
| 62. | 3/24/2012 Email to K. Buckfire RE: Update on Meeting with State Today (DTMI00234779–4788) | Privileged Attorney Work Product |
| 63. | 3/22/3012 Email to Andy Dillon and K. Buckfire (DTMI00234814) | Hearsay |
| 64. | 3/27/2012 Email to Chuck Moore (DTMI00235061) | Hearsay |
| 65. | 2/11/2013 Email to K. Orr RE: Ch. 9 filing (DTMI00235163) | Privileged Attorney Work Product |
| 66. | 1/15/2013 Email to K. Orr (DTM100235218) | Privileged Attorney Work Product |

## III.   Deposition Designations

{00200723}66

81260586\V-1

**The Retirement Systems hereby submits the following deposition designations:**

<u>09/16/13 Kevyn Orr</u>

p. 10, L. 23 – p. 11, L. 14
p. 10, L 17–22
p. 12, L. 1 – p. 13, L. 25
p. 14, L. 14 – p. 15, L. 17
p. 17, L. 7 – p. 19, L. 19
p. 20, L. 19 – 25
p. 21, L. 3 – 20
p. 21, L. 21 – 24
p. 23, L. 13 – 19
p. 23, L. 24 – 25
p. 24, L. 4 – p. 25, L. 22
p. 26, L. 20 – 25
p. 29, L. 6 – p. 32, L. 4
p. 32, L. 14 – 23
p. 33, L. 5 – 13
p. 38, L. 11 – p. 41, L. 17
p. 43, L. 15 – p. 45, L. 19
p. 46, L. 7 – p. 47, L. 18
p. 48, L. 1 – p. 49, L. 8
p. 50, L. 23 – p. 53, L. 7
p. 53, L. 16 – 24
p. 54, L. 2 – 5
p. 54, L. 13 – 19
p. 54, L. 22 – p. 55, L. 5
p. 55, L. 8 – 17
p. 55, L. 20 – p. 56, L. 19
p. 56, L. 21
p. 57, L. 11 – p. 60, L. 13
p. 61, L. 17 – p. 62, L. 24
p. 63, L. 25 – p. 64, L. 11
p. 65, L. 15 – p. 66, L. 1
p. 69, L. 3 – p. 71, L. 2
p. 71, L. 6 – 8

{00200723}67

81260586\V-1

13-53846-swr   Doc 2301-13   Filed 10/17/13   Entered 10/17/13 22:15:27   Page 126 of
211
13-53846-swr   Doc 2381-13   Filed 01/02/14   Entered 01/02/14 18:09:52   Page 126 of 140

p. 71, L. 17 – p. 78, L. 5

p. 78, L. 21

p. 79, L. 2 – 6

p. 79, L. 16 – p. 80, L. 8

p. 80, L. 25 – p. 82, L. 23

p. 82, L. 25 – p. 83, L. 3

p. 83, L. 16 – p. 84, L. 2

p. 84, L. 13 – 16

p. 84, L. 18 – 24

p. 85, L. 19 – p. 86, L.1

p. 86, L. 16 – p. 95, L. 1

p. 95, L. 6 – p. 96, L. 6

p. 96, L. 25 – p. 108, L. 7

p. 110, L. 12 – p. 119, L. 10

p. 119, L. 20 – p. 120, L. 16

p. 120, L. 19 – p. 121, L. 12

p. 122, L. 7 – p. 123, L. 14

p. 123, L. 17 – p. 125, L. 10

p. 125, L. 24 – p. 127, L. 4

p. 127, L. 24 – p. 130, L. 23

p. 129:14–18

p. 132, L. 12 – p. 133, L. 25

p. 134, L. 3 – p. 135 L. 4

p. 136, L. 18 – p. 137, L. 1

p. 137, L. 12 – p. 144, L. 23

p. 145, L. 25 – p. 146, L. 10

p. 147, L. 19 – 25

p. 148, L. 16 – p. 153, L. 8

p. 166, L. 12 – 24

p. 168, L. 5 – p. 172, L. 4

p. 172, L. 19 – p. 176, L. 20

p. 177, L. 21 – p. 178, L. 1

p. 179, L. 2 – p. 185, L. 23

p. 187, L. 3 – p. 190, L. 12

p. 192, L. 2 – 8

p. 215, L. 13 – 24

p. 247, L. 1 – 7

p. 248, L. 15 – p. 249, L. 5

p. 251, L. 16 – 18

p. 252, L. 4 – 5

p. 252, L. 12 – p. 253, L. 6
p. 260, L. 8 – 21
p. 261, L. 21 – p. 262, L. 4
p. 262, L. 13 – 23
p. 266, L. 18 – 25
p. 267, L. 11 – p. 268, L. 1
p. 270, L. 25 – p. 272, L. 6
p. 271:18–21
p. 272, L. 20 – p. 273, L. 13
p. 273, L. 24 – p. 276, L. 8
p. 277, L. 19 – p. 279, L. 6
p. 279, L. 23 – p. 280, L. 4
p. 280, L. 17 – 19
p. 280, L. 23 – 25
p. 288, L. 10 – p. 292, L. 11
p. 293, L. 12 – p. 297, L. 19
p. 299, L. 22 – p. 303, L. 7


<u>10/04/13 Kevin Orr Deposition Designations</u>

p. 323, L. 22 – p. 324, L.14
p. 328, L. 4 – p. 329, L. 3
p. 330, L. 13 – 17
p. 331, L. 18 – p. 332, L. 1
p. 332, L. 2
p. 333, L. 11 – p. 335, L. 9
p. 361, L. 7 – p. 362, L. 22
p. 364, L. 5 – p. 365, L. 7
p. 368, L. 10–15
p. 369, L. 12 – p. 381, L. 2
p. 409, L. 9 – p. 412, L. 18
p. 415, L. 7 – p. 417, L. 11
p. 419, L. 2 – 7
p. 455, L. 3 – p. 457, L. 1
p. 477, L. 8 – p. 481, L. 22
p. 489, L. 8 – 22

<u>09/19/13 LamontSatchelDepositionDesignations</u>

p. 65, L. 7 – p. 66, L. 9
p. 88, L. 14 – p. 89, L.18
p. 89, L. 25 – p. 90, L. 1
p. 90, L. 4 – p. 91, L. 3

09/24/13 Glen David Bowen DepositionDesignations

p. 12, L. 7 – 9
p. 19, L. 12 – 20
p. 34, L. 8 – 21
p. 63, L. 21 – p. 64, L. 5
p. 73, L. 7 – 21
p. 91, L. 18 – p. 92, L. 13
p. 93, L. 4 – 14
p. 98, L. 13 – p. 99, L. 3
p. 99, L. 9 – 17
p. 100, L. 18 – 22
p. 129, L. 14 – 22
p. 130, L. 8 – p. 132, L. 11
p. 133, L. 10 – p. 134, L. 18
p. 141, L. 9 – 17
p. 142, L. 8 – 10
p. 142, L. 13 – 19
p. 142, L. 1 – 6
p. 142, L. 8 – 19
p. 146, L. 8 – 19
p. 147, L. 2 – p. 148, L. 15
p. 148, L. 19 – 22
p. 149, L. 2 – 3
p. 149, L. 6 – 8
p. 150, L. 5 – 15
p. 177, L. 18 – p. 178, L. 3
p. 192, L. 8 – p. 193, L. 11
p. 194, L. 4 – 12
p. 198, L. 5 – 7
p. 198, L. 17 – 19
p. 203, L. 20 – p. 204 L. 9
p. 204 L. 11 – 14
p. 204, L. 16 – 19
p. 205, L. 7 – p. 206, L. 11

{00200723}70
81260586\V-1

09/18/13 Charles M. Moore DepositionDesignations

p. 8, L. 4 – 8
p. 12, L. 3 – 6
p. 36, L. 9 – 12
p. 50, L. 2 – p. 51, L. 1
p. 51, L. 10 – 17
p. 52, L. 5 – 20
p. 53, L. 25 – p. 54, L. 11
p. 61, L. 18 – p. 62, L. 7
p. 62, L. 25 – p. 63, L. 12
p. 64, L. 6 – 7
p. 64, L. 9 – 14
p. 64, L. 16 – 20
p. 65, L. 4 – 11
p. 70, L. 16 – 18
p. 91, L. 20 – 23
p. 110, L. 12 – 22
p. 126, L. 22 – p. 127, L. 14
p. 130, L. 25 – p. 131, L. 14
p. 138, L. 7 – p. 139, L. 9
p. 140, L. 16 – p. 141, L. 2
p. 141, L. 8 – 19
p. 150, L. 24 – p. 151, L. 5
p. 151, L. 7 – 18
p. 151, L. 20 – p. 152, L. 1
p. 152, L. 8 – 21
p. 156, L. 18 – 25

Andrew Dillon DepositionDesignations (10/10/2013)

p. 40, L. 14–23
p.63, L. 17 – p. 66, L. 1
p. 68, L. 23 – p. 71, L. 12
p. 84, L. 20 – p. 88, L. 23
p. 89, L. 15–22 – p. 91, L. 10 – 22
p. 107, L. 18 – p. 110, L. 4
p. 110, L. 23 – p. 111, L. 1–18
p. 112, L. 16 – p. 114, L. 25

{00200723}71

81260586\V-1

p. 119, L. 1 – p. 120, L. 14
p. 120, L. 24 – p. 121, L. 17


Governor Snyder Deposition Designations (10/9/2013)

p. 13, L. 24 – p. 14, L. 24
p. 15, L. 12 – L. 21
p. 32, L.18 – p. 33, L. 1
p. 39, L. 5–16
p. 40, L. 1–12
p. 43, L. 22 – p. 44, L. 1 – 5
p. 45, L. 8–23
p. 46, L. 24 – p. 47, L. 5
p. 52, L. 13 – p. 53, L 15
p. 55, L. 9 – p. 57, L. 11
p. 63, L. 12 – p. 64, L. 18
p. 65, L. 1 – p. 67, L. 8
p. 76, L. 11 – p. 80, l. 21
p. 81, L. 21 – p. 82, L. 18
p. 83, L. 21 – p. 84, L. 1
p. 87, L. 1 – p. 88, L. 5
p. 91, L. 18 – p. 93, L. 1
p. 94, L. 18 – p. 95, L. 22
p. 122, L. 4 – p. 124, L. 17
p. 125, L. 21 – p. 126, L. 15
p. 127, L. 5 – L. 15
p. 128, L. 18—22
p. 129, L. 4 – L. 13
p. 132, L. 13 – L. 21
p. 149, L. 25 – p. 152, L. 3


Howard Ryan, State of Michigan 30(b)(6) Witness:

p. 43, L. 14 – p. 45, L. 5
p. 46, L. 1 – L. 23

David Bing, Mayor for the City of Detroit:

p. 60, L. 11 – p. 61, L. 8
p. 67, L. 2–25
p. 9, L. 17–19
p. 12, L. 7 – p. 13, L. 7
p. 20, L. 19–21/ p. 20, L. 23–24
p. 69, L. 14 – p. 70, L. 4
p. 112, L. 13–21
p. 116, L. 17 – p. 117, L. 11


<u>Kenneth A. Buckfire</u>, 9/20/2013

p. 11, L.20 – p. 12, L. 17
p. 14, L. 18 – p. 17, L. 5
p. 24, L. 21 – pg. 26, L 17
p. 28, L. 18 – pg. 33, L. 19
p. 34, L. 3 – L. 16
p. 35, L. 20 – p. 36, L. 14
p. 56, L. 8 – p. 57, L. 2.
p. 59, L. 2 – p. 69, L. 11
p. 72, L. 3 – 19
p. 75, L. 4 – p. 77, L. 21
p. 83, L. 6 – 23
p. 95, L. 2 – p. 13
p. 96, L. 19 – p. 97, L. 6
p. 98, L. 9 – p. 99, L. 2
p. 101, L. 7 – p. 102, L. 15
p. 106, L. 21 – p. 100, L. 16
p. 134, L. 3 – p. 136, L. 5
p. 148, L. 8 – p. 150, L. 8
p. 151, L. 8 – p. 155, L. 9
p. 165, L. 9 – p. 167, L. 23
p. 182, L. 15 – p. 184, L. 4
p. 191, L. 4 – p. 195, L. 15
p. 196, L. 15 – p. 198, L. 21
p. 202, L. 8 – L. 22
p. 211, L. 16 – p. 212, L. 3

# ATTACHMENT H

## OBJECTORS' OBJECTIONS TO THE CITY OF DETROIT DEBTOR'S LIST OF EXHIBITS

Objectors jointly submit the following objections to The City of

Detroit, Michigan (the "City's"), list of exhibits:

| City's Exhibit No. | Exhibit Description | Objections |
|---|---|---|
| 1. | Charter – City of Detroit [DTMI00230808-0933] | |
| 2. | Comprehensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2008 [DTMI00230934-1157] | |
| 3. | Comprehensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2009  [DTMI00231158-1378] | |
| 4. | Comprehensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2010 [DTMI00230335-0571] | |
| 5. | Comprehensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2011  [DTMI00230572-0807] | |
| 6. | Comprehensive Annual Financial Report for the City of Detroit, Michigan for the Fiscal Year Ended June 30, 2012  [DTMI00231379-1623] | |

| City's Exhibit No. | Exhibit Description | Objections |
|---|---|---|
| 7. | November 13, 2012, Memorandum of Understanding City of Detroit Reform Program [DTMI00222996-3010] | |
| 8. | July 18, 2013 Declaration of Gaurav Malhotra in Support of the Debtor's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code (the "Malhotra Declaration") | Hearsay; Expert opinion |
| 9. | Cash Flow Forecasts [Malhotra Declaration Ex. A] | Hearsay; Expert opinion; Foundation |
| 10. | Ten-Year Projections [Malhotra Declaration Ex. B] | Hearsay; Expert opinion; Foundation |
| 11. | Legacy Expenditures (Assuming No Restructuring) [Malhotra Declaration Ex. C] | Hearsay; Expert opinion; Foundation |
| 12. | Schedule of the sewage disposal system bonds and related state revolving loans as of June 30, 2012 [Malhotra Declaration Ex. D] | |
| 13. | Schedule of water system bonds and related state revolving loans as of June 30, 2012 [Malhotra Declaration Ex. E] | |
| 14. | Annual Debt Service on Revenue Bonds [Malhotra Declaration Ex. F] | |
| 15. | Schedule of COPs and Swap Contracts as of June 30, 2012 [Malhotra Declaration Ex. G] | |
| 16. | Annual Debt Service on COPs and Swap Contracts [Malhotra Declaration | |

| City's Exhibit No. | Exhibit Description | Objections |
|---|---|---|
| | Ex. H] | |
| 17. | Schedule of UTGO Bonds as of June 30, 2012 [Malhotra Declaration Ex. I] | |
| 18. | Schedule of LTGO Bonds as of June 30, 2012 [Malhotra Declaration Ex. J] | |
| 19. | Annual Debt Service on General Obligation Debt & Other Liabilities [Malhotra Declaration Ex. K] | |
| 20. | July 18, 2013 Declaration of Kevyn D. Orr In Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code (the "Orr Declaration") | Hearsay; Expert opinion; Foundation |
| 21. | January 13, 2012, City of Detroit, Michigan Notice of Preliminary Financial Review Findings and Appointment of a Financial Review Team [Orr Declaration Ex. C] | |
| 22. | March 26, 2012, Report of the Detroit Financial Review Team [Orr Declaration Ex. D] | |
| 23. | April 9, 2012, Financial Stability Agreement [Orr Declaration Ex. E] | |
| 24. | December 14, 2012, Preliminary Review of the City of Detroit [Orr Declaration Ex. F] | |
| 25. | February 19, 2013, Report of the Detroit Financial Review Team [Orr | |

{00200723}3
81260586\V-1

13-53846-swr   Doc 2301-13   Filed 10/17/13   Entered 10/17/13 14:38:52   Page 135 of 140
13-53846-swr   Doc 1331-13   Filed 10/23/14   Entered 10/23/14 18:09:52   Page 134 of 140
211

| City's Exhibit No. | Exhibit Description | Objections |
|---|---|---|
| | Declaration Ex. G] | |
| 26. | March 1, 2013, letter from Governor Richard Snyder to the City [Orr Declaration Ex. H] | |
| 27. | July 8, 2013, Ambac Comments on Detroit [Orr Declaration Ex. I] | Hearsay; Foundation; Relevance |
| 28. | July 16, 2013, Recommendation Pursuant to Section 18(1) of PA 436 [Orr Declaration Ex. J] | |
| 29. | July 18, 2013, Authorization to Commence Chapter 9 Bankruptcy Proceeding [Orr Declaration Ex. K] | |
| 30. | July 18, 2013, Emergency Manager Order No. 13 Filing of a Petition Under Chapter 9 of Title 11 of the United States Code [Orr Declaration Ex. L] | |
| 31. | Declaration of Charles M. Moore in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code (the "Moore Declaration") | Hearsay; Expert opinion; Foundation |
| 32. | Collection of correspondence between Jones Day and representatives of Unions regarding the representation of current retirees [DTMI00084776-4924] | Hearsay; Authentication; Completeness; Foundation |
| 33. | Chart on verbal communications with Unions regarding the representation of current retirees authored by Samantha Woo | Hearsay; Authentication; Foundation; Legibility; Relevance |

{00200723}4
81260586\V-1

13-53846-swr   Doc 2361-13   Filed 01/02/14   Entered 01/02/14 18:09:52   Page 135 of 140
13-53846-swr   Doc 1261-13   Filed 10/17/13   Entered 10/17/13 22:18:27   Page 135 of 140
211

| City's Exhibit No. | Exhibit Description | Objections |
|---|---|---|
| | [DTMI00231920] | |
| 34. | Memorandum to File about communications with Unions regarding the representation of current retirees authored by Samantha Woo dated October 4, 2013<br><br>[DTMI00231927-DTMI00231929] | Hearsay; Authentication; Foundation; |
| 35. | Redacted log of meetings and correspondence between the City and its advisors and various creditors prior to July 18, 2013. [DTMI00231921-1926] | |
| 36. | FRE 1006 chart summarizing efforts to negotiate with union creditors. [DTMI-00235448] | Hearsay; Foundation; Authentication |
| 37. | FRE 1006 chart summarizing efforts to negotiate with other creditors. [DTMI-00235447] | Hearsay; Foundation; Authentication |
| 38. | FRE 1006 chart summarizing the City's projected cash flows. [DTMI00235438] | Hearsay; Foundation; Authentication |
| 39. | February 21, 2013 to June 21, 2013 Calendar of Lamont Satchel [DTMI00125142-5183] | Hearsay; Foundation; Authentication; Relevance |
| 40. | List of Special Conferences for Association held with Members of Police Labor Relations [DTMI00125426] | Hearsay; Foundation; Authentication; Relevance |
| 41. | June 10, 2013, City of Detroit Financial and Operating Plan Slides | Hearsay; Authentication; Foundation; Expert opinion |

{00200723}5
81260586\V-1

13-53846-swr    Doc 2301-13   Filed 10/17/14   Entered 10/17/14 18:09:52   Page 137 of 211
13-53846-swr    Doc 1381   Filed 10/27/13   Entered 10/27/13 22:15:27   Page 136 of 140

| City's Exhibit No. | Exhibit Description | Objections |
|---|---|---|
| | [DTMI00224211-4231] | |
| 42. | RSVP List for June 14, 2013 Proposal for Creditors Meeting [DTMI00125427] | |
| 43. | June 14, 2013, City of Detroit Proposal for Creditors [DTMI00227144-7277] | |
| 44. | June 14, 2013 Proposal for Creditors – Executive Summary [DTMI00227278-7342] | |
| 45. | List of Invitees to the June 20, 2013 Meetings [DTMI00128659-8661] | |
| 46. | Sign-in sheets from June 20, 2013, 10:00 AM-12:00 PM (Non-Uniform Retiree Benefits Restructuring) [DTMI00235427-5434] | |
| 47. | Sign-in sheets from June 20, 2013 2:00-4:00 PM (Uniform Retiree Benefits Restructuring) [DTMI00235435-5437] | |
| 48. | June 20, 2013 City of Detroit Retiree Legacy Cost Restructuring – Non-Uniform Retirees [DTMI00067906-7928] | Hearsay; Authentication; Foundation; Expert opinion |
| 49. | June 20, 2013 City of Detroit Retiree Legacy Cost Restructuring – Uniform Retirees [DTMI00067930-7953] | |
| 50. | Invitee List and Sign-in Sheet for the June 25, 2013 Meeting [DTMI00125428-5431] | |
| 51. | Cash Flow Forecasts provided at June 25, 2013 Meeting [DTMI00231905-1919] | Hearsay: Expert opinion; Authentication; Foundation |
| 52. | Composite of emails attaching 63 letters dated June 27, 2013 to | |

| City's Exhibit No. | Exhibit Description | Objections |
|---|---|---|
| | participants of the June 20, 2013 meetings [DTMI00128274-DTMI0012835; DTMI00239435-DTMI0023446] | |
| 53. | List of Attendees at July 9 and 10, 2013 Creditor Meetings [DTMI00231791] | |
| 54. | Detroit Future City Plan 2012 [DTMI00070031-0213] | Hearsay; Expert opinion; Foundation |
| 55. | Collection of correspondence regarding invitations to the July 10 Pension Meetings and July 11 Retiree Health Meetings [DTMI00235408-5426] | |
| 56. | July 10, 2013 City of Detroit Sign In Sheet for 1:00 PM Pension and Retiree Meeting [DTMI00229088-9090] | |
| 57. | July 10, 2012 City of Detroit Sign In Sheet for 3:30 PM Police and Fire Meeting [DTMI00229091-9094] | |
| 58. | July 11, 2013 City of Detroit Sign-in Sheet for 10:00 AM Non-Uniformed Meeting. [DTMI00229095-9096] | |
| 59. | July 11, 2013 City of Detroit Sign-in Sheet for the 1:30 PM Uniformed Meeting. [DTMI229102-9103] | |
| 60. | July 11, 2013 City of Detroit Union-Retiree Meeting Draft Medicare Advantage Plan Design Options [DTMI00135663] | |
| 61. | Correspondence between representatives of AFSCME and representatives of the City [Ex. F to the City of Detroit's Consolidated Reply to Objections to the Entry of an Order for Relief, Docket No. 765] | |
| 62. | Michigan Attorney General Opinion No. 7272 | Relevance; Foundation; Hearsay; Legal opinion |

| City's Exhibit No. | Exhibit Description | Objections |
|---|---|---|
| 63. | July 31, 2013 Notice of Filing Amended List of Creditors Holding 20 Largest Unsecured Claims | |
| 64. | September 30, 2013 Notice of Filing of Second Amended List of Creditors and Claims, Pursuant to Sections 924 and 925 of The Bankruptcy Code | |
| 65. | June 4, 2013 Letter from Glenn Bowen and Katherine A. Warren to Evan Miller [DTMI00066292-6307] | Hearsay; Expert opinion; Foundation |
| 66. | June 4, 2013 Letter from Glenn Bowen and Katherine A. Warren to Evan Miller [DTMI00066176-6190] | Hearsay; Expert opinion; Foundation |
| 67. | June 14, 2013 Letter from Glenn Bowen and Katherine A. Warren to Evan Miller [DTMI00066206-6210] | Hearsay; Expert opinion; Foundation |
| 68. | June 30, 2011, Gabriel Roeder Smith & Company, 73rd Annual Actuarial Valuation of the General Retirement System of the City of Detroit [DTMI00225546-5596] | Hearsay; Expert opinion; Foundation |
| 69. | April 2013, Gabriel Roeder Smith & Company, Draft 74th Annual Actuarial Valuation of the General Retirement System of the City of Detroit as of June 30, 2012  [DTMI00225597-5645] | Hearsay; Expert opinion; Foundation |
| 70. | June 30, 2012, Gabriel Roeder Smith & Co., 71st Annual Actuarial Valuation of the Police and Fire Retirement System of the City of Detroit  [DTMI | Hearsay; Expert opinion; Foundation |

| City's Exhibit No. | Exhibit Description | Objections |
|---|---|---|
| | 00202414-2461] | |
| 71. | November 8, 2012 Letter from Kenneth G. Alberts to The Retirement Board Police and Fire Retirement System for the City of Detroit [DTMI00202462-2491] | Hearsay; Expert opinion; Foundation |
| 72. | November 21, 2011 Memorandum from Irvin Corley Jr., to Council Members of the City of Detroit City Council [DTMI00202511-2523] | Hearsay; Expert opinion; Foundation |
| 73. | July 17, 2013 Letter from Evan Miller to representatives of the City of Detroit Police and Firefighters Unions | |
| 74. | July 15, 2013 Quarterly Report with Respect to the Financial Condition of the City of Detroit (period April 1st - June 30th) | |
| 75. | May 12, 2013 City of Detroit, Office of the Emergency Manager, Financial and Operating Plan | |

# ITEM NO. 24

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---------------------------------------------------x
                                              :
In re                                         :        Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    :        Case No. 13-53846
                                              :
                              Debtor.         :        Hon. Steven W. Rhodes
                                              :
                                              :
                                              :
-------------------------------------------- x

## DEBTOR'S RESPONSE TO MOTION *IN LIMINE* TO EXCLUDE OPINIONS OR CONCLUSIONS AS TO THE CITY OF DETROIT, MICHIGAN'S UNDERFUNDING OF PENSION LIABILITY

The Official Committee of Retirees moves the Court to preclude any

testimony by Charles Moore regarding the City's estimation that its pension funds

are underfunded by $3.5 billion because he has not been qualified as an expert

under Fed. R. Evid. 702.  Specifically, the Committee argues that any testimony

regarding a $3.5 billion underfunding should not be admitted because such

representations are based upon actuarial expertise and "the City ha[s] not

completed an actuarial valuation placing the City's underfunded pension liability at

$3.5 billion."  Motion at ¶ 8.

The Committee misunderstands the scope of Mr. Moore's testimony.  Mr.

Moore will not offer any testimony, expert or otherwise, about a $3.5 billion

underfunding.  Indeed, he will not offer any financial projections of his own, or

from Milliman (the City's actuarial consultant), regarding the City's unfunded pension liability, but will instead testify about the level of unfunded liability that has been reported by the pension funds themselves. Specifically, his testimony will rely upon his personal knowledge of particular financial records reviewed during his work as a Certified Public Accountant ("CPA"), and will involve straightforward calculations derived from the pensions funds' own actuarial reports (which the Objectors have agreed are admissible). Although Mr. Moore's knowledge as a CPA may have made him more efficient at reviewing the City's pension records, his review and resulting perceptions do not implicate Rule 702.

This Court has broad discretion to rule on evidentiary issues under Rules 701 and 702 of the Federal Rules of Evidence. See JGR, Inc. v. Thomasville Furniture Indus., Inc., 370 F.3d 519, 524 (6th Cir. 2004) (evidentiary rulings reviewed for abuse of discretion); United States v. Bartholomew, 310 F.3d 912, 920 (6th Cir. 2002) (same).

It is well established that lay witnesses may testify based on their own perceptions or "personal observation[s]" of historical facts. Harris v. J.B. Robinson Jewelers, 627 F.3d 235, 241 (6th Cir. 2010). In addition, a non-expert witness may testify "in the form of opinions or inferences" if these "are (a) rationally based on the perception of the witness, (b) helpful to a clear understanding of the witness' testimony or the determination of a fact in issue, and

2

(c) not based on scientific, technical, or other specialized knowledge within the scope of Rule 702." Fed. R. Evid. 701. See also Harris, 527 F.3d at 240 (noting that "the modern trend among courts favors the admission of opinion testimony, provided that it is well founded on personal knowledge and susceptible to specific cross-examination") (citation omitted).

The fact that a witness may have expert credentials does not preclude him from testifying as a non-expert witness. "As the precedent clarifies, the Federal Rules of Evidence distinguish between lay and expert *testimony*, not *witnesses*." United States v. White, 492 F.3d 380, 403 (6th Cir. 2007) (emphasis in original). As a result, a witness with "expert" credentials "may properly offer lay testimony," even if he is "precluded from putting forth expert testimony" on the same subject. Id. In such a case, the witness may offer testimony based on "personal knowledge of facts relevant to the case," based on tasks such as "auditing cost reports" that have been prepared by someone else. Id.

The case of United States v. Madison, 226 Fed. Appx. 535 (6th Cir. 2007) (unpublished), is instructive. In that case, the Government called an FBI "financial analyst" to "facilitate[] [the] review of accounting records," to prove that a criminal defendant "would not have been able to make [a] down payment . . . without funds converted from [a victim]." Id. at 544. That testimony did not rise to the level of expert testimony because it was based on reports that had already

been prepared by someone else, and the witness's analysis was only "a matter of arithmetic." Id. Quoting approvingly from a similar case in the Eleventh Circuit, the Court noted that "while [the witness's] expertise . . . may have made him more efficient at reviewing [the financial] records, his review itself was within the capacity of any reasonable lay person." Id. at 543-44 (quoting United States v. Hamaker, 455 F.3d 1316, 1331-32 (11th Cir. 2006)).

Here, the testimony of Mr. Moore is of a piece. Far from offering his own complex financial analysis of the City's unfunded pension liability, he will testify only to his own personal observations of the numbers contained in recent reports submitted by Gabriel Roeder, the actuary employed by the pension funds themselves. To the extent Mr. Moore applies any of his own analysis to those reports, he will use basic math to show how the pension funds' own underfunding calculations relate to the City's financial forecasts (which the Objectors also agree are admissible). Contrary to the Committee's contention, he will not engage in any "complicated tasks such as calculating life-expectancy, assessing amortization rates, . . . discounting to present value, or calculating earnings potential in a pension portfolio." Motion at ¶ 6. Nor will he offer testimony about actuarial assumptions, estimated investment returns, or anything else cited by the Committee. See id. ¶ 8.

In addition, Mr. Moore will testify about why the City retained his firm and the tasks he was asked to undertake as its restructuring advisor.    Once again, his testimony regarding these issues will be based on his perceptions and personal observations and will not implicate Rule 702.  To be sure, Mr. Moore's experience and credentials as a CPA may add to his credibility and provide some reason to give weight to his testimony, but the actual substance of his testimony will not implicate Rule 702.

Dated: October 22, 2013            Respectfully submitted,

   /s/ Bruce Bennett
Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

5

13-53846-tsw    Doc 2361-3    Filed 10/22/13    Entered 10/22/13 18:38:52    Page 5 of 6
13-53846-swr   Doc 2361-3    Filed 01/22/14   Entered 01/22/14 18:07:52   Page 147 of 211

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

# ITEM NO. 25

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S RESPONSE TO MOTION OF
INTERNATIONAL UNION, UAW AND FLOWERS PLAINTIFFS
TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON
GROUNDS OF PRIVILEGE BY THE STATE OF MICHIGAN**

The State of Michigan, through its undersigned counsel, submits

this Response to Motion of International Union, UAW and Flowers

Plaintiffs (collectively, "UAW") to Compel Production of Documents

Withheld on Grounds of Privilege by the State of Michigan (the "Motion

to Compel").

## INTRODUCTION

The first matter at issue in the UAW's Motion to Compel is an

Email message from Richard Baird, the State's Transformation

Manager, to Kevyn Orr dated March 12, 2013 (the "March 12 Email").

The State produced the March 12 Email, with the portions conveying

legal advice redacted, along with unredacted copies of the attachments to the email, and indicated on its privilege log that March 12 Email was redacted as privileged because it "forward[ed] attorney's legal advice." While the State does not agree with the UAW's asserted challenges and does not waive or alter the Common Interest Agreement or any attorney-client communication privilege, in an effort to resolve this discovery dispute raised on the eve of trial, it is producing the challenged document.

The second issue is whether the Common Interest Agreement between the City and State precludes disclosure of privilege communications between "the Governor, the Governor's lawyers, Mr. Orr and/or Mr. Orr's lawyers." The Court has already determined that it does.

The Common Interest Agreement is between the City, now represented by the Emergency Manager, and the State. Although the formalizing of this Agreement was "on or around the appointment of the Emergency Manager," the common interests of the City and the State began as early as April 9, 2012 with implementation of the Financial Stability Agreement. These common interests include "the legal and

2

13-53846-tjt Doc 2361-3 Filed 01/02/14 Entered 01/02/14 18:08:52 Page 151 of
13-53846-swr Doc 1313 Filed 10/22/13 Entered 10/22/13 17:17:05 Page 2 of 19
211

policy issues that arise as a result of and in relation to the City's financial emergency, the appointment of the Emergency Manager, and the Bankruptcy Case." (Exhibit B, Common Interest Agreement, p. 3). Thus, the Governor's assertions of attorney-client privilege related to discussions with the Emergency Manager, the City's lawyers, and members of his executive and legal staff, are proper. These communications involved "legal and policy issues" arising "as a result of and in relation to the City's financial emergency" and/or the bankruptcy case. The Governor is entitled to the protection of the attorney-client privilege when acting in his individual executive capacity and is not a "public body" within the meaning of the State's Open Meetings Act, contrary to the UAW's assertion.

As to entries on the State's privilege log that the UAW characterizes as "insufficient," the State disagrees with this characterization. Yet, the State agreed to the UAW's request on October 18, 2013. (UAW's Motion, Doc. 1294-3, Ex. B, pp. 2-3 of 33.) The State's revised Privilege Logs were e-mailed and mailed to the UAW's counsel. The State does not agree, however, that it has waived

3

13-53846-tjt Doc 2361-3 Filed 01/02/14 Entered 01/02/14 18:09:52 Page 152 of
13-53846-swr Doc 1319 Filed 10/22/13 Entered 10/22/13 17:17:05 Page 151 of
211

its right to assert privilege based on the nature and character of its

initial and/or amended privilege logs.

## ARGUMENT

### I. The State Has Agreed to Produce the Requested March 12, 2013 Email

In an effort to resolve this dispute and without waiving or

amending the Common Interest Agreement, the State is agreeing to

produce the March 12, 2013 Email at issue.  It is attached as Exhibit A.

### II. The Governor Properly Invoked Attorney-Client  Privilege During His Deposition

The UAW argues that the City and the State have used the

common-interest theory to block inquiry into their joint communications

concerning the decision to pursue this chapter 9 filing.  *Motion to*

*Compel*, p. 3.  This assertion is wholly incorrect and unsupported by any

testimony or evidence.

4

13-53846-tjt   Doc 2361-13   Filed 01/02/14   Entered 01/02/14 18:08:52   Page 153 of
211
13-53846-swr   Doc 1313   Filed 10/22/13   Entered 10/22/13 17:17:05   Page 15 of 19

**B.** **The Governor's assertion of attorney-client privilege in the context of the Common Interest Agreement is consistent with this Court's September 19, 2013 ruling and subsequent order.**

The Governor's assertion of attorney-client privilege in the context of the Common Interest Agreement is consistent with the Court's September 19, 2013 ruling and its subsequent order.

First, the common interest agreement clearly involves more than the bankruptcy filing. In fact, the agreement specifically identifies the common interests as "including but not limited to, those *in connection with* the legal and policy issues that arise as a result of and in relation to the City's Financial Emergency, [and] the appointment of the Emergency Manager." *Common Interest Agreement*, pp. 2-3, emphasis added, attached as Exhibit B. The Governor asserted attorney-client privilege to discussions occurring at the weekly meetings between himself, his executive and legal staff, the Emergency Manager, and the City's attorneys, which he described as discussing the strategies, policies, updates, and other issues related to the City's financial emergency. The State and the City's common interests described in the Agreement are clearly involved in these discussions.

Second, these discussions involved legal strategy and advice. At the September 19 Hearing, the Court analogized the relationship between the City and the State to that of a corporation and its board of directors. The Court reasoned that if the board, its lawyer, the corporation's lawyer and the corporate management all met together, the common interest privilege would shield those communications. While the Court's analogy was in the context of a bankruptcy filing, the Court's reasoning would be equally applicable to a board's appointment of the corporation's CEO, and documents communicating legal advice from the board's lawyer to the CEO just prior, and relating to, the CEO's appointment. Consistent with the Court's September 19, 2013 ruling and subsequent order, attorney-client privilege attached and was properly invoked by the Governor.

Third, while the State appropriately invoked the attorney-client privilege to protect the content of *conversations and discussions* occurring at these meetings, the deposition questions for which the privilege was invoked related to the treatment of pension benefits, and other provisions, of the Emergency Manager's June 2013 proposal to creditors—not to "the decision to pursue the Chapter 9 filing."

6

13-53846-tjt Doc 2361-3 Filed 01/02/14 Entered 01/02/14 18:08:52 Page 155 of
211
13-53846-swr Doc 1313 Filed 10/22/13 Entered 10/22/13 17:17:00 Page 6 of 9

Moreover, the Governor freely testified as to his understanding, views, thoughts, and recollection of facts in response to every topic addressed at the deposition, even when the State could not disclose specific discussions.

Examples of the Governor's testimony in this regard—taken from the deposition transcript excerpts attached by the UAW— are:

> Q.  Well, between March 28, 2013 and June 14, 2013, did you have discussions with Kevyn Orr about a business plan or a restructuring plan or a redevelopment plan of the City of Detroit?
>
> A.  Kevyn Orr was building a plan for creditors they presented in June of this year.
>
> Q.  Did you have discussions with him with regard to that plan before the June presentation?
>
> A.  I had discussions that would have been subject to attorney-client privilege.
>
> Q.  Is it your understanding that that plan includes a two billion dollar note for unsecured creditors?
>
> A. Yes.
>
> Q.  And what's your understanding of what that plan includes with regard to vested pension benefits for the citizens of Detroit?
>
> A.  The proposal includes some portion of that note being allocated towards pensioners.
>
> *Transcript*, pp. 11-12.

7

13-53846-tj  Doc 2361-3   Filed 01/22/14   Entered 01/22/14 18:09:52   Page 156 of
13-53846-swr  Doc 1313   Filed 10/22/13   Entered 10/22/13 17:17:05   Page 15 of 19
211

Q.  Well, assuming that there is a reduction for the moment
in pension benefits, have you had any conversations with
Kevyn Orr with regard to whether or not there would be any
other benefit or provision made to the retirees of the City of
Detroit that were going to lose pension benefits as a result of
that plan?

A.  Those discussions would have been subject to attorney-
client privilege.

Q.  What's your understanding of the options that are
available to the City of Detroit?

A.  Well, again, we're in bankruptcy now so there's been no
plan presented by the City at this point in time, so that's a
hypothetical.

Q.  Do you believe it's fair to have the bankruptcy attorney
and other bankruptcy professionals paid ahead of retirees in
connection with the Chapter 9 process?

A.  I view that as a legal matter because that's a subject
matter of how Chapter 9 bankruptcies work.

Q.  The question I was asking was whether or not you
believe it's fair.  I'm not asking you whether or not it's a legal
matter.

A.  Well, I view it as just speculation on my part because
we're in Chapter 9, so that would be part of the legal process.

*Transcript*, pp. 14-15

Q.  For that same period of time, during the interview
process and up to and including July 18th or 19th, did you
have any conversation with Kevyn Orr with regard to selling
or monetizing assets such as the art, Belle Isle and water
and sewer and other assets of Detroit?

A.  Those discussions would have been subject to attorney-
client privilege.

Q. Is it your understanding that the sale of assets are one of the things that are consideration in connection with the restructuring plan that Kevyn Orr proposed during June of 2013?

A. I don't recall that portion of the proposal.

Q. What's your view on monetizing these assets as part of a restructuring plan including the art, Belle Isle and water and sewer and some of the other assets of Detroit?

A. Again, that's a hypothetical discussion because it would really come down to what's presented in the plan of adjustment within the context of the bankruptcy court, and it hasn't been done at this point.

*Transcript*, pp. 43-44

Discussions between the Governor, the Emergency Manager the Emergency Manager's counsel and/or the State's counsel relating to the treatment of pension benefits, whether prior to or after the Chapter 9 filing, are discussions of legal issues that are protected by attorney-client privilege through the common interest agreement. That privilege was properly invoked during the Governor's deposition.

## C.    The Governor is not subject to the Open Meetings Act.

In a footnote, the UAW asserts that the Governor's refusal to answer deposition questions involving his discussions with Mr. Orr is "contrary to the Open Meetings Law. . . " and thus shields the deliberations of public officials from disclosure. *Motion to Compel*, p. 5,

13-53846-tjt  Doc 2361-3  Filed 01/02/14  Entered 01/02/14 18:08:52  Page 158 of
211
13-53846-swr  Doc 1313  Filed 10/22/13  Entered 10/22/13 17:17:05  Page 9 of 19

fn 2.   The UAW is incorrect.  The Governor is not subject to the Open

Meetings Act (OMA) where, as here, he is not a "public body" when

acting in his individual executive capacity.

> Mich. Comp. Laws 15.262(a) defines a public body as:
>
> [A]ny state or local legislative or governing body, including a
> board, commission, committee, subcommittee, authority, or
> council, that is empowered by state constitution, statute
> charter ordinance, resolution, or reule to exercise
> governmental or proprietary authority or perform a
> governmental or proprietary function . . . .

Michigan appellate courts have held that an individual executive

acting in his executive capacity is not a "public body" for purposes of

OMA.  See, e.g., *Herald Co. v. Bay City*, 614 N.W.2d 873, 883 (Mich.

2000) (city manager not a public body); *Davis v. City of Detroit*

*Financial Review Team*, 821 N.W.2d 896, 905 (Mich. App. 2012) (When

acting in his official capacity with authority derived from the

Constitution or by statute, State Treasurer is not a public body). "Public

body" denotes a collective entity and "does not encompass individuals."

*Herald Co.*, 614 N.W.2d at 882.  Accordingly, the Governor's refusal to

answer deposition questions involving his discussions with Mr. Orr was

not contrary to the OMA.

13-53846-tjt  Doc 2361-3  Filed 01/02/14  Entered 01/02/14 18:08:52  Page 159 of
211
13-53846-swr  Doc 1613  Filed 11/22/13  Entered 11/22/13 17:17:05  Page 159 of 15

**D.    The UAW's Objections to the State's Assertion of
Attorney-Client Privilege at the Governor's
Deposition is incorrect, untimely, and prejudicial.**

Despite the speedy progression of the bankruptcy proceedings, the

UAW has literally waited until the eve of trial to raise this objection.

They did not object to the assertion of attorney-client privilege during

the deposition, despite the Court's offer to be available during the

deposition to resolve any problems that might arise.  Nor did they raise

a written objection in the nearly two weeks since the deposition.  The

UAW's delay prejudices the City and the State in terms of overall trial

preparation and potentially places additional costs on these parties to

produce these documents at trial.  The UAW has waived this objection.

**III.   While The State Disagrees With The UAW's
Characterization, The State Has Revised Its Privilege Logs
To Provide the Additional Detail Requested**

The UAW characterizes the State's Privilege Logs as

"insufficient." *Motion to Compel*, p. 6. The UAW also claims that the

State has waived its right to assert privilege.  *Id*.

The State disagrees with the UAW's characterization of the

entries on its privilege logs, instead asserting that the logs were

sufficient as presented.  Again, in an effort to resolve this discovery

11

13-53846-tjt  Doc 2361-3  Filed 01/02/14  Entered 01/02/14 18:08:52  Page 160 of
13-53846-swr  Doc 1913  Filed 01/22/13  Entered 01/22/13 17:37:05  Page 11 of 15
211

dispute raised on the eve of trial, the State agreed to revise its Privilege

Logs (attached as Exhibit C.)  These revised Privilege Logs have been

emailed and mailed to counsel.  Despite this agreement, which was

given to UAW's counsel on October 18, 2013, the UAW still included

this issue in its motion to compel.

The State disagrees that it has waived its right to assert attorney-

client privilege.  First, the initial log met the minimum requirements

for providing sufficient detail to demonstrate that the communications

in question were in fact confidential communications relating to legal

advice.  Contrary to the UAW's assertions, the State did more than

offered "conclusory" statements.

The UAW also provides no support for the proposition that a

Privilege Log cannot be amended.  Indeed, the opposite is true.  See,

e.g., *Pulte Homes, Inc. v. American Guarantee, and Liability Ins.*

*Co.*  No. 09-CV-11616, 2011 WL 8212 (E.D. Mich. January 3, 2011)

(noting that the defendant "has already amended this privilege log

once.")  (Attached as Exhibit D.)  As was true in *Pulte Homes, Inc. v.*

*American Guarantee, and Liability Ins. Co.*, No. 09-CV-11616, 2011 WL

8212  (E.D. Mich. January 3, 2011), the State  is entitled to amend its

12

13-53846-tjt  Doc 2361-13  Filed 01/02/14  Entered 01/02/14 18:08:52  Page 161 of
13-53846-swr  Doc 1813  Filed 01/22/13  Entered 01/22/13 17:37:05  Page 12 of 15
211

privilege log without the loss of the asserted privilege. Unlike *Pulte*, the State's privilege logs were not bare bones, required only modest modification, if at all, and was not voluntarily at the request of the UAW's counsel.

## CONCLUSION

For the above reasons, the State requests that the Court deny the UAW's Motion to Compel.

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Aaron D. Lindstrom
Assistant Solicitor General

Margaret A. Nelson
Assistant Attorney General

Steven G. Howell
Special Assistant Attorney
General
Dickinson Wright PLLC
500 Woodward Avenue, Suite
4000
Detroit, Michigan 48226-3425

Attorneys for the State of
Michigan
Michigan Dep't of Attorney
General

Dated: October 22, 2013

14

13-53846-tjt Doc 2361-13 Filed 01/22/14 Entered 01/22/14 18:00:52 Page 14 of 15
13-53846-swr Doc 1313 Filed 10/22/13 Entered 10/22/13 17:37:05 Page 163 of 211

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ *Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan  48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Attorney for the State of Michigan
Michigan Department of Attorney General

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## EXHIBITS TO:

## STATE OF MICHIGAN'S RESPONSE TO MOTION OF INTERNATIONAL UNION, UAW AND FLOWERS PLAINTIFFS TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON <u>GROUNDS OF PRIVILEGE BY THE STATE OF MICHIGAN</u>

EXHIBIT A - 3/12/2013 EMAIL

EXHIBIT B - Common Interest Agreement

EXHIBIT C - Privilege Logs

EXHIBIT D - Case Opinion - Pulte Homes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

No. 13-53846

Chapter 9

HON. STEVEN W. RHODES

**EXHIBIT A**

**STATE OF MICHIGAN'S RESPONSE TO MOTION OF
INTERNATIONAL UNION, UAW AND FLOWERS PLAINTIFFS
TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON
GROUNDS OF PRIVILEGE BY THE STATE OF MICHIGAN**

EXHIBIT A - 3/12/2013 EMAIL

| From: | Baird, Richard (GOV) |
|---|---|
| Sent: | Tuesday, March 12, 2013 8:54 PM |
| To: | 'Kevyn Orr' |
| Subject: | FW: Draft Contracts--final draft |
| Attachments: | Emergency Financial Manager Contract, 3-14-13.docx; Emergency Manager Contract, 3-28-13.docx |

| Importance: | High |
|---|---|

Kevyn:

It would be our hope that we could execute these contracts Thursday after the ELB appointment should it be confirmed.

Rich

**From:** Headen, Frederick (Treasury)
**Sent:** Tuesday, March 12, 2013 4:34 PM
**To:** Gadola, Michael (GOV); Stibitz, Brom (Treasury); Baird, Richard (GOV)
**Subject:** RE: Draft Contracts
**Importance:** High

All: Please find attached.  Thanks.

**From:** Gadola, Michael (GOV)
**Sent:** Tuesday, March 12, 2013 3:04 PM
**To:** Stibitz, Brom (Treasury); Headen, Frederick (Treasury); Baird, Richard (GOV)
**Subject:** RE: Draft Contracts

I'm good.

**From:** Stibitz, Brom (Treasury)
**Sent:** Tuesday, March 12, 2013 2:46 PM
**To:** Headen, Frederick (Treasury); Gadola, Michael (GOV); Baird, Richard (GOV)
**Subject:** RE: Draft Contracts

Works for me.

**From:** Headen, Frederick (Treasury)
**Sent:** Tuesday, March 12, 2013 2:32 PM
**To:** Gadola, Michael (GOV); Stibitz, Brom (Treasury); Baird, Richard (GOV)
**Subject:** RE: Draft Contracts
**Importance:** High

See attachments.  If okay, I will remove interlineated text and other tracking.

**From:** Gadola, Michael (GOV)
**Sent:** Tuesday, March 12, 2013 2:02 PM
**To:** Stibitz, Brom (Treasury); Baird, Richard (GOV); Headen, Frederick (Treasury)
**Subject:** RE: Draft Contracts

1

13-53846-swr Doc 2361-13 Filed 01/02/14 Entered 01/02/14 18:08:52 Page 167 of
13-53846-swr Doc 181-3 Filed 10/22/13 Entered 10/22/13 17:17:00 Page 166 of
211

E00191259

Yes. I just wondered if we might save ourselves an issue with the City and some of our "friends" there if we volunteered to pick up the expenses too, but it might be argued that the appropriation in PA 436 doesn't cover expenses. I'm OK with leaving as is but just thought I would raise it.

Mike

**From:** Stibitz, Brom (Treasury)
**Sent:** Tuesday, March 12, 2013 1:57 PM
**To:** Gadola, Michael (GOV); Baird, Richard (GOV); Headen, Frederick (Treasury)
**Subject:** RE: Draft Contracts

New law only requires state to cover salary.

**From:** Gadola, Michael (GOV)
**Sent:** Tuesday, March 12, 2013 1:55 PM
**To:** Stibitz, Brom (Treasury); Baird, Richard (GOV); Headen, Frederick (Treasury)
**Subject:** RE: Draft Contracts

I agree with Brom's suggestion re internal controls and adding "City or State" to the second contract. Yes, we will be OK with the items Rich mentions with this revision to the contract. Just curious as to why expense reimbursement under the second contract comes from the City when the state is responsible for the salary?? I don't care either way but it raises a question in my mind.

**From:** Stibitz, Brom (Treasury)
**Sent:** Tuesday, March 12, 2013 1:49 PM
**To:** Baird, Richard (GOV); Headen, Frederick (Treasury); Gadola, Michael (GOV)
**Subject:** RE: Draft Contracts

But then it would be all set, as long as it isn't from the State or City, right?

**From:** Baird, Richard (GOV)
**Sent:** Tuesday, March 12, 2013 1:48 PM
**To:** Stibitz, Brom (Treasury); Headen, Frederick (Treasury); Gadola, Michael (GOV)
**Subject:** RE: Draft Contracts

I agree on the internal controls piece Brom but we will likely flow the special commutation and apartment lease reimbursement through the 501(c) 4. Still happy to have some other set of eyes.

**From:** Stibitz, Brom (Treasury)
**Sent:** Tuesday, March 12, 2013 1:43 PM
**To:** Headen, Frederick (Treasury); Gadola, Michael (GOV); Baird, Richard (GOV)
**Subject:** RE: Draft Contracts

Based on the conversations we have had over here at Treasury in the last week or two, let me suggest that the second contract be changed so that Section 3.2 read like this instead (my change in red):

    3.2 <u>Salary</u>. The Emergency ~~Financial~~ Manager's salary for services rendered under this Contract shall be $275,000 per year. If this Contract is terminated after the Emergency ~~Financial~~ Manager has provided services for a portion of a month, the Emergency ~~Financial~~ Manager shall be entitled, for that portion of that month, to $22,916.67 multiplied by the proportion that the number of days of the month for which services were provided bears to the number of days of the whole month. The Emergency Manager shall not receive or accept any compensation from the City or State except as provided for in this contract.

2

E00191259

For Mike and Rich, our conversation focused around how to avoid the next Art Blackwell situation, where a manager is paying themselves out of City funds for things they aren't entitled to.

The other suggestion that I would throw out (again for that worst case scenario) is that we add language to section 3.4 in both contracts (existing language below) that requires a second person in the City to sign off any expense reimbursements going to the manager. It could be the CFO, finance director, or a finance clerk for all I care. I just think a second set of eyes on these things would be good to make sure everything is above board.

3.4 <u>Reimbursement for Actual and Necessary Expenses</u>. The actual and necessary expenses of the Emergency ~~Financial~~ Manager, inc1uding customary expenses related to travel, meals, and lodging which are incurred in connection with service to the City will be reimbursed by the City. The Emergency ~~Financial~~ Manager shall provide original copies of all receipts for meals, lodging, and travel reimbursement with any request for reimbursement.

My two cents.

**From:** Headen, Frederick (Treasury)
**Sent:** Tuesday, March 12, 2013 12:29 PM
**To:** Gadola, Michael (GOV); Baird, Richard (GOV); Stibitz, Brom (Treasury)
**Subject:** Draft Contracts
**Importance:** High

Mike:

Per your request, please find the attached draft contracts.

Fred

3

E00191259

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## EXHIBIT B

### STATE OF MICHIGAN'S RESPONSE TO MOTION OF INTERNATIONAL UNION, UAW AND FLOWERS PLAINTIFFS TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON GROUNDS OF PRIVILEGE BY THE STATE OF MICHIGAN

EXHIBIT B - Common Interest Agreement

13-53846-swr Doc 2361-3 Filed 01/02/14 Entered 01/02/14 18:08:52 Page 170 of
211
13-53846-tjt Doc 1819-3 Filed 11/22/13 Entered 11/22/13 17:17:50 Page 170 of 8

## Common Interest Agreement

This Common Interest Agreement (this "<u>Agreement</u>") is entered into between the following undersigned parties (collectively, the "<u>Parties</u>"): (a) the State of Michigan (the "<u>State</u>"), and (b) the City of Detroit, Michigan (the "<u>City</u>"), by and through its Emergency Manager, Kevyn D. Orr (in his capacity as the Emergency Manager for the City and hereinafter the "<u>Emergency Manager</u>"). This Agreement memorializes and confirms the oral understanding of the Parties with respect to the formation of their Common Interests (as defined below) and extends to any information that the Parties (including their departments and subdivisions, as applicable), their counsel, and their agents already have exchanged or will exchange in connection with their Common Interests, which are discussed below.

WHEREAS, the Governor of the State of Michigan, Richard Snyder (the "<u>Governor</u>") declared the City to be in a financial emergency as early as February 2012 (the "<u>Financial Emergency</u>");

WHEREAS, the City and the State entered into a Financial Stability Agreement, which was certified on April 9, 2012;

WHEREAS, the continuing Financial Emergency resulted in the appointment of the Emergency Manager for the City on March 14, 2013;

WHEREAS, the Parties have been and continue to be engaged in taking steps to evaluate and alleviate the Financial Emergency;

WHEREAS, by letter dated July 16, 2013, the Emergency Manager recommended to the Governor that the City commence a bankruptcy case under chapter 9 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>");

WHEREAS, by letter dated July 18, 2013, the Governor of the State of Michigan authorized the City to commence a chapter 9 case;

WHEREAS, the City commenced a case under chapter 9 of the Bankruptcy Code (Case No. 13-53846) (the "Bankruptcy Case") by filing its petition with the United States Bankruptcy Court for the Eastern District of Michigan on July 18, 2013, after receiving the Governor's written approval;

WHEREAS, the Emergency Manager and officials of the State of Michigan are both defendants in the case of *General Retirement System of the City of Detroit vs. Orr,* Case No. 13-768 filed in Ingham County Circuit Court on July 17, 2013;

WHEREAS, the validity of the appointment and actions of the Emergency Manager and the State of Michigan and its officials have been challenged in a number of other court actions;

WHEREAS, the Parties have reason to expect additional litigation regarding the authority of the Emergency Manager or of the State to have taken and to take actions to address the City's Financial Emergency in the Bankruptcy Case, separate and apart from the State's position as a creditor of the City;

WHEREAS, the City's Financial Emergency continues notwithstanding the filing of the Bankruptcy Case;

WHEREAS, on or around the appointment of the Emergency Manager, the Parties verbally agreed to a common interest agreement and have now concluded that placing the terms of that verbal agreement and newly agreed upon terms in written form is reasonable and appropriate;

WHEREAS, the Parties share certain common interests including, but not limited to, those in connection with the legal and policy issues that arise as a result of and in relation to the City's Financial Emergency, the appointment of the Emergency Manager, and the Bankruptcy

2

Case (collectively, the "Common Interests");

WHEREAS, the Parties and their counsel wish to pursue their Common Interests, and wish to avoid any suggestion of waiver of confidentiality or immunity of communications and documents protected by the attorney-client privilege, attorney work product doctrine, or any other applicable privilege or immunity;

WHEREAS, the Parties and their counsel, in pursuing their Common Interests, may wish to enlist the services of experts, consultants, advisors, or other agents, and intend for such agents to be bound by the restrictions created by this Agreement, as appropriate;

WHEREAS, it is the intention of the Parties that past and future communications among or between them, their counsel, or their agents related to their Common Interests are and shall remain confidential and continue to be protected from disclosure to any third party by applicable privileges and immunities, except as set forth herein;

WHEREAS, to pursue their Common Interests effectively, the Parties and their counsel also have concluded that, from time to time, their Common Interests will be best served by sharing among themselves and their agents documents, factual material, mental impressions, memoranda, data or information analyses, written or oral reports, litigation strategies, and other information, including the confidences of the Parties with counsel (hereinafter "Shared Materials"); and,

WHEREAS, it is the intention of the Parties that no Shared Materials shall be disclosed to any member of the Attorney General's office or other state representative that has taken, is taking, or plans to take a position in the Bankruptcy Case adverse to the position of the City and the Emergency Manager consistent with the Attorney General's internal conflict wall;

3

IT IS THEREFORE AGREED as follows:

1.     Any communications made between or among the Parties, their counsel, and/or their agents with respect to the Common Interests shall be considered confidential and subject to the common interest privilege, as well as any and all other applicable privileges.

2.     Except as expressly stated in writing to the contrary, any and all Shared Materials obtained by any of the Parties, their counsel, or their agents are being provided solely for use of the Parties, their counsel, and their agents in connection with the Common Interests and shall remain confidential and shall be protected from disclosure to any third party by the common interest privilege, attorney-client privilege, work product doctrine, and other applicable privileges and immunities, except to the extent waived by a Party asserting the privilege. All Shared Materials shall be used solely in connection with the Common Interests.

3.     All persons permitted access to the Shared Materials will be advised that the materials are confidential, privileged, and subject to the terms of this Agreement. In addition, Shared Materials shall be marked to the extent practicable with the following (or similar) header or footer:

> **PRIVILEGED AND CONFIDENTIAL**
> **ATTORNEY WORK PRODUCT**
> **ATTORNEY-CLIENT COMMUNICATION**
> **SUBJECT TO COMMON INTEREST AGREEMENT**
> **<u>NOT SUBJECT TO DISCLOSURE UNDER FOIA</u>**

Failure to include this header/footer will not undermine the protections afforded hereunder.

4.     If any person or entity subpoenas, requests under the Michigan Freedom of Information Act, or otherwise demands any Shared Materials from any of the Parties, their counsel, or their agents, such recipient of the subpoena, request, or demand shall immediately

4

notify all of the Parties' counsel. In addition, the recipient shall take all steps necessary to assert all applicable rights, privileges, and immunities with respect to the Shared Materials to ensure that the Shared Materials remain confidential unless that confidentiality or privilege has been expressly waived in writing by the Party asserting confidentiality or privilege. If a request for Shared Materials is made under the Michigan Freedom of Information Act, the recipient shall raise any and all applicable defenses and/or exemptions under Mich. Comp. Laws § 15.243 available to it or to any other Party to avoid disclosure unless the confidentiality or privilege for the Shared Materials or individual documents or communications that are part of the Shared Materials has been expressly waived in writing by the Party asserting confidentiality or privilege. Waiver of the confidentiality or privilege for an individual document or communication does not waive the confidentiality or privilege of all Shared Materials. The recipient also shall allow the other affected Parties a reasonable opportunity to intervene and be heard, and otherwise cooperate fully with the other affected parties in any administrative or judicial proceeding relating to the disclosure of Shared Materials.

5.     The Parties, their counsel, and their agents are not obliged to communicate any independently obtained or created materials with any other Party, counsel, or agent as a result of this Agreement.

6.     Nothing in this Agreement shall be deemed to create an attorney-client relationship between any persons, including the attorneys that have signed this Agreement. The fact that any attorney has signed this Agreement shall not in any way preclude that attorney from representing any interest that may be construed to be adverse to any other Party or Party's agent, and shall not be used as a basis for seeking to disqualify any counsel from representing any other

5

party in this or any other proceeding or matter; and no attorney who has signed this Agreement shall be disqualified from examining or cross-examining any Party or other person who testifies at any proceeding, whether under a grant of immunity or otherwise, because of such attorney's participation in this Agreement.

7.     Either Party may withdraw from this Agreement by promptly sending written notice to the other Party, in which case this Agreement shall no longer be operative. The withdrawing Party shall comply with any request to return or destroy any Shared Materials, and shall continue to be bound by the obligations of confidentiality with respect to the Shared Materials previously furnished pursuant to this Agreement.

8. ·   If a Party inadvertently produces any Shared Materials provided by another Party to an entity that is not a Party to this Agreement, in a manner that is not authorized by the terms of this Agreement, such production shall not be deemed a waiver of the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity of any Party hereto. In such circumstances, the producing Party must immediately notify the Party whose Shared Materials are included in such inadvertently produced Shared Materials and must further notify the receiving entity of the inadvertent production and request the return or confirmed destruction of the privileged materials.

9.     If a Party inadvertently produces to any or all of the other Parties a privileged document or privileged material that was not intended to be provided under this Agreement, the production of that document or other material shall not be deemed to constitute the waiver of any applicable privileges. In such circumstances, the producing Party must immediately notify the receiving Party of the inadvertent production, and request the return or confirmed destruction of

6

the privileged materials. Within five days of receiving such notification, the receiving Party shall return or confirm destruction of all such documents or other materials, including any derivative works thereof.

10.     This Agreement incorporates all prior oral understandings and it extends to all prior exchanges of Shared Materials. This Agreement is the entire understanding of the Parties with respect to this subject matter and may be modified only by a duly signed writing.

11.     This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

12.     This Agreement may not be amended or modified except by a written agreement signed by each signatory of this Agreement.

13.     This Agreement may be executed in any number of counterparts, each counterpart constituting an original, but all together one and the same agreement.

Dated:  September 12, 2013

Matthew Schneider
Chief Legal Counsel
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI  48909
Phone: (517) 373-1110
Fax: (517) 373-3042

By: _____
     Matthew Schneider
     SchneiderM7@michigan.gov

*Counsel for the State of Michigan*

Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

By: _____
     Heather Lennox
     hlennox@jonesday.com

*Counsel for the City of Detroit*

7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## EXHIBIT C

### STATE OF MICHIGAN'S RESPONSE TO MOTION OF INTERNATIONAL UNION, UAW AND FLOWERS PLAINTIFFS TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON GROUNDS OF PRIVILEGE BY THE STATE OF MICHIGAN

EXHIBIT C - Privilege Logs

13-53846-swr Doc 2361-3 Filed 00/02/14 Entered 00/02/14 18:08:58 Page 178 of 28
13-53846-swr Doc 2361-3 Filed 00/02/14 Entered 00/02/14 18:09:58 Page 1 of 28
211

In re:

CITY OF DETROIT, MICHIGAN　　　　　　　　　　　　　　Chapter 9

Debtor.　　　　　　　　　　　　　　　　　　　　　　Case No. 13-53846
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven W. Rhodes

STATE OF MICHIGAN, DEPARTMENT OF ATTORNEY GENERAL
PRIVILEGE LOG

| No. | Date | Author | Recipient | CC | Subject Matter | Privilege | Privilege Log Comment | Production Bates No. |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/27/2012 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Roberts, John (GOV) <robertsj@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov> | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM44000001 |
| 2 | 12/28/2012 | Snyder, Rick (GOV) <snyder11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email regarding emergency manager candidate; name of candidate redacted | |
| 3 | 6/5/2013 | Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj@michigan.gov> | Detroit Pensions | Yes; Attorney Client; Work Product | Email containing attorney work product and legal advice from Jones Day regarding creditor proposal, attachment containing same | |
| 4 | 5/10/2013 | Scott, Allison (GOV) <scotta12@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from Heather Lennox & Jones Day regarding City of Detroit operations | |
| 5 | 7/12/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and containing communications regarding materials prepared in anticipation of litigation | |
| 6 | 7/12/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from Michael Gadola | |
| 7 | 6/6/2013 | Snyder, Rick (GOV) <snyder11@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 8 | 6/6/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Isaacs, Carol (AG) <IsaacsC@michigan.gov>; Schneider, Matthew (AG) <SchneiderM7@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email seeking legal advice regarding anticipated litigation | |
| 9 | 6/24/2013 | Snyder, Rick (GOV) <snyder11@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Produce-Redact | Reference to legal opinion from Jones Day is redacted | |
| 10 | 7/18/2013 | Snyder, Rick (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SNYDER11> | Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from Valerie Brader & Michael Gadola | |
| 11 | 2/20/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 12 | 2/20/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email providing legal advice | |
| 13 | 2/20/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email providing and relating to legal advice | |
| 14 | 12/27/2012 | Brader, Valerie (GOV) <braderv@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Ackerman, Darin (GOV) <ackermand3@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Durfee, Sally (GOV) <durfees@michigan.gov>; Kellen, Alison (GOV) <keilena2@michigan.gov>; Murley, David (GOV) <murleyd@michigan.gov>; Rospond, Laurie (GOV) <rospond@michigan.gov> | Emergency Manager Appointment; EM Legislation | Yes; Attorney Client | Email providing legal advice | |
| 15 | 12/27/2012 | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Ackerman, Darin (GOV) <ackermand3@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Durfee, Sally (GOV) <durfees@michigan.gov> | Keilen, Alison (GOV) <keilena2@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov>; Murley, David (GOV) <murleyd@michigan.gov>; Rospond, Laurie (GOV) <rospond@michigan.gov> | Emergency Manager Appointment; EM Legislation | Yes; Attorney Client | Email providing legal advice | |
| 16 | 12/27/2012 | Durfee, Sally (GOV) <durfees@michigan.gov> | Brader, Valerie (GOV) <braderv@michigan.gov>; Ackerman, Darin (GOV) <ackermand3@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Kellen, Alison (GOV) <keilena2@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Murley, David (GOV) <murleyd@michigan.gov> | Emergency Manager Appointment; EM Legislation | Yes; Attorney Client | Email providing legal advice | |
| 17 | 12/27/2012 | Brader, Valerie (GOV) <braderv@michigan.gov> | Ackerman, Darin (GOV) <ackermand3@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Durfee, Sally (GOV) <durfees@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Kellen, Alison (GOV) <keilena2@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Murley, David (GOV) <murleyd@michigan.gov> | Emergency Manager Appointment; EM Legislation | Yes; Attorney Client | Email providing legal advice | |
| 18 | 12/27/2012 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Durfee, Sally (GOV) <durfees@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Ackerman, Darin (GOV) <ackermand3@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Kellen, Alison (GOV) <keilena2@michigan.gov>; Murley, David (GOV) <murleyd@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov>; Durfee, Sally (GOV) <durfees@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 19 | 7/12/2013 | Tedder, Greg (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TEDDERG> | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Roberts, John (GOV) <robertsj@michigan.gov>; Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email relating to communications with Michael Gadola seeking legal advice and discussing strategy in anticipation of litigation | |
| 20 | 7/3/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Orr, Kevyn (Treasury) <OrrK2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Produced in Production 5 | |
| 21 | 6/13/2013 | Tedder, Greg (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TEDDERG> | 'Doak, James' <james.doak@millerbuckfire.com> | | Detroit Bankruptcy | Yes; Attorney Client | Email relating to attorney-client communication from Heather Lennox, Jones Day | |
| 22 | 6/10/2013 | Tedder, Greg (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TEDDERG> | Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email relating to attorney-client communication from Heather Lennox, Jones Day | |
| 23 | 7/17/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov>; Simons, Samantha (GOV) <Simons2@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email relating to legal advice from Michael Gadola and Valerie Brader | |
| 24 | 7/18/2013 | Scott, Allison (GOV) <scotta12@michigan.gov> | Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email soliciting and relating to legal advice from Michael Gadola and Valerie Brader | |
| 25 | 7/18/2013 | Scott, Allison (GOV) <scotta12@michigan.gov> | Holyfield, Jeff (GOV) <Holyfield@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email soliciting and relating to legal advice from Michael Gadola and Valerie Brader | |
| 26 | 7/3/2013 | Murley, David (GOV) <murleyd@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov>; 'Brian Calley' <ljcalley@gmail.com>; Roberts, John (GOV) <robertsj@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; McbrIde, Bill (GOV) <mcbrideb@michigan.gov>; Reid, Teresa (GOV) <reidt@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Quebbeman, Marsha (GOV) <quebbemanm@michigan.gov>; Smith, Jennifer (GOV) <smithj32@michigan.gov>; Simons, Samantha (GOV) <Simons2@michigan.gov>; Rospond, Laurie (GOV) <rospond@michigan.gov>; Hall, Jean (GOV) <hallj16@michigan.gov>; Chadderdon, Alysha (GOV) <chadderdona@michigan.gov>; VanSickle, Michele (GOV) <vansicklem2@michigan.gov>; Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov>; Saunders, Kelli (GOV) <saundersk3@michigan.gov>; Durfee, Sally (GOV) <durfees@michigan.gov>; Ackerman, Darin (GOV) <ackermand3@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email from attorney David Murley stating legal advice and mental impressions regarding litigation | |
| 27 | 4/9/2013 | Headen, Frederick (Treasury) <headenf@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |

| No. | Date | From | To | CC | Matter | Privilege Claim | Description | Bates No. |
|---|---|---|---|---|---|---|---|---|
| 28 | 4/9/2013 | Headen, Frederick (Treasury) <headenf@michigan.gov> | Brader, Valerie (GOV) <braderv@michigan.gov> | Dillon, Andy (GOV) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <saxtont@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Gadola, Michael (GOV) | | | | |
| 29 | 5/10/2013 | Tedder, Greg <teddeg@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Wisniewski, Wendy (GOV) <wisniewskiw@michigan... | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 30 | 3/12/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <headenf@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email relating to attorney-client communication from Heather Lennox, Jones Day, and draft documents prepared by Heather Lennox, Jones Day | |
| 31 | 3/12/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 32 | 7/12/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from Michael Gadola and discussing strategy in anticipation of litigation | |
| 33 | 7/12/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from Michael Gadola and discussing strategy in anticipation of litigation | |
| 34 | 5/9/2013 | Tedder, Greg (GOV) <teddeg@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 35 | 3/12/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email providing legal advice and attaching attorney draft documents and edits in connection with provision of legal advice | |
| 36 | 3/12/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | | |
| 37 | 3/12/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document | |
| 38 | 3/12/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document | |
| 39 | 3/12/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to draft documents prepared by Fred Headen, discussions related to same, solicitation of advice from Fred Headen and Michael Gadola regarding same | |
| 40 | 3/12/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document | |
| 41 | 3/12/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document | |
| 42 | 3/5/2013 | Mason, Keith <kmason@mckennalong.com> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40000307 |
| 43 | 2/22/2013 | [Name] <[Address]@gmail.com> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40000309 |
| 44 | 2/20/2013 | Hollins, Harvey (GOV) <hollinsh@michigan.gov> | John E. Johnson, Jr. <johnjohnson.esq@gmail.com> | [Name] <[Address]@aol.com>; Wendell Anthony <revwendellanthony@gmail.com>; Heater Wheeler <hlwheeler@comcast.net>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40000313 |
| 45 | 1/7/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document; contains information regarding emergency manager candidate | |
| 46 | 1/6/2013 | Richard McLellan <rdmclellan6633@gmail.com> | Baird, Richard (GOV) <bairdr@michigan.gov> | Richard D. McLellan Esq. Mr. <rdmclellan@comcast.net> | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document; contains information regarding emergency manager candidate | |
| 47 | 1/4/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | |
| 48 | 5/30/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 49 | 5/30/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from Michael Gadola | |
| 50 | 7/12/2013 | Tedder, Greg <teddeg@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov> | Roberts, John (GOV) <robertsj8@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from Michael Gadola and discussing strategy in anticipation of litigation | |
| 51 | 7/12/2013 | Tedder, Greg (GOV) <teddeg@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice and discussing strategy in anticipation of litigation | |
| 52 | 7/12/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov> | Tedder, Greg (GOV) <teddeg@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and containing communications regarding materials prepared in anticipation of litigation | |
| 53 | 5/10/2013 | Roberts, John (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROBERTSJ9> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov>; Brownfield?(?)@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email relating to attorney-client communication from Heather Lennox, Jones Day, and draft documents prepared by Heather Lennox, Jones Day | |
| 54 | 7/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Tedder, Greg (GOV) <teddeg@michigan.gov>; Snyder, Rick (snyder11@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email providing legal advice | |
| 55 | 7/18/2013 | Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Tedder, Greg (GOV) <teddeg@michigan.gov>; Snyder, Rick (GOV) <snyder11@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 56 | 7/18/2013 | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Tedder, Greg (GOV) <teddeg@michigan.gov>; Snyder, Rick (GOV) <snyder11@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email soliciting attorney advice | |
| 57 | 7/5/2013 | Bill Nowling <bnowling@dp-company.com> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Tedder, Greg (GOV) <teddeg@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Bill Nowling <NowlingB@detroitmi.gov>; Shani Penn <PennSh@detroitmi.gov> | Detroit Bankruptcy | Yes; Work Product | Email discussing imminent filing of Syncora lawsuit | |
| 58 | 6/21/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; <robertsj8@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Detroit Pensions | Yes; Work Product | Email conveying and related to communications seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation | |
| 59 | 6/19/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Detroit Bankruptcy | Yes; Work Product | Email conveying and related to communications seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation | |
| 60 | 6/18/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email communicating legal advice from counsel | |
| 61 | 6/7/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email contains attorney advice related to pending litigation and attaching draft pleading | |

| | Date | From | To | CC | Category | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 62 | 6/6/2013 | Roberts, John (GOV) <robertsj9@michigan.gov> | Snyder, Rick (GOV) <snyder=11@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 63 | 6/6/2013 | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Snyder, Rick (GOV) <snyder=11@michigan.gov> | Scott, Alison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov>; Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from Michael Gadola |
| 64 | 7/12/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from Michael Gadola and discussing strategy in anticipation of litigation |
| 65 | 7/12/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from Michael Gadola and discussing strategy in anticipation of litigation |
| 66 | 6/22/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | | Detroit Bankruptcy | Yes; Work Product | Email conveying and related to communications seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation |
| 67 | 6/21/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Work Product | Email conveying and related to communications seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation |
| 68 | 12/27/2012 | Ackerman, Darin (GOV) <ackermand3@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Durfee, Sally (GOV) <durfees@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Keilen, Alison (GOV) <keilena2@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov>; Murley, David (GOV) <murleyd@michigan.gov> | EM Legislation | Yes; Attorney Client; Produce-Redact | Email providing legal advice |
| 69 | 2/20/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email providing legal advice |
| 70 | 12/27/2012 | Murley, David (GOV) <murleyd@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email providing legal advice |
| 71 | 7/18/2013 | Brader, Valerie (GOV) <braderv@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Communication regarding legal advice and litigation |
| 72 | 7/17/2013 | Brader, Valerie (GOV) <braderv@michigan.gov> | Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Communication regarding legal advice and litigation |
| 73 | 7/17/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email and attachment conveying and relating to legal advice from counsel |
| 74 | 7/17/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Work Product | Email and related to communications seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation |
| 75 | 7/12/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Tedder, Greg (GOV) <tedderg@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and discussing strategy in anticipation of litigation |
| 76 | 3/26/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and discussing strategy in anticipation of litigation |
| 77 | 3/26/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | 'Wilk, W. Alan' <WAWilk@dykema.com> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 78 | 3/25/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Short, Nancy (GOV) <shortn@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 79 | 3/25/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email with attorney regarding attorney draft and legal issues in context of providing legal advice |
| 80 | 3/6/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and edits to draft document |
| 81 | 3/6/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice |
| 82 | 3/26/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | Emergency Manager Appointment; Not Sure | Yes; Attorney Client | Email providing legal advice and edits to draft document |
| 83 | 3/12/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice; attachment includes attorney edits |
| 84 | 3/12/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; | Email providing legal advice; attachment includes attorney edits |
| 85 | 3/11/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov>; Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 86 | 3/12/2013 | Hollins, Harvey (GOV) <hollinsh@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email to counsel for purpose of obtaining legal advice |
| 87 | 3/11/2013 | Hollins, Harvey (GOV) <hollinsh@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Emails with attorney related to provision of legal advice |
| 88 | 7/17/2013 | Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email attaching for review and comment by counsel draft documents prepared in anticipation of litigation |
| 89 | 7/17/2013 | Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email to counsel seeking legal advice and containing documents prepared in anticipation of litigation |
| 90 | 3/7/2013 | Lamphier, Wendy (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LAMPHIERW> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Pleyte, Beth (Treasury) <PleyteB@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 91 | 3/25/2013 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice regarding anticipated litigation and discussing plans in preparation for litigation |
| 92 | 3/21/2013 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email between counsel stating legal advice and mental impressions regarding litigation |
| 93 | 2/5/2013 | Saari, Norm (GOV) <saarin@michigan.gov> | Clement, Elizabeth (GOV) <clementee@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email seeking legal advice |
| 94 | 7/17/2013 | Schneider, Matthew (AG) <SchneiderM7@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 95 | 3/25/2013 | Short, Nancy (GOV) <shortn@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 96 | 3/25/2013 | Short, Nancy (GOV) <shortn@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 97 | 3/28/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 98 | 3/26/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 99 | 3/25/2013 | StibitzB@michigan.gov | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email related to communications seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation |
| 100 | 5/16/2013 | wewisniewski@comcast.net | W. Alan Wilk <WAWilk@dykema.com> | 'Terri Reid' (terri@reidfinance.com); Gadola, Michael (GOV) <Gadolam@michigan.gov>; wewisniewski@comcast.net | Emergency Manager Appointment; Detroit Bankruptcy | | Produced in Production 5 |
| 101 | 3/18/2013 | Wilk, W. Alan <WAWilk@dykema.com> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | 'Terri Reid' (terri@reidfinance.com); wewisniewski@comcast.net | Emergency Manager Appointment | | Produced in Production 5 |
| 102 | 1/7/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document; contains information regarding emergency manager candidate |
| 103 | 1/7/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document; contains information regarding emergency manager candidate |
| 104 | 7/18/2013 | Brader, Valerie (GOV) <braderv@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Communication regarding legal advice and litigation |
| 105 | 7/17/2013 | Brader, Valerie (GOV) <braderv@michigan.gov> | Brownfield, Michael (GOV) <BrownfieldM2@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email providing legal advice |

| # | Date | From | To | CC | Category | Privilege | Description | Prod # |
|---|---|---|---|---|---|---|---|---|
| 106 | 7/17/2013 | Brownfield, Michael (GOV) <BrownfieldM2@michigan.gov> | Brader, Valerie (GOV) <braderv@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from counsel | |
| 107 | 7/17/2013 | Brownfield, Michael (GOV) <BrownfieldM2@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email seeking legal advice and sending documents for review by counsel | |
| 108 | 7/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Brownfield, Michael (GOV) <BrownfieldM2@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying attorney directions and edits to draft document | |
| 109 | 7/16/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Brader, Valerie (GOV) <braderv@michigan.gov>; Tedder, Greg (GOV) <teddergg@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email containing attorney draft | |
| 110 | 6/7/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Schneider, Matthew (AG) <SchneiderM7@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | | |
| 111 | 5/30/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Pete Ellsworth (pellsworth@dickinsonwright.com) (pellsworth@dickinsonwright.com); Brya, Michelle (AG) <BryaM@michigan.gov>; Monticello, Frank (AG) <MonticelloF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email seeking legal advice regarding anticipated litigation | |
| 112 | 5/29/2013 | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 113 | 7/16/2013 | Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email circulating documents for review and comment by counsel | |
| 114 | 7/16/2013 | Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email seeking legal advice | |
| 115 | 7/16/2013 | Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email seeking legal advice | |
| 116 | 7/16/2013 | Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Communication attaching attorney's edits to draft legal document | |
| 117 | 7/16/2013 | Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Brader, Valerie (GOV) <braderv@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email and attachments communicating advice of counsel in anticipation of litigation | |
| 118 | 7/2/2013 | Schneider, Matthew (AG) <SchneiderM7@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email seeking legal advice regarding anticipated litigation | |
| 119 | 6/7/2013 | Schneider, Matthew (AG) <SchneiderM7@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email seeking legal advice regarding anticipated litigation | |
| 120 | 7/18/2013 | Rospond, Laurie (GOV) <rospondl@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email requesting legal advice from counsel | |
| 121 | 5/10/2013 | Tedder, Greg (GOV) <teddergg@michigan.gov> | Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Brownfield, Michael (GOV) <BrownfieldM2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email relating to attorney-client communication from Heather Lennox, Jones Day, and draft documents prepared by Heather Lennox, Jones Day | |
| 122 | 5/9/2013 | Heather Lennox <hlennox@jonesday.com> | orrk@detroitmi.gov, Nowling@detroitmi.gov | David G. Heiman <dgheiman@jonesday.com>; Jeffrey B Ellman <jbellman@jonesday.com>; Corinne Ball <cball@jonesday.com>; Bruce Bennett <bbennett@jonesday.com> | Detroit Pensions | Yes; Attorney Client | Email relating to attorney-client communication from Heather Lennox, Jones Day, and draft documents prepared by Heather Lennox, Jones Day | |
| 123 | 5/10/2013 | Bill Nowling <Nowlingb@detroitmi.gov> | Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov> | | Detroit Pensions | | Produced in Production 5 | |
| 124 | 5/12/2013 | Bill Nowling <Nowlingb@detroitmi.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Bill Nowling <Nowlingb@detroitmi.gov>; Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Detroit Pensions | | Produced in Production 5 | |
| 125 | 5/12/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Bill Nowling <Nowlingb@detroitmi.gov>; Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Detroit Pensions | | Produced in Production 5 | |
| 126 | 5/12/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | | Detroit Pensions | | Produced in Production 5 | |
| 127 | 1/6/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Richard McLellan <rdmclellan663@gmail.com>; Snyder, Rick (GOV) <snyderr11@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from attorney Richard McLellan and discussing document drafted by Richard McLellan; contains information regarding emergency manager candidate | |
| 128 | 1/6/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Richard McLellan <rdmclellan663@gmail.com>; Snyder, Rick (GOV) <snyderr11@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from attorney Richard McLellan and discussing document drafted by Richard McLellan; contains information regarding emergency manager candidate | |
| 129 | 1/6/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact; Executive Privilege | Email conveying and relating to legal advice from attorney Richard McLellan and discussing document drafted by Richard McLellan; contains information regarding emergency manager candidate | SOM40000327 |
| 130 | 1/6/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from attorney Richard McLellan and discussing document drafted by Richard McLellan; contains information regarding emergency manager candidate | |
| 131 | 1/6/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from attorney Richard McLellan and discussing document drafted by Richard McLellan; contains information regarding emergency manager candidate | |
| 132 | 1/6/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Hichez, Amy (Treasury) <Hichez4@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email conveying and relating to legal advice from attorney Richard McLellan and discussing document drafted by Richard McLellan; contains information regarding emergency manager candidate | SOM40000331 |
| 133 | 1/7/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from attorney Richard McLellan and discussing document drafted by Richard McLellan; contains information regarding emergency manager candidate | |
| 134 | 1/7/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from attorney Richard McLellan and discussing document drafted by Richard McLellan; contains information regarding emergency manager candidate | |
| 135 | 1/7/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from attorney Richard McLellan and discussing document drafted by Richard McLellan; contains information regarding emergency manager candidate | |
| 136 | 3/12/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document | |
| 137 | 3/6/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document | |
| 138 | 3/12/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document | |
| 139 | 3/25/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Short, Nancy (GOV) <shorts@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments | |
| 140 | 3/25/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Short, Nancy (GOV) <shorts@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments | |
| 141 | 3/25/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Short, Nancy (GOV) <shorts@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document | |
| 142 | 3/26/2013 | Wilk, W. Alan <WAWilk@dykema.com> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document | |
| 143 | 3/26/2013 | Wilk, W. Alan <WAWilk@dykema.com> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document | |
| 144 | 3/28/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document | |
| 145 | 3/28/2013 | Wilk, W. Alan <WAWilk@dykema.com> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document | |
| 146 | 7/17/2013 | Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document | |
| 147 | 5/14/2013 | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Rexford, Tori <rexfordt@michigan.gov> | Emmitt, Beth (GOV) <emmittb@michigan.gov>; Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Silfven, Ken (GOV) <silfvenk@michigan.gov>; Buhs, Caleb (GOV) <BuhsC2@michigan.gov>; Smith, Jennifer (GOV) <smithj51@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and attaching attorney draft documents and comments in connection with provision of legal advice | |
| 148 | 12/27/2012 | Posthumus, Dick (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=POSTHUMUSD> | Ackerman, Darin (GOV) <ackermand3@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Durfee, Sally (GOV) <durfees@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Keilen, Alison (GOV) <keilena2@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov>; Murley, David (GOV) <murleyd@michigan.gov> | EM Legislation; Emergency Manager Appointment | Yes; Attorney Client | Email and attachment containing communications related to provision of legal advice by Michael Gadola | |
| 149 | 12/28/2012 | Emmitt, Beth (GOV) <emmittb@michigan.gov> | Roberts, John (GOV) <robertsj9@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email providing legal advice | |
| 150 | 12/11/2012 | Fraser, Roger (Treasury) <FraserR1@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov>; Ryan, Howard (Treasury) <RyanH1@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | EM Legislation; Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40000337 |
| 151 | 2/9/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Ryan, Chuck Moore <cmoore@conwaymackenzie.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | EM Legislation | Yes; Attorney Client | Email seeking legal advice | |
| 152 | 2/9/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Chuck Moore <cmoore@conwaymackenzie.com> | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email seeking legal advice and providing direction to counsel in preparation of draft documents related to provision of legal advice | |

| # | Date | From | To | CC | Matter | Privilege | Description | Bates |
|---|---|---|---|---|---|---|---|---|
| 153 | 2/10/2013 | Frederick Headen <headenf@comcast.net> | Headen, Frederick <Headenf@michigan.gov> | | | Emergency Manager Appointment; Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 154 | 6/4/2013 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Jason, Molly (AG) <JasonM@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email requesting legal advice | |
| 155 | 6/4/2013 | Jason, Molly (AG) <JasonM@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email requesting legal advice | |
| 156 | 5/10/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveying legal advice from counsel and attaching draft documents prepared in anticipated litigation | |
| 157 | 12/1/2012 | Liedel, Steven <SLiedel@dykema.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Emergency Manager Appointment; Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 158 | 2/14/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | | | Emergency Manager Appointment; Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 159 | 3/15/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Spillane Jr., Thomas B. (TSpillane@foley.com) | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov> | | Emergency Manager Appointment; Detroit Pensions | Yes; Attorney Client | Email attaching documents for review and comment by counsel | |
| 160 | 3/12/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 161 | 3/11/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email soliciting attorney advice | |
| 162 | 12/23/2012 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; brom stibitz <stibitz@gmail.com>; Headen, Frederick (Treasury) <Headenf@michigan.gov>; Charles M. Moore <cmoore@conwaymackenzie.com>; Ken Whipple <kwhipple@hotmail.com>; Sandra E. Pierce <spierce@tbccitizens.com>; Baird, Richard (GOV) <bairdr@michigan.gov> | | | Detroit Pensions | Yes; Work Product | Email conveying and related to communications seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation | |
| 163 | 1/3/2013 | Kriss Andrews <AndrewsK@detroitmi.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Jack Martin <Martinlack@detroitmi.gov>; Gaurau Malhotra <Gaurav.Malhotra@ey.com>; Darrell Burks <DBurks12@gmail.com>; Ken Whipple <kwhipple@hotmail.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Detroit Pensions | Yes; Work Product | Email with analysis prepared in anticipation of litigation | |
| 164 | 7/8/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 165 | 7/9/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email regarding provision of legal advice by counsel | |
| 166 | 7/9/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov> | | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from Jones Day | |
| 167 | 6/14/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 168 | 5/24/2013 | Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Koryzno, Edward (Treasury) <KoryznoE@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Hichez, Amy (Treasury) <HichezA@michigan.gov> | | | Detroit Pensions | Yes; Attorney Client | Email communicating legal advice of counsel | |
| 169 | 5/10/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from counsel and discussing draft document | |
| 170 | 7/18/2013 | Massaron, David P. <Massaron@MillerCanfield.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Danhof, William J. <Danhof@MillerCanfield.com> | | | Detroit Bankruptcy | Yes; Attorney Client | Email related to communications seeking legal advice | |
| 171 | 7/9/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email providing legal advice | |
| 172 | 7/9/2013 | Morton, Bradley (AG) <MortonB@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email regarding pending litigation initiated against Governor and Emergency Manager | |
| 173 | 6/19/2013 | Workman, Wayne <WWorkman@rwbaird.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | | | | | |
| 174 | 6/14/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Detroit Pensions | Yes; Attorney Client; Produce-Redact | Email soliciting advice from Fred Headen | SOM40000342 |
| 175 | 6/14/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from Fred Headen | |
| 176 | 6/12/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email circulating documents for review and comment originating with Heather Lennox at Jones Day | |
| 177 | 5/29/2013 | Buckfire, Ken <ken.buckfire@millerbuckfire.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from Heather Lennox, Jones Day | |
| 178 | 5/9/2013 | Workman, Wayne <WWorkman@rwbaird.com> | Fielek, Joseph L. (Treasury) <FIELEKJ@michigan.gov>; Massaron, David P. <Massaron@MillerCanfield.com> | McGuire, Benjamin (Treasury) <McGuireB2@michigan.gov>; Danhof, William J. <Danhof@MillerCanfield.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Eubanks, Rachael <REubanks@rwbaird.com>; Dembowski, Christopher J. <Dembowski@MillerCanfield.com> | | Detroit Bankruptcy | Yes; Attorney Client | Email providing legal advice | |
| 179 | 4/5/2013 | McGee, Michael P. <McGeeM@MillerCanfield.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Detroit Bankruptcy | Yes; Attorney Client | Email providing legal advice | |
| 180 | 2/10/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from Frederick Headen regarding edits to attorney draft document and attaching draft document | |
| 181 | 2/10/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from Frederick Headen regarding edits to attorney draft document | |
| 182 | 2/10/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from Frederick Headen regarding edits to attorney draft document | |
| 183 | 6/26/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Hichez, Amy (Treasury) | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email providing legal advice and attaching draft documents revised by Miller Canfield and Jones Day attorneys in connection with provision of legal advice | |
| 184 | 7/16/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | TSpillane@foley.com | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Sandra E. Pierce <sandy.pierce@firstmerit.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; PPhillips@foley.com; Liedel, Steven <SLiedel@dykema.com>; Cousineau, Sara (Treasury) | | Detroit Pensions | Yes; Attorney Client; Work Product | Email related to communications seeking legal advice and attaching attorney drafts and comments | |
| 185 | 2/4/2013 | Fraser, Roger (Treasury) <FraserR1@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Koryzno, Edward (Treasury) <KoryznoE@michigan.gov>; Dempkowski, Angela (Treasury) <DempkowskiA@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Barrett, Thomas (Treasury) <BarrettT@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email relaying advice from attorney Michael P. McGee at Miller Canfield | |
| 186 | 12/11/2012 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov>; Ryan, Howard (Treasury) <RyanH3@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | EM Legislation | Yes; Attorney Client | Email conveying and relating to legal advice | |
| 187 | 12/11/2012 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Ryan, Howard (Treasury) <RyanH3@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | EM Legislation | Yes; Attorney Client | Email conveying and relating to legal advice | |
| 188 | 6/6/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Spillane Jr., Thomas B. (TSpillane@foley.com); Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Orr, Kevyn (Treasury) <OrrK2@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov>; Liedel, Steven <SLiedel@dykema.com>; Sandy E. Pierce <Sandy.Pierce@firstmerit.com>; Headen, Frederick (Treasury) <Headenf@michigan.gov> | | | Detroit Bankruptcy; Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |

| # | Date | From | To | CC | Category | Privilege | Description |
|---|------|------|-----|-----|----------|-----------|-------------|
| 189 | 6/6/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Bankruptcy; Detroit Pensions | Yes; Attorney Client | Email containing legal advice and edits to draft document from Steven Liedel and copying Frank Monticello |
| 190 | 3/12/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications seeking legal advice, attorney drafts |
| 191 | 3/12/2013 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice |
| 192 | 3/12/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email seeking legal advice |
| 193 | 1/14/2013 | Schafer, Suzanne K. (Treasury) <Schafers3@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email seeking legal advice and sending documents for review by counsel related to provision of legal advice |
| 194 | 1/8/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product; Executive Privilege | Email providing legal advice |
| 195 | 1/4/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Monticello, Frank (AG) <Monticellof@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted |
| 196 | 1/4/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Kriss Andrews <AndrewsK@detroitmi.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Jack Martin <MartinJack@detroitmi.gov>; Gaurav Malhotra <Gaurav.Malhotra@ey.com>; Darrell Burks <DBurks12@gmail.com>; Ken Whipple <kwhipple@hotmail.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email seeking legal advice |
| 197 | 1/2/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted |
| 198 | 12/28/2012 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | headenf@comcast.net | | Detroit Pensions | Yes; Attorney Client; Work Product | Email and attachment conveying and relating to legal advice from counsel |
| 199 | 4/9/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Brader, Valerie (GOV) <braderv@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | Emergency Manager Appointment; Detroit Pensions | Yes; Attorney Client | Email providing legal advice |
| 200 | 4/8/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | Emergency Manager Appointment; Detroit Pensions | Yes; Attorney Client | Email providing legal advice |
| 201 | 3/15/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 202 | 3/28/2013 | Brader, Valerie (GOV) <braderv@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 203 | 3/27/2013 | Brader, Valerie (GOV) <braderv@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 204 | 3/27/2013 | Brader, Valerie (GOV) <braderv@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 205 | 3/26/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 206 | 3/26/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 207 | 3/25/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 208 | 3/25/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 209 | 3/25/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 210 | 3/18/2013 | Arwood, Cheri (GOV) <ArwoodC@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 211 | 3/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 212 | 3/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 213 | 3/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov>; Harden, Carolyn (GOV) <hardenc@michigan.gov>; Simons, Samantha (GOV) <SimonsS3@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications seeking legal advice and attaching attorney draft with comments |
| 214 | 3/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 215 | 3/18/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 216 | 3/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov>; Harden, Carolyn (GOV) <hardenc@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 217 | 3/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov>; Harden, Carolyn (GOV) <hardenc@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 218 | 3/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |

| No. | Date | From | To | CC | Category | Privilege | Description | Bates |
|---|---|---|---|---|---|---|---|---|
| 219 | 3/18/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Monticello, Frank (AG) <MonticelloF@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov>; Harden, Carolyn (GOV) <hardenc@michigan.gov>; Roberts, John (GOV) <robertsi8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching draft with comments | |
| 220 | 3/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Monticello, Frank (AG) <MonticelloF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov>; Harden, Carolyn (GOV) <hardenc@michigan.gov>; Roberts, John (GOV) <robertsi8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching draft with comments | |
| 221 | 3/13/2013 | Saari, Norm (GOV) <saarin@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email containing request for legal advice from counsel | |
| 222 | 3/13/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Saari, Norm (GOV) <saarin@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email containing request for legal advice from counsel | |
| 223 | 3/7/2013 | Monticello, Frank (AG) <MonticelloF@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 224 | 3/7/2013 | Monticello, Frank (AG) <MonticelloF@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Elworth, George (AG) <elworthg@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 225 | 3/7/2013 | Nichols, Susan R. (Treasury) <NicholsS4@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to communications seeking legal advice | |
| 226 | 3/6/2013 | Monticello, Frank (AG) <MonticelloF@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 227 | 3/6/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 228 | 3/6/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 229 | 3/6/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email regarding directions to and opinions of counsel | |
| 230 | 3/6/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing direction to attorney and attorney edits to draft document | |
| 231 | 3/6/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing direction to attorney and attorney edits to draft document | |
| 232 | 3/4/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Buhs, Caleb (GOV) <BuhsC2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 233 | 3/4/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 234 | 3/1/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Nichols, Susan R. (Treasury) <NicholsS4@michigan.gov> | Darling, Richard J. (Treasury) <DarlingR@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email requesting and communicating advice of counsel | |
| 235 | 3/1/2013 | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Nichols, Susan R. (Treasury) <NicholsS4@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Darling, Richard J. (Treasury) <DarlingR@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email requesting and communicating advice of counsel | |
| 236 | 3/1/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email requesting and communicating advice of counsel | |
| 237 | 6/5/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email relating and relating to draft documents prepared by Heather Lennox, Jones Day | |
| 238 | 12/5/2012 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Spillane Jr., Thomas B. (TSpillane@foley.com) | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email relaying financial information related to obtaining legal advice | |
| 239 | 6/12/2013 | Juan.Santambrogio@ey.com | Kevyn Orr <orrk@detroitmi.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | 'Bruce Bennett' <bbennett@jonesday.com>; cgannon@conwaymackenzie.com; cmoore@conwaymackenzie.com; Daniel.lerneycic@ey.com; David G.Herman <dgheiman@JonesDay.com>; Gaurav.Malhotra@ey.com; Glenn M.Kushiner <gkushiner@conwaymackenzie.com>; Heather Lennox <hlennox@JonesDay.com>; james.doak@millerbuckfire.com; ken.buckfire@millerbuckfire.com; khand@conwaymackenzie.com; kyle.herman@millerbuckfire.com; Sonya S.Mays <smays@detroitmi.gov>; Tedder, Greg (GOV) <teddergl@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Shani Penn <PennSh@detroitmi.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email circulating documents for review and comment by Jones Day | |
| 240 | 5/31/2013 | Brader, Valerie (GOV) <braderv@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Tedder, Greg (GOV) <teddergl@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email with counsel seeking legal advice and mental impressions | |
| 241 | 5/14/2013 | Doak, James <james.doak@millerbuckfire.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Buckfire, Ken <ken.buckfire@millerbuckfire.com> | Lennox Heather <hlennox@jonesday.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email relating to communications seeking legal advice from Jones Day regarding anticipated litigation | |
| 242 | 5/12/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Buhs, Caleb (GOV) <BuhsC@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email discussion draft document prepared by Heather Lennox, Jones Day | |
| 243 | 5/9/2013 | George P. Butler III <Gbutler@dickinson-wright.com> | DB W <dbw213@gmail.com> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from Dickinson Wright attorney George Butler | |
| 244 | 3/20/2013 | Cousineau, Sara (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=COUSINEAUS> | Monticello, Frank (AG) <MonticelloF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice | |
| 245 | 3/20/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Monticello, Frank (AG) <MonticelloF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 246 | 6/5/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email relating and relating to draft documents prepared by Heather Lennox, Jones Day | |
| 247 | 6/26/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to draft document and revisions prepared by Miller Canfield and Jones Day attorneys | |
| 248 | 1/4/2013 | Kriss Andrews <AndrewsK@detroitmi.gov> | Lamont Satchel <SatchelL@detroitmi.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email seeking legal advice from Fred Headen and related discussion | |
| 249 | 12/7/2012 | TSpillane@foley.com | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Hilfinger, Steven (LARA) <HilfingerS@michigan.gov> | TSpillane@foley.com; PPhillips@foley.com | Detroit Pensions | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 250 | 3/27/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Tedder, Greg (GOV) <teddergl@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Scott, Allison (GOV) <scotta8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email containing communications seeking and providing legal advice | SOM30000710 |
| 251 | 3/27/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Tedder, Greg (GOV) <teddergl@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Scott, Allison (GOV) <scotta8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email containing communications seeking and providing legal advice | |
| 252 | 3/27/2013 | Tedder, Greg (GOV) <teddergl@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Scott, Allison (GOV) <scotta8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email containing communications seeking and providing legal advice | |
| 253 | 3/27/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Tedder, Greg (GOV) <teddergl@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Scott, Allison (GOV) <scotta8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email containing communications seeking and providing legal advice | |
| 254 | 4/18/2013 | Cousineau, Sara (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=COUSINEAUS> - on behalf of - Stibitz, Brom (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STIBITZB> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 255 | 6/10/2013 | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | Tedder, Greg (GOV) <teddergl@michigan.gov>; Monticello, Frank (AG) <MonticelloF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | Detroit Pensions | Yes; Attorney Client; Work Product | Email seeking legal advice | |

| # | Date | From | To | CC | Category | Privilege | Description | Bates |
|---|------|------|-----|-----|----------|-----------|-------------|-------|
| 256 | 3/13/2013 | Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Hollyfield, Jeff (GOV) <Hollyfield@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Roberts, John (GOV) <robertsj5@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Smith, Jennifer (GOV) <smithj32@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email related to counsel's provision of legal advice and attaching draft documents for review by counsel in connection with provision of legal advice | |
| 257 | 3/13/2013 | Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Hollyfield, Jeff (GOV) <Hollyfield@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Roberts, John (GOV) <robertsj5@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Smith, Jennifer (GOV) <smithj32@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to counsel's provision of legal advice and attaching draft documents for review by counsel in connection with provision of legal advice | |
| 258 | 3/20/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email containing communications with Michael Gadola and Frederick Headen seeking legal advice regarding draft document | |
| 259 | 2/13/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov>; Koryzno, Edward (Treasury) <KoryznoE@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Barton, John (Treasury) | | Detroit Pensions | Yes; Attorney Client | Email to counsel seeking legal advice | |
| 260 | 2/4/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 261 | 3/20/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 262 | 3/20/2013 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 263 | 4/3/2013 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications seeking legal advice and discussing attorney draft | |
| 264 | 4/14/2013 | John Clark <jclark@gmhlaw.com> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Green, Saul A. <greens@millercanfield.com>; Sachs, Kenneth J. <Sachs@MillerCanfield.com>; Crockett, Michelle P. <crockett@millercanfield.com>; Alaimo, Michael A. <Alaimo@MillerCanfield.com>; Willems, John H. <willems@millercanfield.com>; Bulger, Harold W., Jr. <bulger@millercanfield.com>; Hathaway, Irene Bruce <Hathaway@MillerCanfield.com>; Evan Miller <emiller@JonesDay.com>; Sarah Griffin <sgriffin@JonesDay.com> | Detroit Pensions | Yes; Attorney Client | Email correspondence regarding obtaining legal advice | |
| 265 | 4/15/2013 | Sarah Griffin <sgriffin@JonesDay.com> | Sachs, Kenneth J. <Sachs@MillerCanfield.com> | Alaimo, Michael A. <Alaimo@MillerCanfield.com>; Bulger, Harold W., Jr. <bulger@millercanfield.com>; Crockett, Michelle P. <crockett@millercanfield.com>; Evan Miller <emiller@JonesDay.com>; Green, Saul A. <greens@millercanfield.com>; Hathaway, Irene Bruce <Hathaway@MillerCanfield.com>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; John Clark <jclark@gmhlaw.com>; | Detroit Pensions | Yes; Attorney Client | Email correspondence regarding obtaining legal advice | |
| 266 | 4/15/2013 | Evan Miller <emiller@JonesDay.com> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Warren, Richard W. <warren@millercanfield.com> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from Jones Day and Miller Canfield | |
| 267 | 4/16/2013 | Evan Miller <emiller@JonesDay.com> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Warren, Richard W. <warren@millercanfield.com> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from Jones Day and Miller Canfield | |
| 268 | 4/16/2013 | Evan Miller <emiller@JonesDay.com> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Warren, Richard W. <warren@millercanfield.com> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from Jones Day and Miller Canfield | |
| 269 | 5/10/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document | |
| 270 | 3/28/2013 | Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing communications with Michael Gadola and Frederick Headen seeking legal advice regarding draft document | |
| 271 | 3/27/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney edits to draft documents in connection with provision of legal advice | |
| 272 | 3/26/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Brya, Michelle (AG) <BryaM@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Nelson, Margaret (AG) <nelsonm8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email providing legal advice and strategy suggestions for pending litigation (Citizens Against Corrupt Government v. Local Emergency Financial Assistance Loand Board) | |
| 273 | 3/26/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov> | Tedder, Greg (GOV) <tedderg@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 274 | 3/25/2013 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Tedder, Greg (GOV) <tedderg@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 275 | 3/27/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Tedder, Greg (GOV) <tedderg@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email containing communications seeking and providing legal advice | |
| 276 | 3/27/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email containing communications seeking and providing legal advice | |
| 277 | 3/27/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Tedder, Greg (GOV) <tedderg@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 278 | 3/27/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 279 | 3/27/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Tedder, Greg (GOV) <tedderg@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email conveying and relating to legal advice from counsel | SOM30000765 |
| 280 | 3/27/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lampher, Wendy (Treasury) <LAMPHERW@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email conveying and relating to legal advice from counsel | SOM30000766 |
| 281 | 3/26/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Eunice Hays <HaysE@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 282 | 3/13/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov> | Emergency Manager Appointment | Yes; Work Product; Produce-Redact | Email containing communications regarding anticipated litigation | |
| 283 | 3/13/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov> | Emergency Manager Appointment | Yes; Work Product; Produce-Redact | Email containing communications regarding anticipated litigation | |
| 284 | 4/9/2013 | Brya, Michelle (AG) <BryaM@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Murphy, Matthew (AG) <MurphyM2@michigan.gov>; Nelson, Margaret (AG) <nelsonm8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email providing legal advice of counsel | |
| 285 | 3/31/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact; Executive Privilege | Email providing legal advice of counsel | |
| 286 | 6/3/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Work Product | Email attaching and discussing draft document prepared by attorney regarding pending litigation (Davis v. Local Emergency Financial Assistance Loan Board) | SOM40000518 |
| 287 | 5/16/2013 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Brya, Michelle (AG) <BryaM@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email soliciting legal advice from Fred Headen and discussion regarding same | |
| 288 | 6/19/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Workman, Wayne' <WWorkman@rwbaird.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | | |

| # | Date | From | To | CC | Category | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 289 | 6/7/2013 | Kevyn Orr <OrrK@detroitmi.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | | Detroit Pensions | Yes; Work Product | Email containing memoranda attachments prepared at request of counsel; discussion of Chapter 9 filing |
| 290 | 5/10/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email seeking advice of counsel from counsel and discussing draft document |
| 291 | 3/21/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email seeking advice of counsel |
| 292 | 3/19/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email soliciting attorney advice |
| 293 | 3/13/2013 | Murphy, Michael (AG) <MurphyM2@michigan.gov> | Monticello, Frank (AG) <MonticelloF@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email soliciting attorney advice |
| 294 | 2/10/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to draft document prepared by Fred Headen |
| 295 | 12/18/2012 | Braeutigam, Jon (Treasury) <Braeuti@invest.treas.state.mi.us> | Ryan, Howard (Treasury) <RyanH1@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | EM Legislation; Pension | Yes; Attorney Client | Email seeking legal advice regarding proposed legislation |
| 296 | 4/12/2013 | Green, Saul A. <greens@millercanfield.com> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | John Clark <jclark@gmhlaw.com> | Detroit Pensions | Yes; Attorney Client | Email correspondence regarding obtaining legal advice |
| 297 | 4/14/2013 | Green, Saul A. <greens@millercanfield.com> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | John Clark <jclark@gmhlaw.com>; Sachs, Kenneth J. <Sachs@MillerCanfield.com>; Crockett, Michelle P. <crockett@millercanfield.com>; Alaimo, Michael A. <Alaimo@MillerCanfield.com>; Willems, John H. <willems@millercanfield.com>; Bulger, Harold W., Jr. <bulger@millercanfield.com>; Hathaway, Irene Bruce <Hathaway@MillerCanfield.com>; 'Evan Miller' <emiller@JonesDay.com>; 'Sarah Griffin' <sgriffin@JonesDay.com> | Detroit Pensions | Yes; Attorney Client | Email correspondence regarding obtaining legal advice |
| 298 | 4/14/2013 | Green, Saul A. <greens@millercanfield.com> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email correspondence regarding obtaining legal advice |
| 299 | 4/15/2013 | Sachs, Kenneth J. <Sachs@MillerCanfield.com> | Green, Saul A. <greens@millercanfield.com>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | John Clark <jclark@gmhlaw.com>; Crockett, Michelle P. <crockett@millercanfield.com>; Alaimo, Michael A. <Alaimo@MillerCanfield.com>; Willems, John H. <willems@millercanfield.com>; Bulger, Harold W., Jr. <bulger@millercanfield.com>; Hathaway, Irene Bruce <Hathaway@MillerCanfield.com>; 'Evan Miller' <emiller@JonesDay.com>; 'Sarah Griffin' <sgriffin@JonesDay.com> | Detroit Pensions | Yes; Attorney Client | Email correspondence regarding obtaining legal advice |
| 300 | 4/15/2013 | John Clark <jclark@gmhlaw.com> | Green, Saul A. <greens@millercanfield.com>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Sachs, Kenneth J. <Sachs@MillerCanfield.com>; Alaimo, Michael A. <Alaimo@MillerCanfield.com>; Crockett, Michelle P. <crockett@millercanfield.com>; Willems, John H. <willems@millercanfield.com>; Bulger, Harold W., Jr. <bulger@millercanfield.com>; Hathaway, Irene Bruce <Hathaway@MillerCanfield.com>; 'Evan Miller' <emiller@JonesDay.com>; 'Sarah Griffin' <sgriffin@JonesDay.com> | Detroit Pensions | Yes; Attorney Client | Email correspondence regarding obtaining legal advice |
| 301 | 12/23/2012 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Kriss Andrews <andrewsk@detroitmi.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 302 | 12/23/2012 | Kriss Andrews <andrewsk@detroitmi.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Kriss Andrews <andrewsk@detroitmi.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 303 | 12/23/2012 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Kriss Andrews <andrewsk@detroitmi.gov> | Kriss Andrews <andrewsk@detroitmi.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 304 | 12/25/2012 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 305 | 12/25/2012 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 306 | 7/11/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email seeking legal advice and providing direction to counsel in preparation of draft documents related to provision of legal advice |
| 307 | 7/9/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email providing legal advice |
| 308 | 7/3/2013 | Orr, Kevyn (Treasury) <OrrK2@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Buckfire, Ken <ken.buckfire@millerbuckfire.com>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Work Product | Email discussing legal strategy in anticipation of Detroit bankruptcy |
| 309 | 6/13/2013 | Sonya Mays <MaysS@detroitmi.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Kevyn Orr <OrrK@detroitmi.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov> | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email conveying and relating to comments from Heather Lennox and other Jones Day attorneys regarding draft documents |
| 310 | 6/8/2013 | Kevyn Orr <orrk@detroitmi.gov> | ken.buckfire@millerbuckfire.com | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; 'orrk@detroitmi.gov' | Detroit Bankruptcy | Yes; Attorney Client | Email seeking legal advice from Miller Canfield and Jones Day attorneys and related discussion |
| 311 | 6/8/2013 | Buckfire, Ken <ken.buckfire@millerbuckfire.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | 'orrk@detroitmi.gov' | Detroit Bankruptcy | Yes; Attorney Client | Email seeking legal advice from Miller Canfield and Jones Day attorneys and related discussion |
| 312 | 6/7/2013 | Jeffrey B Ellman <jbellman@JonesDay.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov>; orrk@detroitmi.gov; PennSh@detroitmi.gov; mayss@detroitmi.gov; NowlingB@detroitmi.go | Charles M.Moore <cmoore@conwaymackenzie.com>; gaurav.malhotra@ey.com; ken.buckfire@millerbuckfire.com; David G. Heiman <dgheiman@JonesDay.com>; Corinne Ball <cball@JonesDay.com>; Heather Lennox <hlennox@JonesDay.com>; Bruce Bennett <bbennett@jonesday.com> | Detroit Pensions | Yes; Attorney Client | Email conveys and relates to legal advice from counsel |
| 313 | 6/5/2013 | Thomas A Wilson <tawilson@JonesDay.com> | orrk@detroitmi.gov; Buckfire, Ken <ken.buckfire@millerbuckfire.com>; Bruce Bennett <bbennett@jonesday.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Bruce Bennett <bbennett@live.com> | Detroit Pensions | Yes; Attorney Client; Work Product | Email containing attorney work product and legal advice; attachment containing same |
| 314 | 6/5/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Gaurav.Malhotra@ey.com; Kenneth Buckfire <ken.buckfire@millerbuckfire.com>; Lennox Heather <hlennox@jonesday.com>; james.doak@millerbuckfire.com; Daniel.lennox@... | Pleyte, Beth (Treasury) <PleyteB@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email containing financial analyses and reports prepared at direction of counsel in connection with communications seeking legal advice from Jones Day and Miller Canfield |
| 315 | 12/7/2012 | TSpillane@foley.com | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Hilfinger, Steven (LARA) <HilfingerS@michigan.gov>; Sandra E Pierce <SPIERCE@...> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice |
| 316 | 12/7/2012 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | TSpillane@foley.com | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Hilfinger, Steven (LARA) <HilfingerS@michigan.gov>; PPhillips@foley.com; TSpillane@foley.com | Detroit Pensions | Yes; Attorney Client | Email related to attorney's legal advice |
| 317 | 12/18/2012 | Braeutigam, Jon (Treasury) <JBraeuti@invest.treas.state.mi.us> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Ryan, Howard (Treasury) <RyanH1@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | EM Legislation; Pension | Yes; Attorney Client | Email seeking legal advice regarding proposed legislation |

| # | Date | From | To | CC | Category | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 318 | 7/8/2013 | Hichez, Amy (Treasury) <HichezA@michigan.gov> | Evan Miller <emiller@JonesDay.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Brackenbury, Robert (Treasury) <Brackenburyr@michigan.gov>; Charles M. Moore (cmoore@conwaymackenzie.com); Braeutigam, Jon (Treasury) <JBraeuti@invest.treas.state.mi.us>; McPhee, Marjorie (Treasury) <McpheeM@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov>; VanSickle, Michele (GOV) <vansicklem2@michigan.gov>; 'Heather Lennox' (hlennox@JonesDay.com); David G. Heiman <dgheiman@JonesDay.com>; Pleyte, Beth (Treasury) | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice |
| 319 | 7/8/2013 | Evan Miller <emiller@JonesDay.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Brackenbury, Robert (Treasury) <Brackenburyr@michigan.gov>; Charles M. Moore (cmoore@conwaymackenzie.com); Hichez, Amy (Treasury) <HichezA@michigan.gov>; Braeutigam, Jon (Treasury) <JBraeuti@invest.treas.state.mi.us>; McPhee, Marjorie (Treasury) <McpheeM@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov>; VanSickle, Michele (GOV) | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice |
| 320 | 7/2/2013 | Massaron, David P. <Massaron@MillerCanfield.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Workman, Wayne <WWorkman@michigan.gov> | Fielek, Joseph L. (Treasury) <FIELEKJ@michigan.gov> | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from counsel and discussing draft document |
| 321 | 6/26/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Brya, Michelle (AG) <BryaM@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Nixon, John (DTMB) <Nixon1@michigan.gov>; Arwood, Steve (LARA) <ArwoodS@michigan.gov>; Kevyn Orr (OrrK@detroitmi.gov); Tedder, Greg (GOV) <tedderg@michigan.gov> | Booth, Joshua O. (AG) <BoothJ2@michigan.gov>; Monticello, Frank (AG) <MonticeloF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email attaching and discussing draft document prepared by attorney regarding pending litigation (Davis v. Local Emergency Financial Assistance Loan Board) |
| 322 | 6/20/2013 | Brown, Melanie (LARA) <BrownM5@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Brya, Michelle (AG) <BryaM@michigan.gov> | Monticello, Frank (AG) <MonticeloF@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Leeds, Lauren (DTMB) <LeedsL@michigan.gov>; Smith, Jennifer (GOV) <smithj32@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Booth, Joshua O. (AG) <BoothJ2@michigan.gov>; Jackson, Jennifer (AG) | Emergency Manager Appointment | Yes; Attorney Client | Email requesting advice of counsel |
| 323 | 6/20/2013 | Leeds, Lauren (DTMB) <LeedsL@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Brya, Michelle (AG) <BryaM@michigan.gov> | Monticello, Frank (AG) <MonticeloF@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Smith, Jennifer (GOV) <smithj32@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Booth, Joshua O. (AG) <BoothJ2@michigan.gov>; Brown, Melanie (LARA) <BrownM5@michigan.gov>; Jackson, Jennifer (AG) | Emergency Manager Appointment | Yes; Attorney Client | Email requesting advice of counsel |
| 324 | 6/20/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Brya, Michelle (AG) <BryaM@michigan.gov> | Monticello, Frank (AG) <MonticeloF@michigan.gov>; Leeds, Lauren (DTMB) <LeedsL@michigan.gov>; Smith, Jennifer (GOV) <smithj32@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Booth, Joshua O. (AG) <BoothJ2@michigan.gov>; Brown, Melanie (LARA) <BrownM5@michigan.gov>; Jackson, Jennifer (AG) | Emergency Manager Appointment | Yes; Attorney Client | Email requesting advice of counsel |
| 325 | 6/20/2013 | Brya, Michelle (AG) <BryaM@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Monticello, Frank (AG) <MonticeloF@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Leeds, Lauren (DTMB) <LeedsL@michigan.gov>; Smith, Jennifer (GOV) <smithj32@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Booth, Joshua O. (AG) <BoothJ2@michigan.gov>; Brown, Melanie (LARA) <BrownM5@michigan.gov>; Jackson, Jennifer (AG) | Emergency Manager Appointment | Yes; Attorney Client | Email requesting advice of counsel |
| 326 | 6/20/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Brya, Michelle (AG) <BryaM@michigan.gov>; Monticello, Frank (AG) <MonticeloF@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Leeds, Lauren (DTMB) <LeedsL@michigan.gov>; Smith, Jennifer (GOV) <smithj32@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Booth, Joshua O. (AG) | Emergency Manager Appointment | Yes; Attorney Client | Email seeking attorney advice |
| 327 | 7/15/2013 | Stibitz, Brom (Treasury) <Stibitz@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveys and relates to legal advice from Jeffrey Ellman, Jones Day |
| 328 | 6/28/2013 | Stibitz, Brom (Treasury) <Stibitz@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveys and relates to legal advice from Jeffrey Ellman, Jones Day |
| 329 | 6/13/2013 | Dana Gorman <DTG@ABMAC.COM> | Kevyn Orr <orrk@detroitmi.gov>; Chuck Dohrenwend <COD@ABMAC.COM>; Bill Nowling <Nowlingb@detroitmi.gov>; bbennett@jonesday.com; bberens@JonesDay.com; cball@JonesDay.com; dgheiman@JonesDay.com; hlennox@JonesDay.com; jbellman@JonesDay.com; ken.buckfire@millerbuckfire.com; ken.herman@millerbuckfire.com | Charles Burgess <CLB@ABMAC.COM>; Erin Smith <EKS@ABMAC.COM>; Ron Iori <RHI@ABMAC.COM> | | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 330 | 6/7/2013 | Gaurav.Malhotra@ey.com | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Juan.Santambrogio@ey.com; Shavi.Sarna@ey.com; Daniel.Jerneycic@ey.com | Detroit Bankruptcy | Yes; Attorney Client | Email containing discussion regarding Chapter 9 filing, withheld under common interest doctrine |
| 331 | 6/19/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; 'Workman, Wayne' <WWorkman@wrkaeird.com>; Stibitz, Brom (Treasury) <Stibitz@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to communications seeking legal advice from Frederick Headen |
| 332 | 6/19/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | wworkman@wrkaeird.com; Stibitz, Brom (Treasury) <Stibitz@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to communications seeking legal advice from Frederick Headen |
| 333 | 6/13/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Charles M.Moore <cmoore@conwaymackenzie.com> | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to communications seeking legal advice from Frederick Headen |
| 334 | 5/31/2013 | Jeffrey B Ellman <jbellman@JonesDay.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, B (JONESDAY@JonesDay.com); Stibitz, Brom (Treasury) <Stibitz@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov>; orrk@detroitmi.gov; Shani Penn <PennSh@detroitmi.gov>; mayss@detroitmi.gov; Bill Nowling <Nowlingb@detroitmi.gov> | Charles M.Moore <cmoore@conwaymackenzie.com>; gaurav.malhotra@ey.com; ken.buckfire@millerbuckfire.com; David G. Heiman <dgheiman@JonesDay.com>; Corinne Ball <cball@JonesDay.com>; Heather Lennox <hlennox@JonesDay.com>; Bruce Bennett <bbennett@jonesday.com> | | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 335 | 5/30/2013 | Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Pensions | Yes; Attorney Client; Produce-Redact | Email containing communications conveying and relating to legal advice from Jones Day |
| 336 | 5/29/2013 | Buckfire, Ken <ken.buckfire@millerbuckfire.com> | 'Francavilla, Charles' <charles.francavilla@bankofamerica.com> | 'Bruce Bennett' <bbennett@jonesday.com>; 'Martin, Jack' <MartinJack@detroitmi.gov>; 'james.nacos@baml.com'; Guinn, Mark A <mark.a.guinn@bankofamerica.com>; Curland, Edward H <edward.curland@baml.com>; 'Corinne Ball' <cball@JonesDay.com>; 'Heather Lennox' <hlennox@JonesDay.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Doak, James <james.doak@millerbuckfire.com> | Detroit Bankruptcy | Yes; Attorney Client | Email regarding communication of legal advice |

| # | Date | From | To | CC | Category | Privilege | Description |
|---|------|------|----|----|----------|-----------|-------------|
| 337 | 5/29/2013 | Heather Lennox <hlennox@JonesDay.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | ken.buckfire@millerbuckfire.com; Doak, James <james.doak@millerbuckfire.com>; Bruce Bennett <bbennett@jonesday.com> | Detroit Pensions | Yes; Attorney Client; Work Product | Email regarding provision of legal advice containing attorney analysis and forwarding report from Ernst & Young prepared at direction of counsel, withheld based upon common interest doctrine |
| 338 | 5/20/2013 | Gaurav.Malhotra@ey.com | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email containing legal advice and analysis from Jones Day and forwarding report from Ernst and Young prepared at direction of counsel, withheld based upon common interest doctrine |
| 339 | 5/10/2013 | Tedder, Greg (GOV) <teddergr@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <SaxtonT@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to documents prepared by Heather Lennox, Jones Day |
| 340 | 5/10/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Buhs, Caleb (DFS) <BuhsC@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to documents prepared by Heather Lennox, Jones Day |
| 341 | 5/9/2013 | Massaron, David P. <Massaron@MillerCanfield.com> | 'Workman, Wayne' <WWorkman@rwbaird.com>; Fielek, Joseph L. (Treasury) <FIELEKJ@michigan.gov> | McGuire, Benjamin (Treasury) <McGuireB2@michigan.gov>; Danhof, William I. <Danhof@MillerCanfield.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Eubanks, Rachael <REubanks@rwbaird.com>; Dembowski, Christopher J. <Dembowski@MillerCanfield.com> | Detroit Bankruptcy | Yes; Attorney Client | Email providing legal advice |
| 342 | 5/9/2013 | Kevyn Orr <OrrK@detroitmi.gov> | Gaurav.Malhotra@ey.com; David G. Heiman <dgheiman@jonesday.com>; Heather Lennox <hlennox@jonesday.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Tedder, Greg (GOV) <teddergr@michigan.gov>; James Doak <james.doak@millerbuckfire.com>; ken.buckfire@millerbuckfire.com | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document |
| 343 | 5/9/2013 | Heather Lennox <hlennox@JonesDay.com> | Gaurav.Malhotra@ey.com; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Tedder, Greg (GOV) <teddergr@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; David G. Heiman <dgheiman@jonesday.com>; Doak, James <james.doak@millerbuckfire.com>; ken.buckfire@millerbuckfire.com; Orr, Kevyn (GOV) <OrrK@detroitmi.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 344 | 5/9/2013 | Fielek, Joseph L. (Treasury) <FIELEKJ@michigan.gov> | 'Workman, Wayne' <WWorkman@rwbaird.com>; Massaron, David P. <Massaron@MillerCanfield.com> | McGuire, Benjamin (Treasury) <McGuireB2@michigan.gov>; Danhof, William I. <Danhof@MillerCanfield.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Eubanks, Rachael <REubanks@rwbaird.com>; Dembowski, Christopher J. <Dembowski@MillerCanfield.com> | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 345 | 5/8/2013 | Workman, Wayne <WWorkman@rwbaird.com> | Massaron, David P. <Massaron@MillerCanfield.com> | McGuire, Benjamin (Treasury) <McGuireB2@michigan.gov>; Danhof, William I. <Danhof@MillerCanfield.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Fielek, Joseph L. (Treasury) <FIELEKJ@michigan.gov>; Eubanks, Rachael <REubanks@rwbaird.com>; Dembowski, Christopher J. <Dembowski@MillerCanfield.com> | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 346 | 5/8/2013 | Massaron, David P. <Massaron@MillerCanfield.com> | McGuire, Benjamin (Treasury) <McGuireB2@michigan.gov>; Danhof, William I. <Danhof@MillerCanfield.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Fielek, Joseph L. (Treasury) <FIELEKJ@michigan.gov>; 'Workman, Wayne' <wworkman@rwbaird.com>; Rachael Eubanks <REubanks@rwbaird.com>; Dembowski, Christopher J. <Dembowski@MillerCanfield.com> | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 347 | 4/24/2013 | Tedder, Greg (GOV) <teddergr@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email relating to draft documents prepared in anticipation of litigation and forwarding legal memoranda and analyses prepared at direction of counsel, withheld based upon common interest doctrine |
| 348 | 4/18/2013 | Kriss Andrews <AndrewsK@detroitmi.gov> | cgannon@conwaymackenzie.com; cmoore@conwaymackenzie.com; khand@conwaymackenzie.com; Kriss Andrews <AndrewsK@detroitmi.gov>; Jan Anderson <Jan@detroitmi.gov>; Jack Martin <MartinJack@detroitmi.gov>; Maurice McMurray <McMurrayM@detroitmi.gov>; Daniel.Jerneycic@ey.com; Gaurav.Malhotra@ey.com; Juan.Santambrogio@ey.com; Sandra Pierce <Sandy.pierce@firstmerit.com>; kwhipple@hotmail.com; brosenblum@jonesday.com; cball@jonesday.com; David Heiman <dgheiman@jonesday.com>; djkates@jonesday.com; dtmoss@jonesday.com; emiller@jonesday.com; hlennox@jonesday.com; mrudd@jonesday.com; sgriffin@jonesday.com; sjbrogan@jonesday.com; tawilson@jonesday.com; tfcullen@jonesday.com; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; james.doak@millerbuckfire.com; ken.buckfire@millerbuckfire.com; kyle.herman@millerbuckfire.com; sanjay.marken@millerbuckfire.com; stuart.erickson@millerbuckfire.com; vincent.fea@millerbuckfire.com | Shalena Garrett <garrettsh@detroitmi.gov>; Eunice Hayes <HayesE@detroitmi.gov>; Cherie Polk <PolkC@detroitmi.gov>; Hichez, Amy (Treasury) <HichezA@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email attaching for review and comment by counsel draft documents prepared in anticipation of litigation and forwarding legal memoranda and analyses prepared at direction of counsel, withheld based upon common interest doctrine |
| 349 | 4/15/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | jclark@gmhlaw.com; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email regarding provision of legal advice by counsel |
| 350 | 4/12/2013 | John Clark <jclark@gmhlaw.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email conveying and relating to legal advice |
| 351 | 4/12/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from counsel |
| 352 | 4/11/2013 | Kriss Andrews <AndrewsK@detroitmi.gov> | Jack Martin <MartinJack@detroitmi.gov>; Jan Anderson <Jan@detroitmi.gov>; cgannon@conwaymackenzie.com; cmoore@conwaymackenzie.com; khand@conwaymackenzie.com; Daniel.Jerneycic@ey.com; Gaurav.Malhotra@ey.com; Juan.Santambrogio@ey.com; Sandra Pierce <Sandy.pierce@firstmerit.com>; kwhipple@hotmail.com; brosenblum@jonesday.com; cball@jonesday.com; David Heiman <dgheiman@jonesday.com>; djkates@jonesday.com; dtmoss@jonesday.com; emiller@jonesday.com; hlennox@jonesday.com; jbellman@jonesday.com; mrudd@jonesday.com; sgriffin@jonesday.com; sjbrogan@jonesday.com; tawilson@jonesday.com; tfcullen@jonesday.com; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; james.doak@millerbuckfire.com; ken.buckfire@millerbuckfire.com; kyle.herman@millerbuckfire.com; sanjay.marken@millerbuckfire.com; stuart.erickson@millerbuckfire.com; vincent.fea@millerbuckfire.com | Shalena Garrett <garrettsh@detroitmi.gov>; Eunice Hayes <HayesE@detroitmi.gov>; Cherie Polk <PolkC@detroitmi.gov>; Hichez, Amy (Treasury) <HichezA@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 353 | 3/7/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Terry A. (Treasury) <SaxtonT@michigan.gov>; Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice |
| 354 | 3/6/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Terry A. (Treasury) <SaxtonT@michigan.gov> | Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and attaching attorney edits to draft document |
| 355 | 3/29/2013 | Boyne, David (Treasury) <BoyneD@michigan.gov> | Workman, Wayne <WWorkman@rwbaird.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Fielek, Joseph L. (Treasury) <FIELEKJ@michigan.gov>; Smith, Jarrod (AG) <SmithJ45@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |

| # | From | To | CC | Matter | Privilege | Description | ID |
|---|------|-----|-----|--------|-----------|-------------|-----|
| 356 | Boyne, David (Treasury) <BoyneD@michigan.gov> | Smith, Jarrod (AG) <Smith045@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Fielek, Joseph L. (Treasury) <FIELEKJ@michigan.gov>; Workman, Wayne' <WWorkman@theBaird.com> | | Yes; Work Product | Email soliciting attorney advice | |
| 357 | McGee, Michael P. <McGee@MillerCanfield.com> | Headen, Frederick <Headenf@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Warren, Richard W. <rwarren@millercanfield.com> | Detroit Pensions | Yes; Attorney Client | Email seeking attorney advice | |
| 358 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | McGee, Michael P. (McGee@MillerCanfield.com) | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email seeking attorney advice | |
| 359 | McGee, Michael P. <McGee@MillerCanfield.com> | 'Kriss Andrews' <AndrewsK@detroitmi.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 360 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from Michael McGee, Miller Canfield | |
| 361 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice | |
| 362 | Nic Hutnyak <Nicolas.Hutnyak@firstsw.com> | Rupley, Jerry T. <Rupley@MillerCanfield.com>; McGee, Michael P. <McGee@MillerCanfield.com> | 'martinjack@detroitmi.gov'; 'Kriss Andrews' <AndrewsK@detroitmi.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Yes; Attorney Client | Email containing legal advice | |
| 363 | Rupley, Jerry T. <Rupley@MillerCanfield.com> | 'Nic Hutnyak' <Nicolas.Hutnyak@firstsw.com>; McGee, Michael P. <McGee@MillerCanfield.com> | Rupley, Jerry T. <Rupley@MillerCanfield.com>; 'Kriss Andrews' <AndrewsK@detroitmi.gov>; 'Dave Brayshaw' <Dave.Brayshaw@firstsw.com> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 364 | Rupley, Jerry T. <Rupley@MillerCanfield.com> | 'Nic Hutnyak' <Nicolas.Hutnyak@firstsw.com>; McGee, Michael P. <McGee@MillerCanfield.com> | 'martinjack@detroitmi.gov'; 'Kriss Andrews' <AndrewsK@detroitmi.gov>; 'Dave Brayshaw' <Dave.Brayshaw@firstsw.com> | Detroit Pensions | Yes; Attorney Client | Email containing legal advice | |
| 365 | Rupley, Jerry T. <Rupley@MillerCanfield.com> | 'Nic Hutnyak' <Nicolas.Hutnyak@firstsw.com>; McGee, Michael P. <McGee@MillerCanfield.com> | 'martinjack@detroitmi.gov'; 'Kriss Andrews' <AndrewsK@detroitmi.gov>; 'Dave Brayshaw' <Dave.Brayshaw@firstsw.com> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 366 | McGee, Michael P. <McGee@MillerCanfield.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 367 | McGee, Michael P. <McGee@MillerCanfield.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 368 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 369 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Buhs, Caleb (GOV) <BuhsC2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov>; Nichols, Susan R. (Treasury) <NicholsS4@michigan.gov> | | Yes; Attorney Client | Email containing legal advice and edits to draft document | |
| 370 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Buhs, Caleb (GOV) <BuhsC2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document | |
| 371 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Yes; Attorney Client | Email soliciting attorney advice | |
| 372 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 373 | Fraser, Roger (Treasury) <FraserR1@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov>; Vaughn, Cary J. (Treasury) <VaughnC2@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 374 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov>; Vaughn, Cary J. (Treasury) <VaughnC2@michigan.gov> | Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 375 | Stanton, Terry A. (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STANTONT> | Headen, Frederick (Treasury) <Headenf@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email seeking advice | |
| 376 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email relating to legal advice from Frederick Headen and forwarding attorney memorandum containing legal advice and analysis from Miller Canfield | |
| 377 | Kriss Andrews <AndrewsK@detroitmi.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Jack Martin <MartinJack@detroitmi.gov> | | Yes; Work Product | Email discussing matters in anticipation of litigation | |
| 378 | Glenn Bowen <glenn.bowen@milliman.com> | 'Kriss Andrews' <AndrewsK@detroitmi.gov>; Gaurav.Malhotra@ey.com; Michael McGee <McGee@MillerCanfield.com>; Suzanne Taranto <suzanne.taranto@milliman.com> | Jack Martin <jm645370@aol.com>; Jack Martin <MartinJack@detroitmi.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice | |
| 379 | Kriss Andrews <AndrewsK@detroitmi.gov> | Gaurav.Malhotra@ey.com; Michael McGee <McGee@MillerCanfield.com>; Glenn Bowen <glenn.bowen@milliman.com>; Suzanne Taranto <suzanne.taranto@milliman.com> | Jack Martin <jm645370@aol.com>; Jack Martin <MartinJack@detroitmi.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice | |
| 380 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <baird@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40000529 |
| 381 | Glenn Bowen <glenn.bowen@milliman.com> | Suzanne Taranto <suzanne.taranto@milliman.com>; Gaurav.Malhotra@ey.com; Michael McGee <McGee@MillerCanfield.com> | William Andrews <AndrewsK@detroitmi.gov>; Jack Martin <jm645370@aol.com>; Jack Martin <MartinJack@detroitmi.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice | |
| 382 | McGee, Michael P. <McGee@MillerCanfield.com> | Gaurav.Malhotra@ey.com | Suzanne Taranto <suzanne.taranto@milliman.com>; Glenn Bowen <glenn.bowen@milliman.com>; William Andrews <AndrewsK@detroitmi.gov>; Jack Martin <jm645370@aol.com>; Jack Martin <MartinJack@detroitmi.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice | |
| 383 | Suzanne Taranto <suzanne.taranto@milliman.com> | Gaurav.Malhotra@ey.com; Glenn Bowen <glenn.bowen@milliman.com>; Michael McGee <McGee@MillerCanfield.com> | William Andrews <AndrewsK@detroitmi.gov>; Jack Martin <jm645370@aol.com>; Jack Martin <MartinJack@detroitmi.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice | |
| 384 | Gaurav.Malhotra@ey.com | Suzanne Taranto <suzanne.taranto@milliman.com>; Glenn Bowen <glenn.bowen@milliman.com>; Michael McGee <McGee@MillerCanfield.com> | William Andrews <AndrewsK@detroitmi.gov>; Jack Martin <jm645370@aol.com>; Jack Martin <MartinJack@detroitmi.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice | |
| 385 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Monticello, Frank (AG) <MonticelloF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product; Executive Privilege | Email to attorney to obtain legal advice | |
| 386 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from Michael McGee, Miller Canfield | |
| 387 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email providing legal advice regarding edits to attorney draft document | |
| 388 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice regarding edits to draft document | |
| 389 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov> | Pension | Yes; Attorney Client | Email related to communications seeking legal advice from Frederick Headen regarding edits to draft document | |

| # | Date | From | To | CC | Subject | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 390 | 12/14/2012 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email seeking legal advice regarding edits to attorney draft document |
| 391 | 12/14/2012 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email providing legal advice regarding edits to attorney draft document |
| 392 | 12/14/2012 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email seeking legal advice regarding edits to attorney draft document |
| 393 | 10/23/2012 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas | Detroit Pensions | Yes; Attorney Client; Produce-Redact | Email contains communications seeking legal advice from Frederick Headen |
| 394 | 10/23/2012 | Liedel, Steven <SLiedel@dykema.com> | Hilfinger, Steven (LARA) <HilfingerS@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email providing legal advice |
| 395 | 10/21/2012 | Hilfinger, Steven (LARA) <HilfingerS@michigan.gov> | 'sliedel@dykema.com' | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email from attorney providing legal advice |
| 396 | 10/21/2012 | Spillane , Thomas B. <TSpillane@foley.com> | Kriss Andrews <krissandrews@hotmail.com> | McGee, Michael P. <McGee@MillerCanfield.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Steven Liedel <sliedel@dykema.com>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Andrews, Kriss <AndrewsK@detroitmi.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email containing legal advice and mental impressions |
| 397 | 10/21/2012 | Kriss Andrews <krissandrews@hotmail.com> | McGee, Michael P. <McGee@MillerCanfield.com> | Spillane Jr., Thomas B. <TSpillane@foley.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Steven Liedel <sliedel@dykema.com>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Andrews, Kriss <AndrewsK@detroitmi.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email containing legal advice and mental impressions |
| 398 | 10/21/2012 | McGee, Michael P. <McGee@MillerCanfield.com> | 'Spillane Jr., Thomas B.' <TSpillane@foley.com> | Kriss Andrews <krissandrews@hotmail.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Steven Liedel <sliedel@dykema.com>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Andrews, Kriss <AndrewsK@detroitmi.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email containing legal advice and mental impressions |
| 399 | 10/21/2012 | Spillane Jr., Thomas B. <TSpillane@foley.com> | Spillane Jr., Thomas B. <TSpillane@foley.com> | Kriss Andrews <krissandrews@hotmail.com>; McGee, Michael P. <McGee@MillerCanfield.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Steven Liedel <sliedel@dykema.com>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Andrews, Kriss <AndrewsK@detroitmi.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email containing legal advice and mental impressions |
| 400 | 10/20/2012 | Spillane Jr., Thomas B. <TSpillane@foley.com> | Kriss Andrews <krissandrews@hotmail.com> | McGee, Michael P. <McGee@MillerCanfield.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Steven Liedel <sliedel@dykema.com>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Andrews, Kriss <AndrewsK@detroitmi.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email containing legal advice and mental impressions |
| 401 | 10/20/2012 | McGee, Michael P. <McGee@MillerCanfield.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Steven Liedel <sliedel@dykema.com>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Spillane Jr., Thomas B. ' <TSpillane@foley.com>; 'Andrews, Kriss' <AndrewsK@detroitmi.gov>; 'Andrews, Kriss' <krissandrews@hotmail.com>; McGee, Michael P. <McGee@MillerCanfield.com> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 402 | 10/20/2012 | Kriss Andrews <krissandrews@hotmail.com> | 'McGee, Michael P.' <McGee@MillerCanfield.com>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Steven Liedel <sliedel@dykema.com>; 'Andrews Kriss' <AndrewsK@detroitmi.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and conveying attorney mental impressions |
| 403 | 10/20/2012 | McGee, Michael P. <McGee@MillerCanfield.com> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Steven Liedel <sliedel@dykema.com>; Andrews Kriss <AndrewsK@detroitmi.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and conveying attorney mental impressions |
| 404 | 10/20/2012 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | McGee, Michael P. <McGee@MillerCanfield.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Steven Liedel <sliedel@dykema.com> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email containing legal advice and mental impressions |
| 405 | 7/2/2013 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | TSpillane.com | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Sandra E. Pierce <sandy.pierce@firstmerit.com> | Emergency Manager Appointment | Yes; Attorney Client | Email seeking legal advice |
| 406 | 6/19/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Koryzno, Edward (Treasury) <KoryznoE@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 407 | 7/17/2013 | TSpillane@foley.com | David G. Heiman <dgheiman@JonesDay.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Gregory Shumaker <gshumaker@JonesDay.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov; orrk@detroitmi.gov; Stephen J. Brogan <sjbrogan@JonesDay.com>; Heather Lennox <hlennox@JonesDay.com>; Bruce Bennett | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email among counsel seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation |
| 408 | 7/17/2013 | David G. Heiman <dgheiman@JonesDay.com> | TSpillane@foley.com | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Gregory Shumaker <gshumaker@JonesDay.com>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov; orrk@detroitmi.gov; Stephen J. Brogan <sjbrogan@JonesDay.com>; Heather Lennox <hlennox@JonesDay.com>; Bruce Bennett | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email among counsel seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation |
| 409 | 7/16/2013 | TSpillane@foley.com | David G. Heiman <dgheiman@JonesDay.com> | Gregory Shumaker <gshumaker@JonesDay.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email among counsel seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation |
| 410 | 6/13/2013 | Sonya Mays <MaysS@detroitmi.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Kevyn Orr <Orr@detroitmi.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email and attachments conveying and relating to legal advice from Jones Day and documents prepared by Jones Day |
| 411 | 1/2/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from Mark Kaufman, McKenna Long |
| 412 | 1/2/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from Mark Kaufman, McKenna Long |
| 413 | 1/2/2013 | Kaufman, Mark <mkaufman@mckennalong.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Mason, Keith <kmason@mckennalong.com>; 'kwilliams@federalcitycouncil.org'; Chandler, Summer <schandler@mckennalong.com> | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 414 | 12/5/2012 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and attorney mental impressions |

| # | Date | From | To | CC | Topic | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 415 | 6/6/2013 | Doak, James <james.doak@millerbuckfire.com> | Doak, James <james.doak@millerbuckfire.com>; Buckfire, Ken <ken.buckfire@millerbuckfire.com>; Charles M. Moore <cmoore@conwaymackenzie.com>; Gaurav.Malhotra@ey.com; Tedder, Greg (GOV) <tedderg@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; David G. Heiman <dgheiman@jonesday.com>; Heather Lennox (hlennox@jonesday.com); VanSickle, Michele (GOV) <vansicklem2@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | 'mhicks@jonesday.com' | | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 416 | 12/6/2012 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 417 | 4/19/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Hiches, Amy (Treasury) <HichesA@michigan.gov> | Detroit Pensions | Yes; Attorney Client; Work Product | Email attaching for review and comment by counsel draft documents prepared in anticipation of litigation and forwarding legal memoranda and analyses prepared by Miller Canfield or Jones Day or at direction of counsel, withheld based upon common interest doctrine |
| 418 | 7/15/2013 | John Clark <jclark@gmhlaw.com> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email providing attorneys' legal analysis |
| 419 | 12/12/2012 | Vaughn, Cary J. (Treasury) <VaughnC2@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov>; <EraserK1@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email circulating draft document for review and comment by counsel |
| 420 | 12/14/2012 | Vaughn, Cary J. (Treasury) <VaughnC2@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email circulating draft document for review and comment by counsel |
| 421 | 12/14/2012 | Vaughn, Cary J. (Treasury) <VaughnC2@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications seeking legal advice from Frederick Headen regarding edits to draft document |
| 422 | 2/25/2013 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing attorney draft |
| 423 | 3/25/2013 | Gadola, Michael (GOV) <GadolaM@michigan.gov> | Short, Nancy (GOV) <shortn@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 424 | 2/8/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email sending attorney draft document for review and comment |
| 425 | 2/9/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | headenf@comcast.net | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email providing legal advice and containing attorney draft |
| 426 | 2/10/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email and attachment providing legal advice |
| 427 | 10/22/2012 | Liedel, Steven <SLiedel@dykema.com> | Hilfinger, Steven (LARA) <HilfingerS@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice |
| 428 | 10/21/2012 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Hilfinger, Steven (LARA) <HilfingerS@michigan.gov> | sliedel@dykema.com; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice |
| 429 | 6/11/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email circulating documents for review and comment by Heather Lennox at Jones Day, others |
| 430 | 6/4/2013 | Gaurav.Malhotra@ey.com | Heather Lennox <hlennox@JonesDay.com> | Bruce Bennett <bbennett@jonesday.com>; David G. Heiman <dgheiman@JonesDay.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Hichez, Amy (Treasury) <HichezA@michigan.gov>; james.doak@millerbuckfire.com; Kenneth Buckfire (ken.buckfire@millerbuckfire.com); Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 431 | 4/19/2013 | Juan.Santambrogio@ey.com | Kriss Andrews <Andrews8@detroitmi.gov>; brosenblum@jonesday.com; cball@jonesday.com; cgannon@conwaymackenzie.com; cmoore@conwaymackenzie.com; Daniel.Jerneycic@ey.com; David Heiman <dgheiman@jonesday.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; dkates@jonesday.com; dtmoss@jonesday.com; emiller@jonesday.com; Gaurav.Malhotra@ey.com; Hichez, Amy (Treasury) <HichezA@michigan.gov>; hlennox@jonesday.com; james.doak@millerbuckfire.com; Jan Anderson <jan@detroitmi.gov>; jbellman@jonesday.com; jan.buckfire@millerbuckfire.com>; khand@conwaymackenzie.com; kwhipple@hotmail.com; kyle.herman@millerbuckfire.com; Jack Martin <Martinjack@detroitmi.gov>; Maurice McMurray <McMurrayM@detroitmi.gov>; mrudd@jonesday.com; Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Cherie Polk <PolkC@detroitmi.gov>; Sandra Pierce <Sandy.pierce@fifsrment.com>; sanjay.marken@millerbuckfire.com; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; sgriffin@jonesday.com; jtrogan@jonesday.com; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; stuart.erickson@millerbuckfire.com; tawilson@jonesday.com; tfcullen@jonesday.com; | | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email attaching for review and comment by counsel draft documents prepared in anticipation of litigation and forwarding legal memoranda and analyses prepared at direction of counsel, withheld based upon common interest doctrine |
| 432 | 3/1/2013 | Juan.Santambrogio@ey.com | Michael P. McGee <mcgee@millercanfield.com>; Jack Martin <Martinjack@detroitmi.gov>; AndrewsK@detroitmi.gov; Jan Anderson <Jan@detroitmi.gov>; cgannon@conwaymackenzie.com; cmoore@conwaymackenzie.com; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; ken.buckfire@millerbuckfire.com; james.doak@millerbuckfire.com; khand@conwaymackenzie.com; kyle.herman@millerbuckfire.com; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Glenn M Kushner <gkushner@conwaymackenzie.com>; Maurice McMurray <McMurrayM@detroitmi.gov> | Gaurav.Malhotra@ey.com; Daniel.Jerneycic@ey.com | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email circulating documents for review and comment |
| 433 | 10/5/2012 | Daniel.Jerneycic@ey.com | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Hilfinger, Steven (LARA) <HilfingerS@michigan.gov> | Gaurav.Malhotra@ey.com; Juan.Santambrogio@ey.com; andrewsk@detroitmi.gov; Jack Martin <Martinjack@detroitmi.gov>; Chris Brown <CBrown@detroitmi.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 434 | 7/17/2013 | Buckfire, Ken <ken.buckfire@millerbuckfire.com> | Snyder, Rick (GOV) <snyderr11@michigan.gov>; Emmitt, Beth (GOV) <emmittb@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov> | 'orrk@detroitmi.gov'; David G. Heiman <dgheiman@JonesDay.com> | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 435 | 7/12/2013 | Jeffrey B Ellman <jbellman@JonesDay.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov>; orrk@detroitmi.gov; PennSh@detroitmi.gov; mayyo@detroitmi.gov; Bill Nowling <NowlingB@detroitmi.gov> | Charles M.Moore <cmoore@conwaymackenzie.com>; gaurav.malhotra@ey.com; ken.buckfire@millerbuckfire.com; David G. Heiman <dgheiman@JonesDay.com>; Corinne Ball <cball@JonesDay.com>; Heather Lennox <hlennox@JonesDay.com>; Bruce Bennett <bbennett@jonesday.com> | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from counsel |
| 436 | 12/19/2012 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Vaughn, Cary J. (Treasury) <VaughnC2@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov> | Schafer, Suzanne K. (Treasury) <SchaferS7@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client | E-mails with attorney regarding draft Detroit financial information |
| 437 | 7/11/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov> | | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email related to communications seeking legal advice and providing direction to Frederick Headen in preparation of draft documents related to provision of legal advice |
| 438 | 6/13/2013 | KateKohnParrott <katekohnparrott@gmail.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to communications with Evan Miller, Jones Day |
| 439 | 6/13/2013 | KateKohnParrott <katekohnparrott@gmail.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to communications with Evan Miller, Jones Day |
| 440 | 6/13/2013 | KateKohnParrott <katekohnparrott@gmail.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to communications with Evan Miller, Jones Day |

| No. | Date | From | To | CC | Category | Privilege | Description | Bates |
|---|---|---|---|---|---|---|---|---|
| 441 | 6/13/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; katekohnparrott@gmail.com; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | | | |
| 442 | 6/13/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Evan Miller <emiller@JonesDay.com> | KateKohnParrott <katekohnparrott@gmail.com>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Curran, Thomas (Treasury) <CurranT@michigan.gov>; Gaurav Malhotra <Gaurav.Malhotra@ey.com>; Daniel Jerneycic <Daniel.Jerneycic@ey.com> | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email conveying and relating to communications with Evan Miller, Jones Day | |
| 443 | 7/8/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to communications with Evan Miller, Jones Day | |
| 444 | 6/4/2013 | Heather Lennox <hlennox@JonesDay.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Gaurav Malhotra <Gaurav.Malhotra@ey.com>; james.doak@millerbuckfire.com; ken.buckfire@millerbuckfire.com; Heather Lennox <hlennox@JonesDay.com>; ... | | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email seeking legal advice | |
| 445 | 6/3/2013 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Detroit Bankruptcy; Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email attaching and discussing draft document prepared by Michelle Brya (AG) regarding pending litigation (Davis v. Local Emergency Financial Assistance Loan Board) | |
| 446 | 5/31/2013 | Brya, Michelle (AG) <BryaM@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Arwood, Steve (LARA) <ArwoodS@michigan.gov> | Monticello, Frank (AG) <MonticelloF@michigan.gov>; Booth, Joshua O. (AG) <Booth2@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email attaching and discussing draft document prepared by Michelle Brya (AG) regarding pending litigation (Davis v. Local Emergency Financial Assistance Loan Board) | |
| 447 | 4/24/2013 | Brya, Michelle (AG) <BryaM@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email attaching and discussing draft document prepared by Michelle Brya (AG) regarding pending litigation (Davis v. Local Emergency Financial Assistance Loan Board) | |
| 448 | 4/23/2013 | Brya, Michelle (AG) <BryaM@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Booth, Joshua O. (AG) <Booth2@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email attaching and discussing draft document prepared by Michelle Brya (AG) regarding pending litigation (Davis v. Local Emergency Financial Assistance Loan Board) | |
| 449 | 3/13/2013 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing attorney's legal analysis | |
| 450 | 2/12/2013 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to draft documents sent by Fred Headen in connection with provision of legal advice | |
| 451 | 12/27/2012 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | [Name] <[Address]@sbcglobal.net> | Baird, Richard (GOV) <bairdr@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Emergency Manager Appointment | Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40000534 |
| 452 | 7/11/2013 | Kevyn Orr <orrk@detroitmi.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Sonya Mays <MaysS@detroitmi.gov> | Detroit Bankruptcy | Yes; Work Product | Email conveying and related to communications seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation | |
| 453 | 6/14/2013 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Bankruptcy | Yes; Work Product | Email providing legal advice from counsel | |
| 454 | 7/16/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Produce-Redact | Email related to communications with Michael Gadola regarding provision of legal advice regarding anticipated litigation and discussing plans in preparation for litigation | |
| 455 | 7/16/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Detroit Bankruptcy | Yes; Work Product | Email related to communications with Michael Gadola regarding provision of legal advice regarding anticipated litigation and discussing plans in preparation for litigation | |
| 456 | 2/5/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov> | Emergency Manager Appointment | Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40000845 |
| 457 | 2/4/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov> | Emergency Manager Appointment | Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40000847 |
| 458 | 3/27/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 459 | 6/13/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email seeking legal advice | |
| 460 | 2/25/2013 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj8@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Buhs, Caleb (GOV) <BuhsC2@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email related to communications regarding legal document drafted by Fred Headen | |
| 461 | 4/19/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 462 | 2/7/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email conveying and relating to legal advice from Frederick Headen and forwarding attorney memorandum containing legal advice and analysis from Miller Canfield | |
| 463 | 2/7/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email conveying and relating to legal advice from Frederick Headen and Miller Canfield and forwarding attorney memorandum containing same | |
| 464 | 1/18/2013 | Fraser, Roger (Treasury) <FraserR1@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Korzino, Edward (Treasury) <KorzinoE@michigan.gov>; Falik, Tom A. (Treasury) <FalikT@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to counsel's provision of legal advice and attaching draft documents for review by counsel in connection with provision of legal advice | |
| 465 | 3/7/2013 | McGee, Michael <McGee@MillerCanfield.com> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Kriss Andrews <AndrewsK@detroitmi.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 466 | 12/21/2012 | McGee, Michael P. <McGee@MillerCanfield.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email contains communications seeking legal advice from counsel | |
| 467 | 7/9/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from Jones Day | |
| 468 | 7/9/2012 | Orr, Kevyn (Treasury) <OrrK2@michigan.gov> | Heather Lennox <hlennox@JonesDay.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; David G. Heiman <dgheiman@JonesDay.com>; cmoore@conwaymackenzie.com; Tedder, Greg (GOV) <teddergg@michigan.gov>; Evan Miller <emiller@JonesDay.com>; Baird, Richard (GOV) <bairdr@michigan.gov>; gaurav.malhotra@ey.com | Detroit Pensions | Yes; Attorney Client | Email seeking legal advice | |
| 469 | 7/9/2013 | Heather Lennox <hlennox@JonesDay.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | David G. Heiman <dgheiman@JonesDay.com>; cmoore@conwaymackenzie.com; Tedder, Greg (GOV) <teddergg@michigan.gov>; Evan Miller <emiller@JonesDay.com>; Baird, Richard (GOV) <bairdr@michigan.gov>; gaurav.malhotra@ey.com; Orr, Kevyn (Treasury) <OrrK2@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 470 | 12/20/2012 | McGee, Michael P. <McGee@MillerCanfield.com> | Kriss Andrews <AndrewsK@detroitmi.gov>; 'Martin, Jack' <MartinJack@detroitmi.gov> | | Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 471 | 2/25/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing attorney draft | |
| 472 | 2/20/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email containing attorney draft | |
| 473 | 1/31/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email from counsel stating legal advice and mental impressions regarding litigation | |
| 474 | 1/23/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | McTavish, Thomas (DAG) <TMcTavish@audgen.michigan.gov> | Murray, Craig (DAG) <CMurray@audgen.michigan.gov>; Bierstetel, Jill (OAG) <JBierstetel@audgen.michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice | |
| 475 | 12/14/2012 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Buhs, Caleb (DIFS) <BuhsC@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 476 | 12/14/2012 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email providing legal advice and edits to draft document | |
| 477 | 6/3/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Monticello, Frank (AG) <MonticelloF@michigan.gov> | | Emergency Manager Appointment | Yes; Work Product | Email requesting legal advice | |
| 478 | 4/25/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Headen, Frederick (Treasury) <headenf@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications seeking legal advice | |

| # | From | To | CC | Category | Privilege | Description |
|---|------|----|----|----------|-----------|-------------|
| 479 | 3/19/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email providing legal advice |
| 480 | 11/27/2012 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document |
| 481 | 7/16/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Produce-Redact | Email soliciting attorney advice from Michael Gadola |
| 482 | 7/2/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from Fred Headen |
| 483 | 3/25/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email containing attorney directions and edits to draft document |
| 484 | 3/25/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 485 | 3/13/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Buho, Caleb (GOV) <BuhoC2@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching draft documents in connection with provision of legal advice |
| 486 | 3/6/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Monticello, Frank (AG) <Monticellof@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and edits to draft document |
| 487 | 5/2/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email forwarding report from Miller Buckfire prepared at direction of counsel, withheld based upon common interest doctrine |
| 488 | 12/26/2012 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email providing legal advice |
| 489 | 2/8/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and forwarding attorney's edits to document |
| 490 | 7/18/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Monticello, Frank (AG) <Monticellof@michigan.gov> | Murphy, Michael (AG) <MurphyM2@michigan.gov> | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client | Email circulating attorney memorandum and draft documents containing legal advice for review by counsel in connection with provision of legal advice |
| 491 | 3/21/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Brya, Michelle (AG) <BryaM@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Meingast, Heather (AG) <Meingasth@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice from counsel |
| 492 | 3/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov>; Harden, Carolyn (GOV) <hardenc@michigan.gov>; Roberts, John (GOV) <robertsj4@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 493 | 3/14/2013 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and containing attorney draft |
| 494 | 6/26/2013 | Shani Penn <PennSh@detroitmi.gov> | Ellman', Jeffrey B.jbellman@JonesDay.com; Orr, Kevyn (Treasury) <OrrK2@michigan.gov>; Bassett,Laura.M.Bassett@millercanfield.com; McGee,Michael.P.McGee@millercanfield.com | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Tedder, Greg (GOV) <tedderg@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 495 | 3/11/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email providing legal advice |
| 496 | 1/15/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email providing legal advice |
| 497 | 12/11/2012 | Ryan, Howard (Treasury) <RyanH1@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email seeking legal advice |
| 498 | 4/8/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email forwarding report from Ernst & Young prepared at direction of counsel, withheld based upon common interest doctrine |
| 499 | 7/3/2013 | Charles M. Moore <cmoore@conwaymackenzie.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Branyiigam, Jon (Treasury) <Branyigamj@invest.treas.state.mi.us>; Evan Miller <emiller@jonesday.com> | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from Jones Day |
| 500 | 6/4/2013 | Heather Lennox <hlennox@JonesDay.com> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Gaurav.Malhotra@ey.com; Hichez, Amy (Treasury) <HichezA@michigan.gov>; james.doak@millerbuckfire.com; Kenneth Buckfire (ken.buckfire@millerbuckfire.com); Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Bruce Bennett <bbennett@jonesday.com>; David G. Heiman <dgheiman@JonesDay.com> | | Yes; Attorney Client | Email related to communications seeking legal advice and attaching draft documents in connection with provision of legal advice |
| 501 | 6/3/2013 | Heather Lennox <hlennox@JonesDay.com> | Hichez, Amy (Treasury) <HichezA@michigan.gov> | Gaurav.Malhotra@ey.com; james.doak@millerbuckfire.com; Kenneth Buckfire (ken.buckfire@millerbuckfire.com); Pleyte, Beth (Treasury) <PleyteB@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email related to communications seeking legal advice and analyses prepared in preparation for litigation |
| 502 | 5/14/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Buckfire, Ken <ken.buckfire@millerbuckfire.com> | Doak, James <james.doak@millerbuckfire.com>; Lennox Heather <hlennox@jonesday.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email related to communications seeking legal advice and analyses prepared in preparation for litigation |
| 503 | 5/10/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Buho, Caleb (DFS) <BuhoC@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email forwarding message from Heather Lennox of Jones Day conveying and relating to legal advice from counsel |
| 504 | 5/12/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Buho, Caleb (DFS) <BuhoC@michigan.gov> | Detroit Pensions | Yes; Attorney Client | Email forwarding message from Heather Lennox of Jones Day conveying and relating to legal advice from counsel |
| 505 | 7/12/2013 | Brya, Michelle (AG) <BryaM@michigan.gov> | Robert, Carla M. (Treasury) <RobertC@michigan.gov>; Booth, Joshua O. (AG) <BoothJ2@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email providing legal advice and containing attorney draft in pending litigation |
| 506 | 3/27/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email forwarding message from Michael Gadola conveying and relating to legal advice from counsel |
| 507 | 5/12/2013 | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Bill Nowling <Nowlingb@detroitmi.gov> | Holyfield, Jeff (GOV) <HolyfieldJ@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying draft summary from counsel and relating to legal advice from counsel |
| 508 | 6/13/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email conveying messages from Jones Day lawyers and relating to legal advice from counsel and discussing draft documents |
| 509 | 6/20/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying messages from Jones Day lawyers and relating to legal advice from counsel and discussing draft documents |
| 510 | 6/20/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Brya, Michelle (LARA) <BrownM45@michigan.gov>; Brown, Melanie (LARA) <BrownM45@michigan.gov>; Brya, Michelle (AG) <BryaM@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying messages from Jones Day lawyers and relating to legal advice from counsel and discussing draft documents |
| 511 | 5/17/2013 | Stanton, Terry A. (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STANTONT> | Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Koryzno, Edward (Treasury) <koryznoE@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email requesting advice of counsel |
| 512 | 2/10/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email conveying attorney's legal advice and mental impressions regarding litigation |
| 513 | 3/7/2013 | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from Frederick Headen regarding edits to attorney draft document |
| 514 | 3/13/2013 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Buho, Caleb (GOV) <BuhoC2@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email regarding directions to and opinions of counsel and edits to draft document |
| 515 | 4/14/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Green, Saul A. <greens@millercanfield.com> | John Clark <jclark@pmhlaw.com>; Sachs, Kenneth J. <Sachs@MillerCanfield.com>; Crockett, Michelle P. <crockett@millercanfield.com>; Alaimo, Michael A. <Alaimo@MillerCanfield.com>; Willems, John H <willems@millercanfield.com>; Bulger, Harold W., Jr. <bulger@millercanfield.com>; Hathaway, Irene Bruce <Hathaway@MillerCanfield.com>; Evan Miller <emiller@JonesDay.com>; Sarah Griffin <sgriffin@JonesDay.com> | Detroit Pensions | Yes; Attorney Client | Email correspondence regarding obtaining legal advice |

| | From | To | CC | | Category | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 516 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | John Clark <jclark@gmhlaw.com>; Green, Saul A. <greens@millercanfield.com> | Sachs, Kenneth J. <Sachs@MillerCanfield.com>; Crockett, Michelle P. <crockett@millercanfield.com>; Alaimo, Michael A. <Alaimo@MillerCanfield.com>; Willems, John H. <willems@millercanfield.com>; Bulger, Harold W., Jr. <bulger@millercanfield.com>; Hathaway, Irene Bruce <Hathaway@MillerCanfield.com>; 'Evan Miller' <emiller@JonesDay.com>; 'Sarah Griffin' <sgriffin@JonesDay.com> | | Detroit Pensions | Yes; Attorney Client | Email correspondence regarding obtaining legal advice |
| 517 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | emiller@jonesday.com | | | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from Jones Day and Miller Canfield |
| 518 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Evan Miller <emiller@JonesDay.com> | Warren, Richard W. <warren@millercanfield.com> | | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from Jones Day and Miller Canfield |
| 519 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Evan Miller <emiller@JonesDay.com> | Warren, Richard W. <warren@millercanfield.com> | | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from Jones Day and Miller Canfield |
| 520 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Evan Miller <emiller@JonesDay.com> | Warren, Richard W. <warren@millercanfield.com> | | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from Jones Day and Miller Canfield |
| 521 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Saxton, Thomas <SaxtonT@michigan.gov> | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document |
| 522 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice |
| 523 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 524 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | EM Legislation; Emergency Manager Appointment; Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 525 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice |
| 526 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Monticello, Frank (AG) <Monticellof@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email sending attorney draft document for review and comment by counsel and containing legal advice and analysis |
| 527 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Darling, Richard J. (Treasury) <DarlingR@michigan.gov>; Nichols, Susan R. (Treasury) <NicholsS4@michigan.gov> | Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 528 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 529 | Liedel, Steven <SLiedel@dykema.com> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email containing legal advice and attaching attorney edits to draft document |
| 530 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from counsel |
| 531 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email providing legal advice |
| 532 | Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email providing legal advice |
| 533 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Monticello, Frank (AG) <Monticellof@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Cousineau, Sara (Treasury) <CousineauS@michigan.gov> | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email seeking advice of counsel |
| 534 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov> | Ryan, Howard (Treasury) <RyanH1@michigan.gov> | | EM Legislation | Yes; Attorney Client; Produce-Redact | Email including communications to Frederick Headen seeking legal advice regarding draft document |
| 535 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Ryan, Howard (Treasury) <RyanH1@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Braeutigam, Jon (Treasury) <JBraeuti@invest.treas.state.mi.us> | | EM Legislation | Yes; Attorney Client | Email seeking legal advice regarding proposed legislation |
| 536 | Ryan, Howard (Treasury) <RyanH1@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | | EM Legislation | Yes; Attorney Client; Produce-Redact | Email seeking legal advice regarding proposed legislation |
| 537 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice |
| 538 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Monticello, Frank (AG) <Monticellof@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email between counsel stating legal advice and mental impressions |
| 539 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 540 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov>; Harden, Carolyn (GOV) <hardenc@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 541 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov>; Harden, Carolyn (GOV) <hardenc@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments |
| 542 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Monticello, Frank (AG) <Monticellof@michigan.gov> | Elworth, George (AG) <elworthg@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice |
| 543 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | Murphy, Michael (AG) <MurphyM2@michigan.gov>; Monticello, Frank (AG) <Monticellof@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel |
| 544 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document |
| 545 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document |
| 546 | Headen, Frederick (Treasury) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEADENF> | MacDowell, Mary G. (Treasury) <MacDowellM@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document |
| 547 | Hichez, Amy (Treasury) <HichezA@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | | Detroit Pensions | Yes; Attorney Client | Email forwarding email between Michael P. McGee of Miller Canfield and Kriss Andrews of the City of Detroit providing legal advice |
| 548 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Ryan, Howard (Treasury) <RyanH1@michigan.gov>; Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | EM Legislation | Yes; Attorney Client | Email to attorney seeking legal advice |
| 549 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Fraser, Roger (Treasury) <FraserR1@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Ryan, Howard (Treasury) <RyanH1@michigan.gov> | | | EM Legislation | Yes; Attorney Client | Email providing legal advice |
| 550 | Fraser, Roger (Treasury) <FraserR1@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Ryan, Howard (Treasury) <RyanH1@michigan.gov> | Fraser, Roger (Treasury) <FraserR1@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email soliciting attorney advice regarding draft bill language |
| 551 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov> | | | Detroit Pensions | Yes; Attorney Client; Work Product | Email from counsel communicating legal advice from Michael McGee and Jerry Rupley of Miller Canfield |

| # | Date | From | To | CC | | Category | Privilege | Description | Bates |
|---|---|---|---|---|---|---|---|---|---|
| 552 | 5/20/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Detroit Bankruptcy | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft and comments | |
| 553 | 4/16/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 554 | 4/15/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; jclark@gmhlaw.com | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 555 | 4/12/2013 | John Clark <jclark@gmhlaw.com> | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email regarding provision of legal advice by counsel | |
| 556 | 4/12/2013 | John Clark <jclark@gmhlaw.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email regarding provision of legal advice by counsel | |
| 557 | 2/9/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Chuck Moore <cmoore@conwaymackenzie.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 558 | 5/9/2013 | Heather Lennox | Kevyn Orr; Bill Nowling | | | Pension | Yes; Attorney Client; Work Product | Memorandum regarding legal strategy | |
| 559 | 7/19/2013 | Jones Day | | | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation | |
| 560 | 4/8/2013 | Miller Buckfire | | | | Detroit Bankruptcy; Detroit Pensions | Yes; Attorney Client; Work Product | Report prepared by Miller Buckfire for Detroit restructuring team including Jones Day in anticipation of litigation | |
| 561 | 7/15/2013 | Jones Day | | | | Detroit Bankruptcy | Yes; Work Product | Presentation prepared by counsel in anticipation of litigation | |
| 562 | 5/9/2013 | Jones Day | | | | Detroit Pensions | Yes; Attorney Client; Work Product | Draft document from the Governor's office regarding anticipated litigation with comments from Jones Day | |
| 563 | 7/8/2013 | Jones Day | Governor's office | | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Working draft of a legal document prepared by Jones Day with handwritten comments | |
| 564 | 7/19/2013 | Jones Day | | | | Detroit Bankruptcy; Detroit Pensions | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation with handwritten edits | |
| 565 | 7/12/2013 | Jones Day | | | | Detroit Bankruptcy; Detroit Pensions | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation with handwritten edits | |
| 566 | 7/11/2013 | Jones Day | | | | Detroit Bankruptcy; Detroit Pensions | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation | |
| 567 | 7/11/2013 | Jones Day | | | | Detroit Bankruptcy; Detroit Pensions | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation | |
| 568 | 7/18/2013 | Jones Day | | | | Detroit Bankruptcy; Detroit Pensions | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation with handwritten edits | |
| 569 | early July 2013 | Jones Day | | | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation with handwritten edits | |
| 570 | 7/12/2013 | Jones Day | | | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation with handwritten edits | |
| 571 | 7/19/2013 | Jones Day | | | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Draft correspondence from counsel with edits regarding anticipated litigation | |
| 572 | 7/17/2013 | Matthew Schneider | Michael Gadola | | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Memorandum regarding anticipated litigation with hand written notes | |
| 573 | 7/12/2013 | Jones Day | | | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Draft document from Jones Day regarding anticipated litigation | |
| 574 | 7/8/2013 | Jones Day | | | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation with hand written edits | |
| 575 | 7/9/2013 | Jones Day | | | | Detroit Bankruptcy; Detroit Pensions | Yes; Attorney Client; Work Product | Draft document from Jones Day related to anticipated litigation with attorney edits | |
| 576 | 12/13/2012 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | | Detroit Bankruptcy | Yes; Attorney Client | Email related to communications seeking and providing legal advice from Frederick Headon and attaching attorney draft with comments | |
| 577 | 2/7/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | Emergency Manager Appointment; Pension | Yes; Attorney Client | Email and attachment circulating draft memorandum prepared by Frederick Headon containing legal advice | |
| 578 | 2/19/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 579 | 6/13/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Smith, Jennifer (GOV) <smithj32@michigan.gov>; Silfven, Ken (GOV) <silfvenk@michigan.gov> | | Pension | Yes; Attorney Client | Email conveying and relating to legal advice from Jones Day and discussing draft document | |
| 580 | 3/13/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Holyfield, Jeff (GOV) <HolyfieldJ@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov>; Roqond, Laurie (GOV) <roqond@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Utley, Corey (GOV) <UtleyC@michigan.gov>; Quebbeman, Marsha (GOV) <quebbemanm@michigan.gov>; Mcbride, Bill (GOV) <mcbrideb@michigan.gov>; Brownfield, Michael (GOV) <BrownfieldM2@michigan.gov>; Terri Reid (terri@reidfinance.com); Roberts, John (GOV) <robertsj3@michigan.gov>; Clayton, Stacie (GOV) <claytons3@michigan.gov>; Emmitt, Beth (GOV) <emmittb@michigan.gov>; Simons, Samantha (GOV) <Simons52@michigan.gov>; Gasper, Joe (MSP) <GasperJ@michigan.gov>; Cousineau, Sara (Treasury) <Cousineauz@michigan.gov>; Smith, Jennifer (GOV) <smithj32@michigan.gov>; Hollins, Harvey (GOV) <hollinsh@michigan.gov>; Sachs, Stephen (GOV) <sachss@michigan.gov>; Forstner, Nathaniel (GOV) <forstnern1@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Buhs, Caleb (GOV) <BuhsC2@michigan.gov>; Tedder, Greg (GOV) <teddereg@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice | |
| 581 | 12/1/2012 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from Steven Liedel of Dykema | |
| 582 | 4/1/2013 | Baird, Richard (GOV) <O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | | | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | |
| 583 | 4/5/2013 | Rexford, Tori (GOV) <rexfordt@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Tedder, Greg (GOV) <teddereg@michigan.gov> | | Detroit Bankruptcy | Yes; Executive Privilege | Email forwarding document containing privileged and work product information regarding anticipated litigation; remaining attachment contains Governor's briefing and is entirely nonresponsive | |
| 584 | 7/18/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Holyfield, Jeff (GOV) <HolyfieldJ@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov>; Tedder, Greg (GOV) <teddereg@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice | |
| 585 | 7/18/2013 | Ellison, Melanie (GOV) <EllisonM2@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Tedder, Greg (GOV) <teddereg@michigan.gov>; Tomich, Zac (GOV) <tomichz@michigan.gov>; Emmitt, Beth (GOV) <emmittb@michigan.gov>; Utley, Corey (GOV) <UtleyC@michigan.gov>; Confer, Karen (GOV) <conferk@michigan.gov>; Ellison, Melanie (GOV) | | Yes; Produce-Redact; Executive Privilege | Email conveying and related to communications seeking legal advice regarding emergency manager candidate; name of candidate redacted | SOM40001006 |
| 586 | 7/17/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov>; Simons, Samantha (GOV) <Simons52@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email conveying and related to communications seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation | |
| 587 | 7/17/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 588 | 1/30/2013 | Baird, Richard <bairdr@michigan.gov> | Snyder, Rick (GOV) <snyder11@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov> | | | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40001039 |
| 589 | 12/3/2012 | Baird, Richard (GOV) <bairdr@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications seeking and providing legal advice from Steven Liedel of Dykema and attaching attorney draft with comments | |
| 590 | 12/3/2012 | Baird, Richard (GOV) <O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications seeking and providing legal advice and attaching attorney draft with comments | |
| 591 | 12/17/2012 | Baird, Richard (GOV) <O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Snyder, Rick (GOV) <snyder11@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email attaching resume of emergency manager candidate | |

| # | Date | From | To | CC | Category | Privilege | Description | Bates |
|---|------|------|-----|-----|----------|-----------|-------------|-------|
| 592 | 12/17/2012 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email attaching resume of emergency manager candidate | |
| 593 | 1/6/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Richard McLellan <rdmclellan6633@gmail.com>; Snyder, Rick (GOV) <snyderr11@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document; contains information regarding emergency manager candidate | |
| 594 | 1/6/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Scott, Allison (GOV) <scotta12@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document; contains information regarding emergency manager candidate | |
| 595 | 1/6/2013 | [Name] <[Address].net> | Scott, Allison (GOV) <scotta12@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Muchmore, Dennis <muchmored@michigan.gov> | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email and attachment containing information regarding emergency manager candidate; name of candidate redacted | SOM4001046 |
| 596 | 1/6/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Scott, Allison (GOV) <scotta12@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM4001049 |
| 597 | 1/6/2013 | [Name] <[Address]@sbcglobal.net> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | |
| 598 | 1/6/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email and attachment containing information regarding emergency manager candidate; name of candidate redacted | SOM4001052 |
| 599 | 1/15/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Snyder, Rick (GOV) <Snyderr11@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email attaching resume of emergency manager candidate | |
| 600 | 1/16/2013 | [Name] <[Address].@gmail.com> | Scott, Allison (GOV) <scotta12@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email attaching resume of emergency manager candidate | |
| 601 | 1/17/2013 | Scott, Allison (GOV) <scotta12@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Rexford, Tori (GOV) <rexfordt@michigan.gov> | Emergency Manager Appointment | Yes; Executive Privilege | Email attaching resume of emergency manager candidate | |
| 602 | 2/21/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Emergency manager candidate information | |
| 603 | 2/22/2013 | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | |
| 604 | 2/22/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | [Name] <[Address].@gmail.com> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM4001056 |
| 605 | 3/1/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email with emergency manager candidate | |
| 606 | 3/8/2013 | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate | |
| 607 | 3/11/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate | |
| 608 | 11/19/2012 | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Durfee, Sally (GOV) <durfees@michigan.gov>; Ryan, Howard (Treasury) <RyanH1@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email providing legal advice and attaching Frederick Headon's draft documents in connection with provision of legal advice | |
| 609 | 3/12/2013 | Rexford, Tori (GOV) <rexfordt@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov>; Emmitt, Beth (GOV) <emmittb@michigan.gov>; Hansen, Rachel (GOV) <hansenr3@michigan.gov>; Tomich, Zak (GOV) <tomichz@michigan.gov>; Utley, Corey (GOV) <UtleyC@michigan.gov>; Rexford, Tori (GOV) <rexfordt@michigan.gov> | Emergency Manager Appointment | Yes; Executive Privilege; Produce-Redact | Unrelated and unresponsive Governor's briefing information redacted | |
| 610 | 6/5/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | VanSickle, Michele (GOV) <vansicklem2@michigan.gov>; Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Tedder, Greg (GOV) <teddereg@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Hichez, Amy (Treasury) <HichezA@michigan.gov>; Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Pleyte, Beth (Treasury) <PleyteB@michigan.gov> | Emergency Manager Appointment | Yes; Executive Privilege; Produce-Redact | Unrelated and unresponsive Governor's briefing information redacted | |
| 611 | 5/10/2013 | Tedder, Greg (GOV) <teddereg@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email containing attorney work product from Jones Day and legal advice, attachment containing same | |
| 612 | 12/28/2012 | Roberts, John (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROBERTSJ9> | Emmitt, Beth (GOV) <emmittb@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov>; Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov> | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from Jones Day | |
| 613 | 4/25/2013 | GovCalendar </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GOVCALENDAR> | Rospond, Laurie (GOV) <rospondl@michigan.gov>; Tedder, Greg (GOV) <teddereg@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Clayton, Stacie (GOV) <claytons3@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; VanSickle, Michele (GOV) <vansicklem2@michigan.gov>; Adamczyk, Lynne (GOV) <adamczykl@michigan.gov>; Orr, Kevyn (Treasury) <OrrK2@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Hollins, Kersey (GOV) <hollinsh@michigan.gov>; Saunders, Keith (GOV) <saundersk1@michigan.gov>; Hichez, Amy (Treasury) <HichezA@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client; Work Product; Not Sure | Email conveying and related to communications with Jones Day seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation | |
| 614 | 5/10/2013 | Scott, Allison (GOV) <scotta12@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice from Jones Day and attaching draft documents prepared in anticipated litigation | |
| 615 | 3/26/2013 | Scott, Allison (GOV) <scotta12@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email conveying and relating to legal advice from counsel | |
| 616 | 12/26/2012 | Baird, Richard (GOV) <bairdr@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email attaching resume of emergency manager candidate | |
| 617 | 3/1/2013 | Rexford, Tori (GOV) <rexfordt@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov>; Emmitt, Beth (GOV) <emmittb@michigan.gov>; Hansen, Rachel (GOV) <hansenr3@michigan.gov>; Tomich, Zak (GOV) <tomichz@michigan.gov>; Utley, Corey (GOV) <UtleyC@michigan.gov>; Wurfel, Sara (GOV) | | | | |
| 618 | 12/28/2012 | Scott, Allison (GOV) <scotta12@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | | Emergency Manager Appointment; Pension | Yes; Produce-Redact; Executive Privilege | Unrelated and unresponsive Governor's briefing information redacted | SOM4001911 |
| 619 | 3/13/2013 | Scott, Allison (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCOTTA12> | Emmitt, Beth (GOV) <emmittb@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing communications with Michael Gadola and Frederick Headen seeking legal advice regarding draft document | |
| 620 | 3/13/2013 | Scott, Allison (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCOTTA12> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing communications with Michael Gadola and Frederick Headen seeking legal advice regarding draft document | |
| 621 | 3/13/2013 | Scott, Allison (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCOTTA12> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email conveying and relating to legal advice from counsel | |
| 622 | 3/7/2013 | Scott, Allison (GOV) <scotta12@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email conveying and relating to legal advice from counsel | |
| 623 | 1/14/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Mcbride, Bill (GOV) <mcbrideb@michigan.gov> | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM4002227 |
| 624 | 1/9/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | Stibitz, Brom (Treasury) <Stibitzb@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM4002229 |
| 625 | 1/9/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | |
| 626 | 1/10/2013 | Scott, Allison (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCOTTA12> | Wagner, LG (GOV) <Wagners2@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM4002230 |

| | | From | To | CC | Subject | Privilege | Description | Bates |
|---|---|---|---|---|---|---|---|---|
| 627 | 1/10/2013 | Scott, Allison <GOV> </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCOTTA12> | Wagner, Scott (GOV) <Wagners2@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40002234 |
| 628 | 1/9/2013 | Scott, Allison <GOV> </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCOTTA12> | Wagner, Scott (GOV) <Wagners2@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40002235 |
| 629 | 3/20/2013 | Rexford, Tori <rexfordt@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Emmitt, Beth (GOV) <emmittb@michigan.gov>; Tomich, Zak (GOV) <tomichz@michigan.gov>; Utley, Corey (GOV) <UtleyC@michigan.gov>; Hansen, Rachel (GOV) <hansenr3@michigan.gov>; Rexford, Tori (GOV) | Emergency Manager Appointment; Detroit Bankruptcy | Yes; Executive Privilege; Produce-Redact | Unrelated and unresponsive Governor's briefing information redacted | |
| 630 | 3/13/2013 | Rexford, Tori <rexfordt@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Emmitt, Beth (GOV) <emmittb@michigan.gov>; Tomich, Zak (GOV) <tomichz@michigan.gov>; Hansen, Rachel (GOV) <hansenr3@michigan.gov>; Utley, Corey (GOV) <UtleyC@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov>; Rexford, Tori (GOV) | Emergency Manager Appointment | Yes; Produce-Redact | Unrelated and unresponsive Governor's briefing information redacted | |
| 631 | 3/2/2013 | Scott, Allison <scotta12@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email regarding emergency manager candidate; candidate's resume withheld | SOM40002369 |
| 632 | 3/26/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | Short, Nancy (GOV) <shortn@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email regarding legal advice and edits to draft document | |
| 633 | 3/13/2013 | Scott, Allison <GOV> </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCOTTA12> | Rexford, Tori (GOV) <rexfordt@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email forwarding Michael Gadola's revisions to letter | |
| 634 | 3/13/2013 | Heaton, Frederick (Treasury) <Headenf@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email forwarding attorney revisions to letter | |
| 635 | 5/9/2013 | Heather Lennox <hlennox@jonesday.com> | orrk@detroitmi.gov; NowlingB@detroitmi.gov | David G. Heiman <dgheiman@jonesday.com>; Jeffrey B Ellman <jbellman@jonesday.com>; Corinne Ball <cball@jonesday.com>; Bruce Bennett <bbennett@jonesday.com> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 636 | 3/11/2013 | Baird, Richard <bairdr@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email conveying and relating to legal advice from Jones Day | |
| 637 | 3/1/2013 | Rexford, Tori <rexfordt@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Emmitt, Beth (GOV) <emmittb@michigan.gov>; Hansen, Rachel (GOV) <hansenr3@michigan.gov>; Tomich, Zak (GOV) <tomichz@michigan.gov>; Utley, Corey (GOV) <UtleyC@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Rexford, Tori (GOV) | Emergency Manager Appointment; Pension | Yes; Produce-Redact | Unrelated and unresponsive Governor's briefing information redacted | |
| 638 | 12/4/2012 | Wurfel, Sara (Wurfels@michigan.gov> | Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Silfven, Ken (GOV) <silfvenk@michigan.gov> | Buhs, Caleb (DIFS) <BuhsC@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Weiss, Kurt (GOV) <WeissKS@michigan.gov> | EM Legislation | Yes; Attorney Client; Produce-Redact | Email conveying and relating to legal advice from Frederick Headen | SOM30005288 |
| 639 | 3/12/2013 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Buhs, Caleb (DIFS) <BuhsC2@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov> | | Emergency Manager Appointment | NonResponsive; Yes; Attorney Client | Email forwarding legal advice from counsel | |
| 640 | 3/14/2013 | Wurfel, Sara (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WURFELS> | Rexford, Tori (GOV) <rexfordt@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email and attachment containing communications related to provision of legal advice by Michael Gadola | |
| 641 | 12/5/2012 | Stanton, Terry A. (Treasury) <StantonT@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Silfven, Ken (GOV) <silfvenk@michigan.gov>; Weiss, Kurt (GOV) <WeissKS@michigan.gov> | Buhs, Caleb (DIFS) <BuhsC@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | EM Legislation | Yes; Attorney Client | Email conveying and relating to legal advice from Frederick Headen | |
| 642 | 5/10/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Brownfield, Michael (GOV) <BrownfieldM2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from Jones Day | |
| 643 | 5/10/2013 | Roberts, John (GOV) <robertsj3@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Holyfield, Jeff (GOV) <Holyfieldj@michigan.gov>; Brownfield, Michael (GOV) <BrownfieldM2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email conveying and relating to legal advice from Jones Day | |
| 644 | 5/13/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Brownfield, Michael (GOV) <BrownfieldM2@michigan.gov>; Brownlee, Jeff (DTMB) <Brownleej@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Mcbride, Bill (GOV) <mcbrideb@michigan.gov>; Calley, Brian (GOV) <calleyb1@michigan.gov>; Leonard, Jenell (GOV) <leonardj1@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; Posthumus, Dick (GOV) <Posthumusd@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Brader, Valerie (GOV) <braderv@michigan.gov>; Hollins, Harvey (GOV) <hollinsh@michigan.gov>; Tomich, Zak (GOV) <tomichz@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 645 | 2/20/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM40002547 |
| 646 | 9/27/2012 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Rustem, William (GOV) <rustemw@michigan.gov>; Hall, Jean (GOV) <hallj16@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email conveying and related to communications with Frederick Headen seeking legal advice regarding anticipated litigation and discussing plans in preparation for litigation | |
| 647 | 3/18/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Monticello, Frank (AG) <MonticelloF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov>; Arwood, Cheri (GOV) <ArwoodC@michigan.gov>; Harden, Carolyn (GOV) <hardenc@michigan.gov>; Roberts, John (GOV) <robertsj3@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments | |
| 648 | 3/26/2013 | Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | Headen, Frederick (Treasury) <Headenf@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Short, Nancy (GOV) <shortn@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments | |
| 649 | 3/11/2013 | Headen, Frederick (Treasury) <Headenf@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email containing legal advice and edits to draft document | |
| 650 | 4/16/2013 | Doctoroff, Andrew (MEDC) <doctoroffa@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Hilfinger, Steve (MEDC) <hilfingers@michigan.gov>; Francart, Kevin (MLB) <FrancartK@michigan.gov> | | Emergency Manager Appointment; Executive Privilege | Yes; Attorney Client; Executive Privilege | Email related to communications seeking and providing legal advice and attaching attorney draft with comments | |
| 651 | 3/12/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Monticello, Frank (AG) <MonticelloF@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Headen, Frederick (Treasury) <Headenf@michigan.gov> | Detroit Bankruptcy | Yes; Attorney Client | Email soliciting attorney advice | |
| 652 | 11/15/2012 | Bandstra, Richard (AG) <BandstraR@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Monticello, Frank (AG) <MonticelloF@michigan.gov> | | EM Legislation | Yes; Attorney Client | Email soliciting attorney advice | |
| 653 | 5/9/2013 | Kevyn Orr <OrrK@detroitmi.gov> | Gaurav.Malhotra@ey.com; David G. Heiman <dgheiman@jonesday.com>; Heather Lennox <hlennox@jonesday.com>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Tyler, Greg (GOV) <tedderg@michigan.gov>; James Doak <james.doak@millerbuckfire.com>; ken.buckfire@millerbuckfire.com | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from counsel and discussing draft document | |

| # | Date | From | To | CC / Additional Recipients | Category | Privilege | Description | ID |
|---|---|---|---|---|---|---|---|---|
| 654 | 5/9/2013 | Heather Lennox <hlennox@JonesDay.com> | Gaurav.Malhotra@ey.com; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Tedder, Greg (GOV) <teddereg@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; David G. Heiman <dgheiman@JonesDay.com>; Doak, James <james.doak@millerbuckfire.com>; ken.buckfire@millerbuckfire.com; orrk@detroitmi.gov; Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | | | | | |
| 655 | 5/9/2013 | Tedder, Greg (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TEDDERG> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 656 | 4/5/2013 | Tedder, Greg (GOV) <teddereg@michigan.gov> | Rexford, Tori (GOV) <rexfordt@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email forwarding document containing legal advice and prepared at the direction of Jones Day | |
| 657 | 3/26/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Reid, Teresa (GOV) <reidt@michigan.gov>; Tedder, Greg (GOV) <teddereg@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comments | |
| 658 | 2/28/2013 | [Name]@aol.com | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | |
| 659 | 2/22/2013 | [Name] <[Address]@gmail.com> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email and attachment containing information regarding emergency manager candidate; name of candidate redacted | |
| 660 | 1/10/2013 | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email and attachment containing information regarding emergency manager candidate; name of candidate redacted | |
| 661 | 1/10/2013 | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email and attachment containing information regarding emergency manager candidate; name of candidate redacted | |
| 662 | 1/8/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Rosprzad, Laurie (GOV) <rosprzadl@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email and attachment containing information regarding emergency manager candidate; name of candidate redacted | |
| 663 | 1/8/2013 | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email and attachment containing information regarding emergency manager candidate; name of candidate redacted | |
| 664 | 1/8/2013 | [Name] <[Address]@sbcglobal.net> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email and attachment containing information regarding emergency manager candidate; name of candidate redacted | |
| 665 | 1/7/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document prepared by attorney Richard McLellan; contains information regarding emergency manager candidate | |
| 666 | 1/6/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document prepared by attorney Richard McLellan; contains information regarding emergency manager candidate | |
| 667 | 1/6/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document prepared by attorney Richard McLellan; contains information regarding emergency manager candidate | |
| 668 | 1/6/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document prepared by attorney Richard McLellan; contains information regarding emergency manager candidate | |
| 669 | 1/6/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Richard McLellan <rdmclellan633@gmail.com>; Snyder, Rick (GOV) <snyderr11@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document prepared by attorney Richard McLellan; contains information regarding emergency manager candidate | |
| 670 | 1/6/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Richard McLellan <rdmclellan633@gmail.com>; Snyder, Rick (GOV) <snyderr11@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document prepared by attorney Richard McLellan; information regarding emergency manager candidate | |
| 671 | 1/6/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Hichez, Amy (Treasury); Snyder, Rick (GOV) <snyderr11@michigan.gov> | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM30006175 |
| 672 | 1/4/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | |
| 673 | 6/5/2013 | Rexford, Tori (GOV) <rexfordt@michigan.gov> | Emmitt, Beth (GOV) <emmittb@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client; Work Product | Email forwarding document and relating to the direction of Jones Day | |
| 674 | 6/5/2013 | Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Detroit Pensions | Yes; Attorney Client; Work Product | Email containing work product from Jones Day attorneys and legal advice, attachment containing same | |
| 675 | 3/12/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | Roberts, John (GOV) <robertsj9@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov> | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client; Work Product | Email conveying and relating to draft documents prepared by Fred Headen | |
| 676 | 2/22/2013 | [Name] <[Address]@babson.edu> | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email attaching resume of emergency manager candidate | |
| 677 | 2/22/2013 | [Name] <[Address]@gmail.com> | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email attaching resume of emergency manager candidate | |
| 678 | 2/21/2013 | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email discussing emergency-manager candidate and attaching resume of same | |
| 679 | 3/7/2013 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stanton, Terry A. (Treasury) <StantonT@michigan.gov>; Buhs, Caleb (GOV) <BuhsC2@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email forwarding attorney's draft of document to clients including other counsel | |
| 680 | 1/2/2013 | Kaufman, Mark <mkaufman@mckennalong.com> | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Mason, Keith <kmason@mckennalong.com>; 'Awilliams@federalcitycouncil.org'; Chandler, Summer <schandler@mckennalong.com> — Detroit Bankruptcy | | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 681 | 11/29/2012 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Scorsone, Eric <scorsone@anr.msu.edu>; danhof@millercanfield.com; 'pellsworth@dickinsonwright.com' [pellsworth@dickinsonwright.com]; Richard McLellan <rdmclellan@comcast.net>; Hilfinger, Steven (LARA) <HilfingerS@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Hilfinger, Steven (LARA) <HilfingerS@michigan.gov>; Rustem, William (GOV) <rustemw@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | EM Legislation | Yes; Attorney Client; Produce-Redact | Email to counsel seeking legal advice | |
| 682 | 3/12/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | 'Kevyn Orr' <korr@JonesDay.com> | | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email conveying and relating draft documents prepared by Fred Headen | |
| 683 | 1/2/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | | Detroit Bankruptcy | Yes; Attorney Client | Email conveying and relating to legal advice from Mark Kaufman, McKenna Long | |
| 684 | 1/28/2013 | Baird, Richard (GOV) <bairdr@michigan.gov> | VanSickle, Michele (GOV) <vansicklem2@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidates; name of EM candidate is redacted and resume is withheld | SOM44002826 |
| 685 | 2/22/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | [Name] <[Address]@gmail.com> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | Not produced; duplicate of E00106046 (SOM44000156 - SOM44001059) |
| 686 | 3/12/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email to and from counsel regarding attorney edits to documents | |
| 687 | 3/12/2013 | | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email to and from counsel regarding attorney edits to documents | |
| 688 | 3/12/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email to and from counsel regarding attorney edits to documents | |
| 689 | 2/7/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to draft memorandum prepared by Fred Headen | |
| 690 | 1/6/2013 | Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Hichez, Amy (Treasury) <HichezA@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM44002842 |
| 691 | 1/6/2013 | Richard McLellan <rdmclellan633@gmail.com> | Baird, Richard (GOV) <bairdr@michigan.gov> | Richard D. McLellan Esq. Mr. <rdmclellan@comcast.net> | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from counsel and discussing draft document; contains information regarding emergency manager candidate | |
| 692 | 12/27/2012 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | [Name] <[Address]@sbcglobal.net> | Baird, Richard (GOV) <bairdr@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov> | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM44002846 |
| 693 | 3/12/2013 | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Headlin, Frank (AG) <MonticelloF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 694 | 3/12/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | Stibitz, Brom (Treasury) <Stibitz8@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email conveying and relating to attorney's legal advice & identifying candidates for emergency manager | |
| 695 | 3/12/2013 | Baird, Richard (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAIRDR> | 'Kevyn Orr' <korr@JonesDay.com> | | Emergency Manager Appointment | Yes; Attorney Client; Produce-Redact | Email forwarding communications relating to legal advice from Michael Gadola and Fred Headen; privileged emails are redacted | |
| 696 | 2/21/2013 | Scott, Allison (GOV) <scotta12@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Executive Privilege | Email discussing emergency-manager candidate and attaching resume of same | |

| # | Date | From | To | CC | Subject | Privilege | Description | Doc ID |
|---|---|---|---|---|---|---|---|---|
| 697 | 3/12/2013 | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Headen, Frederick (Treasury) <HeadenF@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice | |
| 698 | 2/12/2013 | Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to draft documents prepared by Fred Headen | |
| 699 | 12/12/2012 | Tom Elward <theelward@gmail.com> | Baird, Richard (GOV) <bairdr@michigan.gov> | | Emergency Manager Appointment | Yes; Produce-Redact; Executive Privilege | Email containing information regarding emergency manager candidate; name of candidate redacted | SOM30007123 |
| 700 | 4/23/2013 | Saxton, Thomas (Treasury) <SaxtonT@michigan.gov> | Tedder, Greg (GOV) <tedderg@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email attaching for review and comment by counsel draft documents prepared in anticipation of litigation and forwarding legal memoranda and analyses prepared at direction of Jones Day, withheld based upon common interest doctrine | |
| 701 | 4/5/2013 | Doak, James (GOV) <james.doak@millerbuckfire.com> | Tedder, Greg (GOV) <tedderg@michigan.gov> | Buckfire, Ken <ken.buckfire@millerbuckfire.com>; Herman, Kyle <kyle.herman@millerbuckfire.com>; David G. Heiman <dgheiman@jonesday.com>; bbennett@jonesday.com; chall@JonesDay.com | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email forwarding document containing information regarding anticipated litigation | |
| 702 | 3/27/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | Baird, Richard (GOV) <bairdr@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email from counsel regarding attorney's edits to attached document | |
| 703 | 3/13/2013 | Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Roberts, John (GOV) <robertsj@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Smith, Jennifer <smithj32@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 704 | 3/13/2013 | Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Scott, Allison (GOV) <scotta12@michigan.gov>; Roberts, John (GOV) <robertsj@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Cousineau, Sara (Treasury) <CousineauS@michigan.gov>; Smith, Jennifer <smithj32@michigan.gov>; Simons, Samantha (GOV) <SimonsS2@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to counsel's provision of legal advice and attaching draft documents for review by counsel in connection with provision of legal advice | |
| 705 | 3/13/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Roberts, John (GOV) <robertsj@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications seeking and providing legal advice and attaching attorney draft with comments | |
| 706 | 5/9/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Ellison, Melanie (GOV) <EllisonM2@michigan.gov>; Emmitt, Beth (GOV) <emmittb@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client; Work Product | Email conveying and relating to legal advice and draft document from Heather Lennox, Jones Day | |
| 707 | 3/18/2013 | Headen, Frederick (Treasury) <HeadenF@michigan.gov> | Monticello, Frank (AG) <MonticelloF@michigan.gov> | Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; Gadola, Michael (GOV) <Gadolam@michigan.gov>; Saari, Norm (GOV) <saarin@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications providing legal advice and attaching attorney draft with comment | |
| 708 | 3/27/2013 | Gadola, Michael (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GADOLAM> | Headen, Frederick (Treasury) <HeadenF@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov> | Simons, Samantha (GOV) <SimonsS2@michigan.gov>; Lamphier, Wendy (Treasury) <LAMPHIERW@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email providing legal advice and attaching attorney draft documents in connection with provision of legal advice | |
| 709 | 3/27/2013 | Hall, Jean (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HALLJ16> | Simons, Samantha (GOV) <SimonsS2@michigan.gov> | | Detroit Pensions | Yes; Attorney Client | Email related to communications seeking legal advice from Fred Headen and Valerie Brader | |
| 710 | 1/6/2013 | Muchmore, Dennis (GOV) <muchmored@michigan.gov> | Clement, Elizabeth (GOV) <clemente@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client; Executive Privilege | Email conveying and relating to legal advice from Richard McClellan and discussing draft document prepared by McClellan; contains information regarding emergency manager candidate | |
| 711 | 3/8/2013 | Buhs, Caleb (GOV) <BuhsC2@michigan.gov> | Gadola, Michael (GOV) <Gadolam@michigan.gov> | Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Roberts, John (GOV) <robertsj@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Baird, Richard (GOV) <bairdr@michigan.gov>; Holyfield, Jeff (GOV) <Holyfield@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email conveying and relating to legal advice from counsel | |
| 712 | 3/13/2013 | Roberts, John (GOV) </O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROBERTSJ6> | Wisniewski, Wendy (GOV) <wisniewskiw@michigan.gov> | | Emergency Manager Appointment | Yes; Attorney Client | Email related to communications seeking and providing legal advice from Michael Gadola and Fred Headen and attaching attorney draft with comments from Fred Headen | |
| 713 | 5/9/2013 | Ellison, Melanie (GOV) <EllisonM2@michigan.gov> | Snyder, Rick (GOV) <snyderr11@michigan.gov> | Scott, Allison (GOV) <scotta12@michigan.gov>; Muchmore, Dennis (GOV) <muchmored@michigan.gov>; Roberts, John (GOV) <robertsj9@michigan.gov> | Detroit Bankruptcy; Pension | Yes; Attorney Client | Email forwarding document prepared by counsel and at counsel's direction | |
| 714 | 4/30/2013 | Tedder, Greg (GOV) <tedderg@michigan.gov> | Dan Moss <dtmoss@jonesday.com> | | Detroit Pensions | Yes; Attorney Client; Work Product | Email seeking legal advice and attaching documents for review by counsel | |
| 715 | 5/2/2013 | Doak, James <james.doak@millerbuckfire.com> | Buckfire, Ken <ken.buckfire@millerbuckfire.com>; Charles M. Moore <cmoore@conwaymackenzie.com>; Gaurav.Malhotra@ey.com; Tedder, Greg (GOV) <tedderg@michigan.gov>; Dillon, Andy (Treasury) <DillonA2@michigan.gov>; Stibitz, Brom (Treasury) <StibitzB@michigan.gov>; David G. Heiman <dgheiman@jonesday.com> | mhicks@jonesday.com; Heather Lennox (hlennox@jonesday.com); Marken, Sanjay <sanjay.marken@millerbuckfire.com>; Herman, Kyle <kyle.herman@millerbuckfire.com>; Fea, Vincent <vincent.fea@millerbuckfire.com> | Detroit Bankruptcy; Pension | Yes; Work Product | Email forwarding report from Miller Buckfire prepared at direction of Jones Day withheld based upon common interest doctrine | |
| 716 | 3/12/2013 | Rexford, Tori (GOV) <rexfordt@michigan.gov> | Holyfield, Jeff (GOV) <Holyfield@michigan.gov>; Wurfel, Sara (GOV) <Wurfels@michigan.gov>; Buhs, Caleb (GOV) <BuhsC2@michigan.gov> | Smith, Jennifer <smithj32@michigan.gov> | Emergency Manager Appointment | Yes; Attorney Client | Email sending draft contract prepared by Fred Headen | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT
In Re: City of Detroit, Michigan
Case No. 13-53846
State of Michigan
Second Privilege Log
October 21, 2013

| Item # | Bates ID# | DocType | Date | To | From | Subject | Notes | Privilege Reason |
|---|---|---|---|---|---|---|---|---|
| 1 | SOM0001077 | Email | 3/12/2013 | Brom Stibitz | Frank Monticello | Advice and draft language from counsel regarding appointment of EM. | | Attorney Client Communication; Attorney Work Product |
| 2 | SOM0001078 | Email | 3/12/2013 | Brom Stibitz | Frank Monticello | Advice and draft language from counsel regarding appointment of EM. | Duplicate of item #1. | Attorney Client Communication; Attorney Work Product |
| 3 | SOM0001079 | Email | 7/17/2013 | Jennifer Jackson | Brom Stibitz | Communications to counsel regarding authorization to file Chapter 9. | | Attorney Client Communication; Attorney Work Product |
| 4 | SOM0001080 | Email | 6/7/2013 | Sonya Mays, Shani Penn, Greg Tedder, Daniel Moss, H Lennox, Brom Stibitz | Bill Nowling | Communications to counsel and advice from counsel regarding creditors meeting. | | Attorney Client Communication; Attorney Work Product |
| 5 | SOM0001081 | Email | 6/7/2013 | Sonya Mays, Shani Penn, Greg Tedder, Daniel Moss, H Lennox, Brom Stibitz | Bill Nowling | Communications to counsel and advice from counsel regarding creditors meeting. | Duplicate of item #4. | Attorney Client Communication; Attorney Work Product |
| 6 | SOM0001082 | Email | 3/20/2013 | Frank Monticello | Brom Stibitz | Inquiries to counsel and advice from counsel regarding pension boards. | | Attorney Client Communication |
| 7 | SOM0001083 | Email | Upon further review, this document should not have been included with privilege log. It is nonresponsive. | | | | Email header with no text. | N/A |
| 8 | SOM0001084 | Email | 3/20/2013 | Frank Monticello | Brom Stibitz | Inquiries to counsel and advice from counsel regarding pension boards. | | Attorney Client Communication; Attorney Work Product |
| 9 | SOM0001085 | Email | Upon further review, this document should not have been included with privilege log. It is nonresponsive. | | | | Email header with no text. | N/A |
| 10 | SOM0001086 | Email | 3/20/2013 | Frank Monticello | Brom Stibitz | Inquiries to counsel and advice from counsel regarding pension boards. | | Attorney Client Communication; Attorney Work Product |
| 11 | SOM0001087 | Email | 3/20/2013 | Frank Monticello | Brom Stibitz | Inquiries to counsel and advice from counsel regarding pension boards. | | Attorney Client Communication; Attorney Work Product |
| 12 | SOM0001088 | Email | 3/15/2013 | Brom Stibitz, Frank Monticello | Frederick Headen | Inquiries to counsel and advice from counsel regarding pension boards. | | Attorney Client Communication; Attorney Work Product |
| 13 | SOM0001089 | Email | 3/18/2013 | Frank Monticello, Michael Gadola | Frederick Headen | Communications to counsel and advice from counsel regarding emergency manager contracts. | | Attorney Client Communication |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**
**In Re: City of Detroit, Michigan**
**Case No. 13-53846**
**State of Michigan**
**Second Privilege Log**
**October 21, 2013**

| Item # | Bates ID# | DocType | Date | To | From | Subject | Notes | Privilege Reason |
|---|---|---|---|---|---|---|---|---|
| 14 | SOM0001090 | Email | 3/18/2013 | Frank Monticello | Frederick Headen | Communications to counsel and advice from counsel regarding emergency manager contracts. | | Attorney Client Communication |
| 15 | SOM0001091 | Email | 3/15/2013 | Frank Monticello, Frederick Headen | Brom Stibitz | Communications to counsel regarding emergency manager effective date. | | Attorney Client Communication |
| 16 | SOM0001092 | Email | 3/11/2013 | Brom Stibitz | Frederick Headen | Communications to counsel and advice from counsel regarding emergency manager contracts. | | Attorney Client Communication |
| 17 | SOM0001093 | Draft contract | 3/11/2013 | Brom Stibitz | Frederick Headen | Draft emergency manager contract from counsel. | | Attorney Client Communication; Attorney Product |
| 18 | SOM0001094 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Email header with no text. | N/A |
| 19 | SOM0001095 | Email | 3/11/2013 | Frank Monticello | Brom Stibitz | Advice and draft language from counsel regarding appointment of EM; names of potential candidates for EM. | | Attorney Client Communication; Executive Privilege; Protective Order Entered 10/08/13 |
| 20 | SOM0001096 | Resume | 3/11/2013 | Resume | Resume | Resume of potential EM | | Executive Privilege; Protective Order Entered 10/08/13 |
| 21 | SOM0001097 | Resume | 3/11/2013 | Resume | Resume | Resume of potential EM | | Executive Privilege; Protective Order Entered 10/08/13 |
| 22 | SOM0001098 | Email | 3/6/2013 | Frank Monticello | Frederick Headen | Communications to counsel and advice from counsel regarding appointment of emergency manager. | Upon further review, a portion of the document is not privileged and a redacted version is produced. | Attorney Client Communication; Attorney Work Product |
| 23 | SOM0001099 | Email | 3/6/2013 | Frank Monticello | Frederick Headen | Communications to counsel and advice from counsel regarding appointment of emergency manager. | Upon further review, a portion of the document is not privileged and a redacted version is produced. | Attorney Client Communication; Attorney Work Product |
| 24 | SOM0001100 | Email | 3/6/2013 | Frank Monticello | Frederick Headen | Communications to counsel and advice from counsel regarding appointment of emergency manager. | Duplicate of item #23. | Attorney Client Communication; Attorney Work Product |
| 25 | SOM0001101 | Email | 3/4/2013 | Frederick Headen | Frank Monticello | Inquiries to counsel and advice from counsel regarding pensions. | Upon further review, a portion of the document is not privileged and a redacted version is produced. | Attorney Client Communication |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT
In Re: City of Detroit, Michigan
Case No. 13-53846
State of Michigan
Second Privilege Log
October 21, 2013

| Item # | Bates ID# | DocType | Date | To | From | Subject | Notes | Privilege Reason |
|--------|-----------|---------|------|-----|------|---------|-------|------------------|
| 26 | SOM0001102 | Email | 7/2/2013 | Brom Stibitz, Andy Dillon | Michelle Brya | Advice from counsel regarding the treatment of candidates for EM. | | Attorney Client Communication |
| 27 | SOM0001103 | | Upon further review, this document should not have been included with privilege log. It is nonresponsive. | | | | Internal email from AG Office regarding status of pension cases. | N/A |
| 28 | SOM0001104 | Email | 3/6/2013 | Frank Monticello | Frederick Headen | Communications to counsel and advice from counsel regarding the appointment of emergency manager. | Original email is same as item #22 and unprivileged portion is produced. | Attorney Client Communication; Attorney Work Product |
| 29 | SOM0001105 | Email | Upon further review, this document should not have been included with privilege log. It is nonresponsive. | | | | Internal email from AG Office regarding status of pension cases. | N/A |
| 30 | SOM0001106 | Email | 3/20/2013 | Brom Stibitz | Frank Monticello | Inquiries to counsel and advice from counsel regarding pensions. | | Attorney Client Communication; Attorney Work Product |
| 31 | SOM0001107 | Email | 3/20/2013 | Brom Stibitz | Frank Monticello | Inquiries to counsel and advice from counsel regarding pensions. | Duplicate of item #30. | Attorney Client Communication; Attorney Work Product |
| 32 | SOM0001108 | Email | 3/20/2013 | Brom Stibitz | Frank Monticello | Inquiries to counsel and advice from counsel regarding pensions. | Duplicate of item #30. | Attorney Client Communication; Attorney Work Product |
| 33 | SOM0001109 | Email | 3/20/2013 | Brom Stibitz | Frank Monticello | Inquiries to counsel and advice from counsel regarding pensions. | Duplicate of item #30. | Attorney Client Communication; Attorney Work Product |
| 34 | SOM0001110 | Email | 3/7/2013 | Frederick Headen | Frank Monticello | Communications to counsel and advice from counsel regarding appointment of emergency manager. | Upon further review, a portion of the document is not privileged and a redacted version is produced. | Attorney Client Communication; Attorney Work Product |
| 35 | SOM0001111 | Email | 3/7/2013 | Frederick Headen | Frank Monticello | Communications to counsel and advice from counsel regarding appointment of emergency manager. | Duplicate of item #34. | Attorney Client Communication; Attorney Work Product |
| 36 | SOM0001112 | Email | Upon further review, this document should not have been included with privilege log. It is nonresponsive. | | | | Internal email from AG Office regarding news stories regarding bankruptcy. | N/A |
| 37 | SOM0001113 | Email | Upon further review, this document should not have been included with privilege log. It is nonresponsive. | | | | Duplicate of item #29. | N/A |

13-53846-swr   Doc 2361-13   Filed 01/22/14   Entered 01/22/14 18:08:52   Page 203 of
211
13-53846-swr   Doc 2361-13   Filed 01/22/14   Entered 01/22/13 17:17:00   Page 26 of 28

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT
In Re: City of Detroit, Michigan
Case No. 13-53846
State of Michigan
Second Privilege Log
October 21, 2013

| Item # | Bates ID# | DocType | Date | To | From | Subject | Notes | Privilege Reason |
|---|---|---|---|---|---|---|---|---|
| 38 | SOM0001114 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Internal email from AG Office regarding status of pension cases. | N/A |
| 39 | SOM0001115 | Email | 7/18/2013 | Carol Isaacs, Matthew Schneider | Michael Gadola | Email to counsel regarding Joint Defense Agreement. | | Attorney Client Communication; Attorney Work Product |
| 40 | SOM0001116 | Word document | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Draft press release. | N/A |
| 41 | SOM0001117 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Internal email from AG Office regarding pensions. | N/A |
| 42 | SOM0001118 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Internal email from AG Office regarding pensions. | N/A |
| 43 | SOM0001119 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Internal email from AG Office regarding eligibility. | N/A |
| 44 | SOM0001120 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Internal email from AG Office regarding eligibility objections. | N/A |
| 45 | SOM0001121 | Memorandum | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Internal memo regarding article 9 Section 24 | N/A |
| 46 | SOM0001122 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Internal email from AG Office regarding motion to stay eligibility objections. | N/A |
| 47 | SOM0001123 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Duplicate of item #46. | N/A |
| 48 | SOM0001124 | Draft brief | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Internal draft of brief on stay eligibility. | N/A |
| 49 | SOM0001125 | Memorandum | 7/17/2013 | Michael Gadola | Matthew Schneider | Memorandum providing legal advice regarding potential risks to the State of Michigan in a Detroit Bankruptcy. | | Attorney Client Communication; Attorney Work Product |
| 50 | SOM0001126 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Duplicate of item #42. | N/A |
| 51 | SOM0001127 | Email | 12/27/2012 | Brom Stibitz | Frank Monticello | Inquiries to counsel and advice from counsel regarding appointment of emergency manager. | Upon further review, a portion of the document is not privileged and a redacted version is produced. | Attorney Client Communication; Attorney Work Product |
| 52 | SOM0001128 | Email | 2/22/2013 | Frank Monticello | Robert Ianni | Internal AG discussion regarding effect of bankruptcy on pensions. | | Attorney Work Product |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT
In Re: City of Detroit, Michigan
Case No. 13-53846
State of Michigan
Second Privilege Log
October 21, 2013

| Item # | Bates ID# | DocType | Date | To | From | Subject | Notes | Privilege Reason |
|---|---|---|---|---|---|---|---|---|
| 53 | SOM0001129 | Email | 2/25/2013 | Frank Monticello | Robert Ianni | Internal AG discussion regarding effect of bankruptcy on pensions. | Extension of conversation in item #52. | Attorney Work Product |
| 54 | SOM0001130 | Memorandum | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Duplicate of item #45. | N/A |
| 55 | SOM0001131 | Memorandum | 7/17/2013 | Michael Gadola | Matthew Schneider | Memorandum providing legal advice regarding potential risks to the State of Michigan in a Detroit Bankruptcy. | Duplicate of item #49. | Attorney Client Communication; Attorney Work Product |
| 56 | SOM0001132 | Memorandum | 7/17/2013 | Michael Gadola | Matthew Schneider | Memorandum providing legal advice regarding potential risks to the State of Michigan in a Detroit Bankruptcy. | Duplicate of item #49. | Attorney Client Communication; Attorney Work Product |
| 57 | SOM0001133 | Email with handwritten notes | 1/7/2013 | Frank Monticello; Frederick Headen | Andy Dillon | Communications with counsel and advice from counsel regarding conflict issue of candidate for emergency manager. | Upon further review, a portion of the document is not privileged and a redacted version is produced. | Attorney Client Communication; Executive Privilege; Protective Order Entered 10/08/13 |
| 58 | SOM0001134 | Handwritten notes | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Notes regarding consulting firm. | N/A |
| 59 | SOM0001135 - SOM0001136 | Email | 7/10/2013 | Andy Dillon | Michael Finney | Email with name of candidate for emergency manager. | Redacted and produced. | Executive Privilege; Protective Order Entered 10/08/13 |
| 60 | SOM0001137 - SOM0001141 | Resume | Unknown | Resume | Resume | Resume of candidate for emergency manager. | Redacted and produced. | Executive Privilege; Protective Order Entered 10/08/13 |
| 61 | SOM0001142 | Email | 2/20/2013 | Kevin Orr; Sue | Richard Baird | Communication regarding appointment of emergency manager.  Communication contains personal email address of a citizen. | Redacted and produced. | Privacy |
| 62 | SOM0001143 - SOM0001146 | Email | Upon further review, this document should not have been included with privilege log.  A copy is provided. | | | | Email regarding press inquiry. | N/A |
| 63 | SOM0001147 - SOM0001148 | Email | Upon further review, this document should not have been included with privilege log.  It is nonresponsive. | | | | Email regarding press inquiry. | N/A |
| 64 | SOM0001149 - SOM0001150 | Email | Upon further review, this document should not have been included with privilege log. | | | | It was produced as SOM 0000604 - 0000605 | N/A |

13-53846-swr  Doc 2361-13  Filed 01/02/14  Entered 01/02/14 18:08:52  Page 205 of
211
13-53846-swr  Doc 1361-13  Filed 10/22/13  Entered 10/22/13 17:17:00  Page 205 of 28

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

No. 13-53846

Chapter 9

HON. STEVEN W. RHODES

## EXHIBIT D

### STATE OF MICHIGAN'S RESPONSE TO MOTION OF INTERNATIONAL UNION, UAW AND FLOWERS PLAINTIFFS TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON GROUNDS OF PRIVILEGE BY THE STATE OF MICHIGAN

EXHIBIT D - Case Opinion - Pulte Homes



Not Reported in F.Supp.2d, 2011 WL 8212 (E.D.Mich.)
**(Cite as: 2011 WL 8212 (E.D.Mich.))**

⊞

Only the Westlaw citation is currently available.

United States District Court,
E.D. Michigan,
Southern Division.
PULTE HOMES, INC., Plaintiff/Counter-defendant,
v.
AMERICAN GUARANTEE, AND LIABILITY
INSURANCE COMPANY, Defend-
ant/Counter–Plaintiff.

Civil Action No. 09–CV–11616.
Jan. 3, 2011.

Jeremy F. Heinnickel, John N. Ellison, Timothy P. Law, Reed Smith LLP, Philadelphia, PA, Thomas P. Van Dusen, Bodman, Troy, MI, for Plaintiff/Counter–defendant.

Blaise S. Curet, Debra R. Puebla, Sinnott, Puebla, Campagne & Curet, APLC, San Francisco, CA, Carol G. Schley, Peter B. Kupelian, Kupelian, Ormond, Southfield, MI, for Defendant/Counter–Plaintiff.

***OPINION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY TO PRODUCE COMPLETE RESPONSES TO DISCOVERY (DOCKET NO. 53)***

MONA K. MAJZOUB, United States Magistrate Judge.

**\*1** This matter comes before the Court on Plaintiff's Motion To Compel American Guarantee And Liability Insurance Company to Produce Complete Responses To Discovery filed on October 1, 2010. (Docket no. 53). Defendant filed a Response Brief in Opposition on October 19, 2010. (Docket no. 58).

Plaintiff filed a Reply Brief on October 26, 2010. (Docket no. 63). The parties filed a Joint Statement of Resolved and Unresolved Issues on December 13, 2010. (Docket no. 71). This matter was referred to the undersigned for hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A). (Docket no. 54). The Court heard oral argument on this matter on December 20, 2010. The matter is ready for ruling.

On April 6, 2010 Plaintiff served on Defendant its First Set of Interrogatories, First Set of Requests For Admission and First Set of Requests for Production of documents. On May 24, 2010 Defendant served responses and objections. Correspondence ensued between the parties. On September 8, 2010 Defendant served supplemental answers, responses and objections to some of the discovery. Plaintiff brings this motion to compel full and complete responses to the following: Request for Admission Nos. 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19 and 20; Interrogatory Nos. 6, 7, 8, 9, 12 and 13; and Request for Production Nos. 6, 9, 20, 21, 22, 27, 31, 32 and 33. Prior to the hearing the parties resolved Request for Production No. 20.

For the reasons set forth on the record the Court ordered the following:

A. Request for Admission Nos. 6, 7, and 9 are deemed admitted;

B. Request for Admission Nos. 4, 8, 10, 11 and 14 are deemed denied;

C. Plaintiff's Motion is denied as to Request for Admission Nos. 12, 13 and 15 because Defendant's answers comply with Fed.R.Civ.P. 36 and are admitted in part and denied in part as set forth therein;

D. Request for Admission Nos. 19 and 20 are

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

Not Reported in F.Supp.2d, 2011 WL 8212 (E.D.Mich.)
**(Cite as: 2011 WL 8212 (E.D.Mich.))**

stricken as ambiguous;

E. Defendant will amend its answers to the following: Interrogatory No. 6 to respond directly to the Interrogatory and state with respect to each activity whether it was completed and the results thereof; Interrogatory No. 8 to specifically identify all instances when it requested information about the claims and Plaintiff did not provide access or information, Interrogatory No. 12 and Interrogatory No. 13 to answer in full based on the information Defendant now has available;

F. Defendant will amend its answer to Interrogatory No. 9 to answer in full without objection. *See United States v. Roxworthy*, 457 F.3d 590, 593 (6th Cir., 2006); *Fine v. Bellefonte Underwriters Ins., Co.*, 91 F.R.D. 420, 422 (D.C.N.Y.1981); and *Janicker v. George Washington University*, 94 F.R.D. 648, 650 (D.D.C.1982);

G. Plaintiff's Motion to Compel is denied as to Interrogatory No. 7;

H. Defendant will serve amended full responses and all responsive documents to Request for Production No. 6, Request for Production No. 9 (limited to the period from May 1, 1997 through 2001), and Request For Production No. 27 (limited to the period from September 1, 2006 through the present);

**\*2** I. Plaintiff's Motion to Compel was denied as to Request for Production No. 31 as not limited to relevant information, Fed.R.Civ.P. 26(b)(1), and 33 as overly broad, not sufficiently specific and not limited to relevant information.

The Court now rules on the remaining Request for Production Nos. 21, 22 and 32, which were taken under advisement. Request for Production No. 21 seeks the complete file maintained by Alan Gray. Request for Production No. 22 asks for "[a]ll docu-

ments Zurich sent to or received from the Affiliated Alan Gray Companies relating to the Zurich Policies, the Legion Policies, the Claim and the Action." Defendant argues that the Alan Gray file and documents are protected by the attorney-client privilege. Mr Gray is not a party to this action and he is not an officer of either party. Defendant retained Mr. Gray's forensic accounting firm in 2007 to investigate the bases of Plaintiff's claims [FN1].

> FN1. The Gray audit concluded in August 2008 with a draft report. Defendant's counsel stated that the draft report has been produced to Plaintiff without a non-waiver agreement. Defendant's counsel also stated that there was no final report.

Defendant argues that it has produced all responsive documents including the entire claims investigation file except for correspondence between Mr. Gray and attorney Debra Puebla, which it argues is subject to attorney-client privilege. In its Response brief Defendant states that it "authorized Mr. Gray to communicate with its legal counsel about the nature and scope of his investigation and findings to assist legal counsel in its coverage evaluation." Defendant argues that Mr. Gray was Defendant's agent and as such, his communications are protected from disclosure by the attorney-client privilege.

The Court notes that the parties have not properly briefed this issue with respect to Plaintiff's Motion to Compel and have incorporated by reference arguments from Plaintiff's August 30, 2010 motion to compel documents responsive to the Alan Gray Subpoena, which was denied by this Court. (Docket no. 43). The only privilege log related to Alan Gray documents which appears on the docket before the Court is the privilege log filed with Defendant's Response Brief in Opposition to Plaintiff's motion to compel relating to the subpoena served on Alan Gray. The Court must look to that set of pleadings to determine the sufficiency of Defendant's amended priv-

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

Not Reported in F.Supp.2d, 2011 WL 8212 (E.D.Mich.)
**(Cite as: 2011 WL 8212 (E.D.Mich.))**

ilege log, and the Court will examine the only privilege log before it relating to the Alan Gray documents.

In a case "brought under the Court's diversity jurisdiction and featuring only state-law claims, Michigan law governs the scope of the attorney/client privilege. *See* Fed.R.Evid. 501." *Infosystems, Inc. v. Ceridian Corp., 197 F.R.D. 303, 305 n. 2 (E.D.Mich.2000).* Under Michigan law,

> [t]he attorney-client privilege attaches to direct communication between a client and his attorney as well as communications made through their respective agents. The scope of the attorney-client privilege is narrow, attaching only to confidential communications by the client to his advisor that are made for the purpose of obtaining legal advice.

*Leibel v. General Motors Corp., 250 Mich.App. 229, 646 N.W.2d 179, 183 (Mich.App.2002).* "The privilege, however, cannot protect the actual facts underlying the information contained in a communication between attorney and client; the privilege protects only confidential communications between attorney and client." *State Farm Mutual Auto. Inc. Co. v. Hawkins, 2008 WL 5383855 at *2 (E.D.Mich. Dec.23, 2008)* (citing *Reed Dairy Farm v. Consumers Power Co., 227 Mich.App. 614, 576 N.W.2d 709, 712 (Mich.Ct.App.1998)).* "Communications between an attorney and client which relate to business, rather than legal matters, do not fall within the protection of the attorney-client privilege." *Michigan First Credit Union v. Cumis Ins. Soc'y, Inc ., 2006 U.S. Dist. LEXIS 45202 at *5–6, 2006 WL 1851018 (E.D.Mich. July 5, 2006)* (citing *Coleman v. American Broadcasting Corp., Inc., 106 F.R.D. 201, 205 (D.D.C.1985)).* The burden to show that a matter is not discoverable because it is privileged rests upon the party asserting privilege. *Infosystems, Inc., 197 F.R.D. at 306.*

**\*3** Defendant argues that Mr. Gray is its agent. As Plaintiff points out, Mr. Gray was hired almost two years prior to the filing of Plaintiff's lawsuit and Defendant's counter-claim. Defendant argues that Ms. Puebla was coverage counsel and did not undertake the claims investigation. Defendant's argument pointedly highlights the fine line set forth by the courts in determining whether a lawyer is acting in the capacity of a lawyer giving legal advice and not as an investigator working in an "ongoing, open investigation into a claim." *Mich. First Credit Union,* 2006 U.S. Dist. LEXIS at *6 (noting that one of the documents was dated "well before even the initial denial of the claim" and to protect the pre-November 2005 communications "from disclosure would give too broad a scope to attorney-client privilege, and in a larger sense would permit an insurer to construct a 'shroud of secrecy' by simply designating an attorney to conduct an otherwise ordinary claim investigation." *Id.*).

Despite alleging this distinction in Ms. Puebla's capacity, Defendant's Amended Privilege Log (docket no. 48 Ex. K) and Redacted Log (relating to redacted portions of the Alan Gray documents, docket no. 48–1, 48–2, 48–3) do not "describe the nature of the documents, communications, or tangible things not produced or disclosed—... in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim," as required by Fed.R.Civ.P. 26(b)(5)(A)(ii).

Defendant's "Alan Gray Documents–Amended Privilege Log" sets forth the date of the document, author, recipients, persons copied, a "description" of the document, a "purpose" of the document and the privilege or claim, which are predominately "attorney-client privilege." (Docket no. 48). Every "description" of a document states either "Email[s] relating to Alan Gray audit of Pulte claim files" or "Email[s] relating to Alan Gray report for audit of Pulte claim files." Five entries on the Redacted Log describe an "Email related to Alan Gray, Inc.'s rates for services," accounting document and/or a new file

Not Reported in F.Supp.2d, 2011 WL 8212 (E.D.Mich.)
**(Cite as: 2011 WL 8212 (E.D.Mich.))**

creation form and are identified as "confidential/proprietary; relevance" instead of attorney client privilege. (Docket no. 48–3). It does not appear that documents "GRAY000965," "GRAY000966," "GRAY000970," "GRAY001190" and "GRAY001236" are at issue in this motion and they are not relevant to the issues in this action. Fed.R.Civ.P. 26(b)(1).

The "Purpose" of each document states that the communication is between, from and/or to AGLIC (Defendant), AGLIC's Counsel and/or AGLIC's agent and identifies the purpose of each document as the following: "[r]elated to AGLIC counsel's ongoing role in representing AGLIC in order to provide coverage analysis and legal advice as issues arise in connection with Pulte's demand for payment under policies." (Docket no. 48 Ex. K, 48–1, 48–2, 48–3). Substantively, Defendant's descriptions of the documents and their respective purposes offer nothing more than a conclusory assertion that each document relates to the subject of this action and is "related" to legal advice, without any further information.

**\*4** Defendant has already amended this privilege log once and the parties have argued this issue at hearing. The Court does not find that a second amended privilege log will aid in showing that the documents are covered by the attorney-client privilege where Defendant has had the opportunity to establish privilege in a privilege log, an amended log, its brief and at hearing and has failed to do so. The Court is left to speculate as to whether any legal advice was sought or given with respect to each document.

Furthermore, despite the unsupported allegation that Ms. Puebla is coverage counsel and did not undertake the claims investigation(s), the timeline of the "Alan Gray" documents in conjunction with Plaintiff's demands for payment weigh in favor of concluding that these communications were related to business and an ongoing investigation of the claims at issue. Defendant's boilerplate descriptions in the privilege log, despite the allegation that the documents are "related to" counsel's role in providing legal advice, are not inconsistent with this finding. The privilege logs describe counsel's "ongoing role" in providing coverage analysis and fail on a basic level to clearly assert whether each document seeks or conveys legal advice [FN2]. Defendant has simply failed to meet its burden of showing that these documents are not discoverable.

> [FN2]. The Court also notes that Defendant has been, to date, unwilling to provide a date or time frame when its investigation became or was undertaken in anticipation of litigation.

Request for Production No. 32 seeks "[a]ll communications with Zurich's reinsurance companies concerning the Claim." The Court finds that this request is overly broad and not limited to relevant information and documents. The Court will deny Plaintiff's motion as to Request for Production No. 32. Fed.R.Civ.P. 26(b)(1).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion To Compel American Guarantee And Liability Insurance Company To Produce Complete Responses To Discovery (docket no. 53) is GRANTED as to Request For Production Nos. 21 and 22 related to the Alan Gray documents, is DENIED as to Request For Production No. 32 and is further GRANTED in part and DENIED in part as set forth herein and on the record.

**IT IS FURTHER ORDERED** that Defendant will produce all amended answers and full responses as ordered within thirty (30) days of entry of this Order.

**IT IS FURTHER ORDERED** that payment of attorneys fees and costs will not be ordered. Fed.R.Civ.P. 37(a)(5)(A)(ii), (iii).

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

Not Reported in F.Supp.2d, 2011 WL 8212 (E.D.Mich.)
**(Cite as: 2011 WL 8212 (E.D.Mich.))**

### NOTICE TO THE PARTIES

Pursuant to Fed.R.Civ.P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

E.D.Mich.,2011.
Pulte Homes, Inc. v. American Guarantee, and Liability Ins. Co.
Not Reported in F.Supp.2d, 2011 WL 8212 (E.D.Mich.)

END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.