UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2014, I electronically filed Appellees' Designation of Items to be Included in the Record on Appeal [Docket No. 2362] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

      */s/Matthew Schneider*
      Matthew Schneider
      Chief Legal Counsel
      Attorney for State of Michigan
      P.O. Box 30754
      Lansing, Michigan 48909
      (517) 373-3203
      SchneiderM7@michigan.gov [P62190]
      Attorney for the State of Michigan
      Michigan Department of Attorney General