UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, the State of Michigan, by and through the undersigned attorneys, submits the following designation of additional items to be included in the record on appeal in connection with Notice of Appeal filed by the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit [Dkt. #2096] from the Court's Opinion Regarding Eligibility [Dkt. #1945] and Order for Relief Under Chapter 9 of the Bankruptcy Code [Dkt. #1946].

| Design-ation | Docket # | Filing Date | Description |
|---|---|---|---|
| 1. | 438 | 8/19/2013 | Objection To The City of Detroit's Eligibility To Obtain Relief Under Chapter 9 of the Bankruptcy Code filed by creditor Michigan Council 25 of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (Attachments: Affidavit/Declaration of Steven Kreisberg; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit A; Exhibit B; Exhibit C) |
| 2. | 497 | 8/19/2013 | Objection filed by interested party Detroit Retired City Employees Association, Shirley V. Lightsey, Retired Detroit Police and Fire Fighters Association, Donald Taylor, Creditors Shirley V. Lightsey, Donald Taylor (Attachments: Index of Exhibits; Exhibit A – Declaration of Shirley V. Lightsey in Support of Consolidated Objection of the Retiree Association Parties to Eligibility; Exhibit B – Declaration |

| | | | of Donald Taylor in Support of Consolidated Objection of the Retiree Association Parties to Eligibility) |
|---|---|---|---|
| 3. | 517 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by creditor Michigan Auto Recovery Service, Inc. |
| 4. | 565 | 8/22/2013 | Objection to Chapter 9 Bankruptcy filed by creditors Carl Williams, Hassan Aleem |
| 5. | 1217 | 10/17/2013 | Order Regarding Further Briefing on Eligibility |
| 6. | 1354 | 10/24/2013 | Amended Final Pre-Trial Order |
| 7. | 1428 | 10/28/2013 | Addendum to Objections filed by creditors Hassan Aleem, Carl Williams |
| 8. | 1480 | 10/31/2013 | Amendment to Objections filed by creditors Hassan Aleem, Carl Williams |
| 9. | 1695 | 11/13/2013 | Supplemental Brief on Good Faith Negotiations filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 10. | 1698 | 11/13/2013 | Brief Regarding "Good Faith Negotiations" filed by interested |

|     |      |            |                                                                                                                                                                                                                                                                                 |
| --- | ---- | ---------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |      |            | party State of Michigan                                                                                                                                                                                                                                                                        |
| 11. | 1704 | 11/13/2013 | Brief (on Good Faith Negotiations) filed by interested parties Detroit Retired City Employees Association, Retired Detroit Police and Fire Fighters Association                                                                                                                                |
| 12. | 1707 | 11/13/2013 | Debtor's Memorandum Regarding Good Faith Under 11 U.S.C. Section 109(c)(5)(B), Labor Law, and 11 U.S.C. Sections 1113, 1114                                                                                                                                                                    |
| 13. | 1709 | 11/13/2013 | Supplemental Brief on Good Faith Negotiations filed by creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America                                                                                                                                |
| 14. | 1711 | 11/13/2013 | Supplemental Brief Regarding "Good Faith" Negotiations filed by creditors Detroit Fire Fighters Associations, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association                       |
| 15. | 1717 | 11/14/2013 | Memorandum Regarding Supplemental Authority filed by interested party State of Michigan (Exhibit 1 – Schimmel (12-2087) 11-8-2013 Order)                                                                                                                                                       |

Respectfully submitted,

                                  */s/Matthew Schneider*
                                  Matthew Schneider
                                  Chief Legal Counsel
                                  Attorney for State of Michigan
                                  P.O. Box 30754
                                  Lansing, Michigan  48909
                                  (517) 373-3203
                                  SchneiderM7@michigan.gov
                                  [P62190]

                                  Michigan Department of
                                  Attorney General

Dated: January 3, 2014