IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
                                        :
In re                                   :            Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,    :            Case No. 13-53846
                                        :
              Debtor.                 :            Honorable Steven W. Rhodes
---------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2014, he caused a true and correct copy of the ***NOTICE OF APPEAL*** to be served upon counsel as listed below, via First Class United States mail:

Tracy M. Clark
STEINBERG SHAPIRO & CLARK
25925 Telegraph Rd., Suite 203
Southfield, MI 48033

Dated: January 3, 2014          Respectfully submitted,

                                   By: /s/Timothy A. Fusco
                                   150 West Jefferson
                                   Suite 2500
                                   Detroit, Michigan 48226
                                   Telephone: (313) 963-6420
                                   Facsimile: (313) 496-7500
                                   fusco@millercanfield.com