UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

    Debtor.
_____/

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

**CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES IN SUPPLEMENTAL OBJECTION OF AMBAC TO MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ASSUMPTION OF THAT CERTAIN FORBEARANCE AND OPTIONAL TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO RULE 9019, AND (III) GRANTING RELATED RELIEF, AS SUPPLEMENTED**

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., file this statement to indicate that they concur in the objection filed by Ambac Assurance Corporation ("Ambac") to the Debtor's "Motion for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(A) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief", (Docket 17), as supplemented on December 27, 2013 by the Supplement to the motion (Docket 2341).

1. The Retiree Association Parties previously filed an objection to the motion.

2. The City, on December 27, 2013, filed a supplement to the motion.

3. On January 2, 2014, Ambac filed a supplemental objection to the motion, to address issues raised by the supplement.

4. The Retiree Association Parties incorporate by this reference the supplemental objection field by Ambac.

**WHEREFORE**, the Retiree Association Parties respectfully request that the Court deny the motion.

Respectfully submitted,

**SILVERMAN & MORRIS, P.L.L.C.**


By: */s/ Thomas R. Morris*
    Thomas R. Morris (P39141)
    Karin F. Avery (P45364)
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
(248) 539-1330   Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

**LIPPITT O'KEEFE, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
(248) 646-8292   Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

*Attorneys for Retiree Association Parties*

Dated: January 2, 2014

In re:

CITY OF DETROIT, MICHIGAN,

      Debtor.

_____/

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2014, I electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, the **Concurrence of the Retiree Association Parties in Supplemental Objection of Ambac to Motion for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(A) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related and this Certificate of Service**, using the Court's CM/ECF System, which will sent notification of such filing to all parties requesting notice on the electronic service list.

                                                /s/ Lori Powers
                                                Lori Powers
                                                Silverman & Morris, P.L.L.C.

Dated: January 4, 2013