UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                    Chapter 9
                                                     13-53846-swr
City of Detroit, Michigan                            Judge Rhodes

Debtor(s)
_____/

## STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

The City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield,

Paddock and Stone, P.L.C., and EverBank successor by merger to EverHome Mortgage

Company f/k/a Alliance Mortgage Company ("Creditor"), by and through its counsel, Orlans

Associates, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit A**.

Approved for entry:

DATED: January 3, 2014

/s/ __Elizabeth M. Abood-Carroll            /s/ Eric D. Carlson (with consent)
Craig B. Rule,  P67005                      Eric D. Carlson (P60277)
Elizabeth M. Abood-Carroll, P46304          MILLER, CANFIELD, PADDOCK &
Heather D. McGivern,  P59393                STONE, P.L.C.
Orlans Associates, P.C.                      150 West Jefferson
Attorneys for EverBank successor by merger   Suite 2500
to EverHome Mortgage Company f/k/a           Detroit, Michigan 48226
Alliance Mortgage Company                    Telephone: (313) 963-6420
P.O. Box 5041                                Facsimile: (313) 496-7500
Troy, MI 48007                               carlson@millercanfield.com
(248) 502-1400
Email: eabood-carroll@orlans.com

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                                  Chapter 9

                                                                            13-53846-swr

City of Detroit, Michigan                                     Judge Rhodes

Debtor(s)

_____/

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

        This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and  EverBank successor by merger to EverHome Mortgage Company f/k/a Alliance Mortgage Company ("Creditor"), by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

        IT IS HEREBY ORDERED that the automatic stay is modified to allow Creditor, its successors or assigns, to foreclose on the property known as 8223 Pierson, Detroit, MI 48228; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by Creditor on the Debtor and all others with an interest in the subject property.  This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.