UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# ATTACHMENT

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Design-ation | Docket # | Filing Date | Description |
|---|---|---|---|
| 7. | 517 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by creditor Michigan Auto Recovery Service, Inc. |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN            Case No. 13-53846
                                                  Chapter 9
_____Debtor___/      Hon. STEVEN W. RHODES

### OBJECTION TO ELIGIBILITY OF CITY OF DETROIT FOR CHAPTER 9 FILED BY MICHIGAN AUTO RECOVERY, INC.

       Michigan Auto Recovery, Inc. comes by its Counsel, KURT THORNBLADH P25858, and for its Objection to Eligibility of the City of Detroit for Chapter 9 says as follows:

       1.    The City of Detroit filed a petition for relief under Chapter 9 of the U.S. Bankruptcy Court on July 18, 2013.

       2.    Michigan Auto Recovery Service, Inc. is a creditor of the City of Detroit, Michigan and has a claim for over $300,000 for towing services performed for the City.

       3.    Michigan Auto Recovery, Inc. was not given a fair opportunity to negotiate its claim prior to the filing of Chapter 9 by the City of Detroit.

       4.    Michigan Auto Recovery Service, Inc. challenges the eligibility of the City of Detroit for Chapter 9 pursuant to 11 USC § 108(c)(5)(B).

       5.    There are 27 contract towers for the City of Detroit, and on information and belief, the City of Detroit has failed to negotiate in good faith with the towers prior to filing this case.

       Wherefore Michigan Auto Recovery Service, Inc prays the Court will dismiss the Bankruptcy of The City of Detroit, Michigan.

                                               FOR MICHIGAN AUTO RECOVERY SERVICE, Inc.
                                               By:__/s/_kurt thornbladh_____
                                               KURT THORNBLADH P25858
                                               Thornbladh Legal Group PLLC
                                               7301 Schaefer
                                               Dearborn, MI 48126
                                               (313) 943 2678
                                               kthornbladh@gmail.com

Dated: August 19, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN        Case No. 13-53846
                                 Chapter 9
_____Debtor___/  Hon. STEVEN W. RHODES

CERTIFICATE OF SERVICE

   Kurt Thornbladh certifies and says that on August 19, 2013 he served copies of Objection to Eligibility of the City of Detroit, Michigan to file Chapter 9 as follows:

1.   The following were served by electronic notification:


Carla Orman Andres candres@gklaw.com Mark A. Angelov mark.angelov@arentfox.com Charles N. Ash cash@wnj.com, kkranz@wnj.com Karin F. Avery Avery@SilvermanMorris.com Jason W. Bank jbank@kerr-russell.com Paige E. Barr Paige.Barr@kattenlaw.com Kevin M. Baum kevin.baum@kattenlaw.com Dirk H. Beckwith dbeckwith@fosterswift.com Michael R. Bell BellM1@michigan.gov Ryan Blaine Bennett ryan.bennett@kirkland.com Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com Brendan G. Best bbest@schaferandweiner.com, wkyles@schaferandweiner.com Jeffrey H. Bigelman jhb_ecf@osbig.com, tc@osbig.com William C. Blasses wcb@osbig.com Brett A. Border bborder@sspclegal.com, joumedian@sspclegal.com Mark E. Bredow mbredow@resnicklaw.net, jabdelnour@resnicklaw.net Lynn M. Brimer lbrimer@stroblpc.com, kvanakin@stroblpc.com Charles D. Bullock cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com Judy B. Calton jcalton@honigman.com Judy B. Calton jcalton@honigman.com,blundberg@honigman.com Peter L. Canzano pcanzano@sidley.com Julia A. Caroff julia.caroff@usdoj.gov, patti.turczynski@usdoj.gov;michele.gangler@usdoj.gov Corey M. Carpenter bocecf@boclaw.com, coreycarpenter@boclaw.com Amy D. Caton acaton@kramerlevin.com, achouprouta@kramerlevin.com Babette A. Ceccotti bceccotti@cwsny.com Mary Beth Cobbs cobbm@detroitmi.gov, mbcobbs@flash.net Carol Connor Cohen carol.cohen@arentfox.com Dawn R. Copley dcopley@dickinsonwright.com, dnavin@dickinsonwright.com Sean M. Cowley (UST) Sean.cowley@usdoj.gov Elliot G. Crowder ecrowder@sbplclaw.com, lhaas@sbplclaw.com Robert Darnell robert.darnell@usdoj.gov Shannon L. Deeby sdeeby@clarkhill.com Melissa L. Demorest melissa@demolaw.com, paula@demolaw.com Robert J. Diehl rdiehl@bodmanlaw.com Karen B. Dine karen.dine@kattenlaw.com David L. Dubrow david.dubrow@arentfox.com Ethan D. Dunn bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com John E. Eaton jeaton@cousenslaw.com David Eisenberg deisenberg@ermanteicher.com Earle I. Erman eerman@ermanteicher.com Sherrie L. Farrell sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com Evan Justin Feldman efeldman@clarkhill.com

Mallory Field MField@stroblpc.com, jmckeogh@stroblpc.com Deborah L. Fish
dfish@allardfishpc.com, allardfishpc@yahoo.com Steven B. Flancher flanchers@michigan.gov
Vanessa G. Fluker vgflawyer@sbcglobal.net, dfjohnson@cfaith.com Mark S. Frankel
mfrankel@couzens.com Brendan H. Frey bfrey@manteselaw.com,
ssikorski@manteselaw.com;gmantese@manteselaw.com Joshua A. Gadharf
jgadharf@mcdonaldhopkins.com Niraj R. Ganatra Nganatra@uaw.net Andrew J. Gerdes
agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
Jerome D. Goldberg apclawyer@sbcglobal.net Robert D. Gordon rgordon@clarkhill.com,
lbellguzzo@clarkhill.com Timothy R. Graves tgraves@allardfishpc.com,
allardfishpc@yahoo.com Jonathan S. Green green@millercanfield.com Stephen M. Gross
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com Stephen B. Grow sgrow@wnj.com,
kfrantz@wnj.com Edward J. Gudeman ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Raymond Guzall rayguzall@attorneyguzall.com Stephen C. Hackney
stephen.hackney@kirkland.com Paul R. Hage phage@jaffelaw.com, jtravick@jaffelaw.com
Michael C. Hammer mchammer2@dickinsonwright.com Howard R. Hawkins
howard.hawkins@cwt.com,
mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com David Gilbert
Heiman dgheiman@jonesday.com Robert S. Hertzberg hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com Steven G. Howell
showell@dickinsonwright.com Patrick Warren Hunt pwhunt@kerr-russell.com Charles Bruce
Idelsohn charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com Mark R. James
mrj@wwrplaw.com Michael Joseph Karwoski mjkarwoski@alumni.nd.edu Mami Kato
mkato@sachswaldman.com, pmerchak@sachswaldman.com Richardo I. Kilpatrick
ecf@kaalaw.com Samuel S. Kohn skohn@winston.com,
DocketNY@winston.com;LLarose@winston.com;SFoss@winston.com;CHardman@winston.com;CSchoch@winston.com;KForte@winston.com Deborah Kovsky-Apap
kovskyd@pepperlaw.com, alexsym@pepperlaw.com Kay Standridge Kress
kressk@pepperlaw.com, alexsym@pepperlaw.com Stephen S. LaPlante
laplante@millercanfield.com Patrick C. Lannen plannen@plunkettcooney.com,
mkisell@plunkettcooney.com Lawrence A. Larose llarose@winston.com Caralyce M. Lassner
ecf@lassnerlaw.com Michael S. Leib msl@maddinhauser.com, bac@maddinhauser.com Heather
Lennox hlennox@jonesday.com David A. Lerner dlerner@plunkettcooney.com,
nwinagar@plunkettcooney.com Sharon L. Levine slevine@lowenstein.com Elias T. Majoros
emajoros@glmpc.com David A. Mollicone dmollicone@dmms.com Thomas R. Morris
morris@silvermanmorris.com, marlene@silvermanmorris.com Fred Neufeld fneufeld@sycr.com
Karen Vivian Newbury knewbury@schiffhardin.com Kenneth E. Noble
kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com Eric David Novetsky
enovetsky@jaffelaw.com Sandra L. O'Connor soconnor@glmpc.com Brian D. O'Keefe
bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com Arthur O'Reilly
aoreilly@honigman.com, ahatcher@honigman.com Yuliy Osipov yotc_ecf@yahoo.com,
yo_ecf@osbig.com;tc_ecf@osbig.com Michael R. Paslay mike.paslay@wallerlaw.com,
Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Barbara A. Patek bpatek@ermanteicher.com Andrew A. Paterson aap43@outlook.com,
aap43law@gmail.com Ryan Plecha rplecha@lippittokeefe.com,

jgreeniajdobrzycki@lippittokeefe.com Leland Prince princel@dteenergy.com A. Stephen Ramadan steveramadan@gmail.com Kimberly Joan Robinson kim.robinson@bfkn.com Louis P. Rochkind lrochkind@jaffelaw.com, dburris@jaffelaw.com Ronald L. Rose rrose@dykema.com Jeffrey Rossman jrossman@mwe.com Edward Todd Sable tsable@honigman.com Kenneth M. Schneider kschneider@schneidermiller.com Joseph R. Sgroi jsgroi@honigman.com Howard S. Sher howard@jacobweingarten.com John P. Sieger john.sieger@kattenlaw.com William Pfeiffer Smith wsmith@mwe.com James Sprayregen james.sprayregen@kirkland.com Kevin N. Summers ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com Matthew Gernet Summers summersm@ballardspahr.com Meredith Taunt mtaunt@stroblpc.com, KVanAkin@stroblpc.com Kurt Thornbladh kthornbladh@gmail.com, thornbladh.kurt3@gmail.com Brian R. Trumbauer btrumbauer@bodmanlaw.com Suzanne L. Wahl swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com Daniel J. Weiner dweiner@schaferandweiner.com Jason L. Weiner jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com William A. Wertheimer billwertheimer@gmail.com David M. Zack dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com Jennifer A. Zbytowki Belveal jbelveal@honigman.com Janet M. Ziulkowski jmz@zaplc.com, ecf@zaplc.com Craig E. Zucker czucker@ermanteicher.com

2. And the parties to the attached matrix provided by the Clerk of the U.S. Bankruptcy Court were served by First Class U.S. Mail.

.

                                        \_\_/s/\_kurt thornbladh_____
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
7301 Schaefer
Dearborn, MI 48126
(313) 943 2678
kthornbladh@gmail.com

Dated: August 19, 2013

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 13-53846-swr<br>Eastern District of Michigan<br>Detroit<br>Mon Aug 19 23:30:01 EDT 2013 | Amalgamated Transit Union Local 26<br>716 Lothrop Ave.<br>Detroit, MI 48202-2715 | Bishop Real Estate, L.L.C.<br>c/o Stephen M. Gross, Esq.<br>39533 Woodward Ave.<br>Suite 318<br>Bloomfield Hills, MI 48304-5106 |
| Chase Paymentech, LLC<br>Attn: Lazonia Clark, Business Analyst<br>14221 Dallas Pkwy, Bldg II<br>Dallas, TX 75254-2942 | City of Detroit Water and Sewerage Departmen<br>615 Griswold<br>Suite 1708<br>Detroit, MI 48226-3990 | City of Detroit, Michigan<br>2 Woodward Avenue<br>Suite 1126<br>Detroit, MI 48226-3443 |
| DEPFA Bank PLC<br>c/o Schiff Hardin LLP<br>Rick L. Frimmer, Esq.<br>233 S. Wacker Dr., Ste. 6600<br>Chicago, IL 60606-6360 | Detroit Retired City Employees Association<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Eaton Vance Management<br>William Delahunty<br>2 International Place<br>Boston, MA 02110-4101 |
| Erste Europaische Pfandbrief- und Kommunalkr<br>c/o Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>919 N. Market St., 11th Floor<br>Wilmington, DE 19801-3062 | Fidelity Management & Research Company<br>Hannah Kate Sullivan<br>One Spartan Way<br>Mail Zone TS2T<br>Merrimack, NH 03054-4300 | Financial Guaranty Insurance Company<br>125 Park Avenue<br>New York, NY 10017-5664 |
| Gabriel, Roeder, Smith & Company<br>c/o Stevenson & Bullock, P.L.C.<br>Attn: Charles D. Bullock<br>26100 American Drive<br>Suite 500<br>Southfield, Mi 48034-6184 | Godfrey & Kahn, S.C.<br>One East Main Street, Suite 500<br>P.O. Box 2719<br>Madison, WI 53701-2719 | International Union, United Automobile, Aero<br>Solidarity House<br>8000 East Jefferson Avenue<br>Detroit, MI 48214-3963 |
| McAlpine PC<br>3201 University Dr., Suite 100<br>Auburn Hills, MI 48326-2396 | Michigan Auto Recovery Service, Inc.<br>8850 Southfield<br>Detroit, MI 48228-1976 | New England Fertilizer Company |
| Police and Fire Retirement System of the Cit<br>Detroit, MI 48226 | Resnick & Moss, P.C.<br>40900 Woodward Avenue<br>Suite 111<br>Bloomfield Hills, MI 48304-5116 | Retired Detroit Police Members Association<br>c/o Strobl & Sharp, P.C.<br>300 E. Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 |
| Retired Detroit Police and Fire Fighers Asso<br>Retired Detroit Police and Fire Fighters<br>2525 E. 14 Mile Rd<br>Sterling Heights, MI 48310-5969 | State of Michigan<br>PO Box 30754<br>Lansing, MI 48909-8254 | State of Michigan, Department of Attorney Ge<br>c/o Dawn R. Copley<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403 |
| The Chair of Saint Peter<br>1300 Pennsylvania Avenue NW<br>Suite 190-715<br>Washington, DC 20004-3002 | Treasurer, City of Detroit<br>c/o Law Department<br>2 Woodward Ave.<br>Suite 500<br>Detroit, MI 48226-3440 | Upright Wrecking & Demolition, L.L.C.<br>5555 Connor Ave. Suite 1249<br>Detroit, MI 48213-3495 |
| Waste Management Inc. etal<br>c/o Jerry M. Ellis<br>39395 W. Twelve Mile Road<br>Suite 200<br>Farmington Hills, MI 48331-2968 | Airgas USA, LLC<br>259 Radnor-Chester Road<br>Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-1645 | Andy Gravina<br>Special Handling Group-MD NC317<br>IBM Credit LLC<br>6303 Barfield Rd NE<br>Atlanta, GA 30328-4233 |

| | | |
|---|---|---|
| Barry Allen, Executive Director<br>Vanguardians<br>POB 11202<br>Glendale, California 91226-7202 | City of Detroit Water and Sewerage Departmen<br>c/o Kilpatrick & Associates, P.C.<br>615 Griswold, Ste. 1708<br>Detroit, MI 48226-3990 | Douglas C. Bernstein, Esq.<br>Plunkett Cooney<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304-5096 |
| Enjoi Transportation, LLC<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 | Fidelity Management & Research Company<br>Hannah Kate Sullivan<br>One Spartan Way<br>Mail Zone TS2T<br>Merrimack, New Hampshire 03054-4300 | Gary Segatti<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center Dr.<br>Ste.420<br>Southfield, MI 48076-4140 |
| Heidi Peterson c/o Charles Idelsohn, Attorne<br>P.O. Box 856<br>Detroit, Michigan 48231 | International Business Machines Credit LLC<br>Attn: National Bankruptcy Coordinator<br>IBM Corporation<br>275 Viger East, Ste. 400<br>Montreal, Quebec H2X 3R7 Canada | Iron Mountain Information Management, LLC<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 |
| Kurt Thornbladh, Esq.<br>Thornbladh Legal Group PLLC<br>7301 Schaefer<br>Dearborn, MI 48126-4915 | LOWENSTEIN SANDLER LLP<br>Attn: Sharon L. Levine, Esq. and<br>Philip J. Gross, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068-1725 | MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P<br>Attn: John R. Canzano, Esq.<br>400 Galleria Officentre, #117<br>Southfield, MI 48034-2161 |
| MSC Industrial Supply Company<br>ATTN: Legal Department<br>75 Maxess Road<br>Melville, NY 11747-3151 | Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3062 | Michigan Property Tax Relief, LLC<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center, Ste. 310<br>Southfield, MI 48076-4155 |
| Nathaniel Brent<br>538 South Livernois<br>Detroit MI 48209-3031 | National Industrial Maintenance - Michigan,<br>c/o Dean & Fulkerson<br>801 W. Big Beaver Road, Suite 500<br>Troy, MI 48084-4724 | Norddeutsche Landesbank Luxembourg, S.A. |
| NuCO2<br>2800 S.E. Market Place<br>Stuart FL 34997-4965 | P.P.T.A., Inc., or Harold Hoyt<br>c/o Yuliy Osipov, Esq.<br>20700 Civic Center Dr.<br>Ste. 420<br>Southfield, MI 48076-4140 | Quill.com<br>Attn: Daneen Kastanek<br>1 Environmental Way<br>Broomfield CO 80021-3415 |
| Staples, Inc.<br>Attn: Daneen Kastanek<br>300 Arbor Lake Drive<br>Columbia SC 29223-4582 | U.S. Bank National Association<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 | Upright Wrecking & Demolition<br>c/o Gudeman & Associates, PC<br>1026 W. Eleven Mile Road<br>Royal Oak, MI 48067-5401 |
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC N0005-055<br>Des Moines, IA 50309-3605 | Xerox Corporation c/o<br>OSIPOV BIGELMAN, P.C.<br>2700 Civic Center Dr, Suite 420<br>Southfield, MI 48076 | Ailene Jeter<br>18559 Brinker<br>Detroit, MI 48234-1537 |
| Aleta Atchinson-Jorgan<br>7412 Saint Paul<br>Detroit, MI 48214-2337 | Alice Pruitt<br>18251 Freeland<br>Detroit, MI 48235-2537 | Alma Cozart<br>18331 Shaftsbury<br>Detroit, MI 48219-2811 |

| | | |
|---|---|---|
| Althea Long<br>9256 Braile<br>Detroit, MI 48228-1606 | Angela Crockett<br>19680 Roslyn Rd.<br>Detroit, MI 48221-1842 | Anthony G. Wright Jr.<br>649 Alger<br>Detroit, MI 48202-2150 |
| Arthur Evans<br>11391 Nottingham Rd.<br>Detroit, MI 48224-1124 | Barry Allen<br>Vanguardians<br>POB 11202<br>Glendale, CA 91226-7202 | Bill Schuette<br>Michigan Department of Attorney General<br>P.O. Box 30754<br>Lansing, MI 48909-8254 |
| Bruce Goldman | Calvin Turner<br>16091 Edmore<br>Detroit, MI 48205-1432 | Caralyce M. Lassner<br>Caralyce M. Lassner, JD, PC<br>8300 Hall Road, Suite 201<br>Utica, MI 48317-5506 |
| Charles Taylor<br>11472 Wayburn<br>Detroit, MI 48224-1636 | Charles Williams II<br>6533 E. Jefferson<br>Apt 118<br>Detroit, MI 48207-4344 | Charles D Brown<br>1365 Joliet Place<br>Detroit, MI 48207-2833 |
| Cheryl Smith Williams<br>3486 Baldwin<br>Detroit, MI 48214-1704 | Claudette Campbell<br>1021 Winchester Ave.<br>Lincoln Park, MI 48146-4248 | Cynthia Blair<br>8865 Espes<br>Detroit, MI 48204-2721 |
| David Bullock<br>701 W. Hancock<br>Detroit, MI 48201-1119 | David Dye<br>19313 Ardmore<br>Detroit, MI 48235-1704 | David Sole<br>2921 E Jefferson Ste 205<br>Detroit, MI 48207-4267 |
| David Gilbert Heiman<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1163 | Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505 | Deborah Moore<br>4436 Lemay Road<br>Detroit, MI 48214-1677 |
| Deborah Pollard<br>20178 Pinehurst<br>Detroit, MI 48221-1060 | Dempsey Addison<br>2727 Second Ave.<br>Suite 152<br>Detroit, MI 48201-2673 | Dennis Taubitz<br>4190 Devonshire Rd.<br>Detroit, MI 48224-3636 |
| Dolores A. Thomas<br>17320 Cherrylawn<br>Detroit, MI 48221-2569 | Donald Taylor<br>1809 Bullock Rd<br>Lapeer, MI 48446-9705 | Donald Taylor<br>Retired Detroit Police and Fire Fighter<br>2525 E. 14 Mile Rd.<br>Sterling Heights, MI 48310-5969 |
| Douglas C. Bernstein<br>Plunkett Cooney<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304-5096 | Dwight Boyd<br>19337 Concord<br>Detroit, MI 48234-2909 | Edward Lowe<br>18046 Sussex<br>Detroit, MI 48235-2834 |

| | | |
|---|---|---|
| Elmarie Dixon<br>4629 Philip St.<br>Detroit, MI 48215-2127 | Floreen Williams<br>16227 Birwood<br>Detroit, MI 48221-2873 | Frank M. Sloan Jr.<br>18953 Pennington Dr.<br>48221-2167 |
| Fraustin Williams<br>11975 Indiana<br>Detroit, MI 48204-1033 | Gretchen R Smith<br>3901 Grand River Ave #913<br>Detroit, MI 48208-2854 | Heather Lennox<br>222 East 41st Street<br>New York, NY 10017-6739 |
| Helen Powers<br>100 Winona<br>Highland Park, MI 48203-3338 | Horace E. Stallings<br>1492 Sheridan St.<br>Detroit, MI 48214-2408 | Jacqueline Esters<br>18570 Glastonbury<br>Detroit, MI 48219 |
| Janet M Ziulkowski<br>Ziulkowski & Associates PLC<br>17001 Nineteen Mile Rd Ste 1-D<br>Clinton Township, MI 48038-4867 | Jean Vortkamp<br>11234 Craft<br>Detroit, MI 48224-2436 | Jerry Ford<br>9750 W. Outer Drive<br>Detroit, MI 48223-1231 |
| Jo Ann Watson<br>100 Riverfront Drive<br>Detroit, MI 48226-4539 | Joann Jackson<br>16244 Princeton<br>Detroit, MI 48221-3318 | Jonathan S. Green<br>150 W. Jefferson<br>Ste. 2500<br>Detroit, MI 48226-4415 |
| Joseph H Jones<br>19485 Asbuary Park<br>Detroit, MI 48235-2406 | Joyce Davis<br>15421 Strathmoor Street<br>Detroit, MI 48227-5901 | Kay Standridge Kress<br>4000 Town Center<br>Southfield, MI 48075-1410 |
| Kenneth M. Schneider<br>Schneider Miller, P.C.<br>645 Griswold Ste. 3900<br>Detroit, MI 48226-4251 | Kimberli Janette Powell<br>C/o B.O.C. Law Group, P.C.<br>24100 Woodward Ave.<br>Pleasant Ridge, MI 48069-1138 | Krystal A. Crittendon<br>19737 Chesterfield<br>Detroit, MI 48221-1830 |
| Kwabena Shabu<br>2445 Lamothe St.<br>Detroit, MI 48206-2539 | LaVern Holloway<br>16246 Linwood Street<br>Detroit, MI 48221-3310 | Larene Parrish<br>18220 Snowden<br>Detroit, MI 48255-0001 |
| Lavarre W. Greene<br>19667 Roslyn Rd.<br>Detroit, MI 48221-1892 | Leland Prince DTE Energy Co<br>DTE Energy Company<br>One Energy Plaza<br>688-WCB<br>Legal Department<br>Detroit, MI 48226-1221 | Leola Regina Crittendon<br>19737 Chesterfield Road<br>Detroit, MI 48221-1830 |
| Leonard Wilson<br>100 Parsons St., Apt. 712<br>Detroit, MI 48201-2077 | Lewis Dukens<br>1362 Joliet Pl<br>Detroit, MI 48207-2834 | Linda Bain<br>1071Baldwin<br>Detroit, MI 48214-2430 |

| | | |
|---|---|---|
| Lorene Brown<br>2227 Hughes Terrace<br>Detroit, MI 48208-1321 | Lorna Lee Mason<br>1311 Wyoming<br>Detroit, MI 48238 | Lucinda J. Darrah<br>492 Peterboro<br>Detroit, MI 48201-2302 |
| Martin A. O'Brien<br>c/o A. Stephen Ramadan, PLC<br>22201 Harper Ave<br>St. Clair Shores, MI 48080-1865 | Mary Dugans<br>18034 Birchcrest<br>Detroit, MI 48221-2737 | Mary Diane Bukowski<br>9000 E Jefferson #10-9<br>Detroit, MI 48214-4195 |
| Marzelia Taylor<br>11975 Indiana<br>Detroit, MI 48204-1033 | Michael Amine Beydoun<br>4320 Pratt<br>Ann Arbor, MI 48103-1445 | Michael D Shane<br>16815 Patton<br>Detroit, MI 48219-3908 |
| Michael G Benson<br>19395 Parkside<br>Detroit, MI 48221-1869 | Michael Joseph Karwoski<br>26015 Felicity Landing<br>Harrison Township, MI 48045-6401 | Michael K. Pelletier<br>2063 Lakeshore Rd.<br>Applegate, MI 48401 |
| Olivia Gillon<br>18832 Arleen Court<br>Livonia, MI 48152-1963 | Paulette Brown<br>19260 Lancashire<br>Detroit, MI 48223-1374 | Phebe Lee Woodberry<br>803 Gladstone<br>Detroit, MI 48202-1709 |
| Preston West<br>18460 Fairfield<br>Detroit, MI 48221-2229 | Rakiba Brown<br>612 Clairmount St.<br>Detroit, MI 48202-1528 | Raleigh Chambers<br>14861 Ferguson St.<br>Detroit, MI 48227-1413 |
| Randy Beard<br>16840 Strathmoor St.<br>Detroit, MI 48235-4071 | Regina G. Bryant<br>2996 Bewick St.<br>Detroit, MI 48214-2122 | Robbie Lee Flowers<br>6533 E. Jefferson, Apt 602T<br>Detroit, MI 48207-3784 |
| Robert Davis<br>180 Eason<br>Highland Park, MI 48203-2707 | Robert S. Hertzberg<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505 | Roosevelt Lee<br>11961 Indiana<br>Detroit, MI 48204-1033 |
| Russ Bellant<br>19619 Helen<br>Detroit, MI 48234-3052 | Sallie M. Jones<br>4413 W. Philadelphia<br>Detroit, MI 48204-2498 | Samuel L. Riddle<br>1276 Navarre Pl.<br>Detroit, MI 48207-3014 |
| Sandra Carver<br>10110 E. Outer Dr.<br>Detroit, MI 48224-2824 | Sheilah Johnson<br>277 King Street<br>Detroit, MI 48202-2128 | Shirley A Scott |

| | | |
|---|---|---|
| Shirley V Lightsey<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Shirley V Lightsey<br>President-Detroit Retired City Emp As<br>P.O. Box 40713<br>Detroit, MI 48240-0713 | Stephen Johnson<br>31354 Evergreen Road<br>Beverly Hils, MI 48025-3806 |
| Stephen S. LaPlante<br>150 W. Jefferson Ave.<br>Suite 2500<br>Detroit, MI 48226-4415 | Thomas Stephens<br>4595 Hereford<br>Detroit, MI 48224-1404 | Timothy King<br>4102 Pasadena<br>Detroit, MI 48238-2632 |
| Tracey Renee Tresvant<br>19600 Anvil<br>Detroit, MI 48205-1822 | Ulysses Freeman<br>14895 Faust<br>Detroit, MI 48223-2322 | William Davis<br>9203 Littlefield<br>Detroit, MI 48228-2591 |
| William Hickey<br>14910 Lamphere St.<br>Detroit, MI 48223-1875 | William Curtis Walton<br>4269 Glendale<br>Detroit, MI 48238-3211 | William D. Ford<br>18034 Birchcrest Dr.<br>Detroit, MI 48221-2737 |
| William J. Howard<br>17814 Charest<br>Detroit, MI 48212-1082 | Zelma Kinchloe<br>439 Henry St<br>Detroit, MI 48201-2609 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ambac Assurance Corporation | (u)Assured Guaranty Municipal Corp. | (u)BlackRock Financial Management, Inc. |
| (u)Blue Cross Blue Shield of Michigan and Blu | (u)Center for Community Justice and Advocacy | (u)Courtesy Notice |
| (u)Detroit Fire Fighters Association, I.A.F.F | (u)Detroit Institute of Arts | (u)Detroit Police Command Officers Associatio |
| (u)Detroit Police Lieutenants and Sergeants A | (u)Detroit Police Officers Association | (u)Deutsche Bank Securities Inc. |

| | | |
|---|---|---|
| (u)Dexia Credit Local | (u)Dexia Holdings, Inc. | (u)Downtown Development Authority |
| (u)Enjoi Transportation, LLC | (u)General Motors LLC | (u)General Retirement System of the City of D |
| (u)Genuine Parts Company | (u)HRT Enterprises | (u)Health Alliance Plan of Michigan |
| (u)Hercules & Hercules, Inc.<br>19055 W. Davidson<br>Detroit | (u)IBM Credit LLC | (u)International Business Machines Credit LLC |
| (u)International Union of Operating Engineers | (u)Maddin Hauser Wartell Roth & Heller, PC | (u)Merrill Lynch Capital Services, Inc. |
| (u)Michigan Bell Telephone Company d/b/a AT&T | (u)Michigan Council 25 Of The American Federa | (du)Michigan Council 25 of the American Feder |
| (u)Michigan Property Tax Relief, LLC | (u)National Public Finance Guarantee Corporat | (u)Nuveen Asset Management |
| (u)P.P.T.A., Inc., or Harold Hoyt | (u)Schneiderman and Sherman, P.C. | (u)Service Employees International Union, Loc |
| (u)Syncora Capital Assurance Inc. | (u)Syncora Guarantee Inc. | (u)Syncora Holdings Ltd. |
| (u)T&T Management, Inc.<br>, FL | (u)U.S. Bank N.A. | (u)U.S. Bank National Association |

| (u)UBS AG | (u)US Health & Life Insurance Company | (u)United States Nuclear Regulatory Commissio |
|---|---|---|
| (u)United States of America | (u)Wade Trim Associates, Inc. | (u)Xerox Corporation |
| (u)Brown Rehabilitation Management, Inc.<br>29688 Telegraph<br>Suite 100<br>Southfield48034 | (d)Chase Paymentech, LLC<br>Attn: Lazonia Clark, Business Analyst<br>14221 Dallas Pkwy, Bldg II<br>Dallas, TX 75254-2942 | (d)Eaton Vance Management<br>William Delahunty<br>2 International Place<br>Boston, MA 02110-4101 |
| (d)Iron Mountain Information Management, LLC<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 | (d)Michigan Auto Recovery Service, Inc.<br>8850 Southfield<br>Detroit MI 48228-1976 | (u)Michigan Community Action Agency Associati |
| (du)Michigan Council 25 of the American Feder | (u)Daniel M. McDermott | (u)Donald Glass |
| (u)Gary Segatti | (u)Gerald Rosen | (u)Heidi Peterson |
| (u)James Herbert | (u)John Denis | (u)Johnnie R. Carr<br>11310 Mansfield |
| (u)Judith West | (u)Karl E. Shaw | (u)Keetha R. Kittrell<br>22431 Tireman |
| (u)Lou Ann Pelletier | (u)Mary Washington | (u)Mary Whitson |
| (u)Michael Wells | (u)Michael J. Abbott | (u)Mignon Lott |

| | | |
|---|---|---|
| (d)Nathaniel Brent<br>538 South Livernois<br>Detroit, MI 48209-3031 | (u)Shirley Tollivel | (u)Sylvester Davis |

End of Label Matrix
Mailable recipients    163
Bypassed recipients     75
Total                  238