UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name        Scott Watson

Firm          Warner Norcross & Judd LLP

Address     111 Lyon Avenue, NW – Suite 900

City, State, Zip     Grand Rapids, MI  49503

Phone        616.752.2000

Email         swatson@wnj.com

**Case/Debtor Name:**  City of Detroit, Michigan

**Case Number:**   13-53846

**Chapter:**   9

**Hearing Judge**   Hon. Steven Rhodes

**X Bankruptcy**       ○ **Adversary**

○ **Appeal**     Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:  01/03/2014   Time of Hearing: Title of Hearing: Evidentiary Hearing**

Please specify portion of hearing requested:     □ **Original/Unredacted**     □ **Redacted**     □ **Copy**
(2nd Party)

**x** Entire Hearing        ○ Ruling/Opinion of Judge      ○ Testimony of Witness        ○ Other

Special Instructions:  All proceedings of January 3, 2014

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

**X** Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Scott Watson                         Date:  01/03/2014
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date                                          By

Order Received:

Transcript Ordered

Transcript Received