UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
  Case No. 13-53846

City of Detroit, Michigan,

  Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S REVISED AMENDED EXHIBIT LIST IN HEARING [DOCKET 1864] ON DEBTOR'S MOTION FOR A FINAL ORDER APPROVING POST-PETITION FINANCING, GRANTING LIENS AND PROVIDING SUPERPRIORITY CLAIM STATUS AND MODIFYING AUTOMATIC STAY [DOCKET 1520] AND DEBTOR'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT [DOCKET 157] AND AMENDED MOTION**

Now comes Interested Party David Sole and discloses the following exhibits in connection with the December 17, 2013 hearing (adjourned to January 4 and 7, 2014) on the above motions:

1301. 2009 Swap Confirmations -- Docket 1857-2, p 4

1302. withdrawn

1303. Barclay Loan terms – City 94

1304. Barclay commitment letter – City 93

1305. $95 million appropriation for "restructuring"

1306. Automatic Stay Order

1307. withdrawn

1308. City Council resolution disapproving Barclay loan

1309. withdrawn

1310. Turbeville CV

1311. withdrawn

1312. July 2006 POC and Interest Rate Swap documents – Confirmations and City 1 and 2

1

1313. 2006 POC reflecting no security interest

1314. June 2009 Amended POC and Interest Rate Swap documents – Confirmations and City 4 and 5

1315. May 12, 2013 EM Financial Plan Docket

1316. July 14, 2013 EM Financial Report to City Exhibit 36 (excerpts from Orr August 30, 2013 deposition attached.

1317. withdrawn

1318. withdrawn

1319. withdrawn

1320. withdrawn

1321. Final Judgment on UBS municipal bond rigging;..;;pp/.p

1322. withdrawn

1323. withdrawn

1324. Senate Select Committee Report on Wall Street and the Financial Crisis .

1325. Detroit Retirement Fund lawsuit against UBS for mortgage fraud

1326. City of Detroit, January 2009 Planning and Development Department Neighborhood Stabilization Program Plan

1327. Gavin email

1328. July 31, 2012 SEC Report on Municipal Securities Market

1329. withdrawn

1330. withdrawn

1331. Turbeville Revised Expert Report

                                      Respectfully submitted,

                                      JEROME D. GOLDBERG, PLLC

                                      By:   */s/ Jerome D. Goldberg*
                                      Jerome D. Goldberg (P61678)
                                      Attorney for David Sole, Party in Interest
                                      2921 East Jefferson, Suite 205
                                      Phone: 313-393-6001
                                      Fax: 313-393-6007
                                      Email: apclawyer@sbcglobal.net

DATED:  January 5, 2014