UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                            Chapter 9
                                                                             Case No. 13-53846

City of Detroit, Michigan,

      Debtor.

_____/

### INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE OF AMENDED EXHIBIT LIST DATED JANUARY 5, 2014 [Docket 2406]

      The undersigned certifies that on January 6, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Amended Exhibit List [Docket2406] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

                                                       Respectfully submitted,

                                                       JEROME D. GOLDBERG, PLLC

                                                       By:     */s/ Jerome D. Goldberg*
                                                       Jerome D. Goldberg (P61678)
                                                       Attorney for David Sole, Party in Interest
                                                       2921 East Jefferson, Suite 205
                                                       Phone: 313-393-6001
                                                       Fax: 313-393-6007
                                                       Email: apclawyer@sbcglobal.net

DATED: January 6, 2014