# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: **James Callaway, Paralegal**

Firm: **Jones Day**

Address: **51 Louisiana Ave., N.W.**

City, State, Zip: **Washington, D.C. 20002**

Phone: **202 879 5418**

Email: **jecallaway@jonesday.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

● Bankruptcy    ○ Adversary

○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 01/03/2014    Time of Hearing: 9:00 am    Title of Hearing: Evidentiary Hearing

Please specify portion of hearing requested:   ○ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

● Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: _____

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

● Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date         By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ James Callaway                Date: 1/6/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.