UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :
In re                                            : Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       : Case No. 13-53846
                                                 :
                    Debtor.                      :
                                                 : Hon. Steven W. Rhodes
                                                 :
                                                 :
-------------------------------------------------x
```

**CITY OF DETROIT'S STATEMENT REGARDING THE OFFICIAL COMMITTEE OF RETIREES' DESIGNATION OF THE CONTENTS OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

The City of Detroit ("City") is the Debtor in this chapter 9 case and appellee with respect to the *Notice of Appeal* filed by the Official Committee of Retirees [Docket No. 2057] to challenge the Court's *Opinion Regarding Eligibility* [Docket No. 1945] and *Order for Relief Under Chapter 9 of the Bankruptcy Code* [Docket No. 1946]. The City states that it filed its counter-designation of the record and counter-statement of the issues pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure in response to the *Official Committee of Retirees' Designation of Contents of the Record on Appeal* [Docket No. 2286] and the *Official Committee of Retirees' Statement of Issues to be Presented on Appeal*

[Docket No. 2287] on January 2, 2014, at Docket No. 2361, which is incorporated herein by reference.

Dated: January 6, 2014

Respectfully submitted,

/s/ David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
Pepper Hamilton LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
(248) 359-7300  -  Telephone
(248) 359-7700  -  Fax
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

ATTORNEYS FOR THE CITY

-2-
13-53846-tjt    Doc 2414    Filed 01/06/14    Entered 01/06/14 17:02:09    Page 2 of 3

## Certificate of Service

I, David G. Heiman, hereby certify that the foregoing **CITY OF DETROIT'S STATEMENT REGARDING THE OFFICIAL COMMITTEE OF RETIREES' DESIGNATION OF THE CONTENTS OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL** was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this manner on this 6th day of January 2014.

/s/ David G. Heiman_____

David G. Heiman