UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
 Case No. 13-53846

City of Detroit, Michigan,

    Debtor.

_____/

### INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE OF SUPPLEMENTAL OBJECTION TO MOTION FOR APPROVAL OF FORBEARANCE AGREEMENT [DOCKET 2417]

The undersigned certifies that on January 6, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Supplemental Objection to Motion for Approval of Forbearance Agreement [Docket 2417] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

    Respectfully submitted,

    JEROME D. GOLDBERG, PLLC

    By: ___/s/ Jerome D. Goldberg___
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Phone: 313-393-6001
    Fax: 313-393-6007
    Email: apclawyer@sbcglobal.net

DATED: January 6, 2014