UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2014, I electronically filed [Docket No. 2424] Appellees' Designation of Items to be Included in the Record on Appeal related to Notice of Appeal Docket #2111 with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

>  */s/Matthew Schneider*
> Matthew Schneider
> Chief Legal Counsel
> Attorney for State of Michigan
> P.O. Box 30754
> Lansing, Michigan  48909
> (517) 373-3203
> SchneiderM7@michigan.gov [P62190]
> Attorney for the State of Michigan
> Michigan Department of Attorney General