Bridget Murriel
3324 Hogarth
Detroit, MI 48206

December 29, 2013

FILED

2013 DEC 31 P 12: 30

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Hon. Steven W. Rhodes
United States Bankruptcy Court
211 West Fort Street, Suite 1700
Detroit, MI 48226

Dear Hon. Steven W Rhodes:

I am a long-time City of Detroit employee, and I am filing this claim because the City of Detroit placed me in its List of Claims. The City listed my claim as a contingent and unliquidated unsecured claim in an unknown amount. However, I do not believe the City of Detroit's Union Reps will represent me to my best interest. I no longer pay union dues because the City of Detroit's Union Reps has never represented me in my favor. I am writing to express my concern about my pending grievances I filed against the City of Detroit before the bankruptcy was filed. The City of Detroit's Union Reps do not communicate with me about my grievances I filed against The City of Detroit. I have never been given a Letter of Intent from the City of Detroit's Union Reps to show me that my grievance was filed. The City of Detroit's Police and General City payroll departments have ruined my career due to corruption in the workplace. I was blackballed throughout the City of Detroit because a former supervisor D.C. Angela O'bey-Young received credit for spreadsheets I created to increase productivity in the payroll department. Afterward, D.C. Angela O'bey-Young laid me off 08/01/05 – 01/26/07. When I returned back to work, management was disrespectful and very rude to me. I was skipped over for promotions. I was setup for a promotion, and three months later I was demoted for no sound reason. The demotion was based upon the spreadsheets I created. Management labeled me as a troublemaker. The lies began to spread throughout the City of Detroit. Employees were told not to talk to me. Angel Phillips, my union rep and co-worker was threaten about her job security if she said something about what they did to me. Enclosed are supporting documents, if you have any questions pertaining to the enclosed documents contact me at 248-377-2518 or e-mail me at bmurriel@att.net .

Sincerely,

*Bridget Murriel*

Bridget Murriel