# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                    )        Chapter 9
                                          )
CITY OF DETROIT, MICHIGAN,                )        Case No. 13-53846
                                          )
        Debtor.                           )        Hon. Steven W. Rhodes

## ORDER EXTENDING DEADLINE FOR FEE EXAMINER
## TO FILE FIRST QUARTERLY REPORT

This matter comes before the Court on the Fee Examiner's Ex Parte Motion to Extend Deadline for Filing First Quarterly Report and for Related Relief (the "Motion"). The Court has duly considered the Motion, and determines that good cause has been shown for the requested extension of time.

**IT IS HEREBY ORDERED that**:

1. The Motion is GRANTED.

2. The deadline for the Fee Examiner to file his first Quarterly Report is hereby extended to and including February 4, 2014 and all related deadlines are extended accordingly.
   .

**Signed on January 08, 2014**

                                                    /s/ Steven Rhodes
                                                    **Steven Rhodes**
                                                    **United States Bankruptcy Judge**

{10661-001 ORD A0363748.DOC}