| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re:  City of Detroit, Michigan

                                              Case No.: 13-53846

             Debtor.

                                              Adv. No.:

Governor Rick Snyder and
State Treasurer Kevin Clinton

       Appellants,

v.

Catherine Phillips, et al.

       Appellees.

---

CAUSE OF ACTION/NATURE OF SUIT: (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| _X_ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: 1/9/2014                                     Name: /s/ Matthew Schneider

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(b), the Governor and State Treasurer of Michigan appeal from the orders Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on November 6, 2013 (Doc. No. 1536) and December 20, 2013 (Doc. No. 2256). The names of all parties to the order appealed from and the names, addresses, telephone numbers, and email addresses of their respective attorneys are as follows:

Parties:    Governor Rick Snyder, State Treasurer, Kevin Clinton

Matthew Schneider, Chief Legal Counsel
SchneiderM7@michigan.gov
Aaron D. Lindstrom, Solicitor General
LindstromA@michigan.gov
Margaret A. Nelson, Assistant Attorney General
NelsonM9@michigan.gov;

1

P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203

Steven G. Howell, Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
SHowell@dickinson-wright.com
(313) 223-3033

Parties: Catherine Phillips, Staff Representative Michigan AFSCME Council 25, and Chief Negotiator with the City of Detroit

Joseph Valenti, Co-Chief Negotiator with the Coalition of Unions of the City of Detroit

Michigan AFSCME Council 25

Russ Bellant, President of the Detroit Library Commission

Tawanna Simpson, Lamar Lemmons, Elena Herrada, Detroit Public Schools Board Members

Donald Watkins and Kermit Williams, Pontiac City Council Members

Duane Seats, Dennis Knowles, Juanita Henry, and Mary Alice Adams, Benton Harbor Commissioners

William "Scott" Kincaid, Flint City Council President

Bishop Bernadel Jefferson

Paul Jordan

2

Rev. Jim Holley, National Board Member, Rainbow Push Coalition

Rev. Charles E. Williams II, Michigan Chairman, National Action Network

Rev. Dr. Michael A. Owens, Rev. Lawrence Glass, Rev. Dr. Deedee Coleman, Bishop Allyson Abrams, Executive Board, Council of Baptist Pastors of Detroit and Vicinity

| | |
|---|---|
| Attorneys: | Herbert A. Sanders<br>THE SANDERS LAW FIRM PC<br>615 Griswold St. Ste. 913<br>Detroit, Michigan  48226<br>Telephone:  (313) 962-0099<br>Facsimile:  (313) 962-0044<br>haslawpc@gmail.com |

John C. Philo
Anthony D. Paris
SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan  48201
Telephone:  (313) 993-4505
Facsimile:  (313) 887-8470
jphilo@sugarlaw.org
tparis@sugarlaw.org

Julie H. Hurwitz
William H. Goodman
GOODMAN & HURWITZ PC on behalf of the DETROIT & MICHIGAN NATIONAL LAWYERS GUILD
1394 E, Jefferson Ave.
Detroit, Michigan  48207
Telephone:  (313) 567-6170

3

Facsimile: (313) 567-4827
jhurwitz@goodmanhurwitz.com
bgoodman@goodmanhurwitz.com

Richard G. Mack, Jr.
Keith D. Flynn
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012
Telephone: (212) 614-6464
Facsimile: (212) 614-6499
dcharney@ccrjustice.org

Cynthia Heenan
Hugh M. Davis, Jr.
CONSTITUTIONAL LITIGATION ASSOCIATES PC
450 W. Fort Street, Suite 200
Detroit, Michigan 48226
Telephone: (313) 961-2255
Facsimile: (313) 961-5999
conlitpc@sbcglobal.net

Bertram L. Marks
Litigation Associates PLLC
30300 Northwestern Hwy., Suite 240
Farmington Hills, Michigan 48334
Telephone: (248) 737-4444
Facsimile: (248) 932-6365
BertramMarks@aol.com

4

Party:             City of Detroit

Attorneys:         David G. Heiman
                   Heather Lennox
                   JONES DAY
                   North Point
                   901 Lakeside Avenue
                   Cleveland, Ohio  44114
                   Telephone:  (216) 586-3939
                   Facsimile:  (216) 579-0212
                   dgheiman@jonesday.com
                   hlennox@jonesday.com

                   Bruce Bennett
                   JONES DAY
                   555 South Flower Street, Fiftieth Floor
                   Los Angeles, California  90071
                   Telephone:  (213) 243-23829
                   Facsimile:  (213) 243-2539
                   bbennett@jonesday.com

                                  Respectfully submitted,


                                  */s/Matthew Schneider*
                                  Matthew Schneider
                                  Chief Legal Counsel
                                  Attorney for State of Michigan
                                  P.O. Box 30754
                                  Lansing, Michigan  48909
                                  (517) 373-3203
                                  SchneiderM7@michigan.gov [P62190]

Dated: January 9, 2014

Name and Address of Interested Parties:

City of Detroit, Michigan
Attorneys:

>Jonathan S. Green
>Stephen S. LaPlante
>Timothy A. Fusco
>MILLER, CANFIELD, PADDOCK
>AND STONE, P.L.C.
>150 West Jefferson, Suite 2500
>Detroit, Michigan  48226
>Telephone:  (313) 963-6420
>Facsimile:  (313) 496-7500
>green@millercanfield.com
>laplante@millercanfield.com
>fusco@millercanfield.com
>
>David G. Heiman
>Heather Lennox
>JONES DAY
>North Point
>901 Lakeside Avenue
>Cleveland, Ohio  44114
>Telephone:  (216) 586-3939
>Facsimile:  (216) 579-0212
>dgheiman@jonesday.com
>hlennox@jonesday.com
>
>Bruce Bennett
>JONES DAY
>555 South Flower Street, Fiftieth Floor
>Los Angeles, California  90071
>Telephone:  (213) 243-23829
>Facsimile:  (213) 243-2539
>bbennett@jonesday.com
>
>and

Parties:

    Catherine Phillips, Staff Representative Michigan AFSCME Council 25, and Chief Negotiator with the City of Detroit

    Joseph Valenti, Co-Chief Negotiator with the Coalition of Unions of the City of Detroit

    Michigan AFSCME Council 25

    Russ Bellant, President of the Detroit Library Commission

    Tawanna Simpson, Lamar Lemmons, Elena Herrada, Detroit Public Schools Board Members

    Donald Watkins and Kermit Williams, Pontiac City Council Members

    Duane Seats, Dennis Knowles, Juanita Henry, and Mary Alice Adams, Benton Harbor Commissioners

    William "Scott" Kincaid, Flint City Council President

    Bishop Bernadel Jefferson

    Paul Jordan

    Rev. Jim Holley, National Board Member, Rainbow Push Coalition

    Rev. Charles E. Williams II, Michigan Chairman, National Action Network

    Rev. Dr. Michael A. Owens, Rev. Lawrence Glass, Rev. Dr. Deedee Coleman, Bishop Allyson Abrams,

> Executive Board, Council of Baptist Pastors of Detroit and Vicinity

Attorneys:   Herbert A. Sanders
             THE SANDERS LAW FIRM PC
             615 Griswold St. Ste. 913
             Detroit, Michigan 48226
             Telephone: (313) 962-0099
             Facsimile: (313) 962-0044
             haslawpc@gmail.com


             John C. Philo
             Anthony D. Paris
             SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
             4605 Cass Ave., 2nd Floor
             Detroit, Michigan 48201
             Telephone: (313) 993-4505
             Facsimile: (313) 887-8470
             jphilo@sugarlaw.org
             tparis@sugarlaw.org

             Julie H. Hurwitz
             William H. Goodman
             GOODMAN & HURWITZ PC on behalf of the
             DETROIT & MICHIGAN NATIONAL LAWYERS GUILD
             1394 E, Jefferson Ave.
             Detroit, Michigan 48207
             Telephone: (313) 567-6170
             Facsimile: (313) 567-4827
             jhurwitz@goodmanhurwitz.com
             bgoodman@goodmanhurwitz.com

             Richard G. Mack, Jr.
             Keith D. Flynn

8

13-53846-tjt    Doc 2439    Filed 01/09/14    Entered 01/09/14 15:36:16    Page 10 of 11

MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012
Telephone: (212) 614-6464
Facsimile: (212) 614-6499
dcharney@ccrjustice.org

Cynthia Heenan
Hugh M. Davis, Jr.
CONSTITUTIONAL LITIGATION ASSOCIATES PC
450 W. Fort Street, Suite 200
Detroit, Michigan 48226
Telephone: (313) 961-2255
Facsimile: (313) 961-5999
conlitpc@sbcglobal.net

Bertram L. Marks
Litigation Associates PLLC
30300 Northwestern Hwy., Suite 240
Farmington Hills, Michigan 48334
Telephone: (248) 737-4444
Facsimile: (248) 932-6365
BertramMarks@aol.com

9