# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | Case No. 13-53846-swr |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Steve W. Rhodes |

## ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Pursuant to Fed.R.Bankr.P. 9010(b) and LBR 9010-1(a)(1)(A) and 2002-5, the undersigned counsel enters an appearance for The Bank of New York Mellon (successor by operation of law to The Bank of New York), as custodian of the Police and Fire Retirement System of the City of Detroit Fund and as custodian of the General Retirement System of the City of Detroit Fund (collectively referred to herein as "BNY Mellon as Custodian of Pension Funds"), and requests that BNY Mellon as Custodian of Pension Funds be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the following addresses or facsimile numbers:

> Amy M. Tonti, Esq.
> REED SMITH LLP
> Reed Smith Centre
> 225 Fifth Avenue
> Pittsburgh, PA 15222
> Tel.: (412) 288-3274
> Fax: (412) 288-3063
> Email: atonti@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs,

operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive BNY Mellon as Custodian of Pension Funds: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which BNY Mellon as Custodian of Pension Funds is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 10, 2014

Respectfully submitted,

REED SMITH LLP

By: */s/ Amy M. Tonti*
Amy M. Tonti
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Tel: 412-288-3131
Fax: 412-288-3063
Email: atonti@reedsmith.com

Counsel for The Bank of New York Mellon, as custodian of the Police and Fire Retirement System of the City of Detroit Fund and as custodian of the General Retirement System of the City of Detroit Fund

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Case No. 13-53846-swr<br><br>Chapter 9<br><br>Hon. Steve W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2014, I electronically filed the foregoing *Entry of Appearance and Demand for Service of Papers* with the Court's CM/ECF System, which will send notification of such filing to all parties registered with the Court's CM/ECF System.

Dated: January 10, 2014                                        */s/ Amy M. Tonti*