# Attachment 1
# Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## ORDER GRANTING STAY OF THIS COURT'S ORDER DATED NOVEMBER 6, 2013, DKT NO. 1536

THE COURT HAVING FOUND THAT:

Upon motion of the Governor and State Treasurer of Michigan to Stay this Court's Order Lifting the Automatic Stay (Dkt No. 1536),

IT IS HEREBY ORDERED that the Motion is granted and this Court's Order dated November 6, 2013, Dkt. No. 1536 is stayed pending appeal.