# Attachment 2
# Notice of Motion and Opportunity to Object

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re: CITY OF DETROIT

Chapter: 9
Case No.: 13-53846
HON. STEVEN W. RHODES

## NOTICE OF MOTION FOR STAY OF ORDER, DOCKET NO. 1536

Defendant Governor and State Treasurer have filed papers with the Court to Stay an Order, Dkt No. 1536.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in a motion, or if you want the Court to consider your views on the motion, within 14 days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:[1]

United States Bankruptcy Court
211 W. Fort Street, Ste. 2100
Detroit, Michigan 48226

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Matthew Schneider
Chief Legal Counsel
Michigan Department of Attorney
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: 01/10/13

                                        Respectfully submitted,

                                        */s/Matthew Schneider*
                                        Matthew Schneider
                                        Chief Legal Counsel
                                        Attorney for State of Michigan
                                        P.O. Box 30754
                                        Lansing, Michigan 48909
                                        (517) 373-3203
                                        SchneiderM7@michigan.gov
                                        [P62190]