UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:　　　　　　　　　　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　　　　　13-53846-swr
City of Detroit, Michigan　　　　　　　　　　　Judge Steven Rhodes

Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and EverBank successor by merger to EverHome Mortgage Company f/k/a Alliance Mortgage Company ("Creditor"), by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow Creditor, its successors or assigns, to foreclose on the property known as 8223 Pierson, Detroit, MI 48228; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by Creditor on the Debtor and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on January 12, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Steven Rhodes
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**