UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:                                Chapter 9
                                      Case No. 13-53846
        City of Detroit                Honorable Steven W Rhodes


        Debtor
_____/

## CERTIFICATE OF SERVICE

      The undersigned states that on January 13, 2014 copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

**Bruce Bennett**
555 S. Flower Street
50th Floor
Los Angeles, CA 90071
Email: bbennett@jonesday.com

**Sean M. Cowley (UST)**
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
Email: Sean.cowley@usdoj.gov

**Judy B. Calton**
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
Detroit, MI 48226
Email: jcalton@honigman.com

**Eric D. Carlson**
150 West Jefferson
Suite 2500
Detroit, MI 48226
Email: carlson@millercanfield.com

**David Gilbert Heiman**
901 Lakeside Avenue
Cleveland, OH 44114
Email: dgheiman@jonesday.com

**Robert S. Hertzberg**
4000 Town Center
Suite 1800
Southfield, MI 48075-1505
Email: hertzbergr@pepperlaw.com


**Deborah Kovsky-Apap**
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, MI 48075
(248) 359-7300
Fax : (248) 359-7700
Email: kovskyd@pepperlaw.com

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** to the following non-ECF participants:

City of Detroit
2 Woodward Avenue, Suite 1126
Detroit, MI 48226

| | |
|---|---|
| Date:   January 13, 2014 | /s/ Myra Gilmore<br>Myra Gilmore<br>Bankruptcy Specialist<br>Orlans Associates, P.C.<br>Attorneys for EverBank, successor by merger to EverHome Mortgage Company f/k/a Alliance Mortgage Company<br>P.O. Box 5041<br>Troy, MI 48007<br>(248) 502-1400<br>Email: crule@orlans.com<br>eabood-carroll@orlans.com<br>hmcgivern@orlans.com<br>File Number: 13-016557 |