2707 Berners-Lee Ave. Ct.

The Woodlands, Texas 77381

January 7, 2014

Office of the Clerk of the Court

United States Bankruptcy Court

For the Eastern District of Michigan

211 West Fort Street, Suite 1700

Detroit, MI 48226

Reference: GO Bond, Cusip No. 251093-N6-3

To Whom It May Concern:

Please note that the confirmation from Vanguard Brokerage Services lists an address as 12202 Scottsdale Dr., Stafford, Texas 77477-1434. I now reside at the inside address at the top of this letter.

In filling out the claim, I put down that as of the filing of July 18, 2013, I was owed $250.00 in interest. My insurer paid the interest for that month and is continuing to pay the interest. Assured Guaranty has made two interest payments to me totaling $500.00. I am a bit confused as to whether my insurer needs to be reimbursed interest, or me, and then I reimburse the insurer. Aside from the insurer's interest payments, of course, the principal is still outstanding. If anyone from your office needs to contact me, my phone is 832-277-1347. Thank you for your assistance to me as a creditor to see I am reimbursed for my investment.

Sincerely,

*Lynda Kaye Rice, Trustee*

Lynda Kaye Rice, Trustee

UW Ronald D. Rice Family Trust

Attachments: Filed Claim, Confirmation of Bond Purchase (Vanguard Brokerage Services)