UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2013, I electronically filed the Notice of Appeal [Docket No. 2439] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

    */s/Matthew Schneider*
    Matthew Schneider
    Chief Legal Counsel
    Attorney for State of Michigan
    P.O. Box 30754
    Lansing, Michigan 48909
    (517) 373-3203
    SchneiderM7@michigan.gov [P62190]

    Attorney for the State of Michigan
    Michigan Department of Attorney General