## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name          **Stephen B. Grow**

Firm          **Warner Norcross & Judd LLP**

Address          **111 Lyon St. NW Suite 900**

City, State, Zip          **Grand Rapids, MI 49503**

Phone          **616.752.2158**

Email          **sgrow@wnj.com**

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number:**      **13-53846**

**Chapter:**      **9**

**Hearing Judge** _ Hon. Steven Rhodes

⊙ **Bankruptcy**    ○ **Adversary**

○ **Appeal**    **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 12/20/2013    **Time of Hearing:** 10 a.m.    **Title of Hearing:** Status Conference

Please specify portion of hearing requested:   ⊙ **Original/Unredacted**   ○ **Redacted**   ○ **Copy** (2nd Party)

⊙ Entire Hearing      ○ Ruling/Opinion of Judge      ○ Testimony of Witness      ○ Other

Special Instructions: _____

---

**Type of Request:**

   ○ Ordinary Transcript - $3.65 per page (30 calendar days)

   ○ 14-Day Transcript - $4.25 per page (14 calendar days)

   ⊙ Expedited Transcript - $4.85 per page (7 working days)

   ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Stephen B. Grow        Date: **1/13/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____

                 Date        By

Order Received:

Transcript Ordered

Transcript Received