# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor<br>Detroit, MI 48226 | Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Stephen B. Grow
Firm: Warner Norcross & Judd LLP
Address: 111 Lyon St. NW Suite 900
City, State, Zip: Grand Rapids, MI 49503
Phone: 616.752.2158
Email: sgrow@wnj.com

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

(•) Bankruptcy    ( ) Adversary
( ) Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 01/13/2014    Time of Hearing: 9 a.m.    Title of Hearing: Assumption/DIP Fin. Motions

Please specify portion of hearing requested:  (•) Original/Unredacted   ( ) Redacted   ( ) Copy (2nd Party)

(•) Entire Hearing    ( ) Ruling/Opinion of Judge    ( ) Testimony of Witness    ( ) Other

Special Instructions: Transcript for hearing on Assumption Motion (#s 17, 157) and Motion to Borrow (#1520)

**Type of Request:**
( ) Ordinary Transcript - $3.65 per page (30 calendar days)
( ) 14-Day Transcript - $4.25 per page (14 calendar days)
(•) Expedited Transcript - $4.85 per page (7 working days)
( ) CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date        By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Stephen B. Grow    Date: 1/13/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.