# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

- Name: Shannon L. Deeby
- Firm: Clark Hill PLC
- Address: 151 S. Old Woodward Avenue, Suite 200
- City, State, Zip: Birmingham, MI 48009
- Phone: 248-988-5889
- Email: sdeeby@clarkhill.com

**Case/Debtor Name:** In Re City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

- ◉ Bankruptcy   ○ Adversary
- ○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

- Date of Hearing: 01/13/2014
- Time of Hearing: 9:00 am
- Title of Hearing: Closing Arg. Mtn:Assume/Fin

Please specify portion of hearing requested:  ◉ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

◉ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: Closing Argument Mtns:(i) Assume Forbearance Agreement & (ii)Post-Petition Financing

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ◉ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date           By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Shannon L. Deeby       Date: 1/13/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.