# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Mark R. James**

Firm: **Williams, Williams, Rattner & Plunkett, P.C.**

Address: **380 N Old Woodward Ave, Ste 300**

City, State, Zip: **Birmingham, MI 48009**

Phone: **248-642-0333**

Email: **mrjames@wwrplaw.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

- ⦿ Bankruptcy  ◯ Adversary
- ◯ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: **01/13/2014**  Time of Hearing: **9:00**  Title of Hearing: Evidentiary Hearing - Closing

Please specify portion of hearing requested:  ⦿ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

⦿ Entire Hearing  ◯ Ruling/Opinion of Judge  ◯ Testimony of Witness  ◯ Other

Special Instructions: _____

**Type of Request:**
- ◯ Ordinary Transcript - $3.65 per page (30 calendar days)
- ◯ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark R. James  Date: **1/14/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date  By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 2467    Filed 01/14/14    Entered 01/14/14 08:26:01    Page 1 of 1