In re:

City of Detroit, Michigan          Case No. 13-53846
                                                  Chapter 9
            Debtor            Hon. Steven W. Rhodes
_____/

**STIPULATION IN SUPPORT OF ORDER GRANTING RELIEF FROM
STAY & WAIVING THE PROVISIONS OF FRBP 4001(a)(3)
<u>AS TO ROSAS MEXICAN RESTAURANT, INC., et al</u>**

The City of Detroit and Patio Properties, Inc., Rosas Mexican Restaurant,

Inc., on 14531 W. Eight Mile Road aka 14541 W. Eight Mile Road, Detroit

Michigan stipulate and agree to the entry of the order attached as Exhibit A.

Dated: January 14, 2014

Agreed to:

ATTORNEYS FOR ROSAS MEXICAN RESTAURANT, INC. et al

By:     /s/ Robert N. Bassel
Robert N. Bassel (P48420)
Attorney for Rosas Mexican Restaurant,
Inc., et al
P. O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com

ATTORNEYS FOR THE CITY OF DETROIT

By: /s/ Timothy A. Fusco
Jonathan S. Green (MI P33140)

21816029.3\022765-00202

Stephen S. LaPlante (MI P48063)
Timothy A. Fusco (MI P13768)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

21816029.3\022765-00202

13-53846-tjt    Doc 2472    Filed 01/14/14    Entered 01/14/14 14:00:31    Page 2 of 4

# EXHIBIT A

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| City of Detroit, Michigan | Case No. 13-53846 |
| | Chapter 9 |
| Debtor | Hon. Steven W. Rhodes |
| _____/ | |

### STIPULATED ORDER GRANTING RELIEF FROM STAY & WAIVING THE PROVISIONS OF FRBP 4001(a)(3) AS TO ROSAS MEXICAN RESTAURANT, INC., et al

Upon the Stipulation in Support of Order Granting Relief from Stay & Waiving the Provisions of FRBP 4001(a)(3) as to Rosas Mexican Restaurant, Inc., et al; the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED** that the Automatic Stay under 11 U.S.C. § 362 is modified such that the parties may proceed in PATIO PROPERTIES, INC., ROSAS MEXICAN RESTAURANT, INC., on 14531 W 8 MILE ROAD aka 14541 W 8 MILE ROAD, DETROIT, MICHIGAN v. THE CITY OF DETROIT, Wayne County Circuit Court Case Nos. 12–016324–AA, 13-003717-AA, and Board of Zoning Appeals No. 50–12 (Hon. John H. Gillis, Jr.) (the "Lawsuit"), and any appeals or related proceedings with respect to the Lawsuit; provided, however, Patio Properties, Inc. and Rosas Mexican Restaurant, Inc. on 14531 W 8 Mile

21816029.3\022765-00202

Road aka 14541 W 8 Mile Road, Detroit, Michigan may not pursue or liquidate any claim for money damages against the City of Detroit except through the claims resolution process established in the City of Detroit's chapter 9 bankruptcy case.

**IT IS FURTHER ORDERED** that this Order is immediately effective and Fed. R. Bankr. Proc. 4001(a)(3) is waived.

21816029.3\022765-00202