UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor,

Chapter 9

Case No. 13-53846
Hon. Steven Rhodes

*To File*

**ORDER GRANTING *EX PARTE* MOTION FOR LEAVE MOTION OF PREPETITION 42 U.S.C. § 1983 CLAIMANTS, PUSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE, FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A COMMITTEE OF PREPEITION 42 U.S.C. § 1983 CLAIMANTS IN THE TRADITIONAL MANNER**

This matter having come before the Court on the motion (the "Motion") of the undersigned attorney for the entry of an order for leave to file Motion of Prepetition 42 U.S.C. § 1983 Claimants, Pursuant to Section 1102(a)(2) of the Bankruptcy Code, For Entry of an Order Directing the Appointment of a Committee of Prepetition 42 U.S.C. § 1983 Claimants, the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The undersigned attorney shall have leave sought in the motion to file the Motion, attached as Exhibit A, in the traditional manner.

3. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Signed on: 1-14-14

_____
Steven Rhodes
United States Bankruptcy Judge