UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: City of Detroit, Michigan

Case No. 13-53846-swr
Chapter 9
Hon. Rhodes

Debtor /

Plaintiff(s) /

A.P. No. _____

Defendant(s) /

STATEMENT REGARDING OWNERSHIP OF Kondaur Capital Corporation

[ ] The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

[✓] There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/14/13

_____
Signature of Authorized Individual
For Corporation Debtor

Lorisa M. Williams
Print Name

Bankruptcy Clerk
Title