2012 SEP 13 PM 3:25

Bernard J. Youngblood
Wayne County Register of Deeds
September 13, 2012 03:25 PM
Inst:2012373617 ASG Pages:1
Liber:50120 Page:938

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned holder of a Mortgage (herein "Assignor") whose address is 24400 Northwestern Hwy, Suite 200, Southfield, MI 48075, does hereby grant, sell, assign, transfer and convey, unto **KONDAUR CAPITAL CORPORATION**, whose address is One City Boulevard West, Suite 1900, Orange, CA 92868 (herein "Assignee"), a certain Mortgage dated July 22, 2005, made and executed by _____ A Married Woman, to and in favor of First Alliance Mortgage, and recorded August 2, 2005, in Liber 43228, Page 137, Wayne County Records, State of MI, described as follows :

Lot 605, and ½ of vacant alley adjoining in rear, West Haven Subdivision No. 1 as recorded in Liber 43, Page 37 of Plats, Wayne County Records.

Commonly known as: 7827 Longacre St., Detroit, MI 48228
APN: Ward 22, Item 070798

TOGETHER with the note(s) or obligation(s) therein described or referred to WITHOUT RECOURSE, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Real Estate Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on September 1, 2012.

MVB MORTGAGE CORPORATION
Assignor

_____
Vincent Paparelli, witness

By: _____
Cheryl York, Ass't Vice President

_____
Diana Giles, witness

_____(Space below this line reserved for Acknowledgment)_____

STATE OF MICHIGAN )
                   ) SS
COUNTY OF OAKLAND  )

On September 1, 2012 before me, the undersigned, a Notary Public, in and for said County and State, personally appeared Cheryl York, known to me to be the Assistant Vice President of MVB Mortgage Corp., an Ohio Corporation, which executed the within instrument, that said instrument was signed on behalf of said corporation pursuant to by-laws or a resolution of its Board of Directors and that he/she acknowledges said instrument to be the free act and deed of said corporation.

_____
G. Shalla Schmidt, Notary Public
Oakland County
State of Michigan
Commission Expires: July 13, 2017

Prepared by and Return To:
C York
MVB Mortgage Corp.
24400 Northwestern Hwy
Southfield, MI 48075