**Wayne County - City of Detroit** Internet Services

Logged in as: pmspc | Home | Change Unit | Add to Favorites | Profile | Logout | Help

**Additional Pages**
- General/Sales
- Buildings
- Images/Sketches

**Related Details...**
- Current Tax
- Back to Main
- View my Parcels
- collapse the menu

Click this button to collapse the above menu to the top of the screen.

Main > Assessing System > Property and Land Search > Results > **Details**

## General Property Information

**Parcel:** 22070798.  **Unit:** CITY OF DETROIT

Printer friendly version  
☐ Add to My Parcels

View this parcel on a map

**NOTE:** There are **0 images** and **0 sketches** attached to the current property.

| Property Address | [collapse] |
|---|---|
| 7827 LONGACRE DETROITMI48228 | |

| Owner Information | | [collapse] |
|---|---|---|
| 7827 LONGACRE DETROIT, MI 48228 | Unit: | 01 |

| Taxpayer Information | [collapse] |
|---|---|
| SEE OWNER INFORMATION | |

### General Information for Tax Year 2013  [collapse]

| | | | |
|---|---|---|---|
| **Property Class:** | 401 - 401-RESIDENTIAL | **Assessed Value:** | $11,088 |
| **School District:** | D - DETROIT SCHOOLS | **Taxable Value:** | $11,088 |
| **State Equalized Value:** | $11,088 | **Map #** | 22 |
| **DISTRICT** | 7 | **Date of Last Name Chg:** | 08/03/2005 |
| | | **Date Filed:** | 07/22/2005 |
| | | **Notes:** | N/A |
| **Historical District:** | N/A | **Census Block Group:** | N/A |

| **Principal Residence Exemption** | **June 1st** | **Final** |
|---|---|---|
| | | - |
| 2013 | 100.0000 % | 100.0000 % |

### Land Information  [collapse]

| | Frontage | | Depth |
|---|---|---|---|
| **Lot 1:** | 40.00 Ft. | | 124.00 Ft. |
| **Lot 2:** | 0.00 Ft. | | 0.00 Ft. |
| **Lot 3:** | 0.00 Ft. | | 0.00 Ft. |
| **Total Frontage:** | 40.00 Ft. | **Average Depth:** | 124.00 Ft. |

| | |
|---|---|
| **Total Acreage:** | 0.11 |
| **Zoning Code:** | |
| **Land Value:** | $1,688 |
| **Land Improvements:** | $0 |
| **Renaissance Zone:** | NO |
| **Renaissance Zone Expiration Date:** | |

| | |
|---|---|
| **Mortgage Code:** | |
| **Lot Dimensions/Comments:** | N/A |

### Legal Information for 22070798.  [collapse]

W LONGACRE 605 AND E 9 FT OF VAC ALLEY ADJ WEST HAVEN NO 1 SUB L43 P37 PLATS, W C R 22/251 40 X 124

## Sales Information

**7 sale record(s) found.**

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms Of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 07/22/2005 | $69,000.00 | PTA | | BRALEN INC | ARMS LENGTH | |
| 09/30/2004 | $28,900.00 | WD | STERLING BANK AND TRUST | BRALEN INC | ARMS LENGTH | |
| 04/01/1997 | $26,000.00 | LC | | | ARMS LENGTH | 29559:07630 |
| 08/01/1989 | $7,539.00 | PTA | | | NQ | 24318:01820 |
| 11/01/1983 | $13,476.00 | WD | | | REVIEW NEEDED | 21939:05870 |
| 05/01/1982 | $14,100.00 | WD | | | NQ | 21508:03720 |
| 10/01/1968 | $15,750.00 | WD | | | ARMS LENGTH | 00118:09790 |

☑ Load Building Information on this Page.

## Building Information

**1 building(s) found.**

| Description | Floor Area | Yr Built |
|---|---|---|
| Residential Building 1 | 950 Sq. Ft. | 1961 |

### General Information

| | | | |
|---|---|---|---|
| **Floor Area:** | 950 Sq. Ft. | **Estimated TCV:** | N/A |
| **Garage Area:** | 0 Sq. Ft. | **Basement Area** | 950 Sq. Ft. |
| **Foundation Size:** | 950 Sq. Ft. | | |
| **Year Built:** | 1961 | **Year Remodeled:** | 0 |
| **Occupancy:** | Single Family | **Class:** | C |
| | | **Tri-Level?:** | NO |
| **Percent Complete:** | 100% | **Heat:** | Forced Air w/ Ducts |
| **AC w/Separate Ducts:** | NO | **Wood Stove Add-on:** | NO |
| **Bedrooms:** | 0 | **Water:** | N/A |
| **Style:** | SINGLE FAMILY | **Sewer:** | N/A |

**Area Detail** - Basic Building Areas

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| 1 Story | Full Bsmnt. | Siding | 950 Sq. Ft. | 1 Story |

**Area Detail** - Overhangs
| Height | Exterior | Area | Included in Size for Rates |
|---|---|---|---|

### Basement Finish

| | | | |
|---|---|---|---|
| **Recreation:** | 0 Sq. Ft. | **Recreation % Good:** | 0 |
| **Living Area:** | 0 Sq. Ft. | **Living Area % Good:** | 0 |
| **Walk Out Doors:** | 0 | **No Concrete Floor Area:** | 0 Sq. Ft. |

### Plumbing Information

**3-Fixture Baths:** 1

### Porch Information

**CPP:** 27 Sq. Ft.     **Foundation:** Standard

**\*\*Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.
Privacy Policy

Powered By:
