UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| City of Detroit, Michigan | Case No. 13-53846 |
| | Chapter 9 |
| Debtor | Hon. Steven W. Rhodes |

_____/

**ORDER GRANTING RELIEF FROM STAY & WAIVING THE PROVISIONS OF FRBP 4001(a)(3) <u>AS TO ROSAS MEXICAN RESTAURANT, INC., et al</u>**

Upon the Stipulation in Support of Order Granting Relief from Stay & Waiving the Provisions of FRBP 4001(a)(3) as to Rosas Mexican Restaurant, Inc., et al; the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED** that the Automatic Stay under 11 U.S.C. § 362 is modified such that the parties may proceed in PATIO PROPERTIES, INC., ROSAS MEXICAN RESTAURANT, INC., on 14531 W 8 MILE ROAD aka 14541 W 8 MILE ROAD, DETROIT, MICHIGAN v. THE CITY OF DETROIT, Wayne County Circuit Court Case Nos. 12–016324–AA, 13-003717-AA, and Board of Zoning Appeals No. 50–12 (Hon. John H. Gillis, Jr.) (the "Lawsuit"), and any appeals or related proceedings with respect to the Lawsuit; provided, however, Patio Properties, Inc. and Rosas Mexican Restaurant, Inc. on 14531 W 8 Mile Road aka 14541 W 8 Mile Road, Detroit, Michigan may not pursue or liquidate

any claim for money damages against the City of Detroit except through the claims resolution process established in the City of Detroit's chapter 9 bankruptcy case.

**IT IS FURTHER ORDERED** that this Order is immediately effective and Fed. R. Bankr. Proc. 4001(a)(3) is waived.

.

**Signed on January 15, 2014**

                                                   /s/ Steven Rhodes
                                                   **Steven Rhodes**
                                                   **United States Bankruptcy Judge**