UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

ATTACHMENT

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

| Design-ation | Docket # | Filing Date | Description |
|---|---|---|---|
| 1. | 1713 | 11/14/2013 | Joinder of Official Committee of Retirees in Part in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Hon. Steven W. Rhodes |
|  | ) |  |
|  |  | Re: Docket Nos. 1341 & 1557 |

**JOINDER OF THE OFFICIAL COMMITTEE OF RETIREES IN PART IN THE LIMITED OBJECTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE, INC. TO DEBTOR'S MOTION FOR ENTRY OF AN <u>ORDER AUTHORIZING THE PUBLIC LIGHTING AUTHORITY TRANSACTION</u>**

The Official Committee of Retirees (the "Committee"), by its undersigned attorneys, hereby joins in part in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. (Docket No. 1557) (the "Syncora Objection"), to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction (Docket No. 1341) (the "Motion")..

The Committee concurs with the Syncora Objection that City has not provided adequate information to evaluate the proposal. In addition, the Committee agrees that this reinvestment proposal should be evaluated in the context of a plan, and considered in the context of the proposals for additional revitalization funding, including the DIP financing. Accordingly, the Committee requests that this Court deny the Motion and grant it such other and further relief as is just and proper.

| | |
|---|---|
| Dated: November 14, 2013 | DENTONS US LLP |

        By: /s/ Matthew E. Wilkins
        Matthew E. Wilkins (P56697)
        Paula A. Hall (P61101)
        BROOKS WILKINS SHARKEY & TURCO
        401 South Old Woodward, Suite 400
        Birmingham, Michigan 48009
        Tel: (248) 971-1800
        wilkins@bwst-law.com
        hall@bwst-law.com

        and

        By: */s/ Carole Neville*
        Carole Neville
        Claude D. Montgomery
        1221 Avenue of the Americas
        New York New York 10020
        Tel: (212) 768-6700
        carole.neville@dentons.com
        claude.montgomery@dentons.com

        and

        Sam J. Alberts
        DENTONS US LLP
        1301 K Street, NW
        Suite 600, East Tower
        Washington, DC 20005-3364
        Tel: (202) 408-6400
        sam.alberts@dentons.com

        *Attorneys for the Retirees Committee*

**CERTIFICATE OF SERVICE**

       I certify that on November 14, 2013, I filed a copy of the foregoing Joinder in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction with the Clerk of Court using the Court's ECF system which system will served all registered users that have appeared in the above-captioned case.

                                            */s/ Matthew E. Wilkins*
                                            Matthew E. Wilkins
                                            wilkins@bwst-law.com