UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

**CERTIFICATE OF SERVICE**

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

On January 10, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via Overnight Mail on the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **City of Detroit's Statement Regarding the Public Safety Unions' Designation of the Contents of the Record and Statement of Issues on Appeal** [Docket No. 2442]

- **City of Detroit's Statement Regarding RDPMA's Designation of the Contents of the Record and Statement of Issues on Appeal** [Docket No. 2443]

Dated: January 14, 2014

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.776.7386

# **EXHIBIT A**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | Abby.wilkinson@FaegreBD.com |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Att Amy Caton | acaton@kramerlevin.com |
| Union Representative | AFSCME Local #0207 | Attn: James Williams | afscme207@sbcglobal.net |
| Union Representative | AFSCME Local #1023 | Attn: Delia Enright | afscmelocal1023@att.net; deliaenright@hotmail.com |
| Union Representative | AFSCME Local #0229 | Attn: Zachary Carr | afscmelocal229@ymail.com |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | agarrett@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | agarrett@miafscme.org |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Andrew J Gerdes PLC | Andrew J Gerdes | agerdes@gerdesplc.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Alfredo R Perez | alfredo.perez@weil.com |
| Union Representative | AFSCME Local #0273 | Attn: Scecilla Hunt | anurses@att.net |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Arthur T Oreilly | aoreilly@honigman.com |
| Counsel for David Sole | Jerome D Goldberg PLLC | Jerome D Goldberg | apclawyer@sbcglobal.net |
| Union Representative | AFSCME Local #1206 | Attn: Arlene Kirby | arlene.kirby@yahoo.com |
| Union Representative | Senior Water Systems Chemist Association | Attn: Andrew Ross | aross@dwsd.org |
| Counsel for Amalgamated Transit Union Local 26 13- | Bredhoff & Kaiser PLLC | Andrew D Roth Jeffrey R Freund & Douglas L Greenfield | aroth@bredhoff.com jfreund@bredhoff.com dgreenfield@bredhoff.com |
| Top 20 Creditor | Downtown Development Authority | Athanasios Papapanos Glen W Long Jr and Rebecca Navin | Artp1@degc.org; gwlong@degc.org; navin@degc.org; |
| Union Representative | Amalgamated Transit Union, Division 26 | Attn: Henry Gaffney | atulocal26pba@aol.com |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ayala Hassell | ayala.hassell@hp.com |
| Union Representative | Senior Accountants, Analysts & Appraisers Association | Attn: Audrey Bellamy | ayoung586@comcast.net |
| Counsel for Kevin Lewis & Jeremy Morris | The Markowitz Law Office | Carolyn B Markowitz PC | bankruptcy@markowitzlegal.com |
| Counsel for Iron Mountain Information Management LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to the City | Jones Day | Bruce Bennett, Esq. | bbennett@jonesday.com |
| Counsel to the City | Jones Day | Brad B Erens | bberens@jonesday.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G Best | bbest@schaferandweiner.com |
| Counsel for Schneiderman and Sherman PC; Attorney for U.S. Bank National Association as servicer for Michigan State Housing Development Authority; Flagstar Bank, FSB | Schneiderman & Sherman PC | Brett A Border | bborder@sspclegal.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Bodman PLC | Attn: Barbara A. Bowman, Esq. | bbowman@bodmanlaw.com |
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A Ceccotti Thomas N. Ciantra & Peter D. DeChiara | bceccotti@cwsny.com; pdechiara@cwsny.com; tciantra@cwsny.com |
| Counsel for Attorney General Bill Schuette | Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell John J Bursch and B Eric Restuccia | BellM1@michigan.gov |
| Counsel for Chapter 7 Trustee, Charles Taunt | Dib and Fagan PC | Barry S Fagan | bfagan@dibandfagan.com |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman | William A. Wertheimer | | billwertheimer@gmail.com |
| Sylvia Jean Brown Jones, Pro Se | Sylvia Jean Brown Jones | | bjdelta55@gmail.com |
| Top 20 Creditor | Downtown Development Authority | Brian Kott | bkott@lewismunday.com |
| Counsel for AFSCME and the Detroit, Michigan, Retiree S | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees Association; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | bokeefe@lippittokeefe.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344,; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | bpatek@ermanteicher.com |
| Union Representative | UAW – PAA Local #2211 | Attn: Robyn Brooks | BrooR@detroitmi.gov |
| Counsel for Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan | Bodman PLC | Brian R Trumbauer | btrumbauer@bodmanlaw.com |
| Union Representative | Utility Workers Union of America Local #488 | Attn: Carl Anderson | canderson@dwsd.org |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Carol Connor Cohen & Caroline Turner English & Ralph A Taylor Jr | Carol.Cohen@arentfox.com; caroline.english@arentfox.com; ralph.taylor@arentfox.com |
| Counsel for Dentons US LLP and Salans FMC SNR Denton Europe LLP; and Counsel to the Official Retiree Committee | Denton US LLP | Carole Neville | carole.neville@dentons.com |
| Counsel for UBS AG and Merrill Lynch Capital Services, Inc. | Warner Norcross & Judd LLP | Charles N Ash Jr | cash@wnj.com |
| Counsel for Gabriel, Roeder, Smith & Company | Stevenson & Bullock PLC | Charles D Bullock Elliot G Crowder & Sean M Walsh | cbullock@sbplclaw.com; ecrowder@sbplclaw.com; swalsh@sbplclaw.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Union Representative | Police Officers Labor Council | Attn: Chet Kulesza | ck445polc@yahoo.com |
| Counsel for Official Retiree Committee | Salans FMC SNR Denton Europe LLP | Claude Montgomery | claude.montgomery@dentons.com |
| Union Representative | AFSCME Local # 6087 | Attn: Clarence Sanders | clrncsndrs@yahoo.com |
| Counsel for Treasurer, City of Detroit | City of Detroit, Law Department | Mary Beth Cobbs | cobbm@detroitmi.gov |
| Counsel for Catherine Phillips et al; Counsel for Thomas Stephens | Constitutional Litigation Associates, PC | Hugh M Davis | conlitpc@sbcglobal.net |
| Union Representative | AFSCME Council #25 | Attn: Catherine Phillips | cphillips@miafscme.org |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | czucker@ermanteicher.com |
| Counsel for Airgas USA LLC | Airgas USA LLC | Mr David Boyle | david.boyle@airgas.com |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | David.Dubrow@arentfox.com |
| Counsel to Ambac Assurance Corporation | Arent Fox, LLP | Attn: David Dubrow, Esq. & Mark A Angelov | david.dubrow@arentfox.com; mark.angelov@arentfox.com; carol.cohen@arentfox.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Attn: David E. Lemke, Esq. & Courtney Rogers | david.lemke@wallerlaw.com; courtney.rogers@wallerlaw.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | David A Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Counsel to U.S. Bank NA | Foster Swift Collins & Smith PC | Dirk H Beckwith | dbeckwith@fosterswift.com |
| Interested Party | Plunkett Cooney | Douglas C Bernstein | dbernstein@plunkettcooney.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Dawn R Copley | dcopley@dickinsonwright.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | deisenberg@ermanteicher.com |
| Claims and Noticing Agent | City of Detroit Processing Center | c/o KCC | Detroitinfo@kccllc.com |
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | dfish@allardfishpc.com; tgraves@allardfishpc.com |
| Counsel to the City | Jones Day | David G. Heiman, Esq. Heather Lennox, Esq. | dgheiman@jonesday.com; hlennox@jonesday.com; tawilson@jonesday.com |
| Union Representative | Detroit Police Officers Association | Attn: Mark Diaz | DiazM3329@gmail.com |
| Counsel for Waste Management, Inc. | Plunkett Cooney | David A. Lerner & Patrick C Lannen | dlerner@plunkettcooney.com; plannen@plunkettcooney.com |
| Counsel for International Association of Fire Fighters, AFL-CIO, CL | Woodley & McGillivary | Douglas L Steele | dls@wmlaborlaw.com |
| Union Representative | AFSCME Council #25 | Attn: DeAngelo Malcolm | dmalcolm@miafscme.org |
| Union Representative | Detroit Fire Fighters Association Local 344 | Attn: Daniel McNamara | dmcnamara344@aol.com |
| Counsel for Brown Rehabilitation Management, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | David A. Mollicone | dmollicone@dmms.com |
| Interested Party | McAlpine PC | David M Zack | dmzack@mcalpinepc.com |
| Union Representative | Detroit Police Command Officers Association | Attn: Steven Dolunt | DoluntS320@detroitmi.gov |
| Counsel for Unisys Corporation | Sirlin Lesser & Benson PC | Dana S Plon | dplon@sirlinlaw.com |
| Counsel for ODM LLC | Jeffer Mangels Butler & Mitchell LLP | David M Poitras | dpoitras@jmbm.com |
| Counsel for Kimberly James, Denise Gardner, Sheila Johnson | Morgan & Meyers PLC | Debra N Pospiech | dpospiech@morganmyers.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Daniel J Weiner | dweiner@schaferandweiner.com |
| Counsel for Federal National Mortgage Association, creditor c/o Seterus, Inc., in the entitled action; and Everhome Mortgage Company as servicing agent for Everbank | Orlans Associates, P.C | Caleb J. Shureb, Craig B. Rule, Elizabeth M. Abood-Carroll, Heather D. McGivern, and Heather M. Dickow | eabood-carroll@orlans.com; crule@orlans.com; hmcgivern@orlans.com; hdickow@orlans.com |
| Counsel for Enjoi Transportation LLC and Upwright Wrecking and Demolition LLC | Gudeman & Associates PC | Edward J Gudeman | ecf@gudemanlaw.com |
| Counsel for the City of Detroit Water and Sewerage Department and its Board of Water Commissioners | Kirkland & Ellis LLP | Richardo I Kilpatrick | ecf@kaalaw.com |
| Interested Party | Caralyce M Lassner JD PC | Caralyce M Lassner | ecf@lassnerlaw.com |
| Interested Party | Ziulkowski & Associates, PLC | Janet M. Ziulkowski | ecf@zaplc.com |
| City's Secured & Unsecured Bonds | The Bank of New York Mellon Trust Company, National Association, as trustee | Attn: Eduardo Rodriguez | eduardo.rodriguez@bnymellon.com |
| Counsel for Hercules & Hercules Inc | Maxwell Dunn PLC | Attn Ethan D Dunn | edunn@maxwelldunnlaw.com |
| Counsel to UBS, AG | Bingham McCutchen LLP | Attn: Edwin E. Smith, Esq. | Edwin.smith@bingham.com |
| Counsel for UBS AG | Bingham McCutchen LLP | Edwin E Smith Jared Clark Steven Wilamowsky & E Marcus Marsh | edwin.smith@bingham.com; jared.clark@bingham.com; steven.wilamowsky@bingham.com; marcus.marsh@bingham.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman & Julie Beth Teicher | eerman@ermanteicher.com; jteicher@ermanteicher.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Evan J Feldman | efeldman@clarkhill.com |
| Counsel for Financial Guaranty Insurance Company | Williams Williams Rattner & Plunkett PC | Ernest J Essad Jr & Mark R James | ejessad@wwrplaw.com; mrjames@wwrplaw.com |
| Counsel for Patricia Ramirez | Morgan & Meyers PLC | Patricia Ramirez | ejr@morganmeyers.com |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Elias T Majoros | emajoros@glmpc.com |
| Union Representative | AFSCME Council #25 | Attn: Ed McNeil | emcneil@miafscme.org |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Eric D Novetsky | enovetsky@jaffelaw.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey Bjork, Esq. & Eric D. Tashman, Esq. | etashman@sidley.com; jbjork@sidley.com |
| Union Representative | Building & Construction Trades Council | Attn: John Wallace | express33@aol.com |
| State of Michigan Assistant Attorney General, Counsel to State of Michigan | State of Michigan Revenue & Collections Division | Steven B Flancher & Matther Schneider | flanchers@michigan.gov; schneiderm7@michigan.gov |
| Counsel for Meijer, Inc | Miller Canfield Paddock & Stone, PLC | Timothy A Fusco | fusco@millercanfield.com |
| Counsel to Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq. | gary.holtzer@weil.com; alfredo.perez@weil.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Guy S Neal | gneal@sidley.com |
| Counsel to the City | Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green, Esq. Stephen S. LaPlante Marc N. Swanson & Eric D Carlson | green@millercanfield.com; swansonm@millercanfield.com; laplante@millercanfield.com; carlson@millercanfield.com |
| Union Representative | AFSCME Local #1220 | Attn: Gerald Thompson | gvp1220@aol.com |
| Union Representative | Police Officers Labor Council | Attn: Marvin Hansberry | HansberryM@detroitmi.gov |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Robert S Hertzberg | hertzbergr@pepperlaw.com |
| Counsel to Merrill Lynch Capital Service Inc. | Cadwalader Wickershame & Taft | Attn: Howard R. Hawkins, Jr., Esq. & Lary Stomfeld, Esq. | Howard.Hawkins@cwt.com; lary.stromfeld@cwt.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Jacob & Weingarten, P. C. | Howard S Sher | howard@jacobweingarten.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | hsanders@miafscme.org |
| Retiree Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | info@drcea.org |
| Counsel for T-Mobile USA, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | Attn Jessica B Allmand | jallmand@dmms.com |
| Counsel to Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett & Stephen C Hackney | james.sprayregen@kirkland.com; ryan.bennett@kirkland.com; stephen.hackney@kirkland.com |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | Jason W Bank | jbank@kerr-russell.com |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | jbellman@jonesday.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn James F Bendernagel | jbendernagel@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Jeffrey E Bjork | jbjork@sidley.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Judy B Calton | jcalton@honigman.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | jcanzano@michworklaw.com |
| Countract Counterparty | SBS Financial Products Company, LLC | Attn. John Carter | jcarter@sbsco.com |
| Union Representative | UAW - Local # 412 | Attn: John Cunningham | jcunningham@uaw.net |
| Union Representative | UAW - Local #212 | Attn: John Cunningham | jcunningham@uaw.net |
| Interested Party | Primeshares World Markets, LLC | | jd@primeshares.com; transfer@primeshares.com |
| Counsel for Amalgamated Transit Union Local 26 13- | Mark H Cousens | John E. Eaton, Esq. | jeaton@cousenslaw.com |
| Counsel for International Outdoor Inc | Jeffery R Sieving | | jeff@iobillboard.com |
| Union Representative | Assistant Supervisors of Street Maintenance & Construction Association | Attn: Herbert Jenkins | JenkinsH@detroitmi.gov |
| Counsel for Waste Management Inc. | Couzena Lansky Feakl Ellis Roeder & Lazar PC | Attn Jerry M Ellis | jerry.ellis@couzens.com |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc. | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrosman@carsonfischer.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | jgadharf@mcdonaldhopkins.com |
| Union Representative | EMS Officers Association | Attn: James Gatteno | jgatteno@comcast.net |
| Counsel to the 36th District Court for the State of Michigan | Barnes & Thornburg LLP | John T Gregg & Patrick E. Mears | jgregg@btlaw.com; pmears@btlaw.com |
| Union Representative | Utility Workers Union of America | Attn: James Harrison | jharrison@uwua.net |
| Counsel for Xerox Corporation | Osipov Bigelman PC | Jeffrey H Bigelman | jhb_ecf@osbig.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | jkamins@fosterswift.com |
| Interested Party | Linebarger Goggan Blair & Sampson LLP | John P Dillman | john.dillman@lgbs.com |
| Counsel for Michigan Bell Telephone Company d/b/a AT&T Michigan | Katten Muchin Rosenman LLP | Joseph P Sieger | john.sieger@kattenlaw.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | jsgroi@honigman.com |
| Counsel for Thomas Gerald | Jay S Kalish & Associates PC | Jay S Kalish | jskalish@aol.com |
| Top 20 Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | jturner@clarkhill.com |
| Counsel for United States of America | Unites States Attorney | Julia A. Caroff, Asssitant US Attorney | julia.caroff@usdoj.gov |
| Counsel for Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Jason L Weiner | jweiner@mcdonaldhopkins.com |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Karen B Dine & Kevin M Baum | karen.dine@kattenlaw.com; |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Kelly DiBlasi | kelly.diblasi@weil.com |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ken Higman | ken.higman@hp.com |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Kenneth E Noble | kenneth.noble@kattenlaw.com |
| Counsel for Genuine Parts Company | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | Kim.robinson@bfkn.com |
| Union Representative | Association of City of Detroit Supervisors | Attn: Richard King | KingR@detroitmi.gov |
| Union Representative | AFSCME Local #2394 | Attn: Yalonda King | KingY687@detroitmi.gov |
| Counsel for Airgas USA LLC | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | kmiller@skjlaw.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Deborah Kovsky-Apap | kovskyd@pepperlaw.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Kay Standridge Kress | kressk@pepperlaw.com |
| Attorney for Trustee | Schneider Miller PC | Kenneth M Schneider | kschneider@schneidermiller.com |
| Counsel to National Industrial Maintenance – Michigan, Inc | Dean & Fulkerson | Attn Kevin N Summers | Ksummers@dflaw.com |
| Counsel for Michigan Auto Recovery Service Inc; Wayne County Circuit Court, Hyde Park Cooperative, et al. v. City of Detroit, by and through its Buildings and Safety Engineering Deparment, Case No. 10-005687-CZ | Thornbladh Legal Group PLLC | Kurt Thornbladh | kthornbladh@gmail.com |
| Union Representative | SEIU Local 517M | Attn: Yolanda Langston | langstony@gmail.com |
| Counsel to City of Detroit Michigan | Miller Canfield Paddock & Stone PLC | Stephen S LaPlante | laplante@millercanfield.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water Bonds) | U.S. Bank National Association, as trustee, for the Detroit Sewar and Water Bonds | Attn: Lawrence J. Bell | lawrence.bell@usbank.com |
| Interested Party | Chase Paymentech LLC | Attn Lazonia Clark Business Analyst | lazonia.clark@chasepaymentech.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | lbrimer@stroblpc.com |
| Co-counsel to the General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit | Arnold & Porter LLP | Lisa Hill Fenning | lisa.fenning@aporter.com |
| Counsel for Assured Guaranty | Chadbourne & Parke LLP | Larry Larose and Sam Kohn | llarose@chadbourne.com ; skohn@chadbourne.com |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman | llarose@winston.com; skohn@winston.com; chardman@winston.com |
| Union Representative | AFSCME Local #2920 | Attn: Thomas Johnson II | local2920@sbcglobal.net |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Louis P Rochkind | lrochkind@jaffelaw.com |
| Union Representative | Association of Municipal Inspectors | Attn: Michael Neil | m.neil@sbcglobal.net |
| Union Representative | Detroit Income Tax Investigators Association | Attn: Marcella Campbell | marcicampbel@gmail.com |
| Office of the United States Trustee | Office of the United States Trustee | Maria D Giannirakis | Maria.D.Giannirakis@usdoj.gov |
| Counsel to Merrill Lynch Capital Service Inc. | Cadwalader Wickershame & Taft | Attn: Mark C. Ellenberg Esq. | mark.ellenberg@cwt.com |
| Counsel for Merrill Lynch Capital Services Inc | Cadwalader Wickershame & Taft | Mark Ellenberg Howard Hawkins Lary Stromfeld & Jason Jurgens | Mark.Ellenberg@cwt.com; Lary.Stromfeld@cwt.com; Jason.Jurgens@cwt.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Vincent J Marriott | marriott@ballardspahr.com |
| Union Representative | Utility Workers Union of America Local #504 | Attn: Curlisa Jones | mcqueen@dwsd.org |
| Counsel for Berkshire Hathaway Assurance Corporation | Debevoise & Plimpton LLp | My Chi To & M Natasha Labovitz | mcto@debevoise.com nlabovitz@debevoise.com |
| Counsel for Johnathan Aaron Brown | Foley & Mansfield PLLP | Merceded Varasteh Dordeski | mdordeski@foleymansfield.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | Melanie M Kotler | melanie.kotler@nortonrosefulbright.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for John Denis, James Herbert, HRT Enterprises (a Michigan partnership), T&T Management, Inc. (a Florida corporation, successor to Merkur Steel Supply, Inc., a Michigan corporation); Counsel for John W and Vivian M Denis Trust | Demorest Law Firm, PLLC | Mark S Demorest & Melissa L Demorest | melissa@demolaw.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mfield@stroblpc.com |
| The Office of the Attorney General of the State of Michigan | Attorney General Bill Schuette | | miag@michigan.gov |
| Co-Counsel for Attorneys for Health Alliance Plan of Michigan | K&L Gates LLP | Michael J Gearin | mike.gearin@klgates.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Michael R Paslay Ryan K Cochran | Mike.Paslay@wallerlaw.com; Ryan.Cochran@wallerlaw.com |
| Union Representative | UAW – WWTP Local #2200 | Attn: Laurie Stuart | mimilaurie@yahoo.com; ltownse@detroitpubliclibrary.org |
| Union Representative | AFSCME Local #0214 | Attn: June Nickleberry | missnick64@hotmail.com |
| The Office of the Treasurer for the State of Michigan | State Treasurer | | MIStateTreasurer@michigan.gov |
| Counsel to Michael J. Karwoski | Michael J. Karwoski, Esq. | | mjkarwoski@alumni.nd.edu |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman ("Flowers plaintiffs") | Sachs Waldman PC | Mami Kato | mkato@sachswaldman.com |
| Counsel for St Martins Cooperative | Law Offices of Lee & Correll | Michael K Lee | mlee@leeandcorrell.com |
| Union Representative | United Auto Workers Union | Attn: Michael Nicholson | mnicholson@uaw.net |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | mnicholson@uaw.net; nganatra@uaw.net |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | morris@silvermanmorris.com; avery@silvermanmorris.com |
| Interested Party | Maddin, Hauser, Wartell, Roth & Heller, P.C. | Michael S Leib | msl@maddinhauser.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mtaunt@stroblpc.com |
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | mvanoverbeke@vmtlaw.com |
| Counsel for HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner | mwarner@coleschotz.com |
| Counsel for Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually, interested parties in this bankruptcy matter as it pertains to their civil suit in the Federal Eastern District Court of Michigan (Case Number 13-CV-12098) | Ayad Law PLLC | Nabih H Ayad | nayad@ayadlaw.com |
| Union Representative | DOT Foremen's Association of America Local 337 | Attn: Nicholas Duncan | NicDun@detroitmi.gov |
| Counsel for Michigan Bell Telephone Company dba AT&T Michigan | Katten Muchin Rosenman LLP | Paige E Barr | paige.barr@kattenlaw.com |
| Union Representative | DOT Foreperson's Association of America | Attn: Pamela King | Pamkin@detroitmi.gov |
| Union Representative | Association of Detroit Engineers | Attn: Sanjay M. Patel | patel@dwsd.org |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Peter L Canzano | pcanzano@sidley.com |
| Union Representative | Association of Municipal Engineers | Attn: Partho Ghosh | pghosh@dwsd.org |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Paul R Hage | phage@jaffelaw.com |
| Union Representative | AFSCME Local #0542 | Attn: Phyllis McMillon | philphil48238@yahoo.com |
| Union Representative | Police Officers Association of Michigan | Attn: John Barr | poam@poam.net |
| Interested Party | Vanguardians | Barry Allen | pra@vanguardians.org |
| Union Representative | Police Officers Labor Council | Attn: Jan Zaleski | presidentjan@aol.com |
| Union Representative | AFSCME Local #1227 | Attn: Joseph Walter | presidentlocal1227@hotmail.com |
| Counsel to, DTE Electric Company and DTE Gas Company | DTE Energy Company | Leland Prince | princel@dteenergy.com |
| Fee Examiner | Shaw Fishman Glantz & Towbin LLC | Robert M Fishman Peter J Roberts Ira Bodenstein Gordon Gouveia David Doyle and Marc Reiser | proberts@shawfishman.com; rfishman@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mreiser@shawfishman.com |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | P Warren Hunt | pwhunt@kerr-russell.com |
| Counsel for Michael Beydoun | Raymond Guzall III PC | Raymond Guzall III | rayguzall@attorneyguzall.com |
| Local Counsel for U.S. Bank National Association | Bodman PLC | Robert J Diehl Jr | rdiehl@bodmanlaw.com |
| Retiree Representative | Retired Detroit Police and Fire Fighters Association | Attn: Donald Taylor | rdpffa@hotmail.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Union Representative | AFSCME Local #0062 | Attn: Lacydia Moore-Reese | Reesel@detroitmi.gov |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Rick L Frimmer & Matthew W Ott | rfrimmer@schiffhardin.com; mott@schiffhardin.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | rgordon@clarkhill.com |
| Counsel for Public Lighting Authority | The Allen Law Group, P.C. | Attn: Ron Liscombe, Esq. | rliscombe@alglawpc.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Shirley V Lightsey; and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | rplecha@lippittokeefe.com |
| Counsel for Attorneys for Health Alliance Plan of Michigan | Dykema Gossett PLLC | Ronald L Rose | rrose@dykema.com |
| Counsel for Official Retiree Committee | Denton US LLP | Sam J Alberts | sam.alberts@dentons.com |
| State of Michigan Chief Legal Counsel | State of Michigan Chief Legal Counsel | Matthew Schneider | Schneiderm7@michigan.gov |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | sdeeby@clarkhill.com |
| Office of the United States Trustee | Office of the United States Trustee | Sean Cowley | Sean.Cowley@usdoj.gov |
| Union Representative | Association of Professional Construction Inspectors | Attn: Juanita Sanders | senoritabonita@peoplepc.com |
| Counsel for Downtown Development Authority | Dykema Gossett PLLC | Sherrie L Farrell | sfarrell@dykema.com |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Sarah T. Foss | sfoss@winston.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc and Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Stephen M Gross | sgross@mcdonaldhopkins.com |
| Counsel for UBS AG and Merrill Lynch Capital Services Inc | Warner Norcross & Judd LLP | Stephen B Grow Douglas A Dozeman & Charles N Ash Jr | sgrow@wnj.com; ddozeman@wnj.com; cash@wnj.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Steven G Howell | showell@dickinsonwright.com |
| Union Representative | Sanitary, Chemists & Technicians Association | Attn: Saulius Simoliunas | simoliun@dwsd.org |
| Counsel to Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer | skhanna@berkre.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L Levine & Phillip J Gross | slevine@lowenstein.com; pgross@lowenstein.com |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Sandra L Oconnor | soconnor@glmpc.com |
| Counsel for Martin O Brien | A. Stephen Ramadan PLC | A Stephen Ramadan P41892 | steveramadan@gmail.com |
| Counsel for Downtown Development Authority | Dykema Gossett PLLC | Sheryl L Toby | stoby@dykema.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Matthew G Summers | summersm@ballardspahr.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan T. Brown | susan.brown5@usbank.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan E. Jacobsen VP | susan.jacobsen2@usbank.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Suzanne L Wahl | swahl@schiffhardin.com |
| Union Representative | Utility Workers Union of America Local #531 | Attn: Samuel Wilson | swilson@dwsd.org |
| Counsel for The Bank of New York Mellon | Wolfson Bolton PLLC | Scott A Wolfson & Anthony J Kochis | swolfson@wolfsonbolton.com; akochis@wolfsonbolton.com |
| Union Representative | Association of Professional & Technical Employees | Attn: Dempsey Addison | theda3t@yahoo.com |
| Union Representative | Teamsters Local #214 | Attn: Joseph Valenti | TL214teams@ameritech.net |
| Counsel to Certain Significant Holders of the COPs | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | tmayer@kramerlevin.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | E Todd Sable | tsable@honigman.com |
| Union Representative | AFSCME Local #0836 | Attn: Robert Donald | union836@yahoo.com |
| Counsel for Center for Community Justice and Advocacy ("CCJA") | Vanessa G. Fluker, Esq., PLLC | Vanessa G Fluker | vgflawyer@sbcglobal.net |
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | wilkins@bwst-law.com; hall@bwst-law.com |
| Union Representative | I.U.O.E. Local 324 | Attn: William Miller | william.miller@iuoe324.org |
| Counsel for Detroit Housing Commission | Detroit Housing Commission | Angela Williams | williamsa@dhcmi.org |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | McDermott Will & Emery LLP | Attn: William P. Smith, Esq. | wsmith@mwe.com |
| Counsel for U.S. Bank National Association | McDermott Will & Emery LLP | William P Smith & Nathan F Coco | wsmith@mwe.com; ncoco@mwe.com |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | wwkannel@mintz.com; awalker@mintz.com |

**Exhibit A**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Michigan Property Tax Relief LLC; Gary Segatti and P.P.T.A., Inc., or Harold Hoyt | Osipov Bigelman PC | Yuliy Osipov | yo@osbig.com |
| Union Representative | Detroit Police Lieut. & Sergeants Association | Attn: Mark Young | youngM604@detroitmi.gov; Polo4491@aol.com |
| Union Representative | AFSCME Local #2799 | Attn: Yvonne Ross | Yvonners2001@yahoo.com |

# EXHIBIT B

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Interested Party | Center for Community Justice and Advocacy | Vanessa G. Fluker, Esq., PLLC | vgflawyer@sbcglobal.net |
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D. Gordon, Shannon L. Deeby, Jennifer K. Green, Evan J. Feldman | rgordon@clarkhill.com; sdeeby@clarkhill.com; jgreen@clarkhill.com; efeldman@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D. Gordon, Shannon L. Deeby, Jennifer K. Green, Evan J. Feldman | rgordon@clarkhill.com; sdeeby@clarkhill.com; jgreen@clarkhill.com; efeldman@clarkhill.com |
| Attorneys for International Union, UAW | Cohen, Weiss and Simon LLP | Babette A. Ceccotti | bceccotti@cwsny.com |
| Attorneys for International Union, UAW | Cohen, Weiss and Simon LLP | Babette A. Ceccotti, Keith E. Secular, Thomas N. Ciantra, Joshua J. Ellison | bceccotti@cwsny.com; ksecular@cwsny.com; tciantra@cwsny.com; jellison@cwsny.com |
| Employee | David Dye | | ddye1994@gmail.com |
| Counsel for the Detroit Public Safety Unions | Erman, Teicher, Miller Zucker & Freedman, P.C. | Barbara A. Patek, Earle I. Erman, Craig. E Zucker | bpatek@ermanteicher.com; eerman@ermanteicher.com; czucker@ermanteicher.com |
| Counsel to Public Safety Unions | Erman, Teicher, Miller, Zucker & Freedman, P.C. | Barbara A. Patek | bpatek@ermanteicher.com |
| Interested Party | Heidi Peterson | c/o Charles Bruce Idelsohn | charlesidelsohnattorney@yahoo.com |
| Attorneys for International Union, UAW | International Union UAW | Niraj R. Ganatra, Michael Nicholson | nganatra@uaw.net; mnicholson@uaw.net |
| Attorney for David Sole, Party in Interest | Jerome D. Goldberg, PLLC | Jerome D. Goldberg | apclawyer@sbcglobal.net |
| Counsel for St. Martins Cooperative | Law Offices of Lee & Correll | Michael K. Lee | mlee@leeandcorrell.com |
| Counsel for Retiree Association Parties | Lippitt O'Keefe, PLLC | Brian D. O'Keefe, Ryan C. Plecha | rplecha@lippittokeefe.com |
| Counsel for Retiree Association Parties | Lippitt O'Keefe, PLLC | Brian D. O'Keefe, Ryan C. Plecha | rplecha@lippittokeefe.com; bokeefe@lippittokeefe.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L. Levine, Esq., Philip J. Gross, Esq. | slevine@lowenstein.com; pgross@lowenstein.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub- Chapter 98, City of Detroit Retirees | Lowenstein Sandler LLP | Sharon L. Levine, Esq. Wojciech F. Jung, Esq. Philip J. Gross, Esq. | slevine@lowenstein.com; pgross@lowenstein.com; wjung@lowenstein.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub- Chapter 98, City of Detroit Retirees | Lowenstein Sandler LLP | Sharon L. Levine, Esq. Wojciech F. Jung, Esq. Philip J. Gross, Esq. | slevine@lowenstein.com; pgross@lowenstein.com; wjung@lowenstein.com |
| Counsel for the Retired Detroit Police Members Association | Lynn M. Brimer, Meredith E. Taunt, Mallory A. Field | Strobl & Sharp, P.C. | lbrimer@stroblpc.com; mtaunt@stroblpc.com; mfield@stroblpc.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Mcknight, Mcclow, Canzano, Smith & Radtke, P.C. | John R. Canzano, Esq. | jcanzano@michworklaw.com |
| Retiree | Michael J. Karwoski | | mjkarwoski@alumni.nd.edu |
| Attorneys for International Union, UAW | Niraj R. Ganatra, Michael Nicholson | | nganatra@uaw.net; mnicholson@uaw.net |
| Interested Party | Russ Bellant | | russbellant@gmail.com |
| Interested Party | Russ Bellant | | russbellant@gmail.com |
| Attorneys for IUOE, Local 324 | Sachs Waldman, P.C. | Andrew Nickelhoff, Mami Kato | anickelhoff@sachswaldman.com; mkato@sachswaldman.com |
| Attorneys for SEIU, Local 517M | Sachs Waldman, P.C. | Andrew Nickelhoff, Mami Kato | anickelhoff@sachswaldman.com; mkato@sachswaldman.com |
| Co-Counsel Retiree Association Parties | Silverman & Morris, P.L.L.C. | Thomas R. Morris | morris@silvermanmorris.com |
| Counsel for Retiree Association Parties | SILVERMAN & MORRIS, P.L.L.C. | Thomas R. Morris | morris@silvermanmorris.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm Pc | Herbert A. Sander, Esq. | hsanders@miafscme.org |

**Exhibit B**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub- Chapter 98, City of Detroit Retirees | The Sanders Law Firm PC | Herbert A. Sander, Esq. | hsanders@miafscme.org |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub- Chapter 98, City of Detroit Retirees | The Sanders Law Firm PC | Herbert A. Sander, Esq. | hsanders@miafscme.org |
| Interested Party | Thomas Stephen | | thomasstephens2043@sbcglobal.net |
| Counsel to Michigan Auto Recovery, Inc. | Thornbladh Legal Group PLLC | Kurt Thornbladh | kthornbladh@gmail.com |

# **EXHIBIT C**

Exhibit C
Serve via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | | | Detroit | MI | 48226 |
| AFSCME Local #0312 | Attn: Phillip Douglas | 14022 Linwood | | | Detroit | MI | 48238 |
| AFSCME Local #0457 | Attn: Laurie Walker | 600 W. Lafayette, Ste. L – 104 | | | Detroit | MI | 48226 |
| AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | 600 W. Lafayette, Ste. L – 123 | | | Detroit | MI | 48226 |
| Detroit Firemen's Fund Association | Attn: Kim Fett | 250 W. Larned Street, Suite 202 | | | Detroit | MI | 48226 |
| Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | 3031 W. Grand Boulevard, Suite 405 | | | Detroit | MI | 48202 |
| Field Engineers Association | Attn Larry Hart | PO Box 252805 | | | West Bloomfield | MI | 48325 |
| Goodman & Hurwitz PC | William H Goodman | 1394 E Jefferson Ave | | | Detroit | MI | 48207 |
| Governor Rick Snyder | | P.O. Box 30013 | | | Lansing | MI | 48909 |
| IBM Credit LLC | Andy Gravina | Special Handling Group MD NC317 | 6303 Barfield Rd NE | | Atlanta | GA | 30328 |
| Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 |
| The City of Detroit | Attn: Kevyn D. Orr, Emergency Manager | Coleman A. Young Municipal Center | 2 Woodward Ave Suite 1126 | | Detroit | MI | 48226 |
| The City of Detroit | Attn: Corporation Counsel | Coleman A. Young Municipal Center | 2 Woodward Avenue | Fifth Floor | Detroit | MI | 48226 |

# EXHIBIT D

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Ailene Jeter | | 18559 Brinker St | | Detroit | MI | 48234 |
| Aleta Atchinson-Jorgan | | 7412 Saint Paul | | Detroit | MI | 48214 |
| Alice Pruitt | | 18251 Freeland St | | Detroit | MI | 48235 |
| Alma Armstrong | | 12858 Riverview St | | Detroit | MI | 48223 |
| Alma Cozart | | 18331 Shaftsbury Ave | | Detroit | MI | 48219 |
| Althea Long | | 9256 Braile St | | Detroit | MI | 48228 |
| Andrea Edwards | | 19165 Stotter | | Detroit | MI | 48234 |
| Angela Crockett | | 19680 Roslyn Rd | | Detroit | MI | 48221 |
| Anthony G. Wright Jr. | | 649 Alger St | | Detroit | MI | 48202 |
| Arthur Evans | | 11391 Nottingham Rd | | Detroit | MI | 48224 |
| Brenda Taylor | | 8145 W Parkway | | Detroit | MI | 48239 |
| Calvin Turner | | 16091 Edmore Dr | | Detroit | MI | 48205 |
| Carl Williams | | 10112 Somerset | | Detroit | MI | 48224 |
| Charles D. Brown | | 1365 Joliet Pl | | Detroit | MI | 48207 |
| Charles Taylor | | 11472 Wayburn | | Detroit | MI | 48224 |
| Charles Williams II | | 6533 E. Jefferson Apt 118 | | Detroit | MI | 48207 |
| Cheryl Smith Williams | | 3486 Baldwin St | | Detroit | MI | 48214 |
| Claudette Campbell | | 1021 Winchester Ave | | Lincoln Park | MI | 48146 |
| Cynthia Blair | | 8865 Esper St | | Detroit | MI | 48204 |
| David Bullock | | 701 W Hancock St | | Detroit | MI | 48201 |
| Deborah Moore | | 4436 Lemay | | Detroit | MI | 48214 |
| Deborah Pollard | | 20178 Pinehurst St | | Detroit | MI | 48221 |
| Dempsey Addison | Cecily McClellan | 2727 Second Ave Ste 152 | | Detroit | MI | 48201 |
| Dennis Taubitz | | 4190 Devonshire Rd | | Detroit | MI | 48224 |
| Diane Hutcherson | | 4127 Grayton | | Detroit | MI | 48224 |
| Dolores A. Thomas | | 17320 Cherrylawn | | Detroit | MI | 48221 |
| Donald Glass | | 411 Chalmers | | Detroit | MI | 48215 |
| Donald Richardson | No 719076 D71 | 10274 Boyer Rd | Carson City Corrrectional | Carson City | MI | 48811-9746 |
| Dwight Boyd | | 19337 Concord | | Detroit | MI | 48234 |
| Edward Lowe | | 18046 Sussex St | | Detroit | MI | 48235 |
| Elmarie Dixon | | 4629 Philip St | | Detroit | MI | 48215 |
| Floreen Williams | | 16227 Birwood | | Detroit | MI | 48221 |
| Frank M. Sloan Jr. | | 18953 Pennington Dr | | Detroit | MI | 48221 |
| Fraustin Williams | | 11975 Indiana | | Detroit | MI | 48204 |
| Gretchen R Smith | | 3901 Grand River Ave No. 913 | | Detroit | MI | 48208 |
| Hassan Aleem | | 2440 Taylor St | | Detroit | MI | 48206-2064 |

In re City of Detroit, Michigan
Case No. 13-53846

Page 1 of 4

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Helen Powers | | 100 Winona | | Highland Park | MI | 48203 |
| Helen Powers | | 1168-70 W. Grand Blvd | | Detroit | MI | 48208 |
| Horace E. Stallings | | 1492 Sheridan St | | Detroit | MI | 48214 |
| Jacqueline Esters | | 18510 Glastonbury Rd | | Detroit | MI | 48219 |
| Jean Vortkamp | | 11234 Craft St | | Detroit | MI | 48224 |
| Jerry Ford | | 9710 W Outer Dr | | Detroit | MI | 48223 |
| Jo Ann Watson | | 100 Riverfront Dr # 1508 | | Detroit | MI | 48226 |
| Joann Jackson | | 16244 Princeton St | | Detroit | MI | 48221 |
| Johnnie R. Carr | | 11310 Mansfield St | | Detroit | MI | 48227 |
| Joseph H. Jones | | 19485 Asbury Park | | Detroit | MI | 48235 |
| Josue Zizi | | 19464 Dalby St | | Redford | MI | 48240 |
| Joyce Davis | | 15421 Strathmoor St | | Detroit | MI | 48227 |
| Karl E. Shaw | | 19140 Ohio | | Detroit | MI | 48221 |
| Keetha R. Kittrell | | 22431 Tireman | | Redford | MI | 48239 |
| Krystal A. Crittendon | | 19737 Chesterfield Rd | | Detroit | MI | 48221 |
| Kwabena Shabu | | 2445 Lamothe St | | Detroit | MI | 48226 |
| Larene Parrish | | 18220 Snowden St | | Detroit | MI | 48235 |
| Lavarre W. Greene | | 19667 Roslyn Rd | | Detroit | MI | 48221 |
| LaVern Holloway | | 16246 Linwood St | | Detroit | MI | 48221 |
| Leola Regina Crittendon | | 19737 Chesterfield Rd | | Detroit | MI | 48221 |
| Leonard Wilson | | PO Box 2121 | | Detroit | MI | 48202-0121 |
| Lewis Dukens | | 1362 Joliet Pl | | Detroit | MI | 48207 |
| Linda Bain | | 1071 Baldwin | | Detroit | MI | 48214 |
| Lorene Brown | | 2227 Highes Terrace | | Detroit | MI | 48208 |
| Lorna Mason | | 13111 Wyoming St | | Detroit | MI | 48238 |
| Lou Ann Pelletier | | 2630 Lakeshore Rd | | Applegate | MI | 48401 |
| Lucinda J. Darrah | | 492 Peterboro St | | Detroit | MI | 48201 |
| Lucinda J. Darrah | | 492 Peterboro | | Detroit | MI | 48201 |
| Mary Diane Bukowski | | 9000 E Jefferson #10-9 | | Detroit | MI | 48214 |
| Mary Dugans | | 18034 Birchcrest Dr | | Detroit | MI | 48221 |
| Marzelia Taylor | | 11975 Indiana | | Detroit | MI | 48204 |
| Michael D. Jones | | 3129 Castlewood Dr | | Las Vegas | NV | 89102 |
| Michael G Benson | | 19395 Parkside | | Detroit | MI | 48221 |
| Michael J. Abbott | | 19391 Helden Dr | | Romulis | MI | 48174 |
| Michael K. Pelletier | | 2063 Lakeshore Rd | | Applegate | MI | 48401 |
| Michael Shane | | 16815 Patton | | Detroit | MI | 48219 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 2 of 4
13-53846-tjt    Doc 2486    Filed 01/15/14    Entered 01/15/14 22:45:25    Page 17 of 19

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Miller Cohen, P.L.C. | Richard G. Mack, Jr., Esq. | 600 West Lafayette Boulevard | 4th Floor | Detroit | MI | 48226-3191 |
| Miller Cohen, P.L.C. | Richard G. Mack, Jr., Esq. | 600 West Lafayette Boulevard | 4th Floor | Detroit | MI | 48226-3191 |
| Nettie Reeves | | 10339 Curtis | | Detroit | MI | 48221 |
| Olivia Gillon | | 18832 Arleen Ct | | Livonia | MI | 48152-1963 |
| Paulette Brown | | 19260 Lancashire St | | Detroit | MI | 48223 |
| Phebe Woodberry | | 803 Gladstone | | Detroit | MI | 48202 |
| Preston West | | 18460 Fairfield St | | Detroit | MI | 48221 |
| Rakiba Brown | | 612 Clairmount St | | Detroit | MI | 48202 |
| Raleigh Chambers | | 14861 Ferguson St | | Detroit | MI | 48227 |
| Randy Beard | | 16840 Strathmoor St | | Detroit | MI | 48235 |
| Regina G. Bryant | | 2996 Bewick Ave | | Detroit | MI | 48214 |
| Regina G. Bryant | | 2996 Bewick Ave | | Detroit | MI | 48214 |
| Richard Johnson El-Bey | | 10339 Curtis | | Detroit | MI | 48221 |
| Roosevelt Lee | | 11961 Indiana | | Detroit | MI | 48204 |
| Sallie M. Jones | | 4413 W. Philadelphia St | | Detroit | MI | 48204 |
| Samuel L. Riddle | | 1276 Navarre Pl | | Detroit | MI | 48207 |
| Sandra Caver | | 10110 E Outer Dr | | Detroit | MI | 48224 |
| Sheilah Johnson | | 277 King St | | Detroit | MI | 48202 |
| Shirley Tollivel | | 16610 Inverness | | Detroit | MI | 48221 |
| Stephen Johnson | | 31354 Evergreen Rd | | Beverly Hills | MI | 48025 |
| The Chair of Saint Peter | Office of the Keeper of the Extraordinary Seal of Saint Peter | 1300 Pennsylvania Ave NW Ste 190-715 | | Washington | DC | 20004 |
| Timothy King | | 4102 Pasadena | | Detroit | MI | 48238 |
| Tracey Tresvant | | 19600 Anvil St | | Detroit | MI | 48205 |
| Ulysses Freeman | | 14895 Faust Ave | | Detroit | MI | 48223 |
| William A. Wertheimer | | 30515 Timberbrook Lane | | Bingham Farms | MI | 4802 |
| William Curtis Walton | | 4269 Glendale | | Detroit | MI | 48238-3211 |
| William Davis | | 9203 Littlefield St | | Detroit | MI | 48228 |
| William Hickey | | 14910 Lamphere St | | Detroit | MI | 48223 |
| William J. Howard | | 17814 Charest St | | Detroit | MI | 48212 |
| Xylia Hall | | 3500 Parker | | Detroit | MI | 48214-1893 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 3 of 4
13-53846-tjt    Doc 2486    Filed 01/15/14    Entered 01/15/14 22:45:25    Page 18 of 19

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Zelma Kinchloe | | 439 Henry St | | Detroit | MI | 48201 |