UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____Courtney Rogers_____

Firm _____Waller Lansden Dortch & Davis, LLP_____

Address __511 Union Street, Suite 2700_____

City, State, Zip __Nashville, TN 37219_____

Phone _____(615) 850-8583_____

Email _____courtney.rogers@wallerlaw.com_____

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number: 13-53846**

**Chapter:** 9

**Hearing Judge: Hon. Steven Rhodes**

**x Bankruptcy __Adversary**

__Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 1/16/2014    Time of Hearing: 2:00 p.m.    Title of Hearing: Mtn to Borrow**

Please specify portion of hearing requested:   **X Original/Unredacted    □ Redacted    □ Copy**
                                                                                                      (2nd Party)
□ Entire Hearing    □ Ruling/Opinion of Judge    □ Testimony of Witness    □ Other

Special Instructions: _____

**Type of Request:**

x Ordinary Transcript - $3.65 per page (30 calendar days)

□ 14-Day Transcript - $4.25 per page (14 calendar days)

□ Expedited Transcript - $4.85 per page (7 working days)

□ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

__/s/ Courtney Rogers    Date: 1/16/2014_____
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                                   Date           By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 2494    Filed 01/16/14    Entered 01/16/14 17:30:58    Page 1 of 1