IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
---------------------------------------------- x

**APPELLANT CITY OF DETROIT'S STATEMENT
OF ISSUES AND DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant, the City of Detroit ("City"), submits this statement of issues and designation of the contents of the record in connection with its Notice of Appeal, filed on January 2, 2014 (Doc. No. 2358), from the Order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on December 18, 2013 (Doc. No. 2223).

**Statement of Issues**

1. Whether the Bankruptcy Court erred by granting Lasalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association and St. James Cooperative (the "Cooperatives") relief from the automatic stay to permit them to pursue their claims and those of any potential class members outside of the

claims resolution process in the City's bankruptcy case which applies to almost all other unsecured claims?

2. Whether the Bankruptcy Court erred in concluding that the alternative dispute resolution procedures established in this case are generally not suited to address the claim that the City continues to charge the Cooperatives an impermissible rate?

3. Whether the Bankruptcy Court erred in allowing the Cooperatives to pursue class certification outside of the City's bankruptcy case?

4. Whether the Bankruptcy Court erred in concluding that the alleged claims are regulatory or administrative in nature and therefore should not be subject to the claims resolution process?

## Designation of Items

Appellant designates items from the Bankruptcy Court docket to be included in the record on this appeal to the United States District Court for the Eastern District of Michigan, as listed on the Appendix, attached hereto as **Exhibit A.**

Dated: January 16, 2014  Respectfully submitted,

    By: /s/Timothy A. Fusco
    Jonathan S. Green (P33140)
    Stephen S. LaPlante (P48063)
    Timothy A. Fusco (P13768)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson
    Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 963-6420
    Facsimile: (313) 496-7500
    green@millercanfield.com
    laplante@millercanfield.com
    fusco@millercanfield.com

    David G. Heiman (OH 0038271)
    Heather Lennox (OH 0059649)
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone: (216) 586-3939
    Facsimile: (216) 579-0212
    dgheiman@jonesday.com
    hlennox@jonesday.com

    Bruce Bennett (CA 105430)
    JONES DAY
    555 South Flower Street Fiftieth Floor
    Los Angeles, California 90071
    Telephone: (213) 243-2382
    Facsimile: (213) 243-2539
    bbennett@jonesday.com

    ATTORNEYS FOR THE CITY OF DETROIT

21,857,500.5\022765-00202