**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steven W. Rhodes |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2014, he caused a true and correct copy of ***APPELLANT CITY OF DETROIT'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL*** to be served upon counsel via electronic mail and First Class United States Mail as follows:

Tracy M. Clark, Esq.
Steinberg Shapiro & Clark
25925 Telegraph Rd., Suite 203
Southfield, MI 48033

Email: clark@steinbergshapiro.com

Dated: January 16, 2014

                                        By: /s/Timothy A. Fusco
                                        Timothy A. Fusco
                                        150 West Jefferson
                                        Suite 2500
                                        Detroit, Michigan 48226
                                        Telephone: (313) 963-6420
                                        Facsimile: (313) 496-7500
                                        fusco@millercanfield.com