# Exhibit 1

# Proposed Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) **Expedited Consideration** |
| | ) **Requested** |

## ORDER GRANTING SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC.'S MOTION TO (I) ISSUE A TEMPORARY ADMINISTRATIVE STAY OF THE DIP ORDER AND (II) SET A BRIEFING AND HEARING SCHEDULE

This matter having come before the Court on the motion (the "Motion") of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") for the entry of an order (i) staying the DIP Order,[1] on a temporary administrative basis and (ii) establishing a briefing and hearing schedule; the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

---

[1] Capitalized terms used but not defined herein have the meaning set forth in the Motion.

2. Any motion to stay the DIP Order pending appeal will be filed by January ___, 2014.

3. Any response to any such motion will be filed by January ___, 2014.

4. The hearing on any such motion for stay pending appeal shall be held on January ___, 2014, at __:__ _.m. before Hon. Steven Rhodes in Courtroom ___, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan.

5. All parties in interest shall refrain from closing any postpetition facility pursuant to the DIP Order until after the hearing on any motion for stay pending appeal concludes.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____
STEVEN W. RHODES
United States Bankruptcy Judge