# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Debra Pevos

Firm: Jacob & Weingarten, P.C.

Address: 2301 W. Big Beaver Road, Suite 777

City, State, Zip: Troy, Michigan 48084

Phone: 248 649 1900

Email: debra@jacobweingarten.com

**Case/Debtor Name:** City Of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

⊙ Bankruptcy    ○ Adversary

○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 01/16/2014    **Time of Hearing:** 2:00 p.m.    **Title of Hearing:** Motion for Financing

Please specify portion of hearing requested:   ⊙ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⊙ Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: _____

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

⊙ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

Signature of Ordering Party: _[signature]_  Date: 01/17/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date    By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 2506    Filed 01/17/14    Entered 01/17/14 10:01:53    Page 1 of 1