# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name  Robert S. Hertzberg

Firm  Pepper Hamilton LLP

Address  4000 Town Center, Suite 1800

City, State, Zip  Southfield, MI  48075

Phone  248.359.7333

Email  hertzbergr@pepperlaw.com

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

**X Bankruptcy**       ◯ **Adversary**

◯ **Appeal**       **Appeal No:** _____

**Date of Hearing:** 1/16/2014 **Time of Hearing:** 2:00 Pm **Title of Hearing:** Bench Ruling on Motions

Please specify portion of hearing requested:  ☐ **Original/Unredacted**  ☐ **Redacted**  **X Copy** *(2nd Party)
**X** Entire Hearing        ◯ Ruling/Opinion of Judge        ◯ Testimony of Witness        ◯ Other

Special Instructions: *Please provide an "unredacted" copy.

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

**X** Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Robert S. Hertzberg           Date: 1/16/2014
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                Date         By

Order Received:

Transcript Ordered

Transcript Received