# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

---

**Order Party: Name, Address and Telephone Number**

Name _____ Judy B. Calton

Firm _____ Honigman Miller Schwartz and Cohn LLP

Address _____ 660 Woodward Avenue, Suite 2290

City, State, Zip _____ Detroit, MI 48226

Phone _____ 313-465-7344

Email _____ jcalton@honigman.com

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846-swr

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

◉ Bankruptcy ○ Adversary

○ Appeal Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 01/16/2014 **Time of Hearing:** 2:00 pm **Title of Hearing:** Bench ruling on Motions

Please specify portion of hearing requested: ◉ **Original/Unredacted** ○ **Redacted** ○ Copy (2nd Party)

◉ Entire Hearing ○ Ruling/Opinion of Judge ○ Testimony of Witness ○ Other

Special Instructions: _____

---

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

◉ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free
FTR Record Player™ onto your computer from
www.ftrgold.com

**Signature of Ordering Party:**

/s/ Judy B. Calton _____ Date: 1/17/14

By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

| | Date | By |
|---|---|---|
| Order Received: | | |
| Transcript Ordered | | |
| Transcript Received | | |