UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Notice Regarding Change in Courtroom Location of Hearings Scheduled For January 22, 2014

Notice is given that the hearings currently scheduled for January 22, 2014 at 10:00 a.m. shall be held in Courtroom 716 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan, not in Courtroom 858 as originally noticed.

Signed on January 17, 2014

      /s/ Steven Rhodes  
      Steven Rhodes  
      United States Bankruptcy Judge