UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Order Denying Debtor's Assumption Motion
(Dkt. #17 corrected by #157)

For the reasons stated on the record in open Court on January 16, 2014, it is hereby ordered that the motion of debtor for entry of an order (I) authorizing the assumption of that certain forbearance and optional termination agreement pursuant to Section 365(a) of the bankruptcy code, (II) approving such agreement pursuant to Rule 9019, and (III) granting related relief (Dkt. #17 corrected by #157) is denied.

.

**Signed on January 17, 2014**

                                 /s/ Steven Rhodes
                                **Steven Rhodes**
                                **United States Bankruptcy Judge**