# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------- x
                        :

In re                           :         Chapter 9

                        :

CITY OF DETROIT, MICHIGAN,    :         Case No. 13-53846

                        :

           Debtor.            :         Hon. Steven W. Rhodes

                       x

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2014, he caused true and correct copies of ***APPELLANT CITY OF DETROIT'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL*** to be served upon the parties listed below via First Class United States Mail:

William H. Goodman
Julie H. Hurwitz
GOODMAN & HURWITZ PC
1394 E. Jefferson Ave.
Detroit, Michigan 48207

John C. Philo
Anthony D. Paris
SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201

Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012

Richard G. Mack, Jr.
Keith D. Flynn
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226

Cynthia Heenan
Hugh M. Davis
CONSTITUTIONAL LITIGATION ASSOCIATES, P.C.
450 W. Fort St., Suite 200
Detroit, MI 48226

DATED: January 17, 2014

By: /s/Timothy A. Fusco
Timothy A. Fusco (P13768)
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com