UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____ Douglas C. Bernstein _____

Firm _____ Plunkett Cooney _____

Address _____ 38505 Woodward Ave., Suite 2000 _____

City, State, Zip _____ Bloomfield Hills, MI 48304 _____

Phone _____ 248-901-4000 _____

Email _____ dbernstein@plunkettcooney.com _____

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** _ Hon. Steven Rhodes

⦿ Bankruptcy   ◯ Adversary

◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 01/16/2014   Time of Hearing: 2:00 p.m.   Title of Hearing: Bench Decision

Please specify portion of hearing requested:  ⦿ Original/Unredacted   ◯ Redacted   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

⦿ Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com



FOR COURT USE ONLY

Transcript To Be Prepared By

Date   By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/Douglas C. Bernstein   Date: 01/17/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.