## SUMMARY OF ATTACHMENTS

Exhibit 1A   Proposed Form of Order (stay pending appeal)

Exhibit 1B   Proposed Form of Order (temporary stay)

Exhibit 2    Notice of Motion and Opportunity to Object

Exhibit 3    Brief in Support of Motion for Stay [Not applicable]

Exhibit 4    Certificate of Service [To be filed separately]

Exhibit 5    Affidavits [Not applicable]

Exhibit 6    Documentary Exhibits [Not applicable]