# Exhibit 1B

## Proposed Alternative Order for Temporary Stay

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

ORDER GRANTING EMERGENCY MOTION OF
SYNCORA GUARANTEE INC. AND SYNCORA
CAPITAL ASSURANCE INC. FOR A TEMPORARY STAY

Upon consideration of the motion (the "Motion")[1] of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") for entry of an order (this "Order") pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure and section 105(a) of the Bankruptcy Code granting a temporary stay of the DIP Order pending the District Court's evaluation of a stay pending appeal; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon consideration of the record of

---

[1] Capitalized terms used but otherwise not defined herein shall have the meaning set forth in the Motion.

the Hearing and all proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted to the extent set forth herein.

2. The effectiveness of the DIP Order is stayed until the District Court rules on Syncora's motion for a stay pending appeal, which motion will be promptly filed on an emergency basis with the District Court.

3. All parties in interest shall refrain from taking any steps to consummate any transaction authorized by the DIP Order until the District Court rules on Syncora's motion for stay pending appeal.

4. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

**IT IS SO ORDERED.**

_____
STEVEN W. RHODES
United States Bankruptcy Judge