# Exhibit 2

## Notice of Motion and Opportunity to Object

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

|                                        |                         |
|----------------------------------------|-------------------------|
| In re                                  | ) Chapter 9             |
|                                        | )                       |
| CITY OF DETROIT, MICHIGAN,             | ) Case No. 13-53846     |
|                                        | )                       |
| Debtor.                                | ) Hon. Steven W. Rhodes |
|                                        | )                       |

## NOTICE OF EMERGENCY MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. FOR FOR STAY PENDING APPEAL

PLEASE TAKE NOTICE that on January 17, 2014, Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together, "Syncora") filed the *Emergency Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Stay Pending Appeal* (the "Motion") in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") seeking entry of an order staying the DIP Order pending appeal.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected by the relief sought in the Motion. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE FURTHER NOTICE that if you do not want the Bankruptcy Court to grant the Motion or you want the Bankruptcy Court to consider your views on the Motion, by such deadline set by the Bankruptcy Court, you or your attorney must:[1]

File with the Bankruptcy Court a written response to the Motion, explaining your position, electronically through the Bankruptcy Court's electronic case filing

---

[1] Given the emergency nature of the relief requested in the Motion, Syncora is seeking expedited consideration and shortened notice regarding the Motion via a separate *ex parte* motion filed contemporaneously herewith.

system in accordance with the Local Rules of the Bankruptcy Court or by mailing any objection or response to:[2]

United States Bankruptcy Court
Theodore Levin Courthouse
231 West Lafayette Street
Detroit, MI 48226

You must also serve a copy of any objection or response upon:

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:  (248) 646-5070
Facsimile:   (248) 646-5075

If an objection or response is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**PLEASE TAKE FURTHER NOTICE that if you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting such relief.**

---

[2]  A response must comply with F. R. Civ. P. 8(b), (c) and (e).

Dated:  January 17, 2014        /s/ *Ryan Blaine Bennett*
                                James H.M. Sprayregen, P.C.
                                Ryan Blaine Bennett
                                Stephen C. Hackney
                                KIRKLAND & ELLIS LLP
                                300 North LaSalle
                                Chicago, Illinois 60654
                                Telephone:  (312) 862-2000
                                Facsimile:   (312) 862-2200

                                    - and -

                                Stephen M. Gross
                                David A. Agay
                                Joshua Gadharf
                                MCDONALD HOPKINS PLC
                                39533 Woodward Avenue
                                Bloomfield Hills, Michigan 48304
                                Telephone:  (248) 646-5070
                                Facsimile:   (248) 646-5075

                                *Attorneys for Syncora Guarantee Inc. and*
                                *Syncora Capital Assurance Inc.*