# Exhibit 3

# Brief in Support [Not applicable]