# Exhibit 1

# Proposed Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) **Expedited Consideration** |
| | ) **Requested** |

## ORDER GRANTING SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC.'S MOTION (I) SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON THE MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. FOR STAY PENDING APPEAL AND (II) GRANTING A TEMPORARY ADMINISTRATIVE STAY OF THE DIP ORDER

This matter having come before the Court on the motion (the "Motion") of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") for the entry of an order (i) shortening the notice period and scheduling an expedited hearing on the Motion for Stay Pending Appeal and (ii) temporarily staying the DIP Order pending this Court's consideration of the Motion for Stay Pending Appeal,[1] the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

---

[1] Capitalized terms used but not defined herein have the meaning set forth in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The hearing on the Motion for Stay Pending Appeal shall be held on January ___, 2014, at __:__ _.m. before Hon. Steven Rhodes in Courtroom ___, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan.

3. All parties in interest shall refrain from taking any steps to consummate any transaction authorized by the DIP Order pending this Court's evaluation of the Motion for Stay Pending Appeal.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____
STEVEN W. RHODES
United States Bankruptcy Judge