211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Notice to Respondent and Proof of Service Missing for (Entry #2477) Motion Of Prepetition 42 U.S.C. Sec. 1983 Claimants.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☑ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 1/15/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                                 Chapter 9
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: ckata     Page 1 of 9     Date Rcvd: Jan 15, 2014
                   Form ID: def2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2014.
aty         +Trevor J. Zamborsky,    23880 Woodward Avenue,    Pleasant Ridge, MI 48069-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust         Daniel M. McDermott
                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2014 at the address(es) listed below:
        A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
         achouprouta@kramerlevin.com
        Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
         acaton@kramerlevin.com,    achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.    on behalf of Creditor Robert   Davis aap43@outlook.com,
         aap43law@gmail.com
        Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
         aap43@outlook.com,    aap43law@gmail.com
        Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
         wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com
        Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
         agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com
        Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
         HollisR@dhcmi.org
        Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
         stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
        Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
         aoreilly@honigman.com,    ahatcher@honigman.com
        Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
         and Agricultural Implement Workers of America bceccotti@cwsny.com
        Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
         bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
         bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
         bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
         bpatek@ermanteicher.com
        Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
         bfagan@dibandfagan.com
        Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
         bbest@schaferandweiner.com,    wkyles@schaferandweiner.com
        Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
         wkyles@schaferandweiner.com
        Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
         wkyles@schaferandweiner.com
        Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
         ssikorski@manteselaw.com
        Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
         joumedian@sspclegal.com
        Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
         bborder@sspclegal.com,    joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Brett A. Border on behalf of Creditor U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
- Brett A. Border on behalf of Creditor Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com
- Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
- Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
- Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
- Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
- Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
- Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
- Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
- Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com
- Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
- Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
- Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
- Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
- Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
- Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com
- Christopher A. Grosman on behalf of Creditor BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Christopher A. Grosman on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Claude D. Montgomery on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
- Craig B. Rule on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
- Craig E. Zucker on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
- Craig E. Zucker on behalf of Creditor Detroit Police Officers Association czucker@ermanteicher.com
- Craig E. Zucker on behalf of Creditor Detroit Police Command Officers Association czucker@ermanteicher.com
- Craig E. Zucker on behalf of Creditor Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
- Dan Korobkin on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party James Washington dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation dweiner@schaferandweiner.com

Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation dweiner@schaferandweiner.com

David Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

David Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

David Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association deisenberg@ermanteicher.com

David Eisenberg    on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com

David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc. dmollicone@dmms.com

David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com

David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com

David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com

David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation david.dubrow@arentfox.com

David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com

David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com

Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com

Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com

Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com

Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com

Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association dbeckwith@fosterswift.com

Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com

Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com

Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com

Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com

Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com

Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

          Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com, litdocket@honigman.com

          Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company emajoros@glmpc.com

          Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net

          Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net

          Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

          Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

          Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com

          Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com

          Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

          Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

          Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

          Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com

          Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com

          Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com

          Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com

          Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com

          Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com

          Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

          Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

          Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com

          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com

          Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

          Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com, Davis@ConLitPC.com

          Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com, Davis@ConLitPC.com

          James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

          James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com

          James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com

          Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com

          Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

          Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com

          Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com

          Jay S. Kalish   on behalf of Interested Party Thomas Gerald Moore JSKalish@aol.com

          Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com

          Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com

          Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

          Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

          Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com

          Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com

          Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net

          Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net

          John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com

          John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com

          John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
           jgregg@btlaw.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
           blundberg@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com,  alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com;matthewjclark83@yahoo.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com;matthewjclark83@yahoo.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,
           skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,
           skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
          Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit Lisa.Fenning@aporter.com
          Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
           Lisa.Fenning@aporter.com
          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
           lbrimer@stroblpc.com,  kvanakin@stroblpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association
           MField@stroblpc.com, jmckeogh@stroblpc.com
          Mami Kato    on behalf of Interested Party   International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato    on behalf of Interested Party   Service Employees International Union, Local 517M
           mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson    on behalf of Debtor In Possession   City of Detroit, Michigan
           swansonm@millercanfield.com
          Mark A. Angelov    on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov    on behalf of Interested Party   Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark E. Bredow    on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark R. James    on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
          Mary Beth Cobbs    on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Matthew Schneider    on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew Troy    on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
          Matthew Wilkins    on behalf of Retiree Committee   Official Committee of Retirees
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   Detroit Retired City Employees Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Gernet Summers    on behalf of Creditor   Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor   Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Melissa L. Demorest    on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com, paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor   John W. and Vivian M. Denis Trust
           melissa@demolaw.com, paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
          Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
           mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith Taunt    on behalf of Creditor   Retired Detroit Police Members Association
           mtaunt@stroblpc.com, KVanAkin@stroblpc.com
          Michael Anthony Karman    on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer    on behalf of Interested Party   MGM Grand Detroit, LLC
           mchammer2@dickinsonwright.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael R. Paslay    on behalf of Creditor   U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib    on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
           msl@maddinhauser.com, bac@maddinhauser.com
          My Chi To    on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party   Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
        Niraj R. Ganatra   on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
        Paige E. Barr   on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
        Patrick C. Lannen   on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
        Patrick E. Mears   on behalf of Creditor    36th District Court for the State of Michigan pmears@btlaw.com
        Paul R. Hage   on behalf of Creditor    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
        Paul R. Hage   on behalf of Plaintiff    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
        Paula A. Hall   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall   on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Peter D. Dechiara   on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
        Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
        Peter L. Canzano   on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
        Ralph A. Taylor   on behalf of Interested Party    Ambac Assurance Corporation ralph.taylor@arentfox.com
        Ralph A. Taylor   on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
        Randall A. Pentiuk   on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
        Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
        Richardo I. Kilpatrick   on behalf of Interested Party    City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
        Robert  Darnell   on behalf of Interested Party    United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
        Robert D. Gordon   on behalf of Creditor    Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
        Robert D. Gordon   on behalf of Creditor    General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
        Robert J. Diehl, Jr.   on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
        Robert M. Fishman    rfishman@shawfishman.com
        Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Debtor In Possession    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Ronald C. Liscombe   on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
        Ronald L. Rose   on behalf of Interested Party Angie  Wong rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Laura  Malher rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Wanda  Leverette rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Ian  Mobley rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Nathaniel  Price rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party James  Washington rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Jerome  Pierce rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
        Ronald L. Rose   on behalf of Interested Party Paul  Kaiser rrose@dykema.com
        Ryan  Plecha   on behalf of Interested Party    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan  Plecha   on behalf of Plaintiff    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
        Ryan  Plecha   on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
               ryan.bennett@kirkland.com
              Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
              Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
               sam.alberts@dentons.com, dan.barnowski@dentons.com
              Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
               mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
              Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
               mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
              Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
               soconnor@glmpc.com
              Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
               david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
              Sean M. Walsh    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               swalsh@sbplclaw.com
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
               State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
               slevine@lowenstein.com
              Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
               dguerrero@dykema.com
              Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
               dguerrero@dykema.com
              Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
               stephen.hackney@kirkland.com
              Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Steven G. Howell   on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
        Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
        Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
        Suzanne L. Wahl    on behalf of Creditor     DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
        Thomas R. Morris    on behalf of Interested Party Donald   Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Creditor Donald   Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
        Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
        Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com
        Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc. clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary   Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Michael   Wells billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary   Whitson billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Bruce   Goldman billwertheimer@gmail.com
        William C. Blasses    on behalf of Interested Party Gary   Segatti wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC wcb@osbig.com
        William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
        Yuliy Osipov    on behalf of Interested Party Gary   Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                                                 TOTAL: 371