UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                        Chapter 9

CITY OF DETROIT, MICHIGAN            Case No. 13-53846

               Debtor.                   Hon. Steven W. Rhodes
_____/

**STIPULATION FOR ENTRY OF ORDER EXTENDING BAR DATE FOR THE DETROIT INSTITUTE OF ARTS TO FILE PROOF OF CLAIM**

The City of Detroit, Michigan ("Debtor") and The Detroit Institute of Arts ("DIA"), by their undersigned counsel, stipulate that Detroit and the DIA are engaged in mediation and therefore agree to entry of the attached Order Extending Bar Date for The Detroit Institute of Arts to File Proof of Claim.

STIPULATED AND AGREED:

| | |
|---|---|
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>Attorneys for The Detroit Institute Of Arts<br><br>By: /s/ Judy B. Calton<br>       Judy B. Calton (P38733)<br>       Arthur T. O'Reilly (P70406)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Telephone: (313) 465-7000<br>Facsimile: (313) 465-8000<br>Email: jcalton@honigman.com | JONES DAY<br>Attorneys for the City of Detroit<br><br>By: /s/ David G. Heiman<br>       David G. Heiman (OH 0038271)<br>       Heather Lennox (OH 0059649)<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: dgheiman@jonesday.com<br>           hlennox@jonesday.com |

14020691.1

MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
Attorneys for the City of Detroit
    Jonathan S. Green (P33140)
    Stephen S. LaPlante (P48063)
150 West Jefferson, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
Email: green@millercanfield.com
    laplante@millercanfield.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:                                                    Chapter 9

CITY OF DETROIT, MICHIGAN            Case No. 13-53846

                 Debtor.                          Hon. Steven W. Rhodes
_____/

### ORDER EXTENDING BAR DATE FOR THE DETROIT INSTITUTE OF ARTS TO FILE PROOF OF CLAIM

This matter having come on to be considered upon the Stipulation For Entry of Order Extending Bar Date For The Detroit Institute of Arts To File Proof Of Claim of the City of Detroit ("**Debtor**") and The Detroit Institute of Arts ("**DIA**"), no further notice or hearing being required, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that, solely with respect to DIA, the General Bar Date established in the "Order, Pursuant To Sections 105, 501 And 503 Of The Bankruptcy Code And Bankruptcy Rules 2002 And 3003(C), Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof" entered November 21, 2013 (ECF 1782) (the "Bar Date Order") shall be extended to permit DIA to file a proof of claim against the Debtor through and including 4:00 p.m., Eastern Time, on May 21, 2014. All other terms and conditions set forth in the Bar Date Order shall continue to govern.