# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### STIPULATION REGARDING REVISED ORDER APPROVING RETENTION OF THE SEGAL COMPANY AS ACTUARIAL CONSULTANT TO THE OFFICIAL COMMITTEE OF RETIREES

This Stipulation regarding the retention of The Segal Company ("Segal") as actuarial consultant to the Official Committee of Retirees (the "Committee") is entered into this 21st day of January 2014, by and between the Retiree Committee and the City of Detroit, Michigan (the "City").

1. On December 2, 2013, the Committee filed an application to employ Segal as actuarial consultant to the Committee [Dkt. No. 1882] (the "Application").

2. On December 26, 2013, after the City and the Committee reached an agreement on the form of proposed order granting the Application, the Committee filed a notice of submission of a revised agreed upon order granting the Application [Dkt. No. 2330].

3. The parties hereby agree and stipulate that all issues with respect to the Application and Segal's retention by the Committee are resolved and that the proposed revised order attached hereto as Exhibit A (the "Proposed Order") is consistent with the agreement of the parties.

4. Accordingly, the Committee requests that the Court enter the Proposed Order attached hereto granting the Application.

Dated: Detroit, Michigan
January 21, 2013

| | |
|---|---|
| DENTONS US LLP | JONES DAY |
| By: /s/ Carole Neville | By: /s/ Jeffrey B. Ellman |
| Carole Neville | Jeffrey B. Ellman |
| Claude D. Montgomery | 1420 Peachtree Street, N.E. |
| 1221 Avenue of the Americas | Suite 800 |
| New York New York 10020 | Atlanta, Georgia 30309-3053 |
| Tel: (212) 768-6700 | Tel: (404) 581-3939 |
| carole.neville@dentons.com | Fax: (404) 581-8330 |
| claude.montgomery@dentons.com | jbellman@jonesday.com |
| and | *Attorneys for the City* |
| Sam J. Alberts | |
| DENTONS US LLP | |
| 1301 K Street, NW | |
| Suite 600, East Tower | |
| Washington, DC 20005-3364 | |
| Tel: (202) 408-6400 | |
| sam.alberts@dentons.com | |
| *Attorneys for the Committee* | |