## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

### NOTICE OF FILING OF FE MONTHLY INVOICE [NOVEMBER 2013]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which (i) requests an aggregate amount of $104,026.40 in fees and $34.25 in expenses, and (ii) consists of detailed statements of the fees and expenses requested for the month of November 2013 by (A) the Fee Examiner (*see* Exhibit A, requesting $24,540.00 in fees and $0 in expenses), (B) counsel to the Fee Examiner (*see* Exhibit B, requesting $51,376.00 in fees and $20.80 in expenses), and (C) the financial advisor to the Fee Examiner (*see* Exhibit C (requesting $28,110.40 in fees and $13.45 in expenses), a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated: January 21, 2014

By: /s/ Peter J. Roberts
One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
proberts@shawfishman.com

### CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 21st day of January, 2014.

/s/ Peter J. Roberts

{10661-001 NTC A0364731.DOCX}