UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 JAN 21 P 12:53
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:

CITY OF DETROIT, MICHIGAN,

Debtor,

Chapter 9

Case No. 13-53846
Hon. Steven Rhodes

NOTICE OF MOTION PURSUANT TO SECTION 1102(a)(2)
OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER
DIRECTING THE APPOINTMENT OF A COMMITTEE
OF PREPETITION 42 U.S.C. § 1983 CLAIMANTS

**PLEASE TAKE NOTICE**, that prepetition claimants with lawsuits alleging claims against the City, its employee or both under 42 U.S.C. § 1983 that are pending in the United States District Court (the "1983 Claimants"), as interested parties in the above-captioned matter, hereby moves For the Entry of an Order Directing the Appointment of a Committee of Prepetition 42 U.S.C. § 1983 Claimant (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order granting the Motion or if you want the Court to consider your views on the Motion, **within 14 days**, you or your attorney must:

1. File with the Court a written objection, together with a proof of services, explaining your position at:

   United States Bankruptcy Court
   211 W. Fort Street
   Detroit, Michigan 48226-3211

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:

Romano Law, P.L.L.C., 23880 Woodward Avenue, Pleasant Ridge, Michigan 48069, Attention Trevor J. Zamborsky, Esq.; (ii) the Office of the United States Trustee for the Eastern District of Michigan, 211 W. Fort Street, Suite 700, Detroit, Michigan 48226, Attention: Kelley Callard, Trial Attorney; (iii) counsel to the Debtor, Jones Day, 222 East 41st Street, New York, New York, NY 10017: Attention Heather Lennox; and (iv) the Court appointed fee examiner, Robert M. Fishman, c/o Shawn Fishman Glantz & Towbin LLC, 321 N. Clark Street, Suite 800, Chicago, Illinois 60654.

22

2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully Submitted,

By: _____
Trevor J. Zamborsky MI (P77244)
Romano Law, P.L.L.C.
23880 Woodward Avenue
Pleasant Ridge, MI 48069
tzamborsky@romanolawpllc.com
Tel:  (248) 750-0270
Fax:  (248) 567-4827

Date: 01-21-2014

23

EXHIBIT A
13-53846-tjt    Doc 2526    Filed 01/21/14    Entered 01/21/14 13:08:44    Page 2 of 2