UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor,

Chapter 9

Case No. 13-53846
Hon. Steven Rhodes

FILED 2014 JAN 21 P 12:53
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2014, I filed 1) *Motion of Prepetition 42 U.S.C. § 42 1983 Claimants, Pursuant to Section 1102(a)(2) of the Bankruptcy Code, for Entry of an Order Directing the Appointment of a Committee of Prepetition 42 U.S.C. § 1983 Claimants*; 2) *Notice of Motion* and 3) this *Certificate of Service* in hardcopy with the Clerk of the Court and served via the Court's electronic case filing system to all parties registered to receive electronic notices in this matter.

Respectfully submitted,

ROMANO LAW, P.L.L.C.

By: _____
Trevor J. Zamborsky (P77244)
23880 Woodward Avenue
Pleasant Ridge, MI 48069
tzamborsky@romanolawpllc.com
Tel: (248) 750 – 0270
Fax: (248) 567 – 4827