**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
<u>**(Southern Division)**</u>

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846-swr |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | ) | Re: Docket Nos. 2516 |
| _____ | ) | |

**JOINDER OF HYPOTHEKENBANK FRANKFURT AG, HYPOTHEKENBANK FRANKFURT INTERNATIONAL S.A., AND ERSTE EUROPAISCHE PFANDBRIEF- UND KOMMUNALKREDITBANK AKTIENGESELLSCHAFT IN LUXEMBURG S.A. IN THE EMERGENCY MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA <u>CAPITAL ASSURANCE INC. FOR STAY PENDING APPEAL</u>**

Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"), by its undersigned attorneys, hereby join in the *Emergency Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Stay Pending Appeal* (Docket No. 2516) (the "Motion").

Accordingly, for the reasons set forth in the Motion, EEPK requests that this Court enter an order granting a stay of the DIP Order pending appeal or, in the alternative, enter an order granting a temporary stay of the DIP Order pending the district court's evaluation of the appropriateness of a stay of the DIP Order pending appeal.[1]

---

[1] Unless specified otherwise, all capitalized terms shall have the meanings given to them in the Motion.

1

Dated:  January 21, 2014.                    Respectfully submitted,

/s/ Howard S. Sher
Howard S. Sher, Esquire (P38337)
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel:  (248) 649-1900
Fax:  (248) 649-2920
E-mail:  howard@jacobweingarten.com

Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel:  (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

-and-

Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Tel:  (302) 252-4428
Fax:  (302) 252-4466
E-mail: summersm@ballardspahr.com

*Attorneys for Hypothekenbank Frankfurt AG,
Hypothekenbank Frankfurt International S.A., Erste
Europäische Pfandbrief- und Kommunalkreditbank
Aktiengesellschaft in Luxemburg S.A.*

## CERTIFICATE OF SERVICE

I, Howard S. Sher, state that on January 21, 2014, I filed a copy of the foregoing Joinder of Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. in the Emergency Motion of Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. for Stay Pending Appeal with the Clerk of Court using the Court's ECF system and I hereby certify that the Court's ECF system has served all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ *Howard S. Sher*
Howard S. Sher (P38337)
E-mail: howard@jacobweingarten.com