FILED
2014 JAN 21 P 4:07
U.S. BANKRUPTCY COURT
E.D. MICHIGAN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

District of Michigan

File Docket Numbers 2264 & 2265

CARL WILLIAMS & HASSAN ALEEM

        Creditors

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR

Chapter 9  
Case No. 13-53846  
Hon: Steven W. Rhodes

        Debtor

_____/

## PROOF OF SERVICE

___Carl Williams___, being first duly sworn deposes and Say that on January 21 2014. I sent a copy l filed a copy for permission to appeal by appellants docket numbers 2264 and 2265, pursuant to 28 USC Section 158 (d) Upon the concern parties by certified mail at the following address:

City of Detroit  
Corporation Council  
First National Building  
600 Woodward Ave

Emergency Manager
Kevyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floors
Detroit, Michigan 48226

Sign _Caryl B Williams_

Subscribed and sworn to before me, On this __21st__ day

of _____January_____ 2014

_Gloria Ann Surles_
           Notary

GLORIA ANN SURLES
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Sep 15, 2017
ACTING IN COUNTY OF _Wayne_