UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
|     Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

Order Denying Motion for Entry of an Order Appointing and Directing the
Debtor to Cooperate with a Committee of Creditors and Interested Persons to
<u>Assess the Art Collection of the Detroit Institute of Arts</u>

For the reasons stated on the record in open Court on January 22, 2014, it is hereby ordered that the motion of creditors for entry of an order pursuant to section 105(a) of the Bankruptcy Code appointing and directing the debtor to cooperate with a committee of creditors and interested persons to assess the art collection of the Detroit Institute of Arts based on arms-length market transactions to establish a benchmark valuation (Dkt. #1833) is denied.
.

**Signed on January 22, 2014**

                                                             /s/ Steven Rhodes
                                                            **Steven Rhodes**
                                                            **United States Bankruptcy Judge**