UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name ___**Mark R. James**___

Firm ___**Williams, Williams, Rattner & Plunkett, P.C.**___

Address ___**380 N Old Woodward Ave, Ste 300**___

City, State, Zip ___**Birmingham, MI 48009**___

Phone ___**248-642-0333**___

Email ___**mrjames@wwrplaw.com**___

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number:**     **13-53846**

**Chapter:**     **9**

**Hearing Judge** Hon. Steven Rhodes

◉ **Bankruptcy**    ○ **Adversary**

○ **Appeal**    **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 01/22/2014    **Time of Hearing:** 3:00    **Title of Hearing:** Art Committee Motion

Please specify portion of hearing requested: ◉ **Original/Unredacted**   ○ **Redacted**   ○ **Copy** (2nd Party)

◉ Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: **Ruling on Art Committee Motion**

---

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

◉ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark R. James     Date: **1/23/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
            Date       By

Order Received:

Transcript Ordered

Transcript Received