UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,	Case No. 13-53846
	Chapter 9
       Debtor.	Hon. Steven W. Rhodes
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

To:    Clerk of the Bankruptcy Court

Mark H. Shapiro of the firm Steinberg Shapiro & Clark, files this Notice of Appearance as proposed co-counsel, with Brett H. Miller and Lorenzo Marinuzzi of Morrison & Foerster, LLP of New York, New York, for the Committee of Unsecured Creditors appointed in the above-captioned case. Mr. Shapiro requests that all filings in this case be served at the following email address via notice of electronic filing:

    Mark H. Shapiro, Esq.
    shapiro@steinbergshapiro.com

    STEINBERG SHAPIRO & CLARK

    /s/ Mark H. Shapiro (P43134)
    25925 Telegraph Road., Suite 203
    Southfield, MI 48033
    (248) 352-4700
    shapiro@steinbergshapiro.com

Date:    January 23, 2014