UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,　　　　　　　　　　Case No. 13-53846
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 9
　　　　Debtor.　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

　　To:　Clerk of the Bankruptcy Court

　　Geoffrey T. Pavlic of the firm Steinberg Shapiro & Clark, files this Notice of Appearance as proposed co-counsel, with Brett H. Miller and Lorenzo Marinuzzi of Morrison & Foerster, LLP of New York, New York, for the Committee of Unsecured Creditors appointed in the above-captioned case. Mr. Pavlic requests that all filings in this case be served at the following email address via notice of electronic filing:

　　　　　　　　　　Geoffrey T. Pavlic, Esq.
　　　　　　　　　　pavlic@steinbergshapiro.com


　　　　　　　　　　　　　　STEINBERG SHAPIRO & CLARK

　　　　　　　　　　　　　　 /s/ Geoffrey T. Pavlic (P53770)
　　　　　　　　　　　　　　25925 Telegraph Road., Suite 203
　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　(248) 352-4700
　　　　　　　　　　　　　　pavlic@steinbergshapiro.com
Date: January 23, 2014