# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

'''  **Bankruptcy**      **Adversary**

**Appeal     Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____ **Time of Hearing:** _____ **Title of Hearing:** _____

Please specify portion of hearing requested: ''' **Original/Unredacted** ''''''' **Redacted** ''''''''''**Copy** *2nd Party)

Entire Hearing          Ruling/Opinion of Judge          Testimony of Witness          Other

Special Instructions: _____

---

**Type of Request:**

Ordinary Transcript - $3.65 per page (30 calendar days)

14-Day Transcript - $4.25'r gt'r ci g (14 calendar days)

Expedited Transcript - $4.85'r gt'r ci g (7 working days)
'''''''''''CD - $30; FTR Gold format''/''You must download the free
'''''FTR Record Player™ onto your computer from
'''''''''''''''''''''''''''''''''y y y 0nti qrf 0eqo ''

**Signature of Ordering Party:**

_____ Date: _____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date          By

Order Received:

Transcript Ordered

Transcript Received