UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# ATTACHMENT

# APPELLANT STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Item | Date Filed | Docket # | Description |
|---|---|---|---|
| 11. | 1/23/2014 | 2546 | Transcript of December 16, 2013 Hearing Regarding Docket #1745 (transcript order pending) |

# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Matthew Schneider**

Firm: **Department of Attorney General**

Address: **P.O. Box 30212, Lansing, MI 48909**

City, State, Zip: **525 W. Ottawa St, Lansing, MI 48933**

Phone: **517-241-8403**

Email: **gustafsonh@michigan.gov**

**Case/Debtor Name:** In Re: City of Detroit

**Case Number:** 13-53846

**Chapter:**

**Hearing Judge:** Hon. Steven Rhodes

◉ Bankruptcy  ○ Adversary

○ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 12/16/2013  **Time of Hearing:** 10 am  **Title of Hearing:** Detroit Bankruptcy

Please specify portion of hearing requested: ○ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

◉ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: **Hearing on motion for reconsideration of docket 1745**

**Type of Request:**

◉ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

○ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format. You must download the free FTR Record Player™ onto your computer from www.fnt.uscourts.gov

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date          By

Order Received:

Transcript Ordered:

Transcript Received:

**Signature of Ordering Party:**

/s/ Matthew Schneider  Date: **1/23/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.