UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

City of Detroit, Michigan                    Chapter 9
                                              Case No. 13-53846
              Debtor.                         Hon. Steven W. Rhodes
_____/

**Exhibit 2 - Order Denying Stay of This Court's Order Dated 11/6/13 (Dkt 1536)**

**To:**

**Petitioners' Response to Respondents' Motion to Stay the Effect of Order Grnating Phillips' Motion for Relief From Stay (Dkt 1536) Pending Appeal of that Order and Order Denying Motion for Reconsideration of Order Granting Phillips' Motion for Relief from Stay (Dkt 2256)**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

City of Detroit, Michigan

Debtor.

Chapter 9.
Case No. 13-53846
Hon. Steven W. Rhodes

## ORDER DENYING STAY OF THIS COURT'S ORDER DATED NOVEMBER 6, 2013, DKT NO. 1536

THE COURT HAVING FOUND THAT:

Upon Motion of the Governor and State Treasurer of Michigan to Stay this Court's Order Lifting the Automatic Stay (Dkt No. 1536).

IT IS HEREBY ORDERED that the Motion is denied.

**Dated:**

**Hon. Steven W. Rhodes**

F:\Cases\Phillips v. Snyder\In Re Detroit Bankruptcy\Pldgs\Order Denying Stay of this Court's Order of 11-6-13 (2014-01-23).docx