UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**APPELLANT STATE OF MICHIGAN'S
AMENDED DESIGNATION
OF THE CONTENTS OF THE RECORD**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy

Procedure, appellant State of Michigan submits this amended

designation of the contents of the record in addition to the Designation

and Statement of Issues on Appeal filed January 23, 2014, [Dkt. #2547]

**I.   AMENDED DESIGNATION OF THE CONTENTS OF THE
RECORD ON APPEAL**

| Item | Date Filed | Docket # | Description |
|---|---|---|---|
| 11. | 1/23/2014 | 2546 | Transcript of December 16, 2013 Hearing Regarding Docket #1745 (transcript) |

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel

P.O. Box 30754
Lansing, Michigan  48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Dated: January 27, 2014        Attorney for State of Michigan