UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2014, I electronically filed the Appellant State of Michigan's Amended Designation of the Contents of the Record [Docket No. 2564] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                        */s/Matthew Schneider*
                                        Matthew Schneider
                                        Chief Legal Counsel
                                        Attorney for State of Michigan
                                        P.O. Box 30754
                                        Lansing, Michigan 48909
                                        (517) 373-3203
                                        SchneiderM7@michigan.gov [P62190]