# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

## ORDER MODIFYING THE AUTOMATIC STAY

This matter came before the Court by stipulation ("Stipulation") between Ronald Cook ("Plaintiff") and the City of Detroit ("City"), with respect to Plaintiff's Petition for Order Lifting Stay ("Motion") described in the Stipulation; the parties have reached an agreement to address the issues raised in the Motion as provided for herein; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the automatic stay is hereby modified for the purpose of permitting the promotional process to be re-opened and proceed in the manner specified by the Michigan Court of Appeals opinion and Order issued in case nos. 308561 and 310509.

IT IS FURTHER ORDERED that the automatic stay is further modified to allow liquidation of any retroactive pay claims which may arise if Plaintiff receives a promotion as a result of the re-opened promotional process.

.

**Signed on January 27, 2014**

                                                                  /s/ Steven Rhodes
                                                                     **Steven Rhodes**
                                                               **United States Bankruptcy Judge**