UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                        :       Chapter 9
In re                                   :
                                        :       Case No. 13-53846
CITY OF DETROIT, MICHIGAN,              :
                                        :
                    Debtor.             :       Hon. Steven W. Rhodes
                                        :
                                        :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 21, 2014, the Stipulation Regarding Revised Order Approving Retention of The Segal Company as Actuarial Consultant to the Official Committee of Retirees [Docket No. 2524] was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: January 27, 2014            DENTONS US LLP

                                        By:  */s/ Carole Neville*
                                        Carole Neville
                                        1221 Avenue of the Americas
                                        New York New York 10020
                                        Tel: (212) 768-6700
                                        Fax: (212) 768-6800
                                        carole.neville@dentons.com

                                        *Attorneys for the Retiree Committee*