UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                  Chapter 9
                                                   13-53846-swr
City of Detroit, Michigan,                         Judge Rhodes

Debtor.
_____/

## STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO KONDAUR CAPITAL CORPORATION

The City of Detroit, Michigan, (Debtor), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Kondaur Capital Corporation ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit A**.

Wherefore, Creditor respectfully requests that that the aforementioned relief be granted.

Approved for entry:

By: /s/ Brett A. Border                By: /s/Eric D. Carlson
Brett A. Border (P65534)               Eric D. Carlson (MI P60277)
Schneiderman & Sherman, P.C.           Stephen S. LaPlante (MI P48063)
Attorney for Creditor                  MILLER, CANFIELD, PADDOCK
23938 Research Drive #300              AND STONE, P.L.C.
Farmington Hills, MI 48335             150 West Jefferson, Suite 2500
Telephone: (248) 539-7400              Detroit, Michigan 48226
bborder@sspclegal.com                  Telephone: (313) 963-6420
                                       Facsimile: (313) 496-7500
                                       carlson@millercanfield.com
                                       laplante@millercanfield.com

EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In The Matter of: | Chapter 9 |
| | 13-53846-swr |
| City of Detroit, Michigan, | Judge Rhodes |
| Debtor. | |
| _____/ | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO KONDAUR CAPITAL CORPORATION

This matter having come before this Court on the Motion for Relief from the Automatic Stay; the City of Detroit, Michigan, (Debtor), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Kondaur Capital Corporation ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the Automatic Stay is modified to allow Creditor, its successors or assigns to foreclose on the property known as 7827 LONGACRE STREET, DETROIT, MI 48228, legal description : LOT 605, AND 1 / 2 OF VACANT ALLEY ADJOINING IN REAR, WEST HAVEN SUBDIVISION NO. 1 AS RECORDED IN LIBER 43, PAGE 37 OF PLATS, WAYNE COUNTY RECORDS, for the reasons set forth in Creditor's Motion;

that F.R.B.P.4001(a)(3), is waived; that this order shall be served on the Debtor and all others with an interest in the subject property.