UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

      Debtor.

CASE NO. 13-53846-SWR
HON. Steven W. Rhodes
CHAPTER 9

_____/

## STIPULATION IN SUPPORT OF ORDER MODIFYING THE AUTOMATIC STAY

The City of Detroit ("City") and Autotrakk, L.L.C., servicer for the Lycoming Auto Trust ("Plaintiff") stipulate and agree to the entry of the order attached as Exhibit A.

Dated: January 28, 2014

Agreed to:

By: /s/ Eric D. Carlson_____
Eric D. Carlson (MI P60277)
Timothy A. Fusco (MI P13768)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
carlson@millercanfield.com
Fusco@millercanfield.com

By: /s/ Richard A. Green_____
RICHARD A. GREEN (P-36746)
LAW OFFICES OF RICHARD A. GREEN
Attorney for Autotrakk, L.L.C.
705 S. Main St., Ste. 270
Plymouth, MI 48170
Telephone: (734) 335-6032
rgreenbankruptcyeast@yahoo.com

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

    Debtor.

CASE NO. 13-53846-SWR
HON. Steven W. Rhodes
CHAPTER 9

_____/

**STIPULATED ORDER GRANTING RELIEF FROM STAY & WAIVING THE PROVISIONS OF FRBP 4001(a)(3) AS TO AUTOTRAKK, L.L.C., SERVICER FOR THE LYCOMING AUTO TRUST**

Upon the Stipulation in Support of Order Modifying the Automatic Stay between the City of Detroit ("City") and Autotrakk, L.L.C., servicer for the Lycoming Auto Trust ("Plaintiff"), the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

IT IS HEREBY ORDERED Autotrakk, L.L.C. is granted relief from the automatic under 11 U.S.C. § 362 (d) (1) to initiate a civil action against the City to challenge the propriety of the City's refusal to release the 2009 Chrysler PT Cruiser bearing vehicle identification number 3A8FY48909T555732 (the "Vehicle") which was previously impounded by the City ("Civil Action");

IT IS FURTHER ORDERED that Civil Action shall not seek any monetary

relief or damages from the City and will be limited solely declaratory relief challenging the propriety of the City conditioning release of the Vehicle on payment of the outstanding parking tickets and for possession of the Vehicle.

IT IS FURTHER ORDERED that BR 4001 (a) (3) is waived.