# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

——————————————————————— X
: 
In re: : Chapter 9
 :
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846 (SWR)
 :
                Debtor. : Hon. Steven W. Rhodes
 :
——————————————————————— X

## AMENDED EXHIBIT A TO AMENDED VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Dated: New York, NY
      January 28, 2014

/S/Deborah L. Fish
**ALLARD & FISH, P.C.**
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Ad Hoc COPs Holders*

z:\13\079\plds\exh.a.2019 stmt.amended.docx

| Name | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| Dexia Crédit Local | 445 Park Avenue<br>6th Floor<br>New York, NY 10022<br>Telephone: (212) 705-0765<br>Facsimile: (212) 324-1647 | $255,000,000 in Certificates of Participation<br>$24,965,000 in Sewage Disposal System Revenue Bonds |
| Dexia Holdings, Inc. | 445 Park Avenue<br>6th Floor<br>New York, NY 10022<br>Telephone: (212) 705-0765<br>Facsimile: (212) 324-1647 | $50,000,000 in Certificates of Participation |
| NORD/LB Covered Finance Bank S.A. | 7, rue Lou Hemmer<br>L-1748 Luxembourg-Findel<br>R.C.S. Luxembourg B 10405<br>Telephone: +352 452211-1<br>Facsimile: +352 452211-319 | $15,845,000 in Certificates of Participation |

**AMENDED EXHIBIT A**