1/15/14

1

Case #: 13-53846

FILED
2014 JAN 15 A 11:24
US BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dear Judge Rhodes,

From what I could hear and read of the Jones Day attorney's closing arguments from the back of the room Monday (and it is difficult for me from that distance), the Jones Day attorney was putting the burden of proof on others, rather than her own law firm which "represents" the city of Detroit as well as the cities adversaries, UBS and Bank of America.

Whose obligation is it to show that the swap deals were illegal? The justice department? the Securities and Exchange? People as far as Germany have complained about the effects of the manipulation of the libor. Baltimore has a class action suit against the banks. People from Scotland and

around the world are sending money to try and help Detroiters. Diane Bukowski has written much on her on-line, VoiceofDetroit.net, about the swaps deals; I heard about the r/estate bubble in 2002, and the banks that were bundling the mortgages knew the bubble would burst eventually, even with their libor manipulations; they misrepresented (their true forecasts) and put cities under duress (lower your bond ratings if you don't). Wikipedia has 3 categories for "interest rate swap." fixed interest rate (lender) to fixed (borrower) and variable interest rate to variable interest rate (borrower) lender are used for when you have the same currency; variable to fixed or fixed to variable are used when there are two different currencies. Monday outside the federal building I spoke to an attorney representing

Bank of America; he said that when you sell something to someone with a different currency you can adjust for devaluations or increases in the two currencies.

Why did the banks promote a business practice that was normally used for international transactions? Before the close of 2013, at least 20 American cities had filed for bankruptcy. After the crash in 2008, the tax payers bailed out the banks, and they also got the benefit of borrowing money from the federal reserve at close to 0% interest. Did they share that benefit with the tax payers that bailed them out? No! So far, did the department of justice or securities exchange help the struggling cities? No! The department of "justice sic." fined these banks multiple times, and put some of their officers

on probation, rather than in a Old jail [converted Prison on Mound Rd] with cold concrete floors and no beds run by the State of Michigan to detain Detroiters. The help Detroit is getting from the federal government is $3 million dollars to pay Councilperson Shantel Jenkins husband's ~~business~~ employer, Strategic Staffing Solutions, to provide professional consultant/contractor services to the Police. My old hand made sign, "How much would a Police State Cost or How Much does it?" is the only "help" we get from the federal government? I remember a Chinese student telling me that in China, the government would not sit back and allow a city to go bankrupt; they would help.

When I have borrowed money I always wanted a fixed rate, as I remembered how the interest rate went up to 14% during Carter's term. Nixon ~~abergeaugut~~ froze prices, but people with published prices couldn't raise prices to compensate for their suppliers increases that were unpublished; so he [Nixon] ~~stopped~~ the freeze and changed the cost of living formula by swapping mortgages for rents or visa versa, which made things look better for awhile. Later ~~Then~~ Carter had to take all the blame for high inflation.

So these banks played on this legitimate fear knowing that they have enough clot to get a good bail out for themselves. Did not Geitner go against Obama's order to let Citi Bank go down? Geitner was a former Citi Bank employee... a conflict of interest? like Jones Day representing both sides the city of Detroit and the banks.

Before any decision is rendered by you on this matter, I would urge you not to put the cart before the horse. First we should look at the constitutionality of the new emergency manager law that was passed by a lame duck Michigan legislature session in December 2013, just weeks after the electorate voted to repeal a similar law. If this is illegal, then Kevin Orr and his appointed Jones Day are not the legal representatives of the city.

If Bank of America, UBS, JP Morgan and others have had to pay the government for their illegal practices, we should not borrow from Barclay who has clean hands to pay back UBS and Bank of America, et al who have dirty hands and who could help Detroit by repaying us. If we pay them anything that takes them off the hook, doesn't it?

If the Casino revenues ~~should~~ would be repurposed from US Bank to what was written into the legislation that the revenue would go toward improving the quality of life, this whole justification for settling with crooks would be to free up casino revenues, would go away. If this is an illegal use of public revenue, let Jones Day work to stop the transfer to US Bank. These casinos are one of the causes of our bankruptcy as it takes money out of the local economy, including the property taxes, and concentrates it in a few hands, probably mostly to be invested elsewhere. Unlike business gambels, this gambling just transfers money from many to a few with no increase in standard of living for the many. Eventually they will go bankrupt too, like Biloxee sp, Miss.

Again, please consider getting the appeal rulings on the constitutionality of PA 436, and on the illegality of the transfer of Casino revenues to US Bank instead of using them to maintain city services, and on whether or not the banks should be required to reimburse cities for the costs incurred from the swap agreements.

As a federal judge can you ask the dept. of Justice and SEC to help with this and other similar cases.

Respectfully,

Linda Danah

P.S. The City Council voted in October 2013 unanimously 9 to 0 to reject Kevin Orr's order to OK the Barclay Loan to pay off Bank of America and UBS.

continued on page nine

9

Does the state of Michigan Constitution or laws speak to the ethics of conflict of interest for people who are supposed to be serving the public interest?

Conflicts of interests in city and state matters should be prohibited.

cindydarrah@gmail.com
(313) 414-5186
492 Peterboro
Det MI 48201
detroitvoters.org
city resident & retiree
Det Public Lighting & Recreation


RECEIVED
JAN 15 2014
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN