PS, I haven't got ahold of Cecily to see if she will accept the appointment.
in re City

1/22/13

Judge Rhodes,

FILED
2014 JAN 22 A 11:24
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Can You Achieve a Simultaneous Settlement?

Is that better?

I involved myself in the Detroit Newspaper strike where my union IBEW LU58 business agent, Jeff Radjenski (now an international business agent to get local & international and NEBF and professional international (lucrative pension) along with other press maintenance unions settled early with $50 a month tool allowances, to leave the pressman, drivers, reporters, advertisers, artists, out to dry. The workers together could win. We are both workers & public. How to do well for the people of the past, present, or future with a change(s) in the system(s) that will enrich quality of life, in health, happiness, and creativity. New Annuities for public works that benefit the public here in Detroit and into the area? for Det H₂O & Sewage

Respectfully, Linda J Vanah

13-53846-tjt   Doc 2588   Filed 01/22/14   Entered 01/29/14 11:35:33   Page 1 of 1