In re City
13-53846

Cecily McClellan
Calvert, Det
313 820 6934 cell
852 1629 home
mcclellancr@netzero.net

1/22/13

Dear Judge Rhodes,

I want Cecily Ebony McClellan et al, as a city of Det. retiree and activist to represent me, and Lucinda "Cindy" Darrah in the City of Detroit Bankruptcy proceedings.

The reasons for my request are as follows:

I trust her and her political common sense, she is concerned and involved. After I talked on public mic at retirees association, I got the cold shoulder from the retiree leadership; while listening to the spit fire channel 2 interview the retiree attorney for both Several & Police & Fire, Gordon I think, he reacted negatively when spit fire asked him to be on at 10 pm with Jerry Goldberg. I see art! I love it & don't see the institutions defending the retirees.

Thank you, Lucinda Darrah
lucindarrah@gmail.com
voters.org
492 Peterboro Det 48201  313 414 5181

FILED
2014 JAN 22 A 11:28
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT