Judge Rhodes

FILED 1/17/14
2014 JAN 22 A 11:23
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Just thought I could write a short note letting you know how the current bankruptcy fiasco is affecting a sane retirees life.

I am 61 yrs old, retired young in 2002, after approx. 29 yrs of service. Planned my retirement on the pension and healthcare I earned while working. I have various part time jobs since retiring. My wife was a stay at home mom, and we paid to put our two children through private school since we were forced to live in the city. Never made money on our house and worked hard to save for retirement.

The current healthcare we are forced to go through is a mess. I have started the process October 1st with OBAMACARE since I learned we were losing our insurance. After 20 phone calls (on hold 2-4 hours) numerous e-mails, and starting 5 different accounts, I am no closer than the day I started. Mr Orr's plan to put us into the Affordable Care Act is so far, unworkable. I will keep trying, because I have too.

The pension is another story, and planning our finances is difficult to say the least.

But I have gone on long enough. It just helps me to vent. You seem like a reasonable man, I hope this helps you as much as it did me.

Timothy Bar
Y825 Sailboat
Las Vegas, NV 89145