UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   Chapter 9
                                                          Case No. 13-53846
            Debtor.                          Hon. Steven W. Rhodes

---

## APPEARANCE AND REQUEST TO BE ADDED TO MATRIX

PLEASE TAKE NOTICE that Allison R. Bach of Dickinson Wright PLLC hereby appears in the above-captioned case on behalf of State of Michigan, Department of Attorney General, and requests to be added to the matrix and further requests, pursuant to the Fed.R.Bankr.P. 2002 and 9010(b) that any and all notices given or required to be given in the above-captioned case and any proceedings therein, and all papers served or required to be served in the adversary case and any proceedings therein, be given to and served upon:

      Allison R. Bach
      Dickinson Wright PLLC
      500 Woodward Avenue, Suite 4000
      Detroit, Michigan 48226-3425

PLEASE TAKE NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise.

January 29, 2014                        DICKINSON WRIGHT PLLC

                                        By: /s/ Allison R. Bach
                                        Allison R. Bach (P68299)
                                        500 Woodward Avenue, Suite 4000
                                        Detroit, MI 48226
                                        (313) 223-3500
                                        abach@dickinsonwright.com


DETROIT 56620-1 1306307v1