# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

                                        CASE NO. 13-53846-SWR

     Debtor.                         HON. Steven W. Rhodes

                                          CHAPTER 9

_____/

## ORDER GRANTING RELIEF FROM STAY & WAIVING THE PROVISIONS OF FRBP 4001(a)(3) AS TO AUTOTRAKK, L.L.C., SERVICER FOR THE LYCOMING AUTO TRUST

Upon the Stipulation in Support of Order Modifying the Automatic Stay between the City of Detroit ("City") and Autotrakk, L.L.C., servicer for the Lycoming Auto Trust ("Plaintiff"), the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

IT IS HEREBY ORDERED Autotrakk, L.L.C. is granted relief from the automatic under 11 U.S.C. § 362 (d) (1) to initiate a civil action against the City to challenge the propriety of the City's refusal to release the 2009 Chrysler PT Cruiser bearing vehicle identification number 3A8FY48909T555732 (the "Vehicle") which was previously impounded by the City ("Civil Action");

IT IS FURTHER ORDERED that Civil Action shall not seek any monetary relief or damages from the City and will be limited solely declaratory relief

challenging the propriety of the City conditioning release of the Vehicle on

payment of the outstanding parking tickets and for possession of the Vehicle.

IT IS FURTHER ORDERED that BR 4001 (a) (3) is waived.

.

**Signed on January 29, 2014**

_____/s/ Steven Rhodes_____
**Steven Rhodes**
**United States Bankruptcy Judge**