UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  
City of Detroit, Michigan  
                Debtor(s).  
_____/

Case No. 13-53846  
Chapter 9  
Hon. Steven W Rhodes

Michigan Council 25 of the American Federation of State,  
County and Municipal Employees (AFSCME), AFLO-CIO  
and Sub-Chapter 98, City of Detroit Retirees  
        Appellant  
   v.

City of Detroit, Michigan  
        Appellee.  
_____/

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING NOTICE OF APPEAL

    I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☒ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☒ | Other: Motion for Direct Appeal | ☒ | Other: Designation of Items to be Included on CD |

**NOTE:  Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒ There is a previous civil matter in this bankruptcy.  That matter was given civil case number 13-13873 and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record and/or paid the filing fee.

.

Dated: January 30, 2014                             Clerk, United States Bankruptcy Court

                                                            By:  /s/  Kristel Trionfi  
                                                                 Deputy Clerk