UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:                                                            Case No. 13-53846
City of Detroit, Michigan                            Chapter 9
                      Debtor(s).                      Hon. Steven W Rhodes
_____/

The Police and Fire Retirement System of the City of Detroit
and the General Retirement System of the City of Detroit

                 Appellant
   v.

City of Detroit, Michigan

                 Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD**
**REGARDING NOTICE OF APPEAL**

      I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☒ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☒ | Other: Motion for Direct Appeal | ☒ | Other: Designation of Items to be Included on CD |

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record and/or paid the filing fee.

.

Dated: January 30, 2014                              Clerk, United States Bankruptcy Court

                                                                  By: /s/ Kristel Trionfi
                                                                         Deputy Clerk