UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a) and (d) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, the Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., file this notice of appeal of the Opinion Regarding Eligibility (dkt. 1945) and the Order for Relief Under Chapter 9 of the Bankruptcy Code (dkt. 1946) entered on December 5, 2013 by the United States Bankruptcy Court for the Eastern District of Michigan (together, the "Eligibility Order"). Attached as Exhibit 1 is a Bankruptcy Matter Civil Case Cover Sheet.

The names of all parties to the Eligibility Order, and the names, addresses, and telephone numbers of their respective attorneys are set forth below. In addition, approximately 92 individuals were invited to address the Bankruptcy Court at the hearing on September 19, 2013 regarding their objections to eligibility (the "Individual Objectors"). The Individual Objectors are listed on Exhibit 2.

**The Police and Fire Retirement System of the City of Detroit**
**The General Retirement System of the City of Detroit**

Represented by:
CLARK HILL PLC
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
Evan J. Feldman (P73437)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Phone: (248) 988-5882  Fax: (248) 988-2502
rgordon@clarkhill.com

ARNOLD & PORTER LLP
Lisa Hill Fenning (admitted *pro hac vice*)
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Phone: (213) 243-4000  Fax: (213) 243-4199
lisa.fenning@aporter.com

**The City of Detroit, Michigan**

Represented by:
JONES DAY
Bruce Bennett (CA 105430)
555 South Flowers Street, Fiftieth Floor
Los Angeles, California 90071
Phone: (213) 243-2382  Fax: (213) 243-2539
bbennett@jonesday.com

JONES DAY
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114
Phone: (216) 586-3939  Fax: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Phone: (313) 963-6420  Fax: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

**The Detroit Fire Fighters Association**
**The Detroit Police Officers Association**
**The Detroit Police Lieutenants & Sergeants Association**
**The Detroit Police Command Officers Association**

Represented by:
ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
Earle I. Erman (P24296)
Craig E. Zucker (P39907)
Barbara A. Patek (P34666)
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Phone: (249) 827-4100  Fax: (248) 827-4106
bpatek@ermanteicher.com

**International Union of Operating Engineers, Local 324**

Represented by:
SACHS WALDMAN, P.C.
Andrew Nickelhoff (P37990)
Mami Kato (P74237)
2211 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Phone: (313) 496-9429  Fax: (313) 965-4602
anickelhoff@sachswaldman.com
mkato@sachswaldman.com

**Service Employees International Union, Local 517M**

<u>Represented by</u>:
SACHS WALDMAN, P.C.
Andrew Nickelhoff (P37990)
Mami Kato (P74237)
2211 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Phone: (313) 496-9429   Fax: (313) 965-4602
anickelhoff@sachswaldman.com
mkato@sachswaldman.com

**David Sole**

<u>Represented by</u>:
JEROME D. GOLDBERG, PLLC
Jerome D. Goldberg (P61678)
2921 East Jefferson, Suite 205
Detroit, MI 48207
Phone: (313) 393-6001   Fax: (313) 393-6007
apclawyer@sbcglobal.net

**The Retired Detroit Police & Fire Fighters Association**
**Donald Taylor, individually and as President of the Retired Detroit Police & Fire Fighters Association**
**The Detroit Retired City Employees Association**
**Shirley V. Lightsey, individually and as President of the Detroit Retired City Employees Association**

<u>Represented by</u>:
LIPPITT O'KEEFE, PLLC
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Phone: (248) 646-8292   Fax: (248) 646-8375
rplecha@lippittokeefe.com

SILVERMAN & MORRIS, P.L.L.C.
Thomas R. Morris (P39141)
30500 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
Phone: (248) 539-1330  Fax: (248) 539-1355
morris@silvermanmorris.com

**Robbie Flowers**
**Michael Wells**
**Janet Whitson**
**Mary Washington**
**Bruce Goldman**

Represented by:
William A. Wertheimer (P26275)
30515 Timberbrook Lane
Bingham Farms, MI 48025
Phone: (248) 644-9200
billwertheimer@gmail.com

**Michigan Council 25 of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (AFSCME)**

Represented by:
LOWENSTEIN SANDLER LLP
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Phone: (973) 597-2500  Fax: (973) 597-6247
slevine@lowenstein.com
wjung@lowenstein.com
pgross@lowenstein.com

THE SANDERS LAW FIRM PC
Herbert A. Sanders, Esq.
615 Griswold St., Suite 913
Detroit, MI 48226
Phone: (313) 962-0099  Fax: (313) 962-0044
jsanders@miafscme.org

MILLER COHEN, P.L.C.
Richard G. Mack, Jr., Esq.
600 West Lafayette Boulevard, 4th Floor
Detroit, MI 48226
Phone: (313) 964-4454 Fax: (313) 964-4490
richardmack@millercohen.com

**International Union, United Automobile, Aerospace and Agricultural Implement Workers of America**

Represented by:
COHEN, WEISS AND SIMON LLP
Babette A. Ceccotti
Keith E. Secular
Thomas N. Ciantra
Joshua J. Ellison
330 West 42nd Street
New York, NY 10036
Phone: (212) 563-4100 Fax: (212) 695-5436
bceccotti@cwsny.com

Niraj R. Ganatra (P63150)
Michael Nicholson (P33421)
8000 East Jefferson Avenue
Detroit, MI 48214
Phone: (313) 926-5216 Fax: (313) 926-5240
nganatra@uaw.net
mnicholson@uaw.net

**Center for Community Justice and Advocacy**

Represented by:
VANESSA G. FLUKER, ESQ. PLLC
Vanessa G. Fluker (P64870)
2921 East Jefferson, Suite 200
Detroit, MI 48207
Phone: (313) 393-6005 Fax: (313) 393-6007
vgflawyer@sbcglobal.net

**Retired Detroit Police Members Association**

Represented by:
STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. Taunt (P69698)
Mallory A. Field (P75289)
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Phone: (248) 540-2300   Fax: (248) 645-2690
lbrimer@stroblpc.com
mtaunt@stroblpc.com
mfield@stroblpc.com

**Krystal Crittendon**
19737 Chesterfield
Detroit, MI 48221
Phone: (313) 237-3031   Fax: (313) 237-3025
critk@detroitmi.gov

**The Retiree Committee of the City of Detroit**

Represented by:
DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700   Fax: (212) 768-6800
carole.neville@dentons.com

DENTONS US LLP
Sam J. Alberts
1301 K Street, NW, Ste.600, East Tower
Washington, DC 20005-3364
Phone: (202) 408-6400   Fax: (202) 408-6399
sam.alberts@dentons.com

SALANS FMC SNR DENTON EUROPE LLP
Claude D. Montgomery (P29212)
Rockefeller Center, 620 Fifth Avenue
New York, New York 10020
Phone: (212) 632-8390
claude.montgomery@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins (P56697)
Paula A. Hall (P61101)
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Phone: (248) 971-1711   Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

Dated:  December 9, 2013             Respectfully submitted,

                                                            SILVERMAN & MORRIS, P.L.L.C.

                                                            */s/ Thomas R. Morris*
Thomas R. Morris (P39141)
30500 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
Telephone:  (248) 539-1330
Facsimsile:  (248) 539-1355
morris@silvermanmorris.com

LIPPITT O'KEEFE, PLLC
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Telephone:  (248) 646-8292
Facsimile:  (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

# EXHIBIT 1

## Bankruptcy Matter Civil Case Cover Sheet

| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re:

CITY OF DETROIT, MICHIGAN  Case No.: 13-53846-swr

    Debtor.

_____/

DETROIT RETIRED CITY EMPLOYEES
ASSOCIATION, SHIRLEY V. LIGHTSEY,
individually, and as President of the DRCEA,
RETIRED DETROIT POLICE & FIRE
FIGHTERS ASSOCIATION, and
DONALD TAYLOR, individually, and as
President of the RDPFFA,

    Appellant,

v.

CITY OF DETROIT, MICHIGAN,

    Appellee.

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ____ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| ____ | [423] 28 U.S.C. 158(c)(a) | Order of Contempt |

Date: December 11, 2013  Name: /s/Ryan C. Plecha

Name and Address of Interested Parties:  See lists attached to Notice of Appeal

# EXHIBIT 2

### List of Individual Objectors

Approximately 92 Individual Objectors were invited to address the Bankruptcy Court at the hearing on September 19, 2013 regarding their objections to eligibility. Their names and addresses are below.

Michael Abbott
19391 Heldon Drive
Detroit, MI

The Association of Professional and
Technical Employee (APTE)
Dempsey Addison and
Cecily McClellan
2727 Second Ave., Ste. 152
Detroit, MI 48201

Linda Bain
1071 Baldwin
Detroit, MI 48214

Randy Beard
16840 Strathmoor St.
Detroit, MI 48235

Russell Bellant
19619 Helen
Detroit, MI 48234

Michael G. Benson
19395 Parkside
Detroit, MI 48221

Cynthia Blair
8865 Espes
Detroit, MI 49204

Dwight Boyd
19337 Concord
Detroit, MI 48234

Charles D. Brown
1365 Joliet Place
Detroit, MI 48207

Lorene Brown
2227 Hughes Terrace
Detroit, MI 48208

Paulette Brown
19260 Lancashire
Detroit, MI 48223

Rakiba Brown
612 Clairmount St.
Detroit, MI 48202

Regina Bryant
2996 Bewick St.
Detroit, MI 48214

Mary Diane Bukowski
9000 E. Jefferson, #10-9
Detroit, MI 48214

David Bullock
701 W. Hancock
Detroit, MI 48201

Claudette Campbell
1021 Winchester Ave.
Lincoln Park, MI 48146

{00202372}
13-53846-swr Doc 2601-1 Filed 01/30/14 Entered 01/30/14 19:58:27 Page 11 of 16
13-53846-swr Doc 2070 Filed 12/12/13 Entered 12/12/13 19:32:07 Page 11 of 16

Johnnie R. Carr
11310 Mansfield
Detroit, MI

Sandra Carver
10110 S. Outer Dr.
Detroit, MI  48224

Raleigh Chambers
14861 Ferguson St.
Detroit, MI  48227

Alma Cozart
18331 Shaftsbury
Detroit, MI  48219

Leola Regina Crittendon
19737 Chesterfield Rd.
Detroit, MI  48221

Angela Crockett
19680 Roslyn Rd.
Detroit, MI  48221

Lucinda J. Darrah
482 Peterboro
Detroit, MI  48201

Joyce Davis
15421 Strathmoor St.
Detroit, MI  48227

Sylvester Davis
[Address Not Available
on Rule 2002 Notice List]

William Davis
9203 Littlefield
Detroit, MI  48228

Elmarie Dixon
4629 Philip St.
Detroit, MI  48215

Mary Dugans
18034 Birchcrest
Detroit, MI  48221

Lewis Dukens
1362 Joliet Pl.
Detroit, MI  48207

David Dye
19313 Ardmore
Detroit, MI  48235

Jacqueline Esters
18570 Glastonbury
Detroit, MI  48219

Arthur Evans
11391 Nottingham Rd.
Detroit, MI  48224

Jerry Ford
9750 W. Outer Drive
Detroit, MI  48223

William D. Ford
18034 Birchcrest Dr.
Detroit, MI  48221

Ulysses Freeman
14895 Faust
Detroit, MI  48223

Olivia Gillon
18832 Arleen Court
Livonia, MI  48152

Donald Glass
411 Chalmers
Detroit, MI  48215

Lavarre W. Greene
19667 Roslyn Rd.
Detroit, MI  48221

William Hickey
14910 Lamphere St.
Detroit, MI  48223

LaVern Holloway
16246 Linwood Street
Detroit, MI  48221

William J. Howard
17814 Charest
Detroit, MI  48212

Joanne Jackson
16244 Princeton
Detroit, MI  48221

Ailene Jeter
18559 Brinker
Detroit, MI  48234

Sheilah Johnson
277 King Street
Detroit, MI  48202

Stephen Johnson
31354 Evergreen Road
Beverly Hills, MI  48025

Joseph H. Jones
19485 Ashbury Park
Detroit, MI  48235

Sallie M. Jones
4413 W. Philadelphia
Detroit, MI  48204

Aleta Atchinson-Jorgan
7412 Henry St.
Detroit, MI  48214

Zelma Kinchloe
439 Henry St.
Detroit, MI  48201

Timothy King
4102 Pasadena
Detroit, MI  48238

Keetha R. Kittrell
22431 Tireman
Detroit, MI

Michael Joseph Karwoski
26015 Felicity Landing
Harrison Twp., MI  48045

Roosevelt Lee
11961 Indiana
Detroit, MI  48204

Althea Long
9256 Braile
Detroit, MI  48228

Edward Lowe
18046 Sussex
Detroit, MI  48235

Lorna Lee Mason
1311 Wyoming
Detroit, MI  48238

{00202372} 
13-53846-tlwr Doc 2607-1  Filed 01/30/14  Entered 01/30/14 19:58:27  Page 13 of 16
13-53846-swr  Doc 2070   Filed 12/12/13  Entered 12/12/13 19:32:07  Page 13 of 16

Deborah Moore
4436 Lemay Road
Detroit, MI 48214

Deborah Pollard
20178 Pinehurst
Detroit, MI 48221

Larene Parrish
18220 Snowden
Detroit, MI 48255

Lou Ann Pelletier
2630 Lakeshore Road
Applegate, MI 48401

Michael K. Pelletier
1063 Lakeshore Road
Applegate, MI 48401

Heidi Peterson
Represented by:
Charles Bruce Idelsohn P36799
P.O. Box 856
Detroit, MI 48231
charlesidelsohnattorney@yahoo.com

Helen Powers
100 Winona
Highland Park, MI 48203

Alice Pruitt
18251 Freeland
Detroit, MI 48235

Samuel L. Riddle
1276 Navarre Pl.
Detroit, MI 48207

Kwabena Shabu
2445 Lamothe St.
Detroit, MI 48226

Michael D. Shane
16815 Patton
Detroit, MI 48219

Karl Shaw
19140 Ohio
Detroit, MI 48221

Frank Sloan, Jr.
18953 Pennington Dr.
Detroit, MI 48221

Gretchen R. Smith
3901 Grand River Ave., #913
Detroit, MI 48208

Horace E. Stallings
1492 Sheridan St.
Detroit, MI 48214

Thomas Stephens
4595 Hereford
Detroit, MI 48224

Dennis Taubitz
4190 Devonshire Rd.
Detroit, MI 48226

Charles Taylor
11472 Wayburn
Detroit, MI 48224

Marzelia Taylor
11975 Indiana
Detroit, MI 48204

The Chair of St. Peter
1300 Pennsylvania Ave., N.W.
Washington, DC 20004

Dolores A. Thomas
17320 Cherrylawn
Detroit, MI 48221

Shirley Tollivel
16610 Inverness
Detroit, MI 48221

Tracey Tresvant
19600 Anvil
Detroit, MI 48205

Calvin Turner
16091 Edmore
Detroit, MI 48205

Jean Vortkamp
11234 Craft
Detroit, MI 48224

William Curtis Walton
4269 Glendale
Detroit, MI 48238

Jo Ann Watson
100 Riverfront Drive, #1508
Detroit, MI 48226

Judith West
[Address Not Available
on Rule 2002 Notice List]

Preston West
18460 Fairfield
Detroit, MI 48221

Cheryl Smith Williams
3486 Baldwin
Detroit, MI 48214

Charles Williams, II
6533 E. Jefferson, Apt. 118
Detroit, MI 48207

Floreen Williams
16227 Birwood
Detroit, MI 48221

Fraustin Williams
11975 Indiana
Detroit, MI 48204

Leonard Wilson
100 Parsons St., Apt. 712
Detroit, MI 48201

Phebe Lee Woodberry
803 Glastone
Detroit, MI 48202

Anthony G. Wright, Jr.
649 Alger St.
Detroit, MI 48202

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 12, 2013, the foregoing document was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

                                        **LIPPITT O'KEEFE, PLLC**

                                        By:   */s/ Ryan C. Plecha*
                                                    Brian D. O'Keefe (P39603)
                                                    Ryan C. Plecha (P71957)
                                        Attorneys for Retiree Association Parties
                                        370 East Maple Road, 3rd Floor
                                        Birmingham, Michigan 48009
                                        Tel: (248) 646-8292; Fax: (248) 646-8375
                                        bokeefe@lippittokeefe.com
                                        rplecha@lippittokeefe.com

                                        **SILVERMAN & MORRIS, P.L.L.C.**
                                        Thomas R. Morris (P39141)
                                        Karin F. Avery (P45364)
                                        Co-counsel for Retiree Association Parties
                                        30500 Northwestern Hwy., Suite 200
                                        Farmington Hills, Michigan 48334
                                        Tel: (248) 539-1330; Fax: (248) 539-1355
                                        morris@silvermanmorris.com
                                        avery@silvermanmorris.com

Dated: December 12, 2013

{00202372}
13-53846-tjt  Doc 2601-1   Filed 01/30/14   Entered 01/30/14 19:58:07   Page 16 of 16
13-53846-swr  Doc 2070    Filed 12/12/13   Entered 12/12/13 19:32:07   Page 16 of 16