UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 9 |
| | Case No. 13-53846-swr |
| CITY OF DETROIT, MICHIGAN, | Hon. Steven W. Rhodes |
| Debtor. | |
| _____/ | |

# DESIGNATION BY RETIREE ASSOCIATION
# PARTIES OF RECORD ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Appellants, the Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually and as President of the DRCEA (collectively, "Retiree Association Parties") file this designation of the contents of the record regarding the Retiree Association's December 12, 2013 Notice of Appeal [Doc. No. 2070], filed pursuant to Bankruptcy Rule 8001 and 28 U.S.C. § 158(a), from the Order for Relief Regarding Eligibility [Doc. No. 1946], entered December 5, 2013 (the "Order").

{00202594}

## I. DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

### A. Docket Entries from Case No. 13-53846

| Item Number | Date | Docket Number | Document Title |
|---|---|---|---|
| 1 | 07/18/2013 | 10 | Declaration/Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code Filed by Debtor In Possession City of Detroit, Michigan |
| 2 | 07/18/2013 | 11 | Declaration of Kevyn D. Orr in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code Filed by Debtor In Possession City of Detroit, Michigan. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L) |
| 3 | 07/18//2013 | 12 | Declaration of Gaurav Malhotra in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code Filed by Debtor In Possession City of Detroit, Michigan |
| 4 | 07/18/2013 | 13 | Declaration of Charles M. Moore in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code Filed by Debtor In Possession City of Detroit, Michigan |
| 5 | 07/18/2013 | 14 | Memorandum in Support of Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code Filed by Debtor In Possession City of Detroit, Michigan |
| 6 | 08/19/2013 | 481 | Brief Attorney General Bill Schuette's Statement Regarding the Michigan Constitution and the Bankruptcy of the City of Detroit |

2

13-53846-tjt Doc 2601-4 Filed 01/30/14 Entered 01/30/14 10:58:27 Page 2 of 7
13-53846-swr Doc 2806 Filed 02/28/13 Entered 02/24/13 00:51:23 Page 2 of 7

| 7 | 08/19/2013 | 502 | Objection Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighters Association, Donald Taylor, Creditors Shirley V Lightsey, Donald Taylor (RE: related document(s)1 Voluntary Petition (Chapter 9)). (Attachments: # 1 Index Exhibit Index # 2 Exhibit Exhibit A-Declaration of Shirley V. Lightsey in Support of Consolidated Objection of the Retiree Association Parties to Eligibility # 3 Exhibit Exhibit B-Declaration of Donald Taylor in Support of Consolidated Objection of the Retiree Association Parties to Eligibility) |
|---|---|---|---|
| 8 | 09/06/2013 | 765 | Brief /City of Detroit Consolidated Reply to Objections to the Entry of an Order for Relief Filed by Debtor In Possession City of Detroit, Michigan (RE: related document(s)1 Voluntary Petition (Chapter 9), 10 Declaration) |
| 9 | 09/10/2013 | 805 | Objection to Eligibility to Chapter 9 Petition of The City of Detroit, Michigan to be a Debtor Under Chapter 9 of The Bankruptcy Code Filed by Retiree Committee Official Committee of Retirees |
| 10 | 09/17/2013 | 918 | Reply to (related document(s): 805 Objection to Eligibility to Chapter 9 Petition filed by Retiree Committee Official Committee of Retirees) / City of Detroit's Reply to the Objection of the Official Committee of Retirees to the Entry of an Order for Relief Filed by Debtor In Possession City of Detroit, Michigan |

3

13-53846-tjwr Doc 2601-4 Filed 01/29/14 Entered 01/30/14 10:58:27 Page 3 of 7
13-53846-swr Doc 2806 Filed 02/29/13 Entered 12/24/13 00:51:29 Page 3 of 5

| 11 | 09/18/2013 | 922 | Concurrence in (1) The Official Committee of Retirees' Motion to Withdraw the Reference & (2) Motion by Official Committee of Retirees to Stay Deadlines and the Hearings Concerning a Determination of Eligibility Pending Decision on Motion to Withdraw the Reference Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighters Association, Donald Taylor, Creditors Shirley V Lightsey, Donald Taylor (RE: related document(s)806 Motion for Withdrawal of Reference (related document(s): 805 Objection to Eligibility to Chapter 9 Petition filed by Retiree Committee Official Committee of Retirees). Fee Amount $150, 837 Motion To Stay (related documents 805 Objection to Eligibility to Chapter 9 Petition) Deadlines and the Hearings Concerning a Determination of Eligibility Pending decision on Motion to Withdraw the Reference) |
| --- | --- | --- | --- |
| 12 | 09/26/2013 | 1034 | Transcript regarding Hearing Held 09/19/13 RE: Objections to Eligibility |
| 13 | 10/11/2013 | 1174 | Supplemental Objection to Eligibility to Chapter 9 Petition Filed by Retiree Committee Official Committee of Retirees |
| 14 | 10/12/2013 | 1175 | Declaration of Claude D. Montgomery In Support of Supplemental Objection Filed by Retiree Committee Official Committee of Retirees. (Attachments: # 1 Exhibit A # 2 Exhibit A part 1 # 3 Exhibit A part 2 # 4 Exhibit A Part 3 # 5 Exhibit A part 4 # 6 Exhibit A part 5 # 7 Exhibit B # 8 Exhibit C # 9 Exhibit D # 10 Exhibit E) |
| 15 | 10/17/2013 | 1229 | Brief (pretrial) in opposition to eligibility Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighters Association, Donald Taylor |
| 16 | 10/17/2013 | 1241 | Brief (Pretrial) in Opposition to Eligibility Filed by Retiree Committee Official Committee of Retirees |

| 17 | 10/17/2013 | 1242 | Declaration in Support of Pre-Trial Brief in Opposition to Eligibility Filed by Retiree Committee Official Committee of Retirees. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) |
|---|---|---|---|
| 18 | 10/20/2013 | 1268 | Transcript regarding Hearing Held 10/15/13 RE: Objections to Eligibility to Chapter 9 Petition |
| 19 | 10/20/2013 | 1271 | Transcript regarding Hearing Held 10/16/13 RE: Objections to Eligibility to Chapter 9 Petition |
| 20 | 10/23/2013 | 1345 | Transcript regarding Hearing Held 10/21/13 RE: Pretrial Conference re. Eligibility |
| 21 | 10/23/2013 | 1346 | Transcript regarding Hearing Held 10/21/13 RE: Objections to Eligibility to Chapter 9 Petition (Continuing) |
| 22 | 10/24/2013 | 1354 | Amended Final Pre-Trial Order (Related Doc #1350) |
| 23 | 10/24/2013 | 1356 | Pre-Trial Order (RE: 1354 Amended Final Pre-Trial Order (Related Doc # 1350)) |
| 24 | 10/27/2013 | 1411 | Transcript regarding Hearing Held 10/23/13 RE: Eligibility Trial |
| 25 | 10/27/2013 | 1412 | Transcript regarding Hearing Held 10/23/13 RE: Excerpt of Eligibility Trial (10:00 a.m. - 11:59 a.m.) |
| 26 | 10/30/2013 | 1462 | Supplemental Brief of the Retiree Association Parties on Eligibility Filed by Interested Parties Detroit Retired City Employees Association, Retired Detroit Police and Fire Fighters Association (RE: related document(s)1217 Order (Generic)) |
| 27 | 11/01/2013 | 1490 | Transcript regarding Hearing Held 10/24/13 RE: IN RE: ELIGIBILITY TRIAL |
| 28 | 11/02/2013 | 1501 | Transcript regarding Hearing Held 10/25/13 RE: Eligibility Trial (Continued) |
| 29 | 11/03/2013 | 1502 | Transcript regarding Hearing Held 10/28/13 RE: Eligibility Trial (Continued) |
| 30 | 11/04/2013 | 1503 | Transcript regarding Hearing Held 10/29/13 RE: IN RE: ELIGIBILITY TRIAL |

5

13-53846-tjt  Doc 2691-4   Filed 01/30/14   Entered 01/30/14 10:58:27   Page 5 of 7
13-53846-swr  Doc 2806    Filed 02/24/13   Entered 02/24/13 00:01:29   Page 5 of 7

| 31 | 11/08/2013 | 1584 | Transcript regarding Hearing Held 11/5/13 RE: IN RE: ELIGIBILITY TRIAL |
| --- | --- | --- | --- |
| 32 | 11/08/2013 | 1605 | Transcript regarding Hearing Held 11/04/13 RE: Eligibility Trial (Continued) |
| 33 | 11/12/2013 | 1681 | Transcript regarding Hearing Held 11/07/13 RE: Eligibility Trial (Continued) |
| 34 | 11/13/2013 | 1704 | Brief (on Good Faith Issues) Filed by Interested Parties Detroit Retired City Employees Association, Retired Detroit Police and Fire Fighters Association |
| 35 | 11/14/2013 | 1719 | Transcript regarding Hearing Held 11/8/13 RE: IN RE: ELIGIBILITY TRIAL CLOSING ARGUMENTS |
| 36 | 11/15/2013 | 1747 | Supplemental Order Regarding Second Amended Final Pre-Trial Order. (RE: related document(s)1701 Stipulation filed by Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees and 1647 Second Amended Final Pre-Trial Order (RE: 1606 Stipulation By and Between City of Detroit; Shirley V. Lightsey; Don Taylor; the Detroit Retired City Employees Association; the Retired Detroit Police and Firefighters Association; the Official Committee of Retirees; the United Automobile Workers; the General Retirement System of the City of Detroit; the Police and Fire Retirement System of the City of Detroit; the Detroit Public Safety Unions; and the Retired Detroit Police Members Association Re: Entry of Second Amended Final Pre-Trial Order)) |
| 37 | 11/25/2013 | 1800 | Supplemental Order on Exhibits. (RE: related document(s)1789 Stipulation filed by Debtor In Possession City of Detroit, Michigan) |
| 38 | 12/05/2013 | 1947 | Transcript regarding Hearing Held 12/03/13 RE: Bench Opinion re. Eligibility |

13-53846-tjt Doc 2601-4 Filed 01/29/14 Entered 01/30/14 10:58:27 Page 6 of 7

Respectfully submitted,

**SILVERMAN & MORRIS, P.L.L.C.**


By: /s/ Thomas R. Morris
     Thomas R. Morris (P39141)
     Karin F. Avery (P45364)
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330; Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com


**LIPPITT O'KEEFE, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292; Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

Dated: December 23, 2013    *Attorneys for the Retiree Association Parties*

7

13-53846-tjwr Doc 2603-4 Filed 01/29/14 Entered 01/29/14 10:58:27 Page 7 of 7
13-53846-swr Doc 2306 Filed 12/24/13 Entered 12/24/13 00:51:29 Page 7 of 7