UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>    Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, the State of Michigan, by and through the undersigned attorneys, submits the following designation of additional items to be included in the record on appeal in connection with Notice of Appeal filed by Retired Detroit Police and Fire Fighters Association, Donald Taylor, individually and as President of the RDPFFA, the Detroit Retired City Employees Association, and Shirley V. Lightsey, individually and as President of the DRCEA [Dkt. #2070] from the Court's Opinion Regarding Eligibility [Dkt. #1945] and Order for Relief Under Chapter 9 of the Bankruptcy Code [Dkt. #1946].

| Design-ation | Docket # | Filing Date | Description |
|---|---|---|---|
| 1. | 1 | 7/18/2013 | Chapter 9 Voluntary Petition |
| 2. | 438 | 8/19/2013 | Objection To The City of Detroit's Eligibility To Obtain Relief Under Chapter 9 of the Bankruptcy Code filed by creditor Michigan Council 25 of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (Attachments: Affidavit/Declaration of Steven Kreisberg; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit A; Exhibit B; Exhibit C) |
| 3. | 453 | 8/19/2013 | Notice of Constitutional Challenge to Statute Pursuant to Rule 9005.1 of the Federal Rules of Bankruptcy Procedure filed by creditor Michigan Council 25 of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 4. | 481 | 8/19/2013 | Attorney General Bill Schuette's Statement Regarding the Michigan |

| | | | |
|---|---|---|---|
| | | | Constitution and the Bankruptcy of the City of Detroit |
| 5. | 484 | 8/19/2013 | Joinder of Local 324, International Union of Operating Engineers as interested party to Objections to Detroit's Eligibility for Relief Under Section 109(c) and 921(c) of the Bankruptcy Code |
| 6. | 486 | 8/19/2013 | Joinder of Local 517M, Service Employees International Union as interested party to Objections to Detroit's Eligibility for Relief Under Sections 109(c) and 921(c) of the Bankruptcy Code |
| 7. | 495 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by creditor David Sole (Attachments: Index of Exhibits; Exhibit 1; Exhibit 2) |
| 8. | 497 | 8/19/2013 | Objection filed by interested party Detroit Retired City Employees Association, Shirley V. Lightsey, Retired Detroit Police and Fire Fighters Association, Donald Taylor, Creditors Shirley V. Lightsey, Donald Taylor (Attachments: Index of Exhibits; Exhibit A – Declaration of Shirley V. Lightsey in Support of Consolidated Objection of the Retiree Association Parties to Eligibility; Exhibit B – Declaration |

3

13-53846-tjt　Doc 2601　Filed 01/30/14　Entered 01/30/14 19:56:37　Page 3 of 15
13-53846-swr　Doc 2422　Filed 01/30/14　Entered 01/30/14 19:56:36　Page 3 of 15

|    |     |           | of Donald Taylor in Support of Consolidated Objection of the Retiree Association Parties to Eligibility) |
|----|-----|-----------|---|
| 9. | 504 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by creditors Michael Wells, Janet Whitson, Mary Washington, Bruce Goldman and Robbie Lee Flowers |
| 10. | 505 | 8/19/2013 | Corrected Objection to Eligibility to Chapter 9 Petition filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (Attachments: Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit A; Exhibit B; Exhibit C) |
| 11. | 506 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition Filed by creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America |
| 12. | 509 | 8/19/2103 | Corrected Objection to Eligibility to Chapter 9 Petition Kreisberg Declaration filed by creditor Michigan Council 25 of the |

4

13-53846-tjt  Doc 2601-2   Filed 01/30/14   Entered 01/30/14 19:58:37   Page 4 of 15
13-53846-swr  Doc 2422    Filed 01/30/14   Entered 01/30/14 19:56:36   Page 4 of 15

| | | | |
|---|---|---|---|
| | | | American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (Attachments: Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit A; Exhibit B; Exhibit C) |
| 13. | 512 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition, Brief in Support, filed by creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association (Attachments: Exhibit A – Declaration of Mark Diaz; Exhibit A-1 (Part 1) Award; Exhibit A-1 (Part 2); Exhibit A-1 (Part 3); Exhibit A-2 Interim Award; Exhibit B - McNamara Declaration and Ex 1 and 2; Exhibit C – Young Declaration; Exhibit D – Gurewitz Declaration) |
| 14. | 514 | 8/19/2013 | Objection by Interested Party Center for Community Justice and Advocacy to the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code and to the City of Detroit's |

5

| | | | Memorandum in Support of Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code (Attachments: Index of Exhibits; Exhibit Ingham County Circuit Court Order dated July 19, 2013; Exhibit States Authorizing Chapter 9 Bankruptcy Filing) |
|---|---|---|---|
| 15. | 517 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by creditor Michigan Auto Recovery Service, Inc. |
| 16. | 519 | 8/19/2013 | Objection of the Detroit Retirement Systems to the Eligibility of the City of Detroit, Michigan to Be a Debtor Under Chapter 9 of the Bankruptcy Code (Attachments: Exhibit List; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7-1; Exhibit 7-2) |
| 17. | 520 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by creditor Retired Detroit Police Members Association |
| 18. | 565 | 8/22/2013 | Objection to Chapter 9 Bankruptcy filed by creditors Carl Williams, Hassan Aleem |
| 19. | 642 | 8/26/2013 | Order Regarding Eligibility Objections Notice of Hearings and Certifications Pursuant to 28 U.S.C. Section 2403(a) & (b) |

6

13-53846-tjt  Doc 2602-6   Filed 01/30/14   Entered 01/30/14 19:56:37   Page 6 of 15
13-53846-swr  Doc 2422    Filed 01/30/14   Entered 01/30/14 19:58:36   Page 6 of 15

| 20. | 756 | 9/6/2013 | Response to Eligibility Objections Raising Only Legal Issues filed by State of Michigan (Attachments: Exhibit 1; Exhibit 2) |
| 21. | 821 | 9/12/2013 | First Amended Order Regarding Eligibility Objections Notices of Hearings and Certifications Pursuant to 28 U.S.C. Sec. 2403(a) & (b) |
| 22. | 1085 | 10/4/2013 | Supplemental Response to Eligibility Objections Raising Only Legal Issues filed by interested party State of Michigan |
| 23. | 1149 | 10/11/2013 | Memorandum in Support of Constitutionality of Title 11 of the United States Code filed by interested party United States of America |
| 24. | 1156 | 10/11/2013 | The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees Amended Objection to the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code |
| 25. | 1159 | 10/11/2013 | Declaration of Michael Artz filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, |

| | | | |
|---|---|---|---|
| | | | AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 26. | 1162 | 10/11/2013 | Declaration of Steven Kreisberg filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 27. | 1166 | 10/11/2013 | Reply in Support of Objection of the Detroit Retirement Systems to the Eligibility of the City of Detroit, Michigan to Be a Debtor Under Chapter 9 of the Bankruptcy Code |
| 28. | 1169 | 10/11/2013 | Amended Objection to Eligibility to Chapter 9 Petition, Brief in Support filed by creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association |
| 29. | 1170 | 10/11/2013 | Amended Joint Objection of International Union, UAW and the Flowers Plaintiffs to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 30. | 1217 | 10/17/2013 | Order Regarding Further Briefing on Eligibility |

8

13-53846-tjt  Doc 2601-2   Filed 01/30/14   Entered 01/30/14 19:58:37   Page 8 of 15
13-53846-swr  Doc 2422    Filed 01/07/14   Entered 01/07/14 19:56:36   Page 8 of 15

| 31. | 1219 | 10/17/2013 | Supplemental Response filed by interested party State of Michigan (Attachments: Register of Actions; 13-734-CZ Summons and Complaint; 13-734-CZ Dillon Acknowledgement; 13-734-CZ Defendants' Response to Declaratory Judgment; 13-734-CZ Plaintiffs' Reply Brief; 13-734-CZ Temporary Restraining Order; 13-734-CZ Notice of Suggestion of Pendency; 13-734-CZ POS; 13-734-CZ Transcript 7-18-13 hearing; 13-734-CZ Transcript 7-19-13 hearing; 13-734-CZ Order MSD; 13-734-CZ Order Declaratory Judgment; 13-734-CZ Order Motion to Stay) |
|---|---|---|---|
| 32. | 1220 | 10/17/2013 | Exhibit filed by interested party State of Michigan (Attachments: COA 317292 Claim of Appeal; COA 317292 Ltr to Clerk; COA 317292 Ltr regarding bankruptcy stay; COA 317292 Order) |
| 33. | 1221 | 10/17/2013 | Exhibit filed by interested party State of Michigan (Attachments: COA 317286 check list; COA 317286 Motion to Stay; COA 317286 Motion for Stay; COA 317286 Ltr. To Clerk; COA 317286 Emergency App Part 1; COA 317286 Transcript 7-18-13 hearing; COA 317286 Transcript 7-19-13 hearing; COA 317286 Order |

| | | | dated 7-23-13; COA 317286 statement regarding appeal bankruptcy stay; COA 317286 Order dated 7-29-13) |
|---|---|---|---|
| 34. | 1222 | 10/17/2013 | Krystal A. Crittendon's Objections to the Petition Filed by One Kevyn D. Orr Seeking to Commence a Case Under Chapter 9 of Title 11 of the United States Code on Behalf of the City of Detroit, Michigan |
| 35. | 1227 | 10/17/2013 | The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees Pretrial Brief Regarding the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code |
| 36. | 1228 | 10/17/2013 | Supplemental Declaration of Michael Artz filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 37. | 1230 | 10/17/2013 | Brief (Pre-Trial) Opposing Eligibility filed by creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants |

10

13-53846-tjt  Doc 2601-2   Filed 01/30/14   Entered 01/30/14 19:58:27   Page 10 of 15
13-53846-swr  Doc 2422    Filed 01/30/14   Entered 01/30/14 19:16:36   Page 10 of 15

| | | | Association, Detroit Police Officers Association |
|---|---|---|---|
| 38. | 1231 | 10/17/2013 | Retired Detroit Police Members Association's Pretrial Brief, Proposed Findings of Fact and Proposed Conclusions of Law (Attachments: Exhibit A; Exhibit B; Exhibit C) |
| 39. | 1235 | 10/17/2013 | Pre-Trail Brief of International Union, UAW and the Flowers Plaintiffs with Respect to the Eligibility of the City of Detroit, Michigan for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 40. | 1240 | 10/17/2013 | City of Detroit's Pre-Trial Brief (corrected) in (i) Support of Entry of an Order for Relief and (ii) Opposition to Objections Requiring the Resolution of Issues (Attachments: Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I) |
| 41. | 1244 | 10/17/2013 | Pre-Hearing Brief of the Detroit Retirement Systems in Support of Their Eligibility Objections Specifically Pursuant to Sections 109(c)(5) and 921(c) of the Bankruptcy Code |

11

13-53846-tjt  13-53846-swr  Doc 2601-2  Doc 2422  Filed 01/30/14  Filed 01/07/14  Entered 01/30/14 19:58:27  Entered 01/07/14 19:16:30  Page 11 of 15  Page 11 of 15

| 42. | 1245 | 10/18/2013 | List of Exhibits to Pre-Hearing Brief of the Detroit Retirement Systems in Support of Their Eligibility Objections Specifically Pursuant to Sections 109(c)(5) and 921(c) of the Bankruptcy Code (Attachments: Exhibit A; Exhibit B; Exhibit C – Part 1; Exhibit C – Part 2; Exhibit D) |
|---|---|---|---|
| 43. | 1428 | 10/28/2013 | Addendum to Objections filed by creditors Hassan Aleem, Carl Williams |
| 44. | 1458 | 10/30/2013 | Supplemental Brief filed by creditor David Sole (Attachments: Index of Exhibits; Exhibit 1; Exhibit 2) |
| 45. | 1467 | 10/30/2013 | Supplemental Brief Regarding Eligibility filed by Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 46. | 1469 | 10/30/2013 | Supplemental Brief of International Union, UAW in Support of Their Amended Objection |
| 47. | 1471 | 10/30/2013 | Supplemental Brief in Support of Objection to Eligibility filed by creditor Retired Detroit Police Members Association |
| 48. | 1472 | 10/30/2013 | Supplemental Brief in Support of Objection of the Detroit Retirement |

12

13-53846-tjt  Doc 2601-6   Filed 01/30/14   Entered 01/30/14 19:58:27   Page 12 of 15
13-53846-swr  Doc 2422    Filed 01/07/14   Entered 01/07/14 19:16:30   Page 12 of 15

| | | | Systems to the Eligibility of the City of Detroit, Michigan, to Be a Debtor Under Chapter 9 of the Bankruptcy Code |
|---|---|---|---|
| 49. | 1473 | 10/30/2013 | Supplemental Brief in Support filed by creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association |
| 50. | 1474 | 10/30/2013 | Supplemental Brief Regarding Ripeness filed by Official Committee of Retirees |
| 51. | 1480 | 10/31/2013 | Amendment to Objections filed by creditors Hassan Aleem, Carl Williams |
| 52. | 1547 | 11/6/2013 | Supplemental Briefing on Eligibility filed by interested party State of Michigan (Attachments: Exhibit Index; Exhibit 1 – 11-16-2012 Order in COA #313297; Exhibit 2 – Board Order 2013-5) |
| 53. | 1556 | 11/6/2013 | City of Detroit's Supplemental Brief in Support of Entry of an Order for Relief |
| 54. | 1560 | 11/6/2013 | Supplemental Brief in Support of Constitutionality of Chapter 9 filed by interested party United States of |

13

13-53846-tjt Doc 2601-2 Filed 01/30/14 Entered 01/30/14 19:58:27 Page 13 of 15
13-53846-swr Doc 2422 Filed 01/07/14 Entered 01/07/14 19:16:36 Page 13 of 15

| | | | America |
|---|---|---|---|
| 55. | 1647 | 11/10/2013 | Second Amended Final Pre-Trial Order |
| 56. | 1695 | 11/13/2013 | Supplemental Brief on Good Faith Negotiations filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 57. | 1698 | 11/13/2013 | Brief Regarding "Good Faith Negotiations" filed by interested party State of Michigan |
| 58. | 1707 | 11/13/2013 | Debtor's Memorandum Regarding Good Faith Under 11 U.S.C. Section 109(c)(5)(B), Labor Law, and 11 U.S.C. Sections 1113, 1114 |
| 59. | 1709 | 11/13/2013 | Supplemental Brief on Good Faith Negotiations filed by creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America |
| 60. | 1711 | 11/13/2013 | Supplemental Brief Regarding "Good Faith" Negotiations filed by creditors Detroit Fire Fighters Associations, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants |

| | | | Association, Detroit Police Officers Association |
|---|---|---|---|
| 61. | 1717 | 11/14/2013 | Memorandum Regarding Supplemental Authority filed by interested party State of Michigan (Exhibit 1 – Schimmel (12-2087) 11-8-2013 Order) |
| 62. | 1945 | 12/5/2013 | Opinion Regarding Eligibility |
| 63. | 1946 | 12/5/2013 | Order for Relief Under Chapter 9 of the Bankruptcy Code |

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan  48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Michigan Department of
Attorney General

Dated: January 7, 2014