UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, the State of Michigan, by and through the undersigned attorneys, submits the following designation of additional items to be included in the record on appeal in connection with Notice of Appeal filed by the Retired Detroit Police Members Association [Dkt. #2111] from the Court's Opinion Regarding Eligibility [Dkt. #1945] and Order for Relief Under Chapter 9 of the Bankruptcy Code [Dkt. #1946].

| Design-ation | Docket # | Filing Date | Description |
|---|---|---|---|
| 1. | 12 | 7/18/2013 | Declaration of Gaurav Malhotra in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section |

| | | | 109(c) of the Bankruptcy Code |
|---|---|---|---|
| 2. | 13 | 7/18/013 | Declaration of Charles M. Moore in Support of City of Detroit, Michigan's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code |
| 3. | 14 | 7/18/2013 | Memorandum in Support of Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code |
| 4. | 438 | 8/19/2013 | Objection To The City of Detroit's Eligibility To Obtain Relief Under Chapter 9 of the Bankruptcy Code filed by creditor Michigan Council 25 of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (Attachments: Affidavit/Declaration of Steven Kreisberg; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit A; Exhibit B; Exhibit C) |
| 5. | 453 | 8/19/2013 | Notice of Constitutional Challenge to Statute Pursuant to Rule 9005.1 of the Federal Rules of Bankruptcy Procedure filed by creditor Michigan Council 25 of The American Federation of State, County & |

| | | | |
|---|---|---|---|
| | | | Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 6. | 481 | 8/19/2013 | Attorney General Bill Schuette's Statement Regarding the Michigan Constitution and the Bankruptcy of the City of Detroit |
| 7. | 484 | 8/19/2013 | Joinder of Local 324, International Union of Operating Engineers as interested party to Objections to Detroit's Eligibility for Relief Under Section 109(c) and 921(c) of the Bankruptcy Code |
| 8. | 486 | 8/19/2013 | Joinder of Local 517M, Service Employees International Union as interested party to Objections to Detroit's Eligibility for Relief Under Sections 109(c) and 921(c) of the Bankruptcy Code |
| 9. | 495 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by creditor David Sole (Attachments: Index of Exhibits; Exhibit 1; Exhibit 2) |
| 10. | 497 | 8/19/2013 | Objection filed by interested party Detroit Retired City Employees Association, Shirley V. Lightsey, Retired Detroit Police and Fire Fighters Association, Donald Taylor, Creditors Shirley V. Lightsey, Donald Taylor (Attachments: Index |

3

13-53846-tjt  Doc 2607-2  Filed 01/30/14  Entered 01/30/14 12:01:16  Page 3 of 15
13-53846-swr  Doc 2224  Filed 12/20/13  Entered 12/20/13 12:09:06  Page 3 of 15

| | | | |
|---|---|---|---|
| | | | of Exhibits; Exhibit A – Declaration of Shirley V. Lightsey in Support of Consolidated Objection of the Retiree Association Parties to Eligibility; Exhibit B – Declaration of Donald Taylor in Support of Consolidated Objection of the Retiree Association Parties to Eligibility) |
| 11. | 502 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by interested parties Detroit Retired City Employees Associations, Shirley V. Lightsey, Retired Detroit Police and Fire Fighters Association, Donald Taylor, Creditors Shirley V. Lightsey, Donald Taylor (Attachments: Index of Exhibits; Exhibit A – Declaration of Shirley V. Lightsey; Exhibit B – Declaration of Donald Taylor) |
| 12. | 504 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by creditors Michael Wells, Janet Whitson, Mary Washington, Bruce Goldman and Robbie Lee Flowers |
| 13. | 505 | 8/19/2013 | Corrected Objection to Eligibility to Chapter 9 Petition filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City |

4

13-53846-swr Doc 2607-2 Filed 01/30/14 Entered 01/30/14 12:01:16 Page 4 of 15
13-53846-tjt Doc 2622-4 Filed 01/30/14 Entered 01/30/14 12:09:06 Page 4 of 15

| | | | of Detroit Retirees (Attachments: Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit A; Exhibit B; Exhibit C) |
|---|---|---|---|
| 14. | 506 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition Filed by creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America |
| 15. | 509 | 8/19/2103 | Corrected Objection to Eligibility to Chapter 9 Petition Kreisberg Declaration filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (Attachments: Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit A; Exhibit B; Exhibit C) |
| 16. | 512 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition, Brief in Support, filed by creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police |

5

13-53846-tjt  Doc 2602-6   Filed 01/30/14   Entered 01/30/14 12:04:16   Page 5 of 15
13-53846-swr  Doc 2224    Filed 01/30/14   Entered 01/30/14 12:04:16   Page 5 of 15

| | | | Lieutenants and Sergeants Association, Detroit Police Officers Association (Attachments: Exhibit A – Declaration of Mark Diaz; Exhibit A-1 (Part 1) Award; Exhibit A-1 (Part 2); Exhibit A-1 (Part 3); Exhibit A-2 Interim Award; Exhibit B - McNamara Declaration and Ex 1 and 2; Exhibit C – Young Declaration; Exhibit D – Gurewitz Declaration) |
|---|---|---|---|
| 17. | 514 | 8/19/2013 | Objection by Interested Party Center for Community Justice and Advocacy to the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code and to the City of Detroit's Memorandum in Support of Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code (Attachments: Index of Exhibits; Exhibit Ingham County Circuit Court Order dated July 19, 2013; Exhibit States Authorizing Chapter 9 Bankruptcy Filing) |
| 18. | 517 | 8/19/2013 | Objection to Eligibility to Chapter 9 Petition filed by creditor Michigan Auto Recovery Service, Inc. |
| 19. | 519 | 8/19/2013 | Objection of the Detroit Retirement Systems to the Eligibility of the City |

| | | | of Detroit, Michigan to Be a Debtor Under Chapter 9 of the Bankruptcy Code (Attachments: Exhibit List; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7-1; Exhibit 7-2) |
|---|---|---|---|
| 20. | 565 | 8/22/2013 | Objection to Chapter 9 Bankruptcy filed by creditors Carl Williams, Hassan Aleem |
| 21. | 642 | 8/26/2013 | Order Regarding Eligibility Objections Notice of Hearings and Certifications Pursuant to 28 U.S.C. Section 2403(a) & (b) |
| 22. | 805 | 9/10/2013 | Objection to Eligibility to Chapter 9 Petition of the City of Detroit, Michigan to be a Debtor Under Chapter 9 of the Bankruptcy Code filed by Official Committee of Retirees |
| 23. | 1149 | 10/11/2013 | Memorandum in Support of Constitutionality of Title 11 of the United States Code filed by interested party United States of America |
| 24. | 1156 | 10/11/2013 | The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees Amended Objection to the City of Detroit's |

7

13-53846-tjt  Doc 2602-6   Filed 01/30/14   Entered 01/30/14 12:04:16   Page 7 of 15
13-53846-swr  Doc 2424    Filed 01/30/14   Entered 01/30/14 12:04:06   Page 7 of 15

| | | | Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code |
|---|---|---|---|
| 25. | 1159 | 10/11/2013 | Declaration of Michael Artz filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 26. | 1162 | 10/11/2013 | Declaration of Steven Kreisberg filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 27. | 1166 | 10/11/2013 | Reply in Support of Objection of the Detroit Retirement Systems to the Eligibility of the City of Detroit, Michigan to Be a Debtor Under Chapter 9 of the Bankruptcy Code |
| 28. | 1169 | 10/11/2013 | Amended Objection to Eligibility to Chapter 9 Petition, Brief in Support filed by creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association |
| 29. | 1170 | 10/11/2013 | Amended Joint Objection of International Union, UAW and the |

8

13-53846-tjt  Doc 2602-6    Filed 01/30/14    Entered 01/30/14 12:09:16    Page 8 of 15
13-53846-swr  Doc 2424     Filed 01/08/14    Entered 01/08/14 12:01:16    Page 8 of 15

|  |  |  | Flowers Plaintiffs to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
|---|---|---|---|
| 30. | 1174 | 10/11/2013 | Supplemental Objection to Eligibility to Chapter 9 Petition filed by Official Committee of Retirees |
| 31. | 1175 | 10/12/2013 | Declaration of Claude D. Montgomery in Support of Supplemental Objection filed by Official Committee of Retirees (Attachments: Exhibit A part 1; Exhibit A part 2; Exhibit A part 3; Exhibit A part 4; Exhibit A part 5; Exhibit B; Exhibit C; Exhibit D; Exhibit E) |
| 32. | 1217 | 10/17/2013 | Order Regarding Further Briefing on Eligibility |
| 33. | 1220 | 10/17/2013 | Exhibit filed by interested party State of Michigan (Attachments: COA 317292 Claim of Appeal; COA 317292 Ltr to Clerk; COA 317292 Ltr regarding bankruptcy stay; COA 317292 Order) |
| 34. | 1221 | 10/17/2013 | Exhibit filed by interested party State of Michigan (Attachments: COA 317286 check list; COA 317286 Motion to Stay; COA 317286 Motion for Stay; COA 317286 Ltr. To Clerk; COA 317286 Emergency App Part 1; |

|   |   |   | COA 317286 Transcript 7-18-13 hearing; COA 317286 Transcript 7-19-13 hearing; COA 317286 Order dated 7-23-13; COA 317286 statement regarding appeal bankruptcy stay; COA 317286 Order dated 7-29-13) |
|---|---|---|---|
| 35. | 1222 | 10/17/2013 | Krystal A. Crittendon's Objections to the Petition Filed by One Kevyn D. Orr Seeking to Commence a Case Under Chapter 9 of Title 11 of the United States Code on Behalf of the City of Detroit, Michigan |
| 36. | 1227 | 10/17/2013 | The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees Pretrial Brief Regarding the City of Detroit's Eligibility to Obtain Relief Under Chapter 9 of the Bankruptcy Code |
| 37. | 1228 | 10/17/2013 | Supplemental Declaration of Michael Artz filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 38. | 1229 | 10/17/2013 | Brief (pretrial) in Opposition to Eligibility filed by interest parties Detroit Retired City Employees |

10

13-53846-tjt  Doc 2602-6  Filed 01/30/14  Entered 01/30/14 12:04:16  Page 10 of 15
13-53846-swr  Doc 2424  Filed 01/08/14  Entered 01/08/14 12:19:06  Page 10 of 15

| | | | Association, Shirley V. Lightsey, Retired Detroit Police and Fire Fighters Association, Donald Taylor |
|---|---|---|---|
| 39. | 1230 | 10/17/2013 | Brief (Pre-Trial) Opposing Eligibility filed by creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association |
| 40. | 1235 | 10/17/2013 | Pre-Trail Brief of International Union, UAW and the Flowers Plaintiffs with Respect to the Eligibility of the City of Detroit, Michigan for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 41. | 1240 | 10/17/2013 | City of Detroit's Pre-Trial Brief (corrected) in (i) Support of Entry of an Order for Relief and (ii) Opposition to Objections Requiring the Resolution of Issues (Attachments: Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I) |
| 42. | 1241 | 10/17/2013 | Brief (Pretrial) in Opposition to Eligibility filed by Official Committee of Retirees |

11

13-53846-tjt  Doc 2602-6  Filed 01/30/14  Entered 01/30/14 12:19:06  Page 11 of 15
13-53846-swr  Doc 2424  Filed 01/08/14  Entered 01/08/14 11:04:16  Page 11 of 15

| 43. | 1242 | 10/17/2013 | Declaration in Support of Pre-Trial Brief in Opposition to Eligibility filed by Official Committee of Retirees (Attachments: Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H) |
|---|---|---|---|
| 44. | 1244 | 10/17/2013 | Pre-Hearing Brief of the Detroit Retirement Systems in Support of Their Eligibility Objections Specifically Pursuant to Sections 109(c)(5) and 921(c) of the Bankruptcy Code |
| 45. | 1245 | 10/18/2013 | List of Exhibits to Pre-Hearing Brief of the Detroit Retirement Systems in Support of Their Eligibility Objections Specifically Pursuant to Sections 109(c)(5) and 921(c) of the Bankruptcy Code (Attachments: Exhibit A; Exhibit B; Exhibit C – Part 1; Exhibit C – Part 2; Exhibit D) |
| 46. | 1354 | 10/24/2013 | Amended Final Pre-Trial Order |
| 47. | 1428 | 10/28/2013 | Addendum to Objections filed by creditors Hassan Aleem, Carl Williams |
| 48. | 1458 | 10/30/2013 | Supplemental Brief filed by creditor David Sole (Attachments: Index of Exhibits; Exhibit 1; Exhibit 2) |

12

13-53846-swr Doc 2424 Filed 01/08/14 Entered 01/08/14 12:19:06 Page 12 of 15
13-53846-tjt Doc 2602-6 Filed 01/30/14 Entered 01/30/14 11:04:16 Page 12 of 15

| | | | |
|---|---|---|---|
| 49. | 1462 | 10/30/2013 | Supplemental Brief of the Retiree Association Parties on Eligibility |
| 50. | 1467 | 10/30/2013 | Supplemental Brief Regarding Eligibility filed by Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 51. | 1469 | 10/30/2013 | Supplemental Brief of International Union, UAW in Support of Their Amended Objection |
| 52. | 1472 | 10/30/2013 | Supplemental Brief in Support of Objection of the Detroit Retirement Systems to the Eligibility of the City of Detroit, Michigan, to Be a Debtor Under Chapter 9 of the Bankruptcy Code |
| 53. | 1473 | 10/30/2013 | Supplemental Brief in Support filed by creditors Detroit Fire Fighters Association, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association |
| 54. | 1474 | 10/30/2013 | Supplemental Brief Regarding Ripeness filed by Official Committee of Retirees |
| 55. | 1480 | 10/31/2013 | Amendment to Objections filed by creditors Hassan Aleem, Carl |

13

13-53846-tjt  Doc 2602-6   Filed 01/30/14   Entered 01/30/14 12:19:06   Page 13 of 15
13-53846-swr  Doc 2424   Filed 01/08/14   Entered 01/08/14 11:04:16   Page 13 of 15

|     |      |            | Williams |
| --- | ---- | ---------- | --- |
| 56. | 1556 | 11/6/2013  | City of Detroit's Supplemental Brief in Support of Entry of an Order for Relief |
| 57. | 1560 | 11/6/2013  | Supplemental Brief in Support of Constitutionality of Chapter 9 filed by interested party United States of America |
| 58. | 1647 | 11/10/2013 | Second Amended Final Pre-Trial Order |
| 59. | 1695 | 11/13/2013 | Supplemental Brief on Good Faith Negotiations filed by creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees |
| 60. | 1698 | 11/13/2013 | Brief Regarding "Good Faith Negotiations" filed by interested party State of Michigan |
| 61. | 1704 | 11/13/2013 | Brief (on Good Faith Negotiations) filed by interested parties Detroit Retired City Employees Association, Retired Detroit Police and Fire Fighters Association |
| 62. | 1707 | 11/13/2013 | Debtor's Memorandum Regarding Good Faith Under 11 U.S.C. Section 109(c)(5)(B), Labor Law, and 11 U.S.C. Sections 1113, 1114 |

13-53846-swr Doc 2422 Filed 01/30/14 Entered 01/30/14 12:09:16 Page 14 of 15
13-53846-tjt Doc 2602-6 Filed 01/30/14 Entered 01/30/14 12:04:16 Page 14 of 15

| 63. | 1709 | 11/13/2013 | Supplemental Brief on Good Faith Negotiations filed by creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America |
| 64. | 1711 | 11/13/2013 | Supplemental Brief Regarding "Good Faith" Negotiations filed by creditors Detroit Fire Fighters Associations, I.A.F.F. Local 344, Detroit Police Command Officers Association, Detroit Police Lieutenants and Sergeants Association, Detroit Police Officers Association |
| 65. | 1747 | 11/15/2013 | Supplemental Order Regarding Second Amended Final Pre-Trial Order |

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Michigan Department of
Attorney General

Dated: January 8, 2014

15

13-53846-tjt Doc 2602-6 Filed 01/08/14 Entered 01/08/14 12:09:16 Page 15 of 15
13-53846-swr Doc 2424 Filed 01/08/14 Entered 01/08/14 12:09:16 Page 15 of 15