UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:                                                                  Case No. 13-53846
City of Detroit, Michigan                           Chapter 9
           Debtor(s).                        Hon. Steven W Rhodes
_____/
The International Union, United Automobile,
Aerospace and Agricultural Implement Workers of America (UAW)
And Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington
And Bruce Goodman (the "Flowers Plaintiffs")
           Appellant,

      v.

City of Detroit, Michigan
           Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD
REGARDING NOTICE OF APPEAL**

      I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☒ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☒ | Other: Designation of Items to be Included on CD | | |

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record and/or paid the filing fee.

.

Dated: January 30, 2014                             Clerk, United States Bankruptcy Court

                                                     By: /s/ Kristel Trionfi
                                                           Deputy Clerk