UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
In re:                                               :
                                                     :  Chapter 9
CITY OF DETROIT, MICHIGAN,                           :
                                                     :  Case No.: 13-53846
                                                     :
                            Debtor.                  :  Hon. Steven W. Rhodes
                                                     :
---------------------------------------------------- x

# APPELLANTS' DESIGNATION OF ITEMS
# TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellants International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") and Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goodman, as plaintiffs in the suit *Flowers v. Snyder*, No. 13-729 CZ (Ingham County Circuit Court) (the "*Flowers* Plaintiffs") hereby designate the items to be included in the record in their appeal docketed at Docket Entry No. 2165.

| Item No. | Docket No. | Date Filed | Description |
|---|---|---|---|
| 1 | 1 | 7/18/13 | Voluntary Petition for the City of Detroit |
| 2 | 481 | 8/19/13 | Attorney General Bill Schuette's Statement Regarding the Michigan Constitution and the Bankruptcy of the City of Detroit |
| 3 | 504 | 8/19/13 | Objection of Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman to the Putative Debtor's Eligibility to be a Debtor |

| Item No. | Docket No. | Date Filed | Description |
|---|---|---|---|
| 4 | 506 | 8/19/13 | Objection of International Union, UAW to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 5 | 642 | 8/26/13 | Order Regarding Eligibility Objections |
| 6 | 741 | 9/6/13 | Response of International Union, UAW to August 26, 2013 Order Regarding Eligibility Objections |
| 7 | 821 | 9/12/13 | First Amended Order Regarding Eligibility Objections Notices of Hearings and Certifications Pursuant to 28 U.S.C. § 2403(a) & (b) |
| 8 | 1170 | 10/11/13 | Amended Joint Objection of International Union, UAW and the *Flowers* Plaintiffs to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 9 | 1217 | 10/17/13 | Order Regarding Further Briefing on Eligibility |
| 10 | 1219 | 10/17/13 | State of Michigan's Supplement to the Record Regarding Eligibility. |
| 11 | 1235 | 10/17/13 | Pre-Trial Brief of International Union, UAW and the *Flowers* Plaintiffs with Respect to the Eligibility of the City of Detroit, Michigan for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 12 | 1356 | 10/24/13 | Pre-Trial Order |
| 13 | 1387 | 10/25/13 | Order Denying Motion in Limine |
| 14 | 1469 | 10/30/13 | Supplemental Brief of International Union, UAW In Support of Their Amended Objection to the City of Detroit, Michigan's Eligibility for an Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 15 | 1591 | 11/8/13 | Transcript Order Form of Hearing on October 23, 2013 Filed by Creditor International Union, UAW |
| 16 | 1592 | 11/8/13 | Transcript Order Form of Hearing on October 24, 2013 Filed by Creditor International Union, UAW |
| 17 | 1593 | 11/8/13 | Transcript Order Form of Hearing on October 25, 2013 Filed by Creditor International Union, UAW |

- 2 -

13-53846-tjt Doc 2604 Filed 01/30/14 Entered 01/30/14 11:44:04 Page 2 of 6
13-53846-swr Doc 2276 Filed 12/20/13 Entered 12/20/13 17:38:43 Page 2 of 6

| Item No. | Docket No. | Date Filed | Description |
|---|---|---|---|
| 18 | 1594 | 11/8/13 | Transcript Order Form of Hearing on October 28, 2013 Filed by Creditor International Union, UAW |
| 19 | 1595 | 11/8/13 | Transcript Order Form of Hearing on October 29, 2013 Filed by Creditor International Union, UAW |
| 20 | 1596 | 11/8/13 | Transcript Order Form of Hearing on November 4, 2013 Filed by Creditor International Union, UAW |
| 21 | 1597 | 11/8/13 | Transcript Order Form of Hearing on November 5, 2013 Filed by Creditor International Union, UAW |
| 22 | 1606 | 11/8/13 | Stipulation for Entry of Second Amended Final Pre-Trial Order |
| 23 | 1631 | 11/8/13 | Transcript Order Form of Hearing on November 7, 2013 Filed by Creditor International Union, UAW |
| 24 | 1632 | 11/8/13 | Transcript Order Form of Hearing on November 8, 2013 Filed by Creditor International Union, UAW |
| 25 | 1647 | 11/10/13 | Second Amended Final Pre-Trial Order |
| 26 | 1709 | 11/13/13 | Supplemental Brief of International Union, UAW Regarding Good Faith Bargaining |
| 27 | 1789 | 11/22/13 | Stipulation for Entry of an Order Regarding Exhibits Admitted Into Evidence |
| 28 | 1800 | 11/25/13 | Supplemental Order on Exhibits |
| 29 | 1942 | 11/8/13 | Transcript Order Form of Hearing on December 3, 2013 Filed by Creditor International Union, UAW |
| 30 | 1945 | 12/5/13 | Opinion Regarding Eligibility |
| 31 | 1946 | 12/5/13 | Order for Relief Under Chapter 9 of the Bankruptcy Code |
| 32 | 2165 | 12/16/13 | Notice of Appeal of UAW and *Flowers* Plaintiffs |
| 33 | 2192 | 12/17/13 | Request of International Union, UAW and *Flowers* Plaintiffs for Certification Permitting Immediate and Direct Appeal to the Sixth Circuit From the Court's Eligibility Determinations |

- 3 -

13-53846-tjwr Doc 2604-1 Filed 01/30/14 Entered 01/30/14 11:41:04 Page 3 of 6
13-53846-swr Doc 2276 Filed 12/20/13 Entered 12/20/13 17:38:43 Page 3 of 6

| Item No. | Docket No. | Date Filed | Description |
|---|---|---|---|
| 34 | 2258 | 12/20/13 | Transcript Order Form of Hearing on October 15, 2013 Filed by Creditor International Union, UAW |
| 35 | 2259 | 12/20/13 | Transcript Order Form of Hearing on October 16, 2013 Filed by Creditor International Union, UAW |
| 36 | 2260 | 12/20/13 | Transcript Order Form of Hearing on October 21, 2013 Filed by Creditor International Union, UAW |
| 37 | N/A | N/A | All Admitted Trial Exhibits[1] |
| 38 | N/A | N/A | September 16, 2013 Transcript of Deposition of Kevyn Orr[2] |
| 39 | N/A | N/A | September 18, 2013 Transcript of Deposition of Charles Moore[2] |
| 40 | N/A | N/A | September 24, 2013 Transcript of Deposition of Glen Bowen[2] |
| 41 | N/A | N/A | October 4, 2013 Transcript of Deposition of Kevyn Orr[2] |
| 42 | N/A | N/A | October 14, 2013 Transcript of Deposition of Dave Bing[2] |
| 43 | N/A | N/A | October 14, 2013 Transcript of Deposition of Howard Ryan[2] |

---

[1] A list of admitted Trial Exhibits is contained at Docket Nos. 1356 and 1800. Pursuant to instructions from the Bankruptcy Clerk's office, Trial Exhibits are not being attached to this designation. They will be delivered only at the request of the District Court.

[2] Appellants designate for the record on appeal only those portions of the transcripts that were designated or counter-designated by the parties to the eligibility trial. The designated portions of the transcripts are listed in Attachment I to the Second Amended Final Pre-Trial Order [Docket Entry 1647].

- 4 -

13-53846-swr Doc 2276 Filed 12/20/13 Entered 12/20/13 17:38:43 Page 4 of 6
13-53846-tjt Doc 2604-6 Filed 01/30/14 Entered 01/30/14 11:41:04 Page 4 of 6

Dated: December 20, 2013

/s/ Babette A. Ceccotti
Cohen, Weiss and Simon LLP
Babette A. Ceccotti
Thomas Ciantra
Peter D. DeChiara
Joshua J. Ellison
330 West 42nd Street
New York, New York 10036-6979
T: 212-563-4100
F: 212-695-5436
bceccotti@cwsny.com
tciantra@cwsny.com

- and -

Michael Nicholson (P33421)
Niraj R. Ganatra (P63150)
8000 East Jefferson Avenue
Detroit, Michigan 48214
T: (313) 926-5216
F: (313) 926-5240
nganatra@uaw.net
mnicholson@uaw.net

*Attorneys for International Union, UAW*

- and -

/s/ William A. Wertheimer
William A. Wertheimer
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
T: (248) 644-9200
billwertheimer@gmail.com

*Attorneys for Flowers Plaintiffs*

- 5 -

13-53846-tjt Doc 2276 Filed 12/20/13 Entered 12/20/13 17:38:43 Page 5 of 6
13-53846-swr Doc 2047 Filed 01/30/14 Entered 01/30/14 11:41:04 Page 5 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December 2013 I caused a copy of the foregoing APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                Cohen, Weiss and Simon LLP

By:  /s/ Peter D. DeChiara
     330 West 42nd Street
     New York, New York 10036-6976
     T: 212-563-4100
     pdechiara@cwsny.com

*Attorneys for International Union, UAW*