UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  
City of Detroit, Michigan  
        Debtor(s).  
_____/

Case No. 13-53846  
Chapter 9  
Hon. Steven W Rhodes

Carl Williams and Hassan Aleem

        Appellant,

    v.

City of Detroit, Michigan

        Appellee.  
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD  
REGARDING NOTICE OF APPEAL**

    I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☒ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☒ | Other: Designation of Items to be Included on CD | | |

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record and/or paid the filing fee.

.

Dated: January 30, 2014                       Clerk, United States Bankruptcy Court

                                            By: /s/ Kristel Trionfi  
                                                   Deputy Clerk