# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

District of Michigan
File Docket Numbers 2264 & 2265

CARL WILLIAMS & HASSAN ALEEM

                   Creditors

In re:                                                Chapter 9
CITY OF DETROIT, MICHIGAN            Case No. 13-53846
AND EMERGENCY MANAGER             Judge: Steven W. Rhodes
KEVYN D. ORR

                   Debtor
_____/

## AMEND NOTICE OF APPEAL

Notice is hereby given that Carl Williams and Hassan Aleem and others of interest duly taking appeal under 28 USC 158 in the above caption, hereby file Amend Notice of Appeal to include Motion for Reconsideration for a Formal Hearing under your oath of office, pursuant to 28 USC 453 to Stay on Order for Relief under Chapter 9 of the Bankruptcy code from the Bankruptcy Court to the United State District Court from the final judgment order of Judge Steven W Rhodes Order for Relief under Chapter 9 of the Bankruptcy Code dated 5th Day of December, 2013.

# AMEND NOTICE OF APPEAL

Sincerely submitted

Signed _____
Carl Williams
10112 Somerset
Detroit, Michigan 48224

Signed _____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206