UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

District of Michigan
File Docket Numbers 2264 & 2265

CARL WILLIAMS & HASSAN ALEEM

Creditors

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

Debtor
_____/

# STATEMENT OF THE ELECTION TO PROCEED
# BEFORE THE DISTRICT COURT

The appellant's herein this case file a statement of the election to proceed before the District Court. Attached is a copy of Correction or Clarification of Notice of Appeal and Amend Notice of Appeal.

The court certified its decision for a direct appeal to the court of Appeals under 28 USC 158 (d) (2), because the court found all parties agreed that the City's eligibility for relief under Chapter 9 is a matter of "public interest and matter of rights and interest of importance" of its certification decision for a

direct Appeal Regarding Direct Appeal on Reconsideration for A Formal Hearing under your oath of office. Regarding Notice of Appeal Numbers 2264 and 2265 Certification for Appeal ("Certificate") (Doc nos 565, 1428, 1788-89, 1806 2264, 2265).

## QUESTIONS AND ISSUES PRESENTED ON APPEAL

1. Whether jurisdiction was established before the court commence the case?

2. Whether the court designated a person to publish a notice in according to 11 USC 923 of the Bankruptcy code and procedures?

3. Whether the emergency manager, Kevyn Orr had authority and standing to file for Bankruptcy?

4. Whether the state through the emergency manager, Kevyn Orr and other state officials bargain or conduct business in good faith?

5. Whether the Emergency Manager, Kevyn Orr violated the Administrative Procedure Act by not publishing his order for sixty days and a hearing?

6. Whether the legislature body (city Council) had approved or consented to the Bankruptcy?

7. Whether the legislature of the municipality or unelected official is legally authorized to apply for Bankruptcy?

1

8. Whether liquidation is a alternative and allowed under chapter 9 Bankruptcy?

9. Whether the Bankruptcy Court given appellants and other creditors a fair and adequate notice and Hearing?

10. Whether the court showed prejudice and denied due process when they failed to have a evidentiary hearing on the fraud on bankruptcy proceedings?

11. Whether the bankruptcy court failed to addressed question about jurisdiction over the person and the subject matter?

12. Whether the Bankruptcy court violated title 11 of the Bankruptcy code and proceedings?

13. Whether appellants and other creditors was deceived by the bankruptcy court?

14. Whether there was a review team before the implementation of Public Act 436? If the answer is yes give the date, time and names of the people who implemented them?

15. Whether Public Act 436 provides for municipality to file for Bankruptcy?

2

This is to included the court final order

Proof that there was a review team on the bankruptcy under Public Act 436.

A copy of Amendment to Objections of exhibit A Employment Relation Commission decision.

Wherefore, the above statement and question presented we preserve our right to present more documents or statement on appeals.

Sincerely Submitted

Signed _Carl Williams_

Carl Williams
10112 Somerset
Detroit, Michigan 48224

Signed _Hassan Aleem_

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

District of Michigan
File Docket Numbers 2264 & 2265

CARL WILLIAMS & HASSAN ALEEM

                Creditors

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR

                Debtor

_____/

Chapter 9  
Case No. 13-53846  
Judge: Steven W. Rhodes

## AMEND NOTICE OF APPEAL

Notice is hereby given that Carl Williams and Hassan Aleem and others of interest duly taking appeal under 28 USC 158 in the above caption, hereby file Amend Notice of Appeal to include Motion for Reconsideration for a Formal Hearing under your oath of office, pursuant to 28 USC 453 to Stay on Order for Relief under Chapter 9 of the Bankruptcy code from the Bankruptcy Court to the United State District Court from the final judgment order of Judge Steven W Rhodes Order for Relief under Chapter 9 of the Bankruptcy Code dated 5th Day of December, 2013.

Sincerely submitted

Signed _(signature)_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

Signed _(signature)_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206