Dennis J. Randolph
8345 NW 66 ST., #B7665
MIAMI, FL 33166

Case Number: 13-53846

January 4, 2014

Office of the Clerk of Court
United States Bankruptcy Court
For the Eastern District of Michigan
211 West Fort Street, Suite 1700
Detroit, MI 48226

Dear Sir or Madam,

I would like to report my change of address. My current address is:

8345 NW 66 ST., #B7665
MIAMI, FL 33166

Thank you,
*Dennis J. Randolph*

FILED
2014 JAN 30 A 10: 19
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT