UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re | Case No. 2:14−cv−10441−BAF−PJK |
| Detroit, City of, | Hon. Bernard A. Friedman |
| | Magistrate Judge  Paul J. Komives |

### NOTICE OF RECEIPT OF BANKRUPTCY APPEAL

Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 1/30/2014 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 13−53846.

Dated:   January 30, 2014

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/V. Lung
Deputy Clerk