UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

                  Debtor.

_____/

Case No. 13-53846-SWR
Chapter 9
Hon. Steven W. Rhodes

**APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees, Lasalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative, designate the following items to be included in the record on appeal to the United States District Court with respect to the City of Detroit's Notice of Appeal, filed on January 2, 2014 (Doc. No. 2358), from the Order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on December 18, 2013 (Doc. No. 2223):

| Date | Docket No. | Description |
|---|---|---|
| 11/26/2013 | 1828 | Objection to (related document(s): <u>1665</u> Motion of Debtor, Pursuant to Sections 105 and 502 of the Bankruptcy Code, for Entry of an Order Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims) Filed by Interested Parties Joliet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Lasalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, St. James Cooperative (Clark, Tracy) (Entered: 11/26/2013) |
| 12/18/2013 | 2223 | Order for Relief from the Automatic Stay to Allow Class Action to Proceed (Related Doc #<u>1137</u>). (jjm) (Entered: 12/28/2013) |

Respectfully submitted,
__/s/ Robert Bassel_____
ROBERT N. BASSEL (P48420)
Attorneys for Appellees
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com

DATED: 1/30/2014

## PROOF OF SERVICE

On the above date, I served a copy of the above document upon counsel of record.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | __/s/ Robert Bassel_____ |
|  | ROBERT N. BASSEL (P48420) |
|  | Attorneys for Appellees |
|  | P.O. Box T |
|  | Clinton, MI 49236 |
| DATED: 1/30/2014 | (248) 677-1234 |
|  | bbassel@gmail.com |