# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## APPELLANT'S DESIGNATION OF THE CONTENTS OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appellants Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together, "Syncora") file this designation of the contents of the record and statement of issues regarding Syncora's December 20, 2013, notice of appeal [Doc. No. 2273], filed pursuant to Bankruptcy Rule 8001 and 28 U.S.C. § 158(a), from the Order Approving the Public Lighting Authority Transaction [Doc. No. 1955], entered December 6, 2013 (the "Order").

## I. DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

### A. Docket Entries from Case No. 13-53846

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 1 | 10/23/13 | 1341 | Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Enter Into and Perform Under Certain Transaction Documents with the Public Lighting Authority and (II) Granting Other Related Relief |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| | | | **Note:** Including all exhibits thereto |
| 2 | 11/6/13 | 1557 | Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction<br><br>**Note:** Including all exhibits thereto |
| 3 | 11/7/13 | 1574 | Joinder of Ambac Assurance Corporation in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction |
| 4 | 11/8/13 | 1603 | Joinder of the Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees to the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to the Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction |
| 5 | 11/8/13 | 1615 | Joinder of FMS Wertmanagement AöR to the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction |

2

13-53846-tjwr Doc 2616-3 Filed 01/31/14 Entered 01/31/14 15:09:40 Page 2 of 6
13-53846-swr Doc 2373 Filed 01/03/14 Entered 01/03/14 17:41:50 Page 2 of 6

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 6 | 11/11/13 | 1636 | Joinder of Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europaische Pfandbrief-Und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction |
| 7 | 11/11/13 | 1638 | Motion of the Objectors for (I) Clarification Regarding the Purpose of the Hearing for Debtor's Motion for Entry of an Order Authorizing the Debtor to Enter into and Perform Under Certain Transaction Documents With the Public Lighting Authority and Granting Other Related Relief and (II) Leave to Conduct Limited Discovery<br>**Note:** Including all exhibits thereto |
| 8 | 11/11/13 | 1639 | Ex Parte Motion for Shortened Notice and Expedited Hearing on the Motion of the Objectors for (I) Clarification Regarding the Purpose of the Hearing for Debtor's Motion for Entry of an Order Authorizing the Debtor to Enter Into and Perform Under Certain Transaction Documents With the Public Lighting Authority and Granting Other Related Relief and (II) Leave to Conduct Limited Discovery<br>**Note:** Including all exhibits thereto |
| 9 | 11/12/13 | 1661 | Order Denying Motion for Clarification and Motion to Expedite Hearing |

3

13-53846-tjt Doc 2617-3 Filed 01/03/14 Entered 01/03/14 15:09:40 Page 3 of 6
13-53846-swr Doc 2373 Filed 01/03/14 Entered 01/03/14 15:41:50 Page 3 of 6

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 10 | 11/30/13 | 1877 | Transcript regarding Hearing Held 11/27/13 RE: Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Enter Into and Perform Under Certain Transaction Documents with the Public Lighting Authority and (II) Granting Other Related Relief (Docket #1341) |
| 11 | 12/2/13 | 1884 | Transcript Order Form of Hearing November 27, 2013, Filed by Interested Parties Syncora Capital Assurance, Inc., Syncora Guarantee Inc. |
| 12 | 12/4/13 | 1939 | Supplement to Joinder of the Official Committee of Retirees to the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction |

## II. DESIGNATION OF ISSUES ON APPEAL

a) Whether the order approving the Public Lighting Authority transaction should be reversed or otherwise vacated and remanded because the bankruptcy court failed to make the findings of fact required by Federal Rule of Civil Procedure 52.

b) Whether the bankruptcy court erred by finding that the Public Lighting Authority transaction satisfied the requirements of section 364(c) of the Bankruptcy Code.

c) Whether the bankruptcy court erred by finding that the Public Lighting Authority transaction represented an extension of credit in "good faith" within the meaning of section 364(e) of the Bankruptcy Code.

d) Whether the bankruptcy court erred by denying appellant's request to conduct discovery regarding the Public Lighting Authority transaction.

5

13-53846-tjt Doc 2616-3 Filed 01/31/14 Entered 01/31/14 15:09:40 Page 5 of 6
13-53846-swr Doc 2373 Filed 01/03/14 Entered 01/03/14 17:41:50 Page 5 of 6

Dated:  January 3, 2014

/s/ *Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

and

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI  48304
Telephone:  (248) 646-5070
Facsimile:  (248) 646-5075

*Attorneys for Syncora Guarantee Inc.
and Syncora Capital Assurance Inc.*

6

13-53846-swr  Doc 2373  Filed 01/03/14  Entered 01/03/14 17:41:50  Page 6 of 6
13-53846-tjt  Doc 2616-3  Filed 01/31/14  Entered 01/31/14 15:09:40  Page 6 of 6