UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, the State of Michigan, by and through the undersigned attorneys, submits the following designation of additional items to be included in the record on appeal in connection with Notice of Appeal filed by Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. [Dkt. #2273] from the Order Approving the Public Lighting Authority Transaction [Dkt. #1955].

| Design-ation | Docket # | Filing Date | Description |
| --- | --- | --- | --- |
| 1. | 1713 | 11/14/2013 | Joinder of Official Committee of Retirees in Part in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction |
| 2. | 1793 | 11/22/2013 | State of Michigan's Reply in Support of Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Enter Into and Perform Under Certain Transaction Documents With the Public Lighting Authority and (II) Granting Other Related Relief |
| 3. | 1795 | 11/22/2013 | Debtor's Reply to Limited Objections to Motion for Entry of an Order (I) Authorizing the Debtor to Enter Into and Perform Under Certain Transaction Documents With the Public Lighting Authority and (II) Granting Other Related Relief |
| 4. | 1955 | 12/6/2013 | Order (I) Authorizing the Debtor to Enter Into and Perform Under Certain Transaction Documents With the Public Lighting Authority and (II) Granting Other Related Relief |

2

13-53846-tjtwr Doc 261683 Filed 01/31/14 Entered 01/31/14 15:09:40 Page 2 of 3
13-53846-swr Doc 2483 Filed 01/15/14 Entered 01/15/14 15:30:44 Page 2 of 3

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan  48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Michigan Department of
Attorney General

Dated: January 15, 2014

3

13-53846-tjt  Doc 2616-2  Filed 01/31/14  Entered 01/31/14 15:09:40  Page 3 of 3
13-53846-swr  Doc 2483  Filed 01/15/14  Entered 01/15/14 15:30:44  Page 3 of 3