UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

CITY OF DETROIT, MICHIGAN,

                          Debtor /

Case No. 13-53846
Hon. Steven W. Rhodes
Chapter 9

### NOTICE OF APPEARANCE OF COUNSEL
### UNDER FED. R. BANKR. PRO. 9010

PLEASE TAKE NOTICE that Randall A. Pentiuk and Michael A. Karman of PENTIUK, COUVREUR, & KOBILJAK, P.C., hereby enters their Appearance as Counsel of Record for Creditor, Fountain Court Consumer Housing Cooperative, a Plaintiff in the Wayne County Circuit Court case, *Hyde Park Cooperative, et al. v. City of Detroit, by and through its Buildings and Safety Engineering Department*, Case No. 10-005687-CZ, and further states:

1. The name and address of the Counsel so appearing is:

    PENTIUK, COUVREUR & KOBILJAK, P.C.
    2915 Biddle Avenue, Suite 200
    Wyandotte, Michigan 48192
    (734) 281-7100

2. Debtor directs that all future and further notices, pleadings, orders, and the like which may be filed in this Court be sent to said Counsel.

3. This Notice shall be in effect until rescinded by the Debtor or order of the Court.

FOR THE CREDITOR FOUNTAIN PARK COURT CONSUMER HOUSING COOPERATIVE:

Respectfully submitted,

PENTIUK, COUVREUR & KOBILJAK, P.C.

By: /s/Michael A. Karman
Randall A. Pentiuk (P32556)
Michael A. Karman (P73824)
2915 Biddle Avenue, Suite 200
Wyandotte, Michigan 48192
(734) 281-7100

Dated: January 28, 2014

1