UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
CITY OF DETROIT, MICHIGAN,

                Debtor /

Case No. 13-53846
Hon. Steven W. Rhodes
Chapter 9

## STATEMENT REGARDING CORPORATE OWNERSHIP OF FOUNTAIN COURT CO-OPERATIVE, A MICHIGAN NON-PROFIT ASSOCIATION

[ ] The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

Name:_____
Address:_____
Name:_____
Address:_____
Name:_____
Address:_____
Name:_____
Address:_____

(For additional names, attach an addendum to this form)

[ X ] There are no entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.

I declare under penalty of perjury that the foregoing is correct.

                FOR THE CREDITOR FOUNTAIN PARK
                COURT CONSUMER HOUSING COOPERATIVE:

                Respectfully submitted,

                PENTIUK, COUVREUR & KOBILJAK, P.C.

                By: /s/Michael A. Karman
                Randall A. Pentiuk (P32556)
                Michael A. Karman (P73824)
                2915 Biddle Avenue, Suite 200
                Wyandotte, Michigan 48192
                (734) 281-7100

Dated: January 28, 2014