UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Chapter 9

City of Detroit, Michigan,              Case No. 13-53846
Debtor. Hon. Steven W. Rhodes
_____/

### APPELLANTS PHILLIPS ET AL.'S MOTION FOR EXTENSION OF TIME TO FILE DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

NOW COME Appellees, (Plaintiffs in *Catherine Phillips, et. al v. Snyder, et. al,* Case No. 13-cv-11370, filed in the United States District Court for the Eastern District of Michigan (the "*Phillips* Case")) by and through their attorneys, show as follows:

1.       This motion is in reference to the Claims of Appeal filed by the debtor (Docket # 2375) and the Michigan Governor and Treasurer (Docket # 2439).

The Appellees herein (the Plaintiffs in *Phillips et al. v. Snyder*, ED MI Case No. 13-cv-11370) hereby request a 7 day extension of time to file their Designation of Additional Items to be Included in the Record on Appeal which pursuant to bankruptcy court rule 8006 is due this date. The appellee's counsel were unable to complete the designation within the allotted time due to computer problems encountered this date by the undersigned attorney who had agreed to prepare this document.

Dated: January 31, 2014        Respectfully submitted,
                                           __/s/Hugh M. Davis____
                                           Hugh M. Davis (P12555)
                                           Cynthia Heenan (P53664)
                                           Constitutional Litigation Associates, PC
                                           450 W. Fort St., Ste. 200
                                           Detroit, MI 48226
                                           (313) 961-2255/Fax: (313) 961-5999
                                           Davis@ConLitPC.com and
                                           Heenan@ConLitPC.com
                                           Attorneys for Petitioners

Julie H. Hurwitz (P34720)
William H. Goodman (P14173)
Attorneys for Petitioners
Goodman & Hurwitz PC on behalf of Detroit &
Michigan National Lawyers Guild
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170/Fax: (313) 567-4827
jhurwitz@goodmanhurwitz.com
bgoodman@goodmanhurwitz.com
Attorneys for Petitioners

John C. Philo (P52721)
Anthony D. Paris (P71525)
SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
tparis@sugarlaw.org
Attorneys for Petitioners

Herbert A. Sanders (P43031)
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226
(313) 962-0099/Fax: (313) 962-0044
haslawpc@gmail.com
Attorneys for Petitioners

Richard G. Mack, Jr. (P58657)
Keith D. Flynn (P74192)
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
(313) 964-4454/Fax: (313) 964-4490
richardmack@millercohen.com
Attorneys for Petitioners


Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor

New York, New York 10012
(212) 614-6464/Fax: (212) 614-6499
dcharney@ccrjustice.org
Attorneys for Petitioners

F:\Cases\Phillips v. Snyder\In Re Detroit Bankruptcy\Pldgs\Petitioner's Mtn for Ext of Time to File Designation(2014-01-31).docx