UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

City of Detroit, Michigan                    Chapter 9
                                             Case No. 13-53846
                Debtor.                      Hon. Steven W. Rhodes
_____/

EXHIBIT 2 - NONE