**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In Re:

City of Detroit, Michigan                        Chapter 9
                                                    Case No. 13-53846
                 Debtor.              Hon. Steven W. Rhodes
_____/

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on January 31, 2014, she filed the following documents with the court, using the court's CM/ECF system, which will send notice of the filings to all registered participants in this matter.

       **APPELLANTS PHILLIPS, ET AL.'S MOTION FOR EXTENSION OF TIME TO FILE DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

                                      Respectfully submitted,

                                      ___/s/Hugh M. Davis____
                                      Hugh M. Davis (P12555)
                                      Cynthia Heenan (P53664)
                                      Constitutional Litigation Associates, PC
                                      450 W. Fort St., Ste. 200
                                      Detroit, MI 48226
                                      (313) 961-2255/Fax: (313) 961-5999
                                      Davis@ConLitPC.com and
                                      Heenan@ConLitPC.com
                                      Attorneys for Petitioners

                                      Julie H. Hurwitz (P34720)
                                      William H. Goodman (P14173)
                                      Attorneys for Petitioners
                                      Goodman & Hurwitz PC on behalf of Detroit &
                                      Michigan National Lawyers Guild
                                      1394 E. Jefferson Ave.
                                      Detroit, MI 48207
                                      (313) 567-6170/Fax: (313) 567-4827
                                      jhurwitz@goodmanhurwitz.com
                                      bgoodman@goodmanhurwitz.com

Attorneys for Petitioners

John C. Philo (P52721)
Anthony D. Paris (P71525)
SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
tparis@sugarlaw.org
Attorneys for Petitioners

Herbert A. Sanders (P43031)
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226
(313) 962-0099/Fax: (313) 962-0044
haslawpc@gmail.com
Attorneys for Petitioners

Richard G. Mack, Jr. (P58657)
Keith D. Flynn (P74192)
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
(313) 964-4454/Fax: (313) 964-4490
richardmack@millercohen.com
Attorneys for Petitioners

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012
(212) 614-6464/Fax: (212) 614-6499
dcharney@ccrjustice.org
Attorneys for Petitioners

F:\Cases\Phillips v. Snyder\In Re Detroit Bankruptcy\Pldgs\COS for Petitioner's Mtn for Extension of Time to file Designation(2014-01-31).doc