UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

City of Detroit, Michigan            Chapter 9
                                        Case No. 13-53846
               Debtor.         Hon. Steven W. Rhodes
_____/

EXHIBIT 5 - NONE