UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| City of Detroit, Michigan | Chapter 9 |
| | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

## ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE DESIGNATION

THE COURT HAVING FOUND THAT:

Upon Motion of the Petitioners;

IT IS HEREBY ORDERED that the Appellees herein (the Plaintiffs in *Phillips et al. v. Snyder*, ED MI Case No. 13-CV-11370) are granted 7 day extension of time to file their Designation of Additional Items to be Included in the Record on Appeal which pursuant to bankruptcy court rule 8006.

**Dated:**

_____
**Hon. Steven W. Rhodes**

F:\Cases\Phillips v. Snyder\In Re Detroit Bankruptcy\Pldgs\Order Granting Extension of Time to File Designation(2014-01-31).docx