# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re:<br><br>City of Detroit, Michigan<br><br>           Debtors. | Chapter 11<br><br>Case No. 13-53846 (SWR) |

## CERTIFICATE OF SERVICE

I, Jennifer Goldman, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case

On or before January 31, 2014, I caused copies of the
- [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re Docket Nos. 1264, 1312, 1313, 1391, and 1519]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

.

Dated: January 31, 2014

/s/ Jennifer Goldman
Jennifer Goldman
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zipcode | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill Jones Enterprises Inc | Attn Accounts Payable | Dba/Metro Airport Truck | 13385 Inkster Rd. | Taylor | MI | 48180 | $855.18 | $855.18 | 1312 | Transferor |
| DACA VI, LLC | | 1565 Hotel Circle South, Suite 310 | | San Diego | CA | 92108 | $1,451.35 | $1,451.35 | 1264 | Transferee |
| DACA VI, LLC | | 1565 Hotel Circle South, Suite 310 | | San Diego | CA | 92108 | $855.18 | $855.18 | 1312 | Transferee |
| DACA VI, LLC | | 1565 Hotel Circle South, Suite 310 | | San Diego | CA | 92108 | $601.77 | $601.77 | 1313 | Transferee |
| DACA VI, LLC | | 1565 Hotel Circle South, Suite 310 | | San Diego | CA | 92108 | $1,234.69 | $1,234.69 | 1391 | Transferee |
| DACA VI, LLC | | 1565 Hotel Circle South, Suite 310 | | San Diego | CA | 92108 | $1,819.42 | $1,819.42 | 1519 | Transferee |
| Oakland Regional Macomb Center | Attn Accounts Payable | 29900 Lorraine Ave Ste 400 | | Warren | MI | 48093 | $1,234.69 | $1,234.69 | 1391 | Transferor |
| Orthokinect | Attn Accounts Payable | 960 E Maple | | Birmingham | MI | 48009 | $601.77 | $601.77 | 1313 | Transferor |
| Shores Diagnostic Center | Attn Accounts Payable | 30781 Stephenson Hwy | | Madison Hts | MI | 48071 | $1,819.42 | $1,819.42 | 1519 | Transferor |
| Shores Diagnostic Center | | 20905 E 12 Mile Rd No 200 | | Roseville | MI | 48066 | $1,819.42 | $1,819.42 | 1519 | Notice Party |
| Weingartz Supply Co Inc | Attn Accounts Payable | 39050 Grand River | | Farmington Hills | MI | 48335 | $1,451.35 | $1,451.35 | 1264 | Transferor |