IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------ x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
------------------------------------------------ x

**APPELLANT CITY OF DETROIT'S STATEMENT
OF ISSUES AND DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant, the City of Detroit ("City"), submits this statement of issues and designation of the contents of the record in connection with its Notice of Appeal, filed on January 2, 2014 (Doc. No. 2358), from the Order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on December 18, 2013 (Doc. No. 2223).

**Statement of Issues**

1. Whether the Bankruptcy Court erred by granting Lasalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association and St. James Cooperative (the "Cooperatives") relief from the automatic stay to permit them to pursue their claims and those of any potential class members outside of the

21857500.6\022765-00202

13-53846-tjt Doc 2628-3 Filed 02/03/14 Entered 02/03/14 09:08:09 Page 1 of 3
13-53846-swr Doc 2495 Filed 02/26/14 Entered 02/26/14 17:50:57 Page 1 of 3

claims resolution process in the City's bankruptcy case which applies to almost all other unsecured claims?

2. Whether the Bankruptcy Court erred in concluding that the alternative dispute resolution procedures established in this case are generally not suited to address the claim that the City continues to charge the Cooperatives an impermissible rate?

3. Whether the Bankruptcy Court erred in allowing the Cooperatives to pursue class certification outside of the City's bankruptcy case?

4. Whether the Bankruptcy Court erred in concluding that the alleged claims are regulatory or administrative in nature and therefore should not be subject to the claims resolution process?

**Designation of Items**

Appellant designates items from the Bankruptcy Court docket to be included in the record on this appeal to the United States District Court for the Eastern District of Michigan, as listed on the Appendix, attached hereto as **Exhibit A.**

21857500.6\022765-00202

13-53846-tjt  Doc 2628-3  Filed 02/03/14  Entered 02/03/14 09:06:09  Page 2 of 3
13-53846-swr  Doc 2495  Filed 01/28/14  Entered 01/28/14 17:30:57  Page 2 of 3

Dated: January 16, 2014     Respectfully submitted,

>By: /s/Timothy A. Fusco
>Jonathan S. Green (P33140)
>Stephen S. LaPlante (P48063)
>Timothy A. Fusco (P13768)
>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
>150 West Jefferson
>Suite 2500
>Detroit, Michigan 48226
>Telephone: (313) 963-6420
>Facsimile: (313) 496-7500
>green@millercanfield.com
>laplante@millercanfield.com
>fusco@millercanfield.com
>
>David G. Heiman (OH 0038271)
>Heather Lennox (OH 0059649)
>JONES DAY
>North Point
>901 Lakeside Avenue
>Cleveland, Ohio 44114
>Telephone: (216) 586-3939
>Facsimile: (216) 579-0212
>dgheiman@jonesday.com
>hlennox@jonesday.com
>
>Bruce Bennett (CA 105430)
>JONES DAY
>555 South Flower Street Fiftieth Floor
>Los Angeles, California 90071
>Telephone: (213) 243-2382
>Facsimile: (213) 243-2539
>bbennett@jonesday.com
>
>ATTORNEYS FOR THE CITY OF DETROIT