# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

| | | |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steven W. Rhodes |

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2014, he caused a true and correct copy of *APPELLANT CITY OF DETROIT'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL* to be served upon counsel via electronic mail and First Class United States Mail as follows:

Tracy M. Clark, Esq.
Steinberg Shapiro & Clark
25925 Telegraph Rd., Suite 203
Southfield, MI 48033

Email: clark@steinbergshapiro.com

Dated: January 16, 2014

By: /s/Timothy A. Fusco
Timothy A. Fusco
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com

21863219.1\022765-00202
13-53846-swr Doc 2495-3 Filed 01/16/14 Entered 01/16/14 17:30:37 Page 1 of 1
13-53846-swr Doc 2628-3 Filed 02/03/14 Entered 02/03/14 09:08:09 Page 1 of 1