Form ntchrg

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

---

Case No.: **13–53846–swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

---

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **2/19/14** at **10:00 AM** to consider and act upon the following:

*2626* – Motion to Vacate/Set Aside / Motion of Debtor for Entry of an Order Vacating the Appointment of Official Committee of Unsecured Creditors Filed by Debtor In Possession City of Detroit, Michigan (Lennox, Heather)

Dated: 2/3/14

                                  BY THE COURT

                                    Katherine B. Gullo
                                    Clerk, U.S. Bankruptcy Court

                                    BY: christine sikula
                                    Deputy Clerk