IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------- x
                                               :
In re                                          :   Chapter 9
                                               :
CITY OF DETROIT, MICHIGAN,                     :   Case No. 13-53846
                                               :
              Debtor.                          :   Hon. Steven W. Rhodes
                                               :
---------------------------------------------- x
```

## STIPULATION RESOLVING ST. MARTINS COOPERATIVE'S MOTION FOR RELIEF FROM STAY [DOC. NO 1155]

The City of Detroit, Michigan (the "City") and St. Martins Cooperative, by and through their respective counsel, stipulate and agree to the entry of the Order attached as Exhibit A.

STIPULATED:

Dated: February 3, 2014

ATTORNEYS FOR ST. MARTINS COOPERATIVE

By: /s/ Kerry Morgan
Kerry Morgan (P32645)
PENTUIK COUVREUR & KOBILJAK PC
2915 Biddle Ave. Ste. 200
Wyandotte, MI 48192
Telephone: (734) 281-7100
Facsimile: (734) 281-2524
kmorgan@pck-law.com

ATTORNEYS FOR THE CITY OF DETROIT

By: /s/ Timothy A. Fusco
Jonathan S. Green (MI P13768)
Stephen S. LaPlante (MI P48063)
Timothy A. Fusco (MI P13768)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steven W. Rhodes |

## ORDER GRANTING STIPULATION RESOLVING ST. MARTINS COOPERATIVE'S MOTION FOR RELIEF FROM STAY [DOC. NO 1155]

Upon the Stipulation Resolving St. Martins Cooperative's Motion for Relief from Stay ("Stipulation"); and the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS ORDERED THAT** any claim filed by St. Martins Cooperative on or before the General Bar Date[1] arising out of or related to the liabilities asserted in the lawsuit pending in Wayne County, Michigan Circuit Court, captioned St. Martin's Cooperative v. The Detroit Water and Sewerage Department, and City of Detroit Board of Water Commissioners (Case No. 12-016332) ("Lawsuit") shall be

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims ("ADR Order"). [Doc. No. 2302].

deemed a Designated Claim under the ADR Order and the City shall serve an ADR Notice on St. Martins Cooperative within 30 days of the General Bar Date. Notwithstanding the terms of the ADR Order and the ADR Procedures, any resolution of St. Martins Cooperative's claim pursuant to the ADR Procedures shall incorporate the liquidation of any postpetition claims asserted in the Lawsuit.