UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

City of Detroit, Michigan            Chapter 9
                                               Case No. 13-53846
                Debtor.               Hon. Steven W. Rhodes

## ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE DESIGNATION

THE COURT HAVING FOUND THAT:

     Upon Motion of the Petitioners;

     IT IS HEREBY ORDERED that the Appellees herein (the Plaintiffs in *Phillips et al. v. Snyder*, ED MI Case No. 13-CV-11370) are granted 7 day extension of time to file their Designation of Additional Items to be Included in the Record on Appeal which pursuant to bankruptcy court rule 8006.

.

**Signed on February 03, 2014**

                                                           /s/ Steven Rhodes
                                                           **Steven Rhodes**
                                                           **United States Bankruptcy Judge**