# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------- x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
---------------------------------------------- x

## ORDER GRANTING STIPULATION RESOLVING ST. MARTINS COOPERATIVE'S MOTION FOR RELIEF FROM STAY [DOC. NO 1155]

Upon the Stipulation Resolving St. Martins Cooperative's Motion for Relief from Stay ("Stipulation"); and the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS ORDERED THAT** any claim filed by St. Martins Cooperative on or before the General Bar Date[1] arising out of or related to the liabilities asserted in the lawsuit pending in Wayne County, Michigan Circuit Court, captioned St. Martin's Cooperative v. The Detroit Water and Sewerage Department, and City of Detroit Board of Water Commissioners (Case No. 12-016332) ("Lawsuit") shall be deemed a Designated Claim under the ADR Order and the City shall serve an ADR

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims ("ADR Order"). [Doc. No. 2302].

Notice on St. Martins Cooperative within 30 days of the General Bar Date. Notwithstanding the terms of the ADR Order and the ADR Procedures, any resolution of St. Martins Cooperative's claim pursuant to the ADR Procedures shall incorporate the liquidation of any postpetition claims asserted in the Lawsuit.

.

**Signed on February 03, 2014**

                    ___/s/ Steven Rhodes___
                     **Steven Rhodes**
                     **United States Bankruptcy Judge**