# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

City of Detroit, Michigan                            Chapter 9
                                                              Case No. 13-53846
                     Debtor.                     Hon. Steven W. Rhodes
_____/

## APPELLEE CATHERINE PHILLIPS, ET AL.'S SUPPLEMENTAL DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8006 of the Federal Rule of Bankruptcy Procedure, Appellees, Catherine Phillips, *et al.* submit this designation of the contents of the record in connection with City of Detroit's Notice of Appeal filed on January 3, 2014 (Dkt No. 2375) and Governor Rick Synder and State Treasurer Kevin Clinton's Notice of Appeal filed on January 9, 2014 (Dkt No. 2439) from the Order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on November 6, 2013 (Dkt No. 1536) and the Order Denying Motion for Reconsideration, entered on December 20, 2013, (Dkt No. 2256).

### Designation of Items

Appellees (Phillips Plaintiffs) designates the attached additional items from the Bankruptcy Court docket to be included in the record on this appeal to the United States District Court for the Eastern District of Michigan, as listed on the Appendix, attached hereto.

                                          Respectfully submitted,

                                          __/s/Hugh M. Davis___
                                          Hugh M. Davis (P12555)
                                          Cynthia Heenan (P53664)
                                          Constitutional Litigation Associates, PC
                                          450 W. Fort St., Ste. 200
                                          Detroit, MI 48226
                                          (313) 961-2255/Fax: (313) 961-5999
                                          Davis@ConLitPC.com and
                                          Heenan@ConLitPC.com

Attorneys for Petitioners
Julie H. Hurwitz (P34720)
William H. Goodman (P14173)
Attorneys for Petitioners
Goodman & Hurwitz PC on behalf of Detroit &
Michigan National Lawyers Guild
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170/Fax: (313) 567-4827
jhurwitz@goodmanhurwitz.com
bgoodman@goodmanhurwitz.com
Attorneys for Petitioners

John C. Philo (P52721)
Anthony D. Paris (P71525)
SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
tparis@sugarlaw.org
Attorneys for Petitioners

Herbert A. Sanders (P43031)
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226
(313) 962-0099/Fax: (313) 962-0044
haslawpc@gmail.com
Attorneys for Petitioners

Richard G. Mack, Jr. (P58657)
Keith D. Flynn (P74192)
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
(313) 964-4454/Fax: (313) 964-4490
richardmack@millercohen.com
Attorneys for Petitioners

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012
(212) 614-6464/Fax: (212) 614-6499
dcharney@ccrjustice.org
Attorneys for Petitioners