# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

City of Detroit, Michigan          Chapter 9
                                                 Case No. 13-53846
                  Debtor.          Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2014, she filed the following documents with the court, using the court's CM/ECF system, which will send notice of the filings to all registered participants in this matter.

**APPELLEE CATHERINE PHILLIPS, ET AL. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL.**

                         Respectfully submitted,

                         ___/s/Hugh M. Davis_____
                         Hugh M. Davis (P12555)
                         Cynthia Heenan (P53664)
                         Constitutional Litigation Associates, PC
                         450 W. Fort St., Ste. 200
                         Detroit, MI 48226
                         (313) 961-2255/Fax: (313) 961-5999
                         Davis@ConLitPC.com and
                         Heenan@ConLitPC.com
                         Attorneys for Petitioners

                         Julie H. Hurwitz (P34720)
                         William H. Goodman (P14173)
                         Attorneys for Petitioners
                         Goodman & Hurwitz PC on behalf of Detroit &
                         Michigan National Lawyers Guild
                         1394 E. Jefferson Ave.
                         Detroit, MI 48207
                         (313) 567-6170/Fax: (313) 567-4827
                         jhurwitz@goodmanhurwitz.com
                         bgoodman@goodmanhurwitz.com
                         Attorneys for Petitioners

John C. Philo (P52721)
Anthony D. Paris (P71525)
SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
tparis@sugarlaw.org
Attorneys for Petitioners

Herbert A. Sanders (P43031)
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226
(313) 962-0099/Fax: (313) 962-0044
haslawpc@gmail.com
Attorneys for Petitioners

Richard G. Mack, Jr. (P58657)
Keith D. Flynn (P74192)
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
(313) 964-4454/Fax: (313) 964-4490
richardmack@millercohen.com
Attorneys for Petitioners

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012
(212) 614-6464/Fax: (212) 614-6499
dcharney@ccrjustice.org
Attorneys for Petitioners

F:\Cases\Phillips v. Snyder\In Re Detroit Bankruptcy\Pldgs\COS for Appellee's Designation (2014-02-03).doc

13-53846-tjt    Doc 2634    Filed 02/03/14    Entered 02/03/14 16:17:38    Page 2 of 2