UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

CITY OF DETROIT, MICHIGAN,          Chapter 9
                                               Case No. 13-53846-swr
        Debtor.                              Hon. Steven W. Rhodes
_____/

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN A CASE**

      Please remove attorney Jay S. Kalish, whose email address is jskalish@aol.com, from the list that allows for receipt of electronic filings in the above captioned case.

                                          JAY S. KALISH & ASSOCIATES, P.C.

                                          */s/ Jay S. Kalish*                    .
                                          JAY S. KALISH
                                          Attorney for Prime Financial, Inc.
                                          28592 Orchard Lake Road, Suite 360
                                          Farmington Hills, MI 48334
                                          (248) 932-3000
                                          *JSKalish@aol.com*
                                          MI Bar Number: P26301

Dated: February 4, 2014

1