# EXHIBIT 6-B

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Statement
January 24, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

| | |
|---|---:|
| Current Fees | 0.00 |
| Current Disbursements | 0.00 |
| Current Interest | 0.00 |
| Current Retainer | 0.00 |
| Total Current Charges | 0.00 |
| Courtesy Discount | -0.00 |
| Advance Deposit Applied | -0.00 |
| **Total Current Due** | **0.00** |

## Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---:|---:|---:|
| Robert M. Fishman | Member | 45.90 | 600.00 | 27,540.00 |
| | **Totals** | **45.90** | | **27,540.00** |

## Disbursements

| Description | Amount |
|---|---:|
| Travel | 682.65 |
| Working Meals | 25.20 |
| | 113.00 |
| Parking/Taxi | 47.00 |
| **Total Disbursements** | **867.85** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 08/08/13 | RMF | Spoke to Judge Rhodes re Fee Examiner position (.3). Reviewed draft order appointing Fee Examiner (.4). Began reviewing case docket and certain filings (2.5). | 3.20 | 600.00 | 1,920.00 |
| 08/08/13 | RMF | Drafted email to all attorneys and other personnel at Shaw Fishman re conflicts in the City of Detroit case (.2). Reviewed responses re same (.4). | 0.60 | 600.00 | 360.00 |

**Shaw Fishman Glantz & Towbin LLC**

Robert Fishman as Detroit Fee Examiner  
I.D. 10661  
Re: Robert Fishman  

January 24, 2014  
Statement  
Page 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/09/13 | RMF | Further review of responses to conflicts email (.3). Discussed draft order appointing fee examiner with P. Roberts (.4). Revised draft order provided by Judge Rhodes (1.2). Created Rate Exhibit to attach to Order (.2). | 2.10 | 600.00 | 1,260.00 |
| 08/10/13 | RMF | Spoke to Judge Rhodes re Fee Examiner Order and related topics (.3). Revised draft order (1.1). | 1.40 | 600.00 | 840.00 |
| 08/12/13 | RMF | Spoke to Judge Rhodes re fee examiner issues (.4). Further revisions to draft order (.7). | 1.10 | 600.00 | 660.00 |
| 08/13/13 | RMF | Spoke to S. Kapila re his serving as my financial advisor in the City of Detroit case (.4). Reviewed Kapila proposed Rate Sheet for case (.2). Spoke to P. Roberts re R. Fishman verified statement to accompany order (.4). Reviewed various verified statements from other cases (.6). Reviewed and revised draft R. Fishman verified statement (7). | 2.30 | 600.00 | 1,380.00 |
| 08/14/13 | RMF | Reviewed draft S. Kapila verified statement (.2). Communicated with S. Kapila re his verified statement (.4). Discussed R. Fishman verified statement with P. Roberts (.3). Revised same (.1). Spoke to Judge Rhodes re fee examiner order and related issues (.4). | 1.40 | 600.00 | 840.00 |
| 08/16/13 | RMF | Reviewed final draft of order (.2). Drafted text of press release re appointment (.4). Drafted email to Judge Rhodes re terms of order (.1). | 0.70 | 600.00 | 420.00 |
| 08/17/13 | RMF | Began drafting checklist of fee review issues and procedures. | 1.60 | 600.00 | 960.00 |
| 08/20/13 | RMF | Continued outline re issues and questions for discussion with counsel for the City re procedures (2.7). Met with D. Heiman and J. Ellman re same (2.4). | 5.10 | 600.00 | 3,060.00 |
| 08/21/13 | RMF | Attended Court re status hearing (1.6). Began working on draft Fee Review Order (1.3). | 2.90 | 600.00 | 1,740.00 |
| 08/22/13 | RMF | Continued drafting proposed Fee Review Order. | 5.20 | 600.00 | 3,120.00 |
| 08/23/13 | RMF | Conference call with representatives of the Office of the United States Trustee, I. Bodenstein and G. Gouveia to discuss new UST Guidelines and Fee Examiner engagement (1.0). Conference call with S. Kapila and his colleagues, P. Roberts and G. Gouveia re approach to analysis of information and formatting and reporting issues (.7). Worked on proposed Fee Review Order (1.7). | 3.40 | 600.00 | 2,040.00 |
| 08/24/13 | RMF | Worked on proposed Fee Review Order (2.1). Met with P. Roberts, G. Gouveia and I. Bodenstein and discussed and revised proposed Fee Review Order (2.7). Made substantial revisions to the proposed order (2.1). | 6.90 | 600.00 | 4,140.00 |
| 08/26/13 | RMF | Discussions with P. Roberts, I. Bodenstein and G. Gouveia re Fee Review Order (1.3). Made further revisions thereto (1.6). | 2.90 | 600.00 | 1,740.00 |
| 08/27/13 | RMF | Reviewed comments to Fee Review Order form S. Kapila (.3), drafted email to S. Kapila re same (.2) and made some revisions to order (.2). Reviewed suggested changes to order from J. Ellman (.4). Spoke to J. Ellman re same (.8). Met with P. Roberts and I. | 2.40 | 600.00 | 1,440.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Bodenstein to review and discuss Jones Day suggested changes to Fee Review Order (.5). | | | |
| 08/28/13 | RMF | Spoke to D. Heiman re Fee Review Order (.3). Made further revisions to the Order (.5). Spoke to J. Ellman re Order (.3). | 1.10 | 600.00 | 660.00 |
| 08/29/13 | RMF | Made further revisions to Order (.8). Spoke to J. Ellman (.3) and P. Roberts (.1) re same. Discussed section 943(b)(3) standard with G. Guzzardo (.2). Reviewed J. Guzzardo email re same (.2). | 1.60 | 600.00 | 960.00 |
| | | **Total Fees** | **45.90** | | **27,540.00** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/31/13 | Travel; Airfare - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 499.80 |
| 08/31/13 | Travel; Hotel - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 182.85 |
| 08/31/13 | Working Meals; Meals - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 25.20 |
| 08/31/13 | Ground Transportation - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 113.00 |
| 08/31/13 | Parking/Taxi; Parking - Detroit - Meet with City's Counsel and Attend Status Hearing (RMF); Robert M. Fishman | 47.00 |
| | **Total Disbursements** | **867.85** |

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Statement
January 24, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

| | |
|---|---:|
| Current Fees | 0.00 |
| Current Disbursements | 0.00 |
| Current Interest | 0.00 |
| Current Retainer | 0.00 |
| Total Current Charges | 0.00 |
| Courtesy Discount | -0.00 |
| Advance Deposit Applied | -0.00 |
| **Total Current Due** | **0.00** |

### Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---:|---:|---:|
| Robert M. Fishman | Member | 3.00 | 300.00 | 900.00 |
| Robert M. Fishman | Member | 24.10 | 600.00 | 14,460.00 |
| | **Totals** | **27.10** | | **15,360.00** |

### Disbursements

| Description | Amount |
|---|---:|
| Travel | 824.65 |
| Working Meals | 56.70 |
| Parking/Taxi | 148.00 |
| **Total Disbursements** | **1,029.35** |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 09/04/13 | RMF | Conference call with attorneys for Retirees Committee and I. Bodenstein re proposed Fee Review order (.6). Drafted some proposed changes to fee review order (.3). Discussed situation with J. Ellman (.3). | 1.20 | 600.00 | 720.00 |
| 09/09/13 | RMF | Reviewed and commented on proposed changes to Fee Review Order sent by J. Ellman (.6). Reviewed Response of Retirees Committee to proposed Fee Review Order (.3). Spoke to I. | 1.30 | 600.00 | 780.00 |

**Shaw Fishman Glantz & Towbin LLC**

Robert Fishman as Detroit Fee Examiner  
I.D. 10661  
Re: Robert Fishman

January 24, 2014  
Statement  
Page 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | Bodenstein re proposed changes (.2). Spoke to J. Ellman re proposed changes (.2). | | | |
| 09/09/13 | RMF | Traveled to Detroit for hearing on Fee Review Order. (bill at $300 per hour). | 3.00 | 300.00 | 900.00 |
| 09/09/13 | RMF | Reviewed Response to Fee Review Order filed by the Committee (.3). Multiple discussions with J. Ellman re possible modifications to order (1.2). Reviewed draft modifications (.6). | 2.10 | 600.00 | 1,260.00 |
| 09/10/13 | RMF | Prepared for and attended hearing re Fee Review Order. | 6.00 | 600.00 | 3,600.00 |
| 09/12/13 | RMF | Spoke to J. Ellman re fee review issues (.4). Reviewed Committee brief re withdrawal of the reference (.8). | 1.20 | 600.00 | 720.00 |
| 09/13/13 | RMF | Met with team re fee review process, creating checklists and creating templates (.9). Spoke to I. Bodenstein and S. Kapila re same (.3). Reviewed and revised Detailed Statement of Services Rendered for July/August 2013 Shaw Fishman (.8). | 2.00 | 600.00 | 1,200.00 |
| 09/16/13 | RMF | Reviewed and revised draft initial checklist for Professionals under Fee Review Order (.5). Spoke to A. Hudson re same (.2). Reviewed and revised draft initial monthly and quarterly task checklist under Fee Review Order (.5). Spoke to M. Reiser re same (.1). Drafted email to J. Ellman and M. Wilkins re checklist (.2). Reviewed and revised July/August Shaw Fishman Detailed Statement of Services Rendered (.8). | 2.30 | 600.00 | 1,380.00 |
| 09/24/13 | RMF | Spoke to J. Ellman re logistics of submission of invoices. | 0.20 | 600.00 | 120.00 |
| 09/26/13 | RMF | Reviewed docket and various pleadings. | 2.70 | 600.00 | 1,620.00 |
| 09/27/13 | RMF | Reviewed docket and various pleadings (3.1). Reviewed Pepper Hamilton engagement letter and rates statement (.1). Reviewed correspondence from City setting forth Ordinary Course Professionals and those Professionals who will be submitting monthly invoices (.1). | 3.30 | 600.00 | 1,980.00 |
| 09/30/13 | RMF | Reviewed Jones Day fee categories and emailed J. Ellman re same (.3). Reviewed additional pleadings (1.5). | 1.80 | 600.00 | 1,080.00 |
| | | **Total Fees** | **27.10** | | **15,360.00** |

| | **Disbursements** | |
|---|---|---:|
| **Date** | **Description** | **Amount** |
| 09/20/13 | Travel; Airfare - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 641.80 |
| 09/20/13 | Travel; Hotel - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 182.85 |
| 09/20/13 | Working Meals; Meals - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 56.70 |
| 09/20/13 | Parking/Taxi; Ground Transportation - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 107.00 |
| 09/20/13 | Parking/Taxi; Parking - Detroit - Attend Hearing re Fee Review Order (RMF); Robert M. Fishman | 41.00 |

Shaw Fishman Glantz & Towbin LLC

| Robert Fishman as Detroit Fee Examiner | January 24, 2014 |
| I.D. 10661 | Statement |
| Re: Robert Fishman | Page 3 |

| Date | Description | Amount |
|---|---|---|
| | **Total Disbursements** | **1,029.35** |