# EXHIBIT 6-C

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Statement
January 24, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

| | | |
|---|---|---|
| Current Fees | 0.00 | |
| Current Disbursements | 0.00 | |
| Current Interest | 0.00 | |
| Current Retainer | 0.00 | |
| Total Current Charges | 0.00 | |
| Courtesy Discount | -0.00 | |
| Advance Deposit Applied | -0.00 | |
| **Total Current Due** | | **0.00** |

## Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Gordon E. Gouveia | Member | 10.00 | 325.00 | 3,250.00 |
| Ira Bodenstein | Member | 9.30 | 425.00 | 3,952.50 |
| John W. Guzzardo | Associate | 2.80 | 300.00 | 840.00 |
| Melissa A. Westbrook | Paralegal | 1.20 | 170.00 | 204.00 |
| Peter J. Roberts | Member | 12.20 | 410.00 | 5,002.00 |
| David R Doyle | Associate | 2.90 | 250.00 | 725.00 |
| Marc S. Reiser | Associate | 0.70 | 250.00 | 175.00 |
| | **Totals** | **39.10** | | **14,148.50** |

## Disbursements

| Description | Amount |
|---|---|
| Westlaw | 84.77 |
| Pacer Research | 55.20 |
| **Total Disbursements** | **139.97** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/08/13 | MAW | Downloaded case docket and requested filings from PACER per R. Fishman's request. | 1.00 | 170.00 | 170.00 |

**Shaw Fishman Glantz & Towbin LLC**
| | | |
|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | January 24, 2014 |
| I.D. 10661 | | Statement |
| Re: Chapter 9 case | | Page 2 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/09/13 | PJR | Review and suggest revisions to drafts of proposed fee examiner appointment order (.6); confer with R. Fishman on same (.4). | 1.00 | 410.00 | 410.00 |
| 08/13/13 | PJR | Draft and edit form of affidavit for submission by fee examiner (.9); telephone conferences and e-mail exchanges with R. Fishman on same (.4); review case docket and filings to date (.4). | 1.70 | 410.00 | 697.00 |
| 08/14/13 | PJR | Telephone conferences with R. Fishman regarding affidavit for fee examiner order (.3); edits to affidavit and exchange e-mails with R. Fishman on same (.2). | 0.50 | 410.00 | 205.00 |
| 08/19/13 | DRD | Confer with R. Fishman, P. Roberts, G. Gouveia, and M. Reiser regarding strategy and ideas for evaluating professional fee applications (.7); research and review local rules, administrative orders and other rules governing professional compensation in the bankruptcy court for the Eastern District of Michigan (1.2). | 1.90 | 250.00 | 475.00 |
| 08/19/13 | MAW | Reviewed docket for order approving fee examiner and sent same to R. Fishman. | 0.20 | 170.00 | 34.00 |
| 08/19/13 | PJR | Meeting with R. Fishman, G. Gouveia, D. Doyle, and M. Reiser regarding fee examiner appointment, related procedures, and related issues. | 0.70 | 410.00 | 287.00 |
| 08/19/13 | GEG | Office conference with R. Fishman, P. Roberts, M. Reiser and D. Doyle regarding background information and delegation of initial tasks related to fee examiner appointment (.7); review entered order appointing fee examiner (.3) | 1.00 | 325.00 | 325.00 |
| 08/19/13 | MSR | Strategy meeting for Detroit bankruptcy case. | 0.70 | 250.00 | 175.00 |
| 08/20/13 | GEG | Phone call with R. Fishman regarding UST fee guidelines and possible applications of same to fee examination procedures (.4); review and highlight portions of UST fee guidelines and email to R. Fishman regarding same (1.0) | 1.40 | 325.00 | 455.00 |
| 08/22/13 | IB | Review UAL and K. Mart fee review guidelines and reports re: preparation of Detroit order. | 1.50 | 425.00 | 637.50 |
| 08/22/13 | GEG | Phone call with R. Fishman regarding fee examiner procedures order and related issues | 0.20 | 325.00 | 65.00 |
| 08/23/13 | IB | Meet with R. Fishman, G. Gouveia and P. Roberts re: formulating fee order and conference call with S. Gerdano , C. White, R. DeAngelis and other UST personnel re: UST guidelines | 1.30 | 425.00 | 552.50 |
| 08/23/13 | IB | Review UST Fee Guideline (.4) and exhibits to UST Fee Guidelines (.4) re: prepare for tomorrow's drafting session on fee order | 0.80 | 425.00 | 340.00 |
| 08/23/13 | GEG | Conference call with R. Fishman and representatives of Office of United States Trustee regarding fee examiner procedures and new UST fee guidelines for large chapter 11 cases (1.0); office conference with R. Fishman, I. Bodenstein and P. Roberts regarding fee examiner procedures (.3); conference call with Soneet Kapila, R. Fishman and other members of working group regarding fee examiner procedures and related issues (.5) | 1.80 | 325.00 | 585.00 |
| 08/23/13 | PJR | Participate in limited portion of conference call with C. White, B. | 1.50 | 410.00 | 615.00 |

**Shaw Fishman Glantz & Towbin LLC**

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | January 24, 2014 |
| I.D. 10661 | Statement |
| Re: Chapter 9 case | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | DeAngelis and other representatives of Office of United States Trustee and R. Fishman, I. Bodenstein, and G. Gouveia regarding fee procedures order and related issue (.7); follow up conference with R. Fishman, I. Bodenstein, and G. Gouveia regarding fee procedures (.3); conference call with R. Fishman, G. Gouveia, S. Kapila, M. McMickle, and M. Davis regarding creation of templates and fields for billing reviews and associated issues (.5). | | | |
| 08/24/13 | IB | Meet with P. Roberts, G. Gouveia and R. Fishman to review and revise draft of Proposed Fee Review Order. | 2.70 | 425.00 | 1,147.50 |
| 08/24/13 | PJR | Meeting with R. Fishman, I. Bodenstein, and G. Gouveia to review, revise, and discuss proposed fee review order (2.7); draft revisions to portions of fee review order (1.2); | 3.90 | 410.00 | 1,599.00 |
| 08/24/13 | GEG | Meeting with R. Fishman, I. Bodenstein and P. Roberts to discuss provisions of proposed fee review order and related issues | 2.70 | 325.00 | 877.50 |
| 08/25/13 | IB | Review version 2 of Fee Review Order from R. Fishman. | 1.00 | 425.00 | 425.00 |
| 08/26/13 | IB | review Version 3 of Fee Examiner order (.4) and provide final comments to R. Fishman (.1). | 0.50 | 425.00 | 212.50 |
| 08/26/13 | DRD | Review proposed fee examination procedures order (.6) and provide comments to R. Fishman (.4). | 1.00 | 250.00 | 250.00 |
| 08/26/13 | GEG | Review and comment on draft fee review order (1.0); office conference with R. Fishman regarding same (1.0); email correspondence with KCC regarding inclusion of Shaw Fishman attorneys on 2002 service list (.1) | 2.10 | 325.00 | 682.50 |
| 08/26/13 | PJR | Review and revise latest drafts of fee review order. | 0.60 | 410.00 | 246.00 |
| 08/27/13 | IB | Review revised draft of fee order from counsel for the city | 0.50 | 425.00 | 212.50 |
| 08/27/13 | IB | Meet with R. Fishman and P. Roberts to discuss City attorneys proposed changes to fee order | 0.50 | 425.00 | 212.50 |
| 08/27/13 | PJR | Review City's proposed changes to draft fee review order (.4); meet with R. Fishman and I. Bodenstein to discuss revised form of fee review order (.5). | 0.90 | 410.00 | 369.00 |
| 08/27/13 | GEG | Review proposed revisions to fee review order from counsel for the City (.3) and confer with R. Fishman regarding same (.2) | 0.50 | 325.00 | 162.50 |
| 08/29/13 | IB | Review of final form fee order with all suggested revisions and give final comments to R. Fishman | 0.50 | 425.00 | 212.50 |
| 08/29/13 | JWG | Legal research re: standards of 11 USC 943(b)(3). | 2.80 | 300.00 | 840.00 |
| 08/29/13 | GEG | Review revised draft fee review order with final round of comments from counsel for City (.2); email correspondence with R. Fishman regarding same (.1) | 0.30 | 325.00 | 97.50 |
| 08/29/13 | PJR | Review revised draft of proposed fee order (.3); confer wtih R. Fishman on same (.1). | 0.40 | 410.00 | 164.00 |
| 08/30/13 | PJR | Review final form of fee review order and related e-mails with City's attorneys (.3); draft and edit form of notice for filing of same (.5); follow up e-mails with City's attorneys on same (.2). | 1.00 | 410.00 | 410.00 |
| | | **Total Fees** | **39.10** | | **14,148.50** |

Shaw Fishman Glantz & Towbin LLC

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | January 24, 2014 |
| I.D. 10661 | Statement |
| Re: Chapter 9 case | Page 4 |

| | Disbursements | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 08/31/13 | Westlaw; Detroit research (JWG); West Group | 84.77 |
| 08/31/13 | Pacer Research; Notice (PJR) | 3.20 |
| 08/31/13 | Pacer Research; Docket (MAW) | 9.20 |
| 08/31/13 | Pacer Research; Docket (MAW) | 42.80 |
| | **Total Disbursements** | **139.97** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Statement
January 24, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

| | | |
|---|---|---|
| Current Fees | 0.00 | |
| Current Disbursements | 0.00 | |
| Current Interest | 0.00 | |
| Current Retainer | 0.00 | |
| Total Current Charges | 0.00 | |
| Courtesy Discount | -0.00 | |
| Advance Deposit Applied | -0.00 | |
| **Total Current Due** | | **0.00** |

## Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Gordon E. Gouveia | Member | 3.60 | 325.00 | 1,170.00 |
| Ira Bodenstein | Member | 5.90 | 425.00 | 2,507.50 |
| Peter J. Roberts | Member | 1.20 | 410.00 | 492.00 |
| Allison Hudson | Associate | 3.50 | 0.00 | 0.00 |
| David R Doyle | Associate | 6.30 | 250.00 | 1,575.00 |
| Marc S.Reiser | Associate | 6.60 | 250.00 | 1,650.00 |
| | **Totals** | **27.10** | | **7,394.50** |

## Disbursements

| Description | Amount |
|---|---|
| Pacer Research | 8.50 |
| **Total Disbursements** | **8.50** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/13 | IB | Conference call with R. Fishman, M. Wilkens and Sam Alberts from SNR Denton re: comments to proposed fee order (.6); meet with R Fishman to review suggested revisions to order (.1). | 0.70 | 425.00 | 297.50 |
| 09/04/13 | PJR | Exchange e-mails with M. Wilkins regarding Retiree Committee | 0.10 | 410.00 | 41.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | feedback on proposed Fee Review Order. | | | |
| 09/05/13 | GEG | Review docket and identify significant matters, disputes and hearings to monitor in the case. | 0.50 | 325.00 | 162.50 |
| 09/08/13 | IB | Review draft of revise fee order from Jeff Ellman. | 0.40 | 425.00 | 170.00 |
| 09/09/13 | IB | Discuss revised fee order with R. Fishman. | 0.20 | 425.00 | 85.00 |
| 09/09/13 | GEG | Office conference with R. Fishman regarding Retiree Committee comments on proposed fee review order | 0.10 | 325.00 | 32.50 |
| 09/11/13 | IB | Review form of entered fee order | 0.30 | 425.00 | 127.50 |
| 09/12/13 | IB | Discuss entered fee order with R. Fishman | 0.10 | 425.00 | 42.50 |
| 09/12/13 | GEG | Confer with R. Fishman regarding entered fee review order and related follow up tasks (.2); calendar deadlines set forth in fee review order (1.0) | 1.20 | 325.00 | 390.00 |
| 09/12/13 | MSR | Meeting with A. Hudson re: initial checklist (.3); Review initial checklist (.5). | 0.80 | 250.00 | 200.00 |
| 09/13/13 | IB | Meet with fee review team re: initial preparation of coding and checklists prior to first invoices coming in. | 0.60 | 425.00 | 255.00 |
| 09/13/13 | DRD | Confer with R. Fishman, I. Bodenstein, G. Gouveia, M. Reiser, and A. Hudson regarding logistics and implementation of fee examiner order. | 0.90 | 250.00 | 225.00 |
| 09/13/13 | IB | Review United form of report re: coding issues and send to G. Gouveia (.1) phone call with R. Fishman and S. Kapila re: receipt, coding and sorting of fee data (.3). | 0.40 | 425.00 | 170.00 |
| 09/13/13 | DRD | Begin drafting memorandum regarding criteria for reviewing Monthly Invoices. | 2.10 | 250.00 | 525.00 |
| 09/13/13 | AH | Meeting with members and associates responsible for reviewing professional invoices to develop a deadline schedule going forward and assignment of tasks. | 0.90 | | |
| 09/13/13 | AH | Reviewed Fee Review Order and developed an initial submissions checklist to be sent to counsel for the City and Committee, and for internal use. | 2.60 | | |
| 09/13/13 | GEG | Prepare for (.1) and attend meeting with R. Fishman, I. Bodenstein, D. Doyle, M. Reiser and A. Hudson regarding preparation of checklists, report templates and discussion of various issues related to fee review order and process (.9); review sample reports filed by fee examiner in AMR case (.3) | 1.30 | 325.00 | 422.50 |
| 09/13/13 | MSR | Review fee order (.5); Meeting with R. Fishman and other members of working group on upcoming tasks (.9) | 1.40 | 250.00 | 350.00 |
| 09/13/13 | MSR | Draft monthly checklist. | 1.20 | 250.00 | 300.00 |
| 09/16/13 | IB | Review and revise draft of initial submission checklist (.3); discuss revisions with R. Fishman (.1) and A. Hudson (.1) | 0.50 | 425.00 | 212.50 |
| 09/16/13 | DRD | Continue drafting memorandum regarding criteria for reviewing monthly invoices. | 3.20 | 250.00 | 800.00 |
| 09/16/13 | GEG | Review initial submission checklist and email correspondence with A. Hudson regarding same | 0.20 | 325.00 | 65.00 |

**Shaw Fishman Glantz & Towbin LLC**

Robert Fishman as Detroit Fee Examiner  January 24, 2014
I.D. 10661  Statement
Re: Chapter 9 case  Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/16/13 | MSR | Draft checklist of receivables and tasks of professionals and fee examiner. | 2.10 | 250.00 | 525.00 |
| 09/17/13 | IB | Review and revise quarterly checklists (.4) and invoice review guide (.3). | 0.70 | 425.00 | 297.50 |
| 09/23/13 | PJR | Review recent filings in case. | 0.40 | 410.00 | 164.00 |
| 09/27/13 | GEG | Review letter and lists of professionals subject to fee review order and ordinary course professionals from counsel for City (.2); email correspondence with Soneet Kapila regarding deadline for delivery of retention agreements and other items from City (.1) | 0.30 | 325.00 | 97.50 |
| 09/28/13 | IB | Review List of professionals and OC professionals for the city (.2); Review Pepper Hamilton engagement letter (.3) | 0.50 | 425.00 | 212.50 |
| 09/30/13 | IB | Review and revise draft forms of fee review notice, checklist and standards | 1.00 | 425.00 | 425.00 |
| 09/30/13 | IB | Review Jones Day engagement letter and categories | 0.30 | 425.00 | 127.50 |
| 09/30/13 | IB | Provide comments to D. Doyle re: criteria memo and M. Reiser re: checklists | 0.20 | 425.00 | 85.00 |
| 09/30/13 | DRD | Confer with I. Bodenstein regarding revisions to invoice review guide. | 0.10 | 250.00 | 25.00 |
| 09/30/13 | PJR | Review monthly invoices of fee examiner parties (.2); draft and edit form of notice of filing for same (.5). | 0.70 | 410.00 | 287.00 |
| 09/30/13 | MSR | Update monthly chart and checklists based on comments from working group. | 1.10 | 250.00 | 275.00 |
| | | **Total Fees** | **27.10** | | **7,394.50** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 09/30/13 | Pacer Research; Detroit; Notice (MSR) (PJR) | 8.50 |
| | **Total Disbursements** | **8.50** |