# EXHIBIT 6-D



**Kapila & Company**
*Certified Public Accountants*

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #97118 - 08/31/13**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| MELISSA DAVIS - Partner, CPA*, CIRA, CFE | 1.20 | 330.00 | 396.00 |
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 3.50 | 442.00 | 1,547.00 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 6.50 | 330.00 | 2,145.00 |
| SHANTEL THOMAS - Forensic Consultant, CPA*, CIRA | 6.60 | 208.00 | 1,372.80 |
| TOTAL | 17.80 | | $5,460.80 |
| | **BLENDED RATE** | **$306.79** | |

TOTAL AMOUNT OF THIS INVOICE $5,460.80

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

*1000 S. Federal Highway Suite 200 Fort Lauderdale, Florida 33316*
*Member Florida Institute of Certified Public Accountants American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

## Kapila & Company
### Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilaco.co
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97118
08/31/2013

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 25, 2013

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **BUSINESS ANALYSIS (BANKRUPTCY)** | | | | |
| 08/21/2013 | MMM | PREPARE MATRIX FOR PROPOSED PROCEDURES FOR TRACKING INVOICES. | 1.00 | 330.00 |
| 08/21/2013 | SST | REVIEW AND ANALYZE APPLICATION OF IDEA SOFTWARE TO ENSURE ITS ABILITY TO ANALYZE INVOICES IN ACCORDANCE WITH THE REQUIREMENTS OF THE FEE EXAMINER, RUN TESTS. | 1.80 | 374.40 |
| 08/21/2013 | SRK | REVIEW FEE EXAMINER ORDER (0.20); FORMULATE FEE PROCESS WITH INTRA OFFICE COMMUNICATIONS WITH KCO OFFICE (0.40) | 0.60 | 265.20 |
| 08/21/2013 | MMM | TELEPHONE CONFERENCE WITH SHANTEL RE: DISCUSS USE OF IDEA SOFTWARE FOR INVOICE TRACKING AND ANALYSIS. | 0.20 | 66.00 |
| 08/21/2013 | MMD | EMAILS RE IT PROCESS TO AUTOMATE FEE REVIEW. | 0.20 | 66.00 |
| 08/22/2013 | SST | CONTINUE TO REVIEW, ANALYZE, AND RUN TESTS WITH IDEA SOFTWARE TO ENSURE ITS ABILITY TO ANALYZE INVOICES IN ACCORDANCE WITH THE REQUIREMENTS OF THE FEE EXAMINER. | 4.50 | 936.00 |
| 08/22/2013 | SRK | ATTEND TO FEE REVIEW PROCEDURES (0.80); E-MAILS WITH R. FISHMAN (0.30) | 1.10 | 486.20 |
| 08/22/2013 | MMM | DRAFT EMAIL TO FEE EXAMINER RE: MODEL FOR PROCEDURES AND SAMPLE INVOICE AND IDEA SPREADSHEETS. | 0.70 | 231.00 |
| 08/22/2013 | MMD | ATTEND INTEROFFICE TELEPHONE CONFERENCE RE FEE PROCEDURES. | 0.50 | 165.00 |
| 08/22/2013 | MMM | RESEARCH FEE RULES IN CH 9 BANKRUPTCIES AND REVISE MATRIX. | 1.00 | 330.00 |
| 08/22/2013 | MMM | TELEPHONE CONFERENCE WITH MMD AND SRK RE; MODEL FOR PROCEDURES IN REVIEWING FEE INVOICES. | 0.30 | 99.00 |
| 08/23/2013 | SRK | TELEPHONE CONFERENCE WITH FEE EXAMINER, R. FISHMAN, COUNSEL AND KCO TEAM REGARDING: ORGANIZATIONAL CALL, AND FOLLOW-UP. | 0.80 | 353.60 |
| 08/23/2013 | MMM | TELEPHONE CONFERENCE WITH R. FISHMAN TEAM AND KCO TEAM RE: PRELIMINARY DISCUSSION ON INVOICE ANALYSIS. | 0.70 | 231.00 |
| 08/26/2013 | SRK | REVIEW DRAFT PROPOSAL ORDER RECEIVED FROM FEE EXAMINER AND PROVIDE FEEDBACK TO EXAMINER | 0.70 | 309.40 |
| 08/27/2013 | MMD | REVIEW DRAFT MOTION. | 0.50 | 165.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/2013 | MMM | RESEARCH LEDES OVERSIGHT COMMITTEE PROTOCOL FOR ELECTRONIC DATA IN CONNECTION WITH FEE ORDER. | 0.90 | 297.00 |
| 08/27/2013 | MMM | TELEPHONE CONFERENCE WITH SHANTEL THOMAS RE; LANGUAGE FOR FEE ORDER. | 0.30 | 99.00 |
| 08/27/2013 | SST | TELEPHONE CALL WITH M. MCMICKLE TO DISCUSS FORMAT FOR INVOICE SUBMISSIONS. | 0.30 | 62.40 |
| 08/27/2013 | MMM | READ PROPOSED FEE ORDER AND PROVIDE COMMENTS AND LANGUAGE FOR ELECTRONIC DATA TRANSMISSION. | 0.90 | 297.00 |
| 08/27/2013 | MMM | TELEPHONE CONFRENCE WITH JOE WEINDORFER RE: POSSIBLE FORMATS FOR TRANSMITTING FEE INVOICES FOR ANALYSIS. | 0.50 | 165.00 |
| 08/27/2013 | SRK | ATTEND TO E-MAIL RESPONSE FROM EXAMINER REGARDING DRAFT FREE PROCEDURES ORDER | 0.30 | 132.60 |

5,460.80

Total amount of this invoice    $5,460.80

Invoice payable upon receipt. Thank you for this opportunity to be of service.


Kapila & Company
Certified Public Accountants

## CITY OF DETROIT, MICHIGAN
### Client ID: 90000
### Invoice #97215 - 09/30/13

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 0.90 | 442.00 | 397.80 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 0.50 | 330.00 | 165.00 |
| CATHERINE MURCHISON - Forensic Analyst | 0.30 | 144.00 | 43.20 |
| JOAN ZEILER - Paraprofessional | 0.30 | 110.00 | 33.00 |
| TOTAL | 2.00 | | $639.00 |
| | **BLENDED RATE** | **$319.50** | |

TOTAL AMOUNT OF THIS INVOICE                                           $639.00

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

1000 S. Federal Highway Suite 200 Fort Lauderdale, Florida 33316
Member Florida Institute of Certified Public Accountants American Institute of Certified Public Accountants - Private Companies Practice Section
Affiliated office in London, England

# Kapila & Company
Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.co
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97215
09/30/2013

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2013

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 09/13/2013 | SRK | TELEPHONE CALL WITH R. FISHMAN, IRA BODENSTEIN REGARDING FEE PROCEDURES AND FORMAT FOR SUBMISSION OF JONES DAY INVOICES | 0.30 | 132.60 |
| 09/15/2013 | SRK | UPDATE WITH M. MCMICKLE | 0.20 | 88.40 |
| 09/15/2013 | MMM | TELEPHONE CONFERENCE WITH S. KAPILA REGARDING: DISCUSSION OF KAPILA TASK LIST AND BUSINESS CATEGORIES FOR REVIEWING FEE INVOICES. | 0.20 | 66.00 |
| 09/25/2013 | MMM | TELEPHONE CONFERENCE WITH KAPILA TEAM RE: DISCUSS INVOICE CATEGORIES FOR SORTING PURPOSES. | 0.30 | 99.00 |
| 09/25/2013 | JGZ | TELEPHONE CONFERENCE WITH M. MCMICKLE, S. THOMAS, AND C. MURCHISON REGARDING BILLING FORMAT REQUIREMENT TO FACILITATE COMPILING AND ANALYZING PROFESSIONAL TIME/FEES. | 0.30 | 33.00 |
| 09/25/2013 | CDM | TELEPHONE CONFERENCE WITH M. MCMICKLE, S. THOMAS, J. ZEILER TO DISCUSS FORMATTING FOR EXAMINATION OF FEE APPLICATIONS, TECHNIQUES, METHODOLOGY AND APPROACH, UTILIZATION OF IDEA AND EXCEL TECHNOLOGIES. | 0.30 | 43.20 |
| 09/27/2013 | SRK | REVIEW AND RESPOND TO E-MAILS FROM R. FISHMAN. | 0.10 | 44.20 |
| 09/27/2013 | SRK | READ PROFESSIONALS LIST | 0.10 | 44.20 |
| 09/27/2013 | SRK | READ PEPPER HAMILTON RETENTION LETTER | 0.10 | 44.20 |
| 09/30/2013 | SRK | REVIEW AND RESPOND TO E-MAIL FROM R. FISHMAN REGARDING SAM ALBERS RE PROFESSIONALS RETAINED BY COMMITTEE | 0.10 | 44.20 |

639.00

Total amount of this invoice  $639.00

Invoice payable upon receipt. Thank you for this opportunity to be of service.