UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:                                                           Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                  Chapter 9

               Debtor.                                  Hon. Steven W. Rhodes

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears as counsel for and on behalf of Merrill Lynch Capital Services, Inc., creditor in the above-captioned case, and pursuant to Bankruptcy Rules 2002 and 9010, requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on the following:

>Marshall S. Huebner
>DAVIS POLK & WARDWELL LLP
>450 Lexington Avenue
>New York, NY 10017
>P: 212-450-4000
>F: 212-701-5800
>detroit.chapter9.service@davispolk.com

Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) any right of Merrill Lynch Capital Services, Inc. to have final orders entered only after de novo review by the District Court; (2) the right of Merrill Lynch Capital Services, Inc. to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of Merrill Lynch Capital Services, Inc. to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, or defenses to

which Merrill Lynch Capital Services, Inc. is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, and defenses are expressly preserved.

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

 */s/ Marshall S. Huebner*
Marshall S. Huebner
450 Lexington Avenue
New York, NY 10017
P: 212-450-4000
F: 212-701-5800
detroit.chapter9.service@davispolk.com

*Counsel for Merrill Lynch Capital Services, Inc.*