UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

    Debtor.                                         Hon. Steve W. Rhodes

_____/


### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

On or before January 30, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Information About Deadlines to File Claims** [attached hereto as **Exhibit B**]

- **B10 Proof of Claim Form** [attached hereto as **Exhibit C**]

- **Motion of Debtor, Pursuant to Sections 105 and 502 of the Bankruptcy Code, for Entry of an Order Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims** [Docket No. 1665]

- **Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims** [Docket No. 2302]


Dated: February 4, 2014

                                        /s/ Lydia Pastor Nino
                                        Lydia Pastor Nino
                                        KCC
                                        2335 Alaska Ave
                                        El Segundo, CA 90245
                                        Tel 310.776.7386

# **EXHIBIT A**

**Exhibit A**
**Serve via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 16600 Greenfield LLC | c o Thaddeus M Stawick | Stawick and Stawick PLLC | 2140 Walnut Lake Rd | West Bloomfield | MI | 48323 |
| Clarence D Smith | c/o L. Louie Andreopoulos and David T. Hill | Andreopoulos & Hill PLLC | 28900 Woodward Ave | Royal Oak | MI | 48067-0942 |
| Detroit Singapore Rental LLC | c o Jacob Alan Perrone | 1650 Kendale Blbd Ste 110 | | East Landing | MI | 48823 |
| Jones, Harbert Jr | c/o Melissa Galang | ALG Legal Center PLLC | 33039 Schoolcraft Rd | Livonia | MI | 48150 |