STATE OF MICHIGAN

UNITED STATES BANKRUPTCY COURT

SUMMIT MEDICAL GROUP          Case No. 13-53846

v.

CITY OF DETROIT

## PROOF OF SERVICE

I certify that on January 31, 2014, I served a PROOF OF CLAIM and Proof of Service by US Mail postage fully paid to the COURT noted below:

Office of the Clerk of Court
United States Bankruptcy Court
for the Eastern District of Michigan
211 West Fort Street, Suite 1700
Detroit, Michigan 48226

Jane Groves Enright Esq.

FILED 2014 FEB -4 P 12:13 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 2650    Filed 02/04/14    Entered 02/05/14 15:10:13    Page 1 of 1