FILED
2014 FEB -6 A 10: 29
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Re: CASE NUMBER 13-53846 DATE: 2-3-2014

NAME(S): CHRISTINE M. HOULE

## STATEMENT OF CHANGE OF MAILING ADDRESS OF CREDITOR

Dear Clerk of the Court:

The Creditor in the above entitled case do hereby request that the mailing address listed in the above-stated case be changed;

From:
HOULE, CHRISTINE M
43206 CHIANTI CT
STERLING HGTS, MI 48314

To:
HOULE, CHRISTINE M.
44454 BAYVIEW AVE #16113
CLINTON TWP., MI 48038

Sincerely,

Creditor: *Christine M. Houle*

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.*