UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

# NOTICE OF TERMINATION OF
# FORBEARANCE AND OPTIONAL TERMINATION AGREEMENT

PLEASE TAKE NOTICE that the Forbearance and Optional Termination Agreement by and among the City of Detroit, UBS AG and Merrill Lynch Capital Services, Inc. has been terminated pursuant to the notice attached hereto as Exhibit A.

**[signature page follows]**

Dated: February 6, 2014        Respectfully submitted,

/s/ Robert S. Hertzberg
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Fax: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

 - and -

Corinne Ball
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: (212) 326-7844
cball@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

# EXHIBIT A



CITY OF DETROIT
OFFICE OF THE EMERGENCY MANAGER

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., SUITE 1126
DETROIT, MICHIGAN 48226
PHONE 313•224•3703
FAX 313•224•4433
WWW.DETROITMI.GOV

January 31, 2014

**Via Facsimile**

UBS Securities LLC, (203) 719-1417
UBS AG, (203) 719-0680
Merrill Lynch Capital Services, Inc., (646) 805-0218
GMI Counsel, Merrill Lynch World Headquarters, (212) 449-6993

To whom it concerns:

Reference is made to the Forbearance and Optional Termination Agreement, dated as of July 15, 2013 (the "FOTA"), as amended by the Sixth Amendment to Forbearance and Optional Termination Agreement, dated as of December 27, 2013 (the "Sixth Amendment").

Pursuant to § 1.3(n) of the FOTA, as amended by § 1(f) of the Sixth Amendment, please take notice that the Forbearance Period (as defined in § 1.1 of the FOTA) is hereby terminated.

Sincerely,

Kevyn D. Orr, Esq.
Emergency Manager
City of Detroit

cc: Detroit General Retirement System Service Corporation
Detroit Police and Fire Retirement System Service Corporation
Robert S. Hertzberg, Esq.