UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
CITY OF DETROIT, MICHIGAN,
           Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

**INDEX OF EXHIBITS**

| | |
|---|---|
| **Exhibit 1** | Proposed Order |
| **Exhibit A** | Declaration of Brian L. Smith |
| **Exhibit B** | Declaration of Terri L. Renshaw |
| **Exhibit C** | Declaration of Gail M. Wilson |