UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br>CITY OF DETROIT, MICHIGAN,<br>　　　　　　　　　Debtor. | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

## NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF RETIREES FOR ENTRY OF AN ORDER ALLOWING AN ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that the Official Committee of Retirees of the City of Detroit, Michigan have filed a Motion for Entry of an Order Allowing an Administrative Expense Claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order granting the Application or if you want the Court to consider your views on the Application, **within 14 days**, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

　　　　Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco PLLC, 401 S. Old Woodward Avenue, Suite 400, Birmingham, MI 48009

　　　　Sam J. Alberts, Dentons US LLP, 1301 K Street NW, Suite 600, East Tower, Washington, DC 20005-3364

---
[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

February 6, 2014

| | |
|---|---|
| **BROOKS WILKINS SHARKEY & TURCO PLLC** | **DENTONS US LLP** |
| | Sam J. Alberts |
| By: /s/ Matthew E. Wilkins | 1301 K Street, NW |
| Matthew E. Wilkins (P56697) | Suite 600, East Tower |
| Paula A. Hall (P61101) | Washington, DC 20005-3364 |
| 401 South Old Woodward, Suite 400 | Tel: (202) 408-6400 |
| Birmingham, Michigan 48009 | sam.alberts@dentons.com |
| Tel: (248) 971-1800 | |
| wilkins@bwst-law.com | Carole Neville |
| hall@bwst-law.com | Claude D. Montgomery |
| | 1221 Avenue of the Americas |
| | New York, New York 10020 |
| | Tel: (212) 768-6700 |
| | carole.neville@dentons.com |
| *Attorneys for the Retirees' Committee* | claude.montgomery@dentons.com |