UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**CITY OF DETROIT, MICHIGAN,**  Chapter 9
　　　　　　　　　　　　　　　　　　　Case No. 13-53846
　　　　**Debtor.**　　　　　　　　　　Hon. Steven W. Rhodes
_____/

## APPEARANCE AND NOTICE

　　　　PLEASE TAKE NOTICE that Jessie Payne hereby appears through her counsel Simon, Stella & Zingas, P.C. and, requests, pursuant to Fed.R.Bank.P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following persons at the following address, telephone number, and email address:

　　　　　　　　　　　　　　　　SIMON, STELLA & ZINGAS, P.C.

　　　　　　　　　　　　　　BY:　　/S/ Stephen P. Stella
　　　　　　　　　　　　　　　　　　STEPHEN P. STELLA (P33351)
　　　　　　　　　　　　　　　　　　Counsel for Jessie Payne
　　　　　　　　　　　　　　　　　　645 Griswold, Ste. 3466
　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　(313) 962-6400
　　　　　　　　　　　　　　　　　　attorneystella@sszpc.com

Dated: February 7, 2014

　　　　PLEASE TAKE FURTHER NOTICE that Jessie Payne requests service, care of her counsel at the above address.

　　　　　　　　　　　　　　　　SIMON, STELLA & ZINGAS, P.C.

　　　　　　　　　　　　　　BY:　　/S/ Stephen P. Stella
　　　　　　　　　　　　　　　　　　STEPHEN P. STELLA (P33351)
　　　　　　　　　　　　　　　　　　Counsel for Jessie Payne
　　　　　　　　　　　　　　　　　　645 Griswold, Ste. 3466
　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　(313) 962-6400
　　　　　　　　　　　　　　　　　　attorneystella@sszpc.com

Dated: February 27, 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

**CITY OF DETROIT, MICHIGAN,**     Chapter 9
                                           Case No. 13-53846
          **Debtor.**                  Hon. Steven W. Rhodes
_____/

I, Antinette Gaty, hereby certify that on February 7, 2014, I electronically filed the following:

APPEARANCE AND NOTICE

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF System has served all registered users.

                                                   /S/ Antinette Gaty
                                                   ANTINETTE GATY
                                                   645 Griswold, Ste. 3466
                                                   Detroit, MI 48226
Subscribed and sworn to before me           (313) 962-6400
this day 7th of February, 2014                 attorneystella@sszpc.com
                                                   Assistant to Stephen P. Stella

/s/ Stephen P. Stella
STEPHEN P. STELLA, Notary Public
Oakland County, Michigan
My commission expires: 11-18-17