PENTIUK, COUVREUR & KOBILJAK, P.C. • ATTORNEYS AND COUNSELLORS AT LAW • EDELSON BUILDING, SUITE 200 • 2915 BIDDLE AVENUE, WYANDOTTE, MICHIGAN 48192 • (734) 281-7100

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

To:   Clerk of the Bankruptcy Court

Randall A. Pentiuk of the firm Pentiuk, Couvreur & Kobiljak, P.C., as co-counsel with Robert N. Bassel, Esq., of Clinton, Michigan, for LaSalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, St. James Cooperative, individually and on behalf of all similarly situated entities. Mr. Pentiuk requests that all filings in this case be served at the following email address via notice of electronic filing:

Randall A. Pentiuk, Esq.
RPentiuk@pck-law.com

PENTIUK, COUVREUR & KOBILJAK, P.C.

/s/ Randall A. Pentiuk (P32556)
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
(734) 281-7100
RPentiuk@pck-law.com

Dated: February 7, 2014.
Z:\2-G-L Clients\LaSalle DWSD Class Action\Appearance US Bankruptcy Court.docx

1