| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re: City of Detroit, Michigan

Case No.: 13-53846

Debtor.

Adv. No.:

Governor Rick Snyder and
State Treasurer Kevin Clinton

    Appellants,

v.

Catherine Phillips, et al.

    Appellees.

---

CAUSE OF ACTION/NATURE OF SUIT: (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: 1/9/2014                              Name: /s/ Matthew Schneider

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(b), the Governor and State Treasurer of Michigan appeal from the orders Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on November 6, 2013 (Doc. No. 1536) and December 20, 2013 (Doc. No. 2256). The names of all parties to the order appealed from and the names, addresses, telephone numbers, and email addresses of their respective attorneys are as follows:

Parties:         Governor Rick Snyder, State Treasurer, Kevin Clinton

                 Matthew Schneider, Chief Legal Counsel
                 SchneiderM7@michigan.gov
                 Aaron D. Lindstrom, Solicitor General
                 LindstromA@michigan.gov
                 Margaret A. Nelson, Assistant Attorney General
                 NelsonM9@michigan.gov;

1

13-53846-swr    Doc 2674-1    Filed 02/10/14    Entered 02/10/14 14:16:08    Page 3 of 11
13-53846-swr    Doc 2439    Filed 02/09/14    Entered 02/09/14 14:36:09    Page 3 of 11

P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203

Steven G. Howell, Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
SHowell@dickinson-wright.com
(313) 223-3033

Parties: Catherine Phillips, Staff Representative Michigan AFSCME Council 25, and Chief Negotiator with the City of Detroit

Joseph Valenti, Co-Chief Negotiator with the Coalition of Unions of the City of Detroit

Michigan AFSCME Council 25

Russ Bellant, President of the Detroit Library Commission

Tawanna Simpson, Lamar Lemmons, Elena Herrada, Detroit Public Schools Board Members

Donald Watkins and Kermit Williams, Pontiac City Council Members

Duane Seats, Dennis Knowles, Juanita Henry, and Mary Alice Adams, Benton Harbor Commissioners

William "Scott" Kincaid, Flint City Council President

Bishop Bernadel Jefferson

Paul Jordan

Rev. Jim Holley, National Board Member, Rainbow Push Coalition

Rev. Charles E. Williams II, Michigan Chairman, National Action Network

Rev. Dr. Michael A. Owens, Rev. Lawrence Glass, Rev. Dr. Deedee Coleman, Bishop Allyson Abrams, Executive Board, Council of Baptist Pastors of Detroit and Vicinity

Attorneys:   Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226
Telephone: (313) 962-0099
Facsimile: (313) 962-0044
haslawpc@gmail.com

John C. Philo
Anthony D. Paris
SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
Telephone: (313) 993-4505
Facsimile: (313) 887-8470
jphilo@sugarlaw.org
tparis@sugarlaw.org

Julie H. Hurwitz
William H. Goodman
GOODMAN & HURWITZ PC on behalf of the
DETROIT & MICHIGAN NATIONAL LAWYERS GUILD
1394 E, Jefferson Ave.
Detroit, Michigan 48207
Telephone: (313) 567-6170

3

13-53846-tjwr  Doc 2674-1   Filed 02/10/14   Entered 02/10/14 14:16:08   Page 5 of 11
13-53846-swr   Doc 2743    Filed 02/19/14   Entered 02/19/14 15:36:29   Page 5 of 11

Facsimile: (313) 567-4827
jhurwitz@goodmanhurwitz.com
bgoodman@goodmanhurwitz.com

Richard G. Mack, Jr.
Keith D. Flynn
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012
Telephone: (212) 614-6464
Facsimile: (212) 614-6499
dcharney@ccrjustice.org

Cynthia Heenan
Hugh M. Davis, Jr.
CONSTITUTIONAL LITIGATION ASSOCIATES PC
450 W. Fort Street, Suite 200
Detroit, Michigan 48226
Telephone: (313) 961-2255
Facsimile: (313) 961-5999
conlitpc@sbcglobal.net

Bertram L. Marks
Litigation Associates PLLC
30300 Northwestern Hwy., Suite 240
Farmington Hills, Michigan 48334
Telephone: (248) 737-4444
Facsimile: (248) 932-6365
BertramMarks@aol.com

4

Party: City of Detroit

Attorneys: David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-23829
Facsimile: (213) 243-2539
bbennett@jonesday.com

Respectfully submitted,


*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov [P62190]

Dated: January 9, 2014

5

Name and Address of Interested Parties:

City of Detroit, Michigan
Attorneys:

> Jonathan S. Green
> Stephen S. LaPlante
> Timothy A. Fusco
> MILLER, CANFIELD, PADDOCK
> AND STONE, P.L.C.
> 150 West Jefferson, Suite 2500
> Detroit, Michigan  48226
> Telephone:  (313) 963-6420
> Facsimile:  (313) 496-7500
> green@millercanfield.com
> laplante@millercanfield.com
> fusco@millercanfield.com
>
> David G. Heiman
> Heather Lennox
> JONES DAY
> North Point
> 901 Lakeside Avenue
> Cleveland, Ohio  44114
> Telephone:  (216) 586-3939
> Facsimile:  (216) 579-0212
> dgheiman@jonesday.com
> hlennox@jonesday.com
>
> Bruce Bennett
> JONES DAY
> 555 South Flower Street, Fiftieth Floor
> Los Angeles, California  90071
> Telephone:  (213) 243-23829
> Facsimile:  (213) 243-2539
> bbennett@jonesday.com
>
> and

Parties:

    Catherine Phillips, Staff Representative Michigan AFSCME Council 25, and Chief Negotiator with the City of Detroit

    Joseph Valenti, Co-Chief Negotiator with the Coalition of Unions of the City of Detroit

    Michigan AFSCME Council 25

    Russ Bellant, President of the Detroit Library Commission

    Tawanna Simpson, Lamar Lemmons, Elena Herrada, Detroit Public Schools Board Members

    Donald Watkins and Kermit Williams, Pontiac City Council Members

    Duane Seats, Dennis Knowles, Juanita Henry, and Mary Alice Adams, Benton Harbor Commissioners

    William "Scott" Kincaid, Flint City Council President

    Bishop Bernadel Jefferson

    Paul Jordan

    Rev. Jim Holley, National Board Member, Rainbow Push Coalition

    Rev. Charles E. Williams II, Michigan Chairman, National Action Network

    Rev. Dr. Michael A. Owens, Rev. Lawrence Glass, Rev. Dr. Deedee Coleman, Bishop Allyson Abrams,

|  | Executive Board, Council of Baptist Pastors of Detroit and Vicinity |
|---|---|
| Attorneys: | Herbert A. Sanders<br>THE SANDERS LAW FIRM PC<br>615 Griswold St. Ste. 913<br>Detroit, Michigan 48226<br>Telephone: (313) 962-0099<br>Facsimile: (313) 962-0044<br>haslawpc@gmail.com |
| | John C. Philo<br>Anthony D. Paris<br>SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE<br>4605 Cass Ave., 2nd Floor<br>Detroit, Michigan 48201<br>Telephone: (313) 993-4505<br>Facsimile: (313) 887-8470<br>jphilo@sugarlaw.org<br>tparis@sugarlaw.org |
| | Julie H. Hurwitz<br>William H. Goodman<br>GOODMAN & HURWITZ PC on behalf of the<br>DETROIT & MICHIGAN NATIONAL LAWYERS GUILD<br>1394 E, Jefferson Ave.<br>Detroit, Michigan 48207<br>Telephone: (313) 567-6170<br>Facsimile: (313) 567-4827<br>jhurwitz@goodmanhurwitz.com<br>bgoodman@goodmanhurwitz.com |
| | Richard G. Mack, Jr.<br>Keith D. Flynn |

8

13-53846-swr  Doc 2439  Filed 02/09/14  Entered 02/09/14 15:36:08  Page 10 of 11
13-53846-tjt  Doc 2674-1  Filed 02/10/14  Entered 02/10/14 14:16:09  Page 10 of 11

MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012
Telephone: (212) 614-6464
Facsimile: (212) 614-6499
dcharney@ccrjustice.org

Cynthia Heenan
Hugh M. Davis, Jr.
CONSTITUTIONAL LITIGATION ASSOCIATES PC
450 W. Fort Street, Suite 200
Detroit, Michigan 48226
Telephone: (313) 961-2255
Facsimile: (313) 961-5999
conlitpc@sbcglobal.net

Bertram L. Marks
Litigation Associates PLLC
30300 Northwestern Hwy., Suite 240
Farmington Hills, Michigan 48334
Telephone: (248) 737-4444
Facsimile: (248) 932-6365
BertramMarks@aol.com