UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# ATTACHMENT

# APPELLANT STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Item | Date Filed | Docket # | Description |
|---|---|---|---|
| 11. | 1/23/2014 | 2546 | Transcript of December 16, 2013 Hearing Regarding Docket #1745 (transcript order pending) |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street  
Bay City, MI 48708

211 W. Fort Street  
17th Floor  
Detroit, MI 48226

226 W. Second Street  
Flint, MI 48502

**Order Party: Name, Address and Telephone Number**

Name: **Matthew Schneider**

Firm: **Department of Attorney General**

Address: **P.O. Box 30212, Lansing, MI 48909**

City, State, Zip: **525 W. Ottawa St, Lansing, MI 48933**

Phone: **517-241-8403**

Email: **gustafsonh@michigan.gov**

**Case/Debtor Name:** In Re: City of Detroit

**Case Number:** 13-53846

**Chapter:**

**Hearing Judge:** Hon. Steven Rhodes

◉ Bankruptcy   ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 12/16/2013   Time of Hearing: 10 am   Title of Hearing: Detroit Bankruptcy

Please specify portion of hearing requested:   ○ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

◉ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: Hearing on motion for reconsideration of docket 1745

**Type of Request:**

◉ Ordinary Transcript - $3.65 per page (30 calendar days)  
○ 14-Day Transcript - $4.25 per page (14 calendar days)  
○ Expedited Transcript - $4.85 per page (7 working days)  
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Matthew Schneider   Date: 1/23/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____  
Date      By

Order Received:

Transcript Ordered

Transcript Received