IN RE:                                                     Case No. 13-53846
City of Detroit, Michigan                           Chapter 9
                       Debtor(s).                           Hon. Steven W Rhodes
_____/

City of Detroit

                   Appellant,
    v.

Catherine Phillips, et al.

                   Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD
REGARDING NOTICE OF APPEAL**

      I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| ☒ Notice of Appeal | ☒ Appellee's Designation of Record |
|---|---|
| ☐ Bankruptcy Matter Civil Cover Sheet | ☐ Appellee's Statement of Issues |
| ☒ Order on Appeal | ☐ Notice of Deficiency |
| ☒ Appellant's Designation of Record | ☐ Motion for Leave to Appeal |
| ☐ Appellant's Statement of Issues | ☐ Motion to Withdraw the Reference |
| ☐ Other: Click here to enter text. | |

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record and/or paid the filing fee.
.

Dated: February 10, 2014                          Clerk, United States Bankruptcy Court

                                                              By: /s/ Kristel Trionfi
                                                                      Deputy Clerk