# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------ x
::
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Honorable Steven W. Rhodes
------------------------------------------------ x

## **NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(b), the City of Detroit appeals from the order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on November 6, 2013 (Doc. No. 1536). The names of all parties to the order appealed from and the names, addresses, telephone numbers, and e-mail addresses of their respective attorneys are as follows.

Party: **City of Detroit**

Attorneys: Jonathan S. Green
Stephen S. LaPlante
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Parties: **Catherine Phillips, Staff Representative Michigan AFSCME Council 25, and Chief Negotiator with the City of Detroit**

**Joseph Valenti, Co-Chief Negotiator with the Coalition of Unions of the City of Detroit;**

**Michigan AFSCME Council 25**

**Russ Bellant, President of the Detroit Library Commission**

**Tawanna Simpson, Lamar Lemmons, Elena Herrada, Detroit Public Schools Board Members**

**Donald Watkins and Kermit Williams, Pontiac City Council Members**

**Duane Seats, Dennis Knowles, Juanita Henry, and Mary Alice Adams, Benton Harbor Commissioners**

**William "Scott" Kincaid, Flint City Council President**

**Bishop Bernadel Jefferson**

**Paul Jordan**

**Rev. Jim Holley, National Board Member, Rainbow Push Coalition**

**Rev. Charles E. Williams II, Michigan Chairman, National Action Network**

**Rev. Dr. Michael A. Owens, Rev. Lawrence Glass, Rev. Dr. Deedee Coleman, Bishop Allyson Abrams, Executive Board, Council of Baptist Pastors of Detroit and Vicinity**

Attorneys:  Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226
(313) 962-0099
Fax: (313) 962-0044
haslawpc@gmail.com

John C. Philo
Anthony D. Paris
SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
(313) 993-4505
Fax: (313) 887-8470
jphilo@sugarlaw.org
tparis@sugarlaw.org

Julie H. Hurwitz
William H. Goodman
GOODMAN & HURWITZ PC on behalf of the
 DETROIT & MICHIGAN NATIONAL LAWYERS GUILD
1394 E. Jefferson Ave.
Detroit, Michigan 48207
(313) 567-6170
Fax: (313) 567-4827
jhurwitz@goodmanhurwitz.com
bgoodman@goodmanhurwitz.com

Richard G. Mack, Jr.
Keith D. Flynn
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
(313) 964-4454
Fax: (313) 964-4490
richardmack@millercohen.com

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012
(212) 614-6464
Fax: (212) 614-6499
dcharney@ccrjustice.org

Cynthia Heenan
Hugh M. Davis, Jr.
CONSTITUTIONAL LITIGATION ASSOCIATES PC
450 W Fort Street, Suite 200
Detroit, Michigan 48226
(313) 961-2255
Fax: (313) 961-5999
conlitpc@sbcglobal.net

Bertram L. Marks
Litigation Associates PLLC
30300 Northwestern Hwy, Suite 240
Farmington Hills, Michigan 48334
Phone: (248) 737-4444
Fax: (248) 932-6365
BertramMarks@aol.com

Dated: January 3, 2014 Respectfully submitted,

By: /s/Timothy A. Fusco
Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Timothy A. Fusco (P13768)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:** City of Detroit, Michigan

                                              **Case No.:** 13-53846

            **Debtor.**

_____/

                                              **Adv. No.:**

            **Appellant,**

v.

Catherine Phillips, et al.

            **Appellee.**

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| X | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

**Date:** 1/3/2014                                                 **Name:** /s/ Timothy A. Fusco

| Name and Address of Interested Parties |
|---|

City of Detroit, Michigan

Attorneys:
Jonathan S. Green
Stephen S. LaPlante
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK AND STONE,P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

and

Parties:
Catherine Phillips, Staff Representative Michigan AFSCME Council 25, and Chief Negotiator with the City of Detroit
Joseph Valenti, Co-Chief Negotiator with the Coalition of Unions of the City of Detroit; Michigan AFSCME Council 25
Russ Bellant, President of the Detroit Library Commission
Tawanna Simpson, Lamar Lemmons, Elena Herrada, Detroit Public Schools Board Members
Donald Watkins and Kermit Williams, Pontiac City Council Members
Duane Seats, Dennis Knowles, Juanita Henry, and Mary Alice Adams, Benton Harbor Commissioners
William "Scott" Kincaid, Flint City Council President
Bishop Bernadel Jefferson
Paul Jordan
Rev. Jim Holley, National Board Member, Rainbow Push Coalition
Rev. Charles E. Williams II, Michigan Chairman, National Action Network
Rev. Dr. Michael A. Owens, Rev. Lawrence Glass, Rev. Dr. Deedee Coleman, Bishop Allyson Abrams, Executive Board,Council of Baptist Pastors of Detroit and Vicinity

Attorneys:
Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226

(313) 962-0099
Fax: (313) 962-0044
haslawpc@gmail.com

John C. Philo
Anthony D. Paris
SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
(313) 993-4505
Fax: (313) 887-8470
jphilo@sugarlaw.org
tparis@sugarlaw.org

Julie H. Hurwitz
William H. Goodman
GOODMAN & HURWITZ PC on behalf of the
 DETROIT & MICHIGAN NATIONAL LAWYERS GUILD
1394 E. Jefferson Ave.
Detroit, Michigan 48207
(313) 567-6170
Fax: (313) 567-4827
jhurwitz@goodmanhurwitz.com
bgoodman@goodmanhurwitz.com

Richard G. Mack, Jr.
Keith D. Flynn
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
(313) 964-4454
Fax: (313) 964-4490
richardmack@millercohen.com

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012
(212) 614-6464
Fax: (212) 614-6499
dcharney@ccrjustice.org

Cynthia Heenan
Hugh M. Davis, Jr.
CONSTITUTIONAL LITIGATION ASSOCIATES PC
450 W Fort Street, Suite 200
Detroit, Michigan 48226
(313) 961-2255
Fax: (313) 961-5999
conlitpc@sbcglobal.net

Bertram L. Marks
Litigation Associates PLLC
30300 Northwestern Hwy, Suite 240
Farmington Hills, Michigan 48334
Phone: (248) 737-4444
Fax: (248) 932-6365
BertramMarks@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------- x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Honorable Steven W. Rhodes
:
---------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2014, he caused a true and correct copy of the ***NOTICE OF APPEAL*** to be served upon counsel as listed below, via First Class United States mail:


Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold St. Ste. 913
Detroit, Michigan 48226

John C. Philo
Anthony D. Paris
SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201

Julie H. Hurwitz
William H. Goodman
GOODMAN & HURWITZ PC
1394 E. Jefferson Ave.
Detroit, Michigan 48207

Richard G. Mack, Jr.
Keith D. Flynn
MILLER COHEN, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, New York 10012

Cynthia Heenan
Hugh M. Davis, Jr.
CONSTITUTIONAL LITIGATION ASSOCIATES PC
450 W Fort Street, Suite 200
Detroit, Michigan 48226

Bertram L. Marks
Litigation Associates PLLC
30300 Northwestern Hwy, Suite 240
Farmington Hills, Michigan 48334


Dated: January 3, 2014          Respectfully submitted,

                                By: /s/Timothy A. Fusco
                                150 West Jefferson
                                Suite 2500
                                Detroit, Michigan 48226
                                Telephone: (313) 963-6420
                                Facsimile: (313) 496-7500
                                fusco@millercanfield.com

21832249.1\022765-00202                - 2 -

13-53846-tjt  Doc 2672-1  Filed 02/10/14  Entered 02/10/14 14:22:32  Page 10 of 10
13-53846-swr  Doc 2375-1  Filed 01/03/14  Entered 01/03/14 16:33:55  Page 2 of 2