IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
---------------------------------------------- x

**APPELLANT CITY OF DETROIT'S STATEMENT
OF ISSUES AND DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant, the City of Detroit ("City") submits this statement of issues and designation of the contents of the record in connection with its Notice of Appeal, filed on January 3, 2014 (Doc. No. 2375), from the Order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on November 6, 2013 (Doc. No. 1536).

**Statement of Issues**

1. Whether the Bankruptcy Court erred in determining that, even should Catherine Phillips, et. al, (the "Phillips Plaintiffs") obtain a ruling from the District Court that the Local Financial Stability and Choice Act, Michigan Public Act No. 436 (2012), MCL §§ 141.1541–141.1575 ("P.A. 436") is facially unconstitutional, void *ab initio*, and thus unenforceable as if it had never been passed, Kevyn Orr's

21859824.3\022765-00202

13-53846-tjt  Doc 2672-3  Filed 02/10/14  Entered 02/10/14 14:08:02  Page 1 of 3
13-53846-swr  Doc 2513  Filed 02/10/14  Entered 02/10/14 16:08:04  Page 1 of 3

appointment as emergency manager for the City of Detroit would remain unaffected and his authority under PA 436 would be undiminished absent further proceedings in the Bankruptcy Court?

2. Whether the Bankruptcy Court erred in implicitly finding that the amended complaint submitted by the Phillips Plaintiffs as an exhibit to their reply to the State of Michigan's Motion for Reconsideration (Dkt. No. 1745) "eliminate[d the Phillips Plaintiffs'] request for the removal of the Detroit emergency manager and for any other relief that diminishes the Detroit emergency manager's authority under P.A. 436[?]"

3. Whether the Bankruptcy Court thus erred in determining that the Phillips Plaintiffs' proposed amendment to their complaint "removes the *Phillips* case from the effect of the July 25, 2013 order"?

## Designation of Items

Appellant designates items from the Bankruptcy Court docket to be included in the record on this appeal to the United States District Court for the Eastern District of Michigan, as listed on the Appendix, attached hereto.

21859824.3\022765-00202

13-53846-tjt  Doc 2672-3  Filed 02/10/14  Entered 02/10/14 14:08:32  Page 2 of 3
13-53846-swr  Doc 2513  Filed 02/10/14  Entered 02/10/14 16:08:04  Page 2 of 3

Dated: January 17, 2014    Respectfully submitted,

> By: /s/Timothy A. Fusco
> Jonathan S. Green (P33140)
> Stephen S. LaPlante (P48063)
> Timothy A. Fusco (P13768)
> MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
> 150 West Jefferson
> Suite 2500
> Detroit, Michigan 48226
> Telephone: (313) 963-6420
> Facsimile: (313) 496-7500
> green@millercanfield.com
> laplante@millercanfield.com
> fusco@millercanfield.com
>
> David G. Heiman (OH 0038271)
> Heather Lennox (OH 0059649)
> JONES DAY
> North Point
> 901 Lakeside Avenue
> Cleveland, Ohio 44114
> Telephone: (216) 586-3939
> Facsimile: (216) 579-0212
> dgheiman@jonesday.com
> hlennox@jonesday.com
>
> Bruce Bennett (CA 105430)
> JONES DAY
> 555 South Flower Street Fiftieth Floor
> Los Angeles, California 90071
> Telephone: (213) 243-2382
> Facsimile: (213) 243-2539
> bbennett@jonesday.com
>
> ATTORNEYS FOR THE CITY OF DETROIT

21859824.3\022765-00202

13-53846-swr Doc 2672-3   Filed 02/10/14   Entered 02/10/14 16:08:02   Page 3 of 3
13-53846-tjt  Doc 2513   Filed 01/17/14   Entered 01/17/14 16:08:04   Page 3 of 3