# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# (Southern Division)

| | |
|---|---|
| In re ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-53846-swr |
| Debtor. ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILING NOTICES

Please remove attorney Debra Beth Pevos in connection with creditor Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A, whose e-mail address is debra@jacobweingarten.com, from receiving electronic filing notices in the above captioned case.

Dated: February 10, 2014.                 Respectfully submitted,

/s/ Debra Beth Pevos
Debra Beth Pevos, (P36196)
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel: (248) 649-1900
Fax: (248) 649-2920
E-mail: debra@jacobweingarten.com