UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN                     Chapter 9
                                              Case No. 13-53846
             Debtor.                          Hon.  Steven W. Rhodes
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Yuliy Osipov, Esq., has this date entered his appearance in

the above-captioned case as counsel for Interested Party, Jackie's Transport, Inc., and requests

that all notices given or required to be given in this case and all papers served in this case be

given to and served upon the undersigned at the office and address set forth below.


                          Respectfully submitted,

                          **OSIPOV BIGELMAN, P.C.**


Dated: February 11, 2014           /s/ Yuliy Osipov_____
                                   YULIY OSIPOV (P59486)
                                   Attorneys for Jackie's Transport, Inc.
                                   20700 Civic Center Drive, Suite 420
                                   Southfield, MI 48076
                                   Tel: (248) 663-1800 / Fax: (248) 663-1801
                                   E-Mail: yo@osbig.com