UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN     Chapter 9
    Case No. 13-53846
    Debtor.     Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, she electronically filed:

- Notice of Appearance and Requests for Notices
- Certificate Of Service

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
211 W. Fort Street
Detroit, MI 48226

All Interested Parties on the Mailing Matrix


Dated: February 11, 2014     /S/ Tijuana A. Crawford
    TIJUANA A. CRAWFORD for
    OSIPOV BIGELMAN, P.C.
    20700 Civic Center Drive, Suite 420
    Southfield, MI 48076
    Tel: 248.663.1800/Fax:248.663.1801
    tc@osbig.com