UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:

City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9
13-53846-swr
Hon. Steven W. Rhodes

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY
### NUNC PRO TUNC & WAIVING THE PROVISIONS OF F.R.B.P. 4001(a)(3)
### AS TO JEFF BV-SFH, LLC

This matter having come before the Court upon the stipulation of the parties, the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Jeff BV-SFH, LLC, an Illinois limited liability company ("Jeff BV"), by and through its attorneys, Shaheen, Jacobs & Ross, P.C.; Jeff BV having filed an action in the Wayne County Circuit Court under Case Number 13-012268-CH ("Litigation") which, in part, seeks foreclosure of its mortgage relating to the real property commonly known as 8664 Westwood, Detroit, Michigan ("Westwood Property") as more particularly described in the pleadings filed in the Litigation; the Debtor having been named in the Litigation because it may hold a mortgage lien on the Westwood Property; and the court being otherwise advised of the premises:

IT IS HEREBY ORDERED, that the Automatic Stay is modified as of September 19, 2013 to allow Jeff BV, its successors or assigns, to continue its claims against Debtor in the Litigation as they relate to the foreclosure of the Westwood

Property and the Debtor is hereby authorized to enter into any agreements and/or stipulated orders in the Litigation relating to its interest in the Westwood Property; provided, however, Jeff BV may not pursue or liquidate any claim for money damages against the Debtor except through the claims resolution process established in the Debtor's chapter 9 bankruptcy case. Jeff BV shall serve this order upon the Debtor and all others with an interest in the Westwood Property.

IT IS FURTHER ORDERED, that this order is effective immediately upon entry by this Court notwithstanding the provisions of F.R.B.P. 4001(a)(3), which are hereby waived.

.

**Signed on February 11, 2014**

                                                  **/s/ Steven Rhodes**
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**