UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| **CITY OF DETROIT, MICHIGAN,** | Chapter 9 |
| | Case No. 13-53846 |
| **Debtor.** | Hon. Steven W. Rhodes |

_____/

## MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY

Jessie Payne ("Movant"), by her attorneys, Simon, Stella & Zingas, P.C., submits this Motion for Limited Relief from the Automatic Stay for the limited purposes of asserting a claim for satisfaction of personal injury judgments she holds against the City of Detroit ("City") against funds held in an escrow account established for the benefit of the City by the State of Michigan, Department of Treasury ("Treasury"). In support of this Motion, Movant states as follows:

1.      The above-captioned Chapter 9 proceedings were commenced by the City on July 18, 2013 ("Petition Date").

2.      As of the Petition Date, Movant was the holder of two judgments entered against the City by the Oakland County Circuit Court in the amounts of $3,000,000.00 and $475,000.00 arising out of personal injuries sustained by Movant stemming from a motor vehicle accident involving a vehicle owned and operated by the City. Copies of the Judgments are attached hereto as **Exhibit A** and **B** respectively.

3.      Pursuant to 11 USC § 362(d), the automatic stay created by the filing of these proceedings may be terminated, annulled or modified, for "cause". Movant asserts that cause exists for limited relief from the automatic stay as set forth herein.

4.      As part of a settlement relating to an administrative law action brought by the

Michigan Secretary of State Ruth Johnson to deny certification of self insurance to the City, Treasury and the Michigan Department of Insurance and Financial Services ("MDIFS") executed a Memorandum of Understanding ("MOU") wherein Treasury agreed to escrow certain sums in a separate segregated account ("Escrow Account") to be used to pay claims arising from the operation of the City's motor vehicles during the period the Certificate of Self Insurance was issued to the City. The MOU specifically provides that payment of such claims is to be made if the City is unable to or fails to pay a judgment or claim. In exchange, MDIFS agreed to the issuance of certificate of self insurance to the City for a period of one (1) year, beginning June 9, 2013. A copy of the MOU is attached hereto as **Exhibit C**.

5.     Based on the foregoing, Movant respectfully requests that this Court grant relief from the automatic stay, for the limited purpose of allowing Movant to assert a claim for payment of her judgments from the Escrow Account.

6.     While it is believed that the Escrow Account does not constitute property of this bankruptcy estate, Movant brings this Motion out of an abundance of caution so as to not be in violation of 11 U.S.C. §362.

7.     Pursuant to LBR 9014-1(g), concurrence in the relief sought herein was sought on February 10, 2014 and such concurrence was denied.

**WHEREFORE**, Jessie Payne prays that this Court modify the automatic stay in accordance with the proposed order which is attached hereto, and grant such further relief as the

Court deems just and equitable considering the facts and circumstances of this case.

SIMON, STELLA & ZINGAS, P.C.

BY:    /S/ Stephen P. Stella
       STEPHEN P. STELLA (P33351)
       Attorney for Jessie Payne
       645 Griswold, Ste. 3466
       Detroit, MI 48226
       (313) 962-6400
       attorneystella@sszpc.com

Dated:  February 12, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

| | |
|---|---|
| **CITY OF DETROIT, MICHIGAN,** | Chapter 9 |
| | Case No. 13-53846 |
| **Debtor.** | Hon. Steven W. Rhodes |
| _____/ | |

Ex. 1

## ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

This matter having come to be heard on Jessie Payne's Motion for Limited Relief From

the Automatic Stay. All parties in interest were provided notice of the Motion, and the Court is

advised that no objections were filed or received. The Court is otherwise fully advised in this

matter.

**IT IS ORDERED** that Jessie Payne's Motion for Limited Relief From the Automatic

Stay is granted, and the Automatic Stay in these proceedings is lifted for the limited purpose of

allowing Jessie Payne to seek satisfaction of the judgments she holds against the City of Detroit

from any escrow or other account established to pay such claims as described in the Motion or

other applicable insurance coverage and any other sources of recovery which may be liable on

such obligations, and other than property of the estate and/or estate assets.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

| | |
|---|---|
| **CITY OF DETROIT, MICHIGAN,** | Chapter 9 |
| | Case No. 13-53846 |
| **Debtor.** | Hon. Steven W. Rhodes |

_____/

Ex. 2

## NOTICE OF MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY

Please take notice that Jessie Payne has filed a Motion for Limited Relief from Automatic Stay.

**Yours rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within **14 days after service of this Notice**, you or your attorney must:

1.    File a written response or answer, explaining your position at:

**INTAKE OFFICE**
**U.S. Bankruptcy Court**
211 West Fort Street, 17th Floor
Detroit, Michigan 48226

If you mail your response to court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

2.    Serve a copy of your response so that it is **received** on or before **fourteen (14) days from the date of service of this Motion**, upon:

Stephen P. Stella, Esq.
645 Griswold, Ste. 3466
Detroit, MI 48226

If a response is timely filed and served, the Clerk of the Court will schedule a hearing on the motion and you will be served with notice of the date, time, and location of the hearing.

**If you do not file and serve a response to the motion as set forth above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without conducting a hearing.**

SIMON, STELLA & ZINGAS, P.C.

BY:    /S/ Stephen P. Stella

STEPHEN P. STELLA (P33351)
Attorney for Jessie Payne
645 Griswold, Ste. 3466
Detroit, MI 48226
(313) 962-6400
attorneystella@sszpc.com

Dated: February 12, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

**CITY OF DETROIT, MICHIGAN,**

**Debtor.**

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

Ex. 3

## BRIEF IN SUPPORT OF MOTION FOR
## LIMITED RELIEF FROM AUTOMATIC STAY

Jessie Payne relies on the facts and authority cited in her Motion for Limited Relief From

Automatic Stay.

SIMON, STELLA & ZINGAS, P.C.

BY:   /S/ Stephen P. Stella
      STEPHEN P. STELLA (P33351)
      Attorney for Jessie Payne
      645 Griswold, Ste. 3466
      Detroit, MI 48226
      (313) 962-6400
      attorneystella@sszpc.com

Dated: February 12, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

**CITY OF DETROIT, MICHIGAN,**

**Debtor.**

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## PROOF OF SERVICE

STATE OF MICHIGAN)
                     ) ss.
COUNTY OF WAYNE)

I, Antinette Gaty, hereby certify that on February 12, 2014, I electronically filed the following:

Motion For Limited Relief From Automatic Stay, Notice of Motion For Limited Relief From Automatic Stay, proposed Order, Brief In Support Of Motion For Limited Relief From Automatic Stay and this Proof of Service

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF System has served all registered users.

                                       /S/ Antinette Gaty
                                       ANTINETTE GATY
                                       645 Griswold, Ste. 3466
                                       Detroit, MI 48226

Subscribed and sworn to before me        (313) 962-6400
this day 12th of February, 2014            attorneystella@sszpc.com
                                       Assistant to Stephen P. Stella

/s/ Stephen P. Stella
STEPHEN P. STELLA, Notary Public
Oakland County, Michigan
My commission expires: 11-18-17