
EXHIBIT A

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

JESSIE PAYNE,
    Plaintiff,

Vs.                                Case No. 12-126172-NI
                                Hon. Colleen O'Brien

DERRICK AVERTT and
CITY OF DETROIT,
    Defendants.
_____/

| THE SAM BERNSTEIN LAW FIRM | CITY OF DETROIT LAW DEPT. |
|---|---|
| Leonard E. Miller (P35114) | Calvert Bailey (P42409) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 31731 Northwestern Hwy, Suite 333 | 660 Woodward Avenue, Suite 1650 |
| Farmington Hills, Michigan 48334 | Detroit, Michigan 48226 |
| (248) 538-5920 | (313) 237-3004 |
| lmiller@sambernstein.com | bailC@detroitmi.gov |

### ORDER OF JUDGMENT

At a session of the said Court, held in the Oakland County Courthouse, in the City of Pontiac, County of d, State of Michigan on JUL 17 2013

PRESENT: Honorable **COLLEEN A. O'BRIEN**
                                        Circuit Court Judge

Upon the Arbitration Agreement of the parties which provides for the Entry of Judgment upon the award rendered by the arbitrators, and upon an Arbitration Award having been rendered;

IT IS HEREBY ORDERED that Judgment is entered against defendants, Derrick Avertt and the City of Detroit, jointly and severally, in the amount of Three Million Dollars.

_Colleen A. O'Brien_
Circuit Court Judge

Received for Filing Oakland County Clerk 2013 JUL 17 AM 10:02

THE
SAM BERNSTEIN
LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY