

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

JESSIE PAYNE,

    Plaintiff,

Vs.                              Case No. 12-126172-NI
                                    12-129554-NF

                                Hon. Colleen O'Brien

DERRICK AVERTT and
CITY OF DETROIT,

    Defendants.

| THE SAM BERNSTEIN LAW FIRM | CITY OF DETROIT LAW DEPT |
|---|---|
| Leonard E. Miller (P35114) | Calvert Bailey (P42409) |
| Attorneys for Plaintiff | Paula L. Cole (P31888) |
| 31731 Northwestern Hwy, Suite 333 | Attorneys for Defendants |
| Farmington Hills, Michigan 48334 | 2 Woodward Avenue, Suit e500 |
| (248) 538-5920 | Detroit, Michigan 48226 |
| lmiller@sambernstein.com | (313) 237-3004 |
| | bailc@detroitmi.gov |

### ORDER REINSTATING CASE, ENTRY OF JUDGMENT AND FINAL ORDER

At a session of the said Court, held in the Oakland County Court House, in the City of Pontiac, County of Oakland, State of Michigan on   JUN 12 2013

PRESENT: Honorable   COLLEEN A. O'BRIEN
                                          Circuit Court Judge

Upon the Motion of Plaintiff to Reinstate Case, Enter Judgment and Reserve Costs and Attorney Fees, and this Court having been advised as to the Premises;

IT IS HEREBY ORDERED that Plaintiff's Motion to Reinstate Case Number 12-129554NF is granted;

1

IT IS FURTHER ORDERED that Judgment is entered against the Defendants in the following amounts:

| | |
|---|---|
| Feinberg Consulting | $ 3,575.00 |
| Pharmascript of Michigan | $ 2,821.00 |
| Rainbow Rehabilitation | $103,373.03 |
| Beaumont Hospital | $304,241.96 |
| Medicare | $ 81,381.41 |
| **TOTAL JUDGEMENT TO PLAINTIFF AND HER PROVIDERS** | **$495,392.22** |

IT IS FURTHER ORDERED THAT Plaintiff may notice up a hearing for costs, no-fault interest on untimely paid medical bills, interest from the date of filing the Complaint, costs expended in this litigation and attorney fees.

It is further ordered that any reinstatement fees are herein waived.

IT IS FURTHER ORDERED that this Order resolves the last pending claim in this matter and closes the case M.C.R. 2.602(A) (3).

/s/ Judge Colleen A. O'Brien
COLLEEN A. O'BRIEN   ML
Circuit Court Judge

Received for Filing Oakland County Clerk 2013 JUN 12 PM 02:08

13-53846-tjt   Doc 2684-2   Filed 02/12/14   Entered 02/12/14 12:23:20   Page 2 of 2