UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 14, 2014, she electronically filed with the Court, via the Court's Electronic Case Filing System, the *Committee's Objection to the Motion of Debtor for Entry of an Order Vacating the Appointment of Official Committee of Unsecured Creditors* (the "Objection") and this Certificate of Service, which will be sent to all parties registered to receive notice in this above-captioned case.

The undersigned further certifies that on February 14, 2014, she served true and correct copies of the Objection and this Certificate of Service upon the following parties by overnight courier:

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Bruce Bennett
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071

Jonathan S. Green
Stephen S. LaPlante
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226

Dated: New York, New York
      February 14, 2014       MORRISON & FOERSTER LLP

By:   /s/ Laura A. Guido

Laura A. Guido

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900