UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                Case No. 13-53846-SWR

**CITY OF DETROIT, MICHIGAN**            Chapter 9

     Debtor.                                        HON. STEVEN W. RHODES
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2014, I served copies as follows:

1. Documents Served:      *United States Trustee's Objection to the City's Motion for Entry of an Order Vacating the Appointment of Official Committee of Unsecured Creditors, Docket #2626, Brief in Opposition to the Motion for Entry of an Order Vacating the Appointment of Official Committee of Unsecured Creditors, Docket #2626* and *Certificate of Service*.

2. Served Upon:      Financial Guaranty Insurance Company
c/o Derek Donnelly, Managing Director
Email: Derek.donnelly@fgic.com

     General Retirement System of the City of Detroit
c/o Cynthia Thomas, Executive Director
Email: cathomas@rscd.org

     Jessie Payne
c/o The Sam Bernstein Law Firm
Email: Lmiller@sambernstein.com

     Police and Fire Retirement System of the City of Detroit
c/o David Cetlinski, Assistant Executive Director
Email: dcetlinski@rscd.org

     Wilmington Trust Company
Jay Smith, Vice President
c/o Kristin Going, Drinker, Biddle & Reath, LLP
Email: Kristin.going@dbr.com

3. Method of Service:      Email

| | | |
|---|---|---|
| 4. | Served Upon: | City of Detroit, Michigan<br>2 Woodward Avenue<br>Suite 1126<br>Detroit, MI 48226 |
| 5. | Method of Service: | First Class Mail |

                            **DANIEL M. McDERMOTT**
                            **UNITED STATES TRUSTEE**
                            Region 9

                  By:   /s/ Karen Riggs
                         Karen.Riggs@usdoj.gov
                         Paralegal Specialist
                         Office of the U.S. Trustee
                         211 West Fort Street - Suite 700
                         Detroit, Michigan 48226
                         313.226.7259

Dated: February 14, 2014