# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

- Name: **Shannon L. Deeby**
- Firm: **Clark Hill PLC**
- Address: **151 S. Old Woodward Avenue, Suite 200**
- City, State, Zip: **Birmingham, MI 48009**
- Phone: **248-988-5889**
- Email: **sdeeby@clarkhill.com**

**Case/Debtor Name:** In Re City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

- ⦿ Bankruptcy   ○ Adversary
- ○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

- Date of Hearing: **11/14/2013**   Time of Hearing: **2:00 pm**   Title of Hearing: **City's Bar Date Motion**

Please specify portion of hearing requested: ⦿ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: **Hearing/Ruling: City's Mtn to Establish Bar Date for Filing Proofs of Claim [DN 1146]**

**Type of Request:**

- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Shannon L. Deeby         Date: **2/17/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date          By

Order Received:

Transcript Ordered

Transcript Received