UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes

        Debtor.
_____/

<u>Order Denying Ex-Parte Motion for Expedited Hearing</u>

On February 18, 2014, LaSalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative filed an ex-parte motion for expedited hearing on motion to extend time to file class claimants' proof of claim. The Court finds that good cause has not been shown which would warrant the granting of the motion. Accordingly, the motion for expedited hearing (Dkt. #2692) is denied.

.

**Signed on February 18, 2014**

                                        _____/s/ Steven Rhodes_____
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**