## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 13-53846 |
| | ) | |
| City of Detroit, Michigan | ) | Honorable Steven W. Rhodes |
| Debtor. | ) | |
| _____ | ) | Chapter 9 |

## **STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY**

The City of Detroit, Michigan, (the "City"), by and through its counsel, Miller,

Canfield, Paddock and Stone, P.L.C.; Brendan Milewski ("Milewski"), by and

through his counsel, Jami Jones, PLLC; and Advisacare Health Care Solutions, Inc.,

by and through its counsel, Rhodes McKee, PC, stipulate to the entry of the Order

attached as Exhibit A.


Dated: February 18, 2014

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Timothy A. Fusco
    Timothy A. Fusco (P13768)
    Jonathan S. Green (33140)
    Stephen S. LaPlante (P48063)

    Attorneys for City of Detroit, Michigan
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    (313) 963-6420

JAMI JONES, PLLC

By: /s/ Jami W. Jones
    Jami W. Jones (P-64720)

    Attorney for Brendan Milewski
    33200 Dequindre, Suite 100
    Sterling Heights, MI 48310
    (586) 268-8200

RHOADES MCKEE PC

By: /s/ Harold E. Nelson
     Harold E. Nelson (P27974)

     Attorneys for Advisacare Health Care Solutions, Inc.
     161 Ottawa, N.W., Suite 600
     Grand Rapids, MI 49503
     (616) 235-3500

**EXHIBIT A**

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan | ) |
| Debtor. | ) Honorable Steven W. Rhodes |
| _____ | ) |
| | ) Chapter 9 |

## STIPULATED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter having come before the Court upon the stipulation of the parties, the City of Detroit, Michigan (the "City"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., Advisacare Health Care Solutions, Inc. ("Advisacare"), by and through its counsel, Rhodes McKee, PC; and Brendan Milewski ("Milewski"), by and through his counsel, Jami Jones, PLLC; Milewski having filed an action in the Wayne County Circuit Court under Case Number 12-011731-CK ("Litigation"); and the Court being otherwise advised of the premises:

IT IS HEREBY ORDERED that the automatic stay is modified to allow the continuation of the Litigation, including Advisacare's motion to intervene in the Litigation, and any administrative or other proceedings related to the Litigation that are agreed upon by the parties or ordered by Wayne County Circuit Court.