UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), BlackRock Financial Management, Inc., on behalf of certain funds and accounts ("**BlackRock**"), and Nuveen Asset Management, on behalf of certain managed funds and accounts ("**Nuveen**") hereby submit this verified statement (the "**Verified Statement**") and respectfully represent as follows:

1. As of the date of this Verified Statement, Carson Fischer, PLC (" **Carson Fischer**") and Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") are counsel to Nuveen and BlackRock in the above-captioned bankruptcy case (the "**Chapter 9 Case**").[1]

2. In accordance with Bankruptcy Rule 2019, below is a list of the names, addresses and "the nature and amount of all disclosable economic interests" held by Nuveen and BlackRock in relation to the Debtor as of the date of this Verified Statement.

---

[1] Other attorneys at Kramer Levin represent other parties in interest, including the "Ad Hoc COPs Holders" in the Chapter 9 Case and may from time to time appear. Such other parties are not acting in concert with the parties covered by this Verified Statement and are not represented by the same attorneys.

3. Nuveen, on behalf of certain managed funds and accounts, is a creditor of the City of Detroit with a place of business at:

>Nuveen Asset Management
>901 Marquette Avenue, Suite 2900
>Minneapolis, MN 55402

4. As of December 31, 2013, Nuveen is the beneficial holder of certain water and sewer revenue bonds issued by the City of Detroit in the aggregate principal amount of $395,490,000.

5. As of December 31, 2013, Nuveen is also the beneficial holder of certain insured general obligation bonds issued by the City of Detroit in the aggregate principal amount of $29,140,000.

6. As of December 31, 2013, Nuveen is also the beneficial holder of certain state distributable aid bonds in the aggregate principal amount of $23,750,000.

7. BlackRock, on behalf of certain managed funds and accounts, is a creditor of the City of Detroit with a place of business at:

>BlackRock Financial Management, Inc.
>1 University Square Drive
>Princeton, NJ 08540-6455

8. As of the date of this Verified Statement, BlackRock is the beneficial holder of certain water and sewer revenue bonds issued by the City of Detroit in the aggregate principal amount of $238,215,000.

9. As of the date of this Verified Statement, BlackRock is also the beneficial holder of uninsured general obligation bonds in the aggregate principal amount of $25,490,000.

10. Carson Fischer and Kramer Levin have not recently provided any legal services to the Debtor and hold no claim against the Debtor.

11. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any of the rights of BlackRock or Nuveen to assert, file, and/or amend this statement in accordance with applicable law and any orders entered in the Chapter 9 Case.

12. Carson Fischer and Kramer Levin reserve the right to supplement or amend this Verified Statement at any time for any reason.

13. The undersigned certifies under the penalty of perjury that the foregoing is true and correct to the best of his knowledge and belief.

**[remainder of page intentionally left blank]**

|  |  |
|---|---|
| Dated: February 18, 2014 | Respectfully Submitted,<br><br>CARSON FISCHER, P.L.C.<br><br>By: */s/ Christopher A. Grosman*<br>Joseph M. Fischer (P13452)<br>Robert A. Weisberg (P26698)<br>Christopher Grosman (P58693)<br>4111 Andover Road, West – Second Floor<br>Bloomfield, Michigan 48302-1924<br>Telephone: (248) 644-4840<br>Facsimile: (248) 644-1832<br>Email: JFischer@CarsonFischer.com<br>RWeisberg@CarsonFischer.com<br>CGrosman@CarsonFischer.com<br><br>and<br><br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Amy Caton<br>Gregory A. Horowitz<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>Email: acaton@kramerlevin.com<br>ghorowitz@kramerlevin.com<br><br>*Counsel for BlackRock Financial Management, Inc. and Nuveen Asset Management* |

## CERTIFICATE OF SERVICE

I, Christopher A. Grosman, hereby certify that the foregoing *Verified Statement Pursuant To Bankruptcy Rule 2019* was filed and served via the Court's electronic case filing and noticing system on this 18th day of February, 2014.

                                                     */s/ Christopher A. Grosman*
                                                        Christopher A. Grosman (P58693)