UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name  Courtney Rogers

Firm  Waller Lansden Dortch & Davis, LLP

Address  511 Union Street, Suite 2700

City, State, Zip  Nashville, TN 37219

Phone  (615) 850-8583

Email  courtney.rogers@wallerlaw.com

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number: 13-53846**

**Chapter:** 9

**Hearing Judge: Hon. Steven Rhodes**

**x Bankruptcy __Adversary**

__Appel     Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 2/19/2014   Time of Hearing: 10:00 a.m.   Title of Hearing: Omnibus Hrg**

Please specify portion of hearing requested:   **X Original/Unredacted**   □ **Redacted**   □ **Copy**
                                                                                              (2nd Party)
□ Entire Hearing   □ Ruling/Opinion of Judge   □ Testimony of Witness   □ Other

Special Instructions: _____

**Type of Request:**

□  Ordinary Transcript - $3.65 per page (30 calendar days)

**x** 14-Day Transcript - $4.25 per page (14 calendar days)

□  Expedited Transcript - $4.85 per page (7 working days)

□  CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

__/s/ Courtney Rogers    Date: 2/19/2014
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date         By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 2697    Filed 02/19/14    Entered 02/19/14 15:37:13    Page 1 of 1