UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

FILED
2014 FEB 20 P 1:44
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Re: CASE NUMBER _13-53846_ DATE: _02-20-2014_

NAME(S): _City of Detroit_

## STATEMENT OF CHANGE OF
## MAILING ADDRESS OF CREDITOR

Dear Clerk of the Court:

The Creditor in the above entitled case do hereby request that the mailing address listed in the above-stated case be changed;

From: _____

To: _DEBORAH ZACHARY_
_P.O. BOX 211232_
_DETROIT MICH_
_48221_

Sincerely,

Creditor: _[signature]_

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.*

13-53846-tjt    Doc 2702    Filed 02/20/14    Entered 02/20/14 13:43:58    Page 1 of 1