UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan | ) |
| Debtor. | ) Honorable Steven W. Rhodes |
| _____ | ) Chapter 9 |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter having come before the Court upon the stipulation of the parties, the City of Detroit, Michigan (the "City"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., Advisacare Health Care Solutions, Inc. ("Advisacare"), by and through its counsel, Rhodes McKee, PC; and Brendan Milewski ("Milewski"), by and through his counsel, Jami Jones, PLLC; Milewski having filed an action in the Wayne County Circuit Court under Case Number 12-011731-CK ("Litigation"); and the Court being otherwise advised of the premises:

IT IS HEREBY ORDERED that the automatic stay is modified to allow the continuation of the Litigation, including Advisacare's motion to intervene in the Litigation, and any administrative or other proceedings related to the Litigation that are agreed upon by the parties or ordered by Wayne County Circuit Court.

.

**Signed on February 20, 2014**

                                                          /s/ Steven Rhodes
                                                      Steven Rhodes
                                                      United States Bankruptcy Judge