# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF FILING OF FE MONTHLY INVOICE [DECEMBER 2013]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which (i) requests an aggregate amount of $81,923.10 in fees and $686.34 in expenses, and (ii) consists of detailed statements of the fees and expenses requested for the month of December 2013 by (A) the Fee Examiner (*see* Exhibit A, requesting $13,200.00 in fees and $0 in expenses), (B) counsel to the Fee Examiner (*see* Exhibit B, requesting $37,176.50 in fees and $525.89 in expenses), and (C) the financial advisor to the Fee Examiner (*see* Exhibit C, requesting $31,546.60 in fees and $160.45 in expenses), a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated:  February 20, 2014               By:   /s/ Peter J. Roberts
                                              One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
proberts@shawfishman.com

## CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 20th day of February, 2014.

/s/ Peter J. Roberts

{10661-001 NTC A0367928.DOCX}

# EXHIBIT A

{10661-001 MSC A0356207.DOCX}

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 13352
January 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 12/31/2013

## Please include Invoice Number with Payment

| | | |
|---|---|---|
| Previous Balance | | 40,275.75 |
| Payments | | -7,905.00 |
| Balance Forward | | 32,370.75 |
| Current Fees | 13,200.00 | |
| Total Current Charges | | 13,200.00 |
| **Total Due** | | **45,570.75** |

## Open Invoices

| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|---|
| 08/31/13 | 11516 | | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | | 24,540.00 | 0.00 | 24,540.00 |
| | | **Totals** | **78,637.20** | **46,266.45** | **32,370.75** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner
I.D. 10661-002 - RMF
Re: Robert Fishman

January 31, 2014
Invoice 13352

| | | Fees | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 12/02/13 | RMF | Reviewed Preliminary Reports for Pepper Hamilton and Jones Day in preparation for my telephonic meetings with same (1.3). Spoke to B. Hertzberg re Pepper Hamilton Preliminary Report (.4). Spoke with J. Ellman and D. Doyle re Jones Day Preliminary Report (.9). | 2.60 | 600.00 | 1,560.00 |
| 12/03/13 | RMF | Reviewed Miller Canfield Preliminary Report (.3). Conference call with Miller Canfield and G. Gouveia re Miller Canfield Preliminary Report (.6). | 0.90 | 600.00 | 540.00 |
| 12/04/13 | RMF | Continued reviewing Jones Day September invoice (1.6). Reviewed Miller Buckfire revised July/August invoice (.3). Spoke to I. Bodenstein re Miller Buckfire (.2). | 2.10 | 600.00 | 1,260.00 |
| 12/05/13 | RMF | Reviewed Dentons Preliminary Report (.3) and discussed same with I. Bodenstein (.2). | 0.50 | 600.00 | 300.00 |
| 12/06/13 | RMF | Met with S. Alberts to discuss Dentons Preliminary Report. | 1.10 | 600.00 | 660.00 |
| 12/09/13 | RMF | Spoke to G. Gouveia re Conway meet and confer situation (.2). Reviewed EY Preliminary Report in preparation for telephone conference with EY (.2). Telephone conference with Fee Examiner team and EY team re EY responses to Preliminary report (.3). | 0.70 | 600.00 | 420.00 |
| 12/11/13 | RMF | Spoke to J. Ellman re various fee issues. | 0.30 | 600.00 | 180.00 |
| 12/13/13 | RMF | Continued review of invoices. | 1.20 | 600.00 | 720.00 |
| 12/16/13 | RMF | Reviewed Lazard Order prior to hearing (.1). Participated in Lazard hearing (.3). Continued reviewing invoices (1.2). | 1.60 | 600.00 | 960.00 |
| 12/17/13 | RMF | Continued reviewing invoices. | 3.10 | 600.00 | 1,860.00 |
| 12/27/13 | RMF | Continued reviewing the spreadsheets reflecting the responses from the various firms (2.8). Spoke to G. Gouveia re Miller Canfield responses (.2). | 3.00 | 600.00 | 1,800.00 |
| 12/30/13 | RMF | Reviewed and revised various draft preliminary reports and spreadsheets (4.2). Multiple email exchanges with team members re same (.7). | 4.90 | 600.00 | 2,940.00 |

| | | **Total Fees** | **22.00** | | **13,200.00** |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Total Fees and Disbursements** | | 13,200.00 |
| **Total Current Charges** | | 13,200.00 |
| Balance Forward | | 32,370.75 |
| **Total Amount Due** | | **45,570.75** |

# **EXHIBIT B**

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 13351
January 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 12/31/2013

## Please include Invoice Number with Payment

| | | |
|---|--:|--:|
| Previous Balance | | 85,605.83 |
| Payments | | -25,832.77 |
| Balance Forward | | 59,773.06 |
| Current Fees | 37,176.50 | |
| Current Disbursements | 525.89 | |
| Total Current Charges | | 37,702.39 |
| **Total Due** | | **97,475.45** |

## Open Invoices

| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
|---|---|---|--:|--:|--:|
| 08/31/13 | 11728 | | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | | 51,396.80 | 0.00 | 51,396.80 |
| | | **Totals** | **103,441.07** | **43,668.01** | **59,773.06** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| Robert Fishman as Detroit Fee Examiner | January 31, 2014 |
|---|---|
| I.D. 10661-001 - RMF | Invoice 13351 |
| Re: Chapter 9 case | |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/13 | AH | Revised chart of professionals that submitted timely September invoices in accordance with paragraph 4 of Fee Review Order. | 0.20 | 220.00 | 44.00 |
| 12/02/13 | AH | Began reviewing Miller Canfield September Invoice. | 0.70 | 220.00 | 154.00 |
| 12/02/13 | IB | Review committee expense reimbursement requests (.4); phone call with M. Wilkins re: same (.1); email to M. Wilkins and J. Ellman re: same (.2). | 0.70 | 425.00 | 297.50 |
| 12/02/13 | DRD | Resolution discussion via teleconference with J. Ellman (Jones Day) and R. Fishman regarding July and August 2013 Jones Day invoices. | 0.90 | 250.00 | 225.00 |
| 12/02/13 | PJR | Exchange e-mails with M. McMickle regarding EY September invoice (.2); confer with R. Fishman on same (.1). | 0.30 | 410.00 | 123.00 |
| 12/03/13 | IB | Review Milliman response to preliminary report. | 0.40 | 425.00 | 170.00 |
| 12/03/13 | AH | Locating audio transcript of hearing for R. Fishman (.5); pulling documents from Detroit docket for R. Fishman (.2). | 0.70 | 220.00 | 154.00 |
| 12/03/13 | MSR | Review invoices from September for Pepper Hamilton, Foley & Lardner & KCC | 3.90 | 250.00 | 975.00 |
| 12/03/13 | GEG | Review A. Hudson email and summary of September invoice submissions (.1); follow up email to R. Fishman regarding correction to same (.1); office conference with R. Fishman regarding Pepper Hamilton resolution discussions (.1); email correspondence with R. Fishman and A. Hudson regarding status of September fee review spreadsheets (.1); prepare for (.2) and participate in conference call with Miller Canfield representatives regarding resolution discussions on July/August invoice (.6). | 1.10 | 325.00 | 357.50 |
| 12/04/13 | IB | Review revised Miller Buckfire invoice (.4); phone call with R. Fishman re: same (.1);email to S. Markan re: phone call to discuss (.1) | 0.60 | 425.00 | 255.00 |
| 12/04/13 | IB | Review spreadsheet for Brooks Wilkins September 2013 invoice | 0.40 | 425.00 | 170.00 |
| 12/04/13 | IB | Review spreadsheet for Dentons September 2013 invoice | 0.50 | 425.00 | 212.50 |
| 12/04/13 | IB | Review J. Ellman letter re: Dentons September 2013 invoice | 0.30 | 425.00 | 127.50 |
| 12/04/13 | MSR | Prepare resolutions for Foley & Lardner July/August invoice. | 0.50 | 250.00 | 125.00 |
| 12/04/13 | GEG | Email correspondence with M. McMickle regarding September review spreadsheets and meeting to discuss Conway MacKenzie September invoice (.1); email correspondence with A. Hudson and M. Reiser regarding meeting to discuss Miller Canfield and Pepper Hamilton September invoices (.1) | 0.20 | 325.00 | 65.00 |
| 12/04/13 | PJR | Review Segal employment application and related exhibits (affidavit and engagement letter) (.2); brief review of Segal invoice and spreadsheet for September (.1). | 0.30 | 410.00 | 123.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | January 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 13351 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/13 | AH | Review of Milliman's comments in response to Fee Examiner's preliminary report (.1); discussion with I. Bodenstein re same (.2). | 0.30 | 220.00 | 66.00 |
| 12/05/13 | IB | Complete review of Milliman August 2013 response to preliminary report (.2) and conduct resolution discussion with Jeff Budin (.2) | 0.40 | 425.00 | 170.00 |
| 12/05/13 | IB | Review Dentons preliminary report (.5) and phone call with R. Fishman to discuss issues to bring up at resolution discussion with S. Alberts (.2) | 0.70 | 425.00 | 297.50 |
| 12/05/13 | AH | Continue review of Miller Canfield's September Invoice. | 2.60 | 220.00 | 572.00 |
| 12/05/13 | MSR | Review and comment on Pepper Hamilton's September invoices. | 0.90 | 250.00 | 225.00 |
| 12/05/13 | GEG | Phone call with Mike Hausman of Conway MacKenzie regarding preliminary report on July/August invoice and resolution discussions (.2); follow up email correspondence with R. Fishman regarding same (.2); begin review and comments on Conway MacKenzie September invoice (2.5) | 2.90 | 325.00 | 942.50 |
| 12/06/13 | AH | Meeting with P. Roberts to discuss review of Segal September Invoice. | 0.40 | 220.00 | 88.00 |
| 12/06/13 | AH | Review of Segal Consulting's September Invoice and expenses in preparation for meeting with P. Roberts. | 2.40 | 220.00 | 528.00 |
| 12/06/13 | IB | Review and analyze revised July/August Miller Buckfire invoice (1.0); participate in resolution discussion on invoice (.2). | 1.20 | 425.00 | 510.00 |
| 12/06/13 | AH | Preparing consolidated review sheet for Segal Consulting's September Invoice. | 1.80 | 220.00 | 396.00 |
| 12/06/13 | DRD | Review September 2013 Jones Day invoice. | 1.40 | 250.00 | 350.00 |
| 12/06/13 | GEG | Complete review and analysis of Conway MacKenzie September invoice (2.2); conference call with S. Kapila, M. McMickle and J. Gillis regarding comments on Conway MacKenzie September invoice (1.4) | 3.60 | 325.00 | 1,170.00 |
| 12/06/13 | PJR | Review and analyze Segal invoice for September (.9); meeting with A. Hudson to discuss same (.4). | 1.30 | 410.00 | 533.00 |
| 12/06/13 | PJR | Review e-mail exchanges between Fee Examiner and EY representatives regarding July-August preliminary statement. | 0.10 | 410.00 | 41.00 |
| 12/07/13 | DRD | Review and analysis of Jones Day September 2013 invoices. | 2.50 | 250.00 | 625.00 |
| 12/07/13 | GEG | Review and comment on Miller Canfield September invoice | 1.70 | 325.00 | 552.50 |
| 12/08/13 | DRD | Review and analysis of Jones Day September 2013 invoices. | 1.30 | 250.00 | 325.00 |
| 12/08/13 | GEG | Complete initial review and comment on Miller Canfield September invoice (2.6); email correspondence with R. Fishman regarding status of July/August preliminary report resolution discussions with Miller Canfield, Pepper Hamilton and Conway MacKenzie (.1); review and comment on Pepper Hamilton September invoice (2.3); review and edit consolidated review spreadsheet for Conway MacKenzie September invoice (1.8) | 6.80 | 325.00 | 2,210.00 |
| 12/09/13 | AH | Complete review of Miller Canfield September Invoice in preparation for meeting with G. Gouveia. | 0.80 | 220.00 | 176.00 |
| 12/09/13 | AH | Meeting with G. Gouveia to discuss consolidated review of Miller | 0.80 | 220.00 | 176.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | January 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 13351 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Canfield's September Invoice. | | | |
| 12/09/13 | IB | Review Brooks Wilkins September 2013 invoice | 0.60 | 425.00 | 255.00 |
| 12/09/13 | AH | Complete consolidated excel review sheet for Miller Canfield's September Invoice. | 1.80 | 220.00 | 396.00 |
| 12/09/13 | DRD | Review and analysis of Jones Day September 2013 invoices. | 5.30 | 250.00 | 1,325.00 |
| 12/09/13 | MSR | Review Pepper Hamilton invoice with G. Gouveia. | 0.30 | 250.00 | 75.00 |
| 12/09/13 | GEG | Email correspondence (.1) and phone call (.1) with R. Fishman regarding status of Conway MacKenzie resolution discussions for July/August preliminary report; email correspondence (.1) and meeting with A. Hudson regarding Miller Canfield July/August preliminary report resolution discussions and September invoice review (.8); meeting with M. Reiser regarding comments on Pepper Hamilton September invoice (.3); complete review and editing of consolidated review spreadsheet for Conway MacKenzie September invoice (.7); review spreadsheet from M. Hausman of Conway MacKenzie regarding adjustment of inconsistent team meeting time and scheduling call to engage in resolution discussions (.1) and follow up phone calls (exchange voicemail messages (.1) and follow up call (.2)) and email correspondence with M. Hausman regarding same (.2); draft cover email to R. Fishman regarding general comments to Conway MacKenzie September invoice and attaching consolidated review spreadsheet (.3) | 3.00 | 325.00 | 975.00 |
| 12/09/13 | PJR | Conference call with W. Flick, B. Pickering, R. Fishman, S. Kapila and others regarding EY July/August invoices. | 0.20 | 410.00 | 82.00 |
| 12/10/13 | IB | Email with M. McMickle re: Miller Buckfire revised July/August invoice | 0.20 | 425.00 | 85.00 |
| 12/10/13 | DRD | Review Jones Day September 2013 invoices (.6) and Dentons September 2013 invoices (3.7). | 4.30 | 250.00 | 1,075.00 |
| 12/10/13 | MSR | Input comments into revised spreadsheets for Pepper Hamilton, KCC, and Foley & Lardner. | 2.10 | 250.00 | 525.00 |
| 12/10/13 | GEG | Email correspondence with M. Hausman (Conway) and M. McMickle regarding July/August invoice resolution discussions (.1); review email and City verifications of July/August invoices for Conway, Miller Canfield and Pepper Hamilton (.1) | 0.20 | 325.00 | 65.00 |
| 12/11/13 | AH | Analysis of standard hourly rates vs. blended rates of non-bankruptcy attorneys whose work is reflected in Miller Canfield's September Invoice. | 0.50 | 220.00 | 110.00 |
| 12/11/13 | IB | Complete review of Brooks Wilkins September 2013 invoice. | 0.60 | 425.00 | 255.00 |
| 12/11/13 | AH | Rechecking analysis of standard hourly rates-blended rates and revising review spreadsheet. | 0.40 | 220.00 | 88.00 |
| 12/11/13 | GEG | Initial review of Miller Canfield response to July/August preliminary report (.3); email correspondence with A. Hudson regarding same and status of request for list of standard hourly rates for assessment of Miller Canfield September invoice (.1); review Conway MacKenzie response to July/August preliminary report (.5); email | 2.20 | 325.00 | 715.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | January 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 13351 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | correspondence with M. McMickle and R. Fishman regarding Conway response to July/August preliminary report and preparation for today's call with Conway (.2); email correspondence (.1) and office conference (.1) with A. Hudson regarding analysis of Miller Canfield blended hourly rate for September invoice; conference call with M. McMickle and Conway MacKenzie representatives Chuck Moore and Mike Hausman regarding July/August invoice resolution discussions (.8); follow up email to R. Fishman regarding same and reconsideration of deadline for submission of redacted invoices (.1) | | | |
| 12/12/13 | IB | Review Denton's September 2013 invoice | 1.50 | 425.00 | 637.50 |
| 12/12/13 | GEG | Review and comment on Miller Canfield response to July/August invoice preliminary report (1.8); email correspondence with A. Hudson regarding same (.1) | 1.90 | 325.00 | 617.50 |
| 12/12/13 | PJR | Exchange e-mails with M. McMickle regarding E&Y invoices. | 0.10 | 410.00 | 41.00 |
| 12/13/13 | AH | Call and emails with J. Kaminski (Kilpatrick & Associates) regarding submission of invoices. | 0.60 | 220.00 | 132.00 |
| 12/13/13 | GEG | Office conference with R. Fishman regarding status of resolution discussions with Pepper Hamilton, Miller Canfield and Conway MacKenzie | 0.20 | 325.00 | 65.00 |
| 12/13/13 | PJR | Review J. Ellman letter on additional fee professionals. | 0.10 | 410.00 | 41.00 |
| 12/13/13 | PJR | Review and analyze Foley September invoice. | 0.30 | 410.00 | 123.00 |
| 12/13/13 | PJR | Review and analyze KCC September invoice. | 0.50 | 410.00 | 205.00 |
| 12/16/13 | AH | Review Miller Canfield's comments to Fee Examiner's preliminary report spreadsheet in preparation for discussion re same with G. Gouveia. | 0.60 | 220.00 | 132.00 |
| 12/16/13 | IB | Continue review of Dentons September invoices | 1.50 | 425.00 | 637.50 |
| 12/16/13 | AH | Meeting with G. Gouveia regarding Miller Canfield's comments to Fee Examiner's suggested revisions to July/August Invoice. | 0.40 | 220.00 | 88.00 |
| 12/16/13 | IB | Review Milliman 2013 invoice for preliminary report | 0.30 | 425.00 | 127.50 |
| 12/16/13 | IB | Begin review of Salans/Denton September 2013 invoice for preliminary report; (.7); discuss comments for preliminary report with D. Doyle (.2) | 0.90 | 425.00 | 382.50 |
| 12/16/13 | IB | Review Miller Buckfire redacted September 2013 invoice for preliminary report. | 0.40 | 425.00 | 170.00 |
| 12/16/13 | AH | Revise comments to Resolution column of Miller Canfield's review excel sheet following discussion with G. Gouveia (.9); draft email to G. Gouveia summarizing general comments to Miller Canfield and issues to bring to R. Fishman's attention (.2). | 1.10 | 220.00 | 242.00 |
| 12/16/13 | GEG | Meeting with A. Hudson regarding Miller Canfield response to preliminary report for July/August invoice and presentation to R. Fishman for approval of proposed resolution comments (.4); review and edit resolution column of Conway MacKenzie July/August review spreadsheet (.3) and email to R. Fishman regarding approval of same (.1); email to Michael Hausman of Conway MacKenzie regarding status of July/August invoice resolution discussions and | 1.30 | 325.00 | 422.50 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner<br>I.D. 10661-001 - RMF<br>Re: Chapter 9 case | | | | January 31, 2014<br>Invoice 13351 | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | deadline for submission of redacted July/August and September invoices (.2); review and edit email from A. Hudson regarding comments on Miller Canfield response to July/August preliminary report and forward with message to R. Fishman (.3) | | | |
| 12/16/13 | PJR | Initial review of comments/responses of EY regarding preliminary report on July/August invoices and associated correspondence from W. Flick. | 0.40 | 410.00 | 164.00 |
| 12/17/13 | DRD | Prepare Dentons spreadsheet for September 2013 preliminary report. | 1.80 | 250.00 | 450.00 |
| 12/17/13 | MSR | Review invoices and comment for KCC. | 1.50 | 250.00 | 375.00 |
| 12/18/13 | DRD | Create Jones Day September 2013 spreadsheet (3.4) and draft preliminary report (1.2); revise Dentons September 2013 preliminary report and spreadsheet (2.8); create Wilkins September 2013 spreadsheet (1); create Lazard spreadsheet (.2). | 8.60 | 250.00 | 2,150.00 |
| 12/18/13 | AH | Draft list of professionals that submitted timely October invoices. | 0.30 | 220.00 | 66.00 |
| 12/18/13 | GEG | Initial review of Pepper Hamilton response to July/August preliminary report | 0.20 | 325.00 | 65.00 |
| 12/18/13 | PJR | Review Fee Examiner Parties' October invoices (.2); draft and edit Fee Examiner Parties' monthly fee statement for October (.4). | 0.60 | 410.00 | 246.00 |
| 12/19/13 | IB | Revise D. Doyle draft of Brooks Wilkins Preliminary report for September 2013 | 0.40 | 425.00 | 170.00 |
| 12/19/13 | DRD | Prepare and revise Wilkins preliminary report for September 2013. | 1.50 | 250.00 | 375.00 |
| 12/19/13 | DRD | Prepare Jones Day spreadsheet for September 2013 preliminary report. | 2.90 | 250.00 | 725.00 |
| 12/20/13 | IB | Revise D. Doyle draft of Denton preliminary report for September 2013 | 1.50 | 425.00 | 637.50 |
| 12/20/13 | IB | Meet with A. Hudson re: review of Milliman invoice for preparation of preliminary report for September 2013. | 0.90 | 425.00 | 382.50 |
| 12/20/13 | MSR | Review and comment on responses to preliminary reports | 1.30 | 250.00 | 325.00 |
| 12/20/13 | GEG | Review M. Reiser resolution markup of the Pepper Hamilton July/August invoice review spreadsheet (.2) and brief office conference regarding same (.1); email correspondence with R. Fishman and other team members regarding status of July/August resolution discussions for Pepper Hamilton, Miller Canfield and Conway MacKenzie, status of September preliminary reports and process for preparation of final monthly report (.3); office conference with P. Roberts regarding process of resolution discussions and other issues related to preparation of final monthly report for all professionals (.2); review A. Hudson email and summary of October invoice submissions (.1) | 0.90 | 325.00 | 292.50 |
| 12/20/13 | PJR | Review e-mails from R. Fishman and Shaw Fishman team members on July/August reports and September reports (.2); exchange e-mails with G. Gouveia regarding templates for same (.2); confer with R. Reiser regarding Foley and KCC reports (.2). | 0.60 | 410.00 | 246.00 |
| 12/21/13 | DRD | Draft preliminary report for Lazard September 2013 (1.2); revise Dentons preliminary report for September 2013 (.7); compile | 3.10 | 250.00 | 775.00 |

**Shaw Fishman Glantz & Towbin LLC**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | information for Jones Day final monthly report for July and August 2013 (1); communications with R. Fishman regarding status on Dentons, Jones Day, Lazard, and Brooks Wilkins preliminary and final reports (.2). | | | |
| 12/21/13 | GEG | Email correspondence with A. Hudson regarding preparation of preliminary report for Miller Canfield September invoice (.1); email correspondence with M. Reiser regarding preparation of preliminary report for Pepper Hamilton September invoice (.1). | 0.20 | 325.00 | 65.00 |
| 12/22/13 | IB | Prepare final report section for Miller Buckfire for July/August 2013 (.3); prepare preliminary report for Miller Buckfire for September, 2102 (.7) | 1.00 | 425.00 | 425.00 |
| 12/22/13 | MSR | Draft september preliminary reports | 0.70 | 250.00 | 175.00 |
| 12/23/13 | AH | Drafting/revising preliminary reports for Milliman Inc, Segal Consulting and Miller Canfield. | 0.60 | 220.00 | 132.00 |
| 12/23/13 | AH | Conference call with report review team to discuss status of July/August final reports and preliminary reports for September Invoices. | 0.50 | 220.00 | 110.00 |
| 12/23/13 | IB | Participate in phone conference with R. Fishman and all claim reviewers re: finishing up July/August final reports and September preliminary reports | 0.50 | 425.00 | 212.50 |
| 12/23/13 | IB | Draft section of July/August final report for Miller Buckfire (.4); revise draft (.3); phone call with J. Doak re: resolution of open issue on travel agency fees (.1) | 0.80 | 425.00 | 340.00 |
| 12/23/13 | IB | Phone call with S. Alberts re: Dentons discussions with fee examiner (.1); review 2 emails from S. Alberts detailing the discussions (.4); phone conference with D. Doyle and R. Fishman re: proposal for resolution of discount issue (.2); prepare email to S. Alberts re: same (.2) | 0.90 | 425.00 | 382.50 |
| 12/23/13 | DRD | Group conference with B. Fishman, I. Bodenstein, P. Roberts, G. Gouveia, M. Reiser, A. Hudson, M. McMickle, and S Kapila regarding status of September 2013 invoice review and final reports for August and July 2013. | 0.50 | 250.00 | 125.00 |
| 12/23/13 | DRD | Confer with R. Fishman and I. Bodenstein regarding Dentons discount. | 0.20 | 250.00 | 50.00 |
| 12/23/13 | DRD | Communicate with R. Fishman regarding Jones Day final report for September 2013. | 0.10 | 250.00 | 25.00 |
| 12/23/13 | DRD | Draft memorandum correspondence to S. Alberts (Retiree Committee) regarding new proposed discount. | 0.80 | 250.00 | 200.00 |
| 12/23/13 | DRD | Draft insert for final report on Jones Day July and August 2013 invoices. | 2.60 | 250.00 | 650.00 |
| 12/23/13 | IB | Review email from S. Alberts re: Denton's discount (.1); phone call with S. Alberts re: same and committee E&O insurance (.2); email to R. Fishman and D. Doyle re: conversation with S. Alberts (.2) | 0.50 | 425.00 | 212.50 |
| 12/23/13 | MSR | Call with working team (.5); Pepper Hamilton review with G. Gouveia (.4) | 0.90 | 250.00 | 225.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | January 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 13351 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/13 | GEG | Conference call with R. Fishman and fee review team regarding process for preparation of July/August monthly report (.5); review and edit preliminary report and review spreadsheet for Miller Canfield September invoice (.3) and email to R. Fishman regarding same (.1); review and edit preliminary report and review spreadsheet for Miller Canfield September invoice (.3); email correspondence with M. Reiser regarding same (.2); email to R. Fishman regarding concluding resolution discussions for Conway MacKenzie July/August invoice (.1); email correspondence with R. Fishman regarding outstanding issues related to Miller Canfield July/August invoice (.1); draft preliminary report for Conway MacKenzie September invoice (.4); confer with M. Reiser regarding following up with Pepper Hamilton to conclude resolution discussions for July/August invoice (.2); review City verification regarding Miller Canfield October and November invoices (.1) | 2.30 | 325.00 | 747.50 |
| 12/23/13 | PJR | Review draft preliminary report for Segal for September (.1); exchange e-mails with A. Hudson on same (.1). | 0.20 | 410.00 | 82.00 |
| 12/23/13 | PJR | Review and revise draft preliminary statement for Foley Sept. invoice (.3); review and revise draft preliminary statement for KCC Sept. invoice (.2); exchange e-mails with M. Reiser on same (.1). | 0.60 | 410.00 | 246.00 |
| 12/23/13 | PJR | Participate in conference call with Fee Examiner team regarding status of various reports and communications with professionals. | 0.50 | 410.00 | 205.00 |
| 12/24/13 | IB | Email to J. Doak re: Miller Buckfire travel agency expenses | 0.10 | 425.00 | 42.50 |
| 12/26/13 | IB | Revise Miller Buckfire July/August section for final report and send to R. Fishman. | 0.40 | 425.00 | 170.00 |
| 12/26/13 | GEG | Follow up email to R. Fishman regarding outstanding issues for Conway MacKenzie and Miller Canfield July/August invoices | 0.10 | 325.00 | 32.50 |
| 12/27/13 | GEG | Email correspondence with R. Fishman (.1) and Mike Hausman of Conway Mackenzie regarding resolution of July/August invoice issues and submission of revised invoice for final monthly report (.2); email correspondence and phone call with R. Fishman regarding Miller Canfield July/August invoice final resolution issues (.2); revise Miller Canfield July/August review spreadsheet to incorporate R. Fishman comments (.1); prepare and send lengthy transmittal email to Miller Canfield representatives regarding resolution of Fee Examiner comments on July/August invoice (.7); follow up email correspondence with Jon Green of Miller Canfield regarding status of reduced hourly rate proposal (.1); email correspondence with M. Hausman of Conway MacKenzie regarding status of September preliminary report and issue related to delivery of redacted invoices (.1) | 1.50 | 325.00 | 487.50 |
| 12/27/13 | PJR | Exchange e-mails with M. Reiser regarding Foley statement. | 0.10 | 410.00 | 41.00 |
| 12/30/13 | IB | Email with R. Fishman and A. Hudson re: Milliman September 2013 invoice. | 0.20 | 425.00 | 85.00 |
| 12/30/13 | MSR | Call with Pepper Hamilton counsel. | 0.30 | 250.00 | 75.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | January 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 13351 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/30/13 | MSR | Revise status chart | 0.90 | 250.00 | 225.00 |
| 12/30/13 | GEG | Office conference and email correspondence with M. Reiser regarding deadline for submission of revised and redacted invoice from Pepper Hamilton and status of September preliminary report (.2); email correspondence with Jon Green (Miller Canfield) regarding amendment to City fee agreement to provide for 10% reduction of standard hourly rates in lieu of blended rate agreement (.1); review emails and draft October invoice review spreadsheets from M. McMickle (Kapila) (.1); email to M. Reiser and A. Hudson regarding preparation of tracking spreadsheets for Pepper Hamilton and Miller Canfield (.1); email correspondence with R. Fishman regarding comments to draft preliminary report for Conway MacKenzie September invoice (.1) | 0.60 | 325.00 | 195.00 |
| 12/30/13 | PJR | Review e-mails between R. Fishman and W. Flick regarding EY invoices (.1); exchange e-mails with M. McMickle on same (.1). | 0.20 | 410.00 | 82.00 |
| 12/31/13 | GEG | Email correspondence with R. Fishman and M. McMickle regarding draft preliminary report for Conway MacKenzie September invoice. | 0.20 | 325.00 | 65.00 |
| | | **Total Fees** | **124.50** | | **37,176.50** |

| Disbursements | | | | |
|---|---|---|---|---|
| Date | Description | | | Amount |
| 11/19/13 | Photocopy; Miller Canfield City of Detroit Fee Submission - September (KXJ) | 94 | @ 0.10 | 9.40 |
| 11/19/13 | Photocopy; Pepper Hamilton - Detroit Invoice Fees for Meeting; Email; Miller canfield - Detailed Invoice fees for Meeting. (KXJ) | 676 | @ 0.10 | 67.60 |
| 11/19/13 | Photocopy; September Invoices (MAW) | 1223 | @ 0.10 | 122.30 |
| 11/20/13 | Photocopy; September Invoices (MAW) | 32 | @ 0.10 | 3.20 |
| 11/20/13 | Photocopy; Post petition Invoice Summaries (KXJ) | 379 | @ 0.10 | 37.90 |
| 11/21/13 | Conference Call; PJR; AT&T TeleConference Services | | | 36.43 |
| 11/21/13 | Conference Call; PJR; AT&T TeleConference Services | | | 11.27 |
| 11/21/13 | Conference Call; GEG; AT&T TeleConference Services | | | 38.49 |
| 11/25/13 | Photocopy; Conway MacKenzie Fee Statement (KXJ) | 171 | @ 0.10 | 17.10 |
| 11/27/13 | Photocopy; Preliminary Report re Pepper Hamilton August Invoice; 2013 Monthly Report Invoice Report (KXJ) | 120 | @ 0.10 | 12.00 |
| 12/02/13 | Photocopy; Preliminary Report for Meeting; Preliminary Report - Jones Day (August 2013); Memorandum (KXJ) | 794 | @ 0.10 | 79.40 |
| 12/03/13 | Photocopy; Salans - September 2013 Invoice; Jones Day - September Final Invoice; Invoices re Retirees Committee - City of Detroit Bankruptcy; Stipulation and Order re Lazard Retention (KXJ) | 509 | @ 0.10 | 50.90 |
| 12/10/13 | Photocopy; Conway MacKenzie Fee Statement (KXJ) | 161 | @ 0.10 | 16.10 |
| 12/19/13 | Photocopy; October 2013 Fee Examiner Submission - Miller Canfield (KXJ) | 107 | @ 0.10 | 10.70 |
| 12/31/13 | Pacer Research; Lazard Retention (ABH) | | | 13.10 |

| Robert Fishman as Detroit Fee Examiner | January 31, 2014 |
|---|---|
| I.D. 10661-001 - RMF | Invoice 13351 |
| Re: Chapter 9 case | |

| Date | Description | Amount |
|---|---|---|
| | **Total Disbursements** | **525.89** |
| | | |
| | **Total Fees and Disbursements** | 37,702.39 |
| | **Total Current Charges** | 37,702.39 |
| | Balance Forward | 59,773.06 |
| | **Total Amount Due** | **97,475.45** |

# **EXHIBIT C**



*Kapila & Company*
Certified Public Accountants

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS  - Senior Consultant,  CPA* | 22.20 | 260.00 | 5,772.00 |
| SONEET RAVI KAPILA  - Partner,  CPA*, CFF, CIRA, CFE | 4.30 | 442.00 | 1,900.60 |
| MARY MCMICKLE  - Partner,  CPA*, CIRA | 19.40 | 330.00 | 6,402.00 |
| MARK PARISI  - Forensic Analyst  CPA*, CFE, | 24.40 | 156.00 | 3,806.40 |
| SHANTEL THOMAS  - Forensic Consultant,  CPA*, CIRA | 65.70 | 208.00 | 13,665.60 |
| TOTAL | 136.00 | | $31,546.60 |
| | BLENDED RATE | $231.96 | |
| | TOTAL EXPENSES | | 160.45 |
| TOTAL AMOUNT OF THIS INVOICE | | | $31,707.05 |

CPA - Certified Public Accountant
CIRA- Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

*1000 S. Federal Highway  Suite 200  Fort Lauderdale, Florida 33316*
*Member Florida Institute of Certified Public Accountants  American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

# *Kapila & Company*

Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.com
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97316

12/31/2013

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2013

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|------|-------|-------------|-----|--------|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 12/02/2013 | SST | FORMAT AND EDIT DATA EXTRACTED FROM KURTZMAN CARSON'S SEPTEMBER 2013 INVOICE TO RECTIFY ALL CONVERSION ERRORS. | 1.50 | 312.00 |
| 12/02/2013 | SST | EXTRACTION OF DATA FROM MILLIMAN'S SEPTEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.70 | 353.60 |
| 12/02/2013 | SST | FORMAT AND EDIT DATA EXTRACTED FROM MILLIMAN'S SEPTEMBER 2013 INVOICE TO RECTIFY ALL CONVERSION ERRORS. | 1.30 | 270.40 |
| 12/02/2013 | SST | EXTRACTION OF DATA FROM KURTZMAN CARSON'S SEPTEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.90 | 395.20 |
| 12/02/2013 | SST | PREPARE SUMMARY SCHEDULES OF MILLIMAN'S SEPTEMBER 2013 INVOICE IN PREPARATION FOR FEE EXAMINER'S REVIEW. | 0.60 | 124.80 |
| 12/02/2013 | SST | PREPARE SUMMARY SCHEDULES OF KURTZMAN CARSON'S SEPTEMBER 2013 INVOICE IN PREPARATION FOR FEE EXAMINER'S REVIEW. | 0.70 | 145.60 |
| 12/03/2013 | MMM | REVIEW SPREADSHEETS FOR CITY PROFESSIONALS IN PREPARATION FOR SENDING TO FEE EXAMINER. | 0.80 | 264.00 |
| 12/03/2013 | SST | PREPARE SUMMARY SCHEDULES OF BROOKS WILKIN'S SEPTEMBER 2013 INVOICE IN PREPARATION FOR FEE EXAMINER'S REVIEW. | 0.60 | 124.80 |
| 12/03/2013 | SST | EXTRACTION OF DATA FROM DENTON'S SEPTEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.80 | 374.40 |
| 12/03/2013 | SST | FORMAT AND EDIT DATA EXTRACTED FROM DENTON'S SEPTEMBER 2013 INVOICE TO RECTIFY ALL CONVERSION ERRORS. | 1.50 | 312.00 |
| 12/03/2013 | SST | PREPARE SUMMARY SCHEDULES OF DENTON'S SEPTEMBER 2013 INVOICE IN PREPARATION FOR FEE EXAMINER'S REVIEW. | 0.70 | 145.60 |
| 12/03/2013 | SST | EXTRACTION OF DATA FROM BROOKS WILKIN'S SEPTEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.30 | 270.40 |
| 12/03/2013 | SST | FORMAT AND EDIT DATA EXTRACTED FROM BROOKS WILKIN'S SEPTEMBER 2013 INVOICE TO RECTIFY ALL CONVERSION ERRORS. | 1.20 | 249.60 |
| 12/03/2013 | MMM | DETAILED REVIEW OF JONES DAY SEPTEMBER SPREADSHEET FOR PROPER FORMATTING OF ROWS AND IDENTIFYING | 3.20 | 1,056.00 |

| | | | | |
|---|---|---|---|---|
| | | POTENTIAL CHARACTERS IN DESCRIPTION IN EXCESS OF CAPACITY. | | |
| 12/04/2013 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW - COMPARE JULY/AUG. INVOICE SUMMARY TO SEPTEMBER INVOICE SUMMARY TO SCREEN FOR POTENTIAL RED FLAGS. | 0.20 | 52.00 |
| 12/04/2013 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW - ANALYTICAL REVIEW OF HOURS DISTRIBUTION BY PROFESSIONAL. | 0.30 | 78.00 |
| 12/04/2013 | MMM | IDENTIFY INCONSISTENCIES IN BILING CATEGORY - ELIGIBILITY ISSUES AND LITIGATION IN JONES DAY INVOICE AND FOOTNOTE. | 1.20 | 396.00 |
| 12/04/2013 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW - STUDY INVOICES TO IDENTIFY INSTANCES OF IMPROPER TIME INCREMENTS. | 0.10 | 26.00 |
| 12/04/2013 | SST | EXTRACTION OF DATA FROM SALAN'S SEPTEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.50 | 312.00 |
| 12/04/2013 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW - STUDY INVOICES TO IDENTIFY INSTANCES OF IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES VIOLATIONS. | 0.80 | 208.00 |
| 12/04/2013 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW - STUDY INVOICES TO IDENTIFY INSTANCES OF LUMPING VIOLATIONS. | 1.30 | 338.00 |
| 12/04/2013 | MMM | REVIEW SEGAL CONSULTING SEPTEMBER SPREADSHEETS FOR FORMATTING AND CONSISTENCY AND SEND TO FEE EXAMINER. | 0.60 | 198.00 |
| 12/04/2013 | SRK | REVIEW AND RESPOND TO E-MAILS WITH I. BODENSTEIN AND G. GOUVEIA REGARDING RESPONSE FROM PROFESSIONAL AND COORDINATORS; FOLLOW UP CALLS | 0.30 | 132.60 |
| 12/04/2013 | MCP | TELEPHONE CONFRENCE WITH M MCMICKLE RE: EXCEL DISPLAY COLUMN HEIGHT ISSUES. RESEARCH ANSWER AND RESPOND | 0.60 | 93.60 |
| 12/04/2013 | SST | EXTRACTION OF DATA FROM JONES DAY'S SEPTEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.90 | 395.20 |
| 12/04/2013 | SST | FORMAT AND EDIT DATA EXTRACTED FROM JONES DAY'S SEPTEMBER 2013 INVOICE TO RECTIFY ALL CONVERSION ERRORS. | 1.80 | 374.40 |
| 12/04/2013 | SST | FORMAT AND EDIT DATA EXTRACTED FROM SEGAL'S SEPTEMBER 2013 INVOICE TO RECTIFY ALL CONVERSION ERRORS. | 1.20 | 249.60 |
| 12/04/2013 | MMM | IDENTIFY DESCRIPTIONS IN JONES DAY INVOICES THAT EXCEED CELL CHARACTER CAPACITY AND REFORMAT. | 1.20 | 396.00 |
| 12/04/2013 | SST | PREPARE SUMMARY SCHEDULES OF SEGAL'S SEPTEMBER 2013 INVOICE IN PREPARATION FOR FEE EXAMINER'S REVIEW. | 0.70 | 145.60 |
| 12/04/2013 | SST | EXTRACTION OF DATA FROM SEGAL'S SEPTEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.40 | 291.20 |
| 12/04/2013 | SST | CONFERENCE CALL WITH IDEA HELP DESK TO RESOLVE ISSUES ENCOUNTERED WITH EXTRACTION OF JONES DAY SEPTEMBER 2013 INVOICE. | 0.50 | 104.00 |
| 12/05/2013 | SST | FORMAT AND EDIT DATA EXTRACTED FROM SALAN'S SEPTEMBER 2013 INVOICE TO RECTIFY ALL CONVERSION | 1.40 | 291.20 |

| | | | | |
|---|---|---|---|---|
| | | ERRORS. | | |
| 12/05/2013 | SST | CONFERENCE CALL WITH M. PARISI TO DISCUSS VERIFICATION OF DISCREPANCY ON JONES DAY'S INVOICE. | 0.10 | 20.80 |
| 12/05/2013 | MMM | BEGIN REVIEW OF CONWAY MACKENZIE SEPTEMBER INVOICE. | 0.90 | 297.00 |
| 12/05/2013 | SST | PREPARE SUMMARY SCHEDULES OF SALAN'S SEPTEMBER 2013 INVOICE IN PREPARATION FOR FEE EXAMINER'S REVIEW. | 0.70 | 145.60 |
| 12/05/2013 | SST | CONFERENCE CALL WITH M. MCMICKLE TO DISCUSS RESOLUTION TO JONES DAY INVOICE EXTRACTION ISSUES. | 0.30 | 62.40 |
| 12/05/2013 | MCP | CLERICALLY TEST PORTION OF SEPTEMBER INVOICE FOR ACCUARCY | 1.00 | 156.00 |
| 12/05/2013 | SST | FINALIZE SUMMARY SCHEDULES OF JONES DAY'S SEPTEMBER 2013 INVOICE IN PREPARATION FOR FEE EXAMINER'S REVIEW. | 0.80 | 166.40 |
| 12/05/2013 | MMM | CONFERENCE CALL WITH S. THOMAS REGARDING JONES DAY INVOICE ISSUES | 0.30 | 99.00 |
| 12/05/2013 | SST | EXTRACTION OF DATA FROM SALAN'S SEPTEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.80 | 374.40 |
| 12/05/2013 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW - STUDY INVOICES TO IDENTIFY INSTANCES OF INCONSISTENT, DUPLICATE AND REPETITIVE TIME ENTRY VIOLATIONS. | 5.10 | 1,326.00 |
| 12/05/2013 | MCP | TELEPHONE CONFERENCE WITH S.THOMAS RE: INVOICE FORMATTING FOR PROFESSIONALS | 0.10 | 15.60 |
| 12/05/2013 | JEG | CONWAY MACKENZIE SEPTEMBER INVOICE REVIEW - STUDY INVOICES TO IDENTIFY INSTANCES UNREASONABLE TIME VIOLATIONS. | 0.60 | 156.00 |
| 12/05/2013 | JEG | CORRESPONDENCE W/ S.KAPILA & M.MCMICKLE RE: MILLER BUCKFIRE'S REVISED JULY/AUGUST INVOICE. | 0.20 | 52.00 |
| 12/05/2013 | JEG | COORDINATE CONFERENCE W/ G.GOUVEIA, M.MCMICKLE & S.KAPILA TO DISCUSS CONWAY MACKENZIE SEPT. INVOICE. | 0.10 | 26.00 |
| 12/06/2013 | MMM | FOLLOW-UP ANALYSIS OF SELECT CONWAY MACKENZIE PROFESSIONALS' TIME ENTRY BY DATE. | 0.60 | 198.00 |
| 12/06/2013 | SRK | TELEPHONE CALL WITH M. MCMICKLE, J.GILLIS AND G. GOUVEIA | 1.40 | 618.80 |
| 12/06/2013 | MMM | REVIEW SEPTEMBER SPREADSHEETS FOR SALANS AND SEND TO FEE EXAMINER. | 0.40 | 132.00 |
| 12/06/2013 | MMM | CONTINUE REVIEW OF CONWAY MACKENZIE SEPTEMBER INVOICE, IDENTIFY DEFICIENCIES ON SPREADSHEET | 1.30 | 429.00 |
| 12/06/2013 | JEG | CONFERENCE WITH M. MCMICKLE TO PREPARE FOR AFTERNOON CONFERENCE W/ G.GOUVEIA TO DISCUSS CONWAY MACKENZIE SEPTEMBER INVOICE. | 0.20 | 52.00 |
| 12/06/2013 | JEG | CONFERENCE W/ G.GOUVEIA, S.KAPILA & M.MCMICKLE TO REVIEW CONWAY MACKENZIE SEPT. INVOICE EXCEPTIONS. | 1.40 | 364.00 |
| 12/06/2013 | MMM | TELEPHONE CONFERENCE WITH G. GOUVEIA, S. KAPILA AND J. GILLIS RE: JOINT REVIEW OF CONWAY MACKENZIE SEPTEMBER INVOICE. | 1.40 | 462.00 |
| 12/06/2013 | MMM | FOLLOW-UP ANALYSIS OF SELECT CONWAY MACKENZIE PROFESSIONAL BY BILLING ENTRIES. | 0.30 | 99.00 |

| 12/06/2013 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS RE: PREP FOR ERNST & YOUNG REVIEW CALL WITH FEE EXAMINER. | 0.20 | 66.00 |
| 12/09/2013 | MMM | TELEPHONE CONFERENCE WITH FEE EXAMINER, S. KAPILA, E&Y PARTNER AND E&Y COUNSEL RE: DISCUSS RETAINAGE OF E&Y AS EXPERTS AND EMPLOYEE LOCATION FOR PURPOSES OF REVIEWING TRAVEL EXPENSE. | 0.40 | 132.00 |
| 12/09/2013 | MMM | RESPOND TO EMAIL FROM S. KAPILA RE: PREP FOR CALL WITH FEE EXAMINER AND E&Y. | 0.10 | 33.00 |
| 12/09/2013 | SST | CONFERENCE CALL WITH M. PARISI TO DISCUSS HOW TO REVIEW, FORMAT AND PREPARE SCHEDULES FOR THE PROFESSIONAL INVOICES. | 0.70 | 145.60 |
| 12/09/2013 | MCP | TELEPHONE CONFERENCE WITH S THOMAS RE: FORMATTING INVOICES FOR PROFESSIONALS. | 0.70 | 109.20 |
| 12/09/2013 | SRK | TELEPHONE CALL WITH FISHMAN, ROBERTS, MCMICKLE, PICKERING (E&Y), FLICK (LATHAM WATKINS )TO DISCUSS ERNST & YOUNG PRELIMINARY REPORT ISSUES | 0.40 | 176.80 |
| 12/10/2013 | JEG | STUDY MILLER BUCKFIRE REVISED JULY/AUGUST INVOICE. | 0.20 | 52.00 |
| 12/10/2013 | SST | EXTRACTION OF DATA FROM BROOKS WILKIN'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.70 | 353.60 |
| 12/10/2013 | SST | EXTRACTION OF DATA FROM SEGAL'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.40 | 291.20 |
| 12/11/2013 | MMM | TELEPHONE CONFERENCE WITH G. GOUVEIA, M. HAUSMAN (CM) AND C. MOORE (CM) RE: DISCUSS RESPONSES TO FEE EXAMINER'S COMMENTS FOR JULY/AUGUST INVOICES. | 0.80 | 264.00 |
| 12/11/2013 | MCP | FORMAT AND SUMMARIZE BROOKS WILKINS OCTOBER 2013 MONTHLY INVOICE | 1.50 | 234.00 |
| 12/11/2013 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE REVIEWER COMMENTS PRIOR TO CALL. | 0.70 | 231.00 |
| 12/12/2013 | SRK | REVIEW CONWAY MACKENZIE RESPONSE TO PRELIMINARY REPORT | 1.10 | 486.20 |
| 12/12/2013 | SRK | REVIEW MILLER CANFIELD LETTER RESPONSE OF 12/9/13 | 0.30 | 132.60 |
| 12/12/2013 | MMM | DRAFT EMAIL TO S.KAPILA AND J. GILLIS RE: SUMMARIZE CALL WITH CONWAY MACKENZIE TEAM REGARDING RESPONSES TO REVIEW COMMENTS. | 0.20 | 66.00 |
| 12/12/2013 | JEG | CORRESPONDENCE WITH M.MCMICKLE RE: CM'S RESPONSE TO INVOICE REVIEW COMMENTS. | 0.10 | 26.00 |
| 12/12/2013 | MMM | TRACK RECEIPT OF MILLIMAN INVOICE AND PRELIMINARY REVIEW FOR DOWNLOADING. | 0.10 | 33.00 |
| 12/13/2013 | MMM | TRACK RECEIPT OF JONES DAY NOVEMBER INVOICE AND PRELIMINARY REVIEW FOR DOWNLOADING PURPOSES. | 0.10 | 33.00 |
| 12/13/2013 | SST | EXTRACTION OF DATA FROM MILLIMAN'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.80 | 374.40 |
| 12/13/2013 | SST | EXTRACTION OF DATA FROM DENTON'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.80 | 374.40 |
| 12/16/2013 | MCP | FORMAT AND SUMMARIZE SEGAL OCTOBER INVOICE | 1.10 | 171.60 |
| 12/16/2013 | MCP | TELELPHONE CONFERENCE WITH S. THOMAS RE:  SEGAL | 0.30 | 46.80 |

|            |     | INVOICE                                                                                                       |      |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------|------|--------|
| 12/16/2013 | MCP | FORMAT AND SUMMARIZE MILLIMANS OCTOBER INVOICE                                                                 | 1.20 | 187.20 |
| 12/16/2013 | SST | EXTRACTION OF DATA FROM SEGAL'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE.                                       | 2.30 | 478.40 |
| 12/16/2013 | SST | EXTRACTION OF DATA FROM KILPATRICK'S JULY - AUGUST 2013 INVOICE WITH IDEA SOFTWARE.                            | 1.90 | 395.20 |
| 12/16/2013 | SST | EXTRACTION OF DATA FROM PEPPER HAMILTON'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE.                             | 1.60 | 332.80 |
| 12/16/2013 | SST | EXTRACTION OF DATA FROM JONES DAY'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE.                                   | 1.80 | 374.40 |
| 12/16/2013 | SST | CONFERENCE CALL WITH M. PARISI TO DISCUSS PROFESSIONAL INVOICE DISCOUNTS AND SCHEDULES.                        | 0.60 | 124.80 |
| 12/16/2013 | SST | CONFERENCE CALL WITH IDEA HELP DESK FOR ASSISTANCE WITH CONVERSION OF A PROFESSIONAL INVOICE FROM PDF TO EXCEL. | 0.30 | 62.40  |
| 12/16/2013 | MCP | FORMAT AND SUMMARIZE DENTONS OCTOBER INVOICE                                                                   | 2.20 | 343.20 |
| 12/17/2013 | SST | REVIEW AND REVISE OCTOBER INVOICE SCHEDULES FOR BROOKS WILKINS PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW.    | 0.70 | 145.60 |
| 12/17/2013 | SST | REVIEW AND REVISE OCTOBER INVOICE SCHEDULES FOR MILLIMAN PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW.          | 1.10 | 228.80 |
| 12/17/2013 | SST | REVIEW AND REVISE OCTOBER INVOICE SCHEDULES FOR DENTONS PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW.           | 1.50 | 312.00 |
| 12/17/2013 | SST | EXTRACTION OF DATA FROM KILPATRICK'S SEPTEMBER 2013 INVOICE WITH IDEA SOFTWARE.                                | 1.10 | 228.80 |
| 12/17/2013 | SST | EXTRACTION OF DATA FROM JONES DAY'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE.                                   | 1.10 | 228.80 |
| 12/17/2013 | SST | REVIEW AND REVISE OCTOBER INVOICE SCHEDULES FOR PEPPER HAMILTON PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW.   | 1.00 | 208.00 |
| 12/18/2013 | SST | REVIEW AND REVISE VARIOUS PROFESSIONAL INVOICE SCHEDULES PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW.          | 2.10 | 436.80 |
| 12/18/2013 | SST | EXTRACTION OF DATA FROM VARIOUS PROFESSIONAL INVOICES WITH IDEA SOFTWARE FOR FEE EXAMINER'S REVIEW.            | 3.40 | 707.20 |
| 12/18/2013 | MCP | REVISE DENTONS OCTOBER 2013 INVOICE FOR HIDDEN CELL DISPLAY ISSUE                                              | 0.40 | 62.40  |
| 12/18/2013 | JEG | IN PREPARATION FOR CM OCTOBER INVOICE REVIEW - STUDY CM COMMENTS TO FEE EXAMINER QUERIES RE: CM'S JULY/AUG. INVOICE. | 0.40 | 104.00 |
| 12/18/2013 | JEG | STUDY CM OCTOBER INVOICE TO SCREEN FOR LUMPING & BUNDLING.                                                     | 1.70 | 442.00 |
| 12/18/2013 | JEG | STUDY CM OCTOBER INVOICE TO SCREEN FOR INSUFFICIENT DESCRIPTION.                                               | 2.10 | 546.00 |
| 12/18/2013 | JEG | STUDY CM OCTOBER INVOICE TO SCREEN FOR NO BENEFIT TO                                                           | 0.60 | 156.00 |

| | | | | |
|---|---|---|---|---|
| | | THE ESTATE. | | |
| 12/18/2013 | MCP | FORMAT AND SUMMARIZE KILPATRICK & ASSOCIATES JULY AND AUGUST 2013 INVOICE | 0.70 | 109.20 |
| 12/18/2013 | MCP | FORMAT AND SUMMARIZE JONES DAY OCTOBER 2013 INVOICE | 1.70 | 265.20 |
| 12/18/2013 | MCP | FORMAT AND SUMMARIZE KILPATRICK & ASSOCIATES SEPTEMBER 2013 INVOICE | 0.60 | 93.60 |
| 12/18/2013 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS RE: DISCUSS CONWAY MACKENZIE RESPONSES TO JULY/AUGUST REVIEW IN PREP FOR OCTOBER INVOICE REVIEW. | 0.10 | 33.00 |
| 12/18/2013 | JEG | CONFERENCE WITH M. MCMICKLE TO DISCUSS REVIEW OF CM OCTOBER INVOICE IN LIGHT OF CM'S COMMENTS REGARDING FEE EXAMINER QUERIES BASED ON JULY/AUG. INVOICE REVIEW. | 0.10 | 26.00 |
| 12/18/2013 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE OCTOBER 2013 INVOICE | 1.20 | 187.20 |
| 12/18/2013 | MCP | FORMAT AND SUMMARIZE PEPPER HAMILTON OCTOBER 2013 INVOICE | 1.00 | 156.00 |
| 12/19/2013 | MMM | TRACK RECEIPT OF MILLER BUCKFIRE AND KILPATRICK INVOICES AND PRELIMINARY REVIEW FOR DOWNLOADING. | 0.20 | 66.00 |
| 12/19/2013 | SST | REVIEW AND REVISE VARIOUS PROFESSIONAL INVOICE SCHEDULES PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW. | 0.80 | 166.40 |
| 12/19/2013 | SST | EXTRACTION OF DATA FROM VARIOUS PROFESSIONAL INVOICES WITH IDEA SOFTWARE FOR FEE EXAMINER'S REVIEW. | 1.00 | 208.00 |
| 12/19/2013 | MMM | RESEARCH AND RESPOND TO M. HAUSMAN INQUIRY RE: SUBCONTRACTOR DETAIL AND EXPENSE DETAIL EXHIBITS FOR CONWAY MACKENZIE. | 0.40 | 132.00 |
| 12/19/2013 | JEG | STUDY CM OCTOBER INVOICE TO SCREEN FOR INCONSISTENT TIME ENTRIES. | 4.60 | 1,196.00 |
| 12/19/2013 | JEG | STUDY CM OCTOBER INVOICE TO SCREEN FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 2.10 | 546.00 |
| 12/19/2013 | MMM | REVIEW JULY/AUGUST, SEPTEMBER AND OCTOBER SPREADSHEETS FOR KILPATRICK AND SEND TO FEE EXAMINER. | 0.30 | 99.00 |
| 12/19/2013 | MCP | FORMAT AND SUMMARIZE KILPATRICK AND ASSOC OCTOBER 2013 INVOICE | 0.80 | 124.80 |
| 12/19/2013 | SST | EXTRACTION OF PROFESSIONAL INVOICES USING IDEA SOFTWARE. | 2.10 | 436.80 |
| 12/19/2013 | MCP | FORMAT AND SUMMARIZE MILLER BUCKFIRE OCTOBER 2013 INVOICE | 0.50 | 78.00 |
| 12/19/2013 | MCP | EXTRACT DATA FROM PDF FILES FOR VARIOUS PROFESSIONALS | 2.10 | 327.60 |
| 12/19/2013 | MCP | FORMAT AND SUMMARIZE MILLER CANFIELD OCTOBER 2013 INVOICE | 1.40 | 218.40 |
| 12/20/2013 | MCP | TELEPHONE CONFERENCE WITH S. THOMAS RE: INVOICE EXTRACTION AND PROCESSING | 0.50 | 78.00 |

| | | | | |
|---|---|---|---|---|
| 12/20/2013 | MCP | FORMAT AND SUMMARIZE KURTZMAN CARSON OCTOBER 2013 INVOICE | 1.50 | 234.00 |
| 12/20/2013 | SST | TELEPHONE CALL WITH M. PARISI TO DISCUSS ISSUES REGARDING PROFESSIONAL INVOICES EXTRACTED. | 0.50 | 104.00 |
| 12/20/2013 | SST | REVIEW AND REVISE PROFESSIONAL INVOICE SCHEDULE PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW. | 0.40 | 83.20 |
| 12/22/2013 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER COMMENTS. | 0.80 | 264.00 |
| 12/23/2013 | SRK | REVIEW R. FISHMAN'S E-MAIL COMMENTS FOR TELEPHONE CALL DISCUSSIONS REGARDING FINAL REPORT | 0.10 | 44.20 |
| 12/23/2013 | SST | EXTRACTION OF DATA FROM ERNST & YOUNG'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE. | 0.80 | 166.40 |
| 12/23/2013 | SST | REVIEW AND REVISE VARIOUS PROFESSIONAL INVOICE SCHEDULES PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW. | 0.80 | 166.40 |
| 12/23/2013 | MMM | TELEPHONE CONFERENCE WITH FEE EXAMINER AND TEAM RE: STATUS CONFERENCE ON FIRST QUARTERLY REPORT. | 0.50 | 165.00 |
| 12/23/2013 | SRK | READ G. GOUEVEIA E-MAIL OF DECEMBER 23, 2013 TO R. FISHMAN REGARDING CONWAY MACKENZIE SEPTEMBER PRELIMINARY REPORT | 0.10 | 44.20 |
| 12/23/2013 | SRK | T/C WITH R. FISHMAN AND G. GOUVEIA TO DISCUSS FORMAT FOR FINAL REPORTING BY FEE EXAMINER TO COURT | 0.50 | 221.00 |
| 12/26/2013 | SST | EXTRACTION OF DATA FROM FOLEY & LARDNER'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE. | 0.70 | 145.60 |
| 12/26/2013 | SST | REVIEW AND REVISE VARIOUS PROFESSIONAL INVOICE SCHEDULES PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW. | 1.50 | 312.00 |
| 12/26/2013 | MCP | FORMAT AND SUMMARIZE EY OCTOBER 2013 INVOICE | 1.80 | 280.80 |
| 12/26/2013 | SST | EXTRACTION OF DATA FROM ERNST & YOUNG'S OCTOBER 2013 INVOICE WITH IDEA SOFTWARE. | 0.30 | 62.40 |
| 12/27/2013 | MCP | FORMAT AND SUMMARIZE FOLEY AND LARDNER OCTOBER 2013 INVOICE | 0.70 | 109.20 |
| 12/30/2013 | MMM | REVIEW OCTOBER SPREADSHEETS FOR ALL CITY AND COMMITTEE PROFESSIONALS AND SEND TO REVIEW TEAMS. | 2.30 | 759.00 |
| 12/30/2013 | SRK | READ E-MAILS FROM R. FISHMAN OF 12/30/13 REGARDING CONWAY MACKENZIE, LAZARD, ERNST & YOUNG AND RESPONSE TO SAME FROM G. GOUEVIA, D. DOYLE | 0.10 | 44.20 |
| 12/30/2013 | MCP | UPDATE CONWAY MACKENIZE OCTOBER 2013 INVOICE | 0.80 | 124.80 |

31,546.60

EXPENSES

| | | | |
|---|---|---|---|
| 12/06/2013 | EXP | CONFERENCE CALL - JEG | 103.75 |
| 12/14/2013 | EXP | LONG DISTANCE BILL 12.14.13 | 51.00 |
| 12/31/2013 | EXP | PRINTED COPY CHARGE - DEC 2013 | 5.70 |

160.45

Total amount of this invoice        $31,707.05

Invoice payable upon receipt.  Thank you for this opportunity to be of service.