UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

**ORDER APPROVING *EX PARTE* MOTION FOR AN ORDER
SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING
WITH RESPECT TO MOTION OF THE CITY OF DETROIT
FOR APPROVAL OF DISCLOSURE STATEMENT PROCEDURES**

This matter came before the Court on the Ex Parte *Motion for an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to Motion of the City of Detroit for Approval of Disclosure Statement Procedures* (Docket No. 2715) (the "*Ex Parte* Motion"). The Court reviewed the Motion and has determined, after due deliberation, that (i) it has jurisdiction over this matter, (ii) this matter is a core proceeding, and (iii) the relief requested in the Motion is fair, equitable, and in the best interests of the City, its creditors, and other parties in interest.[1]

---

[1] To the extent any finding of fact in this order constitutes a conclusion of law, it is adopted as such. To the extent any conclusion of law in this order constitutes a finding of fact, it is adopted as such.

Accordingly, it is hereby ORDERED that:

1. The *Ex Parte* Motion is granted as set forth in this Order.

2. A hearing with respect to the *Motion of the City of Detroit for Approval of Disclosure Statement Procedures* shall be held on February 25, 2014, at 2:00 p.m. Eastern time before the Honorable Steven Rhodes in Courtroom 716, at 231 W. Lafayette Blvd, Detroit, Michigan 48226.

.

**Signed on February 24, 2014**

                                          /s/ Steven Rhodes
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**

3.