# EXHIBIT A

## Detroit's Plan and Disclosure Statement Missing Documents List[6]

**Plan**

| MISSING EXHIBITS | |
|---|---|
| **Exhibit** | **Document** |
| I.A.62 | Form of Detroit VEBA Trust Agreement |
| I.A.64 | Schedule of DIA Assets |
| I.A.71 | Form of DIA Settlement Documents |
| I.A.119 | Principal Terms of Exit Facility |
| I.A.140 | Material Terms Related to GRS Hybrid Pension Formula |
| I.A.161 | Form of New B Notes Documents |
| I.A.162 | New B Notes Valuation |
| I.A.163 | Principal Terms of New C Notes |
| I.A.164 | Form of New C Notes Documents |
| I.A.165 | Form of New DWSD Bond Documents |
| I.A.167 | Form of New DWSD Revolving Bond Documents |
| I.A.169 | Form of New Existing Rate DWSD Bond Documents |
| I.A.171 | Form of New Existing Rate GLWA Bond Documents |
| I.A.173 | Form of New GLWA Bond Documents |
| I.A.174 | Principal Terms of New GLWA Bonds |
| I.A.175 | Form of New GLWA Revolving Bond Documents |
| I.A.182.b. | Form of OPEB Claims Note |
| I.A.195 | Material Terms Related to PFRS Hybrid Pension Formula |
| I.A.201 | Form of Plan COP Settlement Documents |
| I.A.203 | Form of Plan GRS Settlement Documents |
| I.A.205 | Form of Plan PFRS Settlement Documents |
| I.A.206 | Principal Terms of Plan UTGO Notes |
| I.A.207 | Form of Plan UTGO Note |
| I.A.220 | Principal Terms of Retiree Health Care Settlement Agreement |
| II.B.3.t.i | Schedule of Reductions to Allowed PFRS Claims and Related Allowed OPEB Claims |
| II.B.3.t.ii.A | Schedule of Payments and Sources of Payments for Modified PFRS Pension |

---

[6] These documents are not accessible via the case docket and have not otherwise been made public.

|  | Benefits |
|---|---|
| II.B.3.u.i | Schedule of Reductions to Allowed GRS Claims and Related Allowed OPEB Claims |
| II.B.3.u.ii.A | Schedule of Payments and Sources of Payments for Modified GRS Pension Benefits |
| II.B.3.u.ii.D | Reduction Formula for Participants in Annuity Savings Fund Accounts |
| Exhibit II.D.5 | Schedule of Postpetition Collective Bargaining Agreements |
| Exhibit II.D.6 | Executory Contracts and Unexpired Leases to be Rejected |
| Exhibit III.D.2 | Retained Causes of Action |
| **DOCUMENTS REFERENCED AND NOT ATTACHED** ||
| **Document** | **Location/Referenced** |
| Ballot | Art.I(15) |
| DIA Settlement Documents | Art.I(71) |
| Downtown Development Authority Loans Agreement | Art.I(83) |
| DWSD Class A Sewer Documents | Art.I(88) |
| DWSD Class A Water Documents | Art.I(91) |
| DWSD Class B Sewer Documents | Art.I(94) |
| DWSD Class B Water Documents | Art.I(97) |
| DWSD Revolving Bond Documents | Art.I(99) |
| DWSD Revolving Sewer Bond Documents | Art.I(102) |
| DWSD Revolving Water Bond Documents | Art.I(105) |
| General Obligation Bond Documents | Art.I(134) |
| HUD Installment Note Documents | Art.I(146) |
| Limited Tax General Obligation Bond Documents | Art.I(154) |
| New B Notes Documents | Art.I(161) |
| New C Notes Documents | Art.I(164) |
| New DWSD Bond Documents | Art.I(165) |
| New DWSD Revolving Bond Documents | Art.I(167) |
| New Existing Rate DWSD Bond Documents | Art.I(169) |
| New Existing Rate GLWA Bond Documents | Art.I(171) |
| New GLWA Bond Documents | Art.I(173) |
| New GLWA Revolving Bond Documents | Art.I(175) |
| Parking Bond Documents | Art.I(186) |
| Plan COP Settlement Documents | Art.I(201) |
| Plan GRS Settlement Documents | Art.I(203) |
| Plan PFRS Settlement Documents | Art.I(205) |
| Plan UTGO Notes Documents | Art.I(207) |
| Retiree Health Care Settlement Agreement | Art.I(220) |
| Secured GO Series 2010 Bond Documents | Art.I(227) |
| Secured GO Series 2010(A) Bond Documents | Art.I(230) |

| | |
|---|---|
| Secured GO Series 2012(A)(2) Bond Documents | Art.I(233) |
| Secured GO Series 2012(A2-B) Bond Documents | Art.I(236) |
| Secured GO Series 2012(B) Bond Documents | Art.I(239) |
| Secured GO Series 2012(B2) Bond Documents | Art.I(242) |
| Postpetition Financing Agreement | Art.II(A)(1)(b) |
| Detroit VEBA Trust Agreement | Art.II(B)(3)(t)(ii)(H) |

**Disclosure Statement**

| DOCUMENTS REFERENCED AND NOT ATTACHED | |
|---|---|
| **Document** | **Location/Referenced** |
| DWSD Class A Water Documents | II(B)(Treatment of Class 1A) |
| DWSD Class B Water Documents | II(B)(Treatment of Class 1B) |
| DWSD Class A Sewer Documents | II(B)(Treatment of Class 1C) |
| DWSD Class B Sewer Documents | II(B)(Treatment of Class 1D) |
| DWSD Revolving Sewer Bond Documents | II(B)(Treatment of Class 1E) |
| DWSD Revolving Water Bond Documents | II(B)(Treatment of Class 1F) |
| Secured GO Series 2010 Bond Documents | II(B)(Treatment of Class 2A) |
| Secured GO Series 2010(A) Bond Documents | II(B)(Treatment of Class 2B) |
| Secured GO Series 2012(A)(2) Bond Documents | II(B)(Treatment of Class 2C) |
| Secured GO Series 2012(A2-B) Bond Documents | II(B)(Treatment of Class 2D) |
| Secured GO Series 2012(B) Bond Documents | II(B)(Treatment of Class 2E) |
| Secured GO Series 2012(B2) Bond Documents | II(B)(Treatment of Class 2F) |
| HUD Installment Note Documents | II(B)(Treatment of Class 4) |
| COP Swap Documents | II(B)(Treatment of Class 5) |
| Parking Bond Documents | II(B)(Treatment of Class 6) |
| Limited Tax General Obligation Documents | II(B)(Treatment of Class 7) |
| Unlimited Tax General Obligation Bond Documents | II(B)(Treatment of Class 8) |
| DIA Settlement Documents | II(B)(Treatment of Class 10) |
| Plan PFRS Settlement Documents | II(B)(Treatment of Class 10) |
| The Detroit VEBA Trust Agreement | II(B)(Treatment of Class 10) |
| Plan GRS Settlement Documents | II(B)(Treatment of Class 11) |
| Consent Agreement | III(D)(1)(c) |
| Bond Purchase Agreements | IV(F)(1) |
| Energy Services Delivery Agreement | IV(J)(3) |
| Definitive documentation governing the New B Notes | VI(A)(1) |
| Definitive documentation governing the New | VI(A)(2) |

| C Notes | |
|---|---|
| Definitive documentation governing the New DWSD Bonds | VI(B)(1)(c) |
| Definitive documentation governing the New Existing Rate DWSD Bonds | VI(B)(1)(d) |
| Definitive documentation governing the New DWSD Revolving Bonds | VI(B)(1)(e) |
| Definitive documentation governing the New GLWA Bonds | VI(B)(2)(a) |
| Definitive documentation governing the New Existing Rate GLWA Bonds | VI(B)(2)(b) |
| Definitive documentation governing the New GLWA Revolving Bonds | VI(B)(2)(c) |
| Definitive documentation governing the OPEB Claim Notes | VI(F) |