<pre>
UNITED STATES BANKRUPTCY COURT
    EASTERN DISTRICT OF MICHIGAN
          SOUTHERN DIVISION
</pre>

---------------------------------------------------x
                                                   :
In re                                              : Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         : Case No. 13- 53846
                                                   :
                Debtor.                            : Hon. Steven W. Rhodes
                                                   :
                                                   :
---------------------------------------------------x

## CITY OF DETROIT'S *EX PARTE* MOTION TO STRIKE COMMITTEE'S UNAUTHORIZED SUPPLEMENTAL BRIEF [DOCKET NO. 2724]

On February 19, 2014, this Court held a hearing (the "Hearing") on the City of Detroit's motion (Docket No. 2626) (the "Motion") for entry of an order vacating the appointment of the Official Committee of Unsecured Creditors (the "Committee"). At the conclusion of argument at the Hearing, the Court took the Motion under advisement. *See* Minute Entry, Feb. 19, 2014. The Court did not request or authorize additional briefing on the City's Motion, nor do the local rules permit briefing beyond an opening brief, response and reply. *See* L.B.R. 9014-1(e); *see also United States v. Reynolds*, No. 12-20843, 2013 U.S. Dist. LEXIS 43127, at *7 ( E.D. Mich. Mar. 27, 2013) (interpreting district court rule parallel to LBR 9014-1 and stating that "[p]arties may *not* file additional or 'supplemental' briefs without leave of Court to do so") (emphasis in original).

Nonetheless, the Committee – without seeking leave of the Court – filed an 8-page supplemental brief, further elaborating on arguments it already had the opportunity to make before this Court in its responsive briefing and at the Hearing. The Committee's unauthorized supplemental brief is improper under the applicable rule and should be stricken. *Cf. Fox v. Riverdeep, Inc.*, No. 07-13622, 2009 U.S. Dist. LEXIS 44328, at *1-2 n.1 (E.D. Mich. May 26, 2009) (striking sur-reply that was filed without leave of court).

WHEREFORE, the City respectfully requests that the Court enter the order attached hereto as Exhibit 1, striking the Committee's unauthorized supplemental brief from the record.

**[signature page follows]**

Dated: February 24, 2014          Respectfully submitted,

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

ATTORNEYS FOR THE CITY OF DETROIT