# EXHIBIT 1
## Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13- 53846
                                                       :
                    Debtor.                            : Hon. Steven W. Rhodes
                                                       :
                                                       :
---------------------------------------------------------x

**ORDER STRIKING COMMITTEE'S SUPPLEMENTAL BRIEF TO THE
ISSUES RAISED AT THE FEBRUARY 19, 2014 HEARING
ON THE MOTION OF DEBTOR FOR ENTRY
OF AN ORDER VACATING THE APPOINTMENT OF
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

This matter having come before the Court on the *ex parte* motion of the Debtor, City of Detroit, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Committee's Supplemental Brief to the Issues Raised at the February 19, 2014 Hearing on the Motion of Debtor for Entry of an Order Vacating the Appointment of Official Committee of Unsecured Creditors [Docket No. 2724] is STRICKEN.