# EXHIBIT 2

**(not applicable)**