# EXHIBIT 3

**(not applicable)**