# EXHIBIT 4

## Certificate of Service

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13- 53846
                                                       :
              Debtor.                                  : Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, I caused the City Of Detroit's *Ex Parte* Motion to Strike Committee's Unauthorized Supplemental Brief [Docket No. 2724] to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel registered to receive notice in this adversary proceeding.

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center
Southfield, Michigan 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

ATTORNEYS FOR THE CITY OF DETROIT
