# EXHIBIT 5

**(not applicable)**