# EXHIBIT 6

**(not applicable)**