IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                                                                :

In re                                                     :     Chapter 9

CITY OF DETROIT, MICHIGAN,            :     Case No. 13-53846

               Debtor.                         :     Hon. Steven W. Rhodes

---------------------------------------------------------------x

## ENTRY OF APPEARANCE

The undersigned counsel hereby enters his appearance for Detroit Windsor Tunnel, LLC.

Dated: February 24, 2014                                **SHELDON S. TOLL PLLC**

                                                                         By: _____/s/ S. S. Toll_____
                                                                                    Sheldon S. Toll (P-21490)
                                                                        P.O. Box 4297
                                                                        Southfield, MI 48037
                                                                        (248) 351-5480
                                                                        lawtoll@comcast.net