UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x

In re                                              Chapter 9

**CITY OF DETROIT, MICHIGAN,**                     Case No. 13-53846

      **Debtor:**                        Hon. Steven W. Rhodes

---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, *Financial Guaranty Insurance Company's Joinder In The Objection To Motion Of The Debtor For Approval Of Disclosure Statement Procedures* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

              /s/ Mark R. James
              Mark R. James (P54375)
              Attorney for Financial Guaranty
              Insurance Company
              Williams, Williams, Rattner & Plunkett, P.C.
              380 North Old Woodward Ave., Suite 300
              Birmingham, MI 48009
              (248) 642-0333
              mrj@wwrplaw.com

Dated: February 24, 2014