UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Case No. 13-53846 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | In Proceedings Under |
|  | ) | Chapter 9 |
| Debtor. | ) |  |
|  | ) | Hon. Steven W. Rhodes |

### JOINDER OF AMBAC ASSURANCE CORPORATION IN THE OBJECTIONS TO THE MOTION OF THE DEBTOR FOR APPROVAL OF DISCLOSURE STATEMENT PROCEDURES

Ambac Assurance Corporation ("Ambac"), a creditor in the above-captioned case, by and through its undersigned counsel, hereby joins in the Objection of the Detroit Retirement Systems to the Motion of the City of Detroit for Approval of Disclosure Statement Procedures [Docket No. 2735], and in the Objection to Motion of the Debtor for Approval of Disclosure Statement Procedures [Docket No. 2730] (the "Objections"). In support of this joinder, Ambac adopts and incorporates the arguments in the Objections in their entirety as if fully set forth in this joinder.[1]

---

[1] Ambac recognizes that the Court entered an Order earlier in the day on this date setting forth procedures and inviting comment on or before February 28, 2014 [Docket No. 2726]. Ambac does intend to file a formal response pursuant to that Order. However, the Objections to the City's Motion filed by the other parties (which were prepared before the entry of the Court's Order) are meritorious and

For the reasons set forth in the Objections, Ambac respectfully requests that the Court (i) grant the relief requested in the Objections, and (ii) grant such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: February 24, 2014

By: /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 Broadway
New York, NY 10019
(212) 484-3900

and

---

raise issues that Ambac expects will be discussed with the Court at the hearing scheduled for February 25, 2014. Ambac thus joins in those Objections with the intent of coordinating with the other creditors in presenting issues for the Court's consideration at the February 25 hearing.

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*