UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____  )
                                   )
In re                              )   Case No. 13-53846
                                   )
CITY OF DETROIT, MICHIGAN,         )   In Proceedings Under
                                   )   Chapter 9
            Debtor.                )
_____  )   Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, Ambac Assurance Corporation's Joinder In The Objection To Motion Of The Debtor For Approval Of Disclosure Statement Procedures was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

                      Respectfully Submitted,

                      **ARENT FOX LLP**

Dated: February 24, 2014      By: /s/ Carol Connor Cohen
                      CAROL CONNOR COHEN
                      CAROLINE TURNER ENGLISH
                      1717 K Street, NW
                      Washington, DC 20036-5342
                      (202) 857-6054
                      Carol.Cohen@arentfox.com

                      DAVID L. DUBROW

MARK A. ANGELOV
1675 Broadway
New York, NY 10019
(212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*