UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION

IN RE,                                     CHAPTER 9
CITY OF DETROIT, MICHIGAN        CASE NO. 13-53846
        *Debtor.*                       HON. STEVEN W. RHODES

_____/


## CERTIFICATE OF NO RESPONSE

On February 10, 2014, all parties in interest were served with copies of creditor T&T Management, Inc.'s (a Florida corporation, successor to Merkur Steel Supply, Inc., a Michigan corporation) Motion for Relief from Automatic Stay to Permit Enforcement of Judgment Against City of Detroit, and for Ruling that Judgment Based on Claim for Taking of Property without Just Compensation is not Subject to Reduction or Compromise in Bankruptcy (the "Motion") (**Docket No. 2669**). No objections were received by the Court or counsel for the Creditor within the time requirements set forth in the Motion.

WHEREFORE, T&T Management, Inc. requests that this Court enter the proposed Order Granting Relief from Automatic Stay, and Ruling that Judgment Based on Claim for Taking of Property without Just Compensation is not Subject to Reduction or Compromise in Bankruptcy

        Respectfully submitted,


      <u> /s/ Melissa L. Demorest   </u>
      Mark S. Demorest (P35912)
      Melissa L. Demorest (P68867)
      Demorest Law Firm, PLLC
      Attorneys for creditor
          T&T Management, Inc.
           (a Florida corporation,
           as successor to
           Merkur Steel Supply, Inc.)
      322 West Lincoln Ave.
      Royal Oak, MI 48067
      248-723-5500
      melissa@demolaw.com

Dated: February 25, 2014

City of Detroit bankruptcy:Merkur:Certificate of No Response (Merkur).docx