UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

    Debtor.
_____/

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

# CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES IN THE OBJECTIONS TO MOTION OF THE CITY OF DETROIT FOR APPROVAL OF DISCLOSURE STATEMENT PROCEDURES AND IN THE RESPONSE TO THE COURT'S ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe, PLLC and Silverman & Morris, P.L.L.C., file this statement to indicate that they concur in the arguments made in the Objections to the Debtor's Motion for Approval of Disclosure Statement Procedures filed by the Retirement Systems (Dkt. 2735) and Syncora (Dkt. 2730) ("Objections"), the Joinder ("Joinder") filed by FGIC (Dkt. 2736), and the Retiree Committee's Objection to the Motion and Response to the Court's Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Dkt. 2740) ("Response"). The Retiree Association Parties

hereby incorporate the arguments asserted in the Objections, the Joinder and the Response by reference in this filing as if fully restated herein by the Retiree Association Parties.

In addition to this concurrence, the Retiree Association Parties reserve the right to make additional objections by February 28, 2014, as permitted by this Court's Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment ("Court Procedures Order") (Docket No. 2727). Moreover, the Retiree Association Parties further reserve the right to object to additional procedures, deadlines and hearing dates as may be permitted by further order of this Court (as foreshadowed in the Court Procedures Order).

For the reasons set forth in the Objections, the Joinder and the Response, the Retiree Association Parties request that the Court (i) grant the relief requested in the Objections, the Joinder and the Response, and (ii) grant such other further relief that the Court may deem just.

Respectfully submitted,

**SILVERMAN & MORRIS, P.L.L.C.**

By: /s/ Karin F. Avery
Thomas R. Morris (P39141)
Karin F. Avery (P45364)
Co-counsel for Retiree Association Parties
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330; Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

AND

**LIPPITT O'KEEFE, PLLC**

By: /s/ Ryan C. Plecha
    Brian D. O'Keefe (P39603)
    Ryan C. Plecha (P71957)
Attorneys for Retiree Association Parties
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292; Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

Dated: February 25, 2014