UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION

IN RE,  CHAPTER 9
CITY OF DETROIT, MICHIGAN  CASE NO. 13-53846
    *Debtor.*  HON. STEVEN W. RHODES

_____/

## NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO RESPONSE

T&T Management, Inc. withdraws its Certification of Non Response (**Docket No. 2741**) regarding its Motion for Relief from Automatic Stay to Permit Enforcement of Judgment Against City of Detroit, and for Ruling that Judgment Based on Claim for Taking of Property without Just Compensation is not Subject to Reduction or Compromise in Bankruptcy (the "Motion") (**Docket No. 2669**).

    Respectfully submitted,

    /s/ Melissa L. Demorest
    Mark S. Demorest (P35912)
    Melissa L. Demorest (P68867)
    Demorest Law Firm, PLLC
    Attorneys for creditor
        T&T Management, Inc.
        (a Florida corporation,
        as successor to
        Merkur Steel Supply, Inc.)
    322 West Lincoln Ave.
    Royal Oak, MI 48067
    248-723-5500
    melissa@demolaw.com

Dated: February 25, 2014

City of Detroit bankruptcy:Merkur:Notice of Withdrawal of Certificate of No Response (Merkur).docx