UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                              Chapter 9
                                                                    Case No. 13-53846-SWR
CITY OF DETROIT, MICHIGAN,                                          Hon. Stephen W. Rhodes

      Debtor.
_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 25, 2014, the Concurrence of the Retiree Association Parties in Objections to Motion of the City of Detroit for Approval of Disclosure Statement Procedures and in the Response to the Court's Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment was electronically filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Michigan, using the CM/ECF System, which will sent notification of such filing to all parties of record that are registered electronically.

                                                /s/ Lori Powers
                                                Lori Powers
                                                Silverman & Morris, P.L.L.C.
                                                lori@silvermanmorris.com

Dated: February 25, 2014