UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          )
                                                ) Chapter 9
CITY OF DETROIT, MICHIGAN,                      )
                                                ) Case No. 13-53846
        Debtor.                                 )
                                                ) Hon. Steven W. Rhodes
                                                )
                                                )

## NOTICE OF WITHDRAWAL OF DOCKET NO. 2745

**PLEASE TAKE NOTICE** that National Public Finance Guarantee Corporation hereby withdraws its Joinder in the Objection to Motion of the Debtor for Approval of Disclosure Statement Procedures Docket No. 2745.

Dated: February 25, 2014          **JAFFE RAITT HEUER & WEISS, P.C.**

                                  By:  /s/ Paul R. Hage
                                  Louis P. Rochkind (P24121)
                                  Paul R. Hage (P70460)
                                  27777 Franklin Road, Suite 2500
                                  Southfield, MI 48034-8214
                                  Telephone: (248) 351-3000
                                  lrochkind@jaffelaw.com
                                  phage@jaffelaw.com

                                   -and-

                                  **SIDLEY AUSTIN LLP**
                                  Guy S. Neal
                                  1501 K Street, N.W.
                                  Washington, D.C. 20005
                                  Telephone: (202) 736-8041
                                  gneal@sidley.com

Jeffrey E. Bjork
Gabriel MacConaill
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
jbjork@sidley.com
gmacconaill@sidley.com

*Counsel for National Public Finance Guarantee Corp.*