# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **3/5/14** at **10:00 AM** to consider and act upon the following:

*2660* − Corrected Motion to Allow Claim(s) (for Entry Of An Order Allowing An Administrative Expense Claim) Filed by Retiree Committee Official Committee of Retirees (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 − Proposed Order # 3 Exhibit A − Brian L Smith Declaration # 4 Exhibit B − Terri L Renshaw Declaration # 5 Exhibit C − Gail M Wilson Declaration) (Wilkins, Matthew)

Dated: 2/25/14

                                  BY THE COURT

                                  Katherine B. Gullo
                                  Clerk, U.S. Bankruptcy Court

                                  BY: christine sikula
                                  Deputy Clerk