## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) | |
| | ) | Case No. 13-53846 |
| Debtor. | ) | |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2014, I caused the *National Public Finance Guarantee Corporation's Joinder in the Objection to Motion of the Debtor for Approval of Disclosure Statement Procedures* (Docket 2747) to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel for the Defendants.

Dated: February 25, 2014          Respectfully submitted,


     /s/ Paul R. Hage
JAFFE, RAITT, HEUER & WEISS, P.C.
Paul R. Hage (P70460)
Louis P. Rochkind (P24121)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Tel: (248) 351-3000
Fax: (248) 351-3082
Email: phage@jaffelaw.com

and

2716026.1

SIDLEY AUSTIN LLP
Jeffrey E. Bjork
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: jbjork@sidley.com

SIDLEY AUSTIN LLP
Guy S. Neal
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: gneal@sidley.com

Attorneys for National Public Finance
Guarantee Corporation