UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

**ORDER APPROVING STIPULATION BY AND BETWEEN
THE CITY OF DETROIT AND THE STATE OF MICHIGAN
REGARDING DEADLINE FOR FILING PROOF(S) OF CLAIM**

This matter came before the Court on the Stipulation by and Between the City of Detroit and the State of Michigan Regarding Deadline for Filing Proof(s) of Claim (the "Stipulation"),[1] filed by the City of Detroit and the State of Michigan (the "State"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation.

2. Unless a later deadline applies under the Bar Date Order, all proofs of claim of whatever nature filed by the State shall be deemed timely filed so long as they are filed by the Governmental Unit Bar Date.

.

**Signed on February 25, 2014**

                        **_/s/ Steven Rhodes_**
                        **Steven Rhodes**
                        **United States Bankruptcy Judge**