UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13- 53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
-------------------------------------------------------x

# ORDER STRIKING COMMITTEE'S SUPPLEMENTAL BRIEF

The Unsecured Creditors Committee filed a supplemental brief after the Court took under advisement the City's motion to disband the committee.

It is improper to file such a brief after a matter is taken under advisement without the permission of the Court. The Committee did not obtain the required permission.

Accordingly, it is hereby ordered that the Committee's Supplemental Brief to the Issues Raised at the February 19, 2014 Hearing on the Motion of Debtor for Entry of an Order Vacating the Appointment of Official Committee of Unsecured Creditors [Docket No. 2724] is stricken.

.

**Signed on February 25, 2014**

                                                                  /s/ Steven Rhodes
                                                                  Steven Rhodes
                                                                 United States Bankruptcy Judge