UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------x
                                                  :
In re                                             : Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        : Case No. 13-53846
                                                  :
                Debtor.                           : Hon. Steven W. Rhodes
                                                  :
                                                  :
--------------------------------------------------x
```

## ORDER APPROVING DISCLOSURE STATEMENT PROCEDURES

This matter came before the Court on the *Motion of the City of Detroit for Approval of Disclosure Statement Procedures* (Docket No. 2714) (the "Motion"). The Court reviewed the Motion, the *Disclosure Statement with Respect to Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 2709) (as it may be amended, modified or supplemented, the "Disclosure Statement"), the *Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 2708) (as it may be amended, modified or supplemented, the "Plan") and the *Motion of the City of Detroit for Approval of the Proposed Disclosure Statement* (the "Disclosure Statement Approval Motion") and heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"). The Court has determined, after due deliberation, that (i) it has jurisdiction over this matter, (ii) this matter is a core proceeding, (iii) notice of the Motion and the

Hearing was adequate under the circumstances and (iv) the relief requested in the Motion is fair, equitable, and in the best interests of the City, its creditors, and other parties in interest.

Accordingly, it is hereby ORDERED that:

1. The hearing to consider the approval of the Disclosure Statement (the "<u>Disclosure Statement Hearing</u>") will take place on April 14, 2014 at 9:00 a.m. Eastern time at 231 W. Lafayette Blvd., Detroit, Michigan 48226 before the Honorable Steven W. Rhodes, United States Bankruptcy Judge.

2. The Disclosure Statement Hearing Notice attached as <u>Exhibit 6</u> to the Motion complies with Rules 2002 and 3017 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Rule 3017-1 of the Local Rules of the Bankruptcy Court for the Eastern District of Michigan (the "<u>Local Rules</u>") and is approved.

3. The Disclosure Statement Hearing Notice provides good and sufficient notice of: (a) the date, time and place of the Disclosure Statement Hearing; and (b) the manner in which copies of the Disclosure Statement and the Plan can be obtained.

4. The City is authorized to serve (a) the approved Disclosure Statement Hearing Notice and (b) this Court's "**First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of**

**Adjustment**," entered February 25, 2014, on the following parties (collectively, the "Notice Parties"): (a) any party that has filed a proof of claim (or its transferee that has filed a notice pursuant to Bankruptcy Rule 3001(e)), other than parties whose claims have been disallowed, waived or withdrawn prior to the mailing of the Disclosure Statement Hearing Notice; (b) any party that the City listed as holding a claim in the Second Amended List of Creditors and Claims, attached as Exhibit A to the *Notice of Filing of Second Amended List of Creditors and Claims, Pursuant to Sections 924 and 925 of the Bankruptcy Code* (Docket No. 1059); (c) all known nominees of beneficial holders of claims against the City; (d) all counterparties to unexpired leases and executory contracts as of July 18, 2013; (e) the United States Trustee for the Eastern District of Michigan (the "U.S. Trustee"); (f) the "Retiree Committee" appointed by the U.S. Trustee pursuant to the Court's August 2, 2013 *Order, Pursuant to Section 1102(A)(2) of the Bankruptcy Code, Directing the Appointment of a Committee of Retired Employees* (Docket No. 279); and (g) all parties that have requested notice in this case pursuant to Bankruptcy Rule 2002 (the "Rule 2002 Notice Parties"). The City shall not be required to serve the Disclosure Statement Hearing Notice on any party other than the Notice Parties.

5. The City is further authorized, pursuant to Bankruptcy Rule 2002(l), to publish a copy of the Disclosure Statement Hearing Notice, modified to the extent

necessary for publication, in *The Detroit Free Press* and the national editions of *USA Today* and *The Wall Street Journal*.

6. Pursuant to Bankruptcy Rule 3017 and Local Rule 3017-1, the City shall be required to serve copies of the Disclosure Statement and Plan only on the following parties: (a) the Retiree Committee, (b) the Securities and Exchange Commission, (c) the U.S. Trustee and (d) any party in interest that requests in writing a copy of the Disclosure Statement and Plan.

7. The City shall make copies of the Disclosure Statement Hearing Notice and the proposed Disclosure Statement and Plan, and all amendments thereto, available on the internet at http://www.kccllc.net/Detroit and at http://www.detroitmi.gov/EmergencyManager.aspx for review and download by the public, free of charge.

8. No less than 31 days prior to the Disclosure Statement Hearing, the City shall be required to (a) serve the Disclosure Statement Hearing Notice on the Notice Parties by electronic and/or first class mail, (b) serve copies of the Disclosure Statement and Plan on the parties required by paragraph 6 of this Order by electronic and/or first class mail and (c) publish a copy of the Disclosure Statement Hearing Notice in *The Detroit Free Press* and the national editions of *USA Today* and *The Wall Street Journal*, as set forth in paragraph 5 of this Order.

9. The City shall not be required to serve copies of the Disclosure Statement Approval Motion on all of the Notice Parties.

10. The Disclosure Statement Hearing Notice shall include a statement that the Notice Parties can obtain a copy of the Disclosure Statement Approval Motion, free of charge, either directly from Kurtzman Carson Consultants or on the internet at www.kccllc.net/Detroit or http://www.detroitmi.gov/EmergencyManager.aspx.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

12. The City and its counsel are authorized, in their discretion, to take or refrain from taking any action necessary or appropriate to effect the terms of and relief granted by the Order in accordance with the Motion and without further order of the Court.

.

**Signed on February 25, 2014**

                                                          **/s/ Steven Rhodes**
                                                          **Steven Rhodes**
                                                          **United States Bankruptcy Judge**

13.