UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name: **Deborah L. Fish, Esq.**

Firm: **Allard & Fish, P.C.**

Address: **535 Griswold, 2600 Buhl Bldg.**

City, State, Zip: **Detroit, MI 48226**

Phone: **313-961-6141**

Email: **dfish@allardfishpc.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

- ⦿ Bankruptcy  ◯ Adversary
- ◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 02/25/2014   **Time of Hearing:** 2:00 PM   **Title of Hearing:** Mtn. to Approve DS Proc.

Please specify portion of hearing requested:  ⦿ **Original/Unredacted**   ◯ **Redacted**   ◯ **Copy** (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

- ◯ Ordinary Transcript - $3.65 per page (30 calendar days)
- ◯ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ◯ CD - $30; FTR Gold format ☐ You must download the free FTR Record Player™ onto your computer from ☐☐☐☐rg☐☐☐☐☐☐

**Signature of Ordering Party:**

/s/ Deborah L. Fish                    Date: **2/26/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date         By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt   Doc 2759   Filed 02/26/14   Entered 02/26/14 10:48:55   Page 1 of 1