211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature Missing re: Notice of Motion (Docket Nos. 2713 and 2714)

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☒ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 2/24/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                                    United States Bankruptcy Court
                                    Eastern District of Michigan
In re:                                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                                 Chapter 9
        Debtor                         CERTIFICATE OF NOTICE
District/off: 0645-2           User: jmaha                  Page 1 of 12              Date Rcvd: Feb 24, 2014
                               Form ID: def2               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2014.
dbpos         +City of Detroit, Michigan,   2 Woodward Avenue,   Suite 1126,   Detroit, MI 48226-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Allison  Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,   achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,   aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Angela  Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur  O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,   ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,   wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com
        Brett Howard Miller    on behalf of Creditor Committee    Committee of Unsecured Creditors bmiller@mofo.com
        Brian D. O'Keefe    on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
        Bruce   Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan bbennett@jonesday.com
        Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
        Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
        Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com
        Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
        Carole   Neville    on behalf of Retiree Committee    Official Committee of Retirees carole.neville@dentons.com
        Carole   Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
        Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation caroline.english@arentfox.com
        Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation caroline.english@arentfox.com
        Carolyn Beth Markowitz    on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM
        Charles Bruce Idelsohn    on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
        Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
        Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
        Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
        Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
        Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
        Christopher A. Grosman    on behalf of Creditor    Nuveen Asset Management BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
        Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
        Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
        Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com
        Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
        Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
        Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com
        Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com
        Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
        Dan   Korobkin    on behalf of Interested Party Darlene   Hellenberg dkorobkin@aclumich.org
        Dan   Korobkin    on behalf of Interested Party Angie   Wong dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Dan   Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc.
           dmollicone@dmms.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
          Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
          Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
               dbernstein@plunkettcooney.com, dtupper@plunkettcooney.com;ssherbow@plunkettcooney.com
              Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
               litdocket@honigman.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
               amendiola@morganmeyers.com
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Geoffrey T. Pavlic    on behalf of Creditor Committee    Committee of Unsecured Creditors
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com, Kristin.Going@dbr.com;Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
               ecf@zaplc.com
              Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
           jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
           jgregg@btlaw.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
           blundberg@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
           jcalton@honigman.com, litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Kurt  Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Leland  Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
Mallory  Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan swansonm@millercanfield.com
Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com
Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
Mark H. Shapiro   on behalf of Creditor Committee   Committee of Unsecured Creditors shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG summersm@ballardspahr.com
Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor James  Herbert melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest   on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com

      Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com

      Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com

      Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com

      Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

      Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

      Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

      Michael R. Bell   on behalf of Interested Party Bill   Schuette BellM1@michigan.gov

      Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

      Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com

      My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com

      Nabih H. Ayad   on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Donnell   White ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com

      Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net

      Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

      Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

      Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com

      Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

      Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

      Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

      Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

      Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

      Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com

      Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com

      Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com

      Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation ralph.taylor@arentfox.com

      Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com

      Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

      Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

      Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com

      Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

      Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

      Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
               rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
              Robert M. Fishman    rfishman@shawfishman.com
              Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
               bbassel@gmail.com, robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
               robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
               bbassel@gmail.com, robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
               bbassel@gmail.com, robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
               robertbassel@hotmail.com
              Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
               hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
               alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
              Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
              Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
              Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
               jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
               ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
               ryan.bennett@kirkland.com
              Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
              Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
               sam.alberts@dentons.com, dan.barnowski@dentons.com
              Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
               mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
               mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
              Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
               soconnor@glmpc.com
              Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
               david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
              Sean M. Walsh    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               swalsh@sbplclaw.com
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
               State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
               slevine@lowenstein.com
              Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
               dguerrero@dykema.com
              Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
               dguerrero@dykema.com
              Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
               stephen.hackney@kirkland.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen P. Stella    on behalf of Creditor Jessie Payne attorneystella@sszpc.com, agaty@sszpc.com
              Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Thomas R. Morris   on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris   on behalf of Interested Party Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris   on behalf of Interested Party Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

        Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

        Timothy A. Fusco   on behalf of Interested Party Meijer, Inc. fusco@millercanfield.com

        Timothy A. Fusco   on behalf of Debtor In Possession City of Detroit, Michigan fusco@millercanfield.com

        Timothy R. Graves   on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Timothy R. Graves   on behalf of Interested Party Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Timothy R. Graves   on behalf of Interested Party Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Timothy R. Graves   on behalf of Interested Party Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Tracy M. Clark   on behalf of Interested Party Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party St. James Cooperative clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party Lafayette Town Houses, Inc. clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Trevor J. Zamborsky   on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Rhonda Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Velma Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Sharon Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Shelton Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

            Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky    on behalf of Creditor James   Matson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Otis    Evans tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor John    Collins tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Gary    Musser tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jerry   Ashley tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jennifer   Harris-Barnes tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
 vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
William C. Blasses    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William C. Blasses    on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
William C. Blasses    on behalf of Interested Party   Michigan Property Tax Relief, LLC
 wcb@osbig.com
William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
William Pfeiffer Smith    on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
 yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 485
```