In The Matter of:

City of Detroit, Michigan

Debtor

_____/

Chapter 9
13-53846-swr
Hon. Steven W. Rhodes

Shaheen, Jacobs & Ross, P.C. is a debt collector. We are seeking to collect a debt and any information obtained will be used to collect that debt.

## CERTIFICATE OF SERVICE

Lori Meadows states and certifies that on February 18, 2014, she did serve a copy of the following documents: Order Granting Relief from Automatic Stay Nunc Pro Tunc & Waiving the Provisions of F.R.B.P. 4001(a)(3) as to Jeff BV-SFH, LLC and this Certificate of Service upon the following:

Timothy A. Fusco, Esq.
150 W. Jefferson Avenue
Suite 2500
Detroit, Michigan 48226

Jonathan S. Green, Esq.
150 W. Jefferson Avenue
Suite 2500
Detroit, Michigan 48226

Stephen S. LaPlante, Esq.
150 W. Jefferson Avenue
Suite 2500
Detroit, Michigan 48226

Ms. Gloria Griffin
8664 Westwood Street
Detroit, Michigan 48228

Mr. John Griffin
8664 Westwood Street
Detroit, Michigan 48228

by placing said documents into envelopes addressed to the above listed individuals, postage fully prepaid thereon, and depositing said envelopes in the U.S. Mail receptacle in Detroit, Michigan.

Lori Meadows, Secretary
Shaheen, Jacobs & Ross, P.C.
1425 Ford Building, 615 Griswold St.
Detroit, Michigan 48226
(313) 963-1301
lmeadows@sjrlaw.com

F:\DOCUMENT\Urban Partnership Bank\Consumer\Griffin, John and Gloria\2013 Foreclosure\Stip & Order for Relief from Stay - COS.docx

SHAHEEN, JACOBS & ROSS, P.C. · 1425 FORD BUILDING · 615 GRISWOLD STREET · DETROIT, MICHIGAN 48226-3993