211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service Missing For Objection, Entry #2730.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☒ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 2/25/14

                                        BY THE COURT

                                        Katherine B. Gullo , Clerk of Court
                                        U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                         Eastern District of Michigan
In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
          Debtor
                          CERTIFICATE OF NOTICE
District/off: 0645-2         User: ckata              Page 1 of 12        Date Rcvd: Feb 25, 2014
                             Form ID: def2            Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                        TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2014 at the address(es) listed below:

              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com, achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert   Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com, aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com, ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com, wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
               joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               bborder@sspclegal.com, joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
               bborder@sspclegal.com, joumedian@sspclegal.com
              Brett Howard Miller    on behalf of Creditor Committee    Committee of Unsecured Creditors
               bmiller@mofo.com
              Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
               bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
              Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
               Care Network of Michigan btrumbauer@bodmanlaw.com
              Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
               bbennett@jonesday.com
              Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
              Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
              Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
               carol.cohen@arentfox.com
              Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
              Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
               carole.neville@dentons.com
              Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan carole.neville@dentons.com
              Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
              Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
               charlesID@hotmail.com
              Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
              Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
              Christopher A. Grosman    on behalf of Creditor    Nuveen Asset Management BRCY@CarsonFischer.com,
               cgrosman@carsonfischer.com
              Christopher A. Grosman    on behalf of Creditor    BlackRock Financial Management, Inc.
               BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
              Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
               BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
              Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
               claude.montgomery@dentons.com,docketny@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
               Detroit, Michigan claude.montgomery@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               czucker@ermanteicher.com
              Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Dan Korobkin on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party James Washington dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
- Daniel J. Weiner on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
- Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
- David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Police Command Officers Association deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
- David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David A. Mollicone on behalf of Creditor Brown Rehabilitation Management, Inc. dmollicone@dmms.com
- David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
- David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
- David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
- David L. Dubrow on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com
- David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
- David M. Zack on behalf of Other Professional McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
- David T. Lin on behalf of Interested Party The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
- Dawn R. Copley on behalf of Interested Party State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
- Deborah Kovsky-Apap on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Debtor In Possession City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant John Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant John Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com
- Deborah L. Fish on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Debra N. Pospiech on behalf of Interested Party Kimberly James dpospiech@morganmeyers.com
- Debra N. Pospiech on behalf of Interested Party Denise Gardner dpospiech@morganmeyers.com
- Debra N. Pospiech on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
- Dirk H. Beckwith on behalf of Creditor Wilmington Trust Company, National Association dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
- Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
- Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
- Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com,    ecf@gudemanlaw.com
              Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com,    ecf@gudemanlaw.com
              Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
               litdocket@honigman.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com,    ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com,    ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com,    lhaas@sbplclaw.com
              Eric  Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
               amendiola@morganmeyers.com
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Geoffrey T. Pavlic    on behalf of Creditor Committee    Committee of Unsecured Creditors
               pavlic@steinbergshapiro.com,    jbrown@steinbergshapiro.com
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com,    Kristin.Going@dbr.com;Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
               ecf@zaplc.com
              Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,    tc@osbig.com
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
               jgrasl@mcdonaldhopkins.com,    sharrow@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com, mjohnson@honigman.com
              Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com, mjohnson@honigman.com
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               pjohnson@bredhoff.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               john.sieger@kattenlaw.com
              John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
               jgregg@btlaw.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
               green@millercanfield.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               blundberg@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com, litdocket@honigman.com
              Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
               mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
              Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
              Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
               kressk@pepperlaw.com, alexsym@pepperlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
              Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
               ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
              Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
              Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,
           skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,
           skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
          Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit Lisa.Fenning@aporter.com
          Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
           Lisa.Fenning@aporter.com
          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
           lbrimer@stroblpc.com,  kvanakin@stroblpc.com
          Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
           MField@stroblpc.com,  jmckeogh@stroblpc.com
          Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
           mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
           swansonm@millercanfield.com
          Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark H. Shapiro    on behalf of Creditor Committee    Committee of Unsecured Creditors
           shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
           melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
          Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
           mdordeski@foleymansfield.com,cindy@loevy.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
        Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
        Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
        Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
        Michael R. Bell    on behalf of Interested Party Bill    Schuette BellM1@michigan.gov
        Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
        Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
        My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
        Nabih H. Ayad    on behalf of Interested Party Thomas    Stallworth III ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Donnell    White ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Rashida    Tlaib ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Maureen    Taylor ayadlaw@hotmail.com
        Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
        Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
        Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
        Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan pmears@btlaw.com
        Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
        Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
        Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
        Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
        Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
        Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation ralph.taylor@arentfox.com
        Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
        Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Raymond Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
        Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
        Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
        Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
        Robert Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
        Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
        Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
        Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Robert M. Fishman    rfishman@shawfishman.com
Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
 robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
 robertbassel@hotmail.com
Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
 hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
 sam.alberts@dentons.com, dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
 soconnor@glmpc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
               david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
              Sean M. Walsh    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               swalsh@sbplclaw.com
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
               State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
               slevine@lowenstein.com
              Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
               lawtoll@comcast.net
              Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
               dguerrero@dykema.com
              Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
               dguerrero@dykema.com
              Stephen B. Grow    on behalf of Creditor     UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant     UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
               stephen.hackney@kirkland.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen P. Stella    on behalf of Creditor Jessie  Payne attorneystella@sszpc.com, agaty@sszpc.com
              Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Thomas R. Morris     on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris     on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris     on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco     on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco     on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy R. Graves     on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves     on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves     on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves     on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Tracy M. Clark     on behalf of Interested Party    Joliet Town Houses Cooperative Association
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark     on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark     on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark     on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com,
           clark@ecf.inforuptcy.com
          Tracy M. Clark     on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark     on behalf of Interested Party    Lafayette Town Houses, Inc.
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark     on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Trevor J. Zamborsky     on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky     on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky   on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Interested Party 1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bernard White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor James Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Curtis Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 486
```