**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) ) | Case No. 13-53846 |
| Debtor. | ) ) | Hon. Steven W. Rhodes |

**INDEX OF EXHIBITS**

| **Exhibit 1** | Fee Review Order |
|---|---|
| **Exhibit 2** | Brian L. Smith Declaration |
| **Exhibit 3** | City Municipal Code Section 13-11-1, et seq. |
| **Exhibit 4** | 1979-80 Agreement Between Detroit Police Lieutenants' and Sergeants' Association and the City of Detroit |