UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 28, 2014, the Supplemental Comments Of The Official Committee Of Retirees To The First Amended Order Establishing Procedures, Deadlines And Hearing Dates Relating To The Debtor's Plan Of Adjustment [Docket No. 2781] was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: February 28, 2014  DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

*Attorneys for the Retiree Committee*