# EXHIBIT 1

# (PROPOSED ORDER)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

**ORDER GRANTING COMMITTEE'S *EX PARTE* MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF TO THE ISSUES RAISED AT THE FEBRUARY 19, 2014 HEARING ON THE MOTION OF DEBTOR FOR ENTRY OF AN ORDER VACATING THE APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This matter having come before the Court on the *ex parte* motion (the "**Motion**") of the Official Committee of Unsecured Creditors of the City of Detroit, Michigan, for an order granting leave to file a supplemental brief regarding the issues raised at the hearing held on February 19, 2014, regarding the *Motion of Debtor for Entry of an Order Vacating the Appointment of Official Committee of Unsecured Creditors* [Docket No. 2626], and the Court being otherwise fully advised

IT IS HEREBY ORDERED that leave is granted for the Committee to file the supplemental brief, which is attached to the Motion as Exhibit 2.