UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                 Chapter 9
City of Detroit, Michigan,                                             Case No. 13-53846
    Debtor.                                         Hon. Steven W. Rhodes
_____/

**Order Denying Application for Approval of the Employment
of Counsel for the Creditors Committee (Dkt. #2685)**

For the reasons stated in this Court's Order Granting the City's Motion to Vacate the Appointment of the Official Committee of Unsecured Creditors, the Committee's Application for Approval of the Employment of Steinberg Shapiro & Clark, as Co-Counsel for the Committee of Unsecured Creditors of the City of Detroit, Michigan *Nunc Pro Tunc* to January 22, 2014 (Dkt. #2685) is denied.

.

**Signed on February 28, 2014**

                                                                    /s/ Steven Rhodes
                                                                   Steven Rhodes
                                                                   United States Bankruptcy Judge