UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Application for Approval of the Employment of Counsel for the Creditors Committee (Dkt. #2686)

For the reasons stated in this Court's Order Granting the City's Motion to Vacate the Appointment of the Official Committee of Unsecured Creditors, the Committee's Application for Approval of the Employment of Morrison & Foerster LLP as Attorneys to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to January 22, 2014 (Dkt. #2686) is denied.

.

**Signed on February 28, 2014**

                                              /s/ Steven Rhodes  
                                              Steven Rhodes  
                                              United States Bankruptcy Judge