UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

    Debtor.
_____/

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on **February 28, 2014**, I filed the ***Concurrence of the Retiree Association Parties in the Supplemental Comments of the Official Committee of Retirees to the First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Dkt. 2781)*** with the Clerk of the Court, using the Court's CM/ECF System, which will sent notification of such filing to all attorneys and parties of record that are registered electronically.

By: /s/ Marlene Kowalewski
Marlene Kowalewski, Legal Assistant
Silverman & Morris, P.L.L.C.
30500 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
marlene@silvermanmorris.com
(248) 539-1330   Fax: (248) 539-1355

Dated: February 28, 2014