UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name __Syncora Guarantee & Syncora Capital Assurance__

Firm _____**Kirkland & Ellis LLP**_____

Address _____**300 N. LaSalle**_____

City, State, Zip _____**Chicago, IL 60654**_____

Phone _____**312.862.3200**_____

Email _____**dustin.paige@kirkland.com**_____

**Case/Debtor Name:** City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

⊙ **Bankruptcy**   ○ **Adversary**

○ **Appeal**   Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _2/25/14_   **Time of Hearing:** _2:00 pm_ **Title of Hearing:** Hearing re Detroit Bankruptcy

Please specify portion of hearing requested:   ⊙ **Original/Unredacted**   ○ **Redacted**   ○ Copy (2nd Party)

⊙ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

---

**Type of Request:**

⊙ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

○ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

_Dustin Paige_   Date: _2/28/14_

By signing, I certify that I will pay all charges upon completion of the transcript request.

FOR COURT USE ONLY

Transcript To Be Prepared By

Date   By

Order Received:

Transcript Ordered:

Transcript Received: