UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re                                            : Chapter 9
:
CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846
:
                    Debtor.            : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

**ORDER SHORTENING NOTICE AND SCHEDULING
AN EXPEDITED HEARING WITH RESPECT TO MOTION
OF THE CITY OF DETROIT FOR ENTRY OF AN ORDER
(I) ESTABLISHING PROCEDURES FOR SOLICITATION
AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN
OF ADJUSTMENT AND (II) APPROVING NOTICE PROCEDURES
RELATED TO CONFIRMATION OF THE PLAN OF ADJUSTMENT**

This matter came before the Court on the Ex Parte *Motion for an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment* (Docket No. 2790) (the "*Ex Parte* Motion"). The Court reviewed the *Ex Parte* Motion and has determined, after due deliberation, that (i) it has jurisdiction over this matter, (ii) this matter is a core proceeding, and (iii) the relief

requested in the *Ex Parte* Motion is fair, equitable, and in the best interests of the City, its creditors, and other parties in interest.

Accordingly, it is hereby ORDERED that:

1. The *Ex Parte* Motion is granted as set forth in this Order.

2. A hearing with respect to the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment* shall be held on March 5, 2014, at 2:30 p.m. Eastern Time before the Honorable Steven Rhodes in Courtroom 716, U.S. Courthouse at 231 W. Lafayette Blvd, Detroit, Michigan 48226.

.

**Signed on March 03, 2014**

                                                           **/s/ Steven Rhodes**
                                                           Steven Rhodes
                                                           **United States Bankruptcy Judge**

3.