Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **3/5/14** at **02:30 PM** to consider and act upon the following:

*2778* – Objection to the Court's First Amended Order Establishing Procedures, Deadlines, and Hearing Dates Relating to the Debtor's Plan of Adjustment Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (RE: related document(s)2755 Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Bennett, Ryan)

*2780* – Memorandum (Comment to the First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtors Plan of Adjustment) Filed by Creditor Financial Guaranty Insurance Company (RE: related document(s)2755 Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment). (James, Mark)

*2781* – Response to (related document(s): 2755 Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment) Supplemental Comments Of The Official Committee Of Retirees To The First Amended Order Establishing Procedures, Deadlines And Hearing Dates Relating To The Debtor's Plan Of Adjustment Filed by Retiree Committee Official Committee of Retirees (Neville, Carole)

*2787* – Response to (related document(s): 2755 Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment) / Response of the City of Detroit to the Court's First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment Filed by Debtor In Possession City of Detroit, Michigan (Lennox, Heather)

*2791* – Response to (related document(s): 2755 Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment) Filed by Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (Ceccotti, Babette)

*2793* – Concurrence in the Supplemental Comments of the Offical Committee of Retirees to the First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Dkt. 2781) Filed by Interested Parties Detroit Retired City Employees Association, Shirley V Lightsey, Retired Detroit Police and Fire Fighers Association, Donald Taylor (RE: related document(s)2780 Memorandum). (Morris, Thomas)

*2794* – Objection – The Water/Sewer Bond Trustee's Limited Objection to the First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment. Filed by Creditor U.S. Bank

National Association (RE: related document(s)2755 Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment). (Cochran, Ryan)

*2796* – Concurrence Joinder of Wilmington Trust, National Association, as Successor Contract Administrator, to (A) Comment to the First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 2755] and (B) the Water and Sewer Bond Trustee's Limited Objection to the First Amended Order Establishing Procedures, Deadlines, and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 2755] Filed by Creditor Wilmington Trust, National Association (RE: related document(s)2780 Memorandum, 2794 Objection). (Attachments: # 1 Certificate of Service) (Rosenblat, Heath)

Dated: 3/3/14

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk