Form nstatusBK

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

**NOTICE OF STATUS CONFERENCE RE: Motion of Debtor For Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement (Dkt. # 2802)**

**PLEASE TAKE NOTICE** that a Status Conference regarding Motion of Debtor For Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement (Dkt. # 2802) , will be held on the above−entitled bankruptcy case at:

Location: **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226**

Date: **3/5/14**

Time: **02:30 PM**

Dated: 3/4/14

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk