IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
----------------------------------------------- x
                                                :
In re                                           :     Chapter 9
                                                :
CITY OF DETROIT, MICHIGAN,                      :     Case No. 13-53846
                                                :
              Debtor.                           :     Hon. Steven W. Rhodes
----------------------------------------------- x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2014 he served a copy of ***DEBTOR'S OBJECTION AND BRIEF IN OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY JESSIE PAYNE*** upon counsel as listed below, via First Class United States Mail:

Stephen P. Stella
645 Griswold, Ste. 3466
Detroit, MI 48226

> By: /s/Stephen S. LaPlante
> Stephen S. LaPlante
> 150 West Jefferson, Suite 2500
> Detroit, Michigan 48226
> Telephone: (313) 963-6420
> Facsimile: (313) 496-7500
> laplante@millercanfield.com