UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| Debtor. | ) | Hon. Steven W. Rhodes |

**RESPONSE OF THE OFFICIAL COMMITTEE OF RETIREES TO THE MOTION OF THE CITY OF DETROIT FOR ENTRY OF AN ORDER (I) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN OF ADJUSTMENT AND (II) APPROVING NOTICE PROCEDURES RELATED TO CONFIRMATION OF THE PLAN OF ADJUSTMENT**

The Official Committee of Retirees (the "Committee") hereby responds to the Motion of the City of Detroit for Entry of an Order (i) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (ii) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment (the "Balloting and Solicitation Procedures Motion"). The Committee respectfully states:

**STATEMENT REGARDING BALLOTING AND SOLICITATION**

1. The City states in its Balloting and Solicitation Motion that it is preparing a separate balloting and procedures motion for the retirees. To that end, the City is in the process of developing the procedures for the solicitation of retirees, whose claims are currently classified in Classes 10 (PFRS Claims) and 11 (GRS Claims) of the Plan of Adjustment filed on February 21, 2014, with the Committee, the General Retirement System and Police and Fire Fighters Retirement System and the actuaries for the parties. The process is complicated and involves determination of individual retiree claims using, among other things, the most current data available, actuarial assumptions, and investment rate determinations.

2. In order to avoid confusion and concern among the retirees, the Committee requests any Order of the Court and approved notice with respect to the general balloting,

solicitation and claims allowance and estimation procedures clearly state that those procedures do not apply to the retirees, whose claims for voting, ballots and solicitation procedures will be addressed in a subsequent Court Order.

3. In addition, the Committee respectfully requests that any schedule adopted in connection with the general procedures afford sufficient time for parallel solicitation of the votes of retirees. This process is more complicated and time consuming because of the determination of claims, described briefly above, the preparation of 32,000 individualized ballots, the age and/or circumstances of the retirees, and the necessity of protecting confidential personal information of retirees.

Dated: March 4, 2014

DENTONS US LLP

By:    */s/ Carole Neville*
Carole Neville
Claude D. Montgomery
1221 Avenue of the Americas
New York New York 10020
Tel: (212) 768-6700
carole.neville@dentons.com
claude.montgomery@dentons.com

and

Sam J. Alberts
DENTONS US LLP
1301 K Street, NW Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
sam.alberts@dentons.com

and

Matthew E. Wilkins
Paula A. Hall
BROOKS WILKINS SHARKEY & TURCO
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Tel: (248) 971-1800
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Retirees Committee*

2