UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x

In re

CITY OF DETROIT, MICHIGAN,

                                Debtor.

------------------------------------------------------------x

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned appear as counsel for and on behalf of UBS AG, creditor in the above-captioned case, and pursuant to Bankruptcy Rules 2002 and 9010, request that copies of all notices, pleadings, and other papers served or required to be served in this case also be served, electronically or otherwise, on:

> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> Daniel J. Kramer
> Kelley A. Cornish
> 1285 Avenue of the Americas
> New York, New York  10019-6064
> (212) 373-3000
> Fax: (212) 757-3990
> dkramer@paulweiss.com
> kcornish@paulweiss.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) any right of UBS AG to have final orders entered only after de novo review by the District Court; (2) the right of UBS AG to trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of UBS AG to have the District Court withdraw the reference in any matter subject to

mandatory or discretionary withdrawal; or (4) any other rights, claims, or defenses to which UBS AG is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, and defenses are expressly preserved.

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Daniel J. Kramer
 Daniel J. Kramer
 Kelley A. Cornish
 1285 Avenue of the Americas
 New York, New York 10019-6064
 (212) 373-3000
 dkramer@paulweiss.com
 kcornish@paulweiss.com


WARNER NORCROSS & JUDD LLP

By: /s/ Stephen B. Grow
 Stephen B. Grow (P39622)
 111 Lyon St. NW Suite 900
 Grand Rapids, Michigan 49503
 (616) 752-2158
 sgrow@wnj.com

10092211