UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of
THE CITY OF
DETROIT, MICHIGAN

Case No. 13 53846 swr
HONORABLE STEVEN W. RHODES

INDIVIDUAL / CREDITOR / CLAIMANT HEIDI PETERSON'S
MEMORANDUM RE: DEBTOR CITY'S [2804] OBJECTION TO JESSIE PAYNE'S [2684] MOTION

It is distasteful at a minimum that one versed so well in the workings of "the medical industry" fka "the practice of medicine" would find it necessary to object to claims of persons injured by virtue of debtor city's workers performing in a less than satisfactory manner.

However, it is noted that there are under consideration herein claims of personal injury the bulk of which if they were decided by jurors might in fact present such a severe economic overload that debtor city might never fully recover. So it is appropriate that such claims be addressed.

What is however quite disturbing is that the average Joe or Jim or Mary shall never see any real compensation/treatment/care for the injury or injuries they may bear with them for their lifetime(s). The health, yes health, of the City of Detroit is the goal of the current process and no one more than the individual claimants/creditors wishes to see the city back on its economic feet so that said claimants/creditors may finally have their day(s) in court.

The dilemma: how do the people who were hurt (and in the case of the individual whose claim I represent, it was her young daughter who physically suffered exposure to unsafe materials in an amount inversely proportional to her size and weight / a suffering to be magnified throughout her life as she grows, poor child) ever get to be made whole again? The answer is: "They don't". As the current "plan" exists and as apparently the debtor city has positioned itself, people who were injured must never come back into courts of law to gain redress for injuries still never addressed.

Any person injured physically may never ever ever be made whole again.

I believe it is paragraph 105 which said paragraph allows a Bankruptcy Court to function as a court of equity. Claimant champions equitable principles. There must be some way to allow for personal injury claims. Debtor city is asked to reexamine its position.

CHARLES BRUCE IDELSOHN

By: /s/Charles Bruce Idelsohn

Dated: 03/04/2014

Charles Bruce Idelsohn (P36799)

P.O. BOX 856

Detroit, MI 48231

(586) 450-0128

charlesidelsohnattorney@yahoo.com