UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
)
In re ) Case No. 13-53846
)
CITY OF DETROIT, MICHIGAN, ) In Proceedings Under
) Chapter 9
Debtor. )
_____ ) Hon. Steven W. Rhodes

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2014, Limited Objection of Ambac Assurance Corporation, Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation to Motion of the City of Detroit for Entry of an Order (i) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment And (ii) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: March 4, 2014    By: /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW

Mark A. Angelov
1675 Broadway
New York, NY 10019
(212) 484-3900

– and –

**SCHAFER AND WEINER, PLLC**
Daniel J. Weiner (P32010)
Brendan G. Best (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
Email: bbest@schaferandweiner.com

Attorneys for Ambac Assurance Corporation

**CHADBOURNE & PARKE LLP**

By: /s/ Lawrence A. Larose
Lawrence A. Larose
Samuel S. Kohn
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
Email: llarose@chadbourne.com
Email: skohn@chadbourne.com

Attorneys for Assured Guaranty Municipal Corp.

**WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.**

By: /s/ Ernest J. Essad Jr.
Ernest J. Essad Jr.
Mark R. James
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009

Telephone:  (248) 642-0333
Facsimile:  (248) 642-0856
Email:  EJEssad@wwrplaw.com
Email:  mrjames@wwrplaw.com

 – and –

**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez
700 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  alfredo.perez@weil.com

Attorneys for Financial Guaranty Insurance Company

**SIDLEY AUSTIN LLP**

By:       /s/ Guy S. Neal
Guy S. Neal
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: gneal@sidley.com

Jeffrey E. Bjork
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: jbjork@sidley.com

 – and –

**JAFFE, RAITT, HEUER & WEISS, P.C.**
Louis P. Rochkind (P24121)
2777 Franklin Road, Suite 2500

Southfield, MI 48034
Tel: (248) 351-3000
Fax: (248) 351-3082
Email: enovetsky@jaffelaw.com

Attorneys for National Public Finance Guarantee Corporation