IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**DECLARATION OF SAMUEL S. KOHN IN SUPPORT OF LIMITED OBJECTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY MUNICIPAL CORP., FINANCIAL GUARANTY INSURANCE COMPANY, AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO MOTION OF THE CITY OF DETROIT FOR ENTRY OF AN ORDER (I) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN OF ADJUSTMENT AND (II) APPROVING NOTICE PROCEDURES RELATED TO CONFIRMATION OF THE PLAN OF ADJUSTMENT**

1. I am a member of the law firm of Chadbourne & Parke LLP, counsel to Assured Guaranty Municipal Corp., formerly known as Financial Security Assurance Inc. ("Assured"), a creditor and party in interest in the chapter 9 case of the City of Detroit, Michigan (the "City").

2. Attached hereto as Exhibit "A" is a true and correct copy of the Composite Sale Order of the Finance Director of the City of Detroit, dated May 14, 2003, pertaining to the Senior Lien Revenue and Revenue Refunding Bonds Series 2003(A) issued by the City, which contains the Annex C: FSA Supplement.

3. Attached hereto as Exhibit "B" is a true and correct copy of a bond

specimen pertaining to the Senior Lien Revenue and Revenue Refunding Bonds Series 2003(A) issued by the City.

4. Attached hereto as Exhibit "C" is a true and correct copy of the Composite Sale Order of the Finance Director of the City of Detroit, dated July 19, 2006, pertaining to the Water Supply System Revenue Senior Lien Bond Series 2006(A) issued by the City, which contains Exhibit A: Senior Lien Insurer Provisions.

5. Attached hereto as Exhibit "D" is a true and correct copy of a bond specimen pertaining to the Water Supply System Revenue Senior Lien Bond Series 2006(A) issued by the City.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2014 in New York, New York.

Signed   /s/  Samuel S. Kohn