IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2014, I caused the *Declaration of Samuel S. Kohn in Support of Limited Objection of Ambac Assurance Corporation, Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation to Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment (Docket No.2820)* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: March 5, 2014
New York, New York

CHADBOURNE & PARKE LLP

By: /s/ Samuel S. Kohn
Samuel S. Kohn
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
skohn@chadbourne.com

*Attorney for Assured Guaranty Municipal Corp.*