IN THE UNITED STATES BANKRUPTCYCOURT
EASTERN DISTRICT OF MICHIGAN

In re:  )
 ) Case No. 13-53846
CITY OF DETROIT, MICHIGAN, ) Chapter 9
 )
 -Debtor. )
---------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, effective March 4, 2014, Steinberg Shapiro & Clark hereby enters its appearance in the place of Carson Fischer, P.L.C. (Docket No. 47) as local counsel to Nuveen Asset Management ("Nuveen") and Blackrock Financial Management, Inc. ("Blackrock").

PLEASE TAKE FURTHER NOTICE that Nuveen and Blackrock hereby request, pursuant to § 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that copies of all notices and pleadings given or served in this case be given and served upon each of Kramer Levin and Steinberg Shapiro & Clark at their respective offices, addresses, telephone numbers and e-mail addresses set forth below:

    KRAMER LEVIN NAFTALIS & FRANKEL LLP
    Attn: Amy Caton, Esq.
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000
    Email: acaton@kramerlevin.com

*-and –*

- 1 -

STEINBERG SHAPIRO & CLARK
Attn: Mark H. Shapiro, Esq.
25925 Telegraph Road, Suite 203
Southfield, Michigan 48033
Telephone: (248) 352-4700)
Facsimile: (248) 352-4488
shapiro@steinbergshapiro.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the Eastern District of Michigan, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, telegraph, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this notice of substitution and notice of appearance, nor any later appearance, pleadings, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court for the Eastern District of Michigan, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court for the Eastern District of Michigan

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: March 5, 2014 | STEINBERG SHAPIRO & CLARK |
| | /s/ Mark H. Shapiro |
| | Mark H. Shapiro (P43134) |
| | 25925 Telegraph Road, Suite 203 |
| | Southfield, Michigan 48033 |
| | (248) 352-4700 |

**AGREED TO BY**:
CARSON FISCHER, P.L.C.

By: /s/ Christopher A. Grosman
　　Joseph M. Fischer (P13452)
　　Christopher A. Grosman (P58693)
　　4111 Andover Road, West-2nd Floor
　　Bloomfield Hills, Michigan 48302
　　(248) 644-4840

## CERTIFICATE OF SERVICE

　　I hereby certify that the foregoing **Notice of Substitution of Counsel** was filed and served by the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter on this 5th day of March, 2014.

　　　　　　　　　　　　　　　　　　STEINBERG SHAPIRO & CLARK

　　　　　　　　　　　　　　　　　　 /s/ Mark H. Shapiro
　　　　　　　　　　　　　　　　　　Mark H. Shapiro (P43134)