UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhode

**Order Denying Motion for Leave to File a Supplemental Brief**

On February 28, 2014, the official committee of unsecured creditors filed an ex parte motion for leave to file a supplemental brief to the issues raised at the February 19, 2014 hearing on the motion of debtor for entry of an order vacating the appointment of official committee of unsecured creditors. An order granting the City's motion to vacate the appointment of the official committee of unsecured creditors has already been entered. Accordingly, the committee's motion for leave to file a supplemental brief (Dkt. #2785) is denied as moot.

.

**Signed on March 04, 2014**

                                    **/s/ Steven Rhodes**  
                                    **Steven Rhodes**  
                                    **United States Bankruptcy Judge**