UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Striking Ex Parte Petition for a Writ Quo Warranto

James Cole, Jr. has filed an ex parte petition for a writ quo warranto. (Dkt. #2722) The Court concludes that this paper is frivolous and scurrilous. Accordingly, it is hereby ordered that it is stricken.

.

**Signed on March 04, 2014**

                                                    /s/ Steven Rhodes  
                                                  Steven Rhodes  
                                                  **United States Bankruptcy Judge**