In The

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

In re: CITY OF DETROIT, MICHIGAN,

FILED

2014 MAR -5 A 9: 40

U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

Debtor,

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## CREDITOR'S OBJECTION TO DEBTOR'S PLAN OF ADJUSTMENT

[Creditor] JEFFREY SANDERS, being first duly sworn, **Herein,** avers - verifies [His] **'Objections'**

to Debtor's Plan Of Adjustment(Doc.2708) per U.S. Const. Article III - 11 U.S.C. s362(b)(1) ascendant-

pendant catalytically acclaimed - **irrefuted** - **verified** "**18 U.S.C. s241 plus** 42 U.S.C. s1983 **'Claims'**"

**exact(ed)ing'** attendant - pendant USDC-E.D. Mich. Case No. 07-14206 embodying USBC-E.D. Mich.

Case No. 13-53846, Heretofore, **owed** Constitutionally "Warranted", incumbently - overdue - unerring,

Judicially sanctioned "Entry - Execution of **Judgement And Relief** owed to this [Creditor]" impending

[Debtor]'s 11 U.S.C. s362(b)(1) - 28 U.S.C. s1915(d) incited **'Claims Register # 161'** acclaim(ed)ing as

APPENDIX Y(attached), thus, Notwithstanding' [Debtor]'s incontrovertible - outstanding - unexecuted

"Elective - Option" acceded - verified - warranted per USDC-E.D. Mich. Case No. 07-14206 Docket #s

1-5, 8-40, 46-47,49-52, 54, 57, 64-67, 68, 71, 74-85, 100-107, 111-156, 164-166, heretofore, absolutely

acceding incumbent, Judicially **unerr(ant)ing,** administrative compliances with ascendant - **explicitly** -

substantive - unequivocal "**lawful Mandates** - **Prohibitions**" enunciat(ed)ing as U.S. Const. Article III

to 28 U.S.C. s1915(d) concern 42 U.S.C. s1983 per FRCiv. Proc. 1-54, 58-69(a) w/ E.D. Mich. LR 58.1

application - attendants herein / heretofore. See Payton v New York, 445 U.S. 573, n.(1) 576(1980) thru

Stanton v Sims, 571 U.S. __ (Per Curiam) Opinion Page 3(decided 11/04/2013)(cit. omitted)(Emphasis).

Accordingly, [Creditor] JEFFREY SANDERS Hereby claims entitlement to **overdue Relief** confor-

ming to [Debtor]'s acceded - verified **'Elective-Option (c)'** filed 04/13/2009 – 07//24/2009(Doc.54-68).

Acceded – Served on March 05 2014, Respectfully, By:/s/

Subscribed and sworn to before
me this 5th day of March, 2014.
(Notary) _____
My Commission Expires: Nov 23, 2014

DuEWA TALIAFERRO
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: Nov. 23, 2014
Acting in the County of Wayne

JEFFREY SANDERS (In Pro Per)
16599 HUBBELL STREET
DETROIT, MICHIGAN 48235



 KCC

In re City of Detroit, Michigan, Case No. 13-53846 (SWR)

| Print | Close |
|-------|-------|

Results 2501 to 3606 of 3606 records found (Page 2 of 2). |<< |< Page [____] [ Go ]

### Claims Register Report

SORT: click any column header
SEARCH: press Ctrl-F or Apple-F

| Date Filed | Claim No. | Name | Claim Amount | A | R | A/R Date | Nature | Debtor Name | Debtor Number | Basis for Objection | Objection (s) Resolved? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/21/2014 | 3190 | Sakinah Hanifa | $15,753.98 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 12/20/2013 | 328 | Salem A Salamey | $6,900.00 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 2/18/2014 | 1082 | Salene S. Stewart | BLANK | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 1/10/2014 | 502 | Sami Y Kalliney and Elizabeth E Kalliney | $10,000.00 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 2/19/2014 | 1663 | Sammie Peaster | $15,000.00 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 2/20/2014 | 1988 | Samuel Lee | $6,300.00 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 2/21/2014 | 2719 | Samuel Louis Womack Sr | $9,950.00 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 1/13/2014 | 560 | Samuel Shack | $50,000.00 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 1/21/2014 | 577 | Samuel Shniper | $15,000.00 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 12/6/2013 | 161 | Sanders, Jeffrey | $7,960,000.00 | | | | Secured | City of Detroit, Michigan | 13-53846 | | |
| 2/19/2014 | 1124 | Sanders, Robert | UNLIQUIDATED | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 2/6/2014 | 839 | Sandra B DuPont Living Trust UAD 1-7-1983 | $25,000.00 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |
| 2/21/2014 | 2540 | Sandra J. Johnson | $1,024,920.00 | | | | General Unsecured | City of Detroit, Michigan | 13-53846 | | |