UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN

       Debtor

Case No. 13-53846
Chapter 9

_____

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS ON BEHALF OF HATHAWAY BERKSHIRE ASSURANCE CORPORATION

Please take notice under Fed. R. Bankr. P. 9010(b) that Thomas P. Christy (P55593), Christopher P. Jelinek (P53543) and Robert D. Goldstein (P38298) of Garan Lucow Miller, P.C., hereby appear on behalf of Hathaway Berskhire Assurance Corporation, and request that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee, or a member of any creditors' committee be sent to them, including notices under Fed. R. Bankr. P. 2002(i), at:

Thomas P. Christy
1111 West Long Lake Road, Suite 300
Troy, Michigan 48098
tchristy@garanlucow.com
(248)641-7600

This notice and request is not intended to waive any rights (1) to have final orders in non-core matters entered only after *de novo* review by a district court judge, (2) to trial by jury in any proceeding so triable in this case or related to this case, (3) to have the District Court withdraw

1

the reference in any matter subject to mandatary or discretionary withdrawal, or (4) or any other rights, claims, actions, setoff or recoupments which may be entitled, in law or in equity.

Respectfully Submitted,

GARAN LUCOW MILLER, P.C.

By: /s/ THOMAS P. CHRISTY (P55593)
Attorney for Hathaway Berkshire Assurance Corp.
1111 West Long Lake Road, Suite 300
Troy, Michigan 48098
(248) 641-7600/Fax 0222
tchristy@garanlucow.com

Date: March 5, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2014, I served the foregoing paper on all parties of record using the ECF system.

Respectfully Submitted,

GARAN LUCOW MILLER, P.C.

By: /s/ THOMAS P. CHRISTY (P55593)
Attorney for Attorney for Hathaway Berkshire Assurance Corp.
1111 West Long Lake Road, Suite 300
Troy, Michigan 48098
(248) 641-7600/Fax 0222
tchristy@garanlucow.com

Date: March 5, 2014
::ODMA/PCDOCS/TROY/713169/1

2

13-53846-tjt    Doc 2828    Filed 03/05/14    Entered 03/05/14 12:04:29    Page 2 of 2