# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

- Name: **Ambac Assurance Corporation**
- Firm: **Arent Fox LLP**
- Address: **1675 Broadway**
- City, State, Zip: **New York, NY 10019**
- Phone: **212.484.3900**
- Email: **mark.angelov@arentfox.com**

**Case/Debtor Name:** City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

- ◉ Bankruptcy    ○ Adversary
- ○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: **03/05/2014**    Time of Hearing: **2:30p**    Title of Hearing: **Solicitation Procedures**

Please specify portion of hearing requested: ◉ Original/Unredacted    ○ Redacted    ○ Copy (2nd Party)

◉ Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: **Please send to miranda.perkins@arentfox.com; mark.angelov@arentfox.com**

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ◉ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark Angelov    Date: **3/06/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date        By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 2836    Filed 03/06/14    Entered 03/06/14 10:28:00    Page 1 of 1