Nos. 13-0116, 13-0118, 14-0101, 14-0102, 14-0103, 14-0104, 14-0105

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

> **FILED**
> Feb 21, 2014
> DEBORAH S. HUNT, Clerk

In re: POLICE AND FIRE RETIREMENT     )
SYSTEM OF THE CITY OF DETROIT, et al., )
                                       )     O R D E R
                                       )
    Petitioners.                       )

In these seven related petitions, the petitioners seek to take a direct appeal to this court from the December 5, 2013 decision of the bankruptcy court finding that the City of Detroit is eligible to be a debtor under Chapter 9 of the Bankruptcy Code and that its bankruptcy petition was filed in good faith. On December 20, 2013, the bankruptcy court certified its ruling for a direct appeal under 28 U.S.C. § 158(d)(2)(A), finding that the order involves a matter of public importance.

Upon consideration of the petitions to appeal and the responses thereto, a direct appeal to this court is warranted. Accordingly, these petitions to appeal are **GRANTED.** The appeals are not expedited at this time.

                        ENTERED BY ORDER OF THE COURT

                        _____
                                    Clerk