March 1, 2014
Judy Flowers-Tisdale
26629 Dow St
Redford, Mi 48239
Case No. 13-53846

Dear Judge Steven Rhodes,

I'm writing to you to let you know as of today March 1, 2014, all city retirees will have no health care. Being a 61 year female I need health care .My premium per mouth is $520.44; my city pension is $1221.57 plus the $125.00 the city gives for benefits. I'm three and a half years from Medicare no telling how much the premium will be by then. At the time of my retirement I (we) were told the city would provide health care until age 65. With the cost of health care I can't afford a pay cut as well. I (we) hope you will reject any cut to the retirees pension .

Thanks for your time,

*Judy Flowers-Tisdale*
Judy Flowers -Tisdale