February 28, 2014

Paula Ford
1963 Thornhill PL.
Detroit  MI  48207
**Case#: 13-53846**

Judge Steven W. Rhodes
c/o Clerk of the Court
United State Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St.
Ste. 1800
Detroit  MI  48226

Dear Judge Rhodes:

I am a retiree from the City of Detroit Police Department – Communication Division -(911 ESO Operator). Also I am a breast cancer survivor of three (3) years, however, I just was diagnosed with T-Cell Lymphoma. Any cuts towards my pension will be devastating.

I now go to treatments three times a week and paying my own insurance; when I retired, I fell into that age gap because I'm not 65yrs of age but had credits to retire.

I daughter has left her job in Massachusetts to take care of me and the matter of pension cuts is really weighting heavily on the mind, body and spirit.
Please reconsider your plans of action towards the retirees of the city of Detroit.
Thank you.

*Paula Ford*

Paula Ford, Former 911 Operator