Geraldine Chatman
3700 Helen St
Detroit, MI 48207

Case # 13-53846
Judge Steven Rhodes

Dear Honorable Judge Rhodes

    I am writing this letter as a concerned retiree of the City of Detroit whose Pension is now being threatened. Your honor, I worked for the City of Detroit for 39 years and with the understanding that my pension was protected by State Constitution.

    How in the name of God can anyone be so ruthless and uncaring about other people and their future. It seems to me that we are leaning toward only two classes of people. The very rich and the very poor.

    I have enjoyed a middle class lifestyle all my adult life because I did not mind working hard to provide for my four children as a single mother.

    It upsets me greatly that anyone would have the right to attack another person's pension and livelihood.

This is a very mean spirited attempt to eliminate certain classes of people and I am one of those people.

Please if you would only think of the number of people who will be hurt by this effort, many retirees are already below the poverty line and this divestate them completely.

It is so hard for me to imagine how the rich can think of so many ways to hurt others in such a cruel way.

May God have mercy on these individuals.

God Bless You and Guide You to make a Positive ruling.

Sincerly
Geraldine Chatman