February 22, 2014

CASE # 13-53846
Judge Steven Rhodes
C/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan, Southern Division
211 W. Fort St. Suite 1800
Detroit, MI 48226

Dear Judge Rhodes:

My name is Geraldine Chatman and I am a retiree in the City of Detroit and the thought of this threat to attack my Pension is beyond belief and totally unfair.

If my pension is cut in any way, shape or fashion. I rely on my pension to pay bills that are already out of control. My Energy bill alone comes to $700 or $800 monthly, that is only one of the bills it takes to run my household. I have two grandchildren in my home and all of us have to eat. If my Pension is touched this may become a total if not impossible to do. (eating is a vital part of living). I don't know how rich people live, (I'm not rich) but poor people have to rely on what they have worked for which is our pensions. The Consumer does not catch a breakeven. I'm asking that the City of Detroit, Keep your Hands off My Pension.

Sincerely,
Geraldine Chatman