10836 Bonita
Detroit, MI 48224

February 24, 2014

Honorable, Judge Steven Rhodes
c/o Clerk of the Court
U. S. Bankruptcy Court
Eastern District of Michigan          Case No. 13-53846
Southern Division
211 W. Fort St., Ste. 1800
Detroit, MI 48226

Dear Judge Rhodes:

I wish to add my voice to the protest on behalf of City of Detroit Retirees. As a retiree for the City of Detroit, I cannot afford a 34 per cent cut from my pension check. We had no say in the mismanagement of the City nor could we say where to invest the money that we contributed along with the City to our pension fund.

I am barely hanging onto my home as my home is worth about 2/3 of what I owe on the house. If my pension is cut by 34 per cent, I will lose my home. Detroit will then have another unoccupied home and many other retirees will be forced to do the same.

I have never understood how the retirees have been grouped in with the banks as creditors. The banks chose to invest in Detroit and we only chose to work for the City of Detroit with the understanding that we would earn a pension upon retirement.

Please consider the plight of all retirees if our benefits are cut by over a third. I have worked hard all my life and never fathomed that my pension would be worth the paper it was written on. We have been dealt a disservice by this City and it is not right that they would coldheartedly cut our retirement income.

Thank you for any consideration you may give this matter.

Sincerely,

*Willie Chaffould*
Willie Chaffould