February 24, 2014

Hon. Steven W. Rhodes
Case # 13-53846
C/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 West Fort St- Suite 1800

Dear Honorable Judge Rhodes:

I am writing you because my husband and I are both Retirees of the City of Detroit. We recently read in the paper and looked at News coverage of the proposed 34% and 26% pension cuts by Emergency Financial Manager Orr.

Judge Rhodes I'd like to share with you the sacrifice our family has already made due to the City of Detroit no longer contributing to health care costs. My husband is Medicare eligible and has selected a plan that will cost us $30.00 a month for him and only pays 80% of the fees plus we will have to pay the remaining 20% in addition to paying for a higher deductible, coinsurance and office visits that we didn't have to pay for in the past years.

I am not Medicare eligible and the **monthly** premium for my HMO medical coverage will cost us $493.84. The deductible is $1,650.00 with a $6,350.00 maximum cap on medical expenses. I will also incur doctors' visits fees @ the rate of $30.00 for my primary care physician and $50.00 office visit fee for Specialist.

In addition to the above, we still have to pay for our prescription drugs.

Due to the exorbitant costs stated above, we will not have funds to pay for Supplemental Healthcare Coverage for my husband who has Parkinson's disease.

Hon. Judge Rhodes, we pray that you consider the sacrifices we are making and have made in the past when rendering your decision on the additional proposed pension cuts.

Sincerely,

*[signature]*
Mrs. Dorian L. Walker