Case #: 13-53846
February 22, 2014

Eddie Sandra Ranger
18924 Bentler
Detroit MI 48219

Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort Ste. 1800
Detroit MI 48226

Attn: Judge Steven W. Rhodes:

The effects of pension cuts upon my budget is a horrible stage in my life. This procedure of 34% or any percentage brings a hardship. I am paying car note and mortgage from the pension; this also excludes my annuity which makes up the total pension payment. Now, health care is also a problem.

The years I have invested working for the City are valuable to me. I enjoyed my job as an Emergency Service Operator (911) was a stressful job but fulfilling. I was able to assist, help, & direct citizens to the correct section of dispatching department. When I retired I received several awards because I took my job

seriously.

I think and know that my service to the citizens of Detroit is valuable and expect to receive upon retirement my full pension.

I can't live with or maintain my bills with a pension cut.

Yours,

Eddie Sundra Ranger
Former 911 Operator retiree