Case # 13-53846

February 22, 2014
Re: City of Detroit Retiree

Dear Judge Rhodes;

I'm writing in regards to the pension of the City of Detroit retirees being cut. I am a retiree living off of a pension that is not a full 30 yr. pension. My pension is small, my husband has passed away, which leaves me with even more of a smaller income to live off of. I can't hardly make it from check to check; if you cut my pension, which I was under the influence when I first started working for the city of Detroit, that my pension could not be touched, according to the constitution's rights, I will be out on the streets begging. I hope you're considerate and put yourself in our place.

Thank you
Barbara Curl