February 22, 2014

Honorable Judge Rhodes:
Case # 13-53846

I am writing to you asking that my pension not be reduced at all. This would mean the end of my life. I am 71 years old, and in failing health. Employment is not an option. That means my mortgage payment will suffer - lose my home. Utility bills not paid no heat, no water. That would mean the end of retirees life who have worked hard my entire life. I ask you to please consider my plea. No Reductions.

Respectfully,
Mr. Jeffery Bradley
City retiree for
25 yrs.