Case No 13-53845

Judge Steven Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan Southern Division
211 W. Fort St. Suite 1800
Detroit, MI 48226

Dear Judge Rhodes,

My name is Nehanda Green. I am a retiree from the City of Detroit, MI. I am a senior citizen age 71 years old. I have been retired since 2003.

My health is probably about the same as other older people with high blood pressure and diabetes taking seven pills daily.

I live alone in my home. After hearing about a possible reduction in pension benefits, I consulted a realtor about selling my house. The person told me I would clear about $1,000 after the sale. I live where the market has not rebound yet. If I sell were will I live that I can afford?

I know we need to make some concessions, but non uniform retirees should not make up the blunt of concessions that exceed the police and fire.

This is not right to treat seniors this way. We are living within our means according to what we worked for and what was agreed upon.

We are not young. We cannot simply go out and get other jobs. We are mostly in our 70s, 80s and beyond. Reducing our pension by so much will hurt us and put and undue burden on a lot of us.

Reducing our pension is unfair but to reduce it beyond 10% is criminal.

Sincerely,

Nehanda Green

Nehanda Green

PO Box 1396

Joliet, IL 60434