Feb. 22, 2014

Judge Steven W. Rhodes

    I am a seventy one year old female retiree of the City of Detroit. I drive a eighteen year old Oca-Prisem car and I pay a mortgage, and a cut to my current pension payment would devastate me and my husband.

    A cut to my pension would cause us to lose our home, because I pay the mortgage. We have a dog. A cut would mean that I would have to surrender the dog who has been with us for seven years.

    Daily I check my bank balance to make sure every check has cleared, but if the City of Detroit is so desperate for money why hasent the check for my property been processed. I paid the property taxes December twenty-seventh 2013.

over

I worked for thirty-two years faithfully and I was assured that my pension was ~~secure~~ secure. At the time of my retirement health care was promised as well as dental and vision. My life is based on the ~~amount~~ dollar amount of that pension.

Daily I am stressed, worried about whether I can afford groceries, pay to have my teeth repaired and medicines. I trusted the City of Detroit, now I can only trust God.

Sincerely
Yvonne D. Holley-Roberts