Case Number 13-53846

Feb. 22, 2014

Barbara Hunt
20508 Monte Vista
Det. Mi 48221

Judge: Steven Rhodes,

Sir, I am writing this letter to tell you how the decision made about the Det. Pensions affects me personally. I am a 69 year old widow who has no other income but what I receive from Social Security and my City of Detroit pension. My child was raised in a single parent home, I did the best I could. I have 5 beautiful grandchildren, on occasion I contribute finacial support to them. College, car repair, birthdays, holidays ect. This will no longer be possible for me.

I recently had a stroke which means I can't go back to work if I need to, which I need to due now. Cutting my pension check would be devastating to me. I already have a third of my pension left to my son. Why? because of pass health history I could not afford life insurance. Now if you take another third out of my pension. My pension check will be practically nothing. The co-pays for my health insurance has gone up. I have 8 medications I take daily for just my heart conditions that a lot of co-pays.

When I retired I left a third of my pension after death to my son, I cannot change that. Since they will decrease my pension check, why can't I rescind my third of my pension to my son, so I can have more on my pension check. Please don't touch my pension check.

Sincerly, thank you
Barbara Hunt