Sylvester Tobias

16661 Marlowe

Detroit Michigan 48235


Subject: Case no. 13-53846

To: Judge Steven W. Rhodes


Dear Judge Rhodes.

I am a retired City of Detroit Employee for three years prior to retirement I took a ten percent pay cut and upon retiring was promised health care and pension. As of March /01/2014 the city of Detroit no longer pay anything toward retirees health care, now I have to pay a monthly insurance premium

555.63 out of my pension plus house note, food, all utilities and car note. Judge Rhodes. Please reject cuts to City of Detroit retirees pensions because after giving twenty five years of service to the City of Detroit I shouldn't have to suffer and loose everything I've worked for.

Thank You.

*[signature]*

2/28/2014