Dear Judge Rhodes
Case No. 13-53846

I am a retiree from the city of Detroit. The proposed cuts in my pension will greatly impact my ~~standard~~ quality of living.
I worked as a Clerk with a modest income.
I will also be affected by the increase in my health care cost. 50% increase in (doctor office visits, co-pays, prescription cost). I currently take 5 medications.

Please consider the impact this proposed plan will have on my quality of life.

Sincerely

Terry J. Graves