Case # 13-5384

8401 18 Mile Rd Apt 124
Sterling Heights, Mi 48313
2-27-14

Honorable Steven W. Rhodes
C/O Clerk of Courts
United States Bankruptcy Ct

Dear Judge Rhodes:

I am writing to you to appeal to your knowledge of the law. While my knowledge is limited, yours is not. If this brokered deal violates the State's Constitution, then I appeal to you to honor the Constitution.

I worked for the City of Detroit for 28 1/2 years. There was a time that I put my faith in the Pension and social security to take care of me, I no longer have that mindset. I am Trusting in almighty God to take care of me and He continues to do so. However, there are so many of my colleagues who are older than me, ill health and many reasons why your decision could mean life or death to them. Please consider them.

Sincerely,
Bonnie Bezzell