Laurence J. Aurbach
2811 McGill Terrace NW
Washington, DC 20008
Feb. 22, 2014

Judge Steven Rhodes
US Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226

Re: case 13-53846

Dear Judge Rhodes:

I am a holder of Detroit GO bonds that come due in several years, which are before your court. GO bonds appear to be less than 5% of the case, so I am not the solution to Detroit's problems. I paid near par value for the bonds many years before the current default and filing. Nonetheless, I am being asked to take 20% of our bonds' face value.

I do not know why it is necessary for bonds coming due years from now to be discharged in your proceeding.

I believe the approach of Detroit to reduce our holdings by 80% is unfair. I am a small holder, without the access and means to appear with bankruptcy counsel. I would hope that you might find a way to give GO bond holders a fair shake even though I am not connected in Detroit with the formal means to defend my interest.

Many thanks.

Sincerely,

[signature]