February 22, 2014

Case No. 13-53846

Judge Stephen W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St., Ste. 1800
Detroit, MI 48226

Dear Judge Rhodes,

I am a City of Detroit Retiree, who is living on a minimum pension. Cuts to my health care and pension will have a deadly impact on my health and livelyhood. I worked for the City of Detroit for over 30 years, making concessions through paycuts and layoffs.

At this point in my life, there is a need for doctor visits, which include prescriptions. It is necessary that I make these doctor and dental appointments to prevent further patterns of poor health. For over 30 years I worked and was provided preventative maintenance for a small fee. Without healthcare insurance and a sufficient pension, my health will soon decline.

Please consider saving our pensions and restoring our health care.

Sincerely,
Rosie Marie Woods

13-53846-tjt    Doc 2870    Filed 03/06/14    Entered 03/06/14 14:58:27    Page 1 of 1