Case #13-53846

Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort Street, Suite 1800
Detroit, MI 48226

In the course of two (2) years I had been broken into five (5) times. I had lived in my home 41 years and found it to be too much a personal risk on my life to remain in my house. I had worked for the City of Detroit for 34 years and been retired 22 yrs. but found it mandatory to move for my protection especially since I am divorced and lived alone. Where I now reside offers much more security but is also more costly which amounts to $1,000 monthly. Combined with the pending increase in health care needs and the cost of living if my pension is decreased I don't know, in fact, I am certain I would not be able to continue living in the setting I had found to provide the security I have a right to have at age 79 years old. A pension cut would also interfer with paying for my health care including medication.

Barbara J. Harding
15800 Providence Dr
Apt. 718, Southfield, MI
48075