2-22-2014

Case No# 1353846

Judge Stevens Rhodes

The Proposed cut in my penison and health care would force me to move and change my lifestyle i:E. File Bankrupcy and change medication (I Have Type II Diabetes). And Prostate cancer. Highe Prices on consumer goods and other. I Just can't afford it.

                Sincealy

                Willie J. Howard