February 24, 2014

Adriane L. Girty
25896 Chippendale CT, apt C
Roseville, Michigan 48066

Honorable Steven W. Rhodes
211 W. Fort
Suite 1800
Detroit, Michigan 48226

**Re: Case#13-53846**

Dear Honorable Steven W. Rhodes:

    My purpose for this letter is to explain to you how ruling in the favor of the City of Detroit bankruptcy would affect my life. Your Honor I have a chronic illness (Systemic Lupus/Rheumatoid Arthritis) where I am currently under doctor's care. I have an 8 y/o son at home with me that very much depends on his mom to care for him. With the city requiring me to pay for my own medical insurance and wanting to cut my pension by 34% will be very crucial to me and my son. I took an early retirement last year because of health reasons because I knew we would be receiving benefits and my pension is enough for me and my child to survive off of but if this drastic situation takes a turn for the worst me and my child will be living on nothing and barely surviving. So your Honor I pray that you take into heart your decision and I pray you make the right one.

Thank you,

*[signature]*
Ms. Adriane L. Girty