Case # 13-53846

Judge Steven W. Rhodes
c/o Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, MI    48226

Dear Judge Rhodes:

   I am a City of Detroit retiree. I retired in 2005 based upon a certain amount guaranteed to me by the General Pension System. Little did I know that nine years later my health and pension allowances would be greatly cut. During the last nine years I have had many health challenges: I was diagnosed with spinal stenosis and cancer of the lymph nodes. For the rest of my life I will have to receive treatment for these conditions and or from the residual affects of the treatment.

   Not only do I have to deal with health issues, I have to deal with the psychological stress, the anger, the feeling of being a victim. then the feeling

of hopelessness and yes, despair that I feel.

Humans, individuals with blood running through their veins, who have raised children, payed taxes, voted, been dutiful in obeying the law should not be asked to pay for deals that corporations made knowing that risks were involved.

I ask that our pensions not be cut, ~~reduced~~. In addition, no cost of living allowance is being proposed. I'm asking that (COLA) remain also.

We in the twilight of our lives should not be treated this way — our financial responsibilities can't be met with the amount of money we'll be left with.

Thank you for your consideration

Rita Dickerson
19200 Prairie
Detroit 48221