CASE # 13-53846    DATE FEB 22, 2014

: HONORABLE JUDGE STEVEN W. RHODES

To whom it may concern, my name is Morris Hartman, I am a retiree of the City of Detroit, I work in three different Dept, Recreation, D.P.W, and Water & Sewage for over twenty five years, and I made a commitment to work for a pension under Michigan Constitution Law I would hope that you would make a fair decision on retirees behalf

Sincerely yours,
Morris Hartman
12937 Mettetal
Det, Mich
48227