Case # 13-53846

Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern Dist of Mich
Southern Division
211 W. Fort St. Suite 1800
Det Mich 4822

Dear Judge Rhodes

A reduction in my pension would cause my home to go into foreclosure and cause me to loose the medical plan I'll have to purchase. I will no longer be able to afford medicine and buy food. My insurance for health care is vital. I deserve to have a roof over my head — I worked all of those years and will not be allowed to keep my home + eat. There is no place for me to go. I will end up on the street as I have seen so many people, please do not cut my pension

Patricia Robinson