OCTAVIUS E. SAPP
2121 BRYANSTON CRESCENT
DETROIT, MI 48207

February 25, 2014

Judge Steven W. Rhodes
c/o Clerk of Court
U.S. Bankruptcy Court
Eastern District of Michigan
Southern District
211 W. Fort St. Suite 1800
Detroit, MI 48226

RE:  CASE # 13-53846

Dear Judge Rhodes:

Just a note to give you an idea of what the cut to my pension along with the cuts in healthcare will do to me and I'm sure other retirees. I have End Stage Renal Disease (new kidney) which requires anti-rejection medications plus other medication for illnesses that occur as we grow older. I am on twelve (12) different medications and now with the cuts in our healthcare I will be paying between $160 and $200 each for medication after being accustom to paying between $10 and $20 each. And now, my pension can be cut 34%. No one seems to understand that seniors need healthcare simply because of nature catches up and with the cost of medications we need the money.

Respectfully,

Octavius E. Sapp
City of Detroit Retiree