Case # 13-53846
JUDGE Steven Rhodes
C/O Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort Street Suite 1800
Detroit, Michigan 48226

Judge Rhodes;

If allowed 34.5% of reduction in my pension would reduce my pension drastically. I would no longer afford to meet my note, cover my the medicines and cover my gas, electric, water. As you know the cost of living expenses keeps setting higher. I will not have money to cover my taxes and insurance. I had just reached a point where I could make everything work now at 70+ who will hire me — I would not have retired had I known this would happen. I will not have a place — I have no where to go. I hope you will

consider this. I remember I went to a meeting at Wayne State in July or June of 2013 @ which time "Mr. Kevin Orr Stated" I will cut your throats and watch you bleed. I have never heard any leader speak like that.

& I have worked total 35 yrs here in Michigan and six years in Missouri. I did not make a lot of money. I have no one to rely on but God.

Mrs Patricia Robinson

Light Bill