February 25 2014

Pension Cuts  Case # 13-53846

Judge Steven W. Rhodes

My name is David Fedenis, a retiree from the City of Detroit for 31 years with the Department of Transportation. I started working as a mechanic in 1976 for $6.00 a hour and retired as a Maintenance Superintendent  I never made top dollar with the city but had good benefits. I paid into them weekly.  We maintained the buses out of the old trolley barns. We inhaled asbestos and diesel fumes every day.

Now that I need my health care its being stripped away like its no big deal. Now I have Arthritis, High Blood Pressure, High Cholesterol and thyroid issues, and the added stress and depression on my wife and myself not knowing what our future holds. I now take 6 scripts daily. My medical is very important.

When i first retired, the Governor taxed our pensions. Now to purchase health care it cost me $800.00 a month with a high deductible not including scripts, dental and vision coverage. Now with a 34% cut to my pension makes it impossible to survive.

My Wife and Myself preached over the years to our two sons the importance of doing your best in college, giving your employer 100% everyday on your job performance and attendance and one day it will pay off for you. Wow this theory really fell apart for me. I hope the final decision will be less than 34%

Thank You for your time

*David Fedenis* (signature)

y iPhone