February 23, 2014

Judge Steven Rhodes
Case Number 13-53846
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St. Suite 1800
Detroit, Michigan 48226

RE: City of Detroit Bankruptcy and Me as a Hardship Retiree

Dear Sir,

I am writing you to explain how this bankruptcy would affect me and my family. I have work for this city for over 30 plus years, and would never thought that I would have to give back 30% of my hard earn pension. Back to the city that I live and work in due to city going bankruptcy.

My house used to be a 2 family income now it's only one. My wife lost her job back in 2012 after 25 plus years with banking industry and she is not able to work due to medical issue and has lost her unemployment. Now with me having to pay my own health insurance and 30% percent less pension receiving I am in the poor house or you can say out in the streets. I not at the age to get Social Security. I won't have enough to pay for medicines or office visits for us.

It just a matter of time I will be homeless. Does anyone cares about us (Retiree) in the City of Detroit? Some of us didn't nice pension but we glad to get what we have. Please Help!!!

Thank you for your patient and your time.

Sincerely Yours,


Dino Braddy