To: Judge Steven Rhodes
Case: 13-53846

The cut effect my ability to to buy groceries, buy medcine, rent it is like putting a gun to my head. I work 29 years of my to the city of Detroit. I feel betraded & under lots of stress not knowing how I will be able to servive any cuts in my pension. Please consided how this will effect me + my family

Yours Truly,
Donald L Smith