Monday, February 24, 2014

Judge Steven W. Rhodes
US Bankruptcy Court for the Eastern District of Michigan
211 W. Fort Street, Suite 1800
Detroit, MI 48226

Dear Honorable Judge Rhodes:

We are Virgil and Constance Spight, retired Commanders from the Detroit Police Department. This is an extremely difficult letter to write because we are quite frankly still in a state of shock that we are faced with drastic changes to our health and pension benefits.

As a retiree after 35 years, I, Virgil Spight am appalled that after serving the city of Detroit for approximately half of my life and making what I considered sound retirement decisions that I am now faced with the possibility that my life will be altered so detrimentally. I loved working for the Detroit Police Department. I took pride in working my way through the ranks, obtaining training to improve my skills and going back to school to obtain my Masters Degree. This was done to secure my opportunities of promotion to the highest rank possible. As a 73 year old from Mississippi, I am proud of my accomplishments and I can't believe that my due diligence can now be diminished with the stroke of a pen.

As a retiree after 25 years, I, Constance Spight am also appalled at the possibility of our lifestyles changing after working hard in our positions on the Detroit Police Department and planning for our retirement so we could live comfortably. My retirement is now severely impacted because I am forced to pay for my health insurance. This should not have occurred. My educational level could have afforded me other opportunities, however I chose to serve the community. By choosing the career path to remain with the department for 25 years, I did not agree to the elimination of my health benefits and the deduction of my pension. Had I known I was an unsecured creditor, subject to this unforeseeable loss, the department would not have benefited from my talents.

Frankly, we are still puzzled that the Emergency Manager offered our pensions as a solution to the financial problems of the city. Furthermore, if this was a legally enforceable contract, didn't we fulfill our contractual promise? In our opinion, the Emergency Manager is recommending a breach of the contract by one of the parties by nonperformance. This scenario does not provide the proper setting for Detroit to make a comeback. It may have the opposite affect on the city's economic status.

We realize that this would have had a different outcome at the state level, but your honor, don't you have discretion to rule in favor of the retirees? Please do not agree to what the Emergency Manager is proposing. Just say No! Let us live our

remaining years as we planned. Don't let our hard work and sacrifices we made to serve our community, go in vain.

Sincerely,

Virgil L. Spight
Retired Commander
Detroit Police Department

Constance J. Spight
Retired Commander
Detroit Police Department

18625 Wildemere St
Detroit, MI 48221
313-863-2406

cc: Honorable Judge Gerald E. Rosen