2-24-14

TO: HONORABLE
JUDGE STEVEN RHODES

My name is Eric Davis, I am a City of Detroit, Retiree. I am writing you regarding the pending bankruptcy litigation case. I served thirty dedicated years, for the City of Detroit

My pension is my only source of income. Any deduction of my pension would be devastating to my social economic status. It would place me into the poverty, therefore force to seek public assistance. It would be unjust and unfair. After thirty years of earned benefits, to say the least.

This deduction in my earned pension, would be devstating for me. I'm the caregiver for my 80 yr. old mother. Which effect my quality of life immesely. Because of the greed and mismagement of the

ELECTED CITY OFFICALS. WHOM CONTINUE TO SPEND MILLIONS OF DOLLARS. MR ORR AS WELL SPENDING MILLIONS OF DOLLARS OF CONSULTANTS FEES. PLEASE DO NOT REDUCE OUR HARD BENEFITS WHICH VASTING EFFECT OUR QUALITY OF LIFE. WE DO NOT DESERVE THIS TREATMENT.

Sincerely
Eric Davis

P.S. "OBAMACARE" HAS INCREASED MY HEALTH CARE HAS ALREAD INCREASED FIVE TIMES OVER. AGAIN PLEASE DO NOT REDUCE OUR PENSION BENEFITS ALREADY EARNED.