Case No.
13-53846

2-22-14

Judge ~~Stephen~~ Steven ~~Rhoades~~ Rhodes
Judge Steven Rhodes

FILED
2014 FEB 25 A 10: 28
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dear Honorable Judge Steven Rhodes

I am a 64 y/o widow, who has lived in my home for over 30 yrs. I am still paying a mortgage which comes out of my pension. If my pension is decreased, I will have to let my house go. I'm am one of the homeowners who was scammed thru refinance, which has my house worth more than it was worth at the time of refinancing. I would like to remain in my home til death. I am a real person, not a piece of Art.
I thank you for your time, and consideration.

Mary J Slaughter