February 24, 2014

Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court

Case No: 13-53846

My name is John Robinson, and I worked for the City of Detroit as a bus mechanic for 29 years. During that time due to the continued receptiveness of bending, stooping, reaching and standing, I began having neck and lumber spine problems. For more than 10 years I have seen a number of doctors and have had several tests and procedures trying to find relief. I recently found out that I have prostate cancer and will have to have surgery in the near future, and now I find out that the city is cutting my health insurance.

In addition to having to provide my own insurance the emergency manager wants to take 34% of my pension. With taking away my health insurance and 34% of my pension this would add up to be more than just a 34% cut across the board. This will put me within the poverty level guidelines and will make me eligible for state assistance for the first time in my life.

Judge Rhodes, take a moment and put yourself in my shoes, I'm sure you would feel this is unacceptable after working for so long for the City of Detroit, giving, sacrificing and working in the freezing cold in the winter and in the heat of the summer. Please take some time and review all the issues and concerns of all the people who worked hard for a livable pension that would allow them financial independence.

Sincerely,

*[signature]*

John Robinson