February 24, 2014

Cynthia Haskin

19931 Marlowe

Detroit, MI. 48235

313-342-7099

HASKINSC@ATT.NET

Judge Steven W. Rhodes

c/o Clerk of Court

U.S. Bankruptcy Court

Eastern District of Michigan

Southern District

211 W. Fort Street - Suite 1800

Detroit, MI. 48226

**RE: CASE # 13-53846**

I am a life time resident of our city and a 30+ year veteran employee (retired 911 Operator) 64 yrs of age, of the City of Detroit. I am writing to express my concern about the recent submission of the Detroit Plan of Adjustments.

I would like you to consider the retirees lively hood who are humans when making your final decision. The vast decrease in our pension payment would be devastating. This adjustment is more than the 36% decrease in pension payment, as the City no longer assists with or provides medical payments for retirees. The average retiree not eligible for Medicare (as I am at age 64yrs old) is paying the *minimum* medical insurance payment of $300.00 per month out of pocket. If you want to keep your current medical provider, Blue Cross Blue Shield, the premium is double.

Who would have ever thought, we as formally employed all our lives, would have to apply for government assistance. We worked 30+ years, all our lives, to keep ourselves and family off of assistance and maintain a quality of life upon retirement. I could not afford to maintain my Blue Cross medical and was forced to take a HMO with Total Health Care Plan (a lower monthly premium policy, but extremely higher deductible).

The average general retiree receives $1200 – $1300 monthly retirement check. **If 34% is taken from the pension check, plus the minimum $300.00 monthly amount retiree must pay for health insurance, plus at least $20.00 for dental insurance coverage, that total equals well over 50% taken from the monthly pension check.**

I have personally tried to offset the upcoming decrease in income, but have faced nothing but roadblocks.

1. REVERSE MORTGAGE: DENIED - Due to loss of value of "all" property in the City not enough equity due to decrease in neighborhood property values. I have resided in my home 21 years. One company AIG stated in order to qualify the home value must be at least $75,000.00 to be eligible.
2. REFINANCE – Purpose: to pay off credit card debt. Due to decrease in neighborhood property values appraisal amount was $22,000.00. This did not allow enough money cleared to service my main objective to clear debt. Mortgage Company was actually receiving more money with their fees than me, the homeowner. In addition I was adding an additional 5 years onto the payment. Payment amount would not even be lower. The area I reside is a very stable area with well-maintained homes. The appraisal report stated my home was in excellent condition and no repairs were needed.
3. JOB SEARCH: Due to age, health condition, limited jobs available.

So, what are retirees to do at this point in their lives with a drastic cut in income in their so called "golden years". We have lived on a fixed income and now after being guaranteed by the State Constitution we are having that taken away and having the weight of the City, who we dedicated our lives to, being placed on our backs.

After working all our lives, 30 years is a life time, to be assured of a certain quality of life upon retirement, now we must be forced to go on government aide? Those not receiving Medicare have already received government assistance from The Affordable Care Act. Is this the quality of life we have worked for? Especially at this age, what can we do? It's not like we can get another job to provide additional income. Most are broke down mentally and physically.

Me personally, I feel I will be sinking in sand with the decreases. We are humans who have no recourse. Creditors can take write offs on their debts and are covered by insurance. Banks were given bail outs. We are not asking for a hand out, just what we worked for and was guaranteed to us.

Is the final solution after all is said and done is for retirees to be in Bankruptcy Court and be placed on public assistance? Hopefully not.

Sincerely,

*Cynthia Haskin*

Cynthia Haskin