Feb. 24, 2014

Dear Judge Rhodes - Case # 13-53846

My name is Angles L. Hunt and I lived in the City of Detroit, my whole life of 57 years. I worked for the City of Detroit, Health Dept. and retired in 2008 after 30 years of service, as a clerical personnel.

My letter to you is not to describe my personal hardship on what the pension cuts will do to me, but to let you know that "ALL IS WELL"! I am writing to you, letting you know that I am speaking "life over my situation"! I believe in a higher power-GOD! Judge Rhodes, I want you to know that, "Greater is HE that is in me, than he that is in the world"! I don't know if you believe in a higher power, which you might have believed was you or Kevyn Orr, but you two are not! "But my God, shall supply all of my needs according to his riches in Glory!

This letter to you is not a defeated, discouraged letter, but this is to let you know that "I have the victory"! You might feel that you are a "Goliath" now, but he too was defeated. Make sure that you pray over all your decisions affecting the lives of others, before making any decisions. God is watching!

Angles L. Hunt - City of Detroit Retiree (2008)