As I have been a resident of Detroit and a city worker from conception, it saddens me to have to address the court system as it pertains to my retirement pension. Although I understand the position of the City of Detroit and that something has to be done to correct the problem I don't however believe that the city retirees should be penalized. Reducing our pension by 34 percent sounds ludicrous, this amount of deduction would not only cause my life as it pertains to paying medical deductable, property taxes, buying food, and paying other bills to run a household to be nearly impossible, it is a great chance that the city I have learned to love maybe now forcing me into the streets, thus becoming homeless. Judge Rhodes, I am sure a man of such intelligence and power can relate to a situation such as this one. I beseech you on the behalf of myself and others to put an end to a problem that should have never include the retirees of Detroit.

Thank you,


A City Retiree