February, 25th, 2014

Dear Judge Rhodes,

   The proposed cut in my pension and health care benefits would be catastrophic for me. I worked for the City of Detroit for thirty years plus and retired in September of 2001. I retired from the Detroit Police Department as the administrative supervisor-emergency telephone services (911 Manager). I worked weekends, holidays and forced overtime. When most people were home enjoying their families I was working. I was a loyal and dedicated employee. I take twelve medications; four of them have no generic brand. These are brand name prescriptions they alone cost approximately $300.00 dollars each. I would be in the donut hole in two months. I feel this is totally unfair. People on welfare are being treated better than the retirees. They get their medications for free! I am now wheelchair bound and need extra care and assistance to live my daily life, for which I must pay prevailing rates. Please consider these things when you make your decision. I appreciate your time in reading this letter.

*Helen Everett*

Sincerely,

Helen Everett – Retiree

**Case#: 13-53846**