Case # 13-53846

2/22/2014

c/o Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St. Suite 1800
Detroit, MI 48226

To Judge Steven W. Rhodes,

I know you will do your job — I am so much Medication — I wish everything could stay the same — we have worked so hard — we didn't understand how our Retirement could be touched — But most of us do understand the Law! Bless you in your decision that you will make!

Thanks.

Ms. Josephine Walters