2-22-14

Case # 13-53846

Judge Steven Rhodes,

    today, I found out that 34% of my monthly check will be taken to pay the bills of the City of Detroit. I worked for the City for 35 years. Started when I was 20 years old as a nurse tech @ Detroit Receiving hospital. Continued my career until 1998 when I decided it was time to retire.

    For all my working life, while I worked for the city, they took out 7% of my pay to put into the pension system. Thus, I thought, that when I retired, I would have the ability to take care of myself without worrying about whether I would be able to pay my bills.

    But, now in 2013, I found out that you can take money that I am paying my house note, car note, gas & light bill, phone bill (+ cell) the plumbers, buying my groceries, etc. away to pay bills for people who mismanaged the city over the years. I cannot go back to work. I am 71 years old and my health is very much comprimised by arthritis.

Cannot make any more home visits (Public health nurse).

I need my money. I bought new housing in 2006 in order to accommodate my limitations and so therefore I have a 22 year mortgage left.

On top of all of this, my husband worked at Chrysler & his health care was put in a veba and benefits cut.

Therefore, I had to purchase insurance to cover dental & vision and I need more money to cover the increased cost of my medications (on 10 medications to cover ↑ B.P., Diabetes, Cholesterol, Arthritis, etc.) I have more physician visits too attempt to keep my body together.

I cannot afford to take a 34 %!!! Cut. I pay my bills with this money. I have not taken a vacation in several years trying to save money and I try to be thrifty. But this is devastating!! What are we supposed to do!!

You have got to consider our plight in your decision.