February 24, 2014

Case No. 13-53846

To The Honorable Judge Steven Rhodes,

    My name is Randy Walker a retired city of Detroit employee. First of all I would like to start by saying the health care situation has already cost me 15 percent of my pension, and if you agree with the Financial Manager Mr. Orr to cut another 26 to 34 percent, I would lose everything I have. I would like to see going back to the bargaining table to negotiate a more reasonable agreement. I also did not like the separation of the police and fire and the general retirement system. I assure you sir all the retirees and I had nothing to do with the pension board and the city's funding of the systems and should not be penalized for such funding errors. I trust that you make the right and honorable decision. Thank you for your time and consideration.

Sincerely,

*Randy Walker*

Randy Walker

Randy Walker

16840 Five Points

Detroit, MI 48240