February 22, 2013

United States Bankruptcy Court
Eastern District of Michigan, Southern Division
231 West Lafayette Street
Detroit, Michigan 48226

Hon. Steven W. Rhodes, Presiding Judge

Re: Objection to Plan of Adjustment: City of Detroit, Michigan under Chapter 9, <u>Case No. 13-53846</u>

May it please the Court:

This comes in response to the filing of the so-called, "Plan of Adjustment", filed by the City of Detroit, Michigan, on February 21, 2014, in the above-captioned case before your court, under chapter 9, of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division (the "Bankruptcy Court").

I, William Curtis Walton, having been identified as a Creditor of the City of Detroit, as a retired Supervising Building Inspector, having served the City for 32 years, thus <u>earning</u> a full service retirement with <u>full benefits</u>, which went into effect on October 27, 2012, do hereby file my objection to this so-called, "Plan of Adjustment" by the City of Detroit and beg the Court to reject said plan as <u>unconscionable</u>, for the reasons listed herein:

1. To give you some of my personal history, in 2007, I was earning about $65,000.00 per year and my family home, which I purchased from my father to support him in his assisted living at the end of his life, was appraised at $120,000.00. I mortgaged it for something less than that, leaving a sum in equity for later use. In the following years, an unfavorable divorce decree cost me dearly in spousal support payments, half of my pension and all of my retirement savings; the housing "bubble" burst and the value of my home plummeted to its current appraised value of less than $20,000.00. This was also compounded by wage concessions in the form of furlough days being imposed by the City under the Bing Administration. In retirement, I now gross about $29,950.00 per year in pension, out of which this plan would have me pay about $12,000.00 for Healthcare under the Affordable Care Act, for myself and my wife. This is in addition to my mortgage (now upside-down), taxes and insurance requirements, utilities, food, transportation costs and increased medical co-pays and deductibles required *<u>because I'm no longer recognized as part of a group for health insurance purposes.</u>*
2. My hand was forced in my decision to retire, in October of 2012 at age 57, because the Bing Administration threatened to take away a large <u>earned</u> entitlement from me, if I remained in my position after a <u>date certain (November 17, 2012)</u>. Prior to the threat, my intention was to remain employed by the City and to elevate myself through education and preparation, into a position at a senior management level. In pursuit of this plan, I obtained a BFA degree in Visual Communication and a MBA in Project Management, assuming the risk that I would be able to absorb the costs of those two educational programs, totaling $125,000.00, and paying them off over the time I planned to remain with the City, through increased salary and responsibilities until my planned retirement at age 65 or beyond.
3. Throughout my career, City employees have suffered losses in equitable quality of life through imposed wage freezes and concessions, furloughs and other measures taken by the City due its leadership's failure to assure that its tax base would remain financially viable, by at least retaining residency requirements for its municipal employees. In the 1990's under the Archer Administration, when the so-called "Residency Rule" was lost, I could have left the City and would have received a tax benefit of a municipal

income tax cut. However, I remained a loyal resident, property owner, taxpayer and inhabitant of the City of the Detroit, and remain so today. Further, as a city employee and a member of the Detroit City Employees General Retirement System, the City has borrowed certain funds from that System, which need to be repaid in order for the fund to remain solvent. Approving this so-called "Plan of Adjustment" to go forward would cause harm to the retirement system's ability to fully fund monthly pension payments and, in my opinion, have a "domino-like" effect of causing future such filings by other cities, like Chicago and Los Angeles, with National and even Global implications.

4. This so-called "Plan of Adjustment" is unconscionable for me because the proposed <u>34% cut</u> to my pension *in addition to* the cuts to the benefits I have <u>earned</u>, would place me <u>well below the poverty level</u> and I did not work *all of my adult life* to wind up on public assistance. Further, a Plan which calls for "charities", which can be given *or taken away at will*, to pay for *any* portion of public pensions <u>protected under the Constitution of the State of Michigan</u>, is flawed in its conception and should be rejected as unconscionable because the assumptions are something less than believable. Not to bite the hand, your Honor, but in my opinion, the "Art-Loving community" committing large sums of money to save the DIA collection ...*and oh yeah, the retirees' pensions*... will say <u>anything</u> to save their beloved collection, but once it is secured *"in perpetuity"* as it is stated in this so-called plan, they will abandon their commitment to the retirees' pensions in a heartbeat. I, for one, don't believe that my life and the livelihood *I have earned* should be left to the whims of these unknown charitable donors.

5. A better plan would compel the State of Michigan to <u>guarantee</u> any shortfall not covered by its failing political subdivisions, such as the City of Detroit, <u>as it is currently required to do under its Constitution,</u> (MCL ARTICLE IX, Sec. 24). The State of Michigan currently possesses a large revenue surplus; probably because the current Administration may have failed to do everything that it is constitutionally bound to do in many areas of governance. Instead, the Governor of our Great State has, through his minion and your esteemed Court, <u>*attacked*</u> the very Constitution that <u>he took an oath</u> to uphold and protect, ***at great expense to the very City he's allegedly trying to save***. I am aware that <u>the many attorneys</u> working for <u>the many law firms</u> employed by the Emergency Manager are billing between **$465 and $1065 per hour** for this exercise, and their clerical staff man hours are being billed at around **$265 per hour**. To put this in perspective, **2.5 billable hours for <u>one</u> of the top earning attorneys on this case, pays my current gross pension for one month**.

6. In closing, here I am (again) Your Honor, <u>the People</u>, of which, by which and for which this Federal Government stands, pleading with you that <u>any</u> loss of the retirement <u>income and/or benefits</u> *which I have earned* would cause me and my family serious and irreparable financial harm. Because I'm over 50 years of age, employment opportunities are not so plentiful in this area that I can readily resume my career. Therefore, it is my hope that <u>this letter of objection finds favor with the Court</u> and you will **reject and disallow as unconscionable**, any Plan of Adjustment <u>which fails to make retirees whole for the pensions *and benefits*</u> that they have <u>earned</u> for their service to the citizens of the City of Detroit. Thank you for your time.

Respectfully submitted,

*/s/ William Curtis Walton/*

William Curtis Walton
Supervising Building Inspector, Retired
4269 Glendale
Detroit, Michigan 48238-3211

(313) 736-2547