February 24, 2014
Case 13-53846


To The Honorable Judge Steven Rhodes,


I am the wife of a retired city employee.


My husband of 43 years retired from the Detroit Public Library in 2002 after working 34 years for the city. He is 66 and I will be 63 in April. We live in an 800 square foot aluminum sided bungalow we purchased in 1979 for $40,000. Our commercial carpeting is 20 years old and needs replacement. Our home also needs new windows and plumbing. The house is paid for, as are our 2 cars. There were only 2 times in the past 40 years that our credit card account was not paid off in full at the end of the month.


My husband and I are both products of the Detroit Public Schools. We are both high school graduates. My father and father-in-law both owned their own businesses and were able to provide the necessities for their families, but not much more.


I use coupons, shop the sales, resale and thrift stores, and we grow some of our own produce in the summer. We have been financially responsible and tried to make thoughtful and practical monetary decisions. We pay our bills on time and do not spend money we don't have. We have also planned for the future, including purchasing long term health care insurance and are attempting to put aside as much money as we are able for our 40 year old son, who has lived with us since birth. He is presently employed and has an IRA of approximately $3000. In addition to being a cancer survivor, he has a chronic health condition and has been hospitalized for several weeks on 2 occasions in the past 4 years.


I feel anger, anxiety, sadness, and helplessness. I am trying not to become clinically depressed because we can't afford it. My health insurance was recently terminated and I now have a $532 monthly premium and a $4000 deductible.


My husband and I feel we are losing control of our lives. We were counting on the pension checks for retirement income. We did nothing wrong and had no knowledge or involvement in the continued disastrous choices and ongoing negligence of the city administrators, among others. Our lives, plans, and dreams, along with those of the many other retired employees and their families, will be sacrificed and all of us will have to continue to pay the price as long as we live.

I find it unconscionable that anyone would think that any pension cut would be an appropriate or acceptable response to the city's now apparent long time financial mess.

My husband and I, along with the other retired city employees, are only seeking a just legal conclusion: the pensions that were earned and are relied on, in their totalities, as promised.

Please give this your consideration as you contemplate your final ruling.

Respectfully,

Diane Leipprandt

Larry Leipprandt