Case# 13-53846                                February 22, 2014

Dear Steven Rhodes!

I am a widow woman age 81 — I already lost most of my income. I don't get much pension money and my living is set for a small of amount. — I will be devasted to lose any of my pension that I get --- It may not mean nothing to some people but it mean a lot for me.

I worked in the Poverty Program Finance Dept. DIA from 1965 to 1991

Mrs Ora Mae Mott
16125 Burt Road
Detroit, Mi 48219-3914
313-794-0389