To: Judge Steven Rhodes

Your honor, I'm writing this letter, for your help. I understand the city has lost revenue, funding and money that was suppose to be used for different things, and was not.

How much more can the E.M cut that belongs to the retirees and other city workers. They act as if, we have to pay for what some other people did. Its not our fault that the city is going broke, those who are to blame are at fault. This didn't just now start.

I don't think its right to cut our insurance, annunity, pensions or other income thats do us. I thought we were protected by the government in such issues. I hope and pray you can help us.

Thanks for listening.

Yours truly,
Anthony S. Murphy