HELP US POOR PENSIONER

CASE NO. 13-53846            2/22/2014

Judge Steven Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern Dist. of Michigan
Southern Division
211 W. Fort St    Suite 1800
Detroit, MI 48226

Dear Judge Rhodes

I am a 75 year old widow with three dependents. ~~one~~ unable to work & not on aide. My meager pension is not enough. I recently applied for a jobs. BUT I AM OLD — SO NO ONE WANTS TO HIRE A 75 YEAR OLD.
THIS IS A COLD WINTER, BILLS ARE $700 – $800 A MONTH, WATER BILLS ARE $130 A MONTH, FOOD, GAS, HEALTHCARE & ETC.
I OWE ASSOC FEES $700/MO. + ETC
PLEASE, I HAVE NO SAVINGS.
BECAUSE I AM LIVING Check TO CHECK.
PLEASE DO NOT REDUCE MY PENSION

Thank you
August Elizabeth Skinner
2106 Bry...
...  48...