Case # 13-53846

February 22, 2014

Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St. Suite 1800
Detroit, Michigan 48226

Honorable Judge Rhodes,

I can only express how terrified I am and my family hearing the cuts that our family has to take. Both my husband and myself worked for the City of Detroit. We are taking a double hit on our family with one stipend per family for Health Care. We also have a 17 year old who wants to go to college and at this time will be very hard on us. He also has Asthma who needs continuous care. To take a 34% cut on our pension will put us at poverty level and would have to put in for State Assistance (Food Stamps, etc.) We have help we would

13-53846-tjt Doc 2905 Filed 03/06/14 Entered 03/06/14 15:20:55 Page 1 of 2

this city, Country with hard work and we feel nothing is given to us we earned it. What do we tell our grandchildren – If you work hard you wont be entitled to hardly any benefits. This will affect our way of life as we know it. God have Mercy on Us!

Sincerely,
Rita Jordan