Case No. 13-53846

Honorable Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern Division
211 W. Fort St. Suite 1800
Detroit, Michigan 48226

Dear Judge Steven W. Rhodes;

I am writing you on behalf of my family asking you to not accept the proposed plan to cut the City of Detroit Retiree's pension Thirty Percent (30%).

Your Honor this would be devastating to me and my husband. I am Beverly Seven (77) & my husband is Ninety Four (94). My pension gross is only Eight Hundred Seventy Dollars ($870) After deductions For Federal taxes, Hospital, Dental and Vision, my pension After these deductions I get Four Hundred Ten Dollars ($410.00) I have to pay for co-pay for perscription & Doctor's office visits this leave me with Two Hundred for gas + groceries. We are life long Detroiter's who have stayed in the good and bad times.

Please your honor, don't destroy our lives

Continue

Case No 13-53846

PREPARED BY
DATE 02-22-2014

1. by Approving the plan as presented.

3. Thanking you in Advance. If you have
4. Any Questions I can be Reached @ ifuma1919@gmail.com

Sincerely,
Joan Robinson-Cheeks
Joan Robinson-Cheeks
3223 Carter St.
Detroit, Mich 48206-2141