Case No. 13-53846                                February 22, 2014

Judge Steven W. Rhodes
c/o Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, MI 48226

Dear Judge Rhodes:

This letter comes in reference to how the Plan of Adjustment affects me as an employee who has been retired from the City of Detroit as a General City Employee under AFSCME Council 25 are as follows:

I am and have been retired since July, 2009. My Pension check does not go as far as one would wish. Currently, I am under the doctor and have prescriptions to buy on a monthly basis, as well as purchase fuel for my vehicle to make such trips, co-pay and co-pay for office visits for physicians. The amount of monies I receive, make it hard for me to purchase the food that I need (being a diabetic, high blood pressure, high cholesterol and pain medication due to a broken hip received in February, 1995).

Furthermore, I have to pay for additional

life insurance policies because the City of Detroit only covers me for $2,250.00 which is insufficient to pay for funeral expenses. I also have to pay PL Insurance for the State of Michigan at $145.00/month which goes up every 6 months.

Although I receive a Social Security Check, Medicare expenses and rental expenses take up all of this check but $12.00 which remains. I haven't figured in food. I go to the Food Bank (Focus Hope) around the 1st week in each month for food subsidies in order to survive during the month.

As far as goes for vehicle, it varies according to what I can afford to buy each month. I am already hurting. I try to pick up any odd jobs I can during the month for which I can perform. I have constant hip and leg pain from my earlier injury in 1995.

Any consideration you can give not only me, but other City Retirees and employees concerning this adjusted plan will be greatly appreciated. A 35% deduction in my benefits not allowed I will literally not be able to survive.

Sincerely,
Nelson Allen, Retiree