To: Honorable Judge Steven Rhodes

Subject: Detroit Retirees Pensions (case # 13-53846)

Date: 02-22-2014

Judge Stevens, my name is Mashuk Meah I worked for the City of Detroit for 31 years and I find myself tied up in this messy Bankruptcy where the City wants to reduce my hard earned income that was promised me if I worked for them. Thirty one years of going down in the sewers to clean and maintain sewerage monitoring, water meter equipment, up on top of buildings and telephone poles, in water plants, booster stations, reviewing and generating bills for our customers in the region .There have been lots of days when I was on vacation and had to stop to assist my techs on how to complete an assignment and or give them direction on how to make necessary repairs .There have been time I w\had to get out of bed and take my children in the middle of the night to a site where my technical skills were required by the department to provide water to our region.

I have missed out on so many things with my family and friends in my career to be a good employee to the entire area based on the fact that the city would provide for me in my older age. I'm now approaching 62 years old and I have the #1 and the #2 bone disease in the world that is very costly to me .I raised five children at a great sacrifice to them and myself and for me at this age with the medical issues that I now have to face with paying my own medical and medicines, house note, water food lights etc is a almost impossible task without help from my family..Now the City wants to reduce my pension check. How in God name am I to survive?

As you know, the people make the City, State, County, and the Federal Government. There are 25,500 retirees and the number is much greater. These retirees assist their grown children, grand children. The retirees own homes and pay taxies to all of the mention above. Our Governor now require that the retirees pay state taxies, by us paying for our medical with a reduced pension check and all of thing we have to pay for, how in God's name are we to make. One of the reason I came to work for Detroit was that they(DETROIT) promised me a pension that was backed up by our state constitution and at that time Detroit was paying much less than the outside employee's.

Judge Steven Rhodes, The retirees didn't cause these problems in this city, why are you allowing them to rebuild Detroit with our blood and sweat? All of these lawyers and contractors that are paid these OVER THE TOP fees, all the uncollected taxies in this city,

My heart hurts so bad that I have sat down and cried in front of my children about what this city is doing to their citizens that remained here after everyone left.

As I look at your title Judge I keep coming back to the word, HONORABLE .This City isn't treating us honorable, and the only one we have that we can turn to is YOU. I'm begging you to remove the retirees out of this bankruptcy. Thank you for your time, Mashuk Meah City of Detroit retiree 313-828-1344

*Mashuk Meah - 2/22/14*