2-22-14

CASE # 13-53846
Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern Dist. of Mich
Southern Division
211 W Fort. St Suite 1800
Detroit, Mich 48226

I am a retired of the City of Det. I am concern and scared of what will become of my life I need my pension. Please leave my pension alone. Cutting my pension will cause a hardship for me.

Yours truly
Hope Humbert
18655 Prairie
Det, Mich
48221