February 22, 2014

Honorable Judge Steven W. Rhodes
U.S. Bankruptcy Court for the Eastern District
of Michigan

Detroit Bankruptcy Case 13-53846

Dear Judge Rhodes,

As a life long resident of the City of Detroit and a 35 year and 9 month retiree, I am profoundly saddened that my golden years are being threatened. The cost of health care alone has impacted my income. The cost of necessary medication has yet to be determined. I am responsible for $1100.00 per month for my husband and myself. With the looming cuts regarding my pension what am I to do?

Sincerely,
Belinda A. Mydo-Florence

13-53846-tjt    Doc 2910    Filed 03/06/14    Entered 03/06/14 15:26:38    Page 1 of 1