CASE # 13-53846

February 27, 2014

Dear Judge Rhodes

My name is Alvin Brooks. My wife's name is Margaret Brooks. Both of us are retirees from the City of Detroit.

As far as I can tell there is no provision in the plan of adjustment that speaks to two pensioners from the same family. In essence, if both of us were to loose the 34% under the plan, we will loose nearly 70% of our income. We are already in poverty this will only push us farther into poverty.

Sincerely Alvin Brooks