Case 1353846

2/22/2014

To Judge Steven Rhodes

My name is Cheches Jenkins. I am a Retiree. I worked for the City of Detroit. I worked in a lot of Departments. I drove garbage trucks cut grass and did a lot of Jobs that the city needed done. My wife had surgery on her heart twice and she has Sugar, Osteoperosis and she take a lot of Medicine. I've had prostrate cancer and shoulder operations. I'm at the Doctor every wk. What little money I am getting I can Not Loose any. Help us. We Don't need to Loose any money. Gas is high, heating is high. I have Never been on Welfare and I hope I Never will. Help us. The operations my wife had was Valve Replacements. 2 Artificial. She can leave me anytime. I'm Not crying but I will be if you let them take our money. Thank you