UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                              :
In re                                         : Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    : Case No. 13-53846
                                              :
                 Debtor.                      : Hon. Steven W. Rhodes
                                              :
                                              :
-------------------------------------------------------x
```

**ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED
HEARING WITH RESPECT TO MOTION FOR AN ORDER
APPROVING SETTLEMENT AND PLAN SUPPORT AGREEMENT**

This matter came before the Court on the Ex Parte *Motion For An Order Shortening Notice And Scheduling An Expedited Hearing With Respect To Motion For An Order Approving Settlement And Plan Support Agreement* (Docket No. 2803) (the "*Ex Parte* Motion"). The Court reviewed the *Ex Parte* Motion and has determined, after due deliberation, that (i) it has jurisdiction over this matter, (ii) this matter is a core proceeding, and (iii) the relief requested in the *Ex Parte* Motion is fair, equitable, and in the best interests of the City, its creditors, and other parties in interest.

Accordingly, it is hereby ORDERED that:

1.  The *Ex Parte* Motion is granted as set forth in this Order.

2. Any objection to the *Motion of Debtor For Entry Of An Order, Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rule 9019, Approving Settlement And Plan Support Agreement And Granting Related Relief* (the "Motion") shall be filed and served no later than March 17, 2014.

3. Any replies to such objections shall be filed and served no later than March 21, 2014.

4. A hearing with respect to the Motion be held on April 3, 2014 at 9:00 a.m. Eastern time before the Honorable Steven Rhodes in Courtroom 716 at 231 W. Lafayette Blvd, Detroit, Michigan 48226.

5. The City shall file a witness list by March 7, 2014. Parties may jointly conduct a deposition of each witness up to 2 hours per witness. The deadline for depositions is March 25, 2014

6. At the hearing the City shall have 2 hours and the objecting parties shall have 3.5 hours to present their cases including opening statements, closing arguments and examination of witnesses.

.

**Signed on March 06, 2014**

                                                       **/s/ Steven Rhodes**
                                                     **Steven Rhodes**
                                                     **United States Bankruptcy Judge**

7.