Case #13-53846

February 22, 2014

Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, MI 48226

Dear Judge Rhodes,

Please allow me to explain how a reduced pension check would impact my life.

First, the proposed insurance plan increases my copayments and deductibles that must be paid from a diminished pension check.

Secondly, many of the things I must pay each month, such as car and property insurance would shouldly have to be cut somehow or dropped.

Also, As a 76 year old woman, many chores such as clearing snow and ice from my property, lawn service during the spring I pay to have done. I would no longer be able to afford it.

There surely would be not be able to visit my grandchildren or participate in many family activities since most are conducted out of state where they reside.

As it is now, without a pension cut, I struggle to enjoy some activities of life. Most plays and shows I forego because there isn't enough to attend. A pension cut would certainly make sure I don't attend.

Shopping for new clothes is not done now. I'm sure I'll not be able to take to shopping. Food is a must. I'm a diabetic and must follow a diet for my health.

I could go on and on as to how my life would be impacted. I hope you'll will consider my plight. I'm sure there are many, many other retirees who are experiencing the same or worst.

Please don't allow them to cut our pension checks. We earned them and in previous years we gave up days without pay to help the city.

Sincerely,
Gracie M. Webster