Otha D. White
31376 Schoenherr Rd #5
Warren MI 48088

To Judge Steven Rhodes
Case No. 13 53846

I'm one of many retires, who would be adversly ofected by the extreame cuts in my pension that proposed. it would be desvating to my self and my wife. My pension is only 36.000 dollar a year. If these cuts take place, it would leave my income below 26.000 dollar.

I am a Cancer patient in mid treatment level and under sixty years age. therfore our insurance with the city has been eliminated. the premium for both me and my wife is eight hundred and ninty three dollar per month; my rent is Seven hundred forty five dollar a month, this does not included food, unitly, and transpation and other bill.

Its easy to say this is what its take to save the city. but to save the city and destroy its people in the process, its leave nothing for the infra-structure to bill own. this is a Road Map for the distruction and neither the city are it people will sunive.

I pray that you take these thing into consideration when making your dicusion, and don't just count dollar and cent, but take into account the human and also

Respectfully your
Otha D. White