Case # 13-53-846    Feb. 24, 2014

Dear Judge Rhodes:

My name is Eloise Abram and I am a retiree for the City of Detroit. They have lied to us all along. I have a book and two letters showing what they did. They said we did not have to do anything — our health insurance would remain the same. I am on oxygen 24/7; I am a diabetic; COPD; Hypertension and I also have Lupus. I have been paying appr. $80 a month for my medicine, but as of 3-1-2014, I will be paying $250 a month for medicine. I still don't know how much my oxygen will be; but they tell me I have to pay $500 deductible before I can get my oxygen. I don't have $500 to give on 3-1-14. I am paying $339 a month to DTE and that is a budget and over $500 for other bills. My check is only $1,173 a month. Notice I didn't mention, Food, Transportation etc. Now they want to take 34% out of our checks

that would be like $400!!
I am so depressed and upset that they could do something like this to us seniors? Please don't let them do this.

Thank You

Mr. Eloise Abron

2433 Sheridan
Detroit, Mi 48214