February 22, 2014

Case #  13-53846

Judge Steven Rhodes
C/o Clerk of the Court
United States Bankruptcy
Eastern District of Michigan
Southern Division
211 W. Fort St.  Suite 1800
Detroit, Michigan  48226

RE:  Bankruptcy of the City of Detroit Retirees:   Case# 13-53846

Dear Judge Steven Rhodes,

I'm writing this letter in hopes that you will be fair and understanding in your ruling decision of the Bankruptcy of the City of Detroit Retirees.  We have suffered so severely already.  Enforced pay cuts from the former Mayors Kwame Kilpatrick 10% cut and 20% cut from Dave Bing.  In which lead to me losing my house and not being able to keep up with all my responsibilities as a single parent.  But, I kept on working in hopes that things would get better.  Before I knew it was time for me to retire.  Once again I am forced with unconsentual cuts requested from my pension.  This time they are asking for a 34% cut, individual health Insurance and to pay taxes out of our pension.  I'm not old enough for Social Security.  Because of my previous injuries that I suffered from my job with the City of Detroit.  I had to go ahead and retire early.  I can barely pay my rent and pay my bills now. I would not be able to survive this pay cut.  I'm even limited to seeking other employment due to my previous job injuries.  So please hear my request and don't let the retirees of the City of Detroit down by making cuts to our pension.  Be fair, understanding and merciful across the board for our livelihood is in your hands.

Thank you in advance for all of your cooperation in the handling of this matter.

Sincerely,

*Joyce Johnson-Jones*
Joyce Johnson-Jones