February 24, 2014

Judge Steven W. Rhodes

c/o Clerk of the Court

U.S. Bankruptcy Court

Eastern District of Michigan

Southern District

211 W. Fort Street, Suite 1800

Detroit, MI 48226

Re: Case# 13-53846

Dear Judge Rhodes:

My name is Sylvia F. Robinson, and I worked for the City of Detroit for 37 ½ years. I worked diligently for the City and I took pride in the work I performed. I chose to work for the City because of the benefits—reasonable wages, health benefits, and a decent pension. I never, in my wildest dream, expected my pension to be cut **34%!!!!!!** My pension is being cut drastically, and this will create an unusual hardship on me. I already have to pay more for my medical and dental insurance and eye care. To make things worse, the State of Michigan taxes my pension.

Judge Rhodes I am asking you to step in and intervene on behalf of all the pensioners. A 34% pay cut will create a severe hardship on all of us.


Sincerely,

*Sylvia F. Robinson*

Sylvia F. Robinson

377 Drexel Street

Detroit, MI 48215