2-25-14     To Judge Steven W Rhodes     CASE 13-53846

Dear Sir

I know that your time is important so I'll get right to the Point

My name is Daniel Lopez I hired in with the City of Detroit in 1978, I retired in 2009. Before I retired, I made sure that I would have enough in my Pension, and my health care was in place to take care of me and my Wife for the rest of our lives. I was told that it was a one time deal that It would never increase, I did Not Plan for a DECREASE. Some of the things I did to insure I had enough to Retire

① I Worked 31 YEARS

② Being a Viet Nam Veteran I was allowed to Buy two ~~year~~ years seniority $6080⁰⁰

③ I took less of a pension so my wife would be OK, if I died first

My wife is 61 so they allready took ~~aug~~ away her Health care. It now cost me $680⁰⁰ a month for her health care.

13-53846

Judge Steven W. Rhodes

Clerk of the Court

United States Bankruptcy Court

Eastern District Michigan

Southern Division

211 St. Fort St.

Suite 1800

Detroit 48226