Case No. 13-53846

Amru Mean
30815 Billington cf
Beverly Hills, MI 48025

Feb. 22, 2014

Honorable Judge Steven W. Rhodes.

My name is Amru Mean I am a City of Detroit Retiree.
I am 58 years and a Cancer patient (two surgeries) had Kidney, Aderinal Gland, part of my Pancreas, Intestine, Spleen, Appendix and Thymis Gland removed.

My Current Bills are House Payment: $1450/monthly $505 Car payment $250 Heating Cost $100 Electric, $95 Water Cost, Groceries $400 $750 Visa Card $150 AARP Credit Card Payment, $300 Home Depot, previous House I can Sell $940 which is Rented for $800.00 at a Lose and can't Sell Because I owe more than its worth.
My Health Care cost is $1209 monthly.

Case No. 13-53846

Ameli Mean
30815 Billington d
Beverly Hills Mi
48025
2-22-14

My total monthly obligation is $7100 My total household income currently is $5300 monthly. We can not afford a pay cut unless I walk away from our home and walk away from our car. Please keep in mind as a cancer patient with my monthly premiums of $1207 and annual deductible of $2800 and with and grand total annual deductible of $12,000⁰⁰ if I need additional surgery How can my wife & I afford and more cuts.

We now pay a new bill for Health Care of $14,508 Plus $2800 Deductible and 4.38% State income Tax and possible a 26% - 34% Pension cut. Please reject Mr K Orr's Plan of adjustment & Do not cut our pension. Mark Mean

# Pension response to 78,000 buildings to be demolished

78,000 buildings do not need to be demolished

1) not that many dangerous building exist in the city many buildings are blighted but not dangerous and abandoned as required to be demolished and therefore will not qualify for demolition

2) the city will not need or use $520 million to demo whatever number of dangerous building that need demolition as Federal Block Grants and State Funds are used to demolish dangerous buildings NOT CITY TAX DOLLARS

3) when buildings are demolished the City require the property owners to pay the full cosy of demolition ( if the owners are deceased or can not afford to pay the city will take the property an sell if like what you recently saw when the city gave the Illienches all the land to build a new hockey stadium

4). The State , the Wayne county Treasury , HUD, V.A. and Planning and Development dept Currently owns many of the dangerous buildings in detroit and in the recent past the city demolished many of the Government owned buildings which were demolished at tax payers expense. We should not be required to pay for the demolitions of these buildings and we must demand the government stop maintaining dangerous building INCLUDING SCHOOLS and pay for the demolitions of their buildings

5). Keep in mind that as Mayor Duggan continues to improve the image of Detroit property owners will start to improve the property as the property valves will rise also with a strong property maintenance enforcement program owners will repair the buildings.

AN important note to remember is as we demolish building as opposed to REQUIRIng owners to repairs their building we will erode OUR tax base.

6). Keep in mind when the city requires owners to eliminate the blighted conditions the owners are issued tickets which require them to pay fines which will fully cover the cost of the enforcement programs.

Dangerous buildings programs and blighted property maintenance programs are NOT PAID BY CITY TAX DOLLARS but are PAID BY FEDERAL GRANTS AND STATE FUNDS and also paid by the owners of the blighted properties NOT BY RETIREES .

7). In closing; We SHOULD NOT BE REQUIRED TO TAKE A 26% - 34% PAY CUT . IS every employee being REQUIRED to take the same pay cut and the same reduction/elimination in health as the retirees are being forced to take .

We are requesting to see the current salaries of Mayor Duggan's Appointees and further demanding the take the same pay cut as we are being forced to take but first lets make sure the appointees are not making higher salaries than when Mayor Bing was in office and if it is higher then first roll back their pay yo pre Bankruptcy filing then demand a 26%-34% pay cut and the same reductions in Heath care the retires are being forced to take.

2-14-14

AMRU MESH

Former Director
Building + safety Engineering
Amrumesh@yahoo.com