JD

Case # 13-53846          2-22-14
Judge Steven Rhodes
c/o Clerk of the Court

My name is Felicia D. Jones I worked as a civilian employee for the City of Detroit Police Department as a Senior Identification Technician for 31½ years. I can't afford any cuts to my pension because it will effect my living, eating, sleeping and overall health. I need to take care NOT only of myself but 81 year old mother. I must take 3 medications daily. I have bills to pay. High deductibles for health care. I also care for my two grandchildren. If you cut my pension that I earned I will be devastated financially and mentally. When I signed a contract on 3-12-79, I agreed and was promised a lifetime t health care coverage for life. I worked hard to service the public everyday. First my pension was taxed in 2011. And now here comes this Plan of Adjustment. I worked @ the ragged 1300 Beaubien and I was injured several times. I had knee surgeries, left elbow surgery, all to do my job, service the public. I always came back to work with the knowledge of the great ending Lifetime Health Care + Pension

(OVER)

Sincerely,

[signature]

For:
Case # 13-53846
Judge Steven W. Rhodes
c/o Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Michigan
Southern Division

From: Felicia D. Jones
20141 Mitchell
Det., MI. 48234