CASE # 13-53846

To The Honorable Judge Stephen W. Rhodes:

My husband is Dino Wright and a Detroit Retiree. Dino has lost his job, lost his Medical Insurance and now the City wants to take away his pension. We have had very difficult times since this is going on. Dino is still in his 50's and needs to find work and health Ins. We cannot afford to pay for our health Ins. with his pension check as it is, but it does pay our house payment. If we loose this check we will not have our home at all. Where will we live? Dino worked for the city for 30 years. We abided by all the Rules, lived in the city and supported it. He was a great worker, he received awards and was even written up in the News letter for his great work and kindness with the Senior tenants. Certainly some agreement should be forthcoming - so the Retirees do not suffer. We wake-up to this and go to bed at night with this Nightmare.

We as voters had voted down the anti-emergency-manager law. But it passed anyway. We are spending thousands and millions needlessly. Mr. Orr never negotiated with the city. You see

it does not affect him – for he is getting paid a tidey sum here in Detroit.

We have a daughter in college. We don't know what to do. We now have no job, no Ins. + they want to take our pension also. We should not have to suffer any percentage of our pension up. We should not be worried about building another bridge to Canada and making other expensive renovations in Detroit and make the retirees suffer. How is my family suppose to live and how are the other 23,000 retirees to live. The retirees worked for this and put their own hours + money into this pension for their futures. It is always easy for someone to say cuts should be made when it doesn't affect them. I would like to see Mr. Orr + Governor Snyder give up their Ins. or pension – or I should say have it snatched away from them. Please honorable Judge Rhodes, reconsider how many people will be homeless by this decision. Do not let the retirees down who worked hard + supported the city.

Respectfully,
Orvis Wright
Kathy Wright