2-21-14

Honorable Judge Steven Rhodes
RE CASE # 13-53846

My name is Frances D. Tease. I retired from the city of Detroit in 1999 at the age of 62. My pension was not that much because I only worked there for 11½ years.

I am now 75 yrs old. I am diabetic also have cholesterol problems. For my pension to be cut or my healthcare benefits lost would be very devastating for me. Along with being elderly I have a husband who is mentally challenged (brain injury)

to keep him from being put into a facility by taking on the devastating task myself. He also has many health challenges. Diabetic, Blood Pressure, Pad, Kidney along with the Alzheimer's Dementia.

We takes jobs in life hoping for benefits when we get this age. Please consider the expenses it takes 2 get to the doctors, pay for the medicines and also live heathy lives. I appreciate your consideration when you make your decision on our lives

Sincerely