Case No. 13-53846

Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern Districk of Michigan
Southern Divison
211 W. Fot St., suite 1800
Detroit, Michigan 48226

Judge Steven W. Rhodes

I am writing the letter to help you make a good decison on
not cutting my penson benefits:

        Food
        Gas - Home and Car
        Water bill
        Doctors Co pay
        House insurance
        Electric
        State Tax
        City Tax
        School Tax
        Medical Insurance
        Medicin

Thank You

Judge Caston Jr.

20015 Birwood
Detroit Mi 48221
313-341-7360

Page 1