Case # 13-53846

Honorable Judge Steven Rhodes

My name is Lucille Monroe Nicks. I am a City of Detroit - General Retiree.

I was totally distraught and devastated by the Plan of Adjustment proposed by Emergency Manager, Kevin Orr.

If the proposed Plan is accepted, it would be quite devastating to me and my family.

I lost money in the Vazilyn Poinsetta scam. Ms. Poinsetta was an employee of Colonial Insurance who formed her own company and stole savings from City employees as well as Detroit Public School teachers. I lost over $5,000 in this scam. Recently received a restitution check for $2.81.

As a City of Detroit employee it was mandatory to save a percentage of our earnings. Now, with no savings and the proposed 30-34% cut in my pension,

I would be in need of financial assistance from the State.

Is there anything that you can do to help me and my family?

Please have those who are on the Boards making decisions on our hard earned money to re-consider this Plan that cuts into our funds. One-third (⅓) of our Pension is too much. Gas for auto, insurances, foreclosure, utilities and food are even be considered.

Please help us.

Thank you for allowing me to share this with you.

Listening for a favorable response.

Lucille Nicks