13-53846    2/22/2014

To Judge Steven W Rhodes

My name is Aaron Jones and I've been a diabetic from for years. If my pension is cut, I dont know how I can continue to buy and eat the right food for my health condition.

Then I got to cut other bills in order to pay for my medicine. I have to miss doctor appointments because I dont always have enough money to pay for gas for my car. I also have problems paying my household bills. I need my money to pay someone to clean snow away or to take care of the grass. You see I am 86 yrs old, so please let me keep my pension without cutting it. If sickness become a big problem with me, I wont be able take care of business, so please be kind to us old peoples.

Aaron Jones