Judge Steven Rhodes
Case # 13-53846

If my pension was cut or taken away -- this is just some of the difficulties and "perhaps" lost of Life this would/cause cause.

### medical

High Blood Pressure - that your threats are mostly causing. Doctor visits and other needed medical care. Dental - Vision + others are a neciaty for seniors + retires to have at this time. Do Not fool around I beg or plead waiting for all to Just Die.

My monthly Rent.
Food
Car repair.
Bills
Etc. — are the things we try to take care of from the small pension I now get. You have all or most of the monies that come into the state. take the Retires? Are you?

over →

From

Albert Jackson
30590 Southfield Rd
#160
Southfield, MI 48076
248-593-6723