Dear Sir

I know that your time is important so I'll get right to the Point

My name is Daniel Lopez I hired in with the City of Detroit in 1978, I retired in 2009. Before I retired, I made sure that I would have enough in my Pension, and my health care was in place to take care of me and my Wife for the rest of our lives. I was told that it was a one time deal that It would never increase, I did not Plan for a DECREASE. Some of the things I did to insure I had enough to Retire

1. I Worked 31 YEARS

2. Being a Viet Nam Veteran I was allowed to Buy two years seniority $6080.00

3. I took less of a pension so my wife would be OK, if I died first

My wife is 61 so they allready took away her Health care. It now cost me $680.00 a month for her health care.

Now on top of this they want to cut my Pension its just not right.

If they told current employees that they were going to cut their pay 34% or 26% and take away their health care, they would not get away with it. They would strike, find work elsewhere, or shut the city down. That's why they would not try this with current employees, they would not get away with it they have Options.

Retired people do not have Options. It's just not right to beat up old people.

Do what is right.

Thank you for taking time to read my letter. Your decision on this matter, I will have to live with the rest of my life.

Daniel Lopez
14338 Polk
Taylor Mi. 48180

313-415-9990
DLOPEZ683@yahoo.com

13-53846

Judge Steven W. Rhodes
Clerk of the Court
United States Bankruptcy Court
Eastern District Michigan
Southern Division
211 W. Fort St.
Suite 1800
Detroit 48226