Dear Judge Rhodes,

I am writing to you, at this heart-breaking time in the history of the City of Detroit.

In 1971 I was employed by the City of Detroit under the CETA program. An innocent 19 yr. old, still living at home; I had struck gold! More money than I knew what to do with.

But an employee from the City's Benefits dept. knew exactly what I needed to do; sign up for my pension/annuity plan. Stressing the importance to plan for my future!

Therefore, I committed myself to the City of Detroit for Thirty-one years!!

I am old and have 2 or 3 chronic diseases, So now I'm told to pay my own medical and at a lesser income, than I was promised (entitled) to back in 1971!

Please Help Me, Please Save My Pension

Sincerely,
Constance M. Moore
7919 E. Lafayette
Det. MI 48214
(313) 822-6513

Case No. 13-53-846