Feb 22, 2014                 Case # 13-53-846

Judge Steven Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
21 W. Fort St. Suite 1800
Detroit MI. 48226

Dear Judge;

Any cut in my pension is a dire case for me, Mary E. Reed. I worked 34 yrs for the City of Detroit in the poverty program. I have serviced in one day, Federal food give away at least 10,000 people, arriving at 5:00 AM and working until four P.M. I fell on the job and hurt my back, without medical assistance I could not afford doctors care or possible operation on my back.

(over)

On a personal note I have invested my income into my home so that I would have a safe and comfortable place to live in my retired years. There was not a reason that I could think of that would remove my pension because it is ~~benefide~~ benefit to people who make as much in a day as I make in a year with all my responsibility.

Please remember these thing when you decide and rule on situations that ~~affects and~~ effect my way of life.

Mary E. Reed
537 Gleneagles
Highland Mi. 48357
248 889-8996