Case No. 13-53846
February 22, 2014
Judge Steven Rhodes
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St, Suite 1800
Detroit, MI 48226

When I got my job with the City of Detroit I wanted to work with the city because of all the benefits it offerred.

I am heart broken.

My husband is blind + on Dialysis Three times a week it takes gas a lot of gas.

We need the best insurance we can get.

If cut or any part of our or my money gets cut I might as well dig a hole in my back yard to lay us both to rest because I surely can not or will not be able to pay for a funeral. I would have to choose food before health care. It will also put me to go the soup line. Please help me to keep all my retirements benefits.

Sincerly,
Binnie L. Boatner

P.S. Hands off our business