UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor.<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

### Second Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment

The City has filed a plan of adjustment and a proposed disclosure statement. To promote the just, speedy, and inexpensive determination of this case as required by Fed. R. Bankr. P. 1001, the Court hereby establishes the procedures, deadlines and hearing dates set forth below.

> *Nothing herein excuses any party from the continuing obligation to participate in good faith in any mediation as ordered by Chief Judge Rosen.*
>
> *Further, the Court again strongly encourages all parties to negotiate with full intensity and vigor with a view toward resolving their disputes regarding the treatment of claims in the City's plan of adjustment.*

1. **March 14, 2014** is the deadline for parties to make a good faith effort to advise counsel for the City in writing of any request to include additional information in the disclosure statement. These requests shall not be filed with the Court.

2. **March 21, 2014** is the deadline for the City, the Retiree Committee, and any other interested parties to submit briefs on whether the classification of retiree claims in the plan of adjustment violates the bankruptcy code.

3. **March 28, 2014** is the deadline for the parties to file reply briefs regarding the issue identified in paragraph 2, above.

4. **April 1, 2014** is the deadline to file objections to the proposed disclosure statement.

   *Parties shall not state objections to the plan as objections to the proposed disclosure statement.*

   *A party filing an objection to the proposed disclosure statement shall use the proper ECF event code for the filing.*

5.  **April 4, 2014 at 10:00 a.m. will be the date and time for the hearing on the issue identified in paragraph 2, above**.

6.  **April 8, 2014** is the deadline for the City to file:

    (a) One combined response to all of the timely objections to the proposed disclosure statement.

    (b) A list of its fact witnesses and to identify the subjects that each witness will address.

7.  **April 10, 2014** is the deadline for attorneys who have filed timely disclosure statement objections and counsel for the City to meet and confer with a view toward narrowing and resolving their disputes regarding the adequacy of the disclosure statement. This "meet and confer" may be in person or by telephone. Any party whose attorney fails to timely participate in this process will be deemed to have waived its objections to the disclosure statement.

    *The Court strongly encourages the parties to resolve all disclosure statement objections before the hearing on the disclosure statement, and strongly discourages the parties from pursuing expensive, time-consuming and unnecessary litigation regarding the adequacy of the disclosure statement.*

8.  **April 11, 2014** is the deadline:

    (a) For the City to file a statement identifying the objections to the disclosure statement that remain unresolved after the "meet and confer" process required by paragraph 7, above.

    (b) For all parties to serve written discovery requests regarding plan confirmation.

9.  **April 14, 2014 at 9:00 a.m. will be the date and time of:**

    **(a) The hearing on any unresolved objections to the disclosure statement; and**

    **(b) A status conference regarding the plan confirmation process.**

10. **April 18, 2014** is the deadline for the City to file the final disclosure statement resolving any objections that the Court has sustained.

11. **April 25, 2014** is the deadline to comply with timely written discovery requests.

12. **April 26, 2014** is the date on which depositions may commence.

13. **April 28, 2014** is the deadline:

    (a) For the City to mail plan solicitation packages and, to the extent provided in any order approving vote solicitation procedures, to provide packages to applicable DTC participants;

(b) For parties other than individual bondholders and individual retirees to file objections to the plan; and

(c) For parties who have filed timely objections to plan confirmation to file a list of their fact witnesses and to identify the subjects that each witness will address.

> *A party filing an objection to the plan shall use the proper ECF event code for the filing.*

14. **May 12, 2014** is the deadline for the City to file one combined response to all of the timely plan objections filed under paragraph 13(b), above.

15. **May 30, 2014** is the deadline for each party to file a list of expert witnesses and to serve copies of expert reports (which shall not be filed).

16. **June 16, 2014** is the deadline to complete all non-expert witness depositions.

17. **June 30, 2014** is the deadline:

    (a) For plan voting;

    (b) For individual bondholders and individual retirees to file objections to the plan; and

    (c) To complete expert depositions.

18. **July 7, 2014** is the deadline for any party that filed a timely objection to the plan to file a supplemental objection, but only to the extent that discovery or the results of plan voting give rise to additional or modified objections to the plan.

19. **July 11, 2014** is the deadline:

    (a) To submit a proposed joint final pretrial order in compliance with LBR 7016-1;

    (b) To file pretrial briefs; and

    (c) For the City to file one combined response to supplemental objections to the plan and to objections filed by individual bondholders and individual retirees.

20. **July 14, 2014 at 9:00 a.m. will be the date and time of the final pretrial conference on plan confirmation.**

21. **July 16, 2014 at 9:00 a.m. will be the date and time for the commencement of the hearing on plan confirmation.**

    **Additional confirmation hearing dates, as necessary, will be July 17-18, 21-25, 28-31 and August 1, 2014.**

> *At this hearing, in addition to any evidence addressing the factual issues raised in the parties' plan objections, the City shall present evidence establishing the feasibility of its plan as required by 11 U.S.C. § 943(b)(7).*

The dates and deadlines established herein will be extended only on motion establishing good cause.

It is so ordered.

.

**Signed on March 06, 2014**

                                          **/s/ Steven Rhodes**
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**