Mattie Johnson
4744 Burns
Detroit, Mi. 48214

United States Bankrupty Ct.

Judge Stephen Rhodes

Dear Judge Rhodes,

I am an 88 year old senior having worked for the city of Detroit for over 30 yrs. My Pension is less than 800.00 monthly. I paid all those years – how can I possible live with a cut in my pension? This will certainly be another case for food stamps and other Resources available to the needy. Please consider our Plight and save us from this proposed cut –

Yours in Christ
Mattie Johnson