February 22, 2014

Case # 13-53846

Judge Steven Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St, Suite 1800
Detroit, MI 48226

Dear Judge Rhodes,

I am a City of Detroit Retiree with great concerns regarding the propose plan of adjustment to my pension. My life and that of my family will be devasted. I could no longer stay in my home. I cannot afford health insurance. I can't afford food, I can't my medicines. My husband and I both retired from the City, therefore, our household would take a 6.8% pay cut. We would be on the street. over →

I worked for the City of Detroit
31 years, and my husband worked for the
City 32 years, we retired with
the promise that we would have
a pension and health insurance. I
think this is unfair, that we have
to live our golden years in fear
of being homeless.
Therefore I respectfully ask you to throw
out this plan of Adjustment.

Linda Lovelady
19950 Blackstone
Detroit, MI 48219
1-313-655-1308