UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,  Case No. 13-53846
  Chapter 9
        Debtor.  Hon. Steven W. Rhodes
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

To: Clerk of the Bankruptcy Court

Geoffrey T. Pavlic of the firm Steinberg Shapiro & Clark, files this Notice of Appearance as local counsel to Nuveen Asset Management ("Nuveen") and Blackrock Financial Management, Inc. ("Blackrock") in the above-captioned case. Mr. Pavlic requests that all filings in this case be served at the following email address via notice of electronic filing:

    Geoffrey T. Pavlic, Esq.
    pavlic@steinbergshapiro.com

STEINBERG SHAPIRO & CLARK

/s/ Geoffrey T. Pavlic (P53770)
25925 Telegraph Road., Suite 203
Southfield, MI 48033
(248) 352-4700
pavlic@steinbergshapiro.com

Date: March 7, 2014