UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street  | 211 W. Fort Street | 226 W. Second Street |
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
|  | Detroit, MI 48226 |  |

**Order Party: Name, Address and Telephone Number**

Name _____Courtney Rogers_____

Firm _____Waller Lansden Dortch & Davis, LLP_____

Address __511 Union Street, Suite 2700_____

City, State, Zip __Nashville, TN 37219_____

Phone _____(615) 850-8583_____

Email _____courtney.rogers@wallerlaw.com_____

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number: 13-53846**

**Chapter:** 9

**Hearing Judge: Hon. Steven Rhodes**

**x  Bankruptcy    __Adversary**

__Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 3/5/2014    Time of Hearing: 2:30 p.m.    Title of Hearing: Solicitation Procedure**

Please specify portion of hearing requested:    □ **Original/Unredacted**    □ **Redacted**    X Copy
                                                                                                                (2nd Party)
X   Entire Hearing    □ Ruling/Opinion of Judge    □ Testimony of Witness    □ Other

Special Instructions: _____

**Type of Request:**

□  Ordinary Transcript - $3.65 per page (30 calendar days)

**x** 14-Day Transcript - $4.25 per page (14 calendar days)

□  Expedited Transcript - $4.85 per page (7 working days)

□  CD - $30; FTR Gold format (You must download the free
       FTR Record Player™ onto your computer from
       www.ftrgold.com

**Signature of Ordering Party:**

__/s/ Courtney Rogers    Date: 3/07/2014_____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                       Date           By

Order Received:

Transcript Ordered

Transcript Received