UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                       :
In re                                  : Chapter 9
                                       :
CITY OF DETROIT, MICHIGAN,             : Case No. 13- 53846
                                       :
           Debtor.                     : Hon. Steven W. Rhodes
                                       :
                                       :
-------------------------------------------------------x
```

# THE CITY OF DETROIT'S DISCLOSURE OF WITNESSES IN CONNECTION WITH THE HEARING ON THE CITY'S MOTION FOR ORDER APPROVING SETTLEMENT AND PLAN SUPPORT AGREEMENT

1. On March 6, 2014, the Court entered its Order Shortening Notice and Scheduling an Expedited Hearing with Respect to the City of Detroit (the "City")'s Motion for an Order Approving Settlement and Plan Support Agreement (the "Settlement Motion").

2. The City hereby identifies the following individuals as potential witnesses who may be called at the hearing scheduled for April 3, 2014 in connection with the Settlement Motion:

   a. Kevyn Orr, Emergency Manager for the City of Detroit, to be called as a lay witness;

b.  Gaurav Malhotra, Principal of Ernst & Young LLP, financial restructuring advisor to the City, to be called as an expert witness.

3.  Kevyn Orr will be available for deposition at the offices of Pepper Hamilton LLP, located at 4000 Town Center, Suite 1800, in Southfield, Michigan, on March 19, 2014 from 1 p.m. to 3 p.m..

4.  Gaurav Malhotra will be available for deposition at the offices of Pepper Hamilton LLP, located at 4000 Town Center, Suite 1800, in Southfield, Michigan, on March 19, 2014 from 3:15 p.m. to 5:15 p.m..

5.  The City reserves the right to supplement its list of witnesses after reviewing any objections to the Settlement Motion.

Dated: March 7, 2014

Respectfully submitted,

/s/ Robert S. Hertzberg_____
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7300 - Telephone
(248) 359-7700 - Fax
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Corinne Ball
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
cball@jonesday.com

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT