**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Objection to Chapter 9 Plan

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☑ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 3/6/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                 Case No. 13-53846-swr
City of Detroit, Michigan                                              Chapter 9
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: ktrio              Page 1 of 12          Date Rcvd: Mar 06, 2014
                              Form ID: def2            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2014.
      +Paul Bar,   4013 Ravensfield Dr,   Canton, MI 48188-7926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust        Daniel M. McDermott
                                                                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2014                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2014 at the address(es) listed below:
        A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
          abach@dickinsonwright.com
        Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
        Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,   achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.   on behalf of Creditor Robert   Davis aap43@outlook.com,
          aap43law@gmail.com
        Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
          aap43@outlook.com,   aap43law@gmail.com
        Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
        Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
        Angela Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
          HollisR@dhcmi.org
        Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
        Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
          aoreilly@honigman.com,   ahatcher@honigman.com
        Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccotti@cwsny.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
          bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
          bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
        Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com
        Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com,   wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
        Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
        Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
          joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com

          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

          Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com

          Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com

          Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

          Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan bbennett@jonesday.com

          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com

          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com

          Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees carole.neville@dentons.com

          Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com

          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation caroline.english@arentfox.com

          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation caroline.english@arentfox.com

          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM

          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com

          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com

          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association courtney.rogers@wallerlaw.com

          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com

          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com

          Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com

          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Dan Korobkin    on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party James Washington dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
Daniel J. Weiner    on behalf of Plaintiff   Ambac Assurance Corporation dweiner@schaferandweiner.com
Daniel J. Weiner    on behalf of Interested Party   Ambac Assurance Corporation dweiner@schaferandweiner.com
David Eisenberg    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
David Eisenberg    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
David Eisenberg    on behalf of Creditor   Detroit Police Command Officers Association deisenberg@ermanteicher.com
David Eisenberg    on behalf of Creditor   Detroit Police Officers Association deisenberg@ermanteicher.com
David A. Lerner    on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David A. Mollicone    on behalf of Creditor   Brown Rehabilitation Management, Inc. dmollicone@dmms.com
David Gilbert Heiman    on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
David L. Dubrow    on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow    on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Zack    on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
David T. Lin    on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
Dawn R. Copley    on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant John Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant John Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah L. Fish    on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
Debra N. Pospiech    on behalf of Interested Party Kimberly James dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Denise Gardner dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
Dirk H. Beckwith    on behalf of Creditor   Wilmington Trust Company, National Association dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor   U.S. Bank National Association dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party   Mario's Restaurant, Inc. don@mcguiganlaw.com
Douglas Steele    on behalf of Interested Party   International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com,    ecf@gudemanlaw.com
              Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com,    ecf@gudemanlaw.com
              Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
               litdocket@honigman.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com,    ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com,    ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com,    lhaas@sbplclaw.com
              Eric  Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
               amendiola@morganmeyers.com
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com,    Kristin.Going@dbr.com;Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com,    Kristin.Going@dbr.com;Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
               ecf@zaplc.com
              Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,   tc@osbig.com
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
               jgrasl@mcdonaldhopkins.com,    sharrow@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com

        Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com

        Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net

        Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net

        John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com

        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com

        John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com

        John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com

        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com

        Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com

        Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com

        Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

        Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

        Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

        Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

        Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com

        Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

        Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association jteicher@ermanteicher.com

        Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com

        Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association jteicher@ermanteicher.com

        Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com

        Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

        Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com

        Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com

        Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com

        Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association Avery@SilvermanMorris.com

        Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com

        Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com

        Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com

        Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

        Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com

        Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

        Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

        Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com

        Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit Lisa.Fenning@aporter.com
              Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
               Lisa.Fenning@aporter.com
              Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com,   dburris@jaffelaw.com
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com,   dburris@jaffelaw.com
              Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
               lbrimer@stroblpc.com,   kvanakin@stroblpc.com
              Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
               MField@stroblpc.com,   jmckeogh@stroblpc.com
              Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com,   pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com,   pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
               mark.angelov@arentfox.com
              Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com,   jbrown@steinbergshapiro.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
               paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com,   paula@demolaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor John   Denis melissa@demolaw.com, paula@demolaw.com
Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party Bill   Schuette BellM1@michigan.gov
Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell   White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com
Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan pmears@btlaw.com
Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation ralph.taylor@arentfox.com
Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Raymond Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
Robert Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com, dan.barnowski@dentons.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com

Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com

Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company soconnor@glmpc.com

Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com, melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

Sean M. Walsh    on behalf of Interested Party    Gabriel, Roeder, Smith & Company swalsh@sbplclaw.com

Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit sdeeby@clarkhill.com

Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com

Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com

Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com

Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com

Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd. stephen.hackney@kirkland.com

Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc. stephen.hackney@kirkland.com

Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc. stephen.hackney@kirkland.com

Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com

Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com

Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com

Stephen P. Stella    on behalf of Creditor Jessie  Payne attorneystella@sszpc.com,  agaty@sszpc.com

Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts laplante@millercanfield.com,  skoczylas@millercanfield.com

Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com,  skoczylas@millercanfield.com

Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan laplante@millercanfield.com,  skoczylas@millercanfield.com

Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov

Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com

Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com

Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com

Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com

Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

```
District/off: 0645-2           User: ktrio                 Page 10 of 12                  Date Rcvd: Mar 06, 2014
                               Form ID: def2               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
        morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
        morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party Donald Taylor morris@silvermanmorris.com,
        marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Creditor Donald Taylor morris@silvermanmorris.com,
        marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
        morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
        Association morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
        marlene@silvermanmorris.com
        Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
        Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
        fusco@millercanfield.com
        Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
        tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
        Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association
        clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State,
        County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
        clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com,
        clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State,
        County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc.
        clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
        clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Trevor J. Zamborsky    on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Rhonda Craig tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Velma Denson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Sharon Pettway tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Shelton Bell, Jr. tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com

District/off: 0645-2           User: ktrio                 Page 11 of 12              Date Rcvd: Mar 06, 2014
                               Form ID: def2              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

13-53846-tjt    Doc 2950    Filed 03/08/14    Entered 03/09/14 00:53:15    Page 13 of 14

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
         vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
        William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
         wcb@osbig.com
        William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
        William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
        William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
        Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
         yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                                          TOTAL: 490