211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Objection to Chapter 9 Plan

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☒ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 3/6/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                               Case No. 13-53846-swr
City of Detroit, Michigan                                            Chapter 9
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: ktrio              Page 1 of 12        Date Rcvd: Mar 06, 2014
                              Form ID: def2            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2014.
          +Patricia Granberry,    20002 Marlowe,    Detroit, MI 48235-1681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2014                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,    achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,    aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,    ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,    wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
               joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com
          Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees carole.neville@dentons.com
          Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation caroline.english@arentfox.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Dan Korobkin on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party James Washington dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
Daniel J. Weiner on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Police Command Officers Association deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David A. Mollicone on behalf of Creditor Brown Rehabilitation Management, Inc. dmollicone@dmms.com
David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
David L. Dubrow on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Zack on behalf of Other Professional McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
David T. Lin on behalf of Interested Party The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
Dawn R. Copley on behalf of Interested Party State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah Kovsky-Apap on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Debtor In Possession City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant John Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant John Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah L. Fish on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
Debra N. Pospiech on behalf of Interested Party Kimberly James dpospiech@morganmeyers.com
Debra N. Pospiech on behalf of Interested Party Denise Gardner dpospiech@morganmeyers.com
Debra N. Pospiech on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
Dirk H. Beckwith on behalf of Creditor Wilmington Trust Company, National Association dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com
          Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com, litdocket@honigman.com
          Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
          Eric Rosenberg    on behalf of Interested Party Patricia    Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
          Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com
          Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
          Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com
          Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
          Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
          Harold E. Nelson    on behalf of Creditor Brendan    Mylewski ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association Heath.Rosenblat@dbr.com, Kristin.Going@dbr.com;Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Kristin.Going@dbr.com;Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com
          Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
          Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis    on behalf of Creditor Thomas    Stephens Info@ConLitPC.com
          James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd. james.sprayregen@kirkland.com
          Janet M. Ziulkowski    on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
          Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company jbank@kerr-russell.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jerome D. Goldberg    on behalf of Creditor David   Sole apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Interested Party Jerome   Moore apclawyer@sbcglobal.net
John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan jgregg@btlaw.com
Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan green@millercanfield.com
Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party Michael   Duggan, Mayor jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com

Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit Lisa.Fenning@aporter.com

Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com

Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan swansonm@millercanfield.com

Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com

Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation mark.angelov@arentfox.com

Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com

Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc. bankrout@davispolk.com

Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov

Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov

Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG summersm@ballardspahr.com

Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com

Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest    on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Melissa L. Demorest on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
- Melissa L. Demorest on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
- Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
- Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
- Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
- Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
- Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael C. Hammer on behalf of Interested Party MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
- Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
- My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
- Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
- Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter J. Roberts on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
- Peter L. Canzano on behalf of Creditor National Public Finance Guarantee Corporation pcanzano@sidley.com
- Ralph A. Taylor on behalf of Interested Party Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Randall A. Pentiuk on behalf of Interested Party Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Creditor St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Ricardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
    Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
    Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
    Robert M. Fishman   rfishman@shawfishman.com
    Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
    Robert S. Hertzberg   on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
    Ronald L. Rose   on behalf of Interested Party Angie Wong rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Laura Malher rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Wanda Leverette rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Jason Leverette-Saunders rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Ian Mobley rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Kimberly Mobley rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Stephanie Hollander rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Nathaniel Price rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party James Washington rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Jerome Pierce rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Darlene Hellenberg rrose@dykema.com
    Ronald L. Rose   on behalf of Interested Party Paul Kaiser rrose@dykema.com
    Ryan Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
    Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com
    Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com
    Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
    Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees sam.alberts@dentons.com, dan.barnowski@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
        Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
        Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company soconnor@glmpc.com
        Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
        Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
        Sean M. Walsh    on behalf of Interested Party    Gabriel, Roeder, Smith & Company swalsh@sbplclaw.com
        Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit sdeeby@clarkhill.com
        Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
        Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
        Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
        Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
        Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
        Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
        Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
        Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
        Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
        Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
        Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
        Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
        Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
        Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
        Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd. stephen.hackney@kirkland.com
        Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc. stephen.hackney@kirkland.com
        Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
        Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
        Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
        Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
        Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
        Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
        Stephen P. Stella    on behalf of Creditor Jessie  Payne attorneystella@sszpc.com, agaty@sszpc.com
        Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
        Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
        Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
        Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
        Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
        Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
        Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com
        Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
        Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
        Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com
        Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc. clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Trevor J. Zamborsky    on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Rhonda Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Velma Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Sharon Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Shelton Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Trevor J. Zamborsky    on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William C. Blasses    on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party   Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William Pfeiffer Smith    on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
          Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 490
```