UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>      Debtor. | Case No. 13-53846<br><br>In Proceedings Under<br>Chapter 9<br><br>Hon. Steven W. Rhodes |

# NOTICE OF APPEARANCE AND DEMAND
# FOR SERVICE OF PLEADINGS AND OTHER PAPERS

PLEASE TAKE NOTICE that Carson Fischer, P.L.C. ("Carson Fischer") hereby appears as counsel on behalf of Oakland County.

PLEASE TAKE FURTHER NOTICE that Carson Fischer hereby requests, pursuant to § 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that copies of all notices and pleadings given or served in this case be given and served upon Carson Fischer as follows:

    CARSON FISCHER, P.L.C.
    Attn: Joseph M. Fischer, Esq.
    4111 Andover Rd., West - Second Floor
    Bloomfield Hills, Michigan 48302
    Telephone: (248) 644-4840
    Facsimile: (248) 644-1832
    Email: jfischer@carsonfischer.com

- 1 -

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the Eastern District of Michigan, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, telegraph, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Demand for Service of Pleadings and Other Papers*, nor any later appearance, pleadings, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court for the Eastern District of Michigan, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court for the Eastern District of Michigan withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 11, 2014　　　　　　　　　　CARSON FISCHER, P.L.C.

　　　　　　　　　　　　　　　　　　　By: /s/ Joseph M. Fischer
　　　　　　　　　　　　　　　　　　　　　Joseph M. Fischer (P13452)
　　　　　　　　　　　　　　　　　　　　　4111 Andover Road, West-2nd Floor
　　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, Michigan 48302
　　　　　　　　　　　　　　　　　　　　　(248) 644-4840

## CERTIFICATE OF SERVICE

　　I hereby certify that the foregoing *Notice of Appearance and Demand For Service of Pleadings and Other Papers* was filed and served by the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter on this 11th day of March, 2014.

　　　　　　　　　　　　　　　　　　　CARSON FISCHER, P.L.C.

　　　　　　　　　　　　　　　　　　　　/s/ Joseph M. Fischer
　　　　　　　　　　　　　　　　　　　Joseph M. Fischer (P13452)