March 7, 2014

Judge Steven Rhodes
C/O Clerk of the Court
US Bankruptcy Court
Eastern District of Michigan
Southern Division
211 West Fort Street, Suite 1800
Detroit, MI 48226

RE: Case # 13-53846

Dear Judge Rhodes,

Thank you for allowing me to express my concerns about the plan to reduce my City of Detroit retirement income. I am so outraged I really don't know where to begin. Simply put, I consider the proposal to cut my pension by <u>more than a third</u> an unconscionable act of betrayal.

I worked for the City of Detroit faithfully for more than 30 years. My employment record was exemplary and my commitment to the city, strong. I was promised that if I worked hard when I was young and able, I would earn a retirement that would sustain me and my family in my golden years. I kept my part of the covenant. I am expecting the City of Detroit to keep its promise to me and my fellow retirees.

I am a 72 year old man, with a family and a number of health challenges, and I am not able to seek employment at this point in my life. If my income is cut by 34 percent, what am I supposed to do? I still have bills. I still have to eat and pay for medicine. I still must provide for my family.

I find it appalling that senior citizens have to pay the price for decades of mismanagement of our pension fund. In fact, it appears that whenever there is a financial crisis of some kind, seniors are the ones called upon to make the principal sacrifice. We retired in good faith, with the assurance of a certain

income. To drastically cut it now, when many of us are unable to work, is simply unacceptable.

I also am offended to have been told that the cut would be 25 rather than 34 percent if we accept it without involving the union. In other words, we'll be rewarded if we just take it on the chin and go away without making any trouble. This is unfair, at best, and, in my view, downright immoral.

I am respectfully asking you to reject this brazen attempt to right years of financial negligence on the backs of dedicated Detroit seniors. We have earned our retirement.

Sincerely,

Roy Harris