2-22-14

Honorable Judge Rhodes
115 Bankruptcy Court
211 W. Fort St. #1800
Detroit, Michigan 48226
#13-53846

Honorable, I am a Retiree
City of Detroit. Worked 37 years.
My health is poor, and
I have many medical
Problems - Artery Transp. Oct. 13. I cannot
afford any cuts. My living
expenses including more than I
am rec. I have Exhausted all
savings because of Medical Problems.

Please think of you because we
should not suffer because of
poor Management.

Hoping, Praying & Accepting, you
Will do the best of us.
Sincerely,