March 04, 2014

Re: Pension Cuts

TO: Judge Steven W. Rhodes

Dear Judge Steven W. Rhodes,

I am a Retiree from the City of Detroit, and worked thirty-three years and six months diligently and industriously.

I had plans to enjoy my retirement with my family, not worry if my pension check is going to be slashed by thirty-four percent. That is a very hefty amount. This is going to change my life, and my family's life if this is approved.

Why should my family, and I be punished for a debt that we did not cause, and furthermore why is my pension going to get cut short to repay the Banks. The Banks should be held accountable, and the Banks should repay the citizens, and The City of Detroit Retirees.

I am so angry at the people proposing this ludicrous cut. I worked hard, and I earned my pension honestly. There are other avenues, I am sure, in place to clear this Bankruptcy debt, but it definitely should not be done by reducing my pension. I want them to keep their hands off my pension.

I am asking you, your Honor, please hear our pleas to prevent our pensions from being cut for a debt we did not incur.

Thank you,

*Carlottie Shaw*
Carlottie Shaw