CASE # 13-53846
3-3-14

The Honorable Judge Steven Rhodes,

Dear Sir,

My name is Lois Drafts. I am 77½ years old. Both my husband, David 83½ years old, and I are City of Detroit Retirees.

When I had to retire because of illness (non duty disability) the City of Detroit (unknown to me) paid "sick time" out of my annuity! This was wrong! As a result, my pension is just $459.80 — a 34% loss minus a Dental Plan of $26.71. Will be only $273.00 month.

I loved my job (Senior Clerk in Property Tax). I was a good, caring dedicated Public Servant. I received (via the Treasurer and Mayor) many letters of gratitude and praise from the Taxpayer. I was Finance Employee of the Year twice.

Judge Rhodes, we are already struggling to live. We just entered a Structured Debt Payment Plan!

Why are we being blamed and sacrificed for past poor management? We worked for our promised pensions and Medical Care Benefits. Is it because we are old and frail, we can be written off??
We are real people not dollar signs $ $

These are not the "Golden Years" for us.
This is terrifying!! Please, please consider our plight.

Thank You,
Lois J Drafts

Lois J Drafts
[address]
Detroit, MI 48219

13-53846-tjt    Doc 2971    Filed 03/11/14    Entered 03/11/14 12:44:06    Page 1 of 1