March 1, 2014

Dear Judge Rhodes,

I am writing to ask you to please have mercy on all of us City of Detroit retirees. Cutting our pensions is like giving us a death sentence. How are we to live when its a struggle trying to make it month to month now?

Sincerly,
Linda Appling
586-350-0635
15704 Sprenger Ave.
Eastpointe, MI 48021