*America the Beautiful*

MARCH 3, 2014

JUDGE STEVEN W. RHODES
C/O CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
211 W. FORT ST SUITE 1800
DETROIT, MI 48226
CASE NO. 13-53-846

TO THE HONORABLE JUDGE RHODES:
THIS LETTER IS A REQUEST TO RULE IN FAVOR OF CITY OF DETROIT RETIREES - NON REDUCTION OF PENSIONS RE: BANKRUPTCY CLAIMS.

I AM A RETIREE, HAVING WORKED 32 YRS IN THE HEALTH DEPARTMENT AS A PUBLIC HEALTH NURSE/CONSULTANT. I STAYED ON AN ADDITIONAL TWO YEARS TO MAKE SURE I WOULD HAVE HEALTH CARE COVERAGE IN MY "SENIOR" YEARS WHEN I RETIRED. EFFECTIVE MARCH 1, 2014 I AM NOW USING SAVING ACCOUNT MONEY TO

(1)

## America the Beautiful

PAY ~~FOR~~ $290/MONTH FOR HEALTH INSURANCE

ALSO, I DECIDED TO REQUEST EARLY SOCIAL SECURITY BENEFITS AT AGE 62 yrs. IF MY PENSION IS CUT, IT DIRECTLY AFFECTS MY SS# CHECK - WHICH WILL BE REDUCED PROPORTIONATELY.

I AGREE THE CITY OF DETROIT NEEDS HELP IN BALANCING ITS BUDGET, BUT NOT AT THE EXPENSE OF ITS RETIREES WHO CONTINUE TO PAY TAXES AND LIVE IN THE CITY THAT I FELT WOULD SEE ME THUR MY GOLDEN YEARS.

PLEASE CONSIDER THE ABOVE INFORMATION AND HAVE THE E.M "==KEEP HIS HANDS OFF MY PENSION==".

SINCERELY
DIANA LAWRENCE

(2)