March 3, 2014

Judge Steven W. Rhodes
c/o Clerk of Court
u.s. Bankruptcy Court
Eastern District of MI
Southern District
211 W. Fort St. Ste 1800
Detroit, MI 48226

RE: CASE # 15 13-53846

Dear Judge Rhodes, my name is Sandra Y. Evans. I am a retiree of 37 hrs., civilian employee of the Detroit Police Department. I retired as an Executive Secretary II, Board of Police Commissioners. When I was hired by the City I was told if I worked 30 years, I could retire and receive a full pension with medical benefits. Now that is being threatened because some people got in positions wh ere they could handle City funds and others things. They screwed up,, and as a retiree I am one of many employees that are against the unfairness of asking us to take anywhere from 26% = 34% pay cut. In addition my rx copays are increased, my doc visits have went to $20 for my primary care physician, and $40 per visit to the specialist I have to see on a regular basis. I am 67 yrs. Old, divorced and everything is on me. I have a mortgage payment, homeowners insurance, auto insurance, car n ote, utility bills, household repairs, and other bills, including home repairs.

While I understand the City is broke, due to greed, people in power taking advantage and stealing monies from the City and lying about it, we did not cause this mess. Therefore, the brunt of the deficit should not be put on the backs of the employees that kept their end of the agreement. This large pay cut will cause me to loose my home, and other things, i.e. my car, because with a pay cut of this size I won't be able to afford them. I even heard a judge on the news in the beginning of this fiasco say that the retirees should not have been included in the bankruptcy, however Gov. Snyder and Emergency Manager Kevin Orr, feel that taking from us is the only solution. At the end of the day, they all make more than the average city worker, and this will not affect their pay or quality of living.

I am legally deaf, diabetic, retina deattachment, and other health issues. Please do not make us pay for the mistakes of t hose whom are/were in charge of handling the City finances.

Respectfully Submitted

SAMDRA I. EVANS
13468 Crosley
Redford Twp. MI 48239