Honorable Judge Steven W. Rhodes

Eastern District Court of Michigan

2-27-2014

Honorable Judge Rhodes,

My name is Catherine Jones and I am a retiree from the city of Detroit water department.
I am writing to you because the city's current bankruptcy situation negatively impact my current living arrangement. Like many retirees I live on a fixed income. I am able to make minor adjustments for fluctuations in bills like my unusually high gas bill or minor increases in insurance cost or increases in the cost of medications.

However, the suggested decrease in my pension of 20-34% would totally devastate me and seriously impact my ability to maintain my essential living situation. I am sure that there are a lot of retirees that share my plight.

Attempting to restructure 18 billion dollars in debt is no easy task. I understand that some things have to be cut and some things nave to be eliminated altogether. Cutting the pensions of the individuals already retired will cause a cascade effect and thus another crisis for the city, as many of us will lose our homes and lose our independence as we would have to rely on family members for support if we're lucky. I ask that you please your Honor make every effort to leave the city of Detroit pension fund intact. Many of the retirees are longtime residents of the city of Detroit and have been the foundation of the city's existence even through the direst times. Allowing the pension to remain means that the current retirees can continue to be a resource for the city as we make our way through this current debacle.

Sincerely,

Catherine Jones