Judge Steven W. Rhodes

Dear Sir:

I am asking your help on the issue of the Detroit Bankruptcy issue. In the past I was Vice President of Local 1227 an was included in the bargaining process an meetings. We as local 1227 an Council 25 sent two letters to the past Governor of Michigan , Jennifer Grandholm asking her to investigate Kwame Kilpatrick for corruption and the first letter she responded that it was a civil matter an not hers to look into , the second letter we never got a reply to . I am assuming it was ignored . When we were negotiating with Mr. Roger Cheeks we brought up the corruption in his administration Mr. Cheeks said " <u>We are the elected officials an we reserve the right to mismanage as we see fit"</u>. Mr. Orr has said the mismanagement was" our fault". we tried to get it the attention it deserved an were ignored by the sitting governor.

Now we are being asked to have our Pensions reduced by 34+ % an no cost of living increases EVER . We live on 40% of what we made working , most pensions as you know are 20 to 30 thousand dollars tops , Now that the city is in bankrupt we are being discarded by the emergency manager Kevin Orr. He has offered the banks more in repayment at our expense . We worked 30 or more Years an now are being put out with the garbage for the wrongs of others an political expediency . Please don't let this happen . Kevin Orr is threatening us with a take it or leave it proposition of minus 34% , NO healthcare. Or else plan . Please Affirm to the world that we had a contract with the city an held up our part , its time the city upheld there's . We should not be beggared an thrown out on the scrap heap because of corrupt politicos we need to eat , pay our bills , and live as we were guaranteed we could while we gave a minim of 30 years to this city. As Employees .

*Stephen P Gold*
Stephen L. Gold
15374 Riverdale , Detroit, MI 48223