# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

" Bankruptcy  Adversary

Appeal  Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____ **Time of Hearing:** _____ **Title of Hearing:** _____

Please specify portion of hearing requested:  " **Original/Unredacted** """ **Redacted** """""" **Copy** *2nd Party)

Entire Hearing  Ruling/Opinion of Judge  Testimony of Witness  Other

Special Instructions: _____

---

**Type of Request:**

Ordinary Transcript - $3.65 per page (30 calendar days)

14-Day Transcript - $4.25 'r gt'r ci g (14 calendar days)

Expedited Transcript - $4.85 'r gt'r ci g (7 working days)

"""""""""CD - $30; FTR Gold format"/"You must download the free """"FTR Record Player™ onto your computer from """""""""""""""""y y y 0hti qrf 0eqo "

**Signature of Ordering Party:**

_____Date: _____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date  By

Order Received:

Transcript Ordered

Transcript Received

---