UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF Michigan
SOUTHERN DIVISION

in re

City of Detroit, Michigan
   Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

I oject to the Plan

Bourgeand Walker