UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN     Case No. 13-53846-swr
                              Chapter 9
_____Debtor___/   Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: Dale A. Seaton

hereby states his/her/their OBJECTION TO:

(CITY OF DETROIT'S PLAN OF ADJUSTMENT) and/or

CITY OF DETROIT'S DISCLOSURE STATEMENT (circle one)

for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because I AM A RETIRED CITY OF DETROIT POLICE OFFICER.

2. (I)/we object to the above filing because: AS A POLICE OFFICER I AM NOT ENTITLED TO SOCIAL SECURITY BENEFITS AND CUTTING MY PENSION WILL AFFECT MY ABILITY TO PAY BILLS. I WORK A SECOND JOB AND THE WINDFALL ELIMINATION PROVISION WILL CUT ANY BENEFITS BY 60%. NOT FAIR & EQUITABLE

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: DALE A. SEATON
Signature: Dale A. Seaton
Address: 14883 PIEDMONT
         DET, MI 48223
Email: DASEATON59@GMAIL.COM

Dated: