March 6, 2013

Your Honor,

    I am writing this to you to in regards to the bankruptcy in which the emergency manager is trying to impose 30% on the general retirees. I am one among the many members that is under 64 years old. The 125.00 dollar stipend a month that is going to my insurance on the healthcare marketplace is not enough, nor did I not qualify for any discount or tax credit therefore I am paying a large portion almost 400.00 a month for my insurance that is coming out of my pension check . If the 30% is imposed also then another 900.00 is coming out of my check and that is going to put me in bankrupt. I do not have much annuity to fall back on and my pension is all I got. Most companies want younger people to be hired. And the city is still making bad decisions as far as making money revenue for the city. The governor is taxes our checks. Nothing has been etch in stone about the governor helping us. I could see if the 30% cut was not permanent. Also everything that is being outsource is not good either. I worked 33 years with the city of Detroit with the promise of a pension and healthcare. Please your take in consideration that you will not allow the EM to bail the city out on the backs of the retirees. It is not our fault.

Sincerely Yours,

Gwendolyn Montgomery

*Gwendolyn Montgomery*
Retiree

FILED 2014 MAR 11 P 2:18 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 2985    Filed 03/11/14    Entered 03/11/14 15:39:28    Page 1 of 1