Re: Case #13-53846
Judge Steven Rhodes
C/O Clerk of the court


Your Honor,
    I am a retired employee of the city of Detroit
writing in regards to Kevln Orr and Governor Snyders plan
to bring Detroit back to prosperity at the expenseof the
employees who were promised that if they worked diligently
to perform the duties of our classifications we would be
duly rewarded with the things promised in our contracts.
This great city should not be used as a test case for
politicians whose agendas do not include the wwelfare of

present or past employee. We cannot afford to live on half
of the pension we were entitled to. with insurance costs
tripled with less service. We are the people who have taken
concessions for the last 20 years trying to help the city survive
and as we move into our twilight years we should be able
at the very least "eat' we cannoot do that if the bankruptcy
as its presented is finalized. Please consider our plight.

                                        Sincerely,
                                        Peggy A. Heade