Jacqueline M. Anderson-Hutchings
2530 Woodrow Wilson Blvd.,
        Apt. #1
West Bloomfield, MI 48324-1722
March 4th, 2014

Judge Steven W. Rhodes, U.S. Bankruptsy Court
Eastern Dist. of Mich; Southern Division
211 West Fort St., Ste. 1800
Detroit, MI 48226

Court Case No: 13-53846

2014 MAR 11 P 18
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT
FILED

Dear Judge Rhodes,
I had perfect attendance when I worked, so
Please accept my plea for leniency
regarding my pension. I worked 100's of
double shifts in order to build up my
pension amout for my old age. Please
do not throw me into poverty. I earned
$80,000/yr as a 911 operator but my income
plummeted to $36,000 when I retired. Now I'm
70 years old and no one will hire me. Please
do not let them lower my monthly pension
Income. Thank you.
Jacqueline M. Anderson-Hutchings