FILED FEB. 28, 2014

2014 MAR 11 P 2: 18    CASE #13-538-46

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

ATTENTION
   JUDGE STEVEN RHODES,
I'M A RETIRED DETROIT WATER &
SEWERAGE DEPARTMENT WORKER,
AT THE PRESENT TIME I
STRUGGLE TO PAY MY MONTHLY
AND MEDICAL BILLS. I CANNOT
AFFORD TO REPAIR MY CAR OR
GET AUTO INSURANCE FOR IT. I
FIND IT HARD TO BELEIVE THAT
WITH EVERYTHING GOING UP
FOOD, UTILITIES, GASOLINE, ETC. THE
THOUGHT OF CUTTING MY PENSION
BY 34% WOULD BE HARDSHIP FOR
MANY FAMILIES. YOUR HONOR
PLEASE TAKE THIS INTO CONSIDERATION
WHEN YOU MAKE YOUR DESICION ON
BANKRUPTCY FOR THE CITY OF DETROIT,
YOUR JUDGEMENT WILL EFFECT
MANY FAMILIES.

HOPEFUL
Robert Cox Jr.