March 5, 2014

Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy,
Eastern District Southern Division
Case #13-53846

To Whom It May Concern:

I am a 26.5 year retiree from the City of Detroit. I am writing to express my true deeply feelings on how a 34% cut to my pension income will effect my living. I will not be able to survive off a $808.00 cut. I would truly have to go get another FULL TIME JOB in order to survive. I was dedicated and loyalty throughout my career. A 34% pension cut is not fair to me or any other **RETIREE.** We worked very hard and too many years to deserve a slap in the face like this. Please reconsider your decision.

Sincerely,

Angela Newell