To Judge Steven Rhodes:

My Name is Mary Eatmon, I am a retired employee from the city of Detroit, Department of Transportation (D.O.T). My request to you is; Please do not allow the city Government or the Emergency Manager take away our pension, we depend on that money to keep us afloat so that we don't become a burden to anyone, from my understanding the city officials had borrowed a large sum of money from our pension board and never repaid the debt they owe us, now they want to take more money from us that is wrong and illegal; Actually we are one of creditor that the city owes, they seem to have forgotten about that. So I am making my voice heard in this matter also, I pray that you will take my letter into consideration.

Thanking you in advance. "Retiree".

Sincerely,

*Mary Eatmon*

Mary Eatmon

FILED 2014 MAR 11 P 2:19 U.S. BANKRUPTCY E.D. MICHIGAN