Dear Sir,

My name is [Donald?] [—], I am 83 yrs. [of age?]. I am a City of Detroit retiree with 25 yrs of service with the Employment Training Dept. My wife Lois is also a retiree of the City of Detroit.

The proposed 34% cut in our retiree benefits would be traumatic and devastating. Due to our age starting over would be impossible. We had nothing to do with the financial crises that the City finds itself in.

Our pension is a major source of our income, present and future. Results of our pension cut, any health care increase, would be tragic.

Your decision will

affect the lives of thousands of retirees, present and future.

Yours very truly,
David H. Wufts