UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Chapter 9
City of Detroit, Michigan,                                  Case No. 13-53846
    Debtor.                                               Hon. Steven W. Rhodes
_____/

### Order Denying Motion to Appoint Committee of Creditors With Claims Under 42 U.S.C. § 1983

An undisclosed group of creditors who have claims against the City under 42 U.S.C. § 1983 have filed a motion for an order directing the United States Trustee to appoint a committee to represent all such creditors in this case. The motion is made pursuant to 11 U.S.C. § 1102(a)(2), which commits the matter to the Court's discretion. The City opposes the motion.

The Court concludes that the mediation procedures currently in place adequately address the interests of this group of creditors in this case. Accordingly, there is no cause to grant the relief sought and the motion is denied.

.

**Signed on March 11, 2014**

                                                  **/s/ Steven Rhodes**
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**