UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

| | |
|---|---|
| **In re: CITY OF DETROIT, MICHIGAN,** | U.S. BANKRUPTCY COURT Chapter 9 |
| "As 18 USC s1001 kccllc.net/detroit/ | E.D. MICHIGAN-DETROIT |
| **Claims Register / Report No.161."** | Case No. 13-53846 |
| | Hon. Steven W. Rhodes |

**Debtor,**

CREDITOR'S EMERGENCY MOTION FOR INCUMBENT JUDGEMENT AND RELIEF

[Creditor] JEFFREY SANDERS, Hereby, MOVES the Court to abruptly accede - authorize 'Entry -

Execution of Judgement Relief ow(ed)ing [Creditor] undersigned per U.S. Const. Article III - 11 U.S.C.

s362(b)(1) **"acced(ant)ing 18 U.S.C. s241 - 42 U.S.C. s1983 Claims"** advanced - conceded - exacted -

**verified** in USDC-E.D. Mich. Case No. 07-14206 incorporating USBC-E.D. Mich. Case No. 13-53846'

heretofore, as **conforming** to [Debtor]'s incontrovertible - ow(ed)ing - unerring **"Elective-Option (c)"**

discern(ed)ing **verified' Record Filed** from 10/03/2007 thru 04/13/2009 to 06/15/2009 thru 07/24/2009

(Doc.1-2, 5-40, 47, 49, 54, 57-58, 64-67, 68) heretofore. See 11 U.S.C. s362(b)(1) - 28 U.S.C. s1915(d)

This 'Motion' accedes **Judicial** acclaimed ascertainments - determination - incumbent **redress** from

the Court's abusive - unwarrant(abl)ed '**11 U.S.C. s362(b)(1) and 18 U.S.C. s241 – 28 U.S.C. s1915(d)**

**Offen(ding)sives'** unduly violative of [Creditor]'s U.S. Const. Amendment I, IV, V-XIV Protections per

U.S. Const. Article III - 11 U.S.C. s362(b)(1) **plus 18 U.S.C. s241 thru** 42 U.S.C. s1983 **acced(ant)ing**

Payton v New York, 445 U.S. 573, n[1] 576(1980) - Stanton v Sims, 571 U.S. __(Per Curiam), Opinion

Page 3(cit. omit.)(Dec.11/04/2013) and FRCiv.P 54 - E.D. Mich. LR 58.1(a)-(d) inherent **"Mandates"**.

Respectfully Authored – Served On March 10, 2014, By:/s/ _____

JEFFREY SANDERS, Pro Per

Subscribed and sworn to before me
on the 10 th day of March, in 2014.       16599 HUBBELL STREET
(Notary) _Allison McMath_              DETROIT, MICH. 48235
My Commission Expires:

**ALLISON MCMATH**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Dec. 18, 2019
Acting in the County of _____