UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

## Order Denying "Creditor's Emergency Motion for Incumbent Judgement and Relief" (Dkt. #2994)

Jeffrey Sanders has filed an "Emergency Motion for Incumbent Judgement and Relief." (Dkt. #2994). This motion is frivolous. Accordingly, it is denied.

.

**Signed on March 11, 2014**

          /s/ Steven Rhodes  
    **Steven Rhodes**  
    **United States Bankruptcy Judge**