UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

'" Bankruptcy     Adversary

Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____   **Time of Hearing:** _____   **Title of Hearing:** _____

Please specify portion of hearing requested:    '" **Original/Unredacted** """ **Redacted** """"""**Copy** *2nd Party)

    Entire Hearing      Ruling/Opinion of Judge      Testimony of Witness      Other

Special Instructions: _____

**Type of Request:**

    Ordinary Transcript - $3.65 per page (30 calendar days)

    14-Day Transcript - $4.25'r̈ gt'r̈ ci g (14 calendar days)

    Expedited Transcript - $4.85'r̈ gt'r̈ ci g (7 working days)

"""""""CD - $30; FTR Gold format"/"You must download the free
"""FTR Record Player™ onto your computer from
""""""""""""""""""""""y y y 0ñti qrf œqo "

**Signature of Ordering Party:**

_____Date: _____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                            Date      By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 2997    Filed 03/11/14    Entered 03/11/14 19:07:36    Page 1 of 1