UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                              :     Chapter 9
In re                                         :
                                              :     Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                    :
                                              :
                      Debtor.                 :     Hon. Steven W. Rhodes
                                              :
                                              :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 13, 2014, the Notice of Deposition of Kevyn D. Orr and Request for the Debtor's Production of Document [Docket No. 3013] was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: March 13, 2014

DENTONS US LLP

By: */s/ Claude D. Montgomery*
Claude D. Montgomery (P29212)
1221 Avenue of the Americas
New York New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

*Attorneys for the Retiree Committee*