UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) | |
| | ) | Case No. 13-58346 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 13, 204, the *Limited Objection of the Detroit Retirement Systems to Notice of Presentment of Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying the Automatic Stay* [Dkt. No. 3015] was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                CLARK HILL PLC

                /s/ Robert D. Gordon
                Robert D. Gordon (P48627)
                151 South Old Woodward Avenue, Suite 200
                Birmingham, Michigan 48009
                Telephone: (248) 988-5882
                Facsimile: (248) 988-2502
                rgordon@clarkhill.com

Dated: March 13, 2014        *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

200381071.1 14893/165083