Case No. 13-53846   EXH. 3 to
McKenzie Obj. to Discl. Statement

## State of Michigan



**Certificate Number 695**

## Department of Insurance and Financial Services
## Lansing, Michigan

I, R. Kevin Clinton, Director, certify that

City of Detroit
611 C.A.Y.M.C.
Detroit, MI 48226-3462

Coverage Effective: 06/09/2013 thru 06/09/2014

Qualifies as a self-insurer for the purposes of Act 204, P.A. 2012.

This certificate covers all vehicles owned or registered by the named self-insurer.



*R. Kevin Clinton*
_____
R. Kevin Clinton, Director

6/4/13
_____
Dated

FIS 2270 (03/13)