UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| City of Detroit,<br>    Appellant,<br>v.<br>Lasalle Town Houses Cooperative Association, *et al.*,<br>    Appellee. | Case No. 2:14-cv-10503-BAF-PJK<br><br>Honorable Bernard A. Friedman<br><br>Magistrate Judge Honorable Paul J. Komives |
| In re:<br>City of Detroit,<br>    Debtor. | |
| In re:<br>City of Detroit, Michigan<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Steven W. Rhodes<br>Chapter 9 |

## ORDER DISMISSING APPEAL

This matter having come before the Court upon the stipulation of the parties, the Appellant, the City of Detroit, Michigan, and the Appellees, Lasalle Town Houses Cooperative Association, et al., by and through their respective counsel, and the Court being advised as to the premises, IT IS ORDERED that, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the City's appeal of the order by Honorable Steven W. Rhodes entered in the City's bankruptcy case on December 18, 2013 (Doc. No. 2223) is dismissed with prejudice.

    March 14, 2014　　　　　　　　　　s/ Bernard A. Friedman

　　　　　　　　　　　　　　　　　　　　　　U. S. DISTRICT COURT JUDGE