UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

    Debtor.                                          Hon. Steve W. Rhodes

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On or before March 12, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class mail to the parties on the service lists attached hereto as **Exhibit A**, and **Exhibit B**:

- **Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Plan for Adjustment of Debts of the City of Detroit** [attached hereto as **Exhibit C**]

- **First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment** [Docket No. 2755]

Dated: March 14, 2014

                                                              Stephanie Delgado
                                                              KCC
                                                              2335 Alaska Ave
                                                              El Segundo, CA 90245
                                                              Tel 310.823.9000

# Exhibit A

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Heinowski Appraisal and Consulting, LLC | 3549 W Pineview Dr | Dexter | MI | 48130-8703 |
| J B Cain Co | 6250 19 Mile Rd | Sterling Hts | MI | 48314-2103 |

# Exhibit B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Adams, Arthur | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Adams, Helen | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Aks Of Romeo LLC | Attn Accounts Payable | Healthquest Physical Therapy | 1773 Star Batt Dr | Rochester Hls | MI | 48309-3708 |
| Alfaro, Gabriel A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Alford, Samuel J | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Alvarado, Sherry L. | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Anthony Robinson | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Bannerman, Jody R | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Bates, Jernee C | | 19193 Glastonbury Rd | | Detroit | MI | 48219-2117 |
| Bazzi, Ali | | 3716 Syracuse St | | Dearborn | MI | 48124-3324 |
| Blackmon, Dwane | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Bonner, Harvey | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Boyer, Linda A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Brandy, Desmond | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Briggs, Elizabeth | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Brown, Albert Lee | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Brown, Jarritt | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Brown, Jessica Et Al | | 1401 W Fort St Unit 442081 | | Detroit | MI | 48244-3584 |
| Brown, Jw | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Brunson, Sandra M | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Bryant, Jeffrey | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Bryanton, Barbara | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Byrd, Karen | | 6719 Auburn St | | Detroit | MI | 48228-3963 |
| Campbell, Andre | Sam E. Elia | 25800 Northwestern Hwy Ste 850 | | Southfield | MI | 48075-8400 |
| Carter, Natesa | | 18483 Mansfield St | | Detroit | MI | 48235-2931 |
| Catteeuw, Allysia | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Christine Thomas Dn1 | | 3185 Canton St | | Detroit | MI | 48207-2541 |
| Clark-Price, Wilma J | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Cox Bernard | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Cox, Bernard | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Crawley, Ashley | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Dambach, Marion | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Dambach, Timothy | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Dambach, Timothy E | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Davis, Carol R | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Davis, Garvin B | | REDACTED | | REDACTED | REDACTED | REDACATED |

In re City of Detroit, Michigan
Case No. 13-53846
1 of 5
13-53846-tjt    Doc 3030    Filed 03/17/14    Entered 03/17/14 13:29:04    Page 5 of 15

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Davis, Pamela | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Dawson Sr, Darrell L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Demmings, Kandyshin | | PO Box 19023 | | Detroit | MI | 48219-0023 |
| Dennis Taubitz | | 3051 Lindenwood Dr | | Dearborn | MI | 48120-1311 |
| Ditto, Brandon | | 8450 Grandville Ave | | Detroit | MI | 48228-3010 |
| Dixon, Ella M | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Dixon, Ruby L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Dodson, Marguerite | | 19740 Lindsay St | | Detroit | MI | 48235-2208 |
| Doretha White | Attn Accounts Payable | 1512 S Ransholph St | | Arlingtong | VA | 22204-4013 |
| Doss, Glenn D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Dozier, Dashanae | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Drains, Judy | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Duley, Jeffrey | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Ealy, Terence | | 836 Carroll Ave Uppr | | Saint Paul | MN | 55104-5563 |
| Ees/Tyjt D/B/A Econ & Eng | Attn Accounts Payable | Svcs/Tucker Young Jackson Tull | 615 Griswold St Ste 600 | Detroit | MI | 48226-3981 |
| Eiesha Johnson-Bey | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Esper, Johnette | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Estrada, Luis E | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Everett, Shamina | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Farah, Reem | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Fisher, Crystal D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Fleming, Ronald | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Floyd, Dawn | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Ford, Keshia J | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Fullilove, Cory L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Gandy, Stacey L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Gibson, Gail O | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Gibson, Sabionne | | 19297 E 13 Mile Rd | | Roseville | MI | 48066-1307 |
| Giles, Brandai D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Good, Kimberly | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Grissom, Douglass | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Guy, Randall | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Guy, Randall C | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Habiter, Lashawda | | 13813 Eastburn St | | Detroit | MI | 48205-1247 |
| Hadley, Tylene E | | 18466 Winston St | | Detroit | MI | 48219-3051 |
| Hampton, Yvette | | REDACTED | | REDACTED | REDACTED | REDACATED |

Exhibit B
Creditor List

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Handley, David J | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Harbin, Shirley | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Harden, Clemeroy E | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Hardnett, Michael | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Harris, Sonia D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Hawkins, Rosland | | 5961 Garland St | | Detroit | MI | 48213-3305 |
| Hendrix, Torrie | | 13662 Collingham Dr | | Detroit | MI | 48205-1115 |
| Henry, Yarlen | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Hicks, Shanedia A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Holman, Annie | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Holt, Derrick A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Holts, Patricia A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Hunt, Angela | | PO Box 2781 | | Detroit | MI | 48202-0781 |
| Hunter, Charles | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Hutton Jr, George | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Hynes, Donald C | | REDACTED | | REDACTED | REDACTED | REDACATED |
| James Lewis Johnson | | REDACTED | | REDACTED | REDACTED | REDACATED |
| James, Jeremy T | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Jeffrey Duley | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Joe McClelland | Staneck Rack Company | REDACTED | | REDACTED | REDACTED | REDACATED |
| Johnson, Gwendolyn D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Johnson, James L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Johnson, SheRon D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Johnson, Sidney A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Jones, Cheryl | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Jones, Christopher A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Jones, Clementine | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Kent, Gerald P | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Kimbrel, Lana | | 11515 Mendota St | | Detroit | MI | 48204-4713 |
| Lane, Joan | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Law Office Of Scott E Combs | Attn Accounts Payable | 45600 Mast St | | Plymouth | MI | 48170-6007 |
| Lawson-Walker, France | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Lewis, Comara | | 8220 Whitcomb St | | Detroit | MI | 48228-2254 |
| Lipsey, Derrick D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Lowe, Helen | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Malone, Danielle L | | 11374 Balfour Rd | | Detroit | MI | 48224-1111 |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Mansfield, Wendell | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Maples, Roderick | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Martin, Gloria | | 17140 Hoover St | | Detroit | MI | 48205-3112 |
| Martinez, Gerardo | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Matelic, Christine | | 22025 Duvalle Dr | | Romulus | MI | 48174 |
| Mathis, Alex L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Maurice Smith | | REDACTED | | REDACTED | REDACTED | REDACATED |
| McCain, Luther D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| McCallum, Ahkela | | 15452 Southfield Fwy | | Detroit | MI | 48223-1360 |
| McCarroll-Jones, Darren | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Mccraken, Thomas N | | REDACTED | | REDACTED | REDACTED | REDACATED |
| McCruter, Jimmie | | REDACTED | | REDACTED | REDACTED | REDACATED |
| McGhee, Byron | | REDACTED | | REDACTED | REDACTED | REDACATED |
| McNeal, James | | REDACTED | | REDACTED | REDACTED | REDACATED |
| McShane, Brian | | REDACTED | | REDACTED | REDACTED | REDACATED |
| McShane, Brian J | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Meyers, Gail M | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Midwest Golf & Turf | Attn Accounts Payable | 10925 Reed Hartman Hwy Ste 114 | | Cincinnati | OH | 45242-2840 |
| Monroe, Everett A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Montgomery, Anita E | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Morrison, Johnny | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Muhammad, Marna | | 20474 Vine Dr | | Macomb | MI | 48044-6501 |
| Ogeorgia, Anna | | 6157 Huber St | | Detroit | MI | 48211-1530 |
| Paige, James R | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Palmer, Meagan | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Patton, Cheryl | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Penn, Rosetta L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Peoples, Dion A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Peoples, Karen Y | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Peoples, Oliver | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Perry, Junius | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Pickett, Tyrone H | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Pickron, Carla | | 727 W Grand Blvd Apt 128 | | Detroit | MI | 48216-2124 |
| Piku Jr., Stephen | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Porchia, Cephus G | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Preferred Power Inc | Attn Accounts Payable | REDACTED | | REDACTED | REDACTED | REDACATED |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Proctor, Joanna L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Ramsey, Olivia L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Reed, Joseph | | 8151 Rolyat St | | Detroit | MI | 48234-3308 |
| Rice, Craig | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Richardson, George | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Richardson, George M | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Riggs, Tiarra | Joseph Dedvukaj | 1277 W Square Lake Rd | | Bloomfld Hls | MI | 48302-0845 |
| Riggs, Tracy | Joseph Dedvukaj | 1277 W Square Lake Rd | | Bloomfld Hls | MI | 48302-0845 |
| Risper, Tavien | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Rivera, Patrice | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Roberson, Woodrow | | 16740 Bramell St | | Detroit | MI | 48219-3753 |
| Robinson, Kimberly | | 24024 Evergreen Rd Apt 136B | | Southfield | MI | 48075-5537 |
| Roehrig, David | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Ronald Taylor | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Royal Arc Manufacturing | Attn Accounts Payable | 23851 Vreeland Rd | | Flat Rock | MI | 48134-9409 |
| Rozier Ii, Jeffery N | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Ruffin Sr, Orlando A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Rush, Ronald A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Russell, Sonia | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Saffold, Brian M | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Sanders Ii, Tony R | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Savage, Joseph | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Scally Rose | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Semcog | Attn Accounts Payable | 1001 Woodward Ave Ste 1400 | | Detroit | MI | 48226-1927 |
| Sharp, Jasmine R | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Sigler, Kareem | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Simmons, Amanda | | 15309 Edmore Dr Uppr | | Detroit | MI | 48205-1348 |
| Slappy Iii, James | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Smith, Martin | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Smith, Patricia | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Stanek, Helen L | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Stanley, Renee M | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Starks, Katie | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Steary, Christopher C | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Stewart, Tory C | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Stewart, Vergil | | REDACTED | | REDACTED | REDACTED | REDACATED |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Stinson, Desiree | | PO Box 05100 | | Detroit | MI | 48205-0100 |
| Suomi, William D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Talley, Deandre D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Taubitz, Dennis | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Thompson, Anna | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Thompson, Ella Lee | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Travel Adventures Inc | Attn Accounts Payable | REDACTED | | REDACTED | REDACTED | REDACATED |
| Travis, Ijamun | | 873 Chalmers St | | Detroit | MI | 48215-2954 |
| Turner, Herman | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Turner, Larry | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Tyrine Wheatley | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Vaughn, Octavia | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Victor & Marie Lisabeth | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Walker, Dennis D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Washington, Tiaira | | 8521 Outer Dr | | Detroit | MI | 48227 |
| Webb, Helen M | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Weis, Beverly | | 3281 Clements St | | Detroit | MI | 48238-2739 |
| Whitten, Maureen | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Whitten, Maureen A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Williams, Carmel | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Williams, Deborah A | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Williams, James M | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Williams, Lamar D | | REDACTED | | REDACTED | REDACTED | REDACATED |
| Woodcum, Oscar J | | REDACTED | | REDACTED | REDACTED | REDACATED |

# Exhibit C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
                                                   :
In re                                              : Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         : Case No. 13-53846
                                                   :
                        Debtor.                    : Hon. Steven W. Rhodes
                                                   :
                                                   :
---------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On February 21, 2014 the City of Detroit, Michigan (the "City") filed the *Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 2708) (the "Plan") and the *Disclosure Statement with Respect to Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 2709) (the "Disclosure Statement") with the Bankruptcy Court for the Eastern District of Michigan, Southern Division (the "Bankruptcy Court").

2. On February 21, 2014, the City filed the *Motion of the City of Detroit for Approval of the Proposed Disclosure Statement* (Docket No. 2713) (the "Disclosure Statement Approval Motion").

LAI-3209398v2

3. On April 14, 2014, the Bankruptcy Court will hold a hearing to consider whether the City's proposed Disclosure Statement contains adequate information. The hearing will be at 9:00 a.m. Eastern time at 231 W. Lafayette Blvd., Detroit, Michigan 48226. The hearing will take place before the Honorable Steven W. Rhodes, United States Bankruptcy Judge.

4. The Bankruptcy Court may continue the hearing after this time and date without prior notice to the parties. The City may modify the Disclosure Statement prior to the hearing, during the hearing or as a result of the hearing without further notice to the parties.

5. IF YOU WISH TO OBJECT TO THE APPROVAL OF THE DISCLOSURE STATEMENT AND DO NOT STRICTLY FOLLOW THESE PROCEDURES, YOU MAY BE BARRED FROM OBJECTING TO THE DISCLOSURE STATEMENT AND YOU MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.

6. Any objection or response to approval of the Disclosure Statement must be filed with the Bankruptcy Court on or before April 1, 2014.

7. The City shall file and serve a consolidated reply to all objections or responses to approval of the Disclosure Statement on or before April 4, 2014.

8. Copies of the Disclosure Statement Approval Motion; the Disclosure Statement, Plan and all amendments thereto; and related documents are available

on the internet, free of charge, at http://www.kccllc.net/Detroit and http://www.detroitmi.gov/EmergencyManager.aspx.

9. In addition, copies of the Disclosure Statement Approval Motion; the Disclosure Statement, Plan and all amendments thereto; and related documents are available upon request by contacting Kurtzman Carson Consultants at City of Detroit Ballot Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 or by telephone at (877) 298-6236.

LAI-3209398v2

Dated: February 28, 2014

Respectfully,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

LAI-3209398v2