UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>      Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**DECLARATION OF CAROLE NEVILLE IN SUPPORT OF
OBJECTION OF THE OFFICIAL COMMITTEE OF RETIREES
TO THE MOTION OF DEBTOR FOR ENTRY OF AN ORDER,
PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 9019, APPROVING A SETTLEMENT AND PLAN SUPPORT
<u>AGREEMENT AND GRANTING RELATED RELIEF</u>**

I, Carole Neville, declare as follows:

1. I am a member of the law firm Dentons US LLP, duly retained counsel for the Official Committee of Retirees (the "Committee"), appointed in the chapter 9 case of the City of Detroit, Michigan (the "City").

2. I am authorized to make this declaration in support of the Committee's objection to the motion of the City for entry of an order purportedly pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, approving a settlement with UBS AG, SBS Financial Products Company LLC and Merrill Lynch Capital Services, (defined in the motion collectively as the "Swap Counterparties") (Docket No. 2806).

3. Attached hereto as Exhibit A is a true and correct copy of the Transcript of the hearing before the Court on January 16, 2014.

1

4. Attached hereto as Exhibit B is a true and correct copy of the Collateral Agreement dated as June 15, 2009.

I declare under the penalty of perjury under the laws of the United States that the forgoing is true and correct, to the best of my knowledge.

Dated: March 17, 2014

By: _/s/ Carole Neville_
Carole Neville

2
81988186\V-1
13-53846-tjt    Doc 3034    Filed 03/17/14    Entered 03/17/14 15:08:57    Page 2 of 2