UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2014, (i) the Objection Of The Official Committee Of Retirees To The Motion Of Debtor For Entry Of An Order, Pursuant To Section 105(A) Of The Bankruptcy Code And Bankruptcy Rule 9019, Approving A Settlement And Plan Support Agreement And Granting Related Relief [Docket No. 3032] and the Declaration of Carole Neville in Support of the Objection Of The Official Committee Of Retirees To The Motion Of Debtor For Entry Of An Order, Pursuant To Section 105(A) Of The Bankruptcy Code And Bankruptcy Rule 9019, Approving A Settlement And Plan Support Agreement And Granting Related Relief [Docket No. 3034] was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: March 17, 2014        DENTONS US LLP

By:  /s/ Carole Neville
Carole Neville
1221 Avenue of the Americas
New York New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

*Attorneys for the Retiree Committee*