UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN            Case No. 13-53846-swr
                                                      Chapter 9
_____Debtor /     Hon. STEVEN W. RHODES

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO DEBTOR'S MOTION TO APPROVE SETTLEMENT (DKT 3024)

     Creditor, Thomas Stephens, by and through his Counsel Hugh M. Davis, hereby gives notice that he withdraws Docket 3024, Creditor's Objection to Debtor's Motion to Approve Settlement.

                                              Respectfully Submitted,

                                              Constitutional Litigation Associates, P.C.

                                              By:    *s/Hugh M. Davis*
                                                       Hugh M. Davis (P 12555)
                                                       Co-Counsel for Plaintiffs
                                                       450 W. Fort Street, Suite 200
                                                       Detroit, Michigan 48226
                                                       313-961-2255/Fax: 313-961-5999
                                Email: Info@ConLitPC.Com

Date: March 17, 2014

## CERTIFICATE OF SERVICE

   Jillian R. Rosati, says that on this 17th day of March, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification to all e-filing users.

                                                    /s/Jillian R. Rosati
                                                    Jillian R. Rosati

F:\Cases\Phillips v. Snyder\In Re Detroit Bankruptcy\Tom Stephens\Pldgs\Notice of Withdrawal (2014-03-17).docx