UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

**CONCURRENCE OF RETIREE ASSOCIATION PARTIES IN THE "OBJECTION OF THE OFFICIAL COMMITTEE OF RETIREES TO MOTION OF DEBTOR FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, APPROVING A SETTLMENT AND PLAN SUPPORT AGREEMENT"**

    The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA"), and Shirley V. Lightsey, individually and as President of the DRCEA (collectively, "Retiree Association Parties"), through their counsel, Lippitt O'Keefe Gornbein, PLLC and Silverman & Morris, P.L.L.C., file this statement to indicate their concurrence in the arguments made in the Objection of the Official Committee of Retirees (Dkt. 3032 ). Further, through this filing the Retiree Association Parties incorporate by reference the Committee's arguments as if fully restated herein.

    **WHEREFORE,** for the reasons stated by the Official Committee of Retirees, which are incorporated by reference above, the Retiree Association Parties respectfully request that the Court deny the Motion of Debtor for Entry of an Order, Pursuant to

{00204836}
13-53846-tjt    Doc 3037    Filed 03/17/14    Entered 03/17/14 15:32:50    Page 1 of 2

Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement (Dkt. 2806).

|  | Respectfully submitted,<br>**LIPPITT O'KEEFE GORNBEIN, P.L.L.C.** |
|---|---|
|  | By: /s/Ryan C. Plecha_____<br>Brian D. O'Keefe (P39603)<br>Ryan C. Plecha (P71957)<br>370 East Maple Road, 3rd Floor<br>Birmingham, Michigan 48009<br>Tel: (248) 646-8292; Fax: (248) 646-8375<br>bokeefe@lippittokeefe.com<br>rplecha@lippittokeefe.com |
| Dated: March 17, 2013 | *Attorneys for Retiree Association Parties* |

**SILVERMAN & MORRIS, P.L.L.C.**

Thomas R. Morris (P39141)
Karin F. Avery (P45364)
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330; Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com
*Co-Counsel for Retiree Association Parties*