## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN                              Chapter 9

        Debtor.                                 Case No. 13-53846
                                                  Hon. Steven W. Rhodes

---

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2014, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Concurrence of Retiree Association Parties in the "Objection of the Official Committee of Retirees to Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement.

                                    Respectfully submitted,

                                      /s/ Judy Dobrzycki
                                      Judy Dobrzycki
                                      Lippitt O'Keefe Gornbein, PLLC
                                      Assistant to Ryan C. Plecha
                                      370 E. Maple Rd., 3rd Floor
                                      Birmingham, MI 48009
                                      (248) 646-8292
                                      jdobrzycki@lippittokeefe.com

Dated: March 17, 2014