# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | ) | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE

I, J. Mark Fisher, an attorney, hereby certify that on March 17, 2014, I electronically filed a copy of the **Objection of Certain COPs Holders to Debtor's Motion to Approve Settlement and Plan Support Agreement with Swap Counterparties**, with the Clerk of the Court using the ECF System, which will send notification of such filing to those attorneys registered to receive notices.

Dated: March 17, 2014

Respectfully submitted,

**SCHIFF HARDIN LLP**

By: */s/ J. Mark Fisher*
Rick L. Frimmer
J. Mark Fisher
Michael W. Ott
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Tel. 312-258-5500
Fax. 312-258-6500
rfrimmer@schiffhardin.com
mfisher@schiffhardin.com
mott@schiffhardin.com

*Attorneys for FMS Wertmanagement AöR*