# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| ------------------------------------------- | x | |
|  | : | |
| In re | : | **Chapter 9** |
|  | : | |
| **CITY OF DETROIT, MICHIGAN,** | : | **Case No. 13-53846** |
|  | : | |
| Debtor. | : | **Hon. Steven W. Rhodes** |
|  | : | |
| ------------------------------------------- | x | |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the FMS Wertmanagement AöR is the successor-in-interest to DEPFA Bank PLC.  The undersigned appears as counsel for and on behalf of FMS Wertmanagement AöR, creditor in the above-captioned case, and pursuant to Bankruptcy Rules 2002 and 9010, requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on the following:

> Rick L. Frimmer
> E-mail:  rfrimmer@schiffhardin.com
> J. Mark Fisher
> E-mail:  mfisher@schiffhardin.com
> Michael W. Ott
> E-mail:  mott@schiffhardin.com
> Jeffrey D. Eaton
> E-Mail:  jeaton@schiffhardin.com
> SCHIFF HARDIN LLP
> 233 South Wacker Drive
> Suite 6600
> Chicago, IL 60606
> T:  (312) 258-5500
> F:  (312) 258-5600

Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) any right of FMS Wertmanagement AöR to have final orders entered only after de novo review by the District Court; (2) the right of

FMS Wertmanagement AöR to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of FMS Wertmanagement AöR to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, or defenses to which FMS Wertmanagement AöR is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, and defenses are expressly preserved.

Respectfully submitted,

SCHIFF HARDIN LLP

/s/ J. Mark Fisher
Rick L. Frimmer
J. Mark Fisher
Michael W. Ott
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
T: (312) 258-5500
F: (312) 258-5600
rfrimmer@schiffhardin.com
mfisher@schiffhardin.com
mott@schiffhardin.com

Counsel for FMS Wertmanagement Aör