UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## NOTICE OF CANCELLATION OF DEPOSITIONS

**PLEASE TAKE NOTICE** that the deposition of **Kevyn Orr**, previously scheduled to take place at Pepper Hamilton's Southfield office, located at Suite 1800, 4000 Town Center, Southfield, MI 48075 on Wednesday, March 19, 2014, has been **CANCELLED** and will be rescheduled at a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that the deposition of **Gaurav Malhotra**, previously scheduled to take place at Pepper Hamilton's Southfield office, located at Suite 1800, 4000 Town Center, Southfield, MI 48075 on Wednesday, March 19, 2014, has been **CANCELLED** and will be rescheduled at a date and time to be determined.

Dated: March 17, 2014

Respectfully submitted,

/s/ Deborah Kovsky-Apap_____
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
(248) 359-7300  -  Telephone
(248) 359-7700  -  Fax
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Corinne Ball
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile:   (212) 755-7306
cball@jonesday.com

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001.2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2014, I caused to be electronically filed the foregoing Notice of Cancellation of Depositions and this Certificate of Service with the United States Bankruptcy Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

/s/ Deborah Kovsky-Apap
DEBORAH KOVSKY-APAP (P68258)

#24548566 v1 (140967.3)