UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:　　　　　　　　　　　　　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　　Case No. 13-53846

City of Detroit, Michigan,

　　　　Debtor.
_____/

**CERTIFICATE OF SERVICE**

　　　The undersigned certifies that:

OBJECTION OF INTERESTED PARTY DAVID SOLE TO MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, APPROVING A SETTLEMENT AND PLAN. [Docket 3043]. was filed with the Clerk of the Court electronically on March 17, 2014, and that such document will in turn be served automatically by electronic means to all ECF participants in this case.

　　　　　　　　　　　　　　　　　JEROME D. GOLDBERG, PLLC

　　　　　　　　　　　　　　　　　By:　　*/s/ Jerome D. Goldberg*
　　　　　　　　　　　　　　　　　Jerome D. Goldberg (P61678)
　　　　　　　　　　　　　　　　　Attorney for David Sole, Party in Interest
　　　　　　　　　　　　　　　　　2921 East Jefferson, Suite 205
　　　　　　　　　　　　　　　　　Detroit, MI 48207
　　　　　　　　　　　　　　　　　Phone: 313-393-6001
　　　　　　　　　　　　　　　　　Fax: 313-393-6007
　　　　　　　　　　　　　　　　　Email: apclawyer@sbcglobal.net
DATED: March 17, 2014

1