# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>　　　　　　　　　　　Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes<br><br>**Expedited Consideration Requested** |

**DEBTOR'S *EX PARTE* MOTION FOR AN ORDER EXTENDING THE DEADLINE FOR COMPLETING DEPOSITIONS SET FORTH IN THE COURT'S ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO MOTION FOR AN ORDER APPROVING SETTLEMENT AND PLAN SUPPORT AGREEMENT [DOCKET NO. 2913]**

The City of Detroit hereby moves for the entry of an order extending the deadline for completion of depositions set forth in the Court's Order Shortening Notice and Scheduling an Expedited Hearing with Respect to Motion for an Order Approving Settlement and Plan Support Agreement [Docket No. 2913] (the "Scheduling Order").

The Scheduling Order currently provides that all depositions of the City's witnesses must be completed by March 25, 2014. The City agreed to make its witnesses, Kevyn Orr and Gaurav Malhotra, available on March 19, 2014 for their depositions. However, certain documents requested by objectors, which the City

[1]

has agreed to produce (specifically, the final execution draft of the Settlement and Plan Support Agreement, any exhibits to be used by the City in examining Mr. Malhotra at the hearing, and an updated privilege log) are not yet available. At least one objector has indicated to the City that if such documents are not made available prior to the depositions, the objector will insist upon another round of depositions after the documents do become available.

In the interest of efficiency and the avoidance of multiple depositions, the City requests a brief, six-day extension of the deposition deadline, until March 31, 2014. Both Mr. Orr and Mr. Malhotra will be available for their depositions on or before March 31, 2014, and the City will provide the requested documents to the objectors sufficiently in advance of the depositions to enable them adequately to prepare.

WHEREFORE, the City respectfully requests that the Court enter an order, substantially in the form attached as Exhibit 1, extending the deposition deadline until March 31, 2014 and granting further relief as the Court deems appropriate.

Dated: March 17, 2014        Respectfully submitted,

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7300 - Telephone
(248) 359-7700 - Fax
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Corinne Ball
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
cball@jonesday.com

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

# **EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION FOR AN ORDER EXTENDING THE DEADLINE FOR COMPLETING DEPOSITIONS SET FORTH IN THE COURT'S ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO MOTION FOR AN ORDER APPROVING SETTLEMENT AND PLAN SUPPORT AGREEMENT [DOCKET NO. 2913]**

This matter coming before the Court on Debtor's *Ex Parte* Motion (the "Motion") for an Order Extending the Deadline for Completing Depositions Set Forth in the Court's Order (the "Scheduling Order") Shortening Notice and Scheduling an Expedited Hearing with Respect to Motion for an Order Approving Settlement and Plan Support Agreement [Docket No. 2913]; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The deadline to complete depositions pursuant to the Scheduling Order is hereby extended until March 31, 2014.

3. All other provisions of the Scheduling Order remain in full force and effect.