# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                         :
In re                                    : Chapter 9
                                         :
CITY OF DETROIT, MICHIGAN,               : Case No. 13-53846
                                         :
                    Debtor.              : Hon. Steven W. Rhodes
                                         :
                                         :
-------------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL OF MOTION

     **PLEASE TAKE NOTICE** that the *FINANCIAL GUARANTY INSURANCE COMPANY'S MOTION TO INTERVENE PURSUANT TO RULE 7024 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 1109(b) OF THE BANKRUPTCY CODE* filed as Docket No. 3044 filed by Mark R. James on March 17, 2014, is hereby withdrawn.

<div style="text-align: right;">

 /s/ Mark R. James
Mark R. James (P54375)
Attorney for Financial Guaranty
Insurance Company
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 642-0333
mrj@wwrplaw.com

</div>

Dated: March 17, 2014

00885055

## CERTIFICATION OF SERVICE

I hereby certify that on March 17, 2014 the *NOTICE OF WITHDRAWAL OF MOTION* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

<div style="margin-left:45%">

/s/ Mark R. James

Mark R. James (P54375)
Attorney for Financial Guaranty
Insurance Company
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 642-0333
mrj@wwrplaw.com

</div>

Dated: March 17, 2014

00885055