## EXHIBIT D

**Excerpts from 8/30/2013 Deposition of Kevyn D. Orr**

# In The Matter Of:

*City of Detroit*

*Kevyn Orr*
*August 30, 2013*



**Bingham Farms/Southfield • Grand Rapids**
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

*Original File ORR_KEVYN.txt*
*Min-U-Script® with Word Index*

|    |    |                                                              |
|----|----|--------------------------------------------------------------|
| 1  |    | not the City might have billions of dollars of art           |
| 2  |    | sitting in its art institute; is that your testimony?        |
| 3  | A. | No.  My testimony is that I understand it as valuable.        |
| 4  |    | The exact value of it is to be determined.                   |
| 5  | Q. | And you made no effort to sell any of that art prior          |
| 6  |    | to engaging in the negotiations with the Swap                |
| 7  |    | counterparties, correct?                                     |
| 8  | A. | No.  That's true.                                            |
| 9  | Q. | What about federal aid?  Did you attempt -- did you          |
| 10 |    | attempt to obtain federal aid prior to the June 4            |
| 11 |    | commencement of negotiations with the Swap                   |
| 12 |    | counterparties?                                             |
| 13 | A. | I don't know if it was prior to or around that time.         |
| 14 |    | It may have been.  We may have sought federal aid            |
| 15 |    | prior to that.                                               |
| 16 | Q. | And you conveyed the seriousness of the situation to         |
| 17 |    | whomever you spoke to at the federal government?            |
| 18 | A. | Yes, I believe the federal government was aware of the       |
| 19 |    | seriousness of the situation.                                |
| 20 | Q. | And the federal government was also unwilling to            |
| 21 |    | provide aid to the City of Detroit; is that your            |
| 22 |    | testimony?                                                   |
| 23 | A. | Yes, direct aid.                                             |
| 24 | Q. | Let me ask you some questions about the service             |
| 25 |    | corporations.  The service corporations are two            |

| | | |
|---|---|---|
| 1 | | entities that have long names that I'll only say to |
| 2 | | you if you want -- really want me to. |
| 3 | A. | We'll stipulate I know what you mean by the service |
| 4 | | corporations. |
| 5 | Q. | And there are two of them? |
| 6 | A. | There are two. |
| 7 | Q. | Okay. |
| 8 | A. | Police and Fire General Services. |
| 9 | Q. | There you go.  So you already know them and you said |
| 10 | | the names.  So the two service corporations are |
| 11 | | parties to the forbearance agreement, correct? |
| 12 | A. | Yes. |
| 13 | Q. | And Mr. Buckfire testified yesterday, I'll represent |
| 14 | | to you, that his understanding is that you directed |
| 15 | | the service corporations to execute the forbearance |
| 16 | | agreement and they did so; is that correct? |
| 17 | A. | No. |
| 18 | Q. | Okay.  Were there arms' length negotiations with the |
| 19 | | service corporations? |
| 20 | A. | To the best of my knowledge, there was. |
| 21 | Q. | And who led those? |
| 22 | A. | I'm not quite sure.  I know that -- in response to |
| 23 | | your question, I did not direct a service corporation. |
| 24 | | They were organized by the City.  And they are managed |
| 25 | | by City employees, but I had no direct -- I gave no |

```
 1           direct instruction to either of the service
 2           corporations.
 3    Q.     Okay.  So my question was about negotiations with the
 4           service corporations.
 5    A.     Right.
 6    Q.     Who conducted the arms' length negotiations with the
 7           service corporations on behalf of the City?
 8    A.     I'm not sure.
 9    Q.     Well, you know it wasn't you?
10    A.     Yes, it wasn't me.
11    Q.     And did you ever direct Mr. Buckfire to engage in
12           direct negotiations with the service corporations?
13    A.     No.  I directed Mr. Buckfire to do whatever needed to
14           get done to get the agreement in principle resolved
15           and signed.  That's what I did, but I did -- said
16           nothing specific.  Just to be responsive to your
17           question, said oh, go talk to the service
18           corporations, there was nothing that specific.
19    Q.     So to the extent there was a negotiation that needed
20           to be had, it was his job to go have it?
21    A.     It was his or someone else on my -- on my
22           reorganization team's job, yeah, sure.
23    Q.     Well, did you direct anyone else on your team to go
24           negotiate with the service corporations?
25    A.     No.  Once we reached an agreement in principle, I
```