**EXHIBIT E**

**Excerpts from 1/3/2014 Hearing Transcript**

```
                UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF MICHIGAN
                       SOUTHERN DIVISION

IN RE:  CITY OF DETROIT,      .    Docket No. 13-53846
        MICHIGAN,             .
                              .    Detroit, Michigan
                              .    January 3, 2014
                Debtor.       .    9:00 a.m.
. . . . . . . . . . . . . . . . .

    EVIDENTIARY HEARING RE. MOTION OF THE DEBTOR FOR A FINAL
   ORDER PURSUANT TO 11 U.S.C. SECTIONS 105, 362, 364(c)(1),
     364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and
    922 (I) APPROVING POST-PETITION FINANCING, (II) GRANTING
   LIENS AND PROVIDING SUPERPRIORITY CLAIMS STATUS AND (III)
             MODIFYING AUTOMATIC STAY (DKT#1520)

  MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING
     THE ASSUMPTION OF THAT CERTAIN FORBEARANCE AND OPTIONAL
     TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE
   BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO
      RULE 9019, AND (III) GRANTING RELATED RELIEF (DKT#17)

   CORRECTED MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE
         ASSUMPTION OF THAT CERTAIN FORBEARANCE AND OPTIONAL
      TERMINATION AGREEMENT PURSUANT TO SECTION 365(a) OF THE
   BANKRUPTCY CODE, (II) APPROVING SUCH AGREEMENT PURSUANT TO
     RULE 9019, AND (III) GRANTING RELATED RELIEF (DKT#157)

               BEFORE THE HONORABLE STEVEN W. RHODES
                UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:       Jones Day
                      By:  GREGORY SHUMAKER
                           THOMAS CULLEN, JR.
                      51 Louisiana Avenue, N.W.
                      Washington, D.C.  20001-2113
                      (202) 879-3768

                      Jones Day
                      By:  CORINNE BALL
                      222 East 41st
                      New York, NY  10017-6702
                      (212) 326-7844
```

```
APPEARANCES (continued):

For the Debtor:        Pepper Hamilton, LLP
                       By:  ROBERT S. HERTZBERG
                       4000 Town Center, Suite 1800
                       Southfield, MI  48075-1505
                       (248) 359-7333

For Ambac              Arent Fox, LLP
Assurance              By:  CAROLINE TURNER ENGLISH
Corporation:           1717 K Street, NW
                       Washington, DC  20036-5342
                       (202) 857-6178

For Syncora            Kirkland & Ellis, LLP
Holdings, Ltd.,        By:  WILLIAM E. ARNAULT
Syncora Guarantee,          RYAN BLAINE BENNETT
Inc., and Syncora      300 North LaSalle
Capital Assurance,     Chicago, IL  60654
Inc.:                  (312) 862-3062

For Erste              Ballard Spahr, LLP
Europaische            By:  VINCENT J. MARRIOTT, III
Pfandbrief-und         1735 Market Street, 51st Floor
Kommunalkreditbank     Philadelphia, PA  19103-7599
Aktiengesellschaft     (215) 864-8236
in Luxemburg, S.A.:

For Detroit            Clark Hill, PLC
Retirement Systems-    By:  JENNIFER K. GREEN
General Retirement     500 Woodward Avenue, Suite 3500
System of Detroit,     Detroit, MI  48226
Police and Fire        (313) 965-8300
Retirement System
of the City of         Clark Hill, PLC
Detroit:               By:  ROBERT D. GORDON
                       151 South Old Woodward, Suite 200
                       Birmingham, MI  48009
                       (248) 988-5882

For Financial          Weil, Gotshal & Manges, LLP
Guaranty Insurance     By:  ALFREDO R. PEREZ
Company:               700 Louisiana Street, Suite 1600
                       Houston, TX  77002
                       (713) 546-5040

For David Sole:        Jerome D. Goldberg, PLLC
                       By:  JEROME D. GOLDBERG
                       2921 East Jefferson, Suite 205
                       Detroit, MI  48207
                       (313) 393-6001
```

```
APPEARANCES (continued):

For FMS                Schiff Hardin, LLP
Wertmanagement:        By:  JEFFREY D. EATON
                       233 South Wacker Drive, Suite 6600
                       Chicago, IL  60606
                       (312) 258-5573

For Detroit Retired    Lippitt O'Keefe, PLLC
City Employees         By:  RYAN C. PLECHA
Association,           370 East Maple Road, 3rd Floor
Retired Detroit        Birmingham, MI  48009
Police and Fire        (248) 723-6263
Fighters Associa-
tion, Shirley V.
Lightsey, and
Donald Taylor:

For Bank of            Cadwalader Wickersham & Taft, LLP
America and            By:  HOWARD R. HAWKINS
Merrill Lynch          One World Financial Center
Capital Services:      New York, NY  10281
                       (212) 504-6422

For UBS AG:            Bingham McCutchen, LLP
                       By:  JARED R. CLARK
                            EDWIN E. SMITH
                       399 Park Avenue
                       New York, NY  10022-4689
                       (212) 705-7000

For Barclays           Cravath, Swaine & Moore, LLP
Capital, Inc.:         By:  RICHARD LEVIN
                       Worldwide Plaza
                       825 Eighth Avenue
                       New York, NY  10019-7475
                       (212) 474-1978

Court Recorder:        Kristel Trionfi
                       United States Bankruptcy Court
                       211 West Fort Street
                       21st Floor
                       Detroit, MI  48226-3211
                       (313) 234-0068

Transcribed By:        Lois Garrett
                       1290 West Barnes Road
                       Leslie, MI  49251
                       (517) 676-5092

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.
```

1     (Recess at 12:19 p.m. until 2:02 p.m.)
2          THE CLERK:  All rise.  Court is in session.  Please
3    be seated.
4          THE COURT:  Looks like everyone is here.  You may
5    proceed, sir.
6          MR. ARNAULT:  Thank you, your Honor.  Before we
7    begin, I've been asked by my fellow objectors to obtain a
8    minute count if that's okay.
9          THE COURT:  Yes.  It'll take me a minute to do that.
10   Why don't you proceed, and then when I'm ready to give it to
11   you, I will give it to you?
12         MR. ARNAULT:  Sounds good.  Thank you, your Honor.
13                       CROSS-EXAMINATION
14   BY MR. ARNAULT:
15   Q   Good afternoon, Mr. Orr.  How are you?
16   A   Good afternoon.  I'm fine.
17   Q   My name is Bill Arnault, and I represent Syncora.  We met
18   the other day at your deposition.
19   A   Yes.
20   Q   So to begin, I'd like to just go over a few questions
21   about your understanding of the objectives and some of the
22   effects of the forbearance agreement, and I know Ms. English
23   asked you some of those questions, but I just want to link
24   that with the forbearance agreement and the sixth amendment.
25   A   Yes.

1  Q   So to begin, your understanding is that the forbearance
2  agreement releases all claims that the swap counterparties,
3  the service corporations, and the city may have against one
4  another; right?
5  A   Yes.
6  Q   In addition, it is also your understanding that the
7  forbearance agreement resolves any defaults that exist under
8  the collateral agreement and the amended swaps; right?
9  A   Yes.
10 Q   And the result of the forbearance agreement is that the
11 city and the swap counterparties will be able to perform
12 under the forbearance agreement without being subject to any
13 liability to any third parties; correct?
14 A   With the exception of any possible regulatory or criminal
15 enforcement, yes.
16 Q   Mr. Orr, you took a deposition in this case; correct?
17 A   Yes.
18 Q   And at that deposition you told the truth; correct?
19 A   Yes.
20 Q   All right.  If you could flip to page 141 of your August
21 30th deposition --
22 A   Yes.
23 Q   If you could look at line 14 through 20, please.  Just
24 let me know when you're there.
25 A   Page 131?

```
                                                              111
 1   Q    Page 141.
 2   A    141.
 3   Q    Line 14.
 4   A    Yes.
 5   Q            "Question:  Okay.  And the result of the
 6           forbearance agreement is that the city will be able
 7           to perform under the forbearance agreement without
 8           being subject to any liability to any third party?
 9               Answer:  That is my understanding.
10               Question:  And so will the swap counterparties;
11           correct?
12               Answer:  That is my understanding."
13           Were you asked those questions, and did you give
14   that response?
15   A    Yes.
16   Q    And so that immunity from liability, that's one of the
17   values of this agreement to both the city and the swap
18   counterparties; right?
19   A    Yes.
20   Q    Now, moving on to some of your objectives as part of the
21   negotiations, as part of the initial negotiations, one of
22   your objectives was to get the swap counterparties to waive
23   their cash strapping rights on an interim basis so that the
24   city could access the casino revenues; right?
25   A    Yes.
```