UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                            Chapter 9
_____Debtor  /       Hon. STEVEN W. RHODES

**NOTICE OF WITHDRAWAL OF
OBJECTION TO DEBTOR'S MOTION TO APPROVE SETTLEMENT (DKT 3024)**

Creditor, Thomas Stephens, by and through his Counsel Hugh M. Davis, hereby gives

notice that he withdraws Docket 3024, Creditor's Objection to Debtor's Motion to Approve

Settlement.

Respectfully Submitted,

Constitutional Litigation Associates, P.C.

By:    */s/Hugh M. Davis*
Hugh M. Davis (P 12555)
Co-Counsel for Plaintiffs
450 W. Fort Street, Suite 200
Detroit, Michigan 48226
313-961-2255/Fax:  313-961-5999
Email:  Info@ConLitPC.Com

Date: March 18, 2014

**CERTIFICATE OF SERVICE**

Jillian R. Rosati, says that on this 18th day of March, 2014, I electronically filed the foregoing

paper with the Clerk of the Court using the ECF system which will send notification to all e-

filing users.

    /s/Jillian R. Rosati
    Jillian R. Rosati

F:\Cases\Phillips v. Snyder\In Re Detroit Bankruptcy\Tom Stephens\Pldgs\Notice of Withdrawal (2014-03-17).docx