## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| | Hon. Steven W. Rhodes |
| Debtor. | |

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION FOR AN ORDER EXTENDING THE DEADLINE FOR COMPLETING DEPOSITIONS SET FORTH IN THE COURT'S ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO MOTION FOR AN ORDER APPROVING SETTLEMENT AND <u>PLAN SUPPORT AGREEMENT [DOCKET NO. 2913]</u>**

This matter coming before the Court on Debtor's *Ex Parte* Motion

(the "Motion") for an Order Extending the Deadline for Completing Depositions

Set Forth in the Court's Order (the "Scheduling Order") Shortening Notice and

Scheduling an Expedited Hearing with Respect to Motion for an Order Approving

Settlement and Plan Support Agreement [Docket No. 2913]; and good and

sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

　　　1.　　The Motion is **GRANTED**.

2.      The deadline to complete depositions pursuant to the

Scheduling Order is hereby extended until March 31, 2014.

3.      All other provisions of the Scheduling Order remain in full

force and effect.

.

**Signed on March 18, 2014**

                                                    **/s/ Steven Rhodes**
                                               **Steven Rhodes**
                                             **United States Bankruptcy Judge**