**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2014, I filed and served Ambac Assurance Corporation's *First Set of Interrogatories to Debtor* [DN 3056] and *First Request for Documents to Debtor* [DN 3057] using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Respectfully Submitted,

**ARENT FOX LLP**

By: /s/ Carol Connor Cohen
CAROL CONNOR COHEN
CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

Dated: March 18, 2014        *Counsel for Ambac Assurance Corporation*