Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **4/2/14** at **09:00 AM** to consider and act upon the following:

*2921* – Notice of Presentment of Order By: Debtor In Possession City of Detroit, Michigan (RE: related document(s)2511 Order on Motion to Assume/Reject, Order on Amended Motion). (Heiman, David)

Dated: 3/18/14

          BY THE COURT

          Katherine B. Gullo
          Clerk, U.S. Bankruptcy Court

          BY: L. Calloway
          Deputy Clerk