# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2014, I caused a copy of the corrected Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief (Dkt No. 2806) to be sent via Federal Express to the Resident Agent for Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation as follows:

    Detroit General Retirement System Service Corporation
    Detroit Police and Fire Retirement System Service Corporation
    c/o Lewis C. Richie
    Lewis & Munday, P.C.
    660 Woodward Avenue, Suite 2490
    Detroit, MI 48226

    Respectfully submitted,

    /s/ Deborah Kovsky-Apap
    ROBERT S. HERTZBERG (P30261)
    DEBORAH KOVSKY-APAP (P68258)
    PEPPER HAMILTON LLP
    4000 Town Center, Suite 1800
    Southfield, MI 48075
    Telephone: (248) 359-7300
    hertzbergr@pepperlaw.com
    kovskyd@pepperlaw.com

Dated: March 18, 2014    Attorneys for Debtor City of Detroit, Michigan