March 3, 2014

Judge Steven Rhodes
c/o Clerk of the Court
Eastern District of Michigan
Southern Division
211 West Fort Street
Suite 1800
Detroit, Michigan 48226

Case #13-53846

Dear Judge Rhodes:

This letter is respectfully asking that you consider the hardship a 34% cut would have on people receiving pensions from the City of Detroit. It is my prayer that as you make grave and critical decisions related to the City of the Detroit bankruptcy that you keep in your mind and heart the human element and the impact it will have on thousands of people who rely on their benefits for survive.

For me personally, a 34% cut in my pension would not provide me with enough money to pay my mortgage, utility bills, and other living expenses and obligations. Currently, my income allows me only to pay for the basic necessities and a 34% cut would be disastrous.

I worked for the City of Detroit for 30 years and have always been a law abiding and contributing member of society. Now that I am a senior citizen it would be very difficult for me to find a job. Since retiring I have sought out employment and companies do not want to hire a 62 year old man. It is unrealistic for people to think that a cut in pensions can be easily resolved by people being able to get a job.

This past year has been very difficult for me. I am worried about my future and ultimately what will happen. I pray every day that I don't lose everything and end up on the streets.

In summary, please remember that the average person who has worked for the City of Detroit are not rich and have never been. We kept our end of the bargain and hope that you will take this into consideration.

Respectfully,

RONALD SLAY

*Ronald E. Slay*

20151

313 3045977 cell