UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN                   Case No. 13-53846-swr
                                            Chapter 9
_____Debtor____/        Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]
AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT
[DOCKET 2709]

FILED BY: _____

DONALD E. MCREYNOLDS  hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT and/or

CITY OF DETROIT'S DISCLOSURE STATEMENT (circle one)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because:
IT EFFECTS MY RETIREMENT INCOME IN A NEGATIVE MANNER.

2. I / we object to the above filing because:
IT MAY REDUCE THE AMOUNT OF MY RETIREMENT INCOME ON WHICH I AM DEPENDANT

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: DONALD E. MCREYNOLDS

Signature: /s/ Donald McReynolds

Address: 10 BRANT CT.

FREDERICKSBURG, VA 22406

Email: DMCREYNOLDS42@COX.NET

Dated: