March 5, 2014

Judge Steven W, Rhodes
United States Bankruptcy Court
East District Of Michigan

RE: CASE
13-53846

Honorable Steven W. Rhodes:

I am a retired City of Detroit employee with over 30 yrs of seniority with the Detroit Department of Transportation. I have served the City of Detroit Administration and the citizens of Detroit faithfully during my employment with the City of Detroit.

As an employee and also a resident of the City of Detroit at the time of my service, we totally trusted our elected City of Detroit representatives to invest, lead and do the right thing for our future and the future of the citizens of Detroit.

There are no words for this except this is a Atrocity against the City of Detroit Retirees.

Atrocities are committed by your enemy or by a invading foreign Government, not by your own Government and elected officials that you trust!

My Grandparents and father migrated here to the United States During World War II from China for their freedom, My Grandmother escaped the Rape of Nanking China, by a foreign government.

Now that I have to pay $1,200.00 for my medical coverage for my spouse and myself as of March 1, 2014. The Pension and the Medical benefits are all we have and have worked hard for them for the past 30-plus years. With Cuts in the pension pending the outcome of the City of Detroit Bankruptcy Case our future looks bleak . You Survive to Live and Live to Survive. We cannot do either.

All I can say that this is the Rape of the Retires of the City of Detroit by our own elected officials who had no value to protect the future of its retires.

Respectfully,

KoeKen C. Ong

Retire City of Detroit, Pension Number 204925.