*Eileen Burns*
*430 Leroy Street*
*Ferndale, MI 48220*

March 8, 2014

Hon. Steven W. Rhodes
Case # 13-53846
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort Street-Suite 1800

Dear Judge Rhodes:

As a senior retiree from the City of Detroit, I am writing to ask for your fairness and mercy in deciding what percentage of our pensions we will loose because of city mismanagement. The current rates of either 24 or 36% are just not feasible.

I am 68 years old. Until 18 months ago I lived in Detroit. I moved to Ferndale to be near my son and his family. I have some health issues and I did not want him to spend a lot of time coming to Detroit to check on me. After taxes my pension is $1,099. I have a part-time job out of my home, but once the new health care increased costs went into effect, I had to find additional employment. With the new health care plan, my office visit fee increased 150%; prescriptions 100%; I won't even go into the increase in tests and hospital stays.

I now work a 40 week once again. I can tell you that having been out of an office for four years and then returning was a culture shock. The technology is so different; the pace is so fast. I am the oldest on the staff and it has been a challenge to keep up. But I do not want to be a burden to my children; I want to pay my bills. I am not a slacker.

I would be willing to give up 10% of my pension to help bring back the City I love. I'd need to change a few things, but I could do it. But 24 or 36% - it is impossible. My son lost his job last week, so they will not be able to help me.

I find Kevin Orr's tactics heavy-handed, irresponsible and more concerned about businesses and less about people. I ask for your reasonable decision on how much of our money he will take. Be assured of my prayers as you weigh all the factors – and, please, don't take the City's problems out on the seniors.

Sincerely,

*Eileen Burns*

Eileen Burns
City of Detroit Retiree