Good morning Sir, how are you?
Thanks for allowing me the priviledge to write you in regards to my retirement status.

I worked for the city of Detroit, for 35 years, as a Bus Driver. Rain, Shine, Ice, Snow, or any other weather condition, I was there!

I was dedicated, safe, and dependable, won Driver of the Month, and Year for my admirable service! Retired (2010), with the assurance of Pension, and medical benefits, for the rest of my life.

Now the City wants me to pay $\frac{1}{3}$ for medical benefits, and $\frac{1}{3}$ to Mr. Orr, and Mr. Sydney, and $\frac{1}{3}$ to Survive., that is not right. Single mothers, dope heads, crazy people, and all others have medical benefits, FREE! They never worked no where!!

I earned my way, through hard, and comitted service, I paid my Dues. Don't allow the City of Detroit to RAPE ME!!
3/12/14
THANKS IN ADVANCE

Rev. [signature]

FILED 2014 MAR 13 A 1:38
13-53846-tjt    Doc 3068    Filed 03/17/14    Entered 03/18/14 14:20:23    Page 1 of 1