Case # 13-53846                                      March 8, 2014

Judge Steven Rhodes
C/O Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, MI 48226

Judge Rhodes:

I am writing asking that emergency manager Kevin Orr's plan of adjustment be thrown out, and not considered regarding the adjustment on our pension benefits.

I worked for the City of Detroit for 34 years and I was promised a pension and health care benefits. On, March 1, 2014 my health care benefits was discontinued. I am a retiree under the age of 65 and my health coverage ended, I was forced to buy insurance on the open market, which is not affordable. This account for about 1/3 of my pension check. If, you approve the plan Mr. Orr is trying to implement, my check would be reduced by 34% or 26%, I can't afford that kind of reduction. My husband also retired from the City of Detroit, therefore, we are talking about 68% or 52% of our household income. That would really be a hardship for us, and we will lose our home and our standards of living would go down.

Therefore, I humbly request that you reject this plan of adjustment regarding the retirees benefits, we feel as if we have earned our pension, and are entitled to our benefits.

Sincerely,
Linda Lovelady