UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

|  |  |
|---|---|
|  | CHAPTER 9 CHAPTER 9 |
| In the matter of | Case No. 13 53846 swr |
| THE CITY OF DETROIT, MICHIGAN | HONORABLE STEVEN RHODES |

MEMORANDUM

RE "CLAIM 53"

Today in the claims section of the PACER filing system there appeared the attached objection apparently filed by Heidi Peterson herself and listed in PACER as Claim 53.

I have attached same as an exhibit to this memorandum and continue to invite and to encourage Heidi Peterson to participate in the proceedings by PREPLANNED face to face meetings with her attorney at our MUTUAL CONVENIENCE.

Further and as a note of some import the DOC #2727 cutoff date for the filing of objections is March 28, 2014 (NOT "April 1, 2014") and I assume then that either Ms. Peterson will be filing into PACER on her own whatever may seize her fancy or in the alternative a meeting will occur with counsel before then.

|  |  |
|---|---|
|  | CHARLES BRUCE IDELSOHN |
|  | By: /s/Charles Bruce Idelsohn |
| Dated: 3/18/2014 | Charles Bruce Idelsohn (P36799) |
|  | P.O. BOX 856 |
|  | Detroit, MI 48231 |
|  | (586) 450-0128 |
|  | charlesidelsohnattorney@yahoo.com |