UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

On re:                                              Chapter 9
City of DETROIT, Mi                                 Case No.13-53846
Debtor                                              Case No.    13-53846-swr

**Objection to Debtor's Motion to Approve Settlement [Docket 2802] (related document(s): [2802] Motion to Approve Compromise under Rule 9019** / *Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief*)

_____

I object to the discriminatory bankruptcy plan which favors the city workers over those who paid into the system but are only robbed by it.

I object based on the belief the City of Detroit never intended to pay back the loans which they borrowed.   This is based on the fact , as reported by Detroit news and the Wayne County Treasury that they did not collect property tax from 50% or more of their residence. A city who intends to financially function would've made a reasonable effort to sort out the property tax situation instead of charging some people 25-50% of property tax and other's none.

I object as a taxpayer I was denied police services which they did not take reports ,investigate crimes or turn, my self made report and evidence, over to the prosecutors office.   I paid 10x the national average of property tax based on the value of my home and they refused to provide the basic services instead the city workers actively helped a gang take over and strip my home.

I think it is outrageously  offensive that the court would consider cutting the police pensions less than the other city workers when the police department has demonstrated that they do

the worst job in the country and the world in enforcing the law.    This in itself is abusive to the population leaving them at risk and yet the court deems they deserve more than others.

*Heidi Peterson*

Heidi Peterson
3/18/2014

PO BOX 7079 Huntington Woods Mi 48070