**Exhibit 1**

(Proposed Order)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------------------x
                                        :   Chapter 9
In re                                   :
                                        :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,              :
                                        :   Hon. Steven W. Rhodes
                        Debtor.         :
                                        :
                                        :
------------------------------------------------------------x
```

**ORDER GRANTING THE MOTION OF THE OFFICIAL**
**COMMITTEE OF RETIREES TO COMPEL THE PRODUCTION OF**
**DOCUMENTS REQUESTED IN CONNECTION WITH THE DEPOSITION**
**OF KEVYN ORR AS RELATES TO THE CITY'S PROPOSED SETTLEMENT**
**AND PLAN SUPPORT AGREEMENT WITH THE SWAP COUNTERPARTIES**

    This matter coming before the Court on the Motion of the Official Committee of

Retirees to Compel the Production of Documents Requested in Connection With the Deposition

of Kevyn Orr as Relates to the City's Proposed Settlement and Plan Support Agreement With the

Swap Counterparties (the "Motion"); and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

    1.  The Motion is **GRANTED**.

    2.  The Debtor shall produce, on or before March 26, 2014, all non-privileged

documents called for by the Committee's Request, and provide the Committee, on or before

March 26, 2014, with a privilege log of all documents withheld from production on privilege

grounds.

Signed on: _____

            _____
            Steven Rhodes
            United States Bankruptcy Judge