**Exhibit 2**

(*Ex Parte* Motion - Filed Separately)