**Exhibit 3**

(Brief - Intentionally Omitted)