**Exhibit 4**

(Certificate of Service - Filed Separately)