**Exhibit 5**

(Affidavit - Intentionally Omitted)