# Exhibit 1

(Proposed Order)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re                                                                : Chapter 9
                                                                     :
                                                                     : Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                           :
                                                                     : Hon. Steven W. Rhodes
                                      Debtor.                        :
                                                                     :
                                                                     :
---------------------------------------------------------------------x

## ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO THE MOTION OF THE OFFICIAL COMMITTEE OF RETIREES TO COMPEL THE PRODUCTION OF DOCUMENTS

This matter coming before the Court on the *Ex Parte* Motion (the "Ex Parte Motion") for an Order Shortening Notice and Scheduling an Expedited Hearing with respect to the Motion of the Official Committee of Retirees to Compel Production of Documents; and the Court being fully advised of the premises; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Ex Parte Motion is GRANTED.

2. A hearing with respect to the Motion is scheduled for _____, 2014 at __: 00 _.m.

Signed on: _____

                                                                        Steven Rhodes
                                                                        United States Bankruptcy Judge