**Exhibit 2**

(Certificate of Service - Filed Separately)