**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------------------x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
                    Debtor. :
:
:
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Claude D. Montgomery, hereby certify that service of the Motion of the Official Committee of Retirees to Compel the Production of Documents Requested in Connection With the Deposition of Kevyn Orr as Relates to the City's Proposed Settlement And Plan Support Agreement With the Swap Counterparties, was filed and served via the Court's electronic case filing and noticing system on March 18, 2014.

                                                                       /s/ Claude D. Montgomery
                                                                       Claude D. Montgomery