UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re
: Chapter 9
:
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,
:
: Hon. Steven W. Rhodes
                Debtor.
:
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Claude D. Montgomery, hereby certify that service of the *Ex Parte* Motion of the Official Committee of Retirees for an Order Shortening Notice and Scheduling an Expedited Hearing With Respect to the Motion of the Official Committee of Retirees to Compel the Production of Documents, was filed and served via the Court's electronic case filing and noticing system on March 18, 2014.

                                                /s/ Claude D. Montgomery
                                                Claude D. Montgomery