# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------------------x

In re

CITY OF DETROIT, MICHIGAN,

                             Debtor.

-------------------------------------------------------------------x

: Chapter 9
:
: Case No. 13-53846
:
: Hon. Steven W. Rhodes
:
:
:
:

## ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO THE MOTION OF THE OFFICIAL COMMITTEE OF RETIREES TO COMPEL THE PRODUCTION OF DOCUMENTS

This matter coming before the Court on the *Ex Parte* Motion (the "Ex Parte Motion") for an Order Shortening Notice and Scheduling an Expedited Hearing with respect to the Motion of the Official Committee of Retirees to Compel Production of Documents; and the Court being fully advised of the premises; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1.      The Ex Parte Motion is GRANTED.

2.      A hearing with respect to the Motion is scheduled for March 20, 2014 at 10:00 a.m., Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan 48226.

.

**Signed on March 19, 2014**

                                         **/s/ Steven Rhodes**
                                       **Steven Rhodes**
                                       **United States Bankruptcy Judge**