UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re                                                                : Chapter 9
                                                                     :
                                                                     : Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                           :
                                                                     : Hon. Steven W. Rhodes
                              Debtor.                                :
                                                                     :
                                                                     :
---------------------------------------------------------------------x

**AMENDED
ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER
SHORTENING NOTICE AND SCHEDULING AN EXPEDITED
HEARING WITH RESPECT TO THE MOTION OF THE OFFICIAL
COMMITTEE OF RETIREES TO COMPEL THE PRODUCTION OF DOCUMENTS**

This matter coming before the Court on the *Ex Parte* Motion (the "Ex Parte Motion") for an Order Shortening Notice and Scheduling an Expedited Hearing with respect to the Motion of the Official Committee of Retirees to Compel Production of Documents; and the Court being fully advised of the premises; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Ex Parte Motion is GRANTED.

2. A hearing with respect to the Motion is scheduled for March 20, 2014 at 10:00 a.m., Courtroom 225, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan 48226.

.

**Signed on March 19, 2014**

                                                  /s/ Steven Rhodes
                                                Steven Rhodes
                                                United States Bankruptcy Judge