Andrew L Starks         March 17th 2014
11430 St Patrick
Detroit MI 48205
313 923 7441

Regarding Case 13-5-3846
Hon: Steven Rhodes

I am a retired bus driver who gave this city thirty and half years of service is there any you can save my pension?

Sincerely
Andrew L Starks

2014 MAR 19 P 2:01
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
FILED

13-53846-tjt    Doc 3086    Filed 03/18/14    Entered 03/20/14 14:13:26    Page 1 of 1