March 15, 2014

Honorable Judge Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan/ Southern Division
211 W. Fort St., Suite 1800
Detroit, Michigan 48226. (Case No. 13-53846).

**Dear Judge Rhodes:**

I am a retiree from the City of Detroit Water and Sewerage Department. I worked over 30 years to be able to live comfortably. When considering the retirees in this battle to save the city, keep in mind that our pension is only 55 percent of our working salary. We took a 45 percent cut when we retired which meant we had to change our way of living. To reduce our pensions any more would mean not living at all. I am under 60 years old and since I retired I have been diagnosed with Arthritis in both hips and 3 herniated discs in my back; however I do not qualify for social security disability. The City has already taking away our health insurance which we worked so hard to get. I am single and have no other source of income. Please consider these things before making your decision about our pensions.

Sincerely,

*Donna Glanton*

Donna Glanton
26011 Shiawassee Rd
Southfield, MI 48033