UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Pensioners  Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]
AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT
[DOCKET 2709]

FILED BY: A. J. Andrews

A. J. Andrews hereby states his/her/their OBJECTION TO:

**CITY OF DETROIT'S PLAN OF ADJUSTMENT and/or**

CITY OF DETROIT'S DISCLOSURE STATEMENT (circle one)

for the following reasons.

1. (I)/ we am/are interested in the Bankruptcy of the City of Detroit because:

_____

2. I / we object to the above filing because:
I AM A WIDOWER & DO NOT RECEIVE FULL PENSION BENEFITS NOW. IN FACT, I RECEIVE A VERY MEAGER PENSION BENEFIT NOW. THEREFORE A CUT IN MY PENSION WILL BE VERY DEVASTATING TO ME.

3. I have/(have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: A. J. Andrews
Signature: _____
Address: 17454 Five Point
Detroit, MI. 48240

Email: _____

Dated: March 17, 2014

13-53846-tjt    Doc 3090    Filed 03/20/14    Entered 03/20/14 14:19:17    Page 1 of 1