UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

RETIREES _____ Debtor ___ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]
AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT
[DOCKET 2709]

FILED BY: Marcien Turner Taylor

Marcien Turner Taylor hereby states his/her/their OBJECTION TO:

(CITY OF DETROIT'S PLAN OF ADJUSTMENT and/or)

CITY OF DETROIT'S DISCLOSURE STATEMENT (circle one)

for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because MY LIVELYHOOD IS AT STAKE!! I AM A RETIREE.

2. I / we object to the above filing because: I AM A RETIREE, WITH A SMALL PENSION, I AM HAVING TROUBLE KEEPING UP WITH MY HOME EXPENSES, GROCERIES, GAS, MEDICAL & DENTAL BENEFITS COST NOW, AS WELL AS PRESCRIPTIONS PAY OUTS. THE PROPOSED CUT IN PENSION IS THE MOST OUTRAGEOUS IDEA I HAVE EVER HEARD OF. (SEE 2ND PAGE ATTACHED)

3. (I have)/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Marcien Turner Taylor

Signature: _____

Address: PO BOX 432
Southgate MI. 48037

Email: marciant09@comcast.net

Dated: March 18, 2014

13-53846-tjt    Doc 3091    Filed 03/20/14    Entered 03/20/14 14:26:40    Page 1 of 2

MARCHEW TURNER TAYLOR
ATTACHMENT (PAGE 2)

Our pensions were earned and promised by the City of Detroit, as well as protected by State Constitution. Now our pensions are being tossed & thrown around by Kevin Orr like this is a game. Well, your Honor, it is not! This is our livelyhood and it is not up for grabs. Our pensions should not be a part of this Bankruptcy proceeding. This is earned income. An asset, not a liability. Thank you for your consideration in this matter.