UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -- DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor _____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _____

Gwendolyn Flowers hereby states his/her/their OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT for the following reasons.

1. I/ we am/are interested in the Bankruptcy of the City of Detroit because: City Employee, soon to be ago 60 with health issues.

2. I/ we object to the above filing because: I earned my pension & benefits by working hard, being discriminated against, made very little money and need to be compensated.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Gwendolyn Flowers
Signature: Gwendolyn Flowers
Address: 48733 Chelmsford Ct
Chesterfield, MI 48047
Email: gwendolyn-flowers@juno.com

Dated: