UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Kenneth Stechuk_

hereby states his/her/their OBJECTION to:

CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I would like to live in Detroit some day._

2. I / we object to the above filing because: _I get my Health Care from Detroit._

3. I have / ~~have not~~ attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Kenneth Stechuk_
Signature: _Kenneth Stechuk_
Address: _16200 Cleophus_
_Allen Park, MI, 48101_
Email: _KENSTECHUK@yahoo.com_

Dated: