UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Antonio Donald Cassone hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I/we am/are interested in the Bankruptcy of the City of Detroit because I visit Detroit and enjoy the Jazz festival and Downtown events, the casino, Bill Ile, and support the jobs there.

2. I/we object to the above filing because: It may affect services such as the EMS getting there on time. The cuts in pensions are going to hurt people. There has been enough concessions. I used to be in the union and I used to live in Detroit and I care about what happens.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/we request the Court will deny the relief sought in said filing.

Name: Antonio D. Cassone
Signature: Antonio D. Cassone
Address: 25612 Send St.
Roseville, Michigan 48066
Email: No Email at this time.

Dated: 03-17-14

FILED MAR 20 P 3:14