UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN                    Case No.  13-53846-SWR
Debtor                                       Chapter 9
_____/             Hon. STEVEN W. RHODES

OBJECTION TO:

Proposed Retirees' Pension Cuts
FILED BY:  Michael E. Ogletree

Michael E. Ogletree hereby states his OBJECTION to the proposed retirees' pension cuts

for the following reasons:

1.    I am interested in the Bankruptcy of the City of Detroit because I am a

City of Detroit Retiree.

2.    I object to the above filing because the proposed 30% cut to retirees'

pensions as well as the $1,200 per month health care premiums will be a hardship for me

and my family.

3.    I have attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty

of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of

Detroit.

_Michael Ogletree_
MICHAEL E. OGLETREE
City of Detroit Retiree
8541 MARYGROVE DR
DET MI. 48221
MEO 454 @ JUNO.COM.

March 17, 2014


Honorable Steven W. Rhodes
United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Re:  City of Detroit Bankruptcy
     Case No. 13-53846 SWR

Dear Judge Rhodes:

As a retiree for the City of Detroit I am at a loss for words.

I have sacrificed and paid into the City of Detroit Pension Fund for more than 30 years
with the promise that I would receive guaranteed monthly pension payments based on my
contributions.

My monthly pension payments are tailored to pay my monthly bills as well as outstanding
debt I still had at the time of my retirement -- not to mention college tuition. Now that I
have retired and adjusted my lifestyle accordingly, I am rewarded with the possibility that
I may lose more than a third of my income.

This is not right. Never mind whether or not it's fair. It's downright wrong. Can you tell
me anywhere in the United States that you can go to work, receive a paycheck and the
employer tells you "I know you worked for that but give me a third of it back because I
messed over my money." To impose a cut of more that 30% upon pensioners would push
some people under the poverty line and others right over the cliff.

The vast majority of City of Detroit retirees are just barely floating with the pension
checks they receive, to take 30% you may as well have them drown. Some retirees have
already taken on new jobs because the pension is not substantial enough to cover the cost
of living. So now, not only do we have to pay for our own health care (an expense that
was not calculated at the time of retirement) but we are also being asked to give back
30% of our pension. This is a time in our lives that we should be reaping the rewards of
all of our hard work and not worried about how we are going to keep a roof over our
heads or food on the table.

If there has to be cuts made, why do they have to be so drastic? Why not make the cuts
commensurate with the raises that the City employees have received over the past 10
years (none at all). Not only did we not receive any raises, we were subjected to two
wage cuts. I don't know of anyone who could survive with a third of their income being
suddenly ripped away. It will be devastating not only to retirees, but to the City of Detroit

as well.

I would like to request that Your Honor not approve the proposed cuts to the City of
Detroit retirees' pension.  Although any cuts to income are devastating and some
sacrifices must be made, why not consider a more reasonable solution of no more than
three percent.

Sincerely,

Michael Ogletree

Michael E. Ogletree
City of Detroit Retiree

8541 MARYGROVE DR
DET MI 48221