UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Order Granting, in part, and Denying, in part, Motion of the Official Committee of Retirees to Compel Production of Documents (Dkt. #3072)

For the reasons set forth today in open court, the Motion of the Official Committee of Retirees to Compel Production of Documents is granted, in part, and denied, in part. The City's objections to document requests 1, 2, 3, 4, 5, and 9 are sustained. The City's objections to document requests 6, 7, 8, 10, and 11 are overruled, and the City shall comply with those document requests, subject to any appropriate claim of attorney client privilege.

It is so ordered.

.

**Signed on March 20, 2014**

                                        /s/ Steven Rhodes
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**