UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

- Name: **Ambac Assurance Corporation**
- Firm: **Arent Fox LLP**
- Address: **1675 Broadway**
- City, State, Zip: **New York, NY 10019**
- Phone: **212.484.3900**
- Email: **mark.angelov@arentfox.com**

**Case/Debtor Name:** City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

- ⦿ Bankruptcy   ○ Adversary
- ○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: **03/20/2014**   Time of Hearing: **10:00am**   Title of Hearing: **Motion to Compel**

Please specify portion of hearing requested: ⦿ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: **Please send to miranda.perkins@arentfox.com; mark.angelov@arentfox.com**

**Type of Request:**

- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark Angelov   Date: **3/20/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date       By

Order Received:

Transcript Ordered

Transcript Received