3-17-14

Dear Judge Rhodes

Once again I'm writing to you to have Mercy on the Retirees of Detroit. Since the Medical enrollment ended and I've had to visit my doctor, co-pays have more than doubled, charges for X-rays which I never had before. Medical is more costly for all the employees, active and retirees. So if our Pensions are attacked we will be in serious trouble.

I believe that God cares for all his children and I am his child. I put my faith in him to protect my pension Spiritually, but I need a human compassion to make the decision not to touch retiree Pensions and abide by the State Constitution

Sincerely
Geraldine Chatman
39 year employee