UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

ORDER SHORTENING
NOTICE AND SCHEDULING AN EXPEDITED HEARING WITH
RESPECT TO MOTION OF THE CITY OF DETROIT FOR ENTRY
OF AN ORDER EXTENDING THE TIME TO ASSUME OR REJECT
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY,
PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE

This matter came before the Court on the Ex Parte *Motion of the City of Detroit for Entry of an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to Motion of the City of Detroit for Entry of an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code* (Docket No. 3080) (the "*Ex Parte* Motion").[1] The Court reviewed the *Ex Parte* Motion and has determined, after due deliberation, that sufficient cause exists to reduce the notice

---

[1] Capitalized terms not otherwise defined herein have the meaning given to them in the *Ex Parte* Motion.

period with respect to the Motion to Extend and schedule an expedited hearing thereon.

Accordingly, it is hereby ORDERED that:

1. The *Ex Parte* Motion is granted as set forth in this Order.

2. A hearing with respect to the Motion to Extend shall be held on March 26, 2014 at 10:00 a.m., Eastern Time, before the Honorable Steven Rhodes in Courtroom 236, U.S. Courthouse, 231 W. Lafayette Blvd, Detroit, Michigan 48226.

.

**Signed on March 20, 2014**

                                                   **/s/ Steven Rhodes**
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**

3.