UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                   Chapter 9

City of Detroit, Michigan,                 Case No. 13-53846

               Debtor.                       Hon. Steven W. Rhodes
_____/            Hon. Gerald E. Rosen

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON UTGO MATTERS

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on    March 20, 2014

                PRESENT:   Honorable Gerald E. Rosen
                                   United States District Chief Judge

**TO:**    The City of Detroit
         MBIA/National Public Finance Guarantee Corporation
         Assured Guaranty Municipal Corporation
         Ambac Assurance Corporation

      **IT IS HEREBY ORDERED** that the above-named noticed parties shall appear, with counsel, financial advisors, and party-representatives with full and complete settlement authority, for continuing mediation in the chambers of Chief Judge Gerald E. Rosen, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan on **Monday, March 24, 2014** at **9:30 a.m.**

                                           s/ Gerald E. Rosen
                                           Gerald E. Rosen, U.S. District Chief Judge,
                                           Judicial Mediator