UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 MAR 21 A 9:35
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

IN RE:
City of Detroit, Michigan
Debtor.

CASE NO: 13-53846-swr
CHAPTER: 9
JUDGE: STEVEN W. RHODES

Amended
**PROOF OF SERVICE**

I hereby certify that on March 18, 2014 (date of mailing), I served copies as follows:

1. Document(s) served:

   Detroiters Resisting Emergency Management (D-REM) Objection to Debtor's Motion to Approve Settlement (Docket 2802)

2. Served upon [name and address of each person served]:

   David G. Heiman
   901 Lakeside Ave
   Cleveland, OH
   44114

   Robert S. Hertzberg
   4000 Town Center
   Suite 1800
   Southfield, MI
   48075-1505

3. By First Class Mail.

Dated: 3/18/14

(Signature of ~~Debtor~~)
Print Name: Detroiters Resisting Emergency Management

(Signature of ~~Co-Debtor~~)
Print Name: Thomas W. Stephens