UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-SWR
Debtor  Chapter 9
Nancy A. Capers  Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: _____

Nancy Capers hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I/we am/are interested in the Bankruptcy of the City of Detroit because:
I am a City of Detroit employee

2. I object to the above filing because:
It will negatively impact my ability to retire and create a financial hardship. It is being unfairly executed.

3. I have/have not (not circled) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: Nancy A. Capers
Signature: Nancy A. Capers
Address: 27917 Eastwick Sq
Roseville, MI
Email: nancycapers7405@comcast.net

Date: 03/19/2014