UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN    Case No. 13-53846-SWR
Debtor
Chapter 9
_____/    Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: _____

_Abena Hogan_ hereby states his/**her** OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I/we am/are interested in the Bankruptcy of the City of Detroit because: I am a resident of the city of Detroit and I pay into a pension fund.

2. I object to the above filing because: People have worked 30 years plus with the promise of getting a pension that they paid for in labor. It is unjust and unfair.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: Abena Hogan
Signature: Abena Hogan
Address: 9270 Ward
Det, Mich 48228
Email: abenao.net zero.net

Date: 3/18/14