To: Detroit Federal Bankruptcy
Court, 211 w. Fort St.
Detroit, Mich. 48226

Chapter 9
Case#: 13-53846
Honorable: Steven W. Rhodes

The fact that there is decrease in the City of Detroit's population Is no valid reason why Bankruptcy Court should give the City any type of relief. The City of Detroit has constantly failed to allowed buildings and homes to stand with special repairs in order the continues incomes outlined before these homes and buildings were demolished by the City of Detroit.

Due date for this reaction is due by March 21,2014, this rejection and Objection comes to the Court because the City of Detroit failed to pay For properties at 305 Military and 311 Military,4 enclosed heating Systems valued at 6000.00, plus 60,000.00 for the 2 homes, plus two White Tractors that carries 40 foot trailers from one location to another, valued at 6000.00 each. The taxes on the properties were paid.

The fact that this $68,000.00 is still in the hands of the City of Detroit Is valid. This money was placed in special account for Kwama Kilpatrick. When the 36th Courts requested that this account be identified, the Building and Safety moved millions of this empowerment moneys From Washington, C D. to another account.. The Bankruptcy Court is totally being deceived by the City of Detroit and their attorneys.

Tne writer used his teacher retirement money to purchase these homes And tractors. Now, it time for the City of Detroit and Bankruptcy Court To do the right thing and returns these incomes and money back to the Owner of these properties,tractors,etc.

_____
Hunter L. Todd,14944 Ashton,Detroit,48223

Objective to disclosure statements filed by City city of Detroit.