UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) ) | Case No. 13-58346 |
| Debtor. ) ) ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 21, 2014, the *Retirement Systems' Objection and Brief Regarding Classification of Retiree Pension Claims in the City's Proposed Plan of Adjustment* [Dkt. No. 3142] was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

          CLARK HILL PLC

          /s/ Robert D. Gordon
          Robert D. Gordon (P48627)
          151 South Old Woodward Avenue, Suite 200
          Birmingham, Michigan 48009
          Telephone: (248) 988-5882
          Facsimile: (248) 988-2502
          rgordon@clarkhill.com

Dated: March 21, 2014    *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*