UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                                       Hon. Steven W. Rhodes
_____/

Certificate of Service

The undersigned certifies that on the 21st day of March, 2014, she sent by first-class mail through the United States Postal Service a copy of the Order to Strike (Dkt. #3101) to the following individuals:

Paul Bar, 4013 Ravensfield Dr., Canton, MI 48188-7926

Patricia Granberry, 20002 Marlowe, Detroit, MI 48235

Yvonne Reynolds, 26097 Regency Club Dr., Apt. 4, Warren, MI 48089-6237

Dan Headapohl, 52507 Robin's Nest, Chesterfield Township, MI 48047

Barbara J. Hill, 1300 E. Lafayette St., #408, Detroit, MI 48207

Clara A. Schley, 20170 Lauder, Detroit, MI   48235


                    _____/s/ Christine L. Sikula____
                              Deputy Clerk


Entered March 21, 2014