UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before March 18, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class mail to the parties on the service lists attached hereto as **Exhibit A**, and **Exhibit B**:

- **Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Plan for Adjustment of Debts of the City of Detroit** [attached hereto as **Exhibit C**]

- **First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment** [Docket No. 2755]

Dated: March 21, 2014

Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Contract Counterparties**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| G-A Computer Systems Inc | 11696 Ridge Dr | Shelby Twp | MI | 48315-5744 |

# Exhibit B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Alexander Bynum | | REDACTED | REDACTED | REDACTED | REDACTED |
| Alexander, Naomi | | REDACTED | REDACTED | REDACTED | REDACTED |
| Anderson, Trevis D | | REDACTED | REDACTED | REDACTED | REDACTED |
| Aul, Frank | | REDACTED | REDACTED | REDACTED | REDACTED |
| Bailey, Michael J | | REDACTED | REDACTED | REDACTED | REDACTED |
| Ballard, Keith | | REDACTED | REDACTED | REDACTED | REDACTED |
| Barton, Ruth M | | REDACTED | REDACTED | REDACTED | REDACTED |
| Belser, Theresa | | 23816 Chipmunk Trl | Novi | MI | 48375-3334 |
| Bradley, Kevin | | REDACTED | REDACTED | REDACTED | REDACTED |
| Bradley, Kim | | REDACTED | REDACTED | REDACTED | REDACTED |
| Branch, William Curtis | | REDACTED | REDACTED | REDACTED | REDACTED |
| Brown, Kathern | | REDACTED | REDACTED | REDACTED | REDACTED |
| Burnette, Aaron C | | REDACTED | REDACTED | REDACTED | REDACTED |
| Cannon, Naya | | REDACTED | REDACTED | REDACTED | REDACTED |
| Cherkinsky & Goutman Plc Attorneys | Attn Accounts Payable | 39111 6 Mile Rd | Livonia | MI | 48152-3926 |
| Church, Lakisha L | | REDACTED | REDACTED | REDACTED | REDACTED |
| Cobbs, Bonita | | REDACTED | REDACTED | REDACTED | REDACTED |
| Collins, Carla | | REDACTED | REDACTED | REDACTED | REDACTED |
| Collins, Harold W | | REDACTED | REDACTED | REDACTED | REDACTED |
| Collins, Jeremiah | | REDACTED | REDACTED | REDACTED | REDACTED |
| Conway, Russell B | | REDACTED | REDACTED | REDACTED | REDACTED |
| Davis, Brittany | | 15377 Stout St | Detroit | MI | 48223-1628 |
| Davis, Jennifer J | | REDACTED | REDACTED | REDACTED | REDACTED |
| Dickow, Hani | | REDACTED | REDACTED | REDACTED | REDACTED |
| Dismuke, Deon | | 24660 Manistee St | Oak Park | MI | 48237-1712 |
| Dixon Jr, Herman L | | REDACTED | REDACTED | REDACTED | REDACTED |
| Dusky, Phyllis E | | REDACTED | REDACTED | REDACTED | REDACTED |
| Eason, Darrin D | | 15516 Murray Hill St | Detroit | MI | 48227-1938 |
| Edwards, Lauren | | REDACTED | REDACTED | REDACTED | REDACTED |
| Eiesha Johnson-Bey | | REDACTED | REDACTED | REDACTED | REDACTED |
| Elias, Charles | | REDACTED | REDACTED | REDACTED | REDACTED |
| Foreman, Mlahn | | 19320 Mackay St | Detroit | MI | 48234-1432 |
| Foster, Juwana | | 7504 Packard Ave | Warren | MI | 48091-3057 |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Foster, Marie D | | REDACTED | REDACTED | REDACTED | REDACTED |
| Frison, Ada | | REDACTED | REDACTED | REDACTED | REDACTED |
| Genes Towing | Attn Accounts Payable | 7770 Dix St | Detroit | MI | 48209-1104 |
| Grisby, Aaron | | REDACTED | REDACTED | REDACTED | REDACTED |
| Hall, Lynette | | 38580 Meadowdale St | Clinton TWP | MI | 48036-3512 |
| Harris, Trever | | REDACTED | REDACTED | REDACTED | REDACTED |
| Human Resources Consultants Inc | Attn Accounts Payable | 805 Oakwood Dr Ste 100 | Rochester Hls | MI | 48307-6206 |
| Hunt, Elizabeth | | REDACTED | REDACTED | REDACTED | REDACTED |
| Hunt, Elizabeth | | REDACTED | REDACTED | REDACTED | REDACTED |
| Hunter, Odia | | REDACTED | REDACTED | REDACTED | REDACTED |
| Jackie T Outlaw | | REDACTED | REDACTED | REDACTED | REDACTED |
| James, Tameka | | 20500 Hawthorne St | Detroit | MI | 48203-1281 |
| Javena Marie Finley | | REDACTED | REDACTED | REDACTED | REDACTED |
| Jefferson, Mary Lou | | REDACTED | REDACTED | REDACTED | REDACTED |
| Jeffrey A Wenturine | | REDACTED | REDACTED | REDACTED | REDACTED |
| Jenkins, Marilyn | | REDACTED | REDACTED | REDACTED | REDACTED |
| Jennifer Seals | Attn Accounts Payable | 21769 Logue Ave | Warren | MI | 48091-2351 |
| Jones, Raven D | | 19952 Goddard St | Detroit | MI | 48234-1343 |
| Jones, Shinauda | | REDACTED | REDACTED | REDACTED | REDACTED |
| Joyce Martin | | REDACTED | REDACTED | REDACTED | REDACTED |
| Langell, Sherman L | | REDACTED | REDACTED | REDACTED | REDACTED |
| Lazarowicz, Gerald M | | REDACTED | REDACTED | REDACTED | REDACTED |
| Lee Jr, Clifford | | REDACTED | REDACTED | REDACTED | REDACTED |
| Lee, Clifford | | REDACTED | REDACTED | REDACTED | REDACTED |
| Leggett, Arthur | | REDACTED | REDACTED | REDACTED | REDACTED |
| Love, Martha | | REDACTED | REDACTED | REDACTED | REDACTED |
| McElrath, Dorothy | | REDACTED | REDACTED | REDACTED | REDACTED |
| Medical District Surgery Center | Attn Accounts Payable | 1330 S Valley View Blvd | Las Vegas | NV | 89102-1865 |
| Michigan Business Systems | Attn Accounts Payable | PO Box 888624 | Grand Rapids | MI | 49588-8624 |
| Mifsud, Joseph | | 33718 Grand River ve | Farmingtn Hls | MI | 48335-3428 |
| Mitchell, Lataisha | | 35832 Jefferson Ave Apt 101 | Harrison Twp | MI | 48045-3276 |
| Mixon, Dennis L | | REDACTED | REDACTED | REDACTED | REDACTED |
| Morris, Aaron G | | REDACTED | REDACTED | REDACTED | REDACTED |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Napier, Charles | | REDACTED | REDACTED | REDACTED | REDACTED |
| North-West Trading Co | Attn Accounts Payable | PO Box 87174 | Canton | MI | 48187-0174 |
| Oce Imagistics Inc | Attn Accounts Payable | 15004 Collection Center Dr | Chicago | IL | 60693-0150 |
| P3 Construction Inc | Attn Accounts Payable | PO Box 1325 | Southgate | MI | 48195-0325 |
| Pawl, Michael J | | 23225 Playview St | St Clr Shores | MI | 48082-2087 |
| Pelletier, Michael | | REDACTED | REDACTED | REDACTED | REDACTED |
| Penn, Rosetta L | | REDACTED | REDACTED | REDACTED | REDACTED |
| Perdue, Maurice J | | REDACTED | REDACTED | REDACTED | REDACTED |
| Peterson, Kenya | | 7509 Beaverland | Redford | MI | 48239-4200 |
| Petties, Kerry | | 14214 Moravian Manor Cir | Sterling Hts | MI | 48312-5796 |
| Pettit, Brandon R | | REDACTED | REDACTED | REDACTED | REDACTED |
| Pezzetti, Michael T | | REDACTED | REDACTED | REDACTED | REDACTED |
| Pilson, Sarah | | REDACTED | REDACTED | REDACTED | REDACTED |
| Proden, Gudny | | REDACTED | REDACTED | REDACTED | REDACTED |
| Purify, Catherine | | REDACTED | REDACTED | REDACTED | REDACTED |
| Richmond, James L | | REDACTED | REDACTED | REDACTED | REDACTED |
| Ricks, Quincy D. | | REDACTED | REDACTED | REDACTED | REDACTED |
| Roders Jr., Cornelius | | REDACTED | REDACTED | REDACTED | REDACTED |
| Rogan, Karonise | | REDACTED | REDACTED | REDACTED | REDACTED |
| Sandelin, Shelton | | REDACTED | REDACTED | REDACTED | REDACTED |
| Sanders, Richard | | 21334 Glenbranch Dr | Spring | TX | 77388-3311 |
| Sanders, Veossie | | 21334 Glenbranch Dr | Spring | TX | 77388-3311 |
| Sandoval, Anthony M | | REDACTED | REDACTED | REDACTED | REDACTED |
| Schikora, John J | | REDACTED | REDACTED | REDACTED | REDACTED |
| Shirley J Walker | | REDACTED | REDACTED | REDACTED | REDACTED |
| Sierra, Enrique J | | REDACTED | REDACTED | REDACTED | REDACTED |
| Sierra, Wendy M | | REDACTED | REDACTED | REDACTED | REDACTED |
| Silva, Yahdira | | 6490 Brace St | Detroit | MI | 48228-4730 |
| Sims, Martinzie K | | REDACTED | REDACTED | REDACTED | REDACTED |
| Smiley, Brian | | REDACTED | REDACTED | REDACTED | REDACTED |
| Smith, Jeanette | | REDACTED | REDACTED | REDACTED | REDACTED |
| Smith, Marian D | | REDACTED | REDACTED | REDACTED | REDACTED |
| Smith, Myishia J | | REDACTED | REDACTED | REDACTED | REDACTED |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Smola, Thomas M | | REDACTED | REDACTED | REDACTED | REDACTED |
| Speed, Ashley S | | REDACTED | REDACTED | REDACTED | REDACTED |
| St John Hlth Sys Home Srv/Home | Attn Accounts Payable | 18325 E 10 Mile Rd Ste 400 | Roseville | MI | 48066-4990 |
| Stanco, Francis V | | REDACTED | REDACTED | REDACTED | REDACTED |
| Stephany Pruitt | | REDACTED | REDACTED | REDACTED | REDACTED |
| Terrell, Terry J | | REDACTED | REDACTED | REDACTED | REDACTED |
| Thomas, Craig D | | REDACTED | REDACTED | REDACTED | REDACTED |
| Toron Antonio Brownlee | | REDACTED | REDACTED | REDACTED | REDACTED |
| Tucker Young Jackson Tull Inc | Attn Accounts Payable | 615 Griswold St Ste 600 | Detroit | MI | 48226-3981 |
| Tucker, Larhonda | | REDACTED | REDACTED | REDACTED | REDACTED |
| Vance, Rujeania | | REDACTED | REDACTED | REDACTED | REDACTED |
| Walker, Marie | | 26357 Colgate St | Inkster | MI | 48141-3221 |
| Wendy M Sierra | | REDACTED | REDACTED | REDACTED | REDACTED |
| Wheatley Jr, Leonard | | REDACTED | REDACTED | REDACTED | REDACTED |
| White III, Theron | | REDACTED | REDACTED | REDACTED | REDACTED |
| White, Raven | | REDACTED | REDACTED | REDACTED | REDACTED |
| Whitten, Maureen | | REDACTED | REDACTED | REDACTED | REDACTED |
| Whitten, Maureen A | | REDACTED | REDACTED | REDACTED | REDACTED |
| Wilder, Carolyn S | | REDACTED | REDACTED | REDACTED | REDACTED |
| Williams, Bernadette | | REDACTED | REDACTED | REDACTED | REDACTED |
| Williams, Deborah | | REDACTED | REDACTED | REDACTED | REDACTED |
| Williams, Pastella B | | REDACTED | REDACTED | REDACTED | REDACTED |
| Willis, Jacquelyn D | | REDACTED | REDACTED | REDACTED | REDACTED |
| Wilson, James M | | REDACTED | REDACTED | REDACTED | REDACTED |
| Wright, Terecia Y | | REDACTED | REDACTED | REDACTED | REDACTED |

# Exhibit C

```
-------------------------------------------------x
                                                 :
In re                                            : Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       : Case No. 13-53846
                                                 :
                Debtor.                          : Hon. Steven W. Rhodes
                                                 :
                                                 :
-------------------------------------------------x
```

**NOTICE OF HEARING TO CONSIDER APPROVAL OF
DISCLOSURE STATEMENT WITH RESPECT TO PLAN
FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.　On February 21, 2014 the City of Detroit, Michigan (the "City") filed the *Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 2708) (the "Plan") and the *Disclosure Statement with Respect to Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 2709) (the "Disclosure Statement") with the Bankruptcy Court for the Eastern District of Michigan, Southern Division (the "Bankruptcy Court").

2.　On February 21, 2014, the City filed the *Motion of the City of Detroit for Approval of the Proposed Disclosure Statement* (Docket No. 2713) (the "Disclosure Statement Approval Motion").

LAI-3209398v2

3. On April 14, 2014, the Bankruptcy Court will hold a hearing to consider whether the City's proposed Disclosure Statement contains adequate information. The hearing will be at 9:00 a.m. Eastern time at 231 W. Lafayette Blvd., Detroit, Michigan 48226. The hearing will take place before the Honorable Steven W. Rhodes, United States Bankruptcy Judge.

4. The Bankruptcy Court may continue the hearing after this time and date without prior notice to the parties. The City may modify the Disclosure Statement prior to the hearing, during the hearing or as a result of the hearing without further notice to the parties.

5. IF YOU WISH TO OBJECT TO THE APPROVAL OF THE DISCLOSURE STATEMENT AND DO NOT STRICTLY FOLLOW THESE PROCEDURES, YOU MAY BE BARRED FROM OBJECTING TO THE DISCLOSURE STATEMENT AND YOU MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.

6. Any objection or response to approval of the Disclosure Statement must be filed with the Bankruptcy Court on or before April 1, 2014.

7. The City shall file and serve a consolidated reply to all objections or responses to approval of the Disclosure Statement on or before April 4, 2014.

8. Copies of the Disclosure Statement Approval Motion; the Disclosure Statement, Plan and all amendments thereto; and related documents are available

on the internet, free of charge, at http://www.kccllc.net/Detroit and http://www.detroitmi.gov/EmergencyManager.aspx.

9. In addition, copies of the Disclosure Statement Approval Motion; the Disclosure Statement, Plan and all amendments thereto; and related documents are available upon request by contacting Kurtzman Carson Consultants at City of Detroit Ballot Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 or by telephone at (877) 298-6236.

Dated: February 28, 2014

Respectfully,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

LAI-3209398v2