UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:                                                             Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                      Chapter 9

              Debtor.                                          Hon. Steven W. Rhodes
_____/

### *EX PARTE* MOTION OF MERRILL LYNCH CAPITAL SERVICES, INC. AND UBS AG FOR AN ORDER AUTHORIZING THEM TO FILE A JOINT STATEMENT AND REPLY IN EXCESS OF PAGE LIMITS

Merrill Lynch Capital Services, Inc. ("Merrill Lynch") and UBS AG ("UBS"), both creditors and/or parties in interest in the above-captioned case, move the Court, pursuant to Rule 9014-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Bankruptcy Rules"), for the entry of an order authorizing Merrill Lynch and UBS to file a joint statement in support of the Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief (ECF No. 2802, corrected at ECF No. 2806) (the "Motion") and in reply to the objections to the Motion (a "Statement and Reply"). In support of their motion, Merrill Lynch and UBS respectfully submit as follows:

1.       The City of Detroit, Michigan, filed the Motion on March 3, 2014, corrected on March 4, 2014, seeking approval of a settlement agreement and plan support agreement.

2.       Eleven parties have filed objections or other responses to the Motion (collectively, the "Objections"). The Objections total 115 pages and include a 26-page objection filed by Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (ECF No. 3051), and a 22-page objection filed by certain COPs Holders (ECF No. 3040). The Objections raise complex legal issues that require detailed analysis of both the Bankruptcy Code and state law.

3. Merrill Lynch and UBS support the Motion. They are parties to the proposed settlement agreement and plan support agreement, and they have a significant stake in the outcome of the Motion. Moreover, they are uniquely positioned to address certain legal issues raised in the Objections.

4. Due to the volume and complexity of the Objections, Merrill Lynch and UBS seek leave to file a single, consolidated Statement and Reply of no more than sixty (60) pages. Merrill Lynch and UBS have not filed any other papers in connection with the Motion.

WHEREFORE, Merrill Lynch and UBS respectfully request that this Court enter an order substantially in the form attached as **Exhibit 1** and grant such other relief as the Court deems proper.

Dated: March 21, 2014

WARNER NORCROSS & JUDD LLP

By: /s/ Stephen B. Grow
    Stephen B. Grow (P39622)
    Charles N. Ash, Jr. (P55941)
    900 Fifth Third Center
    111 Lyon Street NW
    Grand Rapids, Michigan 49503
    Telephone: (616) 752-2000
    Facsimile: (616) 222-2500
    sgrow@wnj.com
    cash@wnj.com

*Attorneys for Merrill Lynch Capital Services, Inc. and UBS AG*