**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In Re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

*EX PARTE* ORDER AUTHORIZING MERRILL LYNCH CAPITAL SERVICES, INC.
AND UBS AG TO FILE A JOINT STATEMENT AND REPLY
IN EXCESS OF PAGE LIMITS

This matter coming before the Court on the *Ex Parte* Motion of Merrill Lynch Capital Services, Inc. and UBS AG to File a Joint Statement in Support of the Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief, and in Reply to the Objections to the Motion, and the Court being fully advised in the premises;

IT IS ORDERED THAT:

1. The Motion is GRANTED.

2. Merrill Lynch Capital Services, Inc. and UBS AG may file a Joint Statement in Support of the Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief, and in Reply to the Objections to the Motion (a "Statement and Reply").

3. The Statement and Reply may be no more than sixty (60) pages.