**EXHIBIT 4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

In Re:                                                             Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                     Chapter 9

          Debtor.                                        Hon. Steven W. Rhodes

_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 21, 2014, the *Ex Parte Motion of Merrill Lynch Capital Services, Inc. And UBS AG for an Order Authorizing Them to File A Joint Statement and Reply in Support of Motion* was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: March 21, 2014

                                          By: /s/ Stephen B. Grow
                                                  Stephen B. Grow (P39622)
                                                  900 Fifth Third Center
                                                  111 Lyon Street NW
                                                  Grand Rapids, Michigan 49503
                                                  Telephone: (616) 752-2158
                                                  Facsimile: (616) 222-2158
                                                  sgrow@wnj.com