# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION – DETROIT

In Re:                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                                Chapter 9

        Debtor.                                Hon. Steven W. Rhodes

_____/

**SCHEDULE OF EXHIBITS TO STATEMENT OF MERRILL LYNCH CAPITAL SERVICES, INC. AND UBS AG IN SUPPORT OF THE MOTION OF DEBTOR FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(A) AND BANKRUPTCY RULE 9019, APPROVING A SETTLEMENT AND PLAN SUPPORT AGREEMENT, AND IN REPLY TO THE OBJECTIONS TO THE MOTION**

A.    2005 COPs Offering Circular

B.    Statement of Stipulated Facts filed in In re City of Detroit, Michigan, Adversary Proceeding No. 14-04112-swr (Banrk. E.D. Mich.) (ECF No. 2061)

C.    2006 COPs Offering Circular

D.    Syncora Policy No. CA03049B

E.    2005 COPs Underwriting Agreement

F.    2006 COPs Underwriting Agreement

G.    GRS Service Contract, dated June 7, 2006

H.    PFRS Service Contract, dated June 7, 2006

I.    City of Detroit Ordinance 03-05

J.    City of Detroit Ordinance 04-05

K.    City of Detroit Ordinance 05-05

L.    GRS Articles of Incorporation

M.    PFRS Articles of Incorporation

N.    2006 Lewis & Munday Legal Opinions

O.    Corporation Counsel Legal Opinion, dated June 12, 2006

P. Syncora Waiver and Consent, dated June 26, 2009

Q. FGIC Waiver and Consent, dated June 26, 2009

R. Collateral Agreement, dated June 15, 2009

S. City of Detroit Ordinance 05-09

T. Lewis & Munday Legal Opinion, dated June 26, 2009

U. Corporate Counsel Legal Opinion, dated June 26, 2009

V. Orrick Legal Opinion, dated June 26, 2009

W. Transcript of January 16, 2014 hearing in In re City of Detroit, Michigan, Case No. 13-53846 (Banrk. E.D. Mich.)

X. RMFA Senate Bill Analysis S-3

Y. RMFA Senate Bill Analysis S-2

Z. City of Detroit Complaint for Declaratory and Injunction Relief filed in In re City of Detroit, Michigan, Adversary Proceeding No. 14-04112-swr (Banrk. E.D. Mich.) (ECF No. 2621)

AA. Hearing Transcript of September 15, 2009 hearing in In re Lehman Brothers Holdings, Inc., et al., Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.)

BB. Forbearance and Optional Termination Agreement, dated July 15, 2013, and Sixth Amendment to Forbearance and Optional Termination Agreement, dated December 27, 2013

CC. Amended and Restated Schedule between SBS Financial Products Company, LLC and Detroit General Retirement System Service Corporation, dated June 26, 2009

DD. Contract Administration Agreement, dated June 12, 2006

EE. Order Approving Revised Settlement, In re Lyondell Chemical Company, et al., Case No. 09-10023 (REG) (Bankr. S.D.N.Y.)