UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:                                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                  Chapter 9

                Debtor.                                  Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, I electronically filed Merrill Lynch Capital Services, Inc. and UBS AG's *Statement in Support of the Motion of Debtor For Entry of an Order Pursuant to Section 105(a) and Bankruptcy Rule 9019, Approving A Settlement and Plan Support Agreement, and in Reply to the Objections to the Motion* with the Clerk of the Court using the ECF system, which will send notice of filing to all ECF participants indicated on the Electronic Notice List.

                                                     WARNER NORCROSS & JUDD LLP

Dated: March 21, 2014                 /s/ Stephen B. Grow
                                                     Stephen B. Grow (P39622)
                                                     111 Lyon St. NW Suite 900
                                                     Grand Rapids, MI 49503
                                                     (616) 752-2158
                                                     sgrow@wnj.com

10240434