211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Original Signature is Missing from your letter of Objection to Chapter 9 Plan.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☑ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 3/20/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                              Case No. 13-53846-swr
City of Detroit, Michigan                                           Chapter 9
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2           User: ckata                Page 1 of 13           Date Rcvd: Mar 20, 2014
                               Form ID: def2              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2014.
22741300      +Mary Highgate,    26560 Burg Rd.,    Warren, MI 48089-1097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Allison   Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,   achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,   aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Angela   Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
              Arthur   O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,   ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,   wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
           bborder@sspclegal.com, joumedian@sspclegal.com
          Brian D. O'Keefe    on behalf of Creditor Donald    Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald    Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
           Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce    Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
           bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
           carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole    Neville    on behalf of Retiree Committee    Official Committee of Retirees
           carole.neville@dentons.com
          Carole    Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin    Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi    Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
          Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Dan    Korobkin    on behalf of Interested Party Darlene    Hellenberg dkorobkin@aclumich.org
          Dan    Korobkin    on behalf of Interested Party    Angie    Wong dkorobkin@aclumich.org
          Dan    Korobkin    on behalf of Interested Party Ian    Mobley dkorobkin@aclumich.org
          Dan    Korobkin    on behalf of Interested Party Nathaniel    Price dkorobkin@aclumich.org
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
 dweiner@schaferandweiner.com
Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
 dweiner@schaferandweiner.com
David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
 deisenberg@ermanteicher.com
David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
 nwinagar@plunkettcooney.com
David A. Mollicone    on behalf of Creditor    Brown Rehabilitation Management, Inc.
 dmollicone@dmms.com
David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
 dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
 david.dubrow@arentfox.com
David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
 nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
 nepc.com
David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
 kbilpo@seyburn.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
 General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
 kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 dfish@allardfishpc.com,  allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
 dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
 don@mcguiganlaw.com
Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
 AFL-CIO, CLC dls@wmlaborlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Douglas C. Bernstein    on behalf of Interested Party    Douglas C. Bernstein
  dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
  eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
  eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
  eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
  eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
  ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
  ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
  litdocket@honigman.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
  emajoros@glmpc.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
  ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
  (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
  bankruptcy@orlans.com, ANHSOA@earthlink.net
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
  ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric Rosenberg    on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com,
  amendiola@morganmeyers.com
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
  carlson@millercanfield.com
Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
  enovetsky@jaffelaw.com
Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
  bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
  Detroit efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
  efeldman@clarkhill.com
Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
  pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
  jbrown@steinbergshapiro.com
Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
  ecf-hen@rhoadesmckee.com
Harold E. Nelson    on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
  Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
  Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
  Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
  hlennox@jonesday.com
Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
Heidi Peterson    hdpeterson75@gmail.com
Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
  howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
  howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
  Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    FMS Wertmanagement AR
  howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
  howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt International S.A.
  howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
  Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
  howard@jacobweingarten.com
Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
  howard@jacobweingarten.com
Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London howard@jacobweingarten.com
        Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
        Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
        Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com
        James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
        James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com
        James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com
        Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com
        Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
        Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
        Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com
        Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
        Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
        Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
        Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
        Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
        Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
        Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
        Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
        John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
        John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
        John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com
        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
        Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
        Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com
        Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com
        Joseph Mark Fisher   on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com
        Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
        Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
        Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
        Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
        Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association jteicher@ermanteicher.com
        Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association jteicher@ermanteicher.com
        Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
        Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
        Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com
        Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
        Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
        Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
        Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
        Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
        Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
        Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
        Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
        Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
        Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
        Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
        Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
        Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
        Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
        Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
        Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
        M. Ellen Dennis   on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
        Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
        Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Interested Party   Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan swansonm@millercanfield.com
        Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
        Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
               paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor James   Herbert melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
               melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor John   Denis melissa@demolaw.com, paula@demolaw.com
              Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
               mdordeski@foleymansfield.com,cindy@loevy.com
              Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
               mtaunt@stroblpc.com, KVanAkin@stroblpc.com
              Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
               makarmanesq@gmail.com
              Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
               mchammer2@dickinsonwright.com
              Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell    on behalf of Interested Party Bill   Schuette BellM1@michigan.gov
              Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
               mike.paslay@wallerlaw.com,
               Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
               rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com, bac@maddinhauser.com
              My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad    on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Donnell   White ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com
              Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America Nganatra@uaw.net
              Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               Paige.Barr@kattenlaw.com
              Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
               pmears@btlaw.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
           ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,  wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com,   dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
 sam.alberts@dentons.com,   dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
 soconnor@glmpc.com
Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
 david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
 stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Sean M. Walsh    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 swalsh@sbplclaw.com
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
 slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
 lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
 dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
 dguerrero@dykema.com
Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,   kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,   kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
 stephen.hackney@kirkland.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen P. Stella    on behalf of Creditor Jessie  Payne attorneystella@sszpc.com, agaty@sszpc.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com,
           clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc.
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky   on behalf of Creditor Velma Denson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Sharon Pettway tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Shelton Bell, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
              Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                            TOTAL: 509
```