UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name: **Annie Li, Esq.**

Firm: **Skadden, Arps, Slate, Meagher & Flom LLP**

Address: **300 South Grand Ave.**

City, State, Zip: **Los Angeles, CA 90071**

Phone: **213-687-5000**

Email: **annie.li@skadden.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

ⓧ Bankruptcy  ◯ Adversary

◯ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: **01/22/2014**   Time of Hearing: **10:00**   Title of Hearing: **Art Collection Motion**

Please specify portion of hearing requested:  ⓧ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

ⓧ Entire Hearing  ◯ Ruling/Opinion of Judge  ◯ Testimony of Witness  ◯ Other

Special Instructions: _____

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)
◯ 14-Day Transcript - $4.25 per page (14 calendar days)
ⓧ Expedited Transcript - $4.85 per page (7 working days)
◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Annie Li   Date: **3/24/14**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date           By

Order Received:

Transcript Ordered

Transcript Received