UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2014, I caused *Retired Detroit Police Members Association's Pretrial Concurrence to Objection and Brief Regarding Classification of Retiree Pension Claims in the City's Proposed Plan of Adjustment filed at Docket No. 3142* to be filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 24, 2014

**STROBL & SHARP, PC**

/s/ Lynn M. Brimer
Lynn M. Brimer (P43291)
300 East Long Lake Road, Ste. 200
Bloomfield Hills, Michigan 48034-2376
Phone No.: (248) 540-2300
lbrimer@stroblpc.com