# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## NOTICE OF WITHDRAWAL OF DOCUMENT FILED AS CONCURRENCE

Meredith E. Taunt, on behalf of the Retired Detroit Police Members Association (the "RDPMA") hereby withdraws the Concurrence filed at Docket No. 3158 as the document was inadvertently filed in the wrong case.

Dated: March 24, 2014

Respectfully submitted,
**STROBL & SHARP, P.C.**

/s/ Meredith E. Taunt
LYNN M. BRIMER (P43291)
MEREDITH E. TAUNT (P69698)
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; fax (248) 645-2690
Attorneys for RDPMA
mtaunt@stroblpc.com

*S&B\85244\001\PLDG\SB451495.DOC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN     )
                      ) SS
COUNTY OF OAKLAND     )

MEREDITH E. TAUNT, being first duly sworn, does depose and state that on March 24, 2014 she served a copy of :

> Notice of Withdrawal of Document Filed as Concurrence

upon each attorney or party of record herein by electronic means.

I declare that the statements above are true to the best of my information, knowledge and belief.

Signed on March 24, 2014

> */s/     Meredith E. Taunt*
> Meredith E. Taunt (P69698)
> Attorneys for RDPMA
> 300 East Long Lake Road
> Bloomfield Hills, MI 48304
> Telephone: (248) 540-2300
> Facsimile: (248) 645-2690
> E-mail: mtaunt@stroblpc.com

*S&B\85244\001\PLDG\SB451495.DOC