UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## THE RETIRED DETROIT POLICE MEMBERS ASSOCIATION'S CONCURRENCE IN THE RETIREMENT SYSTEMS' OBJECTION AND BRIEF REGARDING CLASSIFICATION OF RETIREE PENSION CLAIMS IN THE CITY'S PROPOSED PLAN OF ADJUSTMENT

The Retired Detroit Police Members Association ("RDPMA"), by and through its attorneys, Strobl & Sharp, P.C., hereby concurs with the Retirement Systems' Objection and Brief Regarding Classification of Retiree Pension Claims in the City's Proposed Plan of Adjustment filed at Docket No. 3142.

Respectfully Submitted,

**STROBL & SHARP, P.C.**

 /s/   Lynn M. Brimer
LYNN M. BRIMER (P43291)
MEREDITH E. TAUNT (P69698)
MALLORY A. FIELD (75289)
Attorneys for the Retired Detroit
Police Members Association
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
E-mail: mtaunt@stroblpc.com

Dated: March 24, 2014