UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _____

2. I / we object to the above filing because:
I am currently a City of Detroit employee and I plan to retire from the City of Detroit with a pension that I earned by working hard to service the City of Detroit. Please take into consideration all the retirees and those who are about to retire in the future that reducing their pension will have a great affect on their personal lives. Please keep the pension intact.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Dacota Craft
Signature: Dacota Craft
Address: 8872 Joust Ave
Detroit, Michigan 48213
Email: craftbowtie@yahoo.net

Dated:

FILED 2014 MAR 24 P 12:30 BANKRUPTCY COURT MICHIGAN-DETROIT

13-53846-tjt    Doc 3164    Filed 03/24/14    Entered 03/24/14 15:19:17    Page 1 of 1