UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY:

LAURA WILSON hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because I AM a Retired City Employee, under the age of 65.

2. I object to the above filing because: I was practically forced by the City to retire at age 59. I had 33 yrs of service. I have financial debt that was incurred based on my promised pension. My health insurance is now exorbitant.

3. I have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: LAURA WILSON
Signature: Laura Wilson
Address: 19156 Roselawn
Detroit MI 48221
Email: Wilsonlee.39@aol.com

Dated: 3/19/2014