UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr
 Chapter 9
_____Debtor_____/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Roger Wilson hereby states his/~~her/their~~ OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / ~~we~~ am/~~are~~ interested in the Bankruptcy of the City of Detroit because **I AM A RETIREE, AGE 72.**

2. I / ~~we~~ object to the above filing because: **WE ARE THE MOST VULNERABLE AND HAVE TO TAKE THE LARGEST CUTS.**

3. I ~~have~~/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: ROGER A. WILSON
Signature: Roger A. Wilson
Address: 19156 ROSELAWN
 DETROIT, MI 48221
Email: WHOOPAZOID@AOL.COM

Dated: