UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
|     Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

**Order Requiring the City of Detroit to Provide Additional
Information Regarding the Postpetition Quality of Life Financing**

On March 6, 2014, debtor City of Detroit filed a Notice of Presentment of Final Order pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, and 922. (Dkt. #2921). The proposed order, if entered as presented, would approve the proposed postpetition quality of life financing, grant certain liens, provide superpriority status, and modify the automatic stay.

Several parties have filed objections to the proposed final order. The objections seek, in part, additional information regarding the terms and conditions for the proposed final financing.

Having reviewed the objections, the Court concludes that its consideration of this matter would be more efficient for all concerned if the City made certain information available before the hearing scheduled for April 2, 2014. Accordingly it is hereby ordered that by March 28, 2014, the City shall provide the following information relating to the proposed final financing:

    1. Final copies of the documents that will be executed and delivered in connection with the financing.

    2. Clear disclosure of **all** material terms of the loan including the interest rate, term, fees, costs and whether the loan is subject to market flex provisions (and if so, the terms of the market flex provisions).

    3. A comparison of the material terms of the proposed final quality of life financing with the terms of the initial quality of life financing preliminarily approved by the Court on

January 16, 2014.

4. Disclosure of information regarding the specific use of loan proceeds i.e. a schedule of quality of life expenditures and budgets.

.

**Signed on March 24, 2014**

                                                                                                     /s/ Steven Rhodes
                                                                                                 **Steven Rhodes**
                                                                                                 **United States Bankruptcy Judge**