UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

**CITY OF DETROIT, MICHIGAN,**        Chapter 9
       Case No. 13-53846
     **Debtor.**        Hon. Steven W. Rhodes
_____/

## REQUEST FOR REMOVAL FROM MATRIX AND TO STOP ELECTRONIC NOTICES

Stephen P. Stella, Esq. of Simon, Stella & Zingas, P.C. hereby files this, Request for Removal from Matrix and to Stop Electronic Notices, and requests that the following name, address and email address be removed from the matrix and from the Court's electronic noticing system in this case:

           Stephen P. Stella, Esq.
           Simon, Stella & Zingas, P.C.
           645 Griswold, Ste. 3466
           Detroit, MI 48226
           (313) 962-6400
           (313) 963-4614 (fax)
           Email: attorneystella@sszpc.com

           SIMON, STELLA & ZINGAS, P.C.

           /S/ Stephen P. Stella
           BY: STEPHEN P. STELLA (P33351)
           Attorney for Jessie Payne
           645 Griswold, Ste. 3466
           Detroit, MI 48226
           (313) 962-6400
           attorneystella@sszpc.com

Date: March 25, 2014