Honorable Steven Rhodes
U.S. Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St.
Detroit, MI

Case# 13-53846

Re: Objections to the proposed Plan of Adjustment

Honorable Judge Rhodes

I am writing this letter asking you not to approve the City of Detroit's proposed Plan of Adjustment (POA). More specifically, I am asking that you not allow the draconian cuts to pensioners like myself. I am among the pensioners who have worked too long and sacrificed too much to be thrown to the wolves because of mismanagement and the incredible numbers game Orr is playing. His POA is lacking too much information for retirees and others to make informed decisions. I am quite surprised that the suuposed expert in this field would have the audacity to submit to your Honor, a document filled with blank pages, suppositions and I accuracies.

I worked thirty-two and one half yearsforr the city, missing numerous Christmases, vacations and ultimately having three (3), ten percent pay cuts imposedmupon me. I retired in 2010, able to live modestly on my retirement pension. This pension WAS NOT a bonus, nor was it gifted to me. It was EARNED after years of hard work and sacrifice.

After I adjusted my lifestyle to be able to live on my pension, the governor decided to impose an income tax or pensioners. This resulted in a cut to my income of approximately 4.6% and again I had to adjust my lifestyle. For the first time in my entire working career, I had to pay almost $1,000.00 to the state in taxes.

Now we have lost our health care at a time when, because of age and the effects of our employment, among other things, we need it most. This has caused me to spend additional monies which, along with the imposition of state taxes, represents a total cut to my pension of approximately 27%. With Orr demanding additional 6 to 34% cut, I will be at a level barely above the poverty level, unable to qualify for assistance. My income would be cut in half leaving me unablemto afford my home, utilities, auto/home insurance, etc. That represents a 50% cut in my income. That does not include the elimination of cost of living that he is proposing.

I OBJECT TO THE DISCLOSURE STATEMENT AND PLAN OF ADJUSTMENT
FOR THE FOLLOWING REASONS:

VIOLATION OF THE STATE CONSTITUTION P.A. 436
Michigan's current Emergency Manager Law was enacted shortly after the people of the
state repealed the previous version of the law. Governor Snyder blatantly disregarded
the will of the people he was sworn to represent. A law, I might add, that your Honor
said was practically word for word, the same law which had been repealed.

The act destroys the Rule of Law, violates the EQUAL PROTECTION ACT, the
VOTING RIGHTS ACT, and is akin to the actions of a dictator, not those of an
ELECTED official.

The governor is partially to blame for Detroit's bankruptcy by severely cutting Revenue
Sharing. More cities are in financial distress because of his actions. Yet the state now
has a billion dollar surplus, some of which will be used to bolster the state's own
pension system.

Pensions are merely deferred wages. Public pensions are protected by the very state
constitution the governor is failing to uphold.

The governor's actions are purely self-serving in this matter. He extended an offer of
$360 million to help the pension funds. However in an article in the Detroit News, he
states that the retirees have to strike a deal before May 2014 or the money will not be
forthcoming. He wantsmus to cut our own throats, give up our appellate rights, so that
he can tell his potential voters how he "helped Detroit."

Your Honor, while everyone else is trying to save the banks and the art, I ask that you
keep intact, the pensions of those thousands of persons who worked for the city. We are
entitled to the pensions which the City of Detroit promised and which the constitution of
the Sate of Michigan guarantees.

Sincerely,

DEREK S. HICKS
3/20/14