UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN                    Case No. 13-53846-SWR
Debtor                                       Chapter 9
_____/                   Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: _John_ _P._ _Smith_____

_John_ _P._ _Smith_____ hereby states his/her OBJECTION to the City of
Detroit's Proposed Plan of Adjustment for the following reasons:

    1. I am interested in the Bankruptcy of the City of Detroit because I am a City of
Detroit Resident.

    2. I object to the above filing because the City of Detroit promised those men and
women a pension and they have moved on in life making financial decisions on the
money that they expected for the rest of their lives. How do they tell mortgage
companies, the car companies, the utility companies, insurance companies, credit card
companies, and college tuition that they are going to give them half the payment they owe
them. This correction should not be balanced off the backs of our retirees.

    3. I have/have not attached additional sheets to explain and establish my position.

    I hereby certify that the statements made herein are true and correct under penalty
of perjury and contempt of court under the laws of the United States of America.

    Wherefore, I request the court to deny the relief sought in said filing by the City of
Detroit.

                                    Name: _John_ _P._ _Smith_____
                                    Signature: _____
                                    Address: _14500_ _Warwick_____
                                    Email: _JPPSmith@Gmail.com_

Date: _3-19-14_____