UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  
Debtor

Case No. 13-53846-SWR  
Chapter 9  
Hon. STEVEN W. RHODES

OBJECTION TO:  
City of Detroit's Plan of Adjustment (Docket 2708)  
FILED BY: _REGENA OREE_

_REGENA OREE_ hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I am interested in the Bankruptcy of the City of Detroit because I am a City of Detroit Resident.

2. I object to the above filing because the City of Detroit promised those men and women a pension and they have moved on in life making financial decisions on the money that they expected for the rest of their lives. How do they tell mortgage companies, the car companies, the utility companies, insurance companies, credit card companies, and college tuition that they are going to give them half the payment they owe them. This correction should not be balanced off the backs of our retirees.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: REGENA OREE  
Signature: Regena Oree  
Address: 1601 Robert Bradley Dr #612  
Detroit, MI 48207  
Email:

Date: March 22, 2014