UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Kim Fletcher

Sharon K. Jordan hereby states her OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I <u>am</u> interested in the Bankruptcy of the City of Detroit because it affects my life currently and in the near future, once I retire. I am a 32+ year employee with the Detroit Water and Sewerage Department. Also, I am just 54 years of age. I have a Masters in Business Administration.

   2. I object to the above filing because:

- My health care costs have went up tremendously and as a current City of Detroit Water and Sewerage (DWSD) employee, I have been forced since 2007 to take 10% pay cuts for the lack of leadership, management and direction from our Mayor(s) and their executive staff. I have over 32 years with the City but I cannot afford to retire because I will not have health care coverage and I suffer from kidney stones and once a year I have surgery to remove them. I have hospital bills already unpaid from the expenses that have been reduced by the city (supposedly saving money).
- My union, Senior Accountants, Analysts and Appraisers Association (SAAA) have not had a contract with the City of Detroit since 2008. We were forced to endure Budget Furlough Days, 10% pay cuts and removal of our 35 Hour Work Week, Reserved Sick Bank, Swing Holidays, Bonus Vacation Days, Longevity, and Election Day. Many items are being taken away from us but nothing is being saved through the City of Detroit because they are constantly hiring contractors/consultants, paying exuberant fees. As you know, Jones Day along with Kevin Orr are getting paid enormous wages for their participation in filing bankruptcy and trying to manage the city.
- Being separated from the City of Detroit but not being granted everything that the City has taken away because the Detroit Water and Sewerage Department is a Revenue Agency and we are not in hardship. It wasn't until Judge Cox ordered us to be separate, that Mayor Bing started crying the city is in a hardship. The Detroit Water and Sewerage Department were paying all of the City's bills.
- The Detroit Water and Sewerage Department **is not bargaining in Good Faith**, they are

trying to reduce our job classifications, remove union members from unions and make over 600 people **at will** employees. Then to make matters worse, they are requesting SAAA to leave a clause in the proposed contract whereas they can open up the contract to negotiate whatever, whenever. Thus, this would not be a contract officially.
- If I drive downtown, I have to pay high parking fees because the city leased or sold all of their parking lots. I and the rest of downtown city workers are paying exuberant fees for parking in order to work.
- The cost of working downtown is high because the food establishments are higher than the neighborhood food establishments, and there are not enough food establishments that have specials daily to service us.
- The Federal Judge oversees the Detroit Water and Sewerage Department regarding the Unclean Water Act which does not have anything to do with changing job classifications, reducing the workforce, busting unions, etc. SAAA along with AFSCME Local 207 won in the 6th Circuit Court in Cincinnati, Ohio, but we have yet, to have everything Judge Cox ruled on reversed because of the "Stay" that is currently in place.
- SAAA does not have the monies to continue fighting for our rights because the city stopped taking out union dues for over a year and that became a backlog dues owning members which as of today, have not made themselves whole and in good standings with the association. However, if a problem arises, we are responsible for representing that member.
- The Detroit Water and Sewerage Department transfer millions of dollars from the city's bank accounts to newly established bank accounts for DWSD.
- No contractor, consultant or vendor has been working without pay. DWSD has not missed any payments to these companies or clients.
- DWSD has hired numerous individuals whose income started in the six figures. But they want union employees to take pay cuts and they are cutting jobs through a consultant named EMA that was a sole source firm. And they currently have four (4) separate contracts totaling over three (3) million dollars. And this is circumventing the City Councils approval process. The original contract was for $48 million dollars but was halted by the City Council.

3.      I have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I request the Court will deny the relief sought in said filing.

Name: Kim Fletcher
Signature: Kim Fletch
Address: 18244 Sorrento
Email: Detroit, MI 48235

Dated:   March 18, 2014 Revised