UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN
Case No. 13-53846-swr
Chapter 9
_____Debtor_____/
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Bonita Carey-Powers

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because I Am A Detroit Police Retiree

2. (I) we object to the above filing because:
It is a violation of the State Constitution, under which I Agreed to Retire.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Bonita Carey-Powers
Signature: Bonita Carey-Powers
Address: 22046 Hunter Circle S.
Taylor, MI 48180
Email: blaze963@yahoo.com

Dated: 3/21/14