UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN            Case No. 13-53846-swr
                                      Chapter 9
_____Debtor____/         Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Willie Leroy Walker

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because as a retired City of Detroit employee, I worked diligently to perform my duties and responsibilities for several years without overtime, often 14- 16 hours days, and weekends to accomplish numerous tasks assigned to me to fulfill within short timeframes. Sometimes I daily managed two-three divisions of a department to correct problems and/or inefficiencies. I was born in the city, love the city, and have continue to support the city; however, the Detroit's Plan of Adjustment is unreasonable and suicidal for families of retires especially the elderly.

2. I / we object to the above filing because: I began my city career as a junior clerk, then clerk; however, I left the city employment to complete college. I was angry when I left since I was promised a promotion which was not awarded. Upon completion of college, I was hired by Burroughs Corporation as an Accounting Analyst and worked extensively to pass internal audits. My employer was extremely pleased with my work. I was contacted by the City, Mr. Chris Canales, to return to the city. I resigned from Burroughs and I returned to the City as an employee of the Personnel Department. Verbal promises were made by the city, including authorization for me to work on political campaigns. This immediately became a problem since I was hired under the Hatch Act. I filed a grievance under veteran rights, met with the mayor and was then allow to continue my outside activities. I read the city charter, the Michigan Constitution and was fairly assured that a city career could be rewarding. During the administration of Mayor Coleman A. Young, employees took a 10% pay cut, worked hours without overtime pay, and frozen salaries. I believe this lasted about 7 years. I continue to monitor my potential pension benefits and decided to remain with the city. I had job offers then from other private corporations yet I remained with the city. Now, after many years of service, the city speaks of reduced pensions and even have the audacity to suggest reduction in pensions and benefits on a retroactive basis. For the last several years, I have spent most of my resources providing 24 hours care for my mother due to her dementia. Now, I am financially assisting my

brother, a veteran, who is a paraplegic. My upside down mortgage on my home is already difficult to maintain and to pay the monthly first and second mortgages. A cut in pension will result in abandonment of my home and more than likely bankruptcy. Our pensions were to be guarantee by the city and the State of Michigan. What if the federal government cut all social security payments by 34% and asked for prior years payments to be refunded to the government? What if all investment firms reduced all 401K, IRAs and other investment accounts by 34% and submitted these funds state governments or to the federal government? Would these changes encourage other retirees and current employees across the country to say "wait a minute", what's going on here. Why me? Get another job? Well, not so easy to do because of the economy, age and as a cancer survivor. Still getting checkups and praying for another day. Why pass laws liked Michigan Constitution and then find ways to avoid the desires of the people and disregard democracy? I feel betrayed, misused, abused and pray for the immediate return of our Lord to end this world. There is no passion by mankind for his fellow man so let the world end.


3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Willie Leroy Walker

Signature: *Willie L Walker*

Address: 15754 Ashton Det MI 48223

Email: WALKERL10@sbcglobal.net

Dated: March 24, 2014
ww
3-24-2014