UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Catherine Tuttle hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because I am a retiree and have a pension with the City of Detroit.
2.
   1. I object to the above filing because: I do not feel I am being fairly represented by the retiree committee, RDPFFA or the City in my loss of healthcare and pension benefits. I feel that Mr. Kevyn Orr is untrustworthy and that the EM law is illegal.

   2. I have attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I request the Court will deny the relief sought in said filing.

Name: Catherine Tuttle
Signature: /s/ Catherine Tuttle
Address: 21648 Phillip Dr., Novi, MI 48375
Email: Tuttle.c@aol.com

Dated:

Honorable Steven Rhodes
C/O Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
Southern District
211 W. Fort St, Suite 1800
Detroit, Michigan 48226

**Re: Case #53846**

**Objection to the Disclosure Statement and the Plan of Adjustment**

Dear Judge Rhodes,

As City of Detroit retirees we are facing hardships as the result of dramatic health-care cuts and the proposed pension cuts. I am writing you to provide objections to the Disclosure Statement and Plan of Adjustment.

The Disclosure Statement lacks specific information needed for me as a retiree to make informed decisions and to determine any impact that it will have on my specific losses. It is a best a very confusing document.

I do not trust the author, Mr. Kevyn Orr. He has been dishonest in saying our pensions were sacrosanct and believe the he and the Governor conspired to take our rightful benefits. The EM law is likely illegal and an end round over the voter's wishes. The Governor had an obligation to protect the Michigan Constitution. The way they compute the future pension amounts in unfair based on the way they compute the State of Michigan's pension funding. How can they hold us to a stricter formula tan they use for the State?

I don't think the retiree committee or the RDPFFA have my interests considered. This is quite evident based on the retirees under sixty five getting so little in the medical compensation agreement. We get $125. The retirees over 65 spouses get the same as those that put on the uniform every day for over 25 years! Spouses of those under 65 get nothing. Disabled officers get $400 regardless if they have gone on to other careers while collecting a pension from the City and regardless of their household income. There are depilating disabilities and some that were given away freely. If we have a working spouse that makes our income over $75,000 we do not get the additional $50. That income can change anytime with the current economy in this state. What is our share of the healthcare and pensions should be our share regardless of what personal decisions we made in our lives. We sacrificed our family time, took on additional job responsibilities and educational debt to achieve a higher pension and now we are punished for that decision! It isn't right. Taking away COLA hurts everyone, especially the retiree under 65. Many over 65 do not have COLA so they have no desire to protect it. The under 65year old retiree will likely live longer and will end up in poverty if this loss were to happen.

**Objection continued:**

When I see decisions to pay the new Chief the highest salary in the history of the City and he hires not one, but three assistant chiefs show me that they are not using the City's money in a prudent manner, while denying payments to the pension funding trying to drive the debt to a level where the illegal EM law can take over the management of our fund. Chief James Craig is being paid 225k a year when the most respected chief ever, William Bratton of NY, LA and now just became NYC Chief again, with a department of over 30k active members, makes a salary of $205,180.

I believe they want to give the pension dollars to the state to shore up their inadequate funding levels and then pay us less to make up for filling their losses. Quite frankly, they want the billions in the fund. I am quite sure you could tell during the hearing that many were less than truthful. I am asking that you reject this confusing and lacking Plan of Adjustment as the haphazard document that it is.

Thank you for your time,

*Cath Tuttle*

Catherine Tuttle

DPD retired