CASE NO. 13-53846

**FILED**

2014 MAR 24 PM 12:04

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

IN THE
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

In Re: CITY OF DETROIT(Police Dept., et al.), MICHIGAN/U.S.........Debtor – Appellees
City Of Detroit Corporation Counsel
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226-

**Chapter 9**
**Case No. 13-53846**
**Honorable Steven W. Rhodes**

vs.

JEFFREY SANDERS (IFP – Pro se)/..............................................Creditor -- Appellant
16599 Hubbell Street
Detroit, Michigan 48235-4030

## APPELLANT'S BRIEF ON APPEAL

[Appellant] JEFFREY SANDERS, as U.S. Const. Article III - 11 U.S.C. s362(b)(1) **concern(ed)ing** 18 U.S.C. s241; 28 U.S.C. s158 - s1915(d), s2108 - s2111; **and** 42 U.S.C. s1983 impending "Claims" discerning of record in USDC-E.D. Mich. Case No. 07-14206 thru No. 13-53846 heretofore, **Mandate**, CONTESTS **this Court's** absolute - concerted U.S. Constitutional-Judicial 'ERR(OR)S' attribut(ed)ive to factitious - verified **"misappropriation of 28 U.S.C. s1915(e) - s1915A w/ 11 U.S.C. s362(a)" inter alia.**, unduly delaying - displacing [Appellant]'s U.S. Const. Amendments I, IV, V - XIV Protect(ed)ing' "Judgement And Relief", **acceding [City Of Detroit**, MI.]'s **unerring - verified "Elective-Option (c)"** discern(ed)ibles in **"Affidavits" Filed** 10/03/2007 to 04/13/2009 - 07/24/2009(Dkt.#s 1-2, 5-40, 54-68), due Payton v New York, 445 U.S. 573, n[1] 576(1980) – Parsons v City Of Pontiac, 533 F3d 492, n[1]-[16] 500-504(6-2008)(cert. den.) - Stanton v Sims, 571 U.S. __(Per Curiam), Opinion Page 3(cit. omit.) (11/04/2013) inter alia., **ABSENT** bonafide - verified **'contest / dispute / objection / refute'** in fact and law discern(ed)ible of record; **subject to 11 U.S.C. s362(b)(1) as 18 U.S.C. s241 - 28 U.S.C. s1915(d),** s2108 - s2111; 42 U.S.C. s1983; FRBP 7054, 7069, 8009(a)(1); E.D. Mich. LR 58.1. **So Exact(ed)ly!**

Authored – Verified On March 24th, 2014, By: /s/ _____
JEFFREY SANDERS, Creditor In Pro Per
Subscribed and sworn to before               16599 HUBBELL STREET
me this 24th day of March, 2014.             DETROIT, MICHIGAN 48235-4030
(Notary) _____
My Commission Expires

MATTY JENG
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Nov. 4, 2018
Acting in the County of _____