CASE NO. 13-53846

**FILED**

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

In Re: CITY OF DETROIT(Police Dept., et al.), MICHIGAN/........Debtor – Appellees

City Of Detroit Corporation Counsel
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226-

2014 MAR 24 P 12: 04

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

**Chapter 9**
**Case No. 13-53846**
**Honorable Steven W. Rhodes**

vs.

JEFFREY SANDERS (IFP – Pro se)/............................................Creditor -- Appellant
Jeffrey Sanders (Creditor In Pro Per)
16599 Hubbell Street
Detroit, Michigan 48235-4030

## CERTIFICATE – PROOF OF SERVICE

Appellant JEFFREY SANDERS, per U.S. Const. Article III - 28 U.S.C. s1915(d), s2108 - s2111 as concern U.S. Bankruptcy Rule 8004 – 8008(d), Certifies that on March 24th, 2014, I acceded – executed this 'Certificate – Proof Of Service and Appellant's Brief On Appeal plus Appendix' at the USBC – E.D. Mich. Court Clerk's Office, 211 West Fort Street, in Detroit, Michigan 48226, and served a true copy of same upon [Appellee's] respective Counsel(s) of record by 1st Class Postage-Paid U.S. Mail, sealed and actually addressed to:

(A) Melvin (Butch) Hollowell, Esq.        **AND**        (B) David Gilbert Heiman, Esq., et al.
    City Of Detroit Corporation Counsel                        KCC Consultants
    2 Woodward Avenue, Suite 500                              901 Lakeside Avenue
    Detroit, Michigan 48226-                                         Cleveland, Ohio 44114-

duly placed in the U.S. Post Office Mail Depository on this 24th day of March, 2014. **11 U.S.C. s362(b) (1) - 28 U.S.C. 2108; 28 U.S.C. s2111; FRCiv. P 54 - E.D.Mich. LR 58.1(a)-(d) directive Mandates.**

Authored – Verified On March 24th, 2014, By: /s/ _____
                                                                                JEFFREY SANDERS,   Creditor In Pro Per
Subscribed and sworn to before                                     16599 HUBBELL STREET
me this 24th day of March, 2014.                                    DETROIT, MICHIGAN 48235-4030
(Notary) _____
My Commission Expires: _____

MATTY JENG
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Nov. 4, 2018
Acting in the County of _____