UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                                      :
In re                                                 : Chapter 9
                                                      :
CITY OF DETROIT, MICHIGAN                             : Case No. 13-53846
                                                      :
                    Debtor.                           : Hon. Steven W. Rhodes
                                                      :
------------------------------------------------------x

## NOTICE OF SUBMISSION OF CLAIM TO ADR PROCEDURES

| | |
|---|---|
| Designated Claimant: | St. Martins Cooperative |
| Address of Claimant: | c/o Randall Pentiuk |
| | Pentiuk, Couvreur & Kobiljak, P.C. |
| | 2915 Biddle Avenue, Suite 200 |
| | Wyandotte, MI 48192 |
| Designated Claim Number(s): | 869, 871 |
| Amount(s) Stated in Proof(s) of Claim: | $390,940.75 |
| Date ADR Notice Served: | March 21, 2014 |

      The City of Detroit has submitted the above claim(s) in the City's Chapter 9 case to alternative dispute resolution, pursuant to the procedures established by the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternate Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims (Docket No. 2302), entered by the United States Bankruptcy Court for the Eastern District of Michigan on December 24, 2013.

/s/ Eric B. Gaabo (P39312)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-3052
gaabe@detroitmi.gov

Dated: March 25, 2014

## CERTIFICATE OF SERVICE:

## NOTICE OF SUBMISSION OF CLAIM TO ADR PROCEDURES

On March 25, 2014, I served the City of Detroit's Notice of Submission of Claim to ADR Procedures upon the Claimant, St. Martins Cooperative, by e-mailing this document to the Claimant's attorney, Randall A. Pentiuk, at rpentiuk@pck-law.com.

/s/ Eric B. Gaabo (P39312)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-3052

Dated: March 25, 2014

gaabe@detroitmi.gov