FILED
2014 MAR 24 A 11:07
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Carol Shorter
Retired, Pensioner
City of Detroit
3-18-14
Case No. 13-53846

Honorable Judge Steven Rhodes,

STOP, STOP, do not approve any proposal, or any written request put together by any group or any individual, involved in the Bankruptcy proceedings Taking place For The City of Detroit, (STOP) That would Read CUT 34%, 24%, 10% or even 1% of The Pension checks of City of Detroit pensioners.

My Plea To you is do not by order of the Court, grant anyone the authority To Take CUTS FROM our pension checks. I have and we all have earned every penny of our Pension Checks, Fair And Square. It is our Money, do not allow Anybody to Take our Touch our Money For Any purpose.

We the pensioners Are Not the ones who are Responsible For all of the Corruption and Mismanagement in This City and we should not be held Responsible To Pay For It.

Respectfully, Carol Shorter