UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Branson M. Sam

Branson M. Sam hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. (I/) we am/are interested in the Bankruptcy of the City of Detroit because
As a retiree it will have a great impact on my finances + future because of physical restrictions + age. Unable to work + not eligible for social security.

2. (I/) we object to the above filing because:
The City has not tried aggressive means to collect outstanding revenues and generate new ones. But have resorted to targeting retired senior-citizens and veterans.

3. (I have/) have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Branson M. Sam
Signature: Branson M. Sam
Address: P.O. Box 570011
Orlando, FL 32857
Email: Branson.bs@gmail.com

Dated: 3-24-14

3/24/2014

To: U. S. Bankruptcy Court

Hon. Steven Rhodes

The emergency manager's plan of adjustment shows a small vision for generating revenues. For the benefit of one creditor ( retiree's) a term increase of some amount to (sports and entertainment) tickets sold for Detroit events can. Also the ( U.S./Canadian tunnel and DIA). Admission would help restore Detroit's pension system. The State of Michigan has not done enough to help? Including Congress personnel and the Mayor. To this day no one has ask the Federal Government for a loan similar to that which was given to several Auto Companies when they were in a state of crisis. If all ideas are embraced and new things are tried. This is a Federal case, why can't Detroit's pension system be put under the umbrella of the Federal or States system.

From: Retired City Employee  *Branson M. Sam*