UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

Debtor

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Sandra M. Brunson hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

2. I / we object to the above filing because: My pension was set years ago when I was first hired by the City of Detroit in 1977. This was one of the reasons I stayed employed + worked diligently for 35 yrs without raises and with paycuts. I have based my retirement on my pension, and the City should honor the commitment of its workers.

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Sandra M. Brunson
Signature: Sandra M Brunson
Address: 33112 Trafalgar Sq. - Apt #7
Westland, MI 48186
Email: smbrunson7802@gmail.com

Dated: March 22, 2014