UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr
Chapter 9
_____Debtor____/  Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: _Edward L Gaines_

_Edward L Gaines_ hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I am a retired Police Officer of the City of Detroit._

2. I / we object to the above filing because: _Because I am under age 65 I am being penalized financially stressed. I have incurred very high cost based on my age and that of my spouse. The City of Detroit must honor their obligation just as I fulfill my obligation to the City of Detroit. No guarantees given._

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Edward L Gaines_
Signature: _Edward L Gaines_
Address: _22255 Woodwill Southfield MI._
_48075_
Email: _egaines3@fbn.com_

Dated: _3/25/14_

FILED MAR 26 A 10:05 BANKRUPTCY COURT MICHIGAN-DETROIT

13-53846-tjt    Doc 3208    Filed 03/26/14    Entered 03/26/14 14:34:48    Page 1 of 1