UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Edward L Gaines_

_Edward L Gaines_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I am a Retired Police Officer of the City of Detroit_

2. I / we object to the above filing because: _Because I was promised a pension + benefits for the Rest of my life. I met requirements set by the City of Detroit Therefore the City of Detroit must honor their obligation to me. The plan is unfair to any retiree under 65 No guarantees!_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Edward L Gaines_
Signature: _[signature]_
Address: _22259 Woodmill Southfield MI 48075_
Email: _egaines3@ford.com_

Dated: _3/24/14_

FILED
2014 MAR 26 A 11:05
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 3209    Filed 03/26/14    Entered 03/26/14 14:35:35    Page 1 of 1