UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor___/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Ricardo C. Jenkins hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I/we am/are interested in the Bankruptcy of the City of Detroit because I Am a retired police officer of the city of Detroit.

2. I/we object to the above filing because: I was promised a full pension and benefits for the remainder of my life. I met the requirements established by the city of Detroit. Therefore the city must honor their obligation to me! There plan offers no guarantees (City of Det)

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Ricardo C. Jenkins
Signature: Ricardo C. Jenkins
Address: 30635 Helmandale dr.
Franklin MI 48025
Email: rc_jenks@aol.com

Dated: March 25th, 2014

FILED 2014 MAR 26 A 9:05 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 3210    Filed 03/26/14    Entered 03/26/14 14:38:07    Page 1 of 1