UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
_____Debtor____/
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Ricardo C. Jenkins hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I Am a 28 year retired police officer of the city of Detroit

2. I / we object to the above filing because: I was promised a full pension and benefits for the remainder of my life. I met the requirments established by the city of Detroit. Because I Am under 65 yr. I am being penalized to pay my own health care. Therefore the city must honor their obligation to me. The city's plan offers no guarantees.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Ricardo C. Jenkins
Signature: Ricardo C. Jenkins
Address: 30635 Helmandale dr.
Franklin MI. 48025
Email: rcjenks@aol.com

Dated: March 25th, 2014