3/17/2014

Honorable Judge Steven W. Rhodes

C/O clerk of the court/United States Bankruptcy Court/

Eastern District of Michigan/ Southern Division

211 W.Fort St Suite 1800

Detroit, Michigan 48226

Case #(3-538461)



I have been retired from the City Of Detroit Water Department for Five years, I worked as a Security Officer, Security Supervisor, and Security Specialist I enjoyed being the best security employee that I could be. I looked forward to retirement with the City of Detroit, when I began my employment I was informed of the many benefits' and health choices that was available to me once I completed my probationary period, I looked forward to these benefits as security in my future with the City Of Detroit. I ask you to consider the retirees and the devastation that pension cuts well bring ,some of us are already living in poverty levels not been able to pay our taxes on our homes or upkeep that arises

and the many conditions of living in older homes I'm not sure if there is employer's that will hire retirees to even try to compensate a loss in income but that would be a better idea is to put us back to work those of us that can return to work to compensate the loss. I sincerely pray that there is a way to work this out for all retirees without cuts. More citizens in Detroit with cuts will not help bring Detroit back.

Sincerely

Retiree

Bonita Perry

18653 Coyle St

Detroit, Michigan 48235