Monday, March 10, 2014

Judge Steven W. Rhodes
US Bankruptcy Court for Eastern District of Michigan
211 W. Fort Street, Suite 1800
Detroit, MI 48226

FILED
2014 MAR 24 A 11: 11
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dear Honorable Judge Steven W. Rhodes:

    My name is Gisele Caver. I am a retired Detroit Police Sergeant. Being a police officer was a career choice for me – a lifelong dream not just a job. I retired in 2000 after 25 years of service. Prior to retiring I was diagnosed with Systemic Sarcoidosis an autoimmune disease with no known cure. Some days are better than others but I'm still here.

    It was a hardship for me to lose my medical insurance at this point in my life. It has taken me years to find a doctor to manage my disease because it is systemic. My specialist does not participate in the lower level insurance plans, therefore for my health's sake I have to pay for a more expensive insurance. Additionally, the protocol of medications may not be covered which will mean either taking a medications that may not control the disease or going without other necessities in life in order to live. I never thought I would be trying to decide to buy medicine or food.

    At my age and medical status getting a job to supplement my pension is ludicrous. I made a conscious decision to dedicate 25 years of my life in service to the Detroit Police Department. I fulfilled my contractual obligation to serve and protect. My expectation was that the City would fulfill its contractual obligation to protect me.

    I hope you will take these facts into consideration when you render your decision. I can't see the Emergency Manager rebuilding City services and debt on money that I have earned.

Respectfully submitted

*Gisele Caver*

Gisele Caver
26721 Berg Rd #227
Southfield, MI 48033
313-549-7400