UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Douglas Kuykendall _____ hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709] for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because Retired Police

2. I / we object to the above filing because: Unfair practice, Well invested pension, should be treated same as state pension

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: DOUGLAS KUYKENDALL
Signature: Douglas Kuykendall
Address: 5119 CADILLAC
DETROIT, MI 48213
Email: DUKEMANK@YAHOO.COM

Dated: 3/24/14