UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN                Case No. 13-53846-swr
                                         Chapter 9
_____Debtor___/          Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Douglas Kuykendall hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because: Retired Police Officer for Detroit P.D.

2. I / we object to the above filing because: Decreasing my pension would force me into poverty. I am taxed by Federal and State, and now pay medical insurance of $500°°. The decrease would not allow me to pay my household bills. I am elderly and not in best health to obtain another career.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Douglas Kuykendall
Signature: Douglas Kuykendall
Address: 5119 Cadillac, Detroit, MI. 48213
Email: Dukemank@yahoo.com

Dated: 3/24/14