UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN                Case No. 13-53846-swr
                                          Chapter 9
_____Debtor____/          Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Nancy Kuykendall_ hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I am a retired Detroit Police Officer of 26 yrs_

2. I / we object to the above filing because: _I have worked very hard for the City of Detroit since age 13. If the City adjust my pension I will not be able to support myself and pay my existing bills. I have siatica in my back and bursitis in my knee from accidents while on duty._

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Nancy Kuykendall_
Signature: _Nancy Kuykendall_
Address: _1512 Cadillac_
_Detroit, MI 48213_
Email: _nairoya@yahoo.com_

Dated: 3/24/14