UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: _Nancy Kuykendall_ hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709] for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I am a Retired Police Officer, Hired by the City of Detroit in 1986._

2. I / we object to the above filing because: _Should be protected by Constitution as Gov. taxed Retired to protect State and increase pension_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Nancy Kuykendall_
Signature: _Nancy Kuykendall_
Address: _15121 Cadillac_
_Detroit, MI 48213_
Email: _nuiroya@yahoo.com_

Dated: 3/24/14