UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: _Willie Bennett_ hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709] for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _Retired City of Water Dept._

2. I / we object to the above filing because: _Unjust and Unfair — Should be protected by Constitution_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Willie Bennett_
Signature: _Willie Bennett_
Address: _6041 Clifton Ave North_
_Minneapolis, Minn 55430_
Email: _bennett32@yahoo.ca_

Dated: 3/24/1