UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Willie Bennett

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because: I Retired from The Detroit Water Dept.

2. I / we object to the above filing because: I support a wife (Alimony) and Two dependants with my existing pension. I have worked for the City since I was 18yrs. I find This To Be unjust and unfair. I will Not be able to pay my mortg. or Medical

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Willie Bennett
Signature: Willie Bennett
Address: 5041 Upton Ave North
Minneapolis, Minn. 55430
Email: bennettwillie32@yahoo.ca

Dated: 3/24/14