UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor\_\_\_\_/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Samuel Williams

hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because Retired Police Officer

2. I / we object to the above filing because: Cause extreme hardship and place me below the poverty level.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Samuel Williams
Signature: Samuel Williams
Address: 12244 Lansdowne
Email: Samtheref2@aol.com

Dated: 3/24/14