Index of Exhibits

1. Memorandum of Understanding

2. Notice of Automatic Stay

3. Certificate of Self-Insurance

4. Application for Self- Insurance