# APPLICATION FOR SELF-INSURANCE CERTIFICATE

| Name of Applicant: | CITY OF DETROIT |  |  |
|---|---|---|---|
| Address: | 2 Woodward Ave. Ste 611 Coleman A. Young Municipal Center |  |  |
| City, State, Zip: | Detroit Michigan 48226 |  |  |
| | (Name and Address as it is to appear on Certificate) |  |  |
| Telephone No.: | (313) 628-1159 | Fax No.: | (313) 224-4247 |
| E-Mail Address: | Donalds@detroitmi.gov |  |  |

List the names and addresses of the three principal officers of the company:

**1.**

| Name: | The City of Detroit is a Municipal Corporation of the State of Michigan |  |  |
|---|---|---|---|
| Title: | with no Officers or Directors exactly analogous to those of a Private Corporation. |  |  |
| Address: | A Non-Partisan Elected Mayor and a Nine Member City Council direct the affairs of the City |  |  |
| City, State, Zip: |  |  |  |
| Telephone No.: |  | Fax No.: |  |
| E-Mail Address: | Kevin |  |  |

**2.**

| Name: | Mr. Kevin Orr |  |  |
|---|---|---|---|
| Title: | Emergency Manager |  |  |
| Address: | 1126 C.A.Y.M.C. |  |  |
| City, State, Zip: | Detroit, MI. 48226 |  |  |
| Telephone No.: | (313) 224-3400 | Fax No.: | 313.224.4128 |
| E-Mail Address: | All scheduling request should be sent to: EMSchedulingRequest@detroitmi.gov |  |  |

**3.**

| Name: |  |  |  |
|---|---|---|---|
| Title: |  |  |  |
| Address: |  |  |  |
| City, State, Zip |  |  |  |
| Telephone No.: |  | Fax No.: |  |
| E-Mail Address: |  |  |  |

Name and address of representative authorized to receive and process claims:

| Name: | James Noseda |  |  |
|---|---|---|---|
| Title: | Supervising Assistant Corporation Counsel |  |  |
| Address: | 2 Woodward, Ste. 5th Floor - Law Department |  |  |
| City, State, Zip: | Detroit, MI. 48226 |  |  |
| Telephone No.: | (313 237-3057 | Fax No.: | (313) 224 5505 |
| E-Mail Address: | NoseJ@detroitmi.gov |  |  |



AMENDED

FIS 2271 (04/13) Department of Insurance and Financial Services page 2 of 3

Name and address of person authorized to accept the invoice regarding the annual assessment for the Michigan Automobile Insurance Placement Facility, which maintains the Michigan Assigned Claims Plan:

| Name: | Donald Settles |  |  |
|---|---|---|---|
| Title: | Risk Manager |  |  |
| Address: | 2 Woodward, Ste. 611 Coleman A. Young Municipal Center, Risk Mgt. Division |  |  |
| City, State, Zip: | Detroit, MI. 48226 |  |  |
| Telephone No.: | 313.628-1159 | Fax No.: | 313 224-4247 |
| E-Mail Address: | DonaldS@detroitmi.gov |  |  |

(A) The number of motor vehicles, excluding trailers, motorcycles, and mopeds registered in Michigan in the applicant's name as of the date of this application:  A = 3,351

(B) The number of motor vehicles, not included in (A) including trailers with more than 2 wheels, but excluding motorcycles and mopeds owned by or registered to the Applicant, that are to be self-insured under this application, including motor vehicles or trailers having more than 2 wheels, rented or leased by the Applicant for more than 30 days. All motor vehicles, including trailers having more than 2 wheels must be accounted for in (A) or (B), in order to be self-insured under a Certificate of Self-Insurance issued for this application:  B = 0

Total = 3351

Total Number of Vehicles (A + B):

Fill in Net Worth and Loss Reserve and cite reference (page number) as applicable to your Statement of Financial Status.

Net Worth: $ (371,973,905)   As documented in our audited Statement of Financial Status on page # 41

Loss Reserve: $ 35,234,345   As documented in our audited Statement of Financial Status on page # 45

Name and address of financial institution in which Loss Reserve is maintained:

| Name: | JP Morgan Chase |
|---|---|
| Address: | Michigan Florida Market |
| Address: | P.O. Box 659754 |
| City, State, Zip: | San Antonio, TX 78265-9754 |

The Applicant hereby applies for the privilege of being a self-insurer under the No-Fault Insurance Act[1] and the Michigan Vehicle Code.[2] In consideration of the privilege of being certified as a self-insurer for the purposes of the No-Fault Insurance Act and the Michigan Vehicle Code, the Applicant hereby agrees to the following:

    (a)    To comply with all the provisions of the Michigan No-Fault Insurance Act, the Financial Responsibility Act,[3] and the Administrative Rules for no-fault self-insurers.[4]

    (b)    To notify the Director, promptly of any change in the Applicant's financial condition that may affect its ability to maintain the required loss reserve or of a reduction of the Applicant's net worth below that required by Rule 2 of the No-Fault Self-Insurance Rules[5] for the issuance of a Certificate of No-Fault Self-Insurance.