# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

### ORDER APPROVING FIRST INTERIM APPLICATION OF FEE EXAMINER PARTIES FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the First Interim Application Of Fee Examiner Parties For Allowance Of Compensation And Reimbursement Of Expenses (the "Application");[1] this Court having entered an order dated September 11, 2013 (Dkt. # 810) ("Fee Review Order") regarding the review of professional fees in this case and the payment of interim compensation and expense reimbursement to the Fee Examiner Parties (as defined in the Fee Review Order); due and proper notice of the Application having been given to all parties entitled thereto; the Court having jurisdiction over the subject matter of and the parties to the Application; the Court having reviewed the Application and determined that good cause exists to grant the relief sought in the Application; it is hereby ORDERED:

1. The Application is allowed as provided herein.

2. The Fee Examiner is hereby allowed $31,390.00 in aggregate compensation on an interim basis for the Application Period extending from August 8, 2013 through and including September 30, 2013.

---

[1] Capitalized terms not otherwise defined carry the same meaning ascribed to them in the Application.

3. The Fee Examiner is hereby allowed $1,897.20 in aggregate expense reimbursement on an interim basis for the Application Period extending from August 8, 2013 through and including September 30, 2013.

4. Shaw Fishman is hereby allowed $28,466.00 in aggregate compensation on an interim basis for the Application Period extending from August 8, 2013 through and including September 30, 2013.

5. Shaw Fishman is hereby allowed $63.70 in aggregate expense reimbursement on an interim basis for the Application Period extending from August 8, 2013 through and including September 30, 2013.

6. Kapila is hereby allowed $5,940.00 in aggregate compensation on an interim basis for the Application Period extending from August 8, 2013 through and including September 30, 2013.

7. The Fee Examiner Parties are authorized to apply the Interim Payments (as defined in the Application) in partial satisfaction of the compensation and expense reimbursement allowed on an interim basis through this Order (the "Allowed Fees and Expenses").

8. The City is authorized and directed to pay the balance of the Allowed Fees and Expenses remaining after the Fee Examiner Parties' application of the Interim Payments (as defined in the Application) to the Allowed Fees and Expenses.
.

**Signed on March 26, 2014**

                                                              /s/ Steven Rhodes
                                                          **Steven Rhodes**
                                                          **United States Bankruptcy Judge**

9.