UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                        :
In re                                   : Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
                                        :
              Debtor.                   : Hon. Steven W. Rhodes
                                        :
                                        :
-------------------------------------------------------x
```

# ORDER AUTHORIZING THE CITY AND THE RETIREE COMMITTEE TO FILE UNDER SEAL SETTLEMENT AGREEMENT RESOLVING CORRECTED MOTION OF THE OFFICIAL COMMITTEE OF RETIREES FOR ENTRY OF AN ORDER ALLOWING AN ADMINISTRATIVE EXPENSE CLAIM

This matter coming before the Court on the Stipulation for an Order Authorizing the City and the Retiree Committee to File Under Seal Settlement Agreement Resolving Corrected Motion of the Official Committee of Retirees (the "Stipulation"),[1] filed jointly by the City of Detroit, Michigan (the "City") and the Official Committee of Retirees of the City of Detroit, Michigan (the "Retiree Committee" and, together with the City, the "Parties"); the Court being advised that the Parties have agreed to request that the Court permit the filing under seal of the Settlement Agreement as part of the resolution of the Administrative Expense

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation.

Request, the Objection and the Reply; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) cause exists justifying the filing under seal of the Settlement Agreement; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Pursuant to section 107 of title 11 of the United States Code, the Parties are authorized to file and maintain the Settlement Agreement under seal.

**Signed on March 26, 2014**

                                       /s/ Steven Rhodes
                                       **Steven Rhodes**
                                       **United States Bankruptcy Judge**