## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------x
                                    :
In re                               : Chapter 9
                                    :
CITY OF DETROIT, MICHIGAN,          : Case No. 13-53846
                                    :
                         Debtor.    : Hon. Steven W. Rhodes
                                    :
                                    :
------------------------------------------------------x
```

## ORDER EXTENDING THE TIME TO ASSUME OR REJECT
## UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

This matter coming before the Court on the *Motion of the City of Detroit for Entry of an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property, Pursuant to Section 365(d)(4) of the Bankruptcy Code* (the "Motion") [Docket No. 3079], filed by the City of Detroit (the "City"); the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion[1] at the hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding

---

[1]     Capitalized terms not otherwise defined in this Order have the meanings given them in the Motion.

CHI-1921661v10

pursuant to 28 U.S.C. §157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; and, after due deliberation, the Court having determined that (i) cause for the relief granted herein has been demonstrated under section 364(d)(4)(B), (ii) the relief granted herein is necessary and appropriate in connection with the City's adjustment of debts and (iii) the relief granted herein is in the best interest of the City and its creditors;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The City's time to elect to assume or reject the Real Property Leases (including, without limitation, those leases identified on Schedule 1 attached hereto) is extended through and including July 2, 2014, pursuant to section 365(d)(4) of the Bankruptcy Code.

3.      The City is hereby authorized to further extend the time to assume or reject any of the Real Property Leases with the written consent of the affected Lessor according to the following procedures:

- Prior to the expiration of the Assumption/Rejection Period, the City shall file with the Court, and serve upon the Notice Parties, a notice of (a) the City's intent to effect a Consensual Extension with respect to a Real Property Lease and (b) the affected Lessor's written consent thereto (an "Extension Notice").

- Any party that wishes to object to a Consensual Extension (any such objection, an "Objection") must file with the Court and serve such Objection upon the City and the affected Lessor no

later than five business days after the date of filing of the applicable Extension Notice (the "<u>Objection Deadline</u>").

- If any Objection is not withdrawn within five business days of the applicable Objection Deadline, then the Court shall schedule a hearing to determine whether to approve the Consensual Extension sought by the City and the affected Lessor. The City and the affected Lessor are authorized to file briefs in support of the Consensual Extension no later than two business days prior to any such hearing.

- If no objection to an Extension Notice is timely filed in accordance with these procedures, the Consensual Extension described in such notice will be deemed approved without further order of the Court.

4.    The Court hereby extends the Assumption/Rejection Period to include the time period between the filing of an Extension Notice and either (a) the fifth business day thereafter or (b) if an Objection is filed, the date that is five business days after the entry of an order of the Court approving or denying the applicable Consensual Extension.


**Signed on March 26, 2014**

_____**/s/ Steven Rhodes**_____
**Steven Rhodes**
**United States Bankruptcy Judge**

## Nonexclusive List of Unexpired Nonresidential Real Property Leases

| Landlord | Lease Description | Lease Address | Notice Address |
|---|---|---|---|
| Sky Group/Tom Hardiman | Detroit Police Department | 7310 Woodward Ave., Detroit MI 48202 | 7310 Woodward Ave., Ste 500 Detroit MI 48202 |
| The Realty Co./ Joan Fiore | Detroit Police Department | 2121 W Fort St., Detroit MI 48216 | 2411 Vinewood St., Detroit MI 48216 |
| Bishop Realty Est./ Vincent Bronnen | Detroit Police Department | 14655 Dexter Ave., Detroit MI 48238 | 30078 Schoenherr Rd., Warren, MI 48093 |
| CFSB Woodward Office LLC | Board of Ethics Administrative Offices | 660 Woodward Ave., Detroit MI 48226 | Dan Gilber/Bedrock Real Estate Services, 1092 Woodward Ave., Detroit MI 48226 |
| Clark St. Properties | Detroit Water and Sewer Department | 4473 W Jefferson Ave., Detroit MI 48209 | 17108 Mack Ave., Grosse Pointe MI 48230 |
| Clark St. Properties | Detroit Water and Sewer Department | 235 McKinstry St., Detroit MI 48209 | 17108 Mack Ave., Grosse Pointe MI 48230 |
| Chicago Associates | Detroit Police Mini Station | 18634 Chicago W, Detroit MI 48239 | 18634 Chicago W, Detroit MI 48239 |
| Rebert Buildings | Detroit Police Mini Station | 7744 W Vernor Hwy., Detroit MI 48209 | 7752 W Vernor Hwy., Detroit MI 48209 |
| Mike Curris | Detroit Police Mini Station | 13206 E Jefferson Ave., Detroit MI 48215 | Riverbend Properties, 18633 Mack Ave., Detroit MI 48209 |
| Bel Air 8 | Detroit Police Mini Station | 9500 E Eight Mile Rd., Detroit MI 48234 | 25550 Grand River Ave., Redford MI 48240 |
| Viriginia Pk Assoc | Detroit Police Mini Station | 8675 Rosa Parks Blvd., Detroit MI 48206 | 8671 Rosa Parks Blvd., Detroit MI 48206 |
| Farbman FK Park | Department of Elections | 2932-42 W Grand Blvd., Detroit MI 48202 | 3031 W. Grand Blvd. Suite 400, Detroit MI 48202 |