# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------x
:
In re                              :  Chapter 9
:
CITY OF DETROIT, MICHIGAN,    :  Case No. 13-53846
:
                    Debtor.   :  Hon. Steven W. Rhodes
:
:  **Expedited Consideration Requested**
:
---------------------------------------------------x

### *EX PARTE* EMERGENCY MOTION OF DEBTOR FOR AN ORDER EXTENDING THE DEADLINE FOR FILING DISCLOSURE STATEMENT OBJECTIONS SET FORTH IN THE COURT'S SECOND AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT [DOCKET NO. 2937]

The City of Detroit, Michigan (the "City") hereby moves the Court for

entry of an order extending the deadline for parties in interest to file objections to

the City's proposed disclosure statement and the corresponding response deadline

set forth in the Court's Second Amended Order Establishing Procedures, Deadlines

and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 2937)

(the "Second Amended Scheduling Order").

The Second Amended Scheduling Order currently provides that

objections to the Disclosure Statement with Respect to Plan for the Adjustment of

Debts of the City of Detroit (Docket No. 2709) (the "Disclosure Statement") must

be filed by April 1, 2014 (the "Objection Deadline"), and that the City's

consolidated response to all timely objections to the Disclosure Statement

(the "Consolidated Response") must be filed by April 8, 2014 (the "Response

Deadline").  See Second Amended Scheduling Order at ¶¶ 4-5.  The Second

Amended Scheduling Order also provides that the deadlines established therein

may be extended on a motion establishing good cause.  See id. at p. 4.

The City respectfully requests (a) a two-day extension of the

Objection Deadline, until April 3, 2014, and (b) an extension of the Response

Deadline until April 10, 2014 (which extension would maintain the seven-day

period between the City's receipt of objections and the deadline for filing its

Consolidated Response).  Good cause exists for the relief requested because, as set

forth below, an extension of the Objection Deadline likely will result in the filing

of fewer formal objections to the Disclosure Statement.

The City currently intends to file an amended Disclosure Statement

and an amended Plan for the Adjustment of Debts of the City of Detroit (the "Plan")

on Monday, March 31, 2014.  This amended Disclosure Statement will include

many revisions in response to informal requests for the inclusion of additional

information in the Disclosure Statement provided to the City by various parties in

interest pursuant to paragraph 1 of the Second Amended Scheduling Order (as well

as other revisions arising as a result of the City's continuing negotiations with parties in interest).

However, the City anticipates that, given the current Objection Deadline, (a) objections to the Disclosure Statement already will be substantially drafted by the time the City files its amended Plan and Disclosure Statement on March 31st and (b) these objections likely will include objections to provisions in the Disclosure Statement that have been modified or removed. The 48-hour extension of the Objection Deadline requested herein would provide objectors with three days (as opposed to one) to (a) review the City's amended Disclosure Statement and revise their objections accordingly and (b) confer with the City regarding remaining disputes, all with the goal of substantially paring down the number of objections that are filed with, and therefore must be resolved by, the Court.

The requested extension of the Response Deadline until April 10, 2014, corresponds with the requested two-day extension of the Objection Deadline, and simply preserves the seven-day period between the City's receipt of objections and the filing of its Consolidated Response. The City submits that the proposed Response Deadline would not adversely impact the City's ability to meet and confer with objectors prior to April 10, 2014 (as contemplated by paragraph 7 of the Second Amended Scheduling Order) and, indeed, may serve to streamline

the City's Consolidated Response to the extent disputes can be resolved prior to the filing thereof.

The City submits that (a) the requested extensions are warranted under the circumstances, (b) the relief requested is consonant with the purpose of the Second Amended Scheduling Order "to promote the just, speedy, and inexpensive determination of this case" (Second Amended Scheduling Order, at p.1) and (c) for the reasons set forth above, good cause exists for the relief requested herein.

WHEREFORE, the City respectfully requests that the Court: (a) enter an order, substantially in form attached as Exhibit 1, (i) extending the Objection Deadline until April 3, 2014 and (ii) extending the Response Deadline until April 10, 2014; and (b) grant such other and further relief to the City as the Court may deem proper.

Dated:  March 27, 2014          Respectfully submitted,


  /s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
   STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# EXHIBIT 1

## (Form of Proposed Order)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------x
:
In re                         : Chapter 9
:
CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846
:
              Debtor.         : Hon. Steven W. Rhodes
:
:
-------------------------------------------------------x

### ORDER GRANTING *EX PARTE* EMERGENCY MOTION OF DEBTOR FOR AN ORDER EXTENDING THE DEADLINE FOR FILING DISCLOSURE STATEMENT OBJECTIONS SET FORTH IN THE COURT'S SECOND AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT [DOCKET NO. 2937]

This matter coming before the Court on the *Ex Parte* Emergency

Motion of Debtor for an Order Extending the Deadline for Filing Disclosure

Statement Objections Set Forth in the Court's Second Amended Order Establishing

Procedures, Deadlines and Hearing Dates Relating to the Debtors' Plan of

Adjustment [Docket No. 2937] (the "Motion"),[1] filed by the City of Detroit,

Michigan (the "City"); the Court having reviewed the Motion; the Court finding

that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

---

[1]    Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and

(c) good cause for the relief requested in the Motion has been established;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The deadline to file objections to the Disclosure Statement is hereby extended until April 3, 2014.

3.      The deadline for the City to file its Consolidated Response is hereby extended until April 10, 2014.

4.      All other provisions of the Court's Second Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtors' Plan of Adjustment (Docket No. 2937) remain in full force and effect.

## <u>CERTIFICATE OF SERVICE</u>

 I, Heather Lennox, hereby certify that the foregoing *Ex Parte* Emergency Motion of Debtor for an Order Extending the Deadline for Filing Disclosure Statement Objections Set forth in the Court's Second Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtors' Plan of Adjustment [Docket No. 2937] was filed and served via the Court's electronic case filing and noticing system on this 27th day of March, 2014.


       /s/Heather Lennox