UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: City of Detroit, Michigan

Case No. 13-53846-swr

Chapter 9

Debtor.

Hon. Rhodes

Plaintiff(s),

v.

Adv. No. _____

Defendant.

## STATEMENT REGARDING CORPORATE OWNERSHIP OF CITIMORTGAGE, INC

☒ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:
Name: Citibank, N.A.
Address: 399 Park Ave New York, NY 10022

Name: Citigroup Network Holdings, Inc.
Address: PO Box 6034 Sioux Falls, SD 57117

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-31-13

Nadine Cruz
Signature of Authorized Individual
For Corporate Party

Nadine Cruz
Print Name

Bankruptcy Specialist
Title