## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERA MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS P.O. BOX 2026, FLINT, MI, 48501, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **CITIMORTGAGE, INC., WHOSE ADDRESS IS 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368-2240 (800)283-7918, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).**

Said Mortgage made on 05/31/2006, by  **AN UNMARRIED WOMAN** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMERA MORTGAGE CORPORATION** and recorded in office of the Register of Deeds of WAYNE County, Michigan, in Book 44934, Page 971, and/or Document # 206345959.

Upon the property situated in said State and County, to wit:
   LOT 130 AND THE NORTH 20 FEET OF LOT 131, LONGACRES SUBDIVISION, ACCORDING TO THE RECORDED PLAT THEREOF AS RECORDED IN LIBER 43 ON PAGE 8 OF PLATS, WAYNE COUNTY RECORDS.

Property is commonly known as:19762 HEYDEN ST, DETROIT, MI 48219.

**IN WITNESS WHEREOF,** this Assignment is executed **this 01st day of October in the year 2012**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERA MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**

_____
ASHLEY BRABAND
ASST. SECRETARY

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 01st day of October in the year 2012, by ▓▓▓▓▓▓▓▓ as ASST. SECRETARY for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERA MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS, who, as such ASST. SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
TONYA L TEJERA - NOTARY PUBLIC
COMM EXPIRES: 02/25/2013

**TONYA L TEJERA**
MY COMMISSION # DD864570
EXPIRES February 25, 2013
(407) 398-0153  FloridaNotaryService.com

**Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
**When Recorded Return To: CitiMortgage, Inc., C/O NTC 2100 Alt. 19 North, Palm Harbor, FL 34683**
CMAVR▓▓▓▓▓MERS MOM  MIN▓▓▓▓▓▓▓▓MERS PHONE 1-888-679-MERS ▓▓▓▓▓▓EFRMMI1