

**Wayne County - City of Detroit** Internet Services

| Logged in as: pmspc | Home | Change Unit | Add to Favorites | Profile | Logout | Help |

### Additional Pages
General/Sales
Buildings
Images/Sketches

### Related Details...
Current Tax

Back to Main

View my Parcels

collapse the menu
Click this button to collapse the above menu to the top of the screen.

Main > Assessing System > Property and Land Search > Results > **Details**

# General Property Information
**Parcel:** 23002001.031  **Unit:** CITY OF DETROIT

Printer friendly version
☐ Add to My Parcels

View this parcel on a map

**\*\*NOTE:** There are **23 images** and **1 sketch** attached to the current property.

## Property Address                                                          [collapse]

19762 HEYDEN
DETROITMI48219

## Owner Information                                                          [collapse]

|  | **Unit:** | 01 |

19762 HEYDEN
DETROIT, MI 48219

## Taxpayer Information                                                       [collapse]

SEE OWNER INFORMATION

## General Information for Tax Year 2014                                      [collapse]

| **Property Class:** | 447 - 447-RESIDENTIAL NEZ NEW | **Assessed Value:** | $31,222 |
| **School District:** | D - DETROIT SCHOOLS | **Taxable Value:** | $31,222 |
| **State Equalized Value:** | $31,222 | **Map #** | 23 |
| **DISTRICT** | 8 | **Date of Last Name Chg:** | 08/10/2007 |
| | | **Date Filed:** | 08/10/2007 |
| | | **Notes:** | N/A |
| **Historical District:** | N/A | **Census Block Group:** | N/A |

| Principal Residence Exemption | June 1st | Final |
|---|---|---|
| | | - |
| **2013** | 100.0000 % | 100.0000 % |

| Previous Year Info | MBOR Assessed | Final S.E.V. | Final Taxable |
|---|---|---|---|
| **2013** | $31,222 | $31,222 | $31,222 |
| **2012** | $32,023 | $32,023 | $32,023 |
| **2011** | $35,128 | $35,128 | $35,128 |

## Land Information                                                           [collapse]

| | Frontage | | Depth |
|---|---|---|---|
| Lot 1: | 0.00 Ft. | | 0.00 Ft. |
| Lot 2: | 0.00 Ft. | | 0.00 Ft. |
| Lot 3: | 0.00 Ft. | | 0.00 Ft. |
| Total Frontage: | 0.00 Ft. | Average Depth: | 0.00 Ft. |

| | | | |
|---|---|---|---|
| Total Acreage: | 0.00 | | |
| Zoning Code: | 2011 AUTH | | |
| Total Estimated Land Value: | $0 | Mortgage Code: | |
| Land Improvements: | $0 | Lot Dimensions/Comments: | N/A |
| Renaissance Zone: | NO | | |
| Renaissance Zone Expiration Date: | | | |

---

### Legal Information for 23002001.031     [collapse]

E HEYDEN N 20 FT 131 130 LONGACRE SUB L43 P8 PLATS, W C R 22/356 50 X 120 NEZ CERT #2001-031, AD VALOREM PARCEL #22099372.

---

## Sales Information

**1 sale record(s) found.**

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms Of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 05/31/2006 | $127,900.00 | WD | NEW HOPE NON-PROFIT HOUSING | ███████████ | ARMS LENGTH | |

☑ Load Building Information on this Page.

## Building Information

**1 building(s) found.**

| | Description | Floor Area | Yr Built |
|---|---|---|---|
| ⊟ | Residential Building 1 | 1352 Sq. Ft. | 0 |

### General Information

| | | | |
|---|---|---|---|
| Floor Area: | 1352 Sq. Ft. | Estimated TCV: | N/A |
| Garage Area: | 320 Sq. Ft. | Basement Area | 676 Sq. Ft. |
| Foundation Size: | 676 Sq. Ft. | | |
| Year Built: | 0 | Year Remodeled: | 0 |
| Occupancy: | Single Family | Class: | C |
| | | Tri-Level?: | NO |
| Percent Complete: | 100% | Heat: | Forced Air w/ Ducts |
| AC w/Separate Ducts: | NO | Wood Stove Add-on: | NO |
| Bedrooms: | 0 | Water: | N/A |
| Style: | SINGLE FAMILY | Sewer: | N/A |

### Area Detail - Basic Building Areas

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| 2 Story | Full Bsmnt. | Siding | 676 Sq. Ft. | 2 Story |

### Area Detail - Overhangs

| Height | Exterior | Area | Included in Size for Rates |
|---|---|---|---|

## Basement Finish

| | | | |
|---|---|---|---|
| Recreation: | 0 Sq. Ft. | Recreation % Good: | 0 |
| Living Area: | 0 Sq. Ft. | Living Area % Good: | 0 |
| Walk Out Doors: | 0 | No Concrete Floor Area: | 0 Sq. Ft. |

## Plumbing Information

| | |
|---|---|
| 3-Fixture Baths: | 2 |
| 2-Fixture Baths: | 1 |

## Built-In Information

| | |
|---|---|
| Dishwasher: | 1 |
| Garbage Disposal: | 1 |

## Garage Information

### Garage # 1

| | | | |
|---|---|---|---|
| Area: | 320 Sq. Ft. | Exterior: | Siding |
| Foundation: | 42 Inch | Common Wall: | Detached |
| Year Built: | 2006 | Finished?: | NO |
| Auto Doors: | 0 | Mech Doors: | 0 |

## Porch Information

| | | | |
|---|---|---|---|
| CCP (1 Story): | 48 Sq. Ft. | Foundation: | Standard |

**Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.
Privacy Policy

Powered By: