UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT



FILED
2014 MAR 27 A 10: 02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

                     Debtor   /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

### OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: Reginald D. Amos

Reginald D. Amos hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I AM A MEMBER OF THE DETROIT POLICE/FIRE PENSION SYSTEM. 37 1/2 YRS

2. I / we object to the above filing because: (1) PLAN OF ADJUSTMENT CREATE A SEVERE HARDSHIP. (2) PENSION IS PROTECTED By MICHIGAN STATE CONSTITUTION (3) PENSION SYSTEM IS FUNDED IN EXCESS OF 90% (4) PENSION SYSTEM IS NOT PART OF CITY OF DETROIT GENERAL FUND. (5) ENTIRE PROCEEDING/PROCESS IS ILLEGAL.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Reginald D. Amos
Signature: Reginald D. Amos
Address: 1310 Joliet Place
Detroit, MI 48207
Email: AmosDeputyChief@AOL.com

Dated: 3-23-2014