UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor _____ /

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Reginald D. Amos_

_Reginald D. Amos_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I AM A MEMBER OF THE DETROIT POLICE & FIREMAN PENSION SYSTEM SERVING 37 1/2 YRS_

2. I / we object to the above filing because: _THIS ENTIRE PROCESS (PROCEEDING) IS ILLEGAL (1) PENSION IS PROTECTED BY MICHIGAN STATE CONSTITUTION (2) PENSION SYSTEM IS FUNDED IN EXCESS OF 90% (3) PENSION SYSTEM IS SELF FUNDED AND NOT A PART OF CITY OF DETROIT GENERAL FUND._

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Reginald D. Amos_
Signature: _Reginald D. Amos_
Address: _1310 Joliet Place_
_Detroit, MI 48207_
Email: _AmosDeputyChief@aol.com_

Dated: _3-23-2014_