UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                   Chapter 9
_____Debtor____/      Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Brenda C. Jones

Brenda C. Jones hereby states /her/ OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I /am/ interested in the Bankruptcy of the City of Detroit because: My husband a City of Detroit employee from 1976 until he passed March 26, 2002 was a Boiler Operator. When he passed I was given and signed a paper stating I would receive his pension for LIFE. He had earned his pension. For 8 years he worked with coal putting it into the boilers at the Projects coming home coughing up black sputum. It was not until an employee was smothered by coal they put in gas. The effects of the coal stayed with him causing him respiratory problems however; he continued to work to support himself and his family.

2. I / object to the above filing because: It would put a hardship on me as a widow, the city no longer pays for a portion of my health care other than the $125.00 a month towards the premium. My gross check is $2,110.97; A 34% cut would be $1,393.97 or 26% $1,561.97 gross. This does not include applicable taxes to be taken out. If this plan passes I will all be the poverty status and need to receive government supplements for health insurance. I still have rent, medications monthly and food and other bills to pay. This is wrong.

3. I have not attached additional sheets to explain and establish my position.

   I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America. Wherefore I/ we request the Court will deny the relief sought in said filing.

   Name: Brenda C. Jones
   Signature: _____
   Address: 28422 Cumberland Dr. Farmington Hills
   MI 48334
   Email: qhnic123@yahoo.com

   Dated: March 22, 2014