UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Harold Franklin Bryant_

_Harold F. Bryan_, hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.    I / we am/are interested in the Bankruptcy of the City of Detroit because
_I am a Detroit resident and City_
_employee_

2.    I / we object to the above filing because:
_Please see attachment_

3.    I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Harold Franklin Bryant_

Signature: _____

Address: _18710 Healy_
_Detroit, MI_

Email: _Harry14_98@Yahoo.com_
_Harry14_98@Yahoo.com_

Dated:

2014 MAR 27 P 12: 32

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

March 27, 2014

I am interested in the Bankruptcy of the City of Detroit because I was raised here, educated by one of his finest college prep schools or Detroit, received post bachelor education from one of Detroit finest graduate schools and employed by the City. The current events associated with the bankruptcy are not separate from Detroit's history. In my view, this bankruptcy and more importantly how factors may have been engineered to bring Detroit to bankruptcy are remarkable but not as vital as the integrity of the country's justice system.

Not too long ago, Black Americans were pushed from their homes in Hamtramck, offered pennies on the dollar despite Federal laws and received little or no relocation assistance. It appeared that local, state and federal government turned a blind eye in their duty to do what was right. It took a courageous and insightful judicial figure to set things proper and uphold the Civil Rights of those Michigan residents.

Now comes the current legislature. First, a group argued against the format of a petition to bring the Emergency Manager (EM) Law to a vote, this despite the fact that their argument lacked credibility. The EM law was voted on and repealed. However, the legislature worked behind closed doors to pass another EM law, which mirrored the previous law and attached a measure protecting it against repeal.

Although these events are not exactly the same, they share a remarkable similarity. It appears that a large group of Black Americans' Civil Rights and probably other legal rights are being violated. A powerful group, in this case the Michigan legislature is trying to have it all their way. It also gave Detroit an unelected official the EM.

The EM had no vested interest in the City or its residents. There was no positive track record of effectiveness in the use of an EM. In fact, what seems to be common is that he or she seems to run up the bill and an excessive amount of cronyism. His lack of concern was evidenced by his remarks; calling workers lazy, rich and complacent. It sounded like an insult aimed at all union workers including war veterans employed by the auto plants. Then, there is his lackluster legal attack on the illegal financing deal which appeared to propel Detroit into bankruptcy. I found that most troubling.

Lastly, it may take a courageous judicial figure to set things right. There is a lot at stake and history will hold all the facts to be judged but it is the American justice system that is at stake.

Harold Franklin Bryant