UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Laura E. Bryant

Laura E. Bryant hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a city employee Resident

2. I / we object to the above filing because:
See Attached

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Laura E. Bryant
Signature: Laura E. Bryant
Address: 18710 Healy Det MI 48234-3661

Email: _____

Dated: 3/27/14

FILED 2014 MAR 27 12:32 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

13-53846-tjt    Doc 3251    Filed 03/27/14    Entered 03/27/14 12:46:56    Page 1 of 2

The reason why I am interested in the Bankruptcy of the City of Detroit can be found by having grown up here, and employed by the City. These current events associated with the bankruptcy are not separate from Detroit's history. In my view, this bankruptcy and more importantly how factors that may have been engineered to bring Detroit to bankruptcy are not as vital as the integrity of the justice system.

Not too long ago, Black Americans were pushed out of their homes in Hamtramck, offered pennies on the dollar for their homes despite Federal laws and received little or no relocation assistance. It appeared that local, state and federal government turned a blind eye in their duty to do what was right. It took a courageous and insightful judicial figure to set things proper and uphold the Civil Rights of those Michigan residents.

Now comes the current legislature. First, a group argued against the format of a petition to bring the Emergency Manager (EM) Law to a vote. This despite their argument lacked credibility. The EM law was voted to be repealed. Next, the legislature worked behind closed doors, in the dark to pass another EM law, which, mirrors the repealed law attaching a measure protecting it against repeal.

Although these events are not exactly, they share a remarkable similarity. It appears that a large group of Black Americans' Civil Rights and probably other legal rights are being violated. A power group, in this case the Michigan legislature is trying to have it all their way. It also gave Detroit an unelected official the EM.

The EM had no vested interest in the City or its residents. There was no positive track record of effectiveness in the use of an EM. In fact, what seems to be common is that he or she seems to run up the bill and an excessive element of cronyism. His lack of concern was evidenced by his remarks; calling workers lazy, rich and complacent. It sounded like an insult aimed at all union workers including war veterans employed by the auto plants. Then, there is his lackluster legal attack on the illegal financing deal which appeared to propel Detroit landing into bankruptcy. I found that most troubling.

Lastly, it may take a courageous judicial figure to set things right. There is a lot at stake and history will holds all the facts to be judged but it is the American justice system that is at stake.

*Laura E. Bryant*
Laura E. Bryant
Senior Development Specialist
Planning & Development Department Housing Services
March 27, 2014