UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Brenda Davis

Brenda Davis hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]
for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because I'm a City of Detroit employee and SAAA Union member and grant funded employee 100% funded

2. (I) we object to the above filing because: Please see attachment

3. (I have)/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Brenda Davis
Signature: Brenda Davis
Address: 3141? Schoenherr Rd, Apt?
Warren MI 48088
Email: brendaLdavis09@yahoo.com

Dated:

FILED 2014 MAR 27 P 12:31 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

March 26, 2014

Brenda Davis

Senior Accountant, City of Detroit

### Objection to City of Detroit Plan of Adjustment

I object to the City of Detroit Plan of adjustment being a City of Detroit employee for 17 Years, I feel that the City imposed it City Employment Terms (CET) on it employees. I am a granted funded employee and have been since 2000, my wages and benefits are being paid for by federal Government and its not being charge to the general fund from the City of Detroit. It a Federal laws that you have to bargain in good faith and the imposed CET are not good faith bargaining. The City also took away out incentive benefits (one hour lunch, longevity payment, bonus vacation days, sick leave accruals, low cost medical benefits, annuity % interest return). My Spouse is a Heart Transplant patient and his co-pay for the forced CVS Caremark is Crazy he spends over $300 a month just on medication and he must take his medication every day. I feel shame on them for imposing benefits and wage cuts on the employees.

I believe that I shall receive 100% of my pension because as stated before my position with the city have always been 100% being paid by federal government grants program that included salary and benefits. So is the city going to reimburse the federal government for my pension cost and my 10% wage cut that they receive for my position? From 2000-2006 my salary and benefit was being charged from the Healthy Start Grant, 2006-2012 my salary and benefit was being charged from the Community Block Grant, 2012- Present, my salary and benefit are being paid from Community Development Block grant. All these were being paid for from federal government. So, I really don't understand why my pension should be cut whenever I retire. The EM law was voted on and repealed.

I feel that we as the city employees are paying the price of having our wage cut and paying more for medical when the city keeps awarding these consultation with a hefty contract and that work that they are doing a city employee can do.

Sincerely

Brenda Davis