UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor___/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

_Gwedma Brown_ FILED BY _Gwedma Brown_

_Gwedma Brown_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.  (I) we am/are interested in the Bankruptcy of the City of Detroit because
    _I am a city of Detroit employee and resident._

2.  I / we object to the above filing because:
    _imposition of the City employment terms has produced a stressful financial and emotional hardship on city employees reduction in benefits and increased medical premiums has fueled lessened morale. Restoration of lost wages will commence the healing process which is much needed as we continue to be dedicated and committed employees_

3.  I have/ have not attached additional sheets to explain and establish my position.

    I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
    Wherefore I/ we request the Court will deny the relief sought in said filing.

    Name: _Gwedma Brown_
    Signature: _Gwedma Brown_
    Address: _19380 Orleans Street_
    _Detroit MI 48203_
    Email: _____

Dated:

2014 MAR 27 P 12: 32

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT