UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 MAR 27 P 12: 32
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor___/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Lashae Currie

Lashae Currie hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because I am a City of Detroit Resident and a City of Detroit Employee.

2. (I) we object to the above filing because: by several indications (hiring of consultants, payments to Emergency Manager and and his team, state withholding of revenue sharing funds, etc.) it appears that funds are available to remburse employees forced to take a 20% cut in pay, provide improved City services, and pay debtors.

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/we request the Court will deny the relief sought in said filing.

Name: Lashae Currie
Signature: Lashae Currie
Address: 8900 E. Jefferson, Apt. 1208
Detroit, mi 48214
Email: e.779311@yahoo.com

Dated: