UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 MAR 27 P 2: 56
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Anthony Fuller

Anthony Fuller hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because

_____

2. (I) we object to the above filing because:

_____
_____
_____

3. (I have) / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: ANthony Fuller
Signature: Anthony Fuller
Address: 29292 Hoover Rd
Warren MI 48093
Email: Tonysr2@comcast.net

Dated:

Your Honor  
3-27-14  
Case No. 13-53846-swr

I am a 62 year old former Detroiter, who was born, raised and lived in Detroit for 54 years. I enjoy Belle Isle, Hart Plaza, Science Center, Art Institute, Charles Wright Museum, New Center Areas' Shops, Restaurants, and the World Class theaters that Detroit has.

Your Honor 5 generations of my family have supported and enjoyed these world class venues. Please!! Consider my objection

PS
Say no to the dying process of my beloved city.

Thank you

Anthony Fuller