UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT
2014 MAR 27 P 3: 50

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN       Case No. 13-53846-swr
                                Chapter 9
_____Debtor____/  Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: ___Robbin C. Rivers_____

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because ____I am a retired City of Detroit Police Officer who has worked over 25 years for the citizens of Detroit and has dedicated my entire adult life to a career in Law Enforcement. I do not believe that the under 65 non-medicare eligible employees for the City have been represented properly and I believe the State of Michigan, Governor Snyder and The The City of Detroit has turned their backs on the First Responders in this City.

2.(I) we object to the above filing because:

_____ I am objecting to the Plan of Adjustment because it's recommendations literally would change the standard of living for most retirees including myself. It also puts retirees in a position to be uninsured, under insured or destitute from paying premiums between $400 to $1000 dollars a month in medical coverage and then a ten percent cut in our pension check. The cost of medical coverage and a pension cut literally would pay the mortgage or rent for a retiree, all their utilities, groceries and other expenses. These benefits are delayed compensation and upon hiring was a factor in determining if this was the career path one would choose. We do not get to take our 20, 30, 35 and more years back. They should not be able to away our lives. Additionally, there was a constitutional provision protecting our pensions because police officers and fire employees for the City of Detroit did not get Social Security. The City saved a lot of money not paying into Social Security for these employees and have turned their backs on us. If you multiplied 7.65 X 35 years the City of Detroit would have saved $228,000 by not paying into Social Security for that employee. It seems to me that they owe us all this money saved if they are not going to provide what was promised. A promise and a guarantee is not a contract. When your benefits and pension were discussed as the merits for choosing this profession it is not a contract but a guarantee and a condition of employment. Any condition of employment which causes an undue hardship to an employee is in violation of the law. Our assurance was that we

would be compensated with a pension that could not be harmed and benefits when we retire. The failure of the City and this court to honor the service of the first responders of this city is inhumane. Yet, there has been no showing in these departments to reduce cost. The overtime is still tremendous, the command structure is top heavy and the practices within these departments are wasteful.

3. I ~~have~~/ have not attached additional sheets to explain and establish my position. But, I am able to provide some pertinent documents later.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Robbin C. Rivers *(signed)* Robin C. Rivers

Signature:
Address: 20133 Northville Place Dr., Apt. # 3222, Northville, Michigan 48167
Email: robbin.rivers@yahoo.com

Dated: March 24, 2014


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN            Case No. 13-53846-swr
                                     Chapter 9
_____Debtor____/              Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY:_____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF