UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**NOTICE OF VIDEOTAPED
DEPOSITION OF GAURAV MALHOTRA**

To:   The City of Detroit, Michigan and Parties in the attached **Exhibit 1**.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, and the Syncora Guarantee Inc. and Syncora Capital Assurance Inc. and all of the parties set forth in **Exhibit 1**, attached hereto, by and through their attorneys of record, will take the deposition upon oral examination of **Gaurav Malhotra** at the offices of Pepper Hamilton LLP, 4000 Town Center Suite 1800, Southfield, Michigan 48075-1505 on **Monday, March 31, 2014,** or at such other date or place to which the parties mutually agree. The deposition will begin at **8:30 a.m.** Mr. Malhotra's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. Mr. Malhotra's deposition will be recorded by stenograph and videotaped for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted

under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated:  March 27, 2014  Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By:  */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:  (248) 646-5070
Facsimile:   (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

**EXHIBIT 1**

| Party | Counsel for Party |
|---|---|
| *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* | James H.M. Sprayregen, P.C. <br> Ryan Blaine Bennett <br> Stephen C. Hackney <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br><br> - and - <br><br> Stephen M. Gross <br> David A. Agay <br> Joshua Gadharf <br> MCDONALD HOPKINS PLC <br> 39533 Woodward Avenue <br> Bloomfield Hills, MI 48304 <br> Telephone: (248) 646-5070 <br> Facsimile: (248) 646-5075 |

| Party | Counsel for Party |
|---|---|
| *Hypothekenbank Frankfurt AG; Hypothekenbank Frankfurt International S.A.; and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.* | Howard S. Sher<br>JACOB & WEINGARTEN, P.C.<br>Somerset Place<br>2301 W. Big Beaver Road, Suite 777<br>Troy, Michigan 48084<br>Tel: (248) 649-1200<br>Fax: (248) 649-2920<br>E-mail: howard@jacobweingarten.com<br><br>-and-<br><br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4428<br>Fax: (410) 361-8930<br>E-mail: summersm@ballardspahr.com<br><br>-and-<br><br>Vincent J. Marriott, III<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Flr.<br>Philadelphia, PA 19103<br>Phone: 215.864.8236<br>Fax: 215.864.9762<br>Email: marriott@ballardspahr.com |
| *Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit* | Robert D. Gordon<br>Shannon L. Deeby<br>CLARK HILL PLC<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009<br>Telephone: (248) 988-5882<br>Facsimile: (248) 988-2502<br>rgordon@clarkhill.com |

| Party | Counsel for Party |
|---|---|
| *The Official Committee of Retirees* | DENTONS US LLP<br><br>Carole Neville<br>Claude D. Montgomery<br>1221 Avenue of the Americas<br>New York New York 10020<br>Tel: (212) 768-6700<br>carole.neville@dentons.com<br>claude.montgomery@dentons.com<br><br>and<br><br>Sam J. Alberts<br>DENTONS US LLP<br>1301 K Street, NW Suite 600, East Tower<br>Washington, DC 20005-3364<br>Tel: (202) 408-6400<br>sam.alberts@dentons.com<br><br>and<br><br>Matthew E. Wilkins<br>Paula A. Hall<br>BROOKS WILKINS SHARKEY & TURCO<br>401 South Old Woodward, Suite 400<br>Birmingham, Michigan 48009<br>Tel: (248) 971-1800<br>wilkins@bwst-law.com<br>hall@bwst-law.com |

## Certificate of Service

I, Stephen C. Hackney, hereby certify that on March 27, 2014, I caused the foregoing *Notice of Videotaped Deposition of Gaurav Malhotra* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

*/s/ Stephen C. Hackney*
Stephen C. Hackney