UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
:
In re                                   : Chapter 9
:
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
:
            Debtor.                     : Hon. Steven W. Rhodes
:
:
------------------------------------------------------x

# FILED UNDER SEAL

**PURSUANT TO ORDER DOCKET NO. 3232
OF THE HONORABLE STEVEN W. RHODES
IN THE CITY OF DETROIT, MICHIGAN
CHAPTER 9 CASE NO. 13-53846**