UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 MAR 28 A 10:49
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Debtor       /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Harriett Marvella Billingslea

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because __I am a City of Detroit retiree.

2. I object to the above filing because: Our pensions should be and are protected under State Law. In addition, the 'financial management' concept was voted down by the citizens of Michigan, then circumvented by the governor in order to proceed with this takeover. The proposed 'Plan of Adjustment' would leave people who have earned a pension for 30 years of work; and now in my old age I am being threatened with slicing my pension to the bone.

3. I have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Harriett M. Billingslea
Signature: *[signed]*
Address: 12226 Laing, Detroit, MI  48224-1040

Email: hamahobi@att.net

Dated: March 25, 2015