UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT


FILED
2014 MAR 28 A 10: 49
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I, Martha Childress worked 30yrs 6mos thinking when I retired that I could live confortably off of my pension

2. I / we object to the above filing because:
I have not contributed to bad mismanagement of the financial situation of the City of Detroit. The politicians and the leaders of this city should should take responsibility for this situation. City retirees and current employees are due some respect and be entitled to what they have worked long and hard for.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Martha Childress
Signature: Martha Childress
Address: 16196 Cumberland Rd. Apt 103
Southfield, Michigan 48075
Email: marthachildress12@gmail.com

Dated: