FILED
p.2

2014 MAR 28 A 10 50

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN
Debtor

Case No. 13-53846-SWR
Chapter 9
Hon. STEVEN W. RHODES

_____/

**OBJECTION TO:**
City of Detroit's Plan of Adjustment (Docket 2708)
**FILED BY:** _____

Karen Tyson hereby states his/**her** OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. **I**/we/am/are interested in the Bankruptcy of the City of Detroit because:

   I am a City of Detroit employee.

2. I object to the above filing because:
   - It violates the terms of my employment
   - The pension was part of my benefit plan upon employment, not a negotiable option
   - I can't simply stop paying or reduce payments on my

3. I **have**/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: Karen Tyson
Signature: Karen Tyson
Address: 806 Hendrickson
Clawson MI 48017
Email: karentyson@marketmaneuvers.com

Date: 24 March 14

- obligations and I don't accept that the City of Detroit can do this to its employees.
- Many of my co-workers have invested 20-30 years of their working lives to employment with the City of Detroit, looking forward to retiring with a pension which might allow them to travel or dedicate time to other endeavors of their choice. And now the rug is pulled out from under them when it's time to collect on their investment. That's very wrong.