UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT



FILED
2014 MAR 28 A 10: 51
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: ALMA COZART

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

The State owes the city of Det. millions in Revenue sharing.

2. I / we object to the above filing because:

The Banks owes the city hundreds of millions in taxes they did not pay on all foreclosed homes.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: ALMA COZART
Signature: Alma Cozart
Address: 18331 Shaftsbury
Detroit, Mich 48219
Email: cozart@ymail.com

Dated: 3-25-14
3-25-14

13-53846-tjt    Doc 3267    Filed 03/28/14    Entered 03/28/14 12:54:16    Page 1 of 1