Judge Steven Rhodes

FILED
2014 MAR 28 A 10: 57

As I told you in my first letter I worked for the Detroit Police Department for almost 40 years and retired in 2006. I stayed in the City as required all that time because I was promised first class health insurance and a small pension. I worked a month of Midnights, Afternoons, and then days working most holidays such as Christmas, New Years and Easter. I don't remember ever seeing you.

Three years after I retired they found a heart problem and I had heart bypass surgery.

As you know the governor decided to take income tax from my pension of $200. A month.

As of March 1, 2014 you are stealing my health insurance which is what I use for the necessary drugs for my heart and any other medical problems my wife or I have.

Because I never paid into or was allowed to pay for Social Security I am not eligible to receive Medicare or Social Security benefits.

In my sixties I can't start a new career , I can't get my wife's youth returned to me or mine, It's like we paid for something and now it's being stolen. Why would anyone work if their pensions were not secure?

My wife is very stressed and making herself sick worrying how we will pay our bills All of our planned trips have been cancelled and I'm worried how we are going to live. What about my kids and grandchildren how am I supposed to help them?

Now you're going after my pension and I can't understand how your conscience lets you get through the day like the opposite of Robin Hood you steal from the poor to support the rich to make yourself look good.

You are ruining the rest of my life what are you doing to protect my hospitalization and my retirement?

As a millionaire I know you have no idea what it is to worry about everyday bills but people are losing their homes and cars because of you. Now what I want to know from you is are you just trying to put me on welfare or are you trying to kill me by taking away my health insurance??

Is it true that you only work about 100 days a year and that when you retire you get your full salary plus unblemished health insurance they want me to pay $1500. A month for health insurance and more for dental and vision coverage.

Dan Headapohl

52507 Robin's Nest

Chesterfield Township, 48047

13-53846-swr    Doc 2865    Filed 03/06/14    Entered 03/06/14 14:55:06    Page 1 of 1
13-53846-tjt    Doc 3273    Filed 03/28/14    Entered 03/28/14 13:08:54    Page 1 of 1