**FILED**

2014 MAR 28 P 2: 36

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN
Debtor

Case No. 13-53846-SWR
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: SHINESTA L. IRELAND

SHINESTA L. IRELAND hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because:
I am a City of Detroit Employee

2. I object to the above filing because:
I have endured hardship due to the reduction in wages, Dwop days, furlough days, hiring freezes, increase in healthcare cost and reduction to benefits

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: Shinesta L. Ireland

Signature:

Address: P.O. Box 15
Saint Clair Shores, MI. 48080

Email:

Date: March 28, 2014

Case No. 13-53846-SWR

I, Shinestuk Ireland, am interested in the Bankruptcy of the City of Detroit because I am a City employee and, in the near future, looking to retire. The City's regime, over the last few years, in the interest of trimming the City's deficit, have cut staff, roll back employee's wages, reduced employee benefits, increased employee's cost, for health care, dental and vision, stopped paying interest on annuities investments, and failed to pay three years, of back payments, owed to the employee pension fund. Below are some of the changes the City has required from us and we have been informed, with the granting of the Bankruptcy, more changes are coming. I object to the City of Detroit proposed plan of adjustment because, with reduction in the of health care cost for the city, the reduction and elimination of the City's responsibilities of PLD, DWS, Belle Isle, the selling of land parcels, to create a better tax base, for the city and, with the reduction, of the employee benefits listed below, the city should not have to touch our pension benefits. City employees have taken many concessions for the sake of helping to reduce the City's deficit See the partial list below.

Reduction of City employees:

    Layoff of city employees, in various departments,
    Elimination of various departments and combining of others

Reduction in wages and benefits, for City employee:

    three S.I. March 28, 2014
    Wages reduced 10% after taking furlough days for ~~two~~ years.
    Elimination of up to six bonus vacation days
    Elimination of five sick days
    Elimination of the longevity check, based on years of service
    Change in overtime procedures, reduction in payment for overtime
    Elimination of tuition reimbursement
    Elimination of the paid hour lunch
    Elimination of Election day as a paid excused day,
    Increase in employee's cost for health care, vision and dental
    City placed freeze on interest payments, at a rate of 0%, on employee annuities investments
    City devalue the pension by not paying, three years of funds due to the pension fund
    Cap established of 300 hours maximum for sick time

Reduction in Retiree Benefits

    Elimination of Health care for retiree under the age of 65
    Proposed small stipend given at the rate of 175 to 300 dollars, from the city, of to help fray the cost, of retiree paying for
    health care contract,
    under the age of 65.
    Proposed 26% to 34% cut to pension

If the city is allowed to precede with the Bankruptcy, with the proposed percentage cuts, to the pension, the cost retirees will endure, for health care, will cause a hardship for most retirees. City employees have endured many years of service, with lower wages. Because we accepted lower wages, than the wages paid to employees in the private sector. The City promised the pension package we have today. City employees were and still are relying on the pension promised them, by the City.

March 28, 2014