UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-SWR
Debtor                     Chapter 9
_____/  Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: _Alexander MacDonald_

_Alexander D MacDonald_ hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I /we am/are interested in the Bankruptcy of the City of Detroit because:
_Because the result of the bankruptcy affects the past & present hardworking employees of the City of Detroit_

2. I object to the above filing because:
_Kevin Orr's "Plan of Adjustment will decimate past pensioners monies & freeze present pensioners monies investment towards their own retirement_

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: _Alexander MacDonald_

Signature: _Alexander MacDonald_

Address: _23141 Lorraine Blvd_
_Brownstown MI, 48183_
Email: _truefix@me.com_

Date: _3-28-14_