UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor ____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Aaron D. Bird

Aaron D. Bird hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I'm an employee of the City of Detroit who works at the Water and Sewerage Department

2. I / we object to the above filing because: We employee have been making concessions over the past 14 years. Furthermore, cost of medical benefits have increased. This has caused financial hardship. In additionally, the recent retirees have made concessions as active employees therefore it's very unfair to them to make further concessions after retirement.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Aaron Bird
Signature: Aaron B.
Address: 47776 Fernwood Apt. 14211
Wixom, MI 48393
Email: abird@dwsd.org

Dated: March 28, 2014

FILED
2014 MAR 28 2:07
U.S. BANKRUPTCY COURT
E.D. MICHIGAN
DETROIT