FILED

2014 MAR 28 P 2:35

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN
Debtor
______________________________/

Case No. 13-53846-SWR
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: NEIL SAMAAN

NEIL SAMAAN hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I /we am/are interested in the Bankruptcy of the City of Detroit because:
I AM A CITY EMPLOYEE

2. I object to the above filing because:
IT WILL CREATE AN ECONOMIC DISASTER FOR ME AND MY FAMILY AND I WILL LOSE MY HOUSE AND IN TURN PUT A DENT IN THE AMERICAN ECONOMY

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: NEIL SAMAAN

Signature: Neil Samaan

Address: 15105 RIVERCREST DR.
STERLING HEIGHTS, MI 48312

Email: NEILSAMAAN@YAHOO.COM

Date: 3/28/2014