UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

FILED 2014 MAR 28 P 2: 35
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN
Debtor

Case No. 13-53846-SWR
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY:

Anthony Campbell hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I/we am/are interested in the Bankruptcy of the City of Detroit because:
I am a employee for the City of Detroit

2. I object to the above filing because:
It affects my life and job, I have 23 years of service in with a family to support.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: Anthony Campbell
Signature: Anthony Campbell
Address: 11185 Morning View
Email:

Date: 3/28/14