UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

FILED
2014 MAR 28 P 2:35
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN
Debtor

Case No. 13-53846-SWR
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: Vincent A. Cooley

Vincent A. Cooley hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I/we am/are interested in the Bankruptcy of the City of Detroit because:
I am an active employee of the City of Detroit.

2. I object to the above filing because:
The end result of this action would be detrimental to my future. I have around 10 years to go for retirement, but finances I had relied upon to be in place would not be there and would prevent a retirement from becoming a reality.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: Vincent A. Cooley
Signature: Vincent A. Cooley
Address: 591 North Piper, Detroit, MI
Email:

Date: 3/28/14

13-53846-tjt    Doc 3286    Filed 03/28/14    Entered 03/28/14 15:44:43    Page 1 of 1