# Exhibit 1

# Proposed Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## ORDER GRANTING MOTION OF OBJECTORS FOR ADJOURNMENT OF THE HEARING REGARDING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, APPROVING A SETTLEMENT AND PLAN SUPPORT AGREEMENT AND GRANTING RELATED RELIEF

This matter having come before the Court on the motion of the Objectors for adjournment of the hearing regarding the Debtor's motion for the entry of an order, pursuant to section 105(a) of the Bankruptcy Doe and Bankruptcy Rule 9019, approving a settlement and plan support agreement (the "Motion to Adjourn"), the Court having reviewed the Objectors' Motion to Adjourn; and the Court having determined that the legal and factual bases set forth in the Motion to Adjourn establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objectors' Motion to Adjourn is GRANTED.

2. A hearing on the Debtor's motion for the entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, approving a

settlement and plan support agreement and granting related relief is set for April 14, 2014.

3. The joining Objectors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____
STEVEN W. RHODES
United States Bankruptcy Judge