UNITED STATES BANKRUPTCY COURT        **FILED**
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT        **2014 MAR 28 ℗ 2: 35**

In the matter of:

                                                    U.S. BANKRUPTCY
                                                    E.D. MICHIGAN-DETROIT

CITY OF DETROIT, MICHIGAN        Case No.  13-53846-SWR
Debtor        Chapter 9
_____/        Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: _Chris A. Cleveland_

_Chris A Cleveland_ hereby states his/her OBJECTION to the City of
Detroit's Proposed Plan of Adjustment for the following reasons:

    1. I /we am/are interested in the Bankruptcy of the City of Detroit because:
_I am a city of Detroit employee._

    2. I object to the above filing because:
_My pay has been decreased by 10%, I pay more_
_for health care and related benefits, I no longer am_
_paid for the upkeep of my vehicle used for work, my lunch_
_has been shortened, I am allowed fewer sick days and holidays_
    3. I have/have not attached additional sheets to explain and establish my position.

    I hereby certify that the statements made herein are true and correct under penalty
of perjury and contempt of court under the laws of the United States of America.

    Wherefore, I request the court to deny the relief sought in said filing by the City of
Detroit.

                            Name: _Chris A Cleveland_
                            Signature _Chris Ann Cleveland_
                            Address: _3920 Benjamin Royal Oak_
                                                            _48073_
                            Email: _Clevelandca@gmail.com_

Date: _March 25, 2014_