UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN    Case No. 13-53846-swr
                             Chapter 9
_____Debtor___/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Pamela Smith_

_Pamela Smith_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _Promised to Employees_

2. I / we object to the above filing because: _Hurtful to family and finances_

3. I have / (have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Pamela Smith
Signature: _[signature]_
Address: 20632 Woodside
Harper Woods, MI 48225
Email: smithpa@detroitmi.gov

Dated: 3/28/14

13-53846-tjt   Doc 3290   Filed 03/28/14   Entered 03/28/14 15:57:52   Page 1 of 1