# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) **Expedited Consideration** |
| | ) **Requested** |

## *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION OF THE OBJECTORS FOR ADJOURNMENT OF THE HEARING REGARDING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, APPROVING A SETTLEMENT AND PLAN SUPPORT AGREEMENT AND GRANTING RELATED RELIEF

The Objectors[1] submit this *Ex Parte* Motion for Shortened Notice and Expedited Hearing on the *Motion of the Objectors for Adjournment of the Hearing Regarding the Debtor's Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief* (the "Motion to Adjourn") and respectfully represent as follows:

### Jurisdiction and Venue

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

---

[1] Capitalized terms not defined herein have the meanings given to them in the Objectors' Motion to Adjourn.

## Relief Requested and Basis for Relief

2. Pursuant to Bankruptcy Rule 9006(c) and Local Bankruptcy Rule 9006-1(b), this Court may, *ex parte*, shorten the notice period provided by Local Bankruptcy Rule 9014-1 for a party to take any action or file any paper. Fed. R. Bankr. P. 9006(c); E.D. Mich. LBR 9006-1(b).

3. The Objectors respectfully request that, pursuant to Bankruptcy Rule 9006(a) and Local Bankruptcy Rule 9006-1(b), the Court shorten the notice period with respect to the Motion to Adjourn and schedule an expedited hearing on the Motion to Adjourn on **April 2, 2014.**

4. Contemporaneously with the filing of this *Ex Parte* Motion, the Objectors filed the Motion to Adjourn. For the reasons stated in the Motion to Adjourn, the Objectors seek the entry of an order adjourning the hearing on the City's Settlement Motion until a date on or around the hearing on the Disclosure Statement, currently scheduled for April 14, 2014.

5. The hearing on the Settlement Motion is currently scheduled for April 3, 2014. In order to consider the Objectors' Motion to Adjourn prior to the scheduled time for the evidentiary hearing in connection with the Settlement Motion, the notice period with respect to the Motion to Adjourn must be shortened. The Objectors suggest that their Motion to Adjourn be heard one day prior to the scheduled evidentiary hearing, April 2, 2014 at 9:00 am.

6. The Court has currently scheduled hearings for April 2, 2014 in connection with the Order to Show Cause Why Expert Witnesses Should Not Be Appointed [Doc. No. 3170] and the Notice of Presentment of Order by Debtor in Possession City of Detroit, Michigan [Doc. No. 2921].

7. The Objectors will serve this *Ex Parte* Motion to the parties in the above-captioned proceedings and will provide notice of the *ex parte* order upon issuance pursuant to E.D. Mich. LBR 9006-1(b).

## **Conclusion**

WHEREFORE, The Objectors respectfully request that the Court enter an Order, substantially in the form attached as Exhibit 1, granting the relief requested in this *Ex Parte* Motion and granting such further relied as this Court deems appropriate.

*[Remainder of this page intentionally left blank]*

Dated: March 28, 2014  Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

By: */s/ Vincent J. Marriott, III*
Howard S. Sher
**JACOB & WEINGARTEN, P.C.**
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Telephone: (248) 649-1200
Facsimile: (248) 649-2920
E-mail: howard@jacobweingarten.com

4

-and-

Vincent J. Marriott, III
**BALLARD SPAHR LLP**
1735 Market Street, 51st Flr.
Philadelphia, PA 19103
Phone: 215.864.8236
Fax: 215.864.9762
Email: marriott@ballardspahr.com

-and-

Matthew G. Summers
**BALLARD SPAHR LLP**
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Facsimile: (410) 361-8930
E-mail: summersm@ballardspahr.com

*Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK")*

/s/ *J. Mark Fisher*
Rick. L. Frimmer, Esquire
J. Mark Fisher, Esquire
Michael W. Ott, Esquire
Jeffrey D. Eaton, Esquire
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-6500
E-mail: rfrimmer@schiffhardin.com
E-mail: mfisher@schiffhardin.com

5

E-mail: mott@schiffhardin.com
E-mail: jeaton@schiffhardin.com

*Attorneys for FMS Wertmanagement AoR*

DRINKER BIDDLE & REATH LLP

/s/ *Heath D. Rosenblat*
Heath D. Rosenblat, Esquire
Kristin K. Going, Esquire
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
E-mail: Heath.Rosenblat@dbr.com
E-mail: Kristin.Going@dbr.com
Tel: (212) 248-3140
Fax: (212) 248-3141

*Counsel for Wilmington Trust, National Association, as Successor Contract Administrator*

By: /s/ *Jerome D. Goldberg*
Jerome D. Goldberg (P61678)
Attorney for David Sole, Party in Interest
2921 East Jefferson, Suite 205
Detroit, MI 48207
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

*Attorney for Interested Party David Sole*

By: /s/ *Deborah L. Fish*
ALLARD & FISH, P.C.
Deborah L. Fish
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142

6

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel to Dexia Crédit Local & Dexia Holdings, Inc.*