UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN    Case No. 13-53846-swr
                             Chapter 9
_____Debtor_____/      Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY:

_Michael Addison_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I am a Detroit City employee and I am really concerened about the pensions_

2. I / we object to the above filing because: _The City of Detroit promised City of Detroit a pension while making financial decisions on the money that we expected for the rest of our lives. How do we tell mortgage, car, utilities, insurance, credit card companies that they will get half the payment_

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Michael Addison_
Signature: _Michael Addison_
Address: _22677 Beech Apt 1012_
_Dearborn MI 48124_
Email: _azmikey6016@gmail.com_

Dated: _3/28/14_

FILED
2014 MAR 28 P 4:50
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT