UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _____

Rajesh Moradiya hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because Active City of Detroit Building & Safety Eng. of Env. Department employee.

2. I / we object to the above filing because: City of Detroit has reduced so many benifits. 10% Pay cut, & increased health insurance in past five year. City is not paying anything for Annuity & Not Allowing to withdraw. Additional cut in the pension will be devastating for the future of Employees & their family.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Rajesh Moradiya
Signature: Mora
Address: 1887 Teslee Crest Dr.
W. Bloomfield, MI- 48322
Email: _____

Dated:
3/27/2014