UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

DEBTOR  Debtor  /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: DILIP PATEL

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I AM CITY OF DETROIT EMPLOYEES BSEED BUILDING INSP. SUPERVISOR

2. I/we object to the above filing because: I WAS PROMISED FULL PENSION WHEN I WAS HIRED WITH CITY OF DETROIT. BY STATE LAW, THE STATE OF MICHIGAN GUARANTEE MY PENSION. WITHOUT MY FULL PENSION MY FAMILY WILL NOT BE ABLE TO AFFORD FOOD, HOUSING, Medicine etc. PAY + Benefit cuts IMPOSED ON US ARE NOT ACCEPTABLE

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: DILIP PATEL
Signature: DP Patel
Address: 16200 LENORE
DET MI 48216
Email: _____

Dated: 3-28-2014

FILED MAR 28 P 1:20 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT