UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_Debtor_ Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Andrew DeRamer

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because I AM CITY OF DETROIT - Employee BSE BUILDING INSPECTOR

2. (I)/we object to the above filing because: I WAS PROMISED FULL PENSION when I WAS HIRED. The STATE of MICHIGAN Guarantee my Pension. Without my FULL pension my FAMILY will NOT Be Able to Afford Food - Housing - medicine ect. PAY + BENIFIT CUTS IMPOSED ARE NOT Acceptable

3. I have/(have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Andrew DeRamer
Signature: Andrew DeRamer
Address: 31536 EVENINGSIDE
FRASER, MI. 48026
Email: _____

Dated: _____

FILED
2014 MAR 28 P 1:30
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT