UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor /

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _____

Michelle Watkins hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   Detroit Employee

2. I / we object to the above filing because:
   There should be no two tear payment for employees. Equal pay for equal work. Please honor all employee right for a pension.

3. I have/(have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Michelle Watkins
Signature: Michelle Watkins
Address: 9360 Windflower Way
Email: watkinsmic@detroitmi.gov

Dated: 2014-MAR 28 PM 1:30
FILED U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT