UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

(Debtor)

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _____

Keon Pierson hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I)/ we am/are interested in the Bankruptcy of the City of Detroit because Detroit employee

2. (I)/ we object to the above filing because: There should be no two tier payment for employees. Equal pay for equal work. Please honor all employee right for a pension.

3. ~~I have~~/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore (I)/ we request the Court will deny the relief sought in said filing.

Name: Keon Pierson
Signature: [signature]
Address: 5244 Calhoun
Dearborn MI 48126
Email: doc-1959@yahoo.com

Dated: 3-_-_

FILED
2014 MAR 28 P 1:40
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT