UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Michael Walter Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Michael Walter

Michael Walter hereby states (his)/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I)/we/am/are interested in the Bankruptcy of the City of Detroit because
   Employee & Pensioner

2. (I)/we object to the above filing because:
   Decrease in Pension would Harm me and my family

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/we request the Court will deny the relief sought in said filing.

Name: Michael Walter
Signature: [signature]
Address: 2050 Lennox, Gpw MI 48236
Email: _____

Dated: 3-28-14