# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION OF THE OBJECTORS FOR ADJOURNMENT OF THE HEARING REGARDING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, APPROVING A SETTLEMENT AND PLAN SUPPORT AGREEMENT AND GRANTING RELATED RELIEF**

This matter having come before the Court on the motion (the "*Ex Parte* Motion") of the Objectors for the entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion of the Objectors for Adjournment of the Hearing Regarding the Debtor's Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief* (the "Motion to Adjourn"), the Court having reviewed the Objectors' *Ex Parte* Motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objectors' *Ex Parte* Motion is GRANTED as set forth in this order.

2. The hearing with respect to the Objectors' Motion to Adjourn shall be held on April 2, 2014 at 9:00 a.m. before Hon. Steven Rhodes, in Courtroom 716, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan.

**IT IS SO ORDERED.**

.

**Signed on March 28, 2014**

                                                                     /s/ Steven Rhodes
                                                                     **Steven Rhodes**
                                                                     **United States Bankruptcy Judge**