UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN
Debtor
_____/

Case No. 13-53846-SWR
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: JOSEPH WALTER

JOSEPH M. WALTER hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I /we am/are interested in the Bankruptcy of the City of Detroit because:

   EMPLOYEE

2. I object to the above filing because:
   - NOT ENOUGH INFORMATION TO MAKE AN INFORMED DICISSION
   - EXTREME CUT. UNLAWFUL

3. I am/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: JOSEPH M. WALTER
Signature: Joseph M Walter
Address: 3416 Abbotsford
NORTH STREET MI 48049
Email: JOE3669@HOTMAIL.COM

Date: 3-28-14