UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Lawrence A. Muhammad Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Lawrence A. Muhammad

Lawrence A. Muhammad hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   of Pensions and Benefits

2. I / we object to the above filing because:
   Harmful cuts to Pension and Benefits

3. I have / ~~have not~~ attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Lawrence A. Muhammad
Signature: Lawrence A. Muhammad
Address: 8300 E Jefferson Ave #507
Detroit, MI 48214
Email: Lawrence@geonetzero.com

Dated: 2014 MAR 28 PM — 14