UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

(Debtor) /

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Nabil Jaafar_

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _Nabil Jaafar Full Time Employee with The city of Detroit, Employee # 294180_

2. I / we object to the above filing because: _The critical & devastating impact on pension & Benefits which would cause severe Financial Hardship on my Family needs, Food, clothing, kids school, Health_

3. I have / (have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Nabil Jaafar_
Signature: _Jaafar_
Address: _15120 prospect_
_Dearborn MI 48126_
Email: _JAAFARN@DETROITMI.GOV_

Dated: _3-28-14_

13-53846-tjt    Doc 3308    Filed 03/28/14    Entered 03/28/14 16:57:21    Page 1 of 1