UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

Debtor /

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Kevin A. Brinkley

Kevin A. Brinkley hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / ~~we~~ am/~~are~~ interested in the Bankruptcy of the City of Detroit because BECAUSE I AM A RESIDENT OF DETROIT AND BECAUSE I AM A CITY EMPLOYEE

2. I / we object to the above filing because: WE HAVE TAKEN MULTIPLE PAYCUTS WITHOUT RESTITUTION. CURRENTLY WE SUFFER STRESS AND HARDSHIP DUE TO THESE REDUCTIONS. NOW THEY WANT TO TAKE FUTURE MONEY AWAY (THAT WE HAVE ALREADY EARNED) AND RETIRE US INTO POVERTY. BEING UNABLE TO ENJOY OR LIVE OR THRIVE IN THE CITY WE HELPED BUILD. UNFAIR.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: KEVIN A. BRINKLEY
Signature: Kevin A. Brinkley
Address: 17204 ALBION
DETROIT, MI 48234
Email: brinkley889@gmail.com

Dated: 3-28-14