UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

(Debtor) /

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Arthur Leon Edge_

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _Arthur Edge Full Time Employee of City of Detroit_

2. I / we object to the above filing because: _Impact of pension and benefits in my future life style and promise by State of Michigan_

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Arthur Leon Edge_
Signature: _Arthur Edge_
Address: _8474 West Parkway_
Email: _edgea@detroitmi.gov_

Dated: 2014 MAR 28 PM /14

U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT