UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------------x
                                          :   Chapter 9
In re                                     :
                                          :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                :
                                          :   Hon. Steven W. Rhodes
                            Debtor.       :
                                          :
                                          :
-------------------------------------------------------------------x
```

**CONCURRENCE OF THE OFFICIAL COMMITTEE OF RETIREES WITH THE MOTION OF OBJECTORS FOR ADJOURNMENT OF THE HEARING REGARDING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, APPROVING A SETTLEMENT AND PLAN SUPPORT AGREEMENT AND GRANTING RELATED RELIEF**

The Official Committee of Retirees (the "Committee") hereby concurs with and joins in the Motion of Objectors ("Objectors' Motion") for Adjournment of the Hearing on the *Corrected Motion of the Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief*, [Dkt. 2806, (the "Settlement Motion")]. In support thereof, the Committee respectfully further states that:

1. The Objectors' Motion seeks a very short adjournment of hearing on the City's Settlement Motion.

2. This brief delay will provide the Committee and other Objectors with needed additional time to study the City's new proposed Settlement and Plan Support Agreement and associated Order, which were filed late on March 26, 2014, and to analyze the same in light of the upcoming depositions of Messrs. Malhotra and Orr, scheduled for March 31, 2014 and the

1

documents produced by the City on March 27, 2014. It will also allow the Committee and other Objectors the opportunity to review the proposed Settlement and Plan Support Agreement and associated Order in the context of a new plan of adjustment that the Committee understands the City intends to file early next week with revised treatment of creditors. The requested short adjournment will also allow the Committee to assess how the City's proposed payment to the swap counterparties will relate to the City's post-petition financing.

3. This brief delay will also afford the Court additional time to review the new proposed Settlement and Plan Support Agreement and associated Order, which differ from the versions previously submitted by the City but continue, for reasons noted in the various Objections that have been filed, to raise substantial legal issues. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (noting "the power inherent in every court to control the disposition of the causes on its docket" to promote efficiency).

4. Neither the City nor the swap counterparties will suffer any prejudice from the requested brief adjournment.

Dated: March 28, 2014                                                                 Respectfully submitted,

| | | |
|---|---|---|
| Matthew E. Wilkins (P56697) | Sam J. Alberts | By: /s/ Claude D. Montgomery |
| Paula A. Hall (P61101) | DENTONS US LLP | Claude D. Montgomery (P29212) |
| BROOKS WILKINS SHARKEY & TURCO PLLC | 1301 K. Street, NW Suite 600, East Tower | Carole Neville DENTONS US LLP |
| 401 South Old Woodward, Suite 400 | Washington, DC 2005-3364 | 1221 Avenue of the Americas |
| Birmingham, Michigan 48009 | Tel: (202) 408-6400 | New York, New York 10020 |
| Direct: (248) 971-1711 | Fax: (202) 408-6399 | Tel: (212) 768-6700 |
| Cell: (248) 882-8496 | sam.alberts@dentons.com | Fax: (212) 768-6800 |
| Fax: (248) 971-1801 | | claude.montgomery@dentons.com |
| wilkins@bwst-law.com | | carole.neville@dentons.com |
| hall@bwst-law.com | | |

*Counsel for the Official Committee of Retirees*