UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re						:	Chapter 9
						:
						:	Case No. 13-53846
CITY OF DETROIT, MICHIGAN,			:
						:	Hon. Steven W. Rhodes
			Debtor.			:
						:
						:
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Claude D. Montgomery, hereby certify that service of the Concurrence of the Official Committee of Retirees With the Motion of Objectors for Adjournment of the Hearing Regarding the Debtor's Motion for Entry of an Order, Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief, was filed and served via the Court's electronic case filing and noticing system on March 28, 2014.

/s/ Claude D. Montgomery
Claude D. Montgomery