# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## SUPPLEMENT TO OBJECTION OF CERTAIN COPS HOLDERS TO DEBTOR'S MOTION TO APPROVE SETTLEMENT AND PLAN SUPPORT AGREEMENT WITH SWAP COUNTERPARTIES

FMS Wertmanagement AöR, on behalf of the creditors and parties in interest identified in footnote 1[1] ("**Objectors**"), submits this Supplement (the "**Supplement**") to the Objection of Certain COPs Holders to Debtor's Motion to Approve Settlement and Plan Support Agreement with Swap Counterparties [Dkt. No. 3040] (the "**Objection**").

The Objection refers to Exhibit B as the Transcript of Proceedings dated September 15, 2009 in *In re Lehman Brothers Holdings, Inc., et al.*, 2009 WL 6057286 (No. 08–13555 (JMP), Bankr. S.D.N.Y. Sept. 17, 2009). However, Exhibit B was inadvertently omitted from the Objection as filed on March 17, 2014. To correct this error, Exhibit B is attached hereto to the Supplement.

---

[1] The creditors and parties in interest submitting this objection are: Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., FMS Wertmanagement AöR, and Dexia Crédit Local and Dexia Holdings, Inc.

Dated: March 28, 2014                    Respectfully submitted,

                                              **SCHIFF HARDIN LLP**

By:  */s/ Jeffrey D. Eaton*
     Rick L. Frimmer
     J. Mark Fisher
     Jeffrey D. Eaton
     SCHIFF HARDIN LLP
     233 South Wacker Drive
     Suite 6600
     Chicago, IL 60606
     Tel. 312-258-5500
     Fax. 312-258-5600
     rfrimmer@schiffhardin.com
     mfisher@schiffhardin.com
     jeaton@schiffhardin.com

*Attorneys for FMS Wertmanagement AöR*

CH2\14444334.1