## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
|  | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
|  | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
|  | ) |

### CERTIFICATE OF SERVICE

I, Stephen C. Hackney, hereby certify the *Syncora Capital Assurance Inc. and Syncora Guarantee Inc.'s First Request for the Production of Documents to the City of Detroit* [Docket No. 3314] and the *Notice of Subpoenas to Detroit Institute of Arts, Christie's Inc., and the State of Michigan Pursuant to Federal Rule of Civil Procedure 45(a)(4)* [Docket No. 3315] were filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

Dated: March 28, 2014          Respectfully submitted,


**KIRKLAND & ELLIS LLP**

By:  */s/ Stephen C. Hackney*
         James H.M. Sprayregen, P.C.
         Ryan Blaine Bennett
         Stephen C. Hackney
         KIRKLAND & ELLIS LLP
         300 North LaSalle
         Chicago, Illinois 60654
         Telephone:  (312) 862-2000
         Facsimile:   (312) 862-2200

             - and -

         Stephen M. Gross
         David A. Agay
         Joshua Gadharf
         MCDONALD HOPKINS PLC
         39533 Woodward Avenue
         Bloomfield Hills, MI 48304
         Telephone:  (248) 646-5070
         Facsimile:   (248) 646-5075

         *Attorneys for Syncora Guarantee Inc. and*
         *Syncora Capital Assurance Inc.*