# **EXHIBIT 1**

(Form of Proposed Order)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING *EX PARTE* MOTION TO
EXTEND DISCLOSURE STATEMENT APPROVAL SCHEDULE**

This matter having come before the Court on the *ex parte* motion of Syncora[1] filed on March 28, 2014 (the "Motion"), for the entry of an order (this "Order") extending the Disclosure Statement approval schedule, the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The deadline to file objections to the Disclosure Statement shall be extended to April 14, 2014.

3. The deadline for the City to respond to objections to the Disclosure Statement shall be extended to April 21, 2014.

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Motion.

4. The hearing with respect to any unresolved objections to the Disclosure Statement shall be held on April 28, 2014 before Hon. Steven Rhodes.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____

STEVEN W. RHODES
United States Bankruptcy Judge