UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

|  |  |
|---|---|
| In the matter of | CHAPTER 9 CHAPTER 9<br>Case No. 13 53846 swr |
| THE CITY OF DETROIT, MICHIGAN | HONORABLE STEVEN RHODES |

MEMORANDUM re DOC # 3319

And attempts to PACErFILE

OBJECTIONS TO BOTH

THE PROPOSED DISCLOSURE STATEMENT AND TO

THE PLAN

PACER shut counsel out of filing objections to the plan.

PACER issued DOC #3319 as its acceptance of objections to the disclosure statement ONLY.

PACER continued to refuse all attempts to file after DOC #3319 issuing the same message that #3319 was already accepted. The efforts to file objections to the plan as an attachment failed both as corrected and as amended documents and both with the plan as the document in chief.

In DOC #2727 The Court orders that the objections to the plan and to the disclosure statement be separate and be filed under separate electronic submissions.

Counsel has attempted to comply with the court's order notwithstanding the PACER BLOCKADE.

Were tomorrow a court day counsel would be at the counter making a request to file actual paper documents over the counter.

The various filing attempts counsel presumes were preserved by the sophisticated PACER technology.

Dated: 3/28/2014

CHARLES BRUCE IDELSOHN
By: /s/Charles Bruce Idelsohn
Charles Bruce Idelsohn (P36799)
P.O. BOX 856
Detroit, MI 48231
(586) 450-0128
charlesidelsohnattorney@yahoo.com