## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                        Chapter 9

City of Detroit, Michigan,                    Case No. 13-53846

      Debtor.                              Hon. Steven W. Rhodes

_____/

### Order Striking Objection for Failure to Comply with
### the Second Amended Order Establishing Procedures, Deadlines
### and Hearing Dates Relating to the Debtor's Plan of Adjustment

On March 6, 2014, the Court entered the Second Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Dkt. #2937) (the "Order"). Paragraph 4 of the Order requires that objecting parties shall not state objections to the proposed plan as objections to the proposed disclosure statement.

On March 18, 2014, William Ochadleus filed an "Objection to the Disclosure Statement and the Plan of Adjustment" (Dkt. #3274). This pleading purports to combine objections to the disclosure statement with objections to the proposed plan in violation of the Order. Accordingly,

**IT IS HEREBY ORDERED** that the above referenced objection is stricken, without prejudice, for failure to comply with the Order. Nothing in this order shall prevent the objecting party from filing a new objection to the disclosure statement and a new objection to the plan; however, objections to the disclosure statement must be filed separately from objections to the plan.

.

**Signed on March 28, 2014**

                            _____/s/ Steven Rhodes_____
                               **Steven Rhodes**
                               **United States Bankruptcy Judge**

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: ckata        Page 1 of 13        Date Rcvd: Mar 28, 2014
                           Form ID: pdf02      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2014.
cr        +William Ochadleus,   2367 Valley Gate,   Milford, MI 48380-4252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust       Daniel M. McDermott
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2014 at the address(es) listed below:
          A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
          abach@dickinsonwright.com
          Amy D. Caton   on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton   on behalf of Creditor    BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,   achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.   on behalf of Creditor    Citizens United Against Corrupt Government
          aap43@outlook.com,   aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
          aap43law@gmail.com
          Andrew J. Gerdes   on behalf of Creditor    Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes   on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Angela Williams   on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
          HollisR@dhcmi.org
          Anthony J. Kochis   on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;akochis@ecf.inforuptcy.com
          Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
          aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti   on behalf of Creditor    International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccotti@cwsny.com
          Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek   on behalf of Creditor    Detroit Police Command Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor    Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barry S. Fagan   on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan H. Frey   on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
          Brett A. Border   on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
          joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
      joumedian@sspclegal.com

    Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
      bborder@sspclegal.com,    joumedian@sspclegal.com

    Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
      bborder@sspclegal.com,    joumedian@sspclegal.com

    Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
      joumedian@sspclegal.com

    Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
      TReitzloff@lippittokeefe.com

    Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
      bokeefe@lippittokeefe.com,    TReitzloff@lippittokeefe.com

    Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
      Association bokeefe@lippittokeefe.com,    TReitzloff@lippittokeefe.com

    Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
      TReitzloff@lippittokeefe.com

    Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
      TReitzloff@lippittokeefe.com

    Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
      TReitzloff@lippittokeefe.com

    Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
      Care Network of Michigan btrumbauer@bodmanlaw.com

    Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
      bbennett@jonesday.com

    Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

    Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

    Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
      carol.cohen@arentfox.com

    Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com

    Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
      Michigan carole.neville@dentons.com

    Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
      carole.neville@dentons.com

    Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
      caroline.english@arentfox.com

    Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
      caroline.english@arentfox.com

    Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM

    Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
      charlesID@hotmail.com

    Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
      cbullock@sbplclaw.com,    cdbullock@msn.com;lhaas@sbplclaw.com

    Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com,    kkranz@wnj.com

    Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
      kkranz@wnj.com

    Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
      kkranz@wnj.com

    Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com,    kkranz@wnj.com

    Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
      BRCY@CarsonFischer.com,    cgrosman@carsonfischer.com

    Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
      cgrosman@carsonfischer.com

    Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
      claude.montgomery@dentons.com,docketny@dentons.com,
      carole.neville@dentons.com;sam.alberts@dentons.com

    Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
      Detroit, Michigan claude.montgomery@dentons.com,
      carole.neville@dentons.com;sam.alberts@dentons.com

    Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
      courtney.rogers@wallerlaw.com

    Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
      courtney.rogers@wallerlaw.com

    Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
      ANHSOA@earthlink.net

    Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
      czucker@ermanteicher.com

    Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
      czucker@ermanteicher.com

    Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
      czucker@ermanteicher.com

    Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
      czucker@ermanteicher.com

    Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org

    Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org

    Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org

    Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org

    Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org

    Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner  on behalf of Plaintiff   Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          Daniel J. Weiner  on behalf of Interested Party   Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          David  Eisenberg  on behalf of Creditor   Detroit Police Command Officers Association
          deisenberg@ermanteicher.com
          David  Eisenberg  on behalf of Creditor   Detroit Police Officers Association
          deisenberg@ermanteicher.com
          David  Eisenberg  on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          deisenberg@ermanteicher.com
          David  Eisenberg  on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          deisenberg@ermanteicher.com
          David A. Lerner  on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
          nwinage@plunkettcooney.com
          David A. Mollicone  on behalf of Creditor   Brown Rehabilitation Management, Inc.
          dmollicone@dmms.com
          David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
          dgheiman@jonesday.com
          David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
          david.dubrow@arentfox.com
          David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
          nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
          nepc.com
          David T. Lin  on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com,
          kbilpo@seyburn.com
          Dawn R. Copley  on behalf of Interested Party   State of Michigan, Department of Attorney
          General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap  on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Debtor In Possession   City of Detroit, Michigan
          kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah L. Fish  on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Debra N. Pospiech  on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
          Debra N. Pospiech  on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
          Debra N. Pospiech  on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
          Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
          dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
          dbeckwith@fosterswift.com
          Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
          don@mcguiganlaw.com
          Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters,
          AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
          dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
    eerman@ermanteicher.com
    Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
    eerman@ermanteicher.com
    Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
    eerman@ermanteicher.com
    Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
    eerman@ermanteicher.com
    Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
    ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
    Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
    ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
    Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
    litdocket@honigman.com
    Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
    emajoros@glmpc.com
    Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
    (Fannie Mae) bankruptcy@orlans.com,  ANHSOA@earthlink.net
    Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
    ANHSOA@earthlink.net
    Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
    bankruptcy@orlans.com,  ANHSOA@earthlink.net
    Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
    ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
    Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com,
    amendiola@morganmeyers.com
    Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
    Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
    carlson@millercanfield.com
    Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
    enovetsky@jaffelaw.com
    Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
    bankruptcy.maxwelldunn@gmail.com
    Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
    Detroit efeldman@clarkhill.com
    Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
    efeldman@clarkhill.com
    Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
    Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
    pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
    Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
    jbrown@steinbergshapiro.com
    Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
    Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
    ecf-hen@rhoadesmckee.com
    Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
    Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
    Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
    Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
    Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
    Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
    Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
    hlennox@jonesday.com
    Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
    Heidi Peterson   hdpeterson75@gmail.com
    Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
    howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
    howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
    howard@jacobweingarten.com
    Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
    Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
    howard@jacobweingarten.com
    Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
    howard@jacobweingarten.com
    Howard S. Sher   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
    Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
    Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
    Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
    Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
    howard@jacobweingarten.com
    Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt International S.A.
    howard@jacobweingarten.com
    Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Howard S. Sher   on behalf of Intervenor-Defendant   FMS Wertmanagement AR
          howard@jacobweingarten.com
          Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com
          James  Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
          james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
          james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
          james.sprayregen@kirkland.com
          Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
          ecf@zaplc.com
          Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
          sharrow@mcdonaldhopkins.com
          Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
          jbank@kerr-russell.com
          Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey  Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
          Jeffrey  Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
          Lhaidostian@mwe.com
          Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
          jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
          jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
          jbelveal@honigman.com, mjohnson@honigman.com
          Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
          pjohnson@bredhoff.com
          John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
          john.sieger@kattenlaw.com
          John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
          jgregg@btlaw.com
          Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
          green@millercanfield.com
          Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
          green@millercanfield.com
          Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
          jfischer@carsonfischer.com
          Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com
          Joseph Mark Fisher   on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com
          Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
          litdocket@honigman.com
          Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
          blundberg@honigman.com, litdocket@honigman.com
          Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
          jcalton@honigman.com, litdocket@honigman.com
          Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
          mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association
          jteicher@ermanteicher.com
          Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
          344 jteicher@ermanteicher.com
          Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association
          jteicher@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
   jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
   karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
   Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
   Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
   Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
   Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
   kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
   kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
   kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
   kschneider@schneidermiller.com
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
   kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
   ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
   thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
   kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
   llarose@chadbourne.com,
   skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
   llarose@chadbourne.com,
   skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
   Lisa.Fenning@aporter.com
Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
   Detroit Lisa.Fenning@aporter.com
Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
   lrochkind@jaffelaw.com, dburris@jaffelaw.com
Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
   lrochkind@jaffelaw.com, dburris@jaffelaw.com
Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
   lbrimer@stroblpc.com, kvanakin@stroblpc.com
M. Ellen Dennis    on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com,
   dwhadden@umich.edu
Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association
   MField@stroblpc.com, jmckeogh@stroblpc.com
Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
   324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Devery Jones mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Mary Washington mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
   mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Michael Wells mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Mary Whitson mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
   swansonm@millercanfield.com
Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
   mark.angelov@arentfox.com
Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
   jabdelnour@resnicklaw.net
Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
   jbrown@steinbergshapiro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
    shapiro@steinbergshapiro.com,    jbrown@steinbergshapiro.com
Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
    mrj@wwrplaw.com
Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
    bankrout@davispolk.com
Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
    mbcobbs@flash.net
Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
    Michigan wilkins@bwst-law.com,    marbury@bwst-law.com
Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
    wilkins@bwst-law.com,    marbury@bwst-law.com
Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
    wilkins@bwst-law.com,    marbury@bwst-law.com
Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
    wilkins@bwst-law.com,    marbury@bwst-law.com
Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
    wilkins@bwst-law.com,    marbury@bwst-law.com
Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
    Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
    summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
    summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
    Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
    summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt
    International S.A. summersm@ballardspahr.com
Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
    melissa@demolaw.com,    paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor John    Denis melissa@demolaw.com,    paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
    paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor James    Herbert melissa@demolaw.com,    paula@demolaw.com
Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
    paula@demolaw.com
Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
    mdordeski@foleymansfield.com,cindy@loevy.com
Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
    mtaunt@stroblpc.com,    KVanAkin@stroblpc.com
Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
    makarmanesq@gmail.com
Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
    mchammer2@dickinsonwright.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party Bill    Schuette BellM1@michigan.gov
Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
    mike.paslay@wallerlaw.com,
    Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
    rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
    msl@maddinhauser.com,    bac@maddinhauser.com
My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
    mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party Rashida    Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
    ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen    Taylor ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell    White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Thomas    Stallworth III ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America Nganatra@uaw.net
Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
    Paige.Barr@kattenlaw.com
Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
    mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
    pmears@btlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
          phage@jaffelaw.com, jtravick@jaffelaw.com
          Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
          phage@jaffelaw.com, jtravick@jaffelaw.com
          Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
          Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
          marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
          pcanzano@sidley.com
          Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
          ralph.taylor@arentfox.com
          Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc.
          RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
          Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM,
          rweisberg@carsonfischer.com
          Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
          rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman   rfishman@shawfishman.com
          Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association
          bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
          bbassel@gmail.com, robertbassel@hotmail.com
          Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
          hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose   on behalf of Interested Party Laura  Malher rrose@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
Ryan  Cochran    on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
   jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
   rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party   Detroit Retired City Employees Association
   rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor   Detroit Retired City Employees Association
   rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
   jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
   Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
   jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
   jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Capital Assurance Inc.
   ryan.bennett@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Guarantee Inc.
   ryan.bennett@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Holdings Ltd.
   ryan.bennett@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
   ryan.bennett@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Sam J. Alberts    on behalf of Retiree Committee   Official Committee of Retirees
   sam.alberts@dentons.com,  dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
   Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
   mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
   mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party   US Health & Life Insurance Company
   soconnor@glmpc.com
Scott A. Wolfson    on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
   david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
   stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Sean M. Walsh    on behalf of Interested Party   Gabriel, Roeder, Smith & Company
   swalsh@sbplclaw.com
Shannon L. Deeby    on behalf of Creditor   Police and Fire Retirement System of the City of
   Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor   General Retirement System of the City of Detroit
   sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor   Michigan Council 25 of the American Federation of
   State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor   Michigan Council 25 of the American Federation of
   State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor   Michigan Council 25 Of The American Federation of
   State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
   slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
   lawtoll@comcast.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com

Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com

Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd. stephen.hackney@kirkland.com

Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc. stephen.hackney@kirkland.com

Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc. stephen.hackney@kirkland.com

Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com

Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com

Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmsisian@schiffhardin.com;edocket@schiffhardin.com

Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation Radom@butzel.com

Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation Radom@butzel.com

Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com

Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party Donald   Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Creditor Donald   Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

Timothy A. Fusco   on behalf of Creditor   Meijer, Inc. fusco@millercanfield.com

Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com

Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State,
          County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com,
          clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State,
          County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc.
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
      vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
    William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
    William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
    William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
    William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
    William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
    William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
    William C. Blasses    on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
    William C. Blasses    on behalf of Interested Party   Michigan Property Tax Relief, LLC
      wcb@osbig.com
    William C. Blasses    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
    William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
    William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
    William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
    William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
    William Pfeiffer Smith    on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
    William W. Kannel    on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
    Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
      yotc@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                            TOTAL: 515