UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_Debtor_ Debtor /

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Darrin F. Williams

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I/ we am/are interested in the Bankruptcy of the City of Detroit because I am a city employee and I'm concerned with my future as well as all city employees

2. I / we object to the above filing because: I object to the plan of adjustment

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Darrin F Williams
Signature: [signature]
Address: 8642 Woodward Detroit, MI 48206
Email: williamsda@detroitmi.gov

Dated: 2014 MAR 28 PM — FILED U.S. BANKRUPTCY COURT EASTERN MICHIGAN-DETROIT