UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                              :

In re                                            :  Chapter 9
                                                        :

CITY OF DETROIT, MICHIGAN,       :  Case No. 13-53846
                                                        :

               Debtor.             :  Hon. Steven W. Rhodes
                                                        :
---------------------------------------------------------x

**ORDER RESOLVING CORRECTED MOTION OF THE
OFFICIAL COMMITTEE OF RETIREES FOR ENTRY OF AN
ORDER ALLOWING AN ADMINISTRATIVE EXPENSE CLAIM**

       This matter came before the Court on the Corrected Motion of the Official Committee of Retirees for Entry of an Order Allowing an Administrative Expense Claim (Docket No. 2660) (the "Motion"), filed by the Official Committee of Retirees (the "Retiree Committee"); the City of Detroit (the "City" and, together with the Retiree Committee, the "Parties") having filed the Debtor's Objection to Corrected Motion of Official Committee of Retirees for Entry of an Order Allowing an Administrative Expense Claim and an accompanying brief in opposition (Docket Nos. 2705 and 2706) (together, the "Objection"); the Retiree Committee having filed the Reply in Support of Motion of the Official Committee of Retirees for an Order Allowing an Administrative Expense Claim and in Response to City's Opposition Thereto (Docket No. 2782); the Court having

reviewed the Motion, the Objection and the Reply and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "<u>Hearing</u>"); the Parties having jointly filed the Stipulation for an Order Resolving Corrected Motion of the Official Committee of Retirees for Entry of an Order Allowing an Administrative Expense Claim (the "<u>Stipulation</u>"); the Court having entered an order (Docket No. 3232) authorizing the filing under seal of the Settlement Agreement attached as <u>Exhibit 1</u> to the Stipulation; the Court being advised that the Parties have resolved the Motion, the Objection and the Reply according to the terms of the Settlement Agreement; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court otherwise being fully advised in the premises;

        IT IS HEREBY ORDERED THAT:

        1.        The Motion, the Objection and the Reply are RESOLVED, and

the Stipulation and the Settlement Agreement are approved.

**Signed on March 31, 2014**

                                                     **/s/ Steven Rhodes**
                                                     **Steven Rhodes**
                                                     **United States Bankruptcy Judge**