# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **4/2/14** at **09:00 AM** to consider and act upon the following:

*3317* – Ex Parte Motion to Extend Re: Disclosure Statement Approval Schedule; / Ex Parte Emergency Motion to Extend Disclosure Statement Approval Schedule Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (Attachments: # 1 Exhibit 1 – Proposed Order) (Bennett, Ryan)

Dated: 3/31/14

                              BY THE COURT

                              Katherine B. Gullo
                              Clerk, U.S. Bankruptcy Court

                              BY: christine sikula
                              Deputy Clerk