**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 31, 2014, the **Joinder of the Detroit Retirement Systems in Motion to Extend Disclosure Statement Approval Schedule [Dkt. No. 3317]** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    CLARK HILL PLC

    /s/ Robert D. Gordon
    Robert D. Gordon (P48627)
    151 South Old Woodward Avenue, Suite 200
    Birmingham, Michigan 48009
    Telephone: (248) 988-5882
    Facsimile: (248) 988-2502
    rgordon@clarkhill.com

Dated: March 31, 2014    *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*