**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

_____/

**CERTIFICATE OF SERVICE**

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or Before February 26, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail on the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Notice of Entry of Order for Relief** [attached hereto **Exhibit C**]

Dated: March 31, 2014

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.776.7386

# **EXHIBIT A**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell John J Bursch and B Eric Restuccia | PO Box 30754 | | Lansing | MI | 48909 |
| ASSOCIATION OF WAYNE COUNTY CLERKS | ATTN ACCOUNTS PAYABLE | 13615 MICHIGAN AVE | | Dearborn | MI | 48126 |
| Attorney General Bill Schuette | | Cadillac Place, 10th Floor | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 |
| BAR GRIEVANCE | AGACINSKI, ROBERT L. | MICHIGAN ATTORNEY GRIEVANCE COMMISSION | 535 GRISWOLD ST STE 1700 | Detroit | MI | 48226 |
| Barnes & Thornburg LLP | John T Gregg & Patrick E. Mears | 171 Monroe Ave NW Ste 1000 | | Grand Rapids | MI | 49503 |
| CADILLAC TOWER MI LLC | ATTN ACCOUNTS PAYABLE | C/O STEVEN MAKSIN | 155 OCEANA DRIVE EAST STE PH2D | Brooklyn | NY | 11235 |
| CADILLAC TOWER MI LLC | ATTN ACCOUNTS PAYABLE | C/O FARBMAN GROUP | 28400 NORTHWESTERN HWY 4TH FL | Southfield | MI | 48034 |
| CENTRAL MICHIGAN UNIVERSITY | ATTN ACCOUNTS PAYABLE | OFF CAMPUS PROGRAMS | | Mt Pleasant | MI | 48859 |
| CITY OF ALLEN PARK WATER & SEWER DEPARTMENT | ATTN ACCOUNTS PAYABLE | 16850 SOUTHFIELD ROAD | | Allen Park | MI | 48101 |
| CITY OF DEARBORN | ATTN ACCOUNTS PAYABLE | CITY OF DEARBORN | 13615 MICHIGAN AVE STE 3 | Dearborn | MI | 48126-3545 |
| CITY OF DEARBORN | ATTN ACCOUNTS PAYABLE | 13615 MICHIGAN AVE. | | Dearborn | MI | 48126 |
| CITY OF FRASER WATER & SEWAGE DEPARTMENT | ATTN ACCOUNTS PAYABLE | P.O.BOX 26032 | | Fraser | MI | 48026 |
| CITY OF SOUTHFIELD | ATTN ACCOUNTS PAYABLE | CITY OF SOUTHFIELD FIRE DEPARTMENT | P.O.BOX 2122 | Riverview | MI | 48193 |
| CITY OF STERLING HEIGHTS | ATTN ACCOUNTS PAYABLE | DEPARTMENT 181601 - WATER | P.O.BOX 55000 | Detroit | MI | 48255-1816 |
| CITY OF WAYNE WATER DEPARTMENT | ATTN ACCOUNTS PAYABLE | 3355 SOUTH WAYNE ROAD | | Wayne | MI | 48184 |
| CLERK UNITED STATES DISTRICT COURT | ATTN ACCOUNTS PAYABLE | EASTERN DISTRICT OF MICHIGAN | | Detroit | MI | 48226 |
| COMMANDER (US COAST GUARD) | | P.O. BOX 4109 | | Chesapeake | VA | 23327 |
| CRIME VICTIMS COMPENSATION | ATTN ACCOUNTS PAYABLE | 320 S WALNUT ST | | Lansing | MI | 48913 |
| Department of Agriculture | Office of Grants and Financial Management, NIFA | STOP 2271 - 1400 Independence Avenue, S.W. | | Washington | DC | 20250-2271 |
| Department of Defense Federal Voting Assistance | Department of Defense - Grants | 4800 Mark Center Drive - Mailbox 10 | | Alexandria | VA | 22350-5000 |
| Department of Education | Discretionary Grants | 400 Maryland Avenue, SW | | Washington | DC | 20202 |
| Department of Energy | Grants Department | 1000 Independence Ave. SW | | Washington | DC | 20585 |
| Department of Health and Human Services | Law Department | Room 514-G, Hubert H. Humphrey Building | 200 Independence Avenue, SW | Washington | DC | 20201 |
| Department of Homeland Security | Grants Specialist | 800 K Street NW, | | Washington | DC | 20472-3620 |
| Department of Housing and Urban Development | Office of Departmental Grants Management and Oversight | 451 7th Street S.W | | Washington | DC | 20410 |
| Department of Justice | Grants Department | 950 Pennsylvania Avenue, NW | PO Box 387 | Washington | DC | 20530-0001 |
| Department of Labor | Grants Department | Frances Perkins Building, 200 Constitution Ave., N | | Washington | DC | 20210 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | | PO BOX 330500 | Detroit | MI | 48232-6500 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | Philadelphia | PA | 19101-7346 |
| Department of Transportation | Federal Transit Administration (FTA) | 1200 New Jersey Ave, SE | PO Box 86 | Washington | DC | 20590 |
| DEPARTMENT OF VETERANS AFFAIR | ATTN ACCOUNTS PAYABLE | 4646 JOHN R | | Detroit | MI | 48201 |
| Detroit Brownfield Redevelopment Authority (DBRA) | | 500 Griswold, Suite 2200 | | Detroit | MI | 48226 |
| Detroit Building Authority (DBA) | | 2800 Cadillac Tower | 65 Cadillac Square | Detroit | MI | 48226 |
| Detroit General Retirement System Service Corporation (DGRSSC) | Coleman A. Young Municipal Center, Room 908 | 2 Woodward Avenue | | Detroit | MI | 48226 |
| Detroit Land Bank Authority (DLBA) | | 65 Cadillac Square, Suite 3200 | | Detroit | MI | 48226 |
| Detroit Library | Attn Finance Department | 5201 Woodward Ave | | Detroit | MI | 48226 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Detroit Police and Fire Retirement System Service Corporation (DPFRSSC) | Coleman A. Young Municipal Center, Room 908 | 2 Woodward Avenue | | Detroit | MI | 48226 |
| Detroit Public Library (DPL) | | 5201 Woodward Avenue | | Detroit | MI | 48226 |
| Detroit Public Schools | | 3011 West Grand Blvd | | Detroit | MI | 48202 |
| Detroit Transportation Corporation (DTC) | | 1420 Washington Blvd., 3rd Floor | | Detroit | MI | 48226 |
| Dib and Fagan PC | Barry S Fagan | Simeon Chisara Ohakpo | 25892 Woodward Ave | Royal Oak | MI | 48067-0910 |
| Dickinson Wright PLLC | Dawn R Copley | 500 Woodward Ave Ste 4000 | | Detroit | MI | 48226-3425 |
| Dickinson Wright PLLC | Steven G Howell | 500 Woodward Ave Ste 4000 | | Detroit | MI | 48226-3425 |
| Downtown Development Authority | Attn Downtown Development Authority | 500 Griswold St. | | Detroit | MI | 48226 |
| Downtown Development Authority | Athanasios Papapanos Glen W Long Jr and Rebecca Navin | 500 Griswold Ste 2200 | | Detroit | MI | 48226 |
| Downtown Development Authority | Brian Kott | Lewis & Munday PC | 660 Woodward Ave Ste 2490 | Detroit | MI | 48226 |
| Downtown Development Authority (DDA) | | 500 Griswold, Suite 2200 | | Detroit | MI | 48226 |
| Dykema Gossett PLLC | Ronald L Rose | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 |
| Dykema Gossett PLLC | Sherrie L Farrell | 400 Renaissance Center | | Detroit | MI | 48243 |
| Dykema Gossett PLLC | Sheryl L Toby | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 |
| Eastern Market Corporation (EMC) | | 2934 Russell Street | | Detroit | MI | 48226 |
| Economic Development Corporation (EDC) | | 500 Griswold, Suite 2200 | | Detroit | MI | 48226 |
| Environmental Protection Agency | Grants Department | 77 West Jackson Blvd. | | Chicago | IL | 60604-3590 |
| FEDERAL BUREAU OF INVESTIGATION | | 477 MICHIGAN AVE | | Detroit | MI | 48226 |
| Federal Emergency Management Agency | Grants Specialist | P.O. Box 10055 | | Hyattsville | MD | 20782-8055 |
| FEDERAL NATIONAL MORT ASSOC | | 1 SOUTH WACKER DR | | Chicago | IL | 60606-4614 |
| FERRIS STATE UNIVERSITY | ATTN ACCOUNTS PAYABLE | 1020 EAST MAPLE ST ICET | | Big Rapids | MI | 49307-1649 |
| GEORGE L MILLER CHARPER 7 TRUSTEE | FOR THE BANKRUPTCY ESTATES OF MERIDIAN AUTOMOTIVE SYSTEM INC ET AL | 8 PENN CENTER STE 950 | | Philadelphia | PA | 19103 |
| Governor Rick Snyder | | P.O. Box 30013 | | Lansing | MI | 48909 |
| Greater Detroit Resource Recovery Authority (GDRRA) | | 5700 Russell Street | | Detroit | MI | 48211 |
| HAMTRAMCK POLICE DEPARTMENT | ATTN ACCOUNTS PAYABLE | 3456 EVALINE | | Hamtramck | MI | 48212 |
| Honigman Miller Schwartz and Cohn LLP | Judy B Calton | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226-3583 |
| Honigman Miller Schwartz and Cohn LLP | Arthur T Oreilly | 2290 First National Bldg | 600 Woodward Ave | Detroit | MI | 48226-3506 |
| INSIDE EPA | ATTN ACCOUNTS PAYABLE | P.O.BOX 7167 | BEN FRANKLIN STATION | Washington | DC | 20044-7167 |
| LABORERS METROPOLITAN HEALTH PLAN | ATTN ACCOUNTS PAYABLE | 6525 CENTURION DR | | Lansing | MI | 48917 |
| LAPEER COUNTY RD COMMISSION | ATTN ACCOUNTS PAYABLE | P.O.BOX 678 | | Lapeer | MI | 48446 |
| Local Development Finance Authority | | 500 Griswold, Suite 2200 | | Detroit | MI | 48226 |
| Local Development Finance Authority (LDFA) | | 500 Griswold, Suite 2200 | | Detroit | MI | 48226 |
| MACOMB COUNTY ROAD COMMISSION | ATTN ACCOUNTS PAYABLE | 115 GROESBECK HWY | | Mt Clemens | MI | 48043 |
| MACOMB TOWNSHIP WATER DEPARTMENT | ATTN ACCOUNTS PAYABLE | 19925 TWENTY THREE MILE ROAD | | Macomb | MI | 48042 |
| MALPH | | P.O.BOX 13276 | | Lansing | MI | 48901 |
| MARY BLACKMON | DWSD | MO ADMININSTRATION COMMISSIONER | | Detroit | MI | 48226 |
| MCAAA | ATTN ACCOUNTS PAYABLE | 516 S CREYTS ROAD | STE A | Lansing | MI | 48917 |
| MICHAEL L STACEY | CIRCUIT COURT JUDGE (EMERITUS) | 6414 COUNTRYSHIRE LANE | | West Bloomfield | MI | 48323 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| MICHIGAN COMMUNITY ACTION AGENCY ASSOCIATION | FRANK TAYLOR | 2173 COMMONS PARKWAY | | Okemos | MI | 48864 |
| MICHIGAN COMMUNITY ACTION AGENCY ASSOCIATION | MICHIGAN COMMUNITY ACTION AGENCY ASSOCIATION | FRANK TAYLOR | 2173 COMMONS PARKWAY | Okemos | MI | 48864 |
| MICHIGAN COMMUNITY ACTION AGENCY ASSOCIATION | THOMAS G. KING | KREIS, ENDERLE, HUDGINS & BORSOS, P.C. | PO BOX 4010 | Kalamazoo | MI | 49003-4010 |
| MICHIGAN DEPARTMENT OF AGRICULTURE | ATTN ACCOUNTS PAYABLE | P O BOX 30017 | | Lansing | MI | 48909 |
| MICHIGAN DEPARTMENT OF COMMUNITY HEALTH | ATTN ACCOUNTS PAYABLE | THIRD PARTY DIVISION | P.O. BOX 30053 | Lansing | MI | 48909 |
| MICHIGAN DEPARTMENT OF STATE | ATTN ACCOUNTS PAYABLE | MICHIGAN DEPT OF STATE INVESTIGATION DIVISION | 430 W ALLEGAN 3RD FL | Lansing | MI | 48918 |
| MICHIGAN DEPARTMENT OF STATE | ATTN ACCOUNTS PAYABLE | MICHIGAN DEPARTMENT OF STATE | OFFICE OF THE GREAT SEAL | Lansing | MI | 48918-1750 |
| MICHIGAN DEPARTMENT OF TRANSPORTATION | ATTN ACCOUNTS PAYABLE | P O BOX 30648 | | Lansing | MI | 48909 |
| MICHIGAN DEPARTMENT OF TRANSPORTATION | BLADEN, PHILIP L. | MICHIGAN DEPT OF ATTORNEY GENERAL | 425 W OTTAWA ST FL 4 | Lansing | MI | 48933 |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN ACCOUNTS PAYABLE | P.O.BOX 30471 | | Lansing | MI | 48909 |
| MICHIGAN DEPARTMENT STATE HIGHWAYS TRANS | ATTN ACCOUNTS PAYABLE | P O BOX 30050 | | Lansing | MI | 48909 |
| MICHIGAN GUARANTY AGENCY | ATTN ACCOUNTS PAYABLE | P.O.BOX 7074 | | Indianapolis | IN | 46207-7074 |
| MICHIGAN LABOR LAW POSTER SERVICE | ATTN ACCOUNTS PAYABLE | 5859 W SAGINAW #343 | | Lansing | MI | 48917 |
| MICHIGAN POLICE TRAINING | ATTN ACCOUNTS PAYABLE | P.O. BOX 331 | | Temperance | MI | 48182 |
| MICHIGAN POLICE TRAINING | ATTN ACCOUNTS PAYABLE | PO BOX 331 | | Temperance | MI | 48182 |
| MICHIGAN PUBLIC POWER AGENCY | ATTN ACCOUNTS PAYABLE | 809 CENTENNIAL WAY | | Lansing | MI | 48917 |
| MICHIGAN PUBLIC TRANSIT ASSOCIATION | ATTN ACCOUNTS PAYABLE | 2875 NORTHWIND DR STE 120 | | East Lansing | MI | 48823 |
| MICHIGAN STATE COLLEGE OF LAW | ATTN ACCOUNTS PAYABLE | SHAW LANE | | E Lansing | MI | 48824 |
| MICHIGAN STATE HOUSING DEVELOPMENT | | 16900 W CAPITOL DR | | Brookfield | WI | 53005-2188 |
| MICHIGAN STATE MEDICAL SOCIETY | ATTN ACCOUNTS PAYABLE | P.O. BOX 950 | | East Lansing | MI | 48826 |
| MICHIGAN STATE UNIVERSITY | ATTN ACCOUNTS PAYABLE | 202 WILLIS HOUSE | | East Lansing | MI | 48824 |
| MPPOA | ATTN ACCOUNTS PAYABLE | P.O. BOX 11038 | | Lansing | MI | 48901 |
| Museum of African American History (MAAH) | | 315 East Warren Avenue | | Detroit | MI | 48211 |
| NATIONAL ASSOCIATION OF CLEAN | ATTN ACCOUNTS PAYABLE | WATER AGENCIES | 1816 JEFFERSON PLACE NW | Washington | DC | 20036 |
| National Endowment for the Arts | Grants & Contracts Office, Room 618 | 1100 Pennsylvania Avenue NW | | Washington | DC | 20506 |
| NAWDP | ATTN ACCOUNTS PAYABLE | 810 FIRST ST NE STE 525 | | Washington | DC | 20002 |
| OAKLAND COUNTY DRAIN COMMISSION | ATTN ACCOUNTS PAYABLE | ONE PUBLIC WORKS DRIVE | | Waterford | MI | 48328-1907 |
| OFFICE OF THE CHAPTER 13 TRUSTEE | ATTN ACCOUNTS PAYABLE | 1100 TRAVELERS TOWER | 26555 EVERGREEN ROAD | Southfield | MI | 48076 |
| Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | | Detroit | MI | 48226 |
| Office of the United States Trustee | Sean Cowley | 211 West Fort Street Suite 700 | | Detroit | MI | 48226 |
| Office of the United States Trustee | Maria D Giannirakis | 211 West Fort Street Suite 700 | | Detroit | MI | 48226 |
| OREGON DEPT OF JUSTICE | ATTN ACCOUNTS PAYABLE | P.O.BOX 14506 | | Salem | OR | 97309-0420 |
| PLANNING & ZONING CENTER INC | ATTN ACCOUNTS PAYABLE | 715 N CEDAR STREET | | Lansing | MI | 48906-5206 |
| REGENTS OF THE UNIVERSITY OF MICHIGAN | ATTN ACCOUNTS PAYABLE | INSTITUTE OF CONTINUING LEGAL EDUCATION | 1020 GREENE STREET | Ann Arbor | MI | 48109 |
| STATE BAR OF MICHIGAN | ATTN ACCOUNTS PAYABLE | P.O.BOX 1406 | | Grand Rapids | MI | 49501-1406 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| STATE OF ALABAMA CHILD SUPPORT | ATTN ACCOUNTS PAYABLE | | | | | |
| STATE OF MICHIGAN | ATTN ACCOUNTS PAYABLE | MICHIGAN DEPT OF TECHNOLOGY | P.O.BOX 30681 | Lansing | MI | 48909-8181 |
| STATE OF MICHIGAN | ATTN ACCOUNTS PAYABLE | FAMILY INDEPENDENCE AGENCY | 396 GLENDALE | Highland Park | MI | 48203 |
| STATE OF MICHIGAN 2 | ATTN ACCOUNTS PAYABLE | 6951 CROWNER DRIVE P O BOX 30026 | | Detroit | MI | 48909 |
| State of Michigan Chief Legal Counsel | Matthew Schneider | PO Box 30212 | | Lansing | MI | 48909 |
| STATE OF MICHIGAN DEPARTMENT OF ENERGY LABOR & ECON | ATTN ACCOUNTS PAYABLE | P.O.BOX 30671 | GROWTH MICH OCCUPATIONAL SAFETY | Lansing | MI | 48909-8171 |
| STATE OF MICHIGAN DEPARTMENT OF TRANSPORTATION | ATTN ACCOUNTS PAYABLE | P O BOX 30648 | | Lansing | MI | 48909 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | ATTN ACCOUNTS PAYABLE | DEPARTMENT 77003 | | Detroit | MI | 48277 0003 |
| STATE OF MICHIGAN EX REL | DAVIS, CHARLES S. | WAYNE COUNTY PROSECUTING ATTORNEYS OFFICE | 1441 SAINT ANTOINE ST FL 12 | Detroit | MI | 48226 |
| State of Michigan Revenue & Collections Division | Steven B Flancher & Matther Schneider | Assistant Attorneys General | PO Box 30754 | Lansing | MI | 48909 |
| STATE OF MICHIGAN SET FUND | ATTN ACCOUNTS PAYABLE | P.O.BOX 30015 | MICH DEPT OF CONSUMERS SERVICES | Lansing | MI | 48909 |
| STATE OF MICHIGAN WC CC | ATTN ACCOUNTS PAYABLE | P O BOX 30646 | | Lansing | MI | 48909 |
| STATE OF MICHIGAN WC CC | ATTN ACCOUNTS PAYABLE | P.O.BOX 30646 | | Lansing | MI | 48909 |
| STATE OF MICHIGAN-BUREAU WORKE | ATTN ACCOUNTS PAYABLE | P.O.BOX 30016 | | Lansing | MI | 48909 |
| State Treasurer | | Austin Building | 430 W. Allegan Street | Lansing | MI | 48922 |
| The Allen Law Group, P.C. | Attn: Ron Liscombe, Esq. | 3011 West Grand Boulevard | 2500 Fisher Building | Detroit | MI | 48202 |
| U S DEPT OF HOUSING & DEVELOPMENT | ATTN ACCOUNTS PAYABLE | 477 MICHIGAN AVE | | Detroit | MI | 48226 |
| U.S. Department of Agriculture | Office of Grants and Financial Management, NIFA | STOP 2271 - 1400 Independence Avenue, S.W. | | Washington | DC | 20250-2271 |
| U.S. Department of Defense Federal Voting Assistance | Department of Defense - Grants | 4800 Mark Center Drive - Mailbox 10 | | Alexandria | VA | 22350-5000 |
| U.S. Department of Education | Discretionary Grants | 400 Maryland Avenue, SW | | Washington | DC | 20202 |
| U.S. Department of Energy | Grants Department | 1000 Independence Ave. SW | | Washington | DC | 20585 |
| U.S. Department of Health and Human Services | | Room 514-G, Hubert H. Humphrey Building | 200 Independence Avenue, SW | Washington | DC | 20201 |
| U.S. Department of Homeland Security | Grants Specialist | 800 K Street NW, | | Washington | DC | 20472-3620 |
| U.S. Department of Housing and Urban Development | Office of Departmental Grants Management and Oversight | 451 7th Street S.W | | Washington | DC | 20410 |
| U.S. Department of Justice | Grants Department | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| U.S. Department of Transportation | Federal Transit Administration (FTA) | 1200 New Jersey Ave, SE | | Washington | DC | 20590 |
| U.S. Environmental Protection Agency | Grants Department | 77 West Jackson Blvd. | | Chicago | IL | 60604-3590 |
| U.S.Department of Labor | Grants Department | Frances Perkins Building, 200 Constitution Ave., N | | Washington | DC | 20210 |
| United States Attorney for the Eastern District of Michigan | Barbara L. McQuade | 211 W Fort St Ste 2001 | | Detroit | MI | 48226 |
| UNITED STATES CONF OF MAYORS | ATTN ACCOUNTS PAYABLE | 1620 EYE ST N W | | Washington | DC | 20006 |
| UNITED STATES OF AMERICA V STATE OF MICHIGAN, ET AL - CASE NO. 77-71100 | | | | | | |
| UNITED STATES OMBUDSMAN ASSN | ATTN ACCOUNTS PAYABLE | 200 W 2ND AVE | | Indianola | IA | 50125-2411 |
| UNITED STATES POSTAL SERVICE | ATTN ACCOUNTS PAYABLE | 1401 W FORT | | Detroit | MI | 48233 |
| Unites States Attorney | Julia A. Caroff, Asssitant US Attorney | 211 W Fort St Ste 2001 | | Detroit | MI | 48226 |
| US DEPARTMENT OF EDUCATION | ATTN ACCOUNTS PAYABLE | HOLD FOR PAYROLL AUDIT | | Detroit | MI | 48226 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US DEPARTMENT OF HEALTH AND HUMAN SERVICES/DIVISION PAYMENT MANAGEMENT | ATTN ACCOUNTS PAYABLE | 7700 WISCONSIN AVE | | Bethesda | MD | 20814 |
| US DEPARTMENT OF JUSTICE | ATTN ACCOUNTS PAYABLE | P.O.BOX 790363 | | St Louis | MO | 63179-0363 |
| US DISTRICT COURT | ATTN ACCOUNTS PAYABLE | 231 W LAFAYETTE | | Detroit | MI | 48226 |
| US FEDERAL CONTRACTOR REGISTRATION | ATTN ACCOUNTS PAYABLE | 9400 4TH ST N STE 111 | | St Petersburg | FL | 33702 |
| US POSTMASTER | ATTN ACCOUNTS PAYABLE | 1401 WEST FORT | | Detroit | MI | 48233 |
| WAYNE COUNTY DEPARTMENT OF | ATTN ACCOUNTS PAYABLE | PUBLIC SERVICES | 415 CLIFFORD | Detroit | MI | 48226 |
| WAYNE COUNTY DEPARTMENT OF PUBLIC SERVICES | ATTN ACCOUNTS PAYABLE | 415 CLIFFORD | | Detroit | MI | 48226 |
| Wayne County Tax | | 5th Floor Attn Treasurer | 400 Monroe | Detroit | MI | 48226 |
| WAYNE STATE UNIV SCHOOL OF MEDICINE | ATTN ACCOUNTS PAYABLE | SCOTT HALL OF BASIC MED SCI | 540 E CANFIELD | Detroit | MI | 48201 |
| WAYNE STATE UNIVERSITY | ATTN ACCOUNTS PAYABLE | 5700 CASS AVE. | SUITE 4300 | Detroit | MI | 48202 |

# **EXHIBIT B**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Algonac | Law Department | 805 St Clair River Dr | | Algonac | MI | 48001 | |
| Allen Park | Law Department | 16850 Southfield Road | | Allen Park | MI | 48101 | |
| Allenton | Law Department | 740 Capac Rd | | Allenton | MI | 48002 | |
| Almont | Law Department | 817 N Main St | | Almont | MI | 48003 | |
| Anchorville | Law Department | 7085 Meldrum Road | | Ira | MI | 48023 | |
| Ann Arbor | Law Department | 301 E. Huron St | | Ann Arbor | MI | 48104 | |
| Armada | Law Department | 23121 East Main Street | | Armada | MI | 48005 | |
| Ash Twp | Law Department | 1677 Ready Road | PO Box 387 | Carleton | MI | 48117 | |
| Atlas | Law Department | 7386 S. Gale Road | | Grand Blanc | MI | 48439 | |
| Attica | Law Department | 4350 Peppermill Road | PO Box 86 | Attica | MI | 48412 | |
| Auburn Hills | Law Department | 1827 N. Squirrel Rd | | Auburn Hills | MI | 48326 | |
| Azalia | Law Department | 16444 Cone Rd | | Milan | MI | 48160 | |
| Belleville | Law Department | 6 Main Street | | Belleville | MI | 48111 | |
| Berkley | Law Department | 3338 Coolidge Highway | | Berkley | MI | 48072 | |
| Berlin Twp | Law Department | 740 Capac Rd | | Allenton | MI | 48002 | |
| Birmingham | Law Department | 151 Martin St | PO Box 3001 | Birmingham | MI | 48012 | |
| Bloomfield Hills | Law Department | 45 E. Long Lake Road | | Bloomfield Hills | MI | 48304 | |
| Bridgewater | Law Department | 10990 Clinton Road | | Manchester | MI | 48158 | |
| Brighton | Law Department | 200 North First St | | Brighton | MI | 48116 | |
| Britton | Law Department | 120 College Avenue | | Britton | MI | 49229 | |
| Brownstown Twp | Law Department | 21313 Telegraph Road | | Brownstown | MI | 48183-1399 | |
| Bruce Twp | Law Department | 223 East Gates Street | | Romeo | MI | 48065 | |
| Capac | Law Department | 131 North Main Street | PO Box 218 | Capac | MI | 48014 | |
| Carleton | Law Department | 1230 Monroe Street | | Carleton | MI | 48117 | |
| Casco | Law Department | 4512 Meldrum Rd | | Casco Twp | MI | 48064 | |
| Center Line | Law Department | 7070 E. Ten Mile Rd | | Center Line | MI | 48015 | |
| Chatham-Kent | Law Department | 315 King Street West | PO Box 640 | Chatham | ON | N7M 5K8 | Canada |
| Chelsea | Law Department | 305 S. Main St., Suite 100 | | Chelsea | MI | 48118 | |
| Chesterfield Twp | Law Department | 47275 Sugarbush Road | | Chesterfield | MI | 48047 | |
| Clarkston | Law Department | 375 Depot St | | Clarkston | MI | 48346 | |
| Clawson | Law Department | 425 N. Main | | Clawson | MI | 48017 | |
| Clinton Twp | Law Department | 40700 Romeo Plank Road | | Clinton | MI | 48038 | |
| Columbus | Law Department | 1732 Bauman Road | | Columbus | MI | 48063 | |
| Commerce Twp | Law Department | 2009 Township Dr | | Commerce | MI | 48390 | |
| Corunna | Law Department | 1155 Emily Street | | Mooretown | ON | N0N 1M0 | Canada |
| Davisburg | Law Department | 12000 Davisburg Road | | Davisburg | MI | 48350 | |
| Dearborn | Law Department | 13615 Michigan Ave | | Dearborn | MI | 48126 | |
| Dearborn Heights | Law Department | 6045 Fenton | | Dearborn Heights | MI | 48127-3294 | |
| Deerfield | Law Department | 101 W River Street | | Deerfield | MI | 49238 | |
| Dexter | Law Department | 8140 Main Street | | Dexter | MI | 48130 | |
| Drayton Plains | Law Department | 1200 N. Telegraph Road | | Pontiac | MI | 48341 | |
| Dresden | Law Department | 315 King Street West | PO Box 640 | Chatham | ON | N7M 5K8 | Canada |
| Dryden | Law Department | 5602 Main Street | PO Box 329 | Dryden | MI | 48428 | |
| Dundee | Law Department | 350 W. Monroe St. | | Dundee | MI | 48131 | |
| East China | Law Department | 5111 River Road | | East China | MI | 48054 | |
| Eastpointe | Law Department | 23200 Gratiot Ave | | Eastpointe | MI | 48021 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Ecorse | Law Department | Albert B. Buday Civic Center | 3869 West Jefferson | Ecorse | MI | 48229-1798 | |
| Emmett | Law Department | 11100 Dunnigan Rd | | Emmett | MI | 48022 | |
| Erie | Law Department | 2065 Erie Road | PO Box 187 | Erie | MI | 48133 | |
| Essex | Law Department | 33 Talbot Street | | Essex | ON | N8M 1A8 | Canada |
| Evergreen Township, Montcalm County | Law Department | 3044 E Sidney Rd | PO Box 147 | Sheridan | MI | 48884 | |
| Evergreen Township, Sanilac County | Law Department | 5514 Shabbona Rd. | | Decker | MI | 48426 | |
| Fair Haven | Law Department | 7085 Meldrum Rd | | Fair Haven | MI | 48023 | |
| Farmington | Law Department | 23600 Liberty Street | | Farmington | MI | 48335 | |
| Farmington Hills | Law Department | 31555 W. Eleven Mile Rd. | | Farmington Hills | MI | 48336-1165 | |
| Fenton | Law Department | 301 S. Leroy St. | | Fenton | MI | 48430 | |
| Ferndale | Law Department | 300 East Nine Mile Rd | | Ferndale | MI | 48220 | |
| Flat Rock | Law Department | 25500 Gibralter Rd | | Flat Rock | MI | 48134 | |
| Flint | Law Department | City Hall | 1101 S. Saginaw St | Flint | MI | 48502 | |
| Franklin | Law Department | 32325 Franklin Rd | | Franklin | MI | 48025 | |
| Fraser | Law Department | 33000 Garfield Rd | | Fraser | MI | 48026 | |
| Garden City | Law Department | 6000 Middlebelt | | Garden City | MI | 48135 | |
| Genesee County | Law Department | County Courthouse | 900 S. Saginaw St. | Flint | MI | 48502 | |
| George W Kuhn Drainage District | Law Department | 1400 Ajax Drive | | Madison Heights | MI | 48071 | |
| Gibraltar | Law Department | 29450 Munro | | Gibralter | MI | 48173 | |
| Goodells | Law Department | 1372 Wales Center Road | | Goodells | MI | 48027 | |
| Goodrich | Law Department | 7338 S. State Rd | PO Box 276 | Goodrich | MI | 48438 | |
| Greater Lapeer County Utilities Authority | Law Department | Board of Commissioners | 255 Clay Street | Lapeer | MI | 48446 | |
| Grosse Ile | Law Department | 9601 Groh Rd | | Grosse Ile | MI | 48138 | |
| Grosse Pointe | Law Department | 17147 Maumee Avenue | | Grosse Pointe | MI | 48230-1534 | |
| Grosse Pointe Farms | Law Department | 90 Kerby Road | | Grosse Pointe Farms | MI | 48236 | |
| Grosse Pointe Park | Law Department | 15115 East Jefferson Ave | | Grosse Pointe Park | MI | 48230 | |
| Grosse Pointe Shores | Law Department | 795 Lake Shore Road | | Grosse Pointe Shores | MI | 48236 | |
| Grosse Pointe Woods | Law Department | 20025 Mack Plaza | | Grosse Pointe Woods | MI | 48236 | |
| Hadley | Law Department | 4293 Pratt Rd | PO Box 227 | Hadley | MI | 48440 | |
| Hamburg | Law Department | 10405 Merrill Road | PO Box 157 | Hamburg | MI | 48139 | |
| Hamtramck | Law Department | 3401 Evaline | | Hamtramck | MI | 48212 | |
| Harbor View | Law Department | Calcite Road, off Woodward | | Rogers City | MI | 49779 | |
| Harper Woods | Law Department | 19617 Harper | | Harper Woods | MI | 48225 | |
| Harrison Twp | Law Department | 38151 L'Anse Creuse | | Harrison Township | MI | 48045 | |
| Harsens Island | Law Department | 4710 Pte. Tremble Road | PO Box 429 | Clay Twp | MI | 48001-0429 | |
| Hartland | Law Department | 2655 Clark Road | | Hartland | MI | 48353 | |
| Hazel Park | Law Department | 111 East Nine Mile Road | | Hazel Park | MI | 48030 | |
| Highland | Law Department | 205 N. John St. | | Highland | MI | 48357 | |
| Highland Park | Law Department | 12050 Woodward Ave | | Highland Park | MI | 48203-3578 | |
| Holly | Law Department | 202 S. Saginaw St. | | Holly | MI | 48442 | |
| Howell | Law Department | 611 E. Grand River | | Howell | MI | 48843 | |
| Huntington Woods | Law Department | 26815 Scotia | | Huntington Woods | MI | 48070 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Huron Twp | Law Department | 22950 Huron River Drive | | New Boston | MI | 48164 | |
| Ida | Law Department | P.O. Box 239 | 3016 Lewis Avenue | Ida | MI | 48140 | |
| Imlay City | Law Department | 150 North Main Street | | Imlay City | MI | 48444 | |
| Ingham County | Law Department | 341 S. Jefferson | PO Box 179 | Mason | MI | 48854 | |
| Inkster | Law Department | 26215 Trowbridge | | Inkster | MI | 48141 | |
| Isle Saint George | Law Department | P.O. Box 127 | | Put-in-Bay | OH | 43456 | |
| Jackson County | Law Department | 161 W. Michigan Avenue | | Jackson | MI | 49201 | |
| Keego Harbor | Law Department | 2025 Beechmont | | Keego Harbor | MI | 48320 | |
| Kingsville | Law Department | 2021 Division Road North | | Kingsville | ON | N9Y 2Y9 | Canada |
| La Salle | Law Department | 4109 Laplaisance Rd | | La Salle | MI | 48145 | |
| Lake Orion | Law Department | 37 East Flint Street | | Lake Orion | MI | 48362 | |
| Lakeland | Law Department | 10405 Merrill Road | | Whitmore Lake | MI | 48189 | |
| Lakeshore | Law Department | 419 Notre Dame St. | | Belle River | ON | N0R 1A0 | Canada |
| Lakeville | Law Department | 1440 Rochester Rd | | Leonard | MI | 48367 | |
| Lambertville | Law Department | 8100 Jackman Rd, PO Box H | | Temperance | MI | 48182 | |
| Lapeer County | Law Department | 576 Liberty Park | | Lapeer | MI | 48446 | |
| Leamington | Law Department | 111 Erie Street North | | Leamington | ON | N8H 2Z9 | Canada |
| Lenawee County | Law Department | 301 N. Main St. | Old Courthouse 2nd Floor | Adrian | MI | 49221 | |
| Lenox Twp | Law Department | 63775 Gratiot Ave. | | Lenox | MI | 48050 | |
| Leonard | Law Department | PO Box 798 | | Leonard | MI | 48367-0789 | |
| Lincoln Park | Law Department | 1355 Southfield Rd. | | Lincoln Park | MI | 48146 | |
| Livingston County | Law Department | 200 E Grand River Ave | | Howell | MI | 48843 | |
| Livonia | Law Department | 33000 Civic Center Drive | | Livonia | MI | 48154 | |
| Luna Pier | Law Department | 4357 Buckeye Street | P.O. Box 375 | Luna Pier | MI | 48157 | |
| Macomb County | Law Department | 40 North Main. 1st Floor | | Mount Clemens | MI | 48043 | |
| Macomb Twp | Law Department | 54111 Broughton Road | | Macomb | MI | 48042 | |
| Madison Heights | Law Department | 300 West Thirteen Road | | Madison Heights | MI | 48071 | |
| Marine City | Law Department | 303 South Water Street | | Marine City | MI | 48039 | |
| Marysville | Law Department | City Hall | 1111 Delaware Avenue | Marysville | MI | 48040 | |
| Maybee | Law Department | Village Hall | P.O. Box 36 | Maybee | MI | 48159 | |
| Melvindale | Law Department | 3100 Oakwood Blvd. | | Melvindale | MI | 48122 | |
| Memphis | Law Department | 35095 Potter Street | PO Box 86 | Memphis | MI | 48041-0086 | |
| Merlin | Law Department | 150 Aberdeen | | Merlin | ON | N0P 1W0 | Canada |
| Metamora | Law Department | 730 W Dryden Road | | Metamora | MI | 48455 | |
| Middle Bass Island | Law Department | P.O. Box 127 | | Put-in-Bay | OH | 43456 | |
| Milan | Law Department | 147 Wabash | | Milan | MI | 48160 | |
| Milford | Law Department | 1100 Atlantic Street | | Milford | MI | 48381 | |
| Monroe | Law Department | 120 E. First Street | | Monroe | MI | 48161 | |
| Monroe County | Law Department | 106 East First Street | | Monroe | MI | 48161 | |
| Mount Clemens | Law Department | One Crocker Boulevard | | Mount Clemens | MI | 48043 | |
| New Baltimore | Law Department | 36535 Green St. | | New Baltimore | MI | 48047 | |
| New Boston | Law Department | 22950 Huron River Drive | | New Boston | MI | 48164 | |
| New Haven | Law Department | 57775 Main Street | | New Haven | MI | 48048 | |
| New Hudson | Law Department | 58000 Grand River Avenue | | New Haven | MI | 48165 | |
| Newport | Law Department | 8000 Swan View Rd. | | Newport | MI | 48166-9768 | |
| Northville | Law Department | 215 W. Main St. | | Northville | MI | 48167 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Northville Twp | Law Department | 44405 Six Mile Road | | Northville | MI | 48168 | |
| Novi | Law Department | 45175 Ten Mile Road | | Novi | MI | 48375 | |
| Oak Grove | Law Department | 10518 Antcliff Road | | Fowlerville | MI | 48836 | |
| Oak Park | Law Department | 14000 Oak Park Boulevard | | Oak Park | MI | 48237 | |
| Oakland | Law Department | 4393 Collins Road | | Rochester | MI | 48306 | |
| Oakland County | Law Department | 1200 North Telegraph Road | | Pontiac | MI | 48341-0421 | |
| Oakland County Water Resources Commission | Law Department | One Public Works Drive | Building 95 West | Waterford | MI | 48328-1907 | |
| Oakland Macomb Interceptor District | Law Department | One Public Works Drive | Building 95 West | Waterford | MI | 48328 | |
| Orion Twp | Law Department | 2525 Joslyn Rd | | Lake Orion | MI | 48360 | |
| Ortonville | Law Department | 476 Mill Street | P.O. Box 928 | Ortonville | MI | 48462 | |
| Oxford | Law Department | 300 Dunlap Road | | Oxford | MI | 48371 | |
| Petersburg | Law Department | 24 E Center Street | | Petersburg | MI | 49270 | |
| Pinckney | Law Department | 220 S. Howell | | Pinckney | MI | 48169 | |
| Pleasant Ridge | Law Department | 23925 Woodward | | Pleasant Ridge | MI | 48069 | |
| Plymouth | Law Department | 201 S. Main | | Plymouth | MI | 48170 | |
| Plymouth Twp | Law Department | 9955 N. Haggerty Rd. | | Plymouth | MI | 48170 | |
| Pontiac | Law Department | 47450 Woodward Avenue | | Pontiac | MI | 48342 | |
| Put In Bay | Law Department | 435 Catawba Avenue | P.O. Box 503 | Put-In-Bay | OH | 43456 | |
| Ray | Law Department | 64255 Wolcott | | Ray | MI | 48096 | |
| Redford Twp | Law Department | 15145 Beech Daly | | Redford | MI | 48239 | |
| Richmond | Law Department | 68225 Main St. | | Richmond | MI | 48062 | |
| Ridgeway | Law Department | 103 E Chicago Blvd | | Britton | MI | 49229 | |
| River Rouge | Law Department | 10600 West Jefferson Ave. | | River Rouge | MI | 48218 | |
| Riverview | Law Department | 14100 Civic Park Drive | | Riverview | MI | 48193 | |
| Rochester | Law Department | 400 Sixth Street | | Rochester | MI | 48307 | |
| Rochester Hills | Law Department | 1000 Rochester Hills Dr. | | Rochester Hills | MI | 48309 | |
| Rockwood | Law Department | 32409 Fort Road | | Rockwood | MI | 48173 | |
| Romeo | Law Department | 121 W. St. Clair | | Romeo | MI | 48065 | |
| Romulus | Law Department | 11111 Wayne Road | | Romulus | MI | 48174 | |
| Roseville | Law Department | 29777 Gratiot Avenue | P.O. Box 290 | Roseville | MI | 48066 | |
| Royal Oak Twp | Law Department | 21131 Gardenlane | 2nd Floor | Ferndale | MI | 48220 | |
| Saint Clair | Law Department | 547 N. Carney Drive | | St. Clair | MI | 48079 | |
| Salem | Law Department | PO Box 75002 | | Salem | MI | 48175 | |
| Saline | Law Department | 100 North Harris Street | | Saline | MI | 48176 | |
| Samaria | Law Department | 8100 Jackman Rd | PO Box H | Temperance | MI | 48182 | |
| Shelby Twp | Law Department | 52700 Van Dyke | | Shelby Township | MI | 48316 | |
| Shiawassee County | Law Department | 208 N. Shiawassee St. | | Corunna | MI | 48817 | |
| Smiths Creek | Law Department | 2160 Wadhams Road | | Kimball | MI | 48074 | |
| South Lyon | Law Department | 335 S. Warren Street | | South Lyon | MI | 48178 | |
| South Rockwood | Law Department | 5676 Carleton Rockwood Rd | | South Rockwood | MI | 48179 | |
| Southeastern Oakland County Water Authority | Law Department | 3910 W. Webster Road | | Royal Oak | MI | 48073 | |
| Southfield | Law Department | 26000 Evergreen Road | | Southfield | MI | 48076 | |
| Southgate | Law Department | 14400 Dix-Toledo Rd | | Southgate | MI | 48195 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| St. Clair County | Law Department | 200 Grand River Ave. Suite 203 | | Port Huron | MI | 48060 | |
| St. Clair County for Burtchville Twp | Law Department | 4000 Burtch Rd | | Burtchville | MI | 48059 | |
| St. Clair County for Greenwood Twp | Law Department | 9025 Yale Road | | Greenwood | MI | 48006 | |
| St. Clair Shores | Law Department | 27600 Jefferson Circle Drive | | St. Clair Shores | MI | 48081 | |
| Sterling Heights | Law Department | 40555 Utica Road | | Sterling Heights | MI | 48313 | |
| Sumpter Twp | Law Department | 23480 Sumpter Rd | | Belleville | MI | 48111 | |
| Sylvan Lake | Law Department | 1820 Inverness | | Sylvan Lake | MI | 48320 | |
| Taylor | Law Department | 23555 Goddard Road | | Taylor | MI | 48180 | |
| Tecumseh | Law Department | 917 Lesperance Rd. | | Tecumseh | ON | N8N 1W9 | Canada |
| Temperance | Law Department | 8100 Jackman Rd, PO Box H | | Temperance | MI | 48182 | |
| Tilbury | Law Department | 17 Superior St | | Tilbury | ON | N0P 2L0 | Canada |
| Trenton | Law Department | 2800 Third St | | Trenton | MI | 48183 | |
| Troy | Law Department | 500 W. Big Beaver | | Troy | MI | 480084 | |
| Union Lake | Law Department | 1200 North Telegraph Road | | Pontiac | MI | 48341 | |
| Utica | Law Department | 7550 Auburn Rd | | Utica | MI | 48317 | |
| Van Buren Twp | Law Department | 46425 Tyler Rd | | Van Buren Twp | MI | 48111 | |
| Wallaceburg | Law Department | 152 Duncan Street | | Wallaceburg | ON | N8A 4E2 | Canada |
| Walled Lake | Law Department | 1499 E. West Maple Road | | Walled Lake | MI | 48390 | |
| Walpole Island | Law Department | R.R. #3 | | Wallaceburg | ON | N8A 4K9 | Canada |
| Warren | Law Department | One City Square | | Warren | MI | 48093 | |
| Washington Twp | Law Department | 57900 Van Dyke | | Washington | MI | 48094 | |
| Washtenaw County | Law Department | 220 N. Main St. | P.O. Box 8645 | Ann Arbor | MI | 48104 | |
| Waterford | Law Department | 5200 Civic Center Drive | | Waterford | MI | 48329 | |
| Wayne | Law Department | 3355 South Wayne Rd | | Wayne | MI | 48184 | |
| Wayne County | Law Department | 500 Griswold | | Detroit | MI | 48226 | |
| West Bloomfield Twp | Law Department | 4550 Walnut Lake Road | P.O. Box 250130 | West Bloomfield | MI | 48325-0130 | |
| Westland | Law Department | 36601 Ford Rd. | | Westland | MI | 48185 | |
| Wheatley | Law Department | 315 King St W | | Chatham | ON | N7M 5K8 | Canada |
| White Lake | Law Department | 7525 Highland Rd | | White Lake | MI | 48383 | |
| Whitmore Lake | Law Department | 10001 Silver Lake Road | | Brighton | MI | 48116 | |
| Whittaker | Law Department | PO Box 100 | | Whittaker | MI | 48190-0100 | |
| Willis | Law Department | PO Box 100 | | Whittaker | MI | 48190-0100 | |
| Windsor | Law Department | 400 City Hall Square East Suite 201 | | Windsor | ON | N9A 7K6 | Canada |
| Wixom | Law Department | 49045 Pontiac Trail | | Wixom | MI | 48393 | |
| Woodhaven | Law Department | 21869 West Rd | | Woodhaven | MI | 48183 | |
| Wyandotte | Law Department | 3200 Biddle Avenue | | Wyandotte | MI | 48192 | |
| Ypsilanti | Law Department | One South Huron Street | | Ypsilanti | MI | 48197 | |
| Ypsilanti Community Utilities Authority | Law Department | 2777 State Road | | Ypsilanti | MI | 48198-9112 | |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                              :
In re                                         :    Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    :    Case No. 13-53846
                                              :
                    Debtor.                   :    Hon. Steven W. Rhodes
                                              :
                                              :
---------------------------------------------------------x

## NOTICE OF ENTRY OF ORDER FOR RELIEF

**DEADLINE FOR GOVERNMENTAL UNITS TO FILE
CLAIMS IS JUNE 3, 2014 AT 4:00 P.M., EASTERN TIME**

**TO ALL GOVERNMENTAL UNITS WITH CLAIMS
AGAINST THE CITY OF DETROIT, MICHIGAN (THE "CITY"):**

On November 21, 2013, the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") entered an order (Docket No. 1782) (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the City's case (the "Bankruptcy Case") under chapter 9 of title 11 of the United States Code (the "Bankruptcy Code"). Attached as Annex I to the Bar Date Order is a document entitled Information About Deadlines to File Claims (the "Bar Date Notice"), which provides further information on the procedures and deadlines for the filing of proofs of claim in the Bankruptcy Case.

Consistent with section 502(b)(9) of the Bankruptcy Code, the Bar Date Order established the deadline for the filing of proofs of claim by governmental units (as such term is defined in section 101(27) of the Bankruptcy Code) as the later of (a) the first business day that is at least 180 days following the date of the entry of an order for relief in the Bankruptcy Case (the "Governmental Bar Date") and (b) any Rejection Damages Bar Date or Amended Claims List Bar Date (as such terms are defined in the Bar Date Order) applicable to the governmental unit.

On December 5, 2013, the Bankruptcy Court entered the Order for Relief Under Chapter 9 of the Bankruptcy Code (Docket No. 1946) (the "Order for Relief") in the Bankruptcy Case. Pursuant to section 502(b)(9) of the Bankruptcy Code and the Bar Date Order, therefore, the Bankruptcy Court's entry of the Order for Relief established the Governmental Bar Date as **June 3, 2014 at 4:00 p.m., Eastern Time**.

NOTE THAT ANY ENTITY OTHER THAN A GOVERNMENTAL UNIT THAT IS REQUIRED TO FILE A PROOF OF CLAIM UNDER THE BAR DATE ORDER GENERALLY MUST FILE SUCH PROOF OF CLAIM BY NO LATER THAN **FEBRUARY 21, 2014 AT 4:00 P.M., EASTERN TIME**, UNLESS A LATER REJECTION DAMAGES BAR DATE OR AMENDED CLAIMS LIST BAR DATE APPLIES TO THE ENTITY.

Copies of the Bar Date Order, the Bar Date Notice, the Order for Relief, a blank proof of claim form for use in this Bankruptcy Case and other information and documents regarding the Bankruptcy Case are available free of charge on the City's restructuring website at www.kccllc.net/detroit or for a fee at the Court's website at https://ecf.mieb.uscourts.gov. A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information through the Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov. Documents filed in the Bankruptcy Case may be accessed electronically, between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, Monday through Friday, at the public access terminals located in the Clerk's Office on the 17th Floor of the courthouse at 211 West Fort Street, Detroit, Michigan 48226. Copies of documents may be printed at the Clerk's Office for a charge.

If you require additional information regarding the filing of a proof of claim, you may contact the City of Detroit Claims Hotline toll-free at **(877) 298-6236** between 9:00 a.m. and 5:00 p.m., Eastern Time, Monday through Friday. You also may contact the City's claims agent, Kurtzman Carson Consultants, LLC ("KCC"), directly by writing to:

> City of Detroit Claims Processing Center
> c/o Kurtzman Carson Consultants, LLC
> 2335 Alaska Avenue
> El Segundo, CA 90245

**PLEASE NOTE THAT KCC IS NOT PERMITTED TO PROVIDE LEGAL ADVICE. YOU CANNOT GET LEGAL ADVICE BY CALLING THE CITY OF DETROIT CLAIMS HOTLINE OR BY WRITING TO THE CITY OF DETROIT CLAIMS PROCESSING CENTER. YOU SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE OR FOR ANY LEGAL ADVICE, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

Dated: January 31, 2014          BY ORDER OF THE COURT