FILED
2014 MAR 31 PM
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Lenetta Walker

I hereby state their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT for the following reasons.

1. The laid-off grant employees are facing pension cuts.

2. Pensioners who worked on grants are losing healthcare benefits.

3. The General fund operates without fiscal budget responsibilities

4. The City has failed to assist the resident's health and safety or quality of life.

5. The City has failed to utilize the resources within its own workforce.

1. I object to the above filing because:

The City of Detroit has for over 20 years denied employees cost of living adjustments (cola). The employees sued and won. The City forced every person working on the grant have their titles changed. There were individuals who were not compensated basically due to un-financial decisions. These persons were left out. Today, we are asking individuals to take another cut to the pension cuts. These are unnecessary cuts.

2. I object to the above filing because:

Detroit Resource Management System (DRMS) an investment of $30 million dollars created checks in the Budget, Finance, Law, Purchasing, and City Council in a new computer fiscal management system. The failure to control budgets, costs, and honor contracts are signs that

this new process for evaluating the City's financial crisis needs input from organizations, residents, employees who were left out of the decision making process far too long. A favorable decision to restore what was taken from Detroit and make every affected person whole is better than paying off the debt used to oppress our City.

3. I object to the above filing because:
The City of Detroit residents, employees, and now pensioners are seeking relief from the actions taken by The City, City Council and Mayor who are responsible for the policies and outcomes. No ambulances, street lights, high crime, lay-offs added with bankruptcy. These individuals were entitled to keep the homes without fear, work without threat of retaliation for doing good work, and reduced pensions after City's decision to operate without recognition of their mission or contracts.

4. I object to the above filing because:
The City of Detroit residents, employees, and now pensioners are seeking relief from the actions taken by The City, City Council and Mayor who are responsible for the policies and outcomes. No ambulances, street lights, high crime, lay-offs added with bankruptcy. These individuals were entitled to keep the homes without fear, work without threat of retaliation for doing good work, and reduced pensions after City's decision to operate without recognition of their mission or contracts.

5. I object to the above filing because:
The employees have demonstrated their skills to the City. The City uses their skills to train contractors, outsource departments and leave them without severance pay or jobs after the closing. After decades performing work performed by minorities with resources allocated to the administration there needs a re-correction of the demands made within the process chosen by the City leaders. The outsourcing of Custodial jobs without concern of the level of service provided

to the residents, employees are a waste of money. The services provided by City employees exceed that of any contractors bid. The City provided fewer resources to its own employees, equipment and supplies with intent of giving a contract. Pay the employees stop oppressing them with the cuts to the paychecks, benefits, and retirement.

I did not attach additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America. Wherefore SAAA request the Court will deny the relief sought in said filing.

Name: Lenetta Walker

Signature: _____

Address: 60 E Milwaukee #2714
Detroit, Michigan 48202

Email: ljswalker@netzero.com

Dated: