UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / (we am/are) interested in the Bankruptcy of the City of Detroit because AFSCME LOCAL 1220 members who work at the DRCFA

2. I / we object to the above filing because: It treats AFSCME LOCAL 1220 members unfairly. It seeks to capture annuity revenue. It is contingent upon outside donations that are not in place. It asks our members not to seek remedies in state court

3. (I have) / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I / we request the Court will deny the relief sought in said filing.

Name: Gerald Thompson (GERALD THOMPSON)
Signature: Gerald Thompson
Address: 21230 Argyle
Clinton Township, MI 48035
Email: gvp1220@aol.com

Dated:

FILED 2014 MAR 31 AM
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 3352    Filed 03/31/14    Entered 03/31/14 14:30:51    Page 1 of 2

Gerald Thompson
21230 Arcyle
Clinton Township, MI 48035


March 27, 2014


Judge Rhodes
Clerk, U.S. Bankruptcy
17th Floor-Intake, 211 W. Fort Street
Detroit, MI


Dear Judge Rhodes:

The plan of adjustment treats members of AFSCME Local 1220 unfairly. Currently members of AFSCME Local 1220 work for the Detroit Regional Conventional Facility Authority ( under senate bill 1630 or Act No. 554 section 21); we are still contributing to our City of Detroit Pension. The DRCFA has been billed since 2009 and is currently making payments for myself and my members. The City of Detroit has chosen not to pay some of its pension obligation certificates. Since the members of AFSCME Local 1220 have had their payments made it is unfair to pay members of local 1220 the same rate as members who have not had their pension obligations met. Secondly the Plan of Adjustment seeks to subvert the Michigan Constitution by not adopting a methodology to make members whole. This plan which calls for members to give up their state rights to seek redress is unfair. The plan of adjustment/disclosure statement does not explain or detail the true loss of monies to those who have a defined benefit plan which may be closer to 50% than a range of 20-35%. The plan of Adjustment that seeks to capture annuity payments in excess of 7.9% from the years 1999 up until now is not fair. What happens to members who have drawn their money out. There is a more equitable plan.

Sincerely,

*Gerald G Thompson*
Gerald G. Thompson


President AFSCME LOCAL 1220