UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
_____Debtor_____/
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: _____

_____ hereby states his/her/their OBJECTION TO:
<u>CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF
ADJUSTMENT [DOCKET 2709]</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
AFSCME Local 1220 members who work at the DRCEA are treated disparitely.

2. I / we object to the above filing because:
It seeks to capture Annuity Revenue. It is contingent upon outside parties whose donations to the pensioners are not in place. It asks members not to seek remedies in state court. It seeks to harm members irrevocabaly even if PA 436 is overturned. The math maybe incorrect in terms of payout

3. ( I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Gerald Thompson
Signature: Gerald Thompson
Address: 21230 Argyle
Clinton Township MI 48035
Email: gthomp6230@aol.com

Dated: 2014 MAR 31 A 10:52
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Gerald Thompson
21230 Arcyle
Clinton Township, MI 48035

March 27, 2014

Judge Rhodes
Clerk, U.S. Bankruptcy
17th Floor-Intake, 211 W. Fort Street
Detroit, MI

Dear Judge Rhodes:

The plan of adjustment treats members of AFSCME Local 1220 unfairly. Currently members of AFSCME Local 1220 work for the Detroit Regional Conventional Facility Authority ( under senate bill 1630 or Act No. 554 section 21); we are still contributing to our City of Detroit Pension. The DRCFA has been billed since 2009 and is currently making payments for myself and my members. The City of Detroit has chosen not to pay some of its pension obligation certificates. Since the members of AFSCME Local 1220 have had their payments made it is unfair to pay members of local 1220 the same rate as members who have not had their pension obligations met. Secondly the Plan of Adjustment seeks to subvert the Michigan Constitution by not adopting a methodology to make members whole. This plan which calls for members to give up their state rights to seek redress is unfair. The plan of adjustment/disclosure statement does not explain or detail the true loss of monies to those who have a defined benefit plan which may be closer to 50% than a range of 20-35%. The plan of Adjustment that seeks to capture annuity payments in excess of 7.9% from the years 1999 up until now is not fair. What happens to members who have drawn their money out. There is a more equitable plan.

Sincerely,

*Gerald G. Thompson* (signature)
Gerald G. Thompson

President AFSCME LOCAL 1220