3133452324

FILED

2014 MAR 31 A 10: 50

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-SWR
Debtor  Chapter 9
_____/  Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: Nobbie Lee Dawsey

Nobbie Lee Dawsey hereby states his/her OBJECTION to the City Detroit's Proposed Plan of Adjustment for the following reasons:

1. I/we am/are interested in the Bankruptcy of the City of Detroit because:
I am a City of Detroit worker and I believe we have already made enough concessions.

2. I object to the above filing because:
I cannot afford a 34% pension cut along with higher price for health insurance. Also, our cost of living and longevity has already been eliminated.

3. I have/have not attached additional sheets to explain and establish my positi

I hereby certify that the statements made herein are true and correct under pena of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the Cit Detroit.

Name: Nobbie Lee Dawsey
Signature: Nobbie Lee Dawsey
Address: 8054 House
Detroit, MI 48234
Email:

Date: March 28, 2014

13-53846-tjt    Doc 3355    Filed 03/31/14    Entered 03/31/14 14:36:45    Page 1 of 1