In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Anthony Wagoner

Anthony Wagoner hereby states his OBJECTION TO:

<u>CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT</u> [DOCKET 2709]

for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because I am a former Detroithomeowner and still actively participate in shopping and entertainment in the City. I am receptive to someday moving back into the City if the quality of life can be restored. I still have friends who are City residents and am concerned with their well being. I also have friends who are City retirees or family members of city retirees

2. I object to the above filing because too much consideration appears to be granted to the bankers and bondholders whose policies led to so much of the city's financial distress. Predatory and discriminatory lending over decades led to substantial decay in the residential neighborhoods.

    Additionally this Bankruptcy proceeding was filed by Emergency Manager Orr appointed as an agent of the State under PA 436 whose very constitutionality and appropriateness are certainly suspect. The State of Michigan's actions over the years have certainly contributed to the City's financial distress, such as unfairness in school fuinding formulas, withdrawal of revenue sharing payments, lack of placement of State facilities, etc. It seems wrong for the governmental body that caused so much of the problem to be able to ram through a "solution" to a problem it helped create.

3.  I have not attached additional sheets to explain and establish my position.

   I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

   Wherefore I we request the Court will deny the relief sought in said filing.

   Name: _Anthony Wagoner_

   Signature: _Anthony Wagoner_

   Address: _20008 Washtenaw_
   _Harper Woods, MI_
   _48225_

   Email: _tonywags54@gmail.com_

Dated: