UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Pamela W. Cunningham _____ hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I/ we am/are interested in the Bankruptcy of the City of Detroit because I am a City of Detroit retiree. I have been Ricked of healthcare, dental & eyecare, ALL of which were promised to me by the City of Detroit

2. I/ we object to the above filing because: Disclosure should be complete, all efforts to reconcile this situation should disclosed. No retiree benifits should be affected by the financial status of the City. The State & Federal governments should contribute

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: PAMELA W. CUNNINGHAM
Signature: Pamela W. Cunningham
Address: 7700 Ella Jane Rd Apt L
Charlotte, NC 28273
Email: pwcunning@gmail.com

Dated: March 24, 2014