UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor _____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: PAMELA W. CUNNINGHAM hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. _I_/ we am/are interested in the Bankruptcy of the City of Detroit because I am a City of Detroit retiree as of 7/20/2011

2. _I_/ we object to the above filing because: I am a personal! After over 30 years of dedicated service, this bankruptcy and this plan of adjustment is criminal! More avenues should be pursued rather than on the backs of seniors!

3. I have/ <u>have not</u> attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: PAMELA W CUNNINGHAM
Signature: Pamela W Cunningham
Address: 7700 Lela Jane Ln
Apt. L Charlotte, NC 28273
Email: pwcunning@gmail.com

Dated: March 24, 2014