UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Mary Hale

March 31, 2014 hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF
ADJUSTMENT [DOCKET 2709]
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
As a City of Detroit Employee, I would like to know how this would affect my livelyhood.

2. I / we object to the above filing because:
Being a City of Detroit Employee along with the pay cuts and depletion of my benefits I don't know how I am going to serve. I have a very hard time paying my bill from month to month.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Mary Hale  Mary Hale
Signature: Mary Hale
Address: 20620 Kensington Ct. apt. 201
Southfield, MI 48076
Email: _____

Dated: March 31, 2014