UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Claud Dent

Claud Dent hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a retiree of the City of Detroit. I retired in April 2012.

2. I / we object to the above filing because: Under the Michigan State constitution, the state guarantees the pensions of all public workers. They were aware of Detroit's financial status throughout the years. The yearly audit results are sent to the state for their review and acceptance. They knew what was going on all the time, but they never objected or raised any concerns.

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I / we request the Court will deny the relief sought in said filing.

Name: Claud Dent
Signature: Claud Dent
Address: 16827 Sunderland Rd
Detroit, MI 48219
Email: ClaudDent@AOL.com

Dated: