UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

CHAPTER 9 CHAPTER 9
In the matter of                                    Case No. 13 53846 swr
THE CITY OF DETROIT, MICHIGAN              HONORABLE STEVEN RHODES

# CORRECTED

# Objections to the proposed

# Disclosure Statement

Sadly absent from the chapter 9 debtor's disclosure is an acknowledgement of state of the city as it exists, not as a business entity, but as a living breathing organism or more appropriately as the place where perhaps a million living breathing human organisms spend their days and nights.

Some go home. Some stay.

The chapter 9 debtor is asked to acknowledge, by including in its disclosure statement, the following:

- That gang crime is rampant.
- That gangs run the city.
- That the city cannot fathom how to deal with the gangs.


- That gang turf warfare is a constant.

- That gang turf warfare costs lives.

- That gang turf warfare has no regard for bystanders.


- That neither the private gilbert police force, nor the city state county or federal law enforcement entities posted in the city have figured out how to deal with the gangs.

- That the real city of Detroit belongs to the gangs.

- That any plan that does not address the gangs and bring the gangs into the plan is a plan set up to fail.

- That the types of negotiations which must be occurring are negotiations with those in gang power.

- That only working with gangs can achieve a result gangs will respect.

- That gangs will continue to function.

- That gangs in partnership with the new city do have a chance to survive.

- That the city must recognize the power of the gangs, their existence, the weight of their financial pull.

|  |  |
|---|---|
| Dated: 3/31/2014 | CHARLES BRUCE IDELSOHN<br>By: /s/Charles Bruce Idelsohn<br>Charles Bruce Idelsohn (P36799)<br>P.O. BOX 856<br>Detroit, MI 48231<br>(586) 450-0128<br>charlesidelsohnattorney@yahoo.com |