UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

CHAPTER 9 CHAPTER 9

In the matter of  
THE CITY OF DETROIT, MICHIGAN

Case No. 13 53846 swr  
HONORABLE STEVEN RHODES

# CORRECTED
# Objections to the Plan

- Any plan that will be placed into effect must address gangs and must incorporate into it methods to deal directly with the gangs as if they were the occupiers of the city, which in reality, they truly are.

- To variously address the abandoned buildings as blight or eyesore does nothing to improve the situation.

- To throw dollars at the buildings en masse demolishing thousands of them does nothing either.

- For the real challenge would be the challenge involving the rebuilding using the various sources that themselves have been doing their own "rebuilding" all along, that is, the proficient squatters.

- What any real plan should contain is a method by which individuals are encouraged to assist.

- People who now enter homes by force and take over the homes can be stopped.

- The new city need only acknowledge that the procedure for home stealing is sophisticated and ongoing.

- The new city need only say to its residents, "we hear you . . we are here to help you".

- But for people to live in fear in their own homes only to be greeted . . . some day . . or . . . , , . . day after day by thugs determined to seize them, dispose of them and steal all that they have

worked for, is a practice that must cease before the new city can really truly emerge from its present sorry state.

- The chapter 9 debtor is urged to place ito its plan a method for taking Detroit back from the gangs.

- Better put, the chapter 9 debtor is urged to set forth a plan incorporating a partnership with the gangs, a partnership geared to working together to make the new city viable for all its residents and a safe place for anyone to work and to live twenty four seven three sixty five.

Dated: 3/31/2014

CHARLES BRUCE IDELSOHN
By: /s/Charles Bruce Idelsohn
Charles Bruce Idelsohn (P36799)
P.O. BOX 856
Detroit, MI 48231
(586) 450-0128
charlesidelsohnattorney@yahoo.com