UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

**STATE OF MICHIGAN'S CONCURRENCE IN COURT'S APPOINTMENT OF EXPERT(S)**

The State of Michigan agrees with this Court's assessment that feasibility of the proposed plan of adjustment is particularly important in this case, and concurs with this Court's determination that it appoint, pursuant to Federal Rule of Evidence 706(a), "one or more expert witnesses to give testimony regarding the feasibility of the City's plan of adjustment and the reasonableness of the City's assumptions regarding its revenues, expenses and plan payments." *Order to Show Cause Why Expert Witness Should Not Be Appointed* (Dkt. #3170).

The State believes that evaluation by independent expert witness(es) of the feasibility of the City's plan is of vital importance in providing the greatest assurance possible that the City will be able to pay its adjusted prepetition debts, fund the ongoing expenses of operation and much-needed

revitalization efforts, and, perhaps most importantly, provide, on a long-term basis, the services necessary for the health, safety and welfare of its residents, employees, and visitors. This chapter 9 case is the City's best opportunity to develop and implement a plan that provides the structure for the City's ongoing viability and vitality, not just in the short term, but for decades into the future.

Respectfully submitted,

*/s/ Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Steven G. Howell
Special Asst. Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Ste. 4000
Detroit, Michigan 48226-3425
showell@dickinsonwright.com
[P28982]

Attorneys for the State of Michigan
Michigan Dep't of Attorney General

Dated: March 31, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2014, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

>/s/Matthew Schneider*
> Matthew Schneider
> Chief Legal Counsel
> Attorney for State of Michigan
> P.O. Box 30754
> Lansing, Michigan  48909
> (517) 373-3203
> SchneiderM7@michigan.gov
> [P62190]
>
> Attorney for the State of Michigan
> Michigan Department of Attorney General