UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN            Case No. 13-53846-swr
                                     Chapter 9
_____Debtor____/     Hon. STEVEN W. RHODES

OBJECTION TO:
_Debtors Plan of Adjustment_
FILED BY: _____

_Charlottie Shaw_ hereby states his/her/their OBJECTION
TO: _Object to having my pension cut by 36%_ for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

   _I am a retiree of the City of Detroit_

2. I / we object to the above filing because:

   _See attached letter. Also, I am a retiree of the City of Detroit, and was promised my pension. I should not have to repay the banks._

3. I have/ have not attached additional sheets to explain and establish my position.
   _See Attachment_

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Dated: _March 28, 2014_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN　　　　　　Case No. 13-53846-swr
　　　　　　　　　　　　　　　　　　　　Chapter 9
_____Debtor____/　　Hon. STEVEN W. RHODES

## APPLICATION TO WAIVE ELECTRONIC FILING

I hereby request the Court will waive electronic filing because:

1. I am not a lawyer and I am filing this objection pro se.

2. I do not have electronic filing privileges.

3. This is an important case and it affects my legal rights

I hereby certify the foregoing is true and correct under penalty of contempt of court and perjury under the laws of the United States of America.

_Carlotte Shaw_
_____

Dated: March 28, 2014

March 04, 2014

Re: Pension Cuts

TO: Judge Steven W. Rhodes

Dear Judge Steven W. Rhodes,

I am a Retiree from the City of Detroit, and worked thirty-three years and six months diligently and industriously.

I had plans to enjoy my retirement with my family, not worry if my pension check is going to be slashed by thirty-four percent. That is a very hefty amount. This is going to change my life, and my family's life if this is approved.

Why should my family, and I be punished for a debt that we did not cause, and furthermore why is my pension going to get cut short to repay the Banks. The Banks should be held accountable, and the Banks should repay the citizens, and The City of Detroit Retirees.

I am so angry at the people proposing this ludicrous cut. I worked hard, and I earned my pension honestly. There are other avenues, I am sure, in place to clear this Bankruptcy debt, but it definitely should not be done by reducing my pension. I want them to keep their hands off my pension.

I am asking you, your Honor, please hear our pleas to prevent our pensions from being cut for a debt we did not incur.

Thank you,

*Carlottie Shaw*
Carlottie Shaw