UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

## INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE OF OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT [DOCKET 3375]

The undersigned certifies that on March 31, 2014, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Objection to City of Detroit's Disclosure Statement [Docket 3375] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

    Respectfully submitted,

    JEROME D. GOLDBERG, PLLC


    By:   */s/ Jerome D. Goldberg*
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Phone: 313-393-6001
    Fax: 313-393-6007
    Email: apclawyer@sbcglobal.net

DATED: March 31, 2014

1