UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| | Re: Docket Nos. 1341 & 1557 |

**JOINDER OF THE OFFICIAL COMMITTEE OF RETIREES IN MOTION TO EXTEND DISCLOSURE STATEMENT APPROVAL SCHEDULE [DKT. NO. 3317]**

The Official Committee of Retirees of the City of Detroit, Michigan (the "Committee") hereby joins in support of the Ex Parte Emergency Motion to Extend Disclosure Statement Approval Schedule (the "Motion") filed by Syncora Guarantee Inc. and Syncora Capital Assurance ("Syncora") [DKT No. 3317], and respectfully state as follows:

1. Pursuant to the Second Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtors Plan of Adjustment [Dkt. No. 2937], on March 14, 2014, the Committee served upon the City a timely, detailed request for additional information, clarifications and revisions to the Disclosure Statement with Respect to the Plan for Adjustment of Debts of the City of Detroit [Dkt. No. 2709].

2. On March 28, 2014, the Committee received a 29-page response that, in large part, simply stated: "The City intends to make further revisions to the Disclosure Statement that address the subject matter of this request." It was impossible to discern from the City's frequently repeated but perfunctory responses how or if the City actually intended to resolve the Committee objections and concerns.

3. On information and belief, the City plans to file its substantially revised Disclosure Statement and Plan today. As such, the current Disclosure Statement objection and

hearing schedule leaves insufficient time for the Committee to review and assess the new documents, confer with the City in order to resolve the Committee's issues and/or respond with objections. Accordingly, the Committee joins in Syncora's request to extend the schedule to the dates sought by Syncora.

Dated: March 31, 2014

DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
Claude D. Montgomery
1221 Avenue of the Americas
New York New York 10020
Tel: (212) 768-6700
carole.neville@dentons.com
claude.montgomery@dentons.com

and

Sam J. Alberts
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
sam.alberts@dentons.com

and

Matthew E. Wilkins
Paula A. Hall
BROOKS WILKINS SHARKEY & TURCO
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Tel: (248) 971-1800
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Retirees Committee*

## CERTIFICATE OF SERVICE

       I, Carole Neville, state that on March 31, 2014, I filed a copy of the foregoing Joinder in the Limited Objection of Syncora Guarantee Inc. and Syncora Capital Assurance, Inc. to Debtor's Motion for Entry of an Order Authorizing the Public Lighting Authority Transaction with the Clerk of Court using the Court's ECF system and I hereby certify that the Court's ECF system has served all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

                                            */s/ Carole Neville*
                                            Carole Neville
                                            carole.neville@dentons.com