# EXHIBIT B



Suite 1800
4000 Town Center
Southfield, MI 48075-1505
248.359.7300
Fax 248.359.7700

Deborah Kovsky-Apap
direct dial: 248.359.7331
direct fax: 313.731.1572
kovskyd@pepperlaw.com@pepperlaw.com

March 18, 2014

*Via Email*

| Hugh M. Davis | Thomas Moers Mayer | Jerome Goldberg |
| info@conlitpc.com | tmayer@kramerlevin.com | apclawyer@sbcglobal.net |

| Jennifer Green | Vincent J. Marriott III | Sharon L. Levine |
| jgreen@clarkhill.com | marriott@ballardspahr.com | slevine@lowenstein.com |

| Anthony Ullman | Heath Rosenblat | Stephen C. Hackney |
| anthony.ullman@dentons.com | heath.rosenblat@dbr.com | shackney@kirkland.com |

**Re:** **City of Detroit's Motion for Approval of Settlement and Plan Support Agreement (the "9019 Motion")**

Dear Counsel:

As you are aware, the Court has extended the deadline for depositions in connection with the 9019 Motion until March 31, 2014. The City's witnesses, Kevyn Orr and Gaurav Malhotra, will both be available for deposition on the afternoon of March 31 at our offices in Southfield. We'll revert to you as soon as possible with the precise times that each will be available.

We plan to produce to you, on or before March 26, the final execution draft of the swap settlement agreement, any exhibits that we plan to use in examining Mr. Malhotra at the hearing, and an updated version of the privilege log that was previously produced, reflecting emails and memoranda reviewed by Mr. Orr in connection with the settlement.

Kindly notify us by March 26 of any rebuttal witnesses you intend to call, as well as any exhibits you intend to use at the hearing.

Philadelphia   Boston   Washington, D.C.   Los Angeles   New York   Pittsburgh
Detroit   Berwyn   Harrisburg   Orange County   Princeton   Silicon Valley   Wilmington
www.pepperlaw.com

13-53846-tjt   Doc 3379-2   Filed 03/31/14   Entered 03/31/14 17:25:25   Page 2 of 3



Page 2
March 18, 2014

If you have any questions, please don't hesitate to call me.

Sincerely,

Deborah Kovsky-Apap