UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Case No. 13-53846 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | In Proceedings Under |
|  | ) | Chapter 9 |
| Debtor. | ) |  |
|  | ) | Hon. Steven W. Rhodes |

**JOINDER OF AMBAC ASSURANCE CORPORATION
TO RESPONSE OF DETROIT RETIREMENT SYSTEMS TO
ORDER TO SHOW CAUSE WHY EXPERT WITNESSES
SHOULD NOT BE APPOINTED**

Ambac Assurance Corporation ("Ambac"), a creditor in the above-captioned case, by and through its undersigned counsel, joins in the Response of the Detroit Retirement Systems to Order to Show Cause Why Expert Witnesses Should Not be Appointed [Docket No. 3383] (the "Response"). In support of this joinder, Ambac adopts and incorporates the arguments in the Response in their entirety as if fully set forth in this joinder.

For the reasons set forth in the Response, Ambac respectfully requests that the Court (i) grant the relief requested in the Response, and (ii) grant such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: March 31, 2014      By: /s/ Carol Connor Cohen
                                     CAROL CONNOR COHEN
                                     CAROLINE TURNER ENGLISH
                                     1717 K Street, NW
                                     Washington, DC 20036-5342
                                     (202) 857-6054
                                     Carol.Cohen@arentfox.com

                                     DAVID L. DUBROW
                                     MARK A. ANGELOV
                                     1675 Broadway
                                     New York, NY 10019
                                     (212) 484-3900

                                     and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                                    )
In re                               )    Case No. 13-53846
                                    )
CITY OF DETROIT, MICHIGAN,          )    In Proceedings Under
                                    )    Chapter 9
        Debtor.                     )
_____ )    Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2014, Joinder of Ambac Assurance Corporation to Response of Detroit Retirement Systems to Order to Show Cause Why Expert Witnesses Should not be Appointed was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

                    Respectfully Submitted,


**ARENT FOX LLP**

Dated: March 31, 2014      By: /s/ Carol Connor Cohen
                                CAROL CONNOR COHEN
                                CAROLINE TURNER ENGLISH
                                1717 K Street, NW
                                Washington, DC 20036-5342
                                (202) 857-6054
                                Carol.Cohen@arentfox.com


                                DAVID L. DUBROW
                                MARK A. ANGELOV
                                1675 Broadway
                                New York, NY 10019

(212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*