UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

    Debtor.

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## THE RETIREE ASSOCIATION PARTIES' CONCURENCE IN "RESPONSE OF OFFICIAL COMMITTEE OF RETIREES TO ORDER TO SHOW CAUSE WHY EXPERT WITNESSES SHOULD NOT BE APPOINTED"

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe Gornbein, PLLC and Silverman & Morris, P.L.L.C., file this statement to indicate that they concur in the arguments made in the Response to Order to Show Cause Why Expert Witnesses Should Not Be Appointed (Dkt. 3385) and proposed Solicitation Order filed by the Official Committee of Retirees ("Committee") and incorporate the Committee's arguments by reference in this filing as if fully restated herein by the Retiree Association Parties. The Retiree Association Parties further concur in the proposed Solicitation Order attached to the Committee's Response as Exhibit A.

**WHEREFORE**, the Retiree Association Parties request that the Court grant the relief requested in the Committee's Response and enter the proposed Solicitation Order, attached to the Committee's Response as Exhibit A.

Respectfully submitted,

**LIPPITT O'KEEFE GORNBEIN, PLLC**

By: /s/ Ryan C. Plecha
   Brian D. O'Keefe (P39603)
   Ryan C. Plecha (P71957)
Attorneys for Retiree Association Parties
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292; Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

**SILVERMAN & MORRIS, P.L.L.C.**
Thomas R. Morris (P39141)
Karin F. Avery (P45364)
Co-counsel for Retiree Association Parties
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330; Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

Dated: March 31, 2014