# EXHIBIT A

[CAPTION]

# DRAFT

## Order Appointing Expert Witness

1. Under Fed. R. Evid. 706(a), _____ is hereby appointed as an expert witness.

2. The expert shall investigate and reach a conclusion on (a) whether the City's plan is feasible as required by 11 U.S.C. § 943(b)(7); and (b) whether the assumptions that underlie the City's cash flow projections and forecasts regarding its revenues, expenses and plan payments are reasonable.

3. The City and its professionals shall fully and promptly cooperate with the expert witness.

4. The expert witness shall have no *ex parte* communications with the Court. Any request for assistance or guidance shall be stated in writing and submitted to the clerk of the court, who shall arrange for its filing on the docket. The Court will then promptly determine the appropriate process to address the matter.

5. By May 30~~————~~, 2014, the expert witness shall file a report stating the conclusions required by paragraph 2 above and explaining in full detail the grounds for those conclusions.

~~5.~~6. On the date specified for the expert witness to file the report, the expert witness shall provide to the parties (in such manner as may be agreed by the parties or directed by Court) copies of any document cited in the report or otherwise considered by the expert witness in preparing the report, excluding documents previously produced in discovery among the parties and publicly-available professional literature.

7. After filing the report required by paragraph 5 above, but before June 30~~—~~, 2014, the expert witness shall be available for a consolidated deposition by any interested parties.

8. The consolidated deposition of the expert witness may exceed the number of days and hours specified in Fed. R. Civ. P. 30(d) (made applicable herein by Bankruptcy Rule 7030), as may be agreed to by the parties and the expert witness, or, failing such agreement, as may be ordered by the Court.

9. The expert report shall be admitted as evidence at the hearing on confirmation of the City's plan only as provided by the Federal Rules of Evidence, unless otherwise agreed by the parties or ordered by the Court.

10. The expert witness shall make himself or herself available to be called to testify in person at the hearing on confirmation of the City's plan without the need for subpoena or other process, upon the request of any party, at such time during such hearing as may be agreed by the parties or ordered by the Court.

6.11. Until the conclusion of the expert witness's responsibilities under this order, the expert witness shall not accept any retention or engagement that might result in a conflict of interest in this case.

7.12. The expert witness shall comply with 11 U.S.C. § 330 in applying for compensation and reimbursement of expenses.

8.13. The City shall pay the expert witness's compensation and expenses as approved by the Court.