UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

APPEARANCE OF JOHN P. QUINN, CREDITOR,
ON HIS OWN BEHALF
AND
CONSENT TO ELECTRONIC SERVICE

I am a City of Detroit General Retirement System retiree and annuitant. I am appearing on my own behalf in this matter.

I do not have a PACER account. I subscribe to the Court's City of Detroit Chapter 9 Mailing List. I stipulate that, whenever a document is distributed to subscribers to that mailing list, I thereby receive notice of the document. I further stipulate that the sending of any notice or other document to me via email at quinjohn@umich.edu constitutes notice to me and service upon me in this matter.

The following information is probably unnecessary but is provided in a spirit of full disclosure. I am a voluntarily inactive member of the State Bar of Michigan (P-23820). On or about November 18, 1977, while an active member of the State Bar of Michigan, I was admitted to the Bar of the United States District Court for the Eastern District of Michigan. I notified that court when I transferred to inactive status with the

State Bar of Michigan. I do not know whether my membership in the bar of that court survives my transfer to inactive status with the State Bar of Michigan.

                                              /s/ John P. Quinn
John P. Quinn
Creditor appearing *in propria persona*
2003 Military Street
Detroit, MI 48209

Dated: March 28, 2014                         (313) 673-9548