**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846

                    Debtor.                         Hon. Steven W. Rhodes

_____/

PROOF OF SERVICE

I certify that on March 28, 2014 I served copies of the attached Appearance and

Objections to Disclosure Statement on counsel for the Debtor and counsel for the

Committee of Retirees as described below.

I mailed the copies by first-class mail to Jonathan S. Green, counsel for the

Debtor, addressed to him at 150 W. Jefferson, Suite 2500, Detroit, MI 48226. I also

emailed a pdf copy of each of those documents to Mr. Green at green@millercanfield.

com.

I mailed the copies by first-class mail to Matthew E. Wilkins, counsel for the

Retiree Committee, addressed to him at 401 South Old Woodward, Suite 400,

Birmingham, MI 48009. I also emailed him a pdf copy of each of those documents at

wilkins@bwst-law.com.

John P. Quinn
2003 Military Street
Detroit, MI 48209
(313) 673-9548
quinjohn@umich.edu

Dated: March 28, 2014