UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
In re                                              : Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         : Case No. 13-53846
                                                   :
                              Debtor.              : Hon. Steven W. Rhodes
                                                   :
                                                   :
                                                   :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Claude D. Montgomery, hereby certify that service of the Response of the Official Committee of Retirees to the Order To Show Cause Why Expert Witnesses Should Not Be Appointed, was filed and served via the Court's electronic case filing and noticing system on March 31, 2014.

/s/ Claude D. Montgomery
Claude D. Montgomery