UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN
Debtor
_Alfred Thacker,_
Resident And Employee of
City of Detroit

Case No. 13-53846-SWR
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: _Kevin Orr_

_Alfred Thacker_ hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I am interested in the Bankruptcy of the City of Detroit because I am a City of Detroit Retiree.

2. I object to the above filing because the City of Detroit promised us a pension and we have moved on in life making financial decisions on the money that we expected for the rest of our lives. How do we tell mortgage companies, the car companies, the utility companies, insurance companies, credit card companies, and college tuition that we're going to give them half the payment we owe them. I say one half because we now pay or own health care insurance.

3. I have/~~have not~~ attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: _Alfred Thacker_
Signature: _Alfred Thacker_
Address: _14832 Rossini_
_Detroit, MI 48205_
Email: _Thacker9351@att.net_

Date: _3-29-2014_