UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
_____ Debtor____ /
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Raphael W. Robinson hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because as a retiree the Plan will reduce myself, family and other retirees to below poverty conditions. This Plan is in-humane and undemocratic to put it mildly.

2. I / we object to the above filing because: We object to the above filing due to the fact that we worked, paid into a system and planned so we could have and maintain a decent, respectful and humane quality of life for our families and ourselves.

3. (I have) have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Raphael W. Robinson
Signature: Raphael W. Robinson
Address: 23451 Margareta
Detroit, MI 48219
Email: raphaelrobinso3095@sbcglobal.net

Dated: 3-24-2014

Statement #2
Additional Sheet

It is unfortunate and criminal that the actions of Rick Snyder and his surrogate Kevyn Orr, along with corporations, Lending Institutions and Politicians have sunk to the level of attacking retiree's pensions to address the phony bankrupcy issue.

They want to cut our pensions while they make millions by reducing retiree's to below poverty level.

The City of Detroit's Plan of Adjustment is a Genocide Plan. I will not be able to pay for the high cost of medical insurance, medicine and healthy food.

I will lose my home due to the fact that I will not be able to pay the mortgage, insurance and property tax. There are other areas, to numerous to mention at this time, this Plan of Adjustment will negatively affect my quality of life as well as other retirees

The City of Detroit's Plan of Adjustment will have a negative impact economically and socially on the City of Detroit and other municipalities as well as the State of Michigan.