UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

2014 APR -1 A :50

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: GLADYS M. CANNON

Gladys M. Cannon hereby states her OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because I am a resident/ employee of the City of Detroit and regardless of how I would prefer that it did not, negative/ positive conditions do have adverse effect on the surrounding people, places and things. When there is a disaster every person should be interested because of the trickle effect (ex: Frigid temps in Florida – price of oranges increases).

2. I object to the above filing because of the adverse effect it will have on my quality of life, employment, retirement, services from City of Detroit, loss of employment benefits (longevity, bonus vacation days, reserved sick time; election day, swing holidays), ten (10) percent pay cut) and increased medical/dental/vision costs,

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Gladys M. Cannon

Signature: *[signature]*
Address: 1259 S. Beatrice
Detroit, Michigan 48217
Email: leo21_99@yahoo.com

Dated: April 1, 2014