April 1, 2014

Tina Sumner

In the matter of:

CITY OF DETROIT, MICHIGAN, Debtor

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT {DOCKET 2708}**

FILED BY: TINA SUMNER hereby states her OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

For the following reasons:

I have been employed with the City of Detroit for 27 years. I am a Senior Governmental Analyst with the Detroit Water and Sewerage Department (DWSD). I object to the CITY'SPLAN OF ADJUSTMENT because I have already taken numerous/significant cuts to my pay and benefits. To list a few:

- 10 % pay cut (presently) – Previously 10 % pay cut and Furlough days
- Lunch hour reduced from 1 hr. to 30 minutes
- Loss of Election Day Holiday
- Work day increased by 30 minutes to pay for previous free lunch hour
- Loss of bonus vacation days
- Loss of Swing Holidays, (3-4) per year
- Loss of Longevity Pay $750.00 per year
- Increased Copay for Health Insurance
- Increased Deductibles for Health Insurance
- No raise since 2006
- No current contract

Not only have these losses been very harmful to my mere survival as a single parent, I also have devoted 27 years of my life to the City of Detroit for the promise of a decent retirement package. That promise has been interrupted by the freeze on pension calculators. I am now in the years where I would earn the most value for my retirement and it has been frozen. In the last five years of service (25-30) years, my pension would have doubled. That has been frozen already, preventing me from earning what was promised to me. I would have pursued other employment years earlier had I known I would not receive what I worked for all these years.

Not only have my earnings been seized, I face the threat of further reductions to my pension. That in my opinion would be a double wound because I was prevented from earning my max already.

There appears to be no compassion for the City of Detroit workers who many have given the best years of their lives in service to the city for unfulfilled promises.

*[signature: Tina Sumner]*