UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (J)

In the matter of:

CITY OF DETROIT, MICHIGAN

2014 APR -1 A 10: 50

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Corey Thomas

Corey Thomas hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I am City of Detroit Employee (DWSD)

2. I / we object to the above filing because: Please see attach

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Corey Thomas
Signature: Corey Thomas
Address:

Email: Ccthomas20@yahoo.com

Dated: 3-27-14

Following Reasons:

- Forced to take 10% pay cut since 2007
- No contract with my Union (SAAA) since 2008
- Paying $100 a month for parking working Downtown when most companies pay for their employees parking unlike the city of Detroit. City has leased and sold their parking lots.
- Lost a half hour for lunch, lost reserved sick bank, lost swing holidays
- Several new Consultants and Contractors doing same work as City employees but being paid double and triple the money.
- No raise in over 8 years