UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 APR -1 A 11: 44
U.S. BANKRUPTCY COURT
E.D. MICHIGAN

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/

Hon. STEVEN W. RHODES

OBJECTION TO:

FILED BY: Nancy Hurston-Carter

Nancy Hurston-Carter hereby states his/her/their OBJECTION TO: Bankruptcy Plan of Adjustment for the following reasons.

1. I/we am/are interested in the Bankruptcy of the City of Detroit because
   ① I am a City of Detroit Pensioner & resident
   ② Cuts in pensions are too severe

2. I/we object to the above filing because:
   ① I will soon be too old to earn income to replace the 34%+ reduction to my household
   ② Some elderly persons are hardly making ends meet now; cuts discussed will put them in financial misery
   ③ I don't believe all revenue resources have been explored. For instance, City income taxes for persons working in Detroit aren't collected consistently if they're non-residents; State of MI could assist with collections!

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/we request the Court will deny the relief sought in said filing.

Nancy Hurston Carter

Dated: March 30, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                   Chapter 9
_____Debtor____/   Hon. STEVEN W. RHODES

## APPLICATION TO WAIVE ELECTRONIC FILING

I hereby request the Court will waive electronic filing because:

1. NHC I am not a lawyer and I am filing this objection pro se.

2. NHC I do not have electronic filing privileges.

3. NHC This is an important case and it affects my legal rights

I hereby certify the foregoing is true and correct under penalty of contempt of court and perjury under the laws of the United States of America.

*Nancy Hurston Cash*

Dated: March 30, 2014