*Bankruptcy* **FILED** 2014 MAR 31 P 3:26 E.D. U.S. BANKRUPTCY MICHIGAN-DETROIT

# UNITED STATES ~~DISTRICT~~ COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

Valerie A. Glenn-Simons
Creditors/Appellants,

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtor/Appellee

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Friedman
Magistrate Paul J. Komives

## OBJECTIONS TO CITY PLAN OF ADJUSTMENT

I/We are residents of the City of Detroit and a taxpayer of the State of Michigan and a citizen of the United States. I/We are creditor and/or creditors and the interested part and/or parties and object to the bankruptcy and to the City Plan of Adjustment for the following reasons:

1) We object to Kevyn Orr plan of adjustment infringes on and take

1

away your right to vote on pages 22-23 of the plan of adjustment.

2) We object to "A ten 10% reduction in monthly pension amount (b) elimination of the deferred retirement option plan feature of Police and Fireman Retirement System (PFRS) and a **10% reduction in the monthly pension amount** provided that with respect to holders that are active employee, in the event the unfunded liabilities of the PFRS for the plan year ending June 30, 2014 is greater than the unfunded liabilities of the PFRS as of June 30, 2013, **the reduction** in the monthly pension amount shall be increased to the extent necessary to ensure that there is no change in the amount of the under funding between plan year ending 2013 and 2014. Section 193 page15.

3) We object to no determination on the Certificate of Participation (COP) swap claims that was a major cause of the bankruptcy in article ll Classification of claims; cramdown executory contracts and unexpired lease. Article ll page 23.

I hereby certify that the statement made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America

_Valerie A. Glenn-Simms_
Objector signature
Address _8106 St. Paul Avenue_
City, State, & Zip _Detroit, MI 48214_