*Bankruptcy* **FILED**

# UNITED STATES ~~DISTRICT~~ COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

2014 MAR 31 P 3: 26

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

__VERA C. MAGEE__
    Creditors/Appellants,

v

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR

Chapter 9  
Case No. 13-53846  
Judge Steven W Rhodes

Debtor/Appellee

Case No. 14-cv-10434  
Hon. Bernard A. Friedman  
/ Magistrate Paul J. Komives

## OBJECTIONS TO CITY PLAN OF ADJUSTMENT

I/We are residents of the City of __DETROIT__

and a taxpayer of the State of Michigan and a citizen of the United States.

I/We are creditor and/or creditors and the interested part and/or parties and

object to the bankruptcy and to the City Plan of Adjustment for the

following reasons:

    1) We object to Kevyn Orr plan of adjustment infringes on and take

1

way your right to vote on pages 22-23 of the plan of adjustment.

2) We object to "A ten 10% reduction in monthly pension amount (b) elimination of the deferred retirement option plan feature of Police and Fireman Retirement System (PFRS) and a **10% reduction in the monthly pension amount** <u>provided</u> that with respect to holders that are active employee, in the event the unfunded liabilities of the PFRS for the plan year ending June 30, 2014 is greater than the unfunded liabilities of the PFRS as of June 30, 2013, **the reduction** in the monthly pension amount <u>shall be increased</u> to the extent necessary to ensure that there is no change in the amount of the under funding between plan year ending 2013 and 2014. Section 193 page15.

3) We object to no determination on the Certificate of Participation (COP) swap claims that was a major cause of the bankruptcy in article ll Classification of claims; cramdown executory contracts and unexpired lease. Article ll page 23.

I hereby certify that the statement made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America

_Vera C. Magee_
Objector signature
Address 5165 Iroquois
City, State, & Zip Detroit, MI 48213

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 MAR 31 P 3 26
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

CARL WILLIAMS and HASSAN ALEEM

      Creditors/Appellants,

v

In re:                                    Chapter 9
CITY OF DETROIT, MICHIGAN       Case No. 13-53846
AND EMERGENCY MANAGER        Judge Steven W Rhodes
KEVYN D. ORR

      Debtor/Appellee           Case No. 14-cv-10434
                                     Hon. Bernard A. Friedman
_____/  Magistrate Paul J. Komives

STATE OF MICHIGAN)
                  ) SS
COUNTY OF WAYNE )

## PROOF OF SERVICE

_____Carl Williams_____, being first duly sworn, deposes and

Say: that on March __31__ 2014. I sent a copy of the Plan of Adjustment

from the following parties

Carl Williams & Hassan Aleem
Vera C. Magee
Barbara A Magee
James F. Bish
Marvin K. Griffin
Valerie A. Glenn Simons
Patricia A. Boyd

and mailed upon the concern parties by certified mail, at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager: Kevyn Orr
Coleman A. Young Municipal Center
2 Woodward 11th Floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Objector/appellant

_____
Objector/appellant

Date March___31_____2014