__CHARLENE OLSON__
Creditors/Appellants,

v

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  

Chapter 9  
Case No. 13-53846  
Judge Steven W Rhodes  

Debtor/Appellee

Case No. 14-cv-10434  
Hon. Bernard A. Friedman  
_____/ Magistrate Paul J. Komives

## OBJECTIONS TO CITY PLAN OF ADJUSTMENT

I/We are residents of the City of __TRENTON, MICH 48183__ and a taxpayer of the State of Michigan and a citizen of the United States. I/We are creditor and/or creditors and the interested part and/or parties and object to the bankruptcy and to the City Plan of Adjustment for the following reasons:

1) We object to Kevyn Orr plan of adjustment infringes on and take

1

way your right to vote on pages 22-23 of the plan of adjustment.

2) We object to "A ten 10% reduction in monthly pension amount (b) elimination of the deferred retirement option plan feature of Police and Fireman Retirement System (PFRS) and a **10% reduction in the monthly pension amount** <u>provided</u> that with respect to holders that are active employee, in the event the unfunded liabilities of the PFRS for the plan year ending June 30, 2014 is greater than the unfunded liabilities of the PFRS as of June 30, 2013, **the reduction** in the monthly pension amount <u>shall be increased</u> to the extent necessary to ensure that there is no change in the amount of the under funding between plan year ending 2013 and 2014. Section 193 page15.

3) We object to no determination on the Certificate of Participation (COP) swap claims that was a major cause of the bankruptcy in article ll Classification of claims; cramdown executory contracts and unexpired lease. Article ll page 23.

_Charlene C Olson_
Objector signature
Address 3181 MEADOWLARK
City, State, & Zip TRENTON, Mich. 48183

04-1-14