# UNITED STATES ~~DISTRICT~~ Bankruptcy COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

FILED 2014 MAR 31 P 3 27
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

Barbara A. Magee
your name    Creditors/Appellants,

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Debtor/Appellee

Case No. 14-cv-10434
Hon. Bernard A. Friedman
Magistrate Paul J. Komives

## OBJECTIONS TO CITY PLAN OF ADJUSTMENT

I/We are residents of the City of Detroit and a taxpayer of the State of Michigan and a citizen of the United States. I/We are creditor and/or creditors and the interested part and/or parties and object to the bankruptcy and to the City Plan of Adjustment for the following reasons:

1) We object to Kevyn Orr plan of adjustment because it infringes on and take away you're right to vote on pages 22-23 of the plan of adjustment.

2) We object to "A ten 10% reduction in monthly pension amount (b) elimination of the deferred retirement option plan feature of Police and Fireman Retirement System (PFRS) and a **10% reduction in the monthly pension amount** provided that with respect to holders that are active employee, in the event the unfunded liabilities of the PFRS for the plan year ending June 30, 2014 is greater than the unfunded liabilities of the PFRS as of June 30, 2013, **the reduction** in the monthly pension amount shall be increased to the extent necessary to ensure that there is no change in the amount of the under funding between plan year ending 2013 and 2014. Section 193 page15.

3) We object to no determination on the Certificate of Participation (COP) swap claims that was a major cause of the bankruptcy in article ll Classification of claims; cramdown executory contracts and unexpired lease. Article ll page 23.

I hereby certify that the statement made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America

*Barbara A. Magee*
Objector signature
Address 5154 Burns St
City, State, & Zip Detroit, Mi. 48213

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

FILED 2014 MAR 31 P 3: 27
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

CARL WILLIAMS and HASSAN ALEEM

    Creditors/Appellants,

v

| | |
|---|---|
| In re:<br>CITY OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes |
|     Debtor/Appellee    / | Case No. 14-cv-10434<br>Hon. Bernard A. Friedman<br>Magistrate Paul J. Komives |

STATE OF MICHIGAN)
               ) SS
COUNTY OF WAYNE )

## PROOF OF SERVICE

*Carl Williams*_____, being first duly sworn, deposes and

Say: that on March__31__2014. I sent a copy of the Plan of Adjustment

from the following parties

Carl Williams & Hassan Aleem
Vera C. Magee
Barbara A Magee
James F. Bish
Marvin K. Griffin
Valerie A. Glenn Simons
Patricia A. Boyd

and mailed upon the concern parties by certified mail, at the following

address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager: Kevyn Orr
Coleman A. Young Municipal Center
2 Woodward 11th Floor
Detroit, Michigan 48226


I/We hereby certify that the statements made herein are true and correct to the of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


_Carl Williams_
Objector/appellant


_____
Objector/appellant



Date March 31 2014