UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED

2014 APR -1 P 12: 11

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor___ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO:
THE PLAN OF ADJUSTMENT
FILED BY: ~~Reaktor Benedetti~~ KEVYN ORR

RENLA SESSION _____ hereby states his/her/their OBJECTION
TO: THE PLAN OF ADJUSTMENT for the following reasons.

1.    I / we am/are  interested in the Bankruptcy of the City of Detroit because
    I am a Longtime resident who is close to
    retirement age. I am also a UAW member.

2.    I / we object to the above filing because:
Aside from the dire consequences Kevyn Orr's Plan of
Adjustment would have on the lives of the pensioners,
no one is considering the psychological affect the plan
will have on the people of Detroit. Cities are not balance
sheets. A citys' greatest asset its' people. Mr. Orr seems
to be totally out of touch with how the average Detroiter
is forced to live. Our retirees, who are and always
have been our most dependable citizens, very often

3.    I have/ have not attached additional sheets to explain and establish my position.
        I have one Attachment.
I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

                                    Renla C. Session
                                    14149 Rutherford st.
                                    Detroit MI 48227
                                    313 838-1637

Dated:

are living with multiple generations in their household. Not only are they supplementing the income of their grown children who are usually unemployed or underemployed, but they are often raising grandchildren, and some are even caring for aged parents. It is not at all uncommon for Detroiters to have four generations under one roof. Any cuts to retiree's income would have a domino affect on the whole family. THe psychological affect on the younger generation would be devastating as well. How can a person be motivated to get a honest job when he or she has watched parents and grandparents get up everyday, go to work, pay the bills, be responsible citizens only to end up homeless on the street with nothing? How could one have hope for a better life? Only a slave works for nothing. Why should the pensioners be punished when their only wrongdoing was believing in the state of Michigan's promise to safeguard the pensions that they earned.