UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED (I)
2014 APR -1 A 11: 42
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS and HASSAN ALEEM

    Creditors/Appellants,

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

    Debtor/Appellee

Case No. 14-cv-10434
Hon. Bernard A. Friedman
/ Magistrate Paul J. Komives

STATE OF MICHIGAN)
                 ) SS
COUNTY OF WAYNE )

## PROOF OF SERVICE

\_\_\_Vera C. Magee\_\_\_, being first duly sworn,

deposes and Say: that on March 25 2014. I sent a copy of the

Objection to the Statement of Disclosure upon the concern parties

by certified mail, at the following address

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager: Kevyn Orr
Coleman A. Young Municipal Center
2 Woodward 11th Floor
Detroit, Michigan 48226

Sign _Vera C. Magee_

Subscribed to and sworn to before me

this 25th day of March 2014

_Amy Zelenka_
Notary

AMY ZELENKA
Notary Public - Michigan
Wayne County
My Commission Expires Apr 18, 2020
Acting in the County of Wayne