UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                         Chapter 9

City of Detroit, Michigan,                 Case No. 13-53846

                   Debtor.                       Hon. Steven W. Rhodes
_____/             Hon. Gerald E. Rosen

### Order Regarding Provision of Actuarial Data

This Court, having been duly appointed as mediator in this case pursuant to the Order of the United States Bankruptcy Judge Steven Rhodes dated August 13, 2013, hereby enters this Order to confirm the terms by which Gabriel Roeder Smith and Company, independent actuaries for the Retirement Systems of the City of Detroit, has provided and will continue to provide actuarial data to the independent actuaries of the official Retirees Committee (Segal and Company) and to the City of Detroit (Milliman and Company).

The provision of actuarial data to other parties, their actuaries, or their financial advisors by Gabriel Roeder Smith and Company, at the request and/or direction of the mediators, shall not affect the independence of Gabriel Roeder Smith, which has not incurred and will not incur any liability to any party, except its own clients, by providing such actuarial data. Each actuarial firm is alone professionally responsible for the information and conclusions it provides to its client.

                                             s/ Gerald E. Rosen
                                             Gerald E. Rosen, U.S. District Chief Judge,
                                             Judicial Mediator

Dated: March 31, 2014