# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS and HASSAN ALEEM

    Creditors/Appellants,

v

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR

    Debtor/Appellee

Chapter 9  
Case No. 13-53846  
Judge Steven W Rhodes

FILED (I) 2014 APR -1 A 11:41 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

    Case No. 14-cv-10434  
    Hon. Bernard A. Friedman  
    Magistrate Paul J. Komives

STATE OF MICHIGAN )  
                 ) SS  
COUNTY OF WAYNE )

## PROOF OF SERVICE

_RUBY P. MAGee_, being first duly sworn, deposes and Say: that on March 24th, 2014. I sent a copy of the Objection to the Statement of Disclosure upon the concern parties by certified mail, at the following address

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager: Kevyn Orr
Coleman A. Young Municipal Center
2 Woodward 11th Floor
Detroit, Michigan 48226


Sign _Ruby P. Magee_


Subscribed to and sworn to before me

this _24th_ day of March 2014

VERA C. MAGEE
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Dec 29, 2019
ACTING IN COUNTY OF _WAYNE_

_Vera C. Magee_
Notary