UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED (I)
2014 APR -1 A 11: 4<
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

MURPHY WILBERT MAGEE
your name        Creditors/Appellants,

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Debtor/Appellee

Case No. 14-cv-10434
Hon. Bernard A. Friedman
/ Magistrate Paul J. Komives

## OBJECTIONS TO CITY PLAN OF ADJUSTMENT

I/We are residents of the City of DETROIT

and a taxpayer of the State of Michigan and a citizen of the United States.

I/We are creditor and/or creditors and the interested part and/or parties and

object to the bankruptcy and to the City Plan of Adjustment for the

following reasons:

1) We object to Kevyn Orr plan of adjustment because it infringes on

and take away you're right to vote on pages 22-23 of the plan of adjustment.

2) We object to "A ten 10% reduction in monthly pension amount (b) elimination of the deferred retirement option plan feature of Police and Fireman Retirement System (PFRS) and a **10% reduction in the monthly pension amount** <u>provided</u> that with respect to holders that are active employee, in the event the unfunded liabilities of the PFRS for the plan year ending June 30, 2014 is greater than the unfunded liabilities of the PFRS as of June 30, 2013, **the reduction** in the monthly pension amount <u>shall be increased</u> to the extent necessary to ensure that there is no change in the amount of the under funding between plan year ending 2013 and 2014. Section 193 page 15.

3) We object to no determination on the Certificate of Participation (COP) swap claims that was a major cause of the bankruptcy in article 11 Classification of claims; cramdown executory contracts and unexpired lease. Article 11 page 23.

I hereby certify that the statement made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America

_[signature]_
Objector signature
Address 5170 SEMINOLE
City, State, & Zip DET. Mich - 48213