UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED (I)
2014 APR -1 A 11: 42
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS and HASSAN ALEEM

    Creditors/Appellants,

v

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |

    Debtor/Appellee

                                                      Case No. 14-cv-10434
                                                      Hon. Bernard A. Friedman
_____ / Magistrate Paul J. Komives

STATE OF MICHIGAN )
                       ) SS
COUNTY OF WAYNE )

## PROOF OF SERVICE

\_\_MURPHY-WILBERT ~~MAGEE~~\_\_, being first duly sworn,

deposes and Say: that on March _24_ 2014. I sent a copy of the

Objection to the City Plan of Adjustment upon the concern parties

by certified mail, at the following address

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager: Kevyn Orr
Coleman A. Young Municipal Center
2 Woodward 11th Floor
Detroit, Michigan 48226


Sign _MurphyMagee_



Subscribed to and sworn to before me

this 24th day of March 2014

VERA C. MAGEE
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Dec 29, 2019
ACTING IN COUNTY OF WAYNE

_Vera C. Magee_
Notary