UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                    CASE NO # 13-53846-SWR
CITE OF DET., MICH.                  CHAPTER 9
                                     HON. STEVEN W. RHODES

OBJECTION to the City of Detroit's Disclosure statement with Respect to plan of Adjustment [Docket 2709]

I Donnita Cleveland object due to the fact the money that was awarded to me was back pay due to a five year wrongful termination. I would also object the fact the 36th dis court does not belong to the city it is just one of the courts funding units.

Sencerly
Donnita Cleveland
19432 Rutherford
Det, MI 48235
313-353-8417