UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Debtor
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Shirley Walker

Shirley Walker hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
As a City employee, my wages + benefits has been decreased, and my responsibity healthcare has increased.

2. I / we object to the above filing because:
As a grant employee neither my salary nor benefits should have been cut, because they are allocated within the grant budget

3. (I have)/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Shirley J. Walker
Signature: Shirley J. Walker
Address: 24091 Blackstone Street
Oak Park, MI 48237
Email: wmv2005@yahoo.com

Dated: 3/31/14

March 31, 2014

Shirley Walker

24091 Blackstone Street

Oak Park, MI 48237


Sr. Development Specialist, City of Detroit

## Objection to the City's Plan of Adjustment

    I object to the City's Plan of Adjustment as a City of Detroit employee. For the past few years the City has decreased my pay, benefits, and increased my responsibility for my health, dental, and optical care. Because of this, I have found it to be very difficult to make ends met. It has created a severe hardship on me and my family. My household finances has been increasingly strained regarding paying my bills, so much so, I have had to exhaust my entire available annuity in order to try to maintain a living. My quality of life has decreased tremendously. March 14, 2011 the City imposed unpaid Budget Required Furlough Days to be continued for 3 consecutive 12-month periods. Then July, 2012 the City implemented the City Employment Terms (CET) on the employees, which included a 10% pay reduction effective either August 24, 2012 or August 31, 2012 paycheck. Then various other sanctions were imposed on the employees such as:

- Merit & Step increases eliminated effective July 17, 2012.
- Vacation Accrual Cap currently at 320 hours, was reduced to 160 hours cap.
- Elimination of Swing Holidays & Election Day as a holiday effective July 1, 2012.
- Award of Reserve & Seniority Sick Banks were discontinued, no more accruals as of July 1, 2012.
- Supplemental Jury Duty pay was eliminated. You now must use your own paid leave to off on Jury Duty.
- Employee's will no longer receive the $3/day reimbursement for use of their vehicle on City business.
- Big Change in Health Care requiring employees to pay 80/20 contributions that begin Oct. 1, 2012.
    - Increased deductibles to $250/person
    - Coinsurance 80/20
    - Coinsurance maximum increase to $1,500/person
    - Office & Urgent Care co-pay increase to $100/visit
    - Emergency Room co-pay increase to $100/visit
    - New Hospital Admission co-pay $100/adm.
    - Prescription co-pay increased to $10 generic/ $35 preferred brand, $50 non-preferred brand
    - Retirement multiplier decreased to 1.5 and escalator eliminated as of November, 2012.
    - Longevity pay discontinued as of Oct.1, 2012.
    - Bonus Vacation Days discontinued as of July 1, 2012.

- ETC.

As you can see my pay went down while my benefit expenses & responsibilities went up. This makes it impossible to sustain an acceptable quality of life and my ability to pay all my obligations.

Please see attached estimated loss I incurred due to these imposed changes. Also, I work out of a GRANT department therefore my pay nor benefits were supposed to be changed because they are allotted for in the GRANT.

# Bankruptcy File

Name: Shirley J. Walker
Title: Senior Development Specialist       2/21/2014
City of Detroit Neighborhood Support Services P&DD

Non negotiated reductions in wages and Election Holidays taken away. Also

|  | Total: |
|---|---:|
| Forced 10% reduction in pay for 27 months ($22.98 hr.) | 9,311.00 |
| Elimination of longevity 2yrs @ $300/yr. | 600.00 |
| Swing Holiday hrs. taken 16hrs. @ $20.72/hr. | 331.52 |
| Election Day worked 16hrs. worked @ $20.72/hr. | 331.52 |
| Hour lunch( 1/2 hr eliminated) 3,840 hrs @ $22.98/hr | 3,000.00 |
| 1/2 hr. extension of days 3,840 @ 22.98/hr | 3,000.00 |
| Private car mileage reimbursement $12/day/mo. X 3 X 24ı | 864.00 |
| Increase in HealthCare to( 80/20) |  |

**Total claim**                              $17,438.04