UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN         Case No. 13-53846-swr
                                  Chapter 9
_____Debtor____/    Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: _____

ANTHONY J. KLUKOWSKI JR. hereby states his/~~her/their~~ OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   As a Retired Detroit Police Officer my Pension and Benefits are affected.

2. I / we object to the above filing because:
   As long as the City of Detroit has unsold assets: The City owned Art Collection, The Detroit Water Department, The Detroit Zoo, Historic Fort Wayne, numerous Golf Coarses, Museums and unknown amount of City owned Real Estate Any Pension Cuts are Premature.

3. I ~~have~~/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Anthony J. Klukowski Jr.
Signature: /s/ Anthony Klukowski Jr.
Address: 9833 Shadyside
         Livonia, MI 48150
Email: tonyjoy1997@aol.com

Dated: 31 March 2014