UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Gregory T. Waller

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
The bankruptcy proceeding is illegal because the emergency manager is illegal

2. I / we object to the above filing because:
The burden of the finances is taken from the pensioners. The citizens are bearing the brunt of this made-up bankruptcy

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Gregory T. Waller
Signature: Gregory T. Waller
Address: 11310 Cheyenne
Detroit, MI 48227
Email: gtwaller7@netscape.net

Dated: