UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: CARL HOWELL

CARL HOWELL hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I am a city of detroit employee

2. I / we object to the above filing because:
   I had to take a 10% Reduction in pay, Elimination of Longevity, Election day off with pay eliminated, cost of Health Insurance increase, decrease in sick pay

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: CARL HOWELL
Signature: Carl Howell
Address: 5274 Bishop
         Det, MI. 48224
Email: CHowell@DWSD.org

Dated:

13-53846-tjt    Doc 3440    Filed 03/31/14    Entered 04/01/14 13:26:12    Page 1 of 1