UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhoades

## OBJECTION TO PLAN

I, **Cynthia Fisher**, appearing in my own stead, object to the Plan for the following reason(s):

1. The Debtor is the custodian of funds placed in escrow pending inspection certification and clearance.
2. I am a beneficiary of funds being held in escrow.
3. The escrowed funds were from the Michigan Basic Property Insurance company in payment of property/casualty claims.
4. I obtained all inspection certification and clearances.
5. Debtor is holding my funds as an asset.

I request that the Plan not be approved without payment of my claim(s).

Respectfully submitted,

_____  
**Cynthia Fisher**

April 1, 2014

## PROOF OF SERVICE

I, the undersigned, hereby certify that on April 1, 2014, a copy of the within Objection to Plan, was served on the Debtor's counsel of record at 150 West Jefferson, Suite 2500, Detroit, Michigan 48226, by placing the same in the U.S. Mail, with postage fully prepaid.

Dated: April 1, 2014

_____  
**Cynthia Fisher**