UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor ____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Scott Odum

Scott Odum hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a current participant of the City of Detroit Pension plan.

2. I / we object to the above filing because: The City of Detroit committed to provide a pension plan. I am concerned about the impact to my pension if the Bankruptcy is approved. The City is proposing to change the pay out terms from what was originally promised.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Scott Odum
Signature: Scott Odum
Address: 15405 Heather Ridge Trail
Clinton Township, Michigan 48038
Email: SOdum1968@wowway.com

Dated: March 28, 2014