# INDEX OF EXHIBITS

1. Excerpts from Senate Select Committee Report

2. Excerpts from City of Detroit Planning and Development Report

3. Realty Trac survey

4. Treasury and HUD report

5. CAFR on charge backs

6. October 22, 2012 Detroit Free Press article

7. October 2013 Appropriation for "Restructuring"

8. Michigan Municipal League Report