# EXHIBIT 3

# Worst Ten in the Worst Ten

- The table below lists the ten metropolitan areas that had the highest rates of foreclosure in the first half of 2008 as reported by RealtyTrac (the "Worst Ten" MSAs). Foreclosure rates for sub-prime and Alt-A mortgages originated from 2005 through 2007 in these MSAs were computed using data from Loan Performance.

| Rank | MSA | Non-prime Mortgage Foreclosure Rate |
|---|---|---|
| 1 | Detroit | 22.9% |
| 2 | Cleveland | 21.6% |
| 3 | Stockton | 21.5% |
| 4 | Sacramento | 18.0% |
| 5 | Riverside/San Bernardino | 16.1% |
| 6 | Memphis | 15.6% |
| 7 | Miami/Fort Lauderdale | 14.3% |
| 8 | Bakersfield | 14.3% |
| 9 | Denver | 14.0% |
| 10 | Las Vegas | 13.9% |

- For each of these metro areas, the "Worst Ten" originators were identified: the ten originators in each MSA with the largest number of non-prime mortgage foreclosures in the Loan Performance database for 2005-2007 originations.

- Only 21 companies in various combinations occupy the Worst Ten slots in the Worst Ten metro areas:

AEGIS FUNDING CORPORATION
AMERICAN HOME MORTGAGE CORP.
AMERIQUEST MORTGAGE COMPANY
ARGENT MORTGAGE COMPANY
BNC MORTGAGE
COUNTRYWIDE
DECISION ONE MORTGAGE
DELTA FUNDING CORPORATION
FIELDSTONE MORTGAGE COMPANY
FIRST FRANKLIN CORPORATION
FREMONT INVESTMENT & LOAN
GREENPOINT MORTGAGE FUNDING
INDYMAC BANK, F.S.B.
LONG BEACH MORTGAGE CO.
NEW CENTURY MORTGAGE
OPTION ONE MORTGAGE CORP
OWNIT MORTGAGE SOLUTIONS INC.
PEOPLE'S CHOICE FINANCIAL CORP
RESMAE MORTGAGE CORPORATION
WELLS FARGO
WMC MORTGAGE CORP.

- Of these 21 firms, 12 were exclusively supervised by the states; overall, such originators accounted for nearly 60 percent of non-prime mortgage loans and foreclosures in the Worst Ten metro areas in 2005-2007.

- Only three firms on the list were subject to OCC supervision at any time during 2005-2007, and those three accounted for fewer than 12 percent of foreclosures in the Worst Ten metro areas.

- Results for the U.S. as a whole are similar to those for the Worst Ten metropolitan areas. OCC-supervised institutions accounted for approximately 12 to 14 percent of the non-prime originations; moreover, foreclosure rates for OCC-supervised institutions were markedly lower on average than for other types of originators.

# Index to the Worst Subprime Originators

| Originator | Supervisor | Foreclosures in Worst 10 Metro Areas, based on 2005-07 Originations |
|---|---|---|
| New Century Mortgage Corp. | State supervised. Subsidiary of publicly-traded REIT, filed for bankruptcy in early 2007. | 14,120 |
| Long Beach Mortgage Co. | State and OTS supervised. Affiliate of WAMU, became a subsidiary of thrift in early 2006; closed in late 2007 / early 2008. | 11,736 |
| Argent Mortgage Co. | State supervised until Citigroup acquired certain assets of Argent in 08/07. Merged into CitiMortgage (NB opsub) shortly thereafter. | 10,728 |
| WMC Mortgage Corp. | State supervised. Subidiary of General Electric, closed in late 2007. | 10,283 |
| Fremont Investment & Loan | FDIC supervised. California state chartered industrial bank. Liquidated, terminated deposit insurance, and surrendered charter in 2008. | 8,635 |
| Option One Mortgage Corp. | State supervised. Subsidiary of H&R Block, closed in late 2007. | 8,344 |
| First Franklin Corp. | OCC supervised. Subsidiary of National City Bank until 12/06. Sold to Merrill Lynch, closed in 2008. | 8,037 |
| Countrywide | Data includes loans originated by (1) Countrywide Home Loans, an FRB supervised entity until 03/07, and an OTS supervised entity after 03/07; and (2) Countrywide Bank, an OCC supervised entity until 03/07, and an OTS supervised entity after 03/07. | 4,736 |
| Ameriquest Mortgage Co. | State supervised. Citigroup acquired certain assets of Ameriquest in 08/07. Merged into CitiMortgage (NB opsub) shortly thereafter. | 4,126 |
| ResMae Mortgage Corp. | State supervised. Filed for bankruptcy in late 2007. | 3,558 |
| American Home Mortgage Corp. | State supervised. Filed for bankruptcy in 2007. | 2,954 |
| IndyMac Bank, FSB | OTS supervised thrift. Closed in July 2008. | 2,882 |
| Greenpoint Mortgage Funding | FDIC supervised. Acquired by Capital One, NA, in mid 2007 as part of conversion and merger with North Fork, a state bank. Closed immediately thereafter in 08/07. | 2,815 |
| Wells Fargo | Data includes loans originated by (1) Wells Fargo Financial, Inc., an FRB supervised entity, and (2) Wells Fargo Bank, an OCC supervised entity. | 2,697 |
| Ownit Mortgage Solutions, Inc. | State supervised. Closed in late 2006. | 2,533 |
| Aegis Funding Corp. | State supervised. Filed for bankruptcy in late 2007. | 2,058 |
| People's Choice Financial Corp. | State supervised. Filed for bankruptcy in early 2008. | 1,783 |
| BNC Mortgage | State and OTS supervised. Subsidiary of Lehman Brothers (S&L holding company), closed in August 2007. | 1,769 |
| Fieldstone Mortgage Co. | State supervised. Filed for bankruptcy in late 2007. | 1,561 |
| Decision One Mortgage | State and FRB supervised. Subsidiary of HSBC Finance Corp. Closed in late 2007. | 1,267 |
| Delta Funding Corp. | State supervised. Filed for bankruptcy in late 2007. | 598 |

Thursday, November 13, 2008