# EXHIBIT 7



COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 1100
DETROIT, MICHIGAN 48226
PHONE: 313-224-6260 TTY 311
FAX: 313-224-2827
WWW.DETROITMI.GOV

TO: Kevyn Orr, Emergency Manager

FROM: Brent Hartzell, Interim Budget Director

DATE: October 24, 2013

RE: Request for Amendment to the FY 2014 Budget of the City of Detroit
(with appropriation revisions in consultation with Ernst & Young)

At your direction, debt service appropriations for pension obligation certificates and limited tax general obligation debt for which principal and interest are not being remitted during the Chapter 9 bankruptcy filing are to be reallocated for general operational restructuring purposes. These debts include pension obligation certificates and several obligations backed by limited tax general obligation revenues.

Accordingly, pursuant to your authority under Emergency Order 12 and section 12(1)(b) of Michigan Public Act 436 of 2012, the Budget Department requests that you amend the City's FY 2014 Budget to shift $95,686,548 from various appropriations in the General Fund (see attached resolution) to the general restructuring account (Appropriation 13224). A subsequent amendment will reallocate authority within grant and enterprise funds to the extent necessary. Once decisions are made in placing specific authority within designated agencies, reallocation amendments from the restructuring account will also be required.

Confirmation of your intent and approval of this reallocation are hereby requested.

cc: Shani Penn, Chief of Staff to the Emergency Manager
Sonya Mays, Senior Advisor to the Emergency Manager
Gary Brown, Chief Operating Officer
John Naglick, Finance Director and Acting Chief Financial Officer
Portia Roberson, Corporation Counsel
City Council Members
Irvin Corley, City Council Legislative Policy Division
Adam Hollier, Legislative Liaison, Mayor's Office

See
Exhibit
1305

BY THE EMERGENCY MANAGER:

RESOLVED, pursuant to Emergency Order 12 and section 12(1)(b) of Michigan Public Act 436 of 2012 and to ensure legal authorization of additional costs for restructuring activities, that the FY 2014 Budget of the City of Detroit be and is hereby amended as follows:

FROM LTGO-SERVICED INDEBTEDNESS:

| | |
|---|---|
| Decrease Appropriation No. 00852, Claims Fund (Insurance Premium) | $ 13,630,500 |
| Decrease Appropriation No. 00993, DDA Bonds 1997 | $ 1,369,400 |
| Decrease Appropriation No. 12129, 800 MHz Project Debt Service | $ 34,953,272 |

FROM PENSION OBLIGATION CERTIFICATES:

| | |
|---|---|
| Decrease Appropriation No. 00024, Central Data Processing (ITS) | $ 314,898 |
| Decrease Appropriation No. 00028, Administration (DPW) | $ 48,199 |
| Decrease Appropriation No. 00058, Administration (Finance) | $ 80,924 |
| Decrease Appropriation No. 00060, Assessments Division (Finance) | $ 370,325 |
| Decrease Appropriation No. 00061, Purchasing Division (Finance) | $ 107,993 |
| Decrease Appropriation No. 00063, Treasury Division (Finance) | $ 248,405 |
| Decrease Appropriation No. 00064, Executive Mgmt. and Support (Fire) | $ 256,683 |
| Decrease Appropriation No. 00065, Ordinance Enforcement (Fire) | $ 472,482 |
| Decrease Appropriation No. 00067, Emergency Medical Services (Fire) | $ 2,223,265 |
| Decrease Appropriation No. 00068, Administration (DHWP) | $ 126,812 |
| Decrease Appropriation No. 00096, Executive Office (Mayor) | $ 264,113 |
| Decrease Appropriation No. 00102, Parking Violations Bureau (Muni. Pkg.) | $ 272,260 |
| Decrease Appropriation No. 00105, Administration (Human Resources) | $ 108,407 |
| Decrease Appropriation No. 00106, Personnel Selection (Hum. Resources) | $ 28,391 |
| Decrease Appropriation No. 00108, Labor Relations (Hum. Resources) | $ 130,266 |
| Decrease Appropriation No. 00111, Police Commission (Police) | $ 312,798 |
| Decrease Appropriation No. 00112, Police Executive (Police) | $ 729,631 |
| Decrease Appropriation No. 00115, Human Resources Bureau (Police) | $ 290,215 |
| Decrease Appropriation No. 00118, Criminal Investigation Bureau (Police) | $ 4,675,247 |
| Decrease Appropriation No. 00119, Management Services Bureau (Police) | $ 793,726 |
| Decrease Appropriation No. 00123, Administration (PLD) | $ 89,419 |
| Decrease Appropriation No. 00127, Engineering (PLD) | $ 123,781 |
| Decrease Appropriation No. 00128, Street Lighting (PLD) | $ 707,857 |
| Decrease Appropriation No. 00129, Operating Division (PLD) | $ 143,790 |
| Decrease Appropriation No. 00131, Heat and Power Production (PLD) | $ 197,200 |
| Decrease Appropriation No. 00181, Conduct of Elections (Elections) | $ 257,109 |
| Decrease Appropriation No. 00182, Investigation of Complaints (Ombuds.) | $ 66,287 |
| Decrease Appropriation No. 00183, Land Use Controls (BZA) | $ 28,274 |
| Decrease Appropriation No. 00226, Budget Dept. Operations (Budget) | $ 116,077 |
| Decrease Appropriation No. 00245, Accounts Div.-Administration (Finance) | $ 391,146 |
| Decrease Appropriation No. 00247, Accounts-City Income Tax Ops. (Finance) | $ 273,977 |
| Decrease Appropriation No. 00250, Protection of Human Rights (Hum. Rights) | $ 29,334 |
| Decrease Appropriation No. 00261, Auditing Operations (Auditor Gen.) | $ 92,231 |
| Decrease Appropriation No. 00265, City Clerk Ops. (City Clerk) | $ 97,553 |
| Decrease Appropriation No. 00269, City Legislative Functions (Council) | $ 282,263 |
| Decrease Appropriation No. 00277, Detroit Bldg. Authority (Non-Dept.) | $ 70,169 |
| Decrease Appropriation No. 00393, District Court (36th Dist. Ct.) | $ 216,825 |

| | | |
|---|---|---|
| Decrease Appropriation No. 00537, Rape Counseling Unit (Police) | $ | 23,074 |
| Decrease Appropriation No. 00715, Vehicle Mgmt. and Supply (Fire) | $ | 125,606 |
| Decrease Appropriation No. 00718, Fire Fighting Operations (Fire) | $ | 7,260,078 |
| Decrease Appropriation No. 00760, Commun. & Systems Support (Fire) | $ | 241,690 |
| Decrease Appropriation No. 00832, Dept. Accounting Operations (Finance) | $ | 116,377 |
| Decrease Appropriation No. 00833, Employee Services (Hum. Resources) | $ | 307,364 |
| Decrease Appropriation No. 00854, Hearings & Policy Dev. (Hum. Rsrcs.) | $ | 9,810 |
| Decrease Appropriation No. 00880, Police Athletic League (Police) | $ | 25,035 |
| Decrease Appropriation No. 00883, Development-City (PDD) | $ | 24,249 |
| Decrease Appropriation No. 00910, City Engineer (DPW) | $ | 66,966 |
| Decrease Appropriation No. 00922, Council President Office (Council) | $ | 7,203 |
| Decrease Appropriation No. 00923, Council Member Office 1 (Council) | $ | 6,216 |
| Decrease Appropriation No. 00924, Council Member Office 2 (Council) | $ | 6,216 |
| Decrease Appropriation No. 00925, Council Member Office 3 (Council) | $ | 6,216 |
| Decrease Appropriation No. 00926, Council Member Office 4 (Council) | $ | 6,216 |
| Decrease Appropriation No. 00927, Council Member Office 5 (Council) | $ | 6,216 |
| Decrease Appropriation No. 00928, Council Member Office 6 (Council) | $ | 6,216 |
| Decrease Appropriation No. 00929, Council Member Office 7 (Council) | $ | 6,216 |
| Decrease Appropriation No. 00930, Council Member Office 8 (Council) | $ | 6,216 |
| Decrease Appropriation No. 04739, General Revenue-Non-Dept. (Non-D) | $ | 201,732 |
| Decrease Appropriation No. 09112, Enhanced E-911 (Police) | $ | 295,941 |
| Decrease Appropriation No. 10082, Operations (Police) | $ | 14,120,763 |
| Decrease Appropriation No. 10151, Casino Municipal Services (Fire) | $ | 258,904 |
| Decrease Appropriation No. 10152, Casino Municipal Services (Police) | $ | 531,685 |
| Decrease Appropriation No. 10397, Board of Ethics (Non-Dept.) | $ | 13,886 |
| Decrease Appropriation No. 11040, Administration (Police) | $ | 127,683 |
| Decrease Appropriation No. 11041, Technical Services Bureau (Police) | $ | 2,235,657 |
| Decrease Appropriation No. 11042, Legal Affairs/Training (Police) | $ | 865,209 |
| Decrease Appropriation No. 11159, Blight Violations Adjudic. (DAH) | $ | 41,333 |
| Decrease Appropriation No. 11195, Risk Management Council (Auditor Gen.) | $ | 16,695 |
| Decrease Appropriation No. 11656, Recreation Mgmt. (Recreation) | $ | 49,083 |
| Decrease Appropriation No. 11657, Busin. Ops. & Suppt. Svcs. (Recreation) | $ | 24,213 |
| Decrease Appropriation No. 11663, Recreation Operations (Recreation) | $ | 225,803 |
| Decrease Appropriation No. 11665, Belle Isle Operations (Recreation) | $ | 8,433 |
| Decrease Appropriation No. 11825, Administration (GSD) | $ | 76,777 |
| Decrease Appropriation No. 11830, Facilities & Grounds Maint. (GSD) | $ | 327,551 |
| Decrease Appropriation No. 11831, Inventory Management (GSD) | $ | 36,422 |
| Decrease Appropriation No. 12146, Business License Center (BSEE) | $ | 36,353 |
| Decrease Appropriation No. 12153, Fleet Management (GSD) | $ | 761,572 |
| Decrease Appropriation No. 12154, General Services-Street Fund (GSD) | $ | 211,958 |
| Decrease Appropriation No. 13125, Media Services/Comunic. (Non-Dept.) | $ | 49,669 |
| Decrease Appropriation No. 13152, Street Maint. Garage (GSD) | $ | 131,603 |
| Decrease Appropriation No. 13161, Environmental Affairs Dept. (BSEE) | $ | 24,618 |
| Decrease Appropriation No. 13168, Real Estate & GIS (PDD) | $ | 35,474 |
| Decrease Appropriation No. 13174, Strategic Planning/Grants (Recreation) | $ | 6,482 |
| Decrease Appropriation No. 13336, Ground Maintenance (GSD) | $ | 222,123 |
| Decrease Appropriation No. 13530, Office of the Inspector General (OIG) | $ | 79,902 |
| Decrease Appropriation No. 13532, Homeland Security Ops. (Police) | $ | 15,489 |
| Decrease Appropriation No. 13567, Animal Control (Police) | $ | 109,668 |