UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN					Chapter 9

		Debtor.					Case No. 13-53846-swr
							Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 31, 2014, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. The Retiree Association Parties' Concurrence In "Response Of Official Committee Of Retirees To Order To Show Cause Why Expert Witnesses Should Not Be Appointed.

					Respectfully submitted,

					/s/ Ryan C. Plecha
					Ryan C. Plecha
					Lippitt O'Keefe Gornbein, PLLC
					370 E. Maple Rd., 3rd Floor
					Birmingham, MI  48009
					(248) 646-8292
					rplecha@lippittokeefe.com

Dated: March 31, 2014