UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  :  Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :  Case No. 13- 53846
                                                       :
                    Debtor.                            :  Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

# ORDER STRIKING COPS HOLDERS' UNAUTHORIZED SUPPLEMENTAL BRIEF [DOCKET NO. 3369]

This matter having come before the Court on the *ex parte* motion of the Debtor, City of Detroit, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the COPs Holders' Supplemental Objection to Debtor's Motion to Approve Settlement and Plan Support Agreement [Docket No. 3369] is STRICKEN.

.

**Signed on April 01, 2014**

                                                                                    /s/ Steven Rhodes
                                                                                Steven Rhodes
                                                                                United States Bankruptcy Judge