# EXHIBIT 1

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## FEE EXAMINER'S FINAL MONTHLY REPORT
## REGARDING KILPATRICK JULY-SEPTEMBER 2013 MONTHLY INVOICES

Robert M. Fishman, the duly appointed fee examiner (the "Fee Examiner"), presents this Final Monthly Report regarding the July-September 2013 Monthly Invoices of Kilpatrick & Associates, PC (the "Invoices") pursuant to paragraph 7 of the Court's Fee Review Order dated September 11, 2013 [Docket No. 810] (the "Fee Review Order"):[1]

### Background

1.     Pursuant to the Order Appointing Fee Examiner dated August 19, 2013 [Docket No. 383] (the "Appointment Order"), the Court appointed Robert M. Fishman as the Fee Examiner in connection with the above-captioned bankruptcy case.     According to the Appointment Order, it is the Fee Examiner's responsibility to assure the Court, the City, the creditors, and the public that the City's Professional Fee Expenses (as defined in the Appointment Order) are fully disclosed and are reasonable, as required by 11 U.S.C. § 943(b)(3).

2.     Pursuant to paragraph 1 of the Fee Review Order, the City and the Committee have identified the following City Professionals and Committee Professionals, whose Professional Fee Expenses are subject to review by the Fee Examiner:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning assigned in the Fee Review Order.

| City Professionals | Committee Professionals |
|---|---|
| Conway MacKenzie, Inc. | Dentons US LLP/Salans FMC SNR Denton Europe LLP |
| Ernst & Young LLP | Brooks Wilkins Sharkey & Turco PLLC |
| Jones Day | Lazard Freres & Co. LLC |
| Foley & Lardner LLP | Segal Consulting |
| Kurtzman Carson Consultants LLC | |
| Miller Buckfire & Co. LLC | |
| Miller, Canfield, Paddock & Stone, P.L.C. | |
| Milliman, Inc. | |
| Pepper Hamilton LLP | |
| Kilpatrick & Associates, PC | |
| Dykema Gossett, PLLC | |
| Ottenwess, Allman & Taweel, PLC | |

3.      Pursuant to paragraph 4 of the Fee Review Order, the Professionals are required to submit monthly invoices to the Fee Examiner within 49 days after the end of each calendar month.

4.      The Fee Examiner issued and transmitted a July-October 2013 Preliminary Report (the "Preliminary Report") to Kilpatrick & Associates, P.C. ("Kilpatrick") on or about January 23, 2014.[2] Thereafter the Fee Examiner engaged in Resolution Discussions with Kilpatrick in an effort to resolve the Fee Examiner's comments and questions regarding the Invoices.

---

[2] Because the July-October Kilpatrick Invoices were submitted simultaneously, the Fee Examiner's Preliminary Report dealt with all four months. This Final Report and the subsequent references to the Preliminary Report, deal only with July-September 2013 Invoices.

Accordingly, pursuant to paragraph 7 of the Fee Review Order, the Fee Examiner submits this Final Monthly Report regarding the Kilpatrick Invoices.

**Summary of Kilpatrick Invoices**

5.     Attached to this Final Monthly Report (as Exhibit A) are copies of the final, redacted (as applicable) Invoices that have been revised based on the Preliminary Report and Resolution Discussions between the Fee Examiner and Kilpatrick.

6.     Kilpatrick & Associates, P.C. (Exhibit A)

| Initial Voluntary Discounts | Discounting hourly rates between 33-48% |
|---|---|
| Original Fee Request | $24,705.00 |
| Additional Voluntary Fee Reduction | $0 |
| Final Fee Request | $24,705.00 |
| Original Expense Request | $61.60 |
| Additional Voluntary Expense Reduction | $0 |
| Final Expense Request | $61.60 |
| Total Fee and Expense Request | $24,766.60 |

In the Preliminary Report that the Fee Examiner sent to Kilpatrick, the Fee Examiner requested that Kilpatrick revise its Invoices to provide descriptive summaries of the services rendered in each billing category, and provide more detail for substantially all of its billing entries. In particular, Kilpatrick was asked to develop more substantive billing categories and revise its Invoices to reorganize its time entries into the newly developed, appropriate billing categories. On February 17, 2014, Kilpatrick provided written comments in response to the Fee Examiner's Preliminary Report that added more detail to individual time entries, and included summaries of billing categories for each month and a separate explanation of all abbreviations used. Kilpatrick also worked with the Fee Examiner to develop new billing categories for its time entries. Kilpatrick's comments addressed the Fee Examiner's requests, and were later

3

incorporated in Kilpatrick's revised and final July-September Invoices. Kilpatrick provided the Fee Examiner with verifications of compliance with the Fee Review Order, and the revised Invoices addressed the Fee Examiner's concerns.

Respectfully submitted,

Dated: April 1, 2014

By: ___/s/ Robert M. Fishman_____
Robert M. Fishman, Fee Examiner

Robert M. Fishman
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
rfishman@shawfishman.com

# <u>EXHIBIT A</u>

Kilpatrick & Associates, P.C.
Attorneys and Counselors at Law
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

Phone: (248) 377-0700

Fax: (248) 377-0800

City of Detroit Water & Sewerage Dept.                                    12/16/2013
William Wolfson
735 Randolph Street
Detroit, MI 48226

| | |
|---|---|
| Regarding: | **Detroit Water & Sewerage Dept.** |
| Case Number: | |
| Account Number: | **LS-1604** |
| Invoice Number | **90845** |

## *Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| **Alternative Structures** | | | | | |
| 7/19/2013 | RIK | Review of e-mail from C. Hupp of Bodman to confirm attendance at August 7, 2013 meeting with EFM's consultants | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | E-mail to C. Hupp to confirm attendance at August 7, 2013 meeting with EFM's consultants | 0.10 | $200.00 | $20.00 |
| 7/30/2013 | RIK | Receipt of e-mail from J. Doak of Miller Buckfire advising that he reserved space for a meeting with County representatives | 0.10 | $200.00 | $20.00 |
| 7/31/2013 | RIK | Receipt of e-mail from S. McCormick requesting clarification on who is permitted to attend the meeting with the County officials | 0.10 | $200.00 | $20.00 |
| 7/31/2013 | RIK | Receipt of e-mail from W. Wolfson advising that only attorneys should be in attendance at the meeting with the County officials | 0.10 | $200.00 | $20.00 |
| 7/31/2013 | RIK | Review and response to emails from S. McCormick and W. Wolfson - meeting with Jones and meeting on 8/7/13 | 0.20 | $200.00 | $40.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 8/05/2013 | RIK | Emails with H. Lennox - preparation for meeting on 8/7/13 and scheduling of conference call - Response to emails | 0.30 | $200.00 | $60.00 |
| 8/07/2013 | RIK | Review of pleadings from Jefferson County Case regarding rate setting authority | 0.60 | $200.00 | $120.00 |
| 8/07/2013 | RIK | Participation in meeting with customers and DWSD - Finances and structure | 2.30 | $200.00 | $460.00 |
| 8/07/2013 | SMK | Participation in meeting with customers and DWSD - Finances and structure | 2.30 | $150.00 | $345.00 |
| 8/09/2013 | RIK | Review of Articles and Agreements for Regional Authority | 0.80 | $200.00 | $160.00 |
| 8/13/2013 | RIK | Review and revision of term sheet | 1.30 | $200.00 | $260.00 |
| 8/13/2013 | RIK | Telephone conversation with W. Wolfson - suggestions on term sheet | 0.10 | $200.00 | $20.00 |
| 8/13/2013 | RIK | Review and response to emails from H. Lennox - calendaring of meeting | 0.20 | $200.00 | $40.00 |
| 8/13/2013 | RIK | Review of Dykema's comments on draft term sheet | 0.40 | $200.00 | $80.00 |
| 8/13/2013 | RIK | E-mail to W. Wolfson to provide comments on draft term sheet | 0.10 | $200.00 | $20.00 |
| 8/13/2013 | RIK | Review of final draft of term sheet incorporating all comments | 0.30 | $200.00 | $60.00 |
| 8/14/2013 | RIK | Receipt of email from B. Sedlak with discussion draft of term sheet - review of discussion draft of term sheet | 0.20 | $200.00 | $40.00 |
| 8/14/2013 | RIK | Receipt of email from W. Wolfson with revised term sheet, review of same | 0.40 | $200.00 | $80.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/15/2013 | RIK | Meeting with EM team, client, and counties regarding regional authority | 2.40 | $200.00 | $480.00 |
| 8/19/2013 | RIK | Receipt and review of email from A. Fillingham - Issues associated with Authority | 0.20 | $200.00 | $40.00 |
| 8/22/2013 | RIK | Participation in conference call - Regional Authority - Discussions with bond holders | 0.20 | $200.00 | $40.00 |
| 8/22/2013 | RIK | Review of Monoline Term Sheet from W. Wolfson | 0.20 | $200.00 | $40.00 |
| 8/23/2013 | SMK | E-mail to R. Franzinger at Dykema to request memorandum on BOWC approval of authority | 0.10 | $150.00 | $15.00 |
| 8/23/2013 | SMK | Receipt of e-mail from R. Franzinger containing memorandum on BOWC approval of authority- forwarded to R. Kilpatrick | 0.10 | $150.00 | $15.00 |
| 8/26/2013 | RIK | Review of Authority by memorandum from R. Frazinger, transmittal to H. Lennox | 0.30 | $200.00 | $60.00 |
| 8/27/2013 | SMK | Attended meeting at DWSD to prepare for August 29, 2013 meeting at Miller Canfield | 3.00 | $150.00 | $450.00 |
| 8/29/2013 | SMK | Attended meeting at Miller Canfield to discuss 'Authority Concerns' | 4.00 | $150.00 | $600.00 |
| 8/29/2013 | SMK | Review of Dykema's comments on draft 'Authority Concerns' | 0.30 | $150.00 | $45.00 |
| 8/29/2013 | SMK | Review of draft 'Authority Concerns' prepared by W. Wolfson in preparation for meeting with Miller Canfield | 0.40 | $150.00 | $60.00 |

Sub Total: Alternative Structures $3,730.00

**Contract Assumption/Rejection**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/22/2013 | RIK | Meeting with S. Kaminski - update on contract issues | 0.20 | $200.00 | $40.00 |
| 8/22/2013 | SMK | Meeting with R. Kilpatrick to provide update on contract issues | 0.20 | $150.00 | $30.00 |
| 8/22/2013 | SMK | Correspond with N. Bateson regarding attending meeting on contract review | 0.20 | $150.00 | $30.00 |
| 8/23/2013 | SMK | Draft summary of contracts meeting for R. Kilpatrick and W. Wolfson | 0.30 | $150.00 | $45.00 |
| 8/23/2013 | SMK | Receipt of e-mail from N. Bateson providing information for contracts meeting | 0.10 | $150.00 | $15.00 |
| 8/23/2013 | SMK | Conference call with N. Bateson, DWSD Purchasing Department, DWSD Contracts & Grants Department, and Ernst & Young regarding compiling all of DWSD's contracts for a Section 365 review. | 1.00 | $150.00 | $150.00 |
| 8/28/2013 | RIK | Review of memorandum from S. Kaminski and schedule of DWSD contracts | 0.40 | $200.00 | $80.00 |

Sub Total: Contract Assumption/Rejection            **$390.00**

**Case Status Updates**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/24/2013 | SMK | Attended a portion of the BOWC's meeting | 1.50 | $150.00 | $225.00 |
| 7/24/2013 | RIK | Prepare for meeting with BOWC | 0.60 | $200.00 | $120.00 |
| 7/24/2013 | RIK | Attendance at BOWC's meeting | 2.70 | $200.00 | $540.00 |
| 8/02/2013 | SMK | Draft report of 8/2/2013 hearing | 0.50 | $150.00 | $75.00 |
| 8/07/2013 | RIK | Revision of report on 8/2/13 hearings | 0.30 | $200.00 | $60.00 |
| 8/09/2013 | RIK | Draft and revision of transmittal memorandum - office conference with W. Jackson | 0.30 | $200.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/12/2013 | SMK | Meeting with client and board - structure | 0.90 | $150.00 | $135.00 |
| 8/12/2013 | RIK | Meeting with client and board - structure | 0.90 | $200.00 | $180.00 |
| 8/21/2013 | RIK | Dictation of memorandum to W. Wolfson and summaries | 0.50 | $200.00 | $100.00 |
| 8/26/2013 | RIK | Revision of summary of August 2, 2013 status conference prepared by S. Kaminski | 0.30 | $200.00 | $60.00 |

Sub Total: Case Status Updates            $1,555.00

**General and Admin**

| | | | | | |
|---|---|---|---|---|---|
| 7/18/2013 | RIK | Review of pleadings filed in City of Detroit's bankruptcy case | 1.40 | $200.00 | $280.00 |
| 7/19/2013 | RIK | E-mail to W. Wolfson to request permission to file Notice of Appearance in City of Detroit's bankruptcy case | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Review of e-mail from W. Wolfson granting permission to file Notice of Appearance in City of Detroit's bankruptcy case | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Review of e-mail from N. Bateson advising that a DWSD investor would like to know how DWSD will be affected by the settlement with the swap counter parties | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Preparation of Notice of Appearance | 0.30 | $200.00 | $60.00 |
| 7/19/2013 | RIK | Review of docket and pleadings | 0.80 | $200.00 | $160.00 |
| 7/19/2013 | RIK | Review of news article from M. Schenk | 0.20 | $200.00 | $40.00 |
| 7/19/2013 | SMK | E-mail Notice of Appearance to W. Wolfson | 0.10 | $150.00 | $15.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 7/21/2013 | SMK | Receipt of e-mail from client requesting conference call at 11:30 am on Monday, July 22, 2013. Call placed on R. Kilpatrick's calendar. | 0.10 | $150.00 | $15.00 |
| 7/23/2013 | RIK | Review of docket - designation of documents to be retrieved | 0.30 | $200.00 | $60.00 |
| 7/24/2013 | RIK | Review of Dockets - #53 Motion of Debtor Confirming Protection of Section 362; #56 Motion Extending the Chapter 9 Stay; #63 Objection to ExParte Motion; #70 Administrative Order, Courtroom Decorum; #84 Motion to Extend the Automatic Stay; #85 Limited Objection to Case Management & Scheduling Procedures | 1.60 | $200.00 | $320.00 |
| 7/25/2013 | RIK | Review of Syncora's Objections to Motion to Assume | 0.60 | $200.00 | $120.00 |
| 7/25/2013 | RIK | Review of docket - instructions for retrieval of pleadings | 0.30 | $200.00 | $60.00 |
| 7/31/2013 | RIK | Reviewed summary of the information conveyed by Jones Day at a meeting with the City on July 24 | 0.20 | $200.00 | $40.00 |
| 8/01/2013 | SMK | Review of Motions scheduled to be heard on August 2, 2013 | 0.60 | $150.00 | $90.00 |
| 8/09/2013 | RIK | Telephone conversation with W. Wolfson regarding forwarding of documents | 0.10 | $200.00 | $20.00 |
| 8/09/2013 | RIK | Telephone conversation with H. Lennox - Data Room | 0.20 | $200.00 | $40.00 |
| 8/13/2013 | RIK | Review of Notice of Commencement - transmittal to client | 0.20 | $200.00 | $40.00 |
| 8/13/2013 | RIK | Receipt and review of email from H. Lennox regarding FOIA request | 0.10 | $200.00 | $20.00 |
| 8/14/2013 | RIK | Receipt and review of verified statement for Mintz Levin and Notice of Appearance | 0.20 | $200.00 | $40.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 8/20/2013 | RIK | Review of Motion to Assume Executory Contact - Forbearance Agreement - Syncora | 1.00 | $200.00 | $200.00 |
| 8/21/2013 | RIK | Review of docket - Instructions to staff for retrieval of documents | 0.30 | $200.00 | $60.00 |
| 8/22/2013 | RIK | Review of docket | 0.20 | $200.00 | $40.00 |
| 8/26/2013 | RIK | Review of pleadings - Motion for Protective Order (Data Room) and Discovery, eligibility | 0.30 | $200.00 | $60.00 |
| 8/26/2013 | RIK | Review of docket - designation of documents to be retrieved | 0.20 | $200.00 | $40.00 |
| 8/27/2013 | RIK | Review of docket, retrieval of Order on Eligibility Objections | 0.20 | $200.00 | $40.00 |
| 8/28/2013 | RIK | Review of docket | 0.20 | $200.00 | $40.00 |
| 8/28/2013 | RIK | Receipt and review of Notice of Commencement - Docketing of dates | 0.20 | $200.00 | $40.00 |
| 8/29/2013 | SMK | Review of docket for bankruptcy case | 0.30 | $150.00 | $45.00 |
| 8/30/2013 | SMK | Review of docket for bankruptcy case | 0.30 | $150.00 | $45.00 |

Sub Total: General and Admin $2,090.00

**Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 7/24/2013 | SMK | Attended hearing in City of Detroit's bankruptcy case in which Judge Rhodes made his ruling on the Motion to Confirm the Automatic Stay and Motion to Extend the Automatic Stay | 1.00 | $150.00 | $150.00 |
| 7/24/2013 | RIK | Attendance at initial hearing on case | 3.30 | $200.00 | $660.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/24/2013 | SMK | Attended hearing on Motion to Confirm the Automatic Stay and Motion to Extend the Automatic Stay | 1.00 | $150.00 | $150.00 |
| 8/02/2013 | SMK | Attended status conference in City of Detroit's bankruptcy case | 6.00 | $150.00 | $900.00 |
| 8/28/2013 | SMK | Attended status conference in City of Detroit's bankruptcy case | 2.00 | $150.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| Sub Total: Hearings | | | | | $2,160.00 |

**Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/18/2013 | RIK | Review of information on Bonds and Suit by pensioners | 0.40 | $200.00 | $80.00 |
| 7/19/2013 | RIK | Review of e-mail from W. Wolfson with questions regarding the effect of the automatic stay | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | E-mail to W. Wolfson to address questions related to the effect of the automatic stay | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Review of e-mail from N. Bateson advising that EFM's office wants all DWSD finance inquiries to go through Ernst & Young. | 0.10 | $200.00 | $20.00 |
| 7/23/2013 | RIK | Telephone conversation with W. Wolfson regarding litigation claims and future actions | 0.20 | $200.00 | $40.00 |
| 7/23/2013 | RIK | Review and response to emails from Jones Day and client | 0.40 | $200.00 | $80.00 |
| 7/24/2013 | SMK | Meeting with N. Bateson to obtain information regarding DWSD's finances | 1.00 | $150.00 | $150.00 |
| 7/29/2013 | RIK | Receipt of e-mail from W. Wolfson requesting assistance ███████████████ ███████████████ | 0.10 | $200.00 | $20.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/29/2013 | SMK | Receipt of e-mail from W. Wolfson requesting assistance ███████████████████ | 0.10 | $150.00 | $15.00 |
| 7/30/2013 | RIK | Receipt of e-mail from S. McCormick ███████ ██████████████████ ██████████████████ ████████ | 0.10 | $200.00 | $20.00 |
| 7/30/2013 | RIK | E-mail to W. Wolfson advising that our office will work with G. Watkins ████████████████ ██████████████████ ████████████ | 0.20 | $200.00 | $40.00 |
| 7/30/2013 | SMK | Receipt of e-mail from S. McCormick ████████ ██████████████████ ████████ | 0.10 | $150.00 | $15.00 |
| 7/31/2013 | SMK | Telephone conversation with G. Watkins ███████ ████████████ | 0.50 | $150.00 | $75.00 |
| 8/01/2013 | SMK | E-mail to G. Watkins████████████████ ███████ | 0.10 | $150.00 | $15.00 |
| 8/05/2013 | RIK | Review of emails with attachments from W. Wolfson - preparation for meeting on 8/6/13 | 0.40 | $200.00 | $80.00 |
| 8/05/2013 | RIK | Review of report on CPA's Order from Cox and memo to preparation for meeting | 0.50 | $200.00 | $100.00 |
| 8/05/2013 | RIK | Review of email from R. Franzinger - regarding EM Letter Judge Cox's Order and Labor negotiations | 0.20 | $200.00 | $40.00 |
| 8/05/2013 | RIK | Conference call with S. McCormick and W. Wolfson - Labor, current events and conference calls | 0.70 | $200.00 | $140.00 |
| 8/05/2013 | RIK | Review of emails from 8-1-13 through 8-4-13 on various topics | 0.30 | $200.00 | $60.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 8/06/2013 | RIK | Final preparation for meeting on labor issues | 0.30 | $200.00 | $60.00 |
| 8/06/2013 | RIK | Attendance at meeting on Labor Issues | 2.40 | $200.00 | $480.00 |
| 8/06/2013 | RIK | Participation in conference call to prepare for labor issues meeting on 8/7/13 | 0.80 | $200.00 | $160.00 |
| 8/06/2013 | RIK | Telephone conversation with W. Wolfson - preparation for 8/7/13 meeting | 0.20 | $200.00 | $40.00 |
| 8/06/2013 | SMK | Attendance at meeting on labor issues | 2.40 | $150.00 | $360.00 |
| 8/06/2013 | SMK | Review of e-mails from N. Bateson regarding customer deposits | 0.10 | $150.00 | $15.00 |
| 8/06/2013 | SMK | Review of meeting agenda and memorandum prepared by S. Schwartz | 0.20 | $150.00 | $30.00 |
| 8/08/2013 | RIK | Receipt and review of emails from N. Bateson with Sidley/Blackstone information on request | 0.40 | $200.00 | $80.00 |
| 8/08/2013 | SMK | Review of spreadsheet of City of Detroit's water & sewer accounts | 0.30 | $150.00 | $45.00 |
| 8/09/2013 | SMK | E-mail to W. Wolfson and N. Bateson to request permission to forward the list of the City of Detroit water & sewer accounts to Ernst Young and Jones Day | 0.10 | $150.00 | $15.00 |
| 8/12/2013 | RIK | Review and response to emails from W. Wolfson and N. Bateson | 0.30 | $200.00 | $60.00 |

Sub Total: Operations $2,375.00

**U.S. Bank**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/20/2013 | RIK | Receipt of email with US Bank notification and information request on beneficiaries of bonds | 0.30 | $200.00 | $60.00 |
| 8/27/2013 | RIK | Review of Spreadsheet on Bonds | 0.40 | $200.00 | $80.00 |

Sub Total: U.S. Bank $140.00

**Vendor Issues**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/18/2013 | RIK | Call with W. Wolfson regarding City of Detroit filing and adequate assurance letter | 0.20 | $200.00 | $40.00 |
| 7/18/2013 | RIK | Telephone conversation with H. Lennox, M. Schenk regarding meeting | 0.30 | $200.00 | $60.00 |
| 7/19/2013 | RIK | Review of e-mail from W. Wolfson outlining the duties that were assigned during the conference call. | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Telephone conversation with H. Lennox to discuss messaging to vendors and to request written confirmation that DWSD vendors will be paid during the pendency of the City's bankruptcy case. | 0.30 | $200.00 | $60.00 |
| 7/19/2013 | RIK | E-mail from M. Schenk providing telephone number for counsel for the lime vendor | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Telephone conversation with counsel for the lime vendor | 0.20 | $200.00 | $40.00 |
| 7/19/2013 | RIK | E-mail to N. Bateson advising that the adequate assurance letter and talking points will be sent shortly and that a discussion will be needed on the appropriate response to investor questions. | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Conference call with W. Wolfson, M. Schenk, N. Bateson, T. Gavin, and Sue McCormick to discuss next steps in Chapter 9 case and communicating with vendors | 0.50 | $200.00 | $100.00 |
| 7/19/2013 | RIK | Review and response to emails from clients, co-counsel and others - various issues | 2.50 | $200.00 | $500.00 |

| 7/19/2013 | RIK | Telephone conversation with W. Wolfson regarding future actions | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|
| 7/19/2013 | RIK | Conference call with Dykema to discuss addressing client's questions regarding payment of vendors and the effect of the automatic stay. | 0.40 | $200.00 | $80.00 |
| 7/19/2013 | RIK | Review of e-mail forwarded by W. Wolfson from DWSD contractor Weiss Construction asking how the City of Detroit's bankruptcy case will affect DWSD payments to contractors | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Telephone conversation with counsel for Weiss Construction to address questions regarding payment for services | 0.20 | $200.00 | $40.00 |
| 7/19/2013 | RIK | Review of e-mail from M. Schenk advising that lime vendor, Carmeuse, is requiring cash in advance to provide the lime until it is listed as a critical vendor in the City's bankruptcy case | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Review of revisions made to adequate assurance letter by S. Kaminski. Further revision of adequate assurance letter. | 0.20 | $200.00 | $40.00 |
| 7/19/2013 | RIK | E-mail to W. Wolfson, M. Schenk, N. Bateson, S. McCormick to provide a summary of telephone conversation with H. Lennox regarding vendor issues | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Telephone conversation with B. Erens regarding payment to vendors by DWSD | 0.20 | $200.00 | $40.00 |
| 7/19/2013 | RIK | E-mail to M. Schenk, W. Wolfson, S. McCormick, N. Bateson to provide summary of telephone conversation with B. Erens | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Review of e-mail from N. Bateson providing link to vendor letter posted on City of Stockton's Chapter 9 information page and review of vendor letter | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | RIK | Review and revision of proposed talking points drafted by S. Kaminski | 0:20 | $200.00 | $40.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/19/2013 | RIK | Review of e-mail from Sonya Mays advising that DWSD needs to align with the City's vendor management/ communication plan | 0.10 | $200.00 | $20.00 |
| 7/19/2013 | SMK | E-mail proposed talking points for vendors to W. Wolfson and M. Schenk | 0.10 | $150.00 | $15.00 |
| 7/19/2013 | SMK | Revision of adequate assurance letter, which included conducting research on the treatment of vendors in Chapter 9 cases. | 0.80 | $150.00 | $120.00 |
| 7/19/2013 | SMK | E-mail revised adequate assurance letter to W. Wolfson and M. Schenk for review | 0.10 | $150.00 | $15.00 |
| 7/19/2013 | SMK | Developed talking points for use with vendors | 0.30 | $150.00 | $45.00 |
| 7/19/2013 | SMK | Conference call with W. Wolfson, M. Schenk, N. Bateson, T. Gavin, and S. McCormick to discuss next steps in Chapter 9 case and communicating with vendors | 0.50 | $150.00 | $75.00 |
| 7/19/2013 | SMK | Conference call with Dykema to discuss addressing client's questions regarding payment of vendors and the effect of the automatic stay | 0.40 | $150.00 | $60.00 |
| 7/20/2013 | RIK | Review of emails from EM and client - Messaging, payment of vendors and essential vendors | 0.40 | $200.00 | $80.00 |
| 7/22/2013 | RIK | Review of emails from EM and client - protocol, messaging and payment of vendors | 0.30 | $200.00 | $60.00 |
| 7/22/2013 | RIK | Revision of Protocol for vendor payment | 0.30 | $200.00 | $60.00 |
| 7/22/2013 | RIK | Telephone conversation with client - Preparation for conference call with EM and professionals | 0.40 | $200.00 | $80.00 |
| 7/22/2013 | RIK | Conference call with client, EM and professionals | 0.80 | $200.00 | $160.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/22/2013 | RIK | Telephone conversation with W. Wolfson - future actions | 0.20 | $200.00 | $40.00 |
| 7/22/2013 | RIK | Revision of Adeq. Assurance Letter | 0.30 | $200.00 | $60.00 |
| 7/22/2013 | RIK | Review and response to emails from client | 0.30 | $200.00 | $60.00 |
| 7/22/2013 | RIK | Conference call with Ernest & Young, Jones Day, EFM's Office, and the DWSD regarding proposed Protocol for Payment to Vendors | 0.60 | $200.00 | $120.00 |
| 7/22/2013 | SMK | Scheduled conference call with M. Schenk and W. Wolfson to discuss proposed Protocol for Vendor Payment | 0.10 | $150.00 | $15.00 |
| 7/22/2013 | SMK | Receipt of e-mail from M. Schenk requesting additional revisions to vendor letter | 0.10 | $150.00 | $15.00 |
| 7/22/2013 | SMK | Receipt of e-mail from W. Wolfson and M. Schenk requesting that vendor letter be forward to Jones Day and the EFM's Office | 0.10 | $150.00 | $15.00 |
| 7/22/2013 | SMK | E-mail to W. Wolfson and M. Schenk to confirm who the vendor letter should be sent to | 0.10 | $150.00 | $15.00 |
| 7/22/2013 | SMK | Revision of adequate assurance letter to apply to generic "essential vendors" | 0.20 | $150.00 | $30.00 |
| 7/22/2013 | SMK | E-mail revised vendor letter to M. Schenk and W. Wolfson | 0.10 | $150.00 | $15.00 |
| 7/22/2013 | SMK | Receipt of e-mail from M. Schenk requesting that vendor letter be revised to include more generic information | 0.10 | $150.00 | $15.00 |
| 7/22/2013 | SMK | Review of e-mail from M. Schenk setting out proposed Protocol for Vendor Payment | 0.10 | $150.00 | $15.00 |
| 7/22/2013 | SMK | Review of formal proposed Protocol for Vendor Payments from M. Schenk. Print documents for review by R. Kilpatrick | 0.30 | $150.00 | $45.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 7/22/2013 | SMK | Add R. Kilpatrick's suggested revisions to the proposed Protocol for DWSD Vendor Payments | 0.10 | $150.00 | $15.00 |
| 7/22/2013 | SMK | E-mail revised proposed Protocol for DWSD Vendor Payments to M. Schenk | 0.10 | $150.00 | $15.00 |
| 7/22/2013 | SMK | Conference call with W. Wolfson, S. McCormick, M Schenk, and N. Bateson regarding the proposed Protocol for Vendor Payment | 0.40 | $150.00 | $60.00 |
| 7/22/2013 | SMK | Conference call with Ernest & Young, Jones Day, EFM's Office, and the DWSD regarding proposed Protocol for Payment to Vendors | 0.60 | $150.00 | $90.00 |
| 7/22/2013 | SMK | E-mail to W. Wolfson and M. Schenk regarding preparing new letter to vendors | 0.10 | $150.00 | $15.00 |
| 7/23/2013 | RIK | Review of final draft of vendor letter provided by EFM's office | 0.10 | $200.00 | $20.00 |
| 7/23/2013 | SMK | Receipt of e-mails from M. Schenk and W. Wolfson providing the contact information for the parties that are to receive the vendor letter | 0.10 | $150.00 | $15.00 |
| 7/23/2013 | SMK | E-mail vendor letter to Jones Day, Ernest & Young, and the EFM's Office per M. Schenk and W. Wolfson's request | 0.10 | $150.00 | $15.00 |
| 7/23/2013 | SMK | Telephone conversation with W. Wolfson regarding vendor Letter | 0.10 | $150.00 | $15.00 |
| 7/23/2013 | SMK | E-mail to Jones Day, Ernst & Young, and the EFM's office to follow up on vendor letter, per W. Wolfson's request | 0.10 | $150.00 | $15.00 |
| 7/29/2013 | SMK | Conference call with DWSD, Ernest & Young, and Jones Day regarding vendor payment issues | 0.50 | $150.00 | $75.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 7/29/2013 | SMK | E-mail to W. Wolfson to find out who has additional information regarding the contracts with AT&T and DTE | 0.10 | $150.00 | $15.00 |
| 7/29/2013 | SMK | Review of e-mail from N. Bateson regarding payment to NEFCO | 0.10 | $150.00 | $15.00 |
| 7/29/2013 | SMK | Receipt of e-mail from N. Bateson providing the information for the 3:30 p.m. telephone conference regarding payment to vendors | 0.10 | $150.00 | $15.00 |
| 7/29/2013 | RIK | Review of e-mail from N. Bateson regarding payment to NEFCO | 0.10 | $200.00 | $20.00 |
| 7/29/2013 | RIK | Receipt of e-mail from N. Bateson providing the information for the 3:30 p.m. telephone conference regarding payment to vendors | 0.10 | $200.00 | $20.00 |
| 7/29/2013 | RIK | Review of agenda for 3:30 p.m. telephone conference regarding payment to vendors | 0.10 | $200.00 | $20.00 |
| 7/29/2013 | RIK | Conference call with DWSD, Ernest & Young, and Jones Day regarding vendor payment issues | 0.50 | $200.00 | $100.00 |
| 7/29/2013 | SMK | Review of agenda for 3:30 p.m. telephone conference | 0.10 | $150.00 | $15.00 |
| 7/29/2013 | RIK | Review of email from W. Wolfson - Essential Vendor, procedures and forms - comments to client on same | 0.30 | $200.00 | $60.00 |
| 7/29/2013 | RIK | Conference call with S. McCormick and W. Wolfson - follow-up to Vendor call on payment | 0.30 | $200.00 | $60.00 |
| 7/30/2013 | RIK | Receipt of e-mail from N. Bateson regarding vendor Letter | 0.10 | $200.00 | $20.00 |
| 7/30/2013 | RIK | E-mail to N. Bateson regarding vendor Letter | 0.10 | $200.00 | $20.00 |
| 7/30/2013 | RIK | Receipt of e-mail from W. Wolfson requesting that our office prepare a post-petition letter for potential vendors | 0.10 | $200.00 | $20.00 |

| 7/30/2013 | RIK | E-mail to W. Wolfson advising that a draft of the post-petition letter to vendors will be prepared by August 1, 2013 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|
| 7/30/2013 | SMK | Receipt of e-mail from W. Wolfson requesting that our office prepare a post-petition letter for potential vendors | 0.10 | $150.00 | $15.00 |
| 7/30/2013 | SMK | Receipt of e-mail from N. Bateson regarding vendor Letter | 0.10 | $150.00 | $15.00 |
| 7/31/2013 | RIK | Review and revision of rough draft of post-petition vendor letter | 0.30 | $200.00 | $60.00 |
| 7/31/2013 | SMK | Drafted post-petition letter to potential vendors | 0.40 | $150.00 | $60.00 |
| 8/05/2013 | SMK | Draft proposed post-petition vendor letter | 0.40 | $150.00 | $60.00 |
| 8/05/2013 | RIK | Revision of post-petition vendor letter | 0.20 | $200.00 | $40.00 |
| 8/06/2013 | RIK | Review of revised post-petition vendor letter | 0.10 | $200.00 | $20.00 |
| 8/06/2013 | SMK | Revision of post-petition vendor letter to incorporate changes requested by R. Kilpatrick | 0.20 | $150.00 | $30.00 |
| 8/06/2013 | SMK | E-mail proposed post-petition vendor letter to W. Wolfson for review and approval | 0.10 | $150.00 | $15.00 |
| 8/21/2013 | RIK | Review of email from W. Wolfson - vendor letter , transmittal to T. Hoffman for comments | 0.30 | $200.00 | $60.00 |
| 8/22/2013 | SMK | E-mail to N. Bateson to request AT&T services contract | 0.10 | $150.00 | $15.00 |
| 8/22/2013 | SMK | E-mail to T. Hoffman to follow up on approval of post-petition vendor letter | 0.10 | $150.00 | $15.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 8/22/2013 | SMK | Receipt of e-mail from Sam Anderson, counsel for Infiniti, a company that supplies water meters to DWSD requesting assurance of payment in advance of the next shipment. | 0.10 | $150.00 | $15.00 |
| 8/22/2013 | SMK | Telephone conversation with Sam Anderson, counsel for Infiniti, which supplies water meters to DWSD to discuss request for assurance of payment for post-petition services. | 0.10 | $150.00 | $15.00 |
| 8/23/2013 | RIK | Review of emails from T. Hoffman revised Letter - follow-up instructions for transmittal to client | 0.20 | $200.00 | $40.00 |
| 8/23/2013 | SMK | E-mail post-petition vendor letter with T. Hoffman's revisions to W. Wolfson | 0.10 | $150.00 | $15.00 |
| 8/23/2013 | SMK | Receipt of e-mail from N. Bateson containing AT&T services agreement- review of same | 0.30 | $150.00 | $45.00 |
| 8/23/2013 | SMK | Telephone conversation with B. Pickering of Ernst & Young to follow up on the status of payment of the DTE and AT&T accounts | 0.10 | $150.00 | $15.00 |
| 8/27/2013 | SMK | E-mail to N. Bateson to request AT&T shut off notices, | 0.10 | $150.00 | $15.00 |
| 8/30/2013 | SMK | Receipt of e-mail on the status of payment to AT&T and DTE from Shavi Sarna of Ernst & Young | 0.10 | $150.00 | $15.00 |
| 8/30/2013 | SMK | E-mail to T. Hoffman to follow up on the status of Emergency Manager approval of the post-petition vendor letter | 0.10 | $150.00 | $15.00 |

Sub Total: Vendor Issues      $3,895.00

Total Fees      $16,335.00

Total New Charges $16,335.00

Previous Balance $16,826.65

Balance Due $33,161.65

## Phase Table

| Phase | Hours | Rate | Charges |
|---|---|---|---|
| Alternative Structures | 10.20 | 150.00 | $1,530.00 |
| Alternative Structures | 11.00 | 200.00 | $2,200.00 |
| Contract Assumption/Rejection | 1.80 | 150.00 | $270.00 |
| Contract Assumption/Rejection | 0.60 | 200.00 | $120.00 |
| Case Status Updates | 2.90 | 150.00 | $435.00 |
| Case Status Updates | 5.60 | 200.00 | $1,120.00 |
| Fee Review | 0.00 | 0.00 | $0.00 |
| General and Admin | 1.40 | 150.00 | $210.00 |
| General and Admin | 9.40 | 200.00 | $1,880.00 |
| Hearings | 10.00 | 150.00 | $1,500.00 |
| Hearings | 3.30 | 200.00 | $660.00 |
| Operations | 4.90 | 150.00 | $735.00 |
| Operations | 8.20 | 200.00 | $1,640.00 |
| U.S. Bank | 0.70 | 200.00 | $140.00 |
| Vendor Issues | 8.50 | 150.00 | $1,275.00 |
| Vendor Issues | 13.10 | 200.00 | $2,620.00 |

## Staff Summary

| Name | Hours | Rate |
|---|---|---|
| Richardo I Kilpatrick | 51.90 | $200.00 |
| Shanna M Kaminski | 39.70 | $150.00 |

# SUMMARY OF BILLING CATEGORIES

**General and Administrative**

Legal services billed under the General and Administrative category include any and all legal services that do not fit in one of the discrete categories listed below. Included in this category in the attached invoice are fees for review of the docket for the City of Detroit's bankruptcy case and relevant pleadings filed in the case. Also included are telephone conversations with co-counsel to DWSD, Jones Day, to discuss FOIA requests and the data room.

**Operations**

Kilpatrick & Associates, P.C. ("Firm") assists the City of Detroit Water and Sewerage Department ("DWSD") with matters that arise in its day-to-day operations. The time spent providing such services are billed under the Operations category. During the period covered by the attached invoice, the Firm was ask to provide counsel on a number of bankruptcy related matters that DWSD was concerned would affect operations. For example, DWSD requested that the Firm provide counsel on the effect of the automatic stay ██████████████████████ ████████████ Notably, there was a meeting between labor counsel for DWSD, Jones Day, and DWSD management that the Firm was asked to attend to provide information regarding how the bankruptcy may effect ongoing labor negotiations and litigation. The Firm was also asked to meet with the Chief Financial Officer of DWSD so that the firm could be apprised of how finance related matters are addressed.

**Vendor Issues**

After the City of Detroit filed its bankruptcy case, there were concerns from vendors that provide services to DWSD that they would not be paid for service provided. The City was experiencing the same concerns from its vendors. To insure that both the City's and DWSD's vendors were provided consistent information, a meeting was scheduled with the City and its counsel and DWSD and its counsel. During the meeting, the Firm was asked to draft a generic

letter that could be sent to vendors that DWSD intended to have an ongoing relationship with which would assure them that payment would continue to be made in the ordinary course on normal credit terms ("adequate assurance letter"). After the letter was drafted and approved by DWSD, the Firm obtained approval of the letter from the City.

DWSD learned that new vendors were also expressing concerns about not being paid for services. DWSD requested that the Firm draft a generic letter that could be provided to new vendors to provide assurance of payment for services in the ordinary course and on normal credit terms during the pendency of the bankruptcy case. After receiving approval of the letter from DWSD, the Firm worked with counsel for the City to obtain approval of the letter from the City.

During the time period covered by the attached invoice, the Firm also fielded calls from DWSD's vendors and answered questions about payment and operations during the pendency of the bankruptcy case.

**Contract Assumption/Rejection**

Section 365 of United States Bankruptcy Code permits DWSD to assume or reject executory contracts and unexpired leases. DWSD requested that the Firm assist in determining what contracts to assume or reject and monitor the progress of the process. During the time period covered by the attached invoice, the Firm prepared for and participated in a conference call with DWSD and Ernst & Young, accountants for the City of Detroit, to discuss compiling all of the DWSD's contacts to determine what contracts would be assumed or rejected.

**U.S. Bank**

U.S. Bank is the Trustee for the water and sewer bonds. DWSD requested the Firm's assistance with examining due diligence and fee requests made by U.S. Bank under the Trust Indenture. During the time period covered by the attached invoice, the Firm became acclimated with covenants included in the Trust Indenture.

**Case Status Updates**

As bankruptcy counsel for DWSD, the Firm is expected to keep DWSD apprised of the status of the City of Detroit's bankruptcy case. To do so, the Firm provides both verbal and written case status updates to DWSD. The legal services billed under the Case Status Updates category include the verbal and written status updates provided to DWSD by the Firm during the time period covered by the proposed invoice. Notably, the Firm attended a BOWC meeting to

explain Chapter 9 bankruptcy and to provide an update on the status of the City of Detroit's bankruptcy case.

## Alternative Structures

Legal services billed under the Alternative Structures category relate to investigation and implementation of an array of potential structures for DWSD designed to maximize the value of DWSD to the City of Detroit after the City exits bankruptcy. During the time period covered by the attached invoice, the Firm prepared for and attended a meeting with Oakland, Macomb, and Wayne Counties and the City's professionals regarding spinning off DWSD into a regional water and sewer authority. In preparation for the meeting, the Firm reviewed and provided comment on a proposed term sheet for the transaction that was prepared by Jones Day, restructuring counsel for the City of Detroit. The Firm also prepared for and attended a meeting with Miller Canfield, counsel for the City of Detroit to discuss the logistics of the creation of a regional water and sewer authority.

## Hearings

In addition to providing case status updates, the Firm attends hearings in the City of Detroit's bankruptcy case to be able to provide DWSD with appropriate updates on the status of the City's bankruptcy case. The fees included under the Hearings category consist of time spent at hearings in the City of Detroit's bankruptcy case. During the time period covered by the attached invoice, the Firm attended the initial status conference and hearing on the Motion to Confirm the Automatic Stay and the Motion to Extend the Automatic Stay in the case on July 24, 2013. The Firm also attended the August 2, 2013 and August 28, 2013 status conferences.

Kilpatrick & Associates, P.C.
Attorneys and Counselors at Law
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

Phone: (248) 377-0700

Fax: (248) 377-0800

City of Detroit Water & Sewerage Dept.
William Wolfson
735 Randolph Street
Detroit, MI 48226

12/16/2013

| Regarding: | Detroit Water & Sewerage Dept. |
| Case Number: | |
| Account Number: | LS-1604 |
| Invoice Number | 90865 |

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| **Alternative Structures** | | | | | |
| 9/03/2013 | RIK | Review of emails from W. Wolfson and co-counsel regarding draft Lease and Articles of Incorporation | 0.40 | $200.00 | $80.00 |
| 9/04/2013 | RIK | Review of draft Lease | 1.20 | $200.00 | $240.00 |
| 9/04/2013 | RIK | Conference call with W. Wolfson, S. McCormick and Dykema regarding proposed Lease | 2.10 | $200.00 | $420.00 |
| 9/04/2013 | RIK | Review and response to emails from W. Wolfson and co-counsel regarding Lease and Articles | 0.30 | $200.00 | $60.00 |
| 9/04/2013 | RIK | Review of additional information from A. Fillingham regarding potential issues with Regional Authority structure | 0.70 | $200.00 | $140.00 |
| 9/04/2013 | RIK | Review of revised draft Lease from B. Sedlak - Draft for meeting | 0.80 | $200.00 | $160.00 |
| 9/04/2013 | SMK | Review of draft Lease | 0.50 | $150.00 | $75.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 9/04/2013 | SMK | Review of executive briefing paper prepared by Dykema regarding potential issues with Regional Authority structure | 0.30 | $150.00 | $45.00 |
| 9/04/2013 | SMK | Conference call with W. Wolfson, S. McCormick, and Dykema regarding proposed Lease | 2.10 | $150.00 | $315.00 |
| 9/05/2013 | RIK | Review of proposed Articles of Incorporation for proposed regional authority | 0.70 | $200.00 | $140.00 |
| 9/05/2013 | RIK | Review of W. Wolfson's comments on proposed Articles of Incorporation | 0.50 | $200.00 | $100.00 |
| 9/05/2013 | RIK | Conference call on proposed Articles of Incorporation with W. Wolfson, S. McCormick, and Dykema | 1.00 | $200.00 | $200.00 |
| 9/05/2013 | SMK | Review of revisions made to Lease by Jones Day after receiving of DWSD's comments | 0.50 | $150.00 | $75.00 |
| 9/05/2013 | SMK | Review of proposed Articles of Incorporation for proposed Regional Authority | 0.40 | $150.00 | $60.00 |
| 9/06/2013 | RIK | Attendance at meeting with Counties and EM Professionals - meeting with client thereafter | 1.40 | $200.00 | $280.00 |
| 9/06/2013 | RIK | Final review of lease, articles and timeline to prepare for meeting | 0.50 | $200.00 | $100.00 |
| 9/06/2013 | SMK | Attended meeting with Counties and City's professionals- meeting with client thereafter | 1.40 | $150.00 | $210.00 |
| 9/09/2013 | RIK | Telephone conversation with R. McDowell - ratifications of potential sale of DWSD | 0.30 | $200.00 | $60.00 |
| 9/11/2013 | RIK | Participation in meeting with W. Wolfson, Dykema, and Miller Canfield | 2.60 | $200.00 | $520.00 |
| 9/12/2013 | RIK | Review and response to emails - client and co-counsel regarding proposal to split water and sewer functions | 0.30 | $200.00 | $60.00 |

| Date | | Description | Hours | Rate | Amount |
|------|---|-------------|-------|------|--------|
| 9/12/2013 | RIK | Review of proposal to split water and sewer functions prepared by Macomb County | 0.30 | $200.00 | $60.00 |
| 9/16/2013 | RIK | Review of email and response to W. Wolfson to proposed to split water and sewer functions - Preparation and transmittal of comments | 0.60 | $200.00 | $120.00 |
| 9/16/2013 | RIK | Review of emails from co-counsel and client regarding proposal to split water and sewer functions | 0.20 | $200.00 | $40.00 |
| 9/17/2013 | RIK | Review of email from W. Wolfson and response to proposal to split water and sewer functions | 0.40 | $200.00 | $80.00 |
| 9/23/2013 | RIK | Receipt and review of emails from W. Wolfson regarding BOWC meeting | 0.20 | $200.00 | $40.00 |
| 9/26/2013 | RIK | Review of emails from client regarding BOWC meeting scheduled for 9/30/13 | 0.30 | $200.00 | $60.00 |
| 9/26/2013 | RIK | Telephone conversation with W. Wolfson regarding BOWC meeting scheduled for 9/30/13 | 0.20 | $200.00 | $40.00 |
| 9/27/2013 | RIK | Telephone conversation with W. Wolfson - prepare for BOWC meeting | 0.20 | $200.00 | $40.00 |
| 9/27/2013 | RIK | Review of emails regarding BOWC meeting on 9/30/13 | 0.20 | $200.00 | $40.00 |
| 9/30/2013 | RIK | Attendance at BOWC meeting | 2.80 | $200.00 | $560.00 |
| 9/30/2013 | RIK | Review of revised Articles and Lease | 0.80 | $200.00 | $160.00 |
| 9/30/2013 | RIK | Review of email and attachment - prepare for BOWC meeting | 0.30 | $200.00 | $60.00 |

Sub Total: Alternative Structures                                                         $4,640.00

**Contract Assumption/Rejection**

| | | | | | |
|---|---|---|---|---|---|
| 9/12/2013 | SMK | Review of list of open and active contracts provided by N. Bateson | 0.30 | $150.00 | $45.00 |

**Case Status Updates**

| | | | | | |
|---|---|---|---|---|---|
| 9/03/2013 | SMK | Review of all relevant pleadings filed during the week of August 26, 2013 and prepared a summary of the status of the bankruptcy case for W. Wolfson | 1.20 | $150.00 | $180.00 |
| 9/17/2013 | SMK | Review of docket from September 2, 2013 to present and pleadings filed from September 2, 2013 to present in the City's bankruptcy case and prepared a summary of the relevant pleadings and hearing on September 10, 2013 for W. Wolfson | 2.20 | $150.00 | $330.00 |
| 9/20/2013 | SMK | E-mail pleadings summary to W. Wolfson | 0.10 | $150.00 | $15.00 |
| 9/30/2013 | SMK | Draft summary of Opinion and Order Denying Motion to Stay Proceedings Pending Determination of Motion to Withdraw the Reference for W. Wolfson | 1.50 | $150.00 | $225.00 |

Sub Total: Case Status Updates $750.00

**General and Admin**

| | | | | | |
|---|---|---|---|---|---|
| 9/06/2013 | RIK | Review of docket | 0.20 | $200.00 | $40.00 |
| 9/09/2013 | RIK | Review of docket | 0.20 | $200.00 | $40.00 |
| 9/12/2013 | RIK | Review of docket | 0.20 | $200.00 | $40.00 |
| 9/16/2013 | RIK | Review of Motion to Withdraw Reference and Objections to Eligibility filed by Retiree's Committee | 0.80 | $200.00 | $160.00 |
| 9/23/2013 | RIK | Review of docket | 0.20 | $200.00 | $40.00 |

| | | | | | | Kilpatrick & Associates, P.C. |
|---|---|---|---|---|---|---|
| 9/26/2013 | RIK | Review of Opinion and Order Denying Motion to Stay Proceedings Pending Determination of Motion to Withdraw the Reference | 0.80 | $200.00 | $160.00 |
| 9/30/2013 | SMK | Review of docket and Opinion and Order Denying Motion to Stay Proceedings Pending Determination of Motion to Withdraw the Reference | 0.70 | $150.00 | $105.00 |
| 9/30/2013 | RIK | Review of Emergency Manager's Interim Report | 1.00 | $200.00 | $200.00 |

Sub Total: General and Admin    $785.00

**Hearings**

| 9/10/2013 | SMK | Attended hearing on Discovery Motions | 3.50 | $150.00 | $525.00 |
|---|---|---|---|---|---|

**Operations**

| 9/13/2013 | RIK | Review of email ██████████████ ████████ - Office conference with S. Kaminski for clarification | 0.30 | $200.00 | $60.00 |
|---|---|---|---|---|---|
| 9/13/2013 | RIK | Telephone conversation with W. Wolfson - ████████████████ | 0.20 | $200.00 | $40.00 |
| 9/13/2013 | RIK | Conference call with G. Watkins ██████████ ████████████████ | 0.50 | $200.00 | $100.00 |
| 9/13/2013 | SMK | Conference call with G. Watkins ██████████ ██████████ | 0.50 | $150.00 | $75.00 |
| 9/13/2013 | SMK | Office conference with R. Kilpatrick regarding e-mail from G. Watkins ███████████ | 0.10 | $150.00 | $15.00 |
| 9/13/2013 | SMK | E-mail summary of conference call ██████████ ████████ to W. Wolfson | 0.10 | $150.00 | $15.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 9/13/2013 | SMK | Prepare summary of conference call ▮▮▮▮▮▮▮ ▮▮▮▮▮ for W. Wolfson | 0.40 | $150.00 | $60.00 |
| 9/13/2013 | SMK | Receipt of e-mail from G. Watkins ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 0.10 | $150.00 | $15.00 |
| 9/16/2013 | SMK | Review of Cobo Agreement provided by G. Watkins ▮ ▮▮▮▮▮▮▮ | 0.10 | $150.00 | $15.00 |
| 9/16/2013 | SMK | Attended meeting with Gary Watkins ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | 3.70 | $150.00 | $555.00 |
| 9/17/2013 | SMK | Telephone conversation with Ben Pickering at Ernst & Young ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.20 | $150.00 | $30.00 |
| 9/17/2013 | SMK | E-mail list of City of Detroit's water and sewer account to Ben Pickering of Ernst & Young for review | 0.10 | $150.00 | $15.00 |
| 9/18/2013 | SMK | E-mail list of documents requested by Ben Pickering of Ernst & Young to G. Watkins, T. Redden, and J. Clinkscales | 0.10 | $150.00 | $15.00 |
| 9/18/2013 | SMK | Receipt of e-mail from G. Watkins providing some of the information requested by Ben Pickering of Ernst & Young- Forwarded information to Ben Pickering | 0.10 | $150.00 | $15.00 |
| 9/18/2013 | SMK | Telephone conversation with Ben Pickering of Ernst & Young ▮▮▮▮▮▮ ▮▮▮▮▮▮ | 0.60 | $150.00 | $90.00 |
| 9/24/2013 | SMK | E-mail to Ben Pickering at Ernst & Young ▮▮▮▮▮ ▮▮▮▮ | 0.10 | $150.00 | $15.00 |
| 9/26/2013 | SMK | Telephone conversation with Ben Pickering of Ernst & Young ▮▮▮▮▮▮ | 0.10 | $150.00 | $15.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/26/2013 | SMK | E-mail to ███████████ W. Wolfson ██ ███████████████████████ ██████████████████ | 0.10 | $150.00 | $15.00 |

**Sub Total: Operations** $1,160.00

**Vendor Issues**

| | | | | | |
|---|---|---|---|---|---|
| 9/09/2013 | SMK | Telephone conversation with N. Bateson regarding disconnected telephone line at Process Control Systems | 0.10 | $150.00 | $15.00 |
| 9/09/2013 | RIK | Review of email regarding disconnected telephone lines at Process Control Systems - Office conference with S. Kaminski | 0.30 | $200.00 | $60.00 |
| 9/09/2013 | SMK | Telephone conversation with James Grudus, General Counsel for AT&T, regarding remedying disconnect of telephone line at Process Control Systems | 0.30 | $150.00 | $45.00 |
| 9/09/2013 | SMK | Office conference with R. Kilpatrick regarding disconnected telephone line at Process Control Systems | 0.20 | $150.00 | $30.00 |
| 9/09/2013 | SMK | Review of e-mail from N. Bateson regarding AT&T invoice consolidation process and documents attached to e-mail | 0.20 | $150.00 | $30.00 |
| 9/09/2013 | SMK | E-mail to W. Wolfson to provide status update on disconnected telephone line at Process Control Systems | 0.10 | $150.00 | $15.00 |
| 9/09/2013 | SMK | E-mail to James Grudus, General Counsel for AT&T, to provide list of accounts and disconnect notices | 0.10 | $150.00 | $15.00 |
| 9/09/2013 | SMK | E-mail from Anil Gosine, Process Control Systems Administrator, confirming telephone line is reconnected | 0.10 | $150.00 | $15.00 |
| 9/09/2013 | SMK | Receipt of e-mail from N. Bateson advising that the telephone line at Process Control Systems was | 0.10 | $150.00 | $15.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 9/09/2013 | SMK | E-mail list of outstanding AT&T invoices to T. Hoffman | 0.10 | $150.00 | $15.00 |
| 9/09/2013 | SMK | Review of list of AT&T accounts and outstanding AT&T invoices provided by N. Bateson | 0.20 | $150.00 | $30.00 |
| 9/25/2013 | RIK | Review of emails from client regarding AT&T network replacement contract holdup | 0.30 | $200.00 | $60.00 |
| 9/25/2013 | SMK | Review of e-mails from client regarding AT&T network replacement contract holdup | 0.30 | $150.00 | $45.00 |
| 9/26/2013 | SMK | Telephone conversation with T. Hoffman to follow up on the status of payment to AT&T | 0.10 | $150.00 | $15.00 |
| 9/30/2013 | SMK | Telephone conversation with Dan Rainey regarding AT&T contract holdup | 0.20 | $150.00 | $30.00 |
| 9/30/2013 | SMK | E-mail to N. Bateson to provide status update on payment to AT&T | 0.10 | $150.00 | $15.00 |
| 9/30/2013 | SMK | Telephone conversation with James Grudus, General Counsel for AT&T, regarding moving forward with network replacement contract | 0.10 | $150.00 | $15.00 |

Sub Total: Vendor Issues       $465.00

Total Fees       $8,370.00

## Expenses

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 9/30/2013 | PACER charges for retrieval of pleadings in City's bankruptcy case | 1.00 | $61.60 | $61.60 |

| | | |
|---|---|---|
| | Total Expenses | $61.60 |

| | |
|---|---|
| Total New Charges | $8,431.60 |
| Previous Balance | $45,011.65 |
| Balance Due | $53,443.25 |

## Phase Table

| Phase | Hours | Rate | Charges |
|---|---|---|---|
| Alternative Structures | 5.20 | 150.00 | $780.00 |
| Alternative Structures | 19.30 | 200.00 | $3,860.00 |
| Contract Assumption/Rejection | 0.30 | 150.00 | $45.00 |
| Case Status Updates | 5.00 | 150.00 | $750.00 |
| Vendor Issues | 0.00 | 0.00 | $61.60 |
| Fee Review | 0.00 | 0.00 | $0.00 |
| General and Admin | 0.70 | 150.00 | $105.00 |
| General and Admin | 3.40 | 200.00 | $680.00 |
| Hearings | 3.50 | 150.00 | $525.00 |
| Operations | 6.40 | 150.00 | $960.00 |
| Operations | 1.00 | 200.00 | $200.00 |
| U.S. Bank | 0.00 | 0.00 | $0.00 |
| Vendor Issues | 2.30 | 150.00 | $345.00 |
| Vendor Issues | 0.60 | 200.00 | $120.00 |

## Staff Summary

| Name | Hours | Rate |
|---|---|---|
| Richardo I Kilpatrick | 24.30 | $200.00 |
| Shanna M Kaminski | 23.40 | $150.00 |