UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------x
                                  :
In re                             : Chapter 9
                                  :
CITY OF DETROIT, MICHIGAN,        : Case No. 13-53846
                                  :
                 Debtor.          : Hon. Steven W. Rhodes
                                  :
                                  :
-----------------------------------------------------x
```

## MOTION OF THE CITY OF DETROIT
## FOR APPROVAL OF AMENDED BALLOTS

On February 28, 2014, the City of Detroit (the "City") filed a motion

(Docket No. 2789) (the "Solicitation Procedures Motion") wherein it sought

approval of certain procedures for the solicitation and tabulation of votes to accept

or reject the City's *Plan for the Adjustment of Debts of the City of Detroit*

*(February 21, 2014)* (Docket No. 2708) (the "Initial Plan"), including approval of

the forms of the ballots to be used for voting on the Initial Plan.[1]

On March 11, 2014, the Court entered an order (Docket No. 2984)

(the "Solicitation Procedures Order") approving the Solicitation Procedures Motion

---

[1]    In the Solicitation Procedures Motion, the City did not request approval of
the forms of the ballots for Pension Claims and OPEB Claims (as defined in
the Initial Plan).  The City will seek approval of these ballots in a separate
motion (the "Supplemental Procedures Motion").

with certain modifications.[2]  The Court, however, deferred consideration of the

City's request for approval of the forms of the ballots until the hearing to consider

approval of the City's *Disclosure Statement with Respect to Plan for the*

*Adjustment of Debts of the City of Detroit (February 21, 2014)* (Docket No. 2709),

currently scheduled for April 14, 2014.[3]  *See* Solicitation Procedures Order ¶ 7.

On March 31, 2014, the City filed an amended version of the Plan.

*See Amended Plan for the Adjustment of Debts of the City of Detroit*

*(March 31, 2014)* (Docket No. 3380) (as it may be further amended, modified or

supplemented, the "Amended Plan").[4]  Among other things, the Amended Plan

reclassifies certain claims, creates a new Class for OPEB Claims, modifies the

treatment of certain Classes of claims and modifies the elections available to

certain Classes of claims.  Thus, the City has modified the ballots that were

attached to the Solicitation Procedures Motion to reflect the modifications set forth

---

[2]     For the avoidance of doubt, nothing in this Motion is intended to impact or modify any of the relief that was granted pursuant to the Solicitation Procedures Order, including, but not limited to, paragraphs 7, 8 and 16 of the Solicitation Procedures Order.

[3]     The City has subsequently filed an amended version of the disclosure statement.  *See Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (Docket No. 3382) (as it may be further amended, modified or supplemented, the "Disclosure Statement").

[4]     Capitalized terms used but not defined herein have the meaning given to them in the Amended Plan.

in the Amended Plan.  The City has also made other changes based on the City's

ongoing discussions with creditors and the City's own continued analysis of

balloting and solicitation issues.  Accordingly, the City requests that the Court

approve the amended ballots, substantially in the form attached hereto as

Exhibits 6A.1 through 6A.21 (the "Ballots").[5]

## Jurisdiction

1.     This Court has jurisdiction over this Motion pursuant to

28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Classification of Claims Under the Amended Plan

2.     The Amended Plan provides for the treatment of claims in the

following classes (each a "Class") (in addition to certain unclassified claims):

---

[5]     The City has also prepared redlines showing the changes to the Ballots as
they were originally filed with the Solicitation Procedures Motion.  These
redlines are attached hereto collectively as Exhibit 6B.

| Class | Impairment |
|---|---|
| Classes 1A, 1B, 1C, 1D<br>DWSD Class A Water Claims<br>DWSD Class B Water Claims<br>DWSD Class A Sewer Claims<br>DWSD Class B Sewer Claims[6] | Impaired/Voting |
| Classes 1E, 1F<br>DWSD Revolving Sewer Bond Claims<br>DWSD Revolving Water Bond Claims[7] | Impaired/Voting |
| Classes 2A, 2B, 2C, 2D, 2E, 2F – Secured GO Claims | Unimpaired/Nonvoting |
| Class 3 – Other Secured Claims | Unimpaired/Nonvoting |
| Class 4 – HUD Installment Notes Claims | Unimpaired/Nonvoting |
| Class 5 – COP Swap Claims | Impaired/Voting |
| Class 6 – Parking Bond Claims | Unimpaired/Nonvoting |
| Class 7 – Limited Tax General Obligation Bond Claims | Impaired/Voting |
| Class 8 – Unlimited Tax General Obligation Bond Claims | Impaired/Voting |
| Class 9 – COP Claims | Impaired/Voting |

---

[6]     Classes 1A, 1B, 1C and 1D are comprised of discrete Classes of claims that arise in connection with, and correspond to, each CUSIP of DWSD Water and Sewer Bonds.

[7]     Classes 1E and 1F are comprised of discrete Classes of claims that arise in connection with, and correspond to, each DWSD Series of DWSD Revolving Bonds.

| CLASS | IMPAIRMENT |
|---|---|
| Class 10 – PFRS Pension Claims | Impaired/Voting |
| Class 11 – GRS Pension Claims | Impaired/Voting |
| Class 12 – OPEB Claims | Impaired/Voting |
| Class 13 – Downtown Development Authority Claims | Impaired/Voting |
| Class 14 – Other Unsecured Claims | Impaired/Voting |
| Class 15 – Convenience Claims | Impaired/Voting |
| Class 16 – Subordinated Claims | Impaired/Nonvoting |

## Relief Requested

3.      The City files this Motion pursuant to sections 105(a), 1125(b) and 1126 of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this case by sections 103(f) and 901(a) of the Bankruptcy Code; Rules 3017 and 3018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and Rule 3018-1 of the Local Rules of the Bankruptcy Court for the Eastern District of Michigan (the "Local Rules").

4.      The City seeks the entry of an order, substantially in the form attached hereto as Exhibit 1, approving the Ballots, substantially in the forms attached hereto as Exhibits 6A.1 through 6A.21.

## Ballot Amendments

5.      The Amended Plan includes modifications to the treatment of claims and the elections that are available to creditors.  Accordingly, the amended Ballots reflect those changes.  In addition, the Ballots contain other modifications based on the City's discussions with creditors and the City's own review of balloting and solicitation issues.

6.      Bankruptcy Rule 3017(d) requires the City to mail to creditors entitled to vote on the Amended Plan a ballot that conforms with Official Form 14. The City asserts that the Ballots are materially consistent with Official Form 14 and have been modified solely to meet the specific needs of this case.  Each proposed Ballot is tailored to the nature of the claims in each Class and the treatment of those claims under the Plan.

### A.    DWSD Water & Sewer Claims (Classes 1A, 1B, 1C and 1D)

7.      Under the Amended Plan, Classes 1A, 1B, 1C and 1D are comprised of discrete Classes of claims that arise in connection with, and correspond to, each CUSIP of DWSD Bonds.  *See generally* Plan § II.B.1; Plan Exhibits I.A.98, I.A.101, I.A.104 and I.A.107.  Accordingly, if a creditor holds more than one CUSIP of DWSD Bonds, then the creditor will receive separate Ballots with respect to each of the discrete Classes corresponding to such CUSIPs. The creditor will be permitted to vote each Ballot it receives differently and to

make a different Distribution Election on each such Ballot. A creditor may not split its vote or election within a single CUSIP, however.

8. As described in the Solicitation Procedures Order, insurers of bonds in Classes 1A, 1B, 1C and 1D will receive a Ballot and will be entitled to vote on the Plan, which vote will be counted subject to approved voting dispute resolution procedures. *See* Solicitation Procedures Order ¶¶ 7-9. Accordingly, the City has attached, as Exhibit 6A.4 hereto, a Class 1A-1D Ballot to be used solely by insurers of bonds in these Classes.

**B.      DWSD Revolving Water & Sewer Claims (Classes 1E and 1F)**

9. Under the Amended Plan, Classes 1E and 1F are comprised of discrete Classes of DWSD Revolving Bond Claims that arise in connection with, and correspond to, each DWSD Series of DWSD Revolving Bonds. *See generally* Plan § II.B.1; Plan Exhibits I.A.112 and I.A.115. Accordingly, if a creditor holds bonds in more than one DWSD Series of DWSD Revolving Bonds, then the creditor will receive separate Ballots with respect to each of the discrete Classes corresponding to such series. The creditor will be permitted to vote each Ballot it receives differently. A creditor may not split its vote within a single bond series, however.

10. The City attached three ballots to the Solicitation Procedures Motion for Classes 1E and 1F:  (a) a beneficial ballot, to be filled out by the

beneficial holders of bonds and returned to the beneficial holders' nominees, (b) a

master ballot, to be filled out by the nominees based on the beneficial ballots and

(c) an individual ballot, to be filled out by beneficial holders of bonds without

nominees and returned directly to the Kurtzman Carson Consultants LLC

(the "Balloting Agent").  As set forth in the Solicitation Procedures Order,

however, all Class 1E and 1F Ballots are to be returned directly to the Balloting

Agent.  Accordingly, there is no need for a Class 1E-1F master ballot or beneficial

ballot, and only the individual ballots will be used.  Attached hereto as

Exhibit 6A.5 is a modified Class 1E-1F Ballot that reflects the modifications set

forth in the Amended Plan.

### C.    COP Swap Claims (Class 5)

11.    The treatment of claims in Class 5 has been modified in the

Amended Plan, consistent with the Settlement and Plan Support Agreement

between the City, UBS AG and Merrill Lynch Capital Services, Inc.

*See Supplement to Motion of Debtor for Entry of an Order, Pursuant to Section*

*105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement*

*and Plan Support Agreement and Granting Related Relief* (Docket No. 3234),

Exhibit 6; Amended Plan § II.B.3.o.  The modifications in the Amended Plan with

respect to Class 5, however, do not require material modifications to the Class 5

Ballot.  Thus, the Class 5 Ballot, with non-material modifications, is attached hereto as Exhibit 6A.6.

**D.    Limited and Unlimited Tax General Obligation Bond Claims (Classes 7 and 8) and COP Claims (Class 9)**

12.    The treatment of claims in Classes 7, 8 and 9 has not been materially modified, and accordingly, the Class 7, 8 and 9 Ballots likewise have not been materially modified.  The Class 7, 8 and 9 Ballots, with non-material modifications, are attached hereto as Exhibits 6A.7 through 6A.18.

13.    In addition, as described in the Solicitation Procedures Order, insurers of bonds and COPs in Classes 7, 8 and 9 will receive a Ballot and will be entitled to vote on the Plan, which vote will be counted subject to approved voting dispute resolution procedures.  *See* Solicitation Procedures Order ¶¶ 7-9. Accordingly, the City has attached, as Exhibits 6A.10, 6A.14 and 6A.18 hereto, Class 7, 8 and 9 Ballots that are to be used solely by insurers of bonds and COPs in these Classes.

**E.    Downtown Development Authority Claims (Class 13), Other Unsecured Claims (Class 14) and Convenience Claims (Class 15)**

14.    The treatment of the Claims in Classes 13, 14 and 15 has not been materially modified in the Amended Plan, and accordingly, the Class 13, 14 and 15 Ballots likewise have not been materially modified.  The Class 13, 14 and

15 Ballots, with non-material modifications, are attached hereto as Exhibits 6A.19, 6A.20 and 6A.21.

15.    In summary, the City proposes to use the following Ballots:

| Exhibit | Class | Type of Ballot |
|---------|-------|----------------|
| Exhibit 6A.1 | 1A-1D | Master Ballot |
| Exhibit 6A.2 | 1A-1D | Beneficial Ballot |
| Exhibit 6A.3 | 1A-1D | Individual Ballot |
| Exhibit 6A.4 | 1A-1D | Insurer Ballot |
| Exhibit 6A.5 | 1E, 1F | Individual Ballot |
| Exhibit 6A.6 | 5 | Individual Ballot |
| Exhibit 6A.7 | 7 | Master Ballot |
| Exhibit 6A.8 | 7 | Beneficial Ballot |
| Exhibit 6A.9 | 7 | Individual Ballot |
| Exhibit 6A.10 | 7 | Insurer Ballot |
| Exhibit 6A.11 | 8 | Master Ballot |
| Exhibit 6A.12 | 8 | Beneficial Ballot |
| Exhibit 6A.13 | 8 | Individual Ballot |
| Exhibit 6A.14 | 8 | Insurer Ballot |
| Exhibit 6A.15 | 9 | Master Ballot |
| Exhibit 6A.16 | 9 | Beneficial Ballot |
| Exhibit 6A.17 | 9 | Individual Ballot |
| Exhibit 6A.18 | 9 | Insurer Ballot |
| Exhibit 6A.19 | 13 | Individual Ballot |
| Exhibit 6A.20 | 14 | Individual Ballot |
| Exhibit 6A.21 | 15 | Individual Ballot |

16.    The City submits that the Ballots attached hereto as Exhibits 6A.1 through 6A.21 comply with the requirements of Bankruptcy Rule 3017(d) and conform substantially with Official Form 14.  Accordingly, the Court should approve the form of these Ballots for use in this case.

## Notice

17.    Notice of this Motion has been given to the United States Trustee for the Eastern District of Michigan, the Retiree Committee appointed in this case and all parties that have requested notice in this case pursuant to Bankruptcy Rule 2002.  The City submits that no other or further notice need be provided.

## Reservation of Rights

18.    The City files this Motion without prejudice to or waiver of its rights pursuant to section 904 of the Bankruptcy Code, and nothing herein is intended to, shall constitute or shall be deemed to constitute the City's consent, pursuant to section 904 of the Bankruptcy Code, to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

## Statement of Concurrence

19.    Local Rule 9014-1(g) provides that "in a bankruptcy case unless it is unduly burdensome, the motion shall affirmatively state that concurrence of opposing counsel in the relief sought has been requested on a specified date and that the concurrence was denied."  Given the number of parties and potential parties involved in this case and the lack of known opposing parties who would be

adversely impacted by the relief requested herein, it would be impracticable (and, with regard to unknown parties, impossible) for the City to affirmatively seek the concurrence of each opposing counsel interested in the relief sought herein. Accordingly, the City submits that imposing the requirements of Local Rule 9014-1(g) in this matter would be "unduly burdensome" and requests that its requirements be waived.

WHEREFORE, the City respectfully requests that the Court enter an order, substantially in the form attached hereto as <u>Exhibit 1</u>, approving the form of the Ballots attached hereto as <u>Exhibits 6A.1 through 6A.21</u>.

Dated:  April 2, 2014                    Respectfully submitted,

 /s/  Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# SUMMARY OF EXHIBITS

The following exhibits are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

| | |
|---|---|
| Exhibit 1 | Proposed Order |
| Exhibit 2 | Notice |
| Exhibit 3 | None (Brief Not Required) |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | None (No Affidavits Filed Specific to this Motion) |
| Exhibits 6A.1 – 6A.21 | Ballots |
| Exhibit 6B | Ballot Redlines |

# **EXHIBIT 1**

## **Proposed Order**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
-------------------------------------------------x
                                    :
In re                               : Chapter 9
                                    :
CITY OF DETROIT, MICHIGAN,          : Case No. 13-53846
                                    :
                    Debtor.         : Hon. Steven W. Rhodes
                                    :
                                    :
-------------------------------------------------x
```

## ORDER GRANTING MOTION OF THE
## CITY OF DETROIT FOR APPROVAL OF AMENDED BALLOTS

This matter came before the Court on the *Motion of the City of Detroit for Approval of Amended Ballots* (Docket No. \_\_\_) (the "Motion").[1]  The Court reviewed the Motion and heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing").  The Court has determined, after due deliberation, that (a) it has jurisdiction over this matter, (b) this is a core proceeding, (c) notice of the Motion and the Hearing was adequate under the circumstances and (d) the relief requested in the Motion is fair,

---

[1]    Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

equitable and in the best interests of the City, its creditors and other parties in interest.[2]

Accordingly, it is hereby ORDERED that:

1.     All objections to the Motion, if any, are overruled in their entirety, and the Motion is granted as set forth in this Order.

2.     The forms of the ballots attached to the Motion as Exhibits 6A.1 through 6A.21 (collectively, the "Ballots") are materially the same as Official Form 14 and are hereby approved.

3.     The Court's *Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment* (Docket No. 2789) (the "Solicitation Procedures Order") is incorporated herein by reference, and any mention of "Ballots," "Master Ballots" or "Beneficial Ballots" in the Solicitation Procedures Order shall refer, as appropriate, to the Ballots attached to the Motion and approved by this Order.  Nothing in this Order shall be deemed to alter or modify any of the findings of fact made, or relief granted, in the Solicitation Procedures Order.

---

[2]     To the extent any finding of fact in this order constitutes a conclusion of law, it is adopted as such.  To the extent any conclusion of law in this order constitutes a finding of fact, it is adopted as such.

4.    The City is authorized to make non-substantive or immaterial changes to the Ballots, without further order of the Court, including, but not limited to (a) ministerial changes to correct typographical and grammatical errors, (b) conforming changes to the Ballots based on subsequent modifications to the Disclosure Statement, the Plan and other related documents and (c) altering the format of the Ballots to facilitate their efficient distribution.

5.    The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

6.    The City and its counsel are authorized, in their discretion, to take or refrain from taking any action necessary or appropriate to implement the terms of and relief granted by this Order in accordance with the Motion and without further order of the Court.

7.    The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

# EXHIBIT 2

## Notice

Form B20A (Official Form 20A)

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

</div>

In re:

**CITY OF DETROIT, MICHIGAN,**

                **Debtor.**

Chapter: 9

Case No.: 13-53846

Judge: **Hon. Steven W. Rhodes**

Address:  2 Woodward Avenue, Suite 1126
        Detroit, Michigan  48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any):  38-6004606

<div align="center">

**<u>NOTICE OF MOTION OF THE CITY OF DETROIT FOR APPROVAL OF AMENDED BALLOTS</u>**

</div>

The City of Detroit, Michigan (the "<u>City</u>") has filed papers with the Court seeking entry of an order, pursuant to sections 105(a), 1125(b) and 1126 of the Bankruptcy Code and Bankruptcy Rules 3017 and 3018, approving the form of ballots with respect to the *Plan for the Adjustment of Debts of the City of Detroit*.

        **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, you or your attorney must, by a date to be established by the court:

1.        File with the court a written response or an answer, explaining your position at:[1]

<div align="center">

**United States Bankruptcy Court**
211 W. Fort Street, Suite 2100
Detroit, Michigan  48226

</div>

If you mail your response to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date set by the court.  Registered users of the court's case filing system must file pleadings electronically.

---

[1]        Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

You must also mail a copy to:

David G. Heiman
Heather Lennox
Thomas A. Wilson
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Bruce Bennett
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071

Jonathan S. Green
Stephen S. LaPlante
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226

2.      If a response or answer is timely filed and served, the Court will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the**

**relief sought in the motion or objection and may enter an order granting that relief.**

Dated:  April 2, 2014

Respectfully,

 /s/  Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# **EXHIBIT 4**

## **Certificate of Service**

I, Heather Lennox, hereby certify that the foregoing *Motion of the City of Detroit for Approval of Amended Ballots* was filed and served via the Court's electronic case filing and noticing system on this 2nd day of April, 2014.


/s/ Heather Lennox

**<u>EXHIBIT 6A.1</u>**

**Master Ballot for Classes 1A, 1B, 1C and 1D**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

------------------------------------------------------------------x
                           :

In re                          : Chapter 9
                           :

CITY OF DETROIT, MICHIGAN,    : Case No. 13-53846
                           :

             Debtor.       : Hon. Steven W. Rhodes
                           :

------------------------------------------------------------------ x

### MASTER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS ____: **[NAME OF CLASS]**
Series _____
CUSIP: _____

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014**

---

THIS BALLOT (A "<u>MASTER BALLOT</u>") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "<u>NOMINEE</u>"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "<u>BALLOTING AGENT</u>") THE VOTES AND ELECTIONS OF BENEFICIAL OWNERS OF **[BOND SERIES], [CUSIP]** CLAIMS IN **[CLASS NUMBER]** (THE "<u>BENEFICIAL HOLDERS</u>").  PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW.  MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE.  UNLESS THE TIME IS EXTENDED, BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT.  DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "<u>City</u>") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Plan</u>")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Disclosure Statement</u>").  By order entered on March 11, 2014 (Docket No. 2984) (the "<u>Solicitation Procedures Order</u>"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of **[Bond Series], [CUSIP]** Claims as of April 14, 2014 (the "<u>Voting Record Date</u>").

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Use this Master Ballot to cast votes to accept or reject the Plan and to make certain treatment elections regarding the Plan, in accordance with the ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of **[Bond Series], [CUSIP]** Claims in **[Class No.]**.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of **[Bond Series], [CUSIP]** Claims in **[Class No.]**.  You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is <u>actually received</u> by the Voting Deadline.

If you were not a Nominee with respect to **[Bond Series]** securities, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

    i.      execute this Master Ballot to reflect the voting and applicable election instructions given to you by the Beneficial Holders in the Beneficial Ballots for **[Bond Series], [CUSIP]**;

    ii.     summarize the results of all votes cast and elections made by the Beneficial Holders on the Master Ballot;

    iii.    return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

    iv.    retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]    The "<u>Solicitation Package</u>" consists of:  (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.  In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the **[Bond Series], [CUSIP]** Claims in **[Class No.]**. Record the account number for each Beneficial Holder that returned a Beneficial Ballot and the principal amount of claims voting to accept or reject the Plan. Please note that if a Beneficial Holder holds more than one CUSIP of **[Bond Series]** securities, it is entitled to vote differently for each CUSIP. All votes cast by a Beneficial Holder with respect to any particular CUSIP, however, must be the same. Any Beneficial Ballot that does not indicate any vote to accept or reject or indicates votes to both accept and reject the Plan shall not be counted as having been cast. Beneficial Holders who vote to reject the Plan are <u>not</u> precluded from making applicable elections on their Beneficial Ballots.

3.  In the boxes provided in Item 3 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the elections of the Beneficial Holders of the **[Bond Series], [CUSIP]** Claims in **[Class No.]**. Beneficial Holders may elect whether or not to receive New Existing Rate Water/Sewer Bonds. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of claims with respect to which a Beneficial Holder has made a valid election to receive or not to receive New Existing Rate Water/Sewer Bonds. If a Beneficial Holder holds more than one CUSIP of **[Bond Series]** securities in **[Class No.]**, such holder may elect different treatment under this section with respect to each CUSIP. If, with respect to a single CUSIP, a Beneficial Holder (a) checks neither the "Yes" nor the "No" box for the election, (b) checks both the "Yes" and "No" box for the election or (c) attempts to split its election, such Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds.

4.  In Item 4, please transcribe the information provided by each Beneficial Holder in Item 3 of the Beneficial Ballot relating to other ballots submitted with respect to **[Bond Series]**, **[CUSIP]** Claims in **[Class No.]**.

5.  In Item 5, please complete the certifications for this Master Ballot, including the date and signature.

6.  Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are actually received by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

7.  Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

8.  If you are also a Nominee for Claims in other Classes or Claims on account of other CUSIPs in **[Class No.]**, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

9.  The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

10. If you were not a Nominee with respect to **[Bond Series]** securities, **[CUSIP]** as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3, 4 AND 5 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of **[Bond Series], [CUSIP]** Claims in **[Class No.]** listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date;

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of **[Bond Series], [CUSIP]** Claims in **[Class No.]** listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of **[Bond Series], [CUSIP]** Claims in **[Class No.]** listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan and execute applicable elections on behalf of the Beneficial Holder of the **[Bond Series], [CUSIP]** Claims in **[Class No.]** listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the **[Bond Series]** securities, **[CUSIP]** in **[Class No.]**; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to <u>ACCEPT</u> the Plan* | Principal Amount of Claims Voted to <u>REJECT</u> the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3.  Bond Elections.**  The undersigned transmits the following elections of Beneficial Holders of the **[Bond Series]** Claims in **[Class No.]**; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot executing such election.

| Your Account Number for Each Beneficial Holder that elects <u>not</u> to receive **New Existing Rate Water/Sewer Bonds**\* | Principal Amount of **[Bond Series]**, **[CUSIP]** | Your Account Number for Each Beneficial Holder electing to receive **New Existing Rate Water/Sewer Bond**s\* | Principal Amount of **[Bond Series]**, **[CUSIP]** | VOI Number from the DTC\*\* |
|---|---|---|---|---|
| 1. | $ | 1. | $ | |
| 2. | $ | 2. | $ | |
| 3. | $ | 3. | $ | |
| 4. | $ | 4. | $ | |
| 5. | $ | 5. | $ | |
| 6. | $ | 6. | $ | |
| 7. | $ | 7. | $ | |
| 8. | $ | 8. | $ | |
| 9. | $ | 9. | $ | |
| 10. | $ | 10. | $ | |
| **TOTALS** | | **TOTALS** | | |

\* If the space provided is not sufficient, attach additional sheets in the same format

\*\* The underlying **[Bond Series]** securities, **[CUSIP]**, held by those Beneficial Holders electing to receive New Existing Rate Water/Sewer Bonds are to be tendered into an election account established at the Depository Trust Company (the "<u>DTC</u>") for such purpose.  Input the corresponding VOI number received from the DTC in the appropriate column in the table above if the Beneficial Holder elected to receive New Existing Rate Water/Sewer Bonds in Item 2 on its Beneficial Ballot.  Securities may not be withdrawn from the DTC election account once tendered.  No further trading will be permitted in the securities held in the election account at the DTC.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to the account of the applicable Beneficial Holder.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Additional Ballots Submitted by Beneficial Holders.**  The undersigned certifies that the following information is a true and accurate schedule on which the undersigned has transcribed all and any applicable information provided in Item 3 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED FROM ITEM 3 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS ON ACCOUNT OF **[BOND SERIES], [CUSIP]** IN **[CLASS NO.]**

| Your Account Number for Each Beneficial Holder Who Completed Item 3 of their Beneficial Ballot | **Transcribe from Item 3 of the Beneficial Ballot*** | | |
|---|---|---|---|
| | Account Number of Other **[Bond Series]**, **[CUSIP]** Claims in **[Class No.]** | Name of Other Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 5 ON THE NEXT PAGE**

**Item 5.  Certifications.**  By signing this Master Ballot, the undersigned certifies that the undersigned:

1.      provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their **[Class No.] [Bond Series], [CUSIP]** Claims;

2.      received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.      has full power and authority to vote to transmit the votes to accept or reject the Plan and the applicable elections of the Beneficial Holders to which the undersigned is a Nominee;

4.      properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the **[Class No.] [Bond Series], [CUSIP]** Claims held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; (d) each such Beneficial Holder's respective elections applicable under the Plan; and (e) the customer account or other identification number for each such Beneficial Holder; and

5.      received from each such Beneficial Holder, a certification that each such Beneficial Holder is eligible to both vote on the Plan and execute applicable elections under the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6A.2**

**Beneficial Ballot for Classes 1A, 1B, 1C and 1D**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------- x
                                            :
In re                                       : Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  : Case No. 13-53846
                                            :
                        Debtor.             : Hon. Steven W. Rhodes
                                            :
------------------------------------------------------------- x
```

### BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS _____: **[NAME OF CLASS]**
Series _____
CUSIP: _____

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014**

---

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF **[BOND SERIES]**, **[CUSIP]**, CLAIMS IN **[CLASS NO.]** (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BENEFICIAL BALLOT AND RETURN IT TO THE BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR **[BOND SERIES]**, **[CUSIP]**, SECURITIES (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

in the Solicitation Procedures Order. You are receiving this Beneficial Ballot because you are a Beneficial Holder of **[Bond Series]** securities, **[CUSIP]**, as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a **[Class No.]** Claim against the City, as defined in the Plan.

If you were not a Beneficial Holder of **[Bond Series]** securities, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Beneficial Ballot to:

    i.       cast your vote to accept or reject the Plan and

    ii.      elect whether to receive New Existing Rate Water/Sewer Bonds in lieu of New Water/Sewer Bonds.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to receive New Existing Rate Water/Sewer Bonds. Please note that if you elect to receive New Existing Rate Water/Sewer Bonds, the Nominee holding your **[Bond Series]** securities, **[CUSIP]**, must "tender" your securities into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after your Nominee has tendered them to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to your account. If you do not elect to receive New Existing Rate Water/Sewer Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.

Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your **[Name of Class]** Claims against the City have been placed in **[Class Number]** under the Plan. If you hold multiple Claims within **[Class Number]** under the Plan, you will receive a separate Beneficial Ballot for each such Claim. **Each Beneficial Ballot you receive is for voting only your Claim described on the Beneficial Ballot. Please complete and return each Beneficial Ballot you receive. The attached Beneficial Ballot is designated only for voting the [Bond Series], [CUSIP], Claims in [Class Number] under the Plan.**

    If you hold more than one CUSIP of **[Bond Series]** securities, you may vote differently for each respective CUSIP. All votes cast by you with respect to any particular CUSIP, however, must be the same.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In the boxes provided in Item 2 of the Beneficial Ballot, please indicate whether you elect to receive New Existing Rate Water/Sewer Bonds. This election applies whether you vote to accept or vote to reject the Plan. If you check both boxes or neither box, this Beneficial Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds.

    If you hold more than one CUSIP of **[Bond Series]** securities, you are permitted to make a different election for each CUSIP. All elections made by you with respect to a single CUSIP, however, must be the same for such CUSIP. If you attempt to split your election with respect to a single CUSIP, your Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds with respect to such CUSIP.

    **If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

3.  In Item 3 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you will submit for **[Class No.]** Claims on account of **[CUSIP]**; or (b) complete the chart in Item 3 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you will submit for **[Class No.]** Claims on account of **[CUSIP]**.

4.  Please complete Item 4 of the Beneficial Ballot.

5.  Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote. The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee. Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.  If you also (a) hold Claims in other Classes or sub-Classes or (b) hold securities with a CUSIP different than the CUSIP identified in this Ballot, you will receive a separate ballot on account of each such Claim or each such security. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

7.     This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.     If you were not a Beneficial Holder of **[Bond Series]** securities, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF NEITHER BOX IS CHECKED, OR BOTH BOXES ARE CHECKED, IN ITEM 2, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO RECEIVE NEW EXISTING RATE WATER/SEWER BONDS.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Beneficial Holder as of April 14, 2014, of the **[Bond Series]**, **[CUSIP]**, Claim in **[Class No.]** of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check one box):

☐ **ACCEPT** the Plan.               ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____

Principal Amount of **[Bond Series]** Securities, **[CUSIP]** Held: $_____

**Item 2. Bond Election.** If the Bankruptcy Court approves the Plan, the undersigned elects to receive New Existing Rate Water/Sewer Bonds with respect to **[Bond Series]** securities, **[CUSIP]** (check one box):

☐ YES               ☐ No

**If you elect to receive New Existing Rate Water/Sewer Bonds, the Nominee holding your [Bond Series] securities, [CUSIP], must "tender" your securities into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after your Nominee has tendered them to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to your account. If you do not elect to receive New Existing Rate Water/Sewer Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.**

**If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certification as to [Class No.] Claims on Account of [Bond Series] Securities, [CUSIP], Held in Additional Accounts.** The undersigned certifies that: (check <u>one</u> box)

☐ This is the only Beneficial Ballot submitted by the undersigned for **[Class No.]** Claims on account of **[CUSIP]**.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for **[Class No.]** Claims on account of **[CUSIP]**.

COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED
<u>OTHER BALLOTS WITH RESPECT TO **[BOND SERIES]** SECURITIES, **[CUSIP]**.</u>*

| Account Number of other Bond Claims in **[Class No.]** | Name of Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*If the space provided is not sufficient, please attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the **[Bond Series], [CUSIP]**, Claims in **[Class No.]** to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.      has not submitted any other Beneficial Ballots (including any such ballots listed in Item 3 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.      understands that an election to receive New Existing Rate Water/Sewer Bonds constitutes an irrevocable waiver of any and all rights to object to the Plan on any grounds, and that any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election;

v.      understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

vi.      gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes and applicable elections executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

<u>**EXHIBIT 6A.3**</u>

**Individual Ballot for Classes 1A, 1B, 1C and 1D**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
----------------------------------------------------------------- x
                                            :
In re                                       : Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  : Case No. 13-53846
                                            :
                     Debtor.                : Hon. Steven W. Rhodes
                                            :
----------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS ____: **[NAME OF CLASS]**
Series _____
CUSIP: _____

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014**

---

THIS BALLOT (A "BALLOT") IS TO BE USED BY BENEFICIAL HOLDERS OF **[BOND SERIES]**, **[CUSIP]** CLAIMS IN **[CLASS NUMBER]** (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are Holder of **[Bond Series]** securities, **[CUSIP]**, as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a **[Class No.]** Claim against the City, as defined in the Plan.

---

[1]    Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you were not a Holder of **[Bond Series]** securities, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Ballot to:

     i.      cast your vote to accept or reject the Plan and

    ii.      elect whether to receive New Existing Rate Water/Sewer Bonds in lieu of New Water/Sewer Bonds.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to receive New Existing Rate Water/Sewer Bonds. Please note that if you elect to receive New Existing Rate Water/Sewer Bonds, your **[Bond Series]** securities, **[CUSIP]**, must be "tendered" into an election account established at the Depository Trust Company (the "<u>DTC</u>"). Such securities may not be withdrawn from the election account after they have been tendered to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to be credited to your account. If you do <u>not</u> elect to receive New Existing Rate Water/Sewer Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.

Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    All of your **[Name of Class]** Claims against the City have been placed in **[Class Number]** under the Plan. If you hold multiple Claims within **[Class Number]** under the Plan, you will receive a separate Ballot for each such Claim. **Each Ballot you receive is for voting only your Claim described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting the [Bond Series], [CUSIP], Claims in [Class Number] under the Plan.**

    If you hold more than one CUSIP of **[Bond Series]** securities, you may vote differently for each respective CUSIP. All votes cast by you with respect to any particular CUSIP, however, must be the same.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In the boxes provided in Item 2 of the Ballot, please indicate whether you elect to receive New Existing Rate Water/Sewer Bonds. This election applies whether you vote to accept or vote to reject the Plan. If you check both boxes or neither box, this Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds.

    If you hold more than one CUSIP of **[Bond Series]** securities, you are permitted to make a different election for each CUSIP. All elections made by you with respect to a single CUSIP, however, must be the same for such CUSIP. If you attempt to split your election with respect to a single CUSIP, your Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds with respect to such CUSIP.

    **If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

3.  Please complete Item 3 of the Ballot.

4.  Sign, date and return the Ballot to:

    <div align="center">

    Detroit Ballot Processing Center
    c/o KCC
    1290 Avenue of the Americas, 9th Floor
    New York, New York 10104

    </div>

    The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.  If you also (a) hold Claims in other Classes or sub-Classes or (b) hold securities with a CUSIP different than the CUSIP identified in this Ballot, you will receive a separate ballot on account of each such Claim or each such security. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

6.  This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7. If you were not a Holder of **[Bond Series]** securities, **[CUSIP]** as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

# PLEASE READ THE VOTING INFORMATION AND
# INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF NEITHER BOX IS CHECKED, OR BOTH BOXES ARE CHECKED, IN ITEM 2, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO RECEIVE NEW EXISTING RATE WATER/SEWER BONDS.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the Holder as of April 14, 2014, of the **[Bond Series]**, **[CUSIP]**, Claim in **[Class Number]** of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐  **ACCEPT** the Plan.                    ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____

Principal Amount of **[Bond Series]** Securities, **[CUSIP]** Held: $_____

**Item 2.  Bond Election.**  If the Bankruptcy Court approves the Plan, the undersigned elects to receive New Existing Rate Water/Sewer Bonds with respect to **[Bond Series]** securities, **[CUSIP]** (check <u>one</u> box):

☐  YES                    ☐  NO

**If you elect to receive New Existing Rate Water/Sewer Bonds, your [Bond Series] securities, [CUSIP], must be "tendered" into an election account established at the Depository Trust Company (the "DTC").  Such securities may not be withdrawn from the election account after they have been tendered to the election account.  Once such securities have been tendered, no further trading will be permitted in the securities held in the election account.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to be credited to your account.  If you do <u>not</u> elect to receive New Existing Rate Water/Sewer Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.**

**If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the **[Bond Series]**, **[CUSIP]**, Claims in **[Class No.]** to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.    has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot;

iv.    understands that an election to receive New Existing Rate Water/Sewer Bonds constitutes an irrevocable waiver of any and all rights to object to the Plan on any grounds, and that any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election; and

v.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**Exhibit 6A.4**

**Insurer Ballot for Classes 1A, 1B, 1C and 1D**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------ x
                                                             :
In re                                                        :  Chapter 9
                                                             :
CITY OF DETROIT, MICHIGAN,                                   :  Case No. 13-53846
                                                             :
                                  Debtor.                    :  Hon. Steven W. Rhodes
                                                             :
------------------------------------------------------------ x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS ____: **[NAME OF CLASS]**
Series _____
CUSIP: _____

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014**

---

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF **[BOND SERIES]** SECURITIES, **[CUSIP]**. CLAIMS ON ACCOUNT OF SUCH SECURITIES ARE CLAIMS IN **[CLASS NUMBER]**. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of **[Bond Series]** securities, **[CUSIP]**, as of April 14, 2014 (the "Voting Record Date"). Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order. The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote

---

[1]    Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

on the Plan with respect to **[Bond Series]** securities, **[CUSIP]**, your vote will not be counted unless the Bankruptcy Court determines, at a hearing currently scheduled for June 26, 2014, that you are entitled to vote. You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

If you did not insure **[Bond Series]** securities, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Ballot to:

    i.        cast your vote to accept or reject the Plan and

    ii.       elect whether to receive New Existing Rate Water/Sewer Bonds in lieu of New Water/Sewer Bonds.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to receive New Existing Rate Water/Sewer Bonds. Please note that if you elect to receive New Existing Rate Water/Sewer Bonds, the Nominee holding the **[Bond Series]** securities, **[CUSIP]** that you insure must "tender" those securities into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after the Nominee has tendered them to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to the beneficial holder's account. If you do not elect to receive New Existing Rate Water/Sewer Bonds, then the securities you insure will not be placed into an election account, and the securities will not be restricted from trading.

Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    All Claims against the City with respect to **[Bond Series]** securities, **[CUSIP]**, have been placed in **[Class Number]** under the Plan. If you insure multiple bonds with different CUSIPs within **[Bond Series]**, you will receive a separate Ballot on account of each such CUSIP. **Each Ballot you receive is for voting only on account of the specific CUSIP identified on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting by insurers of [Bond Series] securities, [CUSIP].**

    If you insure more than one CUSIP of securities in **[Bond Series]**, you may vote differently for each respective CUSIP. All votes cast by you with respect to any particular CUSIP, however, must be the same.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In the boxes provided in Item 2 of the Ballot, please indicate whether you elect to receive New Existing Rate Water/Sewer Bonds. This election applies whether you vote to accept or vote to reject the Plan. If you check both boxes or neither box, this Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds.

    If you insure more than one CUSIP of securities in **[Bond Series]**, you are permitted to make a different election for each respective CUSIP of securities in **[Bond Series]**. All elections made by you with respect to any particular CUSIP, however, must be the same for such CUSIP. If you attempt to split your election with respect to a single CUSIP, your Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds with respect to such CUSIP.

    **If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

3.  Please complete Item 3 of the Ballot.

4.  Sign, date and return the Ballot to:

    <div align="center">

    Detroit Ballot Processing Center
    c/o KCC
    1290 Avenue of the Americas, 9th Floor
    New York, New York 10104

    </div>

    The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.  If you also (a) hold Claims in other Classes or sub-Classes, (b) insure securities giving rise to Claims in other Classes or sub-Classes or (c) insure securities with a CUSIP different than the CUSIP identified in this Ballot, you will receive a separate ballot on account of each such Claim or each such security. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

6.    This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.    If you were not an insurer of **[Bond Series]** securities, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF NEITHER BOX IS CHECKED, OR BOTH BOXES ARE CHECKED, IN ITEM 2, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO RECEIVE NEW EXISTING RATE WATER/SEWER BONDS.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, an insurer of **[Bond Series]** securities, **[CUSIP]**, as of April 14, 2014 in the amount set forth below, votes to (check <u>one</u> box):

        ☐  **ACCEPT** the Plan.                ☐  **REJECT** the Plan.

      **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Insurer: _____

Aggregate Amount of Principal and Interest Insured
with Respect to **[Bonds Series]** securities, **[CUSIP]**: $_____

**Item 2.  Bond Election.**  If the Bankruptcy Court approves the Plan, the undersigned elects to receive New Existing Rate Water/Sewer Bonds with respect to **[Bond Series]** securities, **[CUSIP]**:

        ☐  YES                  ☐  NO

**If you elect to receive New Existing Rate Water/Sewer Bonds, the Nominee holding the [Bond Series] securities, [CUSIP] that you insure must "tender" those securities into an election account established at the Depository Trust Company (the "<u>DTC</u>").  Such securities may not be withdrawn from the election account after the Nominee has tendered them to the election account.  Once such securities have been tendered, no further trading will be permitted in the securities held in the election account.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to the beneficial holder's account.  If you do not elect to receive New Existing Rate Water/Sewer Bonds, then the securities will not be placed into an election account, and the securities will not be restricted from trading.**

**If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

    i.      is an insurer of **[Bond Series]** securities, **[CUSIP]**, to which this Ballot pertains and has full power and authority to vote to accept or reject the Plan and make the elections applicable to Claims on account of such securities;

    ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

    iii.    has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot;

    iv.    understands that an election to receive New Existing Rate Water/Sewer Bonds constitutes an irrevocable waiver of any and all rights to object to the Plan on any grounds, and that any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election; and

    v.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6A.5**

**Ballot for Classes 1E and 1F**

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
------------------------------------------------------------------ x
                                                 :
In re                                            : Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                        : Case No. 13-53846
                                                 :
                              Debtor.            : Hon. Steven W. Rhodes
                                                 :
------------------------------------------------------------------ x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS \_\_\_\_: **[NAME OF CLASS]**
Series _____

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014**

---

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF **[BOND SERIES]** CLAIMS, WHICH ARE CLAIMS IN **[CLASS NUMBER]**.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on April [\_\_\_\_\_], 2014 (Docket No. [\_\_\_\_\_]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are Holder of **[Bond Series]** securities as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a **[Class No.]** Claim against the City, as defined in the Plan.

If you did not hold any **[Bond Series]** Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    All of your **[Name of Class], [Bond Series]** Claims against the City have been placed in **[Class Number]** under the Plan. If you hold multiple Claims within **[Class Number]** under the Plan, you will receive a separate Ballot for each such Claim. **Each Ballot you receive is for voting only your Claim described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting the [Bond Series] Claims in [Class Number] under the Plan.**

    If you hold securities in more than one bond series in **[Class Number]**, you may vote differently for each respective bond series. All votes cast by you with respect to any particular bond series, however, must be the same.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  Please complete Item 2 of the Ballot.

3.  Sign, date and return the Ballot to:

    <div align="center">

    Detroit Ballot Processing Center
    c/o KCC
    1290 Avenue of the Americas, 9th Floor
    New York, New York 10104

    </div>

    The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.  This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.  If you were not a Holder of one or more **[Bond Series]** Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014, of the **[Bond Series]** Claim in **[Class Number]** of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

      ☐ **ACCEPT** the Plan.             ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____

Principal Amount of **[Bond Series]** Claims Held: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2.  Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

i.   is the Holder of the **[Bond Series]** Claim in **[Class No.]** to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.  received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii. has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.  understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6A.6**

**Ballot for Class 5**

Ballot, Class 5 COP Swap Claims

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

```
----------------------------------------------------------------- x
                                                          :
In re                                                     :  Chapter 9
                                                          :
CITY OF DETROIT, MICHIGAN,                                :  Case No. 13-53846
                                                          :
                        Debtor.                           :  Hon. Steven W. Rhodes
                                                          :
----------------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 5: COP Swap Claims

+------------------------------------------------------------+
| **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**          |
| **PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014**      |
+------------------------------------------------------------+

THIS BALLOT (A "<u>BALLOT</u>") IS FOR HOLDERS OF COP SWAP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLAIMS IN CLASS 5.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "<u>BALLOTING AGENT</u>") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "<u>City</u>") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Plan</u>")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Disclosure Statement</u>").  By order entered on March 11, 2014 (Docket No. 2984) (the "<u>Solicitation Procedures Order</u>"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are a Holder of one or more COP Swap Claims as of April 14, 2014 (the "<u>Voting Record Date</u>"), and accordingly, you are a Holder of one or more Class 5 Claims against the City, as defined in the Plan.

If you did not hold any COP Swap Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1] Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

   Any and all of your COP Swap Claims against the City have been placed in Class 5 under the Plan. If you hold multiple Claims within Class 5 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting COP Swap Claims in Class 5 under the Plan.**

   If you hold more than one COP Swap Claim in Class 5, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 5 and the votes are not the same for each Claim in Class 5, your Ballots will not be counted as having been cast.

   **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. Please complete Item 2 of the Ballot.

3. Sign, date and return the Ballot to:

   <div align="center">

   Detroit Ballot Processing Center
   c/o KCC
   2335 Alaska Avenue
   El Segundo, CA 90245

   </div>

   The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax, or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4. If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5. The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6. If you were not a Holder of one or more COP Swap Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014 of a COP Swap Claim against the City of Detroit, Michigan in Class 5 under the Plan, votes to (check <u>one</u> box):

&#9633;   **ACCEPT** the Plan.        &#9633;   **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____    Claim Amount: _____

## PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the COP Swap Claim in Class 5 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.    has not submitted any other Ballots for Class 5 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>EXHIBIT 6A.7</u>**

**Master Ballot for Class 7**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------------------x
                                              :
In re                                         : Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                     : Case No. 13-53846
                                              :
                        Debtor.                : Hon. Steven W. Rhodes
                                              :
-------------------------------------------------------------------x
```

### MASTER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 7: Limited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES OF BENEFICIAL OWNERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") CLAIMS (THE "BENEFICIAL HOLDERS"), WHICH ARE CLAIMS IN CLASS 7.  PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW.  MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE.  UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT.  DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of LTGO Bond Claims as of April 14, 2014 (the "Voting Record Date").

---

[1]  Capitalized terms used in this Master Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Use this Master Ballot to cast votes to accept or reject the Plan in accordance with the beneficial ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of LTGO Bond Claims.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of LTGO Bond Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

    i.      execute this Master Ballot to reflect the voting instructions given to you by the Beneficial Holders in the Beneficial Ballots;

    ii.     summarize the results of all votes cast by the Beneficial Holders on the Master Ballot;

    iii.    return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

    iv.    retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]    The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and all exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.    In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the LTGO Bond Claims in Class 7. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of claims voting to accept or reject the Plan. Please note that each Beneficial Holder must vote all claims held by such Beneficial Holder in Class 7 in the same manner; claims may not be split. Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan, or indicates votes to both accept and reject the Plan, shall not be counted as having been cast.

3.    In Item 3, please transcribe the information provided by each Beneficial Holder in Item 2 of the Beneficial Ballot relating to other Claims in Class 7 voted.

4.    In Item 4, please complete the certifications for this Master Ballot, including the date and signature.

5.    Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are <u>actually received</u> by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

6.    Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

7.    If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

8.    The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

9.    If you were not a Nominee with respect to LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of LTGO Bond Claims in Class 7 listed in Item 2 below, and is the Nominee holder of such bonds as of the Voting Record Date;

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of LTGO Bond Claims in Class 7 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of LTGO Bond Claims in Class 7 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holder of the LTGO Bond Claims in Class 7 listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the LTGO Bond Claims in Class 7; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to ACCEPT the Plan* | Principal Amount of Claims Voted to REJECT the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 2 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 2 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 7

| Your Account Number for Each Beneficial Holder Who Completed Item 2 of their Beneficial Ballot | Transcribe from Item 2 of the Beneficial Ballot* | | | | |
|---|---|---|---|---|---|
| | Account Number of Other Bond Claims in Class 7 | Name of Other Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.     provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their Class 7 LTGO Bond Claims;

2.     received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.     has full power and authority to vote to transmit the votes to accept or reject the Plan;

4.     properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the LTGO Bond Claims in Class 7 held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; and (d) the customer account or other identification number for each such Beneficial Holder; and

5.     received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to vote on the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6A.8**

**Beneficial Ballot for Class 7**

CHI-1921042v6

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
----------------------------------------------------------------- x
                                                    :
In re                                               :  Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                           :  Case No. 13-53846
                                                    :
                            Debtor.                 :  Hon. Steven W. Rhodes
                                                    :
----------------------------------------------------------------- x
```

### BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN

CLASS 7: Limited Tax General Obligation Bond Claims

┌─────────────────────────────────────────────────────────┐
│  **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**       │
│  **PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014**   │
└─────────────────────────────────────────────────────────┘

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") BOND CLAIMS IN CLASS 7 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO THE BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR BONDS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE.  A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE.  DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS.  BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Beneficial Ballot because you are a Beneficial Holder of

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

LTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 7 LTGO Bond Claim against the City, as defined in the Plan.

If you were not a Beneficial Holder of LTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your Beneficial Ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your LTGO Bond Claims against the City have been placed in Class 7 under the Plan. If you hold multiple Claims within Class 7 under the Plan, you will receive a separate Beneficial Ballot for each such Claim. **Each Beneficial Ballot you receive is for voting only your Claim described on the Beneficial Ballot. Please complete and return each Beneficial Ballot you receive**. The attached Beneficial Ballot is designated only for voting LTGO Bond Claims in Class 7 under the Plan.

    If you hold more than one LTGO Bond Claim in Class 7, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 7, and each vote is not the same for each Claim in Class 7, your Beneficial Ballots will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In Item 2 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for LTGO Bond Claims in Class 7; or (b) complete the chart in Item 2 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for LTGO Bond Claims in Class 7.

3.  Please complete Item 3 of the Beneficial Ballot.

4.  Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote. The Nominee must deliver the Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee. Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.  This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.  If you were not a Beneficial Holder of LTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Beneficial Holder as of April 14, 2014, of the LTGO Bond Claims in Class 7 under the Plan against the City of Detroit, Michigan, and in the amount set forth below, votes to (check <u>one</u> box):

&#9633; **ACCEPT** the Plan.         &#9633; **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____      Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certification as to Bond Claims in Class 7 Held in Additional Accounts.** The undersigned certifies that (check <u>one</u> box):

☐ This is the only Beneficial Ballot submitted by the undersigned for Claims in Class 7.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for Claims in Class 7.

<u>COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED OTHER BALLOTS IN CLASS 7</u>*

| Account Number of Other Bond Claims in Class 7 | Name of Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.        is the Holder of the LTGO Bond Claims in Class 7 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.     has not submitted any other Beneficial Ballots (including any such ballots listed in Item 2 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.       gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes executed on this Beneficial Ballot to the Balloting Agent.

<div align="right">

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

</div>

**EXHIBIT 6A.9**

**Individual Ballot for Class 7**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------------ x
                                        :
In re                                   :  Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :  Case No. 13-53846
                                        :
                    Debtor.             :  Hon. Steven W. Rhodes
                                        :
------------------------------------------------------------------ x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 7: Limited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") BOND CLAIMS, WHICH ARE CLAIMS IN CLASS 7.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are Holder of LTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 7 Claim against the City, as defined in the Plan.

If you did not hold any LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    All of your LTGO Bond Claims against the City have been placed in Class 7 under the Plan. If you hold multiple LTGO Bond Claims within Class 7 under the Plan, you will receive a separate Ballot for each such Claim. **Each Ballot you receive is for voting only your LTGO Bond Claim described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting LTGO Bond Claims in Class 7 under the Plan.**

    If you hold more than one LTGO Bond Claim in Class 7, you must vote each LTGO Bond Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 7, and each vote is not the same for each Claim in Class 7, your Ballots will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.     Please complete Item 2 of the Ballot.

3.     Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

    The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.     If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.     This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.     If you were not a Holder of LTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE
COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE
VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014, of LTGO Bond Claim in Class 7 of the Plan
against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

       ☐  **ACCEPT** the Plan.                     ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation,
expungement, injunction and release provisions contained in the Plan. Such provisions include, but are
not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the
Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____      Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2.  Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

i.    is the Holder of the LTGO Bond Claim in Class 7 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan for such Claims;

ii.   received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.  has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**Exhibit 6A.10**

**Insurer Ballot for Class 7**

CHI-1923725v4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------------- x
                                :

In re                            :  Chapter 9

                                :

CITY OF DETROIT, MICHIGAN,     :  Case No. 13-53846

                                :

               Debtor.      :  Hon. Steven W. Rhodes

                                :

---------------------------------------------------------------- x

### BALLOT FOR ACCEPTING OR REJECTING
### <u>THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT</u>

CLASS 7: Limited Tax General Obligation Bond Claims

> ### THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014

THIS BALLOT (A "<u>BALLOT</u>") IS FOR INSURERS OF LIMITED TAX GENERAL OBLIGATION ("<u>LTGO</u>") BONDS. CLAIMS ON ACCOUNT OF SUCH BONDS ARE CLAIMS IN CLASS 7. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "<u>BALLOTING AGENT</u>") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "<u>City</u>") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Plan</u>")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Disclosure Statement</u>"). By order entered on March 11, 2014 (Docket No. 2984) (the "<u>Solicitation Procedures Order</u>"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of LTGO bonds as of April 14, 2014 (the "<u>Voting Record Date</u>"). Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order. The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to LTGO bonds, your vote will not be counted unless the Bankruptcy Court determines, at a hearing

---

[1]    Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

currently scheduled for June 26, 2014, that you are entitled to vote. You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

If you did not insure LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All Claims against the City with respect to LTGO bonds have been placed in Class 7 under the Plan.  If you insure multiple LTGO bonds, you will receive a separate Class 7 Ballot on account of each such bond. **Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting by insurers of LTGO bonds.**

If you insure multiple LTGO bonds, you must vote in the same manner with respect to all such bonds.  If you submit multiple Class 7 Ballots and each vote is not the same on each Ballot, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you (a) also hold Claims in other Classes or sub-Classes or (b) insure securities giving rise to Claims in other Classes or sub-Classes, you will receive a separate ballot on account of each such Claim or each such security.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

5.      This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not an insurer of LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, an insurer of LTGO bonds as of April 14, 2014 in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Insurer: _____

Aggregate Amount of Principal and Interest
Insured with Respect to LTGO Bonds: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2.  Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

i.    is an insurer of LTGO bonds to which this Ballot pertains and has full power and authority to vote to accept or reject the Plan on account of such bonds;

ii.    received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.    has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921151v6

**<u>EXHIBIT 6A.11</u>**

**Master Ballot for Class 8**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------------------x
                                              :
In re                                         : Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                     : Case No. 13-53846
                                              :
                    Debtor.                    : Hon. Steven W. Rhodes
                                              :
------------------------------------------------------------------- x
```

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 8: Unlimited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES OF BENEFICIAL OWNERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS (THE "BENEFICIAL HOLDERS"), WHICH ARE CLAIMS IN CLASS 8 UNDER THE PLAN.  PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW.  MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE.  UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT.  DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of UTGO Bond Claims as of April 14, 2014 (the "Voting Record Date").

---

[1]     Capitalized terms used in this Master Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Use this Master Ballot to cast votes to accept or reject the Plan in accordance with the Beneficial Ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of UTGO Bond Claims.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of UTGO Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

i.    execute this Master Ballot to reflect the voting instructions given to you by the Beneficial Holders in the Beneficial Ballots for UTGO Bond Claims;

ii.   summarize the results of all votes cast by the Beneficial Holders on the Master Ballot;

iii.  return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

iv.   retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]    The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.  In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the UTGO Bond Claims in Class 8. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of UTGO Bond Claims voting to accept or reject the Plan. Please note that each Beneficial Holder must vote all claims held by such Beneficial Holder in Class 8 in the same manner; claims may not be split. Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan, or indicates votes to both accept and reject the Plan, shall not be counted as having been cast.

3.  In Item 3, please transcribe the information provided by each Beneficial Holder in Item 2 of the Beneficial Ballot relating to other UTGO Bond Claims in Class 8 voted.

4.  In Item 4, please complete the certifications for this Master Ballot, including the date and signature.

5.  Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are <u>actually received</u> by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

6.  Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

7.  If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

8.  The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

9.  If you were not a Nominee with respect to UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Certification of Authority to Vote.**  The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of UTGO Bond Claims in Class 8 listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date.

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of UTGO Bond Claims in Class 8 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of UTGO Bond Claims in Class 8 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holder of the UTGO Bond Claims in Class 8 listed in Item 2 below.

**Item 2.  Transmittal of Votes.**  The undersigned transmits the following votes of Beneficial Holders of the UTGO Bond Claims in Class 8; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to <u>ACCEPT</u> the Plan* | Principal Amount of Claims Voted to <u>REJECT</u> the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 2 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 2 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 8

| Your Account Number for Each Beneficial Holder Who Completed Item 2 of their Beneficial Ballot | Transcribe from Item 2 of the Beneficial Ballot* | | | | |
|---|---|---|---|---|---|
| | Account Number of Other Bond Claims in Class 8 | Name of Other Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4.  Certifications.**  By signing this Master Ballot, the undersigned certifies that the undersigned:

1.    provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their Class 8 UTGO Bond Claims;

2.    received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.    has full power and authority to vote to transmit the votes to accept or reject the Plan;

4.    properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the UTGO Bond Claims in Class 8 held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; and (d) the customer account or other identification number for each such Beneficial Holder; and

5.    received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to vote on the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921044v6

**EXHIBIT 6A.12**

**Beneficial Ballot for Class 8**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
----------------------------------------------------------------- x
                                                   :
In re                                              : Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         : Case No. 13-53846
                                                   :
                              Debtor.              : Hon. Steven W. Rhodes
                                                   :
----------------------------------------------------------------- x
```

### BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN

CLASS 8: Unlimited Tax General Obligation Bond Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014**

---

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS IN CLASS 8 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO YOUR BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR BONDS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT, OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Beneficial Ballot because you are a Beneficial Holder of

---

[1]    Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

UTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly you are a Holder of a Class 8 UTGO Bond Claim against the City, as defined in the Plan.

If you were not a Beneficial Holder of UTGO Bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your UTGO Bond Claims against the City have been placed in Class 8 under the Plan.  If you hold multiple Claims within Class 8 under the Plan, you will receive a separate Beneficial Ballot for each such UTGO Bond Claim.  **Each Beneficial Ballot you receive is for voting only your UTGO Bond Claim described on the Beneficial Ballot.  Please complete and return each Beneficial Ballot you receive. The attached Beneficial Ballot is designated only for voting UTGO Bond Claims in Class 8 under the Plan.**

    If you hold more than one UTGO Bond Claim in Class 8, you must vote each UTGO Bond Claim to accept or reject the Plan in the same manner.  If you vote multiple UTGO Bond Claims in Class 8, and each vote is not the same for each UTGO Bond Claim in Class 8, your Beneficial Ballots will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In Item 2 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for UTGO Bond Claims in Class 8; or (b) complete the chart in Item 2 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for UTGO Bond Claims in Class 8.

3.  Please complete Item 3 of the Beneficial Ballot.

4.  Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote.  The Nominee must deliver the Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline.  Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee.  Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each such ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.  This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.  If you were not a Beneficial Holder of UTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the Beneficial Holder as of April 14, 2014, of UTGO Bond Claims in Class 8 under the Plan against the City of Detroit, Michigan, and in the amount set forth below, votes to (check <u>one</u> box):

☐  **ACCEPT** the Plan. ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____ Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certification as to UTGO Bond Claims in Class 8 Held in Additional Accounts.** The undersigned certifies that: (check one box)

☐ This is the only Beneficial Ballot submitted by the undersigned for UTGO Bond Claims in Class 8.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for UTGO Bond Claims in Class 8.

### COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED OTHER BALLOTS IN CLASS 8*

| Account Number of Other Bond Claims in Class 8 | Name of Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3.  Certifications.**  By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.    is the Holder of UTGO Bond Claims in Class 8 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.   received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.  has not submitted any other Beneficial Ballots (including any such ballots listed in Item 2 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.    gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6A.13**

**Individual Ballot for Class 8**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------------ x
                                                    :
In re                                               :  Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                           :  Case No. 13-53846
                                                    :
                        Debtor.                      :  Hon. Steven W. Rhodes
                                                    :
------------------------------------------------------------------ x
```

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 8: Unlimited Tax General Obligation Bond Claims

<div style="border:1px solid">

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014**

</div>

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS, WHICH ARE CLAIMS IN CLASS 8. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE RETURN INSTRUCTIONS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are Holder of UTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 8 Claim against the City, as defined in the Plan.

If you did not hold any UTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All of your UTGO Bond Claims against the City have been placed in Class 8 under the Plan.  If you hold multiple UTGO Bond Claims within Class 8 under the Plan, you will receive a separate Ballot for each such UTGO Bond Claim.  **Each Ballot you receive is for voting only your UTGO Bond Claim described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting UTGO Bond Claims in Class 8 under the Plan.**

If you hold more than one UTGO Bond Claim in Class 8, you must vote each UTGO Bond Claim to accept or reject the Plan in the same manner.  If you vote multiple UTGO Bond Claims in Class 8, and each vote is not the same for each UTGO Bond Claim in Class 8, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.      This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not a Holder of one or more UTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.
>
> IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014, of UTGO Bond Claims in Class 8 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

&#9744; **ACCEPT** the Plan.        &#9744; **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

    i.        is the Holder of the UTGO Bond Claim in Class 8 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan for such Claims;

    ii.       received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

    iii.      has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

    iv.      understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

<br>

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**Exhibit 6A.14**

**Insurer Ballot for Class 8**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------------ x
                                       :
In re                                  : Chapter 9
                                       :
CITY OF DETROIT, MICHIGAN,             : Case No. 13-53846
                                       :
                    Debtor.            : Hon. Steven W. Rhodes
                                       :
------------------------------------------------------------------ x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 8: Unlimited Tax General Obligation Bond Claims

<div style="border:1px solid black">

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014**

</div>

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BONDS. CLAIMS ON ACCOUNT OF SUCH BONDS ARE CLAIMS IN CLASS 8. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE RETURN INSTRUCTIONS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of UTGO bonds as of April 14, 2014 (the "Voting Record Date"). Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order. The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to UTGO bonds, your vote will not be counted unless the Bankruptcy Court determines, at a hearing

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

currently scheduled for June 26, 2014, that you are entitled to vote. You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

If you did not insure UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All Claims against the City with respect to UTGO bonds have been placed in Class 8 under the Plan. If you insure multiple UTGO bonds, you will receive a separate Class 8 Ballot on account of each such bond. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting by insurers of UTGO bonds.**

If you insure multiple UTGO bonds, you must vote in the same manner with respect to all such bonds. If you submit multiple Class 8 Ballots and each vote is not the same on each Ballot, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.     Please complete Item 2 of the Ballot.

3.     Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.     If you (a) also hold Claims in other Classes or sub-Classes or (b) insure securities giving rise to Claims in other Classes or sub-Classes, you will receive a separate ballot on account of each such Claim or each such security. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

5.     This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.     If you were not an insurer of UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, an insurer of UTGO bonds as of April 14, 2014 in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.            ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Insurer: _____

Aggregate Amount of Principal and
Interest Insured with Respect to UTGO Bonds: $_____

## PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE

**Item 3.  Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

i.       is an insurer of UTGO bonds to which this Ballot pertains and has full power and authority to vote to accept or reject the Plan on account of such bonds;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.     has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1923753v3

**EXHIBIT 6A.15**

**Master Ballot for Class 9**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
---------------------------------------------------------------------x
                                           :
In re                                      :  Chapter 9
                                           :
CITY OF DETROIT, MICHIGAN,                 :  Case No. 13-53846
                                           :
                       Debtor.             :  Hon. Steven W. Rhodes
                                           :
--------------------------------------------------------------------- x
```

## MASTER BALLOT FOR ACCEPTING OR REJECTING THE
## PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

### CLASS 9: COP CLAIMS

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES AND ELECTIONS OF BENEFICIAL HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) IN CLASS 9 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW. MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE. UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT. DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of COP Claims as of April 14, 2014 (the "Voting Record Date").

---

[1]      Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Use this Master Ballot to cast votes to accept or reject the Plan, and to make certain treatment and settlement elections regarding the Plan, in accordance with the beneficial ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of COP Claims.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of COP Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

i.      execute this Master Ballot to reflect the voting and applicable election instructions given to you by the Beneficial Holders in the Beneficial Ballots for COP Claims;

ii.     summarize the results of all votes cast and elections made by the Beneficial Holders on the Master Ballot;

iii.    return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

iv.     retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]     The "Solicitation Package" consists of:  (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.  In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the COP Claims in Class 9. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of COP Claims voting to accept or reject the Plan. Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan shall not be counted as having been cast. Any Beneficial Holder in Class 9 who votes to reject the Plan with respect to all COP Claims held by such Beneficial Holder is precluded from making other applicable elections.

3.  In the boxes provided in Item 3 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the elections of the Beneficial Holders of COP Claims in Class 9 that voted to accept the Plan. If the Bankruptcy Court approves the Plan, Beneficial Holders of Class 9 Claims that accept the Plan may elect to participate in the Plan COP Settlement and become Settling COP Claimants. Record the account number for each Beneficial Holder that voted to accept the Plan and returned a Beneficial Ballot, and the principal amount of COP Claims that elect to participate in the Plan COP Settlement. A Beneficial Holder with more than one Claim in Class 9 may elect different treatment for each such COP Claim with respect to the Plan COP Settlement election. If an executed Beneficial Ballot does not make an election under this section, such ballot will count as an election not to participate in the Plan COP Settlement.

4.  In Item 4, please transcribe the information provided by each Beneficial Holder in Item 3 of the Beneficial Ballot relating to other COP Claims voted in Class 9.

5.  In Item 5, please complete the certifications for this Master Ballot, including the date and signature.

6.  Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are actually received by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

7.  Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

8.  If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

9.  The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

10. If you were not a Nominee with respect to COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3, 4 AND 5 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date.

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan and execute applicable elections on behalf of the Beneficial Holder of the COP Claims in Class 9 listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the COP Claims in Class 9; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to ACCEPT the Plan* | Principal Amount of Claims Voted to REJECT the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| 11. | $ | $ |
| 12. | $ | $ |
| 13. | $ | $ |
| 14. | $ | $ |
| 15. | $ | $ |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Plan COP Settlement Elections.** The undersigned transmits the following elections of Beneficial Holders of the COP Claims in Class 9 that have voted to accept the Plan; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot accepting the Plan and executing such election.

| Your Account Number for Each Beneficial Holder that elects to participate in the Plan COP Settlement* | Principal Amount of COP Claims | VOI Number from the DTC** |
|---|---|---|
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |
| 5. | $ | |
| 6. | $ | |
| 7. | $ | |
| 8. | $ | |
| 9. | $ | |
| 10. | $ | |
| 11. | $ | |
| 12. | $ | |
| 13. | $ | |
| 14. | $ | |
| 15. | $ | |

\* If the space provided is not sufficient, attach additional sheets in the same format

\*\* The underlying COPs held by those Beneficial Holders electing to participate in the Plan COP Settlement are to be tendered into the election account established at the Depository Trust Company (the "DTC") for such purpose. Input the corresponding VOI number received from the DTC in the appropriate column in the table above if the Beneficial Holder elected to participate in the Plan COP Settlement in Item 2 on its beneficial ballot. COPs may not be withdrawn from the DTC election account once tendered. No further trading will be permitted in the COPs held in the election account at the DTC. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all COPs held in the election account to the applicable Nominee for credit to the account of the applicable Beneficial Holder.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 3 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 3 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 9

| Your Account Number for Each Beneficial Holder Who Completed Item 3 of their Beneficial Ballot | Transcribe from Item 3 of the Beneficial Ballot* | |
| --- | --- | --- |
| | Name of Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 5 ON THE NEXT PAGE**

**Item 5. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.    provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their Class 9 COP Claims;

2.    received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.    has full power and authority to vote to transmit the votes to accept or reject the Plan and the applicable elections of the Beneficial Holders to which the undersigned is a Nominee;

4.    properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the COP Claims held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; (d) each such Beneficial Holder's respective elections applicable under the Plan if such Beneficial Holder has accepted the Plan; and (e) the customer account or other identification number for each such Beneficial Holder; and

5.    received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to both vote on the Plan and execute applicable elections under the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921096v6

**EXHIBIT 6A.16**

**Beneficial Ballot for Class 9**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
----------------------------------------------------------------- x
                                        :
In re                                   : Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
                                        :
                    Debtor.             : Hon. Steven W. Rhodes
                                        :
----------------------------------------------------------------- x
```

### BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN

CLASS 9: COP Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014**

---

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) IN CLASS 9 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO YOUR BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR SECURITIES (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT, OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Beneficial Ballot because you are a Beneficial Holder of one or more Class 9 COP Claims under the Plan as of April 14, 2014 (the "Voting Record Date").

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you were not a Beneficial Holder of any COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Beneficial Ballot to:

   i.      cast your vote to accept or reject the Plan; and

   ii.     if you accept the Plan, elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether, if you accept the Plan, to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your Beneficial Ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

All of your COP Claims against the City have been placed in Class 9 under the Plan.  If you hold multiple COP Claims within Class 9 under the Plan, you will receive a separate Beneficial Ballot for each such Claim.  **Each Beneficial Ballot you receive is for voting only your COP Claim described on the Beneficial Ballot.  Please complete and return each Beneficial Ballot you receive.  The attached Beneficial Ballot is designated only for voting the COP Claims in Class 9 under the Plan.**

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      If you voted accept the Plan, in the boxes provided in Item 2 of the Beneficial Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

If you do not check either box in Item 3, this Beneficial Ballot will count as an election not to participate in the Plan COP Settlement and become a Settling COP Claimant.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and regarding your COP Claims in Class 9.**

**If you elect to participate in the Plan COP Settlement, the Nominee holding your COPs must "tender" your COPs into an election account established at the Depository Trust Company (the "DTC").  Such COPs may not be withdrawn from the election account after your Nominee has tendered them to the election account.  Once such COPs have been tendered, no further trading will be permitted in the COPs held in the election account.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all COPs held in the election account to the applicable Nominee for credit to your account.  If you do not elect to participate in the Plan COP Settlement, then your COPs will not be placed into an election account, and your securities will not be restricted from trading.**

3.      In Item 3 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for COP Claims in Class 9; or (b) complete the chart in Item 4 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for COP Claims in Class 9.

4.      Please complete Item 4 of the Beneficial Ballot.

5.      Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote.  The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline.  Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee.  Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

7.      This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.      If you were not a Beneficial Holder of one or more COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF YOU ACCEPT THE PLAN AND NEITHER BOX IS CHECKED IN ITEM 2, THIS BENEFICIAL BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Beneficial Holder as of April 14, 2014, of the COP Claims in Class 9 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **REJECT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Aggregate Claim Amount: $_____

**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY CLASS 9 COP CLAIMS, PLEASE COMPLETE ITEM 2 BELOW. IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL CLASS 9 COP CLAIMS YOU HOLD, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 2. Plan COP Settlement Option.** If the undersigned voted to approve the Plan, the undersigned elects to (check <u>one</u> box):

☐ **Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of Class 9 COP Claims.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and interests regarding your COP Claims in Class 9.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certification as to COP Claims in Class 9 Held in Additional Accounts.** The undersigned certifies that: (check one box)

☐ This is the only Beneficial Ballot submitted by the undersigned for Claims in Class 9.

☐ The completed chart discloses all account numbers, Nominees and applicable information for any and all Beneficial Ballots the undersigned submitted for Claims in Class 9.

<u>COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED OTHER BALLOTS IN CLASS 9</u>*

| Account Number of COP Claims in Class 9 | Name of Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the COP Claims in Class 9 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.    has not submitted any other Beneficial Ballots (including any such ballots listed in Item 3 above) with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.     gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes and applicable elections executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921096v6

**Individual Ballot for Class 9**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------------------------ x
                                              :
In re                                         : Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                     : Case No. 13-53846
                                              :
                    Debtor.                   : Hon. Steven W. Rhodes
                                              :
------------------------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 9: COP Claims

```
┌─────────────────────────────────────────────────────────────┐
│       THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE          │
│       PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014         │
└─────────────────────────────────────────────────────────────┘
```

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLAIMS IN CLASS 9. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are Holder of one or more COP Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 9 Claim against the City, as defined in the Plan.

If you did not hold any COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to:

i.      cast your vote to accept or reject the Plan; and

ii.     elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All of your COP Claims against the City have been placed in Class 9 under the Plan.  If you hold multiple Claims within Class 9 under the Plan, you will receive a separate Ballot for each such Claim.  **Each Ballot you receive is for voting only your COP Claim described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting the COP Claims in Class 9 under the Plan.**

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.     If you voted to accept the Plan, in the boxes provided in Item 2 of the Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

**If you do not check either box in Item 2, this Ballot will count as an election not to participate in the Plan COP Settlement.**

**If you accept the Plan and elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and regarding your Claims in Class 9.**

3.     Please complete Item 3 of the Ballot.

4.     Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as cast.

5.     If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.     This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.     If you were not a Holder of one or more COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND**
**INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS CAST.

IF YOU ACCEPT THE PLAN AND NEITHER BOX IS CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

Item 1.  **Class Vote.**  The undersigned, the Holder as of April 14, 2014, of the COP Claims in Class 9 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐  **ACCEPT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

☐  **REJECT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____          Aggregate Claim Amount: $_____

**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY CLASS 9 COP CLAIMS, PLEASE COMPLETE ITEM 2 BELOW.  IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL CLASS 9 COP CLAIMS YOU HOLD, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE.**

Item 2.  **Plan COP Settlement Option.**  If the undersigned voted to accept the Plan, the undersigned elects to (check <u>one</u> box):

☐  **Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of Class 9 COP Claims.

☐  **NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of Class 9 COP Claims.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and interests regarding your Claims in Class 9.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the COP Claims in Class 9 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claim;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.      has not submitted any other Ballots with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.      understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**Exhibit 6A.18**

**Insurer Ballot for Class 9**

CHI-1923763v3

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

```
----------------------------------------------------------------- x
                                              :
In re                                         : Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                     : Case No. 13-53846
                                              :
                     Debtor.                  : Hon. Steven W. Rhodes
                                              :
----------------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING
THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 9: COP Claims

<div style="border:1px solid black; text-align:center">

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30, 2014**

</div>

THIS BALLOT (A "<u>BALLOT</u>") IS FOR INSURERS OF COPs (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)).  CLAIMS ON ACCOUNT OF COPs ARE CLAIMS IN CLASS 9.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "<u>BALLOTING AGENT</u>") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "<u>City</u>") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Plan</u>")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Disclosure Statement</u>").  By order dated March 11, 2014 (Docket No. 2984) (the "<u>Solicitation Procedures Order</u>"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order dated April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of COPs as of April 14, 2014 (the "<u>Voting Record Date</u>").  Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order.  The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to COPs, your vote will not be counted unless the Bankruptcy Court determines, at a hearing currently scheduled for

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

June 26, 2014, that you are entitled to vote. You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

If you did not insure COPs as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfo@kccllc.com.

Please use this Ballot to:

  i.   cast your vote to accept or reject the Plan; and

  ii.   if you accept the Plan, elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/Detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

   All COP Claims against the City have been placed in Class 9 under the Plan. If you insure multiple COPs, you will receive a separate Ballot on account of each such COP. **Each Ballot you receive is for voting only on account of the COP described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting by insurers of COPs.**

   **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. If you voted to accept the Plan, in the boxes provided in Item 2 of the Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

   **If you do not check either box in Item 2, this Ballot will count as an election not to participate in the Plan COP Settlement.**

   **If you accept the Plan and elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and interests regarding Claims in Class 9.**

3. Please complete Item 3 of the Ballot.

4. Sign, date and return the Ballot to:

   <div align="center">

   Detroit Ballot Processing Center
   c/o KCC
   2335 Alaska Avenue
   El Segundo, CA 90245

   </div>

   The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as cast.

5. If you (a) also hold Claims in other Classes or sub-Classes or (b) insure securities or COPs giving rise to Claims in other Classes or sub-Classes, you will receive a separate ballot on account of each such Claim security or COP. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

6. This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7. If you were not an insurer of COPs as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS CAST.

IF YOU ACCEPT THE PLAN AND NEITHER BOX IS CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, an insurer of COPs as of April 14, 2014 in the amount set forth below, votes to:

☐ **ACCEPT** the Plan with respect to $_____ in principal amount of COPs.

☐ **REJECT** the Plan with respect to $_____ in principal amount of COPs.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Insurer: _____

Aggregate Amount of Principal and Interest Insured With Respect to COPs: $_____

**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY COPs, PLEASE COMPLETE ITEM 2 BELOW.  IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL COPs THAT YOU INSURED, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE.**

**Item 2.  Plan COP Settlement Option.**  If the undersigned voted to accept the Plan, the undersigned elects to:

☐ **Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of COPs.

☐ **NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of COPs.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and interests regarding your Claims in Class 9.**

### PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE

**Item 3.  Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

    i.      is an insurer of COPs to which this Ballot pertains and has full power and authority to vote to accept or reject the Plan and make the elections applicable to Claims on account of such COPs;

    ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

    iii.    has not submitted any other Ballots with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

    iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

<div align="right">

_____

Name

_____

Social Security or Federal Tax I.D. No. (optional)

_____

Signature

_____

If by Authorized Agent, Name and Title

_____

Name of Institution

_____

Street Address

_____

City, State, Zip Code

_____

Telephone Number

_____

Date Completed

_____

Email Address

</div>

**EXHIBIT 6A.19**

**Ballot for Class 13**

CHI-1921006v4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

------------------------------------------------------------------ x
                                              :
In re                                 : Chapter 9
                                                :
CITY OF DETROIT, MICHIGAN,        : Case No. 13-53846
                                                :
                     Debtor.           : Hon. Steven W. Rhodes
                                                :
------------------------------------------------------------------ x

**BALLOT FOR ACCEPTING OR REJECTING THE
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 13: Downtown Development Authority Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF DDA CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLASSIFIED IN CLASS 13.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are a Holder of one or more DDA Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 13 Claims against the City, as defined in the Plan.

If you did not hold any DDA Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]       Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to cast your vote to accept or reject the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your DDA Claims against the City have been placed in Class 13 under the Plan. If you hold multiple DDA Claims within Class 13 under the Plan, you will receive a separate Ballot for each such DDA Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting DDA Claims in Class 13 under the Plan.**

If you hold more than one DDA Claim in Class 13, you must vote each DDA Claim to accept or reject the Plan in the same manner. If you vote multiple DDA Claims in Class 13, and the votes are not the same for each DDA Claim in Class 13, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.      The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not a Holder of any DDA Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the DDA Claim Holder in Class 13 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.                     ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____.  Amount of Claim  $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of one or more DDA Claims in Class 13 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.    has not submitted any other Ballots for Class 13 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6A.20**

**Ballot for Class 14**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
--------------------------------------------------------------- x
                                          :
In re                                     :  Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :  Case No. 13-53846
                                          :
                    Debtor.               :  Hon. Steven W. Rhodes
                                          :
--------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 14: Other Unsecured Claims

> ### THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> ### PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF OTHER UNSECURED CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) WHICH ARE CLASSIFIED IN CLASS 14. PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are a Holder of one or more Other Unsecured Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 14 Claims against the City, as defined in the Plan.

If you did not hold any Other Unsecured Claim as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to:

  i.   cast your vote to accept or reject the Plan; and

  ii.  elect whether to treat your Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to treat your Other Unsecured Claim as a Class 15 Convenience Claim. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your Other Unsecured Claims against the City have been placed in Class 14 under the Plan. If you hold multiple Claims within Class 14 under the Plan, you will receive a separate Ballot for each such Claim.  **Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting Other Unsecured Claims in Class 14 under the Plan.**

If you hold more than one Other Unsecured Claim in Class 14, you must vote each Claim to accept or reject the Plan in the same manner.  If you vote multiple Claims in Class 14 and the votes are not the same for each Claim in Class 14, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      In the boxes provided in Item 2 of the Ballot, please indicate your election whether to treat your Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.  If you check both boxes, or neither box, in Item 2, this Ballot will count as an election <u>not</u> to treat your Other Unsecured Claim as a Class 15 Convenience Claim.

3.      If you elect to treat your Class 14 Other Unsecured Claim as a Class 15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class 15 tabulation purposes and your vote will not count for Class 14 tabulation purposes.

4.      Please complete Item 3 of the Ballot.

5.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

7.      The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.      If you were not a Holder of any Other Unsecured Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF BOTH BOXES ARE, OR NEITHER BOX IS, CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE NOT ELECTING CONVENIENCE CLAIM TREATMENT FOR YOUR CLASS 14 OTHER UNSECURED CLAIM.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.  ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____.  Amount of Claim: $_____

**Item 2.  Convenience Class Election.**  The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, elects to (check <u>one</u> box):

☐ **Treat** the undersigned's Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.  ☐ **Not Treat** the undersigned's Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.

**If you elect to treat your Class 14 Other Unsecured Claim as a Class 15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class 15 tabulation purposes and your vote will not count for Class 14 tabulation purposes.**

**Convenience Claim elections are subject to the terms contained in the Plan.  This Convenience Claim Election will be deemed irrevocable and legally binding on you upon (i) execution of this election on the Ballot and (ii) confirmation of the Plan.  Class 15 Convenience Claims will be paid in accordance with the Plan terms.**

Creditor Name: _____.  Claim Amount: $_____

### PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.     is the Holder of one or more Other Unsecured Claims in Class 14 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.    received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.   has not submitted any other Ballots for Class 14 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email address

**EXHIBIT 6A.21**

**Ballot for Class 15**

**Ballot, Class 15 Convenience Claims**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------------------- x
        :
In re                  : Chapter 9
        :
CITY OF DETROIT, MICHIGAN,    : Case No. 13-53846
        :
        Debtor.    : Hon. Steven W. Rhodes
        :
-------------------------------------------------------------------- x

### BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 15: Convenience Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON JUNE 30, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF CONVENIENCE CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLASSIFIED IN CLASS 15. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on April [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are a Holder of one or more Convenience Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 15 Claims against the City, as defined in the Plan.

If you did not hold any Convenience Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.　　In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your Convenience Claims against the City have been placed in Class 15 under the Plan. If you hold multiple Claims within Class 15 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Convenience Claims in Class 15 under the Plan.**

If you hold more than one Convenience Claim in Class 15, you must vote each Convenience Claim to accept or reject the Plan in the same manner. If you vote multiple Convenience Claims in Class 15, and the votes are not the same for each Convenience Claim in Class 15, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.　　Please complete Item 2 of the Ballot.

3.　　Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court, or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.　　If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.　　The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.　　If you were not a Holder of one or more Convenience Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Convenience Claim Holder in Class 15 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G, Article IV.H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____. Amount of Claim: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2.  Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

i.   is the Holder of one or more Convenience Claims in Class 15 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.   received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.   has not submitted any other Ballots for Class 15 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

# **Exhibit 6B**

Ballot Redlines

**EXHIBIT 6~~D~~A.1**

**Master Ballot for Classes 1A, 1B, 1C and 1D**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------------------------x
                                                     :
In re                                                : Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                            : Case No. 13-53846
                                                     :
                              Debtor.                : Hon. Steven W. Rhodes
                                                     :
-------------------------------------------------------------------x
```

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS _____: **[NAME OF CLASS]**
Series _____
CUSIP: _____

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON ~~[_____]~~JUNE 30, 2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES AND ELECTIONS OF BENEFICIAL OWNERS OF **[BOND SERIES], [CUSIP]** CLAIMS IN **[CLASS NUMBER]** (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW. MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE. UNLESS THE TIME IS EXTENDED, BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT. DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~entered on April [~~_____~~], 2014 (Docket No. ~~____). By order dated~~[_____] ~~(Docket No. ____)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement. Accordingly, the City is ~~authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*~~set forth in the Solicitation ~~and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice~~ Procedures ~~*Related to Confirmation of the Plan of Adjustment (Docket No. ____)*~~Order. You are receiving this Master Ballot

---

[1]  Capitalized terms used in this ~~Master~~ Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

because you are a Nominee of Beneficial Holders of **[Bond Series]**, **[CUSIP]** Claims as of [——————]April 14, 2014 (the "Voting Record Date").

Use this Master Ballot to cast votes to accept or reject the Plan and to make certain treatment elections regarding the Plan, in accordance with the ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of **[Bond Series]**, **[CUSIP]** Claims in **[Class No.]**.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of **[Bond Series]**, **[CUSIP]** Claims in **[Class No.]**. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is <u>actually received</u> by the Voting Deadline.

If you were not a Nominee with respect to **[Bond Series]** securities, **[CUSIP]** as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (877917) 298281-62364800 or via email at Detroitinfodetroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

    i.     execute this Master Ballot to reflect the voting and applicable election instructions given to you by the Beneficial Holders in the Beneficial Ballots for **[Bond Series]**, **[CUSIP]**;

    ii.    summarize the results of all votes cast and elections made by the Beneficial Holders on the Master Ballot;

    iii.   return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

    iv.   retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

2335 Alaska Avenue
El Segundo, CA 90245

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]   The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2. In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the **[Bond Series], [CUSIP]** Claims in **[Class No.]**. Record the account number for each Beneficial Holder that returned a Beneficial Ballot and the principal amount of claims voting to accept or reject the Plan. Please note that ~~each~~if a Beneficial Holder ~~must vote all claims held by such~~holds more than one CUSIP of **[Bond Series]** securities, it is entitled to vote differently for each CUSIP. All votes cast by a Beneficial Holder ~~in **[Class No.]** in~~with respect to any particular CUSIP, however, must be the same ~~manner; claims may not be split~~. Any Beneficial Ballot that does not indicate any vote to accept or reject or indicates votes to both accept and reject the Plan shall not be counted as having been cast. Beneficial Holders who vote to reject the Plan are not precluded from making applicable elections on their Beneficial Ballots.

3. In the boxes provided in Item 3 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the ~~election~~elections of the Beneficial Holders of **[Bond Series], [CUSIP]** Claims in **[Class No.]**. Beneficial Holders may elect whether or not to receive ~~either~~ New GLWA/DWSD Bonds ~~or~~New Existing Rate ~~GLWA/DWSD~~Water/Sewer Bonds. Record the account number for each Beneficial Holder that ~~voted to accept the Plan and~~ returned a Beneficial Ballot, and the principal amount of claims with respect to which a Beneficial Holder has made a valid election to receive New GLWA/DWSD Bonds or not to receive New Existing Rate ~~GLWA/DWSD~~Water/Sewer Bonds. If a Beneficial Holder holds more than one ~~Claim~~CUSIP of **[Bond Series]** securities in **[Class No.]**, such holder may ~~not~~ elect different treatment under this section ~~for~~with respect to each ~~Claim. If an executed~~Claim. If an executed~~CUSIP. If, with respect to a single CUSIP, a Beneficial ~~Ballot (a) does not make an~~Holder (a) checks neither the "Yes" nor the "No" box for the election ~~under this section~~, (b) ~~elects to receive both New GLWA/DWSD Bonds and New Existing Rate GLWA/DWSD Bonds~~checks both the "Yes" and "No" box for the election or (c) attempts to ~~elect to receive part New GLWA/DWSD Bonds and part New Existing Rate GLWA/DWSD Bonds~~split its election, such Ballot will count as an election not to receive New ~~GLWA/DWSD~~Existing Rate Water/Sewer Bonds.

4. In Item 4, please transcribe the information provided by each Beneficial Holder in Item 3 of the Beneficial Ballot relating to other ballots submitted with respect to **[Bond Series], [CUSIP]** Claims ~~voted~~ in **[Class No.]**.

5. In Item 5, please complete the certifications for this Master Ballot, including the date and signature.

6. Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are actually received by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

7. Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

8. If you are also a Nominee for Claims in other Classes or Claims on account of other CUSIPs in **[Class No.]**, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

9.     The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

10.    If you were not a Nominee with respect to **[Bond Series]** securities, **[CUSIP]** as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (877917) 298281-62364800 or via email at Detroitinfodetroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3, 4 AND 5 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of [_____]April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of **[Bond Series]**, **[CUSIP]** Claims in **[Class No.]** listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date;

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of **[Bond Series]**, **[CUSIP]** Claims in **[Class No.]** listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of **[Bond Series]**, **[CUSIP]** Claims in **[Class No.]** listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan and execute applicable elections on behalf of the Beneficial Holder of the **[Bond Series]**, **[CUSIP]** Claims in **[Class No.]** listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the **[Bond Series]** securities, **[CUSIP]** in **[Class No.]**; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to ACCEPT the Plan* | Principal Amount of Claims Voted to REJECT the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Bond Elections.** The undersigned transmits the following elections of Beneficial Holders of the **[Bond Series]** Claims in **[Class No.]**; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot executing such election.

| Your Account Number for Each Beneficial Holder that elects ~~not~~ to receive ~~New GLWA/DWSD Bonds (or made no election)*~~ New Existing Rate Water/Sewer Bonds* | Principal Amount of [Bond Series]~~,~~. [CUSIP] | Your Account Number for Each Beneficial Holder electing to receive New Existing Rate ~~GLWA/DWSD~~Water/Sewer Bonds* | Principal Amount of [Bond Series]~~,~~. [CUSIP] | VOI Number from the DTC** |
|---|---|---|---|---|
| 1. | $ | 1. | $ | |
| 2. | $ | 2. | $ | |
| 3. | $ | 3. | $ | |
| 4. | $ | 4. | $ | |
| 5. | $ | 5. | $ | |
| 6. | $ | 6. | $ | |
| 7. | $ | 7. | $ | |
| 8. | $ | 8. | $ | |
| 9. | $ | 9. | $ | |
| 10. | $ | 10. | $ | |
| **TOTALS** | | **TOTALS** | | |

\* If the space provided is not sufficient, attach additional sheets in the same format

\*\* The underlying **[Bond Series]** securities, [CUSIP], held by those Beneficial Holders electing to receive New Existing Rate Water/Sewer Bonds are to be tendered into an election account established at the Depository Trust Company (the "DTC") for such purpose. Input the corresponding VOI number received from the DTC in the appropriate column in the table above if the Beneficial Holder elected to receive New Existing Rate Water/Sewer Bonds in Item 2 on its Beneficial Ballot. Securities may not be withdrawn from the DTC election account once tendered. No further trading will be permitted in the securities held in the election account at the DTC. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to the account of the applicable Beneficial Holder.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule on which the undersigned has transcribed all and any applicable information provided in Item 3 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED FROM ITEM 3 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS ON ACCOUNT OF [BOND SERIES], [CUSIP] IN [CLASS NO.]

| Your Account Number for Each Beneficial Holder Who Completed Item 3 of their Beneficial Ballot | Transcribe from Item 3 of the Beneficial Ballot* | | | | |
|---|---|---|---|---|---|
| | Account Number of Other [Bond Series], [CUSIP] of Other Bond Claims in [Class [No.] | Name of Other Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 5 ON THE NEXT PAGE**

**Item 5. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.    provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their **[Class No.] [Bond Series], [CUSIP]** Claims;

2.    received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.    has full power and authority to vote to transmit the votes to accept or reject the Plan and the applicable elections of the Beneficial Holders to which the undersigned is a Nominee;

4.    properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the **[Class No.] [Bond Series], [CUSIP]** Claims held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; (d) each such Beneficial Holder's respective elections applicable under the Plan; and (e) the customer account or other identification number for each such Beneficial Holder; and

5.    received from each such Beneficial Holder, a certification that each such Beneficial Holder is eligible to both vote on the Plan and execute applicable elections under the Plan.

 

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6~~D~~A.2**

**Beneficial Ballot for Classes 1A, 1B, 1C and 1D**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------- x
                                                  :
In re                                             : Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        : Case No. 13-53846
                                                  :
                              Debtor.             : Hon. Steven W. Rhodes
                                                  :
------------------------------------------------- x
```

**BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS _____: **[NAME OF CLASS]**
Series _____
CUSIP: _____

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON [~~_____~~]JUNE 30,
2014**

---

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF **[BOND SERIES] [CUSIP]** CLAIMS IN **[CLASS NO.]** (THE "BENEFICIAL HOLDERS").  PLEASE COMPLETE, SIGN AND DATE THE BENEFICIAL BALLOT AND RETURN IT TO THE BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR **[BOND SERIES]** ~~BONDS~~, **[CUSIP]** SECURITIES (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE.  A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE.  DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE.  PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS.  BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan.  By order ~~dated~~entered on April [~~_____~~], 2014 (Docket No. ~~___).  By order dated~~ [_____] ~~(Docket No. ____)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved

---

[1]  Capitalized terms used in this ~~Beneficial~~ Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

procedures ~~in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*~~ set forth in the Solicitation ~~*and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice*~~ Procedures ~~*Related to Confirmation of the Plan of Adjustment* (Docket No. _____)~~ Order. You are receiving this Beneficial Ballot because you are a Beneficial Holder of **[Bond Series]** securities, **[CUSIP]**, as of ~~[_____]~~ April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a **[Class No.]** Claim against the City, as defined in the Plan.

If you were not a Beneficial Holder of **[Bond Series]** securities, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~ detroitinfo@kccllc.com.

Please use this Beneficial Ballot to:

    i.      cast your vote to accept or reject the Plan and

    ii.     elect whether to receive New ~~GLWA/DWSD Bonds or New~~ Existing Rate ~~GLWA/DWSD~~ Water/Sewer Bonds in lieu of New Water/Sewer Bonds.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to receive New ~~GLWA/DWSD or~~ Existing Rate Water/Sewer Bonds. **Please note that if you elect to receive New Existing Rate ~~GLWA/DWSD Bonds,~~ Water/Sewer Bonds, the Nominee holding your [Bond Series] securities, [CUSIP], must "tender" your securities into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after your Nominee has tendered them to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to your account. If you do not elect to receive New Existing Rate Water/Sewer Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.**

Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/~~Detroit~~ detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your **[Name of Class]** Claims against the City have been placed in **[Class Number]** under the Plan. If you hold multiple Claims within **[Class Number]** under the Plan, you will receive a separate Beneficial Ballot for each such Claim. **Each Beneficial Ballot you receive is for voting only your Claim described on the Beneficial Ballot. Please complete and return each Beneficial Ballot you receive. The attached Beneficial Ballot is designated only for voting the [Bond Series], [CUSIP], Claims in [Class Number] under the Plan.**

    If you hold more than one CUSIP of **[Bond Series]** ~~Claim in [Class No.]~~ securities, you ~~must~~may vote ~~each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in [Class No.], and each vote is not the same for each Claim in [Class No.], your Beneficial Ballots will not be counted as having been cast.~~differently for each respective CUSIP. All votes cast by you with respect to any particular CUSIP, however, must be the same.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. In the boxes provided in Item 2 of the Beneficial Ballot, please indicate ~~your election~~whether you elect to receive ~~either New GLWA/DWSD Bonds or~~New Existing Rate ~~GLWA/DWSD~~Water/Sewer Bonds. This election applies whether you vote to accept or vote to reject the Plan. If you check both boxes, or neither box ~~or attempt to elect different treatment among your [Class no.] Claims in Item 2~~, this Beneficial Ballot will count as an election not to receive New ~~GLWA/DWSD~~Existing Rate Water/Sewer Bonds.

    If you hold more than one CUSIP of **[Bond Series]** securities, you are permitted to make a different election for each CUSIP. All elections made by you with respect to a single CUSIP, however, must be the same for such CUSIP. If you attempt to split your election with respect to a single CUSIP, your Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds with respect to such CUSIP.

    **If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

3. In Item 3 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you will submit for ~~Claims in~~ **[Class No.]** Claims on account of **[CUSIP]**; or (b) complete the chart in Item 3 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you will submit for ~~Claims in~~ **[Class ~~Number~~No.]** Claims on account of **[CUSIP]**.

4. Please complete Item 4 of the Beneficial Ballot.

5. Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote. The Nominee must deliver the Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee. Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6. If you also (a) hold Claims in other Classes or sub-Classes or (b) hold securities with a CUSIP different than the CUSIP identified in this Ballot, you will receive a separate ballot ~~for~~on account of each such Claim or each such security. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ~~Class in which you are a Claim holder~~ballot.

7. This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8. If you were not a Beneficial Holder of **[Bond Series]** securities, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF NEITHER BOX IS CHECKED, OR BOTH BOXES ARE CHECKED, IN ITEM 2, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO RECEIVE NEW ~~GLWA/DWSD~~EXISTING RATE WATER/SEWER BONDS.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Beneficial Holder as of [~~_____~~]April 14, 2014, of the **[Bond Series], [CUSIP]** Claim in **[Class No.]** of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

         ☐ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____  ~~Claim Amount: $~~_____

Principal Amount of **[Bond Series]** Securities, **[CUSIP]** Held: $ _____

**Item 2. Bond Election.** If the Bankruptcy Court approves the Plan, the undersigned elects to ~~RECEIVE~~receive New Existing Rate Water/Sewer Bonds with respect to **[Bond Series]** securities, **[CUSIP]** (check <u>one</u> box):

        ☐ ~~New GLWA Bonds or~~ YES~~New DWSD Bonds~~         ☐ ~~New Existing Rate GLWA Bonds or New Existing Rate DWSD Bonds~~No

**If you elect to receive New Existing Rate Water/Sewer Bonds, the Nominee holding your [Bond Series] securities, [CUSIP], must "tender" your securities into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after your Nominee has tendered them to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to your account. If you do not elect to receive New Existing Rate Water/Sewer Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.**

**If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

CHI-1919209v~~9~~10

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

CHI-1919209v910

**Item 3.  Certification as to** ~~Bond Claims in~~ **[Class No.]** Claims on Account of [Bond Series] Securities, [CUSIP], **Held in Additional Accounts.** The undersigned certifies that: (check one box)

☐ This is the only Beneficial Ballot submitted by the undersigned for ~~Claims in~~ **[Class No.]** Claims on account of [CUSIP].

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for **[Class No.]** Claims on account of [CUSIP]. ~~undersigned submitted for Claims in [Class No.].~~

COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED ~~OTHER BALLOTS IN [CLASS NO.]*~~ OTHER BALLOTS WITH RESPECT TO **[BOND SERIES]** SECURITIES, [CUSIP] *

| Account Number of other Bond Claims in [Class No.] | Name of Nominee or Other Registered Holder | ~~CUSIP Number of Other Bonds~~ | ~~Series Number of Other Bonds~~ | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*If the space provided is not sufficient, please attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the **[Bond Series], [CUSIP],** Claims in **[Class No.]** to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.      has not submitted any other Beneficial Ballots (including any such ballots listed in Item 3 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.      understands that an election to receive New Existing Rate Water/Sewer Bonds constitutes an irrevocable waiver of any and all rights to object to the Plan on any grounds, and that any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election;

iv<u>v</u>.      understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v<u>vi</u>.      gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes and applicable elections executed on this Beneficial Ballot to the Balloting Agent.

 

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____

Email Address

**EXHIBIT 6~~D~~A.3**

**Individual Ballot for Classes 1A, 1B, 1C and 1D**

**Individual Ballot, Class [1A-1D] [Bond Series] [CUSIP] Claims**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------- x
                                                    :
In re                                               : Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          : Case No. 13-53846
                                                    :
                        Debtor.                     : Hon. Steven W. Rhodes
                                                    :
-------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS ____: **[NAME OF CLASS]**
Series _____
CUSIP: _____

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON [~~_____~~ JUNE 30], 2014**

THIS BALLOT (A "BALLOT") IS ~~FOR~~ TO BE USED BY BENEFICIAL HOLDERS OF **[BOND SERIES] CLAIMS, WHICH ARE CLAIMS IN CLASS [** CUSIP**] CLAIMS IN [CLASS NUMBER] (THE "BENEFICIAL HOLDERS")**.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan.  By order ~~dated~~entered on April [~~_____~~], 2014 (Docket No. ____).  ~~By order dated~~[_____] (~~Docket No. ____~~), the Bankruptcy Court ~~authorized~~approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for~~set forth in the Solicitation ~~and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice~~ Procedures ~~Related to Confirmation of the Plan of Adjustment (Docket No. ____)~~Order.  You are receiving this Ballot because you are Holder of **[Bond Series]** securities, [CUSIP], as of [~~_____~~]April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a **[Class No.]** Claim against the City, as defined in the Plan.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

CHI-1921366v~~34~~

13-53846-tjt    Doc 3463    Filed 04/02/14    Entered 04/02/14 08:50:48    Page 185 of 288

If you ~~did~~were not ~~hold any~~a Holder of **[Bond Series]** ~~Claims~~securities, **[CUSIP],** as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

Please use this Ballot to:

    i.      cast your vote to accept or reject the Plan and

    ii.     elect whether to receive New ~~Rate GLWA/DWSD Bonds or New~~ Existing Rate ~~GLWA/DWSD~~Water/Sewer Bonds in lieu of New Water/Sewer Bonds.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to receive New ~~GLWA/DWSD Bonds or~~Existing Rate Water/Sewer Bonds. Please note that if you elect to receive New Existing Rate ~~GLWA/DWSD Bonds~~ Water/Sewer Bonds, your **[Bond Series]** securities, **[CUSIP],** must be "tendered" into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after they have been tendered to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to be credited to your account. If you do not elect to receive New Existing Rate Water/Sewer Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.

Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/~~Detroit~~detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

   All of your **[Name of Class]** Claims against the City have been placed in **[Class Number]** under the Plan. If you hold multiple Claims within **[Class Number]** under the Plan, you will receive a separate Ballot for each such Claim. **Each Ballot you receive is for voting only your Claim described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting the [Bond Series]~~, [CUSIP],~~ Claims in [Class Number] under the Plan.**

   If you hold more than one CUSIP of **[Bond Series]** ~~Claim in [Class Number]~~securities, you ~~must~~may vote ~~each Claim to accept or reject the plan in the same manner. If you vote multiple Claims in [Class Number], and each vote is not the same for each Claim in [Class Number], your Ballots will not be counted as having been cast.~~differently for each respective CUSIP. All votes cast by you with respect to any particular CUSIP, however, must be the same.

   **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~H, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. In the boxes provided in Item 2 of the ~~Beneficial~~ Ballot, please indicate ~~your election~~whether you elect to receive ~~either New GLWA/DWSD Bonds or~~ New Existing Rate ~~GLWA/DWSD~~Water/Sewer Bonds. This election applies whether you vote to accept or vote to reject the Plan. If you check both boxes~~,~~ or neither box ~~or attempt to elect different treatment among your [Class no.] Claims in Item 2, this Beneficial~~, this Ballot will count as an election ~~not~~ to receive New ~~GLWA/DWSD~~Existing Rate Water/Sewer Bonds.

   If you hold more than one CUSIP of **[Bond Series]** securities, you are permitted to make a different election for each CUSIP. All elections made by you with respect to a single CUSIP, however, must be the same for such CUSIP. If you attempt to split your election with respect to a single CUSIP, your Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds with respect to such CUSIP.

   **If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

3. Please complete Item 3 of the Ballot.

4. Sign, date and return the Ballot to:

   Detroit Ballot Processing Center
   c/o KCC
   ~~2335 Alaska Avenue~~
   ~~El Segundo, CA 90245~~
   1290 Avenue of the Americas, 9th Floor
   New York, New York 10194

   The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.  If you also (a) hold Claims in other Classes or sub-Classes or (b) hold securities with a CUSIP different than the CUSIP identified in this Ballot, you will receive a separate ballot ~~for~~on account of each such Claim or each such security.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ~~Class in which you are a Claim holder~~ballot.

6.  This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.  If you were not a Holder of ~~one of more~~ **[Bond Series]** ~~Claims~~securities, **[CUSIP]** as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF NEITHER BOX IS CHECKED, OR BOTH BOXES ARE CHECKED, IN ITEM 2, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO RECEIVE NEW ~~GLWA/DWSD~~EXISTING RATE WATER/SEWER BONDS.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder as of ~~[_____]~~April 14, 2014, of the **[Bond Series]**, **[CUSIP]** Claim in **[Class Number]** of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check one box):

☐ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~HG~~, Article IV.~~IH~~ and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     ~~Claim Amount: $~~_____

Principal Amount of **[Bond Series]** Securities, **[CUSIP]** Held: $_____

**Item 2. Bond Election.** If the Bankruptcy Court approves the Plan, the undersigned elects to ~~RECEIVE~~receive New Existing Rate Water/Sewer Bonds with respect to **[Bond Series]** securities, **[CUSIP]** (check one box):

☐ ~~New GLWA Bonds or YES~~New DWSD Bonds          ☐ ~~New Existing Rate GLWA Bonds or New Existing Rate DWSD Bonds~~NO

**If you elect to receive New Existing Rate Water/Sewer Bonds, your [Bond Series] securities, [CUSIP], must be "tendered" into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after they have been tendered to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to be credited to your account. If you do not elect to receive New Existing Rate Water/Sewer Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.**

**If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

CHI-1921366v34

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.   is the Holder of the **[Bond Series], [CUSIP],** Claims in **[Class No.]** to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.  received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii. has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.  understands that an election to receive New Existing Rate Water/Sewer Bonds constitutes an irrevocable waiver of any and all rights to object to the Plan on any grounds, and that any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election; and

iv.v. understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6~~D~~A.~~6~~5**

~~Individual~~ Ballot for Classes 1E and 1F

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------ x
                                         :
In re                                    :   Chapter 9
                                         :
CITY OF DETROIT, MICHIGAN,               :   Case No. 13-53846
                                         :
                        Debtor.          :   Hon. Steven W. Rhodes
                                         :
------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS _____: **[NAME OF CLASS]**
Series _____

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON [~~_____~~]JUNE 30, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF **[BOND SERIES]** CLAIMS, WHICH ARE CLAIMS IN [**CLASS** ~~___ NUMBER~~]. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes ~~and elections~~ with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~entered on April [_____], 2014 (Docket No. ___). ~~By order dated~~[_____] ~~(Docket No. ___)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement. Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*~~set forth in the Solicitation ~~*and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice*~~ Procedures ~~*Related to Confirmation of the Plan of Adjustment (Docket No. ____)*~~Order. You are receiving this Ballot because you are Holder of **[Bond Series]** securities as of [~~_____~~]April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a **[Class No.]** Claim against the City, as defined in the Plan.

---

[1] Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not hold any **[Bond Series]** Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

~~Please use this Ballot to cast your vote to accept or reject the Plan.~~

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/~~Detroit~~detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All of your **[Name of Class], [Bond Series]** Claims against the City have been placed in **[Class Number]** under the Plan. If you hold multiple Claims within **[Class Number]** under the Plan, you will receive a separate Ballot for each such Claim. **Each Ballot you receive is for voting only your Claim described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting the [Bond Series] Claims in [Class Number] under the Plan.**

If you hold securities in more than one ~~[Bond Series] Claim~~bond series in **[Class Number]**, you ~~must~~may vote ~~each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in [Class Number], and each vote is not the same for each Claim in [Class Number], your Ballots will not be counted as having been cast.~~differently for each respective bond series. All votes cast by you with respect to any particular bond series, however, must be the same.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.    Please complete Item 2 of the Ballot.

3.    Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

~~2335 Alaska Avenue~~
~~El Segundo, CA 90245~~

</div>

The Balloting Agent must actually receive all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.    If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.    This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.    If you were not a Holder of one or more **[Bond Series]** Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder as of [~~_____~~]April 14, 2014, of the **[Bond Series]** Claim in **[Class Number]** of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~HG~~, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

~~Creditor:~~ _____        ~~Claim Amount: $~~ _____

Creditor: _____

Principal Amount of **[Bond Series]** Claims Held: $_____

## PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.          is the Holder of the **[Bond Series]** Claim in **[Class No.]** to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.          received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.          has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.          understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6~~D~~A.~~7~~6**

**Ballot for Class 5**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
----------------------------------------------------------------- x
                                          :
In re                                     : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
                          Debtor.         : Hon. Steven W. Rhodes
                                          :
----------------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 5: COP Swap Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
**PLAN IS 5:00 P.M., EASTERN TIME, ON [~~————————~~]JUNE 30,**
**2014**

---

THIS BALLOT (A "<u>BALLOT</u>") IS FOR HOLDERS OF COP SWAP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLAIMS IN CLASS 5. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "<u>BALLOTING AGENT</u>") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes ~~and elections~~ with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Plan</u>")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "<u>Disclosure Statement</u>"). ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~entered on April [~~————~~], 2014 (Docket No. ~~————~~). ~~By order dated~~ [~~————————~~] ~~(Docket No. ————~~), the Bankruptcy Court ~~authorized~~approved the Disclosure Statement. Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for~~set forth in the Solicitation ~~and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice~~ Procedures ~~Related to Confirmation of the Plan of Adjustment (Docket No. ————)~~Order. You are receiving this Ballot because you are a Holder of one or more COP Swap Claims as of [~~————————~~]April 14, 2014 (the "<u>Voting Record Date</u>"), and accordingly, you are a Holder of one or more Class 5 Claims against the City, as defined in the Plan.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not hold any COP Swap Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

~~Please use this Ballot to cast your vote to accept or reject the Plan.~~

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/~~Detroit~~detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

   Any and all of your COP Swap Claims against the City have been placed in Class 5 under the Plan. If you hold multiple Claims within Class 5 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting COP Swap Claims in Class 5 under the Plan.**

   If you hold more than one COP Swap Claim in Class 5, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 5 and the votes are not the same for each Claim in Class 5, your Ballots will not be counted as having been cast.

   **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. Please complete Item 2 of the Ballot.

3. Sign, date and return the Ballot to:

   <div align="center">
   Detroit Ballot Processing Center<br>
   c/o KCC<br>
   2335 Alaska Avenue<br>
   El Segundo, CA 90245
   </div>

   The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax, or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4. If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5. The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6. If you were not a Holder of one or more COP Swap Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

> PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.
>
> IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder as of [~~_____~~]April 14, 2014 of ~~the~~a COP Swap Claim against the City of Detroit, Michigan in Class 5 under the Plan, votes to (check one box):

☐ **ACCEPT** the Plan.                    ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____     Claim Amount: _____

### PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the COP Swap Claim in Class 5 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.      has not submitted any other Ballots for Class 5 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.      understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

\
_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6~~DA.~~87**

**Master Ballot for Class 7**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------------------x
                                          :
In re                                     :  Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :  Case No. 13-53846
                                          :
                   Debtor.                :  Hon. Steven W. Rhodes
                                          :
------------------------------------------------------------x
```

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 7: Limited Tax General Obligation Bond Claims
Series _____

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON [_____]JUNE 30,**
> **2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES OF BENEFICIAL OWNERS OF [BOND SERIES] LIMITED TAX GENERAL OBLIGATION ("LTGO") CLAIMS (THE "BENEFICIAL HOLDERS"), WHICH ARE CLAIMS IN CLASS 7. PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW.  MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE.  UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT.  DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended* Plan for the Adjustment of Debts of the City of Detroit (*February 21*March 31, 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended* Disclosure Statement with Respect to *Amended* Plan for the Adjustment of Debts of the City of Detroit (*February 21*March 31, 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement").  The By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved the Disclosure Statement byprocedures regarding the solicitation and tabulation of votes on the Plan.  By order dated entered on April [_____], 2014 (Docket No. ____).  By order dated [ _____] (Docket No. ____), the Bankruptcy Court authorizedapproved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes with respect to the acceptance or rejection of the Plan according to the conditions andin accordance with the approved procedures in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*set forth in the Solicitation *and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice* Procedures *Related to Confirmation of the Plan of Adjustment* (Docket No. ____)Order.  You are receiving this Master Ballot

---

[1]  Capitalized terms used in this Master Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

because you are a Nominee of Beneficial Holders of ~~[Bond Series]~~ LTGO Bond Claims as of ~~[_____]~~ April 14, 2014 (the "Voting Record Date").

Use this Master Ballot to cast votes to accept or reject the Plan in accordance with the beneficial ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of ~~[Bond Series]~~ LTGO Bond Claims.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of ~~[Bond Series]~~ LTGO Bond Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to ~~[Bond Series]~~ LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (~~877~~917) ~~298~~281-~~6236~~4800 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

    i.      execute this Master Ballot to reflect the voting instructions given to you by the Beneficial Holders in the Beneficial Ballots ~~for [Bond Series]~~;

    ii.     summarize the results of all votes cast by the Beneficial Holders on the Master Ballot;

    iii.    return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

    iv.    retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

~~2335 Alaska Avenue~~
~~El Segundo, CA 90245~~

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]   The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and all exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2. In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the [LTGO Bond Series] Claims in Class 7. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of claims voting to accept or reject the Plan. Please note that each Beneficial Holder must vote all claims held by such Beneficial Holder in Class 7 in the same manner; claims may not be split. Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan, or indicates votes to both accept and reject the Plan, shall not be counted as having been cast.

3. In Item 3, please transcribe the information provided by each Beneficial Holder in Item 2 of the Beneficial Ballot relating to other Claims in Class 7 voted.

4. In Item 4, please complete the certifications for this Master Ballot, including the date and signature.

5. Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are <u>actually received</u> by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

6. Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

7. If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

8. The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

9. If you were not a Nominee with respect to [Bond Series]LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (877917) 298281-62364800 or via email at DetroitinfoDetroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of [~~_____~~]April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of **[~~Bond Series]~~**LTGO Bond Claims in Class 7 listed in Item 2 below, and is the Nominee holder of such ~~securities~~bonds as of the Voting Record Date;

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of **[~~Bond Series]~~**LTGO Bond Claims in Class 7 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of **[~~Bond Series]~~**LTGO Bond Claims in Class 7 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holder of the **[~~Bond Series]~~**LTGO Bond Claims in Class 7 listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the **[~~Bond Series]~~**LTGO Bond Claims in Class 7; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to <u>ACCEPT</u> the Plan* | Principal Amount of Claims Voted to <u>REJECT</u> the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 2 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 2 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 7

| Your Account Number for Each Beneficial Holder Who Completed Item 2 of their Beneficial Ballot | **Transcribe from Item 2 of the Beneficial Ballot*** | | | | |
|---|---|---|---|---|---|
| | Account Number of Other Bond Claims in Class 7 | Name of Other Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4.  Certifications.**  By signing this Master Ballot, the undersigned certifies that the undersigned:

1.  provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their Class 7 ~~[Bond Series]~~ LTGO Bond Claims;

2.  received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.  has full power and authority to vote to transmit the votes to accept or reject the Plan;

4.  properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the ~~[Bond Series]~~ LTGO Bond Claims in Class 7 held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; and (d) the customer account or other identification number for each such Beneficial Holder; and

5.  received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to vote on the Plan.

---
Name of Nominee

---
Participant Number

---
Signature

---
If by Authorized Agent, Name and Title

---
Street Address

---
City, State, Zip Code

---
Telephone Number

---
Date Completed

---
Email Address

**EXHIBIT 6~~D~~A.~~9~~8**

**Beneficial Ballot for Class 7**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

```
------------------------------------------------------------ x
                                           :
In re                                      :  Chapter 9
                                           :
CITY OF DETROIT, MICHIGAN,                 :  Case No. 13-53846
                                           :
                 Debtor.                   :  Hon. Steven W. Rhodes
                                           :
------------------------------------------------------------ x
```

**BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN**

CLASS 7: Limited Tax General Obligation Bond Claims
~~Series [_____]~~

---

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON [~~_____~~] JUNE 30,
> 2014**

---

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF [~~BOND SERIES~~] LIMITED TAX GENERAL OBLIGATION ("LTGO") BOND CLAIMS IN CLASS 7 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO THE BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR BONDS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes ~~and elections~~ with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~ March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~ March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). ~~The~~ By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~ procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~ entered on April [_____], 2014 (Docket No. ~~____). By order dated~~ [_____] ~~(Docket No. ____)~~, the Bankruptcy Court ~~authorized~~ approved the Disclosure Statement. Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~ in accordance with the approved procedures ~~in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*~~ set forth in the

---

[1] Capitalized terms used in this ~~Beneficial~~ Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Solicitation *and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice* Procedures *Related to Confirmation of the Plan of Adjustment (Docket No. _____)* Order.  You are receiving this Beneficial Ballot because you are a Beneficial Holder of **[Bond Series]**LTGO bonds as of [_____]April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 7 LTGO Bond Claim against the City, as defined in the Plan.

If you were not a Beneficial Holder of **[Bond Series]**LTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfo detroitinfo@kccllc.com.

Please use this Beneficial Ballot to cast your vote to accept or reject the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/Detroit detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code.  If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below.  You must complete your Beneficial Ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline.  Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

All of your LTGO Bond Claims against the City have been placed in Class 7 under the Plan. If you hold multiple Claims within Class 7 under the Plan, you will receive a separate Beneficial Ballot for each such Claim. **Each Beneficial Ballot you receive is for voting only your Claim described on the Beneficial Ballot. Please complete and return each Beneficial Ballot you receive. The attached Beneficial Ballot is designated only for voting** ~~the [Bond Series]~~ **LTGO Bond Claims in Class 7 under the Plan.**

If you hold more than one ~~[Bond Series]~~ LTGO Bond Claim in Class 7, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 7, and each vote is not the same for each Claim in Class 7, your Beneficial Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.    In Item 2 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for LTGO Bond Claims in Class 7; or (b) complete the chart in Item 2 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for LTGO Bond Claims in Class 7.

3.    Please complete Item 3 of the Beneficial Ballot.

4.    Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote. The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee. Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.    If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.    This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.    If you were not a Beneficial Holder of ~~[Bond Series]~~LTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, the Beneficial Holder as of [~~_____~~]April 14, 2014, of the [~~Bond Series~~]LTGO Bond Claims in Class 7 under the Plan against the City of Detroit, Michigan, and in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certification as to Bond Claims in Class 7 Held in Additional Accounts.** The undersigned certifies that (check <u>one</u> box):

☐ This is the only Beneficial Ballot submitted by the undersigned for Claims in Class 7.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for Claims in Class 7.

<u>COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED OTHER BALLOTS IN CLASS 7*</u>

| Account Number of Other Bond Claims in Class 7 | Name of Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.     is the Holder of the [Bond Series] LTGO Bond Claims in Class 7 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.    received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.   has not submitted any other Beneficial Ballots (including any such ballots listed in Item 2 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.     gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6~~D~~A.~~10~~9**

**Individual Ballot for Class 7**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
----------------------------------------------------------------- x
                                            :
In re                                       : Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  : Case No. 13-53846
                                            :
                     Debtor.                : Hon. Steven W. Rhodes
                                            :
----------------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 7: Limited Tax General Obligation Bond Claims
~~Series [_____]~~

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON ~~[_____]~~JUNE 30, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF ~~[BOND SERIES]~~ LIMITED TAX GENERAL OBLIGATION ("LTGO") BOND CLAIMS, WHICH ARE CLAIMS IN CLASS 7. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes ~~and elections~~ with respect to the _Amended_ Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~_March 31_, 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying _Amended_ Disclosure Statement with Respect to ~~Amended~~ Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~_March 31_, 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement"). ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~entered on April [_____], 2014 (Docket No. ____). ~~By order dated~~ ~~[_____] (Docket No. ____)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement. Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for~~set forth in the Solicitation ~~and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment (Docket No. ____)~~Order. You are receiving this Ballot because you are Holder of ~~[Bond Series]~~LTGO bonds as of ~~[_____]~~April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 7 Claim against the City, as defined in the Plan.

---

[1]   Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not hold any [Bond Series] Claims LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfo detroitinfo@kccllc.com.

Please use this Ballot to cast your vote to accept or reject the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/Detroit detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All of your LTGO Bond Claims against the City have been placed in Class 7 under the Plan. If you hold multiple LTGO Bond Claims within Class 7 under the Plan, you will receive a separate Ballot for each such Claim. **Each Ballot you receive is for voting only your LTGO Bond Claim described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting the [Bond Series] LTGO Bond Claims in Class 7 under the Plan.**

If you hold more than one **[Bond Series]** LTGO Bond Claim in Class 7, you must vote each LTGO Bond Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 7, and each vote is not the same for each Claim in Class 7, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.HG, Article IV.IH and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.     Please complete Item 2 of the Ballot.

3.     Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.     If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.     This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.     If you were not a Holder of **[Bond Series]** LTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfo detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, the Holder as of [~~_____~~]April 14, 2014, of ~~the [Bond Series]~~ LTGO Bond Claim in Class 7 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐  **ACCEPT** the Plan.                    ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____        Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the [Bond Series] LTGO Bond Claim in Class 7 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan for such Claims;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.    has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

## EXHIBIT 6~~D~~A.11

**Master Ballot for Class 8**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---------------------------------------------------------------x
                     :
In re                  : Chapter 9
                     :
CITY OF DETROIT, MICHIGAN,   : Case No. 13-53846
                     :
             Debtor.    : Hon. Steven W. Rhodes
                     :
--------------------------------------------------------- x

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 8: Unlimited Tax General Obligation Bond Claims
~~Series _____~~

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., EASTERN TIME, ON ~~[_____]~~JUNE 30, 2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES OF BENEFICIAL OWNERS OF ~~[BOND SERIES]~~ UNLIMITED TAX GENERAL OBLIGATION ("UTGO") ~~BOND~~BOND CLAIMS (THE "BENEFICIAL HOLDERS"), WHICH ARE CLAIMS IN CLASS 8 UNDER THE PLAN. PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW. MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE. UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT. DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes ~~and elections~~ with respect to the *Amended* Plan for the Adjustment of Debts of the City of Detroit *(~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended* Disclosure Statement with Respect to *Amended* Plan for the Adjustment of Debts of the City of Detroit *(~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~entered on April [_____], 2014 (Docket No. ____). ~~By order dated~~ [_____] (Docket No. ____), the Bankruptcy Court ~~authorized~~approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes ~~with respect to the approval or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for~~set forth in the Solicitation ~~and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice~~ Procedures

---

[1] Capitalized terms used in this Master Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan~~(as defined above)~~.

*Related to Confirmation of the Plan of Adjustment* (Docket No. ____)Order.  You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of [Bond Series] UTGO Bond Claims as of [_____]April 14, 2014 (the "Voting Record Date").

Use this Master Ballot to cast votes to accept or reject the Plan in accordance with the Beneficial Ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of [Bond Series] UTGO Bond Claims.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of [Bond Series] UTGO Claims.  You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to [Bond Series]UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (877917) 298281-62364800 or via email at Detroitinfodetroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

     i.        execute this Master Ballot to reflect the voting instructions given to you by the Beneficial Holders in the Beneficial Ballots for [UTGO Bond Series]Claims;

     ii.       summarize the results of all votes cast by the Beneficial Holders on the Master Ballot;

     iii.      return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

     iv.      retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

2335 Alaska Avenue
El Segundo, CA 90245

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]    The "Solicitation Package" consists of:  (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.  In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the [Bond Series] UTGO Bond Claims in Class 8. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of UTGO Bond Claims voting to accept or reject the Plan. Please note that each Beneficial Holder must vote all claims held by such Beneficial Holder in Class 8 in the same manner; claims may not be split. Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan, or indicates votes to both accept and reject the Plan, shall not be counted as having been cast.

3.  In Item 3, please transcribe the information provided by each Beneficial Holder in Item 2 of the Beneficial Ballot relating to other UTGO Bond Claims in Class 8 voted.

4.  In Item 4, please complete the certifications for this Master Ballot, including the date and signature.

5.  Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are <u>actually received</u> by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

6.  Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

7.  If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

8.  The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

9.  If you were not a Nominee with respect to [Bond Series]UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (877917) 298281-62364800 or via email at Detroitinfodetroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of [~~_____~~]April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of [~~**Bond Series**~~]UTGO Bond Claims in Class 8 listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date.

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of [~~**Bond Series**~~]UTGO Bond Claims in Class 8 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of [~~**Bond Series**~~]UTGO Bond Claims in Class 8 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holder of the [~~**Bond Series**~~]UTGO Bond Claims in Class 8 listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the [~~**Bond Series**~~]UTGO Bond Claims in Class 8; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to <u>ACCEPT</u> the Plan* | Principal Amount of Claims Voted to <u>REJECT</u> the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| TOTALS | $ | $ |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 2 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 2 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 8

| Your Account Number for Each Beneficial Holder Who Completed Item 2 of their Beneficial Ballot | **Transcribe from Item 2 of the Beneficial Ballot\*** | | | | |
|---|---|---|---|---|---|
| | Account Number of Other Bond Claims in Class 8 | Name of Other Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4.  Certifications.**  By signing this Master Ballot, the undersigned certifies that the undersigned:

1.  provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their Class 8 ~~[Bond Series]~~ UTGO Bond Claims;

2.  received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.  has full power and authority to vote to transmit the votes to accept or reject the Plan;

4.  properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the ~~[Bond Series]~~ UTGO Bond Claims in Class 8 held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; and (d) the customer account or other identification number for each such Beneficial Holder; and

5.  received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to vote on the Plan.

---
Name of Nominee

---
Participant Number

---
Signature

---
If by Authorized Agent, Name and Title

---
Street Address

---
City, State, Zip Code

---
Telephone Number

---
Date Completed

---
Email Address

**EXHIBIT 6~~D~~A.12**

**Beneficial Ballot for Class 8**

**Beneficial Holder Ballot, Class 8 UTGO Bond Claims**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
----------------------------------------------------------------- x
                                                   :
In re                                              :  Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                          :  Case No. 13-53846
                                                   :
                          Debtor.                  :  Hon. Steven W. Rhodes
                                                   :
----------------------------------------------------------------- x
```

**BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN**

CLASS 8: Unlimited Tax General Obligation Bond Claims
~~Series [_____]~~

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON ~~[_____]~~JUNE 30,
> 2014**

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF ~~[BOND SERIES]~~ UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS IN CLASS 8 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO YOUR BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR BONDS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT, OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes ~~and elections~~ with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~entered on April [_____], 2014 (Docket No. ~~____). By order dated~~ [_____] ~~(Docket No. ____)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement. Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*~~set forth in the

---

[1]  Capitalized terms used in this ~~Beneficial~~ Ballot and the attached Instructions that are not otherwise defined have the meanings given to them in the Plan.

Solicitation ~~and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice~~ Procedures ~~Related to Confirmation of the Plan of Adjustment (Docket No. _____)~~Order.  You are receiving this Beneficial Ballot because you are a Beneficial Holder of ~~[Bond Series]~~UTGO bonds as of ~~[_____]~~April 14, 2014 (the "Voting Record Date"), and accordingly you are a Holder of a Class 8 UTGO Bond Claim against the City, as defined in the Plan.

If you were not a Beneficial Holder of ~~[Bond Series]~~UTGO Bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

~~Please use this Beneficial Ballot to cast your vote to accept or reject the Plan.~~

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/~~Detroit~~detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code.  If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below.  You must complete your ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline.  Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your UTGO Bond Claims against the City have been placed in Class 8 under the Plan. If you hold multiple Claims within Class 8 under the Plan, you will receive a separate Beneficial Ballot for each such UTGO Bond Claim. **Each Beneficial Ballot you receive is for voting only your UTGO Bond Claim described on the Beneficial Ballot. Please complete and return each Beneficial Ballot you receive. The attached Beneficial Ballot is designated only for voting the[Bond Series] UTGO Bond Claims in Class 8 under the Plan.**

    If you hold more than one [Bond Series] UTGO Bond Claim in Class 8, you must vote each UTGO Bond Claim to accept or reject the Plan in the same manner. If you vote multiple UTGO Bond Claims in Class 8, and each vote is not the same for each UTGO Bond Claim in Class 8, your Beneficial Ballots will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.HG, Article IV.IH and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In Item 2 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for UTGO Bond Claims in Class 8; or (b) complete the chart in Item 2 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for UTGO Bond Claims in Class 8.

3.  Please complete Item 3 of the Beneficial Ballot.

4.  Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote. The Nominee must deliver the Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee. Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each such ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.  This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.  If you were not a Beneficial Holder of [Bond Series]UTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfodetroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND**
**INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Beneficial Holder as of [_____]April 14, 2014, of the [Bond Series] UTGO Bond Claims in Class 8 under the Plan against the City of Detroit, Michigan, and in the amount set forth below, votes to (check one box):

    ☐  **ACCEPT** the Plan.           ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.HG, Article IV.IH and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____    Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certification as to UTGO Bond Claims in Class 8 Held in Additional Accounts.** The undersigned certifies that: (check one box)

☐ This is the only Beneficial Ballot submitted by the undersigned for UTGO Bond Claims in Class 8.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for UTGO Bond Claims in Class 8.

COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED <u>OTHER BALLOTS IN CLASS 8</u>*

| Account Number of Other Bond Claims in Class 8 | Name of Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.**  By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of ~~the [Bond Series]~~ UTGO Bond Claims in Class 8 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.     has not submitted any other Beneficial Ballots (including any such ballots listed in Item 2 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.     gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921044v46

**EXHIBIT 6~~D~~A.13**

**Individual Ballot for Class 8**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
----------------------------------------------------------- x
                                          :
In re                                     :  Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :  Case No. 13-53846
                                          :
                        Debtor.           :  Hon. Steven W. Rhodes
                                          :
----------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 8: Unlimited Tax General Obligation Bond Claims
~~Series [_____]~~

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON ~~[_____]~~JUNE 30, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF ~~[BOND SERIES]~~ UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS, WHICH ARE CLAIMS IN CLASS 8. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE RETURN INSTRUCTIONS.

The City of Detroit, Michigan (the "City") is soliciting votes ~~and elections~~ with respect to the *Amended* Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended* Disclosure Statement with Respect to *Amended* Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement"). ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~entered on April [_____], 2014 (Docket No. ____). ~~By order dated~~ [_____] ~~(Docket No. ____)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for~~set forth in the Solicitation ~~and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice~~ Procedures ~~Related to Confirmation of the Plan of Adjustment (Docket No. ____)~~Order. You are receiving this Ballot because you are Holder of ~~[Bond Series]~~UTGO bonds as of [_____]April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 8 Claim against the City, as defined in the Plan.

---

[1]   Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not hold any [Bond Series] UTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfodetroitinfo@kccllc.com. Please use this Ballot to cast your vote to accept or reject the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/Detroitdetroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

   All of your UTGO Bond Claims against the City have been placed in Class 8 under the Plan. If you hold multiple UTGO Bond Claims within Class 8 under the Plan, you will receive a separate Ballot for each such UTGO Bond Claim. **Each Ballot you receive is for voting only your UTGO Bond Claim described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting the [Bond Series] UTGO Bond Claims in Class 8 under the Plan.**

   If you hold more than one **[Bond Series]** UTGO Bond Claim in Class 8, you must vote each UTGO Bond Claim to accept or reject the Plan in the same manner. If you vote multiple UTGO Bond Claims in Class 8, and each vote is not the same for each UTGO Bond Claim in Class 8, your Ballots will not be counted as having been cast.

   **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.HG, Article IV.IH and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. Please complete Item 2 of the Ballot.

3. Sign, date and return the Ballot to:

   <div align="center">

   Detroit Ballot Processing Center
   c/o KCC
   1290 Avenue of the Americas, 9th Floor
   New York, New York 10104

   2335 Alaska Avenue
   El Segundo, CA 90245

   </div>

   The Balloting Agent must actually receive all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4. If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5. This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6. If you were not a Holder of one or more **[Bond Series]** UTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfodetroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the Holder as of [_____]April 14, 2014, of the **[Bond Series]** UTGO Bond Claims in Class 8 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐  **ACCEPT** the Plan.                    ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.HG, Article IV.IH and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____        Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 3. Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

i.       is the Holder of the ~~[Bond Series]~~ UTGO Bond Claim in Class 8 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan for such Claims;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.     has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921408v~~3~~5

13-53846-tjt    Doc 3463    Filed 04/02/14    Entered 04/02/14 08:50:48    Page 246 of 288

**EXHIBIT 6~~D~~A.~~14~~15**

**Master Ballot for Class 9**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
----------------------------------------------------------------x
                                          :
In re                                     : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
                      Debtor.             : Hon. Steven W. Rhodes
                                          :
----------------------------------------------------------------x
```

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 9: COP CLAIMS

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON ~~[                ]~~JUNE 30,**
> **2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES AND ELECTIONS OF BENEFICIAL HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) IN CLASS 9 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW.  MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE.  UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT.  DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended* *Plan for the Adjustment of Debts of the City of Detroit* ~~*(February 21*~~*March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit* ~~*(February 21*~~*March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan.  By order ~~dated~~entered on April [~~            ~~], 2014 (Docket No. ~~     ).  By order dated~~ [~~            ~~] ~~(Docket No.     )~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement.  Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*~~set forth in the Solicitation ~~*and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice*~~ Procedures ~~*Related to Confirmation of the Plan of Adjustment* (Docket No.     )~~Order.  You are receiving this Master Ballot

---

[1]   Capitalized terms used in this ~~Master~~ Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

because you are a Nominee of Beneficial Holders of COP Claims as of [~~_____~~]April 14, 2014 (the "Voting Record Date").

Use this Master Ballot to cast votes to accept or reject the Plan, and to make certain treatment and settlement elections regarding the Plan, in accordance with the beneficial ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of COP Claims.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of COP Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (~~877~~917) ~~298~~281-~~6236~~4800 or via email at ~~Detroitinfo~~detroitinfo@kcclc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

i.    execute this Master Ballot to reflect the voting and applicable election instructions given to you by the Beneficial Holders in the Beneficial Ballots for COP Claims;

ii.   summarize the results of all votes cast and elections made by the Beneficial Holders on the Master Ballot;

iii.  return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

iv.   retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail~~,~~ or other electronic means.

---

[2]  The "Solicitation Package" consists of:  (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.  In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the COP Claims in Class 9.  Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of COP Claims voting to accept or reject the Plan.  Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan shall not be counted as having been cast.  Any Beneficial ~~Holders~~Holder in Class 9 who ~~vote~~votes to reject the Plan ~~are~~with respect to all COP Claims held by such Beneficial Holder is precluded from making other applicable elections.

3.  In the boxes provided in Item 3 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the elections of the Beneficial Holders of COP Claims in Class 9 that voted to accept the Plan.  If the Bankruptcy Court approves the Plan, Beneficial Holders of Class 9 Claims that accept the Plan may elect to participate in the Plan COP Settlement and become Settling COP Claimants.  Record the account number for each Beneficial Holder that voted to accept the Plan and returned a Beneficial Ballot, and the principal amount of COP Claims that elect to participate in the Plan COP Settlement.  A Beneficial Holder with more than one Claim in Class 9 may elect different treatment for each such COP Claim with respect to the Plan COP Settlement election.  If an executed Beneficial Ballot does not make an election under this section, such ballot will count as an election not to participate in the Plan COP Settlement.

4.  In Item 4, please transcribe the information provided by each Beneficial Holder in Item 3 of the Beneficial Ballot relating to other COP Claims voted in Class 9.

5.  In Item 5, please complete the certifications for this Master Ballot, including the date and signature.

6.  Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are actually received by the Voting Deadline.  If a Master Ballot is received after the Voting Deadline, it will not be counted.  Master Ballots submitted by email, fax or any other electronic method will not be accepted.  Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

7.  Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

8.  If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims.  You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

9.  The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

10. If you were not a Nominee with respect to COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (~~877~~917) ~~298~~281-~~6236~~4800 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

> PLEASE COMPLETE ITEMS 1, 2, 3, 4 AND 5 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of ~~[_____]~~ April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date.

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan and execute applicable elections on behalf of the Beneficial Holder of the COP Claims in Class 9 listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the COP Claims in Class 9; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to ACCEPT the Plan* | Principal Amount of Claims Voted to REJECT the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| 11. | $ | $ |
| 12. | $ | $ |
| 13. | $ | $ |
| 14. | $ | $ |
| 15. | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Plan COP Settlement Elections.** The undersigned transmits the following elections of Beneficial Holders of the COP Claims in Class 9 that have voted to accept the Plan; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot accepting the Plan and executing such election.

| Your Account Number for Each Beneficial Holder that elects to participate in the Plan COP Settlement* | Principal Amount of COP Claims | VOI Number from the DTC** |
|---|---|---|
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |
| 5. | $ | |
| 6. | $ | |
| 7. | $ | |
| 8. | $ | |
| 9. | $ | |
| 10. | $ | |
| 11. | $ | |
| 12. | $ | |
| 13. | $ | |
| 14. | $ | |
| 15. | $ | |

* If the space provided is not sufficient, attach additional sheets in the same format

** The underlying COPs held by those Beneficial Holders electing to participate in the Plan COP Settlement are to be tendered into the election account established at the Depository Trust Company (the "DTC") for such purpose. Input the corresponding VOI number received from the DTC in the appropriate column in the table above if the Beneficial Holder elected to participate in the Plan COP Settlement in Item 2 on its beneficial ballot. COPs may not be withdrawn from the DTC election account once tendered. No further trading will be permitted in the COPs held in the election account at the DTC. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all COPs held in the election account to the applicable Nominee for credit to the account of the applicable Beneficial Holder.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 3 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 3 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 9

| Your Account Number for Each Beneficial Holder Who Completed Item 3 of their Beneficial Ballot | Transcribe from Item 3 of the Beneficial Ballot* | |
| --- | --- | --- |
| | Name of Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 5 ON THE NEXT PAGE**

**Item 5. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.    provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their Class 9 COP Claims;

2.    received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.    has full power and authority to vote to transmit the votes to accept or reject the Plan and the applicable elections of the Beneficial Holders to which the undersigned is a Nominee;

4.    properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the COP Claims held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; (d) each such Beneficial Holder's respective elections applicable under the Plan if such Beneficial Holder has accepted the Plan; and (e) the customer account or other identification number for each such Beneficial Holder; and

5.    received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to both vote on the Plan and execute applicable elections under the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6~~D~~A.~~15~~16**

**Beneficial Ballot for Class 9**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------------------ x
                                             :
In re                                        : Chapter 9
                                             :
CITY OF DETROIT, MICHIGAN,                   : Case No. 13-53846
                                             :
                          Debtor.            : Hon. Steven W. Rhodes
                                             :
------------------------------------------------------------ x
```

**BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN**

CLASS 9: COP Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
**PLAN IS 5:00 P.M., EASTERN TIME, ON ~~[—————]~~JUNE 30,**
**2014**

---

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) IN CLASS 9 (THE "BENEFICIAL HOLDERS").  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO YOUR BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR SECURITIES (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE.  A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE.  DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE.  PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT, OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS.  BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended* Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~*March 31,* 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended* Disclosure Statement with Respect to *Amended* Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~*March 31,* 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement").  ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan.  By order ~~dated~~entered on April [—————], 2014 (Docket No. ~~———).  By order dated~~ [—————] ~~(Docket No. ————)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for~~set forth in the Solicitation ~~and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment (Docket No. ————)~~Order.  You are receiving this Beneficial

---

[1]  Capitalized terms used in this ~~Beneficial~~ Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Ballot because you are a Beneficial Holder of one or more Class 9 COP Claims under the Plan as of [_____]April 14, 2014 (the "Voting Record Date").

If you were not a Beneficial Holder of any COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfodetroitinfo@kccllc.com.

Please use this Beneficial Ballot to:

    i.        cast your vote to accept or reject the Plan; and

    ii.       if you accept the Plan, elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether, if you accept the Plan, to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/Detroitdetroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your Beneficial Ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your COP Claims against the City have been placed in Class 9 under the Plan.  If you hold multiple COP Claims within Class 9 under the Plan, you will receive a separate Beneficial Ballot for each such Claim.  **Each Beneficial Ballot you receive is for voting only your COP Claim described on the Beneficial Ballot.  Please complete and return each Beneficial Ballot you receive.  The attached Beneficial Ballot is designated only for voting the COP Claims in Class 9 under the Plan.**

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.HG, Article IV.IH and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  If you voted accept the Plan, in the boxes provided in Item 2 of the Beneficial Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

    If you do not check either box in Item 3, this Beneficial Ballot will count as an election not to participate in the Plan COP Settlement and become a Settling COP Claimant.

    **If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and regarding your COP Claims in Class 9.**

    **If you elect to participate in the Plan COP Settlement, the Nominee holding your COPs must "tender" your COPs into an election account established at the Depository Trust Company (the "DTC").  Such COPs may not be withdrawn from the election account after your Nominee has tendered them to the election account.  Once such COPs have been tendered, no further trading will be permitted in the COPs held in the election account.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all COPs held in the election account to the applicable Nominee for credit to your account.  If you do not elect to participate in the Plan COP Settlement, then your COPs will not be placed into an election account, and your securities will not be restricted from trading.**

3.  In Item 3 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for COP Claims in Class 9; or (b) complete the chart in Item 4 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for COP Claims in Class 9.

4.  Please complete Item 4 of the Beneficial Ballot.

5.  Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote.  The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline.  Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee.  Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

7.  This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.  If you were not a Beneficial Holder of one or more COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF YOU ACCEPT THE PLAN AND NEITHER BOX IS CHECKED IN ITEM 2, THIS BENEFICIAL BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, the Beneficial Holder as of ̶|̶_̶_̶_̶_̶_̶_̶_̶_̶_̶_̶_̶_̶|̶ April 14, 2014, of the COP Claims in Class 9 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check one box):

      ☐ **ACCEPT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.
      ☐ **REJECT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____    Aggregate Claim Amount: $_____

**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY CLASS 9 COP CLAIMS, PLEASE COMPLETE ITEM 2 BELOW.  IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL CLASS 9 COP CLAIMS YOU HOLD, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 2.  Plan COP Settlement Option.**  If the undersigned voted to approve the Plan, the undersigned elects to (check one box):

      ☐ **Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of Class 9 COP Claims.
      ☐ **NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of Class 9 COP Claims.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and interests regarding your COP Claims in Class 9.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certification as to COP Claims in Class 9 Held in Additional Accounts.** The undersigned certifies that: (check <u>one</u> box)

☐ This is the only Beneficial Ballot submitted by the undersigned for Claims in Class 9.

☐ The completed chart discloses all account numbers, Nominees and applicable information for any and all Beneficial Ballots the undersigned submitted for Claims in Class 9.

<u>COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED OTHER BALLOTS IN CLASS 9\*</u>

| Account Number of COP Claims in Class 9 | Name of Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

-6-
13-53846-tjt    Doc 3463    Filed 04/02/14    Entered 04/02/14 08:50:48    Page 261 of 288

**Item 4. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the COP Claims in Class 9 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.    has not submitted any other Beneficial Ballots (including any such ballots listed in Item 3 above) with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.      gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes and applicable elections executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6~~D~~A.~~16~~17**

**Individual Ballot for Class 9**

**Individual Ballot, Class 9 COP Claims**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------ x
                                                  :
In re                                             :  Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                         :  Case No. 13-53846
                                                  :
                              Debtor.             :  Hon. Steven W. Rhodes
                                                  :
------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 9: COP Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M. EASTERN TIME ON** ~~[ ]~~**JUNE 30,**
> **2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLAIMS IN CLASS 9.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan.  By order ~~dated~~entered on April [ ], 2014 (Docket No. ~~ ~~).  ~~By order dated~~ [ ] ~~(Docket No. )~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement.  Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for~~set forth in the Solicitation ~~and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice~~ Procedures ~~Related to Confirmation of the Plan of Adjustment (Docket No. )~~Order.  You are receiving this Ballot because you are Holder of one or more COP Claims as of ~~[ ]~~April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 9 Claim against the City, as defined in the Plan.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not hold any COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

Please use this Ballot to:

     i.      cast your vote to accept or reject the Plan; and

    ii.      elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/~~Detroit~~detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    All of your COP Claims against the City have been placed in Class 9 under the Plan. If you hold multiple Claims within Class 9 under the Plan, you will receive a separate Ballot for each such Claim. **Each Ballot you receive is for voting only your COP Claim described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting the COP Claims in Class 9 under the Plan.**

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~H~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  If you voted to accept the Plan, in the boxes provided in Item 2 of the Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

    **If you do not check either box in Item 2, this Ballot will count as an election not to participate in the Plan COP Settlement.**

    **If you accept the Plan and elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and regarding your Claims in Class 9.**

3.  Please complete Item 3 of the Ballot.

4.  Sign, date and return the Ballot to:

    <div align="center">

    Detroit Ballot Processing Center
    c/o KCC
    2335 Alaska Avenue
    El Segundo, CA 90245

    </div>

    The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as cast.

5.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.  This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.  If you were not a Holder of one or more COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

---

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS CAST.

IF YOU ACCEPT THE PLAN AND NEITHER BOX IS CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, the Holder as of [~~_____~~]April 14, 2014, of the COP Claims in Class 9 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check one box):

☐ **ACCEPT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **REJECT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Aggregate Claim Amount: $_____

**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY CLASS 9 COP CLAIMS, PLEASE COMPLETE ITEM 2 BELOW.  IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL CLASS 9 COP CLAIMS YOU HOLD, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE.**

**Item 2.  Plan COP Settlement Option.**  If the undersigned voted to accept the Plan, the undersigned elects to (check one box):

☐ **Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of Class 9 COP Claims.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and interests regarding your Claims in Class 9.**

### PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.     is the Holder of the COP Claims in Class 9 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claim;

ii.    received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.   has not submitted any other Ballots with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 6~~D~~A.~~17~~19**

**Ballot for Class ~~12~~13**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------ x
                                                 :
In re                                            :  Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                        :  Case No. 13-53846
                                                 :
                    Debtor.                       :  Hon. Steven W. Rhodes
                                                 :
------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS ~~12~~13: Downtown Development Authority Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON ~~[_____]~~JUNE 30,**
> **2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF DDA CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLASSIFIED IN CLASS ~~12~~13. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes ~~and elections~~ with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~entered on April [_____], 2014 (Docket No. ~~____). By order dated~~[ _____] ~~(Docket No. ____)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement. Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*~~set forth in the Solicitation ~~*and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice*~~ Procedures ~~*Related to Confirmation of the Plan of Adjustment (Docket No. _____)*~~Order. You are receiving this Ballot because you are a Holder of one or more DDA Claims as of ~~[_____]~~April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class ~~12~~13 Claims against the City, as defined in the Plan.

---

[1] Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not hold any DDA Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

Please use this Ballot to cast your vote to accept or reject the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/~~Detroit~~detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your DDA Claims against the City have been placed in Class ~~12~~13 under the Plan.  If you hold multiple DDA Claims within Class ~~12~~13 under the Plan, you will receive a separate Ballot for each such DDA Claim.  **Please complete and return each Ballot you receive**.  **The attached Ballot is designated only for voting DDA Claims in Class ~~12~~13 under the Plan.**

If you hold more than one DDA Claim in Class ~~12~~13, you must vote each DDA Claim to accept or reject the Plan in the same manner.  If you vote multiple DDA Claims in Class ~~12~~13, and the votes are not the same for each DDA Claim in Class ~~12~~13, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.      The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not a Holder of any DDA Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the DDA Claim Holder in Class ~~12~~13 as of [_____]April 14, 2014 against the City of Detroit, Michigan, votes to (check <u>one</u> box):

☐  **ACCEPT** the Plan.                    ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____.    Amount of Claim  $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.        is the Holder of one or more DDA Claims in Class ~~12~~13 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.       received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii.      has not submitted any other Ballots for Class ~~12~~13 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.      understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

<div align="center">

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

</div>

**EXHIBIT 6~~D~~A.~~18~~20**

**Ballot for Class ~~13~~14**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------ x
                                                 :
In re                                            :  Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :  Case No. 13-53846
                                                 :
                              Debtor.            :  Hon. Steven W. Rhodes
                                                 :
------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS ~~13~~14: Other Unsecured Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON** ~~[_____]~~ JUNE 30,
> **2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF OTHER UNSECURED CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) WHICH ARE CLASSIFIED IN CLASS ~~13~~14.  PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Amended* Plan for the Adjustment of Debts of the City of Detroit *(~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan.  By order ~~dated~~entered on April [_____], 2014 (Docket No. ~~___). By order dated~~[_____] ~~(Docket No. ___)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement.  Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*~~set forth in the Solicitation ~~*and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice*~~ Procedures ~~*Related to Confirmation of the Plan of Adjustment (Docket No. ___)*~~Order.  You are receiving this Ballot because you are a Holder of one or more Other Unsecured Claims as of ~~[_____]~~April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class ~~13~~14 Claims against the City, as defined in the Plan.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not hold any Other Unsecured Claim as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

Please use this Ballot to:

          i.       cast your vote to accept or reject the Plan; and

          ii.      elect whether to treat your Other Unsecured Claim as a Class ~~14~~15 Convenience Claim under the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to treat your Other Unsecured Claim as a Class ~~14~~15 Convenience Claim. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/~~Detroit~~detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    Any and all of your Other Unsecured Claims against the City have been placed in Class ~~13~~14 under the Plan. If you hold multiple Claims within Class ~~13~~14 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Other Unsecured Claims in Class ~~13~~14 under the Plan.**

    If you hold more than one Other Unsecured Claim in Class ~~13~~14, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class ~~13~~14 and the votes are not the same for each Claim in Class ~~13~~14, your Ballots will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In the boxes provided in Item 2 of the Ballot, please indicate your election whether to treat your Other Unsecured Claim as a Class ~~14~~15 Convenience Claim under the Plan. If you check both boxes, or neither box, in Item 2, this Ballot will count as an election not to treat your Other Unsecured Claim as a Class ~~14~~15 Convenience Claim.

3.  If you elect to treat your Class ~~13~~14 Other Unsecured Claim as a Class ~~14~~15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class ~~14~~15 tabulation purposes and your vote will not count for Class ~~13~~14 tabulation purposes.

4.  Please complete Item 3 of the Ballot.

5.  Sign, date and return the Ballot to:

    Detroit Ballot Processing Center
    c/o KCC
    2335 Alaska Avenue
    El Segundo, CA 90245

    The Balloting Agent must actually receive all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

7.  The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.  If you were not a Holder of any Other Unsecured Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF BOTH BOXES ARE, OR NEITHER BOX IS, CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE NOT ELECTING CONVENIENCE CLAIM TREATMENT FOR YOUR CLASS ~~13~~14 OTHER UNSECURED CLAIM.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Other Unsecured Claim Holder in Class ~~13~~14 as of ~~[_____]~~April 14, 2014 against the City of Detroit, Michigan, votes to (check one box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~HG~~, Article IV.~~I~~H and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____. Amount of Claim: $_____

**Item 2. Convenience Class Election.** The undersigned, the Other Unsecured Claim Holder in Class ~~13~~14 as of ~~[_____]~~April 14, 2014 against the City of Detroit, Michigan, elects to (check one box):

☐ **Treat** the undersigned's Other Unsecured Claim as a Class ~~14~~15 Convenience Claim under the Plan.

☐ **Not Treat** the undersigned's Other Unsecured Claim as a Class ~~14~~15 Convenience Claim under the Plan.

**If you elect to treat your Class ~~13~~14 Other Unsecured Claim as a Class ~~14~~15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class ~~14~~15 tabulation purposes and your vote will not count for Class ~~13~~14 tabulation purposes.**

**~~Class 14~~ Convenience Claim elections are subject to the terms contained in the Plan. This Convenience Claim Election will be deemed irrevocable and legally binding on you upon (i) execution of this election on the Ballot and (ii) confirmation of the Plan. Class ~~14~~15 Convenience Claims will be paid in accordance with the Plan terms.**

Creditor Name: _____. Claim Amount: $_____

## PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i. is the Holder of one or more Other Unsecured Claims in Class ~~13~~14 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii. received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii. has not submitted any other Ballots for Class ~~13~~14 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv. understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email address

**EXHIBIT 6~~D~~A.~~19~~21**

**Ballot for Class ~~14~~15**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------- x
                                                  :
In re                                             :  Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        :  Case No. 13-53846
                                                  :
                                  Debtor.         :  Hon. Steven W. Rhodes
                                                  :
------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS ~~14~~15: Convenience Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON [~~————————~~]JUNE 30,
> 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF CONVENIENCE CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLASSIFIED IN CLASS ~~14~~15. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS

The City of Detroit, Michigan (the "City") is soliciting votes ~~and elections~~ with respect to the *Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit (~~February 21~~March 31, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). ~~The~~By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved ~~the Disclosure Statement by~~procedures regarding the solicitation and tabulation of votes on the Plan. By order ~~dated~~entered on April [————————], 2014 (Docket No. ~~———). By order dated~~[——————] ~~(Docket No. ———)~~, the Bankruptcy Court ~~authorized~~approved the Disclosure Statement. Accordingly, the City ~~is authorized~~ to solicit votes ~~with respect to the acceptance or rejection of the Plan according to the conditions and~~in accordance with the approved procedures ~~in the *Motion of the City of Detroit for Entry of an Order (I) Establishing Procedures for*~~set forth in the Solicitation ~~*and Tabulation of Votes to Accept or Reject Plan of Adjustment, and (II) Approving Notice*~~ Procedures ~~*Related to Confirmation of the Plan of Adjustment* (Docket No. ———)~~Order. You are receiving this Ballot because you are a Holder of one or more Convenience Claims as of [————————]April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class ~~14~~15 Claims against the City, as defined in the Plan.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not hold any Convenience Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

~~Please use this Ballot to cast your vote to accept or reject the Plan.~~

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/~~Detroit~~detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your Convenience Claims against the City have been placed in Class ~~14~~15 under the Plan. If you hold multiple Claims within Class ~~14~~15 under the Plan, you will receive a separate Ballot for each such Claim.  **Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting Convenience Claims in Class ~~14~~15 under the Plan.**

If you hold more than one Convenience Claim in Class ~~14~~15, you must vote each Convenience Claim to accept or reject the Plan in the same manner.  If you vote multiple Convenience Claims in Class ~~14~~15, and the votes are not the same for each Convenience Claim in Class ~~14~~15, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.    Please complete Item 2 of the Ballot.

3.    Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court, or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.    If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.    The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.    If you were not a Holder of one or more Convenience Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at ~~Detroitinfo~~detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 AND 2 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the Convenience Claim Holder in Class ~~14~~15 as of |————————|April 14, 2014 against the City of Detroit, Michigan, votes to (check one box):

☐  **ACCEPT** the Plan.                    ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~H~~G, Article IV.~~I~~H and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____.  Amount of Claim: $_____

## PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i. is the Holder of one or more Convenience Claims in Class ~~14~~15 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii. received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a cover letter;

iii. has not submitted any other Ballots for Class ~~14~~15 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv. understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921154v45