CASE NO. 13-53846

**FILED**

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

2014 APR -2 AM 8:53

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

JEFFREY SANDERS (IFP – Pro se)............Creditor-Appellant.
Jeffrey Sanders (IFP – Pro per)
16599 Hubbell Street
Detroit, Michigan 48235-4030

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

vs.

In Re: CITY OF DETROIT, MICHIGAN/,................Debtor-Appellee.

## EMERGENCY CERTIFICATE - PROOF OF SERVICE

[Appellant] JEFFREY SANDERS, being duly sworn, Certify that on April 01, 2014, I authored this Emergency Certificate - Proof Of Service w/Application To Proceed IFP; Emergency Notice Of Appeal and served a true copy of 'same' upon the Debtor-Appellee, by 1st Class Postage-Paid U.S. Mail, sealed, addressed to:

(A) Melvin (Butch) Hollowell, Esq.
City Of Detroit Corp. Counsels
2 Woodward Ave., Suite 500
Detroit, Michigan 48226-

AND (B) David Gilbert Heiman, Esq., et al.
Attorney(s) For Debtor-Appellee
901 Lakeside Avenue
Cleveland, Ohio 44114-

as placed in the U.S. Post Office Mail Depository on this April 0_, 2014, **impending** lawfully advanced execution – **Filing** at the U.S. Bankruptcy Court – Eastern District Of Michigan Clerk's Office, situated at 211 W. Fort St., Suite ____, Detroit, Michigan 48226-3211, per 28 U.S.C. s158(a)(3)...w/ U.S. Bankruptcy Procedures 8002 - 8016(b), auspicing lawful 'Mandates' enunciated as 11 U.S.C. s362(b)(1) **concern** "**18 U.S.C. s241**" - 42 U.S.C. s1983 "**Claims**" inherently **verified** thru '**rules of law**' acclaimed-validated in Payton v New York, 445 U.S. 573, n[1] 576(1980) *thru* Kaupp v Texas, 538 U.S. 626, n[3] 630(2003) embodied U.S. v Elkins, 300 F3d 638, n[28] 655(6-2002) w/ Cherrington v Skeeter, 344 F3d 631, n[9] 643(6-2003) to Parson v City Of Pontiac, 533 F3d 492, n[1]-[16] 500-504(6-2008)(cert. den.) inciting Stanton v Sims, 571 U.S. __(Per Curiam) Opinion Page 3(cit. omit)(11/04/2013)(Emphasis) etc

Authored – Served on April 01, 2014, By:/s/ _____ (Pro per)
Subscribed and sworn to before                                    JEFFREY SANDERS(IFP-Pro se)
me this 01 day of April, 2014.                                    16599 HUBBELL ST.
(Notary) _____                                          DETROIT, MICH. 48235-4030
My Commission Expires:

May 12 2017

GARY HICKS
Notary Public - Michigan
Wayne County
My Commission Expires May 12, 2017
Acting in the County of _____