UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR 1 A ⋮ 47

In the matter of:

CITY OF DETROIT, MICHIGAN   Case No. 13-53846-swr
                            Chapter 9
_____Debtor___/   Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Audrey V. Bellamy_

_Audrey V. Bellamy_ hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because
_I am a city of Detroit employee_

2. (I)/we object to the above filing because:
_It discriminates against employees and leaves us out of the restructuring plan. Also, see attached._

3. (I have)/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore (I)/we request the Court will deny the relief sought in said filing.

Name: _Audrey Vardiman Bellamy_
Signature: _Audrey Vardiman Bellamy_
Address: _20540 Anita St_
_Harper Woods, MI 48225_
Email: _ayoung586@comcast.net_

Dated: _4/1/14_

13-53846-tjt    Doc 3470    Filed 04/01/14    Entered 04/02/14 09:10:24    Page 1 of 4

March 24, 2014

Audrey Bellamy

Appraiser II, City of Detroit

President, Senior Accountants, Analysts and Appraisers Association

## Objection to the city's Plan of Adjustment (Docket 2708)

I object to the City's Plan of Adjustment as both a City of Detroit Employee and President of the Senior Accountants, Analysts and Appraisers Labor Union, (SAAA). Over the past years, the City imposed its City Employment Terms (CET) on its employees. We opposed these terms because they reduced wages, and imposed discriminatory practices such as allowing managers and supervisors to select individuals to work overtime, or to be promoted without consideration for seniority or competition for positions. As imagined, these practices have wreaked havoc on morale, especially in departments wrought with nepotism, and where morale was already low.

What managers and supervisors describe as negligence of duty, or more commonly "slacker" behavior is a reflection of poorly trained management personnel. Management is comprised of persons who are too inexperienced to engage workers and get them to perform at their best each day. Management's frustration and lack of skills is then blamed on the workers. This behavior has become so rampant in the City, that employees feel they need protection from their employer. Employees are attacked and discriminated against repeatedly by managers and supervisors under the guise of the CET, causing numerous grievances and lawsuits against the City.

In addition to the imposition of the CET, the City took away the incentive benefits given for working in this government sector at wages below the private sector. These benefits included employer paid one hour lunches, progressive longevity payments, bonus vacation days, enough staff members to evenly spread the workload, generous sick leave accruals, full medical benefits at low costs to employees, a guaranteed return of 8% or more on the retirement investment tied to the performance of the general retirement fund. All of these

1 | of 3

13-53846-tjt    Doc 3470    Filed 04/01/14    Entered 04/02/14 09:10:24    Page 2 of 4

incentives are gone. Staffing levels are too low to possibly do our jobs. And now, because of an order from the bankruptcy Judge to bargain with the Unions, the City wants to use some of these incentives as bargaining chips. They have proposed returning some form of these incentives to us if we drop all of our grievances and lawsuits against them.

Employees need their wages restored first and foremost. With the stressful conditions created by ignorant administrators, irate taxpayers, and low staffing levels that cause illness, they need their sick and vacation leave as well. However the City is using bully and blackmail tactics rather than good faith bargaining in hopes of getting its way. Employees continue to be loyal to the job in spite of the regressive wages and benefit structure, and deserve better than blackmail.

As President of SAAA, I have watched my members bend from the pressures of the City. They have lost their will to fight at seeing the City give away entire profitable and well-run departments to contractors. Then having their Mayor (Dave Bing) go on national television and speak of the workers as though they were just looking for a handout, and telling viewers that City workers felt entitled to their jobs. These actions left many workers without jobs and without anyone to hire them as potential employers became afraid to hire former City workers. Many workers were harmed by these actions which account for all of the grievances and lawsuits against the City. However, the City wants us to let bygones be and just forget about all of that… If we just drop our grievances and lawsuits and we can have some form of our benefits back.

Many of our members remain out of work today, and others are threatened with having their work given over to contractors. Mr. Orr, the emergency manager who makes a hefty $275,000 salary, has ordered union workers to cooperate with contractors who make more money than the permanent employees for doing the same or less work, even trying to dole punishment to those who refused. The City continues to harm its employees, and to add insult to injury, is proposing that the employees receive no form of wage increase for at least the next five years. They want retirees and safety personnel to relinquish portions of their salaries and benefits, but want to settle with banks that have been receiving the entire casino earnings since their inception.

What they do not talk about is the more than 22 million City tax dollars given away each year in tax abatements to businesses and taxpayers who can afford to pay their taxes. The City has gone so far as to offer income tax abatements to certain workers for coming to the City to work. It is hard for us to believe that the City is bankrupt when the Governor writes a rule that the City's water department cannot use its profits to support the City's general fund, when the water department hides its revenues but drops its debts on the City to include in its bankruptcy filing, or to see numerous contractors and consultants being paid millions upon millions of dollars for offering opinions and solutions that could have been gotten from employees if just asked. If I have learned anything from working 17 years with the City of Detroit it is that Politics is ugly, and integrity has no place in it. I have learned that nobody in this City does anything for free or from the goodness of their hearts, and that knowledge and know-how will get you nowhere.

Civil servant positions are being used as get rich quick schemes by the upper echelons as millions of dollars are tossed about in payment for favors. Favors that keep 6-figure employees on the payroll long after they have been fired, or move employees up into positions they do not qualify for. The sole purpose of bankruptcy is to improve one's financial position by being relieved of one's debts. The City is acting as if it is poorer than ever as it has spent its anticipated savings paying six-figure salaries to consultants and contractors. The City's Water Department is proposing to reduce its staff by hundreds of loyal and experienced workers to hire contractors in their stead, while the City offers contracts for union work without regard to cost. These actions are not typical of bankrupt entities, and my position is shame on them all. Even bankruptcy cannot make them get their acts together.

We the workers have given all that we have and all that we are to these jobs. We have no more to give, and ask that the court not allow any more sacrifices from us. We ask to be made whole and to be included in the financial relief the City expects at the closing of this case.

Sincerely,

Audrey Bellamy

*Audrey Bellamy*