UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Tijuana Morris

Tijuana Morris hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I'm a retired Detroit Police Officer on Disability

2. I / we object to the above filing because:
I am protected by the pension that I signed up for. I protected the citizens to the best of my ability, but my pension was cut. My insurance was taken away. I did not cause this problem.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Tijuana Morris
Signature: Tijuana Morris
Address: 14841 Joy Rd Apt #2
Email: msT3211@yahoo.com

Dated: 4-1-2014

# TIJUANA MORRIS  Objection to Bankruptcy

I am a retired Detroit Police Officer on Disability. I had work related injuries. I had BCBS Master Medical insurance. Now I have been forced to get another type of insurance because of the changes forced on my by the Emergency Manager, Kevin Orr. I can't immediately enroll into Medicaid or Medicare. I need my medical necessities without interruption. My Pension has been cut but I thought that my pension was protected. It is not my fault that the City Reps and Mayors mismanaged the city's finances. I should not be penalized for their short comings. Now3 I have double trouble because State Farm Mutual Auto Insurance Company civil case #10-005725-NF put me under Insurance Fraud Investigation, because I demanded to have something in writing as to why my claim for services, were not being paid. State Farm's argument is that my injuries were work related. I was the VICTIM, I was a pedestrian struck by an SUV, and this process has taken 4 ½ yrs., which included 2 major surgeries on my spine. I have filed a complaint with LARA/OFIR and other government agencies/reps.

    I was found Guilty by a jury _not_ of my peers on December 13, 2013. After I read into the Judge's ruling all of the nasty embarrassing decisive tricks, bad faith, divisive tactics and Bogus motions filed by State Farm Attorneys and because of jury misconduct, Judge Ziolkowski of Wayne County 3rd Circuit Court, ordered State Farm to remove fraudulent from my records but he ordered to pay their attorney fees around $116,900.00 plus Now I do not have an attorney. As a Licensed Investigator and grassroots worker, I help the mental, indigent, homeless, disabled, as well as others as a defender for justice. I have volunteered my services to my Community, City of Detroit, as well as my State of Michigan mainly without pay or grants funds.

    The 18 Billion dollars that was paid into the no fault was put into the fund for cases like mine. State Farm Automotive Insurance Company is one of the 5 Insurance companies that could receive a large portion of the 18 billion surplus monies that we (everyone who insure their vehicles), paid into the No-Fault account. This money does not belong to the Insurance Companys. State Farm is my Insurance Company. Please contact me in a unified effort to stop State Farm and other predatory insurance companies from using; deceptive games, fraudulent tricks, they need to stop their past pattern of practice and STOP the Emergency Manager from destroying the innocent lives of the people that live and work in the City of Detroit. **313-208-8323, Email: mst3211@yahoo.com I'm standing on the BLOOD OF JESUS!!!! There is an army rising up to BREAK every CHAIN, BREAK every CHAIN!!!**

**Respectfully yours, Tijuana Morris 13th District State Central Rep, Member of Universal Health Care Local 22, Michigan Welfare Rights, Coalition of Labor Union Women-CLUW, Hood Research, National Action Network, Police Retirees, Investigator-Fight for Your Rights.**

Yours Truly,

Tijuana Morris
April-1-2014