UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Deirdre Green

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because Loss of Tuition Reimbursement, Retirement, Longevity, Hospitalization

2. I / we object to the above filing because: Because it is not right to make my pension and tuition reimbursement to benefit my job classification. And when I serve 30 years. Because I am not old enough, I will not receive hospitalization that's when you really need it. Longevity was base on years of service I am entitle to a bonus, others receive it and dont work as hard as I do.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Deirdre Green
Signature: Deirdre Green
Address: 29662 Clarita St
Livonia MI 48152
Email: ynotjake123+ email.phoenix.edu

Dated: