UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                   Chapter 9
_____Debtor____/     Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Emma Holden

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I am an 81 year old retiree and bankruptcy would put my pension in jeopardy.

2. I / we object to the above filing because:
   The filing in unconstitutional and a rush to justice. Other avenue should have been explored before bankruptcy filing.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: EmmA Holden
Signature: Emma Holden
Address: 19706 Cliff Dt Detroit MI 48234
Email: Fdcolbut@att.net

Dated: 3-29-14