UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: LILLETTE M. BENN

Lillette M. Benn hereby states her OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.  I am interested in the Bankruptcy of the City of Detroit because I am a city of Detroit Water and Sewerage Department (DWSD) employee with 20 years seniority. I have a Bachelors Degree and I am currently a Purchases Agent II at the Wastewater Treatment Plant.

2.  I object to the above filing because:
    - It affects my way of life, everyday living (food, gas, etc.)
    - My health care cost are tremendously high
    - I am underemployed with my expertise and degree
    - When I retire in the next 10 years, will there be a pension I graciously invested in for retirement years?
    - I have been forced to take pay cuts since 2007
    - I have been forced to work off of the City Employment Terms
    - I have been forced to take Budget Furlough Days
    - Eliminated 35 hour work week, reserve sick time, bonus vacation time and longevity (benefits that were negotiated into our unions)
    - The Detroit Water and Sewerage Department are not bargaining in Good Faith
    - The Detroit Water and Sewerage Department are not in a deficit and have never been. Whatever bills are owed, DWSD can pay them on time.
    - The Clean Water Act under the leadership of Judge Cox does not constitute cutting pay checks, and all the above items listed, it is in regards to the discharge of sludge back into the Great Lakes.
    - I am affected with lower wages and higher taxes and expenses
    - The City has not shown their accounting books or ledgers to justify their deficit/debt.
    - What has the City saved since 2007?

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Lillette M Benn
Signature: *Lillette M Benn*
Address: 22266 Civic Center Dr #207
Southfield, MI 48033
Email: LMRB19150@AOL.com

Dated: March 26, 2014