UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____ Debtor ___/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: DOUGLAS YEE

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I) we/am/are interested in the Bankruptcy of the City of Detroit because I AM A TAXPAYER AND RESIDENT OF DETROIT FOR 60 YEARS

2. (I) we object to the above filing because: (1) THE PLAN OF ADJUSTMENT IS ILLEGAL BY NOT BEING IN COMPLIANCE WITH PUBLIC ACT 344 BY NOT ALLOWING PARTICIPATION OF THE PUBLIC SECTOR.

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: DOUGLAS YEE
Signature: Douglas Yee
Address: 4245 COMMONWEALTH
DETROIT MI 48208
Email: _____

Dated: 4-1-14

2) THE EMERGENCY MANAGER IS ILLEGALLY TAKING AWAY THE POWER OF THE CITIZENS DISTRICT COUNCILS BY FORMING AGENCIES TO SPEND $520 MILLION TO CLEAN UP BLIGHT. THE PLAN IS ILLEGAL.

3) THE PLAN IS ILLEGALLY RELOCATING SENIOR RESIDENTS AND PENSIONERS FROM DETROIT NEIGHBORHOODS MARKED FOR DEMOLITION.

4) THE BANKS ARE GETTING TOO MUCH MONEY AND THE SWAPS WERE ILLEGAL.

5) THE PENSIONERS FACE UNDUE HARDSHIP UNDER THE PLAN BY HAVING VERY LITTLE MONEY FOR BASIC NEEDS AFTER WORKING 20-40 YEARS OF THEIR LIVES FOR THE CITY. THEY ARE NOT ELIGIBLE FOR SOCIAL SECURITY.