UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

2014 APR -1 A 11: 44

CITY OF DETROIT, MICHIGAN       U.S. BANKRUPTCY COURT  Case No. 13-53846-swr
                                E.D. MICHIGAN-DETROIT
                                                       Chapter 9
_____Debtor____/     Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _EARNEST Bell_

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I am a City of Detroit retiree and do not want my pension altered._

2. I / we object to the above filing because: _Why should the retirees be held responsible for bailing out the City I earned my pension and it is a Constitutional right_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Earnest Bell_
Signature: _Earnest Bell_
Address: _31501 E. 10 Mi, Apt A13_
_St. Clair Shores 48080_
Email: _____

Dated: _3-29-14_