UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 APR -1 A 11: 44
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Wayne Bernard

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because a resident and I have lived in the city for 46 years and I am a Tax payer.

2. I / we object to the above filing because: Concerned about Blight PA 344 of 1945 and people are being displaced in my area I am a precinct delegate in 19 and 1 and I'am also president of my block club

3. I have / ~~have not attached~~ additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Wayne Bernard
Signature: Wayne A. Bernard
Address: 13650 Wadsworth
Detroit, MI 48227
Email: 313 505-5765

Dated: April 1- 2014