UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN    Case No. 13-53846-swr
                             Chapter 9
_____Debtor____/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Kimberly D. Greene

Kimberly D. Greene hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I)/ we am/are interested in the Bankruptcy of the City of Detroit because as a fellow citizen, I find it despicable that city workers' pensions are being cut at all.

2. (I)/ we object to the above filing because: I don't think it's fair at all that people who worked hard for 30 to 40 years should have their pensions basically looted to pay off the city's debts. It's not their fault the city's bankrupt.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Kimberly D. Greene
Signature: Kimberly D. Greene
Address: Detroit, MI 48202
Email: dena-bush@aol.com

Dated: