UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

   I am a City of Detroit Retiree

2. I / we object to the above filing because:

   It's unjust to the Retiree's. We have worked hard for our pensions. Every retiree don't average $19,000 most of us get less than 10,000 a year.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Joan E. Robinson Cheeks
Signature: Joan E. Robinson Cheeks
Address: 3223 Cortland
         Detroit MI. 48206
Email: lvna1919@gmail.com

Dated: April 01, 2014

13-53846-tjt    Doc 3490    Filed 04/01/14    Entered 04/02/14 09:45:20    Page 1 of 1