UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 APR -1 A 11: 43
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                    Chapter 9
David D. Espie Debtor ✓            Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY:

David D. Espie hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I was promised my pension & Health Care for my thirty (30) years of service

2. I / we object to the above filing because:
The cuts as proposed would render me unable to provide for my family and make it almost impossible to eat with the cost of Health Care and my medications not to mention the fact that the law PA-436 was voted down by the people

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: David D. Espie
Signature: David D Espie
Address: 9330 Faust Det. MI 48228
Email: despy@att.net

Dated: