UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR -1 A 11:53
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY:

Matthew Evans hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because Water is a human right! Access to water is a human right!

2. I / we object to the above filing because: I object! because privatizing water will increase the cost and limit the access to water for (millions) of humans! Water: The Basis of (millions) Life: Access for millions upon millions of humans denied? I object!

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Matthew Evans
Signature: Matthew Evans
Address: 23810 Samoset Trail
Southfield, MI 48033
Email: DreamDeclare22@gmail.com

Dated: 4/1/14