UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (I)
2014 APR -1 A 11: 43
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____ Debtor _____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Clarence Presberry

I Clarence Presberry hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   Because I have A Pension

2. I / we object to the above filing because:
   Clarence Presberry object To The Above Filing Because I have A Pension!

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Clarence Presberry
Signature: Clarence Presberry
Address: 19400 Buffalo St
Detroit MI 48234
Email: _____

Dated: 4/1/14

13-53846-tjt   Doc 3493   Filed 04/01/14   Entered 04/02/14 09:54:36   Page 1 of 1