UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (I)
SOUTHERN DIVISION – DETROIT

2014 APR - 1 A 11: 43

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____ Debtor ___ /

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Joshua Klarr

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.  I/ we am/are interested in the Bankruptcy of the City of Detroit because
I care about the elderly retirees in Detroit and the water we get in the suburbs.

2.  I / we object to the above filing because:
I do not want anything to happen to my tap water in Detroit before it leaves DWSD, and I don't trust private companies as much as I do public services

3.  I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Joshua Klarr

Signature: Joshua Klarr
Address: 16704 Forest
Eastpointe, MI
Email: j5klarr@umich.edu

Dated: 4/1/2014