UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/   Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: George Cannon

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
_____
_____

2. I / we object to the above filing because:

SEE Back of this Sheet

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: GEORGE CANNON
Signature: George Cannon
Address: [illegible]
Email: _____

Dated:

I object (not in agreement) to the above filing because non-uninformed retirees are being strongly treated unjustly by this action. The plan and negotiations do not have the best interest of all retirees.

It is unfair to expect the retirees to take excessive pay cuts (pension check) and pay outrageous medical premium and out of pocket cost so that the City can balance the books. Book that has been out of balance for years due to poor and illegal accounting and bad financial decision by mayors and city councils members. This plan will be a hardship on the retirees and citizen of Detroit.

I believe there are other solutions to rid the City of it financial burden without cause an undeserving hardship upon all the retirees.

*George Cannon*

*3/31/14*