UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN           Case No. 13-53846
                                                    Chapter 9
_____Debtor in Possession_/     Hon. STEVEN W. RHODES

CORRECTED OBJECTION TO AMENDED PLAN OF REORGANIZATION
BY Plaintiffs in Hyde Park Cooperative, et al v. City of Detroit
Note: Submitted on 4/1/2014 but stricken for "wrong event"
and promptly refiled.

     The Plaintiffs in Hyde Park Cooperative et al v. City of Detroit object to confirmation of the plan of reorganization based upon:

     A.     The plan is not in the best interests of the Creditors and is not feasible. 11 USC § 943(7):

         1.     The classes of creditors are confusing and the Hyde Park Plaintiffs cannot determine to which class they belong.

         2.     The plan creates multiple classes of unsecured creditors, any one of which can confirm the plan.

         3.     The proposed dividend to the unsecured creditors is less than is warranted by the future income of the Debtor in Possession.

     B.     The plan fails to comply with the provisions of Chapter 9. 11 USC § 943(1) and (2).

Wherefore Hyde Park prays the Court will deny Confirmation of the Amended Plan of Reorganization.

                                                 FOR PLAINTIFFS IN HYDE PARK LITIGATION:
                                                 By:_/s/_kurt thornbladh_____
                                                 KURT THORNBLADH P25858
                                                 Thornbladh Legal Group PLLC
                                                 7301 Schaefer
                                                 Dearborn, MI 48126
                                                 (313) 943 2678
                                                 Kthornbladh@gmail.com

Dated: April 2, 2014