UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: James Mora

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because as a concerned citizen of this society, I care that people are not getting ripped off by fraud-happy banks

2. I / we object to the above filing because: I've read a lot about the illegal schemes that banks including UBS and Bank of America cook up to siphon trillions worldwide from the common person. There's no way that we should be giving these banks who are continuously settling lawsuits for billions (a slap on the wrist) and have massive federal cases pending against them, more money especially considering the very schemes that they're being sued for have

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: James Mora
Signature: Jim Mora
Address: 1100 Rosewood
Ferndale, MI 48220
Email: morajame@msu.edu

Dated: 4-1-14

been used against the city of Detroit in the form of interest rate swaps that are tied to the Libor manipulation. UBS has already admitted to helping rig their Libor rating thus aiding them in the stealing of billions from their clients. They have already been fined over a billion dollars for this. Bank of America is currently being sued for Libor manipulation as well. There is NO reason in hell that we should be paying these vultures after all the money they've stolen from our city. These vultures owe US!