Kurt Thornbladh, J.D., M.Ed.
# THORNBLADH LEGAL GROUP PLLC
7301 Schaefer
Dearborn, MI 48126
(313) 943 2678
kthornbladh@gmail.com

March 10, 2014

JONATHAN S. GREEN
STEPHEN S. LAPLANTE
MILLER, CANFIELD, PADOCK & STONE P.L.C.          VIA PERSONAL DELIVERY
150 West Jefferson
Suite 2500
Detroit, MI 48226


BRUCE BENNETT
JONES DAY                                         VIA E-MAIL
555 South Flower St.
Fiftieth Floor
Los Angeles CA 90071

DAVID G. HEIMAN
HEATHER LENNOX                                    VIA E-MAIL
JONES DAY
North Point
901 Lakeside Avenue
Cleveland OH 44114


    Subject:    In City of Detroit, Michigan
                    Chapter 9/ Case No. 13-53846

                    COMMENTS ON PROPOSED DISCLOSURE STATEMENT
                    BY Housing is a Human Right Coalition (HHRC)

Dear colleagues:

The Housing is a Human Right Coalition (HHRC) is an independent coalition of realtors, lawyers, community activists and low-income Detroit citizens which grew out of the Michigan Welfare Rights Organization following the Occupy Detroit movement in the summer of 2011. Since that time the Coalition has explored legal options to turn over available, unoccupied housing to low-income single parent families and disabled veterans. HHRC has worked with other groups to this end.

Specific Objections to the Disclosure Statement are as follows: Without adequate disclosure of the following facts, the disclosure statement is not adequate information under 11 U.S.C. § 1125(a).

| Page ## | Current disclosure states/ or fails to state | Disclosure Statement should state: |
|---|---|---|
| None | No disclosure of current relevant information as required by the Court. | The City is subject to an Order of Mandamus which has been endorsed by the City Counsel to implement an "urban homesteading" style nuisance abatement program. Moore v. City of Detroit, 159 Mich App 199, 406 NW 2nd 488 (1987). |
| 48 | The disclosure statement provides for a scheme of "ADR" or alternative dispute resolution. | The City is a government entity, and under the Due Process of Law clauses of the Michigan and U.S. Constitutions, there is no guarantee that the proposed ADR would meet the standards of Due Process of Law. Only a court or an administrative agency subject to judicial review can meet this standard. |
| 19 to 59 | The Disclosure Statement fails to disclose the Nuisance Abatement Ordinance, Detroit, Michigan Code of Ordinances, Sections 37-2-1 to 37-2-9 and the city's failure to fund or implement the program. | The Nuisance Abatement Ordinance is an anti-blight measure which costs the City very little, involves citizens directly, and the City is under an order by the Court of Appeals to implement the program. There are believed to be persons who have occupancy of houses under the program, but have a "cloud on title" because of failure of the City to implement. The Order Confirming Plan could create a mechanism to give them clear title. |
| Seriatim | The Disclosure fails to reveal the "People's Plan". | The "People's Plan" was adopted at a mass meeting of Detroit citizens held at Central United Methodist Church on March 2, 2014. No plan of reorganization will be effective without direct involvement of the citizens. Preliminary approval of the disclosure statement must include a summary of the People's Plan and directions how to find it on the internet. |

Thank you for your consideration. The Housing is a Human Rights Coalition welcomes the opportunity to work for a reborn Detroit.

                                                  Sincerely yours,

                                                 KURT THORNBLADH