March 28, 2014

258183-609021

<u>VIA E-MAIL</u>

Kurt Thornbladh, Esq.
Thornbladh Legal Group PLLC
7301 Schaefer
Dearborn, MI 48126
kthornbladh@gmail.com

    Re: In re City of Detroit, Michigan, No. 13-53846 (Bankr. E.D. Mich.)
       <u>Requested Revisions to Disclosure Statement</u>

Dear Mr. Thornbladh,

  The City of Detroit (the "<u>City</u>") acknowledges receipt of your letters (together, the "<u>Disclosure Statement Comment</u>") on behalf of the Housing is a Human Right Coalition requesting certain revisions to the Disclosure Statement with Respect to Plan for the Adjustment of Debts of the City of Detroit (Docket No. 2709) (as it may be amended or modified from time to time, the "<u>Disclosure Statement</u>"),[1] filed by the City in the above-referenced chapter 9 case on February 21, 2014.

  The City believes that the Disclosure Statement contains all information necessary to provide adequate information with respect to the subject matter of the requests in the Disclosure Statement Comment. Nevertheless, in the coming days, the City intends to file an amended form of (a) the Disclosure Statement and (b) the Plan for the Adjustment of Debts of the City of Detroit (as it may be amended or modified from time to time, the "<u>Plan</u>"). The City may make further additions to the Plan and Disclosure Statement as information becomes available. In addition, the City also intends to upload additional information to the data room established by the City for use by parties in interest in this chapter 9 case. Certain of this information may provide additional information with respect to the subject matter of your requests.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Disclosure Statement.

Sincerely,

*Bruce Bennett*
Bruce Bennett
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

David G. Heiman
Heather Lennox
Thomas A. Wilson
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com

Jonathan S. Green
Stephen S. LaPlante
MILLER, CANFIELD,
PADDOCK AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com