UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
_____Debtor_____/ Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Shelle Cannon

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
_____
_____

2. I / we object to the above filing because:
_See Back of this Sheet_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Shelle Cannon
Signature: Shelle Cannon
Address: 8026 ARTESIAN
Email: Shelle3310@comcast.net

Dated:

My response on the City of Detroit Plans for bankruptcy (adjustment – Docket 2708) or any issues related to the bankruptcy:

I object (not in agreement) to the above filing because retirees are being strongly treated unjustly by this action.

It is unfair for me, a retirees and a citizen of the City of Detroit to continue baring the burden of the City's unbalance books. Always in the **"red"** because of creative accounting and bad financial decision by those we trusted. Now another bad decision "emergency manager", bankruptcy!

Force again to withstand a hardship in my personal life. While actively working I took, over time, a 30% pay cut and now they want to cut my pension checks by 34%; force me to deal with outrages high medical insurance premium and excessive prescription cost (not to mention the out of pocket cost)

I don't believe the City of Detroit is operating in good faith and there is "monies" unaccounted somewhere...look again.

Expect the bankruptcy court to be overwhelmed with personal bankruptcies because of this action.

*Shelle Cannon*

*3/31/14*