FILED
2014 APR -1 A 11:40
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Margaret Cuthbell

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I live in Detroit and care about the people of Detroit

2. I / we object to the above filing because:
I have many broken injuries and am disabled. The plan does not mention disabled people.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Margaret Cuthbell
Signature: M. Cuthbell
Address: 4190 Kensington Detroit 48224
Email: mcuthbell@sbcglobal.net

Dated:

# Why we need to do something for disabled people in Detroit

I was hit by an 18-wheel truck on October 15, 2004. I got a traumatic brain injury, spent two months in a coma, and was disabled. I spent more than a year in a wheelchair. Then I met a doctor who helped me remember how to walk. I was doing very well until August, 2011 when I learned I had cancer. I had to get surgery and chemotherapy. Then I got candidiasis, an infection that sometimes comes after chemotherapy. I am better now, so I decided to look at the plan for Detroit.

*Disabled people in Detroit need many things, but the disabled are not even mentioned in the plan.*

We need public transportation. There is a limited amount now. We need to improve it and expand on it.

We need housing. There are a limited number of apartments and homes. We need to improve the ones that are already there and build more apartment and housing complexes that are accessible and usable by disabled people.

We need to make public and private buildings accessible to disabled people whether they are in wheelchairs or walking with a walker. I know that Wayne State University has many buildings that are accessible. We need to make a map of the city and highlight the buildings that are accessible and that have handicapped restrooms and fix the rest.

*Everything, everywhere, should be accessible to handicapped people.*

We can put ramps between the street and the entrance way. We can make sure there are seats for handicapped people. We can make sure there are tables.

We can also set up public physical therapy places and public entertainment places for disabled people. We need to work on our parks, too.

So many things are so inaccessible and unusable by disabled people they hardly ever leave their homes. This is one of the reasons that many people do not know disabled people.

The people of Detroit are wonderful and there is a lot of beautiful architecture here. This could be a wonderful city for disabled people.

*We need to make a plan that has this as one of its goals!*

Margaret Guttshall
4190 Kensington
Detroit, MI 48224
mguttshall@sbcglobal.net