UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                   Chapter 9
_____ Debtor___/     Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Annie J. Kuykendall_

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
_I am a 4 yr City of Det retiree_

2. I / we object to the above filing because:
_I was promised if I worked 30 yrs I would receive full pension with benefits. I worked 32 yrs 1 month. I more than earned what was promised to me. I am ent. tled to my full pension + benefits_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Annie J. Kuykendall_
Signature: _Annie J. Kuykendall_
Address: _12300 Hartwell_
_Det MI 48235_
Email: _Kuykendallaj@comcast.net_

Dated: