UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor ____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Linda Lovelady

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I/ we am/are interested in the Bankruptcy of the City of Detroit because
   Retiree City of Detroit

2. I / we object to the above filing because:
   This will put me into poverty. I already have to pay my health insurance. Any further cut will devastate me.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Linda Lovelady
Signature: Linda Lovelady
Address: 19950 Blackstone
         Detroit MI 48219
Email:

Dated: