UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / ~~we~~ am/~~are~~ interested in the Bankruptcy of the City of Detroit because
   I am a City of Detroit Retiree.

2. I / we object to the above filing because:
   - I am a Michigan citizen and ~~am pr~~ my pension should be protected by the Michigan constitution.
   - I am a US Citizen. The US gov't gives billions to the Ukraine and nothing for the Detroit retirees.
   - I worked for 30+ years so that my "golden years" would be comfortable and I would have Healthcare. It was a contractual promise. How is this possible?!?

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

- The "plan" has too many blanks, ifs and nonspecifics to be taken seriously.
- Obamacare is SO expensive. If you add that to the 26/34% cut in pensions, I will lose 65% of my pension!!

Name: Cynthia A. Rhoades
Signature: Cynthia A. Rhoades
Address: 14160 Archdale
Detroit MI 48227
Email: cynthiaanne11@yahoo.com

Dated: 3-31-14