UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR -1 A 11 32

In the matter of:

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DE

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr
Chapter 9
_____ Debtor___ /  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Daniel J. Solano

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I/we am/are interested in the Bankruptcy of the City of Detroit because the proposed cuts to my pension will have a negative impact on my health and quality of life

2. I / we object to the above filing because:
   See Attached page

3. (I have/have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Daniel J. Solano
Signature: [signature]
Address: 520 Arden Park Blvd
Detroit MI 48202
Email: _____

Dated: April 1, 2014

Any reduction in my pension benefits violates the Michigan Constitution.

The proposed cuts of 14% from my pension will result in me not seeking medical treatment I may need. It will also result in me not having food or staples for the last 10 days of the month and will ensure my modest living expenses will not be covered.

The loss of my medical benefits has resulted in me not seeking medical attention for the long term medical conditions I suffer as a result of doing my "duty" as a Detroit Police Officer. I was run down and dragged by a vehicle driven by a fleeing felon while on duty.

The manner that my medical coverage was eliminated is both inhumane and immoral. My medical coverage was eliminated on March 1, 2014 and replaced with a one hundred twenty five dollar ($125.00) monthly stipend. I was then advised I had less than 30 days to find comparable health care coverage through the Federal Government's health care exchange. Failing to do so has resulted in me NOT having medical coverage until 2015. The stipend of $125.00 will not cover a comparable plan and the time frame (less than 30 days) to find health insurance was unrealistic.

Having honorably served in the United States Marine Corps and the Detroit Police Department health care made up for the low wages, odd hours and oftentimes dangerous working conditions I endured while doing my "duty".


Daniel J. Solano
520 Arden Park Blvd
Detroit MI 48202

Retired Detroit Police Officer