UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

*FILED*

2014 APR -1 A 11: 44

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Hal G. Parish Debtor___ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Hal G. Parish

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.    I / we am/are interested in the Bankruptcy of the City of Detroit because

I am a retiree.

_____

2.    I / we object to the above filing because:

( Please see attached page )

_____

3.    (I have)/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Hal G. Parish

Signature: Hal G Parish

Address: 2202 Forest Glen
West Bloomfield, Mi 48324

Email: parishhal@yahoo.com

Dated: 3/31/14

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERE DIVISION – DETROIT

FILED

2014 APR -1 A 11: 44

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-*Swr*

Hal G. Parish    Debtor

Chapter 9

Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT (DOCKET 2708)

FILED BY:  Hal G. Parish

2. I object to the above filing because:

1) It represents a gross breach of faith in regard to deferred benefits promised retirees who depend upon them to assure some reasonable degree of financial independence in their old age.  To ask at this time that they should agree to a cut of 34% (or 26% if they accept the so called grand design) plus elimination of Optical and Dental Coverage, plus a reduction in Medical benefits, plus elimination of the 2% cost-of-living will assure an immediate reduction of about 45% in benefits and close to a 65% reduction within 10 years is to ask that most of them spend their last years in poverty. Should inflation heat up the situation will be worse.

2) It appears to me that the degree of underfunding of the pension fund has been grossly overestimated.  Is it possible that the underfunding values were calculated based on data at market lows?

Hal G. Parish

3/31/14