UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846
                                           Chapter 9
_____Debtor in Possession\_/    Hon. STEVEN W. RHODES

CORRECTED OBJECTION TO PROPOSED PLAN
OF REORGANIZATION AND AMENDED PROPOSED
PLAN OF REORGANIZATION
BY THE HOUSING IS A HUMAN RIGHTS COALITION

The original Objection was filed on 4/1/2014 but "Stricken"
for wrong filing event. The objection has been promptly re-filed.

The Housing is a Human Rights Coalition submits to the Court:

1. Housing is a Human Rights Coalition (henceforth "HHRC" is interested in this matter as an independent coalition of realtors, lawyers, community activists, and low-income Detroit citizens which grew out of the Michigan Welfare Rights Organization following the Occupy Detroit movement in the summer of 2011.

2. The Proposed Amended Plan of Reorganization, like the Proposed Plan of Reorganization violates 11 USC § 943(b)(4) because it ignores existing law with regard to the abatement of nuisances in the City

3. Abatement of nuisances in the City are governed by the Nuisance Abatement Ordinance, Sections 37-2-1 to 37-2-9 of the City Charter (attached as Exhibit "1"), which is important to full and adequate disclosure under 11 USC § 1125(b).

4. The proposed Plan of Reorganization and Amended Plan of Reorganization fail to incorporate this ordinance into the plan for improvement of the City.

5. The City is under a writ of mandamus: **Moore v. City of Detroit**, 159 Mich App 199, 406 NW 2nd 488 (1987), which requires the City to implement the Nuisance Abatement Ordinance. Note, the Court of Appeals references a different ordinance citation because the City amended its Code, but incorporated all the required language.

6. Failure to implement the existing laws referenced render the plan not eligible for confirmation under the ordinance cited.

Wherefore HHRC prays the Court will deny Confirmation..

> FOR HOUSING IS A HUMAN RIGHT COALITION:
>
> By:_/s/_kurt thornbladh_____
> KURT THORNBLADH P25858
> Thornbladh Legal Group PLLC
> 7301 Schaefer
> Dearborn, MI 48126
> (313) 943 2678
> Kthornbladh@gmail.com

Dated: April 2, 2014