UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

2014 APR -1 A 11:31

CITY OF DETROIT, MICHIGAN                    Case No. 13-53846-swr
                                             Chapter 9
_____Debtor____/               Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Steven K. Leggat

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I AM A RETIREE/PENSIONER FROM THE CITY OF DETROIT AND DON'T WANT MY FINANCIAL FUTURE STOLEN!

2. I / we object to the above filing because:
- MY PENSION IS PREVIOUSLY EARNED BUT YET UNPAID INCOME
- MY PENSION IS ALREADY REDUCED BY THE CITY TWICE.
- I WAS TOLD MY PENSION COULD NOT BE CHANGED OR ALTERED
- I WORKED FOR THE CITY FOR LESS MONEY THAN INDUSTRY, PARTLY BECAUSE THE WORK AND PENSION WAS STABLE AND SECURE.

3. I have/ have not attached additional sheets to explain and establish my position.
- A PROMISE IS A PROMISE. I WAS TOLD THE STATE CONSTITUTION SECURED MY PENSION

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Steven K. Leggat
Signature: SK Leggat
Address: 15700 OAKFIELD
DETROIT, MI 48227
Email: STEVE.LEGGAT@AOL.COM

Dated: 3/31/14