UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor___/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Jean Irwin

Jean Irwin hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _____

2. I / we object to the above filing because: _____

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Jean Irwin
Signature: Jean Irwin
Address: 234 State St Apt 1205
Detroit, MI 48226
Email: SassyLass924@netzero.com

Dated: 4/1/14

UNITED STATES BANKUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN
Case No. 13-53846-swr

Chapter 9
_____DEBTOR___/
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY:_____Jean Irwin_____

Jean Irwin hereby states her OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because I have made many friends since moving to the City of Detroit. Everyone in the City of Detroit, whether they be residents or employees have been affected by the blowing up of the U.S economy, and a near blowing up of the world economy by the U.S. Banks. As well as, the theft of workers wages for at least three decades by the "Job Creators" by suppressing wages. We have watched the destruction of our job, our homes, our neighborhoods, and our lives because of the greed of the haves in society today. Neither the residents nor the employees of the City of Detroit had ANYTHING TO DO WITH THE ECONOMIC CRISIS we are now enduring. We all paid our mortgages, our bills, and our taxes until we had no job to earn an income from. We played by the rules. NO HUMAN BEING SHOULD EVER HAVE TO WORK HARD THEIR ENTIRE LIFE TO DIE OF STARVATION AND IN POVERTY IN THESE UNITED STATES.

2. I object to the above filing because: What is being done to residents and employees is WRONG. We are being pushed into poverty by people who are doing very well. The same banks who collected 800 billion dollars or 11 trillion dollars (whatever the total amount came to) with the original bailout have collected years of mortgage payments on residents homes have also benefited by the residents putting money into upgrading their homes before they lost them, and the very same banks have not paid the taxes on those properties they have foreclosed on, letting the abandoned properties destroy entire neighborhoods—not to mention the erosion of the City of Detroit's tax base. Then these same banks made toxic coleslaw of our mortgages by mixing good mortgages with bad mortgages that they created themselves, and they had the nerve to sell those toxic mortgages to the City of Detroit's Pension Funds, so they could now take the money the workers earned over many years of service to their city. I DO NOT KNOW HOW ANYONE WITH GOOD CONSCIENCE COULD LET THIS HAPPEN.

3. I have attached additional sheets to explain and establish my position.

I hereby verify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I request the Court will deny the relief sought in Debtor's Plan of Adjustment.

Name: _____Jean Irwin_____
Signature: *Jean Irwin*
Address: 234 State Street, Apt. 1205, Detroit, MI 48226
Email: SassyLass924@netzero.com

Dated: April 1, 2014