1973

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

2014 APR -1 A 11:31

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Amru Meah

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I AM A CITY of Detroit Retiree After 32 years of Service

2. I / we object to the above filing because:
We Are Now paying State Taxes Approx. 4.38% which we didn't have to pay until Govern Snyder Took office. We Now pay $1258 Monthly for Health insurance. We don't Qualify for National Health Care. Also I AM A Cancer patient and have to have Annual Pet/CT Scans Now that cost me $1000.00

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Amru Meah
Signature: Amru Meah
Address: 30815 Billington Ct
Beverly Hills, MI. 48025
Email: amrumeah@yahoo.com

Dated:

United States Bankruptcy Court
Eastern District of Michigan
Southern Division - Detroit

In the Matter of:                Case No. 13-53846-SWR
City of Detroit                  Chapter 9
                                 Hon. Steven W. Rhodes

Objection to City of Detroit's Plan of Adjustment (Docket 2708)

In addition to the PET/CT scans and I have to pay $12,000 deductible if & when I need additional surgery but $2800 deductible even if I do not need surgery. That $2800 deductible is for non-emergencies. Now the Emergency Manager is requesting your approval for as much as a 34% cut in our pension. I am a former Director so my pension is larger than many retirees but I cannot afford what they are requesting of us. If we have to take a 34% cut the City would have save $38,000 just from me.

That's,  4.38% taxes ——— $1,810
        26%-34% pension cut = $29,580
        Health Care ——— = $7,260

United States Bankruptcy Court
Eastern District of Michigan
Southern Division - Detroit

Case No. 13-53846-SWR
Chapter 9
Hon. STEVEN W. RHODES

My Health cost was $280 monthly

Now I pay total of $1258 monthly and I might get a $125.00 stipend but I'm not sure if I'll get the stipend.

We have a $1340 House Mortage payment. We had a $970 Mortage on the house we moved from and can not sell because we owe more than its worth. A car note $556.00 we owe $16,000 balance and it's worth $9000 according to the dealership we tried to sell it to. And charge cards utilities ect.

We can not afford a 26-34% cut we will have to move to an apartment. Please keep in mind most of us Retiree's are senior citizens and can not protest, so please do not think that we do not object / care.