UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY:_____

__Helen P Moore__ hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / ~~we~~ am/are interested in the Bankruptcy of the City of Detroit because
It affects the people's wellbeing. As a citizen of Detroit my Constitutional rights to due process of law has been violated

2. I / ~~we~~ object to the above filing because:
My right to vote has been taken by the implementation of PA 4 by way of PA 72 and m/s 36. I have been reduced to second class citizenship That has resulted in returning me to slavery. It violates The 13th Amendment of the U.S. Constitution and The 14th Amendment US Constitution

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Helen P. Moore
Signature: Helen P. Moore
Address: 8335 Indian rd
Detroit, Michigan - 48204
Email: helen-moore@att.net

Dated: 3/31/14