## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF FILING OF FE MONTHLY INVOICE [FEBRUARY 2014]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which (i) requests an aggregate amount of $91,915.90 in fees and $158.59 in expenses, and (ii) consists of detailed statements of the fees and expenses requested for the month of February 2014 by (A) the Fee Examiner (*see* Exhibit A, requesting $27,871.80 in fees and $0 in expenses), (B) counsel to the Fee Examiner (*see* Exhibit B, requesting $44,577.90 in fees and $125.98 in expenses), and (C) the financial advisor to the Fee Examiner (*see* Exhibit C, requesting $19,466.20 in fees and $32.61 in expenses), a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated:  April 2, 2014

By:  /s/ Peter J. Roberts
_____
One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
proberts@shawfishman.com

## CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 2nd day of April, 2014.

/s/ Peter J. Roberts
_____

{10661-001 NTC A0371416.DOCX}

# **EXHIBIT A**

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 13792
February 28, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 2/28/2014

## Please include Invoice Number with Payment

| | | |
|---|---|---|
| Balance Forward | | 59,470.95 |
| Current Fees | 27,871.80 | |
| Total Current Charges | | 27,871.80 |
| | | |
| **Total Due** | | **87,342.75** |

| Open Invoices | | | | |
|---|---|---|---|---|
| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 0.00 | 45,979.20 |
| | **Totals** | **137,816.40** | **78,345.45** | **59,470.95** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | February 28, 2014 |
| I.D. 10661-002 - RMF | Invoice 13792 |
| Re: Robert Fishman | |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/01/14 | RMF | Completed revisions to First Fee Application. | 1.20 | 618.00 | 741.60 |
| 02/01/14 | RMF | Completed first draft of July/August Final Report (1.1). Began drafting September Final Report (2.1). Began drafting First Quarterly Report (1.6). | 4.80 | 618.00 | 2,966.40 |
| 02/02/14 | RMF | Continued drafting September Final Report (2.6). Continued drafting First Quarterly Report (1.8). | 4.40 | 618.00 | 2,719.20 |
| 02/03/14 | RMF | Completed final revisions to September Monthly Report (1.3). Completed final revisions to First Quarterly Report (1.9). Completed final revisions to First Fee Application (.7). | 3.90 | 618.00 | 2,410.20 |
| 02/04/14 | RMF | Multiple emails and telephone calls with P. Roberts re finalization and filing of First Quarterly Report and First Fee Application. | 0.40 | 618.00 | 247.20 |
| 02/05/14 | RMF | Began review of November Invoices. | 3.20 | 618.00 | 1,977.60 |
| 02/06/14 | RMF | Continued working on review of November invoices. | 3.60 | 618.00 | 2,224.80 |
| 02/07/14 | RMF | Continued review of November invoices. | 3.40 | 618.00 | 2,101.20 |
| 02/11/14 | RMF | Continued reviewing November invoices. | 1.70 | 618.00 | 1,050.60 |
| 02/15/14 | RMF | Further review of November invoices. | 2.70 | 618.00 | 1,668.60 |
| 02/17/14 | RMF | Reviewed and revised Fee Examiner and Shaw Fishman December Detailed Statement of Services Rendered. | 0.80 | 618.00 | 494.40 |
| 02/20/14 | RMF | Reviewed and revised Kapila December invoice and emailed P. Roberts and S. Kapila re same. | 0.40 | 618.00 | 247.20 |
| 02/25/14 | RMF | Began reviewing materials for October Final Monthly Report and November Preliminary Monthly Report. | 2.30 | 618.00 | 1,421.40 |
| 02/26/14 | RMF | Reviewed various spreadsheets, draft October Monthly Report inserts and responses from firms re issues raised in the October Preliminary Reports (4.3). Participated in team teleconference re time spent by firms at eligibility hearings and responses received from same (.6). Spoke to J. Ellman re same and setting up monthly case summary calls (.4). | 5.30 | 618.00 | 3,275.40 |
| 02/27/14 | RMF | Telephone conference with team re responses from firms re eligibility issues we raised and reactions thereto (.6). Reviewed proposed plan/disclosure statement scheduling order (.3). Reviewed and revised various draft November Preliminary Reports and Spreadsheets (1.3). | 2.20 | 618.00 | 1,359.60 |
| 02/28/14 | RMF | Reviewed and revised numerous draft November Preliminary Reports and Spreadsheets (4.2). Spoke to M. Reiser (.2) and emailed B. Hertzberg (.2) re questions concerning Pepper Hamilton invoice. Reviewed November Eligibility Trial Chart (.2). | 4.80 | 618.00 | 2,966.40 |

| Robert Fishman as Detroit Fee Examiner | February 28, 2014 |
|---|---|
| I.D. 10661-002 - RMF | Invoice 13792 |
| Re: Robert Fishman | |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **Total Fees** | **45.10** | | **27,871.80** |
| | | | | | |
| | | **Total Fees and Disbursements** | | | **27,871.80** |
| | | **Total Current Charges** | | | **27,871.80** |
| | | Balance Forward | | | 59,470.95 |
| | | **Total Amount Due** | | | **87,342.75** |

# <u>EXHIBIT B</u>

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 13793
February 28, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 2/28/2014

### Please include Invoice Number with Payment

| | | |
|---|---|---|
| Balance Forward | | 92,673.92 |
| Current Fees | 44,577.90 | |
| Current Disbursements | 125.98 | |
| Total Current Charges | | 44,703.88 |
| **Total Due** | | **137,377.80** |

### Open Invoices

| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|---|
| 08/31/13 | 11728 | | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | | 51,396.80 | 43,690.40 | 7,706.40 |
| 01/31/14 | 13351 | | 37,702.39 | 32,125.99 | 5,576.40 |
| 02/28/14 | 13625 | | 71,014.86 | 0.00 | 71,014.86 |
| | | **Totals** | **212,158.32** | **119,484.40** | **92,673.92** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151
Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner
I.D. 10661-001 - RMF
Re: Chapter 9 case

February 28, 2014
Invoice 13793

| Fees | | | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | Hours | Rate | Amount |
| 02/01/14 | DRD | Review response by Dentons to September 2013 Preliminary Report. | 3.10 | 267.00 | 827.70 |
| 02/01/14 | PJR | Draft and edit September Monthly Report insert for EY. | 0.50 | 419.00 | 209.50 |
| 02/02/14 | DRD | Draft insert for Dentons Final Report for October 2013. | 2.20 | 267.00 | 587.40 |
| 02/03/14 | GEG | Review email and December invoice from Conway MacKenzie (.1); consider deadline for November Preliminary Reports (.1); review and comment on draft September Monthly Report (.4); review and comment on First Quarterly Report (.3); email correspondence (.2) and office conference (.1) with R. Fishman regarding proposed revisions to reports; email correspondence with M. Hausman (Conway) regarding December expense detail and response to October Preliminary Report in light of Thursday deadline for resolution discussions (.1) | 1.30 | 347.00 | 451.10 |
| 02/03/14 | IB | Review and revise draft of Quarterly Report form from R. Fishman. | 1.10 | 434.00 | 477.40 |
| 02/03/14 | IB | Review and revise draft of July/August and September Final Report from R. Fishman | 1.00 | 434.00 | 434.00 |
| 02/03/14 | IB | Review and revise draft of Fee Examiner, Shaw Fishman, Kapila interim fee application from R. Fishman. | 1.10 | 434.00 | 477.40 |
| 02/03/14 | DRD | Final revisions and review of Final Reports for July, August and September 2013 for Dentons (1), Jones Day (.6), Brooks Wilkins (.2) and Lazard (.1) and Quarterly Report for July/Aug/Sept 2013 (.3) and communications with A. Hudson and M. Wilkins (Brooks Wilkins) regarding Lazard's redacted invoices (.2). | 2.40 | 267.00 | 640.80 |
| 02/03/14 | AH | Updating September Final Report excerpts for Milliman Inc. and Miller Canfield (.6); compiling exhibits for Fee Examiner's Quarterly Report and checking figures reported in Quarterly Report excerpts with firm's revised invoices (3.1). | 3.70 | 248.00 | 917.60 |
| 02/03/14 | PJR | Review and revise first fee application of Fee Examiner parties (3.8); review and revise latest draft of Quarterly Report (.6). | 4.40 | 419.00 | 1,843.60 |
| 02/03/14 | MSR | Call with Michael Paque at KCC (.4); Review KCC invoices re: expense issue (1.3). | 1.70 | 267.00 | 453.90 |
| 02/04/14 | DRD | Review exhibits to Quarterly Report. | 0.40 | 267.00 | 106.80 |
| 02/04/14 | AH | Revising September Final Report excerpts (.2); discussion with P. Roberts re status of exhibits for Quarterly Report (.1); multiple discussions with J. Hampton re final exhibits to Quarterly Report and preparing for filing (.3); revising exhibits for Fee Examiner Parties' first interim fee application in accordance with comments from P. Roberts (.2); discussion with M. Reiser and P. Roberts re postage fees for KCC's invoices and request for more information (.3). | 1.10 | 248.00 | 272.80 |
| 02/04/14 | PJR | Review and revise Quarterly Report and coordinate exhibits (2.8); | 5.50 | 419.00 | 2,304.50 |

Page: 1

## Shaw Fishman Glantz & Towbin LLC

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | February 28, 2014 | |
| I.D. 10661-001 - RMF | | | | Invoice 13793 | |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | confer with A. Hudson regarding final preparations of Quarterly Report and Quarterly Fee Application (.3); edits to Quarterly Report and Fee Application (1.9); coordinate filings of same (.5). | | | |
| 02/05/14 | IB | Review email from S. Marken with response to October 2013 Preliminary Report and revised invoice. | 0.50 | 434.00 | 217.00 |
| 02/05/14 | IB | Review email from S. Marken re: November 2013 invoice | 0.30 | 434.00 | 130.20 |
| 02/05/14 | IB | Review Brooks Wilkins January 2014 invoice received today. | 0.40 | 434.00 | 173.60 |
| 02/05/14 | IB | Email to A. Hudson re: response to Kilpatrick proposed billing categories. | 0.40 | 434.00 | 173.60 |
| 02/05/14 | AH | Correspondence with S. Kaminski re descriptions of billing categories in July-October invoices (.1) and correspondence with I. Bodenstein to assess Kilpatrick's billing category descriptions (.2) | 0.30 | 248.00 | 74.40 |
| 02/05/14 | GEG | Email correspondence with A. Hudson regarding review of Miller Canfield response to October Preliminary Report (.1); email correspondence with M. McMickle regarding review of Conway MacKenzie response to October Preliminary Report (.1); review M. Hausman emails requesting filed copy of First Quarterly Report and forward request to P. Roberts for follow up (.1) | 0.30 | 347.00 | 104.10 |
| 02/05/14 | PJR | Exchange e-mails with M. Hausman of Conway on Quarterly Report (.1); exchange e-mails with Fee Examiner team regarding Quarterly Report and related issues (.2); exchange e-mails with W. Flick regarding EY revised invoices (.1). | 0.40 | 419.00 | 167.60 |
| 02/05/14 | PJR | Review Segal response to October Preliminary Report. | 0.30 | 419.00 | 125.70 |
| 02/06/14 | IB | Review Kilpatrick reply to our response to their proposed billing categories (.1); review Kilpatick response to July-October Preliminary Report (.2). | 0.30 | 434.00 | 130.20 |
| 02/06/14 | IB | Prepare email to J. Budin re: Milliman response to October 2013 Preliminary Report | 0.10 | 434.00 | 43.40 |
| 02/06/14 | AH | Work on resolution comments to Miller Canfield's October invoice (1.2); review of correspondence from S. Kaminski (.1) | 1.30 | 248.00 | 322.40 |
| 02/06/14 | GEG | Email correspondence with R. Fishman regarding status of Conway, Miller Canfield and Pepper Hamilton responses to October Preliminary Reports (.1); review Miller Canfield response to October Preliminary Report and edit A. Hudson draft resolution comments (.8); follow up email to A. Hudson regarding revised resolution comments and related follow-up tasks (.1); review email and proposed resolution comments for Conway MacKenzie October invoice review spreadsheet from M. McMickle (.4) and follow up email correspondence with M. McMickle and R. Fishman regarding same (.1) | 1.50 | 347.00 | 520.50 |
| 02/06/14 | PJR | Review revised spreadsheet on EY July invoice and M. McMickle e-mail on same. | 0.40 | 419.00 | 167.60 |
| 02/06/14 | PJR | Review e-mail from R. Fishman regarding professional responses to Preliminary Reports and review various email responses. | 0.10 | 419.00 | 41.90 |
| 02/06/14 | MSR | Follow up with Pepper Hamilton re: invoice (.4); Meeting with G. | 0.90 | 267.00 | 240.30 |

Robert Fishman as Detroit Fee Examiner      February 28, 2014
I.D. 10661-001 - RMF      Invoice 13793
Re: Chapter 9 case

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Gouveia re: same (.5). | | | |
| 02/07/14 | IB | Review Milliman response to October 2013 Preliminary Report received today. | 0.30 | 434.00 | 130.20 |
| 02/10/14 | AH | Review of Miller Canfield November Invoice (4.0); review of Milliman's November Invoice (.8) | 4.80 | 248.00 | 1,190.40 |
| 02/10/14 | GEG | Email correspondence with M. McMickle (Kapila) regarding Conway MacKenzie November invoice review process and deadlines (.1); email correspondence with A. Hudson regarding Miller Canfield November invoice review process and deadlines (.1); email correspondence with M. Reiser regarding status of Pepper Hamilton October invoice resolution comments and November invoice review process and deadlines (.1); email correspondence with M. Hausman (Conway) regarding status of October invoice review and deadline for redacted invoice (.1) | 0.40 | 347.00 | 138.80 |
| 02/10/14 | DRD | Review Jones Day invoices for November 2013. | 4.20 | 267.00 | 1,121.40 |
| 02/11/14 | AH | Review of Miller Canfield's November Invoice (.6); populate review spreadsheet with comments on Miller Canfield's November invoice (.5). | 1.10 | 248.00 | 272.80 |
| 02/11/14 | DRD | Review Jones Day invoice for November 2013. | 3.70 | 267.00 | 987.90 |
| 02/11/14 | PJR | Brief review of Segal November invoice and related e-mail exchange with A. Hudson. | 0.10 | 419.00 | 41.90 |
| 02/11/14 | PJR | Exchange e-mails with R. Fishman regarding professional responses to October Preliminary Reports. | 0.10 | 419.00 | 41.90 |
| 02/12/14 | IB | Review J. Ellman letter re: city's comment to Denton's November 2013 invoices | 0.30 | 434.00 | 130.20 |
| 02/12/14 | IB | Review M. Wilkins letter responding to issue raised about number of Committee attorneys attending eligibilityhearings | 0.40 | 434.00 | 173.60 |
| 02/12/14 | AH | Entering comments in review spreadsheet for Miller Canfield's November invoice | 1.30 | 248.00 | 322.40 |
| 02/13/14 | GEG | Finalize Miller Canfield October invoice review spreadsheet with resolution comments (.1) and email correspondence with A. Hudson and R. Fishman regarding same (.2); review October fee verification forms from City via J. Ellman (Jones Day) re Miller Canfield, Pepper Hamilton and Conway MacKenzie (.1) | 0.40 | 347.00 | 138.80 |
| 02/13/14 | PJR | Exchange e-mails with M. Reiser regarding KCC October invoice. | 0.10 | 419.00 | 41.90 |
| 02/14/14 | IB | Review Kilpatrick 2013 November invoice and spreadsheet | 0.30 | 434.00 | 130.20 |
| 02/14/14 | IB | Review Milliman November 2013 invoice and spreadsheet | 0.30 | 434.00 | 130.20 |
| 02/15/14 | GEG | Review and edit resolution comments in Conway MacKenzie October invoice review spreadsheet (1.2); email correspondence with R. Fishman regarding same (.1); review and comment on Miller Canfield November invoice and incorporate changes to draft spreadsheet for Preliminary Report (2.3); email correspondence with A. Hudson regarding same | 3.70 | 347.00 | 1,283.90 |
| 02/16/14 | IB | Prepare Miller Buckfire Preliminary Report | 0.50 | 434.00 | 217.00 |

**Shaw Fishman Glantz & Towbin LLC**

Robert Fishman as Detroit Fee Examiner        February 28, 2014
I.D. 10661-001 - RMF        Invoice 13793
Re: Chapter 9 case

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/16/14 | IB | Prepare notes for Kilpatrick (.2) and Milliman (.3) Preliminary Reports | 0.50 | 434.00 | 217.00 |
| 02/17/14 | IB | Email to S. Marken re: timing of revised November 2013 invoice. | 0.10 | 434.00 | 43.40 |
| 02/17/14 | IB | Meet with A. Hudson re: Milliman November 2013 Preliminary Report. | 0.10 | 434.00 | 43.40 |
| 02/17/14 | IB | Review email from S. Kaminski re: revised Kilpatrick invoices and summary's for July-October, 2013 invoices. | 0.40 | 434.00 | 173.60 |
| 02/17/14 | IB | Prepare November 2013 Preliminary Report and Spreadsheet Exhibit for Miller Buckfire | 0.00 | 434.00 | 0.00 |
| 02/17/14 | AH | Review Milliman Nov. invoice and update spreadsheet with comments (.4); review Segal's November Invoice, draft review comments in review spreadsheet and submit to P. Roberts for review (2.1); | 2.50 | 248.00 | 620.00 |
| 02/17/14 | GEG | Email correspondence with A. Hudson regarding Miller Canfield November Preliminary Report (.1) | 0.10 | 347.00 | 34.70 |
| 02/17/14 | PJR | Exchange e-mails with M. Reiser on Foley invoices (.1); confer with A. Hudson on Segal invoices and exchange of e-mails on same (.1). | 0.20 | 419.00 | 83.80 |
| 02/17/14 | MSR | Review Pepper Hamilton invoices and comment thereon. | 2.70 | 267.00 | 720.90 |
| 02/17/14 | IB | Prepare November 2014 Preliminary Report for Miller Buckfire | 0.40 | 434.00 | 173.60 |
| 02/18/14 | IB | Prepare November 2013 Preliminary Report and Spreadsheet Exhibit for Miller Buckfire | 0.70 | 434.00 | 303.80 |
| 02/18/14 | IB | Prepare October 2013 Final Report insert for Miller Buckfire. | 0.70 | 434.00 | 303.80 |
| 02/18/14 | GEG | Email correspondence with D. Doyle regarding procedure and deadline for October Monthly Report (.1); review draft resolution comments for Pepper Hamilton October invoice (.3) and email correspondence with M. Reiser regarding same (.1); review and edit draft review spreadsheet for Pepper Hamilton November invoice (.6) and email correspondence with M. Reiser regarding same (.1) | 1.20 | 347.00 | 416.40 |
| 02/18/14 | DRD | Continue review of Jones Day invoices for November 2013 (1.4) and begin drafting Preliminary Report (1.7). | 3.10 | 267.00 | 827.70 |
| 02/18/14 | PJR | Brief review of EY December invoice. | 0.10 | 419.00 | 41.90 |
| 02/18/14 | PJR | Review and analyze Segal November invoice (1.2); confer with A. Hudson on same (.1). | 1.30 | 419.00 | 544.70 |
| 02/18/14 | PJR | Review and analyze KCC November invoice. | 0.80 | 419.00 | 335.20 |
| 02/19/14 | IB | Revise Miller Buckfire Final Report insert for October 2013. | 0.20 | 434.00 | 86.80 |
| 02/19/14 | AH | Drafting Preliminary Reports for Segal and Miller Canfield November invoices. | 0.90 | 248.00 | 223.20 |
| 02/19/14 | GEG | Email correspondence with Mike Hausman (Conway) and R. Fishman regarding resolution of issues raised in October Preliminary Report (.1) | 0.10 | 347.00 | 34.70 |
| 02/19/14 | DRD | Continue preparing Preliminary Report for Jones Day November 2013 invoice (5.3); begin review of Dentons November 2013 invoice (.8). | 6.10 | 267.00 | 1,628.70 |
| 02/19/14 | PJR | Telephone conference with Emergency Manager's office regarding | 0.10 | 419.00 | 41.90 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | February 28, 2014 | |
| I.D. 10661-001 - RMF | | | | Invoice 13793 | |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | filing of monthly reports. | | | |
| 02/19/14 | PJR | Brief review of KCC December invoice. | 0.10 | 419.00 | 41.90 |
| 02/19/14 | PJR | Review Debtor reply in support of motion to vacate appointment of creditors committee. | 0.30 | 419.00 | 125.70 |
| 02/20/14 | IB | Review and revise A. Hudson draft of Milliman November 2013, Preliminary Report. | 0.30 | 434.00 | 130.20 |
| 02/20/14 | IB | Review and revise A. Hudson draft of Kilpatrick November 2013 Preliminary Report. | 0.30 | 434.00 | 130.20 |
| 02/20/14 | IB | Review revised November 2013 Miller Buckfire invoice from S. Marken (.3) and revise Preliminary Report (.3) | 0.60 | 434.00 | 260.40 |
| 02/20/14 | AH | Drafting Milliman and Kilpatrick's Preliminary Reports for November Invoices (.8); finalize Segal, Milliman, and Kilpatrick invoices and send to R. Fishman (.2). | 1.00 | 248.00 | 248.00 |
| 02/20/14 | GEG | Review and comment on draft Preliminary Report for Miller Canfield November invoice (.2); email correspondence with A. Hudson and R. Fishman regarding same (.1) | 0.30 | 347.00 | 104.10 |
| 02/20/14 | DRD | Review Dentons invoice for Nov. 2013 and draft Preliminary Report. | 6.80 | 267.00 | 1,815.60 |
| 02/20/14 | PJR | Review and revise draft Preliminary Report for Segal November invoice (.3); e-mail to A. Hudson on same (.1). | 0.40 | 419.00 | 167.60 |
| 02/20/14 | PJR | Exchange e-mails with M. McMickle on EY November invoice. | 0.10 | 419.00 | 41.90 |
| 02/20/14 | PJR | Review invoices of Fee Examiner parties (.3); exchange e-mails with R. Fishman and S. Kapila on same (.3); draft and edit December monthly fee statement for FE parties (.5). | 1.10 | 419.00 | 460.90 |
| 02/20/14 | MSR | Review invoices of KCC. | 3.90 | 267.00 | 1,041.30 |
| 02/21/14 | IB | Review Dentons November 2013 fee and expense spreadsheets (1.0) and provide comments to D. Doyle (.1). | 1.10 | 434.00 | 477.40 |
| 02/21/14 | IB | Review draft Dentons November 2014 Preliminary Report | 0.20 | 434.00 | 86.80 |
| 02/21/14 | GEG | Review and comment on Conway MacKenzie November invoice review spreadsheet (3.2); email correspondence with M. McMickle regarding invoice review spreadsheet and additional analysis of inter-office meetings (.2); incorporate M. McMickle comments regarding inter-office meetings into November review spreadsheet (.3); draft Preliminary Report for Conway MacKenzie November invoice (.3); email to R. Fishman regarding draft Preliminary Report for Conway MacKenzie November invoice and invoice review spreadsheet (.2) | 4.20 | 347.00 | 1,457.40 |
| 02/21/14 | DRD | Revise Jones Day Preliminary Report for Nov. 2013 (3.2); draft and revise Preliminary Report for Dentons for Nov. 2013 (2.9); draft and revise Brooks Wilkins Preliminary Report for Nov. 2013 (1.5). | 7.60 | 267.00 | 2,029.20 |
| 02/21/14 | PJR | Exchange e-mails with M. McMickle regarding EY November invoice (.1); begin review and analysis of EY November invoice (1.7). | 1.80 | 419.00 | 754.20 |
| 02/21/14 | PJR | Brief review of Detroit plan and disclosure statement. | 0.50 | 419.00 | 209.50 |
| 02/22/14 | IB | Review D. Doyle draft of Brooks Wilkins November 2013 Preliminary Report | 0.30 | 434.00 | 130.20 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | February 28, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 13793 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/24/14 | GEG | Review M. Swanson (Miller Canfiled) email and City verification regarding Miller Canfield December invoice (.1); review and comment on draft Preliminary Report for Pepper Hamilton November invoice (.1) and email correspondence with M. Reiser regarding same (.1) | 0.30 | 347.00 | 104.10 |
| 02/24/14 | DRD | Review and revise Brooks Wilkins Preliminary Report for Nov. 2013 (.5); review and revise Lazard Preliminary Report for Nov. 2013 (.8); communications with G. Gouveia and B. Fishman regarding upcoming deadlines (.1). | 1.40 | 267.00 | 373.80 |
| 02/24/14 | PJR | Confer with M. Reiser regarding KCC November invoice and Preliminary Report on same (.1); review and revise Preliminary Report and spreadsheet (.3). | 0.40 | 419.00 | 167.60 |
| 02/24/14 | PJR | Further review and analysis of EY November invoice (3.9); exchange e-mails with M. McMickle on same (.2); review revised EY for July and August in preparation for meeting with R. Fishman on same (.5). | 4.60 | 419.00 | 1,927.40 |
| 02/24/14 | MSR | Draft Preliminary Reports for KCC and Pepper Hamilton. | 2.00 | 267.00 | 534.00 |
| 02/25/14 | DRD | Draft Final Reports for October 2013 for Brooks Wilkins (1) and Jones Day (1.6). | 2.60 | 267.00 | 694.20 |
| 02/25/14 | PJR | Exchange e-mails with M. McMickle on EY November report (.2); revise EY November Preliminary Report and worksheet (1.3); confer with R. Fishman regarding supplement to quarterly report to include EY reports and related issues (.2); review materials on revised EY July and August invoices (.7). | 2.40 | 419.00 | 1,005.60 |
| 02/26/14 | IB | Conference call with Detroit Fee Examiner re: how to address eligibility trial attendance issue. | 0.60 | 434.00 | 260.40 |
| 02/26/14 | AH | Call with I. Bodenstein, P. Roberts, R. Fishman, G. Gouveia, M. Reiser, D. Doyle and S. Kapila to discuss all Professionals' attendance at November eligibility trial. | 0.60 | 248.00 | 148.80 |
| 02/26/14 | GEG | Conference call with R. Fishman and Detroit team members regarding approach to eligibility trial time analysis | 0.60 | 347.00 | 208.20 |
| 02/26/14 | DRD | Communications with R. Fishman, I. Bodenstein, P. Roberts, A. Hudson, M. Reiser, G. Gouveia, S. Kapila, and M. McMickle regarding final report for October 2013. | 0.60 | 267.00 | 160.20 |
| 02/26/14 | PJR | Exchange e-mails with M. McMickle re EY December invoice (.1); brief review of EY December invoice (.3); review order on plan dates and deadlines (.1); conference call with Fee Examiner team to discuss November reports and related issues (.6); | 1.10 | 419.00 | 460.90 |
| 02/26/14 | MSR | Review Pepper Hamilton November invoices for Eligibility trial attendance and create chart. | 1.40 | 267.00 | 373.80 |
| 02/27/14 | AH | Check for any lumping of time entries in Miller Canfield's October invoice regarding attendance at eligibility trial in response to request from M. Reiser (.3); begin making chart summarizing Professionals' attendance at November eligibility trial (.6). | 0.90 | 248.00 | 223.20 |
| 02/27/14 | GEG | Email correspondence with M. McMickle regarding December | 0.10 | 347.00 | 34.70 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | February 28, 2014 | |
| I.D. 10661-001 - RMF | | | | Invoice 13793 | |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | invoice review spreadsheet for Pepper Hamilton | | | |
| 02/27/14 | DRD | Draft chart for Jones Day, Dentons and Brooks Wilkins attendance at November eligibility hearing dates. | 1.70 | 267.00 | 453.90 |
| 02/28/14 | IB | Email to S. Alberts re: Dentons response to October 2013 Preliminary Report (.1); phone call from S. Alberts in response (.2). | 0.30 | 434.00 | 130.20 |
| 02/28/14 | IB | Discuss Brooks Wilkins October 2013 Preliminary Report with D. Doyle and R. Fishman. | 0.10 | 434.00 | 43.40 |
| 02/28/14 | IB | Review limited objection filed by City of Detroit to retention application of Morrison and Foerster for Committee of Unsecured Creditors | 0.30 | 434.00 | 130.20 |
| 02/28/14 | IB | Review eligibility trial time paragraph for inclusion in November 2013 Preliminary Reports | 0.10 | 434.00 | 43.40 |
| 02/28/14 | AH | Complete chart summarizing Professionals' attendance at November eligibility trial | 1.00 | 248.00 | 248.00 |
| 02/28/14 | DRD | Revise Brooks Wilkins, Dentons, Jones Day, and Lazard Preliminary Reports for November 2013 to reflect R. Fishman edits (1.1); confer with R. Fishman regarding same (.1); draft correspondence to Lazard regarding October 2013 invoice (.2); review correspondence to Pepper Hamilton regarding eligibility hearing issues (.1). | 1.50 | 267.00 | 400.50 |
| 02/28/14 | GEG | Review email correspondence between M. Reiser, R. Fishman and R. Hertzberg regarding eligibility trial times | 0.10 | 347.00 | 34.70 |
| 02/28/14 | PJR | Review Assured Guaranty objection to committee application to employ counsel (.2); review Debtor objection to committee application to employ counsel (.2); review court's order granting debtor motion to disband creditors committee (.3); review e-mail exchanges with R. Hertzberg regarding eligibility hearings (.2); brief review of Segal December spreadsheet (.2). | 1.10 | 419.00 | 460.90 |
| 02/28/14 | MSR | Draft emails re: Hertzberg attendance at eligibility trial. | 0.30 | 267.00 | 80.10 |
| 02/28/14 | MSR | Revise KCC Preliminary Report based upon comments from R. Fishman. | 0.50 | 267.00 | 133.50 |
| | | **Total Fees** | **138.80** | | **44,577.90** |

| Disbursements | | | | |
|---|---|---|---|---|
| Date | Description | | | Amount |
| 01/03/14 | Conference Call; (RMF); AT&T TeleConference Services | | | 17.20 |
| 01/07/14 | Photocopy; Dentons - Inv. 1521889; 11/012013 Invoices re Retirees Committee; October Final Invoice (KXJ) | 510 @ | 0.10 | 51.00 |
| 01/16/14 | Photocopy; Preliminary report (Dentons Sept. 2013) for Hearing. (KXJ) | 228 @ | 0.10 | 22.80 |
| 01/21/14 | Photocopy; Monthly Invoice (C Knez) | 50 @ | 0.10 | 5.00 |
| 01/24/14 | Photocopy; Fee Examiner's Preliminary Report of October 2013 (KXJ) | 23 @ | 0.10 | 2.30 |
| 01/27/14 | Photocopy; Revised November 2013 Invoice. Pepper Hamilton - Updated binder index (KXJ) | 64 @ | 0.10 | 6.40 |
| 01/27/14 | Conference Call; (GEG); AT&T TeleConference Services | | | 8.86 |

**Shaw Fishman Glantz & Towbin LLC**

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | February 28, 2014 |
| I.D. 10661-001 - RMF | Invoice 13793 |
| Re: Chapter 9 case | |

| Date | Description | Amount |
|---|---|---|
| 01/31/14 | Conference Call; (GEG); AT&T TeleConference Services | 5.12 |
| 02/28/14 | Pacer Research; Plan (DRD) | 7.30 |

|  |  |
|---|---|
| **Total Disbursements** | **125.98** |
| **Total Fees and Disbursements** | **44,703.88** |
| **Total Current Charges** | **44,703.88** |
| Balance Forward | 92,673.92 |
| **Total Amount Due** | **137,377.80** |

# EXHIBIT C


*Kapila & Company*
*Certified Public Accountants*

---

## CITY OF DETROIT, MICHIGAN
### Client ID: 90000
### Invoice #97437 - 02/28/14

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA* | 19.10 | 272.00 | 5,195.20 |
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 2.10 | 450.00 | 945.00 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 17.80 | 342.00 | 6,087.60 |
| MARK PARISI - Forensic Analyst CPA*, CFE, | 46.40 | 156.00 | 7,238.40 |
| TOTAL | 85.40 | | $19,466.20 |
| | BLENDED RATE | $227.94 | |
| | TOTAL EXPENSES | | 32.61 |
| TOTAL AMOUNT OF THIS INVOICE | | | $19,498.81 |

CPA - Certified Public Accountant
CIRA- Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

*1000 S. Federal Highway Suite 200 Fort Lauderdale, Florida 33316*
*Member Florida Institute of Certified Public Accountants American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

# Kapila & Company

Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.com
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL  60654

Invoice: 97437

02/28/2014

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|------|-------|-------------|-----|--------|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 02/01/2014 | MMM | SEND TWELVE SPREADSHEETS FOR NOVEMBER INVOICE REVIEW TO FEE EXAMINER TEAMS. | 0.40 | 136.80 |
| 02/02/2014 | SRK | REVIEW FEE EXAMINER'S QUARTERLY REPORT DRAFT AND PROVIDE COMMENTS TO R. FISHMAN | 0.60 | 270.00 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE OTTENWESS DECEMBER 2013 INVOICE. | 0.30 | 46.80 |
| 02/03/2014 | MMM | TRACK RECEIPT OF AND PRELIMINARY REVIEW OF OTTENWESS OCTOBER, NOVEMBER AND DECEMBER INVOICES. | 0.20 | 68.40 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE OTTENWESS OCTOBER 2013 INVOICE. | 0.40 | 62.40 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE PEPPER HAMILTON DECEMBER 2013 INVOICE. | 1.20 | 187.20 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE BROOKS WILKINS DECEMBER 2013 INVOICE. | 1.60 | 249.60 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE OTTENWESS NOVEMBER 2013 INVOICE. | 0.40 | 62.40 |
| 02/03/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE DECEMBER 2013 INVOICE | 0.90 | 140.40 |
| 02/03/2014 | SRK | REVIEW SEPTEMBER FINAL MONTHLY REPORT DRAFT PER R. FISHMAN E-MAIL OF FEBRUARY 2, 2014 AND RESPOND WITH FOLLOW UP COMMENTS | 0.60 | 270.00 |
| 02/03/2014 | MMM | CONFIRM FEE REQUESTS AND DISCOUNTS LISTED FOR CONWAY MACKENZIE AND ERNST & YOUNG IN FINAL REPORTS. | 0.60 | 205.20 |
| 02/04/2014 | MCP | UPDATE CONWAY MACKENZIE DECEMBER 2013 SUMMARY FOR EXPENSE DETAIL. | 0.20 | 31.20 |
| 02/04/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD DECEMBER 2013 INVOICE. | 0.50 | 78.00 |
| 02/05/2014 | MMM | REVIEW OCTOBER AND NOVEMBER SPREADSHEETS FOR OTTENWESS INVOICES AND SEND TO FEE EXAMINER TEAM. | 0.20 | 68.40 |
| 02/05/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE MILLIMAN DECEMBER 2013 INVOICE. | 1.00 | 156.00 |
| 02/05/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER | 2.60 | 889.20 |

| | | | | |
|---|---|---|---|---|
| | | COMMENTS AND CONFIRM ADEQUACY AND COMPLETENESS OF RESPONSES. | | |
| 02/06/2014 | MCP | TELEPHONE CONFERENCE WITH M. MCMICKLE RE: FOLLOW UP REVIEW OF ERNST & YOUNG JULY AND AUGUST INVOICES FOR RECATEGORIZATION OF ALL TIME ENTRIES CODED TO MEETINGS. | 0.20 | 31.20 |
| 02/06/2014 | MMM | REVIEW SPREADSHEETS PREPARED FOR COMPARING ERNST AND YOUNG RE-CATEGORIZED TIME ENTRIES WITH ORIGINAL INVOICE. | 0.40 | 136.80 |
| 02/06/2014 | MMM | REVIEW REVISED ERNST & YOUNG INVOICES FOR JULY AND AUGUST TO DETERMINE EFFICIENT WAY TO REVIEW RE-CATEGORIZED TIME ENTRIES. | 0.50 | 171.00 |
| 02/06/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA RE: SUMMARY OF REVIEW OF CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS. | 0.40 | 136.80 |
| 02/06/2014 | MCP | EXTRACT, FORMAT AND SCHEDULE REVISED ERNST AND YOUNG JULY AND AUGUST INVOICES (1.6). IDENTIFY NEW CATEGORIES AND PREPARE COMPARISON REPORT (1.3). | 2.90 | 452.40 |
| 02/06/2014 | MMM | TELEPHONE CONFERENCE WITH M. PARISI RE: DISCUSS DOWNLOADING OF JULY AND AUGUST INVOICES IN ORDER TO REVIEW RE-CATEGORIZED TIME ENTRIES. | 0.20 | 68.40 |
| 02/07/2014 | MMM | REVIEW SPREADSHEET COMPARING ERNST & YOUNG AUGUST INVOICE RE-CATEGORIZATION ENTRIES AND SEND TO FEE EXAMINER TEAM. | 0.20 | 68.40 |
| 02/07/2014 | MCP | FORMAT AND SUMMARIZE ERNST AND YOUNG AUGUST 2013 RESUBMITTED INVOICE AND IDENTIFY NEW BILLING CATEGORIES FOR OLD VS RESUBMITTED INVOICE. | 3.50 | 546.00 |
| 02/10/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: COMPARE NOVEMBER TO SEPTEMBER INVOICES FOR CONSISTENCY. | 0.20 | 54.40 |
| 02/10/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE JONES DAY DECEMBER 2013 INVOICE. | 3.00 | 468.00 |
| 02/10/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF INADEQUATE DESCRIPTION; LUMPING AND DUPLICATES. | 3.60 | 979.20 |
| 02/10/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.80 | 217.60 |
| 02/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE OTTENWESS JANUARY 2014 INVOICE. | 0.40 | 62.40 |
| 02/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE BROOKS WILIKINS JANUARY 2014 INVOICE. | 0.60 | 93.60 |
| 02/11/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES FOR MEETINGS | 1.10 | 299.20 |
| 02/11/2014 | MMM | REVIEW NOVEMBER SPREADSHEET FOR SEGAL AND FORWARD TO FEE EXAMINER TEAM. | 0.30 | 102.60 |
| 02/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE SEGAI NOVEMBER 2013 INVOICE. | 2.20 | 343.20 |

| | | | | |
|---|---|---|---|---|
| 02/12/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: CORRESPONDENCE W/ M.MCMICKLE TO SUMMARIZE RESULTS OF DETAIL REVIEW. | 0.60 | 163.20 |
| 02/12/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: CHECK FOR AND ELIMINATE INSTANCES OF TRUNCATING IN REVIEW WORKSHEET. | 0.20 | 54.40 |
| 02/12/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: CONTINUE REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 4.20 | 1,142.40 |
| 02/14/2014 | MCP | FORMAT, EXTRACT, AND SCHEDULE PEPPER HAMILTON DECEMBER 2013 INVOICE. | 1.50 | 234.00 |
| 02/17/2014 | MMM | PERFORM DETAILED REVIEW AND PROVIDE ADDITIONAL REVIEWER COMMENTS OF CONWAY MACKENZIE'S NOVEMBER INVOICE. | 1.70 | 581.40 |
| 02/17/2014 | MMM | PREPARE ANALYSIS OF CONWAY MACKENZIE PROFESSIONALS BY DATE IN CONNECTION WITH NOVEMBER INVOICE REVIEW. | 0.60 | 205.20 |
| 02/17/2014 | MMM | PREPARE GLOBAL ANALYSIS OF PROFESSIONAL FEES ALLOCATION FOR CONWAY MACKENZIE NOVEMBER INVOICE. | 0.40 | 136.80 |
| 02/17/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: COMPARE NOVEMBER SUMMARY INVOICE TO PRIOR MONTH INVOICES TO SEARCH FOR POTENTIAL INCONSISTENCIES. | 0.20 | 54.40 |
| 02/17/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 0.80 | 217.60 |
| 02/17/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF UNREASONABLE TIME. | 0.10 | 27.20 |
| 02/17/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.70 | 190.40 |
| 02/18/2014 | MMM | TRACK RECEIPT AND PRELIMINARY READ OF DECEMBER INVOICES FOR KILPATRICK, MILLER CANFIELD, FOLEY & LARDNER AND ERNST & YOUNG. | 0.40 | 136.80 |
| 02/18/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 2.80 | 761.60 |
| 02/18/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: CONTINUE REVIEW FOR INSTANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 1.10 | 299.20 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER CANFIELD DECEMBER 2013 INVOICE. | 0.90 | 140.40 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE ERNST AND YOUNG DECEMBER 2013 INVOICE. | 1.20 | 187.20 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KURTZMAN CARSON DECEMBER 2013 INVOICE. | 0.90 | 140.40 |
| 02/19/2014 | MCP | REVISE JONES DAY NOVEMBER 2013 FOR FORMATTING ISSUES. | 1.40 | 218.40 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK AND ASSOCIATES DECEMBER 2013 INVOICE. | 0.40 | 62.40 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE FOLEY AND LARDNER | 0.80 | 124.80 |

| | | | | |
|---|---|---|---|---|
| | | DECEMBER 2013 INVOICE. | | |
| 02/20/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: PREPARE REVIEW SUMMARY STATS FOR M.MCMICKLE. | 0.20 | 54.40 |
| 02/20/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: CONTINUE REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 2.10 | 571.20 |
| 02/20/2014 | MCP | COMPARE REVISED MILLER BUCKFIRE NOVEMBER 2013 INVOICE TO ORIGINAL TO DETERMINE IF FEE EXAMINER SHEET NEEDS TO BE UPDATED. | 0.10 | 15.60 |
| 02/20/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW EXPENSES FOR COMPLIANCE. | 0.20 | 54.40 |
| 02/20/2014 | MMM | RESEARCH AND RESPOND TO REQUEST FROM D.DOYLE RE: TRUNCATING ISSUES WITH JONES DAY NOVEMBER SPREADSHEET. | 0.20 | 68.40 |
| 02/20/2014 | MCP | CREATE SOLUTION TO TOTALING UP ALL TIME INCREMENTS INCLUDED IN DESCRIPTION CELL FOR COMPARISON WITH ACTUAL TIME BILLED REGARDING DENTONS NOVEMBER INVOICE | 0.70 | 109.20 |
| 02/20/2014 | MCP | CREATE SOLUTION TO TOTALING UP ALL TIME INCREMENTS INCLUDED IN DESCRIPTION CELL FOR COMPARISON WITH ACTUAL TIME BILLED REGARDING JONES DAY NOVEMBER INVOICE. | 1.80 | 280.80 |
| 02/20/2014 | MMM | BEGIN REVIEW OF ERNST & YOUNG NOVEMBER INVOICE AND ADD COMMENTS TO REVIEWER'S SPREADSHEET. | 1.40 | 478.80 |
| 02/20/2014 | MCP | TELEPHONE CONFERENCES WITH M. MCMICKLE RE; TROUBLESHOOT EXCEL FORMATTING ISSUES RELATED TO JONES DAY NOVEMBER SPREADSHEET. | 0.60 | 93.60 |
| 02/20/2014 | MMM | FOUR TELEPHONE CONFERENCES WITH M. PARISI RE: TROUBLESHOOT EXCEL ISSUES WITH CHARACTER CAPACITY. | 0.60 | 205.20 |
| 02/20/2014 | MCP | TELEPHONE CONFERENCE WITH MICROSOFT SUPPORT RE: AUTOFORMATTING CELLS. | 0.40 | 62.40 |
| 02/20/2014 | MCP | CONTINUE CORRECTING VIEWING/FORMATTING ISSUES WITH JONES DAY NOVEMBER 2013 INVOICE,  INCLUDING EXAMINATION OF 8,000 TOTAL LINES TO ENSURE ROW IS PROPERLY DISPLAYED. | 4.80 | 748.80 |
| 02/20/2014 | MMM | REVIEW JONES DAY NOVEMBER SPREADSHEET TO TEST MACRO CREATED TO CALCULATE TOTAL OF INCREMENTAL TIME ENTRIES IN DESCRIPTION CELL. | 0.30 | 102.60 |
| 02/21/2014 | MMM | REVIEW TIME ENTRIES IN NOVEMBER INVOICE  RELATED TO MEETINGS FOR CONWAY MACKENZIE TO IDENTIFY POTENTIAL BILLING BY PASSIVE PARTICIPANTS. | 0.90 | 307.80 |
| 02/21/2014 | MMM | TRACK RECEIPT OF AND PRELMINARY REVIEW OF MILLER BUCKFIRE DECEMBER INVOICE. | 0.10 | 34.20 |
| 02/21/2014 | MMM | PREPARE GLOBAL ANALYSIS OF ALLOCATION OF ERNST & YOUNG PROFESSIONAL FEES BETWEEN SENIOR PROFESSIONALS AND JUNIOR PROFESSIONALS FOR NOVEMBER. | 0.40 | 136.80 |
| 02/21/2014 | MMM | COMPLETE REVIEW OF ERNST & YOUNG'S NOVEMBER INVOICE. | 0.50 | 171.00 |

| | | | | |
|---|---|---|---|---|
| 02/21/2014 | MMM | REVIEW DENTON'S REVISED NOVEMBER SPREADSHEET. | 0.20 | 68.40 |
| 02/21/2014 | MMM | TELEPHONE CONFERENCE WITH M. PARISI RE: DISCUSS REVISED FORMULA CREATED TO CALCULATE TOTALS OF INCREMENTAL TIME ENTRIES IN THE DESCRIPTION CELL OF DENTON'S SPREADSHEET. | 0.20 | 68.40 |
| 02/21/2014 | MCP | TELEPHONE CONFERENCE WITH M. MCMICKLE RE: EXTRACTING HOUR AMOUNTS FROM DENTONS NOVEMBER 2013 INVOICE TO COMPARE TO HOURS BILLED. | 0.20 | 31.20 |
| 02/21/2014 | MCP | EXTRACT NONALPHA NUMERIC NUMBERS IN EXCEL TO COMAPRE TO HOURS BILLED FROM DENTONS NOVEMBER 2013 INVOICE DESCRIPTIONS. | 0.70 | 109.20 |
| 02/24/2014 | MCP | REVIEW JONES DAY DECEMBER 2013 INVOICE AND CALCULATE HOURS IN DESCRIPTION FIELD. | 2.00 | 312.00 |
| 02/24/2014 | JEG | CONWAY MACENZIE INVOICE REVIEWS: EMAIL CORRESPONDENCE WITH M.MCMICKLE RE: GUIDANCE FROM G.GOUVEIA WHILE REVIEWING FOR CONSISTENCY IN MEETING TIMES. | 0.20 | 54.40 |
| 02/24/2014 | MCP | REVIEW DENTONS DECEMBER 2013 INVOICE AND CALCULATE HOURS IN DESCRIPTION FIELD. | 1.70 | 265.20 |
| 02/24/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER BUCKFIRE DECEMBER 2013 INVOICE. | 0.80 | 124.80 |
| 02/25/2014 | MMM | IDENTIFY ADDITIONAL DEFICIENCIES IN ERNST & YOUNG NOVEMBER INVOICE AND PROVIDE COMMENTS TO P. ROBERTS FOR CONSIDERATION. | 0.50 | 171.00 |
| 02/25/2014 | MMM | READ PRELIMINARY REPORT OF FEE EXAMINER RE: ERNST & YOUNG | 0.20 | 68.40 |
| 02/25/2014 | MMM | REVIEW ADDITIONAL DEFICIENCIES IDENTIFIED BY P. ROBERTS FOR ERNST & YOUNG'S NOVEMBER INVOICE. | 0.40 | 136.80 |
| 02/25/2014 | SRK | REVIEW E-MAIL REGARDING ERNST & YOUNG NOVEMBER REVISED BILLING | 0.10 | 45.00 |
| 02/26/2014 | SRK | TELEPHONE CONFERENCE WITH R. FISHMAN AND FEE EXAMINER TEAM TO ADDRESS TIME ENTRIES REGARDING ATTENDANCE OF MULTIPLE LEGAL PROFESSIONALS AT ELIGIBILITY TRIAL | 0.60 | 270.00 |
| 02/26/2014 | MMM | REVIEW ALL SPREADSHEETS FOR CITY AND COMMITTEE PROFESSIONALS FOR DECEMBER AND SEND TO FEE EXAMINER TEAM. | 2.10 | 718.20 |
| 02/26/2014 | MMM | TELEPHONE CONFERENCE WITH R. FISHMAN AND FEE EXAMINER TEAM TO DISCUSS TIME ENTRIES OF MULTIPLE LEGAL PROFESSIONALS IN ATTENDANCE AT ELIGIBILITY TRIAL. | 0.60 | 205.20 |
| 02/26/2014 | MCP | REVIEW ALL DECEMBER 2013 INVOICES FOR POTENTIAL FORMATTING ISSUES. | 3.70 | 577.20 |
| 02/27/2014 | MCP | REVISE PEPPER HAMILTON DECEMBER 2013 INVOICE SPREADSHEET | 0.10 | 15.60 |
| 02/28/2014 | MMM | REVIEW DECEMBER SPREADSHEET FOR SEGAL AND SEND TO COUNSEL. | 0.10 | 34.20 |
| 02/28/2014 | SRK | REVIEW E-MAILS FROM FEE EXAMINER REGARDING LEGAL PROFESSIONALS TIME ENTRIES AT ELIGIBILITY TRIAL | 0.20 | 90.00 |

| 02/28/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE SEGAL DECEMBER 2013 INVOICE. | 2.40 | 374.40 |
|---|---|---|---|---|

19,466.20

**EXPENSES**

| 02/18/2014 | EXP | CONFERENCE CALL - JEG | 25.71 |
|---|---|---|---|
| 02/28/2014 | EXP | COPY CHARGE FOR FEBRUARY 2014 | 6.90 |

32.61

Total amount of this invoice    $19,498.81

Invoice payable upon receipt.  Thank you for this opportunity to be of service.

13-53846-tjt    Doc 3517    Filed 04/02/14    Entered 04/02/14 10:50:45    Page 23 of 23