UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Beverly A. Welch_

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.    I / we am/are interested in the Bankruptcy of the City of Detroit because
_I Am a City of Detroit Retiree, I Served This City_
_for 30 years_

2.    I / we object to the above filing because:
_This would deastically Affect My Quality of Life, I_
_Am Also A Tax paying homeowner. If you Take A few_
_of My Pension how well I be Able To Meet My Financial_
_obligations. ie health care, Taxes, utilities, insurance etc._

3.    I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Beverly A. Welch_

Signature: _Beverly A. Welch_
Address: _9314 Heindville Ave_
_Det. MI 48228_
Email: _Dwelch@ onemedia detroit. biz_

Dated: _4 | 1 | 2014_

How much do we have to give up?

We've been taxed, our health insurance benefits have been taken away. Now they want to cut our pension as well? How is this fair on any level? How will I be able to meet my obligations?

This action by Kevin Orr and Gov. Snyder will further erode the ability of the seniors of this community to contribute financially and provide for themselves. Our government has bailed out big businesses and concerns, over and over, again. Why is there no for us? We have given our lives for this city and this country. We sustained both financially according to the rules and laws.

Now we seek a fair return on that loyalty.

Thank you.

Beverly U. 3kelek

4/1/2014