UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN      Case No. 13-53846-swr
                               Chapter 9
_____Debtor___/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY:   Marilyn B. Daniels, Ph.D_____

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

I am a resident of Wayne County, Michigan (Van Buren Township, Belleville, 48111). My family and members of my community will be affected by decisions made in the Bankruptcy.

2. I / we object to the above filing because:
The appointment of an Emergency Manager and the Bankruptcy filing are part of a multi-state, multi-year, partisan political plan to privatize and exploit public resources. As residents of Wayne County, my family and members of my community expect to be adversely affected by the privatization of the Detroit Water Department, and/or the imposition of a multi-county "Authority" to transfer ownership of the water system from the City of Detroit. In addition, my family and members of my community have voted to maintain the Detroit Institute of Arts with our tax money. We do not want any assets of the DIA removed to pay financial institutions that have already involved the City of Detroit in grossly disadvantageous, unethical, and possibly illegal, bond deal. Finally, our friends in Detroit will be unfairly and unreasonably harmed by cuts to their pensions and their health care benefits.

3. I have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Marilyn Daniels, Ph.D

Signature: *Marilyn Daniels*
Address: 10000 Jackson St. Belleville, MI 48111 (Van Buren Township, Wayne County

Email:
marilynbd@comcast.net

Dated: March 31, 2014