UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____/ Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _EDNA_ _KEYS_

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.      I / we am/are interested in the Bankruptcy of the City of Detroit because
_I am Employee of the city of Detroit_

2.      I / we object to the above filing because:
_The Cut of my Pension will be a hardship for me_
_And my family_

3.      I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Edna Keys_

Signature: _____

Address: _18824 Praire St_
_Detroit MI 48238_

Email: _____

Dated: