FILED (T)
2014 APR 15 AM 11:30
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

### OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Dannie L. Gallman-Gomes

Dannie L. Gallman-Gomes hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because it will affect our (my, husband and I) the mortgage on our home, economic conditions and other current liabilities.

2. I / we object to the above filing because: Because I worked for the City of Detroit where others went to work for business enterprise who were paying higher income. These being black, I was denied employment for the higher salaries, I helped maintain the City of Detroit and encouraging others to come to work.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Dannie L. Gallman-Gomes
Signature: Dannie L. Gallman-Gomes
Address: 16895 Normandy St
Detroit, MI 48221-3139
Email: gallmardg@yahoo.com

Dated: March 19, 2014