UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN   Case No. 13-53846-swr
Chapter 9
_____ Debtor ___/   Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _DAVID D. DUDLEY_

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because _WAS BORN AND RAISED IN DETROIT - I AM A VIET NAM VETERAN_

2. I / we object to the above filing because:
_I WORKED FOR THE CITY OF DETROIT FOR 30 YRS I HAVE ALL READY PAID TAXES ON MY PENSION._

3. I have/ have not attached additional sheets to explain and establish my position.
_WHY TAKE IT NOW._

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _DAVID D. DUDLEY_
Signature: _David D. Dudley_
Address: _18556 MARLOWE_
_DETROIT 48221 MICH_
Email: _____

Dated: