UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR 1 A 11 34

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____
                    Debtor        /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Latonya R Emanuel_

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.      I / we am/are interested in the Bankruptcy of the City of Detroit because
_I'm a City of Detroit Employee._

2.      I / we object to the above filing because:
_All cuts will cause a financial hardship_
_____
_____

3.      I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Latonya R. Emanuel_
Signature: _Latonya R. Emanuel_
Address: _14034 Brougham Dr_
_Sterling Heights, MI 48312_
Email: _latonyaN67@gmail.com_

Dated: _3/31/14_