FILED
2014 APR -1 PM 12:11
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Terry Coleman-Hannon_

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

_I am a City of Detroit Retiree_

2. I / we object to the above filing because:
_I have worked and earned these monies -
I did the right thing in life - worked as
I was told. I did not wrong to lose
my money_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Terry Coleman-Hannon_
Signature: _Terry Coleman-Hannon_
Address: _1835 Chatefulf Plae_
_Det, MI 48207_
Email: _tchlaf@aol.com_

Dated: