UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: *Michael Smith*

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
*City of Detroit Retiree*

2. I / we object to the above filing because:
*Unfair – Your taking my livery-hood*

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: MICHAEL SMITH
Signature: *Michael Smith*
Address: 9936 HEMINGWAY
REDFORD, MI. 48239
Email: _____

Dated: