UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_Gwendolyn Bush-Smith_ Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _April 1, 2014_

_Gwendolyn Bush-Smith_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _As a concern City of Detroit Citizen, I believe the Bankruptcy filing in Detroit has caused unnecessary harm to the City of Detroits Services to the public._

2. I / we object to the above filing because: _It directly effects Detroit City Workers, Retirees and the Citizen of Detroit. The Bankruptcy process will unfairly deprive City Workers and Retirees benefits that they have earned as City employees._

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Gwendolyn Bush-Smith_
Signature: _Gwendolyn Bush-Smith_
Address: _1431 Washington Blvd, apt. 2203_
_Detroit, Mich. 48226_
Email: _dolynb66@hotmail.com_

Dated: