UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_Samuel Harrison_ Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _Samuel Harrison_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because, _it directly effects Detroit City Workers, Retirees and the citizens of Detroit. The Bankruptcy process will unfairly deprive City Workers and Retirees benefits that they have earned as city workers_

2. I / we object to the above filing because: _The Bankruptcy process conducted by Mr. Orr was done illegal because he failed to follow the "Bankruptcy Guidelines" in filing the City of Detroit's Bankruptcy._

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Samuel Harrison
Signature: Sam L Harris
Address: 16500 Northpark Dr
Apt 1407 Southfield MI 48075
Email: Samuel.Harrison16@yahoo.com

Dated: