UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 APR -2 A 9: 58

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _KENNETH ANTHONY JOYCE_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
_____
_____

2. I / we object to the above filing because:
_THE CALCULATION OF PENSION BENEFITS_
_CITY OF DETROIT CAN SELL SOME ART_
_TO PAY THE DEBTOR FOR THE PENSION_
_BENEFITS_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _KENNETH A. JOYCE_
Signature: _Kenneth A Joyce_
Address: _19331 BLACKSTONE_
_DET, MI. 48219-1981_
Email: _THEKIDKAJ@ATT.NET_

Dated: 3-31-2014