FILED
2014 APR -1 P [illegible]
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: KEITH M. HINES

___KEITH M. HINES___ hereby states his OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because:
   AS A RESIDENT OF THE CITY OF DETROIT I DO NOT BELIEVE THAT THE TERMS DESCRIBED IN THE AGREEMENT BENEFIT ME AS A TAXPAYOR AND IT VIOLATES MY FEDERAL RIGHTS UNDER Title 18, U.S.C., Section 242 **"DEPRIVATION Of RIGHTS UNDER COLOR Of LAW"**

2. I object to the above filing because:
   a. KEVYN ORR'S PLAN Of ADJUSTMENT INFRINGES ON AND TAKES AWAY YOUR RIGHT TO VOTE ON Pages 22-23 OF THE PLAN OF ADJUSTMENT.
   b. I OBJECT TO "A 10% REDUCTION IN MONTHLY PENSION AMOUNT
   c. ELIMINATION OF THE DEFERRED RETIREMENT OPTION PLAN FEATURE OF "POLICE" and "FIREMAN" RETIREMENT SYSTEM. ALSO CRAMDOWN EXECUTORY CONTRACTS (COPS)
   d. I OBJECT TO THE DISRESPECT SHOWN TO "DETROIT RESIDENTS" AS "AMERICAN CITIZENS".

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: KEITH M. HINES
Signature: [signature]
Address: 832 CHALMERS
DET., MICH 48215
Email: diamondjj-pro@hotmail

Dated: