UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR 1 A 10: 34

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

Debtor /

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Kimberlee Davis

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I'm a City of Detroit employee

2. I / we object to the above filing because:
   I object to the City of Detroit taking my money again.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Kimberlee Davis
Signature: _____
Address: 18828 Wakenden
Email: KimDavis@detroit.mi.gov

Dated: 3-31-14

13-53846-tjt    Doc 3556    Filed 04/01/14    Entered 04/02/14 12:36:50    Page 1 of 1