UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN,   Case No. 13-53846-swr
                             Chapter 9
_____Debtor_____/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: KENNETH ANTHONY JOYCE hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because GRS ADJUSTED PENSION REDUCTION OF 34% FROM MY MONEYS

2. I / we object to the above filing because: I WORK HARD & THE CITY CAN SELL SOME ART FOR THE DEBTOR

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: KENNETH A. JOYCE
Signature: Kenneth A Joyce
Address: 19331 BLACKSTONE
DET, MI 48219-1981
Email: THEKIDKAJ@ATT.NET

Dated: 3-31-2014