UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

Debtor /

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William D Sparks

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
City of Detroit City Employee – 24 years

2. I / we object to the above filing because:
Years of no pay increases – 10% deductions, only means of savings, cuts by 7% pension. Raising family of 3 daughters. Will experience financial hardship without my pension. – 24 years City employee

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William D Sparks
Signature: W.D.S.
Address: 8482 Averill
Allen Park M. 48101
Email: sparksw.@detroitmi.gov

Dated: 3-31-14