UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of,

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

Debtor /

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Monica Sparks

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
City of Detroit Employee

2. I / we object to the above filing because:
Cause Eviction/ Lawsuit

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Monica Sparks
Signature: Monica Sparks
Address: 5444 Stanton
Email: MonicaSparks5444@gmail.com

Dated: 3/31/14