UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR 1 A 10:34

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

/Debtor/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Samuel W. Flemings_

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   _City of Detroit Employee_

2. I / we object to the above filing because:
   _Will cause me a financial hardship_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Samuel W. Flemings_
Signature: _Samuel W. F._
Address: _15400 Troester_
_Detroit, MI 48205_
Email: _____

Dated: _3-31-14_