UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN   Case No. 13-53846-swr
Chapter 9
_____Debtor___/   Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Karen Anderson

Karen Anderson hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I Object

2. I / we object to the above filing because:
   I want a pansion

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Karen Anderson
Signature: Km And
Address: 20782 Knob Woods Dr #104
Email: Karenanderson97@ymail.com

Dated: 3/31/14

13-53846-tjt   Doc 3566   Filed 04/01/14   Entered 04/02/14 13:02:28   Page 1 of 1