UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                   Chapter 9
_____ Debtor___ /    Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _____

__DAMON SPANN_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I AM A CITY OF DETROIT EMPLOYEE WITH VESTED INTERESTED IN THE CURRENT AND OR FUTURE PENSION PLANS AND ADJUSTMENT(S)

2. I / we object to the above filing because:
AS IT STANDS CURRENTLY, THIS PLAN WILL EFFECT CURRENT AND OR FUTURE UNREALIZED PENSION PAYMENTS WHICH MAY HAVE A NEGATIVE EFFECT ON MY RETIREMENT EARNINGS.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: DAMON SPANN
Signature: _____
Address: 19900 SNOWDEN
         DETROIT MI 48235
Email: spannd@detroitmi.gov

Dated:

13-53846-tjt    Doc 3569    Filed 04/01/14    Entered 04/02/14 13:08:50    Page 1 of 1