UNITED STATES BANKRUPTCY COURT FILED (I)
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT 2014 APR -1 A 11: 37

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor___/   Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY:_____

Laurie M. Williams hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

Citizen of the City of Detroit, Retired Employee

2. I / we object to the above filing because:

Its against our beliefs would leave me property stricken, Effect my already low Standard of living

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Laurie M. Williams
Signature: Laurie M. Williams
Address: 19925 San Juan Dr.
Det, MI 48221
Email: glauriewill@gmail.com

Dated: