UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Rosie M. Woods

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

I am a city of Detroit retiree. I object to pension and healthcare cuts.

2. I / we object to the above filing because:

This will cause an over all 50% cut to my pension. These cuts are detrimental to my health. I cannot afford to live off of such a minimal pension.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Rosie M. Woods
Signature: Rosie M. Woods
Address: 1550 Chene Au Pl. #119
Detroit, MI 48207
Email:

Dated: 4-1-2014