UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY:_____

Jerome Cullors hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because IT IS UNFAIR AND IT GOES AGAINST EVERYTHING THAT IS RIGHT

2. I / we object to the above filing because:

IT DOES NOT HELP ANYONE BUT THE BANKS

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Jerome Cullors
Signature: Jerome Cullors
Address: 14503 Artesian
Email: jqcullors@comcast.net

Dated:

13-53846-tjt    Doc 3580    Filed 04/01/14    Entered 04/02/14 13:25:21    Page 1 of 1