UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR -1 A 11:36

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN   Case No. 13-53846-swr
Chapter 9
_____Debtor____/   Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Cordell Lovelady

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a City of Detroit Retiree of 32 years of faithfull service and need my full pension to survive.

2. I / we object to the above filing because: I need my Health Care benefits completely to be able to survive. I am sick and these cuts is a Death Sentence Genocide on Retirees.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Cordell Lovelady
Signature: Cordell Lovelady
Address: 19450 Blackstone
Detroit, Mich. 48219
Email: lovelady.cordell@yahoo.com

Dated: 4/1/14