UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/

Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY:_____

___PEENAL K. SHAH___ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.    I / we am/are interested in the Bankruptcy of the City of Detroit because
_I am an active employee with the BSEED department_
_of the City of Detroit_

2.    I / we object to the above filing because:
_It will create a hardship for the family._
_____
_____
_____

3.    I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name:_Peenal Shah_

Signature:_Peenal_

Address:_6391 Royal Pointe Dr._
_West Bloomfield MI 48322_

Email:_PeenalShah@yahoo.com_

Dated: _3/31/2014_