UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor___/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: LEONARD BROGDON

hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I AM A CITY OF DETROIT RETIREE, WITH OVER 30 YEARS OF SERVICE.

2. I / we object to the above filing because: THE PROPOSED PENSION CUTS, WHEN COMBINED WITH THE ELIMINATION OF HEALTH INSURANCE AND THE PROPOSED COST OF LIVING ADJUSTMENT ELIMINATION, WILL CAUSE MY HOUSEHOLD EXTREME FINANCIAL HARDSHIP.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: LEONARD BROGDON
Signature: Leonard Brogdon
Address: 17931 REDFERN
DETROIT, MI 48219
Email: ELBROG@AOL.COM

Dated: