UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON - DETROIT

2014 APR -1 A 10:35

In the matter of:

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CITY OF DETROIT, MICHIGAN	Case No. 13-53846-SWR
Debtor	Chapter 9
_James Boyd_ /	Hon. STEVEN W. RHODES

OBJECTION TO:
City of Detroit's Plan of Adjustment (Docket 2708)
FILED BY: _James Boyd_

_____ hereby states his/her OBJECTION to the City of Detroit's Proposed Plan of Adjustment for the following reasons:

1. I/we am/are interested in the Bankruptcy of the City of Detroit because:
_of MY PENSION AND BENEFITS_

2. I object to the above filing because:
_of PROPOSED CUTS IN BENEFITS AND PENSION Also NOT ENOUGH INFORMATION PROVIDED IN TIME TO MAKE PROPER DESISION._

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America.

Wherefore, I request the court to deny the relief sought in said filing by the City of Detroit.

Name: _James Boyd_
Signature: _James C. Boyd_
Address: _20059 Secluded Ln._
_Southfield, MI 48075_
Email: _JCBoyBug@gmail.com_

Date: _3-28-14_