UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

2014 APR -1 A 10: 38

CITY OF DETROIT, MICHIGAN

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Case No. 13-53846-swr
Chapter 9
Debtor / Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Dannie Shufford

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I AM A City Employee

2. I / we object to the above filing because:
WHEN I HIRE IN, I WAS PROMISED A full PENSION, WITHOUT A full PENSION, (AND) my family will suffer Physical And Emotional HARM. I will NOT be able to feed And house my family.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Dannie Shufford
Signature: Dan S/H
Address: 123 S. ICENE
Detroit, MI 48204
Email: _____

Dated: 3/31/2014