UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR -1 A 11: 38

In the matter of:

U.S. BANKRUPTCY COURT
E D MICHIGAN-DETROIT

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

Debtor /

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Joyce Davis

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I AM A City Employee

2. I / we object to the above filing because:
   WHEN I HIRED IN I WAS PROMISED A Full PENTION, WITHOUT A full PENTION my family will suffer Physical & Emotional harm I will not be able to feed my family or House them

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Joyce Ann Davis
Signature: Joyce Davis
Address: 5049 French L)
         Detroit MI 48213
Email: JLD4658@SBCGlobal.net
       JLD4659@SBCGlobal.net

Dated: 3/31/2014