UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Ramez Ibrahim

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (1)/ we am/are interested in the Bankruptcy of the City of Detroit because because I am a city of Detroit employee.

2. I / we object to the above filing because: by not having the raise we were suppose to have the last (12) years, and we had a 10% cut the last (4) years, make it hard on us to stay afloat, by having another for our salary/pension will make it worse.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Ramez Ibrahim
Signature: Ramez Ibrahim
Address: 535 S. Gulley Rd
Dearborn MI 48124
Email:

Dated:
3/31/14