FILED

2014 APR -1 AM 11:34

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor___ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _JACQUELINE ALLEN_

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _These cuts will put me into extreme financial stress_

2. I / we object to the above filing because: _____

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _JACQUELINE ALLEN_
Signature: _Jacqueline Allen_
Address: _29967 Redford Riverdale, Redford, MI_
Email: _jallen4110@gmail.com_

Dated: