FILED
2014 APR -1 A 11:39
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of

CITY OF DETROIT, MICHIGAN

_____ Debtor ___ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _____

WILLIAM GARDNER hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   PENSION CUTS ARE NOT FAIR

2. I / we object to the above filing because:
   IT WILL CAUSE HARDSHIP IN PAY BILLS AND MEDAL COST

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: WILLIAM GARDNER
Signature: William Gardner
Address: 17147 PREVOST ST
Email: BILLYG6286@SBCGLOBAL.NET

Dated: