UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Alfred C. Jefferson

— Retiree hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a retired City of Detroit Pensioner and Resident.

2. I / we object to the above filing because: This plan would cause undue hardship on me causing me to be unable to care for my wife who was kicked off my insurance, and unable to keep and maintain my home.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Alfred C Jefferson
Signature: [signature]
Address: 15761 Kensington
Detroit, MI. 48224
Email: deaconh.p1@sbcglobal.net

Dated: April 1, 2014