UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

2014 APR -1 A 11: 38

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor___/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY:_____

_DAVID S Koronk_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

**1.**  I / we am/are interested in the Bankruptcy of the City of Detroit because

_____

_____

**2.**  I / we object to the above filing because:

_____

_____

_____

_____

**3.**  I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _David S Koronk_____

Signature: _David S Korona_____

Address: _2206 N. Lafayette, Dearborn_
_MI, 48128_____

Email: _Korona 1962 @ SBCglobal . Net_

Dated: