UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

2014 APR -1 A 11: 47

CITY OF DETROIT, MICHIGAN   U.S. BANKRUPTCY COURT   Case No. 13-53846-swr
E.D. MICHIGAN-DETROIT   Chapter 9

_____Debtor___ /   Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Maretta L. Foster-Jackson

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because Interested in the Bankruptcy of the City of Detroit because it was filed by an appointed financial manager whom was voted against by the citizens.

2. I / we object to the above filing because: I object to the above filing because the filing will affect the citizens of Detroit. The Detroit citizen and employee active of daily living will be Devasted by the filing.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Maretta L. Foster-Jackson
Signature: Maretta L. Foster-Jackson
Address: 1431 Washington Blvd 2003
Detroit, Mich 48226
Email: Lmaretta@yahoo.com

Dated:

4-1-14