m.      **Class 3 – Other Secured Claims.**

On the Effective Date, each Holder of an Allowed Other Secured Claim shall have its Allowed Other Secured Claim Reinstated, unless such Holder agrees to a different treatment of such Claim.

n.      **Class 4 – HUD Installment Note Claims.**

On the Effective Date, (i) the HUD Installment Note Claims shall be deemed Allowed in the aggregate amount of $90,075,002.00 and (ii) each Holder of a HUD Installment Note Claim shall have its Allowed HUD Installment Note Claim Reinstated, unless such Holder agrees to a different treatment of such Claim.

o.      **Class 5 – COP Swap Claims.**

The Allowance of, and treatment to be accorded to, COP Swap Claims is the subject of continuing discussions between the City and the COP Swap Counterparties, is yet to be determined and will be supplied shortly.

p.      **Class 6 – Parking Bond Claims.**

On the Effective Date, (i) the Parking Bond Claims shall be deemed Allowed in the amount of $8,099,287.00 and (ii) each Holder of an Allowed Parking Bond Claim shall have its Allowed Parking Bond Claim Reinstated, unless such Holder agrees to a different treatment of such Claim.

q.      **Class 7 – Limited Tax General Obligation Bond Claims.**

i.      **Allowance.**

On the Effective Date, the Limited Tax General Obligation Bond Claims shall be deemed Allowed in the amount of $163,543,187.86.

ii.      **Treatment.**

Unless such Holder agrees to a different treatment of such Claim, each Holder of an Allowed Limited Tax General Obligation Bond Claim, in full satisfaction of such Allowed Claim, shall receive, on or as soon as reasonably practicable after the Effective Date, Unsecured Pro Rata Shares of (A) New B Notes and (B) New C Notes.

r.      **Class 8 – Unlimited Tax General Obligation Bond Claims.**

i.      **Allowance.**

On the Effective Date, the Unlimited Tax General Obligation Bond Claims shall be deemed Allowed in the amount of $374,661,332.97.

ii.      **Treatment.**

Unless such Holder agrees to a different treatment of such Claim, each Holder of an Allowed Unlimited Tax General Obligation Bond Claim, in full satisfaction of such Allowed Claim, shall receive its Pro Rata share of Plan UTGO Notes on or as soon as reasonably practicable after the Effective Date. The maturity(ies) of the Plan UTGO Notes shall be no longer than the existing maturity(ies) of each series of Unlimited Tax General Obligation Bonds receiving Plan UTGO Notes. The Plan UTGO Notes shall contain such other terms as will result in each Holder of an Allowed Unlimited Tax General Obligation Bond Claim receiving a payment stream the present value of which is equal to approximately 20% of such Holder's Allowed Unlimited Tax General Obligation Bond Claim as of the Effective Date.

distributed to holders of Claims entitled to receive New B Notes and New C Notes under the Plan, each of which shall receive their Unsecured Pro Rata Share of such property. The remaining 30% of any New B Notes, New C Notes and distributions thereon shall be cancelled (with respect to the New B Notes and New C Notes) or revert to the City and be transferred to the General Fund (with respect to the distributions on such portion of New B Notes and New C Notes).

### t. Class 10 – PFRS Claims.

#### i. Allowance.

The PFRS Claims shall be allowed in an aggregate amount equal to the sum of approximately $3,281,800,000. All OPEB Claims included in such PFRS Claims shall be allowed as general Unsecured Claims in an aggregate amount equal to approximately $1,693,800,000; provided that the aggregate amounts of the Allowed OPEB Claims and, correspondingly, the Allowed PFRS Claims described in this Section II.B.3.t.i shall be reduced to reflect mitigation of damages resulting from the projected value of, as applicable, (A) federal governmental subsidies toward the payment of health benefit premiums provided under the Patient Protection and Affordable Care Act or (B) federal governmental health care plans, as set forth on Exhibit II.B.3.t.i.

#### ii. Treatment.

##### A. Contributions to PFRS.

During the Fiscal Years from the Effective Date through the Fiscal Year ending June 30, 2023, annual contributions shall be made to the PFRS only in the amounts identified on Exhibit II.B.3.t.ii.A. The exclusive source for such contributions shall be DIA Proceeds equal to $175,000,000. After June 30, 2023, the City will contribute sufficient funds required to pay each Holder of a PFRS Pension Claim his or her PFRS Adjusted Pension Amount in accordance with and as modified by the terms and conditions contained in the Plan and the Plan PFRS Settlement.

##### B. Investment Return Assumption.

During the period that ends on June 30, 2023, the trustees of the PFRS, or the trustees of any successor trust or pension plan, shall adopt and maintain an investment return assumption and discount rate for purposes of determining the assets and liabilities of the PFRS that shall not be higher than 6.50%.

##### C. Modification of Benefits for PFRS Participants.

During the period that ends no earlier than June 30, 2023, the pension benefits payable to each Holder of a PFRS Pension Claim shall be equal to the PFRS Adjusted Pension Amount for such Holder, provided that such PFRS Adjusted Pension Amount shall be (1) automatically reduced by the DIA Proceeds Default Amount in the event of a DIA Proceeds Payment Default and (2) increased by (a) the Plan PFRS Settlement (as set forth in Section II.B.3.t.ii.G) and (b) any PFRS Restoration Payment.

##### D. Accrual of Future Benefits.

Each Holder of a PFRS Pension Claim who is an Active Employee shall receive, in addition to his or her PFRS Adjusted Pension Amount, as may be modified herein, such additional pension benefit for service on or after July 1, 2014 consistent with the terms and conditions of the PFRS Hybrid Pension Formula.

##### E. Governance.

The composition of the board of trustees of the PFRS and the manner in which it is operated and administered shall be consistent with such governance provisions as are (1) required by the DIA Settlement Documents and the Plan PFRS Settlement and (2) acceptable to the State and the DIA Funding Parties.

### F. No Changes in Terms for Ten Years.

The Confirmation Order shall include an injunction against the subsequent amendment of the terms and conditions, and rules of operation, of the PFRS, or any successor plan or trust, that governs the calculation of pension benefits (including the PFRS Adjusted Pension Amount, accrual of additional benefits, the DIA Proceeds Default Amount, the PFRS Restoration Payment and the PFRS Hybrid Pension Formula and terms of the hybrid arrangement) or against any action that governs the selection of the investment return assumption described in Section II.B.3.t.ii.B, the contribution to the PFRS or the calculation or amount of PFRS pension benefits for the period ending June 30, 2023, notwithstanding whether that subsequent amendment or act is created or undertaken by contract, agreement (including collective bargaining agreement), statute, rule, regulation, ordinance, charter, resolution or otherwise by operation of law.

### G. Plan PFRS Settlement.

If Classes 10 and 11 accept the Plan, Holders of PFRS Pension Claims who accept the Plan will have the option to enter into a settlement with the City and the State by electing to participate in the Plan PFRS Settlement on a timely-returned Ballot accepting the Plan. The Plan PFRS Settlement shall include the following principal terms: (1) the State will deposit the State PFRS Consideration into the PFRS in equal annual installments over a period of 20 years, (2) each Electing PFRS Holder shall be entitled to the PFRS Settlement Benefit Amount in addition to such Holder's PFRS Adjusted Pension Amount and (3) each Electing PFRS Holder will release the City and its Related Entities and the State and the State Related Entities from all PFRS Pension Claims, as more particularly described in the Plan PFRS Settlement Documents.

### H. Establishment of Detroit VEBA.

On or as soon as practicable following the Effective Date, the City will establish the Detroit VEBA to provide health care, life and other legally authorized welfare benefits to Detroit VEBA Beneficiaries and certain of their dependents and future City retirees. The Detroit VEBA will be governed by a board of trustees that will be responsible for, among other things, management of property held by the Detroit VEBA, administration of the Detroit VEBA and determination of the level of and distribution of benefits to Detroit VEBA Beneficiaries. The Detroit VEBA Trust Agreement and related plan documentation will be substantially in the form set forth on Exhibit I.A.62, which shall, among other things, identify the members of the Detroit VEBA's initial board of trustees. Promptly after the Detroit VEBA is established, the City shall (1) distribute the OPEB Claims Note to the Detroit VEBA and (2) direct the trustees of the Employee Death Benefit Plan to terminate that plan and transfer all assets (net of expenses of termination) to the Detroit VEBA. The City shall have no responsibility following the Effective Date to provide life insurance or death benefits to retirees. Holders of PFRS Claims that also hold OPEB Claims shall be Detroit VEBA Beneficiaries.

### u. Class 11 – GRS Claims.

#### i. Allowance.

The GRS Claims shall be allowed in an aggregate amount equal to the sum of approximately $3,790,100,000. All OPEB Claims included in such GRS Claims shall be allowed as general Unsecured Claims in an aggregate amount equal to approximately $1,491,100,00; provided that the aggregate amounts of the Allowed OPEB Claims and, correspondingly, the Allowed GRS Claims described in this Section II.B.3.u.i shall be reduced to reflect mitigation of damages resulting from the projected value of, as applicable, (A) federal governmental subsidies toward the payment of health benefit premiums provided under the Patient Protection and Affordable Care Act or (B) federal governmental health care plans, as set forth on Exhibit II.B.3.u.i.

-31-

13-53846-swr   Doc 2708   Filed 02/21/14   Entered 02/21/14 10:55:30   Page 38 of 120
13-53846-tjt   Doc 3604-1   Filed 04/01/14   Entered 04/02/14 14:38:43   Page 3 of 38

ii.     **Treatment.**

A.     **Contributions to GRS.** ✓

During the Fiscal Years from the Effective Date through the Fiscal Year ending June 30, 2023, annual contributions shall be made to the GRS only in the amounts identified on Exhibit II.B.3.u.ii.A. The exclusive sources for such contributions shall be pension-related payments received by the City from the DWSD equal to approximately $675,000,000, and proceeds received from the DIA Funding Parties in the amount of approximately $50,000,000. After June 30, 2023, (1) approximately $195,000,000 of proceeds contributed by the DIA Funding Parties in connection with the DIA Settlement shall be contributed to the GRS and (2) the City will contribute such additional funds as are necessary to pay each Holder of a GRS Pension Claim his or her GRS Adjusted Pension Amount in accordance with and as modified by the terms and conditions contained in the Plan and the Plan GRS Settlement.

B.     **Investment Return Assumption**

During the period that ends on June 30, 2023, the board of trustees of the GRS, or the trustees of any successor trust or pension plan, shall adopt and maintain an investment return assumption and discount rate for purposes of determining the assets and liabilities of the GRS that shall not be higher than 6.25%.

C.     **Modification of Benefits for GRS Participants.**

During the period that ends no earlier than June 30, 2023, the pension benefits payable to each Holder of a GRS Pension Claim shall be equal to the GRS Adjusted Pension Amount for such Holder, provided that such GRS Adjusted Pension Amount shall be (1) automatically reduced by the DIA Proceeds Default Amount in the event of a DIA Proceeds Payment Default and (2) increased by (a) the Plan GRS Settlement (as set forth in Section II.B.3.u.ii.I) and (b) any GRS Restoration Payment.

D.     **Annuity Savings Fund Restitution.**

Excess allocations to Annuity Savings Fund Accounts during the period beginning January 1, 1999 and ending December 31, 2012 may be applied to reduce (1) Annuity Savings Fund Accounts of Active Employees who participate in the GRS and (2) the Current Accrued Annual Pension of former participants in the Annuity Savings Fund Account now receiving monthly pensions, in accordance with the formulae set forth on Exhibit II.B.3.u.ii.D. In the event of any such reduction, a Holder's GRS Adjusted Pension Amount shall be increased to take into account such Annuity Savings Fund Account restitution reduction.

E.     **Accrual of Future Benefits.**

Each Holder of a GRS Pension Claim who is an Active Employee shall receive, in addition to his or her GRS Adjusted Pension Amount, as may be modified herein, such additional pension benefit for service on or after July 1, 2014 consistent with the terms and conditions of the GRS Hybrid Pension Formula.

F.     **Governance.** ✓

The composition of the board of trustees of the GRS and the manner in which it is operated and administered shall be consistent with such governance provisions as are (1) required by the DIA Settlement Documents and the Plan GRS Settlement and (2) acceptable to the State and the DIA Funding Parties.

G.     **Potential Transfer of DWSD-Related Pension Liabilities.**

If the City consummates a DWSD Transaction on or prior to the Effective Date, the GLWA will assume the pension liability associated with DWSD employees and retirees as accrued through the closing date of the DWSD Transaction. A pro rata share of the existing GRS assets and liabilities will be transferred to a successor

-32-

pension fund managed by the GLWA. The successor pension plan will be closed to new GLWA employees and benefit levels frozen.

### H. No Changes in Terms for Ten Years.

The Confirmation Order shall include an injunction against the subsequent amendment of the terms and conditions, and rules of operation, of the GRS, or any successor plan or trust, that govern the calculation of pension benefits (including the GRS Adjusted Pension Amount, accrual of additional benefits, the DIA Proceeds Default Amount, GRS Restoration Payment and the GRS Hybrid Pension Formula and terms of the hybrid arrangement) or against any action that governs the selection of the investment return assumption described in Section II.B.3.u.ii.B, the contribution to the GRS, or the calculation or amount of GRS pension benefits for the period ending June 30, 2023, notwithstanding whether that subsequent amendment or act is created or undertaken by contract, agreement (including collective bargaining agreement), statute, rule, regulation, ordinance, charter, resolution or otherwise by operation of law.

### I. Plan GRS Settlement

If Classes 10 and 11 accept the Plan, Holders of GRS Pension Claims who accept the Plan will have the option to enter into a settlement with the City and the State by electing to participate in the Plan GRS Settlement on a timely-returned Ballot accepting the Plan. The Plan GRS Settlement shall include the following principal terms: (1) the State will deposit the State GRS Consideration into the GRS in equal annual installments over a period of 20 years, (2) each Electing GRS Holder shall be entitled to the GRS Settlement Benefit Amount in addition to such Holder's GRS Adjusted Pension Amount and (3) each Electing GRS Holder will release the City and its Related Entities and the State and the State Related Entities from all GRS Pension Claims, as more particularly described in the Plan GRS Settlement Documents.

### J. GRS Claim Holders with OPEB Claims.

Holders of GRS Claims that also hold OPEB Claims shall be Detroit VEBA Beneficiaries of the Detroit VEBA.

### v. Class 12 – Downtown Development Authority Claims.

#### i. Allowance.

On the Effective Date, the Downtown Development Authority Claims shall be deemed Allowed in the amount of $33,600,000.

#### ii. Treatment.

Unless such Holder agrees to a different treatment of such Claim, each Holder of an Allowed Downtown Development Authority Claim, in full satisfaction of such Allowed Claim, shall receive, on or as soon as reasonably practicable after the Effective Date, Unsecured Pro Rata Shares of (A) New B Notes and (B) New C Notes.

### w. Class 13 – Other Unsecured Claims.

#### i. Treatment.

Unless such Holder agrees to a different treatment of such Claim, each Holder of an Allowed Other Unsecured Claim, in full satisfaction of such Allowed Claim, shall receive, on or as soon as reasonably practicable after the Effective Date, Unsecured Pro Rata Shares of (A) New B Notes and (B) New C Notes.

    **x.**    **Class 14 – Convenience Claims.**

        **i.**    **Treatment.**

Each Holder of an Allowed Convenience Claim, in full satisfaction of such Allowed Claim, shall receive Cash equal to the amount of 25% of such Allowed Claim (as reduced, if applicable, pursuant to an election by such Holder in accordance with Section I.A.44) on or as soon as reasonably practicable after the Effective Date, unless such Holder agrees to a different treatment of such Claim.

    **y.**    **Class 15 – Subordinated Claims.**

        **i.**    **Treatment.**

On the Effective Date, all Subordinated Claims shall be disallowed, extinguished and discharged without Distribution under the Plan, and Holders of Subordinated Claims shall not receive or retain any property on account of such Claims. Pursuant to section 1126(g) of the Bankruptcy Code, Class 15 is deemed to have rejected the Plan and Holders of Subordinated Claims are not entitled to cast a Ballot in respect of such Claims.

**C.**    **Confirmation Without Acceptance by All Impaired Classes**

The City requests Confirmation under section 1129(b) of the Bankruptcy Code in the event that any impaired Class does not accept or is deemed not to accept the Plan pursuant to section 1126 of the Bankruptcy Code. The Plan shall constitute a motion for such relief.

**D.**    **Treatment of Executory Contracts and Unexpired Leases**

    **1.**    **Assumption.**

Except as otherwise provided in the Plan, in any contract, instrument, release or other agreement or document entered into in connection with the Plan or in a Final Order of the Bankruptcy Court, or as requested in any motion Filed on or prior to the Effective Date, on the Effective Date, pursuant to section 365 of the Bankruptcy Code, the City will be deemed to assume all Executory Contracts and Unexpired Leases to which it is a party.

    **2.**    **Assumption of Ancillary Agreements.**

Each Executory Contract and Unexpired Lease assumed pursuant to Section II.D.1 will include any modifications, amendments, supplements, restatements or other agreements made directly or indirectly by any agreement, instrument or other document that in any manner affects such Executory Contract or Unexpired Lease, unless any such modification, amendment, supplement, restatement or other agreement is rejected pursuant to Section II.D.6 or designated for rejection in accordance with Section II.D.3.

    **3.**    **Approval of Assumptions and Assignments.**

The Confirmation Order will constitute an order of the Bankruptcy Court approving the assumption of Executory Contracts or Unexpired Leases pursuant to Section II.D.1 (and any related assignment) as of the Effective Date, except for Executory Contracts or Unexpired Leases that (a) have been rejected pursuant to a Final Order of the Bankruptcy Court, (b) are subject to a pending motion for reconsideration or appeal of an order authorizing the rejection of such Executory Contract or Unexpired Lease, (c) are subject to a motion to reject such Executory Contract or Unexpired Lease Filed on or prior to the Effective Date, (d) are rejected pursuant to Section II.D.6 or (e) are designated for rejection in accordance with the last sentence of this paragraph. An order of the Bankruptcy Court (which may be the Confirmation Order) entered on or prior to the Confirmation Date will specify the procedures for providing notice to each party whose Executory Contract or Unexpired Lease is being assumed pursuant to the Plan of: (a) the Executory Contract or Unexpired Lease being assumed; (b) the Cure Amount Claim, if any, that the City believes it would be obligated to pay in connection with such assumption; (c) any assignment of an Executory Contract or Unexpired Lease; and (d) the procedures for such party to object to

-34-

13-53846-swr  Doc 2708  Filed 02/21/14  Entered 02/21/14 10:55:29  Page 41 of 120
13-53846-tjt  Doc 3604-1  Filed 04/01/14  Entered 04/02/14 14:38:43  Page 6 of 38

8. **Preexisting Obligations to the City Under Rejected Executory Contracts and Unexpired Leases.**

Rejection of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise shall not constitute a termination of preexisting obligations owed to the City under such contract or lease. Notwithstanding any applicable non-bankruptcy law to the contrary, the City expressly reserves and does not waive any right to receive, or any continuing obligation of a non-City party to provide, warranties, indemnifications or continued maintenance obligations on goods previously purchased, or services previously received, by the City from non-City parties to rejected Executory Contracts or Unexpired Leases, and any such rights shall remain vested in the City as of the Effective Date.

9. **Insurance Policies.**

From and after the Effective Date, each of the City's insurance policies (other than welfare benefits insurance policies) in existence as of or prior to the Effective Date shall be reinstated and continue in full force and effect in accordance with its terms and, to the extent applicable, shall be deemed assumed by the City pursuant to section 365 of the Bankruptcy Code and Section II.D.1. Nothing contained herein shall constitute or be deemed a waiver of any Causes of Action that the City may hold against any Entity, including any insurer under any of the City's insurance policies.

## ARTICLE III
## CONFIRMATION OF THE PLAN

A. **Conditions Precedent to the Effective Date.**

The Effective Date will not occur, and the Plan will not be consummated, unless and until the City has determined that all of following conditions have been satisfied or waived in accordance with Section III.B:

1. The Bankruptcy Court shall have entered the Confirmation Order in form and substance satisfactory to the City.

2. The Bankruptcy Court shall have entered an order (which may be included in the Confirmation Order) approving and authorizing the City to take all actions necessary or appropriate to implement the Plan, including the transactions contemplated by the Plan and the implementation and consummation of the contracts, instruments, releases and other agreements or documents entered into or delivered in connection with the Plan.

3. The Confirmation Order shall not be stayed in any respect.

4. All actions and all contracts, instruments, releases and other agreements or documents necessary to implement the terms and provisions of the Plan are effected or executed and delivered, as applicable, in form and substance satisfactory to the City.

5. All authorizations, consents and regulatory approvals, if any, required in connection with the consummation of the Plan have been obtained and not revoked.

6. The Plan and all Exhibits shall have been Filed and shall not have been materially amended, altered or modified from the Plan as confirmed by the Confirmation Order, unless such material amendment, alteration or modification has been made in accordance with Section VIII.A.

7. If Classes 10 and 11 accept the Plan, all conditions to the effectiveness of (a) the Plan PFRS Settlement set forth in the Plan PFRS Settlement Documents and (b) the Plan GRS Settlement set forth in the Plan GRS Settlement Documents have been satisfied.

8. Sufficient value shall have been realized from the DIA Assets (through the DIA Settlement or otherwise) to fund contributions to the PFRS as set forth on Exhibit II.B.3.t.ii.A.

-36-

13-53846-swr Doc 2708 Filed 02/21/14 Entered 02/21/14 10:55:20 Page 43 of 120
13-53846-tjt Doc 3604-1 Filed 04/01/14 Entered 04/02/14 14:38:43 Page 7 of 38

**BANKRUPTCY PLAN OF ADJUSTMENT**

*(SUPPORTING DOCUMENTATION*

*CITY OF DETROIT RETIREMENT FORMS)*

**COMPLETED AND EXECUTED FOR CONSTANCE M. PHILLIPS (2012)**

**SUBMITTED w/ CITY OF DETROIT**

**PLAN OF ADJUSTMENT OBJECTIONS  (FORM 2708)**


**SUBMISSION DATE: Tuesday, April 1, 2014**

# City of Detroit
## GENERAL RETIREMENT SYSTEM
## APPLICATION FOR SERVICE RETIREMENT

| PENSION NUMBER | R-169106 |
|---|---|
| SOCIAL SECURITY NUMBER | |

To the Board of Trustees, City of Detroit
General Retirement System,

I, _Constance Phillips_ , a member of the Retirement System, hereby apply for service retirement in accordance with the provisions of the law and related rules and regulations.

My date of birth is:

Month _5_ Day _30_ Year _1950_

I request my retirement to be effective:

Month _4_ Day _10_ Year _2012_

I desire my retirement allowance benefits sent to:

No. _2720_ Street _E. Lafayette #103_

City _Detroit_ State _Mi_ _48307_

My title on the payroll is: _General Manager_

Department employed in: _Human Services_

In connection with my application for retirement on _4-10-2012_ , I request a refund of $ _100%_ from my Annuity Savings Fund.

I elect to receive my retirement allowance in the following form of payment:
(place one X in a square on each line; a total of two X's.)

[X] STANDARD

**EQUATED**
[ ] Increased to Age & Decreased Thereafter

**If you selected this option please** initial _____

| REGULAR STRAIGHT LIFE Allowance | OPTION I Cash Refund Annuity | OPTION 2 Joint and 100% Survivorship | OPTION 3 Joint and 50% Survivorship | OPTION A Joint and 75% Survivorship | OPTION B Joint and 25% Survivorship |
|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

(Write plan of retirement elected) _Option 2-100% Survivorship_

If option 2, 3, A or B elected, do you desire Pop-Up Plan Protection? Yes [ ] No [X]

_Constance M. Phillips_
Signature of Member

I nominate as my beneficiary:

_Gail L. Phillips_

Beneficiary's date of birth:

Month _6_ Day _17_ Year _1953_

Beneficiary's Address

No. _____ Street _____

City _____ State _____

Beneficiary's place of birth: _Illinois_

Beneficiary's Soc. Sec. Number:

Beneficiary's relationship to me: _Sister_

Sex _female_

## PROOF OF BIRTH DATE OF BENEFICIARY REQUIRED IF OPTION 2, 3 OR B, IS ELECTED

Dated at _Detroit Mich._ this _15th_ day of _March_ 20 _12_

_Tashia Moon-Carter_
Signature of Witness

_Constance M. Phillips_
Signature of Retiring Member

Any balance under Option 2, 3, A or B is to be paid to my _____

_____ Relationship

_____ date of birth _____

Name of Beneficiary

_____ Dated _____

Signature of Witness

Signature of Member

**Name** Constance Phillips

**SSN** ▓▓▓▓▓▓▓

# GENERAL RETIREMENT SYSTEM
## RETIREMENT APPLICATION CHECKLIST

Initial Selections

1. **TYPE OF RETIREMENT**

☒ Service Retirement  ☐ Duty Disability Retirement  ☐ Widows Pension

☐ Early Retirement  ☐ Non-Duty Disability  ☐ Vested Pension-Current Annuity Balance

☐ Conversion  ☐ Survivors Pension  ☐ Vested Pension-Pension Retroactive to Eligibility Date

2. **OPTION SELECTION**

☐ Straight Life  ☐ Option 1 (Cash Refund Annuity)  ☐ Option A (75% Survivor)

☐ No option required  ☒ Option 2 (100% Survivor)  ☐ Option B (25% Survivor)

☐ Option 3 (50% Survivor)

**I understand that with selection of Straight Life or Option 1 there will be no spousal health care benefits after retiree's death.**

3. **UNUSED SICK PAY OPTION**  ☒ YES  ☐ NO

4. **POP-UP SELECTION**  ☐ YES  ☒ NO

5. **EQUATED SOCIAL SECURITY OPTION**  ☐ AGE 62  ☐ AGE 65

**I understand that my gross monthly pension will be reduced effective the first day of the month following my _____ birthday.**

6. **MATERNITY LEAVE** (7-2-65 TO 9-19-72)  ☐ YES  ☐ NO

7. **DEFINED CONTRIBUTION PLAN (Annuity Fund)**

☐ No Withdrawal  ☐ Partial Withdrawal

☐ Previously Withdrawn  ☒ Total Withdrawal

☐ Rollover-Form to be submitted

Annuity Withdrawal Forms and Interest Letter Received

~~Bonus Distribution Notice Reviewed~~

8. **WITHHOLDING TAX**

☐ No withholding  ☐ Married  _1_ Exemptions

☐ Fixed amount $_____  ☐ Single  _____ Exemptions

**STATE WITHHOLDING TAX**

☐ 1. Not taxable  ☐ 2. Before 1946  ☒ 3. Between 1946 and 1952  ☐ 4. After 1952

9. **DIRECT DEPOSIT**  ☒ YES  ☐ NO

Initial Selections

**10. HOSPITALIZATION**
- ☐ Declined/Not Entitled
- ☒ H.A.P.
- ☐ Blue Cross
- ☐ Blue Care Network
- ☐ Community Blue
- ☐ COBRA

**11. EYE CARE COVERAGE**
- ☐ Declined/Not Entitled
- ☒ Heritage
- ☐ Spectera

**12. DENTAL COVERAGE**
- ☐ Declined/Not Entitled
- ☐ Blue Cross
- ☐ Golden Dental
- ☒ DenCap

**13. DEATH BENEFIT**      ☒ YES   ☐ NO

**14. GROUP LIFE INSURANCE (Disability Only)**   ☐ YES   ☐ NO

**15. GROUP LIFE INSURANCE-WAIVER OF PREMIUM**   ☐ YES   ☐ NO
(TOTAL & PERMANENT DISABILITY)

**16. PROOF OF BIRTH**
- **EMPLOYEE**   ☒ Supplied   ☐ To Be Supplied
- **BENEFICIARY**   ☒ Supplied   ☐ To Be Supplied

**17. MARRIAGE CERTIFICATE**
☐ Not married   ☐ Supplied   ☐ To Be Supplied

**18. DIVORCE/EDRO**   ☐ YES   ☐ NO

**19. BENEFICIARIES CONFIRMED**
ANNUITY
DEATH BENEFIT
LIFE INSURANCE

**20. MILITARY SERVICE PURCHASED**   ☐ YES   ☐ NO
I acknowledge that any outstanding balance for the purchase of military service time must be paid in full before my retirement

*******************************************************************

**I HEREBY CERTIFY THE FOLLOWING:**

1. I have carefully read the above.
2. I understand the benefits and the options available.
3. I had the opportunity to ask questions.
4. I understand changes will not be allowed after I cash my first pension check or 180 days after my retirement date, **whichever comes first**.

Constance M. Phillips     3/15/2022     Tisha Moon-Carter
SIGNATURE               DATE            WITNESS

13-53846-tjt   Doc 3604-1   Filed 04/01/14   Entered 04/02/14 14:38:43   Page 11 of 38

# CITY OF DETROIT
## Human Resources Department
### Employee Services

Date of Application: <u>1/26/12</u>

Name: <u>Constance Phillips</u>                    S.S.N 3~~███████~~

Title: <u>General Manager</u>             Pension Number: <u>169106</u>

Department: <u>Human Services</u>

Last Day of Work: <u>2/17/12</u>

      Your benefit banks are as follow: <u>240</u> Current Vacation Time, <u>0.0</u>hrs Comp Time, <u>8.0</u> hrs Swing Holiday, and you will be prorated for <u>32.0</u> hrs of Vacation time.

Your last day on the payroll will be: <u>4/9/12</u>
Your effective date of retirement will be: <u>4/10/12</u>

Any change in the last date worked, or if fringe bank time is used outside of the calculations indicated above, could result in a delay in retirement processing. You must contact the Finance Department-Pension Bureau on 224-3362 for an appointment at least thirty (30) days prior to the projected retirement date. Additionally the employee must complete the "Unused Sick Leave Declaration Form" available from the Finance Department-Pension Bureau during the interview process. Failure to complete the "Unused Sick Leave Declaration Form" could result in a delay in retirement sick leave (RSL) payout.

I have reviewed all of the information indicated above and concur with the contents of this application:

_____              _____
**Employee Name-Print**                    **Employee Signature**

_____              **Sr. Personnel and Payroll Clerk**
Aisha Woods                                    **Title**

C:    HRM/HRC
      HR Payroll Manager
      Pension Bureau
      Payroll

*When coming in for your retirement interview the following documents are needed:*

1. ~~*Letter of Intent to retire.*~~
2. *Benefit Estimate*
3. *Proof of birth for yourself and your spouse/beneficiary*
   <u>*Either*</u>
   *(birth certificate, passport, DD 214, voter's certification, baptismal record, school record).*
4. *Spouse/beneficiary Social Security number.*
5. *Marriage License*
6. *Name of bank, account number and routing number if Direct Deposit is desired.*



**LaTisha Moon-Carter**
Interviewer

Retirement System
The City of Detroit
2 Woodward Avenue, Rm 908
Detroit, Michigan 48226
Phone 313•224•3362 x 218
Fax 313•224•3522
E-mail: ldmoon@rscd.org
www.rscd.org



www.detroitmi.gov

**Patricia L. Watkins**
Principal Clerk

City of Detroit
Human Resources Department
Hearings & Policy Development
Coleman A. Young
Municipal Center
2 Woodward Avenue, Suite 310
Detroit, Michigan 48226
Phone 313•224•3180 TTY:311
Fax 313•224•9434
watkinsp@po1.ci.detroit.mi.us

# HUMAN RESOURCES EMPLOYEE SERVICES
## GENERAL CITY
## PRE-RETIREMENT INFORMATION

DATE _1/26/2012_

NAME _Phillips Constance Nely_ SS# ████████
(last name) (first name) (middle initial)  (as it appears on issued social security card)

PHONE _(313) 887-1061_  _(313) 393-3241_
(work) _(313)570-3820_  (home)

DEPARTMENT _Human Services_  **Last-Day-Worked:** _(2/14/2012)_  Amount of time you will use prior to your Last Day Worked:
(City of Detroit)

DIVISION _1151 Taylor_
(work location)

SUPERVISOR NAME _Ursula Holloway_
(immediate)

CLASSIFICATION _General Mngr_
(job title)

| FOR THE PAYROLL USE ONLY | | |
| --- | --- | --- |
| Vacation Bal. | | Vac. Hrs/Days: _1_ |
| Swing Holiday Bal. | | Swing Holiday Hrs/Days _0_ |
| C-Time Hrs Bal. | | C-Time Hrs _0_ |

AGY#_____    P.U#_____

## YOUR RETIREMENT TYPE IS:

_____ Service Retirement - 30-Yrs. or More

___✓___ Service Retirement -10-Yrs. & at least 60-Yrs of Age

_____ Service Retirement - 8-Yrs. & 65-Yrs. Of Age

_____ Early/Reduced Service Retirement – 25-Yrs. To 29-Yrs.

## IMPORTANT NOTES:

**#1.** Please be aware that any deviation from the information provided here, such as changing your last-day-worked, or an increase / decrease in usage of fringe bank time you have indicated above could result in a delay in your retirement processing.

**#2.** HR- Payroll will contact you within five (5) days prior to your LDW, to pick up your Letter of Intent to Retire:

**Your Payroll Clerk will contact you with-in 48 hours to acknowledge the receipt of this form**

EMPLOYEE SIGNATURE _Constance M. Phillips_ DATE _1/26/2012_

PAYROLL SUPERVISOR_____ PHONE #_____

HR EMPLOYEE SERVICES    2012 JAN 26    PM 2:13

Revised 4/08

REC'D JAN 2 6 2012

# BENEFIT ESTIMATE REQUEST

**Date** _1/26/2012_

**SS#** _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_      **D.O.B.** _5/30/1950_

**Name** _Constance M. Phillips_  **Service Date** _11/11/1991_

**Dept** _Human Services_  **Pen#** _169106_

**Rank/Title** _General Manager_

**Spouse Name** _N/Applicable_      **Spouse SS#** _N/A_

                                    **Spouse D.O.B.** _N/A_

**Address** _2728 E. Lafayette (#105)_  ~~**Retire Date or LDW**~~ _LDW 2/17/2012_ _2/21/2012_
_Detroit, MI. 48207_   **Y.O.S.** _(20 years Plus)_ _3/1/2012_

**Tel#** _(313) 393-3271_   **Military Service** _____

**AFC** _____  **TAC** _____   **Withdrawal Date** _____

## Retirement Systems Benefit Estimate



# GENERAL RETIREMENT SYSTEM
## CITY OF DETROIT

### WITHDRAWAL/DISTRIBUTION FROM DEFINED CONTRIBUTION PLAN
### (ANNUITY SAVINGS FUND)

EMPLOYEE NAME *Constance M. Phillips*                    DATE OF APPLICATION *3/15/2012*

DATE OF BIRTH *May 30, 1950*                    SOCIAL SECURITY # ▬▬▬▬▬

TELEPHONE *(313) 393-3241*

*(313) 578-3820*

TO: BOARD OF TRUSTEES OF THE RETIREMENT SYSTEM

I attained or will attain eligibility for withdrawal of my Defined Contribution Plan (Annuity) amounts due to (Choose one)

| | |
|---|---|
| _____ Service Retirement | ✓ 25 Years OR Age 60/10 Years OR Age 65/8 Years |
| _____ Separation from Service | _____ Duty or Non–Duty Disability |
| _____ Laid-off | _____ Conversion from Disability |
| _____ Death of employee (Date_____) | _____ EDRO (Eligible Domestic Relations Order) |

---

If Death or EDRO, please complete:

RECIPIENT/BENEFICIARY NAME _____ SOCIAL SECURITY # _____

DATE OF BIRTH_____ TELEPHONE (_____)_____

---

Pursuant to these provisions, I hereby request a withdrawal from my Defined Contribution Plan account as follows:

*CMP*      _____ Total withdrawal            _____ Partial withdrawal of $__ __ __ , __ __ __ . __ __
(Initial)                                                   (Initial)

**If partial withdrawal, write out dollar amount** _____

_____ •Contributions prior to 8-14-1982 only.
(Initial)

to be distributed as follows:

If requesting more than pre-1982 contributions you must select **EITHER 1, 2 or 2 and 3:**

1. *CMP*          I request that full payment be made to me. I acknowledge that twenty (20%) percent of the
(Initial)      taxable portion will be withheld in accordance with applicable Internal Revenue Code requirements and regulations.

2. I request a direct rollover of the otherwise taxable portion as follows:    **CHOOSE A or B**

| | | |
|---|---|---|
| **A** _____ All of the otherwise taxable portion (in which case no withholding will apply to me) | OR | **B** _____ A portion totaling $_____ of the otherwise taxable portion |
| (Initial) | | (Initial) |

of my Defined Contribution Plan distribution be forwarded to:

Agency and Account No.: _____

Address: _____

City, State & Zip Code: _____

as a direct rollover/direct transfer and the balance paid to me. Any taxable portion not rolled over/transferred will be subject to the required twenty (20%) percent withholding. Representatives of the above named company have assured me that the direct rollover amount will be deposited in either a 401(a) of the Internal Revenue Code Plan, including a 401(k) plan, profit sharing plan, defined benefit plan, stock bonus plan, and money purchase plan; a section 403(a) annuity plan; a section 403(b) tax-sheltered annuity or an eligible section 457(b) plan maintained by a governmental employer (governmental 457 plan).

**3.** I request a direct rollover of the non-taxable portion as follows:  **CHOOSE C or D**

| C _____ All of the otherwise non-taxable | OR | D _____ A portion totaling $ _____ |
|---|---|---|
| (Initial)      portion | | (Initial)    of the otherwise non-taxable portion |

of my Defined Contribution Plan distribution be forwarded to:

Agency and Account No.: _____

Address: _____

City, State & Zip Code: _____

as a direct rollover/direct transfer and the balance paid to me. Representatives of the above named company have assured me that the direct rollover amount will be deposited in either an IRC 403(a) (Individual Retirement Account) or IRC 403(b) (Individual Retirement Annuity).

I acknowledge receipt of a notice provided to me pursuant to Section 402 of the Internal Revenue Code. I acknowledge that 1099R(s) will be issued regarding the withdrawal from the defined contribution plan. I hereby release the Retirement System and its Board of Trustees and the City-employer from any and all liability relative to the aforesaid defined contribution plan amounts upon the forwarding of the amounts as directed by me. I acknowledge that a 1099R will be issued to indicate the otherwise taxable portions of the defined contribution plan amounts transferred in accordance with the foregoing direct rollover/direct transfer. I have made appropriate arrangements with the aforenamed financial institution to accept the transferred amount as a direct rollover, permitted by the Internal Revenue Code and applicable regulations. I hereby waive any and all claims relative to the aforesaid defined contribution plan amounts forwarded/ transferred consistent with this document. I acknowledge that the Retirement System, its employees and representatives do not give tax advice and I will consult with a tax advisor of my choice.

**Signatures must be notarized if not witnessed by a Retirement Systems employee.**

_Ja Tisha Traxa - Carter_
Signature of Witness                    Date

_3-15-2012_
Address of Witness

City                          State     Zip

_Constance M. Phillips 3/15/2012_
Signature of Recipient            Date

_2720 E. Lafayette #703_
Address of Recipient

_Detroit, MI. 48207_
City                          State     Zip

On this day of _____ the above named made oath that the answers are true to the best of his/her knowledge and belief.

_____
Notary Public

(SEAL)

_____
County                        State

My Commission expires: _____

---

DO NOT WRITE IN THIS SPACE

Rev. 09/28/2009

Michigan Department of Treasury
4924 (11-11)

**MI W-4P**

# Withholding Certificate for Michigan Pension or Annuity Payments

**INSTRUCTIONS:** Use Form MI W-4P to notify administrators of the correct amount of Michigan income tax to withhold from your pension or annuity payment(s). You may also use this form to choose not to have any Michigan income tax withheld from your payment(s). This does not apply to military pensions or certain pensions paid by the Railroad Retirement Board.

Significant income tax changes take effect for the 2012 tax year. Entities, over whom Michigan has jurisdiction, disbursing pension or annuity payments are required to collect withholding on those payments that are expected to be included in taxable income unless you choose to opt out by submitting this form (See instructions for line 1). Entities over which Michigan does not have jurisdiction are not required to withhold Michigan income tax from your pension or annuity payment(s). If your pension administrator does not withhold, you may need to make estimated income tax payments to avoid owing penalty and interest. For further information, see General Instructions on page two, the *Michigan Estimated Income Tax for Individuals* (MI-1040ES) or consult a tax advisor.

If your have more than one administrator, you will need to complete a form for each pension or annuity. If you do not file MI W-4P, the administrator may need to withhold even if you will not owe tax on your pension income. **See instructions on page two.**

## GENERAL INFORMATION

Name
*Constance M. Phillips*

Social Security Number
~~████████████~~

Mailing Address (Number, Street, PO Box)
*2720 E. Lafayette #183*

City
*Detroit, MI.*

State
*MICHIGAN*

Zip Code
*48207*

Marital Status

[✓] Single    [ ] Married    [ ] Married (withhold the same as "Single")

**For joint filers, the age of the oldest spouse determines the age category. Check only ONE box.**

[ ]  1. Check here if your pension or annuity payments are not taxable. STOP HERE AND SIGN FORM.

[ ]  2. Check here if you (or your spouse) were born before 1946. See instructions for line 2.

[ ]  3. Check here if you (or your spouse) were born during the period 1946 through 1952. See instructions for line 3.

[ ]  4. Check here if you (and your spouse) were born after 1952. See instructions for line 4.

**Complete the following applicable lines:**

5. Enter number of personal exemptions allowed on your *Michigan Income Tax Return* (MI-1040). Exemptions should only be claimed once on all MI W-4s (wages) or MI W-4P forms submitted.

6. Additional percentage amount, if any you want withheld from your pension or annuity payment. This amount must be a percentage.

5. *1 (one)*

6. [        ] %

## AUTHORIZATION

Signature
*Constance M. Phillips*

Printed or Typed Name and Title
*CONSTANCE M. PHILLIPS*

Date
*3/15/2012*

**Sign and return this completed form to the administrator of your pension or annuity. Keep a copy for your records.**

**Visit www.michigan.gov/taxes for additional information.**





RETIREMENT SYSTEMS
OF THE
CITY OF DETROIT

2 WOODWARD AVE STE 908
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

# Substitute Form W-4P

*Withholding certificate for pension or annuity payments*

**PART 1**

## MEMBER DATA

Name *Constance M. Phillips*

Street Address *2428 E. Lafayette #103*

City *Detroit*          State *MI*   Zip *48204*

Social Security Number ▓▓▓▓▓▓▓▓▓

☐ If this is a new address please check this box

**PART 2**

## FEDERAL TAX WITHHOLDING INSTRUCTIONS

**Please note:**

☞ **Your City of Detroit retirement benefit is subject to federal income taxes.**
Please use this form to instruct us whether you want us to withhold any amount from your monthly RSCD benefit for federal income taxes and, if so, how much.

☞ **You are liable for payment of federal income tax on the taxable portion of your pension.**
If you elect not to have federal income tax withheld from your monthly benefit of if you do not have a sufficient amount withheld, you may be responsible for payment of estimated taxes. Additionally, if your withholding amount, if any, and/or payments of estimated taxes are not sufficient, you may be subject to tax penalties under the IRS's estimated tax rules.

☞ **Your tax withholding instructions, if any, will remain in effect until you change them, and you may change your instructions at any time during your retirement.**
To change your withholding instructions, simple complete and submit a new Substitute Form W-4P, available on our website at **www.rscd.org**, or call us and we will send you a form.

☞ **If you do not complete this form, RSCD must withhold federal income taxes as if you are married and claiming two withholding allowances.**
If the taxable portion of your monthly benefit is more than the withholding level for a married person claiming two allowances, and you do not complete this form, we are required to withhold at the rate set for a married taxpayer with two allowances.

☞ **If you need help completing this form, please consult a tax expert or the IRS.**
For more information on tax withholding, and the complete IRS Form W-4P which includes a step-by-step worksheet, please visit the IRS website at **www.irs.gov**.

**How to submit your completed form**

Please make a photocopy of this form for your records, and then send the original to our office (address above).

Please be sure to submit your form so that we receive it by the 15th of the month that you want your withholding instructions to take effect (for example, by May 15th for your June 1 check.

Please indicate your federal tax withholding instructions by checking only **ONE** box below:

☐ I do **NOT** want any federal income taxes withheld from my monthly benefit.

☒ I want federal income taxes withheld from my monthly benefit based on the IRS tax tables and the marital status and number of exemptions claimed below, and I understand that the amount withheld will automatically change, if and when the federal tax rates are adjusted.

a) Marital status (*check one*)....... ☒ Single   ☐ Married

b) Total number of exemptions claimed.................. ☑ 1 (*if left blank, zero will be used*)

☐ I want federal income taxes withheld from my monthly benefit in the flat amount of.............. $ _____ /month

Signature *Constance M. Phillips*     Date *3/15/2012*

Instructions for Completing MI W-4P,
*Withholding Certificate for Michigan Pension or Annuity Payments*

## General Instructions

Significant income tax changes take effect for the 2012 tax year. These changes may result in a balance due if the incorrect amount is withheld from pension or annuity payment(s).

There is no change in 2012 in the tax treatment of pension and retirement benefits for taxpayers born before 1946. Recipients born during the period 1946 through 1952 are eligible to deduct pension and retirement benefits up to $20,000 for single taxpayers or married filing separate, or $40,000 if married filing a joint return.

Recipients born after 1952 may not deduct pension and retirement benefits on the *Michigan Income Tax Return* (MI- 1040). For joint filers, the age of the oldest spouse determines the age category.

**Multiple pensions:** If you (and your spouse) receive multiple pension payments, your withholding on those payments may not cover your entire tax liability. Married couples where each spouse receives payments on their own pension may choose to have withholding calculated as if they were single on the MI W-4P and select one personal exemption in order to have sufficient withholding to cover their tax liability. Taxpayers with multiple pensions may need to consult the MI-1040ES or a tax advisor to ensure the proper amount is withheld or paid in estimated income tax payments.

**Estimated Payments:** There are penalties for not paying enough state income tax during the year, either through withholding or estimated tax payments. Taxpayers who have chosen not to have tax withheld from their pension or annuity payments may be required to make estimated tax payments. Refer to Form MI-1040ES for estimated tax requirements.

**When should I complete this form?** Complete Form MI W-4P and give it to the administrator of your pension or annuity payments as soon as possible. Your tax situation may change from year to year; you may want to evaluate your withholding each year. You can change the amount to be withheld by submitting an updated Form MI W-4P to your pension or annuity administrator at any time.

**Is every pension administrator required to withhold Michigan tax?** Only companies over whom Michigan has taxing jurisdiction are required to withhold Michigan tax from your pension and/or annuity payment(s). If your pension administrator does not fall under Michigan jurisdiction, you may request to have Michigan tax withheld, but the company is not required to do so. If no taxes are withheld from your payments, it is likely you will be required to make estimated payments in place of the withholding. Contact your pension and/or annuity administrator to verify if tax will be withheld from your payments.

## Line-by-Line Instructions

**Line 1:** You may opt out of withholding tax from your pension and annuity benefits if you believe you will not have a balance due on your MI-1040. If you (and your spouse) opt to have no Michigan tax withheld from your pension or retirement benefits by checking the box on line 1, it may result in a balance due on your MI-1040 as well as penalty and/or interest. If you check the box on line 1, do not complete lines 6 and 7. **STOP HERE AND SIGN THE FORM.**

**Line 2:** If you (or your spouse) were born prior to 1946, all benefits from public sources are exempt and benefits from private sources may be subtracted up to for $45,842 for a single filer or married filer filing separately or $91,684 if married filing a joint return for the 2012 tax year. In addition, benefits that will be rolled into another qualified plan or IRA will not be taxable if the amount rolled over is not included in federal adjusted gross income (AGI). Any private pension payment in excess of the limits above is taxable.

**Line 3:** If you (or your spouse) were born during the period 1946 through 1952, the first $20,000 for single filers or $40,000 for joint filers of all private and public pension and annuity benefits may be subtracted from Michigan taxable income. Benefits in excess of these limits are taxable to Michigan.

**Line 4:** If you (and your spouse) were born after 1952, all private and public pension and annuity benefits are fully taxable and may not be subtracted from Michigan taxable income.

**Line 5:** Enter personal exemptions based on box checked on lines 1-4. The total number of exemptions you claim on line 6 may not exceed the number of exemptions you are entitled to claim when you file your MI-1040.

**Line 6:** You may designate additional withholding if you expect to owe more than the amount withheld. This amount must be a percentage.

> **NOTE:** If you enter a number on line 5 and/or a percentage on line 6, do not check box 1. If box 1 is checked and line(s) 5 and/or 6 are completed, this will override line 1.

**Failure to have sufficient tax withheld from your pension and/or annuity payment(s) may result in a balance due on your MI-1040 as well as penalty and/or interest.**

# City of Detroit General Retirement System
## Signature Card

Name _Constance Phillips_     Pension No. _169106_

Address _2720 E. Lafayette, #103_

_Detroit,    Mich.    48207_
City                  State    Zip

Social Security Number _████████_

Signature of member _Constance M. Phillips_

    The above signature was executed in my presence on

_3 - 15 - 2012_      _Taisha Moon-Carter_

Mo    Day    Year     Notary Public of   _3-15-2012_

                       My commission expires _____



# GENERAL RETIREMENT SYSTEM
# OF THE
# CITY OF DETROIT

## UNUSED SICK LEAVE DECLARATION FORM

Social Security Number _____████████_____

I, _Constance Phillips_____, hereby elect to (select one)
        <u>Print Name</u>


[ ✓ ]   Have the value of 25% of my Unused Sick Leave On Retirement benefit
        included in my Average Final Compensation calculation.


[ ___ ]   Have the applicable percentage of my Unused Sick Leave On Retirement
        paid to me in the usual manner. I understand that this will result in **NOT**
        having the value of 25% of my Unused Sick Leave On Retirement benefit
        included in my Average Final Compensation calculation.


I UNDERSTAND THAT THE ABOVE ELECTION IS FINAL AND BINDING.

_Constance M. Phillips_____    _3/15/2012_____
     Signature                        Date

_Trisha Ykaon-Carter_____    _3/15/2012_____
     Witness Signature                 Date

# Conversion of Group Life Benefits to an Individual Policy

**MetLife®**

## Part A – Conversion Privilege Notice To Eligible Person

Date of this notice: 3/15/2012

**To The Employee/Assignee:** The Group Term Life benefits in the amount(s) indicated below will be terminated on (Date)
You may apply for an Individual Life Insurance policy (other than Term Insurance), which will be issued without medical examination by Metropolitan Life Insurance Company (hereafter "MetLife"), if you apply for it and the required premium payment is made within:

- **31 days from the date benefits were terminated, or**
- **15 days from the date this notice is given, if notice is given more than 15 days from the date benefits were terminated.**
  **In no event will this period extend beyond 91 days from the date benefits were terminated.**

Use one of the methods shown below to contact MetLife to apply for an individual policy. We will arrange for a Financial Services Representative to follow-up with you and assist you in the application process.

- **Call MetLife's toll-free number 1-877-ASK MET7 (1-877-275-6387), or**
- **Contact us via the Internet at solutions@metlife.com**

Name of Insured (Last, First): Phillips, Constance

Relationship to Employee: ☒ Self  ☐ Dependent

☐ Male  ☒ Female

Date of Birth: 5/30/1950

Name of Owner if Certificate is Assigned (Last, First):

Amount(s) of Group Life benefits that may be converted.

| | | |
|---|---|---|
| $18500 | Basic Life | Experience # |
| $ | Optional Life | Experience # |
| $ | Spouse Life | Experience # |
| $ | Child Life | Experience # |
| $ | Survivor | Experience # |

Address of Insured/Owner: 3720 E. Lafayette, #103  Street

City: Detroit  State: Mich.  Zip Code: 48207

Name of Employee, if other than insured:

Employee's Social Security Number: 1 1 2310

Telephone (Include Area Code): (313) 393-3271

Job Title: Gen Manager

## Part B – Employer Information To MetLife

(313) 510-3820

Date Group Life benefits became effective for insured: 11/12/1991

Reason for termination of Group Life benefits:
☐ Termination of Employment  ☐ No Longer an Eligible Dependent
☒ Retirement  ☐ Termination of Group Policy

Was an ABO claim paid? ☐ Yes  ☒ No

If yes, what is the claim amount? $
Subtract this amount from amount(s) in force prior to discontinuance.

| Amount(s) in force prior to discontinuance: | Amount(s) discontinued: | Amount(s) continued: |
|---|---|---|
| $ 18500 Basic Life | $ Basic Life | $ Basic Life |
| $ Optional Life | $ Optional Life | $ Optional Life |
| $ Spouse Life | $ Spouse Life | $ Spouse Life |
| $ Child Life | $ Child Life | $ Child Life |
| $ Survivor | $ Survivor | $ Survivor |

Was the employee totally disabled on the date the benefits were discontinued? ☐ Yes  ☒ No

Name of Employer: City of Detroit

Address: 2 Woodward Ave #908  Street  City: Detroit  State: MI  Zip Code: 48226

Signed: (a) Vistia Moss-Carter  Date: 3/15/2012  Telephone (Include Area Code): 313 324-3362 x218

## For Use Only By MetLife

### To Be Completed By Group Department

☐ Issue a conversion policy in an amount up to $_____
Person **is not** eligible for term insurance.

☐ Decline issue – conversion period expired.
☐ Decline issue – 5 year Group coverage requirement not met.

Are the Experience Number(s) indicated above correct? ☐ Yes  ☐ No  If "No," correct the Experience Number(s) shown above.

Approval to issue or decline furnished by Signature

Reg. Bus. Unit/Nat'l. Accts.

Telephone (Include Area Code): ( )

Date: / /

### To Be Completed By Individual Business

Type of Policy Issued: ☐ Life Paid-up at 98  ☐ Universal Life

Amount of Policy $

Effective Date of Policy / /

Policy Number

Completed by Signature

IB NB Processing Center

Telephone (Include Area Code): ( ) -

Date: / /

**Instructions to Employer**
1. Complete both Parts A **and** B above **immediately** upon termination of Group Life benefits for an eligible employee and/or covered dependents.
2. Make copies of the completed form and give the original copy to the person eligible to convert or mail it to the last known address.
3. Mail a copy of the completed form to the MetLife office responsible for administering your Group contract.
4. Send a copy of the form via fax (1-888-422-4272) or Internet (solutions@metlife.com) to MetLife Advice Resource Center.

G685 (06/02)

JY2662.SCRE (06/02)



Social Security Number

*169106*

Membership Number

# CITY OF DETROIT EMPLOYEES BENEFIT PLAN-CHAPTER VIII OF TITLE IX
## of the
### CHARTER OF THE CITY OF DETROIT

Benefit Payable Upon Death of Member

#### NOMINATION OF BENEFICIARY

I _Constance M. Phillip_ hereby direct the Governing Board of the City of Detroit Employees Benefit Plan, of the City of Detroit, to pay the amount of death benefit due ( as specified under the terms of the City Charter and Ordinances relating to this Employees Benefit Plan ) to my _SISTER_ _Gail L. Phillips_

(Give Relationship of Beneficiary)　　　　　　　　　　　(Give Full Name of Beneficiary)

whose date of birth is _____ , whose residence address is _____

if living, otherwise to my _____

_NOT APPLICABLE_　　　　　　　　　　　(Contingent Beneficiary Relationship)

_____　　　　　_____

_____　　　　　_____

_____　　　　　_____

_____ whose residence address is

(Give Full Name of Contingent Beneficiary)

_____ if living; otherwise to my legal representatives.

Dated at _DETROIT, MICHIGAN_ , this _15th_ day of _MARCH_ 20 _12_ .

_Constance M. Phillips_

(Signature of Employee)

_LaTisha Moon-Clapter_

(Signature of Witness)

_2750 E. Lafayette #103_

No.　　　　　　　　　Street

_DETROIT, MI._　_48207_

City　　State　　Zip Code

_May 30, 1950_

Member's Date of Birth

C of D 151 -NO (Rev. 12-81)

## AUTHORIZATION FOR DIRECT DEPOSIT OF RETIREMENT BENEFIT

I *Constance M. Phillip* hereby authorize the CITY OF DETROIT RETIREMENT SYSTEM to transmit my retirement benefit checks to my account # _____ at *Michigan First Credit Union* .

(Name of Financial Institution)

I authorize and direct the said Financial Institution to charge said account, or the account of my Estate, for any payment made subsequent to my death, and to refund any such payment to the CITY OF DETROIT RETIREMENT SYSTEM, 2 Woodward Avenue Ste 908, Detroit, MI 48226.

I agree - for myself - my heirs - executors and estate – to indemnify and save the said Financial institution harmless from any and all loss or damage of any nature whatsoever by reason of said bank having entered into the above-described arrangement.

I reserve the right to revoke or cancel this authorization and agreement by giving written notice thereof to the CITY OF DETROIT RETIREMENT SYSTEM, and the *Michigan First Credit Union*

(Name of Financial Institution)

_*3/15/2012*_____  _*Constance M. Phillips*_____
(Dated)         (Signature of Payee)

Social Security No. ▮▮▮▮▮▮▮▮▮

MY ADDRESS FOR CORRESPONDENCE IS:

_*2720 E. Lafayette*_____
Street Address          *(313) 393-3217*

_*Detroit*_____ _*Michigan*_____ *48207* *(313) 570-3820*
City     State    Zip   Telephone No.

******************************************************************************

### FINANCIAL INSTITUTION TO COMPLETE THIS PART

We agree to the above provisions and in consideration of the release by the CITY OF DETROIT RETIREMENT SYSTEM from the requirement to file periodic affidavits that the retirant-depositor is alive, we hereby agree: (1) to notify the CITY OF DETROIT RETIREMENT SYSTEM should the retirant - depositor cease to maintain said account with us or should we receive notification of death of said depositor; (2) to pay CITY OF DETROIT RETIREMENT SYSTEM any sums forwarded to this bank under the City of Detroit Charter Provisions, after the death of said retirant-depositor.

ROUTING NO _2_ _7_ _2_ _0_ _7_ _8_ _3_ _6_  CK DIGIT _5_

SAVINGS ☐  CHECKING ☑ DEPOSIT ACCT. NO. _____

Name of Financial Institution _*Michigan First Credit Union*_____

Office address _*27000 Evergreen Rd.*_____

City _*Lathrup Village*_____ State _*MI.*_ Zip _*48076*_

Authorized Signature of Financial Officer_____

Title _____ Date _____



USE BALLPOINT PEN

Retirement Effective Date **April 10, 2012**

# CITY OF DETROIT RETIREE HEALTH BENEFITS ENROLLMENT/CHANGE FORM

**Important:** Retirees and their dependents who are Medicare-eligible (typically at age 65), must submit proof of such eligibility to a Medicare Plan. Those enrolled in Medicare Plans must remain enrolled in Medicare Plans. Please read reverse side of this form.

**Part I. Retiree Information**

☐ Initial Enrollment  ☐ Open Enrollment  ☐ COBRA
☐ Add Dependent(s)  ☐ Remove Dependent(s)  ☐ Terminate Contract

| Social Security Number | Last Name | First Name | M.I. | Date of Birth Mo Day Yr | Sex |
|---|---|---|---|---|---|
| | Phillips | Constance | | 5 30 50 | f |

Street Address **39700 E. Lafayette #103 Detroit**   State **Mi**   Zip Code **48207**

What was your job title at the time of your retirement? **Gen. Manager**   ☐ Check If New

Retiree Telephone Numbers:
Daytime (313) 393-3871
Evening (313) 350-3728

**Marital Status:** ☒ Single ☐ Married
Does your spouse work for or is retired from the City of Detroit? ☐ Yes ☒ No
Do you or any of your dependents have other medical coverage, including Medicare? ☐ Yes ☒ No

**Reason for Change/Addition:** *Must submit this completed enrollment within 30 days of the event.*
☐ New Dependent(s)  ☐ Marriage
☐ Loss of Other Coverage  ☐ Name Change
Date of Event: _____

**Note:** Unless you are receiving a duty disability, pension, dependents children are not eligible for dental and optical.

**Reason for Coverage Termination:**
☐ Terminate Entire Contract  ☐ Divorce
☐ Ineligible Dependent  ☐ Death
☐ Have Other Coverage
Date of Event: _____

**Part II. Coverage Selection   PLEASE READ RETIREE HEALTH CARE PLAN OPTIONS BOOKLET**

### Medical Plan

Your Current Plan: **H.A.P.**

New Plan: **Ebadacloo   5/18/43**

Retiree: If you select an HMO, provide name of Primary Physician/Site/Code.

☒ Check Box If You Want Same Plan

### Dental Plan

Your Current Plan: **Den Cap**

New Plan: **50071 5.5**

Retiree: If you select a network-based dental plan, provide dental office name and location.

☒ Check Box If You Want Same Plan

### Vision Plan

Your Current Plan: **Coloy**

New Plan: **Heritage**
**40057   5/18**

☐ Check Box If You Want Same Plan

**Part III. Dependent Information** (List all current and any new dependents)

* **Action Code for Coverage:** C=Continue A=Add R=Remove   (M=Medical D=Dental V=Vision)

**\*\*Relation Code:** S=Spouse C=Natural/Adopted Child L=Legal Guardianship K=Stepchild
P=Permanently Disabled Child D=Sponsored Dependent

| Action Code* M D V | Last Name | First Name | M.I. | Social Security Number | Sex | Relation Code** | Date of Birth Mo Day Yr | Primary Physician Name/Site/Code |
|---|---|---|---|---|---|---|---|---|
| Spouse | | | | | | S | / / | |
| Dep –1 | | | | | | | / / | |
| Dep –2 | | | | | | | / / | |
| Dep –3 | | | | | | | / / | |

**Part IV. Authorization.** I have elected to enroll myself and my dependents in the above health care plans and authorize the City of Detroit to deduct the amount of any required premium-sharing contribution from my monthly retirement payment check. I also authorize my health care plans and the Benefits Administrative Office to obtain information from health care providers, hospitals and clinics necessary to administer the health care programs and provide services.

Retiree Signature **Constance M Phillips**   Date: **3/15/2012**

| BAO USE ONLY | | | |
|---|---|---|---|
| | Medical Codes: Old: ___ | New: ___ | Eff. ___ | FM Date: ___ |
| Proc Date | Dental Codes: Old: ___ | New: ___ | Eff. ___ | FM Date: ___ |
| Group/Suffix | Vision Codes: Old: ___ | New: ___ | Eff. ___ | FM Date: ___ |

# GENERAL RETIREMENT
# SYSTEM
# OF THE CITY OF DETROIT
### BENEFIT ESTIMATE
### Calculated on:  03/15/2012
### (Service)



PHILLIPS,CONSTANCE
2720 E. LAFAYETTE #103
DETROIT MI          48207

| | |
|---|---|
| Date of Birth: | 05/30/1950 |
| Service Date | 11/12/1991 |
| Retirement Date: | 04/10/2012 |

| | **YR** | **MO** |
|---|---|---|
| Member Age | 61 | 10 |
| Beneficiary Age | 58 | 9 |

SSN:     **XXX - XX - 2310**          Pension #:          169106

| **Survivor SSN** | **Survivor Name** | **Beneficiary Birth Date** |
|---|---|---|
| XXX-XX-2310S | GAIL L PHILLIPS | 06/17/1953 |

| Revenue Group | Service Credit Years | Service Credit Months | (A F C) Average Final Compensation | |
|---|---|---|---|---|
| 1 | 14 | 6 | AFC from Wages | $70,660.73 |
| Included Military | | | Sick Leave AFC | $0.00 |
| Service Credit | 0 | 0 | Total AFC | $70,660.73 |

## TOTAL PENSION PRIOR TO OPTION SELECTION

| | | | | Annuity Balance |
|---|---|---|---|---|
| **Service Pension** + | **Basic Pension** | = | **Total Pension** | |
| $17,029.24 | $120.00 | | $17,149.24 | $8,569.10 |

**24.1%   Pension Calculation Percentage Factor**

## FOR QUESTIONS AND/OR APPOINTMENTS, PHONE (313) 224-3362

THIS IS AN
ESTIMATE. FINAL BENEFIT
CALCULATION WILL BE BASED ON FINAL WAGE INFORMATION
RECEIVED FROM YOUR DEPARTMENT.

M98

# GENERAL RETIREMENT SYSTEM
## BENEFIT ESTIMATE

**Calculated on:** 03/15/2012

PHILLIPS, CONSTANCE
Pension #:    169106

| | | STANDARD | Equated 62 [0.983142] | | Equated 65 [0.703174] | |
|---|---|---|---|---|---|---|
| | | | BEFORE 62 | AFTER 62 | BEFORE 65 | AFTER 65 |
| **Straight Life** 0.008356 | City Portion | $1,429.10 | $2,191.04 | $1,416.04 | $2,111.18 | $1,141.18 |
| | Annuity | $71.60 | $71.60 | $71.60 | $71.60 | $71.60 |
| | Total | $1,500.70 | $2,262.64 | $1,487.64 | $2,182.78 | $1,212.78 |
| **Cash Refund Ann.** 0.008239 | City Portion | $1,429.10 | $2,191.04 | $1,416.04 | $2,111.18 | $1,141.18 |
| | Annuity | $70.60 | $70.60 | $70.60 | $70.60 | $70.60 |
| | Total | $1,499.70 | $2,261.64 | $1,486.64 | $2,181.78 | $1,211.78 |
| **Joint & 100% Surv.** 0.808499 | City Portion | $1,155.43 | $1,771.45 | $1,144.87 | $1,706.89 | $922.64 |
| | Annuity | $57.89 | $57.89 | $57.89 | $57.89 | $57.89 |
| | Total | $1,213.31 | $1,829.34 | $1,202.76 | $1,764.78 | $980.53 |
| **Joint & 75% Surv.** 0.849152 | City Portion | $1,213.52 | $1,860.53 | $1,202.43 | $1,792.71 | $969.04 |
| | Annuity | $60.80 | $60.80 | $60.80 | $60.80 | $60.80 |
| | Total | $1,274.32 | $1,921.33 | $1,263.23 | $1,853.51 | $1,029.84 |
| **Joint & 50% Surv.** 0.89411 | City Portion | $1,277.77 | $1,959.03 | $1,266.10 | $1,887.63 | $1,020.34 |
| | Annuity | $64.02 | $64.02 | $64.02 | $64.02 | $64.02 |
| | Total | $1,341.79 | $2,023.05 | $1,330.12 | $1,951.65 | $1,084.36 |
| **Joing & 25% Surv.** 0.944095 | City Portion | $1,349.21 | $2,068.55 | $1,336.88 | $1,993.15 | $1,077.38 |
| | Annuity | $67.60 | $67.60 | $67.60 | $67.60 | $67.60 |
| | Total | $1,416.81 | $2,136.15 | $1,404.48 | $2,060.75 | $1,144.98 |

M98



# GENERAL RETIREMENT SYSTEM
## OF THE CITY OF DETROIT
### *BENEFIT ESTIMATE*
## Calculated on:

03/15/2012

**POP-UP OPTIONS**

PHILLIPS,CONSTANCE
2720 E. LAFAYETTE #103
DETROIT MI          48207

**Pension #:**          169106

Pursuant to applicable law, the pension provisions now provide for a benefit called the **POP-UP OPTION**. If you select the **POP-UP OPTION**, you would receive a reduced pension as indicated on the following page.

If you elect the **POP-UP OPTION** and your option beneficiary predeceases you, your monthly **JOINT AND SURVIVOR PENSION** would be automatically increased to a **STRAIGHT LIFE BENEFIT**, (as indicated on page 4 of this estimate) upon the **BOARD OF TRUSTEES** being provided a copy of the death certificate of your option beneficiary.

**If you do not elect the POP-UP OPTION, your Joint and Survivor monthly Pension will remain the same even if your option beneficiary predeceases you.**



Page 3

M98

# GENERAL RETIREMENT SYSTEM
## *BENEFIT ESTIMATE*
## POP-UP OPTIONS
### Calculated on: 03/15/2012

PHILLIPS, CONSTANCE
Pension #: 169106

| | POP-UP | Equated 62 [0.983142] BEFORE 62 | AFTER 62 | Equated 65 [0.703174] BEFORE 65 | AFTER 65 |
|---|---|---|---|---|---|
| **Joint & 100% Surv.** 0.796386 | | | | | |
| City Portion | $1,138.12 | $1,744.91 | $1,127.71 | $1,681.31 | $908.82 |
| Annuity | $57.02 | $57.02 | $57.02 | $57.02 | $57.02 |
| Total | $1,195.14 | $1,801.93 | $1,184.73 | $1,738.33 | $965.84 |
| **Joint & 75% Surv.** 0.839099 | | | | | |
| City Portion | $1,199.16 | $1,838.50 | $1,188.20 | $1,771.49 | $957.56 |
| Annuity | $60.08 | $60.08 | $60.08 | $60.08 | $60.08 |
| Total | $1,259.24 | $1,898.58 | $1,248.28 | $1,831.57 | $1,017.64 |
| **Joint & 50% Surv.** 0.886653 | | | | | |
| City Portion | $1,267.12 | $1,942.69 | $1,255.54 | $1,871.88 | $1,011.83 |
| Annuity | $63.48 | $63.48 | $63.48 | $63.48 | $63.48 |
| Total | $1,330.60 | $2,006.17 | $1,319.02 | $1,935.36 | $1,075.31 |
| **Joint & 25% Surv.** 0.939922 | | | | | |
| City Portion | $1,343.24 | $2,059.41 | $1,330.97 | $1,984.34 | $1,072.62 |
| Annuity | $67.30 | $67.30 | $67.30 | $67.30 | $67.30 |
| Total | $1,410.54 | $2,126.71 | $1,398.27 | $2,051.64 | $1,139.92 |

Page 4

M98

**GENERAL RETIREMENT SYSTEM**
**OF THE CITY OF DETROIT**
**908 City-County Building**
**DESCRIPTION OF OPTIONAL FORMS OF PAYMENT**

Each optional form of payment is the actuarial equivalent of the straight life level form of payment - which means that it has the same cost to the System at the time you retire - and the options are made available to you as a convenience in planning your personal retirement program.

<u>STRAIGHT LIFE</u>. You receive the indicated amount monthly. Should your death occur before you have received in monthly payments a total amount equal to your Annuity Fund, the balance will be paid in a single sum to your beneficiary (one or more persons nominated before your death). THERE ARE NO MONTHLY BENEFITS OR FRINGE BENEFITS PAYABLE TO YOUR BENEFICIARY UNDER THIS PLAN WHEN YOU DIE.

<u>CASH REFUND ANNUITY</u>. You receive the indicated amount monthly. Should your death occur before you receive in the monthly annuity portion a total equal to your Annuity Fund, the balance will be paid in a single sum to your beneficiary (one or more persons nominated before your death). THERE ARE NO MONTHLY BENEFITS OR FRINGE BENEFITS PAYABLE TO YOUR BENEFICIARY UNDER THIS PLAN WHEN YOU DIE.

<u>JOINT and 100% SURVIVOR</u>. You receive the indicated amount monthly, with the provision that after your death this monthly amount and fringe benefits will be continued throughout the life of your beneficiary (one person nominated before your retirement).

<u>JOINT and 75% SURVIVOR</u>. You receive the indicated amount monthly, with the provision that after your death seventy-five percent of this monthly amount and fringe benefits will be continued throughout the life of your beneficiary (one person nominated before your retirement).

<u>JOINT and 50% SURVIVOR</u>. You receive the indicated amount monthly, with the provision that after your death one-half of this monthly amount and fringe benefits will be continued throughout the life of your beneficiary (one person nominated before your retirement).

**JOINT and 25% SURVIVOR.** You receive the indicated amount monthly, with the provision that after your death twenty-five percent of this monthly amount and fringe benefits will be continued throughout the life of your beneficiary (one person nominated before your retirement).

**EQUATED PENSION.** If you retire before age 65, you may elect the Social Security Coordination Option (EQUATED). Under this option, you would receive an increased retirement allowance until you become eligible to receive Social Security benefits at either age 62 or 65, and a reduced retirement allowance thereafter.

If you do not withdraw your Defined contribution Plan (Annuity Fund) monies and you choose a Joint and Survivor Option, should you and your beneficiary die before having received in retirement allowance payments an aggregate amount equal to your Defined Contribution Plan (Annuity Fund), the balance shall be paid to your legal representative.

**VESTED RETIREES:** Fringe benefits may not be available to vested retirees or their beneficiaries. A determination will be made at the time of retirement concerning eligibility for coverage.

**PROOF OF BIRTH FOR MEMBER IS REQUIRED, AND IF JOINT AND SURVIVOR OPTIONS ARE CHOSEN, PROOF OF BIRTH FOR BENEFICIARY IS ALSO REQUIRED.**

**ALL MONTHLY AMOUNTS INDICATED DO NOT INCLUDE ANNUAL POST-RETIREMENT INCREASES, WHICH WILL BE ADDITIONAL.**

**NOTE: CHARTER PROVISIONS REQUIRE THAT A WRITTEN APPLICATION FOR RETIREMENT BE FILED WITH THE RETIREMENT BOARD NOT LESS THAN 30 DAYS NOR MORE THAN 90 DAYS PRIOR TO ACTUAL RETIREMENT DATE. APPOINTMENT FOR FILING OF RETIREMENT APPLICATION CAN BE MADE BY CALLING 224-3362.**

**ALL VACATION AND/OR OTHER TIME DUE MUST BE LIQUIDATED PRIOR TO YOUR EFFECTIVE DATE OF RETIREMENT.**

**BOARD OF TRUSTEES**
**GENERAL RETIREMENT SYSTEM**
**10/96** Page 2 of 2

ANN-002
3/15/12 10:55 am

**Retirement Systems City of Detroit**
**Annuity Balance Report**

PHILLIPS, CONSTANCE

Pension Number 169106      Revenue Group   General City

Vested?  Yes        Annuity Status  Active      Payroll Status  Active

Address    2720 E. LAFAYETTE #103 DETROIT, MI 48207

(Post Tax) Non-Taxable Contribution      $8,049.17      Last Annuity Date    03/09/2012

(Pre Tax) Taxable Contribution           $0.00

Total Contribution                       $8,049.17

Taxable Interest                         $519.93

Adjustments                              $0.00

TOTAL ANNUITY                            $8,569.10

# RE: DIRECT DEPOSIT OF MONTHLY PENSION BENEFIT

This document contains an authorization form for the direct deposit of your monthly retirement benefit into your Savings or Checking account. When you have completed the upper portion of the authorization and the financial institution has completed the lower part, the original is to be returned to this office.

## IF THE FORM IS NOT COMPLETED IN ITS ENTIRETY IT WILL NOT BE PROCESSED.

It will be approximately 30 to 60 days before your first check will be processed directly to the bank. Until that time, you will receive your monthly checks by mail. Once your direct deposit begins, this office will forward to your correspondence address a record of the amount deposited, and a copy of your check stub showing any deductions taken from your pension amount. Your attention is directed to the line for your correspondence address on the authorization form. It is important that you complete this line and keep Pension Bureau notified of any future address changes.

# ATTENTION RETIREES

Your Death Benefit coverage has been increased effective July 1, 2002. The new coverage schedule, based on years of service is detailed below.

*9¢*
*per mo.*
*―*

| SERVICE | BENEFIT | SERVICE | BENEFIT |
|---------|---------|---------|---------|
| 10 Years or Less | $1,860 | 21 Years | $2,883 |
| 11 Years | $1,953 | 22 Years | $2,976 |
| 12 Years | $2,046 | 23 Years | $3,069 |
| 13 Years | $2,139 | 24 Years | $3,162 |
| 14 Years | $2,232 | 25 Years | $3,255 |
| 15 Years | $2,325 | 26 Years | $3,348 |
| 16 Years | $2,418 | 27 Years | $3,441 |
| 17 Years | $2,511 | 28 Years | $3,534 |
| 18 Years | $2,604 | 29 Years | $3,627 |
| 19 Years | $2,697 | *30 Years | $3,720 |
| 20 Years | $2,790 | | |

* For years of service beyond 30 years, add $93 per year for each additional year of service.

Form No. FTE 88586 (12/02)





# PENSION STATEMENT

007642-007642

General Retirement System *
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Page 001 of 001
Period Beginning: 12/01/2013
Period Ending: 12/31/2013
Advice Date: 01/01/2014
Advice Number: 1100885588
Batch Number: 000000000515

Retirement Code E-10-2-1

PHILLIPS,CONSTANCE
2720 E LAFAYETTE ST APT 103
DETROIT MI 48207-3959

Tax Code Single 0 exemptions
Pension No 169106
Social Security No XXX-XX-2310

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 1806.21 | 0.00 | 1806.21 | 23204.02 | Federal Income Tax | | 206.28 | 206.28 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 76.76 | 76.76 |
| | | | | | Medical-HAP | EBRDA100 | 117.36 | 117.36 |
| | | | | | Death Benefit | 00040210 | 0.09 | 0.09 |
| | | | | | Dental-Dencap Dental | 00050071 | 5.99 | 5.99 |
| | | | | | Vision-Heritage | 00040051 | 1.07 | 1.07 |

| | CURRENT | YTD | | | |
|---|---|---|---|---|---|
| Gross Pay | 1806.21 | 23204.02 | Total Deductions | 407.55 | 407.55 |
| | | | Net Pay | $1,398.66 | |

IMPORTANT NOTES

© 2008 Automatic Data Processing (PCS.1/V0)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

General Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Advice Number: 1100885588
Advice Date: 01/01/2014

| Deposited to the account of | | Account Number | Transit-ABA | Amount |
|---|---|---|---|---|
| PHILLIPS,CONSTANCE | Checking | | | $1,398.66 |

THIS IS NOT A CHECK

VOID

NON-NEGOTIABLE


**IV. New Stipend for Lower Income Retirees Whose Spouses Are Non-Medicare Eligible and Acquire Health Coverage on a State Insurance Exchange:** The City will provide a $125 stipend to married retirees whose spouses were enrolled in the City's retiree health program on December 31, 2013 (or later transitioned to retiree benefits) and who meet certain other requirements, including having a household income of $75,000 or less. *Eligibility and payment dates will be outlined in the City's official open enrollment packet.*

**V. New Stipend for Non-Medicare Eligible Retirees in States that Have Not Expanded Medicaid:** The City will provide payments to retirees who reside in states that have not expanded Medicaid whose household income is below the federal poverty level in order to help them gain eligibility for Federal subsidies for coverage purchased in a State Insurance Exchange. *Eligibility and payment dates will be outlined in the City's official open enrollment packet.*

**VI. Catastrophic Drug Expenses Cap:** For Medicare-eligible retirees and spouses enrolled in one of the City-sponsored Medicare Advantage plans, the City will reimburse the retiree or spouse for drug expenses incurred in excess of $4,550 out-of-pocket. *Eligibility and payment dates will be outlined in the City's official open enrollment packet*

**VII. New Dental Plan Option:** A new dental plan option offered by Golden Dental Inc. will be available to benefit eligible retirees and their eligible spouses and dependents at full cost. *Eligibility and effective dates will be outlined in the City's official open enrollment packet.*

**VIII. New Vision Plan Option:** An additional vision plan option offered by Heritage Vision Plans, Inc. will be available to benefit eligible retirees and their eligible spouses and dependents at full cost. *Eligibility and effective dates will be outlined in the City's official open enrollment packet.*

**IX. New Health Reimbursement Account Option:** A new Health Reimbursement Account (HRA) option will be made available to Medicare-eligible retirees who opt out of the City-sponsored Medicare Advantage Plans. *Eligibility and effective dates will be outlined in the City's official open enrollment packet.*

**X. New Medical Plan Option:** A new medical plan option offered by Blue Cross Blue Shield of Michigan will be available at full cost to non-Medicare eligible retirees, who may also enroll their eligible spouses and dependents. The City will provide a monthly stipend in the amount of $100 to each retiree who enrolls in this plan. *Eligibility and effective dates will be outlined in the City's official open enrollment packet.*

CBD Mailing



# OFFICIAL CITY OF DETROIT NOTICE
# REGARDING NEW SETTLEMENT AGREEMENT

## IMPORTANT NOTICE
## TO BENEFIT ELIGIBLE CITY OF DETROIT RETIREES

In a settlement agreement with the Official Committee of Retirees of the City of Detroit, Michigan, Detroit Retired City Employees Association, Retired Detroit Police and Fire Fighters Association, and AFSCME Sub-Chapter 98, City of Detroit Retirees, the City of Detroit has agreed to make changes to the health care benefit offerings implemented effective March 1, 2014. Some of these changes are automatic and some require an application; the City will provide an additional open enrollment period for benefit-eligible retirees to select one or more of the new options described below that require an application. When the open enrollment has been established, an official open enrollment packet will be mailed to your home address notifying you of the open enrollment period dates, the eligibility requirements and effective dates for the new plan options, and the eligibility requirements and effective dates for the automatic changes.

An official packet will be mailed to effected retirees when these new offerings are available. There is specific eligibility for each option listed below. Retirees who are interested in enrolling in any of the options must wait until they receive notice of the enrollment period and respond based on the enrollment instructions. You will be notified of the effective date for each of these options.

In brief description, the City has agreed to the following modifications as outlined in the settlement agreement:

I.   **Increased Stipend for Non-Medicare Eligible Retirees Age 65 and Older:** The City will increase the monthly stipend for retirees who are age 65 or older and not eligible for Medicare from $125/month to $300/month. *Eligibility and payment dates will be outlined in the City's official open enrollment packet.*

II.  **Increased Stipend for Lower Income Non-Medicare Eligible Retirees Who Acquire Health Coverage on a State Insurance Exchange:** The City will increase the stipend by $50 for retirees who are not on a disability retirement and who meet certain other requirements, including having a household income of $75,000 or less. *Eligibility and payment dates will be outlined in the City's official open enrollment packet.*

III. **New Stipend for Michigan Resident Retirees Eligible for Medicaid Coverage On or After April 1, 2014:** The City will provide a payment of $100 to Michigan resident retirees whose household income is below the federal poverty level in order to bridge them to Michigan's Medicaid expansion in April or May, 2014. *Eligibility and payment dates will be outlined in the City's official open enrollment packet.*

COD Mailing