UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr
  Chapter 9
_____Debtor_____/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Alanna L Ali

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

It impacts my quality of life. It

2. I / we object to the above filing because:

It Affects me personally. It Affects my quality of life. It is harmful to me because It impacts my health. My dr. is expensive. This is not a shared sacrifice. We pay too high a price for this judgement. Banks should not be able to profit over and over on the backs of retirees.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Alanna L Ali
Signature: Alanna L Ali
Address: 22859 Coachlight Circle

Email: alannarayesali@gmail.com

Dated: