UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Order Denying Motion to Adjourn Hearing (Dkt. #3287)

For the reasons stated on the record in open Court on April 2, 2014, it is hereby ordered that the motion of objectors for adjournment of the hearing regarding the Debtor's Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief (Dkt. #3287) is denied.

.

**Signed on April 02, 2014**

                                  /s/ Steven Rhodes
                                **Steven Rhodes**
                                **United States Bankruptcy Judge**