BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

From: Darryl Cain #351791
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660-9200

TO: Office of the Court
United States Bankruptcy Court
for the Eastern District of Michigan
211 West Fort Street, Suite 1700
Detroit, MI 48226



FILED
2014 APR -2 A 10: 03
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Date: March 27, 2014

RE: Change of Address

March 25, 2014 I transferred to another Correctional Facility. Therefore, I'm asking that all legal court documents for Darryl Cain #351791 Case No. 13-53846 be forwarded to the above mentioned address. Also February 4, 2014 I filed a proof of Claim mailed by (expedited legal mail-Prisoner) and have not received any documents stating that you received and file it. Can you please inform me that it was or was not received by the Clerk's Office of the United States Bankruptcy Court for the Eastern District of Michigan. Thank you.

Respectfully Submitted
Darryl Cain
Darryl Cain #351791
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660-9200