UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

SHELIA G. CARTER Debtor___/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY:_____

SHELIA G. CARTER hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

_____

2. I / we object to the above filing because: I DON'T FEEL THAT IT'S FAIR my FAMILY AND mySELF IS LOSING BECAUSE OF SOME ONE ELSE WRONG DOING. PLUS I HAVE WORKED FOR EVERYTHING THAT I GOT SO THIS IS LIKE SOMEONE BREAKING INTO my HOME AND TAKING WHAT'S NOT THEIR.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: SHELIA G. CARTER
Signature: Shelia G. Carter
Address: 14205 CHANDLER PK DR
DETROIT, MI 48213
Email: ladyebow@netscape.net

Dated: