UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

TERRENCE J. Kosmowski Debtor___/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY:_____

TERRENCE J. KOSMOWSKI hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because IT WILL CAUSE ME MORE FINANCIAL DISPAIR.

2. I / we object to the above filing because: DISRUPTING MY INCOME WILL FURTHER HARM MY ALREADY DISTRESSED FINANCIAL WELL BEING. MY PENSION, I HAVE EARNED BY SERVING THE CITY OF DETROIT FAITHFULLY FOR MORE THAN 28 YEARS.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: TERRENCE J. KOSMOWSKI
Signature: Terrence J. Kosmowski
Address: 12704 HERROD DR.
STERLING HEIGHTS MI. 48313
Email: TJK@WOWWAY.COM

Dated: