UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr
                            Chapter 9
_____Debtor___/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY:_Nancy Brigham

Nancy Brigham hereby states her OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons:

1. I am interested in the Bankruptcy of the City of Detroit because I am a long-time stable resident who doesn't want to be forced out of the city. The plan favors the powers that have already destroyed so much of our neighborhoods and city, while doing nothing to stop that destruction and defend the citizens victimized by those institutions.

2. I / we object to the above filing because:
It doesn't address the number-one reason so many neighborhoods like mine have been destroyed and my own neighborhood is in danger: That is, the predatory lending of banks both to the city and to unsuspecting homeowners. That led to a plague of foreclosures -- the forced removal of families who were victimized by predatory lending and/or suffered temporary hardship. A viable plan would prioritize stabilizing homes and neighborhoods, not just razing them.

3. I have attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Nancy J. Brigham
Signature: /s/ Nancy J. Brigham
Address: 3519 Yorkshire, Detroit, MI 48224
Email: nbrigham@ix.netcom.com

Dated: March 31, 2014

# OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
# WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY:_Nancy Brigham, p. 2

The plan accepts the de-population of Detroit as if it stemmed from natural causes. Yet hundreds of thousands of families did **not** leave their homes voluntarily. They were forced out by bank abuses. Frist came the predatory lending that specifically targeted black communities - from inflating home values to robo-signing and pushing families into balloon mortgages and terms they didn't understand. The banks unloaded those mortgages at a profit, primarily to Fannie Mae, which turned a blind eye to bank fraud. It instead victimizes those same families again by having the mortgages served -- at a profit – by the same banks and institutions. On behalf of Fannie Mae and Freddie Mac, they refuse to make reasonable modifications. Instead they take more from Detroit families through deceit, unwarranted fees, neglect and incompetence.

Once they force families to leave, the financial institutions do little or nothing to protect or maintain the home and property. Within a short time, home after home gets stripped and abandoned – a process that **continues every day**.

The result is that even the best Detroit neighborhoods are scarred with dangerous structures that are either empty or taken over by homeless people and criminals. Meanwhile the former homeowners are no longer taxpayers –some have become homeless and/or totally dependent on charity and relatives.

The Plan of Adjustment accepts that destruction of homes, neighborhoods and the tax base, without addressing the causes of the "blight" that scars our once-beautiful city. Its only solution is to tear down abandoned homes. Why isn't there any action taken to stop the destruction of neighborhoods and family homes before they become "blight"?

The Plan of Adjustment should:

- Seek damages for the shady practices that continue to devastate neighborhoods and the city's tax base, and contributed to Detroit's bankruptcy;
- Act to stop blight through an emergency moratorium on foreclosure and eviction from owner-occupied homes;
- Charge Fannie Mae and Freddie Mac for continuing to enable the fraudulent actions of banks and other contractors servicing their loans;
- Seek damages from mortgage originators who targeted Detroit residents for predatory and discriminatory loans; and
- Appeal to the state for emergency help to halt foreclosure and eviction from owner-occupied homes.

The present "blight" solution amounts to little more than whack-a-mole.