UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

Armella Nickleberry Debtor

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Armella Nickleberry

Armella Nickleberry hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a resident and employee of the City of Detroit

2. I / we object to the above filing because: I don't believe that the City is broke, since they are owed much money from many people/institutions

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Armella Nickleberry
Signature: Armella Nickleberry
Address: PO Box 8274
Detroit, MI 48_
Email: missnick64@hotmail.com

Dated: 3/30/2014