FILED
2014 APR -1 A 11: 36
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Minnie H. Brogdon

Minnie H. Brogdon hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709] for the following reasons.

1. I/ we am/are interested in the Bankruptcy of the City of Detroit because I am a retiree with 30+ years of service, I will be adversely affected by a decision made in favor of the City of Detroit.

2. I / we object to the above filing because: Should the City of Detroit be successful, Retirees who worked in good faith, will suffer reduced pensions affecting future financial stability. Along with the City of Detroit abandoning health care coverage, high cost of property and vehicle insurance for retirees residing in the city, decline in City services, a dismal financial future and possible ruin is a very real probability.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Minnie H. Brogdon
Signature: Minnie H. Brogdon
Address: 17831 Redfern
Det MI 48219
Email: ELBROG@AOL.COM

Dated: