FILED (I)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION DETROIT

2014 APR 11: 29

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_Jonathan Moore_ Debtor____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
## WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY:_____

_Jonathan Moore_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF

ADJUSTMENT [DOCKET 2709]

for the following reasons.

1.     I / we am/are interested in the Bankruptcy of the City of Detroit because
_This decision will cause myself and my family_
_Great financial hardship_

2.     (I)/ we object to the above filing because:
_It is grossly unfair to Employees who have_
_willfully participated into the economy of the city_
_of Detroit, and have recieved very little in return._
_Give us the same consideration as the Banks + lending Inst._

3.     I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Jonathan Moore_

Signature: _Jonathan Moore_

Address: _8966 N. Marshall_
_Detroit, Mi 48204_

Email: _____

Dated: