UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/      Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Renee' Tillman

Renee' Tillman hereby states her OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because

Chapter 9 upsets the constitutional balance between the National Government and the States. The City of Detroit Retirees with vested pension rights protected by the Pension Clause of the Michigan Constitution may be violated of their tenth Amendment and federalism rights if the chapter 9 proceedings proceed.

2. I object to the above filing because:

The accrued financial benefits of the City of Detroit Retirees pension plan and retirement system of the City of Detroit a creation of the State of Michigan and its political subdivisions is contractually obligated and should not be diminished or impaired and that based on no evidence that the City investigated other alternatives to chapter 9 proceedings[1].

3. I have attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I request the Court will deny the relief sought in said filing.

Name: Renee' Tillman
Signature: Renee Tillman
Address: P.O. Box 7004
Rochester Hills, MI 48307
Email: rentil45@Hotmail.com

Dated:

ATTACHMENT 1

[1] Motion to Assume Lease or Executory Contract, In re City of Detroit, Michigan, Debtor, No. 13-53846 (Banker. E.E. Mich. Aug. 19, 2013 (Dkt. 505 at paragraph 12).