UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR -1 A 10: 50

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                   Chapter 9
_____Debtor____/     Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Edward Ramey

_____ hereby states his OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because I am a City of Detroit Water and Sewerage Dept. employee.

2. I object to the above filing because: The plan is unfair and will cause me great financial distress.

3. I have not attached additional sheets to explain and establish my position but it is well documented in filings by my union.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I request the Court will deny the relief sought in said filing.

Name: Edward H. Ramey Jr.
Signature: _____
Address: 19137 Ilene, Detroit Mi. 48221
Email: ramey@dwsd.org

Dated: March 31, 2014