FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR 1 A 47

BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
## WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: _Senior Accountants, Analysts and Appraisers Assn._

_S A A A_ _____ hereby states ~~his/her~~/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF

ADJUSTMENT [DOCKET 2709]

for the following reasons.

1.   I /~~we~~ ~~am~~/are interested in the Bankruptcy of the City of Detroit because
_We are a labor union consisting of City of Detroit_
_Employees._

2.   I /~~we~~ object to the above filing because:
_The City of Detroit and its Water Department have failed_
_to bargain in good faith and is not including employees_
_in its restructuring plans fairly. See attached_

3.   ( I have/~~have not~~ attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Audrey Vardiman Bellamy_
Signature: _Audrey Vardiman Bellamy_
Address: _65 Cadillac Square #2905_
_Detroit, Mi 48226_
Email: _ayoung586@comcast.net_

Dated: _4/1/14_

# DWSD Proposal – SAAA

*A. WAGE Increase:*

## 24. WAGES TOTAL COMPENSATION

*~2% wage increase effective July 1, 2014*

The Detroit Water and Sewerage Department has assigned the new job classifications of **Accountant, Procurement Specialist** and **Special Projects Technician** to Senior Accountants, Analysts & Appraisers Association.

**The Total Compensation Package** for the **Accountant** classification includes the following:

*3.2 wage increase effective July 1, 2015*

| Minimum | Maximum |
| --- | --- |
| $52,924 | $104,840 |

**Benefits:**

*3.2 wage increase effective July 1, 2016*

**Paid Time Off:** Paid Time Off (PTO) will replace vacation, bonus vacation, sick, reserved sick, departmental leave, swing holiday, and compensatory time. Number of PTO days and accrual provisions to be determined. (Will be implemented when systems allow)

**Holidays and Excused Time Off:**

A. Employees shall be entitled to the following seven (7) holidays: New Year's Day, Martin Luther King's Birthday, Memorial Day, Independence day, Labor Day, Thanksgiving Day and Christmas Day. *Election Day and Swing holidays are eliminated.*

B. Employees shall be granted eight (8) hours of "Excused Time" on the following five (5) days: Good Friday, Veteran's Day, the last scheduled paid day before Christmas Day and before New Years' Day and for the day after Thanksgiving.

C. The manner in which payment is calculated for these days will remain in accordance with the language in Article 30 Holidays and Excused Time Off. *Swing Holidays are eliminated.*

**The Total Compensation Package** for the **Procurement Specialist** classification includes the following:

| Minimum | Maximum |
| --- | --- |
| $37,185 | $87,212 |

**Benefits:**

**Paid Time Off:** Paid Time Off (PTO) will replace vacation, bonus vacation, sick, reserved sick, departmental leave, swing holiday, and compensatory time. Number of PTO days and accrual provisions to be determined. (Will be implemented when systems allow)

# DWSD Proposal – SAAA

| TA/ DWSD _____ | DATE PRESENTED: _____ |
| TA/ Union _____ | TA DATE: |

## Holidays and Excused Time Off:

A.     Employees shall be entitled to the following seven (7) holidays: New Year's Day, Martin Luther King's Birthday, Memorial Day, Independence day, Labor Day, Thanksgiving Day and Christmas Day. *Election Day and Swing holidays are eliminated.*

B.     Employees shall be granted eight (8) hours of "Excused Time" on the following five (5) days: Good Friday, Veteran's Day, the last scheduled paid day before Christmas Day and before New Years' Day and for the day after Thanksgiving.

C.     The manner in which payment is calculated for these days will remain in accordance with the language in Article 30 Holidays and Excused Time Off. *Swing Holidays are eliminated.*

**The Total Compensation Package** for the **Special Projects Technician** classification includes the following:

Minimum   Maximum
$16,825    $70,000

The Special Projects Technician classification is an At Will position and may not be exclusive to this bargaining unit.



## Benefits:

**Paid Time Off:** Paid Time Off (PTO) will replace vacation, bonus vacation, sick, reserved sick, departmental leave, swing holiday, and compensatory time. Number of PTO days and accrual provisions to be determined. (Will be implemented when systems allow.)

## Holidays and Excused Time Off:

D.     Employees shall be entitled to the following seven (7) holidays: New Year's Day, Martin Luther King's Birthday, Memorial Day, Independence day, Labor Day, Thanksgiving Day and Christmas Day. *Election Day and Swing holidays are eliminated.*

E.     Employees shall be granted eight (8) hours of "Excused Time" on the following five (5) days: Good Friday, Veteran's Day, the last scheduled paid day before Christmas Day and before New Years' Day and for the day after Thanksgiving.

F.     The manner in which payment is calculated for these days will remain in accordance with the language in Article 30 Holidays and Excused Time Off. *Swing Holidays are eliminated*

Employees placed in the Special Projects Technician classification shall be assigned work that they are qualified to perform and shall be provided reasonable instruction prior to starting the assignment. Placement in the Special Projects classification shall be continued until, in DWSD's judgment, there is no available work left to perform or it is no longer advantageous to DWSD's operations. Employees in the Special Projects classification are eligible to apply for promotion to new classifications within the bargaining unit. Employees in the Special Projects Technician classification may be assigned to projects not previously assigned to members of this bargaining unit.