UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 APR -1 P 12: 37
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: ~~Kevin Orr~~ Cherlyn Rupert    CR

Cherlyn Rupert, hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
The Agreement between the City of Detroit and myself has been broken many times.

2. I / we object to the above filing because:
The Filing Bankruptcy by the City has caused a Hardship to my family and uncertainty to my ability to retire next year (2015) after 25 years of service to the City of Detroit.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Cherlyn Rupert
Signature: Cherlyn Rupert
Address: 2324 Prince Hall Drive
Detroit MI 48207
Email: cherlynrupert@yahoo.com

Dated: April 1, 2014

13-53846-tjt    Doc 3643    Filed 04/01/14    Entered 04/03/14 09:02:27    Page 1 of 1