UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

2014 APR -1 A 11:32

CITY OF DETROIT, MICHIGAN

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Case No. 13-53846-swr
Chapter 9

_____Debtor_____ /

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Cynthia A. Rhoades

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a City of Detroit Retiree

2. I / we object to the above filing because:

a.) We are being asked to accept a plan that is ambiguous/non-specific. All offers hinge on too many "ifs". 34% cut "if" DIA gives money, "if" the State gives money, "if" DWSD deal goes through. More cuts if they don't.

b.) I planned my future based on the contractual promise of pension and health care. You want to take this away. This plan will adversely affect the rest of my life.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Cynthia A. Rhoades
Signature: Cynthia A. Rhoades
Address: 14100 Archdale
Detroit, MI 48227
Email: cynthiaanne11@yahoo.com

Dated: 3-31-14

I won't just have a bad 4th qtr. like the businesses.

c.) I am under 62 and now have no health care, when I need it most. Obamacare is not affordable.

d.) Our gov'ts are suppose to support our elders, not pull the rug up from under.