UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN    Case No. 13-53846-swr
                                   Chapter 9
           Debtor     /        Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: Derek D. Emanuel

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I am a City of Detroit Fire Department employee

2. I / we object to the above filing because:
Cuts will cause a great financial hardship for me & my family

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Derek D. Emanuel
Signature: Derek D. Emanuel
Address: 14634 Broughton Dr.
Sterling Heights, MI 48313
Email: epym7pfs@gmail.com

Dated: 3/21/14