UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: _____

Howard S. Hill _____ hereby states his/~~her/their~~ OBJECTION TO:
CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / ~~we~~ am/~~are~~ interested in the Bankruptcy of the City of Detroit because _I have worked hard for the City of Detroit. I believe there has to be a more reasonable way to settle this problem._

2. I / ~~we~~ object to the above filing because: _As we get older our insurance provides for less at more cost. The cost of living increases and to have worked for a pension that is guaranteed by the Constitution is being totally ignored. We "the people" didn't make the bad decisions that got us in trouble but yet we are the ones being asked to pay. The cost of THE city_

3. I have/ ~~have not~~ attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Howard S. Hill
Signature: _____
Address: 20438 Goddard St
Detroit, Mich 48234
Email: Heavyy@AOl.com

Dated: 3/20/14

insurance for me and my wife is almost $1,000 a month. The city could have continued group coverage for retirees and we could have paid for it ourselves but the cost would have been reasonable because it would be under a group umbrella. The City leaders had no consideration for the people that they now want to bail them out of trouble. The last rumour we heard was they are asking the retirees to take a 34% pay cut on money we have worked for and have programmed our lives around, and the lives of our families. We have mortgages, car notes, student loans and groceries that noone will cut 34% on our behalf. It is at this time in our lifes that we should be living comfortably on money we have earned, not worrying about someone taking it away without regard to the significant effect this will have on our livelihood and on our family.

    Thank you for your consideration and providing us an opportunity to be heard.