**FILED**
2014 APR -3

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: <u>KEITH M. HINES</u>

<u>KEITH M. HINES</u> hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]</u>

for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because:
   <u>AS A RESIDENT OF THE CITY OF DETROIT I DO NOT BELIEVE THAT THE TERMS DESCRIBED IN THE AGREEMENT BENEFIT ME AS A TAXPAYOR AND IT VIOLATES MY FEDERAL RIGHTS UNDER</u> **Title 18, U.S.C., Section 242** <u>**"DEPRIVATION Of RIGHTS UNDER COLOR Of LAW"**</u>

2. I object to the above filing because:
   a. <u>KEVYN ORR'S PLAN Of ADJUSTMENT INFRINGES ON AND TAKES AWAY YOUR RIGHT TO VOTE ON Pages 22-23 OF THE PLAN OF ADJUSTMENT.</u>
   b. <u>I OBJECT TO "A 10% REDUCTION IN MONTHLY PENSION AMOUNT</u>
   c. <u>ELIMINATION OF THE DEFERRED RETIREMENT OPTION PLAN FEATURE OF "POLICE" and "FIREMAN" RETIREMENT SYSTEM. ALSO CRAMDOWN EXECUTORY CONTRACTS (COPS)</u>
   d. <u>I OBJECT TO THE DISRESPECT SHOWN TO "DETROIT RESIDENTS" AS "AMERICAN CITIZENS"</u>

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: KEITH M. HINES
Signature: *Keith M. H.*
Address: 832 CHALMERS
Det, Mich 48215
Email: diamondti-prod@hotmail.com

Dated: