UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION – DETROIT

FILED (I)

2014 APR -1 P 4:07

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr

Chapter 9

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT**

**WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY:____Renee Lee_____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF
ADJUSTMENT [DOCKET 2709]

for the following reasons.

1.    I / we am/are interested in the Bankruptcy of the City of Detroit because as a life time resident of the city of Detroit as well as a retiree of 31 years the City of Detroit's Plan of Adjustment threatens to impose a harsh punishment to retirees who chose employment in government service verses private sector employment based on the promise of a pension and health care at retirement. To ask retirees on a fixed income to correct financial errors from the past is unconscionable. The monthly pension is a financial source that I considered in the calculation of retirement income along with the cost of health care. Not only would it be unconscionable to reduce pension benefits but it would be a tragedy to even engage in conversation regarding the pay back of any monies that have already been paid out. Now is the time for the City to stop attempting to balance the budget on hard working employees, retirees and tax payers.

2. I / we object to the above filing because:

Let's first remember that if you were born after a certain year your pension check has already been reduced because of the state imposed tax on pensions.

Second, by eliminating the health care cost to retirees this equates to the second reduction in the pension check because the yearly monthly premium and deductible add up to far more than the projected figures discussed with the pension representative a retirement.

Third, now the City is projecting to ask retirees to accept an additional 34% reduction.

I was not fortunate enough to pay off my mortgage before retirement. I made a commitment to the mortgage company that I would send funds on a monthly bases until the end of the mortgage period regardless of how good or bad the economy was doing. My credit rating is extremely important to me so even though the assessment value of my home has been decreasing for the past years I still have to pay the mortgage. It is not easy to continue to pay on a home whose value is worth less than what is still owed. I am asking that the city of Detroit be required to honor their obligation regarding the pay out of full retirement benefits to retirees.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Renee Lee
Signature: *Renee Lee*
Address: 20520 Murray Hill
Email: raynae58@hotmail.com

Dated: 4/1/14