FILED
2014 APR 1 P 3:20
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor ___/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: ALLISON M. PHILLIPS

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because I AM AN ACTIVE CITY OF DETROIT EMPLOYEE, VESTED, WITH A STAKE IN A PENSION (FULL)

2. (I)/we object to the above filing because:

    *SEE ATTACHMENT*   PAGE 2 OF 2

3. (I have)/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: ALLISON M. PHILLIPS
Signature: Allison M. Phillips
Address: 18714 PREVOST
DETROIT, MI 48235
Email: apch209@hotmail.com

Dated: 4/1/14

The terms of my employment included a <u>full</u> pension provided by the City of Detroit, implied or otherwise, based on my years of service & whatever formula was being used at the time I began. Any adjustment to that agreement without my consent or approval, be it direct or through the elected Pension Board, is a violation of my rights.

Additionally, any adjustment that diminishes my potential income upon reaching retirement age must include front-end provisions to my current salary, as I am a current City employee.

ALLISON M. PHILLIPS
*Allison M. Phillips*
18714 Prevost
Detroit, MI 48035
apchz09@hotmail.com

4/1/14