**FILED**
**2014 APR -1 PM 2:31**
**U.S. BANKRUPTCY**
**E.D. MICHIGAN-DETROIT**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: _____

_WAYNE PIERRE_ hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because _I AM AN ACTIVE/VESTED CITY OF DETROIT PENSION EMPLOYEE_

2. (I)/we object to the above filing because:

   _*SEE ATTACHED PAGE 2 OF 2 *_

3. I (have)/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore (I)/we request the Court will deny the relief sought in said filing.

Name: _WAYNE PIERRE_
Signature: _Wayne Pierre_
Address: _20341 BEACONSFIELD APT. NO: 7_
_HARPER WOODS MICHIGAN 48225_
Email: _Pierre.W@detroitmi.gov_

Dated:

The terms of my employment included a <u>full</u> pension provided by the City of Detroit, implied or otherwise, based on my years of service & whatever formula was being used at the time I began. Any adjustment to that agreement without my consent or approval, be it direct or through the elected Pension Board, is a violation of my rights.

Additionally, any adjustment that diminishes my potential income upon reaching retirement age must include front-end provisions to my current salary, as I am a current City employee.

Wayne Pierre

*(signature: Wayne Pierre)*

20341 Beaconsfield
Apt. No: 7
Harper Woods, MI 48225

Email: Pierre.W@detroitmi.gov