FILED
2014 APR -1 PM 3
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

          Debtor    /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY:

Rolisie D. Fletcher hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a Resident of the City of Detroit and active vested Pension Employee.

2. I / we object to the above filing because:

    * See Attached *
    Page 2 of 2

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Rolisie D. Fletcher
Signature: Rolisie D. Fletcher
Address: 16570 Ohio St.
Detroit, MI 48221
Email: RolisieF@detroitmi.gov

Dated:

The terms of my employment included a <u>full</u> pension provided by the City of Detroit, implied or otherwise, based on my years of service & whatever formula was being used at the time I began. Any adjustment to that agreement without my consent or approval, be it direct or through the elected Pension Board, is a violation of my rights.

Additionally, any adjustment that diminishes my potential income upon reaching retirement age must include front-end provisions to my current salary, as I am a current City employee.

Trolisie D. Fletcher
*Trolisie D. Fletcher*
16570 Ohio St.
Detroit, MI 48221
TrolisieF@detroitmi.gov