FILED
2014 APR -1 P 2:30
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: Deborah L. Atkins

_____ hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because I am a resident of the City of Detroit and active / vested Pension employee

2. I / we object to the above filing because:

   * SEE ATTACHED *
   Page 2 of 2

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Deborah L. Atkins
Signature: Deborah L. Atkins
Address: 11391 Whitehill St.
         Detroit MI 48224
Email: datkins@detroitmi.gov

Dated:

The terms of my employment included a <u>full</u> pension provided by the City of Detroit, implied or otherwise, based on my years of service & whatever formula was being used at the time I began. Any adjustment to that agreement without my consent or approval, be it direct or through the elected Pension Board, is a violation of my rights.

Additionally, any adjustment that diminishes my potential income upon reaching retirement age must include front-end provisions to my current salary, as I am a current City employee.

Deborah L. Atkins
*Deborah L Atkins*
11391 Whitehill St.
Detroit, MI 48224
EMAIL: DAtkins@detroitmi.gov