FILED
2014 APR -1 A 10 20
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

### OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: Kendra McDonald

hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because I am an employee of the City of Detroit.

2. (I)/we object to the above filing because: The plan of adjustment would negatively influence my pension and my current salary and benefits.

3. (I have)/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/we request the Court will deny the relief sought in said filing.

Name: Kendra McDonald
Signature: Kendra McDonald
Address: 4237 Patton St
Detroit, MI 48226
Email: Kendramcdonald@sbcglobal.net

Dated: