FILED
2014 APR -1 AM 10:20
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: _____

__Stevie Freeman__ hereby states (his)/her/their OBJECTION TO: CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because _It affects my current and future standard of living with respects to wages and pension_

2. (I) we object to the above filing because:
_Because I am a vested City of Detroit Employee and it negatively affects my livelyhood._

3. I have/(have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Stevie Freeman
Signature: _____
Address: 14415 Cedar St
Detroit, MI 48239
Email: freemans@detroitmi.gov

Dated: