FILED
2014 APR -1 A 10:18
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: ETHEL COLEMAN

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because LOST WAGES AND THE AGREED UPON PENSION CHECK I AM AN EMPLOYEE OF THE CITY OF DETROIT

2. I / we object to the above filing because: I AM 64 YEARS OF AGE, IN AUGUST MY MEDICAL WILL BE APPROXIMATELY 2000 OUT OF MY POCKET

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: ETHEL COLEMAN
Signature: Ethel Coleman
Address: P.O. BOX 24733
DETROIT, MI 48224
Email: colemane@accpay.ci.detroit.mi.us

Dated: