UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr
Chapter 9
_____Debtor_____/   Hon. STEVEN W. RHODES

FILED 2014 APR -1 A 11: 43
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: **BETTIE COOK SCOTT**

hereby states his/her/their OBJECTION TO:

**CITY OF DETROIT'S PLAN OF ADJUSTMENT** and/or
CITY OF DETROIT'S DISCLOSURE STATEMENT (circle one)

for the following reasons.

1. **I** / we am/are interested in the Bankruptcy of the City of Detroit because
   IT is Illegal and unlawful!

2. **I** / we object to the above filing because:
   Unfair to the Retiree of city of Detroit. and police as a class.

3. I have / **have not** attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Bettie Cook Scott
Signature: BETTIE COOK SCOTT
Address: 4800 Kensington Rd
Det. Mich.

Email: _____

Dated: 4-1-14

13-53846-tjt  Doc 3672  Filed 04/01/14  Entered 04/03/14 10:34:18  Page 1 of 1