UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR -1 A 10: 56

In the matter of:

CITY OF DETROIT, MICHIGAN

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: Althea Long

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT and/or

CITY OF DETROIT'S DISCLOSURE STATEMENT (circle one)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

2. I / we object to the above filing because:
RETIREES HAVE A RIGHT TO THE PENSIONS AND BENEFITS THAT THEY HAVE EARNED

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Althea Long
Signature: Althea Long
Address: 9256 BRAILE
DETROIT, MI 48228
Email:

Dated: