UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

James Lovely Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: James Lovely

James Lovely hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because The Bankruptcy is Illegal And The E.M is in Office Illegally.

2. I / we object to the above filing because: We The People of The State of Michigan in 2012 Election Voted And Won, To Repeal Public Act 4. The State of Michigan ignored The Michigan Peoples Victory And illegally put Public A 436 in its Place instead

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: James Lovely
Signature: James Lovely
Address: 18716 Monte Vista
Detroit Michigan 48221
Email: 47Sandy@gmail.com

Dated: