UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

James Lovely Debtor / 

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: James Lovely

James Lovely hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I Am A State of Michigan Retiree And I Am in Solidarity With My City Retiree brothers And sisters.

2. I / we object to the above filing because: I Think The Pensions Should not be Compromised People Worked Their Whole lives And gave To A System That Promised Them Security After Retirement. Art Should Never be More inportant Than human Beings.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: James Lovely
Signature: James Lovely
Address: 18016 Monte Vista
Detroit Michigan 48221
Email: 47SAndy@gmail.com

Dated:

To Judge Rhoads

I am writing you to say how disatisfied and angry I am about the Government of the state of Michigan. You know it used to be a time the peoples vote really counted in America, and I am sure its not only happening in other States in America but I have lived in detroit all my life and this is where I know for sure.

Democracy is being destroyed in the state of Michigan for the poor and middle class. In 2012 Presidential Election The people of the state of Michigan voted and Repealed Public act number 4 and we won. Not only did they put another Public act 436 in it was done like thieves in the night. This Governor said Blatantly in his actions that what ever he wants he will get no matter the people wants.

I think when these polltician play these games they are playing a dangerous ~~one~~ One I am a African American who has lived in Detroit all my 58 years and I am starting to see alot of Black American who used to be Patriotic are now becoming Unpatriotic For the first time in a long time I am hearing from Veterans in the Black community saying, they fill betrayed and having put there life on the line for American democracy and having there vote walk on makes them ashame that they joined the Military. They are telling there kids not to join the Military We the people of Detroit want are street lights turned on, yes we want are Trash picked up but thats not all we want We want to be able to control the economics of are community!

Not to have the rich one percent of the people control and benefit while the 99 percent get nothing. So Judge Rhodes please consider that pensioners rights must be protected at all costs. Thank you.