UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                   Chapter 9
_____Debtor____/    Hon. STEVEN W. RHODES

OBJECTION TO:

FILED BY: _Herman D. McCoy_

TO: _Herman D. McCoy_ hereby states his/her/their OBJECTION for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   Any pension or health care adjustments will affect my life in a negative way.

2. I / we object to the above filing because:
   Michigan constitution guaranteed full pension and health care benefits. I am at the age where my health will start to deteriorate. If I lose my health care benefits and suffers a cut in my pension that would put my life in danger. I have not done anything wrong that I should suffer the repercussions of bay management. Furthermore, what company would hire me being over 60 years of age and provide with medical or pension benefits. The government helped the banks and the car industry with bonuses, yet my mortgage and credits card debt has not been adjusted. Why should standard of life be drastically reduced.

3. I have/(have not attached) additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

_Herman D. McCoy_
_Herman D. McCoy_
_17100 Fairfield_
_Detroit, MI 48221_

Dated:

13-53846-tjt    Doc 3685    Filed 04/01/14    Entered 04/03/14 11:48:42    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## APPLICATION TO WAIVE ELECTRONIC FILING

I hereby request the Court will waive electronic filing because:

1. I am not a lawyer and I am filing this objection pro se.

2. I do not have electronic filing privileges.

3. This is an important case and it affects my legal rights

I hereby certify the foregoing is true and correct under penalty of contempt of court and perjury under the laws of the United States of America.

_____
_____
_____

Dated: