8401 18mile Apt 124
Sterling Heights, Mi
48313
3-25-14

Honorable Judge Rhodes

Please accept this letter as an objection. I plead to your mercy that should my pension be cut 1/3 would be a very difficult situation. We are requesting that the State constitution be honored concerning our pension.

We have worked many years to earn our pensions & they should not be stolen from us.

Sincerely,
Bonnie Bizzell