UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

2014 APR -1 A 11: 32

CITY OF DETROIT, MICHIGAN    Case No. 13-53846-swr
Chapter 9

_____Debtor_____/    Hon. STEVEN W. RHODES

OBJECTION TO: _____

FILED BY: Sylvester Davis

TO: _____ hereby states his/her/their OBJECTION for the following reasons.

1. I / ~~we~~ am/~~are~~ interested in the Bankruptcy of the City of Detroit because *I because it will affect me and my family directly, and change our living situation drastically.*

2. I / ~~we~~ object to the above filing because: *This Emergency Manager whom happens to be selected by the governor of this state and not elected by the citizens of Detroit nor the citizens of this state has filed for bankruptcy against the will of the people including myself (Sylvester Davis). I asking that this chapter 9 bankruptcy and disclosure be denied on the fact that it was voted down in the election of November 2012, then the Governor (Snyder) and the legislators went behind our backs and contrived some Hoodwinked legislation unknown to we the people and put this individual (EM) in here under false pretense stating that our* (continued sheet)

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ ~~we~~ request the Court will deny the relief sought in said filing.

*Sylvester Davis*
*13128 Griggs*
*Det, Mi. 48238*
*Sylvester Davis*

Dated: April 1, 2014

Continue from the original page

our city is in the red by 6 Billion Dollars, then they said the employees would have to take cuts in pay, and hours, and would have to pay more on health care, and so will we retiries, and that was after this Governor put a state tax on our pensions which was unheard-of, he should be a shame of himself self to do such drastic things to people who worked for twenty five and thirty years with no COLA, and low hourly wages to retire and have our pensions take such hits, and now they are trying to gut us some more, "GOD" has to be frowning down on them. Now they're saying we have a projected debt upwards of 18 Billion dollars so this EM (Governor is attempting to take more from us, and save the Art over people, pay the crooked high interest charging banks again is ridiculous. Those that have always seem to want to take from those with the least (2 Samuel 11; 1-27). I see why GOD said "it would be easier for a Camel to go through a Needle's eye, than for a rich man to enter into the Kingdom of GOD." Luke 18:25 I watch as they distribute our tax money to people in made up positions while giving tax breaks to them who can afford to pay taxes while sale off our city land for peanuts to those who can afford to pay full price. Judge I'm request that you disallow this Bankruptcy to go through. A Servants Request!!

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Sylvester Davis_

hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

_____

_____

2. I / we object to the above filing because:

_____

_____

_____

_____

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name:_____

Signature:_____
Address:_____

Email: _____

Dated: