The Honorable Steven W. Rhodes
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District Of Michigan
Southern Division

Dear Judge Rhodes:

This letter is in regards to Case No 13-53846 Bankruptcy of the City Of Detroit.

It has been proposed that the City of Detroit Water Department be separated from the City and as a separate entity be responsible for the retirements and benefits earned by employees of the City of Detroit Water Department. I ask that I be included in this transfer for the following reasons.

I started with The Water Department February 1970 and was continuously employed until my transfer to Building and Safety Engineering January 1996. This is well over 25 years of employment with the Water Department and I am fully vested in the Water Department to collect a full pension.

The monies collected from rate payers for wages and benefits were collected on my behalf by the Water Department and therefore I am fully entitled to the collection of a retirement from the Water Department.

I retired from the City of Detroit Building and Safety Department October 2010 after 15 years of continuous employment. This calculates to approximately 63% of total City Employment in the Water Department and a fully vested pension from the Water Department. A transfer from the Water Department does not constitute a forfeiture or transfer of monies collected by the Water Department for a fully vested pension or future decisions on that pension. I ask for your consideration in this matter.

My Pension Number is 165829

Thank You

Sincerely,

*Richard Lewandowski*

Richard Lewandowski
1710 Stanhope
Grosse Pointe Woods
Michigan, 48236