3-19-14

Honorable Judge Steven Rhodes

I worked 31 yrs. for the city of Detroit before retiring. I did everything the city asked of me and I'm trying to find out what we did wrong for the city and state to turn their backs on us as we approach our twilight years. I, like other retirees still pay a mortgage, car payments and insurance for both. Retirees don't live high or large but we survive. Most people map out a strategy for retirement that they are comfortable with but to have the rug pulled from under you to put it mildly is totally unfair. Taking any of our money will hurt. We are real people who put our backs into our jobs please don't break our backs now.

Michael Smith
9936 Hemingway
Redford, Mi 48239
(313) 937-0686