*Eileen Burns*
*430 Leroy Street*
*Ferndale, MI 48220*

March 24, 2014

Hon. Steven W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court, Eastern District of Michigan
211 W. Fort Street-Suite 1800
Detroit, MI 48226

Dear Judge Rhodes:

I just returned from the pharmacy where I picked up my prescription that is under one of the new health care plans for City of Detroit retirees. It used to cost me $10 to fill this generic medicine prescription for one month. My cost today was $40. I have 4 prescriptions filled each month. In addition, my $10 office visit co-pay is now $25. I won't bother you with the other particulars. Suffice it to say that the increases are significant.

I think Kevin Orr should be more honest when he speaks to the court and the press about the financial impact his plan will cost retirees. It is not just 26% or 34% of our present retirement amount (my monthly check is just over $1,000 a month). It is that amount in addition to substantial increases in our health care. Add those two numbers together and you have many seniors who are facing catastrophic results. I am one of them.

Sincerely,

*Eileen Burns*

Eileen Burns
City of Detroit Retiree
Case #13-53846