March 21, 2014

Honorable Judge Steven W. Rhodes
U.S. Bankruptcy for the Eastern District of Michigan
Southern Division
211 West Fort Street
Suite 1800
Court 1825
Detroit, Michigan 48226



Dear Honorable Judge Steven W. Rhodes:

I was an employee at the Detroit Public Library for thirty years. I "retired" in 1997. I am concerned about Case 12-53846. Never was there any reason for employees to believe the 'Library' failed to make pension payments to the Detroit Pension Fund for its employees.

*Judge Rhodes, why are "Retirees" from the Detroit Public Library system included in the Bankruptcy?*

I live in Detroit and my husband owns his own business a Barber Shop and has never wanted to leave. I see the decay and blight every day, it's widespread in my community, *yet we stay*. Our property is well kept although its value is extremely low. We pay our *'City and State Taxes'*– it should **not** be required of me to help 'bail out' the City with my earned Pension and Health care.

There has always been racial strife between *'black people'* and *'white people'* in key leadership positions in this City and State. I would imagine it will always be that way.

I am currently reading a book titled, Detroit : A Biography by Scott Martelle, c2012. {Excerpt}: Mr. Martelle is a veteran journalist and former staff writer for the Los Angeles Times and the Detroit News, he takes a long, unflinching look at the evolution of one of the nation's greatest cities, and one of the nation's greatest urban failures. *This book has helped me to get a better understanding of many of Detroit's underlining problems. Blacks alone didn't destroy this City.*

Judge Rhodes, I know Detroit is facing a *'Critical'* financial problem - my pension is a small one – I've earned it. I will be faced with a financial problem if I should lose any of my pension. There has to be another way to fix this City!

Judge Rhodes, what were the State Government Officials doing when the 'City' was slowly being destroyed by City Officials? *Didn't anyone care?* Why must City 'Retirees' be held accountable?

Sincerely,

*Jo Ann Cooper*
Jo Ann Cooper
13325 Longview St.
Detroit, Michigan 48213-1918