3/24/2014


FILED
2014 MAR 28 A 10: 47
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Dear Judge Rhodes,

I hope this finds you well, I am a City of Detroit retiree. I worked for the Water and Sewerage Department at the WWTP (Wastewater Treatment Plant), as a OSHA Certified General Industry Specialist and Head Sewage Plant Operator, my last fifteen years, out of thirty.

I felt compelled to write to you, because I have been under a lot of stress lately. And I really don't think anyone has heard us (or me). I started at the plant as a Sewage Plant Attendant. After working a few years. There was some kind of money issue and they decided to cut our pay by ten percent, and end the overtime in operations and maintenance departments. A few year later it happened again.

This cutting pay and stopping overtime, got to be a regular thing every few years. It seemed to us workers, that every time the city or the department got in trouble they would take it out on the employees, instead of the people that made the poor decisions. We could have helped them. Everyone that had a position/ job knew at least one way to make his job better or more cost effective. But they never wanted to hear from us, or our suggestions were never taken. But they would cut our pay by ten percent and raise our medical insurance cost.

I retired in 2012. I was not ready to go, but I could no longer get anything accomplished at work. I was looking forward to a reasonable pension and good health benefits, the rest of my days. Now here they come again. I no longer work for them and they still want me, and others like me to pay for their mistakes. Taking my health care was not enough. Now they want to take back my pension, that I earned for thirty years.

Sincerely,

*Ronald Clegg*

Ronald Clegg

(248)-398-7389