March 27, 2014

FILED

2014 MAR 31 A 10: 42

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Judge Steven W. Rhodes
c/o Clerk of Court
U. S. Bankruptcy Court
Eastern District of Michigan
Southern District
211 W. Fort Street   Suite 1800
Detroit, MI. 48226

RE: CASE #  13-53846

As a Detroit retirees "Baby Boomers generation" I'm now face with age discrimination after working thirty years. The Baby Boomers generation who were once Middle class- lives have become extremely difficult due to economical oppression and the senseless destruction of the pension distribution. :

1. I'm vulnerable due to the cost of health care insurances and rising cost of living (not Medicaid or Social Security eligible-General retiree) .

2. The high deductibles and high cost (over 10% of pension) places me at risks for poverty. Not the same quality of previous insurance (Blue Cross-CB)

3. Threats of quality of life and financial hardship  (34% pension cut) with  .05 or less out of 10 outlook  at my age and physical condition of finding employment to replace loss income and benefits.

4. Additional cost:  State of Michigan taxes on pension (approximately %5 or more) and other financial cut (taxes) in Michigan.

5.  Adverse impact due to age . Age discrimination of 1967: "(A) in the case of a defined benefit plan, the cessation of an employee's benefit accrual, or the reduction of the rate of an employee's benefit accrual, because of age."(EEOC.gov)

Your judgment in security of government pension, would gratefully spare City of Detroit retirees from this wrongful transgression of  hardship , threat of quality of life , and disparate treatment : based on age (50% total reduction).


Deborah Graham

*Deborah Graham* (signature)