UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Striking Objection for Failure to Comply with the Second Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment

On March 6, 2014, the Court entered the Second Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Dkt. #2937) (the "Order"). Paragraph 4 of the Order requires that objecting parties shall not state objections to the proposed plan as objections to the proposed disclosure statement.

On April 1, 2014, creditor Oni Faith filed an "Objection to City of Detroit's Plan of Adjustment [Docket 2708] and/or Disclosure Statement With Respect to Plan of Adjustment [Docket 2709]" (Dkt. #3673). This pleading purports to combine objections to the disclosure statement with objections to the proposed plan in violation of the Order. Accordingly,

**It Is Hereby Ordered** that the above referenced objection is stricken, without prejudice, for failure to comply with the Order. Nothing in this order shall prevent the objecting party from filing a new objection to the disclosure statement and a new objection to the plan; however, objections to the disclosure statement must be filed separately from objections to the plan.

.

**Signed on April 03, 2014**

                                              /s/ Steven Rhodes  
                                              Steven Rhodes  
                                              United States Bankruptcy Judge