April 1, 2014

The Honorable Judge Steven W. Rhodes

C/o Clerk of the Court

United States Bankruptcy Court

Eastern District of Michigan

Southern Division

211 West Fort Street Suite 1800

Detroit, MI 48226

FILED

2014 MAR 31 P 1: 37

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

The Honorable Judge Rhodes,

**RE: CASE NO. 13-53846**

My name is H. Jean Powell, Pension No. 195077. I retired from the City of Detroit – Water and Sewerage Department on April 1, 2010. I am a 67 African American female who retired after thirty two years and six months of service. I have several health issues: a recent knee replacement; cervical spine surgery and now facing spinal back surgery. In addition to those health issues, I have diabetics, hypertension and other issues relating to an aging woman. Any one of these health conditions could cause me to require a care giver or to be placed in an assisted living situation. I have a small annuity but the potential of using those monies for health conditions would devastate my abilities to have a reasonable quality of life. Because of my health issues, I would be unable to perform most tasks of a job, if I was able to find one.

I truly need all the benefits I worked years to attain. I have no safety net that I can depend on but my pension and annuity.

Judge Rhodes, I beg you to please challenge Mr. Orr's proposal as is relate to the retirees of the City of Detroit. I trust in God and I know you will find it in your heart and your sense of fairness to protect all retirees. Judge Rhodes, I believe that retirees had little or nothing to do with the City's bankruptcy, but Mr. Orr's proposed cuts of our pension, could cause a lot of retirees to file bankruptcy.

Your Honor, please give all retirees an opportunity to have a quality of life and live as comfortably as possible in our remaining years. You may contact me at 313-615-9659. Thank you very much.

Sincerely yours,

H. Jean Powell
Retiree