UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT


FILED
2014 APR -3 P 1:00
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: *Ezza R Brandon*

*Ezza R Brandon* hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because *I am a resident, homeowner, taxpayer, and City of Detroit retiree.*

2. I / we object to the above filing because: *Retiree monthly budgets cannot survive the cuts that have been imposed (state taxes, health care, dental, optical) along with the proposed 34% cut to our earned pensions. (Please see attached.)*

3. I (have) / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: *Ezza R Brandon*
Signature: *Ezza R Brandon*
Address: *848 Lothrop Road*
*Detroit, MI 48202*
Email:

Dated: 04/01/2014

The Great Nelson Mandela inspires me to utter this truth: I address the Court not as a **creditor**, but like thousands of others, I am a proud retired **employee** of the City of Detroit who gave more than thirty years of dedicated service to this City that we all love.

I am filing an Objection to The Plan of Adjustment because it ignores huge costs already added to retiree monthly budgets: state taxes, dental, optical, and health care. These health care plans expose retirees to more redlining with exorbitant health care rates, in some cases, based on zip codes. It is not too late to obtain an affordable health care group plan for my class of retirees who are under age 65, in lieu of the plans offered that take another 1/3 of our current income.

A 34% pension reduction and elimination of the cost of living benefit will drive us into foreclosure and make it impossible to pay property taxes, predatory homeowner and car insurance, soaring gasoline prices for our automobiles, sky high utility bills, increasing food costs, and mounting credit card debt. Clearly, retirees cannot survive on 1/2 of our current income.

Many of us left lump sums of money in the City of Detroit coffers (i.e. thousands upon thousands of dollars) to ensure a higher monthly pension check. The Plan of Adjustment nullifies this safety net.

The correct path to Detroit's recovery includes 100% voter participation in order to control our city and our resources. We must never again let others relieve us of this responsibility. We begin this process by collecting outstanding revenue sharing and Federal dollars that are supposed to pass through the State to the cities, hiring tax collectors to aggressively collect delinquent business, income, and, property taxes, eliminating the practice of giving away real estate, and restoring experienced Grant Management personnel to take advantage of untapped grant opportunities available to the City. All of our citizens must be employed because they represent a vital component of our tax base. The Contract Clause that calls for hiring a specified percentage of Detroiters must be enforced. Despite what you hear, a large number of Detroit youth have successfully completed training and education and now are in debt as a result. Yet, some companies continue to say Detroiters cannot qualify for their positions. Stop the excuses and begin employing Detroiters.

As I close, my motion to the Honorable Steven W. Rhodes is: Hammer Out Justice! Hammer Out Justice! Hammer Out Justice!

Thank you, Detroit.

*Ezza R. Brandon*
Ezza R. Brandon