UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Terrence Crite_

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _it is unfair and I was wondering how much damage you republicans can do_

2. I / we object to the above filing because: _because after working 25 yrs with city of detroit I'm entitled to full pension let us keep what we have instead of taking every chance you get_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: TERRENCE CRITE
Signature: Terrence Crite
Address: 18115 Harlow
Detroit Mich 48235
Email:

Dated:

FILED 2014 APR -3 A 10:18
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

13-53846-tjt    Doc 3719    Filed 04/03/14    Entered 04/03/14 14:37:09    Page 1 of 1