UNITED STATES BANKRUPTCY COURT      FILED
EASTERN DISTRICT OF MICHIGAN   2014 APR -3 P 2: 47
SOUTHERN DIVISION – DETROIT

U.S. BANKRUPTCY COURT
ED. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN                    Case No. 13-53846-swr
                                             Chapter 9
_____Debtor_____/          Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: WALTER C. GRIGGS

WALTER C. GRIGGS _____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.    I / we am/are interested in the Bankruptcy of the City of Detroit because
CURRENT EMPLOYEE AND CITY PROPERTY OWNER
_____

2.    I / we object to the above filing because:
IT IS AGAINST THE STATE CONSTITUTION, AND I
HAVE EARNED MY PENSION BASED ON MY YEARS OF
SERVICE.
_____

3.    I have/(have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.
    Wherefore I/ we request the Court will deny the relief sought in said filing.

                          Name: WALTER C. GRIGGS

                          Signature: Walter C. Griggs
                          Address: 10155 DUPREY
                          DETROIT, MI 48224-1279
                          Email: wcgriggs @ att.net

Dated: 4-1-14