

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
## WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: _Larry D,_ Hicks

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF

ADJUSTMENT [DOCKET 2709]

for the following reasons.

1.    I / we am/are interested in the Bankruptcy of the City of Detroit because _The Plan will steal city assets pension_ _The DIA and destroy city neighborhoods_

2.    I / we object to the above filing because: _I'll gotten gain by U.B.S. and other Big Banks_ _in predatory loans and pensions swap debts,_ _costs of living increase are to be eliminated_ _by the workers and destroy city services_

3.    I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Larry D. Hicks_

Signature: _Larry D. Hicks_

Address: _16850 Mary land_
_Southfield MI. 48075_

Email: _Larry D Hicks @ AOL. com_

Dated: _4/1/14_