UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 APR -3 P [?]:0[?]
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Darlene Williams

Darlene Williams hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
Currently an Employee with the City of Detroit

2. I / we object to the above filing because:
Unfair, Unconstitutional, Wrongful & Unjust what can we Banks to Recoup the Money & Pay Back was stolen from the Pension!

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Darlene Williams
Signature: Darlene Williams
Address: 15900 Providence Dr #910
Southfield, MI 48075
Email: Darlenew@detroitmi.gov

Dated: 4-1-14

13-53846-tjt    Doc 3724    Filed 04/03/14    Entered 04/03/14 14:46:10    Page 1 of 1