UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT



In the matter of:

CITY OF DETROIT, MICHIGAN

                Debtor    /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Tony Smith

Tony Smith hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I am a City of Detroit employee.

2. I / we object to the above filing because:
   the proposed cuts to pensions are too deep without
   cost of living adjustment.

3. I have/(have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Tony Smith

Signature: Tony Smith
Address: 12003 Briggs, Detroit, MI 48204

Email: _____

Dated: 4-1-14