UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 APR -3 P 12:59
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

                Debtor   /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: JOHN CALLAWAY

John Callaway hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
C. of Detroit Retiree

2. I / we object to the above filing because:
About future of Detroit

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: JOHN CALLAWAY
Signature: John Callaway
Address: 20119 Tracey
Detroit, MI. 48235
Email:

Dated: 4-1-14