UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Notice Regarding Location of Hearings Scheduled for April 17, 2014

Notice is given that the hearings currently scheduled for April 17, 2014 shall be held in Courtroom 100 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Signed on April 3, 2014

                                                 /s/ Steven Rhodes
                                         Steven Rhodes
                                         United States Bankruptcy Judge