Case # 13-53846

FILED
2014 APR -2 A 9: 57
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Judge Steven W. Rhode
United State Bankruptcy Court
Eastern District of Michigan
Southern Division
213 W. Fort St; Suite 1800
Detroit, Mi 48226

My name is Roger Rice, after over 30 years, and physically unable to continue working as a General Auto Mechanic for the City of Detroit I retired. I was unable continue working on the large equipment including: climbing onto, inside and under garbage trucks year around, log loaders and snow removal equipment. With back problems working bent over the fender of police vehicle all day was not an option.

Mr. Orr is proposing a 26% pension reduction with the threat of an additional 8%, or a total of 34% cut if we don't accept his plan. About the time he announced he would be filing bankruptcy, my wife, who is 55 yrs. old, had a heart attack. Her Doctors tell us it was caused by stress. And now Mr. Orr has dropped health insurance for spouses, our dental and optical. Now it costs about **30% of my pension to pay for health care for my wife. With an additional reduction to my pension, either 26% or 30%, my pension will be reduce by 60-70%**.

I believe the state constitution protects all my pension benefits.

During my employment with the City of Detroit, I understood the City was funding my pension as I worked. When I retired I was told what my pension would be and that was all I would get. If I were working now, or had known that my pension would be under attach, maybe I could have prepare for retirement differently.

A few years before retiring my wife and I needed more room to care for my mother in-law who had Parkinson's, now we find ourselves with a mortgage for the next 20 yrs. At 65yrs. old and after giving the City 38yrs. for a pension, I find myself in a hopeless situation that may lead to me filing for Bankruptcy.

I hope and pray you don't agree with the cuts that Mr. Orr wants. I love the City of Detroit, I know there are money problems, but over the course of my employment with the City of Detroit I and the rest of the retirees have given back, and given back, and given back.

Respectfully

*Roger D Rice*