Laurence J. Aurbach
2811 McGill Terrace NW
Washington, DC 20008
March 22, 2014

Judge Steven Rhodes
US Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226

Heather Lennox, Esq.
Jones Day
901 Lakeside Ave.
Cleveland, OH 44114

Re: case 13-53846

My wife Agatha W. Aurbach and I are holders of Detroit GO 4/1/2016 bonds (CU 251093Q370) that come due in several years. GO bonds appear to be less than 5% of the case, so we are not the solution to Detroit's problems. I paid near par value for the bonds many years before the current default and filing. This filing is weighted to political interests in Detroit, rather than the interests of bondholders from elsewhere.

I do not know why it is necessary for bonds coming due years from now to be discharged in Detroit's bankruptcy proceeding. We object to the plan as filed.

Sincerely,

*[signature]*