UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 APR -3 P 12: 59
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

Anna Ferrante

FILED BY: ANNA FERRANTE hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. ___ I / we am/are interested in the Bankruptcy of the City of Detroit because I am currently an employee for City of Detroit!

2. ___ I/we object to the above filing because: Unfair / Unconstitutional / unlawful / unjust — can sue the banks to re-coop the money — pay back what was stolen from pension —

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Anna Ferrante
Signature: Anna Ferrante
Address: 50436 Clague St.
New Baltimore, MI 48047
Email: annaf4@detroitmi.gov

Dated: 4-1-14