UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT



In the matter of:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-swr
                                    Chapter 9
_____Debtor_____/         Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Delores Dunn

I, Delores Dunn, hereby states his/her/their OBJECTION TO:
<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because it is not right for the people, city employees or anyone to be penalized their pensions.

2. I / we object to the above filing because: we have saved + planned for our pensions. I am a citizen, tax payer, and very much concerned about this issue.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Delores Dunn
Signature: Delores Dunn
Address: 16857 Asbury Pk
         Det 48235
Email: _____

Dated: 4-1-14