
FILED
2014 APR -3 P 12: 59
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _Bonnie A. Hornstein_

_Bonnie A. Hornstein_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _attached wages & pension funds not paying fair share, cuts & removal_

2. I / we object to the above filing because: _destroyed democracy in the city, broker/lender lending practice, selling off city assets_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Bonnie A. Hornstein_
Signature: _Bonnie D Hornstein_
Address: _20208 Mark Twain_
_Det 35_
Email: _____

Dated: 4-1-14