UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT


FILED 2014 APR -3 P 12: 59
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Gina Clay

Gina Clay hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   Currently a City of Detroit employee

2. I / we object to the above filing because:
   Unfair, unconstitutional and unjust. Can sue banks to recoup the money. Pay back what was stolen from the pension.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Gina Clay
Signature: Gina Clay
Address: 4706 E. Outer Dr.
Detroit, MI 48234
Email: clayg@detroitmi.gov

Dated: 4-1-14

13-53846-tjt   Doc 3743   Filed 04/03/14   Entered 04/03/14 15:44:11   Page 1 of 1