UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT


FILED
2014 APR -3 P 12:58
U.S. BANKRUPTCY COURT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Cathryn M. Williams

Cathryn M. Williams hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I am a citizen of Detroit who want righteousness.

2. I / we object to the above filing because:
It's robs our citizens of what is rightfully ours. This is racism. None of the struggling suburbs are put into bankrupty.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Cathryn M. Williams
Signature: Cathryn M. Williams
Address: 17162 Stout
Detroit, MI 48219
Email:

Dated: 4-1-14