UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT



In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Ruby McBee

Ruby McBee hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I want the people I voted for to represent my interest, not an emergency manager._

2. I / we object to the above filing because: _Too many people are losing large portions of their pensions and other benefits. Lights are still not on and the city is still in jeopardy of losing its treasures._

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Ruby McBee
Signature: Ruby McBee
Address: 17592 Shaftsbury
Detroit, Michigan 48219
Email: _____

Dated: 4-1-14