UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT



In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Vonetta Lipscomb_

_Vonetta Lipscomb_ hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I am a taxpaying citizen and I feel the "Rich" are not paying a fair share in taxes._

2. I / we object to the above filing because:
_Mis-education of our children_
_Lack of city services_
_Slave overseer mentality._
_Destroyed democracy in the city_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Vonetta Lipscomb_
Signature: _Vonetta Lipscomb_
Address: _8835 Terry_
_Detroit MI 48228_
Email: _____

Dated: 3/27/2014