UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 APR -3 P 12: 58
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Fredia M. Butler

Fredia M. Butler hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a citizen, property owner, tax payer and a community activist.

2. I / we object to the above filing because: It is a racist move; democracy has been destroyed; we have an appointed dictator; Banks unfair lending practices; Rich not paying their share of taxes; Slave overseer mentality; selling of city's assets.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Fredia M. Butler
Signature: Fredia M. Butler
Address: 8286 Normile
Detroit, MI 48204
Email:

Dated: 3/28/14