

CASE NO. 13-53846

**FILED**

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

2014 APR -2 A 8: 59

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

JEFFREY SANDERS(IFP – Pro se),..................Creditor-Appellant.
Jeffrey Sanders (IFP – Pro per)
16599 Hubbell Street
Detroit, Michigan 48235-4030

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

vs.

In Re: CITY OF DETROIT, MICHIGAN/,................Debtor-Appellee.

## EMERGENCY NOTICE OF APPEAL

[Appellant] JEFFREY SANDERS, per U.S. Const. Amendment I - **11 U.S.C. s362(b)(1) ascending 18 U.S.C. s241**; 28 U.S.C. s158(a)(3) - s1915(d), s2108, s2111 and **42 U.S.C. s1983 'Claims'** inherent of record, APPEALS from the Court's 03/24/2014 ORDER(Dkt.#3171) Entered, **herein,** duly **Exacting abrupt 'Redress'** from this Court's aberrant collusive errors **violating** [Appellant]'s U.S. Const. Amendments I, IV, V - XIV **'Protections'** attending USBC-E.D. Mich. Case No. 13-53846 **incorporat(ed)ing** USDC-E.D. Mich. Case No. 07-14206 per FRBP 800**2**- 8009(a)(1), impending redress of [Appellant]'s Constitutionally - lawfully "EXACT(ED)ING" Declaratory Judgement Award - Recovery Of Monetary Damages' as **verified, against** [Appellee], to date, according to [Appellee]'s inescapably ow(ed)ing/ un-adjudicated - unerring **"Elective-Option (c)"** adduced - verified of record; See 10/03/2007 Complaint-04/13/2009 Affidavits *thru* 07/21-24/2009 Pleading in USDC-E.D. Mich. Case No. 07-14206, heretofore, **Notwithstanding'** the Court's cataly(s)tical **18 U.S.C. s241 - s1001(a)(3) Offensive'** deference to: **(A)** 28 U.S.C. s1930(f) following / impending 11 U.S.C. s362(a); 28 U.S.C. s1915(e) per s1915A etc., from 11/27/2007 to date. APPEAL accedes strictly exacted lawful 'Mandates' in 11 U.S.C. s362(b)(1)-18 U.S.C. s241; 28 U.S.C. s158(a) - s1915(d), s2108, s2111; 42 U.S.C. s1983; FRBP 8002 - 8016(b) w/ FRCP 54 - E.D. Mich. LR 58.1(b)... Authored 04/01/2014, By:/s/ _____

Subscribed and sworn to before
me this 0 _1_ day of April, 2014.
(Notary) _____
My Commission Expires:

May 12 2017

GARY HICKS
Notary Public - Michigan
Wayne County
My Commission Expires May 12, 2017
Acting in the County of _____

JEFFREY SANDERS(IFP-Pro se)
16599 HUBBELL ST.
DETROIT, MICH. 48235-4030

13-53846-tjt   Doc 3749   Filed 04/02/14   Entered 04/03/14 15:__

