

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Amber Harris

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.  I / we am/are interested in the Bankruptcy of the City of Detroit because
    I am a tax payer

2.  I / we object to the above filing because:
    A racist move to rule

3.  I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.
    Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Amber Harris

Signature: Amber Harris
Address: 9730 Wyoming APT F1

Email: _____

Dated: 3-27-14