UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT


FILED
2014 APR -3 P 12: 58
U.S. BANKRUPTCY COURT
MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Annetta Stevenson

Annetta Stevenson hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I'm A citizen, property owner And tax payer.

2. I / we object to the above filing because:
1) it will destroy the democracy in the city
2) it will suppress voting in the city
3) it will encourage Lack of city services And
4) it will promote further Mis-education of our children

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Annetta Stevenson
Signature: Annetta St___
Address: 9400 Fielding St.
Detroit, MI 48228
Email: _____

Dated: 3-27-14