UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

                     Debtor    /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Bettina Moore

Bettina Moore, hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
Citizen, Property owner + active and concern about this situation

2. I / we object to the above filing because:
Destroyed democracy in the city of Detroit Banks unfair lending practices, selling of city assets, taxed without fair representation, and subsidies companies that send their jobs overseas.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Bettina Moore
Signature: Bettina Moore
Address: 18468 Lauder
Detroit, MI 48235
Email:

Dated: 3-25-14