
FILED
2014 APR -3 P 12: 58
U.S. BANKRUPTCY COURT
MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

                Debtor    /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: IDA PATTON

IDA PATTON hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because, I am a property owner in the City of Detroit. I am toted without fair representation.

2. I / we object to the above filing because: Lack of city services, Overtaking true citizens income, Drastic changes in negotiated pensions and healthcare.

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I / we request the Court will deny the relief sought in said filing.

Name: IDA PATTON
Signature: Ida patton
Address: 8221 Ward
Detroit, mi 48228
Email: 

Dated: 3-25-14