CASE NO. 13-53846
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

JEFFREY SANDERS(IFP – Pro se),............................Creditor-Appellant.
Jeffrey Sanders (IFP – Pro per)
16599 Hubbell Street
Detroit, Michigan 48235-4030

**FILED**
2014 APR -3 P 3:52
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

vs.

In Re: CITY OF DETROIT, MICHIGAN/,................Debtor-Appellee.

## DESIGNATION OF RECORD ON APPEAL

JEFFREY SANDERS, per U.S.Const. Amendment I - Bankruptcy Rule 8006, <u>Designates</u> **Items'** to be included in Record On Appeal <u>attend(ant)ing</u> E.D. Mich. Case No. 07-14206 -- No.13-53846, being:

**(a)** 04/01/2014 Emergency Notice Of Appeal <u>Filed</u> 04/02/2014 @ 08:59AM as <u>Appendix Y(attached)</u>;

**(b)** 10/03/2007 IFP Complaint w/ Exhibits <u>Filed</u> in Case No. 07-14206(Dkt.1-2);

**(c)** 11/27/2007 Order <u>Filed</u> in Case No. 07-14206(Dkt.3) **offends** 18 U.S.C. s241 - s1001(a); 28 U.S.C. s158 - s1915(d); 42 U.S.C. s1983; FRCP 54 - E.D.Mich. LR 58.1 <u>Mandates</u>, as 28 U.S.C. s1915(e);

**(d)** 12/27/2007 'Conceded' Answer To Complaint <u>Filed</u> in E.D. Mich. Case No. 07-14206(Dkt.5);

**(e)** 01/16/2008 – 01/26/2009 Motion For Summary Judgement <u>Filed</u>(Dkt.8-40);

**(f)** 02/09 – 03/09/2009 '<u>18 U.S.C. s241 - 28 U.S.C. s1915(d) Offensive</u>' Mediation Order(Dkt.41-48);

**(g)** 04/13/2009 - 07/24/2009 <u>verified</u> Notice To Settle <u>Proposed</u> <u>Elective-Option (c)</u>(Dkt.54, 57, 64-68);

**(h)** 08/28/2009 '<u>18 U.S.C. s241 - 28 U.S.C. s1915(d); FRCP 54 Offensive</u>' Orders(Dkt.70-156);

**(i)** 11/08/2013 Motions For Accelerated - Incumbent Judgement And Relief(Dkt.164-174);

**(j)** E.D. Mich. Case No. 13-53846 <u>Pleadings</u> <u>Filed</u> 11/19/2013 <u>heretofore</u>, <u>see</u> Dkt.1763-66, 2014 -3503 **acceding** clerical / judicial collusion - oversight **strictly** subject to <u>unerring</u> U.S. Const. Article III - 11 U.S.C. s362(b)(1) w/18 U.S.C. s241 - 28 U.S.C. s1915(d), s2108, s2111; 42 U.S.C. s1983; FRBP 8002 - 8009(a)(1); FRCP 54 - E.D.Mich. LR 58.1(b)... <u>Mandates</u>' sanctioning '**Elective-Option (c)**'.

Authored– Served on April 03, 2014, By:/s/_____ (Pro per)
JEFFREY SANDERS(IFP-Pro se)
16599 HUBBELL ST.
DETROIT, MICH. 48235-4030

Subscribed and sworn to before
me this 03 day of April, 2014.
(Notary)_____
My Commission Expires:_____

DENEEN DICKERSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires May 26, 2020
Acting in the County of Wayne

13-53846-tjt  Doc 3420  Filed 04/03/14  Entered 04/03/14 16:05:13  Page 1 of 1