CASE NO. 13-53846
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

FILED

JEFFREY SANDERS (IFP – Pro se),....................Creditor-Appellant.
Jeffrey Sanders (IFP – Pro per)
16599 Hubbell Street
Detroit, Michigan 48235-4030

2014 APR -3 P 3 52

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

**Chapter 9**
**Case No. 13-53846**
**Hon. Steven W. Rhodes**

vs.

In Re: CITY OF DETROIT, MICHIGAN/,................Debtor-Appellee.

## CERTIFICATE – PROOF OF SERVICE

I, JEFFREY SANDERS, per U.S.Const. Amendment I - Bankruptcy Rule 8006, hereby Certify that on the _ day of April, 2014, I authored - executed this "Certificate Proof Of Service attend(ant)ing Designation Of Record On Appeal", serving a true copy of same upon the Debtor-Appellee City Of Detroit, herein, by 1st Class Postage-Paid U.S. Mail, sealed and addressed to:

**(A)** Melvin Butch Hollowell, Esq., et al.    **AND**    **(B)** David Gilbert Heiman, Esq., et al.
City Of Detroit Corporation Counsel                    Counsel For City Of Detroit, Mich.
City Of Detroit Law Department                         Jones Day
2 Woodward Avenue, Suite 500                           North Point
Detroit, Michigan 48226-                               901 Lakeside Avenue
                                                       Cleveland, Ohio 44114-1190

placed in a U.S. Post Office Mail Depository on the _ day of April, 2014, thus, abruptly addressing and contesting and redressing clerical / judicial collusion - oversight strictly subject to unerring U.S. Const. Article III - 11 U.S.C. s362(b)(1); 18 U.S.C. s241 - 28 U.S.C. s1915(d), s2108, s2111; 42 U.S.C. s1983 plus FRBP 8002 – 8009(a)(1) w/ FRCP 54 – E.D. Mich. LR 58.1(b) **'Mandates'** sanctioning **'Elective-Option (c)'**, ascending – discern(able)ing – inhering – verified of record as filed / served herein, as from October 03, 2007 thru April 13, 2009 to June 15, 2013 thru July 21-24, 2009, heretofore.

Authored– Served on April 03, 2014, By:/s/ _____ (Pro per)
                                          JEFFREY SANDERS (IFP-Pro se)
Subscribed and sworn to before            16599 HUBBELL ST
me this 0__ day of April, 2014.           DETROIT, MICH. 48235-4030
(Notary) _____

My Commission Expires: 5/26/2020

DENEEN DICKERSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires May 26, 2020
Acting in the County of Wayne

13-53846-swr Doc 3755 Filed 04/03/14 Entered 04/03/14 16:07:48 Page 1 of 1