UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 APR -3 P 12:58
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

                    Debtor    /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Barbara Williams

I, Barbara Williams hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because the city
it will affect me as a resident of and other the State of Michigan and residents.

2. I / we object to the above filing because:
I do not believe it is in the best interest of the citizens of Detroit or the State of Michigan.

3. I have/(have not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Barbara Williams
Signature: Barbara Williams
Address: 16175 Fenmore St,
Detroit MI 48235
Email: bwill@sbcglobal.net

Dated: 3/25/14

13-53846-tjt    Doc 3757    Filed 04/03/14    Entered 04/03/14 16:11:01    Page 1 of 1