

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Dorothy King

Dorothy King hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   It is unlawful. It is a disgrace.

2. (I) we object to the above filing because:
   It is so wrong and unlawful. Ones Vote and human Rights should not be taken away, or unlawfully changed.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/we request the Court will deny the relief sought in said filing.

Name: Dorothy King
Signature: Dorothy King
Address: 20187 Houghton
Detroit, michigan 48219
Email:

Dated: 3/25/14