N

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT


FILED
2014 APR -3 P 12: 58
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: MARY COCANOUGHER

hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because I am a Tax Payer and a Registered Voter that Voted against the action that supported the bankruptcy!

2. (I) we object to the above filing because: "In a democratic process the People Must Be Heard". The Voice of the People was Taken away. Our representation is a sure way for Bankers and the Corporate Sector to continue to replenish their pockets at the expense of the People That Had no Voice IN THIS MATTER.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

MARY COCANOUGHER
Name: Mary Cocanougher
Signature: Mary Cocanougher
Address: 18985 Wiltshire
Detroit Michigan 48221
Email: MCOCANOUGHER803@yahoo.com

Dated: 3/20/2014