Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF ADJOURNMENT /CONTINUATION OF HEARING (TO ISSUE BENCH OPINION)

**PLEASE TAKE NOTICE** that the hearing on 04/03/2013 at 9:00 AM to consider and act upon the following:

*2802* − Motion to Approve Compromise under Rule 9019 / Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Hertzberg, Robert)

is hereby adjourned to **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **4/11/14** at**10:00 AM**. The Court shall issue its Bench Opinion at this hearing.

Dated: 4/3/14

                                        BY THE COURT

                                        Katherine B. Gullo
                                        Clerk, U.S. Bankruptcy Court

                                        BY: christine sikula
                                        Deputy Clerk