# OFFICIAL BALLOT

**City Primary Election**
**Tuesday, August 6, 2013**
Wayne County, Michigan
City of Detroit, AVCB 99

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Jean Vortkamp | Saunteel Jenkins |
| Tom Barrow | Brenda Jones |
| Angelo Scott Brown | Monica Lewis-Patrick |
| D'Artagnan M. Collier | Roy McCalister Jr. |
| Krystal A. Crittendon | Jessica M. Rayford-Clark ● |
| Fred Durhal Jr. | Cedric Banks |
| Herman Griffin | David Bullock |
| Lisa L. Howze | Angies Lisa Hunt ● |
| Willie G. Lipscomb Jr. | |
| Mark Murphy | |
| Benny N. Napoleon | **CITY COUNCIL DISTRICT 1**<br>Vote for not more than 1 |
| John Olumba | |
| Sigmunt John Szczepkowski Jr. | James Tate |
| John Telford | James Kyle Beeler |
| *Mike Duggan* ● | Osei Bomani |
| **CITY CLERK**<br>Vote for not more than 1 | Darryl D. Brown |
| | Laura Goodspeed ● |
| Lucinda J. Darrah | Wanda Jan Hill |
| D. Etta Wilcoxon ● | Ulice Sherman |
| Janice M. Winfrey | |
| Scotty Boman | |
| James Cole Jr. | |

1

# City Primary Election
## Tuesday, August 6, 2013
### Wayne County, Michigan
### City of Detroit, AVCB 99

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Jean Vortkamp | Saunteel Jenkins |
| Tom Barrow | Brenda Jones |
| Angelo Scott Brown | Monica Lewis-Patrick |
| D'Artagnan M. Collier | Roy McCalister Jr. |
| Krystal A. Crittendon | Jessica M. Rayford-Clark ● |
| Fred Durhal Jr. | Cedric Banks |
| Herman Griffin | David Bullock |
| Lisa L. Howze | Angles Lisa Hunt ● |
| Willie G. Lipscomb Jr. | |
| Mark Murphy | |
| Benny N. Napoleon | **CITY COUNCIL DISTRICT 1**<br>Vote for not more than 1 |
| John Olumba | |
| Sigmunt John Szczepkowski Jr. | James Tate |
| John Telford | James Kyle Beeler |
| *Mike Duggan* ● (write-in) | Osei Bomani |
| **CITY CLERK**<br>Vote for not more than 1 | Darryl D. Brown |
| | Laura Goodspeed ● |
| Lucinda J. Darrah | Wanda Jan Hill |
| D. Etta Wilcoxon ● | Ulice Sherman |
| Janice M. Winfrey | |
| Scotty Boman | |
| James Cole Jr. | |

M

# CITY PRIMARY ELECTION
## Tuesday, August 6, 2013
### Wayne County, Michigan
### City of Detroit, AVCB 134

| MAYOR | CITY COUNCIL AT LARGE | |
|---|---|---|
| Vote for not more than 1 | Vote for not more than 2 | |
| Benny N. Napoleon | Saunteel Jenkins | Barnabas Brice |
| John Olumba | Brenda Jones | Willie E. Burton |
| Sigmunt John Szczepkowski Jr. | Monica Lewis-Patrick | James B. Fields |
| John Telford | Roy McCalister Jr. | |
| Jean Vortkamp | Jessica M. Rayford-Clark | |
| Tom Barrow | Cedric Banks | |
| Angelo Scott Brown | David Bullock | |
| D'Artagnan M. Collier | Anglea Lisa Hunt | |
| Krystal A. Crittendon | | |
| Fred Durhal Jr. | | |
| Herman Griffin | **CITY COUNCIL DISTRICT 5** | |
| Lisa L. Howze | Vote for not more than 1 | |
| Willie G. Lipscomb Jr. | Mary Sheffield | |
| Mark Murphy | DaNetta L. Simpson | |
| Mike Duggan | Mary Waters | |
| | Brian White | |
| **CITY CLERK** | Adam Hollier | |
| Vote for not more than 1 | | |
| James Cole Jr. | | |
| Lucinda J. Darrah | | |
| D. Etta Wilcoxon | | |
| Janice M. Winfrey | | |
| Scotty Boman | | |

3

**OFFICIAL BALLOT**

City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, AVCB 123

### MAYOR
Vote for not more than 1

- Benny N. Napoleon
- John Olumba
- Sigmunt John Szczepkowski Jr.
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- *(write-in)* MIKE DUGGAN ●

### CITY CLERK
Vote for not more than 1

- James Cole Jr.

### CITY COUNCIL AT LARGE
Vote for not more than 2

- Saunteel Jenkins ●
- Brenda Jones ●
- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock
- Angies Lisa Hunt

### CITY COUNCIL DISTRICT 5
Vote for not more than 1

- Mary Sheffield
- DaNetta L. Simpson
- Mary Waters
- Brian White

### POLICE C... DISTRICT...

- Marcelus Br...
- Willie E. Bur...
- Jamie S. F...

4

**OFFICIAL BALLOT**

*[ballot header partially obscured]*

**MAYOR**

- *[candidate name illegible]*
- *[candidate name illegible]*
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- *Mike Duggan* ● (write-in)

**CITY COUNCIL DISTRICT** *[number obscured]*
Vote for not more *[obscured]*

- Leslie *[obscured]*
- Derrick Muha*[obscured]*
- Carron L. *[obscured]*

5