# OFFICIAL BALLOT

## City Primary Election
### Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, Precinct 337

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Tom Barrow | Cedric Banks |
| Angelo Scott Brown | David Bullock ● |
| D'Artagnan M. Collier | Angles Lisa Hunt |
| Krystal A. Crittendon | Saunteel Jenkins |
| Fred Durhal Jr. | Brenda Jones ● |
| Herman Griffin | Monica Lewis-Patrick |
| Lisa L. Howze | Roy McCalister Jr. |
| Willie G. Lipscomb Jr. | Jessica M. Rayford-Clark |
| Mark Murphy | |
| Benny N. Napoleon | |
| John Olumba | **CITY COUNCIL DISTRICT 7**<br>Vote for not more than 1 |
| Sigmunt John Szczepkowski Jr. | |
| John Telford | Dustin H. Campbell |
| Jean Vortkamp | Gabe Leland |
| | Regina Ross |
| *Mike Duggan* ● | John K. Bennett |

"6"

DISTRICT "A"

# OFFICIAL BALLOT

**City Primary Election**
**Tuesday, August 6, 2013**
**Wayne County, Michigan**
**City of Detroit, AVCB 69**

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 | POLICE COM...<br>DIST...<br>Vote for n... |
|---|---|---|
| Sigmunt John Szczepkowski Jr. | Monica Lewis-Patrick ● | Willie... |
| John Telford | Roy McCalister Jr. | Ja... |
| Jean Vortkamp | Jessica M. Rayford-Clark | M... |
| Tom Barrow | Cedric Banks | |
| Angelo Scott Brown | David Bullock ○ | |
| D'Artagnan M. Collier | Angies Lisa Hunt ○ | |
| Krystal A. Crittendon | Saunteel Jenkins ○ | |
| Fred Durhal Jr. | Brenda Jones ● | |
| Herman Griffin | | ○ |
| Lisa L. Howze | | ○ |
| Willie G. Lipscomb Jr. | **CITY COUNCIL DISTRICT 5**<br>Vote for not more than 1 | |
| Mark Murphy | | |
| Benny N. Napoleon | Mary Waters ● | |
| John Olumba | Brian White | |
| *Mike Duggan* ● (write-in) | Adam Hollier | |
| **CITY CLERK**<br>Vote for not more than 1 | Mary Sheffield | |
| | DaNetta L. Simpson | |
| Lucinda J. Darrah | | **7** |
| D. Etta Wilcoxon | | |

# OFFICIAL BALLOT

## City Primary Election
### Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, AVCB 69

AVCB 69

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Sigmunt John Szczepkowski Jr. | Monica Lewis-Patrick ● |
| John Telford | Roy McCalister Jr. |
| Jean Vortkamp | Jessica M. Rayford-Clark |
| Tom Barrow | Cedric Banks |
| Angelo Scott Brown | David Bullock |
| D'Artagnan M. Collier | Angles Lisa Hunt |
| Krystal A. Crittendon | Saunteel Jenkins |
| Fred Durhal Jr. | Brenda Jones ● |
| Herman Griffin | |
| Lisa L. Howze | |
| Willie G. Lipscomb Jr. | **CITY COUNCIL DISTRICT 5**<br>Vote for not more than |
| Mark Murphy | |
| Benny N. Napoleon | Mary Waters |
| John Olumba | Brian White |
| *Mike Duggan* ● | Adam Holli |
| **CITY CLE** Vote for not m | Mary Sheff |

8

DaNetta L. Simp

13-53846-tjt    Doc 3771-3    Filed 04/01/14    Entered 04/04/14 10:35:06    Page 3 of 5

# City Primary Election
## Tuesday, August 6, 2013
### Wayne County, Michigan
### City of Detroit, AVCB 53

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Benny N. Napoleon | Monica Lewis-Patrick |
| John Olumba | Roy McCalister Jr. |
| Sigmunt John Szczepkowski Jr. | Jessica M. Rayford-Clark |
| John Telford | Cedric Banks |
| Jean Vortkamp | David Bullock ● |
| Tom Barrow | Angles Lisa Hunt |
| Angelo Scott Brown | Saunteel Jenkins |
| D'Artagnan M. Collier | Brenda Jones ● |
| Krystal A. Crittendon | |
| Fred Durhal Jr. | |
| Herman Griffin | |
| Lisa L. Howze | |
| Willie G. Lipscomb Jr. | Bettie Cook Scott |
| Mark Murphy | Andre L. Spivey |
| M. DUGGAN ● | Albert Aaron |

**9**

### CITY COUNCIL DISTRICT 4
Vote for not more than 1

# OFFICIAL BALLOT

AVCB 53

## City Primary Election
## Tuesday, August 6, 2013
### Wayne County, Michigan
### City of Detroit, AVCB 53

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 | POLI |
|---|---|---|
| Benny N. Napoleon | Monica Lewis-Patrick | |
| John Olumba | Roy McCalister Jr. | |
| Sigmunt John Szczepkowski Jr. | Jessica M. Rayford-Clark | W |
| John Telford | Cedric Banks | |
| Jean Vortkamp | David Bullock ● | |
| Tom Barrow | Angles Lisa Hunt | |
| Angelo Scott Brown | Saunteel Jenkins | |
| D'Artagnan M. Collier | Brenda Jones ● | |
| Krystal A. Crittendon | | |
| Fred Durhal Jr. | | |
| Herman Griffin | **CITY COUNCIL DISTRICT 4**<br>Vote for not more than 1 | |
| Lisa L. Howze | | |
| Willie G. Lipscomb Jr. | Bettie Cook Scott | |
| Mark Murphy | Andre L. Spivey | |
| M. DUGGAN ● | Albert Aaron | |
| | Jessie Lee Fennie | |

10