

11

13-53846-tjt    Doc 3771-4    Filed 04/01/14    Entered 04/04/14 10:35:06    Page 1 of 5

# OFFICIAL BALLOT

## City Primary Election
### Tuesday, August 6, 2013
### Wayne County, Michigan
### City of Detroit, AVCB 53

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 | POLICE CO... |
|---|---|---|
| Benny N. Napoleon | Monica Lewis-Patrick | |
| John Olumba | Roy McCalister Jr. | Ko... |
| Sigmunt John Szczepkowski Jr. | Jessica M. Rayford-Clark | Willia... |
| John Telford | Cedric Banks | Hen... |
| Jean Vortkamp | David Bullock ● | |
| Tom Barrow | Angles Lisa Hunt | |
| Angelo Scott Brown | Saunteel Jenkins | |
| D'Artagnan M. Collier | Brenda Jones ● | |
| Krystal A. Crittendon | | |
| Fred Durhal Jr. | | |
| Herman Griffin | **CITY COUNCIL DISTRICT 4**<br>Vote for not more than 1 | |
| Lisa L. Howze | | |
| Willie G. Lipscomb Jr. | Bettie Cook Scott | |
| Mark Murphy | Andre L. Spivey | |
| *(write-in)* DUGGAN ● | Albert Aaron | |
| **CITY CLERK**<br>Vote for not more than 1 | Jessie Lee Fennie | |
| | Khalil Ligon | |
| | Bernard Parker | |

**12**



# OFFICIAL BALLOT

## City Primary Election
### Tuesday, August 6, 2013
### Wayne County, Michigan
### City of Detroit, AVCB 53

**14**

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 | POLICE COMM<br>DISTRICT |
|---|---|---|
| Benny N. Napoleon | Monica Lewis-Patrick | Willi... |
| John Olumba | Roy McCalister Jr. | Konrad |
| Sigmunt John Szczepkowski Jr. | Jessica M. Rayford-Clark | William O. |
| John Telford | Cedric Banks | Henry L. |
| Jean Vortkamp | David Bullock ● | |
| Tom Barrow | Angles Lisa Hunt | |
| Angelo Scott Brown | Saunteel Jenkins | |
| D'Artagnan M. Collier | Brenda Jones ● | |
| Krystal A. Crittendon | | |
| Fred Durhal Jr. | | |
| Herman Griffin | **CITY COUNCIL DISTRICT 4**<br>Vote for not more than 1 | |
| Lisa L. Howze | | |
| Willie G. Lipscomb Jr. | Bettie Cook Scott | |
| Mark Murphy | Andre L. Spivey | |
| *M. DUGGAN* ● | Albert Aaron | |
| | Jessie Lee Fennie | |
| **CITY CLERK**<br>Vote for not more than 1 | Khalil Ligon | |
| James Cole Jr. | Bernard Parker | |

# OFFICIAL BALLOT

## City Primary Election
### Tuesday, August 6, 2013
### Wayne County, Michigan
### City of Detroit, AVCB 53

| MAYOR (Vote for not more than 1) | CITY COUNCIL AT LARGE (Vote for not more than 2) | POLICE |
|---|---|---|
| Benny N. Napoleon | Monica Lewis-Patrick | |
| John Olumba | Roy McCalister Jr. | Ken |
| Sigmunt John Szczepkowski Jr | Jessica M. Rayford-Clark | William |
| John Telford | Cedric Banks | Hen |
| Jean Vortkamp | David Bullock | |
| Tom Barrow | Angles Lisa Hunt | |
| Angelo Scott Brown | Saunteel Jenkins | |
| D'Artagnan M. Collier | Brenda Jones | |
| Krystal A. Crittendon | | |
| Fred Durhal Jr. | | |
| Herman Griffin | | |
| Lisa L. Howze | | |
| Willie G. Lipscomb Jr. | | |
| Mark Murphy | | |
| DUGGAN | | |

## CITY COUNCIL DISTRICT 4
### Vote for not more than 1

- Bettie Cook Scott
- Andre L. Spivey
- Albert Aaron
- Jessie Lee Fennie
- Khalil Ligon
- Parker

## CITY CLERK
### Vote for not more than 1

15