M

**City Primary Election**
**Tuesday, August 6, 201[3]**
**Wayne County, Michigan**
**City of Detroit, AVCB 69**

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Sigmunt John Szczepkowski Jr. | Monica Lewis-Patrick |
| John Telford | Roy McCalister Jr. |
| Jean Vortkamp | Jessica M. Rayford-Clark |
| Tom Barrow | Cedric Banks |
| Angelo Scott Brown | David Bullock |
| D'Artagnan M. Collier | Angles Lisa Hunt |
| Krystal A. Crittendon | Saunteel Jenkins |
| Fred Durhal Jr. | Brenda Jones |
| Herman Griffin | |
| Lisa L. Howze | |
| Willie G. Lipscomb Jr. | CITY COUNCIL DISTRICT |
| Mark Murphy | |
| Benny N. Napoleon | Mary Wa... |
| John Olumba | Brian... |
| MIKE DUGGAN ● | Adam... |

16

CITY CLERK
Vote for not more than 1

Mary S...

13-53846-tjt  Doc 3771-3  Filed 04/01/14  Entered 04/04/14 10:35:06  Page 1 of 5

# OFFICIAL BALLOT

**City Primary Election**
**Tuesday, August 6, 2013**
**Wayne County, Michigan**
**City of Detroit, AVCB 69**

AVCB 69

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Sigmunt John Szczepkowski Jr. | Monica Lewis-Patrick |
| John Telford | Roy McCalister Jr. |
| Jean Vortkamp | Jessica M. Rayford-Clark |
| Tom Barrow | Cedric Banks |
| Angelo Scott Brown | David Bullock |
| D'Artagnan M. Collier | Angies Lisa Hunt |
| Krystal A. Crittendon | Saunteel Jenkins |
| Fred Durhal Jr. | Brenda Jones |
| Herman Griffin | |
| Lisa L. Howze | |
| Willie G. Lipscomb Jr. | **CITY COUNCIL DISTRICT 5**<br>Vote for not more than 1 |
| Mark Murphy | |
| Benny N. Napoleon | Mary Waters |
| John Olumba | Brian White |
| | Adam Holli… |
| MIKE DUGGAN ● | Mary Sheffi… |

17

# OFFICIAL BALLOT
City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, Precinct 32

## MAYOR
Vote for not more than 1

- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba
- Sigmunt John Szczepkowski Jr.
- John Telford
- Joan Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- MIKE DUGGAN ●

## CITY CLERK
Vote for not more than 1

## CITY COUNCIL AT LARGE
Vote for not more than 2

- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock ●
- Angies Lisa Hunt
- Saunteel Jenkins ●
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister Jr.

**18**

## CITY COUNCIL DISTRICT 4
Vote for not more than 1

- Bettie Cook Scott
- Andre L. Spive
- Albert Aar
- Jessie Lee Fer
- Khalil

13-53846-tjt    Doc 3771-5    Filed 04/01/14    Entered 04/04/14 10:35:06    Page 3 of 5

City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, Precinct 225

**MAYOR**
Vote for not more than 1

- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba
- Sigmunt John Szczepkowski Jr.
- John Telford
- Jean Vortkamp
- ● MIKE DUGGAN (write-in)

**CITY CLERK**
Vote for not more than 1

**CITY COUNCIL AT LARGE**
Vote for not more than 2

- Cedric Banks
- David Bullock
- Angies Lisa Hunt
- Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark

19

**CITY COUNCIL DISTRICT 2**
Vote for not more than 1

- Leslie Love
- Derrick Muhammad
- Carron L. Pinkin
- Ken Sc
- Hollie R. Tug



OFFICIAL BALLOT
City Primary Election
Tuesday, August 6, 2013
City of Detroit

**MAYOR**
Vote for not more than one

- Sigmund John Szczepkowski Jr
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba

*Mike Duggan* (write-in)

**CITY CLERK**

20