OFFICIAL BALLOT
City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, AVCB 83

**MAYOR**
Vote for not more than 1

- Sigmunt John Szczepkowski Jr.
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba

**CITY COUNCIL AT LARGE**
Vote for not more than 2

- Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock
- Angles Lisa H...

**CITY CO...
DISTR...**
Vote for not...

21

**OFFICIAL BALLOT**

City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, AVCB 14

| MAYOR | CITY COUNCIL AT-LARGE |
|---|---|
| James Lechard | Roy McCalister Jr. |
| Jean Vortkamp | Jessica M. Rayford-Clark |
| Tom Barrow | Cedric Banks |
| Angelo Scott Brown | David Bullock |
| D'Artagnan M. Collier | Anglea Lisa Hunt |
| Krystal A. Crittendon | Sauntsei Jenkins |
| Fred Durhal Jr. | Brenda Jones |
| Herman Griffin | Monica Lewis-Patrick |
| Lisa L. Howze | |
| Willie G. Lipscomb Jr. | |
| Mark Murphy | **CITY COUNCIL DISTRICT 1** Vote for not more than |
| Benny N. Napoleon | |
| John Olumba | Wanda Jan Hi |
| Sigmunt John Szczepkowski Jr. | Ulice Sherm |
| *Mat Duggan* (write-in) | James T |
| **CITY CLERK** | James Kyle B |

22



# OFFICIAL BALLOT

**City Primary Election**
**Tuesday, August 6, 2013**
Wayne County, Michigan
City of Detroit, AVCB 99

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Jean Vortkamp | Saunteel Jenkins |
| Tom Barrow | Brenda Jones |
| Angelo Scott Brown | Monica Lewis-Patrick |
| D'Artagnan M. Collier | Roy McCallster Jr. |
| Krystal A. Crittendon | Jessica M. Rayford-Clark |
| Fred Durhal Jr. | Cedric Banks |
| Herman Griffin | David Bullock |
| Lisa L. Howze | Angles Lisa Hunt |
| Willie G. Lipscomb Jr. | |
| Mark Murphy | |
| Benny N. Napoleon | |
| John Olumba | **CITY COUNCIL DISTRICT 1**<br>Vote for not more than 1 |
| Sigmunt John Szczepkowski Jr. | James Tate |
| John Telford | James Kyle Beeler |
| *Mike Duggan* ● (write-in) | Osei Bomani |

| CITY CLERK<br>Vote for not more than 1 | |
|---|---|
| | Darryl D. Brown |
| | Laura Goodspeed |
| Lucinda J. Darrah | Wanda Jan Hill |
| D. Etta Wilcoxon | Ulice Sherman |
| Janice M. Winfrey | |
| Scotty Boman | |
| James Cole Jr. | |

**24**

# OFFICIAL BALLOT

## City Primary Election
### Tuesday, August 6, 2013
### Wayne County, Michigan
### City of Detroit, AVCB 99

### MAYOR
Vote for not more than 1

- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba
- Sigmunt John Szczepkowski Jr.
- John Telford
- MiKe Duggan (write-in)

### CITY CLERK
Vote for not more than 1

- Lucinda J. Darrah
- D. Etta Wilcoxon
- Janice M. Winfrey
- Scotty Boman
- James Cole Jr.

### CITY COUNCIL AT LARGE
Vote for not more than 2

- Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock
- Angies Lisa Hunt

### CITY COUNCIL DISTRICT 1
Vote for not more than 1

- James Tate
- James Kyle Beeler
- Osei Bomani
- Darryl D. Brown
- Laura Goodspeed
- Wanda Jan Hill
- Ulice Sherman

25