# OFFICIAL BALLOT

**City Primary Election**
**Tuesday, August 6, 2013**
Wayne County, Michigan
City of Detroit, AVCB 15

26

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Jean Vorkamp | Jessica M. Rayford-Clark |
| Tom Barrow | Cedric Banks |
| Angelo Scott Brown | David Bullock |
| D'Artagnan M. Collier | Angles Lisa Hunt |
| Krystal A. Crittendon | Saunteel Jenkins ● |
| Fred Durhal Jr. | Brenda Jones |
| Herman Griffin | Monica Lewis-Patrick |
| Lisa L. Howze | Roy McCalister Jr. |
| Willie G. Lipscomb Jr. | |
| Mark Murphy | |
| Benny N. Napoleon | CITY COUNCIL DISTRICT 2<br>Vote for not more than 1 |
| John Olumba | Richard J. Bowers Jr. |
| Sigmunt John Szczepkowski Jr. | Terrance A. Burney |
| John Telford | George Cushingberry Jr. ● |
| Mike DUGGAN (write-in) | Barbara Herard |
| CITY CLERK<br>Vote for not more than 1 | Leslie Love |

**OFFICIAL BALLOT**

**City Primary Election**
**Tuesday, August 6, 2013**
Wayne County, Michigan
City of Detroit, AVCB 15

AVCB 15

27

**MAYOR**
Vote for not more than 1

- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba
- Sigmunt John Szczepkowski Jr.
- John Telford
- ● Mike Duggan (write-in)

**CITY COUNCIL AT LARGE**
Vote for not more than 2

- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock
- Angles Lisa Hunt
- ● Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister Jr.

**CITY COUNCIL DISTRICT 2**
Vote for not more than 1

- Richard J. Bowers Jr.
- Terrance A. Burney
- George Cushingberry Jr.
- Barbara Herard
- Leslie Love

**CITY CLERK**
Vote for not more than 1

13-53846-tjt   Doc 3771-7   Filed 04/01/14   Entered 04/04/14 10:35:06   Page 2 of 5

**OFFICIAL BALLOT**

City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, AVCB 83

**MAYOR**
Vote for not more than 1

- Sigmunt John Szczepkowski Jr.
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba
- MIKE DUGGAN - MAYOR 

**CITY CLERK**
Vote for not more than 1

- James Cole Jr.
- Lucinda J. Darrah
- D. Etta Wilcoxon
- Janice M. Winfrey
- Scotty Boman

**CITY COUNCIL AT LARGE**
Vote for not more than 2

- Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Rey McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock
- Angles Lisa Hunt

**CITY COUNCIL DISTRICT 7**
Vote for not more than 1

- Gabe Leland
- Regina Ross
- John K. Bennett
- Robb Bennett
- Dustin H. Campbell

28

**MAYOR**
Vote for not more than 1

- Sigmunt John Szczepkowski Jr.
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba
- MIKE DUGGAN = MAYOR ●  *(write-in)*

**CITY COUNCIL AT LARGE**
Vote for not more than 2

- Saunteel Jenkins ●
- Brenda Jones ●
- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock
- Angles Lisa Hunt
- *[29]*
- Gabe Leland
- Regina Ross
- John K. Bennett

**MAYOR**
Vote for not more than 1

- Sigmunt John Szczepkowski Jr.
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba

*Handwritten: MIKE DUGGAN, MAYOR*

**CITY COUNCIL AT-LARGE**

- Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Bank[...]
- David Bull[...]
- Angles Lisa H[...]

30

**CITY CO[UNCIL]
DISTR[ICT]**
Vote for not [...]

- Ga[...]
- R[...]
- Joh[...]