**MAYOR**
Vote for not more than 1

- Sigmunt John Szczepkowski Jr.
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba

*Mike Duggan* (written in)

**CITY COUNCIL AT LARGE**

- Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister
- Jessica M. Rayford-C...
- Cedric B...
- David B...
- Angles Li...

31

**MAYOR**
Vote for not more than 1

- Sigmunt John Szczepkowski Jr.
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba

*Mike Duggan* (write-in)

**CITY COUNCIL AT LARGE**

- Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Ba[...]
- David Bul[...]
- Angles Lis[...]

32

# OFFICIAL BALLOT

**City Primary Election**
**Tuesday, August 6, 2013**
Wayne County, Michigan
City of Detroit, AVCB 49

### MAYOR

*(illegible names)*

- Ron Barrow
- *(illegible)* Brown
- *(illegible)* Cose
- Krystal A. *(illegible)*
- *(illegible)* Durhal Jr.

### CITY CLERK

- *(illegible)* J. Garrett
- D. Etta *(illegible)*
- Janice M. *(illegible)*
- *(illegible)*
- *(illegible)*

### CITY COUNCIL AT LARGE
*(vote for not more than 2)*

- David Bullock
- Angles Lisa Hurt
- Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica W. Rayford-Clark
- Cedric Banks

### CITY COUNCIL DISTRICT 4
*(vote for not more than 1)*

- Albert Aaron
- Jessie Lee Fonnix
- Khalil Ligon
- Bernard Parker
- Barrie Cook Scott
- Andre L. Spivey

### POLICE COMMISSIONER DISTRICT 4
*(vote for not more than 1)*

- Willie E. Bell
- Konrad A. Greene
- William O. Thompson
- Henry L. Williams Jr.

33



