# OFFICIAL BALLOT

City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, AVCB 53

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 | POLICE COMM<br>DISTRI... |
|---|---|---|
| Benny N. Napoleon | Monica Lewis-Patrick | Will... |
| John Olumba | Roy McCalister Jr. | Konrad... |
| Sigmunt John Szczepkowski Jr. | Jessica M. Rayford-Clark | William O... |
| John Telford | Cedric Banks | Henry L... |
| Jean Vortkamp | David Bullock ● | |
| Tom Barrow | Angles Lisa Hunt | |
| Angelo Scott Brown | Saunteel Jenkins | |
| D'Artagnan M. Collier | Brenda Jones ● | |
| Krystal A. Crittendon | | |
| Fred Durhal Jr. | | |
| Herman Griffin | **CITY COUNCIL DISTRICT 4**<br>Vote for not more than 1 | |
| Lisa L. Howze | | |
| Willie G. Lipscomb Jr. | Bettie Cook Scott | |
| Mark Murphy | Andre L. Spivey | |
| *M. DUGGAN* ● | Albert Aaron | |
| | Jessie Lee Fennie | |
| **CITY CLERK**<br>Vote for not more than 1 | | |

36

# OFFICIAL BALLOT

## City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, AVCB 53

### MAYOR
Vote for not more than 1

- Benny N. Napoleon
- John Olumba
- Sigmunt John Szczepkowski Jr.
- John Telford
- Joan Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittenden
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- M. DUGGAN *(write-in)*

### CITY CLERK
Vote for not more than 1

- James Cole Jr.
- Lucinda J. Darrah
- D. Etta Wilcoxon
- Janice M. Winfrey
- Scotty Boman

### CITY COUNCIL AT-LARGE
Vote for not more than 2

- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock
- Angles Lisa Hunt
- Saunteel Jenkins
- Brenda Jones

### CITY COUNCIL DISTRICT 4
Vote for not more than 1

- Bettie Cook Scott
- Andre L. Spivey
- Albert Aaron
- Jessie Lee Fennie
- Khalil Ligon
- Bernard Parker

### POLICE COMMISSIONER DISTRICT 4
Vote for not more than 1

- Willie E. Bell
- Konrad A. Greene
- William O. Thompson
- Henry L. Williams Jr.

37

## OFFICIAL BALLOT
City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, AVCB 53

### MAYOR
- Benny N. Napoleon
- John Olumba
- Sigmunt John Szczepkowski Jr.
- John Telford
- Joan Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- Krystal A. Crittenden
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- M. DUGGAN

### CITY CLERK
- James Cole Jr.
- Lucinda J. Darrah
- D. Etta Wilcoxon
- Janice M. Winfrey
- Scotty Boman

### CITY COUNCIL AT-LARGE
- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock
- Angles Lisa Hunt
- Saunteel Jenkins
- Brenda Jones

### CITY COUNCIL DISTRICT 4
- Bettie Cook Scott
- Andre L. Spivey
- Albert Aaron

# OFFICIAL BALLOT

## City Primary Election
### Tuesday, August 6, 2013
### Wayne County, Michigan
### City of Detroit, AVCB 53

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| Benny N. Napoleon | Monica Lewis-Patrick |
| John Olumba | Roy McCalister Jr. |
| Sigmunt John Szczepkowski Jr. | Jessica M. Rayford-Clark |
| John Telford | Cedric Banks |
| Jean Vortkamp | David Bullock ● |
| Tom Barrow | Angles Lisa Hunt |
| Angelo Scott Brown | Saunteel Jenkins |
| D'Artagnan M. Collier | Brenda Jones ● |
| Krystal A. Crittendon | |
| Fred Durhal Jr. | |
| Herman Griffin | |
| Lisa L. Howze | **CITY COUNCIL DISTRICT 4**<br>Vote for not more than 1 |
| Willie C. Lipscomb Jr. | Bettie Cook Scott |
| Mark Murphy | Andre L. Spivey |

38

# OFFICIAL BALLOT

**City Primary Election**
**Tuesday, August 6, 2013**
Wayne County, Michigan
City of Detroit, AVCB 14

| MAYOR<br>Vote for not more than 1 | CITY COUNCIL AT LARGE<br>Vote for not more than 2 |
|---|---|
| John Telford | Roy McCalister Jr. |
| Jean Vortkamp | Jessica M. Rayford-Clark |
| Tom Barrow | Cedric Banks |
| Angelo Scott Brown | David Bullock ● |
| D'Artagnan M. Collier | Angles Lisa Hunt |
| Krystal A. Crittendon | Saunteel Jenkins |
| Fred Durhal Jr. | Brenda Jones |
| Herman Griffin | Monica Lewis-Patrick ● |
| Lisa L. Howze | |
| Willie G. Lipscomb Jr. | |
| Mark Murphy | **CITY COUNCIL DISTRICT 1**<br>Vote for not more than 1 |
| Benny N. Napoleon | |
| John Olumba | Wanda Jan Hill ● |
| Sigmunt John Szczepkowski Jr. | Ulice Sherman |
| *M. DUGGAN* ● | James Tate |
| | James Kyle Beeler |
| **CITY CLERK**<br>Vote for not more than 1 | Osei Bomani |
| | Darryl D. Brown |
| Lucinda J. Darrah | Laura Goodspeed |
| D. Etta Wilcoxon | |
| Janice M. Winfrey | |
| Scotty Boman | |
| James Cole Jr. ● | |

39

Wayne County, Michigan
City of Detroit  Precinct 80

## CITY COUNCIL AT LARGE

- Jessica M Haynes Gren
- Cedric Reeves
- David Bullock
- Angela Lisa Hurt
- Saunteel Jenkins
- Brenda Jones
- Monica Lewis-Patrick
- Roy McCalister Jr.

## CITY COUNCIL DISTRICT 3

- Wanda Redmond
- Eugene Stapp
- Derthea E. Thomas
- Francine Adams
- Russ Bellant
- Myron Cash Benford
- Scott Benson

## MAYOR

- Benny N. Napoleon
- John Olumba
- [illegible]
- [illegible]
- Jean Vortkamp
- Tom Barrow
- Angela Brett-Brown
- D'Artagnan M. Collier
- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Mike Duggan (write-in)

## CITY CLERK

- Janice M Winfrey
- Scotty Boman
- Janees Cole Jr
- Lucinda J Darrah
- D. Etta Wilcoxon

# OFFICIAL BALLOT

City Primary Election
Tuesday, August 6, 2013
Wayne County, Michigan
City of Detroit, Precinct 158

## MAYOR
Vote for not more than 1

- Krystal A. Crittendon
- Fred Durhal Jr.
- Herman Griffin
- Lisa L. Howze
- Willie G. Lipscomb Jr.
- Mark Murphy
- Benny N. Napoleon
- John Olumba
- Sigmunt John Szczepkowski Jr.
- John Telford
- Jean Vortkamp
- Tom Barrow
- Angelo Scott Brown
- D'Artagnan M. Collier
- *Mike Duggan* (write-in)

## CITY CLERK
Vote for not more than 1

- Lucinda J. Darrah
- D. Etta Wilcoxon
- Janice M. Winfrey
- Scotty Boman
- James Cole Jr.

## CITY COUNCIL AT LARGE
Vote for not more than 2

- Monica Lewis-Patrick
- Roy McCalister Jr.
- Jessica M. Rayford-Clark
- Cedric Banks
- David Bullock
- Angela Lisa Hunt
- Saunteel Jenkins
- Brenda Jones

## CITY COUNCIL DISTRICT 5
Vote for not more than 1

- Mary Sheffield
- DaNetta L. Simpson
- Mary Waters
- Brian White
- Adam Hollier

## POLICE COMMISSIONER DISTRICT 5
Vote for not more than 1

- Marcellus Brice
- Willie E. Burton
- Jamie S. Fields

---

13-53846-tjt  Doc 3771-9  Filed 04/01/14  Entered 04/04/14 10:35:06  Page 6 of 6