UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor _____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Frances Rivers

Frances Rivers hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. (I) we/am/are interested in the Bankruptcy of the City of Detroit because _my democratic rights have been taken away_.

2. (I) we object to the above filing because: _My vote didn't matter!_

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Frances A. Rivers
Signature: Frances A. Rivers
Address: 8120 E. Jefferson Ste 3H
Detroit, MI 48214
Email: francesarivers@aol.com

Dated: 3/30/14

13-53846-tjt   Doc 3774   Filed 04/03/14   Entered 04/04/14 10:51:28   Page 1 of 1