UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 APR -3 P 12: 57
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor _____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: *Cheryl Rayford*

*Cheryl Rayford* hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because *My democratic rights have been taken away (I didn't vote) for Orr. 2) I'm a taxpayer (3) I'm a citizen, (4) I'm a homeowner*

2. I / we object to the above filing because: *My vote didn't matter. (2) I had no say. (3) Someone else voted for Orr to represent me (4), Cost of living raises are to be eliminated (5). The City will pay zero into the pension fund for the next 10 years. - Healthcare has been eliminated for those under 65. The plan of adjustment assures that no banker will miss a meal but for retirees it's a death sentence*

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: *Cheryl R. Rayford*
Signature: *Cheryl Rayford*
Address: *8910 W. Outer Dr*
*Det. MI 48219*
Email: *rayford13@att.net*

Dated: *3/20/14*