UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor _____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

_Carletta Flodd_ FILED BY: _Carletta Flodd_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because _My democratic has been taken away_ ~~I'm a~~ _Tax payer_ (1) _I'm Citizen_ (2) _Property owner_

2. (I)/we object to the above filing because: _My vote didn't matter_ _I had no say_ _you still elected Kevin Orr to represent me_

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Carletta Flodd_
X Signature _Carletta Flodd_
Address: _18200 Cathedral_
_Detroit, MI 48228_
Email: _____

Dated: X 3-20-14

13-53846-tjt   Doc 3780   Filed 04/03/14   Entered 04/04/14 11:06:13   Page 1 of 1