UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name **Syncora Guarantee & Syncora Capital Assurance**

Firm **Kirkland & Ellis LLP**

Address **300 N. LaSalle**

City, State, Zip **Chicago, IL 60654**

Phone **312.862.3200**

Email **dustin.paige@kirkland.com**

**Case/Debtor Name:** City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

◉ Bankruptcy ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 4/3/14   Time of Hearing: 9amET   Title of Hearing: Hearing re Detroit Bankruptcy

Please specify portion of hearing requested: ◉ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

◉ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

**Type of Request:**

◉ Ordinary Transcript - $3.65 per page (30 calendar days)
○ 14-Day Transcript - $4.25 per page (14 calendar days)
○ Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date _____ By _____

Order Received: _____

Transcript Ordered: _____

Transcript Received: _____

**Signature of Ordering Party:**

_Dustin Paige_   Date: 4/4/14

By signing, I certify that I will pay all charges upon completion of the transcript request.