UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Owen C. Credeau Jr._

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / ~~we~~ am/are interested in the Bankruptcy of the City of Detroit because
_I am a retiree of the City of Detroit_

2. I / ~~we~~ object to the above filing because:
_I worked in the skilled trades for the City of Detroit for a lower wage then outside (for 31 years) because of the pension. It was my understanding that a government pension was guaranteed._

3. I ~~have~~/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Owen C. Credeau Jr._
Signature: _[signature]_    Address:
_12054 Chatham Detroit, MI 48239_
Email:

Dated: _31 March 2014_