UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED

In the matter of:

CITY OF DETROIT, MICHIGAN

2014 APR -3  A 8:24

Debtor

_U.S. BANKRUPTCY COURT_
_E.D. MICHIGAN-DETROIT_

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Paul Clifford Wells

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.  I / ~~we~~ am/are interested in the Bankruptcy of the City of Detroit because
I'm a Retiree of 32 yrs from City of Detroit, Water Dept.

2.  I / ~~we~~ object to the above filing because:
This effects my life tremendously. I planned my Retirement on the trust factor that a financially planned Retirement was the only way to finalize a Retirement. Since I Retired 4 1/2 yrs. Ago. The State Started Taking Retirees which has never been done before. Now I'm paying for my own Medical Insurance. I'm paying $2,200.00 to the State of Michigan for Taxes, over $5,120 for Medical + Prescriptions at full price. We have not started to look at the cost of living for the next 25 yrs that I hope to live. Now they C.O.D. want to take more money from me. I planned this for 32 yrs. Please Don't Let them take anything else, we can't Re negotiate are Retirement.

3.  I ~~have/~~ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Paul Clifford Wells

Signature: Paul Clifford Wells          Address:
18646 Binder  Detroit MI 48234
JazzyPW@  Email:
SBCGlobal.Net

Dated: 4-1-2014