UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Carol A. Johnson

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _____ I retired from the City of Detroit in 1999_____

2. I / we object to the above filing because:
___My retirement from the City of Detroit was based on my meeting with the Pension Bureau that outlined what I would receive. If the City of Detroit reduces my pension and my husband's pension, we will be forced to return to the workforce. And who wants to hire us at our age – Wal Mart? Minimum wage jobs are the only jobs available to seniors and we would spend what we earned in gas money. It is unfair that we sacrificed and worked over thirty years to be treated with such disrespect. There has to be another alternative to resolving this problem, which doesn't include throwing away our aging population that devoted their life to working the City of Detroit

3. I have attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: CAROL A. Johnson
Signature: Carol A. Johnson
Address: 10411 Charlottsville CT.
Las Vegas, NV 89149
Email: cajohnson-213@hotmail.com

Dated: March 31, 2014

The Emergency Manager wants to reduce our pension by 34%, my husband and I both retired from the City of Detroit, so that basically eliminating one of our checks. We paid into social security which is supplemental income, not enough to live on. Our cost of living is based on our pension checks and our social security checks. What are we suppose to do? The City of Detroit has taken our medical, optical and dental; that has already reduced our income by more than 20%.

I understand Police and Fire didn't pay social security taxes, so the employees that did are being penalized. If Police and Fire take a 10% cut, so should everyone else. Most police officers retire and find employment in security at the auto plants. Most fire fighters work two jobs while they are employed by the Fire Department. We have all sacrificed our lives for the City of Detroit.

In 1972, a disgruntle employee entered Receiving Hospital and several employees were killed and wounded. I was blessed and escaped through a window and only endured a back injury. So, working in an office can be as deadly as working the streets of Detroit. We all deserve a fair settlement, not just police and fire.