UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor _____ /

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Cynthia Blair hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I am a Police Widow-Retiree.

2. I / we object to the above filing because:
   (1) The State of MI has taxed our pensions, The marketplace Health Insurance has TAXED us again by federal and state TAXES, and now reducing pensions by 26% - 6% times you in poverty. We will now (soon) end up on the State of MI welfare food stamps - medicaid — when we have truly worked for these pensions.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

(1) Federal-State Taxes on Pensions
(2) Health Care federal-State Taxes again on Pensioners
(3) Bankruptcy further reducing pensions, what is left.

Name: Cynthia S Blair
Signature: Cynthia S Blair
Address: 8865 Esper St
Email: Tweety5980@att.net

Dated: 4-3-14

(4) To reduce first responders to poverty should be against the law in the United States.

(5) Judge Rhodes to force Kevyn Orr to sue the Banks for the fraudulent SWAP deals instead of taking from retirees. [Banks] should be forced to give the city of Detroit money it's owed.

13-53846-tjt  Doc 3790  Filed 04/04/14  Entered 04/04/14 12:44:02  Page 1 of 1