UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION — DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY:_____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.      I / we am/are interested in the Bankruptcy of the City of Detroit because

_____

2.      I / we object to the above filing because:

*We do not believe these action(s) are justified - Our city is great - production of autos, art, manufacturing, independence etc. The city need their retirement money - in full.*

3.      I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name:_____Evelyn Case_____

Signature:_____

Address:_____P.O. Box 6920_____
_____Det Mi 48206_____

Email:_____

Dated: April 1, 2014