UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

|                                | Creditors/Appellants, |
| ------------------------------ | --------------------- |
| v                              |                       |
| In re:                         | Chapter 9             |
| CITY OF DETROIT, MICHIGAN      | Case No. 13-53846     |
| AND EMERGENCY MANAGER          | Judge Steven W Rhodes |
| KEVYN D. ORR                   |                       |
|                                | Debtor/Appellee       |

Case No. 14-cv-10434
Hon. Bernard A. Friedman
Magistrate Paul J. Komives

## OBJECTIONS TO CITY PLAN OF ADJUSTMENT

I/We are residents of the City of_____

and a taxpayer of the State of Michigan and a citizen of the United States.

We are creditor and /or creditors and the interested part and/or parties and

object to the bankruptcy and to the City Plan of Adjustment for the

following reasons:

1) We object to Kevyn Orr plan of adjustment infringes on and take

1

way your right to vote on pages 22-23 of the plan of adjustment.

2) We object to "A ten 10% reduction in monthly pension amount (b) elimination of the deferred retirement option plan feature of Police and Fireman Retirement System (PFRS) and a **10% reduction in the monthly pension amount** <u>provided</u> that with respect to holders that are active employee, in the event the unfunded liabilities of the PFRS for the plan year ending June 30, 2014 is greater than the unfunded liabilities of the PFRS as of June 30, 2013, the reduction in the monthly pension amount <u>shall be increased</u> to the extent necessary to ensure that there is no change in the amount of the under funding between plan year ending 2013 and 2014. Section 193 page15.

3) We object to no determination on the Certificate of Participation (COP) swap claims that was a major cause of the bankruptcy in article ll Classification of claims; cramdown executory contracts and unexpired lease. Article ll page 23.

_Johmma Kinchloe_
Objector signature
Address 439 henry apt 403
City, State, & Zip Detroit MI 48201