UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

OBJECTION TO: Debtor's Plan of Adjustment

FILED BY: _____

TO: Hon. Steven J Rhodes hereby states his/her/their OBJECTION for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a Retiree of the City of Detroit.

2. I / we object to the above filing because: I worked for my retirement and healthcare benefits and was promised a pension that I would be able to care for myself and other obligations. It is unfair and devastating to cut what has been earned. Make the banks pay. Don't balance the budget on the weakest.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Linda Appling
LINDA APPLING

Dated: 3/27/14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
_____Debtor____/
Hon. STEVEN W. RHODES

## APPLICATION TO WAIVE ELECTRONIC FILING

I hereby request the Court will waive electronic filing because:

1. I am not a lawyer and I am filing this objection pro se.

2. I do not have electronic filing privileges.

3. (circled) This is an important case and it affects my legal rights

I hereby certify the foregoing is true and correct under penalty of contempt of court and perjury under the laws of the United States of America.

_Linda Appling_ (signature)
LINDA APPLING

Dated:
3/27/14