UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                        :

In re                                  : Chapter 9

CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846

              Debtor.                  : Hon. Steven W. Rhodes

---------------------------------------------------------x

## ORDER GRANTING MOTION OF THE
## CITY OF DETROIT FOR APPROVAL OF AMENDED BALLOTS

This matter came before the Court on the *Motion of the City of Detroit for Approval of Amended Ballots* (Docket No. 3463) (the "Motion").[1]  The Court reviewed the Motion, and the Court has determined, after due deliberation, that (a) it has jurisdiction over this matter, (b) this is a core proceeding, (c) notice of the Motion was adequate under the circumstances and (d) the relief requested in the Motion is fair, equitable and in the best interests of the City, its creditors and other parties in interest.[2]

---

[1]     Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

[2]     To the extent any finding of fact in this order constitutes a conclusion of law, it is adopted as such.  To the extent any conclusion of law in this order constitutes a finding of fact, it is adopted as such.

1

Accordingly, it is hereby ORDERED that:

1. All objections to the Motion, if any, are overruled in their entirety, and the Motion is granted as set forth in this Order.

2. The forms of the ballots attached to the Motion as Exhibits 6A.1 through 6A.21 (collectively, the "Ballots") are materially the same as Official Form 14 and are hereby approved.

3. The Court's *Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment* (Docket No. 2789) (the "Solicitation Procedures Order") is incorporated herein by reference, and any mention of "Ballots," "Master Ballots" or "Beneficial Ballots" in the Solicitation Procedures Order shall refer, as appropriate, to the Ballots attached to the Motion and approved by this Order. Nothing in this Order shall be deemed to alter or modify any of the findings of fact made, or relief granted, in the Solicitation Procedures Order.

4. The City is authorized to make non-substantive or immaterial changes to the Ballots, without further order of the Court, including, but not limited to (a) ministerial changes to correct typographical and grammatical errors, (b) conforming changes to the Ballots based on subsequent modifications to the

Disclosure Statement, the Plan and other related documents and (c) altering the format of the Ballots to facilitate their efficient distribution.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

6. The City and its counsel are authorized, in their discretion, to take or refrain from taking any action necessary or appropriate to implement the terms of and relief granted by this Order in accordance with the Motion and without further order of the Court.

7. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

.

**Signed on April 04, 2014**

                                                   /s/ **Steven Rhodes**
                                                   **Steven Rhodes**
                                                   **United States Bankruptcy Judge**