UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                          :

In re                                        : Chapter 9

CITY OF DETROIT, MICHIGAN,        : Case No. 13-53846

                  Debtor.                : Hon. Steven W. Rhodes

---------------------------------------------------------x

**ORDER APPROVING STIPULATION BY AND BETWEEN
THE CITY OF DETROIT AND THE PUBLIC SAFETY UNIONS
REGARDING BALLOTS AND VOTING FOR PUBLIC SAFETY UNIONS**

This matter is before the Court on the Stipulation by and Between the City of Detroit and the Public Safety Unions Regarding Ballots and Voting for Public Safety Unions (the "<u>Stipulation</u>"),[1] filed by the City of Detroit (the "<u>City</u>") and the Detroit Fire Fighters Association, the Detroit Police Officers Association, the Detroit Police Lieutenants & Sergeants Association and the Detroit Police Command Officers Association (collectively, the "<u>Public Safety Unions</u>"). The Court has reviewed the Stipulation and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. §157(b).

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation.

1

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Subject to the terms and conditions of the Solicitation Procedures Order, (a) the Public Safety Unions shall each receive a solicitation package and a ballot for each proof of claim that they have filed and (b) the Public Safety Unions shall have no more than one vote on the Plan with respect to each proof of claim filed by the Public Safety Unions. Any ballots submitted by the Public Safety Unions shall be counted solely as set forth in the Solicitation Procedures Order.

3. Individual members of the Public Safety Unions who are named in the Omnibus Claims shall not be entitled to receive solicitation packages or ballots, and shall not be entitled to vote on the Plan solely with respect to any proofs of claim filed by the Public Safety Unions. Nothing in this Order shall limit the rights of any individual Public Safety Union member to vote regarding proofs of claim which they have individually filed, nor shall this Order limit the right of any individual Public Safety Union member as a Holder of a PFRS Pension Claim to receive a Solicitation Package and to vote on such claim, provided, however, that to the extent any proof of claim filed by an individual Public Safety Union member is duplicative of a proof of claim filed by the Public Safety Union, the individual union member shall not be entitled to vote on the Plan with respect to that individually-filed proof of claim.

**Signed on April 04, 2014**

                                                      /s/ Steven Rhodes
                                            **Steven Rhodes**
                                            **United States Bankruptcy Judge**