April 3, 2014

Case # 13-53846
Federal Bankruptcy Court:

In regards to: City of Detroit Chapter 9

I Alpha Drane object to the Plan of Docket # 2708.

1. The Plan is unjust
2. The Plan is unfair
3. The Plan is destructive for Citizens of the City of Detroit

Alpha Drane
2695 Oakman Ct.
Det, MI. 48238

FILED 2014 APR -3 P 1:58 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT