# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                                Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
      Debtor.                                            Hon. Steven W. Rhodes

_____/

**Order Striking Objection for Failure to Comply with
the Second Amended Order Establishing Procedures, Deadlines
and Hearing Dates Relating to the Debtor's Plan of Adjustment**

On March 6, 2014, the Court entered the Second Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Dkt. #2937) (the "Order"). Paragraph 4 of the Order requires that objecting parties shall not state objections to the proposed plan as objections to the proposed disclosure statement.

On April 2, 2014, creditor Sylvia E. Smith filed an "Objection to City of Detroit's Plan of Adjustment [Docket 2708] and/or Disclosure Statement With Respect to Plan of Adjustment [Docket 2709]" (Dkt. #3679). This pleading purports to combine objections to the disclosure statement with objections to the proposed plan in violation of the Order. Accordingly,

**IT IS HEREBY ORDERED** that the above referenced objection is stricken, without prejudice, for failure to comply with the Order. Nothing in this order shall prevent the objecting party from filing a new objection to the disclosure statement and a new objection to the plan; however, objections to the disclosure statement must be filed separately from objections to the plan.

.

**Signed on April 03, 2014**

                                           **/s/ Steven Rhodes**
                                         **Steven Rhodes**
                                         **United States Bankruptcy Judge**

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0645-2          User: ckata           Page 1 of 13          Date Rcvd: Apr 03, 2014
                              Form ID: pdf02         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2014.
cr           +Sylvia E. Smith,    8019 3rd Street,    Detroit, MI 48202-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2014 at the address(es) listed below:
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Allan S. Brilliant    on behalf of Creditor   Macomb County allan.brilliant@dechert.com
          Allison Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General
           abach@dickinsonwright.com
          Amy D. Caton    on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
           achouprouta@kramerlevin.com
          Amy D. Caton    on behalf of Creditor   BlackRock Financial Management, Inc.
           acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.    on behalf of Creditor   Citizens United Against Corrupt Government
           aap43@outlook.com,  aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
           aap43law@gmail.com
          Andrew J. Gerdes    on behalf of Creditor   Fidelity Management & Research Company
           agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes    on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
           wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Angela Williams    on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
           HollisR@dhcmi.org
          Anthony J. Kochis    on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
           ruptcy.com
          Arthur O'Reilly    on behalf of Interested Party   Detroit Institute of Arts
           aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti    on behalf of Creditor   International Union, United Automobile, Aerospace
           and Agricultural Implement Workers of America bceccotti@cwsny.com
          Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek    on behalf of Creditor   Detroit Police Command Officers Association
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor   Detroit Police Officers Association
           bpatek@ermanteicher.com
          Barry S. Fagan    on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
           bfagan@dibandfagan.com
          Brendan G. Best    on behalf of Interested Party   Ambac Assurance Corporation
           bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
           ssikorski@manteselaw.com
          Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
           bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
           bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
           Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
           bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
           carol.cohen@arentfox.com
          Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
          Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees
           carole.neville@dentons.com
          Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
           caroline.english@arentfox.com
          Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
          Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
           czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
           czucker@ermanteicher.com
          Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner   on behalf of Plaintiff   Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg   on behalf of Creditor   Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc.
           dmollicone@dmms.com
          David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
           kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
          Debra N. Pospiech   on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
          Debra N. Pospiech   on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
          Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
           don@mcguiganlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters,
             AFL-CIO, CLC dls@wmlaborlaw.com
            Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
             dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
            Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
             eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
             eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
             eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
             eerman@ermanteicher.com
            Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
             ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
            Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
             ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
            Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
             litdocket@honigman.com
            Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
             emajoros@glmpc.com
            Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
             (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
             ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
             bankruptcy@orlans.com, ANHSOA@earthlink.net
            Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
             ecrowder@sbplclaw.com, lhaas@sbplclaw.com
            Eric  Rosenberg   on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
             amendiola@morganmeyers.com
            Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
            Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
             carlson@millercanfield.com
            Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
             enovetsky@jaffelaw.com
            Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
             bankruptcy.maxwelldunn@gmail.com
            Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
             Detroit efeldman@clarkhill.com
            Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
             efeldman@clarkhill.com
            Fred  Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
            Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
             pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
            Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
             jbrown@steinbergshapiro.com
            Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
            Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
             ecf-hen@rhoadesmckee.com
            Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
             Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
             Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
             Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
            Heather  Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
             hlennox@jonesday.com
            Heather  Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
            Heidi  Peterson   hdpeterson75@gmail.com
            Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
             mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
            Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
             howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
            Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
             howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
            Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
             howard@jacobweingarten.com
            Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
            Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
             howard@jacobweingarten.com
            Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
             howard@jacobweingarten.com
            Howard S. Sher   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
             Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
            Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
             Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
            Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
             howard@jacobweingarten.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt International S.A.
        howard@jacobweingarten.com
        Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
        Howard S. Sher   on behalf of Intervenor-Defendant   FMS Wertmanagement AR
        howard@jacobweingarten.com
        Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
        Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
        James  Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
        james.sprayregen@kirkland.com
        James  Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
        james.sprayregen@kirkland.com
        James  Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
        james.sprayregen@kirkland.com
        Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
        Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
        jeansartre@msn.com
        Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
        ecf@zaplc.com
        Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
        sharrow@mcdonaldhopkins.com
        Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
        Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
        jbank@kerr-russell.com
        Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
        Jeffrey  Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
        Jeffrey  Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
        Lhaidostian@mwe.com
        Jeffrey David Eaton   on behalf of Creditor   FMS Wertmanagement jeaton@schiffhardin.com
        Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
        Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
        jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
        Jennifer  Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
        jbelveal@honigman.com,  mjohnson@honigman.com
        Jennifer  Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
        jbelveal@honigman.com,  mjohnson@honigman.com
        Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
        Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
        John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
        pjohnson@bredhoff.com
        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
        John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
        john.sieger@kattenlaw.com
        John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
        jgregg@btlaw.com
        Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
        green@millercanfield.com
        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
        green@millercanfield.com
        Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
        jfischer@carsonfischer.com
        Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com
        Joseph Mark Fisher   on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com
        Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
        litdocket@honigman.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
        jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
        jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
        jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
        Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
        blundberg@honigman.com,  litdocket@honigman.com
        Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
        jcalton@honigman.com,  litdocket@honigman.com
        Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
        mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
              jteicher@ermanteicher.com
             Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
             344 jteicher@ermanteicher.com
             Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
              jteicher@ermanteicher.com
             Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
              jteicher@ermanteicher.com
             Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
              karen.dine@kattenlaw.com
             Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
             Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
             Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
              Avery@SilvermanMorris.com
             Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
              Association Avery@SilvermanMorris.com
             Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
              Avery@SilvermanMorris.com
             Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
              Avery@SilvermanMorris.com
             Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
              kressk@pepperlaw.com,  alexsym@pepperlaw.com
             Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
              kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
             Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
              kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
             Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
              kschneider@schneidermiller.com
             Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
              kevin.baum@kattenlaw.com
             Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
              ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
             Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
             Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
              thornbladh.kurt3@gmail.com
             Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
              kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
             Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
              kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
             Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
              llarose@chadbourne.com,
              skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
             Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
              llarose@chadbourne.com,
              skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
             Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
             Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
              Lisa.Fenning@aporter.com
             Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
              Detroit Lisa.Fenning@aporter.com
             Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
              lrochkind@jaffelaw.com,  dburris@jaffelaw.com
             Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
              lrochkind@jaffelaw.com,  dburris@jaffelaw.com
             Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
              lbrimer@stroblpc.com,  kvanakin@stroblpc.com
             M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
              dwhadden@umich.edu
             Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
              MField@stroblpc.com,  jmckeogh@stroblpc.com
             Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
             324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
             Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
             Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
             Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
             Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
             Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
              mkato@sachswaldman.com,  pmerchak@sachswaldman.com
             Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
             Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
             Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
              swansonm@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
       Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
       mark.angelov@arentfox.com
       Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
       jabdelnour@resnicklaw.net
       Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
       jbrown@steinbergshapiro.com
       Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
       shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
       Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
       mrj@wwrplaw.com
       Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
       Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
       Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
       bankrout@davispolk.com
       Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
       mbcobbs@flash.net
       Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
       Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
       Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
       Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
       Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
       wilkins@bwst-law.com,  marbury@bwst-law.com
       Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
       wilkins@bwst-law.com,  marbury@bwst-law.com
       Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
       wilkins@bwst-law.com,  marbury@bwst-law.com
       Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
       wilkins@bwst-law.com,  marbury@bwst-law.com
       Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
       Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
       Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
       summersm@ballardspahr.com
       Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
       Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
       summersm@ballardspahr.com
       Matthew Gernet Summers    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
       Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
       Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
       summersm@ballardspahr.com
       Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt
       International S.A. summersm@ballardspahr.com
       Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
       melissa@demolaw.com,  paula@demolaw.com
       Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
       Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
       paula@demolaw.com
       Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com,  paula@demolaw.com
       Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
       paula@demolaw.com
       Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
       mdordeski@foleymansfield.com,cindy@loevy.com
       Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
       mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
       Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
       Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
       makarmanesq@gmail.com
       Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
       Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
       mchammer2@dickinsonwright.com
       Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
       Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
       Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
       mike.paslay@wallerlaw.com,
       Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
       rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
       Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
       msl@maddinhauser.com,  bac@maddinhauser.com
       My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
       mao-bk-ecf@debevoise.com
       Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
       Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
       ayadlaw@hotmail.com
       Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
       Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
       Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
       Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America Nganatra@uaw.net
          Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
           noah.ornstein@kirkland.com
          Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
           noah.ornstein@kirkland.com
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
           ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,  wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
           hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose   on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ryan  Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
           rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
           rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees
           sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
           soconnor@glmpc.com
          Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Sean M. Walsh   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           swalsh@sbplclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
           lawtoll@comcast.net
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
           Radom@butzel.com
          Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
   morris@silvermanmorris.com,  marlene@silvermanmorris.com
        Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
   marlene@silvermanmorris.com
        Timothy A. Fusco   on behalf of Interested Party  Meijer, Inc. fusco@millercanfield.com
        Timothy A. Fusco   on behalf of Debtor In Possession  City of Detroit, Michigan
   fusco@millercanfield.com
        Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
   tgraves@allardfishpc.com,  allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
   allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
   allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
   allardfishpc@yahoo.com
        Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State,
   County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com,
   clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association
   clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
   clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State,
   County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc.
   clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
   clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Interested Party  1983 Claimants tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
   trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
        vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
        William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
        William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
        William C. Blasses    on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
        William C. Blasses    on behalf of Interested Party   Michigan Property Tax Relief, LLC
        wcb@osbig.com
        William C. Blasses    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
        William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
        William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
        Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
        yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com

                                                   TOTAL: 524