## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                        Chapter 9

City of Detroit, Michigan,                    Case No. 13-53846

      Debtor.                                Hon. Steven W. Rhodes

_____/

### Order Striking Objection for Failure to Comply with
### the Second Amended Order Establishing Procedures, Deadlines
### and Hearing Dates Relating to the Debtor's Plan of Adjustment

On March 6, 2014, the Court entered the Second Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Dkt. #2937) (the "Order"). Paragraph 4 of the Order requires that objecting parties shall not state objections to the proposed plan as objections to the proposed disclosure statement.

On April 1, 2014, creditor Willie J. Hayes filed an "Objection to City of Detroit's Plan of Adjustment [Docket 2708] and/or Disclosure Statement With Respect to Plan of Adjustment [Docket 2709]" (Dkt. #3677). This pleading purports to combine objections to the disclosure statement with objections to the proposed plan in violation of the Order. Accordingly,

**IT IS HEREBY ORDERED** that the above referenced objection is stricken, without prejudice, for failure to comply with the Order. Nothing in this order shall prevent the objecting party from filing a new objection to the disclosure statement and a new objection to the plan; however, objections to the disclosure statement must be filed separately from objections to the plan.

.

**Signed on April 03, 2014**

                              _____/s/ Steven Rhodes_____
                                  **Steven Rhodes**
                                  **United States Bankruptcy Judge**

In re:                                                              Case No. 13-53846-swr
City of Detroit, Michigan                                          Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: ckata          Page 1 of 13          Date Rcvd: Apr 03, 2014
                             Form ID: pdf02        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2014.
cr              +Willie J. Hayes,   19200 Dequindre,   Detroit, MI 48234-1279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2014 at the address(es) listed below:
        A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Allan S. Brilliant    on behalf of Creditor   Macomb County allan.brilliant@dechert.com
        Allison Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General
        abach@dickinsonwright.com
        Amy D. Caton    on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
        achouprouta@kramerlevin.com
        Amy D. Caton    on behalf of Creditor   BlackRock Financial Management, Inc.
        acaton@kramerlevin.com,  achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.    on behalf of Creditor   Citizens United Against Corrupt Government
        aap43@outlook.com,  aap43law@gmail.com
        Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
        aap43law@gmail.com
        Andrew J. Gerdes    on behalf of Creditor   Fidelity Management & Research Company
        agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Andrew J. Gerdes    on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
        wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Angela Williams    on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
        HollisR@dhcmi.org
        Anthony J. Kochis    on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
        stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
        ruptcy.com
        Arthur O'Reilly    on behalf of Interested Party   Detroit Institute of Arts
        aoreilly@honigman.com,  ahatcher@honigman.com
        Babette A. Ceccotti    on behalf of Creditor   International Union, United Automobile, Aerospace
        and Agricultural Implement Workers of America bceccotti@cwsny.com
        Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Barbara A. Patek    on behalf of Creditor   Detroit Police Command Officers Association
        bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor   Detroit Police Officers Association
        bpatek@ermanteicher.com
        Barry S. Fagan    on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
        bfagan@dibandfagan.com
        Brendan G. Best    on behalf of Interested Party   Ambac Assurance Corporation
        bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
        Brendan G. Best    on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
        wkyles@schaferandweiner.com
        Brendan G. Best    on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
        wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
          Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
          bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
          bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
          Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
          bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
          carol.cohen@arentfox.com
          Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan carole.neville@dentons.com
          Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees
          carole.neville@dentons.com
          Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
          caroline.english@arentfox.com
          Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
          caroline.english@arentfox.com
          Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
          charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
          cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com
          Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
          BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
          cgrosman@carsonfischer.com
          Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
          claude.montgomery@dentons.com,docketny@dentons.com,
          carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
          Detroit, Michigan claude.montgomery@dentons.com,
          carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
          czucker@ermanteicher.com
          Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Dan   Korobkin   on behalf of Interested Party Jerome   Pierce dkorobkin@aclumich.org
          Dan   Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan   Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan   Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan   Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan   Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan   Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan   Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan   Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan   Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner  on behalf of Plaintiff  Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner  on behalf of Interested Party  Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David Eisenberg  on behalf of Creditor  Detroit Police Command Officers Association
           deisenberg@ermanteicher.com
          David Eisenberg  on behalf of Creditor  Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David Eisenberg  on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David Eisenberg  on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner  on behalf of Creditor  Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Mollicone  on behalf of Creditor  Brown Rehabilitation Management, Inc.
           dmollicone@dmms.com
          David Gilbert Heiman  on behalf of Defendant  City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman  on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman  on behalf of Debtor In Possession  City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow  on behalf of Plaintiff  Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow  on behalf of Interested Party  Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack  on behalf of Other Professional  McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin  on behalf of Interested Party  The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley  on behalf of Interested Party  State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap  on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Debtor In Possession  City of Detroit, Michigan
           kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Plaintiff  City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Plaintiff  City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant  City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish  on behalf of Interested Party  Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party  Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party  Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party  Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Debra N. Pospiech  on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
          Debra N. Pospiech  on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
          Debra N. Pospiech  on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
          Dirk H. Beckwith  on behalf of Defendant  U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith  on behalf of Interested Party  U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith  on behalf of Creditor  Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith  on behalf of Creditor  U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II  on behalf of Interested Party  Mario's Restaurant, Inc.
           don@mcguiganlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
   AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
   eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
   eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
   eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
   eerman@ermanteicher.com
Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
   ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
   ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
   litdocket@honigman.com
Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
   emajoros@glmpc.com
Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
   (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
   ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
   bankruptcy@orlans.com, ANHSOA@earthlink.net
Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
   ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com,
   amendiola@morganmeyers.com
Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
   carlson@millercanfield.com
Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
   enovetsky@jaffelaw.com
Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
   bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
   Detroit efeldman@clarkhill.com
Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
   efeldman@clarkhill.com
Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
   pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
   jbrown@steinbergshapiro.com
Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
   ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
   Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
   Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
   Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
   hlennox@jonesday.com
Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
Heidi Peterson   hdpeterson75@gmail.com
Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
   mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
   howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
   howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
   howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
   howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
   howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
   Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
   Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
   howard@jacobweingarten.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com

Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com

Howard S. Sher   on behalf of Intervenor-Defendant   FMS Wertmanagement AR howard@jacobweingarten.com

Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com

Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com

James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com

James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com

Jamie Scott Fields   on behalf of Creditor Jamie Fields jeansartre@msn.com

Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association jeansartre@msn.com

Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com, ecf@zaplc.com

Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com

Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com

Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com

Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com

Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com

Jeffrey David Eaton   on behalf of Creditor   FMS Wertmanagement jeaton@schiffhardin.com

Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com

Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com

Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com

Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net

Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net

John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com

John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com

John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com

John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan jgregg@btlaw.com

Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com

Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com

Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com

Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com

Joseph Mark Fisher   on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com

Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com

Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

Judy B. Calton   on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com

Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
    jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
    344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
    jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
    jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
    karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
    Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
    Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
    Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
    Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
    kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
    kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
    kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
    kschneider@schneidermiller.com
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
    kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
    ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
    kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
    kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
    llarose@chadbourne.com,
    skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
    llarose@chadbourne.com,
    skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
    Lisa.Fenning@aporter.com
Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
    Detroit Lisa.Fenning@aporter.com
Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
    lrochkind@jaffelaw.com, dburris@jaffelaw.com
Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
    lrochkind@jaffelaw.com, dburris@jaffelaw.com
Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
    lbrimer@stroblpc.com, kvanakin@stroblpc.com
M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
    dwhadden@umich.edu
Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association
    MField@stroblpc.com, jmckeogh@stroblpc.com
Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
    324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
    pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
    pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
    pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
    pmerchak@sachswaldman.com
Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
    mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
    pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
    pmerchak@sachswaldman.com
Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
    swansonm@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
         mark.angelov@arentfox.com
        Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
         jabdelnour@resnicklaw.net
        Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
         jbrown@steinbergshapiro.com
        Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
         shapiro@steinbergshapiro.com,    jbrown@steinbergshapiro.com
        Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
         mrj@wwrplaw.com
        Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
        Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
        Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
         bankrout@davispolk.com
        Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
         mbcobbs@flash.net
        Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
        Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
        Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
         Michigan wilkins@bwst-law.com,    marbury@bwst-law.com
        Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
         wilkins@bwst-law.com,    marbury@bwst-law.com
        Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
         wilkins@bwst-law.com,    marbury@bwst-law.com
        Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
         wilkins@bwst-law.com,    marbury@bwst-law.com
        Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
         wilkins@bwst-law.com,    marbury@bwst-law.com
        Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
         Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
         summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
         summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
         Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
         summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt
         International S.A. summersm@ballardspahr.com
        Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
         melissa@demolaw.com,    paula@demolaw.com
        Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com,    paula@demolaw.com
        Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
         paula@demolaw.com
        Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com,    paula@demolaw.com
        Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
         paula@demolaw.com
        Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
         mdordeski@foleymansfield.com,cindy@loevy.com
        Meredith  Taunt    on behalf of Creditor    Retired Detroit Police Members Association
         mtaunt@stroblpc.com,    KVanAkin@stroblpc.com
        Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
        Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
         makarmanesq@gmail.com
        Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
         mchammer2@dickinsonwright.com
        Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
        Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
        Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
         mike.paslay@wallerlaw.com,
         Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
         rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
        Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
         msl@maddinhauser.com,    bac@maddinhauser.com
        My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
         mao-bk-ecf@debevoise.com
        Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
         ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America Nganatra@uaw.net
      Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
    noah.ornstein@kirkland.com
      Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
    noah.ornstein@kirkland.com
      Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
    Paige.Barr@kattenlaw.com
      Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
    mkisell@plunkettcooney.com
      Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
    pmears@btlaw.com
      Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
    phage@jaffelaw.com, jtravick@jaffelaw.com
      Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
    phage@jaffelaw.com, jtravick@jaffelaw.com
      Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
    Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
    Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
    marbury@bwst-law.com;pleban@bwst-law.com
      Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America pdechiara@cwsny.com
      Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
      Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
    pcanzano@sidley.com
      Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
    ralph.taylor@arentfox.com
      Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
      Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
    RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
    Pentiukpc@aol.com
      Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
    Pentiukpc@aol.com
      Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Raymond Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
      Raymond Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
      Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
      Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
    Department ecf@kaalaw.com, wjackson@KAALaw.com
      Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
    robert.darnell@usdoj.gov
      Robert Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
    rfetter@millercohen.com,
    richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
    com
      Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
    rweisberg@carsonfischer.com
      Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
    rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
    Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
      Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
      Robert M. Fishman    rfishman@shawfishman.com
      Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
    bbassel@gmail.com, robertbassel@hotmail.com
      Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
    robertbassel@hotmail.com
      Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
    bbassel@gmail.com, robertbassel@hotmail.com
      Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
    robertbassel@hotmail.com
      Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
    bbassel@gmail.com, robertbassel@hotmail.com
      Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com
      Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com
      Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
            hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
            alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
            alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
            alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
            alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
            alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose   on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ryan  Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
            jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
            rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
            rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
            jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
            rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
            Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
            jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
            jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
            ryan.bennett@kirkland.com,
            dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
            nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
            dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
            nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
            ryan.bennett@kirkland.com,
            dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
            nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
            ryan.bennett@kirkland.com,
            dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
            nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
            ryan.bennett@kirkland.com,
            dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
            nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees
            sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
            Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
            mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
            mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
            soconnor@glmpc.com
          Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
            david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
            stravis@wolfsonbolton.com;hkratich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Sean M. Walsh   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
            swalsh@sbplclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
          State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
          slevine@lowenstein.com
          Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
          lawtoll@comcast.net
          Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
          dguerrero@dykema.com
          Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
          dguerrero@dykema.com
          Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
          sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
          sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
          laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
          laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
          laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
          General showell@dickinsonwright.com
          Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
          mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmissian@schiffhardin.com;edocket@schiffha
          rdin.com
          Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
          Corporation Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
          Radom@butzel.com
          Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
          tchristy@garanlucow.com
          Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
          morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
          fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
          tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State,
          County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com,
          clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State,
          County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc.
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party  Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party  Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses    on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Pfeiffer Smith    on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
          Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party  Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                    TOTAL: 524