

# Plan of Action
## Strategic Restructuring
## Creating Excellence in Policing

# Detroit Police Department
## James E. Craig
### Chief of Police

**January 9, 2014**



13-53846-tjt    Doc 3830-1    Filed 04/06/14    Entered 04/06/14 17:55:36    Page 2 of 108



CITY OF DETROIT
POLICE DEPARTMENT
DETROIT PUBLIC SAFETY HEADQUARTERS

1301 THIRD STREET, SUITE 7S-751
DETROIT, MICHIGAN 48226
PHONE 313•596•1803
WWW.DETROITMI.GOV

January 9, 2014

**To the Citizens of Detroit,**

Your police department has completed a major planning effort and publishes herewith the Detroit Police Department (DPD) Strategic Restructuring Plan. I don't have to tell you, the residents of this city, that there is much in the Department that must be repaired, but I want to assure you that we are well on our way to repairing it. During my six months in office, we have been able to implement sweeping changes within this Department with the ultimate goal of making this a PREMIER law enforcement agency.

In October, we conducted the first merit-based process for appointments to the executive and command staff ranks in DPD in a long, long time. I have enormous confidence in the team we now have in place as Assistant Chiefs, Deputy Chiefs, Commanders, Captains, and civilian managers. They are capable, focused, energetic, knowledgeable, and committed. They are each working, in their particular areas and specialties, to improve every aspect of what has been, up until now, a less than stellar organization.

Together, the command staff and I envision a very different Detroit Police Department, one that serves the public and grapples with the crime that has made life in Detroit so difficult and inherently dangerous. We are reforming the policies and practices that have rendered our agency ineffective in past years. We are shoring up and investing in the neglected support services and infrastructure that are essential to modern police work. And we are leading our police officers, tapping into their strong desire, often frustrated in the past, to protect people of this city and to attack crime in all its forms. The Detroit Police Department truly has the hardest working men and women in law enforcement and the only thing that was missing from this department was leadership and accountability.

In keeping with my promise to be transparent and forthright, I felt it was important to publish the plan. In the coming year, you will see more positive changes in the Detroit Police Department than in the past twenty. We are going to rebuild this organization and give you the level of service you have demanded and rightfully deserve. That's our pledge to you and our promise to the future of Detroit.

Sincerely,

**JAMES E. CRAIG**
Chief of Police

JEC:cdw

# Table of Contents

Detroit Police Department Plan of Action .................................................................................3

Vision and Accountabilities ..........................................................................................................6

Office of the Chief of Police .........................................................................................................10

    Staffing and Organizational Change .......................................................................................11

    Office of the Chief of Staff .......................................................................................................13

    Office of Homeland Security & Emergency Management .......................................................15

    Office of Media Relations ........................................................................................................18

Office of Field Operations ...........................................................................................................19

    Crime Control Strategies .........................................................................................................21

    Neighborhood Policing Bureau ...............................................................................................24

    Criminal Investigations Bureau ...............................................................................................37

Office of Administrative Operations ...........................................................................................48

    Support Services Bureau .........................................................................................................50

    Human Resources Bureau .......................................................................................................70

    Communications Bureau .........................................................................................................76

    Technology Bureau .................................................................................................................80

    Labor Relations Division ..........................................................................................................88

    Memorandums of Understanding ...........................................................................................91

Professional Standards Division ..................................................................................................92

    Internal Controls Section .........................................................................................................93

    Disciplinary Administration Unit .............................................................................................95

Office of Finance and Budget ......................................................................................................98

    Budget Operations ..................................................................................................................99

    Fiscal Operations .....................................................................................................................100

    Grants and Contracts ..............................................................................................................102

    Payroll/Timekeeping ...............................................................................................................104

Federal Consent Decrees .............................................................................................................105

Exhibits ........................................................................................................................................109

# Detroit Police Department
# Plan of Action

Under the leadership of Chief James Craig, the Detroit Police Department (DPD) is undertaking a series of significant and far-reaching reforms, reorganizing and realigning the Department to better accomplish its crime reduction and community service goals. In the view of the Chief and his advisors, the Department has been poorly organized to contend with the police service and crime problems in the City of Detroit. There have been a variety of plans and restructurings put in place over the past several decades, by a variety of chiefs, as the department lost personnel, as service to the public deteriorated, and as crime remained at unacceptably high levels. In Chief Craig's view, none of these restructurings were particularly well conceived and none received the kind of leadership, attention, and follow-through from top management essential to making it work. In addition, the management itself kept changing, and the course of the department vacillated with the changes. The result has been a series of poorly implemented initiatives, some of which were rapidly reversed and none of which achieved a lasting improvement in the department's ability to accomplish its mission. Prior to the arrival of Chief Craig, the Detroit Police Department had lost the confidence of the public, lost the confidence of its own officers, and lost its way in terms of mapping out a practical and effective plan for the future. Yet upon taking office, Chief Craig has made tremendous strides in regaining the trust and support of our community, instantly increased the morale of the officers within the department and achieved tangible results that illustrate a steady decline in violent crimes and response time to priority calls for service.

Chief Craig and his leadership team are determined to win back the public trust by improving service and cutting crime and to earn the loyalty of Detroit's police officers by providing leadership that respects their opinions and expertise and enlists their enthusiastic support in a sustainable effort to turn things around. This document contains the Plan of Action to achieve these goals. This plan is not another top-down edict decreeing another mad scramble to transfer personnel or create a new unit focused on a particular problem. The plan has been prepared in consultation with many members of the Detroit Police Department and seeks to reflect their ideas about shaping the future. There was a surprising consensus among the Department's most thoughtful members about the changes needed in both department structure and operational procedure. DPD is ready to move forward with a measured set of reforms that will improve greatly its ability to serve the people of Detroit and to battle the rampant crime that has so damaged the many communities in this great city.

## Field Operations

The main thrust of the plan of action is to make the 11 precincts of the Detroit Police Department as the primary entities responsible for both crime control and service delivery in the City of Detroit and establish the precinct Captains as the principal leaders of these efforts. As one potent symbol of change in the organization, Chief Craig has decided to replace the title of Inspector with the title of Captain to signify the increased importance of this rank. The precinct Captain will be authorized, empowered, and resourced to serve the local community, to respond to crimes in progress and other calls for service, and to address emerging crime patterns and trends in the precinct. Toward that end, the Chief's plan

eliminates the district Commander function and the entire district system, which had assigned a district Commander to oversee two precinct Inspectors (now Captains). This layer of oversight was unnecessary and tended to muddy the waters with respect to responsibility and accountability. Precinct Captains are being granted full management responsibility for their respective precincts and will be held fully accountable for results. They, in turn, are expected to direct Lieutenants and Sergeants in much more active management of police patrol resources, ensuring prompt response to calls for service and a better directed overall patrol effort. Community Relations Units in the precincts will be reconfigured as Neighborhood Policing Units, each staffed by a Sergeant and three to four Neighborhood Police Officers (NPO) assigned to areas within the precinct. Connecting with community members in their respective sectors, these officers will also be expected to provide a sharp focus on problem solving and enforcement in the neighborhoods they work.

To further support the precinct commands, DPD is reestablishing precinct detective units (PDUs) to conduct investigations of local robberies, burglaries, and aggravated assaults, including non-fatal shootings. This locally based investigative resource is essential to making headway against the crimes that afflict the neighborhoods of Detroit: the local robberies, the local violence, and the violation of people's homes by burglars. The failure to respond effectively to burglaries has been a significant factor in diminishing public confidence in the police. The precinct detective units (PDUs) will be organized in the context of greatly improved case management systems, and requirements for swift investigative response and thorough investigative follow through will be vigorously enforced.

To ensure accountability in this decentralized system, the plan envisions a vigorous performance management, or Compstat process, run by the Assistant Chief of Operations, which will hold precinct Captains, investigative supervisors, and special unit supervisors accountable for outcomes. Compstat is a proven command accountability system that was developed by the New York City Police Department in the mid-1990s and has been adopted by many of the larger urban police agencies in the United States. It is credited with being a major factor in driving down American crime, including New York City's crime declines of more than 80 percent. Compstat assembles precinct Captains, investigative supervisors, and the supervisors of special units for intensive, probing crime strategy sessions that sharpen the focus on current crimes and crime patterns and help shape and direct enforcement efforts. As localized precinct commands respond to emerging problems, Compstat provides the strategic oversight to drive the department and its successful programs forward. The Compstat process will also be utilized to manage, direct, and focus the Ceasefire project, an important community outreach and mobilization effort currently under way that is designed to dramatically reduce gun violence in Detroit neighborhoods.

## Administrative Operations

DPD will also address a wide range of management and support issues in this plan, including an ambitious technology agenda to bring to the department 21st-century policing technology, greatly reducing paperwork burdens and vastly improving the management of crime statistics, criminal histories of suspects, police service data, and employment records. The plan will be seeking to rationalize DPD's facilities and property holdings, sorting among owned and leased facilities to determine which leases should be terminated and which owned space can be better utilized before proceeding with efforts to rehabilitate facilities and build additional precinct stations in the mid-term. The DPD fleet requires a comparable review, as well as improved maintenance systems and protocols, to bring it into street-ready condition.


detroit
police

DPD must meet significant personnel and staffing challenges in the coming months, including a high attrition rate, which will be driven by more than 450 employees already eligible to retire and approximately 750 others eligible to retire over the next five years. An effective recruitment effort, an effective retention effort, and an effective training program will all be part of the emerging plan for DPD. Civilianization of non-enforcement functions within DPD will also be part of the strategy, beginning with the civilianization of the DPD dispatcher function in the short term.

A comprehensive revamping of the arcane and haphazard DPD budget processes is already under way and will involve the command staff in shaping the budget process, establishing more appropriate budget line items, and assigning expenditures accurately to their respective cost centers. It is expected that this process will also identify opportunities for greater revenues from fee increases, more aggressive collections, and better identification and use of grant funds.

## Federal Consent Decree

DPD must manage the federally decreed consent judgments to a successful conclusion even as it gears up for a major crime fighting effort. These agreements were entered into more than ten years ago, the first regarding Use of Force, Arrest, and Witness Detention and the second regarding Conditions of Confinement. Subsequent to our compliance with the Conditions of Confinement, we have transferred all DPD detention functions to the Michigan Department of Corrections in October. It is essential, however, that DPD redouble its efforts on the Use of Force, Arrest, and Witness Detention consent judgment. Currently achieving a compliance level of 93 percent, DPD will continue its biweekly accountability meetings and its enhanced review of use-of-force cases at every level, as well as implementing a Sustainability Plan to ensure that the intended reforms of the consent judgment are maintained long after the monitoring process is concluded. The DPD's internal goal is 100 percent compliance with all the stipulations of the consent judgment, sooner—not later.

No one knows better than the DPD executive/command staff and the men and women of the Department how ambitious this Plan of Action actually is. Yet, the consensus in the organization is that sweeping and systemic changes are necessary. The DPD must be refocused and reenergized, and these changes must be swift and decisive to turn the tide against crime and disorder in Detroit. The City of Detroit faces a formidable array of problems in the coming years as it works its way through bankruptcy proceedings and back to financial health. Chief Craig and his executive/command staff are determined that the Detroit Police Department will not be just another one of those problems, but rather a powerful force for restoring peace, order, and pride in a great American city.

*The consulting firms Conway MacKenzie, Inc. and The Bratton Group, LLC assisted Chief Craig and his command staff in developing this Strategic Restructuring Plan of Action.*



# Vision Statement and Core Values

**The Vision Statement and Mission:**
*"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first."*

The Detroit Police Department's mission is to achieve its vision through the implementation of the steps set forth in this Plan of Action, which will reflect the following core values and characteristics of this Department.

- A robust energetic Department focused on reducing crime throughout the city so residents can freely walk the streets without fear. This focus will target repeat violent offenders and bring them to justice if they continue their violent ways.

- An effective crime prevention strategy with robust implementation of the Ceasefire process that has the potential to dramatically reduce violent crime in our neighborhoods.

- A community that truly shares responsibility for setting the standard for safety and security in every neighborhood; where community members vocally express their intolerance for aberrant criminal and deviant behavior that damages their neighborhoods' quality of life.

- Strong community collaboration with the Department in areas of policy development, strategic and tactical development, transparency and the sharing of responsibility between police and community to achieve the goal effective crime reduction and safety throughout the city.

- Strong performance management initiatives – including a problem-solving Compstat – that will ensure all employees are accountable for outcomes resulting from their activities.

- A strengthened commitment to problem--solving as a key means for reducing repeat situations of concern for the community and requiring police attention.

- Internal police management practices that show respect for employees and value the work they do, pushing down authority within the organization to be creative problem-solvers within policy guidelines.

- A leaner police organization that provides value for money spent by the citizens of Detroit for policing services.

- Stronger integration between police and other city agencies in providing services to those who have problems that may result in violent or destructive behavior.

- High levels of satisfaction with police performance in meeting community needs, resulting in higher levels of police legitimacy in the community and increased confidence that the police are treating everyone with respect, regardless of the circumstances.

- Maximizing police officers assigned to neighborhood policing through reducing specialization of certain functions.



- Widespread acknowledgement in the community that "cops count" in maintaining Detroit as a great place to live and work.

- A strong commitment to assisting victims of crime, to lessen the impact of criminal events on their lives and well-being.

- Powerful ethics within the police organization focused on truthfulness at all times and a commitment to excellence in community service through the organization's activities.

## The Accountabilities by Rank

All police officers are responsible for addressing a wide range of public safety situations affecting the quality of life within the community. In performing their duties, they are accountable for:

- The quality of their problem-solving, decision-making, and judicial use of discretionary authority.

- The quality and professionalism of their communication and interactions with the community, treating everyone with whom they have contact with respect and dignity, regardless of their position in life.

- Exercising judgment in a manner that is reassuring and responsive to the community.

- The treatment of victims and those in need of assistance in a manner that reflects the Department's values.

- The type of relationship the department has with the community.

- The level of communication, cooperation, and coordination with their fellow officers.

- Conducting themselves in a way that leads citizens to perceive their actions as legitimate and procedurally fair.

Sergeants are responsible for the consistency in officers' delivery of services. They are also accountable for:

- The quality of work of their subordinates, and communicating their strengths and weaknesses to them.

- The level of communication between officers and their colleagues, clients, and the community.

- Officers' understanding of and adherence to the Department's vision, mission and core values.

- Ensuring their subordinates are informed about situations or circumstances that may impact their assignments.

Lieutenants are responsible for the general oversight and management of the units for which they have operational control, and are also accountable for:

- The effective coordination among the various operational components of the department.

- Ensuring clear and open lines of communication between the units that report to them.

- The accuracy and timeliness of information provided to others in the department.

- The identification of crime patterns and trends, and the development of intervention strategies to be carried out by their subordinates.

- Thinking strategically in the development of problem solving strategies that meet certain criteria.

- The management of accurate, timely, and important information that is brought to the attention of their Captain, and/or other direct supervisor.

Captains are responsible for ensuring consistency in the delivery of services of shift commanders and unit commanders reporting to them, as well as providing constructive guidance to them (reinforcing that everyone is playing on the same team). They are also accountable for:

- The maintenance of staffing levels (ensuring proper staffing levels in order to maintain a safe and adequate delivery of police services).

- Defining and distributing informative and actionable intelligence and analysis.

- Balancing expenditures associated with their areas of responsibilities so that they are consistent with the overall mission and needs of the department.

- Ensuring victims and persons in need of assistance are treated in accordance with the values of the Department.

- The management of accurate, timely, and important information that is brought to the attention of their superior.

- In Precinct assignments, having knowledge of the state of crime in the precinct area and the quality of strategies to address that crime.

Commanders, Deputy Chiefs and Assistant Chiefs are responsible for establishing and maintaining a desired level of professional services, maintaining a high level of coordination of services with other agencies, and addressing perceptions of fear and other concerns in the community. They have the following accountabilities:

- The overall level of public trust and the professional reputation of the Department.

- The level of professionalism among all members of the Department.



- Transparency of operations and decisions in the eyes of the public.

- The level of collaboration and the quality of the partnerships that exist among city departments, service providers, other external agencies, as well as the various boards and commissions.

- The allocation of resources in order to maintain an adequate level of police services.

- The provision of officers' needs for guidance, training, professional development, and resources.

- The management of accurate, timely, and important information that is brought to the attention of the Chief of Police.

The Chief of Police is also accountable for:

- Outlining the vision for the Department.

- Ensuring all members of the Department are carrying out their duties in a manner that is consistent with the department's mission.

- Instilling the core values by which the department holds itself.

- Accepting the responsibility for the conduct of the members of the Department, and taking decisive action that corrects any matters that impinge upon the reputation and effectiveness of the department.

- Creating a working environment that is designed to carry out the Department's overall mission.

- The quality and effectiveness of the overall external and internal communication networks required to provide for the overall effectiveness of the police Department's overall operations.

- Providing for the proper and legitimate exercise of the Department's official authorities.

- Identify metrics that will be used to assess police performance and reflect expectations of the Detroit community.

detroit
police

# 2014 Departmental Goals and Benchmarks

- Reduce overall crime by 10 percent compared to 2013.

- Reduce response time to 5 minutes for all Priority One Calls for Service

- Increase the clearance rate for Homicides to 70 percent.

- Achieve 100% Compliance with the mandated Department of Justice's consent judgments by end of 2nd Quarter of 2014

- Hire 150 new police officers by the end of the 2nd Quarter of 2014

- Deploy Detectives in each of the 12 precincts by the end of the 1st Quarter of 2014.

- Ensure that the members of the DPD receive adequate training and equipment to perform at optimal levels and continue to focus on improving the overall working environment of our officers.

- Improve our relationships with our community by engaging in sustained problem oriented policing exercises with an emphasis on reducing the fear and perception of crime within the City of Detroit.

- Open stand alone precinct facilities for the 5th, 7th and 8th precincts by the end of 2014.

# Office of the Chief of Police

13-53846-tjt    Doc 3830-1    Filed 04/06/14    Entered 04/06/14 17:55:36    Page 14 of 108

# Office of the Chief of Police

The direct reports to the Chief of Police are the Assistant Chief of Field Operations, the Assistant Chief of Administration, the Chief of Staff, the Director of Budget, the Commander of Professional Standards Division, the Director of Homeland Security and Emergency Management, and the Director of Media Relations. This section also discusses staffing and organizational changes across the entire department.

Over the years and as a consequence of a variety of administrative choices, the DPD had become a top-heavy organization, especially in the Commander rank. The Commander is the intermediary rank between the Deputy Chiefs, who manage bureau-level operations, and the Inspectors (now Captains), who run the field commands, including the precincts and many of the specialized units. As recently as the beginning of 2012, the Department had 17 authorized Commander positions compared with 20 authorized positions in the next lowest rank. Six of the Commanders headed patrol districts, overseeing just two precincts each. The arrangement resulted in blurry lines of command and accountability in the management of precincts. Who is responsible: the precinct commanding officer or the Commander who oversees the precinct from the district level? How could oversight of just two precincts amount to a full-time job for a top manager? Under this system, the DPD seemed to have difficulty fixing accountability, which is vitally important to running a robust patrol operation in a large city. This Plan of Action implements a dramatic flattening of the organization and a thinning of the executive ranks.

## Staffing and Organizational Change

### 1.      Select and Reassign Command Staff

**Issue:** The DPD has been a top-heavy organization with too many command rank managers, especially in the rank of Commander.

**Recent Actions:** In a recent reorganization, the DPD has reduced its top command rank managers from a budgeted 26 positions to 15. It has assigned two assistant chiefs, one responsible for operations and one responsible for administration. It has assigned three deputy chiefs, one responsible for the Neighborhood Policing Bureau, one responsible for the Criminal Investigations Bureau, and one responsible for a newly named Support Services Bureau. The budget authorization for six deputy chief positions has been reduced to three. The DPD has assigned nine Commander positions to both operational and administrative functions. The budget authorization for 17 Commander positions has been reduced to 9. The budget authorization for Captains (formerly called inspectors) has been increased from 21 positions to 23. Permanent appointments to the assistant chief, deputy chief, Commander, and Captain ranks had all been made by October 8, 2013.

### 2.      Reassign and Reduce Commander Positions

**Issue:**  Until October 3rd, DPD had 17 budgeted Commander positions. The Commander titles were distributed as follows:



- Field Operations
  - Criminal Investigations – Formal
  - Organized Crime – Formal
  - Northwestern District - Acting
  - Northeastern District - Formal
  - Eastern District – Acting
  - Central District – Acting
  - Southwestern District - Acting
  - Western District – Formal
  - Patrol Operations Bureau – Formal
  - Assistant Chief's Office – Formal
  - Tactical Support – Acting
- Administrative Operations
  - Communication Operations – Formal
  - Office of Civil Rights – Formal – 2 Commanders
  - Training - Acting
  - Resource Management - Formal
- Professional Standards
  - Internal Controls - Formal
  - Disciplinary Administration - Formal

**Recent Actions:**  DPD reduced Commander level positions from 18 to nine. It should be noted that this reduction in budgeted positions yielded the Department an annual savings of $1 million dollars in wages.  The Commander titles are reassigned as follows:

- Field Operations
  - Major Crimes Division – Oversees the Homicide Unit, the Special Victims Unit, and the Crime Scene Unit.
  - Organized Crimes Division – Oversees the Narcotics/Vice Unit, the task forces with other agencies, the Commercial Auto Theft Unit and the Tactical Support Section.
  - Chief of Staff to the Police Chief – Oversees budget, the legal advisor, the Public Information Office, and the Neighborhood Community Liaison.
  - Neighborhood Policing – (Two Commanders) Oversees precincts in the East and West sectors of the city.
  - Downtown Services – Manages Gaming, Special Events, Tactical Operations, and Secondary Employment for police officers.
- Administrative Operations
  - Office of Civil Rights – Oversees training and audits and inspections and manages the consent judgment.
  - Labor Relations Section – Manages contract negotiations and relations with the police unions
- Professional Standards Division – Manages Internal Controls Section and Disciplinary Administration.



### 3.     Designate Inspectors as Captains

**Issue:** The current field managers of the department, who oversee the precincts and some special units, are designated as Inspectors.

**Recent Actions:** The Chief of Police has replaced the rank of Inspector with the rank of Captains in keeping with the practice of most police departments around the nation and as a symbol of the change in the DPD, where these managers will be empowered to manage their precincts, key investigation areas, etc. DPD has appointed 23 Captains in key leadership positions throughout the Department.

---

### 4.     Civilianize Administrative Functions in the DPD

**Issue:** In recent years, DPD has experienced sizable budget cuts due to the City's financial situation, and civilian administrative personnel were eliminated as a result.  Uniformed personnel were then removed from field policing activities and transferred into administrative positions.  DPD currently has over 300 uniformed personnel performing administrative functions, many of which could better be performed by civilians.

**Action Plan:** DPD plans to civilianize 275 back-office functions held by uniformed personnel. Uniformed personnel will be transferred back to field policing activities.  These actions will increase police presence across the city and improve administrative operations.

**Manager Responsible:** Director of Human Resources

**Time Frame:** Began in 4th Quarter of 2013, completed in phases over the next 12 months

---

### 5.     Designate Classifications within the Lieutenant and Sergeant Ranks

**Issue:** The current mid level managers of the department, who oversee the shifts within the precincts and act as commanding officers of some special units are not clearly identifiable within the Department's current rank structure.  There is an apparent need to establish a definitive order of authority and responsibility within the aforementioned supervisory ranks.

**Action Plan:** DPD will institute appointed classifications within the rank of Lieutenant and Sergeant. The classifications will be as follows:  Lieutenant 1st Class and Master Sergeant.  Lieutenant 1st Class will act as the second in command under a Captain.  Master Sergeant will be those Sergeants who hold positions as officer in charge of units and/or work directly under an Executive Officer.  The classification will include an incremental pay step increase of 2.5% above top pay in their respective pay grades.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

---


**detroit police**

# Office of the Chief of Staff

The chief of staff serves as key assistant to the Chief of Police. Monitoring follow-up on assignments and ensuring that the Chief if briefed on a wide range of Department activities. He also oversees the Neighborhood Liaison Section, the Planning and Research Units, and the Office Management Unit.

### 1.     Reduce Staffing Levels within Office of Chief of Police

**Issue:** The Office of the Chief at its peak was staffed by one inspector, one Lieutenant, three Sergeants, nine police officers, and two civilian clerks. The office was overstaffed and had assigned members to non-police functions and auxiliary duties, including interdepartmental mail processing and delivery, vehicle maintenance and timekeeping.

**Recent Actions:** The staffing level of the Office of the Chief has been reduced to one Commander, one Sergeant, two civilian clerks, and two police officers, who serve as the Chief's security detail. The revised staffing level has increased the overall efficiency of the office by reducing redundant clerical duties and improving office workflow.

---

### 2.     Establish Chief of Police's Community Advisory Board

**Issue:** The Chief of Police requires a direct line of communication with Detroit's communities.

**Recent Actions:** The Chief has established a Community Advisory Board that will meet regularly to discuss key issues affecting communities throughout the City. The Advisory Board is made up of community leaders from across the City of Detroit.

---

### 3.     Establish Neighborhood Liaison Unit

**Issue:** DPD has lost the confidence of the Detroit community, and the relationship between DPD and Detroit residents was less than favorable. DPD's previous community service efforts failed to provide a direct connection between the community and the Department. There has been no consistency in the level of community engagement executed citywide, and the level of engagement has varied widely from precinct to precinct.

**Recent Actions:** DPD has established a Neighborhood Liaison Unit which will be a direct report to the Office of the Chief/Chief of Staff. The newly formed Neighborhood Liaison Unit will be responsible for the organization and implementation of all of the Department's community outreach initiatives. Neighborhood Liaison will coordinate and provide assistance to Neighborhood Policing Units (NPUs) being established in every precinct. The Neighborhood Liaison Unit will also be responsible for ensuring that there is an unfiltered line of communication between the Office of the Chief and the various Detroit communities.

---

### 4.     Planning and Research

**Issue:** DPD requires a Planning and Research Unit that assertively seeks out law enforcement industry best practices and policies.

**Recent Actions:** Planning and Research has been established as a direct report to the Office of the Chief/Chief of Staff and is tasked with developing policies and procedures based on "best practices". Planning and Research is also be responsible for conducting any research relative to the deployment of new strategies and methods utilized by the Department.

5.     **Reduce Executive Protection Personnel**

**Issue:** The Mayor and City Council have had separate security teams that were heavy staffed and costly to the taxpayers of the City of Detroit.  The Mayor's Executive Protection Unit was staffed with 23 members, and the City Council Security Unit was staffed with nine members.

**Recent Actions:** The two separate Mayor and City Council security units have been combined into a single Executive Protection Unit.  The unit is now comprised of two Sergeants, with one Sergeant to serve as the officer in charge, and seven police officers, with two police officers responsible for the uniformed detail in the chambers of the City Council.

# Office of Homeland Security & Emergency Management

Initially, the Office of Homeland Security and Emergency Management was a direct report to the Mayor of Detroit. Under the current reorganization of the Detroit Police Department, this office is now a direct report to the Chief of Police.  The office is staffed by a director and 11 civilian contract employees. Under the Detroit Police Department reorganization plan, the office has also absorbed the personnel and duties of the Detroit Police Homeland Security Coordinator, adding a sworn Sergeant and civilian clerk.

The Director of the Office of Homeland Security and Emergency Management's primary responsibility is to serve as the emergency management coordinator for the City of Detroit as defined by the Michigan Emergency Management Act 309, 30.409 Sec 9 (2).  The coordinator's duties and responsibilities are delineated in the act, compliance with which justifies payment of a portion of the director's salary and facilitates the City's further access to federal and state grants.

The contract employees of the office are responsible for, among other duties, coordinating the city's emergency response to disasters and major events, establishing and operating an Emergency Operations Center (EOC) as needed, emergency preparedness for the City of Detroit, including the Emergency Operations Plan and the City's Evacuation Plan, grant acquisition and management, planning duties under the Southeastern Michigan Urban Area Security Initiative (SEMI-UASI), the Detroit Local Emergency Planning Committee (LEPC), the Detroit Metropolitan Medical Response System (MMRS), the Detroit Local Planning Team (LPT), the Community Emergency Response Teams (CERTs) and the Detroit Citizen Corps Council. Another primary duty of the office is training, especially in aspects of the National Incident Management System (NIMS) and the tracking of training as required by federal and state mandate.



The duties of the DPD Homeland Security Coordinator as assumed by this office include liaison with Homeland Security entities on the federal and state levels, including managing grant monies allocated to the police department, operating as the contact point for state fusion centers (MIOC and DSEMIIC), disseminating threat and suspicious activity information, and assisting in the evaluation and hardening of Detroit's substantial critical infrastructure and key resources (CI/KR). Along with establishing a more efficient and effective grant procurement and management system, the office's primary challenge is the maintenance of grant-funded personnel, given the anticipated significant decrease in grant funding by August 2014.

---

### 1.      Track Compliance in Correcting Identified Emergency Preparedness Gaps

**Issue:** Homeland Security issued a comprehensive report that advised on national preparedness best practices and capability gaps within the first responder agencies of Detroit. Homeland Security has not tracked progress at DPD to determine if the department is in compliance with key issues identified.

**Action Plan:** Homeland Security will begin to track progress at DPD and other agencies. Homeland Security will recommend that DPD and other agencies update their compliance work plan yearly. Homeland Security will also be updating the assessment.

**Manager Responsible:** Director of Homeland Security and Emergency Management

**Time Frame:** Immediate and ongoing

---

### 2.      Grants Management

**Issue:** Based upon state and federal mandates, as well as occasional grant opportunities, Homeland Security maintains its own grants management function. The City's procurement system has frequently caused delays in meeting federal, state, and regional deadlines. The federal Environmental Planning and Historic Preservation Review (EHP) requirements and length of time for approval, as well as expiration of clearances and the slavery act documentation have caused problems in management of the various grants. A number of current grants may lapse resulting in the loss of grant monies that, under state policy, would be reallocated to another political entity within the UASI Region encompassing Macomb, Monroe, Oakland, St. Clair, Washtenaw, and Wayne counties. It should also be noted that compliance by this office with the dictates of Michigan Public Act 390 and with state and federal emergency management mandates consistent with the Federal Homeland Security Grant Program guidance will determine the eligibility of the City of Detroit for continued grant funding.

**Action Plan:** The Office of Homeland Security & Emergency Management will conduct a systematic tracking of grant requirements due dates and accountability.

**Manager Responsible:** Director of Homeland Security and Emergency Management

**Time Frame:** Immediate and completed by 1st Quarter of 2014

---


**police**

**3.    Oversee Major Event Coordination**

**Issue:** Homeland Security will oversee the management of major events.

**Action Plan:** As a matter of policy and procedure, the Office of Homeland Security and Emergency Management will establish an Emergency Operations Center (EOC) in the cases of natural and man-made emergencies and disasters. An EOC will also be established during major planned events such as Angel's Night and the Free Press Marathon. The City of Detroit's Emergency Operation's Plan is activated whenever the EOC is activated. Leading up to the activation of the EOC for planned events, the Office Homeland Security and Emergency Management will conduct planning meetings to enhance the ability of disparate disciplines and agencies, both public and private, to close any gaps that would undermine their coordination and linkage during the event. When a disaster or event does not require the activation of the EOC, the Office of Homeland Security and Emergency Management will train to, coordinate, and facilitate the activities of involved municipal, private, and volunteer entities to ensure the successful completion of the major event.

**Manager Responsible:** Director of Homeland Security and Emergency Management

**Time Frame:** Immediate and completed by the 1st Quarter of 2014

**4.    Track National Incident Management System ("NIMS") Training Participation**

**Issue:** Past DPD leadership did not fully support implementation and usage of the Incident Command System (ICS). Required National Incident Management System (NIMS) training and accurate tracking has not been a priority.

**Action Plan:** The Office of Homeland Security and Emergency Management will develop an effective tracking system with the cooperation of the training sections of both the Detroit Police and Fire Departments. Trainers from the Office of Homeland Security and Emergency Management will continue NIMS training for other city entities as needed. They will also coordinate their training efforts with the DPD and DFD training sections.

**Manager Responsible:** Director of Homeland Security and Emergency Management

**Time Frame:** Began in the 4th Quarter of 2013, will be ongoing

**5.    Manpower Deficiencies caused by Lack of Secure Funding Sources**

**Issue:** The Office of Homeland Security and Emergency Management's current personnel structure includes one city-employed director and 11 contract employees. The director is partially grant funded and all of the remaining are entirely grant funded. One of the contract employees is a UASI-mandated civilian intelligence analyst position at the Detroit Southeast Michigan Information & Intelligence Center ("DSEMIIC"). Recently added to the unit by the DPD reorganization are a sworn police Sergeant and a civilian clerk.


**police**

**Action Plan:**  The Office of Homeland Security and Emergency Management has been and will continue to be committed to building emergency response, recovery, mitigation and preparedness capabilities for the City of Detroit. In order to accomplish the full spectrum of activities necessary to address the entire range of threats and hazards, current personnel staffing must be sustained.

The Office of Homeland Security and Emergency Management will receive approximately $625,000 from the 2013 Homeland Security Grant Program that will fund the 11 contractual personnel under the current configuration.  At this time, under the 2011/2012 grants that runs currently, program funding for equipment, training, and personnel totals approximately $1 million.  The nearly 40 percent decreases in grant funding critically impacts each and every operation of the office.

The new personnel configuration would consist of one City-employed director, one City-employed emergency management coordinator/program manager, five new City-employed emergency management specialist positions, and three contract grant-funded employee positions to manage grants.  The two City-employed DPD Homeland Security personnel recently transferred to the bureau, i.e. one sworn and one civilian) should also be maintained.

**Manager Responsible:**  Director of Homeland Security and Emergency Management

**Time Frame:**  By 3rd Quarter of 2014 to coincide with the expiration of the 2011/2012 UASI/HSGP grants

# Office of Media Relations

1.      **Develop more effective Media Relations Strategy**

**Issue:**  DPD has not effectively communicated its past successes.  With a newly appointed media relations team including a new Director of Media Relations, it is anticipated that the DPD will better communicate and disseminate information in a timely and effective manner.

**Recent Actions:**  The Department appointed a new Media Relations Director to work jointly with the Office of Public Information and its staff.  The Director will work diligently to ensure the timely distribution of media-related material, both internally and externally.  The members of the Office of Public Information will be cross trained in each position to facilitate quality service.

# Office of Field Operations

# Office of Field Operations

Over the past decade, DPD has restructured its operations multiple times because of changing leadership and dwindling budgets. Manpower at DPD has been reduced by approximately 40 percent in the past 10 years, causing continual strain on the organization. Case closure rates, employee morale, and efficiency, as measured by response times and other factors, have all been extremely low. DPD receives over 700,000 calls for service annually and records far higher response times than most other police agencies. In 2006, DPD was organized into a six district concept which essentially combined two precincts into large unmanageably unproductive districts.

The Office of Field Operations in DPD is undergoing a sweeping reorganization under to restore the Department to an effective and efficient model. The district system has been eliminated, precinct detective units (PDUs) are being established in all precincts, and measures are being undertaken to rebuild both a strong supervisory culture and the investigative capabilities of the organization. The Office of Field Operations, commanded by an assistant chief, encompasses two bureaus: the Neighborhood Policing Bureau, which manages patrol functions, and the Criminal Investigations Bureau, which investigates crime and criminal organizations. It also includes the Crime Control Strategies Section, which manages crime analysis and the Compstat process. The DPD will conduct a comprehensive workload analysis and adjust staffing levels in the precincts accordingly. DPD will civilianize eligible administrative functions and redeploy sworn officers, while better utilizing police reserves to fulfill the range of its service obligations.

# Crime Control Strategies

The primary goal of the Plan of Action is to establish an effective crime fighting and service delivery capability at the precinct level. The precinct Captains are empowered and resourced to lead this effort in the Neighborhood Policing Bureau. Local Precinct Detective Units (PDUs) are established to investigate local robberies, burglaries, and assaults in the Criminal Investigations Bureau. A third element managed by the Office of Field Operations, the Crime Control Strategy Section, will help run the Compstat process and crime analysis, oversee the Cease Fire initiative, and work with the Assistant Chief of Field Operations to provide ongoing strategic oversight of the entire operational effort.

Compstat convenes regular, intensive crime strategy meetings that bring together top police department managers with precinct, detective, and specialized unit command officers to guide the development and implementation of crime control strategies. In a decentralized police department, with precinct Captains acting as the primary managers of police service and crime control, the Compstat meetings provide strategic oversight, allowing the top chiefs of the department to evaluate the performance of the precinct Captains and their supervisory teams, to sharpen the focus on emerging crime patterns and problems, and to manage, when necessary, the assignment of additional resources to a crime spike or other problem in a given precinct. The Compstat sessions also provides review of the Precinct Detective Units, and the centralized detective resources, such as narcotics and homicide. Are all of these elements working effectively together and is each functioning as intended and making a contribution to crime control in local communities? Are effective tactics being shared across the Department? Are precinct Captains conversant with their emerging crime problems and developing plans and strategies to address specific conditions and patterns?

The DPD Compstat will be managed by the Assistant Chief of Field Operations assisted by the Captain of the Crime Control Strategy Section who will study crime patterns in detail and bring to the meetings a thorough knowledge of the current crime picture in multiple precincts. Compstat should not be just a general review of crime trends but a detail-driven dialogue about individual crimes and crime patterns and the steps being taken to counter them. Assisted by the other chiefs and the Captain of Crime Control Strategies, the Assistant Chief of Field Operations will direct this review in a professional, open-ended, and questioning format.

---

## 1.    Establish a Compstat Process

**Issue:** DPD's past crime meetings have lacked the sharp focus on crimes and crime patterns that makes Compstat an effective crime management tool. There has been limited accountability at the command level with regard to Compstat. The DPD Command staff has not taken Compstat seriously in the past.

**Recent Actions:** DPD has reinstituted its Compstat process to focus on the specific crimes and crime patterns rather than more general trends. The Compstat panel is comprised of the Assistant Chief of Operations, the Assistant Chief of Administration, the Deputy Chief of the Neighborhood Policing Bureau, the Deputy Chief of the Criminal Investigations Bureau, and the Captain of the Crime Control Strategies Section. The Chief of Police joins the panel for all, or part of, Compstat when his schedule allows. Precinct Captainss are called to a podium when their precinct is under review. Relevant detectives and specialized unit command officers, including the PDU supervisors, are called to a second podium. The Assistant Chief leads them through a detailed analysis of current crime issues in the


**police**

precinct under review and of the plans in place to address them. Discussion may range from a spate of shootings, to an emerging robbery pattern, to a series of burglaries, to a rash of auto thefts or car jackings. Compstat will review overall service delivery in the precinct, including response to calls for service. The Compstat meetings generate action items, which will be assigned to specific managers and be revisited at successive Compstat meetings.

## 2.    Outside Assistance for DPD Crime Analysis

**Issue:** DPD uses outdated methods for crime analysis, including daily batch processing and manual geocoding of record management system (RMS) incidents by sworn officers. Computer-aided dispatch (CAD) is not part of the current crime analysis process. As a result, DPD does not have real-time crime analysis, causing delays in detecting crime patterns and responding to crime trends. Additionally, crime analysis materials are distributed by email attachments or PDF documents stored on a server, resulting in delays in delivering materials to the end users.

**Recent Actions:** DPD has transitioned to a web-based, real-time process developed by Dr. David Martin, of Wayne State University, which processes and geocodes RMS and CAD events as they happen. The Compstat unit is currently using the system, and improvements are ongoing. This process can be accessed from anywhere in the DPD intranet, including scout cars and mobile devices. To support this process, DPD will upgrade to web-server hardware and software, which is currently on order, to begin department-wide deployment. In addition, stored procedures will be implemented on the RMS database by city ITS to increase web-server efficiency and improve the geocoding process.

## 3.    Cease Fire

**Issue:** The DPD has failed to implement proven problem oriented-policing methodologies to abate youth violence within the city. The DPD has to identify and develop a strategy that will be sustainable and effective.

**Recent Action:** The CeaseFire Detroit initiative was developed as a holistic community outreach program designed to reduce or eliminate youth-driven gun violence in Detroit neighborhoods and to change community norms about the acceptability of violence. This evidence-based program grew out of Detroit's Comprehensive Youth Violence Prevention Initiative, and is modeled after the successful Boston CeaseFire Program. It builds on existing, successful coalitions of community organizations, clergy, education and law enforcement agencies to reach at-risk youth in a Detroit community where youth violence is pervasive. Program implementation began in Detroit's 9th Precinct, which was identified based on empirical data. Detroit's team will identify the "worst of the worst" perpetrators of gun and gang violence, call them in to deliver messages regarding enforcement and community impact and offer opportunities to change their behavior. The first call-in occurred in August and the second call-in occurred in December.

**Manager Responsible:** Captain of Crime Control Strategies

## 4. Design Performance Metrics / Key Performance Indicators

**Issue:** The DPD has never had performance metrics upon which the effectiveness of policing activities of policing activities could be based. Most metrics used have related to activities, such as arrests, not outcomes, such as crime clearance. This approach tends to push employees to increase their activities without regard for the outcomes received. It can often lead to stresses with the community and limited outcomes.

**Action Plan:** Planning and Research will develop a new list of metrics for policing based on outcome measures, such as citizen perceptions, crime reduction, employee morale, cases cleared, and successful prosecutions. Planning and Development will also liaison with faculty at Wayne State University to develop recommendations for how to best measure those outcomes.

**Manager Responsible:** Director of Planning and Research

**Time Frame:** By 1st Quarter of 2014

# Neighborhood Policing Bureau

The Neighborhood Policing Bureau oversees the DPD patrol force and most of the interactions between the police and citizens of Detroit. It is also the DPD bureau best equipped to prevent crime because it maintains a continual presence in the streets and its officers have ample opportunity to intervene in situations that have the potential to cause crime. Any police patrol operation must strike a workable balance between answering calls for service, from victims of crime and citizens with other problems, and self-initiated/proactive police work that officers undertake to mitigate crime-causing conditions. Calls for service must be answered swiftly so that victimized citizens are served and leads and evidence are quickly secured. Yet, officers must also remain alert to conditions on the street and not ignore them simply because no call has been dispatched. In addition, police patrol and focus should be regularly adjusted in response to crime patterns/data. The overall thrust of the changes in patrol operations under the Plan of Action is to empower precinct Captains and their precincts to function as the primary providers of police service and crime fighting in the DPD. Each precinct will be staffed with four Lieutenants: three field Lieutenants to manage patrol, and one Lieutenant 1st class, who act at the next in command during the Captain's absence. The Lieutenant 1st Classwill sometimes be called upon to manage a patrol shift.

Under the Plan of Action and through the Compstat sessions, the precinct Captain will be functioning as the team leader of patrol resources, detective investigations, and special unit operations within their precincts, even though some of these resources are not their direct reports. Compstat will hold precinct Captains accountable for knowing about crime and crime patterns, including the expectation that they personally read all Part 1 crime reports recorded in their precincts. The team held accountable at Compstat for the precinct's performance will include the precinct Captain, the precinct detective unit (PDU) supervisor, and relevant special operations and narcotics operations unit Captains. Precinct Captains will also be held accountable for delivering police service, including the timely response to calls for service.

By most accounts, the culture of the organization eroded the ability of the field supervision to perform their job adequately. By pushing accountability up the chain of command, frontline supervisions' decision making ability and influence was limited. This condition is no doubt contributing to the Department's past failure to answer many calls for service in a timely manner. Patrol Sergeants are not actively managing patrol resources on a continual basis, overruling dispatch when necessary and ensuring that units return to service as swiftly as possible after answering calls. Sergeants were not often heard on the air managing their patrol resources. This was a major reason for dispatch backlogs because dispatchers have difficulty identifying available units and consequently dispatched units to long distances when a closer unit might be available. Service times for some calls seem excessive, and units should be more swiftly returned to patrol. Monitoring and supervising response time and service time is one of the most important duties of a first-line supervisor. Yet, some Sergeants, and Lieutenants are failing to manage and direct officers who require it or to function as a boss who demands high performance.

In recent years there have been significant reductions in the DPD patrol force. Officers have been asked to do more with less, and then, following a salary reduction last year, to do more *for* less. The men and women who staff precinct scout cars 24 hours a day, seven days a week, interacting with the public and handling calls for service, are backbone of any police department. Precinct Captains face a significant challenge in positively motivating a dispirited patrol force and encouraging officers to embrace the

changes taking place under new leadership and the strategic plan for the future of the DPD.

This section calls for changes in how Sergeants currently function and for a range of changes that can improve overall service delivery, including resource reallocation based on a study of calls for service and crime, the establishment of minimum staffing levels for each precinct also based on calls for service, changes in the working schedule for patrol officers, and several measures to improve dispatching practices. It also discusses the establishment of a Downtown Services Division with the Neighborhood Policing Bureau to manage gaming, special events, and secondary employment for police officers.

## Precincts and Patrol

### 1. Eliminate the District Structure

**Issue:** The twelve precincts of the DPD have been previously grouped under six districts each commanded by a Commander. Currently only the 2nd, the 4th, the 10th, and the 12th precincts have stand-alone facilities. Every two precincts and their inspectors had been overseen by a Commander.

| Precincts | Name | Location |
|---|---|---|
| 1st & 13th | Central District | 7310 Woodward |
| 2nd & 4th | Southwestern District | 4700 Fort. St. |
| 7th & 11th | Northeastern District | 5100 E. Nevada |
| 5th & 9th | Eastern District | 11187 Gratiot |
| 6th & 8th | Northwestern District | 11450 Warwick |
| 10th | 10th Precinct | 12000 Livernois |
| 12th | 12th Precinct | 1441W. 7 Mile |

**Recent Actions / Action Plan:** The DPD has established 12 precincts, reporting through East and West Commanders to the Deputy Chief of the Neighborhood Policing Bureau, with each precinct controlled by a Captain. Oversight of two precinct Captains by a Commander has been eliminated as unnecessary and counterproductive. Precinct Captains will be expected to manage their precinct resources, to deliver service to the community, to establish relationships of trust with the community, and to counter crime. The East Division and West Division Commanders will serve as quality control and leadership mentors but not as micromanagers.

Over time the DPD will eliminate the co-location of two precincts; in what have been district buildings, in favor of 12 stand-alone precincts as soon as practical.

**Manager Responsible:** Assistant Chief of Field Operations

**Time Frame:** Within 2 years

## 2.     Redefine Precinct Boundaries

**Issue:** The boundaries of the precincts, and scout car areas within them, have not been adjusted for a number of years, even though both the city's population and its population density have dramatically decreased. An initial review of patrol resource allocation has provided the basis for an adjustment of personnel among the current scout car areas and precincts, but the current boundaries may not accurately reflect neighborhood areas, as perceived by residents or be in line with Detroit Future City.

**Recent Actions:** DPD executed a precinct and scout car area boundary assessment to ensure that workload among the scout car areas is generally equal and that precinct boundaries reflect the actual neighborhood boundaries in the city, as currently perceived by the citizens of Detroit. DPD formed a citizen's advisory group (which included frontline police officers), representing the various areas of the city, to assist in this effort and will use city zoning and geographic maps to provide a basis for the reconfiguration process. The goal was to match precinct and scout car area boundaries with natural neighborhood boundaries and with physical dividing lines, such as major highways and other geographic barriers, thereby identifying Detroit's neighborhoods as they actually function. The assessment strove to coordinate with Detroit Future City and its vision for the Detroit neighborhoods.

## 3.     Establish Minimum Staffing

**Issue:** Precincts maintain from 10 to 15 scout car areas, and in optimum circumstances enough officers are available to staff all designated scout car areas on each shift. Even under optimum precinct staffing plans, however, some scout areas may be combined and patrolled by a single car on shifts when there is a lower volume of calls. To ensure adequate service even in times of short staffing, it is important to establish the acceptable minimum number of scout cars for each shift in each precinct.

**Action Plan:** Based on calls for service and data-driven analysis, every precinct will develop a minimum scout-car staffing plan. Each precinct will have an established minimum staffing for scout cars for each shift that is required to be filled, including, when necessary, by assigning special operations units to scout cars in uniform on that shift and/or through overtime. Minimum staffing will vary from precinct to precinct and shift to shift, but a required number of scout-car personnel answering calls for service will be established for each shift in each precinct. Under the minimum staffing plan, scout cars may be responsible to cover more than one scout car area, depending on calls for service and tour deployed. This minimum staffing for scout cars will be subject to revision based on the proposed study to redefine precinct and scout car areas. In addition, once a year, this staffing plan will be revisited and modified based on the most recent available date. The staffing plan will coincide with the scout car areas that have been re-drawn to reflect the department's re-established Precinct boundaries.

**Manager Responsible:** Assistant Chief of Field Operations

**Time Frame:** By 1st Quarter of 2014

## 4.     Rebalance Precinct Staffing

**Issue:** The allocation of police officers per precinct has not always been in line with calls for service and crime incidents. Precinct staffing levels should be balanced routinely to take account of changing calls for service crime patterns.

**Recent Actions:** Based on calls for service and data-driven analysis, every precinct has been reviewed to rebalance staffing levels. DPD personnel have been reassigned to balance precincts based on calls for service and changing crime patterns. Every six months, the staffing plan will be revisited and modified based on the most recent available relevant data.

---

**5.    Open Precincts 24 Hours a Day / 7 Days a Week**

**Issue:** DPD implemented a plan (Virtual Precincts) to close precincts and districts to the public after 4 p.m. This plan was an effort to place more officers on patrol, but was not well received by either the rank and file or the public. The plan ignored a key component of policing which is the community need and desire to have access to precincts at all times.

**Recent Actions:** All police stations are now open to the public 24 hours a day, 7 days a week.

---

**6.    Transfer Traffic Officers to Precincts**

**Issue:** Centralized Traffic Unit officers could be better utilized in the precinct commands.

**Recent Actions:** DPD has reassigned a portion of the officers currently assigned to the centralized Traffic Enforcement Unit as traffic officers in each of the precincts. These officers will be deployed strategically on the morning and evening shifts in one-officer cars in traffic control locations, accident-prone locations, and crime-prone locations. These officers might also be available to answer Priority 3 calls in the event of a backlog. The remaining traffic officers are being retained in the centralized Special Operations Division to conduct accident investigations and to help manage special events.

---

**7.    Redefine Priority One Calls**

**Issue:** The DPD has been penalizing itself in the way that it counts Priority 1 calls. The widespread report that DPD requires 58 minutes on average to respond to crimes-in-progress calls is incorrect. DPD classifies so many calls as Priority 1 that, in 2012, 42 percent of DPD runs were classified as Priority 1, compared with just 10 percent in New York City, which applies the Priority 1 classification only to crimes in progress.

**Recent Actions:** Priority 1 calls have been preliminarily adjusted. A "Call-Back Desk" has been established to address non-priority runs, in which an officer can intervene by telephone or handle be an immediate response absent the need for a patrol unit. This will further contribute to the improvement in response time.

**Action Plan:**  Priority 1 calls will be further refined in keeping with typical police department practice nationwide. Priority 1 calls will include only serious active crimes in progress, and 911 call takers will be trained to designate them properly.

**Manager Responsible:** Assistant Chief of Administrative Operations

**Time Frame:** By 1st Quarter of 2014

---

8.    **Establish Response Requirements for Precinct Specialized Units**

**Issue:** Precinct specialized units, known as 30 Series units, may not be signing on with Communications when they come on duty, representing a significant safety hazard because dispatch might not be able to locate the source of a garbled distress call coming from one of these unidentified units. Some 30 Series units may not be making themselves available to respond to Priority 1 calls.

**Recent Actions:**  All units now alert dispatch that they are in the field at the start of every tour, and log into CAD.  This requirement is confirmed and monitored by first-line supervisors.  All units in the field, including any 30 Series units, are available to respond to a Priority 1 call when requested by dispatch. An order has been issued setting down these requirements.

---

9.    **Reduce Patrol Officer Non-Productive Time**

**Issue:**  It is estimated that patrol officers spend approximately 40 percent of their time in non-productive activities, such as waiting at cell blocks, hospitals, and crime scenes, etc., and filing reports in the precinct house because there are no in-car computers to file reports).

**Action Plan:**  DPD will conduct a detailed study of potential means to minimize non-productive time. DPD will also purchase requisite in-car hardware so officers can complete paperwork electronically in the field.  DPD has currently transitionined jail operation to Michigan Department of Corrections (MDOC), which will streamline the booking process.  Over time, DPD will implement a new fully integrated IT system that will provide requisite policing technology to officers.

**Manager Responsible:** Deputy Chief of Neighborhood Policing

**Time Frame:**  By 1st Quarter of 2014

---

10.    **Neighborhood Police Officer and the Neighborhood Policing Units**

**Issue:** DPD Patrol Officers have traditionally traversed through their respective precincts and scout car areas going from police run to police run without being accountable for any specific area of the precinct. Residents, business owners, and other community stakeholders have consistently complained about the lack of a dedicated officer to handle emerging concerns and issues.

**Action Plan:**  A Neighborhood Policing Unit will be established in each precinct (NPU), supervised by a

Sergeant, and staffed with three to four neighborhood policing officers (NPO). Each NPO will staff a designated areas within each precinct, where they will develop community contacts and respond to community concerns with a sharp operational focus on problem solving and enforcement. The NPO will be responsible for working directly with their precinct's residents and stakeholders to develop solutions to crime and other issues in the area. The NPO will consistently update their respective precinct Captains concerning their actions and proactive projects. The NPO will receive a nominal stipend in additional to their salary as an incentive to hold the position. Reporting to the precinct Captain, the NPUs will also be overseen citywide by the Captain of the Neighborhood Liaison Section in the office of the Chief of Police.

**Manager Responsible:** Captain of Chief's Neighborhood Policing Liaison

**Time Frame:** By 1st Quarter of 2014

---

### 11.   Implement Precinct Community Councils

**Issue:** There are currently a variety of community relations groups that are not effectively interacting with the Department.

**Action Plan:** It is recommended that precinct Captains establish diverse and functional Precinct Community Councils. The Precinct Community Council would bring together all the major leaders in the community to interact collectively regarding the issues of concern and help these leaders coordinate and address their issues in an effective manner.

**Manager Responsible:** Captain of Chief's Neighborhood Policing Liaison

**Time Frame:** By 1st Quarter of 2014

---

### 12.   Deploy Citizens Radio Patrol

**Issue:** The structure of the Citizens Radio Patrol was unsatisfactory, and the participants had lost confidence in the program and in the DPD's commitment to this important effort. DPD has under-funded, deemphasized, and failed coordinate its community policing efforts.

**Action Plan:** Addressing this item would occur in two phases. The Citizens Radio Patrol will be structured to provide direct information and coverage as delineated by the precinct Captains. Furthermore, DPD will create a mechanism to communicate directly with citizen patrols. Each citizen patrol group will be directly aligned with a Neighborhood Police Officer to ensure appropriate response to issues identified during their tour of duty. The will be a directed patrol component which will provide real time communication with the citizen patrol groups

**Manager Responsible:** Captain of Chief's Neighborhood Policing Liaison

**Time Frame:** By 1st Quarter of 2014

---

## 13. DPD School Initiatives

**Issue:** DPD is not directly responsible for the security of the interior and immediate curtilage of the individual Detroit Public School facilities, however the department must still ensure the students' and faculty members' safety as they traverse to and from school. The DPD has failed to implement any sustainable proactive safety initiatives as it relates to the city's student population.

**Action Plan:** DPD will partner with Detroit Public School's Public Safety Department (DPS) to develop a comprehensive deployment strategy to address problems inside and outside of school buildings, as well as issues that arise in adjacent neighborhoods due to in school incidents. The DPD will develop an information sharing platform to develop actionable intelligence from information garnered for DPS.

The DPD will also develop a mentoring program which will provide incentives for Officers who spend time in the schools working with students to prevent crime.

**Manager Responsible:** Captain of Chief's Neighborhood Policing Liaison

**Time Frame:** By 2nd Quarter of 2014

## 14. Establish a Culture of Supervision

**Issue:** Some Sergeants and Lieutenants do not exert supervisory authority on regular basis especially with respect to managing patrol resources in the field.

**Action Plan:** DPD will be establishing a much stronger culture of supervision, including the expectation that patrol Sergeants will actively manage patrol resources on a continuous basis, overruling dispatch when necessary and ensuring that units return to service as swiftly as possible after answering calls. Building a culture of supervision in the DPD is a significant challenge that will require a concerted effort by Captains and Lieutenants to regularly support Sergeants in their leadership roles, to make the expectations for the role of Sergeant known, and to monitor those expectations as a matter of course. Training in leadership for Sergeants, as well as training in how to manage patrol resources and day-to-day personnel problems will also be necessary.

**Manager Responsible:** Deputy Chief of Neighborhood Policing Bureau

**Time Frame:** Immediately, Ongoing

## 15. Establish Night Command

**Issue:** DPD currently lacks command oversight presence at night. In the evening hours there is a need for command leadership for critical incidents, investigations, media relations, etc. These incidents include barricaded gunpersons, civil disorders, bomb threats, hazardous materials scenes, natural or man-made disasters, and many other incidents of unusual occurrence where a rapid, organized response by the police department is required. In the past, a command officer would work as the Field

Duty Officer ("FDO") on Friday and Saturday nights to provide command presence. This FDO position was rotated among command staff.

**Recent Actions:** DPD has established a Night Command consisting of a night Captain who will oversee night operations as the Chief's duty officer. The following benefits will result from this new command:

1. Greater Coverage – The night Captain provides command presence seven days a week as opposed to two days on the weekends only.

2. Consistency, Stability, Efficiency – By responding to critical incident after critical incident, the regular night Captain will become highly efficient in his/her duties and fluent in establishing field command posts and staging areas in safe locations, containing incidents with inner and outer perimeters, and delegating authority for other essential operations, e.g., site isolation, perimeter security, strike forces, media relations, etc.

3. Quicker Deployment of Resource and Improved Documentation – A consistent night Captain will ensure improved organization and deployment of forces to stabilize emergencies, better documentation of activities/incidents, and improved briefing of executives.

4. Improved Monitoring/Auditing – Lieutenants, Sergeants, investigators and police officers throughout the city will recognize that the night Captain will be responding to critical incident scenes on a nightly basis and and will also recognize that the night Captain is providing increased monitoring, and regular inspections to ensure that DPD policy and procedure are followed.

5. Improved Communication and Information Exchange – By these changes, it is anticipated that communication with officers, supervisors, citizens, business owners, and media will be improved.

# Downtown Services/Midtown Division

The Downtown Services/Midtown Division was created to consolidate all major DPD downtown operating sections under one coordinated command. DPD's Downtown Services Division manages the following sections: the 1st Precinct (which includes Gaming and Special Events) 3rd Precinct, and Secondary Employment. Former boundaries of the 3rd Precinct (originally 13th precinct) are being transferred to the Downtown/Midtown Services Division. The 1st Precinct boundaries will encompass the Central Business District footprint. The Gaming Section manages DPD interaction with the three local casinos. Motor City, MGM, and Greektown. Special Events coordinates all major events operations plans and manages traffic control for those major events. Secondary Employment oversees a service offered by the DPD through which local businesses employ off-duty DPD uniformed personnel in a full-duty uniformed capacity.

1. **Expand DPD Staffing to Support Downtown Services Division**


**detroit police**

**Issue:** There is insufficient staffing to perform the Downtown Services Division functions, inclusive of Gaming.

**Action Plan:** DPD as a whole is assessing and evaluating the manpower needs of each of its divisions. In order to be self-sufficient, Downtown Services Division manpower needs will be determined based on resource allocation analysis to identify exact needs, source of personnel and timeframe.

**Manager Responsible:** Deputy Chief of Neighborhood Policing Bureau

**Time Frame:** By 1st Quarter of 2014

## Gaming

The Gaming section of Downtown/Midtown Services Division manages all DPD interaction with the three local casinos. It is responsible for the safety and security of all persons visiting or working in the casinos located within the City. Gaming is responsible for patrolling the areas immediately adjacent to the casinos, parking lots, parking structures, and businesses, as well as the roadways between the various casinos. Gaming patrols consist of stationary and roving foot patrols, bike patrols, and marked/unmarked vehicular patrols, operating twenty-four hours a day, seven days a week. Undercover officers also patrol in and around the areas of the casinos. Gaming investigates all crimes committed and reported in and around the casinos except for those under the jurisdiction of the Michigan State Police. All violations of the Michigan criminal statutes not related to casino gaming or to embezzlement, tax evasion, casino-related public corruption, fraud committed against or by licensees, money laundering or racketeering, whether occurring inside or outside the confines of a licensed casino or casino enterprise, shall be investigated by the Detroit Police Department. Such crimes include, but are not limited to: homicides, assaults, sexual assaults, robberies, armed robberies, larcenies, arson crimes, misdemeanors and/or ordinance violations, etc. DPD historically has staffed Gaming with 120 Police Officers: Because of high attrition and the City's financial situation, Gaming has been reduced to 45 police officers. Currently, DPD only has one car deployed per casino at any given time. Gaming must be more proactive in their patrols with an emphasis on crime reduction.

## Special Events

Special Events coordinates policing operations for all major events in the City of Detroit including Detroit Fireworks, sporting events, races, parades, auto show, etc. in City of Detroit. Most municipalities charge event organizers for police security, but the City currently charges for only a few events. In addition, DPD provides security for films produced in the City of Detroit. The General Fund is reimbursed directly by film production companies, but the money received goes into the General Fund, and DPD does not benefit from film production security fees.

1.     **Seek Special Event Reimbursement**

**Issue:** DPD is currently not being compensated for major events. DPD routinely pulls police officers from precincts for Fireworks, the Thanksgiving Parade, sporting events, and other special events, including

film production. During these events, DPD routinely seeks assistance from outside agencies to enhance security levels. Billing event organizers for these services is a politically charged issue.

**Action Plan:** Although it is a politically charged issue, DPD will seek reimbursement from special event organizers. Most other local municipalities charge for these services. DPD currently provides support services for the following events:

- January – The Auto Show and the Martin L. King March
- February – Winter Blast, Autorama, and the State of the City Address
- March – St. Patrick's Day Parade
- April – Tiger's Opening Day, the NAACP Walk, and the March of Dimes
- May – The Interfaith Memorial, Race for the Cure, the NAACP Dinner, the Cinco de Mayo Parade, the American Heart Walk, and the Movement Music Festival
- June – The Grand Prix, the Hoedown Festival, Riverdays, and Fireworks
- July – Boat Races
- August – The Caribbean Parade
- September – The Labor Day Parade, U.S. Navy Fleet Week, the 911 Memorial, and the Tour Detroit
- October – The Cancer Walk, and the Free Press Marathon
- November – The Veteran's Day Parade, The Thanksgiving Day Parade, Turkey Trot, Detroit Lions Football (August – January), and the Goodfellows Parade
- All Tigers, Lions, and Red Wings home games for which the Department is reimbursed.

The aforementioned events cost the DPD approximately $1 million annually. These costs should be considered for reimbursement. With respect to film production reimbursement, the main revenue lines will be reflected directly on DPD's financial statements.

**Manager Responsible:** Commander of Downtown/Midtown Services Division

**Time Frame:** By 2nd Quarter of 2014

## Special Events (Traffic Detail)

Special Events is also responsible for the coordination of traffic control plans for day-to-day traffic in the downtown areas as well as for major events, including sporting events, parades, North American International Auto Show, and races. The primary goal is to ensure consistent traffic flow, free from traffic jams or accidents. Additionally, personnel working within this section also provide police presence to local nightclubs that are problematic or have planned events which will attract a large crowd.

### 1.   Seek Reimbursement for Central Event Traffic Control Services

**Issue:** During major events within the City of Detroit, DPD provides traffic control services at no cost to event organizers. Due to limited staffing levels, Central Events must pull manpower from precincts to fill traffic posts in downtown areas. DPD not only diminishes needed staffing levels within community precincts during these events, but also incurs overtime to backfill precinct labor needs.

**Action Plan:** Most major cities charge for these services, and DPD will explore charging event organizers for the costs incurred to provide traffic control services as a result of major events. The DPD will also explore offering secondary employment, funded by event organizers, to off-duty police officers to work special-event traffic control.

**Manager Responsible:** Commander of Downtown/Midtown Services Bureau

**Time Frame:** By 1st Quarter of 2014

---

2.      **Controlling Traffic Control In and Around Events**

**Issue:** Traffic flow in and around major events is a significant challenge for DPD. Most major cities have the capability to redirect traffic flow along major corridors. DPD has limited control over traffic flow. Some traffic signals are controlled by the City and others by the State, and coordination is necessary to bring all traffic signals into synchronization to push traffic northbound out of the City after a major event.

**Action Plan:** The City will coordinate with the Public Lighting Department (PLD), the Michigan Department of Transportation (MDOT), City traffic engineers in the Department of Public Works (DPW), and Wayne County to restructure traffic control processes. A plan will be devised to station personnel in various emergency operations centers to communicate on a unified system to synchronize traffic control signals for efficient traffic egress.

**Manager Responsible:** Commander of Downtown/Midtown Services Bureau

**Time Frame:** By 1st Quarter of 2014

---

## Secondary Employment

Ordinance 103.5 authorizes the establishment of a Secondary Employment Program for sworn members of the Detroit Police Department. The Secondary Employment Program allows businesses or other organizations to employ off-duty police officers at events for security or in other circumstances where the services of a sworn police officer may be required.

---

1.      **Market Secondary Employment to Businesses and Streamline the Process**

**Issue:** Many opportunities exist for secondary employment within the City of Detroit. Secondary Employment has not been adequately promoted by the DPD and has not received enough attention from the City and DPD under past administrations. Having uniformed police officers working these details—under guidelines regarding what type of details are permissible—increases police presence in high traffic areas at no cost to our City.

**Action Plan:** DPD will begin marketing secondary employment availability to businesses. DPD will develop guidelines for use of officers, their powers and acceptable venues for assignment. Consider

establishing enforcement (not mandate) for certain entities to use secondary employment as safety mechanism, including clubs, construction/road closures, gas stations, etc. DPD will evaluate options to streamline the entire secondary employment process.

**Manager Responsible:** Commander of Downtown Services

**Time Frame:** By calendar year Q1 2014

---

2.    **Streamline Secondary Employment Process**

**Issue:** As previously structured, the Secondary Employment process has been cumbersome for businesses seeking to employ off-duty police officers. Clients currently are instructed to issue W2s to each employee, which can be unmanageable and may discourage new clientele.

**Action Plan:** The application process will be made easier for clients to complete. DPD will review options to employ a staffing firm to manage the process with less paperwork.

**Manager Responsible:** Commander of Downtown/Midtown Services Bureau & Legal Advisor

**Time Frame:** By 1st Quarter of 2014

---

3.    **Seek Increase in Below-Market Secondary Employment Fees**

**Issue:** A business or organization requesting the assignment of police officers through the Secondary Employment Program is required to pay the police officers directly at a rate consistent with the city ordinance which $25 per hour for Police Officers; $35 per hour for Sergeants; and $45 per hour for Lieutenants. The secondary employer must also pay an hourly administrative service fee of $2 to the Detroit Police Department.

**Action Plan:** DPD will perform a fee study to determine what additional dollars may be available. In conjunction, DPD will coordinate with City Council to obtain approval to increase fees charged for services provided.

**Manager Responsible:** Commander of Downtown/Midtown Services Bureau & Legal Advisor

**Time Frame:** By calendar year Q1 2014

# Criminal Investigations Bureau

Effective investigations in the DPD have been undercut by a number of past decisions and practices that have made the work of investigators very inefficient. Some sweeping reforms are necessary to maximize the use of investigative resources in the battle against crime. Because of a decision made by a previous Chief of Police, DPD has been phasing out the investigator rank in the department for about 10 years. From an authorization for over 200 investigators in 2004, the DPD is now down to fewer than 40 investigators. Much of the investigative work in the DPD is being done by Sergeants, not in the capacity of supervisors but in the capacity of investigators. More recently, the investigative units assigned to each precinct were centralized to serve the east and west sides of the city. This restructuring has cut investigators off from patrol, from easy access to victims, and from current street knowledge about criminals and crime patterns.

Much investigative work time is consumed by the practice of preparing and enhancing in-custody cases, i.e., cases against arrestees apprehended by uniformed patrol, leaving little time to investigate out-of-custody or unsolved cases. Investigators and others in the DPD reported that there is very little investigative training available to investigators and that there is no defined career path that one might follow to develop investigative expertise and to be eligible for investigative assignments. In the view of many, unqualified individuals have been appointed to investigative posts based on seniority and relationships, rather competence and work ethic. There was also no formal case management system in place in the DPD, for assigning cases, closing cases, or gauging progress on cases.

DPD is faced with the challenge of building an efficient investigative system from the ground up. There are capable and experienced Sergeants and investigators who can greatly assist in this effort. As investigators continue to retire, the DPD will establish a new detective designation and develop the training capabilities and the career path protocols to support this new designation. The intention is that Department's investigative Sergeants will take on supervisory, advisory, and educational roles as the department develops a new detective resource by enlisting some of the more active police officers in the patrol force. The DPD will implement formal case management in every detective unit.

There is a clear need to decentralize the investigation of robberies, burglaries, and non-fatal shootings and other aggravated assaults to the precinct level. It is at this level that these crimes, which are frequently local crimes, are best addressed. The DPD will assign precinct detective units (PDUs) in every precinct with individual specialty squads run by Sergeants. Working within this decentralized system, the DPD must develop protocols to maintain quality control in the PDUs and ensure that local detectives units are not cut off from one another or from the centralized detective units. The PDUs will be overseen by the Investigations Operation Section, which will also staff a 24-hour Investigative Control Desk to be located at the new Detroit Detention Center.

DPD has restructured its centralized investigative units. The Major Crimes Division will now oversee the Homicide Section and the Special Victims Unit, which will maintain separate squads to investigate Sex Crimes, Domestic Violence, and Child Abuse. Major Crimes Division will also have responsibility for the Crime Scene Services Unit and the collection of forensic evidence. The Organized Crime Division will oversee a Narcotics and Vice Unit, the Commercial Auto Theft Unit, the Tactical Support Unit, and the Task Force Unit, which manages the DPD task forces with other agencies.

# Investigative Operations

The Investigative Operations Section oversees the Precinct Detective Units (PDUs) and run the Operations Desk for the Criminal Investigation Bureau.

---

## 1.  Decentralize Investigations

**Issue:** DPD's investigative units, investigating local robberies and burglaries was centralized in east and west units. In a city with the physical area and population of Detroit, centralized investigations for most crimes is unworkable. Centralized detectives lose contact with field officers, with local citizens, with useful informants, and with players in the local criminal population. It is difficult for them to bring in witnesses for interviews, and traveling to crime scenes becomes very time consuming.

**Action Plan:** Precinct Detective Units (PDUs) will be established in each precinct and will encompass three specialized squads, each led by a Sergeant: a burglary squad, a robbery/assault squad that will handle non-fatal shootings, and a general assignment squad. Detectives from these separate teams will be available to conduct initial investigations in other specialty areas when detectives from those areas are not available. The PDUs will be overseen citywide by the Captain of the Investigative Operations Section. The Captain will serve as a quality control supervisor, ensuring that all PDUs are functioning at a high level, responding swiftly to crimes and crime scenes, and employing the case management system. The Investigative Operations Captain is a direct report to the Deputy Chief of the Criminal Investigations Bureau.

**Manager Responsible:** Deputy Chief of Criminal Investigations

**Time Frame:** By 1st Quarter of 2014

---

## 2.  Implement Case Management

**Issue:** DPD cases would routinely go unassigned to investigators. Often Investigators are not contacting crime victims for follow-up. When follow-up occurs, little-to-no information was documented. If documentation exists, the documentation was inadequate and lacking actionable information. DPD PDU units did not properly utilize the current case management system in CrisNet. Cases were not closed appropriately in the records management system even when cases are resolved, which results in DPD underreporting its case closure rate. DPD lacks adequate case management review.

**Action Plan:** DPD will institute an effective case management system, including required updates from investigators at regular intervals and regular mandatory reviews by supervisors. The Captain of Investigative Operations Section, reporting to the Deputy Chief of the Criminal Investigations Bureau, will be designated to oversee, coordinate, and standardize the operation of all Precinct Detective Units, including the implementation of, and ongoing compliance with, the case management policy and procedure. Until such time as a new case management system is put into operation by DPD, strict accountability measures will be implemented to ensure compliance.

**Manager Responsible:** Deputy Chief of Criminal Investigations


detroit police

**Time Frame:** By 1st Quarter of 2014

**3. Institute Structured Case Assignment**

**Issue:** DPD previously assigned cases at random to investigators even to those on vacation. Cases have been assigned without regard to crime type or geographic location.

**Action Plan:** DPD will institute a structured case assignment process by crime type and geographical location. The three PDU squads in each precinct will work as a team to assign appropriate cases for follow up to improve efficiency, increase solvability rate, identify crime patterns, etc.

**Manager Responsible:** Deputy Chief of Criminal Investigations

**Time Frame:** By 1st Quarter of 2014

**4. Improve Initial Scene Investigation, Accountability, and Training**

**Issue:** The failure to respond effectively to crime has been a significant factor in waning public confidence in the police. Most patrol officers are not currently performing basic investigations at crime scenes, including basic witness statement interviews, intelligence gathering, documentation of intelligence gathering, etc.

**Action Plan:** The precinct detective units will be organized in the context of greatly improved case management systems, and expectations for swift investigative response and thorough investigative follow through will be vigorously enforced. Investigative teams will respond to crime in a timely manner and conduct thorough scene investigations. Qualified members of investigative units will be placed in the training rotation as instructors for 40-hour blocks of training on preliminary investigations for all officers at DPD.

**Manager Responsible:** Deputy Chief of Criminal Investigations

**Time Frame:**  **Phase 1:** Develop plan and implement training by calendar year Q4 2013
   **Phase 2:** Mandatory first responder investigations by calendar year Q1 2014

**5. Establish a Detective Rank**

**Issue:** Because of union constraints and a decision by a past chief to phase out the investigator rank, Sergeants are conducting many investigations, not as supervisors, but as primary investigators. The current rank of investigator has been cut by attrition to no more than 40 investigators.

**Action Plan:** The DPD will seek to establish a new detective rank, distinct from the investigator title which will continue to be phased out. The long-term goal will be to build a team of detectives to function as primary investigators and to fill those jobs with high-performing police officers. The


**police**

Sergeant slots will be returned gradually to actual supervision in both investigations and patrol. Currently, however, the investigative Sergeants represent a significant repository of knowledge about how to conduct investigations, interview witnesses, prepare warrants, etc. It is therefore expected that many of these Sergeants will function in each precinct with the new detectives in a group format with the Sergeant, functioning partly as a supervisor and partly as an investigator, and directing detectives on cases.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

### 6. Establish a Detective Career Path

**Issue:** Appointments to investigative units now are governed largely by the bidding process sometimes resulting in unqualified personnel being assigned to investigative duties.

**Action Plan:** The Department will seek to have appointments to investigations, narcotics, and other specialty functions not subject to a bidding process. The DPD will establish a transparent, fair process for choosing detectives combining the following considerations:

- Years of service as a police officer.
- Record of activity as a police officer, including arrests.
- Sick and absentee record.
- Civilian complaints and commendations.
- Discipline record.
- Interview by a panel of investigative supervisors.

Police officers interested in becoming detectives may follow a career path through the 30 Series special unit assignment in precincts, through narcotics and other proactive units, or through assignment with the centralized investigative units like homicide or special victims. The members once selected will have to complete a 1 year detective trainee period to be appointed to the rank of Detective.

**Manager Responsible:** Director of Human Resources

**Time Frame:** Phase 1 of the process started in late 2013 with initial detective appointments to be completed by calendar year Q1 2014, with the process being standardized for future appointments.

### 7. Use of Solvability Factors (Leads) In Car Assignments

**Issue:** Detectives currently are receiving a large number of incident reports for their review that do not require their attention because they have no realistic chance of solution, absent solvability factors. This reduces the time investigations have to focus on those cases that have solvability factors. Other cases should be processed by crime analysis for linkage to patterns or other cases with solvability factors.

**Action Plan:** The DPD will establish a process in the Patrol Operations to pull crime reports sent to

detectives for further investigation on the basis of solvability factors that will be listed on the incident report. Patrol officers will be trained to identify solvability factors and to complete a solvability checklist on the incident report in CrisNet. Patrol supervisors reviewing these reports will forward to Precinct Detective Units (PDUs), for information-only purposes, any reports without solvability factors and forward for further investigation by detectives only those cases that meet a threshold of solvability factors. Eventually a completely revised report form will be developed that is organized around solvability factors and actions taken to search for those leads.

**Manager Responsible:** Deputy Chief of Criminal Investigations

**Time Frame:** By 1st Quarter of 2014

---

### 8.    Staff an Investigative Control Desk at the Detroit Detention Center

**Issue:** Working with Michigan Department of Corrections (MDOC), DPD has opened a central booking facility at the Detroit Detention Center. This center will also house the Investigative Control Desk, under the direction of the Captain of the Investigative Operations, which will manage nighttime investigative response teams, dispatch evidence technician teams, and provide an informational and operational resource for police officers and detectives. The new central booking facility also represents an opportunity to greatly streamline arrest processing and the preparation of cases for prosecutors. DPD detectives currently spend much of their time processing patrol arrests for prosecutors, limiting time available to investigate and develop not-in-custody cases.

**Action Plan:** The control desk will be a 24-hour/seven-day a week operation with dedicated phone lines through which officers can reach detectives for advice on charging, assistance with search warrants, and other functions. Investigation response teams of two to three detectives will be dispatched by the Control Desk during nighttime hours to all major crime scenes, including homicides, shootings, armed robberies of businesses, and home invasions when the residents are at home. The control desk will prioritize and dispatch runs by evidence technicians. A relatively small cadre of detectives assigned to control desk will perform arrest processing work with greater efficiency than detectives in the precincts and, because they are processing the arrests as they arrive at central booking, will be less likely to miss processing deadlines. Detectives assigned at the facility will also conduct preliminary debriefings of arrestees, determining which ones are willing to cooperate and turning over any results to the detective ultimately assigned to the case. The County Prosecutor's office has agreed that arrests can be prepared for charging in this way so long as the detective who does the processing is clearly identified and can be consulted concerning any problems with the arrest package. The detective team at the DDC will handle all narcotics arrests and prisoners detained on information and belief, freeing up the PDU detectives to work cases that the require legwork and follow-up.

**Manager Responsible:** Deputy Chief of Criminal Investigations

**Time Frame:** By 1st Quarter of 2014

---

# Major Crimes Division

The Major Crimes Division includes the Homicide Section, the Special Victims Unit, and the Crime Scene Services Unit.

---

## 1. Resize Homicide Section

**Issue:** In a recent reorganization, the Homicide Section was expanded to more than 70 personnel, including 14 Sergeants, five investigators, and 50 police officers with the intention of also expanding the Homicide Unit's mission to include non-fatal shootings citywide. Designed to centralize intelligence gathering for homicide and shooting cases, this reorganization places too great a burden on a centralized unit, especially in a city of 139 square miles where shootings are running at a rate of 1,500 per year.

**Recent Actions:** The Homicide Section is now commanded by a Captain, who is assisted by three Lieutenants. With the establishment of Precinct Detective Units (PDUs), non-fatal shootings will be investigated by the PDUs, whose response to shootings will be swift and targeted. The centralized Homicide Section will only handle homicides and select shootings in which the victim is expected to die, and this centralized homicide investigative workload will be scaled back commensurately. It will be the responsibility of the Investigative Operations Captain who oversees the PDUs to ensure that important intelligence about shootings under investigation by the PDUs is available to homicide investigators and that PDU investigators remain informed about relevant homicide cases. The Homicide Section Captain and the Investigative Operations Captain should be in regular communication. The Homicide Unit will also maintain a Special Assignment Squad (SAS) to investigate all officer-involved shootings as well as homicide cases related to entrenched gang members or significant narcotics cases.

---

## 2. Assign Homicide Detectives by Precinct

**Issue:** Homicide investigators have traditionally been assigned to cases citywide so that one of their cases might be on the west side of the city and another on the east side. Homicide detectives were often unknowledgeable about the criminal population, gang conditions, and other factors relevant to the cases they were investigating.

**Recent Actions:** Although continuing to work in a centralized unit to ensure the highest level of professional skill and intelligence sharing among homicide detectives, all homicide detectives have been assigned to focus on a precinct and will conduct the bulk of their investigation in a single precinct area. Precincts experiencing a high volume of homicides will be assigned a larger number of homicide detectives.

---

## 3. Structure and Implement Enhanced Training for Homicide and Other Major Crime Investigators

**Issue:** Basic and specialized training for Major Crimes Division personnel has been allowed to lapse and some newer members of the division have no investigative training at all.



**Action Plan:** The Major Crimes Division will work with the Training Section to develop training curricula in key areas including:

- Practical Homicide Investigation.
- Child Death Investigations.
- Medical/Legal Investigation of Death, including such issues as evaluating whether a body has been moved, detecting the presence of foreign substances, blood spatter patterns, and estimating the time of death.
- Interview and Interrogations.
- Processing and Documenting Crime Scenes.

**Manager Responsible:** Training Section Captain

**Time Frame:** By calendar year Q1 2014

---

**4.  Restructure the Special Victims Unit and Ensure Crime Scene Coverage**

**Issue:** There is a need to increase accountability, especially with respect to crime scene response in the special victims area.  Crime scenes were rarely visited by personnel who would be further involved in the investigation of the case.

**Recent Actions:**  The Special Victims Unit, commanded by a Lieutenant, is now comprised of three separate squads, each supervised by a Sergeant, a Sex Crimes Squad, a Domestic Violence Squad, and a Child Abuse Squad.  Through the CIB Control Desk, detectives from these squads will be alerted to major crimes in their respective areas and will be dispatched to major crime scenes.

---

**5.  Enhance Domestic Violence Program**

**Issue:** Domestic aggravated assaults that do not involve a gun represent a significant percentage of all aggravated assaults reported to state and federal agencies. Failure to aggressively investigate and prosecute these crimes has sent the message to offenders that they can get away with this offense.

**Recent Actions:** The DPD Domestic Violence Squad has begun to aggressively investigate and prosecute domestic violence cases.  The squad is collaborating with the prosecuting attorney to ensure that cases receive efficient prosecution. DPD will seek federal funding for its domestic violence investigative initiative.  The Department will collaborate with state social services to provide counseling and wrap-around services for offenders and victims.

---

**6.  Reassign and Reinforce Crime Scene Services**

**Issue:** Crime Scene Services has reported to the Commander of Organized Crime.  This unit has been short staffed in recent years, with one Lieutenant, two Sergeants, ten sworn evidence technicians, and ten civilian forensic technicians.  The civilians have limited training and crime scene capabilities.

**Action Plan:** Crime Scene Services, and all related functions, will report to the Commander of the Major Crimes Division. The Major Crimes Division, with the Homicide Section and the Special Victims Unit, will be the heaviest user of Crime Scene Services. The long-term intent is to civilianize all crime scene technicians, but the ten sworn evidence technicians represent the DPD's current expertise in this area and the primary means of field training civilians to perform this function. In the short term, this 24-hour unit requires two more Sergeants to ensure 'round-clock-supervision and four additional civilian forensic technicians to provide for eight technicians assigned to each of the three daily shifts.

**Manager Responsible:** Commander of the Major Crimes Division

**Time Frame:** By 2nd Quarter of 2014

# Organized Crime Division

The Organized Crime Division includes the Narcotics/Vice Unit, the Commercial Auto Theft Unit, the Tactical Support Unit, the Surveillance Unit, and the Task Force Unit, which manages the DPD task forces with other agencies. The Task Force Unit oversees Department task forces, such as the Detroit Fugitive Apprehension Team (DFAT) with the U.S. Marshall's Service, The Violent Crime Task Force with the Federal Bureau Investigation (FBI), and the Comprehension Violence Reduction Partnership Program (CVRP) with the ATF working largely on the west side.

## 1.    Establish Vice Squad Within the Narcotics Unit

**Issue:** It has been nearly ten years since DPD has had an effective Vice Enforcement Unit. As a result, quality-of-life complaints involving prostitution and violence at licensed liquor establishments have continued relatively unabated. A Vice Enforcement Squad must be reconstituted, with the attendant goal of expanding the number of police officers with the DPD who are familiar with, and who can enforce, vice-related laws.

**Recent Actions:** DPD has established a Vice Enforcement Squad within the Narcotics Unit. The new squad has one Sergeant and six police officers initially assigned. At the outset it will share equipment, including undercover vehicles, with the rest of the Narcotics Unit and focus its operations on bars and other liquor establishments in the evening hours. As of November 1st there had been more than 30 shootings in bars in 2013, so focus on bars is appropriate. It is envisioned that Vice Squad will rotate precinct personnel through quarterly tours which will increase the Vice Squad staffing and will provide precinct Captains with trained personnel to handle vice-related complaints at the precinct level. The Vice Squad will expand on the existing collaborations with the Wayne County Prosecutor's Office Forfeiture Division; the City of Detroit Show Cause Process; and the Michigan Liquor Control Commission.

## 2.    Deploy and Staff Narcotics Teams Effectively

**Issue:** Narcotics teams, known in the DPD as raid crews, have not been deployed effectively in the past to counter crime problems. The crews have been understaffed, resulting in less effective intelligence



gathering prior to raids and leading to so-called "dry holes", raid locations that are no longer active drug dealing sites when the raid occurs.

**Recent Actions:** The Narcotics Unit maintains six raid crews of a Sergeant and five to six police officers each to hit identified drug dealing locations. The unit now runs a weekly meeting to target the work of these crews based on current crime conditions and violence prone areas, including requests for action from precinct Captains and complaints from the public from the 224-DOPE tip line. To improve intelligence prior to raids, the crews will be staffed with seven police officers each, providing an officer to make a buy prior to the raid to confirm that the locations in still in use as a drug dealing site.

### 3. Narcotics Unit to Report Regularly to Precinct Captains

**Issue:** Precinct Captains have often been poorly informed, and have had little input relative narcotics operations being executed in their respective precincts.

**Recent Actions:** The Narcotics Unit has assigned each of six raid crews to two precincts. Raid crew Sergeants now maintain regular communication with the two precinct Captains in their respective areas, concerning planned raids, targeted locations, and ongoing crime problems in the precincts that may be related to narcotics trafficking. The 24-hour raid sheet, describing the projected immediate targets of each raid crew will be forwarded each day to the relevant precinct Captains.

### 4. Improve De-Confliction in Narcotics Operations

**Issue:** Narcotics units have been careless in de-conflicting planned operations with other agencies that might be active in the same area. De-confliction is a police term for preventing conflict between parallel investigations. Sometimes, a longer-term investigation can be compromised by a raid conducted on a short-term basis, or police personnel working undercover in longer-term operations might be endangered by a raid.

**Recent Actions:** A member of each raid crew has been assigned this responsibility and will be held accountable for de-conflicting each proposed raid through the federally sponsored High-Intensity Drug Trafficking Area (HIDTA) de-confliction system.

### 5. Establish Search and Debriefing Protocols for Narcotics Arrests

**Issue:** Searches of narcotics locations have been inadequately supervised, raising temptation for officers in settings where loose cash and narcotics are to be found. Debriefing of narcotics arrestees has been haphazard at best, often conducted at the scene of the raid and generally yielding little in the way of useful intelligence.

**Recent Actions:** The Narcotics Unit has established a search protocol that requires all searches of narcotics locations to be conducted by teams of at least two officers. The raid crew Sergeant will be present at all raids, but the requirement for two-officer search teams will add an extra layer of protection. Narcotics arrestees are now debriefed not at the raid site but at the Detroit Detention

Center (DDC), where interview rooms have been provided. If necessary, narcotics personnel will return to the DDC the following day to complete debriefings.

### 6. Ensure the Regular Payment of Forfeiture Funds to Sustain the Narcotics Unit's Operations

**Issue:** Forfeiture funds, called the Secret Service Fund by the DPD, have not been recently replenished. These funds are essential to the Narcotics Unit's operations because they are used for "buy money" to establish evidence of narcotics trafficking and for payments to informants who help target narcotics raids.

**Action Plan:** Funds should be regularly replenished each month. Even if the funds are eventually paid, the failure to replenish each month disrupts narcotics operation for that month.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By 1st Quarter of 2014

### 7. Appoint a Resource Manager for the Narcotics Unit

**Issue:** Narcotics Unit resources, including undercover cars, have been poorly managed and accounted for leading to the inability to locate vehicles and other equipment for an impending raid.

**Action Plan:** The Narcotics Unit will assign a resource manager, preferably a civilian or restricted duty supervisor, to coordinate the maintenance and the availability of needed cars and equipment.

**Manager Responsible:** Commander of Organized Crimes

**Time Frame:** By 1st Quarter of 2014

### 8. Develop a Car Jacking Initiative with the Commercial Auto Theft Unit

**Issue:** A comprehensive strategy is needed to counter carjackings, which have increased substantially in recent years.

**Recent Actions:** The Commercial Auto Theft Unit has worked with a variety of partners and consultants to implement Chief Craig's Carjacking Initiative, designed to apprehend carjackers but also to raise awareness of police actions in this area to discourage and deter carjacking in the first place. Commercial Auto Theft has five Sergeants and 32 police officers currently assigned. They work in a task force format with the DPD Special Response Team (SRT), DPD Traffic Enforcement, the Michigan State Police, the Grosse Pointe Police, the Wayne State University Police, and the Oakland County Sheriff's Office. Along with enforcement efforts, the unit is planning a media blitz to highlight the issue and working in a number of ways to involve the owners of gas stations and party stores where many of the carjackings take place. One important initiative is the drafting of city ordinance that will require all gas station to maintain high quality video that can render clear digital images of perpetrators and crimes.

### 9.     Restore Gang Intelligence Unit

**Issue:** DPD disbanded its citywide Gang Enforcement Unit earlier in 2013 because of manpower constraints. The long-term investigation of organized criminal gangs and the collection and sharing of intelligence about these gangs conducted by a centralized gang intelligence unit acts as an information hub and support system for precinct patrol and precinct detectives contending with gang problems.

**Recent Actions:**   The DPD has now established a centralized Gang Intelligence Squad, under the supervision of the Task Force Unit, to investigate organized criminal gangs while collecting and disseminating related intelligence. This squad, supervised by a Sergeant a staffed with 14 police officers, will monitor social media in an effort to improve identification of known gang members, as well as to detect and disrupt confrontations or gatherings that present a high risk of violence.

### 10.     Transfer Functions of the Tactical Support Division to the Organized Crime Division

**Issue:** The Tactical Support Division has reported directly to the Assistant Chief of Operations, but is being transferred to the Organized Crime Division in the Criminal Investigations Bureau for more direct operational oversight.

**Recent Actions:** DPD has transferred most of the units in Tactical Support to Organized Crime Division in the Criminal Investigations Bureau. The units in question are Canine, Harbor Master, Mounted, the Bomb Squad, Traffic Enforcement, and the Special Response Team (SRT), which performs SWAT functions. Homeland Security has been established as a bureau reporting directly to the Chief of Police.

13-53846-tjt    Doc 3830-1    Filed 04/06/14    Entered 04/06/14 17:55:36    Page 50 of 108

# Office of Administrative Operations

# Office of Administrative Operations

Parallel to significant changes in the Office of Field Operations, the Office of Administrative Operations will be managing an extensive administrative agenda to restore the critical services and functions that support police work in the field, from training, to radio communications, to fleet management, to facilities, to technology. Chronic underinvestment in all of these services and functions has left the DPD in a very difficult position, with some of its services in near collapse and none up to modern policing standards. As the department moves forward with its crime fighting and community service agenda, it must also pay exacting attention to its administrative agenda, investing in, restructuring, and retooling a wide range of functions that form the very foundation of successful police service.

Under the new organizational structure, the Office of Administrative Operations, directed by an assistant chief, will be overseeing four bureaus: The Support Services Bureau, commanded by a Deputy Chief, and the Human Resources Bureau, the Communications Bureau, and the Technology Bureau, each administered by a Civilian Director. The Labor Relations Division, commanded by a Commander, will also report directly to the Assistant Chief of Administration. The Chief Financial Officer, formerly the Director of Budget, is now a direct report to the Chief of Police.

The former Administrative Services Bureau has been restructured as the Support Services Bureau. The new Support Services Bureau oversees the Civil Rights Division and the Resource Management Section. The Civil Rights Division is headed by a Commander who is responsible for managing Consent Judgment compliance and who oversees the Training Section and the Audits and Inspection Section, each commanded by a Captain. The Resource Management Section, commanded by a Captain, manages Records, Facilities, Fleet, Property Control, and Animal Control. Disciplinary Administration has been moved to the Professional Standards Bureau.

# Support Services Bureau

Support Services oversees the Civil Rights Division and the Resource Management Section. The Civil Rights Division is responsible for ensuring that tasks related to compliance with the Department of Justice consent judgments are completed in a timely manner. It manages the Training Section and the Audits and Inspection Section. The Resource Management Section oversees Records, Facilities, Fleet, Property Control, and Animal Control. The overall focus of the Support Services Bureau is to support growth of all aspects of the Department, with continuous assessment for employing best practices, managing professional development, and maximizing the use of all assets and property in an effort to achieve the best results.

Under the Strategic Restructuring Plan, the Department will continue its efforts to achieve 100 percent compliance with the Use of Force Consent Judgment, put measures in place to maintain compliance after reaching our goal, manage and mitigate risks and develop ways to generate revenue through the Detroit Police Training Center by hosting training and charging other municipalities for our services, including pre-service candidates. The Detroit Police Training Center has always been considered one of the premiere training facilities in the State of Michigan. However, due to the loss of the Regional

Training Status, the Department lost the ability to generate monies and train other agencies' certifiable candidates.

## Civil Rights Division

The Civil Rights Division manages the DPD's compliance with two federal consent judgments: Conditions of Confinement (COC) and Use of Force, Arrest & Custodial Detention (UOF), which were entered in the United States District Court on July 18, 2003, in accordance with paragraph U-140 and C-95 of the Consent Judgments. As the Department moves closer to achieving full compliance with both consent decrees, further monitoring will be required to ensure that the DPD remains in substantive compliance. Even after the Department is no longer formally monitored, standards currently in place will still be reviewed, assessed, and evaluated on a regular basis by the Civil Rights Division. As the Department enters into the sustainability phase of the consent decrees, both the work both the Audit and Inspections team and the Department's use of its risk management database will actually increase. The Civil Rights Division currently comprises:

- The Training Section
- The Audit and Inspections Section, including Audits Team and Inspections Team
- The new opened Detroit Detention Center, which has been assigned to the Audits and Inspection Section.
- Management Awareness System (MAS)

The Management Awareness System is a computerized risk management system relational database that helps to identify and modify potentially problematic behavior by police officers. The MAS is the primary tool used for risk management in the DPD. The system identifies both exemplary performance and problematic behavior of DPD members through two types of analysis: 1) performance-based reviews of members conducted by their immediate supervisors at a Performance Evaluation and Enhancement Review Session (PEERS) and 2) long-term trend analysis by a group of personnel dedicated full time to risk analysis.

The Civil Rights Division is responsible for maintaining and monitoring the usage of the MAS system and compiling monthly and quarterly reports based on the data contained within the MAS system. MAS provides the DPD with the ability to evaluate the performance of DPD officers, units, and precincts throughout the department, including all ranks and shifts, and their ability to manage risks and liabilities, and to promote civil rights and best police practices and policies.

## The Training Center

DPD Training comprises Recruit Training, Firearms Training, Field Training, and In-Service Training. The Training Section also serves as the liaison between the Detroit Police Department and the Michigan Commission on Law Enforcement Standards (MCOLES). To become a Detroit Police Officer, a trainee is required to complete a State-of-Michigan-certified training course and pass a State-of-Michigan certification test. MCOLES is the certifying agency. Training at the Detroit Police Training Center meets the 594-hour minimum basic training curriculum established by MCOLES. Student police officers must pass a legal final examination, qualify in a firearms skills test, demonstrate proficiency in the emergency vehicle operation course, meet physical fitness standards, and pass a separate DPD-specific portion of


**police**

the curriculum to graduate the academy. Successful graduates become probationary police officers (PPOs) for one year after graduation and will have to complete a soon to be revised Field Training Program with a senior member of the department. This program takes approximately three months to complete.

In-Service Training ensures that current members of the DPD receive the necessary training to perform their jobs. The department recognizes that training should occur throughout a member's career. All sworn personnel are required to attend mandatory annual re-training, some of which is mandated as part of the consent judgments. Providing training to both the front line officers and the management staff is a crucial component of the department's strategic plan. The DPD is working with the Michigan State University, Wayne County Prosecutor's Office and others to develop Leadership, Detective and other training courses.

---

### 1.   Evaluate Outsourcing Basic Recruit Training

**Issue:** DPD currently provides Basic Recruit MCOLES training to all new recruits. There are multiple Southern Michigan community colleges in Lansing, Oakland, Schoolcraft, etc., that provide Basic Recruit MCOLES training for other southern municipalities.

**Action Plan:** DPD will complete a detailed cost/benefit analysis to evaluate outsourcing Basic Recruit Training to local community colleges. As part of this analysis, DPD will evaluate the cost and benefits providing new recruits financial assistance for attending those academies when they sign a multi-year contract to join DPD following graduation from a local community college.

**Manager Responsible:** Captain of the Training Center

**Time Frame:** By 1st Quarter of 2014

---

### 2.   Develop a Leadership Training Program

**Issue:** DPD lacks a leadership training program for current and future command staff. As senior promotions occur, promoted command staff should receive training that prepares them for their new assignments and orients them to the DPD Strategic Restructuring Plan.

**Action Plan:** DPD will develop a training and orientation curriculum/program for newly promoted command officers. The orientation and training program will explore a range of topics taught by expert instructors including the Chief of Police, assistant chiefs, outside policing experts, academics, etc. The topics covered will include performance management, accountabilities and management authorities, patrol strategies, crime reduction strategies, police legitimacy and community involvement, the Ceasefire strategy, the DPD reorganization, financial controls, and related areas.

**Manager Responsible:** Captain of the Training Center

**Time Frame:** By 2nd Quarter of 2014

---



**police**

**3.      Design Training Curriculum for Detectives**

**Issue:** DPD has no basic investigator course to prepare detectives for investigative assignments.

**Action Plan:** The DPD is working with the Michigan State Police to design and implement a basic criminal investigation course designed exclusively for DPD detective trainees. This course will include participation and instructional expertise in initial and follow-up crime scene investigation, the questioning of witnesses, criminal interrogation, and victims assistance programs. In addition, the Wayne County Prosecutor's Office will provide assistance in criminal case preparation.

**Manager Responsible:** Captain of the Training Center

**Time Frame:** By 2nd Quarter of 2014

---

**4.      Rotate Training Instructors Through Operations Assignments**

**Issue:** The DPD training instructors, including officers, Sergeants, and Lieutenants, develop training plans and teach training courses, but often do not have the requisite on-the-job experience to credibly present training to officers who work on the streets.

**Action Plan:** DPD will implement a program that assigns DPD training instructors on rotation, alternating assignments at the academy with field assignments, so that they are able to acquire the necessary real-life experience to support their training plans and presentations.

**Manager Responsible:** Captain of the Training Center

**Time Frame:** By 2nd Quarter of 2014

---

**5.      Enhance Field Training Officer Program/Unit**

**Issue:** DPD intends to significantly increase recruiting efforts for new police officers. A critical part of training new police officers is to provide the requisite field training. Because of limited recruiting over the last five years, DPD's Field Training Officer (FTO) program staffing levels have dwindled to just three certified FTOs. The cadre of FTOs must be increased to support the hiring and training new police officers.

**Action Plan:** DPD will recruit 50 additional police officers from the precincts to work as FTOs. The FTOs will take a one-week FTO training course and the Department will offer incentive pay to police officers willing to serve as FTOs.

**Manager Responsible:** Captain of the Training Center

**Time Frame:** By 2nd Quarter of 2014

---



**6.    Provide Outside Training Opportunities for Sworn and Non-Sworn Officers**

**Issue:** Department members have not consistently attended seminars or training by outside agencies.

**Action Plan:** DPD will provide officers and sworn supervisors opportunities to attend seminars and training provided by outside agencies. Examples include high speed driving school, forensic investigative school, or suspect interrogation school. The DPD will develop an annual comprehensive seminar and training plan, which will provide each member the opportunity to attend available training. The DPD will also look for alternative funding for non-sworn members to attend training.

**Manager Responsible:** Captain of the Training Center

**Time Frame:** By 2nd Quarter of 2014

**7.    Initiate a Chief's Scholar Program**

**Issue:** DPD currently does not provide funding for secondary education. As the department moves towards hiring and retaining a more educated police officer, there is an inherent need to provide tuition funding for its members and new hires as incentive for the members to pursue a college degree.

**Action Plan:** DPD will seek partnership with Wayne State, Michigan State University, University of Michigan, etc. to negotiate tuition discounts for its members. In addition, DPD will pursue grant dollars, law enforcement scholarships and philanthropic donations to fund this program.

**Manager Responsible:** Deputy Chief of Support Services

**Time Frame:** By 3rd Quarter of 2014

## Audits and Inspection Section

The Audits and Inspection Section performs compliance audits of the DPD in accordance to two (2) federal consent decrees (Use of Force and Conditions of Confinement) as mandated by the Department of Justice (DOJ). The Audits and Inspections Section includes both an audit team and inspections team. The Audit Team consists of civilian auditors assisted by sworn members who provide subject matter expertise when interpretation of policies or procedures is needed. The team's audits have been considered "thorough and robust" by the current monitor, and have formed the basis for sound policies and best practices in DPD. Audits benefit the DPD in other ways, including cost and benefit analyses of a given unit's performance, providing commanding officers with credible documentation assist decisions on training and discipline issues, the audits also provide assist both supervisors and the patrol officers in their professional growth and development which is directly related to improving the DPD's service delivery to the community. The Inspection Team is a subgroup of the audit function, providing quicker analyses not bound by generally accepted auditing standards. Formal reports, work plans, and matrices are not required, but Inspections findings are reported out at each Command Accountability Meeting (CAM).

To ensure compliance with Department policy and maintain sustainability, the Audits and Inspection Section's employees perform the following functions:

- Act as liaison between the DOJ-appointed monitors the DPD.
- Conduct technical quality control reviews for compliance with policies relative to stop and frisks; arrests; custodial detentions; witness identification and questioning; prisoner injuries; allegations of misconduct; external complaints; uses of force; food service; detainee safety programs; medical and mental health policies and programs; emergency preparedness; and environmental health and safety.
- Prepare audit reports based on the results of audit findings.
- Conduct exit conference interviews with DPD supervisors, command officers, and executives.
- Conduct follow-up audits to ensure prior audit issues have been addressed and that remedies have been implemented to resolve deficiencies.
- Provide training on various auditing requirements and restrictions.
- Write audit work plans, prepare matrices, conduct audit fieldwork, performing detailed analysis of each audit objective.
- Make cost effective recommendations to enhance internal controls and minimize risk.

Under the current reorganization, DPD has been assigned the management of the new Detroit Detention Center (DDC) to the Audits and Inspections Section. Moving the DDC under the auspices of the Civil Division's Audits and Inspections Section demonstrates the Department's commitment toward ensuring the proper care and custody of all detainees. Audits and Inspection Section's auditors will be housed at the DDC for the purpose of monitoring the Department's detainee in-custody process. Over time, the Audits and Inspection Section will expand its work to include regular inspections of units for compliance with Department policies and procedures in cases beyond the consent decree requirements.

## 1.    DDC Detainee Arraignments

**Issue:**  During the first month of operation, the majority of detainees housed at the DDC were being arraigned more than 48 hours after arrest as there is only one arraignment session daily.

**Recent Actions:**  To resolve this issue the Department and the MDOC leadership negotiated with 36th District Court to establish a second arraignment, later in the day Monday through Friday.  This has resulted in a significant decrease in the number of detainees arraigned after 48 hours.  To ensure that all detainees are arraigned within 48 hours, absent exigent circumstances such as a complex homicide investigation, the leadership of DPD and MDOC are in discussions with Judge Michael Talbot of 36th District to establish a second arraignment on Saturdays and Sundays as well.

## 2.    Video and Audio Equipment Installation

**Issue:**  The video and audio equipment for the interrogation rooms at the DDC has not been installed. State law mandates that all detainee homicide interrogations be video and audio recorded.  To be in compliance with this mandate, homicide investigators were transporting homicide suspects from the DDC to the 2nd Precinct for the purpose of conducting interrogations in the interview rooms there, which are equipped with the authorized MCOLES video and audio recording equipment.  On October 28, 2013,

the 2nd Precinct's cellblock closed, and Homicide investigators no longer had the option of using the 2nd Precinct to conduct these interviews. The Director of Information Technology submitted a Detroit Police Department "Purchase, Reimbursement or Payment Request" for the video and audio equipment necessary to equip the new interview rooms at the DDC. No funding source has been identified to purchase the equipment, as of yet. There is a ten-week timeline to construct and install the audio and video equipment in the DDC interrogation rooms once the vendor receives approval.

**Action Plan:** The short-term solution has been to install video and audio equipment, removed from another location, in the interrogation rooms at the DDC on a temporary basis so the DDC interrogation rooms are compliant with the MCOLES standards until the permanent equipment is purchased and installed by the vendor. To achieve a long-term solution the DPD CFO must identify a funding source to purchase the equipment necessary to equip the new interview rooms at the DDC for recording interrogations in accordance with state law.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By 1st Quarter of 2014

### 3.      Establish DDC as a Stand-alone Entity

**Issue:** As first established, the Detroit Detention Center (DDC) had been a sub-entity of the Northeastern District, who was responsible for staffing the DDC. The majority of the personnel assigned to work at the DDC were temporary, and the continual rotation of different officers and supervisors through the center hampered proper training efforts.

**Recent Actions:** DPD has established the DDC as a stand-alone entity reporting to the Audits and Inspection Section of the Civil Rights Division. DPD has been accepting transfer requests from personnel, at the rank of Sergeant and police officer, to the DDC. All transfer requests have been submitted through channels to the Civil Rights Division.

### 4.      Increase DDC Staffing Levels

**Issue:** Staffing level of DPD personnel at the DDC is insufficient. The number of personnel utilized to operate the DPD's five cellblocks prior to the opening of the DDC was 89 police officers and fifteen Sergeants. The Standard Operating Procedure for the DDC indicates that the front desk will be staffed by one Sergeant and one police officer. It is not realistic to expect one Sergeant and one police officer to successfully assume and perform the front-desk duties for the volume of arrests and other related prisoner-processing functions that were previously dispersed across five districts and their subordinate precincts. DPD processes approximately 25,000 arrests annually. The current manpower allocation configuration at the DDC would require one front-desk supervisor on each platoon to process 8,333 arrests annually, 148 arrests weekly, or 21 arrests daily. The staffing designated for prisoner transport is six police officers to cover 3 shifts, which is also unrealistic. One prisoner transport vehicle per shift will not be sufficient to transport detainees back and forth from 36th District Court, the Detroit Receiving Hospital (DRH), and also perform other related conveyance duties for the entire DPD prisoner population.

**Action Plan:** The recommended personnel allocation to operate the DDC is one Lieutenant and, 15 Sergeants and 30 police officers. The proposed increased staffing for the DDC still would enable the DPD to allocate 59 Police Officers back to patrol. DPD will process map all duties and job responsibilities associated with the overall operation of the DDC to appropriately identify efficiencies. To staff one police officer position in a 24-hour, 7-day-a-week, 365-day-a-year operation requires three full-time equivalents after factoring in vacation, scheduled leave, and sick days off. While civilians can replace many police officer positions, they cannot replace transport officers.

**Manager Responsible:** Director of Human Resources/Deputy Chief of Support Services

**Time Frame:** By 1st Quarter of 2014

### 5.    Restore DPD Extradition Functions

**Issue:** When individuals were arrested by outlying jurisdictions for outstanding Detroit warrants, the DPD dispatcher have not sent patrol units to pick up the wanted criminals in recent years. Suburban law enforcement departments had no choice but to release them, because DPD dispatchers did not send units to collect the prisoner. The City has failed to collect thousands of dollars annually because of this practice.

**Recent Actions:** The DDC has assumed the function of the DPD's former Extradition Unit. DDC officers assigned to prisoner transport units will retrieve prisoners from other jurisdictions when not actively performing other assignments.

# Resource Management Section

Resource Management, with a few exceptions, is responsible for the acquisition, allocation, and inventory of department equipment and acts as the Department's liaison to the city's General Services Department. Its Facilities Management Unit works in conjunction with the Detroit Building Authority and General Services Department. Responsibilities include the oversight and facilitation of acquisitions, and the repair and maintenance of the Department's various facilities. The Fleet Management Unit manages the DPD auto fleet, ensuring repairs and safety violations are coordinated, outsourced, and resolved. The Property Control Unit manages the proper storage and safeguarding of real property that has come into police custody, including property with evidentiary value. The Records Unit is charged with issuing purchase permits for handguns, entering and removing all stolen firearm reports from Law Enforcement Information Network (LEIN), handling inquiries for both police and accident reports, and verifying the identity of all Department detainees.

### 1.    Establish a Computerized Asset Management System

**Issue:** Asset management is lacking, disorganized or non-existent in almost all areas.


**police**

**Action Plan:** Once the new record management system (RMS) is in place, the asset management module of the RMS will be provisioned with records of current officer equipment. This initial effort will require each officer to bring equipment to a central location to be inventoried and recorded. Once this effort is completed, equipment can be properly tracked. Sworn members who are found in possession of equipment that has not been inventoried will face administrative discipline.

**Manager Responsible:** Captain of Resource Management

**Time Frame:** By 3rd Quarter of 2014

## Records and Identification

Records and Identification manages police reports, clearances, sex offender registry updates, and all licensing. Records management is important to an effective Compstat process and to deployment decisions. Current data entry is sloppy and crime classification is often inaccurate, resulting in inaccurate reporting to state and federal entities. Uniform Crime Reports for the City of Detroit may be inaccurate. Records and Identification is responsible for issuing crime and accident reports to citizens and insurance companies. The unit is also responsible for issuing Licenses to Purchase firearms (LTPs), registering firearms purchased by all City residents, entering and removing all firearms from the Law Enforcement Information Network (LEIN) system as each individual investigation dictates, and working directly with the Wayne County Gun Board and the Michigan State Police Firearms Unit on all firearms and licensing issues. Additional Records and Identification Unit functions include electronically fingerprinting individuals seeking employment with DPD, Fire and EMS, as well as manually fingerprinting citizens on for federal clearances. For the state, the unit also manually fingerprints individual victims of identity-theft, for the pawn slip and citation processing, criminal history checks for firearms licenses, foster and daycare providers, immigration clearances, court-ordered record removals and arrest returns for discharge. All of these duties are currently being performed by a mix of civilian identification technicians and sworn members within DPD, but until these intertwined functions are managed by one entity within the Department, the DPD will continue to submit inaccurate data to the state and Federal governments. In order for this new unit to accurately process data, it must operate 24/7 with appropriate staffing levels for all shifts.

1.    **Implement an Incident Report Records Section**

**Issue:** DPD does not operate a true incident report records section. At this time there is no consistent process for reviewing incident reports or entering accurate information in the CrisNet system. DPD may be using inaccurate crime reporting data in its Compstat process that could result in suboptimal strategic policing decisions. Further, inaccurate data results in inaccurate reporting to the state and federal governments for Uniform Crime Reports and Michigan Incident Crime Reporting. If crimes are incorrectly classified as Part 1 offenses, a false, more dangerous image of Detroit is presented to the world. Without a records section, DPD will be unable to accurately report crimes and will continue to misclassify people, places, and property. The processing of individuals arrested for sex offenses using the State's web-based MICJIN portal may be inaccurate as well?. The Jail Management System was implemented rapidly, and many users, including Records and Identification personnel, have not received adequate training in system use.

**Recent Actions:** A Records and Identification Unit has been established to review all incident reports filed by officers to ensure that they are correctly classified for Compstat, state, and federal crime reporting. The unit will also ensure that detainee biometric records are accurately reported to state and federal data repositories by using Automated Fingerprint Identification System (AFIS). The Detroit Police Department is the only major police department in the United States that does not have its own ten-print AFIS system. DPD will purchasing such as system to ensure accurate data is reported when submitting detainee biometric records. The proposed training of additional staff members will improve the Sex Offenders Registry process.

**Manager Responsible:** Deputy Chief of Support Services

**Time Frame:** By 1st Quarter of 2014

---

2.     **Improve Supervision of Incident Reports**

**Issue:** Inaccurate and incomplete crime reports, missing important data elements, are being approved by Sergeants who are not appropriately reviewing the reports, and data is not being entered in the appropriate fields within CrisNet.

**Recent Actions:** Patrol Sergeants have been mandated to review incident reports prepared by officers under their supervision prior to submission to ensure that these reports are being accurately prepared. CrisNet provides "fail safes" that will not permit the user to proceed to next field until the current field is populated correctly.

---

3.     **Public Vehicle Licenses/Permits**

Public Vehicles investigates and approves license applications for vehicles for hire, sexually oriented business employees, parking lot and valet attendants, pedal-cabs, rickshaws and horse and carriage licenses to persons working in the City of Detroit. This unit is also responsible for the issuance of rate cards and approval of bond plate transfers, as well as the issuance of precious metal certificate of registrations.

The program used by Public Vehicles creates an extensive and effective investigative tool to aid in criminal investigations resulting in the increased ability to solve crime. This product has also been used to create identification cards for other Departmental uses.

**Issue:** Equipment to process licenses and permits is lacking. The request to purchase a new program for installation on two additional computers was not approved. There is currently no maintenance contract. If equipment stalls or breaks, the loss of revenue to the Department would be significant.

**Action Plan:** A complete program (software, printers, digital camera, etc.) on a second computer would greatly reduce the loss of revenue. This additional program would also provide faster service during renewal periods. A maintenance contract that includes but is not limited to preventative maintenance and loaner equipment would keep DPD up and running and prolong the life of the program. DPD will need to request a blanket purchase order for the supplies required to produce the product for the

citizens. A blanket purchase agreement would make this a critical vendor because the supplies are needed to run the operation.

**Manager Responsible:** Captain of Resource Management

**Time Frame:** By 1st Quarter of 2014

---

4.    **Liquor License Decoys**

Liquor License is a liaison between the Detroit Police Department, Detroit City Council and the Michigan Liquor Control Commission. Its responsibility is to investigate all liquor transactions within the City of Detroit. Inspections (including undercover operations) are conducted to ensure the licensed locations are in compliance with Detroit City Code and Michigan Liquor Control Commission rules and regulation

**Issue:** Fifty-five percent of all license fees and other fees (renewals, fines, inspections) related to the liquor license are returned to the City of Detroit. The decoys used in the undercover operation are students from area schools. The decoys are trained in the inspection procedures and in court testimony. All of this is done without any compensation for the decoys.

**Action Plan:** Liquor License will continue to conduct compliance inspections. Create a stipend account for the decoys from the State's returnable fees to increase the decoy pool to address the growing number of minors buying alcohol complaints. The State of Michigan pays their decoys an hourly rate, however DPD is only able to provide fringe benefits such as lunch compensation. The Department will also develop a strategy of utilizing imprest cash funds to support this initiative.

**Manager Responsible:** Captain of Resource Management

**Time Frame:** By 2nd Quarter of 2014

---

## Fleet Management

The DPD operates with an extremely old fleet of 1,360 vehicles. Most DPD police cruisers lack necessary information technology for modern police work. A majority of the DPD fleet is from 2007 or earlier and has reached more than two times the standard three-year replacement age for police vehicles. The Department currently has 460 marked scout vehicles, of which 304 are of 2007-vintage or older, equating to 66 percent of fleet. Operating with an aged fleet dramatically drives up maintenance costs. Currently the department has 189 vehicles that cannot be deployed in the field due to disrepair. Only 170 of the 460 marked scout vehicles have working in-car video systems, and even these systems are now obsolete and should be replaced immediately.

---

1.    **Establish Vehicle Fleet Replacement Cycle**

**Issue:** The bulk of DPD's vehicle fleet is past its useful life and lacks necessary IT infrastructure. DPD will need to undertake a fleet requirements analysis to determine how many vehicles are actually needed—both marked and unmarked and develop a replacement policy.

**Action Plan: Phase 1:** Perform a full vehicle inventory, including indicating how each vehicle is used and to whom assigned. **Phase 2:** The DPD will begin to purchase and replace one-third of its fleet on an annual basis. Funds are available and have been identified within the Emergency Manager's restructuring dollars allocated to DPD.

**Manager Responsible:** Captain of Resource Management

**Time Frame:**     **Phase 1:** By calendar year Q1 2014
                    **Phase 2:** Begin by calendar year Q2 2014

---

### 2.     Rejection of Car Leases

**Issue:** DPD has had approximately 100 leased vehicles, and all of these leases should be evaluated for termination. Some of these leased vehicles have been held for approximately nine years, resulting in DPD has paying for the value of the leased vehicles many times over. DPD believes it has too many outstanding and unnecessary lease agreements.

**Recent Actions:** DPD has evaluated all DPD vehicle leases and determined which to terminate. DPD plans to reject and return the bulk of their leased vehicles. Twenty of the leased vehicles have already been returned and the Department is no longer making payment on the vehicles with expired leases.

---

### 3.     Evaluate Privatizing Vehicle Maintenance

**Issue:** The General Services Department (GSD) provides fleet maintenance and repair services to the DPD. Because of low funding levels, GSD maintenance service is inadequate, resulting in deficient vehicle availability, which affects DPD operations. In addition, and also because of low funding levels, GSD performs little to no preventative maintenance on the DPD fleet driving up total cost of ownership and further eroding vehicle availability. GSD lacks quality repair equipment.

**Action Plan:** The city is currently evaluating privatizing fleet maintenance to enhance service levels to all departments. Improved maintenance would increase DPD vehicle availability dramatically.

**Manager Responsible:** Captain of Resource Management

**Time Frame:** By calendar year Q1 2014

---

### 4.     Improve Uniform Patrol Accountability for Vehicle Maintenance

**Issue:** Personnel are required to check vehicle oil levels, tire pressure, and general maintenance of vehicles prior to beginning their shifts. In many instances, personnel are not performing these required checks, resulting in many vehicles malfunctioning.

**Recent Actions:** Command staff has directed supervisory staff – i.e. Lieutenants and Sergeants – to

enforce daily vehicle checks to reduce repair and maintenance costs. Vehicles in need of maintenance are not put into service until needed maintenance is performed. The department has created a standardized vehicle log sheet, which has to be completed prior to each tour of duty and reviewed by the supervisor conducting the inspections.

### 5.    Improve Uniform Patrol Accountability for Vehicle Damage

**Issue:** Improper driving by police personnel has damaged patrol vehicles in fender benders and crashes. Approximately 25 percent of the 2010 and 2011 fleets were not usable because of accidents.

**Action Plan:** Supervisors will be required to monitor vehicle condition and hold responsible officers who damage vehicles though negligence or recklessness. A driving school will be established to instruct new officers in proper driving procedures and to reinstruct veteran officers who are at fault in accidents. Supervisors will also ensure that copies of keys are held by command staff and that uniform personnel are not taking keys home. If keys are taken home, they must be returned immediately, with no provision for overtime, or disciplinary action will be taken.

**Manager Responsible:** Captain of Resource Management

**Time Frame:** By calendar year Q1 2014

### 6.    Assignment of Vehicles

**Issue:** The previous vehicle assignment process was lacking and did not hold officers accountable. Vehicles are being assigned to multiple officers who are not being held responsible for either the use or the maintenance of the vehicles. Officers were taking vehicles to unauthorized locations (i.e. other precincts and DPD locations) after their shifts when they should have been returning them directly to the precinct, leaving officers assigned to the same vehicle on later shifts without scout cars.

**Action Plan:** Patrol cars will be assigned to the same officers daily. Each shift will assign each vehicle to the same two-person team on that shift. This will give the officers a sense of responsibility for the vehicle, which should result in cleaner vehicles, better vehicle maintenance, and longer vehicle operational life.

**Manager Responsible:** Captain of Resource Management

**Time Frame:** By 1st Quarter of 2014

## Facilities Management

DPD has not invested in, or maintained, its facilities infrastructure for many years. DPD has closed or consolidated multiple precincts, resulting in an inadequate precinct infrastructure to serve the neighborhoods of Detroit. Make all precincts be house din stand-alone facilities. DPD's facility infrastructure has reached a critical level of disrepair and no longer meets its needs. DPD spends in excess of $3 million a year on leased facilities, and is currently evaluating all leases with the anticipation

that many leases will be dropped. DPD is currently planning to build a Real-time Crime Center within the Detroit Public Safety Headquarters and to construct an emergency operations center.

1. **Review Owned vs. Leased Facilities**

**Issue:** The DPD is currently paying for leased space while owned facilities are underutilized. The Department pays more than $3.3 million dollars annually in rent for these facilities. DPD operates 28 different facilities, seven of which are leased.

**Action Plan:** The DPD is performing a full inventory of its facilities and buildings. With assistance from GSD, DPD is developing a facility consolidation plan that is anticipated to result in a significant return on investment. DPD intends to reject many of its leases and move to currently owned facilities following necessary build outs.

**Manager Responsible:** Assistant Chief of Administrative Operations

**Time Frame:** By 1st Quarter of 2014

2. **Refurbish Existing Precincts**

**Issue:** The DPD currently operates eight police station facilities and 15 other facilities, many of which have reached a critical level of disrepair. A number of these facilities cannot have plumbing, heating and cooling maintained in working condition. This has a negative impact not only on Department employees but the public who visit the facility.

**Action Plan:** An inventory will be conducted for all facilities, detailing refurbishment needs and the costs of addressing the needs identified. A plan will then be developed to refurbish those facilities that it is cost-effective to do so, identify requirements for space for units in facilities that should not be refurbished, and develop a strategy for better maintenance of all such facilities.

**Manager Responsible:** Captain of Resource Management

**Time Frame:** By 2nd Quarter of 2014

3. **Build/Lease New Precincts**

**Issue:** With the creation of 12 stand-alone precincts rather than the Districts which had two precincts each, often in the same facility, the Department needs to provide each precinct with a facility in the neighborhood to which it is providing police service. Every precinct needs to be in a stand-alone facility. An analysis needs to be conducted to determine exactly how many precincts are required, based on the precinct boundary analysis previously described.

**Action Plan:** Based on the analysis of facilities described above, a plan to provide each precinct with a stand-alone facility will be developed, capital funds requested for new facilities, or funds requested for rental of a facilities or conversation of city-owned existing facilities appropriately located.

**Manager Responsible:** Captain of Resource Management

**Time Frame:** Completed by calendar year Q4 2014 – Q4 2015

---

4. **Real-time Crime Center**

**Issue:** Current best practice in policing includes police agencies in urban areas having Real-Time Crime Centers, which monitor crime occurrences throughout the jurisdiction, have intelligence analysis data mine to determine possible linkages to know criminals and past events and provide real-time information to responding officers and investigators. The DPD does not have such a center.

**Action:** The Department will develop plans for such a Center to be located in the Detroit Public Safety Headquarters. The Center will be linked to the Communications Center so it can receive instantaneous reports of reported crimes. Intelligence officers and analysts will be assigned to monitor occurrences and begin the data-mining process, which will result in information being transmitted to officers and investigators. The staff will also monitor occurrences throughout the city, looking for occurrences patterns real-time and suggest preventive responses. Funding will be sought to provide the needed IT equipment for the proposed Center.

**Manager Responsible:** Director of Homeland Security and Director of Information Technology

**Time Frame:** By 3rd Quarter of 2014

---

5. **Emergency Operations Center**

**Issue:** DPD does not have an emergency operations center bringing together representatives from numerous agencies to provide a multi-agency coordinated response to the event or occurrence.

**Action Plan:** An emergency operations center, or EOC, is a central command and control facility responsible for carrying out disaster management functions at a strategic level in an emergency situation and ensuring the continuity of operation within the city. This center provides a location where local, state, and federal agencies can gather and share information. The center should enable all agencies can gain access to their respective data networks so that the data can be shared in collaborative efforts. An emergency operations center is responsible for the strategic overview, or "big picture" of a disaster, and does not usually directly manage field assets, instead making operational decisions and leaving tactical decisions to lower commands. The common functions of all EOC's are to collect, gather and analyze data; make decisions that protect life and property; maintain continuity of the organization, within the scope of applicable laws; and disseminate its decisions to all concerned agencies and individuals.

The DPD must perform due diligence in determining whether or not to develop and implement an emergency operations center. Once the decision has been made to move forward, the Chief of Police

must designate an Emergency Manager to run the operations of the center. The first most critical component of an EOC is the individuals who staff it. They must be properly trained and have the proper authority to carry out actions that are necessary to respond to the disaster. The second most critical component of an EOC is its communications system that provides a redundant path to ensure that both situational awareness information and strategic orders can pass into and out of the facility without interruption would serve as an excellent tool in information/intelligence sharing between multiple agencies.

**Manager Responsible:** Director of Homeland Security

**Time Frame:** By 4th Quarter of 2014

---

### 6. Security Enhancement at CAYMC

**Issue:** Security enhancement has not been completed at the Coleman A. Young Municipal Center, otherwise known as CAYMC. CAYMC is in need of additional security cameras for surveillance of the building.

**Action Plan:** The Director of Homeland Security will work with the City of Detroit ITS department to assess the building's exact needs and address the issue.

**Manager Responsible:** Director of Homeland Security

**Time Frame:** By 2nd Quarter of 2014

---

### 7. Transfer Jail Operations to Michigan Department of Corrections

**Issue:** DPD has been unable to fully sustain the requirements of the federal consent agreement governing conditions of confinement. DPD facilities for housing prisoners at the precincts were so outmoded and poorly maintained that there was no practical way to bring them into compliance.

**Recent Actions:** With the assistance of Governor Rick Synder, DPD entered into an agreement with the Michigan Department of Corrections (MDOC) to detain and house all arrested persons at the Detroit Detention Center (DDC), with the DPD maintaining a central booking facility at the DDC and Michigan Department of Corrections managing all jail functions. DDC is housed at 17601 Mound Rd., which was formerly a MDOC prison. All DPD arrests will now be taken to the DCC for processing and temporary incarceration. DPD and MDOC began the transition with the closure of the holding facilities in the Northeastern District in August 2013 and completed the transfer of detainees on November 13, 2013.

---

### 8. Build New Animal Control Facility

**Issue:** Animal Control has an approximately 20,000-square-foot facility that was originally built in 1926, with multiple later additions. The facility has a max-safe cage capacity of 170. Animal Control requires at least 200 cages. Michigan Occupational Safety and Health Administration (MIOSHA) along with the Michigan Department of Agriculture (MDA) have ticketed Animal Control on numerous occasions for

poor facility conditions, including broken light fixtures, cracked floors, clogged drains, inadequate ventilation, etc. Because of the City's financial conditions, Animal Control has been unable to reinvest in the current facility.

**Recent Actions:** An architect has been selected and is currently working on a design for a new state of the art facility, which will meet all appropriate requirements.

## Property Control

The Property Control Division currently holds approximately 500,000 pieces of property/evidence. The property is being stored at the old Detroit Police Department Headquarters and the Lyndon facility. The property/evidence must be moved out of the old headquarters by January 2014. Property Control will be moving to the new Detroit Public Safety Headquarters in space partitioned off in the parking structure.

1.      **Improve Evidence Tracking System**

**Issue:** Evidence is currently tracked by an archaic computer system called the Incident Based Reporting System ("IBRSYS"). IBRSYS and the DPD's record management system, CrisNet, are not integrated. Old records are not being appropriately managed, and dispositions are not being entered in Law Enforcement Information Network (LEIN). IBRSYS is nearing the end of its useful life, and another system should be put in place. The IBRSYS system has approximately 14 months of remaining useful life, or until the end of calendar year 2014.

**Action Plan:** DPD is currently utilizing evidence tags to keep track of property/evidence held within Property Control and, property/evidence is not linked to cases. This process must be updated to the use of scanners and barcodes. Once scanners and barcodes are implemented, property can easily be linked to cases. DPD will implement a numbering scheme to be utilized for CrisNet reports and property/evidence. This will streamline the process for identifying property/evidence associated with individual cases. Arrest dispositions will be entered into the Law Enforcement Information Network (LEIN) system so it can be located easily. The new evidence tracking system must connect and integrate with LEIN. The DPD must select from two options. One option is to require officers to handle their own cases and enter the case information into LEIN. A second option is to dedicate a specific group of restricted duty officers to enter dispositions of arrest into LEIN on a daily basis because volume of required entries is so high. LEIN users must be certified. All sworn members operating in patrol or investigative functions at the DPD are certified and have access to LIEN. Some civilian members are also certified.

**Manager Responsible:** Director of Information Technology

**Time Frame:** By 1st Quarter of 2014

## Animal Control

The mandate and mission of Detroit Animal Control (DAC) are established and described by the City of Detroit Animal Control Ordinance (#04-04,1,1-30-04 sections 6-1-1 through 6-5-29) and State of

Michigan Public Act 339 of 1919 or the Dog Act. Under the authority granted by these laws, Detroit Animal Control is the sole body responsible for the investigation of animal bites in the City of Detroit. DAC is charged with locating, capturing, and holding for rabies quarantine any animal suspected to have bitten or scratched a human. Owners of dogs suspected of biting or scratching may receive misdemeanor citations depending on the severity of the injuries and the circumstances that caused the incident. In addition to bite investigations, DAC is also responsible for monitoring and enforcing compliance with the following laws:

- All dogs must have a current license and current rabies vaccination.
- No person may own or harbor more than four adult dogs on their property.
- All dogs must be on a leash or securely confined to an owner's property.
- No person may possess dogs involved in organized dog fights.
- All dogs must have adequate food, water, and shelter.

The DAC 2012 Statistics are as follows:
- 903 dog bites
- 414 dogs impounded at DAC for rabies quarantine
- 344 dogs deemed "vicious" and permanently confiscated
- 20,000 calls for service a year equating to 75 calls for service a day)
- 350 tickets issued
- 836 stray dogs captured
- 1,330 dogs impounded in total

---

### 1.    Relieve Understaffing

**Issue:** DAC is budgeted for 15 Animal Control Officers (ACOs), three animal control investigators, and three animal control supervisors. Current staffing is five ACO's, one investigator, and two supervisors.

The effect of ACO staffing at one-third of budgeted levels is as follows:
- Continuous overtime and staff fatigue.
- Too few ACOs available to work in the kennel. Staffing is often below what would have been considered the safe minimum in the past.
- At best, one two-person "D-unit" is available to respond to service requests for the entire city.
- Failure to deploy any units on at least 25 percent of normal operational days.
- 400 requests for service awaiting dispatch, with many "dumped" when they become more than two weeks old.
- Discontinuation of Post Office home delivery on several blocks because of dog issues.

The effect of investigator staffing at one-third of budgeted levels is as follows:
- Under state law animal bites are to be investigated within the 10-day quarantine period. In the past, 90 percent of cases were investigated within this period. Currently only 30 percent are investigated within the 10-day period.
- 70 open case per investigator as compared with 10 to 20 open cases per investigator in the past.
- No investigation of all non-safety complaints including barking, over-the-limit for dog ownership limits and feces on the street or in the yard of others.


**detroit police**

The effect of supervisor staffing at two-thirds of budgeted staffing:

- DAC requires the presence of a supervisor during operational hours, seven days a week throughout the year. With only two supervisors, kennel staff direction, record keeping, and lobby customer service are all slower and more prone to accidents and errors.

**Action Plan:** The City of Detroit is currently recruiting for the ACO and investigator positions.

**Manager Responsible:** Manager of Animal Control Unit

**Time Frame:** Recruitment for ACO and Investigator closed on October 14 2013. Testing and selection should start immediately with hiring starting in the being of 2014. The DAC Supervisor position should be posted by the 1st Quarter of 2014.

---

## 2. Use the Wayne County Prisoner Work Release Program to Relieve Staffing Problems

**Issue:** Work-release prisoners can perform non-animal handling kennel tasks such as cage cleaning, feeding, and general housekeeping, freeing up badged DAC staff for field deployment.

**Action Plan:** Animal Control will explore utilizing a prisoner work release program to perform kennel tasks. Use of work-release prisoners would result in one more two-person unit available for deployment, an increase of 50 to 100 percent on any given day.

**Manager Responsible:** Manager of Animal Control Unit

**Time Frame:** By calendar year Q1 2014

---

## 3. Relieve Carcass Freezer Capacity Problems

**Issue:** Failure to pay the carcass-hauling contractor has caused the carcass freezer to exceed the safe maximum number of carcasses. The longer-than-normal storage of individual carcasses has caused a work-place safety risk and a cessation of euthanasia that, in turn, caused kennel overcrowding.

**Action Plan:** Efforts are being made to improve bill payment and establish a yearly contract with the carcass hauler.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By calendar year Q4 2013

---

## 4. Evaluate Privatization of Animal Control with Humane Society

**Issue:** DPD has been evaluating the privatization of municipal animal control operations, including code enforcement and rabies quarantine.


**police**

**Recent Actions:**  Proposal was submitted for review and recommendation to the City's Legal Department.

# Human Resources Bureau

The Human Resource Bureau, headed by a civilian director, manages the Personnel Section, the Recruiting Unit, and the Medical Unit.  The most important challenge it faces is recruiting police officers in sufficient numbers to staff the DPD.  More than 400 uniformed DPD employees are eligible for retirement in 2013 and an additional 150 officers are eligible for retirement in each of the following five years.  The bureau will also manage the civilianization of administrative functions, the design of and implementation of performance metrics in the DPD, and assist with the redesign of the DPD disciplinary process.

In order to expedite the recruitment of new officers, this plan calls for the department to focus on applicants who are already certified by the Michigan Commission on Law Enforcement Standards as well those applicants who are willing to become pre-certified prior to hire.  The Department has hired a civilian Personnel Director with a strong background in human resources in order to ensure that all recruiting processes are conducted in parallel, and additional resources will be allocated to recruiting efforts.

## Personnel Unit

Police Personnel is responsible for maintaining, securing, and updating active member's personnel files. It is also responsible for processing and preparing identification cards for both active and retired officers, hospitalization enrollment for all sworn personnel and their dependents, ensuring all necessary forms are completed by new hires, processing departmental awards and citations, issuing and maintaining stocks of badges and capshields for sworn members, processing documents for both deceased active and deceased retired members, processing of promotions and demotions, and processing paperwork when a member returns to service from a period of extended sickness, disability, military, or leave absence.

1.  **Reduce Staffing Levels**

**Issue:** Currently, there are 33 full-time employees working in the Human Resources Bureau at DPD.  The Human Resources service ratio to the total number of DPD employees is very high and indicates that the bureau is overstaffed.  Human Resources Bureau at DPD does not perform a full HR function, with some personnel functions, most notably training, performed in another bureau.  A number of employees in HR are police officer who can be redeployed to street duty, some of them being replaced by civilians.

**Action Plan:**  DPD will reduce the number of full-time employees within the HR Division by 20 to 30 percent (7-9 employees).  For the police officer filling these positions, they are already funded in the budget, and, therefore, represent officers that can be redeployed to patrol or other operations functions.  The Director of Human Resources will hire civilians to replace some of the approximately 20 uniformed positions that can be redeployed.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

---

### 2.    Design and Implement Performance Metrics throughout DPD

**Issue:** Although DPD supervisors currently prepare performance evaluations, these evaluations do not play a role in promotions or in the awarding of any other incentive. Performance evaluations are provided biannually for the time periods from November through April and from May through October. The evaluations are frequently requested for review by the federal monitor. The actual performance evaluations, as prepared by supervisors, are generally sufficient, but, in essence, nothing is done with these evaluations after they are completed.

**Action Plan:** The DPD will mandate that performance evaluations are completed for every sworn and civilian member of the DPD on a biannual basis. Performance evaluations will be directly correlated to incentivized compensation, with careful attention to ensure that special treatment is not afforded to those working in an office environment over those assigned to a precinct or bureau. The goal of the performance metrics tool will be to remain objective. The tool will be quantifiable and qualitative. The Department will evaluate the institution of a bonus structure to compensate high performers, as opposed to increasing base pay, to attract and retain new recruits.

A list of metrics will be developed for one in evaluations, reflecting key outcomes, consent decree elements and other factors that will make performance evaluation more relevant to the employee. These will be incorporated into the now performance evaluation instrument.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

---

## Recruiting Unit

Over the past ten years DPD has experienced an approximately 40 percent reduction in personnel through a combination of attrition and budget cuts. Personnel reductions have created a dire situation for public safety in the City of Detroit. Because of the uncertainty surrounding the City of Detroit's financial condition, low compensation levels for personnel, possible further pay cuts, and possible reduction in pension and benefits there is strong probability of further uniform personnel departures. Further, over the next five years more than 50 percent of current DPD uniform members will be eligible to retire, which could lead to dramatic reductions in staffing. DPD will restructure police officer recruiting to focus not just on new recruits but lateral transfers. DPD's most recent promotional exam dates from 2008. DPD will reinstate the promotional exam process.

### 1.    Expand Recruitment Efforts



**Issue:** More than 400 DPD uniformed personnel will be eligible to retire in 2013. An average of 150 DPD uniformed personnel also will be eligible to retire in each of the next five years. The Department must plan for mass retirements and ramp up recruiting and training. The DPD has already taken steps to accelerate its recruitment efforts. In September of 2013, a job fair was held at the new Public Safety Headquarters that resulted in more than 600 new applicants for the position of police officer. In addition, DPD has contacted local community colleges that train students at Michigan Commission on Law Enforcement Standards (MCOLES) certified police academies, as well as other law enforcement agencies throughout the Midwest to seek qualified candidates.

**Action Plan:** Historically, the DPD has hired only new recruits and trained them at the DPD Police Academy. Recruiting efforts must be ramped up immediately, with the majority of the attention focused on certifiable candidates, certified candidates and waiver program candidates. The DPD should also continue to identify new recruits, training them at one of many community college police academies certified by Michigan Commission on Law Enforcement Standards (MCOLES). Additionally, all or part of the background investigation process will be outsourced to a third party provider to expedite hiring. All recruiting processes will be coordinated, and additional resources will be allocated to recruiting efforts. The Department will evaluate reimbursement of relocation expenses, signing bonuses, tuition refunds and other forms of incentives besides compensation to attract new recruits.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

### 2.  Make Promotions From the Existing 2008 Promotional List

**Issue:** DPD has not promoted in a timely fashion in past years. DPD currently has 86 Sergeant positions unfilled and 20 Lieutenant positions unfilled, all of which are funded. The DPD must maintain proper span of control, i.e. the number of supervisors per the number of supervised personnel, to remain in compliance with the Consent Decree.

**Recent Actions:** DPD has recently promoted Sergeants and Lieutenants from the existing promotional list. Promotions to Sergeant occurred from the rank of police officer, requiring further hiring to fill police officer vacancies. DPD will begin to make promotions twice, or more times, a year to fill vacant positions with qualified personnel.

### 3.  Reinstate Biannual Promotional Exams

**Issue:** The last time DPD conducted promotional exams was in 2008. DPD is supposed to provide promotional exams every two years.

**Action Plan:** DPD will reinstate promotional exams on a biannual basis. A round of promotion took place in November and December 2013. Once this round is completed, the 2008 promotional list will effectively be rendered void, non promoted personnel from the list will be required to take a new promotional exam which is tentatively scheduled to occur in the spring of 2014.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 3rd Quarter of 2014

---

4.     **Establish Police Assistant Program**

**Issue:** The Department currently has several job functions, both administrative and operational, which could be performed by a non-sworn member. These jobs include, be not limited to, administrative clerk, station security, vehicle maintenance, blight code enforcement, abandoned vehicle enforcement, parking enforcement, community liaison, mini station operations, etc. The Department does not have a current sustainable plan to both effectively and efficiently employ people into to the aforementioned position.

The Department also does not have a direct pool of candidates which could be readily accessible for any future hires. The department lacks an intern program to identify and prepare candidates for acceptance into the department's Metropolitan Police Academy.

**Action Plan:** The Department will partner with schools and universities with law enforcement programs. The DPD will explore developing a relationship with Wayne Community College, Schoolcraft College and/or Ferris State University. The goal of the program is to pay for a student's first two years of college in a criminal justice curriculum, in exchange for the student to work for the department part-time and commit to a specified number of years of employment with the Department. This program would be similar to the military educational reimbursement program.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 3rd Quarter of 2014

---

5.     **Police Reserves – Better Utilize Reserves Throughout DPD**

**Issue:** DPD utilizes the Detroit Police Reserves (DPR's) for special events, community events, etc.; however DPD Command staff does not utilize Police Reserves consistently or effectively. Due to previous collective bargaining provisions, the department was hindered in its capability to more robustly utilize its Reserve Corp. The previous DPOA contracts restricted the use of any Reserves in functions or positions held by a current DPD member, such as foot patrols, bike patrols, investigative functions and crime scene processing.

**Action Plan:** DPD will increase the active number of reserves and overall scope of services (e.g. foot patrol, patrol in high crime areas, security, etc.). The department will utilize industry "Best Practices" to establish a comprehensive job function for its DPR's. The department will aggressively seek to recruit more active individuals to be Reserves and better solicit recent DPD retirees to become Reserves.

**Manager Responsible:** Captain of Neighborhood Community Liaison

**Time Frame:** By 1st Quarter of 2014

### 6.    Perform a Uniform Personnel Compensation Study

**Issue:** Compensation levels for all uniform personnel levels from police officer to assistant chief are well below surrounding market rates. As a result, DPD has difficulty in attracting new police officers.

**Action Plan:** The City's Human Resource Department will conduct a detailed compensation benchmarking study to ascertain appropriate compensation levels for all City of Detroit titles, including DPD uniformed personnel. DPD will pay particular attention to compensation levels for new police officers.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

## Police Medical Unit

Police Medical comprises three individual entities: the Central Office, the Psychological Services Office, and Drug Screening. The Central Office manages reported physical illnesses or injuries, but currently all duty-related injuries are managed by the City of Detroit's Finance Department and only the non-duty related injuries and/or illnesses are managed by the Police Department. The Psychological Services Office manages mental illness or conditions. Both the Central Office and the Psychological Office are responsible for determining the compensability of a reported illness or injury and ensuring that proper medical care is provided for a compensable or duty-related condition. Drug Screening is responsible for the Universal Drug Screen Program and the Mandatory Drug Screen Program. In addition to daily case management of compensable and non-compensable reports of illness or injury, Police Medical manages:

- Department Applicants – The Psychological Services Office schedules and monitors the psychological testing and interviewing of all pre-applicants. Upon completion of the pre-applicant physicals currently scheduled by Recruiting, Police Medical processes the medical files and schedules any requested follow-up evaluation needed for determination of suitability for hire.
- Critical Incident Stress and Debriefing Program (CISD) –The Psychological Services Office schedules a debriefing program for members involved in stressful situations and also opens the sessions to members requesting participation.
- Special Physicals – The Medical Unit manages the scheduling, record keeping, review and reporting of the results of physicals for the Sniper, Bike, Camp, SRT, Dive Team, Bomb Squad, and police reserve physicals.
- Medical Grievances – Police Medical Responds to medical grievances for all three unions and assists in the preparation of cases for DPOA Fourth Step Hearings and Arbitration.

### 1.    Evaluate the Management of Medical Cases by City of Detroit Risk Management Personnel

**Issue:** Since the City of Detroit Risk Management employees took over all the management of all on-duty-related injuries a few years ago, a divide has grown between the Police Medical Group and injured

officers. Complaints have been received from the Detroit Police Officers Association regarding how its members are being treated and how information is being relayed by the City's Risk Management employees to officers.

**Action Plan:** The DPD will evaluate the situation and determine the best solution for the Department.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

2.    **Sharpen the Focus on Health and Wellness**

**Issue:** Health and wellness is not a priority for many officers.

**Action Plan:** The DPD will place more emphasis on the health and wellness of its officers by developing programs with associated incentives upon completion. This will encourage DPD personnel to maintain a healthy and active lifestyle.

**Manager Responsible:** Director of Human Resources/Commander Officer of Planning and Accreditation

**Time Frame:** By 2nd Quarter of 2014

# Communications Bureau

Communications Operations runs radio the dispatchers, the 911-call center, and the Telephone Crime Reporting Unit (TCRU). The Communications Operations call center is a 24/7 operation whose primary function is the reception and dispatching of Emergency-911 (E-911) calls for service from police, fire, or medical response units. During the year 2012, Communications Operations received 1.4 million calls for service (CFS). The City of Detroit's Emergency Communications Operations center receives more calls for service requests than any other call center in Michigan.

DPD communications personnel are at critically low levels. E-911 Emergency Service Operator (ESOs) staff levels are 25 percent below necessary levels. Dispatch staff levels also are critically low, therfore DPD will need to immediately expand both ESO staff and Dispatch Staff.

1.    **Hire Additional Emergency Service Operators**

**Issue:** Communications Operations is currently budgeted for 103 Emergency Service Operators (ESOs) and 9 Senior Emergency Service Operators (SESOs). Through recent retirements and attrition, DPD staffing numbers have been reduced significantly. There is significant risk that this will attrition will continue. DPD is currently operating with only 85 ESOs and 6 SESOs at this 24/7 operation. These reduced numbers have translated into excessive amounts of overtime. In addition, because of low

staffing levels, E-911 callers are frequently being placed into a queue and advised to remain on the line until an operator becomes available. DPD is currently at a critical staffing level with some personnel working upwards of 16 hours a day.

**Action Plan:** DPD plans to hire additional ESOs and SESOs to reduce overtime and eliminate call waiting.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By calendar year Q1 2014

## 2. Hire Additional Radio Dispatchers and Civilianize Radio Dispatch

**Issue:** Radio dispatch functions are currently understaffed and being performed by sworn personnel. Over the past five years the number of budgeted communications officer positions has been reduced from 60 to 45 positions. As a result, Dispatch has an insufficiently number of police dispatcher positions and excessive overtime has resulted.

**Action Plan:** The DPD plans to civilianize DPD dispatchers immediately. DPD will increase staffing levels at the same time to ensure adequate coverage. The first 15 civilian dispatchers have been hired and currently being trained to fill the police dispatcher position. All full-duty sworn officers will be transferred to patrol operations.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 2nd Quarter of 2014

## 3. Revise Mandatory Overtime Policies for Emergency Service Operators

**Issue:** Current DPD policy forces mandatory overtime in eight-hour increments when staffing is low. Mandatory overtime has led to poor morale, low productivity, civilian safety issues, etc.

**Action Plan:** DPD will institute a new procedure to eliminate mandatory overtime in eight-hour increments. DPD will explore options that allow for greater flexibility.

**Manager Responsible:** Communications Director

**Time Frame:** By 1st Quarter of 2014

## 4. Evaluate Cross Training/Consolidation of Emergency Service Operators and Dispatchers

**Issue:** The Emergency Service Operators are familiar with how to receive calls for service, but they are not trained to dispatch.

**Action Plan:** DPD will develop a pool of people cross trained as both call takers and dispatchers


**detroit police**

**Manager Responsible:** Director of Information Technology

**Time Frame:** By 3rd Quarter of 2014

---

## 5. Relocate Dispatch and Emergency Service

**Issue:** Dispatch and Emergency Service are currently located at the Lyndon facility, at a considerable distance from police and fire headquarters and the proposed site of the DPD Real-time Crime Center.

**Action Plan:** Dispatch and Emergency Service will be relocated to the Detroit Public Safety Headquarters (DPSH). The move will to create synergies and integration with Patrol and the Real-time Crime Center (also to be located at DPSH). The Department's key decision makers are housed at DPSH, and with all of these critical departmental entities in one location, performance levels will improve.

**Manager Responsible:** Captain of Resource Management

**Time Frame:** By 2nd Quarter of 2014

---

## 6. Update Standard Operating Procedures

**Issue:** ESO standards are not up to date, and training is minimal.

**Action Plan:** Develop new standard operating procedures in alignment with best practices from other departments nationwide.

**Manager Responsible:** Communications Director

**Time Frame:** By 1st Quarter of 2014

---

## 7. DPD and Fire Primary Response Coordination

**Issue:** Due to lack of manpower, DPD, and Fire/EMS do not coordinate primary responses effectively.

**Recent Actions:** DPD and Fire/EMS has rewritten the memorandum of understanding for coordination efforts. Monthly coordination meetings have been instituted between DPD and Fire/EMS to discuss the events and implementation of the memorandum.

---

## 8. Improve Communications Section Supervision

**Issue:** DPD communications has long lacked a culture of proper supervision, partly because of collective bargaining agreement restrictions.

**Action Plan:** The Communications Section will reestablish a basic order of command. Many civilian employees are in acting supervisory roles, and more supervisors are needed. Communications supervisors will be cross-trained, and union-related barriers to efficiency will be eliminated, including restriction on sworn supervisors directing 911 call takers, who operate under a different union. The section will improve supervision, staff cooperation, and teambuilding.

**Manager Responsible:** Director of Communications

**Time Frame:** By 1st Quarter of 2014

## 9.    Explore Regional Communications Model

**Issue:** There is a need for additional DPD interoperability with other regional Departments, including Hamtramck, Highland Park, downriver communities, etc.). There is currently no regional communications model or system. DPD currently has a memorandum of understanding (MOU) with Oakland County dispatch, but not with Macomb County and other centralized county dispatch centers.

**Action Plan:** Officials representing the DPD will begin attending regional meetings and strategically approach cities with bordering freeways to redesign templates for consoles and mobile radios. This should occur in alignment with negotiating MOUs with these other jurisdictions.

**Manager Responsible:** Director of Information Technology & Director of Communications

**Time Frame:** By calendar year Q3 2014, ongoing

## 10.    Provide Training for Dispatchers, Emergency Service Operators, and TCRU Personnel

**Issue:** DPD personnel have not been properly trained as dispatchers, emergency service operators, and TCRU operators.

**Action Plan:** DPD will complete an Request for Proposal (RFP) seeking an outside vendor to train Dispatchers, Emergency Service Operators, and TCRU personnel, using 911 funds to pay for civilian training. DPD telephone crime operators (TCOs) who work at Telephone Crime Reporting Unit should be trained as call takers and dispatchers because during emergencies, when the primary site is lost, TCRU serves as the redundant capacity. There are now State protocols that specifically outline the requisite training.

**Manager Responsible:** Communications Director

**Time Frame:** By 2nd Quarter of 2014

# Technology Bureau

The Technology Bureau is responsible for coordinating and managing the technological needs of DPD. Primary functions include maintaining, and facilitating the acquisition of, technology in the areas of radio communications, digital communications, computers, and IT systems. DPD has outdated technology assets and applications, all of which must be updated. DPD's information technology infrastructure is not integrated. For example, data entered into the Computer-Aided Dispatch (CAD) system is not linked to or reused in the Records Management System (RMS). To eliminate these inefficiencies, DPD should urgently replace its IT operating system with a fully integrated system. In addition, the DPD does not have electronic ticketing capability or maintain digital activity logs. These needs must be addressed immediately. DPD's un-integrated disparate systems result in redundant data entry, no meaningful reporting, and limited query capabilities. The current system has limited information sharing capability and requires highly manual processes. The net result is highly inefficient DPD operations.

1.     **Implement a Fully Integrated Public Safety IT System**

**Issue:** DPD's technology is outdated with multiple, disparate systems. Current IT systems are not integrated, are not fully supported by maintenance contracts, and are at critical levels of disrepair. Basic software patches have not been installed, hardware has not been refreshed, and the network infrastructure has passed its shelf life. Some applications are so out of date that they cannot be upgraded and must be completely replaced.

Existing Detroit Public Safety IT infrastructure includes:

- Computer-aided dispatch (CAD) manufactured by Tiburon.
- Three separate Record management system (RMS):
  - The Detroit Police Department has the CrisNet RMS manufactured by Motorola.
  - The Detroit Fire Department (DFD) has the Tiburon 24/7 System.
  - EMS has the Safety Pad system.
- DFD utilizes multiple vendors for Pre Plan, Inspections, and Hydrant (WHAT IS PRE PLAN?).
- The Livescan fingerprint system and photo is by ID Networks.
- State and federal law enforcement data is LEIN access through Core Technology Solutions.
- Jail management system (JMS) in use at the new Detroit Detention Center is the Michigan State Police's Motorola JMS solution.
- The Incident Based Reporting System ("IBRSYS") is used for Property control and evidence tracking.

DPD must replace all core law enforcement software with a fully integrated IT system to improve efficiencies, increase information sharing, and drive policing effectiveness throughout the DPD, as well as improve DPD's work with other agencies.

**Action Plan:** DPD, DFD, and EMS will replace their IT infrastructure with a fully integrated Public Safety IT solution that meets all state and federal Criminal Justice Information Systems (CJIS) requirements. All DPD computer systems must comply with CJIS requirements as a prerequisite for access to the law enforcement data necessary for daily operations, including determining whether a suspect has pending arrest warrants.

- **Phase 1:** Identify potential solutions, review functionality and technical aspects of solutions, obtain bids, identify pros and cons of each solution, and compare implementation and annual maintenance costs, etc. To date, DPD has completed detailed reviews of five possible systems.

- **Phase 2:** Select solution and negotiate contract.

- **Phase 3:** Fully implement solution over a period of 18-36 months.

**Manager Responsible:** Director of Information Technology

**Time Frame:**     **Phase 1:** By 1st Quarter of 2014
                    **Phase 2:** By 1st Quarter of 2014
                    **Phase 3:** Begin by 2nd Quarter of 2014

---

## 2.     Replace Computer Infrastructure

**Issue:** DPD lacks some of the most basic computer infrastructure tools necessary to function as a 21st century department. DPD's limited computer infrastructure, including switches, routers, and cabling is outdated. DPD must not only replace and upgrade what the limited computer infrastructure it has, but also acquire significant additional infrastructure. In addition, most of DPD's software lacks recent patches and is not supported externally by vendors. The Department is severely limited in its ability to communicate with officers because the officers have no email access. DPD's computer infrastructure has serious security, usability, and reliability issues. DPD intranet switching and routing infrastructure is outdated and failing. Switches are outdated at all precincts and most other facilities. Department networks must be logically, if not physically, separated from City ITS networks to meet CJIS requirements. Access level switches, connecting to desktop computers and IP phones, as well as distribution level switches, connecting different buildings, must be replaced and configured.

**Action Plan:** DPD will undertake the following to address its computer infrastructure needs:

**Phase 1:** DPD will finalize a computer infrastructure needs assessment to quantify necessary spending.

**Phase 2:** DPD will begin replacing switches throughout the Department's computer network. DPD will design and implement a network that is efficient and compliant with CJIS requirements. Grant funding has been identified for a network infrastructure upgrade. That work should be completed as quickly as possible. A work plan for network system infrastructure upgrades will be developed for hardware that will not be upgraded as part of this grant, and efforts will be made to identify funding to complete the necessary upgrades.

**Manager Responsible:** Director of Information Technology

**Time Frame:**     **Phase 1:** By 1st Quarter of 2014
                    **Phase 2:** By 2nd Quarter of 2014

---



### 3. Replace Hardware

**Issue:** The outdated computers throughout the department must be replaced as IT system is upgraded. Of the approximately 1,150 computers in use, only 300 are less than three years old and do not require replacement. The remaining 850 are older than their expected useful lives and should be replaced.

**Action Plan:** The Department will establish hardware and software maintenance program, as well as replacement plans and funding plans, to replace network components as they reach the end of their expected life spans. Outdated computers throughout the DPD will be replaced as soon as possible when funding is available.

**Manager Responsible:** Director of Information Technology

**Time Frame:** By 2nd Quarter of 2014

### 4. Install Mobile In-Car Video (MDVR)

**Issue:** The DPD Federal Consent Decree requires the Department to equip all patrol vehicles with video and audio recorders (MDVR). The majority of the DPD's 460 patrol vehicles lack basic MDVR. Only about 25 percent of these vehicles have the legacy Data 911 system. The remaining 75 percent have no MDVR capacity. Only 170 of the 460 marked scout car vehicles have working in-car video systems, and all of these systems are now obsolete and should be replaced immediately. Nine precincts have wireless upload capabilities for Data 911 equipped vehicles, as well as legacy in-car video system that allow them to upload audio and video files to central servers whenever the patrol cars pull into an equipped precinct. DPD does not have enough new Data 911 units to equip the department's remaining aged fleet. Given the age of the fleet it does not make sense to update these vehicles with MDVR and related components.

**Action Plan:** DPD recently purchased approximately 50 patrol vehicles in which it is installing the current Data911 system. DPD also received 100 new donated patrol vehicles, in which it will install an updated MDVR solution by Data 911 by January 2014. It costs about $15,000 to $20,000 to fully equip a vehicle with electronics, i.e. computers, video, radio, and internal and external network equipment. Fifty more vehicles are currently being equipped with Data911. DPD will identify funding to purchase MDVR equipment for selected older patrol vehicles that have substantial useful life remaining. When developing a hiring plan, DPD planners will include funding for MDVR servers and other application servers that will be necessary to support additional patrol personnel. Given current resources, approximately five vehicles per week can be retrofitted with Data911. Installation can begin at the end of 2013 when Data911 releases its new model.

**Manager Responsible:** Director of Information Technology

**Time Frame:** Beginning by 1st Quarter of 2014, ongoing

### 5. Install Mobile Data Systems

**Issue:** Many DPD Patrol vehicles lack basic Mobile Data Computers (MDCs). Without MDCs in vehicles, officers are not able to access CAD and other necessary systems. As a result, officers are dependent on dispatchers to perform basic functions that the officer should be able to perform from the car. Significant time is wasted by officers at precincts filling out paperwork which could done in vehicles with a functioning MDC.

**Action Plan:** DPD will install MDCs in some older patrol vehicles. DPD is developing a cost analysis and identifying a funding source. MDCs cost approximately $5,000 apiece. Additional costs include internal and external network equipment. Fully equipping a vehicle can cost between $15,000 and $20,000, including MDVR and radio equipment. DPD does not plan to retrofit older, dilapidated vehicles with new Data 911 technology.

**Manager Responsible:** Director of Information Technology

**Time Frame:** Beginning 1st Quarter of 2014, ongoing

---

6.      **Replace Car Radios and Handheld Devices**

**Issue:** The DPD's car radios and handheld devices are at the end of their useful lives and should be replaced in the very near term, as should the radio consoles. Required periodic maintenance for portable and mobile radios has not been done.

**Action Plan:** DPD will begin to replace outdated radios within the next three years. Each radio costs approximately $4,000. A funding source must be identified. There is possibility that the funding may be available through grants from the State of Michigan. Additionally, radio maintenance must be improved, and maintenance issues should be addressed once a funding source has been identified for replacement of the car radios and handheld devices. It is anticipated that significant funds will be needed to replace or update existing radio networks and management hardware and software at Lyndon, Penobscot, and 9 radio towers.

**Manager Responsible:** Director of Information Technology

**Time Frame:** Beginning 1st Quarter of 2014, ongoing

---

7.      **Replace 800 MHz Backend Hardware, Software and Antenna**

**Issue:** DPD's officers rely on 800 MHz radios for dispatch and communication. DPD has an extensive hardware and software infrastructure that is necessary to insure that its radios work. DPD's radio infrastructure has been in place for more than ten years and requires upgrades or replacement of existing infrastructure and software. In addition, an agreement between the Michigan Public Safety Communication System (MPSCS) and DPD will expire in 2014, and DPD will be required to pay user fees to MPSCS that were initially waived. DPD will pay subscriber fees of $200 per radio for 2,000 radios, or a total of $400,000 per year.

**Action Plan:** The radio infrastructure must be maintained. DPD should consider transferring

13-53846-tjt    Doc 3830-1    Filed 04/06/14    Entered 04/06/14 17:55:36    Page 83 of 108

management of the infrastructure to MPSCS. Alternatively, DPD must aggressively seek funding to replace aging infrastructure. The IT Division will make a recommendation for approval of the Command Staff. An executive level decision must be made regarding what course DPD should take.

**Manager Responsible:** Director of Information Technology

**Time Frame:** Beginning 1st Quarter of 2014, ongoing

## 8.     Implement E-Ticketing

**Issue:** DPD issues paper tickets that are then transferred to the 36th District court for processing and collection. The paper ticket process is a highly manual, inefficient process for both DPD and 36th District Court that results in manual data entry, incomplete or illegible tickets, lost tickets, lost revenue, etc. Most municipal police departments provide ticket information electronically to courts for processing and collection. Michigan State Police currently provide electronic tickets to the 36th District Court.

**Proposed Changes:** DPD recently entered into an agreement with an outside vendor to provide E-ticketing capabilities. DPD has begun the process of installing E-ticketing in all patrol cars. DPD, on a limited basis, has begun to transfer ticket information electronically to 36th District Court for processing and collection. DPD will launch E-ticketing across all patrol cars to reduce inefficiency and drive revenue at DPD and 36th District Court.

**Manager Responsible:** Director of Information Technology

**Time Frame:**     **Phase 1:** Went live 4th Quarter of 2013
                    **Phase 2:** By 1st Quarter of 2014, first 40 cars will be completed installed with software

## 9.     Coordinate Management Awareness System

**Issue:** Management Awareness System is DPD's early warning system alerting management concerning officers who may be prone to excessive force or other misconduct. It draws on data from a variety of Department forms, and contains databases pertaining to such events as collisions, use of force, officer injuries, warrant tracking, and complaints. It also pulls data on a regular basis pertaining to training, discipline, field interviews, work assignments, and commendations. Any combination of six of the 52 "Performance Indicators" in the system can trigger a PEER (Performance Evaluation Enhancement Review) Session if the indicators are in excess of normal performance by Detroit officers. If MAS receives three excessive performance indicators in a six-month period for an employee, a PEER is generated, with the exception of reports of an employee calling in sick to court, which require five reports in a six-month period. All PEERs are reviewed by Civil Rights Division. If action is required, the division assigns the PEER to a supervisor, along with a plan of action for the employee, which might include training, monitoring, etc. If the plan is not being followed by the supervisor, his or her command is notified. The system generates approximately 20 PEERS each month. There is also a monthly review during which officers in charge review PEERS in their respective commands.

**Action Plan:** When the new RMS is implemented, DPD will ensure that MAS functions are absorbed by the new RMS. Incorporating and updating MAS functions will be on the same time line as the RMS and should be completed by November 30, 2015.

**Manager Responsible:** Director of Information Technology

**Time Frame:** By 4th Quarter of 2014

---

## 10. Explore Outsourcing Desktop Maintenance

**Issue:** Desktop maintenance and support currently is provided by five sworn officers.

**Action Plan:** DPD will explore outsourcing desktop support and seek and select a qualified vendor. The vendor will be familiarized with DPD infrastructure and then take over desktop computer support.

**Manager Responsible:** Director of Information Technology

**Time Frame:** TBD based on ability to select and hire contractors

---

## 11. Explore Outsourcing Server Support

**Issue:** DPD and City IT do not properly maintain, monitor, or update DPD servers. DPD has no server replacement plan in place, which has resulted in server failures.

**Action Plan:** DPD will explore outsourcing server support and seek and select a qualified vendor. The vendor will be familiarized with DPD infrastructure and then take over server support.

**Manager Responsible:** Director of Information Technology

**Time Frame:** TBD based on ability to select and hire contractors

---

## 12. Centralize Management of Information Technology Systems

**Issue:** The DPD systems (e.g. RMS, CAD, Identification, Jail, etc.) do not currently communicate with each other. The systems are managed by separate command staffs in different areas within DPD. This arrangement causes inefficiencies throughout the organization, including redundant data entry, poor data exchange, data corruption, etc. Maintenance of hardware and software in vehicles has been provided by a mix of sworn officers and civilian employees whose technical training has been limited to on-the-job training, resulting in a wide range of capabilities.

**Action Plan:** The DPD will consolidate oversight of all technology projects in Technology Services Bureau to ensure full integration, elimination of inefficiencies, etc. DPD will civilianize this function. Because of the complexity of in-car and networking equipment, current employees will stay in place in the near

term as the loss of their knowledge could impair fleet readiness. There are a number of vacant positions that will be filled with contractors with technical experience.

**Manager Responsible:** Director of Information Technology

**Time Frame:** By 1st Quarter of 2014

---

### 13. Limited IT Labor Resources

**Issue:** DPD lacks sufficient IT staff resources to address DPD daily needs, to upgrade IT infrastructure, etc. DPD technical staff is much too small to maintain a department of DPD's size. Current staff consists of:

- One full-time IT contractor responsible for project implementation and project management of enterprise projects. Examples include the Data911 video project, the Cisco distributed wireless video upload system, and automatic license plate readers. This contractor is anticipated to be a key asset in the implementation of the new CAD, RMS, and ancillary applications.
- One part-time contractor who works only one day a week dealing with 'hot issues.'
- Six police officers and three Sergeants assisting in field tasks and maintaining video systems in DPD.
- Six civilian technicians/employees who maintain the technology in the DPD fleet.

**Action Plan:** DPD will hire three to five civilian technology professionals to support DPD technology. At a minimum, DPD will hire additional civilian staff to support all servers/hardware, to support business applications, to provide field support and staff a help desk, and to project manage large initiatives such as a fully integrated public safety solution, including RMS and CAD implementations. Computer support specialists will provide help and support to sworn members to ensure that they can perform law enforcement duties related to computers. This help would range from making sure that computers and video systems in police vehicles are functioning, that live scan devices are functioning and connecting to the state, and that CAD stations are functioning so officers can be dispatched. These employees are critical to ensuring that DPD becomes an efficient, data-driven law enforcement entity. Without dedicated, trained IT staff, DPD will not be able to evolve into a 21st-century police department.

**Manager Responsible:** Director of Information Technology

**Time Frame:** By 1st Quarter of 2014

---

### 14. Shot-Spotter "Flex Services"

**Issue:** The Department has recommended an investment in "Shot-Spotter" Flex Services, a system designed to pinpoint gunfire and immediately report the exact location to Communications. They system can also identify the weapon caliber and travel direction from multiple shots. Since only 20% of shots fired are reported to police. Shot-Spotter also provides density maps showing hot spots, where directed patrol can eliminate shots fired and potential homicides. The system enables department managers to make more informed decisions in the field, which increases safety and

optimizes deployment and situational response in the field. In addition to assisting in field activities, the system promises to promote long-term strategic planning through data accumulation.

Shot-Spotter data is captured and disseminated to law enforcement by way of the following general steps:

1. A gun is fired;
2. Previously installed Shot-Spotter sensors are triggered;
3. Shot-Spotter Software at the Shot-Spotter National Data Center analyzes the data and pinpoints location;
4. Police Dispatcher coordinates response to Shot-Spotter Alert using either Shot-Spotter software of the 911 system;
5. Officers arrive at precisely the right location, fully aware of the situation.

These steps contrast positively from the traditional steps utilized in gunfire detection, which include:

1. The officer visually or aurally detects gunfire, usually at a distance, or receives information about gunfire;
2. The officer, often in excited or rapidly evolving states, attempts to pinpoint where the gunfire originated;
3. The area is thoroughly checked.

In these situations, the shooter often has the ability to escape or blend in with his surroundings. Without a precise method of detection, developing the requisite degree of suspicion to conduct searches and seizures is greatly hindered.

**Action Plan:** DPD is currently obtaining a detailed proposal from Shot-Spotter based on confidential specifications. This system has an estimated implementation cost for a substantial are of Detroit, of approximately $3,000,000. DPD will identify alternative funding sources (e.g. forfeiture funds) for available use to cover the cost of this system. This system will be given priority over the Body Camera/Taser devices that have been previously discussed.

**Manager Responsible:** Director of Information Technology

**Time Frame:** By calendar year 4th Quarter of 2014

# Labor Relations Division

The main function of the Labor Relations Division is to act as a liaison between the Office of the Chief of Police, the Detroit Police Command Officers Association ("DPCOA"), Detroit Police Lieutenants and Sergeants Association ("DPLSA"), and the Detroit Police Officers Association ("DPOA"). Labor Relations handles contract negotiations, contract grievances, and arbitrations. The members assigned to Labor Relations attempt to settle grievances at the lowest possible level and make recommendations to the Chief on how to best settle individual, policy, and medical grievances within the contractual language of the current agreements. This division is currently led by the Commander of Labor Relations, with assistance from five staff members.

---

### 1.     Mediate Labor Contracts

**Issue:** The terms and conditions of employment currently in effect for unions representing DPD employees impede the DPD's ability to effectively manage its operations. With the exception of the Detroit Police Officers Association and the Detroit Police Lieutenants and Sergeants Association, the unions representing uniform employees are currently under city employment terms. Implementation of terms on the DPLSA labor contract has been delayed until October 23, 2013 and the DPOA's labor contract will expire on June 30, 2014.

**Action Plan:** Pursuant to the order of Judge Steven W. Rhodes of the United States Bankruptcy Court for the Eastern District of Michigan, the City is currently engaged in mediation with respect to terms of employment with labor organizations representing City employees. As part of this process, the unions representing uniform employees have agreed to form a coalition for purposes of the mediation. Mediation meetings are currently ongoing. The mediation process is intended to facilitate the establishment of uniform terms of employment for the public safety unions. Discussions relating to the restructuring needs of the DPD may be negotiated on an individual basis with the unions representing DPD employees specifically related to the establishment of the ranks of detective, detective trainee, neighborhood police officer as well as related to disciplinary procedures and the appointment and or de-appointment of DPCOA members. Establishing uniform terms of employment will allow DPD to effectively manage the operations and ensure the fair and just treatment of every member of the Department.

**Manager Responsible:** Commander of Labor Relations

**Time Frame:** By 1st Quarter of 2014

---

### 2.     Redesign Disciplinary Process

**Issue:** The current disciplinary process defined by the DPD's existing collective bargaining agreements inhibits the Department's ability to appropriately discipline its employees. The current system is not efficient and often results in the dismissal of disciplinary cases because of the extended times required to adjudicate these cases.

**Action Plan:** As part of the contract negotiations, Labor Relations will revamp the disciplinary processes as required by the collective bargaining agreements. The objective of the new disciplinary processes will be to bring about swift resolution to disciplinary charges by empowering commanding officers to administer discipline at the command level and by establishing strict timelines. Disciplinary action will be both swift and fairly administered. The DPD will ensure uniformity throughout the Department by utilizing a disciplinary matrix that establishes sentencing guidelines and a system of uniform progressive discipline. The new process will also reduce the number of police trial boards, which are both costly and time consuming. The Chief of Police will retain the right to impose discipline up to and including dismissal.

**Manager Responsible:** Commander of Labor Relations

**Time Frame:** By 1ˢᵗ Quarter of 2014

---

**3.    Provide Training in Grievance Resolutions for Supervisors and New Command Officers**

**Issue:** Personnel in a supervisory roles and new command officers are not properly trained to handle grievances at their level.

**Action Plan:** Labor Relations working with the Training Section, will establish a training module to properly train supervisory personnel and newly promoted command officers on how to handle employee grievances at the lowest possible level. This training module will be incorporated in the DPD's in-service training program, as well as in the initial training received by newly promoted Sergeants and Lieutenants.

**Manager Responsible:** Commander of Labor Relations

**Time Frame:** By 1ˢᵗ Quarter of 2014

---

**4.    Provide Training for Labor Relations Personnel**

**Issue:** Training is inconsistent in the Labor Relations Division with many employees having had limited training in labor relations issues and practices.

**Action Plan:** Labor Relations is currently engaged in talks with Michigan State University's School of Human Resources and Labor Relations to customize a formal training program for members assigned to the division. Members will receive formalized training in the administration of labor contracts, managing grievances, labor law and union/management relations.

**Manager Responsible:** Commander of Labor Relations

**Time Frame:** By 2ⁿᵈ Quarter of 2014

---


**detroit
police**

**5.     Maintain Harmony with Unions**

**Issue:** Historically the DPD's relationship with the DPCOA, DPLSA and DPCOA has been contentious.

**Recent Actions:** The Chief of Police and the commanding officer of the Labor Relations Division have begun a productive dialogue with all three unions and will continue to work with the union's management to ensure harmonious relations. DPD is also exploring the use of an independent physician to determine compensability in medical grievance cases, because medical grievances have historically been the cause of contention between the parties. In addition, DPD will administer the current collective bargaining agreements and city employment terms fairly and uniformly.

**6.     Standardize Processes**

**Issue:** As personnel rotate throughout the Labor Relations Division, knowledge and information is lost.

**Action Plan:** The Labor Relations Division will revise the standard operating procedures and process manuals. Cross training of job functions will also be implemented.

**Manager Responsible:** Commander of Labor Relations

**Time Frame:** By 1st Quarter of 2014

**7.     Consider Civilianizing the Position of Labor Relations Director**

**Issue:** Labor Relations Director position is currently held by sworn member.

**Action Plan:** DPD plans to explore civilianizing this position.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

# Memorandums of Understanding

The Detroit Police Department currently has approximately 200 Memorandums of Understanding on file covering areas that include grant funding to interagency partnerships.

The Detroit Police Department utilizes Memoranda of Understanding (MOU's) for the following purposes:

- To enter into short-term agreements with other law enforcement agencies in order to share resources and intelligence, or to accommodate multi-jurisdictional investigations;


**detroit
police**

- To carry-out transactions that require immediate action on the part of the Detroit Police Department;
- To establish in writing the purposes and parameters previously agreed upon between the Detroit Police Department and another agency; and
- To stipulate how resources (e.g. grant money) will be disseminated and recorded in order promote disclosure and establish accountability.

Contracts and memorandums of understanding need to be developed with neighboring law enforcement agencies for the sharing of resources (police, fire and EMS). This will enhance regional public safety with local and state public safety community cooperation.

### 1. Develop contracts / MOU's with Other Law Enforcement Agencies to Share Resources (Police, Fire, EMS)

**Issue:** DPD has many memorandums of understandings. DPD currently lacks an agreement with regards to basic response; however task forces, shared dispatch services (Hamtramck and Highland Park), homeland security resources and the DDC are shared.

**Action Plan:** DPD will explore shared resources with neighboring law enforcement agencies. The Department is currently researching both old and current MOU's to account for any and all liabilities and obligations, and to resurrect any former partnerships that proved effective. MOU's that have proven successful thus far include the MOU establishing the Detroit Detention Center and Comprehensive Violence Reduction Partnership.

**Manager Responsible:** Assistant Chief of Administrative Operations

**Time Frame:** By 1st Quarter of 2014



# Professional Standards Division

# Professional Standards Division

The Professional Standards Division comprises the Internal Controls Section and the Disciplinary Administration Unit. The Internal Controls Section encompasses the Force Investigations Unit and the Internal Affairs Unit. The main function of Force Investigation is to investigate all Category One uses of force, i.e. critical firearm discharges, serious prisoner injuries resulting from police action, and police chases which result in serious injuries or death. The main function of Internal Affairs is to investigate allegations of criminal and serious misconduct lodged against members of the Department, as well as other city employees who violate their position of trust. The main function of the Disciplinary Administration Unit is to adjudicate policy violations and oversee the administration of discipline.

---

### 1.     Establish the Professional Standards Division

**Issue:** The Internal Controls Division, including both Internal Affairs Unit and the Force Investigations Unit, has reported directly to the Chief of Police. Disciplinary Administration has reported through a separate chain of command to Administrative Services Bureau and the Deputy Chief of Administration.

**Recent Actions:** The Internal Controls Division has been renamed the Professional Standards Division and the Disciplinary Administration Unit has been transferred to this division. The Internal Controls Section, within the Professional Standards Division, is commanded by a Captain and includes the Force Investigations Unit and Internal Affairs Unit, each commanded by a Lieutenant. Disciplinary Administration Unit is also commanded by a Lieutenant.

---

## Internal Controls Section

Internal Controls manages Force Investigations and Internal Affairs.

---

## Force Investigations Unit

Force Investigations investigates all Category 1 uses of force and Category 2 uses of force under special circumstances. These investigations include the death of a police officer in the performance of his/her duty, in-custody deaths, suicide attempts when the prisoner loses consciousness and/or suffers serious bodily injury, criminal allegations of police use of excessive force, altercations which citizens allege serious officer misconduct supported by evidence, traffic collisions involving department members that result in any hospitalization, serious bodily injury, or high-value property damage as a consequence of a department member's vehicle or foot pursuits, etc. This unit was first established in compliance the consent judgment.

---

### 1.     Expedite Evidence Analysis in Police-Involved Shootings



**Issue:** The timelines required by the consent judgment have been negatively affected because the DPD does not maintain a crime lab and depends on the Michigan State Police crime lab to process evidence from police-involved shooting scenes. The Michigan State Police crime lab is overwhelmed with criminal evidence and prioritizes its work on the basis of the perceived importance of a case. The processing of evidence from police-involved shooting scenes often is pushed aside in the triage process. DPD does not have the necessary equipment to evaluate this evidence on its own.

**Action Plan:** The Chief of Police has held direct talks with the Director of the Michigan State Police in regards to the prioritization of the processing of evidence in police-involved shootings.

**Manager Responsible:** Commander of Professional Standards

**Time Frame:** By 1st Quarter of 2014

---

**2.    Improve Cooperation with Prosecutor's Office on Police-Involved Shooting Cases**

**Issue:** Many administrative police-involved shooting cases are held up in the Prosecutor's Office by issues beyond DPD's control. It is considered unwise to move forward with an administrative case when a criminal case is also pending, unless these two aspects the case can be completely separated.

**Recent Actions:** DPD is moving forward with conducting administrative police-involved shooting cases even cases where criminal prosecution is deemed likely. Internal Affairs cases that have a criminal component can continue to be investigated administratively, as long as it does not interfere with the criminal investigation or judicial process as stipulated by the Prosecutor's Office. DPD will pursue additional follow up with the Prosecutor's office to determine when administrative investigations can by fully adjudicated as it relates to the status of the overlapping criminal case.

**Manager Responsible:** Commander of Professional Standards

**Time Frame:** By 1st Quarter of 2014

---

**3.    Increase Staffing in the Force Investigations Unit**

**Issue:** Manpower is critically low in the Force Investigations Unit with only six people currently working in the unit. In addition to the daily investigative functions, the members of this unit are on call to respond to uses of force at any time. While on call, the members respond as two-person units. Because of low staffing, there is only a three-group rotation, requiring each member to be on call at least ten consecutive days during any thirty-day rotation. Responding to after-hours uses of force, in addition to completing regular daily workload, fatigues the unit's members and results in low morale.

**Action Plan:** In order to be self-sufficient, Force Investigations should be allocated six additional uniformed employees.

**Manager Responsible:** Assistant Chief of Administrative Operations

**Time Frame:** By 1st Quarter of 2014

## Internal Affairs Unit

The Internal Affairs Unit investigates allegations of criminal and serious misconduct lodged against members of the department as well as other city employees who violate their position of trust. DPD presents the facts of criminal and misconduct cases to the Disciplinary Administration Unit, which plays the role of a prosecutor. Internal Affairs is also responsible for preparing suggested revisions of department procedures when it has identified existing deficiencies that have contributed to criminal or departmental misconduct. It also completes confidential background investigations and clearances of all new applicants appointed to the department, all personnel being considered for transfer to assignments of a critical or sensitive nature, and such other clearances as ordered by the chief of police. Internal Affairs conducts discreet investigations of individuals or situations that could jeopardize the security and integrity of city government, gathering evidence and prosecuting cases in which criminals have attempted to bribe police officers or other public officials. There is currently only one civilian employee in Internal Affairs whose primary function is the intake and screening for command-level force investigations, duties that a civilian should not perform.

### 1. Increase Internal Affairs Staffing

**Issue:** Internal Affairs staffing is critically low with only 11 employees working in the unit. The current staffing level is insufficient for the caseload. There are seven uniformed employees working regular cases, three uniformed employees assigned to intelligence, and one financial review employee. In addition to the daily investigative functions, the members are on call to respond to allegations of misconduct at any time. While on call the members respond as two-person units in a three-squad rotation. Responding to after hour allegations of misconduct, in addition to regular work, fatigues members and results in low morale.

**Action Plan:** Internal Affairs should be allocated three additional uniformed employees assigned to regular cases, seven additional uniform employees assigned to intelligence and surveillance operations and one additional employee assigned to financial review for cross-training purposes. The financial review staff person should have an accounting background and preferably would be a CPA.

**Manager Responsible:** Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

## Disciplinary Administration Unit

Based on the charges preferred, the Disciplinary Administration Unit determines whether or not discipline will be adjudicated at the command level or in trial boards. Disciplinary Administration is responsible for providing stenographic service for disciplinary actions; maintaining and securing reports on all disciplinary actions; preparing necessary discovery material and transcripts as directed by the Chief of Police; publishing monthly summaries of disciplinary actions and trial boards; preparing and

distributing subpoenas to be served in connection with trial board proceedings; and processing appeals of disciplinary proceedings in accordance with department rules, regulations, orders, and procedures.

### 1.    Redesign Disciplinary Process

**Issue:** The disciplinary process required by DPD's current collective bargaining agreements inhibits the Department's ability to appropriately discipline its employees. The current process is complex and imprecise with regard to the disciplinary steps and procedure, resulting in disciplinary actions are needlessly time-consuming and unnecessarily expensive.

**Action Plan:** The DPD will redesign the disciplinary process in accordance with the City's comprehensive restructuring plan, with the goal of establishing a more efficient, expedited procedure for resolving disciplinary issues. Appeals will be streamlined and subject to strict time limitations.

**Manager Responsible:** Commander of Professional Standards Division

**Time Frame:** By 1st Quarter of 2014

### 2.    Reduce Disciplinary Backlog

**Issue:** The Disciplinary Administration Unit currently has a backlog of disciplinary cases. This backlog is results from the current complex and inefficient disciplinary process.

**Action Plan:** Disciplinary Administration has begun the process of returning minor disciplinary cases to the individual commands for adjudication at a Commanding Officer's Hearing. In addition, minor disciplinary cases that are more than one year old have been administratively closed based on established arbitration decisions which have been treated as precedents. Disciplinary Administration is presently scheduling additional trial boards in order to alleviate the backlog. The present contract negotiations will seek to streamline the disciplinary process, thereby ensuring a process that is swift and efficient.

**Manager Responsible:** Commander of Professional Standards

**Time Frame:** By 1st Quarter of 2014

### 3.    DPD Advocates

**Issue:** DPD is short on advocates to present cases before trial board. The Department no longer has attorneys to represent DPD at administrative hearings.

**Recent Actions:** In October 2013, DPD trained eight members assigned to Internal Affairs and Force Investigation to serve as advocates for trial boards. In addition, the DPD is seeking third-year law school students to advocate on the behalf of the Department in disciplinary cases. The new disciplinary process will lessen the need for advocates, as the number of trial boards will be significantly reduced.

13-53846-tjt    Doc 3830-1    Filed 04/06/14    Entered 04/06/14 17:55:36    Page 97 of
108

# Office of Finance and Budget

# Office of Finance and Budget

The Office of Finance of Budget is responsible for all financial reporting within the Police Department. The office includes Budget Operations, Fiscal Operations, Grants and Contracts, Payroll, and Centralized Timekeeping. Currently, the office is supervised under a director-level position and has 46 civilian and sworn personnel. The director of the office is designated the DPD Chief Financial Officer. To effectively restructure the DPD, the budget process must be revamped immediately. Chief Craig has addressed the issue by appointing an interim management contractor to function as Chief Financial Officer, but a full-time replacement will be necessary once the budget operations are back on track. The DPD's budget process has been fractured into various silos, with little to no strategic oversight of the whole. There has been no real system for tracking budget-to-actual expenditures. A budget-to-actual process should be implemented to track variances on a monthly basis. This will allow for the Department to have a full understanding of funds being spent and the funds available.

More appropriate line items must be utilized when preparing and developing the budget. Budgeted amounts should be reviewed by the command staff because current amounts are being allocated incorrectly and often are not assigned accurately to the correct cost centers. Indeed, responsibility for the budget and financial management should be transferred to command officers to ensure accountability, as well as to foster a greater understanding of budget needs. The entire budget process should be reworked to include regular consultation with executive team members for each of their respective areas. Many processes must be improved, including payroll, payables, accounting, grants management, etc. Opportunities also exist for increased revenue and collections. These opportunities, such as fee increases, should be pursued and implemented.

1.     **Hire Additional Accounting Staff**

**Issue:**  The Office of Finance and Budget does not have the staff or expertise needed to complete its responsibilities in a timely manner.

**Action Plan:**  DPD will hire one permanent Accounting Manager, two Accountants, and one Accounts Payable Clerk.

**Manager Responsible:** Chief Financial Officer & Director of Human Resources

**Time Frame:** By 1st Quarter of 2014

## Budget Operations
Budget Operations develops and implements the budget process.  This division is also responsible for revenue and spending allocations.  Currently, the department does not have a budget-to-actual process. Once such a process is implemented, the Department will have a full understanding of funds available. Responsibility for of budget and financial management should also be communicated to all units within the Police Department.

detroit
police
13-53846-tjt    Doc 3830-1    Filed 04/06/14    Entered 04/06/14 17:55:36    Page 99 of 108

1. **Restructure Budget Process to Eliminate Silos**

**Issue:** The process of establishing the DPD's budget has been too narrow. Historically, budget planners have conducted a very limited and closed-off budget process, which often excluded key stakeholders within DPD. Partly as a result, the budget has not accurately reflected the needs of the Department.

**Action Plan:** DPD will develop a budget plan that will compare budget-to-actual expenditures. The Chief Financial Officer will ensure that the budget is being shared with command staff, so that budget amounts are allocated correctly and assigned to the correct cost centers. More appropriate line items will be utilized when preparing and developing the budget. The entire budget process will be reworked and will include regular consultation with executive team members about their respective areas. The current divisions managing financial issues include Budget, Fiscal, and Grants and Contracts. These divisions will be consolidated under one Finance Unit.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By 1st Quarter of 2014

2. **Implement Budget-to-Actual Process**

**Issue:** There is currently no budget-to-actual process.

**Action Plan:** Two phases will commence to correct this problem: Phase 1 will implement a budget-to-actual process that will track variances on a monthly basis. The chief financial officer will hold monthly discussions with the DPD executive team and more frequent interdepartmental meetings to ensure the DPD managers are aware of funds available. In Phase 2, the chief financial officer will continue to adjust the budget process and align the budget-to-actual tracking schedule.

**Manager Responsible:** Chief Financial Officer

**Time Frame:**  Phase 1: By 1st Quarter of 2014
Phase 2: By 2nd Quarter of 2014

## Fiscal Operations

Fiscal Operations is responsible for cash receipts and disbursements. Currently, the Department is months behind in paying vendors and reconciling cash collections. This delay has caused several discrepancies within the budget, as account streams are not accurate or properly recorded. The Department will also implement an accrual process to ensure that all revenue and expenses are assigned accurately to the proper time periods.

1. **Manage and Improve Cashier's Office**

**Issue:** The cashier's office collects all revenues and fees except for grants and contracts. DPD cash collections have not been recorded or allocated to the appropriate account stream because the cashiering system is set up improperly. As a result, DPD cannot accurately account for cash payments received.

**Action Plan:** DPD will reconcile cash receipts weekly to ensure all collections are recorded in the proper revenue stream.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By calendar year Q4 2013

---

2. **Identify Additional Sources of Revenue**

**Issue:** DPD has not fully realized its potential to collect revenue. DPD issues moving violations under both State of Michigan and City of Detroit codes, which results in a portion of traffic fines going to the state, equating to lost revenue for Detroit.

**Action Plan:** Additional revenue opportunities include: writing more tickets, fees for training courses for outside agencies, charging for requests for police reports and records, fees for gun range usage and home alarm registration, bicycle registration fees, fees for funeral escorts, and fees for dog licenses, among others. To maximize revenue from these sources, the DPD will develop a plan that identifies approaches to improving returns from each individual revenue source. To obtain additional revenue from ticket writing, the DPD must update its traffic laws and ticket-writing policy so that tickets can be issued and penalties assessed under city ordinances only, rather than under both Detroit and Michigan ordinances. The City of Detroit must restructure its codes so that all traffic fines are paid to the City and not to the state.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By 1st Quarter of 2014

---

3. **Increase Fees for Service**

**Issue:** The DPD is undercharging fees for service according to historical studies.

**Action Plan:** The last study of fees for service was prepared by Maximus in 2004. The DPD will engage a consultant to perform an updated study on fees for service and implement the findings immediately. The estimated revenue gain is $4 million to $5 million.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By 1st Quarter of 2014

---



### 4. Improve Vendor Payment Processes

**Issue:** Many vendors providing supplies and service to the DPD over the last few years have not been paid for some time. A number of these vendors have stopped providing materiel or services, resulting in a serious diminution of service effectiveness by a wide-range of Department units. Examples of units that have needs due to non-payment of vendor invoices include the following:

- Animal Control supplies including euthanasia narcotics, 2013 dog license tags, husbandry supplies, disposable feed trays, rabies vaccines
- Crime Scene Services supplies including crime scene tape, fingerprint lift kits and forensic testing equipment
- Livescan system by ID Networks used by the Central Booking process
- Animal Control shelter vendors

**Action Plan:** Working with the Office of the Emergency Manager and City Hall procurement officers, a schedule for prompt payment of these priority supplies and vendor services will be worked out.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By 2nd Quarter of 2014

### 5. Special Operations Imprest Cash

**Issue:** DPD uses special operations imprest cash (a sum of money to be used as petty cash) improperly. The audit prepared by the Office of the Auditor General had five findings: 1) There is a need Control deficiencies in the process; 2) reimbursement requests were not submitted to accounts payable on a monthly basis; 3) fiscal management directives were not updated; 4) vehicle lease payments were handled inadequately; and 5) PURCHASING CARDS are not reconciled a timely fashion.

**Action Plan:** Develop and implement a special operations imprest cash process.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By 1st Quarter of 2014

## Grants and Contracts

Grants and Contracts is responsible for maintaining, spending, and reporting all grant funding. Currently, the department does not reconcile cost trackers to the accounting system, Data Relationship Management System (DRMS). This reconciliation process is required to ensure all spending is paid and reimbursed in a timely manner. This unit is also responsible for writing personal and professional service contracts for the entire Department.

### 1. Grants Management



**Issue:** DPD does not adequately manage or track grants, which has resulted in millions of lost grant dollars for the Department. Current tracking of grants does not align with Oracle, which causes major variances and poor information integrity. DPD has not proactively identified potential grant sources to meet its needs.

**Action Plan:** DPD must revamp the entire grants management process, beginning with reassigning accounting personnel to this area. An accounting background is necessary to perform some of the functions within this unit. The personnel assigned to grants should be as follows: one grant writer, one accountant, and one grants manager responsible for signing reports, among other duties. Once the correct staffing model is in place, DPD's goal is to operate a streamlined grants management process, including identifying the universe of available grants that are aligned with DPD's needs.

**Manager Responsible:** Chief Financial Officer, City Finance Department

**Time Frame:** By 1st Quarter of 2014

---

2. **Grant Sourcing and Gifts**

**Issue:** There is only limited control over gifts and grants provided to the Department as individual Department members often receive assistance from local businesses for special projects, the Department applies for grants from a variety of sources and agencies sometimes offer the Department gifts, such as surplus equipment. The Department must move to centralize the approval process for these grants and gifts.

**Action Plan:** the Department will form a Grant and gift Committee, the membership of which will be the Chief Financial Officer (Chairman), the Director of Planning and Research, the Executive Directive of the Detroit Public Safety Foundation, the Chief of Staff, the Assistant Chief for Administrative Operations and two other members selected by the Chief of Police. This Committee will review all proposed grants to be applied for and all gifts proposed to be given to the Department. No grants will be applied for without the Committee's approval or gifts accepted with such approval.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By 1st Quarter of 2014

---

3. **Improve Contract Management**

**Issue:** The Grants and Contracts team is responsible for writing personal and professional service contracts. Approvals from City Council are often secured too late, and contracts expire, causing the Department to lose grant dollars.

**Action Plan:** Develop a tracking system to identify expiration dates, allowing DPD to seek approval prior to expiration.

**Manager Responsible:** Chief Financial Officer

**Time Frame:** By 4th Quarter of 2014

## Payroll/Timekeeping

Payroll, with the assistance of Centralized Timekeeping, is responsible for preparing and distributing biweekly paychecks to all members. This area is also responsible for preparing payroll adjustments and maintaining personnel files. The payroll system in place is outdated and its replacement is under way.

1. **Improve Payroll Process**

**Issue:** Payroll is a manual, highly inefficient process operating with antiquated computer systems. There are currently over 30 uniformed and civilian employees working in the Payroll area. Payroll errors occur often. Payroll and Centralized Time keeping are currently separate departments with limited integration.

**Action Plan:** Current PPS payroll/timekeeping system will be replaced by ADP and Workbrain systems in three phases. Workbrain will be utilized as the time capture and management system. ADP will be utilized as the payment provider. **Phase 1:** Begin Workbrain implementation process, which includes requirements gathering/discovery. **Phase 2:** Implement any rules required to pay a DPD employee and any rules required to accrue paid time off. **Phase 3:** Implement processes that will help streamline DPD timekeeping process. Following implementation, staffing levels in this division will be reduced by more than half. DPD will consolidate Payroll and Centralized Timekeeping. DPD will civilianize uniformed positions.

**Manager Responsible:** Chief Financial Officer

**Time Frame:**   **Phase 1:** Complete
                  **Phase 2:** By 1st Quarter of 2014
                  **Phase 3:** By 2nd Quarter of 2014

# Federal Consent Decrees

# Federal Consent Decrees

On July 18, 2003, at the request of the City of Detroit, the Detroit Police Department and the United States Department of Justice (DOJ), the U.S. District Court for the Eastern District of Michigan entered into two consent judgments - one dealing with *Use of Force, Arrest and Witness Detention* (UOF CJ) and a second regarding *Conditions of Confinement* (COC CJ).

In the interest of implementing reforms within DPD, the Consent Judgments contain a total of 175 requirements. The Federal Monitor's most recent report for the quarter ending June 30, 2013, summarized DPD's overall compliance rate at 93 percent after 162 of the 175 requirements were found to be in compliance.

| UOF CJ | |
|---|---|
| 110 Requirements | In compliance |
| Phase 1 (policy) | 110 (100%) |
| Phase 2 (implementation) | 97 (88%) |

| COC CJ | |
|---|---|
| 65 Requirements | In compliance |
| Phase 1 (policy) | 65 (100%) |
| Phase 2 (implementation) | 65 (100%) |

The City and DPD are committed to the protection of the constitutional rights and civil liberties for all citizens. To that end, every effort is being made to ensure that the mandates of the Consent Judgments are effectively implemented and become part of the culture at the DPD. The City continues to support the efforts of DPD in its progression toward compliance. The consent judgments have required DPD to develop and improve its review of policies and procedures, training programs, risk management practices, accountability practices and auditing practices to the point where these practices have become ingrained into the fabric of DPD's culture.

All efforts are being made to ensure that the City attains full compliance with each and every requirement of the consent judgments, not only to fulfill the terms of the court's order, but also to serve as an example to the community and other law enforcement agencies that policing can be conducted in an effective manner while protecting the rights of citizens.

The federal monitor and DPD agreed, during the first quarter of 2013, to limit the assessment conducted for paragraphs that have been in compliance for a period of two years or longer, depending on the overall risk to the Department. As a result, 40 requirements are no longer being assessed. These paragraphs are considered to be in sustained compliance.

---

## 1. Use of Force, Arrest and Witness Detention

**Issue:** The Department continues to evaluate and report on paragraphs where compliance efforts lag through regularly conducted audits and inspections, and through the bi-weekly Command Accountability Meetings (CAM). The Department is also required to report to the federal court and outline the actions taken by DPD during two-week period to fully satisfy the remaining obligations under the two Consent Judgments.

As reported above, overall compliance is at 93 percent for both judgments; Use of Force, however is at 88 percent. With the elimination of holding facilities, thus the Conditions of Confinement Consent Judgment, the Department has failed to achieve compliance in the area of Use of Force, Arrest, and Custodial Detention. It is important to recognize, however, that DPD did achieve a continued upward trajectory for this portion of the consent judgment. During the first monitor assessment for the quarter period ending September 2009, the Department's compliance rate was at 24 percent. In every quarter since, the Department continued to improve and has not experienced a significant reduction in compliance in over 14 quarters of review.

It is critical, as DPD transitions away from housing detainees, that the Department does not lose focus on its obligation to provide a timely and systematic process for presenting arrestees for prompt judicial review and ensuring that all City of Detroit holds are cleared within 48 hours of detention.

**Action Plan:** In an effort to sustain and achieve compliance with all of the mandates of the consent judgments, it is recommended that DPD continue to execute the following:

- Bi-Weekly Command Accountability Meetings with a direct focus on non-compliant requirements;
- Comprehensive reviews of command level use-of-force reports and investigations to identify and address issues related to compliance;
- Enhanced reviews of cases investigated by the Force Investigation Unit and the Office of the Chief Investigator in order to identify and address issues related to compliance; and
- Enhanced inspections of events requiring supervisory review of in-car camera video/audio, e.g., traffic stops, vehicle pursuits and uses of force/detainee injuries.

It is proposed that the Department move from the required annual auditing schedule and implement a quarterly schedule. DPD's Sustainability Plan outlines the standards that DPD must implement in order to ensure that the Department maintains compliance with the policies developed as a result of the consent judgments. The Sustainability Plan is a guide to ensure that the intended reforms of the consent judgments are maintained long after the monitoring process has concluded.

It is also recommended that the Department continue to meet with the federal monitor, federal judge, Department of Justice, and the City's attorney in an effort to come to a resolution on how to effectively close out this Judgment.

**Manager Responsible:** Assistant Chief of Administrative Operations

**Time Frame:** By 2nd Quarter of 2014

---

### 2. Conditions of Confinement

**Issue:** DPD entered into an agreement with the Michigan Department of Corrections to detain and house all arrested persons.

**Recent Actions:** The Department began closing down holding facilities in the Northeastern District in August 2013 and completed the transfer of detainees by November 13, 2013. The Department has

demonstrated to the court and the federal monitor that it is no longer housing detainees and successfully closed out this portion of the consent judgment.