Form designat

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–swr**

In Re: (NAME OF DEBTOR(S))

City of Detroit, Michigan

_____/

## NOTICE OF REQUIREMENT TO FILE DESIGNATION

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **04/03/2014** from an order entered by Judge **Steven W. Rhodes** on **03/24/2014** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 4/4/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: ktrio          Page 1 of 13          Date Rcvd: Apr 04, 2014
                             Form ID: designat     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2014.
cr          Jeffrey Sanders,   16599 Hubbell Street,   Detroit, MI  48235-4030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2014 at the address(es) listed below:
          A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com
          Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
          abach@dickinsonwright.com
          Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,   achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
          aap43@outlook.com,   aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
          aap43law@gmail.com
          Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Angela Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
          HollisR@dhcmi.org
          Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
          ruptcy.com
          Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
          aoreilly@honigman.com,   ahatcher@honigman.com
          Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccoti@cwsny.com
          Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com,   wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
          Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
          joumedian@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
          bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
          bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brian D. O'Keefe   on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
          Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
          bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
          carol.cohen@arentfox.com
          Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan carole.neville@dentons.com
          Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees
          carole.neville@dentons.com
          Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
          caroline.english@arentfox.com
          Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
          caroline.english@arentfox.com
          Carolyn Beth Markowitz   on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn   on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com,
          charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
          cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
          Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
          BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
          cgrosman@carsonfischer.com
          Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
          claude.montgomery@dentons.com,docketny@dentons.com;
          carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
          Detroit, Michigan claude.montgomery@dentons.com;
          carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
          czucker@ermanteicher.com
          Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
        Daniel J. Weiner   on behalf of Plaintiff   Ambac Assurance Corporation
        dweiner@schaferandweiner.com
        Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation
        dweiner@schaferandweiner.com
        David  Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
        deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor   Detroit Police Officers Association
        deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        deisenberg@ermanteicher.com
        David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
        nwinagar@plunkettcooney.com
        David A. Mollicone   on behalf of Creditor   Brown Rehabilitation Management, Inc.
        dmollicone@dmms.com
        David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
        dgheiman@jonesday.com
        David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
        David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
        david.dubrow@arentfox.com
        David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
        nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
        nepc.com
        David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com,
        kbilpo@seyburn.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
        General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
        Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
        kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
        Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
        dbeckwith@fosterswift.com
        Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
        don@mcguiganlaw.com
        Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters,
        AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
        eerman@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

  Earle I. Erman   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
   eerman@ermanteicher.com
  Earle I. Erman   on behalf of Creditor    Detroit Police Officers Association
   eerman@ermanteicher.com
  Earle I. Erman   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
   eerman@ermanteicher.com
  Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
   ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
  Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
   ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
  Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
   litdocket@honigman.com
  Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
   emajoros@glmpc.com
  Elizabeth M. Abood-Carroll   on behalf of Creditor    Federal National Mortgage Association
   (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
  Elizabeth M. Abood-Carroll   on behalf of Creditor    EverBank bankruptcy@orlans.com,
   ANHSOA@earthlink.net
  Elizabeth M. Abood-Carroll   on behalf of Creditor    Everhome Mortgage Company
   bankruptcy@orlans.com, ANHSOA@earthlink.net
  Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
   ecrowder@sbplclaw.com, lhaas@sbplclaw.com
  Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com,
   amendiola@morganmeyers.com
  Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
  Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
   carlson@millercanfield.com
  Eric David Novetsky   on behalf of Creditor    National Public Finance Guarantee Corporation
   enovetsky@jaffelaw.com
  Ethan D. Dunn   on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
   bankruptcy.maxwelldunn@gmail.com
  Evan Justin Feldman   on behalf of Creditor    Police and Fire Retirement System of the City of
   Detroit efeldman@clarkhill.com
  Evan Justin Feldman   on behalf of Creditor    General Retirement System of the City of Detroit
   efeldman@clarkhill.com
  Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
  Geoffrey T. Pavlic   on behalf of Creditor    BlackRock Financial Management, Inc.
   pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
  Geoffrey T. Pavlic   on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
   jbrown@steinbergshapiro.com
  Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
  Harold E. Nelson   on behalf of Creditor    Advisacare Health Care Solutions, Inc.
   ecf-hen@rhoadesmckee.com
  Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
   Heath.Rosenblat@dbr.com, Jennifer.Roussi@dbr.com;Daniel.Northrop@dbr.com
  Heath Douglas Rosenblat   on behalf of Creditor    Wilmington Trust Company, National Association
   Heath.Rosenblat@dbr.com, Jennifer.Roussi@dbr.com;Daniel.Northrop@dbr.com
  Heath Douglas Rosenblat   on behalf of Creditor    Wilmington Trust, National Association
   Heath.Rosenblat@dbr.com, Jennifer.Roussi@dbr.com;Daniel.Northrop@dbr.com
  Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
   hlennox@jonesday.com
  Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
  Heidi Peterson   hdpeterson75@gmail.com
  Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
   mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
  Howard R. Hawkins, Jr.   on behalf of Creditor    Merrill Lynch Capital Services, Inc.
   howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
  Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
   howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
  Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
   howard@jacobweingarten.com
  Howard S. Sher   on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
  Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
   howard@jacobweingarten.com
  Howard S. Sher   on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
   howard@jacobweingarten.com
  Howard S. Sher   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
   Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
  Howard S. Sher   on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
   Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
  Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
   howard@jacobweingarten.com
  Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt International S.A.
   howard@jacobweingarten.com
  Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
  Howard S. Sher   on behalf of Intervenor-Defendant   FMS Wertmanagement AR
   howard@jacobweingarten.com
  Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
        James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
        james.sprayregen@kirkland.com
        James  Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
        james.sprayregen@kirkland.com
        James  Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
        james.sprayregen@kirkland.com
        Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
        Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
        jeansartre@msn.com
        Janet M. Ziulkowski   on behalf of Interested Party Janet M Ziulkowski jmz@zaplc.com,
        ecf@zaplc.com
        Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
        sharrow@mcdonaldhopkins.com
        Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
        Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
        jbank@kerr-russell.com
        Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
        Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
        Jeffrey  Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
        Lhaidostian@mwe.com
        Jeffrey David Eaton   on behalf of Creditor   FMS Wertmanagement jeaton@schiffhardin.com
        Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
        Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
        jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
        Jennifer  Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
        jbelveal@honigman.com,  mjohnson@honigman.com
        Jennifer  Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
        jbelveal@honigman.com,  mjohnson@honigman.com
        Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
        Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
        John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
        pjohnson@bredhoff.com
        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
        John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
        john.sieger@kattenlaw.com
        John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
        jgregg@btlaw.com
        Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
        green@millercanfield.com
        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
        green@millercanfield.com
        Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
        jfischer@carsonfischer.com
        Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com
        Joseph Mark Fisher   on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com
        Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
        litdocket@honigman.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
        jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
        jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
        jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
        Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
        blundberg@honigman.com,  litdocket@honigman.com
        Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
        jcalton@honigman.com,  litdocket@honigman.com
        Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
        mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
        Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association
        jteicher@ermanteicher.com
        Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
        344 jteicher@ermanteicher.com
        Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association
        jteicher@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
jteicher@ermanteicher.com
Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc.
karen.dine@kattenlaw.com
Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association
Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association
Avery@SilvermanMorris.com
Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
kressk@pepperlaw.com,  alexsym@pepperlaw.com
Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
kschneider@schneidermiller.com
Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
kevin.baum@kattenlaw.com
Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
Kurt  Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.
llarose@chadbourne.com,
skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.
llarose@chadbourne.com,
skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Leland  Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit
Lisa.Fenning@aporter.com
Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of
Detroit Lisa.Fenning@aporter.com
Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
lrochkind@jaffelaw.com,  dburris@jaffelaw.com
Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
lrochkind@jaffelaw.com,  dburris@jaffelaw.com
Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
lbrimer@stroblpc.com,  kvanakin@stroblpc.com
M. Ellen Dennis   on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
dwhadden@umich.edu
Mallory  Field   on behalf of Creditor   Retired Detroit Police Members Association
MField@stroblpc.com,  jmckeogh@stroblpc.com
Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
pmerchak@sachswaldman.com
Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
mkato@sachswaldman.com,  pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
pmerchak@sachswaldman.com
Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
swansonm@millercanfield.com
Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
mark.angelov@arentfox.com
Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
jabdelnour@resnicklaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark H. Shapiro   on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
                 jbrown@steinbergshapiro.com
              Mark H. Shapiro   on behalf of Creditor    BlackRock Financial Management, Inc.
                 shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
              Mark R. James   on behalf of Interested Party    Financial Guaranty Insurance Company
                 mrj@wwrplaw.com
              Mark R. James   on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel   on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner   on behalf of Creditor    Merrill Lynch Capital Services, Inc.
                 bankrout@davispolk.com
              Mary Beth Cobbs   on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
                 mbcobbs@flash.net
              Matthew  Schneider   on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew  Troy   on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew  Wilkins   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
                 Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
                 wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Retiree Committee    Official Committee of Retirees
                 wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff    Detroit Retired City Employees Association
                 wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
                 wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew Gernet Summers   on behalf of Creditor    Erste Europaische Pfandbrief- und
                 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
                 summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
                 summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
                 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor    Hypothekenbank Frankfurt AG
                 summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt
                 International S.A. summersm@ballardspahr.com
              Melissa L. Demorest   on behalf of Creditor    John W. and Vivian M. Denis Trust
                 melissa@demolaw.com,  paula@demolaw.com
              Melissa L. Demorest   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
              Melissa L. Demorest   on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
                 paula@demolaw.com
              Melissa L. Demorest   on behalf of Creditor James  Herbert melissa@demolaw.com,  paula@demolaw.com
              Melissa L. Demorest   on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
                 paula@demolaw.com
              Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
                 mdordeski@foleymansfield.com,cindy@loevy.com
              Meredith  Taunt   on behalf of Creditor    Retired Detroit Police Members Association
                 mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
              Michael Anthony Karman   on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael Anthony Karman   on behalf of Creditor    Fountain Court Consumer Housing Cooperative
                 makarmanesq@gmail.com
              Michael C. Hammer   on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael C. Hammer   on behalf of Interested Party    MGM Grand Detroit, LLC
                 mchammer2@dickinsonwright.com
              Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell   on behalf of Interested Party Bill  Schuette BellMl@michigan.gov
              Michael R. Paslay   on behalf of Creditor    U.S. Bank National Association
                 mike.paslay@wallerlaw.com,
                 Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
                 rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib   on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
                 msl@maddinhauser.com,  bac@maddinhauser.com
              My Chi To   on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
                 mao-bk-ecf@debevoise.com
              Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party    Michigan State Conference NAACP
                 ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Niraj R. Ganatra   on behalf of Creditor    International Union, United Automobile, Aerospace and
                 Agricultural Implement Workers of America Nganatra@uaw.net
              Noah J. Ornstein   on behalf of Interested Party    Syncora Guarantee Inc.
                 noah.ornstein@kirkland.com
              Noah J. Ornstein   on behalf of Interested Party    Syncora Capital Assurance Inc.
                 noah.ornstein@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
Paige.Barr@kattenlaw.com

Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
mkisell@plunkettcooney.com

Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
pmears@btlaw.com

Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
phage@jaffelaw.com, jtravick@jaffelaw.com

Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
phage@jaffelaw.com, jtravick@jaffelaw.com

Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
marbury@bwst-law.com;pleban@bwst-law.com

Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
Agricultural Implement Workers of America pdechiara@cwsny.com

Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com

Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
pcanzano@sidley.com

Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
ralph.taylor@arentfox.com

Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com

Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association
RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc.
RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com,
Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Raymond Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com

Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
Department ecf@kaalaw.com, wjackson@KAALaw.com

Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
robert.darnell@usdoj.gov

Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
rfetter@millercohen.com,
richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
com

Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM,
rweisberg@carsonfischer.com

Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert M. Fishman   rfishman@shawfishman.com

Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com,
robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association
bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
bbassel@gmail.com, robertbassel@hotmail.com

Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
          sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
          Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
          soconnor@glmpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosenzweig@nortonrosefulbright.com;melanie.kotler@nortonrosefulbright.com;
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.Cowley@usdoj.gov
          Sean M. Walsh    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
          swalsh@sbplclaw.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Sharon L. Levine    on behalf of Creditor   Michigan Council 25 of the American Federation of
      State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
      Sharon L. Levine    on behalf of Creditor   Michigan Council 25 Of The American Federation of
      State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
      slevine@lowenstein.com
      Sheldon S. Toll    on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
      lawtoll@comcast.net
      Sherrie L. Farrell    on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
      mpearson@dykema.com:docket@dykema.com
      Sherrie L. Farrell    on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
      mpearson@dykema.com:docket@dykema.com
      Sheryl L. Toby    on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
      dguerrero@dykema.com
      Sheryl L. Toby    on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
      dguerrero@dykema.com
      Stephen B. Grow    on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
      Stephen B. Grow    on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
      kfrantz@wnj.com
      Stephen B. Grow    on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
      kfrantz@wnj.com
      Stephen B. Grow    on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com
      Stephen C. Hackney    on behalf of Interested Party   Syncora Holdings Ltd.
      stephen.hackney@kirkland.com
      Stephen C. Hackney    on behalf of Interested Party   Syncora Guarantee Inc.
      stephen.hackney@kirkland.com
      Stephen C. Hackney    on behalf of Interested Party   Syncora Capital Assurance Inc.
      stephen.hackney@kirkland.com
      Stephen C. Hackney    on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
      Stephen M. Gross    on behalf of Interested Party   Syncora Guarantee Inc.
      sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
      Stephen M. Gross    on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
      shelly.harrow@gmail.com
      Stephen M. Gross    on behalf of Interested Party   Syncora Holdings Ltd.
      sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
      Stephen M. Gross    on behalf of Interested Party   Syncora Capital Assurance Inc.
      sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
      Stephen M. Gross    on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
      shelly.harrow@gmail.com
      Stephen S. LaPlante    on behalf of Defendant   City of Detroit, Michigan
      laplante@millercanfield.com,  skoczylas@millercanfield.com
      Stephen S. LaPlante    on behalf of Debtor In Possession   City of Detroit, Michigan
      laplante@millercanfield.com,  skoczylas@millercanfield.com
      Stephen S. LaPlante    on behalf of Interested Party   Detroit Institute of Arts
      laplante@millercanfield.com,  skoczylas@millercanfield.com
      Steven B. Flancher    on behalf of Interested Party   State of Michigan flanchers@michigan.gov
      Steven G. Howell    on behalf of Interested Party   State of Michigan, Department of Attorney
      General showell@dickinsonwright.com
      Susheel Kirpalani    on behalf of Plaintiff   Syncora Guarantee Inc.
      susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
      Susheel Kirpalani    on behalf of Interested Party   Syncora Guarantee Inc.
      susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
      Suzanne L. Wahl    on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
      mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmsisian@schiffhardin.com;edocket@schiffha
      rdin.com
      Thomas B. Radom    on behalf of Defendant   Detroit Police And Fire Retirement System Service
      Corporation Radom@butzel.com
      Thomas B. Radom    on behalf of Defendant   Detroit General Retirement System Service Corporation
      Radom@butzel.com
      Thomas P. Christy    on behalf of Creditor   Berkshire Hathaway Assurance Corporation
      tchristy@garanlucow.com
      Thomas R. Morris    on behalf of Plaintiff   Detroit Retired City Employees Association
      morris@silvermanmorris.com,  marlene@silvermanmorris.com
      Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
      marlene@silvermanmorris.com
      Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
      marlene@silvermanmorris.com
      Thomas R. Morris    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
      Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
      Thomas R. Morris    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
      morris@silvermanmorris.com,  marlene@silvermanmorris.com
      Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
      marlene@silvermanmorris.com
      Thomas R. Morris    on behalf of Interested Party   Detroit Retired City Employees Association
      morris@silvermanmorris.com,  marlene@silvermanmorris.com
      Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
      marlene@silvermanmorris.com
      Timothy A. Fusco    on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
           fusco@millercanfield.com
           Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
           Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
           Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
           Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
           Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
           Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com,
           clark@ecf.inforuptcy.com
           Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
           Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
           Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc.
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
           Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
           Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
           clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
           Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Trevor J. Zamborsky  on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky  on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Vanessa G. Fluker   on behalf of Interested Party  Center for Community Justice and Advocacy
    vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
William C. Blasses   on behalf of Creditor  Jackie's Transport, Inc. wcb@osbig.com
William C. Blasses   on behalf of Interested Party  Michigan Property Tax Relief, LLC
    wcb@osbig.com
William C. Blasses   on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
William Pfeiffer Smith   on behalf of Creditor  U.S. Bank National Association wsmith@mwe.com
William W. Kannel   on behalf of Creditor  Ad Hoc Bondholder Committee wkannel@mintz.com
Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
    yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov   on behalf of Interested Party  Michigan Property Tax Relief, LLC
    yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov   on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
    yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov   on behalf of Creditor  Jackie's Transport, Inc. yotc_ecf@yahoo.com,
    yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                    TOTAL: 524