FILED
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
2014 APR -7 P 1:50 SOUTHERN DIVISION
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

| | |
|---|---|
| In re<br>City of Detroit,<br>　　　Debtor<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Hon.: Steven W. Rhodes |

## OBJECTIONS TO DEBTOR'S AMENDED PLAN OF ADJUSTMENT

1. Creditor Objects to Debtor's Amended Plan of Adjustment as reported by the newspapers as Debtor has failed to provide a copy of the Amended Plan of Adjustment to this Creditor and all Creditors who do not own a computer. Debtor's conduct again demonstrates a willingness to deny due process to its creditors.

2. Debtor has engaged in a denial of equal protection by attempting to treat creditors of the same class differently. For example, retirees are treated differently than other unsecured creditors. Additionally, the retiree themselves are treated differently. The Police and Fire retiree are treated differently than the general retirees despite the fact that Debtor claims t that both groups of retirees are unsecured creditors.

3. Debtor has failed to disclose all of its assets , thereby committing fraud.

4. Debtor's Amended Plan of Adjustment is in violation State law, and therefore is unconfirmable pursuant to Chapter 9.

5. Debtor has failed to liquidate a multitude of assets to the detriment of its creditors.

6. Debtor has failed to seek to set aside the lease it entered into regarding Belle Isle to the detriment of its creditors.

7. Debtor has failed to sell its assets in the Detroit Institute of Arts Museum. Further, Debtor has failed to admit that any donor restriction on prior gifts are invalid, and Debtor is able to liquidate those assets as well to the detriment of its creditors.

8. Debtor has failed to sell its Water and Sewerage Department to the detriment of its creditors.

9. Indeed, Debtor has failed to fairly value all of its assets to the detriment of is creditors. The Debtor has proposed spending millions on seeking to pay as little as 15 cents on the dollar to its creditors. The creditors acted in good faith and should be paid in full. Debtor's attempt to spend money on itself should be denied.

WHEREFORE, based on the foregoing, this Creditor respectfully Objects to Debtor's Amended Plan of Adjustment.

Respectfully submitted,

Dennis Taubitz
In Pro Per
Creditor
3051 Lindenwood Drive
Dearborn, MI 48120
(313) 632-9150