<u>Index of Exhibits</u>

1. Memorandum of Understanding

2. Notice of Automatic Stay

3. Certificate of Self-Insurance