---------------------------------------------------------------x
: 
In re                                                            : Chapter 9
                                                                 :
CITY OF DETROIT, MICHIGAN,                                       : Case No. 13-53846
                                                                 :
         Debtor.    : Hon. Steven W. Rhodes
                                                                 :
                                                                 :
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014 the *Objection of Financial Guaranty Insurance Company to Motion of the City of Detroit for Approval of the Proposed Disclosure Statement* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

       /s/ Mark R. James
       Mark R. James (P54375)
       Attorney for Financial Guaranty
       Insurance Company
       Williams, Williams, Rattner & Plunkett, P.C.
       380 North Old Woodward Ave., Suite 300
       Birmingham, MI 48009
       (248) 642-0333
       mrj@wwrplaw.com

Dated:  April 7, 2014