**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: City of Detroit, Michigan | Case No. 13-53846<br>Chapter 9<br>Judge Rhodes |
| Debtor in Possession | |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS AND NOTICES

Please take notice that Janet M. Ziulkowski, of Ziulkowski & Associates, PLC, hereby requests to be removed from receiving electronic filings and notices at the following email addresses:

ecf@zaplc.com

jmz@zaplc.com

Respectfully submitted by:

Ziulkowski & Associates, PLC

/s/ Janet M. Ziulkowski
Janet M. Ziulkowski (P60633)
17001 Nineteen Mile Rd., Ste 1-D
Clinton Twp., MI 48038
(586) 464-1640
ecf@zaplc.com