UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
(DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. Steven W. Rhodes

Debtor.
_____/

**REQUEST TO BE REMOVED FROM**
**RECEIVING ELECTRONIC FILINGS AND NOTICES**

PLEASE TAKE NOTICE that the law firm of Dawda, Mann, Mulcahy & Sadler, PLC, hereby requests to be removed from receiving electronic filings and notices to the following email address:

dmollicone@dmms.com

Respectfully submitted,

DAWDA, MANN, MULCAHY & SADLER, PLC

By: /s/ David A. Mollicone
David A. Mollicone (P59407)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
(248) 642-3700
Attorneys for Brown Rehabilitation Management, Inc.
dmollicone@dmms.com

DATED: April 7, 2014