# The Jones Day Team



**Jeffrey Ellman**
Restructuring



**Evan Miller**
Employee Benefits



**Sarah Heck Griffin**
Public Pensions



**David Kates**
Public Finance



**Brian Sedlak**
Public Projects
& Infrastructure



**Peter Clarke**
Public Projects
& Infrastructure



**Rebecca MacPherson**
Public Projects
& Infrastructure



**Naveen Rao**
Public Projects
& Infrastructure



72

Confidential

DTMI0128802

13-53846-tjt    Doc 3865-3    Filed 04/07/14    Entered 04/07/14 17:42:54    Page 1 of 4

# The Jones Day Team

   

**Robert Louis Ford**  **Lawrence DiNardo**  **Wesley Johnson, Jr.**  **Beth Heifetz**
Labor  Labor  Mergers & Acquisitions  Issues & Appeals

   

**Richard Deane**  **Yvette McGee Brown**  **Jayant Tambe**  **Chad Readler**
Litigation  Litigation  Litigation  Litigation



Confidential
DTMI0128803

# ANNEX B: CERTAIN REFERENCES

DTMI00128804
Confidential



# References

The Honorable John E. Ryan (Retired)
United States Bankruptcy Court for the Central District of California
760-522-6016

Thomas W. Hayes
Former Treasurer and Director of Finance, State of California
916-806-6200

Chris Varelas
Founding Partner, Riverwood Capital
650-618-7377



75

Confidential