UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | )<br>)<br>) Case No. 13-53846<br>) |
| CITY OF DETROIT, MICHIGAN | )<br>) Chapter 9 |
| Debtor | )<br>)<br>) Hon. Steven W. Rhodes<br>) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 7, 2014, County of Macomb, Michigan's Objection to Disclosure Statement with Respect to Plan for the Adjustment of Debts of the City of Detroit [Docket No. 3858] was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: April 7, 2014

DECHERT LLP

By: /s/ Allan S. Brilliant
Allan S. Brilliant
G. Eric Brunstad
Stephen M. Wolpert
1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
allan.brilliant@dechert.com
eric.brunstad@dechert.com
stephen.wolpert@dechert.com

*Attorneys for County of Macomb, Michigan*

19189547