# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steven W. Rhodes |

## *EX PARTE* MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION FOR ENTRY OF AN ORDER AUTHORIZING IT TO FILE AN OBJECTION IN EXCESS OF PAGE LIMIT

National Public Finance Guarantee Corporation ("National"), a creditor and party in interest in the above-captioned case, hereby moves the Court (the "Motion"), for the entry of an order authorizing National to file an objection (the "Objection") to the Motion of the City of Detroit for Approval of the Proposed Disclosure Statement [Doc. No. 2713] (the "Disclosure Statement Motion"), in excess of the page limits imposed by Local Bankruptcy Rule 9014-1(e) (20 pages) and Local Rule 7.1(d)(3) (25 pages), to the extent these page limits apply to the Objection. In support of this Motion, National states as follows:

1. On February 21, 2014, the City filed the Disclosure Statement with Respect to Plan for Adjustment of Debts of the City of Detroit [Doc. No. 2709]. Contemporaneously with the Disclosure Statement, the City also filed the Disclosure Statement Motion for the entry of an order approving the Disclosure

1

Statement as containing adequate information pursuant to 11 U.S.C. § 1125. On March 31, 2014, the City filed an Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit [Doc. No. 3382] (the "Disclosure Statement").

2. Local Rule 7.1(d)(3)(A), arguably made applicable in this case by Local Bankruptcy Rule 9029-1(a), states that an objection may not exceed 25 pages.[1] The Order Establishing Motion Procedure [Doc. No. 283] states that parties shall comply with Local Bankruptcy Rule 9014-1, which arguably imposes the 20-page limit for the objections, specifically listed in Local Bankruptcy Rule 9014-1, to all objections filed in this case. Out of an abundance of caution, National submits that authority to exceed the page limitations prescribed by both rules in connection with the Objection is reasonable and appropriate under the circumstances.

3. The Disclosure Statement and Disclosure Statement Motion raise numerous legal issues (including the adequacy of the information provided in the Disclosure Statement for creditors to evaluate whether to support the City's Plan). Combined, the Disclosure Statement, the Disclosure Statement Motion, exhibits, proposed order, and related documents exceed 600 pages. Due to the length and

---

[1] Local Bankruptcy Rule 9029-1(a) incorporates "any applicable Local Rules of the United States District Court for the Eastern District of Michigan," which may be read to incorporate all Local Rules or only those specifically mentioned.

complexity of the Disclosure Statement and the Disclosure Statement Motion, National requires more than 25 pages to respond meaningfully. The Objection, not including the table of contents, table of authorities, and exhibit, is 34 pages. Although National has made the Objection as succinct as possible under the circumstances, National cannot provide the Court with the information necessary for the full and fair adjudication of the matters presented within the 25 page limit.

**WHEREFORE**, National respectfully requests that the Court enter an order substantially in the form attached hereto as Exhibit 1: (a) granting the relief sought herein; and (b) granting such other and further relief to National as the court deems just and proper.

Dated: April 7, 2014

Respectfully Submitted,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Louis P. Rochkind (P24121)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
lrochkind@jaffelaw.com
phage@jaffelaw.com

 -and-

**SIDLEY AUSTIN LLP**

Jeffrey E. Bjork
Gabriel MacConaill
555 West Fifth Street, Suite 4000

Los Angeles, CA 90013
Telephone: (213) 896-6000
jbjork@sidley.com
gmacconaill@sidley.com

Guy S. Neal
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8041
gneal@sidley.com

*Counsel for National Public Finance Guarantee Corp.*

## SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with Local Bankruptcy Rule 9014-1(b):

Exhibit 1 – Proposed Form of Order

Exhibit 2 – None [Motion Seeks *Ex Parte* Relief]

Exhibit 3 – None [Brief Not Required]

Exhibit 4 – None [Motion Seeks *Ex Parte* Relief]

Exhibit 5 – None [No Affidavits Filed Specific to This Motion]

Exhibit 6 – None [No Documentary Exhibits Filed Specific to This Motion]

# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**ORDER AUTHORIZING NATIONAL TO FILE
AN OBJECTION IN EXCESS OF PAGE LIMITS**

This matter coming before the Court on the *Ex Parte* Motion of National Public Finance Guarantee Corporation For Entry of an Order Authorizing It to File an Objection in Excess of Page Limit (the "Motion"), filed by National Public Finance Guarantee Corporation ("National"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. National is granted relief from the page limit for responses set forth in Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d)(3)(A) and may file its Objection to the Motion of the City of Detroit for Approval of the Proposed Disclosure Statement in excess of 25 pages.