**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| _____ ) | | |
| In re ) | Case No. 13-53846 | |
| ) | | |
| CITY OF DETROIT, MICHIGAN, ) | In Proceedings Under | |
| ) | Chapter 9 | |
| Debtor. ) | | |
| _____ ) | Hon. Steven W. Rhodes | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014, the Objection of Ambac Assurance Corporation to Amended Disclosure Statement with Respect to Amended Plan of Adjustment of Debts of the City of Detroit was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: April 7, 2014        By: /s/ Carol Connor Cohen
                CAROL CONNOR COHEN
                CAROLINE TURNER ENGLISH
                1717 K Street, NW
                Washington, DC 20036-5342
                (202) 857-6054
                Carol.Cohen@arentfox.com

                DAVID L. DUBROW
                MARK A. ANGELOV
                1675 Broadway
                New York, NY 10019
                (212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*