UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x

In re:

CITY OF DETROIT, MICHIGAN,

                  Debtor.

------------------------------------------------------- x

Chapter 9

Case No.: 13-53846

Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

        I hereby certify that on this the 7th day of April, 2014, I caused the

*Objection of International Union, UAW to Amended Disclosure Statement with*

*Respect to Amended Plan of Adjustment of Debts of City of Detroit* to be filed with

the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

Dated:     New York, New York
            April 7, 2014

                             Cohen, Weiss and Simon LLP

                        By:  /s/ Babette A. Ceccotti
                             330 West 42nd Street
                             New York, New York 10036-6976
                             T: 212-563-4100
                             bceccotti@cwsny.com

                             *Attorneys for International Union, UAW*