UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN                     Chapter 9

    Debtor.                                Case No. 13-53846-swr
                                         Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 7, 2014, the following document was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all counsel of record:

1. **OBJECTION OF THE RETIREE ASSOCIATION PARTIES TO THE "AMENDED DISCLOSURE STATEMENT WITH RESPECT TO AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT".**

                                           Respectfully submitted,

                                           /s/ Ryan C. Plecha
                                           Ryan C. Plecha
                                           Lippitt O'Keefe Gornbein, PLLC
                                           370 E. Maple Rd., 3rd Floor
                                           Birmingham, MI  48009
                                           (248) 646-8292
                                           rplecha@lippittokeefe.com

Dated: April 7, 2014