UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steven W. Rhodes |

## ORDER AUTHORIZING NATIONAL TO FILE AN OBJECTION IN EXCESS OF PAGE LIMITS

This matter coming before the Court on the *Ex Parte* Motion of National Public Finance Guarantee Corporation For Entry of an Order Authorizing It to File an Objection in Excess of Page Limit (the "Motion"), filed by National Public Finance Guarantee Corporation ("National"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. National is granted relief from the page limit for responses set forth in Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d)(3)(A) and may file its Objection to the Motion of the City of Detroit for Approval of the Proposed

Disclosure Statement in excess of 25 pages.

**Signed on April 08, 2014**

                                                   /s/ Steven Rhodes
                                          **Steven Rhodes**
                                            **United States Bankruptcy Judge**