# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | ) | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | ) | |

## ORDER AUTHORIZING OBJECTORS TO FILE
## AN OBJECTION IN EXCESS OF PAGE LIMITS

This matter coming before the Court on the *Ex Parte* Motion of Objectors For Entry of an Order Authorizing Them to File an Objection in Excess of Page Limits (the "Motion"), filed by certain objectors[1] (the "Objectors"), and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Hypothekenbank Frankfurt AG; Hypothekenbank Frankfurt International S.A.; Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.; Deutsche Bank AG, London; Dexia Crédit Local; Dexia Holdings, Inc.; and FMS Wertmanagement AöR.

2. The Objectors are granted relief from the page limit for responses set forth in Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d)(3)(A) and may file their Objection to the Motion of the City of Detroit for Approval of the Proposed Disclosure Statement in excess of the page limit.

.

**Signed on April 08, 2014**

                           /s/ Steven Rhodes
                          **Steven Rhodes**
                          **United States Bankruptcy Judge**