UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014, I caused the *Objection of the Retired Detroit Police Members Association to Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of the Debts of the City of Detroit [Docket No. 3876]* to be filed with the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: April 7, 2014

Respectfully Submitted,

**STROBL & SHARP, P.C.**

　　/s/　Lynn M. Brimer
LYNN M. BRIMER (P43291)
MEREDITH E. TAUNT (P69698)
MALLORY FIELD (75289)
Attorneys for the Retired Detroit
Police Members Association
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
E-mail: lbrimer@stroblpc.com
E-mail: mtaunt@stroblpc.com
E-mail: mfield@stroblpc.com