# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN                           In Proceedings Under
                                                    Chapter 9
                        Debtor.
                                                    Hon. Steven W. Rhodes

_____

## EX PARTE ORDER ALLOWING OBJECTION
## IN EXCESS OF PAGE LIMIT

This matter coming before the Court on Ambac Assurance Corporation's *Ex Parte Motion to File Objection In Excess of Page Limit* (the "Ex Parte Motion"); and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1.      The Ex Parte Motion is GRANTED.

2.      Ambac[1] is granted relief from Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d) and may file its Objection in excess of the applicable page

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the *Ex Parte Motion*.

limitations.

.

**Signed on April 08, 2014**

                                      **/s/ Steven Rhodes**
                                      **Steven Rhodes**
                                      **United States Bankruptcy Judge**