UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,            Case No. 13-53846
                                                      Chapter 9
           Debtor.                       Hon. Steven W. Rhodes
_____/

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on April 7, 2014, he electronically filed with the Court, via the Court's Electronic Case Filing System, "Objection of the Ad Hoc Committee of DWS Bondholders to the Amended Disclosure Statement" which will be sent to all parties registered to receive notice in the above-captioned case.

                                           STEINBERG SHAPIRO & CLARK

                                           /s/ Geoffrey T. Pavlic (P53770)
                                           25925 Telegraph Road., Suite 203
                                           Southfield, MI 48033
                                           (248) 352-4700
                                           pavlic@steinbergshapiro.com