UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 9 |
| ) | | |
| CITY OF DETROIT, MICHIGAN, ) | | Case No. 13-53846 |
| ) | | |
| Debtor. ) | | Hon. Steven W. Rhodes |
| ) | | |
| ) | | |

------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2014, I caused the Objection of Jamie S. Fields, Detroit Police uniformed retiree and attorney, in pro per to Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of the Debts of the City of Detroit [Docket No. 3876] to be filed with the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: April 7, 2014              Respectfully Submitted,


                                  /s/ *Jamie S. Fields*
                                  Jamie S. Fields (P-52808)
                                  555 Brush
                                  Detroit, Michigan 48226
                                  (313) 570-3906
                                  jeansartre@msn.com