CASE NO. 13-53846
In The
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

In Re: JEFFREY SANDERS(IFP – Pro se),................Appellant-Creditor
16599 Hubbell Street
Detroit, Michigan 48235-4030
                        Chapter 9
                        Case No. 13-53846
                        Honorable Steven W. Rhodes

vs.

In Re: CITY OF DETROIT, MICHIGAN/...................Appellee-Debtor

## DESIGNATION OF RECORD ON APPEAL

Appellant JEFFREY SANDERS, due FRBP 8001 – 8010(a) attendant USDC-E.D. Mich. Case Nos. 07-14206 and 13-53846 'Emergency Notices Of Appeal Filed 04/02-03/2014(Dkt.3464, 3749)', Hereby 'Designates' the 'Items' to be included in the record on Appeal, herein, as follows:

(a) 10/03/2007 IFP Complaint w/ Exhibits Filed in E.D. Mich. Case No. 07-14206(Dkt.1-2);

(b) 11/27/2007 Order Filed in Case No. 07-14206(Dkt.3) offends 18 U.S.C. s241 - 28 U.S.C. s1915(d);

(c) 12/27/2007 Answers To Complaint Filed in Case No 07-14206(Dkt.5), "Acceding - conceding" '18 U.S.C. s241 - 42 U.S.C. s1983 Claims' duly subject to 28 U.S.C. s1915(d) w/ FRCP 54 Mandates;

(d) 01/16/2008 - 01/26/2009 Pleading-Notice For Settlement Conference(Dkt.8-40) in Case #07-14206;

(e) 02/09/ thru 03/09/2009 Orders Filed in Case No. 07-14206(Dkt.41-48) violating U.S. Const. Amendment IV - 18 U.S.C. s241; 28 U.S.C. s1343(a) - s1915(d) per FRCP 54 - E.D. Mich. LR.58.1(b).....;

(f) 04/13/2009 - 07/24/2009 Pleading-Affidavit Filed in Case No 07-14206(Dkt.54, 57, 64-68) concern absolute 'Mandates' as 18 U.S.C. s241; 28 U.S.C. s1343 - s1915(d), s2108 - s2111; 42 U.S.C. s1983 w/ FRCP 54 - E.D. Mich. LR 58.1(a)-(d), Absent bonafide - verified legal contest of record to date;

(g) 08/28/2009 - 03/24/2014 Orders Filed in E.D. Mich. Case Nos. 07-14206(Dkt.74-156) as 13-53846 against' U.S. Const. Article III - 11 U.S.C. s362(b)(1); 2012 WL 3140232(C.A.6(Mich.)) 'Remand'; subject to 11 U.S.C. s362(b)(1) - 28 U.S.C. s1915(d), s2108 - s2111 and FRCP 54(a)-(d) Mandates!!

Authored – Served On April 08th, 2014, By:/s/ _____
                                        JEFFREY SANDERS (IFP – Pro se)
Subscribed and sworn to before        16599 HUBBELL STREET
me on this 8th day of April, 2014        DETROIT, MICHIGAN 48235-4030

GUADALUPE MARTINEZ
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Dec. 8, 2020
Acting in the County of _____

My Commission Expires: 12/8/2020