UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

JEFFREY SANDERS(IFP – Pro se).....................Appellant-Creditor.
Jeffrey Sanders (IFP – Pro per)
16599 Hubbell Street
Detroit, Michigan 48235-4030

**Chapter 9**
**Case No. 13-53846**
**Hon. Steven W. Rhodes**

vs.

In Re: CITY OF DETROIT, MICHIGAN/,................Appellee-Debtor.

## CERTIFICATE – PROOF OF SERVICE

I, JEFFREY SANDERS, per U.S.Const. Amendment I - FRBP 8010(a)(1), **Hereby, Certify** that on the 08th day of April, 2014, I authored - executed this "Certificate Proof Of Service and attend(ant)ing FRBP 8006 Designation Of Record On Appeal - FRBP 8009 Brief On Appeal"; served a true copy(s) of same upon Appellee-Debtor, City Of Detroit, by 1st Class Postage-Paid U.S. Mail, sealed, addressed to:

(A) Melvin Butch Hollowell, Esq., et al.      AND      (B) David Gilbert Heiman, Esq., et al.
    City Of Detroit Corporation Counsel                     Counsel For City Of Detroit, Mich.
    City Of Detroit Law Department                          Jones Day
    2 Woodward Avenue, Suite 500                            North Point
    Detroit, Michigan 48226-                                901 Lakeside Avenue
                                                            Cleveland, Ohio 44114-1190

placed in a U.S. Post Office Mail Depository on the 8 day of April, 2014, thus, abruptly addressing and exacting overdue redress from 'Judicial Collusions - Oversights' **strictly** subject to unerring U.S. Const. Article III - 11 U.S.C. s362(b)(1); 18 U.S.C. s241 - 28 U.S.C. s1915(d), s2108, s2111; 42 U.S.C. s1983 plus FRBP 8002 – 8009(a)(1) w/ FRCP 54 - E.D. Mich. LR 58.1(b) **'Mandates'**, as concerns incumbent sanctioning of **'Elective-Option (c)'** appearing - discern(able)ing - inhering - verified of record as Filed and served, herein, from 10/03/2007 - 04/13/2009 to 06/15/2009 - 07/24/2009 **heretofore, EXACTED,** Despite 11 U.S.C. s362(b)(1) w/ 18 U.S.C. s241 - 28 U.S.C. s1915(d) **Offensive'** "Orders" discerning!

Authored– Served on April 08, 2014, By:/s/_____ (Pro per)
                                                    JEFFREY SANDERS(IFP-Pro se)
Subscribed and sworn to before                      16599 HUBBELL ST
me this 08th day of April, 2014.                    DETROIT, MICH. 48235-4030
(Notary)_____
My Commission Expires:/2_/

GUADALUPE MARTINEZ
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Dec. 6, 2020
Acting in the County of _____