UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED (I)

2014 APR -7 P 1:50

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re
City of Detroit,
        Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

**MOTION TO PARTICIPATE IN ANY NEGOTIATIONS**

1. This Creditor never agreed to be represented by the "Retiree Committee", contrary to the Debtor's fraudulent assertion.

2. Creditor requests notice and to be allowed to participate in any "negotiation", "meet and confer" or any other mechanism This court may seek to utilize to impair the Creditor's rights.

3. Debtor, with this Court's concurrence, seeks to silence the voice of many creditors in absolute disregard to the due process rights of its creditors.

    WHREREFORE, Creditor Dennis Taubitz requests that his Motion to Participate in any Negotiations or any other mechanisms in which Creditor's rights may be impaired be granted.

                      Respectfully submitted,

                      _____
                      Dennis Taubitz
                      In Pro Per
                      Creditor
                      3051 Lindenwood Drive
                      Dearborn, MI 48120
                      (313) 632-9150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

2014 APR -7 P 12: 32

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

In re
City of Detroit,
    Debtor
/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

## BRIEF IN SUPPORT

Creditor seeks to be noticed of and to participate in any "negotiations", "meet and confer" or any other mechanism that may seek to impair the Creditor's rights.

Creditor submits that the basic concept of due process mandates fair notice, and a fair hearing before a competent tribunal. In the case at bar, all three (3) principles of due process are at risk. If the Debtor refuses to serve documents on some creditors, then they do not receive fair notice. Further if the Creditor does not receive the document that the Debtor relies upon, it is impossible to obtain a fair hearing.

This Creditor submits that he has a constitutional right to participate in any negotiations that could result in the impairment of his rights, in light of the fact that this Creditor never agreed to be represented by the "Retiree Committee".

WHREREFORE, Creditor Dennis Taubitz requests that his Motion to Participate in any Negotiations or any other mechanisms in which Creditor's rights may be impaired be granted.

Respectfully submitted,

/s/ Dennis Taubitz
Dennis Taubitz
In Pro Per
Creditor
3051 Lindenwood Drive
Dearborn, MI 48120
(313) 632-9150