UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

2014 APR -7 P 1:50

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon Steven Rhodes

City of Detroit, Debtor.

## PROOF OF SERVICE

I hereby certify that on April 7 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Objections to Debtor Amended Plan of Adjustment
Objection to Debtor Amended Disclosure Statement
Motion to Participate in Any Negotiation

2. Served upon [name and address of each person served]:

Heather Lennox
Bruce Bennett
Jones Day
555 South Flower St
Fifieth Floor
Los Angeles, CA
90071

3. By First Class Mail.

Dated: April 7, 2014

(Signature of ~~Debtor~~ Creditor)

Print Name: Dennis Taubitz

(Signature of Co-Debtor)

Print Name: ____

13-53846-tjt    Doc 3902    Filed 04/07/14    Entered 04/08/14 14:37:05    Page 1 of 1