UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: MICHAELA TERRELL

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because WHAT WE DO HERE SETS PRECEDENTS ELSEWHERE. THE INJUSTICE TO CITY WORKERS ESPECIALLY RETIREES IS UNCONSCIONABLE.

2. I / we object to the above filing because:
1. RETIREES WHO WORKED YEARS FOR THE CITY SHOULD NOT BE REDUCED TO POVERTY IN THEIR DECLINING YEARS
2. SINCE HEALTH CARE HAS ALREADY BEEN TAKEN AWAY FROM PENSIONERS, THAT SHOULD BE ENOUGH.
3. IT WAS THE UNETHICAL PRACTICES OF BANKS THAT CAUSED ALL THIS.

3. I have/ have (not) attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: MICHAELA TERRELL
Signature: Michaela Terrell
Address: 19626 CONCORD
DETROIT, MI 48234
Email: terrellmichaela@att.net

Dated: APRIL 4, 2014

FILED
2014 APR -8 A 11:23
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 3906    Filed 04/08/14    Entered 04/08/14 14:49:52    Page 1 of 1