UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT
## WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

FILED BY: _George D. Gaines_

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF

ADJUSTMENT [DOCKET 2709]

for the following reasons.

1.  ( I )/ we am/are interested in the Bankruptcy of the City of Detroit because
_a retired / pensioner_

2.  ( I )/ we object to the above filing because:
_The reduction proposed of 35%+ is too great_

3.  I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _George D. Gaines Jr_

Signature: _George D. Gaines_

Address: _0153 chateau for_

Email: _gd-gaines@yahoo.com_

Dated:

2014 APR -8 A 11: 20
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt   Doc 3908   Filed 04/08/14   Entered 04/08/14 14:54:35   Page 1 of 1