UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR -8 A 11:20

In the matter of:

CITY OF DETROIT, MICHIGAN

Debtor ____/

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Rita Jordan

Rita Jordan hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

I am a ~~pensioner from~~ Pensioner of the City of Detroit.

2. I / we object to the above filing because:

Honorable Rhodes my husband and I receives pensions from the city, not only are we getting hit, but twice, I chose to work for the City, I wanted to make a difference and thought that my pension would be safe. At 41 years old God bless me with a son that is getting ready to go to college I want be able to help much at all.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Rita Jordan

Signature: Rita Jordan

Address: 47091 Grand Cypress Ct
Macomb, MI 48044

Email: jordanrita1001@gmail.com

Dated:

4-2-2014

With the New Health Care A Prescription that I paid ten dollars is now $189.00 Couldn't get it. With any cuts to my pension would be devastating. I worked for 27yrs + 9 months for DPW - Solid Waste division - Some of those years was on a garbage truck. You have to go inside of the body of the truck to get the garbage from behind the ram. Can you imagine the smell and filth that comes from garbage. I worked hard. jumping on + off the (knees) trucks, joy stick (arm) picking up heavy garbage cans emptying in the truck. I know I chose the job to take care of my family and hoping in the long run it would pay off (wrong). I'm in tears writing this because I'm worried, sad, hurt and disappointed that this is America and I'm going to be living in poverty if this passes. Please Honorable Rhodes have mercy on us. People not Banks.

Sincerely,

Rita Jordan
Rita Jordan