UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr
Chapter 9
_____ Debtor  /  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I am concerned as the wife & guardian of a now disabled retiree, our only income is his pension which he greatly deserve.

2. I / we object to the above filing because:
   Our faith was in the city as a employer. However as a retiree the city his lost all faith in me and my family.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Gregory Hicks
Signature: Gregory Hicks
Address: 8536 Plainview
Detroit, MI 48219
Email: edward8061@netzero.net

Dated: