April 3, 2014

FILED

2014 APR -4 A 10: 29

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

US Bankruptcy Court
211 West Fort
Suite 1700
Detroit Michigan 48226

**RE:  Objection to City of Detroit's Amended Plan of Adjustment
Case 13-53846**

I retired from City of Detroit (Detroit Public Library) in 2010 after 38 years and 9 months of service. I worked longer so I would be comfortable in my retirement and maybe take a yearly vacation. I then moved from the City of Detroit to Saint Clair Shores to be near my mother who was in an Assisted Living Facility.

The one thing I thought I could always count on was my pension, after all it was protected by the Michigan Constitution. I always thought of the Michigan Constitution as our (public employees) version of the Pension Benefit Guaranty Corporation.

When there were talks of the City of Detroit filing for bankruptcy I was not too concerned, I knew Governor Snyder would pull the pensions from the bankruptcy filing in order to comply with the Michigan Constitution. The Governor fooled us again.

Even when the City of Detroit filed for bankruptcy, and Judge Rhodes ruled that pensions could be cut, I thought whatever cuts made by the City would be made up by the State (my interpretation of the Michigan Constitution). Evidently Governor Snyder does not agree.

**I am objecting to the Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014) based on the following:**
1. **26% cut or 34% cut**-How was this calculated?
2. **Cost of Living**-No cola for 10 years, at 2.25% each year that adds another 20%+ to the cuts.
3. **AFS Recoupment (clawback?)**-Is this the 13th check and AFS recoupment? This is very confusing, is this another cut to be added to the 26% or 34%. How much? Will this affect all retirees? How will this be calculated?
4. **Health Care and VEBA**-I have not seen any information on the new agreement or on the VEBA. Is the VEBA for current retirees? Not clear.

5. **Contributors Default**-If the State, DIA, or any of the foundations default on their pledges will our pensions be cut more? How much? How will this be calculated? If new officials are elected will these pledges hold?
6. **$85 Million for banks**-If this is approved by Judge Rhodes, can the banks (UBS and BOA) come back and sue the pension boards for the balance not paid by the City? Will that trigger further pension cuts? How much? How will this be calculated?

If all the above cuts come into play, pensions may be cut as much as 70% (maybe higher). These cuts combined with health care premiums will leave us with pretty much nothing. How will retirees survive (some have no family)?

I am asking Judge Rhodes to reject this plan.

Respectfully,


Dorothy M. W. Baker
22406 Rio Vista Street
Saint Clair Shores, MI 48081
586-552-8397
bakerdmw@gmail.com