March, 25 , 2014



FILED

2014 APR -4 A 11: 07

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Judge Steven Rhodes
W. Lafayette
Detroit, MI 48226

Dear Judge Rhodes ;

Just imaging what if Detroit were a city with 700,000 citizens who are/were 80% white/caucasian that :

- ➢ **Sends more money to the state of Michigan than any other city.**

- ➢ **Shares almost as much money it receives from its casinos to the state coffer .**

- ➢ **Takes in over a million dollars a day .**

- ➢ **Has not missed a bond payment or payroll until Orr'shenanigans**

- ➢ Pays taxes to keep the Smart Bus System which operates primarily in Oakland County and surrounding areas .

- ➢ Pays taxes into a park system which does not operate a park in its city .

- ➢ Has had its school system taking over three ( 3 ) times, local school board abolished and left a deficit of $ 200million dollars .

- ➢ Was promised $ 300 million dollars from the state if local taxes were not raised but did not pay

- ➢ Voted to repeal the emergency law act but a modified version still imposed on your city .

VOILA!

AS A CHAMPION AND SUPPORTERS OF FREEDOMS WHICH ARE GUARANTEED BY THE US CONSTITUTION OR BELIEVERS IN LOCAL CONTROL, IS THIS RIGHT UNDER THE LAW TO TAKE AWAY A CITY RIGHTS – VOTING OR OWNERSHIP ?

Even with this usurp of local control, Gov . Snyder still was not satisfied ; HE AND HIS
lieutenants came up with a BOGUS  CONSENT AGREEMENT .

THIS IDEA STILL ALLOWED THE STATE TO DRAIN THIS WHITE CITY
OVER $62 MILLION DOLLARS TO GIVE THREE (3 ) CONSULTANTS FIRMS
MONEY  SUPPOSEDLY  FOR STUDIES .

Some of the city folks became aware of the state's foolishness; they went to court
to stop the madness BUT THE GOVERNOR AND THE STATE RUSHED TO
COURT DECLARED DETROIT WAS BANKRUPT AND NEEDED AN EMER-
GENCY MANAGER !

ARE YOU NOW READY TO LET YOUR " FORKED TONGUED"GOVERNOR
SNYDER  TO DECLARE YOUR CITY A BANKRUPT CITY ?

WHAT ARE THIS WHITE CITY BANKRUPTCY CONDITIONS ?

> The filings by Orr, the Em, showing Detroit with a $ 18 billion liability  of
unfunded pensions and health care liabilities or as stated in Detroit Free
Press, Sunday, July 21,2013 " Orr announces that he filed for municipal
bankruptcy last week, citing growing debt on benefits owed to current and
future retirees . "

> **Detroit's pensions are funded 80 %; the state of Michigan's pensions
are funded 60 % . Detroit Free Press article, ( Sat., Aug.1, 2013 ) high-
lighted that Bond Buyer, Wall Street publication, reported  Morningstar,
a major investment adviser, found actuarial evaluation of Detroit pen -
sions  funds to be accurate ; saying that the funds are more than 90 %
funded .  DOES THAT SOUNDS LIKE THE FUND IS INADEQUATE ?**

> NOW DID SNYDER DECLARE THE STATE BANKRUPT WITH ITS
PENSIONS ONLY FUNDED 60 % ?

> There are over 40 local municipalities with unfunded pensions .Were these
cities taken over ?

> Furthermore,  Pew Center released a survey that showed 61 of the nation's
largest cities had a gap of more than $ 217 billion in unfunded pensions .
"State Budget Solutions cited such cities with  unfunded liabilities such as :
Chicago- $ 19 billion ; Los Angeles - $ 9.4 billion ; Baltimore -$680 million
( Detroit Free Press , Sun., July, 2013 ).

➢ What city has funded its pensions into perpetuity ? Even the federal govern -
ment pensions are not fully funded ; it has been said that that is why old US
congressman Issas of California is having the US post office fund its pension
for twenty years to help supplement the federal government's pension .

AND TO ADD INSULT TO INJURY, THIS EMERGENCY MANAGER DID NOT
STOP WITH THE ABOVE REVELATIONS – DESTROYING CITY WORKERS
BENEFITS- HE WENT FOR THE JUGULAR !

**NOW THAT THE WORLD SEES PUTIN OF RUSSIA'S ACTION THIS TAKE
OVER OF ASSETS AND LANDIN DETROIT IS AKIN TO PUTIN'S BEHAVIOR
WHICH THE INTERNATIONAL WORLD COMDEMNS !**

HE AND SNYDER HAVE USED THE CONCEPT OF EMINENT DOMAIN TO
TAKE OVER DETROIT'S ASSETS .DOES THIS GIVE THE CITY AND ITS
CITIZENRY ANY RESPECT ?

➢ The state of Michigan forced the city council to give up Cobo Hall to the
region . WHY ? FOR SOME BOGUS REPORT THAT THE REGION
WOULD SUPPY MONEY FOR AN UPGRADE .

1. It has been documented that monies from the parking facilities alone
would/ could have paid for the improvements .
2. Recently, the authority was promising to send checks to surrounding
counties from the Cobo Deal . MONEY THAT DETROITERS
PAID FOR !

➢ THE STATE OF MICHIGAN USING ITS EM , ORR, LITERALLY
SEIZED BELLE ISLE FROM THE CITY/ with pretension of being a state
park it would upgrade the park .

1 .Certainly, you know that people can think and many are aware that
this Nerd Governor and his buddies in Lansing have almost never done
anything positive for Detroit – owes the city $ 300million dollars
from a previous agreement, owes DPS $ 200 million from the deficit
left by Engler after the 1999 takeover ; Grant money allocated to Detroit
for its health services which the city should administer, he(Snyder)
gave to Wyandotte to administer .
2. The Belle Isle state deal has no state money included . IT DOES NOT
TAKE A ROCKET SCIENTIST TO KNOW THAT BY CHARGING
A FEE ( $ 11) WILL GIVE THE STATE THE REVENUE .( The city

could have done that on its own .) SO WHAT IS THE DEAL ?

- One report floated that many of the other state parks were losing money and Belle Isle with its heavily use population would add to the state park coffer . SOUND LOGICAL ?

➤ TAKEOVER OF THE DETROIT WATER DEPARTMENT AND REGIONALIZING IT HAS BEEN A DESIRE OF THE AREA FOR OVER 40 YEARS . YOU KNOW THE ISSUES :

- Detroit built the system .
- The city was sued to have the water system extended to the suburbs .
- Now that the system has been extended the suburbs think they should have control although Detroiters still pay higher rates than their suburbans' customers .
- WHO COMES TO THEIR RESCUE ? VOILA ! – SNYDER AND HIS " HATCHET MAN ", ORR .

NOW DOES THE ABOVE LANDSCAPE OF A MAJORITY WHITE DETROIT WITH SAID RESOURCES BE CONSIDERED BANLRUPT ?

➤ General Motors, Chrysler, the BANKS and WALL STREET were not allowed to go into bankruptcy . THE US GOVERNMENT BAILED THEM OUT !
➤ Many keep vocalizing the importance of Detroit to the state . Then why has the state atleast given Detroit – 1. The $ 300 million owed . 2. Raise its revenue sharing amount ( remember Detroit gives Lansing more money than any other city, 3.Stop taking the city's casino money, etc …)

NOW, JUDGE RHODES, TO THE REALITY NOT FANTASY WORLD, AS A JUDGE IF DETROITERS CANNOT GET JUSTICE IN THE COURT SYSTEM WHAT OTHER ALTERNATIVE DO THEY HAVE ?

We/I have been taught through history and the US CONSTITUTION that justice is blind and one should not be discriminated against because of race, creed, religion, etc.

ALSO MANY OF US WOULD LIKE TO BELIEVE THAT JUDGES ARE MERCIFUL AND HAVE THE LAW AND WISDOM AND WITH THAT WISDOM HOPEFULLY UNDERSTANDING !

Honorable Judge Rhodes, in this fantasy Detroit would you DECLARE A WHITE
DETROIT BANKRUPT WITH THE PLAN AND ACTIONS THAT HAVE BEEN
PERPETRATED BY ORR AND THE GOVERNOR ?

I CANNOT BELIEVE THAT YOU WOULD ALLOW THE DIGNITY, THE SANITY
AND SYMBOLISM OF THE ROBE TO BE TARNISHED !

PLEASE SPEAK TRUTH TO POWER !


Yours truly,

Mrs. A . Hill- Higgins

Cc : Attorney General Holder, 6th Circuit Court of Appeals, Detroit Free Press, Detroit
News and personnel, Local news stations and personnel, State legislators, etc.