# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **In re:** | ) | Chapter 9 |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Debevoise & Plimpton LLP, the attorneys for Berkshire Hathaway Assurance Corporation.

2. On the 7th day of April 2014, I caused true and correct copies of the *Limited Objection of Berkshire Hathaway Assurance Corporation to Motion of the City of Detroit for Approval of the Proposed Disclosure Statement* [**Docket No. 3856**] to be served by first class mail upon the parties identified in **Exhibit A** and by electronic mail upon the parties identified in **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2014    */s/ Anna McDermott*
                              Anna McDermott
                              DEBEVOISE & PLIMPTON LLP
                              919 Third Avenue
                              New York, New York 10022

**EXHIBIT A**

| DESCRIPTION | COMPANY | CONTACT | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Proposed Counsel for Committee of Unsecured Creditors | Morrison & Foerster, LLP | Brett H. Miller and Lorenzo Marinuzzi | 1290 Avenue of the Americas | New York | NY | 10104-0050 |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | 2200 Wells Fargo Center 90 South Seventh Street | Minneapolis | MN | 55402-3901 |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | 1420 Peachtree St., NE, Suite 800 | Atlanta | GA | 30309 |
| Union Representative | AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | Detroit | MI | 48226 |
| Union Representative | AFSCME Local #0312 | Attn: Phillip Douglas | 14022 Linwood | Detroit | MI | 48238 |
| Union Representative | AFSCME Local #0457 | Attn: Laurie Walker | 600 W. Lafayette, Ste. L – 104 | Detroit | MI | 48226 |
| Union Representative | AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | 600 W. Lafayette, Ste. L – 123 | Detroit | MI | 48226 |
| Retiree Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | 1301 Third St. Suite 329 | Detroit | MI | 48226 |
| Retiree Representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | 3031 W. Grand Boulevard, Suite 405 | Detroit | MI | 48202 |
| Union Representative | Field Engineers Association | Attn Larry Hart | PO Box 252805 | West Bloomfield | MI | 48325 |
| The Office of the Governor of the State of Michigan | Governor Rick Snyder |  | PO Box 30013 | Lansing | MI | 48909 |
| Counsel for IBM Credit LLC | IBM Credit LLC | Andy Gravina | Special Handling Group MD NC317 6303 Barfield Rd NE | Atlanta | GA | 30328 |
| Office of the United States Trustee | Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | Detroit | MI | 48226 |
| The City, c/o the Emergency Manager | The City of Detroit | Attn: Kevyn D. Orr, Emergency Manager | Coleman A. Young Municipal Center 2 Woodward Ave Suite 1126 | Detroit | MI | 48226 |

**EXHIBIT B**

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Morrison & Foerster, LLP | Brett H. Miller and Lorenzo Marinuzzi | brettmiller@mofo.com; lmarinuzzi@mofo.com |
| Faegre Baker Daniels LLP | Abby E. Wilkinson, Esq. | Abby.wilkinson@FaegreBD.com |
| Kramer Levin Naftalis & Frankel LLP | Amy Caton | acaton@kramerlevin.com |
| AFSCME Local #0207 | James Williams | afscme207@sbcglobal.net |
| AFSCME Local #1023 | Delia Enright | afscmelocal1023@att.net; deliaenright@hotmail.com |
| AFSCME Local #0229 | Zachary Carr | afscmelocal229@ymail.com |
| AFSCME Council #25 | Albert Garrett | agarrett@miafscme.org |
| AFSCME Council #25 | Albert Garrett | agarrett@miafscme.org |
| Andrew J Gerdes PLC | Andrew J Gerdes | agerdes@gerdesplc.com |
| Weil, Gotshal & Manges LLP | Alfredo R Perez | alfredo.perez@weil.com |
| AFSCME Local #0273 | Scecilla Hunt | anurses@att.net |
| Honigman Miller Schwartz and Cohn LLP | Arthur T Oreilly | aoreilly@honigman.com |
| Jerome D Goldberg PLLC | Jerome D Goldberg | apclawyer@sbcglobal.net |
| AFSCME Local #1206 | Arlene Kirby | arlene.kirby@yahoo.com |
| Senior Water Systems Chemist Association | Andrew Ross | aross@dwsd.org |
| Bredhoff & Kaiser PLLC | Andrew D Roth<br>Jeffrey R Freund<br>Douglas L Greenfield | aroth@bredhoff.com<br>jfreund@bredhoff.com<br>dgreenfield@bredhoff.com |
| Downtown Development Authority | Athanasios Papapanos<br>Glen W Long Jr<br>Rebecca Navin | Artp1@degc.org;<br>gwlong@degc.org;<br>navin@degc.org; |
| Reed Smith LLP | Amy M Tonti | atonti@reedsmith.com |
| Simon Stella & Zingas PC | Stephen P Stella | attorneystella@sszpc.com |
| Amalgamated Transit Union, Division 26 | Henry Gaffney | atulocal26pba@aol.com |
| HP Enterprises Services LLC | Ayala Hassell | ayala.hassell@hp.com |
| Senior Accountants, Analysts & Appraisers Association | Audrey Bellamy | ayoung586@comcast.net |
| The Markowitz Law Office | Carolyn B Markowitz PC | bankruptcy@markowitzlegal.com |
| Iron Mountain Information Management, LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Jones Day | Bruce Bennett, Esq. | bbennett@jonesday.com |
| Jones Day | Brad B Erens | bberens@jonesday.com |
| Schafer and Weiner PLLC | Brendan G Best | bbest@schaferandweiner.com |
| Schneiderman & Sherman PC | Brett A Border | bborder@sspclegal.com |
| Bodman PLC | Barbara A. Bowman, Esq. | bbowman@bodmanlaw.com |
| Cohen Weiss and Simon LLP | Babette A Ceccotti<br>Thomas N. Ciantra<br>Peter D. DeChiara | bceccotti@cwsny.com;<br>pdechiara@cwsny.com;<br>tciantra@cwsny.com |

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell<br>John J Bursch<br>B Eric Restuccia | BellM1@michigan.gov |
| Dib and Fagan PC | Barry S Fagan | bfagan@dibandfagan.com |
| William A. Wertheimer | | billwertheimer@gmail.com |
| Sylvia Jean Brown Jones | | bjdelta55@gmail.com |
| Downtown Development Authority | Brian Kott | bkott@lewismunday.com |
| American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye<br>Matthew Stark Blumin<br>Michael Artz | BLurye@afscme.org;<br>martz@afscme.org;<br>mblumin@afscme.org |
| Lippitt O Keefe PLLC | Brian O Keefe | bokeefe@lippittokeefe.com |
| Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | bpatek@ermanteicher.com |
| UAW – PAA Local #2211 | Robyn Brooks | BrooR@detroitmi.gov |
| Bodman PLC | Brian R Trumbauer | btrumbauer@bodmanlaw.com |
| Utility Workers Union of America Local #488 | Carl Anderson | canderson@dwsd.org |
| Arent Fox LLP | Carol Connor Cohen<br>Caroline Turner English<br>Ralph A Taylor Jr<br>Emily Baver | Carol.Cohen@arentfox.com;<br>caroline.english@arentfox.com;<br>ralph.taylor@arentfox.com; emily.baver@arentfox.com |
| Denton US LLP | Carole Neville | carole.neville@dentons.com |
| Warner Norcross & Judd LLP | Charles N Ash Jr | cash@wnj.com |
| Stevenson & Bullock PLC | Charles D Bullock<br>Elliot G Crowder<br>Sean M Walsh | cbullock@sbplclaw.com;<br>ecrowder@sbplclaw.com;<br>swalsh@sbplclaw.com |
| Police Officers Labor Council | Chet Kulesza | ck445polc@yahoo.com |
| Salans FMC SNR Denton Europe LLP | Claude Montgomery | claude.montgomery@dentons.com |
| AFSCME Local # 6087 | Clarence Sanders | clrncsndrs@yahoo.com |
| City of Detroit, Law Department | Mary Beth Cobbs | cobbm@detroitmi.gov |
| Constitutional Litigation Associates, PC | Hugh M Davis | conlitpc@sbcglobal.net |
| AFSCME Council #25 | Catherine Phillips | cphillips@miafscme.org |
| Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | czucker@ermanteicher.com |
| Airgas USA LLC | Mr David Boyle | david.boyle@airgas.com |
| Arent Fox LLP | David L Dubrow | David.Dubrow@arentfox.com |
| Arent Fox, LLP | David Dubrow<br>Mark A Angelov<br>Carol Cohen | david.dubrow@arentfox.com;<br>mark.angelov@arentfox.com;<br>carol.cohen@arentfox.com |
| Waller Lansden Dortch & Davis LLP | David E. Lemke, Esq.<br>Courtney Rogers | david.lemke@wallerlaw.com;<br>courtney.rogers@wallerlaw.com |
| Fulbright & Jaworski LLP | David A Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Foster Swift Collins & Smith PC | Dirk H Beckwith | dbeckwith@fosterswift.com |
| Plunkett Cooney | Douglas C Bernstein | dbernstein@plunkettcooney.com |

| COMPANY | CONTACT | EMAIL |
| --- | --- | --- |
| Dickinson Wright PLLC | Dawn R Copley | dcopley@dickinsonwright.com |
| Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | deisenberg@ermanteicher.com |
| Davis Polk & Wardwell LLP | Marshall S Huebner | detroit.chapter9.service@davispolk.com |
| Allard & Fish PC | Deborah L Fish<br>Timothy R. Graves | dfish@allardfishpc.com;<br>tgraves@allardfishpc.com |
| Jones Day | David G. Heiman, Esq.<br>Heather Lennox, Esq. | dgheiman@jonesday.com;<br>hlennox@jonesday.com;<br>tawilson@jonesday.com |
| Detroit Police Officers Association | Mark Diaz | DiazM3329@gmail.com |
| American Civil Liberties Union Fund of Michigan | Daniel S. Korobkin | dkorobkin@aclumich.org |
| Plunkett Cooney | David A. Lerner<br>Patrick C Lannen | dlerner@plunkettcooney.com;<br>plannen@plunkettcooney.com |
| Seyburn Kahn | David T Lin | dlin@seyburn.com |
| Woodley & McGillivary | Douglas L Steele | dls@wmlaborlaw.com |
| AFSCME Council #25 | DeAngelo Malcolm | dmalcolm@miafscme.org |
| Detroit Fire Fighters Association Local 344 | Daniel McNamara | dmcnamara344@aol.com |
| Dawda, Mann, Mulcahy & Sadler, PLC | David A. Mollicone | dmollicone@dmms.com |
| McAlpine PC | David M Zack | dmzack@mcalpinepc.com |
| Detroit Police Command Officers Association | Steven Dolunt | DoluntS320@detroitmi.gov |
| Sirlin Lesser & Benson PC | Dana S Plon | dplon@sirlinlaw.com |
| Jeffer Mangels Butler & Mitchell LLP | David M Poitras | dpoitras@jmbm.com |
| Morgan & Meyers PLC | Debra N Pospiech | dpospiech@morganmyers.com |
| Schafer and Weiner PLLC | Daniel J Weiner | dweiner@schaferandweiner.com |
| Orlans Associates, P.C | Caleb J. Shureb<br>Craig B. Rule<br>Elizabeth M. Abood-Carroll<br>Heather D. McGivern<br>Heather M. Dickow | eabood-carroll@orlans.com;<br>crule@orlans.com;<br>hmcgivern@orlans.com;<br>hdickow@orlans.com |
| Gudeman & Associates PC | Edward J Gudeman | ecf@gudemanlaw.com |
| Kirkland & Ellis LLP | Richardo I Kilpatrick | ecf@kaalaw.com |
| Caralyce M Lassner JD PC | Caralyce M Lassner | ecf@lassnerlaw.com |
| Ziulkowski & Associates, PLC | Janet M. Ziulkowski | ecf@zaplc.com |
| The Bank of New York Mellon Trust Company, National Association, as trustee | Eduardo Rodriguez | eduardo.rodriguez@bnymellon.com |
| Maxwell Dunn PLC | Ethan D Dunn | edunn@maxwelldunnlaw.com |
| Bingham McCutchen LLP | Edwin E. Smith, Esq. | Edwin.smith@bingham.com |
| Bingham McCutchen LLP | Edwin E Smith<br>Jared Clark<br>Steven Wilamowsky<br>E Marcus Marsh | edwin.smith@bingham.com; jared.clark@bingham.com;<br>steven.wilamowsky@bingham.com;<br>marcus.marsh@bingham.com |

| COMPANY | CONTACT | EMAIL |
| --- | --- | --- |
| Erman Teicher Miller Zucker & Freedman PC | Earle I Erman | eerman@ermanteicher.com; |
| | Julie Beth Teicher | jteicher@ermanteicher.com |
| Clark Hill PLC | Evan J Feldman | efeldman@clarkhill.com |
| Williams Williams Rattner & Plunkett PC | Ernest J Essad Jr | ejessad@wwrplaw.com; |
| | Mark R James | mrjames@wwrplaw.com |
| Morgan & Meyers PLC | Patricia Ramirez | ejr@morganmeyers.com |
| Gold Lange & Majoros PC | Elias T Majoros | emajoros@glmpc.com |
| AFSCME Council #25 | Ed McNeil | emcneil@miafscme.org |
| Jaffe Raitt Heuer & Weiss PC | Eric D Novetsky | enovetsky@jaffelaw.com |
| Sidley Austin LLP | Jeffrey Bjork, Esq. | etashman@sidley.com; |
| | Eric D. Tashman, Esq. | jbjork@sidley.com |
| Building & Construction Trades Council | John Wallace | express33@aol.com |
| State of Michigan Revenue & Collections Division | Steven B Flancher | flanchers@michigan.gov; |
| | Matther Schneider | schneiderm7@michigan.gov |
| Miller Canfield Paddock & Stone, PLC | Timothy A Fusco | fusco@millercanfield.com |
| Weil, Gotshal & Manges LLP | Gary T. Holtzer, Esq. | gary.holtzer@weil.com; |
| | Alfredo R. Pérez, Esq. | alfredo.perez@weil.com |
| Sidley Austin LLP | Guy S. Neal, Esq. | gneal@sidley.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green, Esq. | green@millercanfield.com; |
| | Stephen S. LaPlante | swansonm@millercanfield.com |
| | Marc N. Swanson | laplante@millercanfield.com; |
| | Eric D Carlson | carlson@millercanfield.com |
| AFSCME Local #1220 | Gerald Thompson | gvp1220@aol.com |
| Police Officers Labor Council | Marvin Hansberry | HansberryM@detroitmi.gov |
| Drinker Biddle & Reath LLP | Heath D. Rosenblat, Esq. | Heath.Rosenblat@dbr.com |
| Pepper Hamilton LLP | Robert S Hertzberg | hertzbergr@pepperlaw.com |
| Cadwalader Wickersham & Taft | Howard R. Hawkins, Jr., Esq. | Howard.Hawkins@cwt.com; |
| | Lary Stomfeld, Esq. | lary.stromfeld@cwt.com |
| Jacob & Weingarten, P. C. | Howard S Sher | howard@jacobweingarten.com |
| The Sanders Law Firm PC | Herbert A Sander | hsanders@miafscme.org |
| Detroit Retired City Employees Association | Shirley V. Lightsey | info@drcea.org |
| Dawda, Mann, Mulcahy & Sadler, PLC | Jessica B Allmand | jallmand@dmms.com |
| Kirkland & Ellis LLP | James HM Sprayregen PC | james.sprayregen@kirkland.com; |
| | Ryan Blaine Bennett | ryan.bennett@kirkland.com; |
| | Stephen C Hackney | stephen.hackney@kirkland.com |
| Kerr Russell and Weber PLC | Jason W Bank | jbank@kerr-russell.com |
| Jones Day | Jeffrey B. Ellman, Esq. | jbellman@jonesday.com |
| Sidley Austin LLP | James F Bendernagel | jbendernagel@sidley.com |
| Sidley Austin LLP | Jeffrey E Bjork | jbjork@sidley.com |
| Honigman Miller Schwartz and Cohn LLP | Judy B Calton | jcalton@honigman.com |
| McKnight McClow Canzano Smith & Radtke PC | John R Canzano | jcanzano@michworklaw.com |

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| SBS Financial Products Company, LLC | Attn. John Carter | jcarter@sbsco.com |
| UAW - Local # 412 | John Cunningham | jcunningham@uaw.net |
| UAW - Local #212 | John Cunningham | jcunningham@uaw.net |
| Primeshares World Markets, LLC | | jd@primeshares.com; transfer@primeshares.com |
| Mark H Cousens | John E. Eaton, Esq. | jeaton@cousenslaw.com |
| Jeffery R Sieving | | jeff@iobillboard.com |
| Assistant Supervisors of Street Maintenance & Construction Association | Herbert Jenkins | JenkinsH@detroitmi.gov |
| Couzena Lansky Fealk Ellis Roeder & Lazar PC | Jerry M Ellis | jerry.ellis@couzens.com |
| Carson Fischer PLC | Joseph M Fischer<br>Robert Weisberg<br>Christopher Grossman | jfischer@carsonfischer.com;<br>rweisberg@carsonfischer.com;<br>cgrosman@carsonfischer.com |
| McDonald Hopkins PLC | Joshua A Gadharf | jgadharf@mcdonaldhopkins.com |
| EMS Officers Association | James Gatteno | jgatteno@comcast.net |
| Barnes & Thornburg LLP | John T Gregg<br>Patrick E. Mears | jgregg@btlaw.com; pmears@btlaw.com |
| Utility Workers Union of America | James Harrison | jharrison@uwua.net |
| Osipov Bigelman PC | Jeffrey H Bigelman | jhb_ecf@osbig.com |
| Foster Swift Collins & Smith PC | John M. Kamins, Esq. | jkamins@fosterswift.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | john.dillman@lgbs.com |
| Katten Muchin Rosenman LLP | Joseph P Sieger | john.sieger@kattenlaw.com |
| The City of Detroit | Corporation Counsel | Johnsoncu@detroitmi.gov |
| Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | jsgroi@honigman.com |
| Police and Fire Retirement System of the City of Detroit | Joseph E. Turner, Esq. | jturner@clarkhill.com |
| Unites States Attorney | Julia A. Caroff, Assitant US Attorney | julia.caroff@usdoj.gov |
| McDonald Hopkins PLC | Jason L Weiner | jweiner@mcdonaldhopkins.com |
| Katten Muchin Rosenman LLP | Karen B Dine & Kevin M Baum | karen.dine@kattenlaw.com; |
| Paul Weiss Rifkind Wharton & Garrison LLP | Daniel J Kramer<br>Kelley a Cornish | kcornish@paulweiss.com;<br>dkramer@paulweiss.com |
| Weil, Gotshal & Manges LLP | Kelly DiBlasi | kelly.diblasi@weil.com |
| HP Enterprises Services LLC | Ken Higman | ken.higman@hp.com |
| Katten Muchin Rosenman LLP | Kenneth E Noble | kenneth.noble@kattenlaw.com |
| Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | Kim.robinson@bfkn.com |
| Association of City of Detroit Supervisors | Richard King | KingR@detroitmi.gov |
| AFSCME Local #2394 | Yalonda King | KingY687@detroitmi.gov |
| Smith Katzenstein & Jenkins LLP | Kathleen M Miller | kmiller@skjlaw.com |
| Pepper Hamilton LLP | Deborah Kovsky-Apap | kovskyd@pepperlaw.com |
| Pepper Hamilton LLP | Kay Standridge Kress | kressk@pepperlaw.com |
| Drinker Biddle & Reath LLP | Kristin K. Going, Esq. | Kristin.Going@dbr.com |
| Schneider Miller PC | Kenneth M Schneider | kschneider@schneidermiller.com |
| Dean & Fulkerson | Kevin N Summers | Ksummers@dflaw.com |

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Thornbladh Legal Group PLLC | Kurt Thornbladh | kthornbladh@gmail.com |
| SEIU Local 517M | Yolanda Langston | langstony@gmail.com |
| Miller Canfield Paddock & Stone PLC | Stephen S LaPlante | laplante@millercanfield.com |
| U.S. Bank National Association, as trustee, for the Detroit Sewar and Water Bonds | Lawrence J. Bell | lawrence.bell@usbank.com |
| Sheldon S Toll PLLC | Sheldon S Toll | lawtoll@comcast.net |
| Chase Paymentech LLC | Lazonia Clark Business Analyst | lazonia.clark@chasepaymentech.com |
| Strobl & Sharp PC | Lynn M Brimer | lbrimer@stroblpc.com |
| Arnold & Porter LLP | Lisa Hill Fenning | lisa.fenning@aporter.com |
| Chadbourne & Parke LLP | Larry Larose and Sam Kohn | llarose@chadbourne.com ; skohn@chadbourne.com |
| Winston & Strawn LLP | Lawrence A. Larose<br>Samuel S. Kohn<br>Carrie V. Hardman | llarose@winston.com;<br>skohn@winston.com;<br>chardman@winston.com |
| AFSCME Local #2920 | Thomas Johnson II | local2920@sbcglobal.net |
| Jaffe Raitt Heuer & Weiss PC | Louis P Rochkind | lrochkind@jaffelaw.com |
| Association of Municipal Inspectors | Michael Neil | m.neil@sbcglobal.net |
| Goodman & Hurwitz PC | William H Goodman | mail@goodmanhurwitz.com;<br>bgoodman@goodmanhurwitz.com |
| Detroit Income Tax Investigators Association | Marcella Campbell | marcicampbel@gmail.com |
| Office of the United States Trustee | Maria D Giannirakis | Maria.D.Giannirakis@usdoj.gov |
| Cadwalader Wickershame & Taft | Mark C. Ellenberg Esq. | mark.ellenberg@cwt.com |
| Cadwalader Wickershame & Taft | Mark Ellenberg<br>Howard Hawkins<br>Lary Stromfeld<br>Jason Jurgens | Mark.Ellenberg@cwt.com;<br>Lary.Stromfeld@cwt.com;<br>Jason.Jurgens@cwt.com |
| Ballard Spahr LLP | Vincent J Marriott | marriott@ballardspahr.com |
| Utility Workers Union of America Local #504 | Curlisa Jones | mcqueen@dwsd.org |
| Foley & Mansfield PLLP | Merceded Varasteh Dordeski | mdordeski@foleymansfield.com |
| Fulbright & Jaworski LLP | Melanie M Kotler | melanie.kotler@nortonrosefulbright.com |
| Demorest Law Firm, PLLC | Mark S Demorest<br>Melissa L Demorest | melissa@demolaw.com |
| Strobl & Sharp PC | Meredith E Taunt | mfield@stroblpc.com |
| Attorney General Bill Schuette | | miag@michigan.gov |
| K&L Gates LLP | Michael J Gearin | mike.gearin@klgates.com |
| Waller Lansden Dortch & Davis LLP | Michael R Paslay Ryan K Cochran | Mike.Paslay@wallerlaw.com;<br>Ryan.Cochran@wallerlaw.com |
| UAW – WWTP Local #2200 | Laurie Stuart | mimilaurie@yahoo.com;<br>ltownse@detroitpubliclibrary.org |
| AFSCME Local #0214 | June Nickleberry | missnick64@hotmail.com |
| State Treasurer | | MIStateTreasurer@michigan.gov |
| Michael J. Karwoski, Esq. | | mjkarwoski@alumni.nd.edu |

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Sachs Waldman PC | Mami Kato | mkato@sachswaldman.com |
| Law Offices of Lee & Correll | Michael K Lee | mlee@leeandcorrell.com |
| United Auto Workers Union | Michael Nicholson | mnicholson@uaw.net |
| International Union, UAW | Michael Nicholson<br>Niraj R Ganatra | mnicholson@uaw.net; nganatra@uaw.net |
| Silverman & Morris PLLC | Thomas R Morris<br>Karin F. Avery | morris@silvermanmorris.com;<br>avery@silvermanmorris.com |
| Maddin, Hauser, Wartell, Roth & Heller, P.C. | Michael S Leib | msl@maddinhauser.com |
| Strobl & Sharp PC | Meredith E Taunt | mtaunt@stroblpc.com |
| General Retirement System of the City of Detroit | Michael J. VanOverbeke, Esq. | mvanoverbeke@vmtlaw.com |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner | mwarner@coleschotz.com |
| Ayad Law PLLC | Nabih H Ayad | nayad@ayadlaw.com |
| DOT Foremen's Association of America Local 337 | Nicholas Duncan | NicDun@detroitmi.gov |
| Katten Muchin Rosenman LLP | Paige E Barr | paige.barr@kattenlaw.com |
| DOT Foreperson's Association of America | Pamela King | Pamkin@detroitmi.gov |
| Association of Detroit Engineers | Sanjay M. Patel | patel@dwsd.org |
| Sidley Austin LLP | Peter L Canzano | pcanzano@sidley.com |
| IBM Corporation | National Bankruptcy Coordinator | pdibello@ca.ibm.com |
| Association of Municipal Engineers | Partho Ghosh | pghosh@dwsd.org |
| Jaffe Raitt Heuer & Weiss PC | Paul R Hage | phage@jaffelaw.com |
| AFSCME Local #0542 | Phyllis McMillon | philphil48238@yahoo.com |
| Police Officers Association of Michigan | John Barr | poam@poam.net |
| Vanguardians | Barry Allen | pra@vanguardians.org |
| Police Officers Labor Council | Jan Zaleski | presidentjan@aol.com |
| AFSCME Local #1227 | Joseph Walter | presidentlocal1227@hotmail.com |
| DTE Energy Company | Leland Prince | princel@dteenergy.com |
| Shaw Fishman Glantz & Towbin LLC | Robert M Fishman<br>Peter J Roberts<br>Ira Bodenstein<br>Gordon Gouveia<br>David Doyle<br>Marc Reiser | proberts@shawfishman.com;<br>rfishman@shawfishman.com;<br>ibodenstein@shawfishman.com;<br>ggouveia@shawfishman.com;<br>ddoyle@shawfishman.com;<br>mreiser@shawfishman.com |
| Kerr Russell and Weber PLC | P Warren Hunt | pwhunt@kerr-russell.com |
| Raymond Guzall III PC | Raymond Guzall III | rayguzall@attorneyguzall.com |
| Bodman PLC | Robert J Diehl Jr | rdiehl@bodmanlaw.com |
| Retired Detroit Police and Fire Fighters Association | Donald Taylor | rdpffa@hotmail.com |
| AFSCME Local #0062 | Lacydia Moore-Reese | Reesel@detroitmi.gov |
| Schiff Hardin LLP | Rick L Frimmer<br>Matthew W Ott | rfrimmer@schiffhardin.com;<br>mott@schiffhardin.com |
| Clark Hill PLC | Robert D Gordon | rgordon@clarkhill.com |
| The Allen Law Group, P.C. | Ron Liscombe, Esq. | rliscombe@alglawpc.com |

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Pentiuk Couvreur & Kobiljak PC | Randall A Pentiuk<br>Michael A Karman | rpentiuk@pck-law.com |
| Lippitt O Keefe PLLC | Att Ryan C Plecha | rplecha@lippittokeefe.com |
| Dykema Gossett PLLC | Ronald L Rose | rrose@dykema.com |
| Denton US LLP | Sam J Alberts | sam.alberts@dentons.com |
| State of Michigan Chief Legal Counsel | Matthew Schneider | Schneiderm7@michigan.gov |
| Clark Hill PLC | Shannon L Deeby | sdeeby@clarkhill.com |
| Office of the United States Trustee | Sean Cowley | Sean.Cowley@usdoj.gov |
| Association of Professional Construction Inspectors | Juanita Sanders | senoritabonita@peoplepc.com |
| Dykema Gossett PLLC | Sherrie L Farrell | sfarrell@dykema.com |
| Winston & Strawn LLP | Sarah T. Foss | sfoss@winston.com |
| McDonald Hopkins PLC | Stephen M Gross | sgross@mcdonaldhopkins.com |
| Warner Norcross & Judd LLP | Stephen B Grow<br>Douglas A Dozeman<br>Charles N Ash Jr | sgrow@wnj.com;<br>ddozeman@wnj.com;<br>cash@wnj.com |
| Steinberg Shapiro & Clark | Mark H Shapiro<br>Geoffrey T. Pavlic | shapiro@steinbergshapiro.com;<br>pavlic@steinbergshapiro.com |
| Dickinson Wright PLLC | Steven G Howell<br>Allison R Bach | showell@dickinsonwright.com;<br>abach@dickinsonwright.com |
| Sanitary, Chemists & Technicians Association | Saulius Simoliunas | simoliun@dwsd.org |
| Berkshire Hathaway Assurance Corporation | Kara Raiguel<br>Sunil Khanna<br>Thomas Scherer | skhanna@berkre.com |
| Lowenstein Sandler LLP | Sharon L Levine<br>Phillip J Gross | slevine@lowenstein.com;<br>pgross@lowenstein.com |
| Gold Lange & Majoros PC | Sandra L Oconnor | soconnor@glmpc.com |
| A. Stephen Ramadan PLC | A Stephen Ramadan | steveramadan@gmail.com |
| Dykema Gossett PLLC | Sheryl L Toby | stoby@dykema.com |
| Ballard Spahr LLP | Matthew G Summers | summersm@ballardspahr.com |
| U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Susan T. Brown | susan.brown5@usbank.com |
| U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Susan E. Jacobsen VP | susan.jacobsen2@usbank.com |
| Susheel Kirpalani Quinn Emanuel Urquhart & Sullivan, LLP | | susheelkirpalani@quinnemanuel.com |