| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

---

**WATER AND SEWER TRUSTEE AND AD HOC BONDHOLDER
COMMITTEE'S SECOND REQUEST FOR
PRODUCTION OF DOCUMENTS TO DEBTOR**

---

U.S. Bank National Association ("U.S. Bank"), in its role as Trustee (the "Trustee") for the outstanding water and sewer bonds (the "Bonds") issued by the City of Detroit (the "City"), and the Ad Hoc Bondholder Committee[1] pursuant to Rule 7034 of the Federal Bankruptcy Rules and Rules 34 of the Federal Rules of Civil Procedure, propounds their Second Request for Production of Documents to the City, which supplement the *Water and Sewer Trustee and Ad Hoc Bondholder Committee's First Request for Production of Documents to Debtor* (Doc. 3766) (the "First Request"), filed on April 3, 2014. The Trustee and Ad Hoc Bondholder Committee request that the City respond to this discovery and produce documents within thirty days, or as otherwise required by law, at the offices of the Trustee's local counsel, Bodman PLC, 1901 St. Antoine Street, Sixth Floor, Detroit Michigan, 48226, unless otherwise agreed by the parties or ordered by the Court. The Trustee and Ad Hoc Bondholder Committee incorporate by reference, as if fully set forth herein, the Definitions and Instructions to the First Request.

---

[1] The Ad Hoc Bondholder Committee members are Fidelity Management & Research Company, Eaton Vance Management, Franklin Advisors, Inc., Nuveen Asset Management, and BlackRock Asset Management, Inc.

## **DOCUMENTS REQUESTED**

57. Documents evincing all rate-setting agreements and negotiations regarding the same with all municipal counterparties, including, but not limited to, Genesee County.

**RESPONSE:**

58. Documents evincing negotiations, agreements or understandings with any municipal counterparties, including, without limitation, Genesee County, and any other County or entity (public or private) regarding disposition or "monetization" of the Systems or altering rates chargeable by the Systems.

**RESPONSE:**

Dated: April 8, 2014

/s/ *Courtney Rogers*
David E. Lemke (TN13586)
Michael R. Paslay (TN011092)
Ryan K. Cochran (TN025851)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH & DAVIS
 LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
– and –
Robert J. Diehl, Jr. (MI31264)
Jaimee L. Witten (P70068)
BODMAN PLC
1901 St. Antoine Street, 6th Floor
Detroit, Michigan 48226
Phone: (313) 393-7597
Fax: (313) 393-7579

*Attorneys for U.S. Bank National Association, as Trustee for the Water and Sewer Bonds*

/s/ *William W. Kannel*
William W. Kannel
Adrienne K. Walker
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
– and –
Andrew J. Gerdes
ANDREW J. GERDES, P.L.C.
321 W. Lake Lansing Rd.
P.O. Box 4190
East Lansing, MI 48826-4190
Tel: (517) 853-1300
Fax: (517) 853-1301

*Attorneys for Fidelity Management & Research Company, Eaton Vance Management, and Franklin Advisers, Inc., members of the Ad Hoc Bondholder Committee*

/s/ *Greg Horowitz*
Amy Caton
Greg Horowitz
KRAMER LEVIN NAFTALIS & FRANKEL,
 LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
– and –
Geoffrey T. Pavlic
STEINBERG SHAPIRO & CLARK
25925 Telegraph Road - Suite 203
Southfield, MI 48033
Tel: (248) 352-4700
Fax: (248) 352-4488

*Attorneys for Nuveen Asset Management, and BlackRock Asset Management, Inc., members of the Ad Hoc Bondholder Committee*

3
11738621
13-53846-tjt    Doc 3916    Filed 04/08/14    Entered 04/08/14 17:29:27    Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Second Request for Production of Documents to Debtor was served via email and overnight delivery on the following on the 8th day of April, 2014:

| | |
|---|---|
| Ms. Heather Lennox<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017 | Mr. Bruce Bennett<br>Jones Day<br>555 South Flower Street<br>50th Floor<br>Los Angeles, California 90071 |

I hereby further certify that the foregoing was filed and served by the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 8th day of April.

/s/ Courtney Rogers
David E. Lemke (TN13586)
Michael R. Paslay (TN011092)
Ryan K. Cochran (TN025851)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804