UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                 :

In re                             : Chapter 9
                                 :

CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846
                                 :

                  Debtor.             : Hon. Steven W. Rhodes
                                 :
                                 :
---------------------------------------------------------x

**STIPULATION FOR ENTRY OF AN ORDER EXTENDING TIME FOR UBS AG AND MERRILL LYNCH CAPITAL SERVICES, INC. TO <u>OBJECT TO DISCLOSURE STATEMENT</u>**

WHEREAS, the City, on the one hand, and UBS AG and Merrill Lynch Capital Services, Inc. (the "Counterparties"), on the other hand, are parties to a proposed Settlement and Plan Support Agreement; and

WHEREAS, the Settlement and Plan Support Agreement is subject to a pending motion for approval pursuant to Fed. R. Bankr. P. 9019 (the "9019 Motion"); and

WHEREAS, the Court has taken the 9019 Motion under advisement, and has stated its intention to issue a ruling on April 11, 2014; and

WHEREAS, the deadline to object to the City's Disclosure Statement is April 7, 2014 (the "Objection Deadline"); and

WHEREAS, on April 4, 2014, the City agreed to extend the Objection Deadline for the Counterparties until April 14, 2014 because the City and the Counterparties wished to avoid the need for the Counterparties to assert an objection to the Disclosure Statement and for the City to begin preparing a reply to such objection, when the objection may be mooted by the Court's April 11 ruling on the 9019 Motion;

NOW THEREFORE, the undersigned parties, as evidenced by signatures of counsel below, do hereby stipulate to the entry of an order, substantially in the form attached hereto as <u>Exhibit 1</u>, allowing the Counterparties an extension of time, through and including April 14, 2014 at 12:00 noon Eastern time, to object to the City's Disclosure Statement.

**[signature page follows]**

| PEPPER HAMILTON LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| /s/ Deborah Kovsky-Apap<br>ROBERT S. HERTZBERG (P30261)<br>DEBORAH KOVSKY-APAP (P68258)<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7300<br>hertzbergr@pepperlaw.com<br>kovskyd@pepperlaw.com | /s/ Elliot Moskowitz<br>Marshall S. Huebner<br>Elliot Moskowitz<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>elliot.moskowitz@davispolk.com<br><br>*Counsel for Merrill Lynch Capital Services, Inc.* |
| Corinne Ball<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>Telephone: (212) 326-3939<br>cball@jonesday.com | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>/s/ Kelley A. Cornish<br>Kelley A. Cornish<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>kcornish@paulweiss.com<br><br>*Counsel for UBS AG* |
| Thomas F. Cullen, Jr.<br>Gregory M. Shumaker<br>Geoffrey S. Stewart<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 879-3939<br>tfcullen@jonesday.com<br>gshumaker@jonesday.com<br>gstewart@jonesday.com<br>*Counsel for the City of Detroit* | |

Dated: April 8, 2014

# EXHIBIT 1

# PROPOSED ORDER

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

In re

CITY OF DETROIT, MICHIGAN,

        Debtor.

: Chapter 9

: Case No. 13-53846

: Hon. Steven W. Rhodes

---

## ORDER EXTENDING TIME FOR UBS AG AND MERRILL LYNCH CAPITAL SERVICES, INC. TO OBJECT TO DISCLOSURE STATEMENT

This matter comes before the Court on the Stipulation for Entry of an Order Extending Time For UBS AG and Merrill Lynch Capital Services, Inc. (the "Counterparties") to Object to Disclosure Statement (the "Stipulation"); and the Court having reviewed and considered the Stipulation; and upon due deliberation and sufficient cause appearing therefore;

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. The Stipulation is APPROVED.

2. The Counterparties are permitted an extension of time, through and including April 14, 2014, at 12:00 noon Eastern time, to object to the City's Disclosure Statement.