# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# (DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

___

## ORDER AUTHORIZING THE WATER AND SEWER BOND TRUSTEE TO FILE AN OBJECTION TO THE CITY'S AMENDED DISCLOSURE STATEMENT IN EXCESS OF PAGE LIMITATIONS

___

This matter coming before the Court on the *Ex Parte Motion of the Water and Sewer Bond Trustee for an Order Authorizing it to File an Objection to the City's Disclosure Statement in Excess of Page Limitations* (the "***Ex Parte Motion***"); and the Court being fully advised in the premises determines and concludes that the Ex Parte Motion is due to be **GRANTED**.

**WHEREFORE**, based upon the foregoing, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that the Trustee is granted relief from Rule 7.1(d) of the Local Rules for the United States District Court for the Eastern District of Michigan and may file *The Water and Sewer Bond Trustee's Objection to the Amended Disclosure Statement* in excess of the applicable page limitations.

.

**Signed on April 09, 2014**

                             /s/ Steven Rhodes
                             Steven Rhodes
                             United States Bankruptcy Judge