UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :

In re                                           : Chapter 9

CITY OF DETROIT, MICHIGAN,        : Case No. 13-53846

              Debtor.                    : Hon. Steven W. Rhodes

---------------------------------------------------------x

# ORDER EXTENDING TIME FOR UBS AG AND MERRILL LYNCH CAPITAL SERVICES, INC. TO OBJECT TO DISCLOSURE STATEMENT

This matter comes before the Court on the Stipulation for Entry of an Order Extending Time For UBS AG and Merrill Lynch Capital Services, Inc. (the "Counterparties") to Object to Disclosure Statement (the "<u>Stipulation</u>"); and the Court having reviewed and considered the Stipulation; and upon due deliberation and sufficient cause appearing therefore;

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. The Stipulation is APPROVED.

2. The Counterparties are permitted an extension of time, through and including April 14, 2014, at 12:00 noon Eastern time, to object to the City's Disclosure Statement.

.

**Signed on April 09, 2014**

                                                             **/s/ Steven Rhodes**
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**