IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### *EX PARTE* ORDER ALLOWING OBJECTION IN EXCESS OF PAGE LIMITS

This matter coming before the Court on Assured Guaranty Municipal Corp.'s *Ex Parte* Motion to File an Objection In Excess of Page Limit (the "*Ex Parte* Motion"); and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The *Ex Parte* Motion is GRANTED.

2. Assured[1] is granted relief from Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d) and may file an Objection in excess of the applicable page

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the *Ex Parte* Motion.

limitations.

**Signed on April 09, 2014**

.

                  /s/ Steven Rhodes
                  **Steven Rhodes**
                  **United States Bankruptcy Judge**