# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Douglas C. Bernstein
Firm: Plunkett Cooney
Address: 38505 Woodward Ave., #2000
City, State, Zip: Bloomfield Hills, MI 48304
Phone: 248-901-4000
Email: dbernstein@plunkettcooney.com

**Case/Debtor Name:** City of Detroit
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

(●) Bankruptcy   ( ) Adversary
( ) Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 04/03/2014   Time of Hearing: 9:00 am   Title of Hearing: Settlement Motion

Please specify portion of hearing requested:   (●) Original/Unredacted   ( ) Redacted   ( ) Copy (2nd Party)

(●) Entire Hearing   ( ) Ruling/Opinion of Judge   ( ) Testimony of Witness   ( ) Other

Special Instructions: _____

**Type of Request:**
- ( ) Ordinary Transcript - $3.65 per page (30 calendar days)
- ( ) 14-Day Transcript - $4.25 per page (14 calendar days)
- (●) Expedited Transcript - $4.85 per page (7 working days)
- ( ) CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____  _____
Date       By

Order Received:
Transcript Ordered
Transcript Received

**Signature of Ordering Party:**

/s/Douglas C. Bernstein   Date: 04/09/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt   Doc 3922   Filed 04/09/14   Entered 04/09/14 11:59:08   Page 1 of 1