# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

------------------------------------------------------------x
:
In re                         : Chapter 9
:
CITY OF DETROIT, MICHIGAN,    : Case No. 13-53846
:
             Debtor.     : Hon. Steven W. Rhodes
:
:
------------------------------------------------------------x

## MOTION OF CREDITORS
### FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE DIRECTING THE DEBTOR TO COOPERATE WITH INTERESTED PARTIES SEEKING TO CONDUCT DUE DILIGENCE ON THE ART COLLECTION HOUSED AT THE DETROIT INSTITUTE OF ARTS

The Creditors[1] hereby submit this motion (the "**Motion**") for entry of an order[2] pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**")[3] directing the City of Detroit, Michigan (the "**City**" or the "**Debtor**"), the debtor in the above-captioned case (the "**Chapter 9 Case**"), to cooperate with certain interested parties seeking to conduct due diligence on the art collection of the City housed at the Detroit Institute of Arts (the "**Art**"). In support of this Motion, the Creditors respectfully represent as follows:

---

[1] Financial Guaranty Insurance Company ("**FGIC**"), Syncora Guarantee Inc. and Syncora Capital Assurance Inc. ("**Syncora**"), Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees, Wilmington Trust Company, National Association, as Successor Trustee and Successor Contract Administrator, Dexia Crédit Local, Dexia Holdings, Inc. and FMS-WM Service, solely in its capacity as servicer for FMS Wertmanagement, join this Motion.

[2] Pursuant to Rule 9014-1(b)(1) of the Local Rules of the Bankruptcy Court for the Eastern District of Michigan (the "**Local Rules**"), a copy of the proposed form of order granting this Motion is attached hereto as **Exhibit 1**.

[3] Unless otherwise specified, all section references are to sections of the Bankruptcy Code.

US_ACTIVE:\44457606\7\45259.0007

## Preliminary Statement

1.      Over four months ago, the Creditors sought relief from this Court to establish a collaborative process by which an ad hoc committee of interested parties could work with the City to develop strategies for monetizing the Art. Having been denied that relief, but still fearing that the City would not take steps to market test the value of the Art and would not explore potential value-maximization alternatives for treating this significant asset, the Creditors were compelled to do the work needed to insure a transparent value-maximization process. Specifically, Houlihan Lokey ("**Houlihan**"), financial advisor to FGIC, engaged in an extensive process to collect publicly-available information about the Art, develop a catalogue of such information, and contact and share this catalogue with numerous parties potentially interested in entering into a transaction with respect to the Art. (Spencer Decl. ¶¶ 9-11.)[4] The result of these efforts over the past several months: **four preliminary indications of interest offering up to $2 billion for the Art (the "Proposals").** (*Id.* at ¶12.)

2.      It should come as no surprise to the City that the Art could generate such substantial value. Indeed, in the *Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit*, dated March 31, 2014 [Docket No. 3382] (the "**Disclosure Statement**" or "**DS**"), the City notes that the Art "has been described as one of the top six art collections in the United States." (DS § VII.A.5(a).) Yet, as part of the *Amended Plan for the Adjustment of Debts of the City of Detroit*, dated March 31, 2014 [Docket No. 3380] (the "**Plan**"), the City seeks approval of the DIA Settlement,[5] pursuant to which the City will

---

[4] Declaration of Stephen Spencer in Support of the Motion, filed contemporaneously herewith (herein after, the "**Spencer Decl**.").

[5] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

US_ACTIVE:\44457806\7\45259.0007

irrevocably transfer the Art to DIA Corp. in exchange for long-term contributions having a net present value of less than $300 million.

        3.      The City and its advisors should not be willing to accept the obviously below-market DIA Settlement in the face of the Proposals without providing the Interested Parties (defined below) a full and fair opportunity to develop, finalize and present binding commitments. And the law demands that the City do so. The City has an obligation under the Bankruptcy Code and applicable law to maximize the value of its assets in order to make a reasonable effort to pay creditors what they can reasonably expect under the circumstances, and to demonstrate that any settlement or other transaction providing for monetization of the Art is reasonable. The Proposals present the City with a variety of options, some of which involve maintaining all, or a substantial portion, of the Art at the Detroit Institute of Arts (the "**DIA**"). (Spencer Decl. ¶ 12-13.) In fact, one Proposal contemplates the sale of only 0.2% of the Art for $896 million to $1.473 billion. (*Id.*) Another Proposal contemplates a $2 billion non-recourse loan to the City secured by the Art; this loan option would allow *all* of the Art to remain at the DIA and the City to service the loan using contributions from the Foundations, DIA Corp. and/or the State, as currently contemplated by the so-called "Grand Bargain". (*Id.*) In order to confirm a plan of adjustment, the applicable legal standards dictate that the City at least give the Proposals serious consideration. Further, any binding commitments that result from the Proposals will be an invaluable benchmark for the Court in its assessment of the reasonableness of the consideration the City would receive pursuant to the DIA Settlement – an assessment the City invited and consented to by including the DIA Settlement as a central component of the Plan.

US_ACTIVE:\44457806\7\45259.0007

4.	In order to finalize their assessments of the value of the Art (or a subset thereof) and develop the Proposals into binding offers, the Interested Parties need to conduct a thorough diligence process, involving the review of not only the Art itself but also certain documentation regarding the collection.  (*Id.* at ¶¶ 13, 15.)  This requires the immediate cooperation of the City and its advisors.  The analysis will be complex and time consuming.  In order to permit this process to play out in advance of confirmation, the City and its advisors must engage with the Interested Parties now.

## Jurisdiction

5.	This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Factual Background

6.	As this Court is aware, and as set forth in the Disclosure Statement, the Art is housed at the DIA.  (DS § VII.A.5(a).)  As of the Petition Date, the Art collection consisted of approximately 65,000 works, of which the City admits to owning a "significant portion."  (*Id.*)[6]  The City received the initial part of the collection pursuant to an asset transfer in 1919, and then expanded the collection thereafter pursuant to City purchases and donations.  (*Id.*)  Many of the collection's most notable pieces were purchased by the City between 1922 and 1930.  (*Id.*)

7.	In its June 14, 2013 Proposal for Creditors, the City listed the Art in a "Realization of Value of Assets" section, and committed "to the fullest extent possible under all of the circumstances . . . [to] [m]aximize recoveries for creditors . . . [and] [g]enerate value from

---

[6] Many interested parties submit that the City owns the entire collection, but this issue is not before the Court at this time.

City assets where it is appropriate to do so." Thereafter, however, the City provided creditors with little information regarding what steps, if any, the City was taking or would take to explore options to monetize the Art in a manner that maximized value.

8. On November 26, 2013, the Creditors filed the *Motion of Creditors for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code Appointing and Directing the Debtor to Cooperate with a Committee of Creditors and Interested Persons to Assess the Art Collection of the Detroit Institute of Arts Based on Arms-Length Market Transactions to Establish a Benchmark Valuation* [Docket No. 1833] (the "**Art Committee Motion**"), seeking an order of the Court directing the City to form and cooperate with an ad hoc committee to develop a process to consider a wide range of potential options to monetize the Art based on arms-length transactions. By Order dated January 22, 2014, the Court denied the Art Committee Motion.

9. Meanwhile, the City engaged Christie's to appraise a portion of the Art consisting of only those works that were either purchased entirely or in part by City funds (the "**Appraised Art**"). (DS § VIII.K.6(a).) On December 3, 2013, Christie's issued a preliminary report, estimating the value of the Appraised Art (which, at the time, consisted of 2,781 (4%) of the 65,000 works of Art in the DIA's collection) to be between $452 million and $866 million. (*Id.*) Christie's final report, issued on December 17, 2013, estimated that the value of the Appraised Art (which ultimately consisted of 2,773 (still 4%) of the 65,000 pieces of Art) is between $454 million and $867 million. (*Id.*)

10. Knowing that the Art likely would generate significant value for the City and its creditors, but questioning the scope of the City's appraisal efforts, not knowing exactly what the City's intentions were for dealing with this asset, and faced with the City stonewalling

US_ACTIVE:\44574806\7\45259.0007

creditors' reasonable requests for additional information regarding the Art, certain of the

Creditors through Houlihan decided to conduct an independent assessment of potential

alternative market transactions. (Spencer Decl. ¶ 10.) As the City repeatedly proved unwilling

to provide creditors with information regarding the Art,[7] Houlihan focused its efforts on an

independent review of publicly-available information. (*Id.* at ¶ 9.) By October 29, 2013,

Houlihan had made significant progress in its research, and was able to put together a list of

approximately 327 pieces of Art that Houlihan believed to be of significant or high value (the

"**Masterworks List**"). (*Id.* at ¶ 11.) On January 15, 2014, in order to develop a greater

understanding of the potential value of the Art collection as a whole, and assess market interest

in potential transactions involving the Art, Houlihan shared the Masterworks List with over 30

parties. (*Id.*) Within a few days, over 20 parties expressed interest. (*Id.*) In mid-March 2014,

Houlihan distributed to 19 interested parties a more detailed Catalogue of Information

Concerning Artwork Housed at the Detroit Institute of Arts (the "**Catalogue**"), attached to the

---

[7] To date, the City has failed to provide a valuation of the remaining 96% of the Art, or information that would allow creditors to conduct their own such valuation, despite repeated requests from FGIC and other creditors. On June 21, 2013, Houlihan submitted an initial diligence list to the City, requesting certain information regarding the Art. On July 9, 2013, Houlihan followed up with a verbal request that the City conduct a valuation of the entire Art collection. After receiving no response to its initial requests, on July 30, 2013, Houlihan submitted a revised diligence request list to the City, seeking additional information about the Art. On August 27, 2013, Houlihan followed up on its verbal request and formally requested that the City conduct a valuation of the entire Art collection. On October 8, 2013, Houlihan, along with advisors for certain COPs-holders and Syncora, re-submitted its diligence list to the City, and supplemented the list with additional requests related to the value and ownership of the Art. At the hearing to consider approval of the Art Committee Motion, counsel for the City promised to cooperate with the movants' information requests. Hr'g Tr. Jan. 22, 2014 at 9: 15-18 ("we will cooperate with the information requests that people have with respect to the art and with respect to issues relating to the art, period, end of story"). Yet, although the City has taken some initial steps to cooperate with creditors regarding the form, substance and cost of producing certain documents responsive to creditors' information requests, the City has yet to provide any of the information Houlihan has been requesting since last June. (Spencer Decl. ¶ 7.) Similarly, creditors' requests for information from the DIA remain unfulfilled.

US_ACTIVE:\44576606\7\45259.0007

Spencer Declaration as Exhibit B, and invited such parties to submit indications of interest in acquiring or monetizing all or part of the Art collection on or before April 4, 2014.  (*Id.*)[8]

   11. In response, Houlihan received the four Proposals, each of which demonstrates that the Art is worth many multiples more than the City would receive pursuant to the DIA Settlement:

- Catalyst Acquisitions, LLC/Marc Bell Capital Partners, LLC ("**Catalyst**") submitted a non-binding indication of interest in purchasing the **entire Art collection** for **$1.75 billion**.

- Art Capital Group, LLC ("**Art Capital**") submitted a non-binding term sheet, offering to provide the City with an exit facility of up to **$2 billion**, secured by the **entire Art collection**.

- Poly International Auction Co., Ltd. ("**Poly International**"), on behalf of a client, submitted a non-binding indication of interest in purchasing **all Chinese works** in the Art collection for up to **$1 billion**.

- Yuan Management Hong Kong Limited ("**Yuan Capital**"), on behalf of certain investment funds, submitted a non-binding indication of interest in purchasing **116 pieces** of the Art for **$895 million to $1.473 billion**.  (*Id.* at ¶ 12.)

A further summary of the terms of each of the Proposals is set forth in Exhibit A to the Spencer Declaration.  It is notable that, beyond the formal Proposals, Houlihan received a significant number of verbal expressions of interest by other parties unable or unwilling to provide written indications of interest by the April 4, 2014 deadline; nonetheless, such parties expressed that they are highly interested in pursuing a potential Art transaction with the City, should the City show a willingness to engage directly with them in a good faith process to explore transactional opportunities with respect to the Art.  (*Id.* at ¶ 14.)

---

[8] The Catalogue made clear that neither Houlihan nor FGIC owns the Art or has the authority to sell or offer to sell it.  In distributing the Catalogue, Houlihan was merely facilitating the development of indications of interest for the purpose of ultimately proposing transactions to the City that could generate more value than the transaction contemplated by the Plan.  The Catalogue made clear that, ultimately, the City has the authority to decide whether or not to pursue any such transaction.  Given these limitations, the Proposals may not fully reflect the market's interest in acquiring or monetizing the Art.

US_ACTIVE:\44457606\7\45259.0007

12.     Catalyst, Art Capital, Poly International, and Yuan Capital (collectively, the "**Interested Parties**") have all indicated that, in order to finalize their assessments of the value of the Art (or a subset thereof), they need to conduct a thorough diligence process. (*Id.* at ¶ 14.)  This requires the immediate cooperation of the City and its advisors. (*Id.*)  Pursuant to the Proposals, the diligence process will involve an analysis of certain documentation regarding any restrictions on the transfer of the Art,[9] as well as the Art itself. (*Id.*)  The relief requested is necessary to ensure that the Interested Parties will have timely access, not only to such documentation, but to the physical pieces of Art as well. (*Id.*)  Neither the City nor the creditors can afford to wait until later in the Plan confirmation process to permit the Interested Parties to begin their diligence.

13.     As mentioned above, as part of the Plan, the City is seeking approval of the DIA Settlement, pursuant to which the City will irrevocably transfer the Art to DIA Corp., in exchange for contributions to the Retirement Systems from (i) twelve charitable foundations and other entities (the "**Foundations**"), in the amount of $366 million and (ii) DIA Corp., in the amount of $100 million, for a total of $466 million. (DS § IV.E.)  In addition, pursuant to the State Contribution Agreement, the State has agreed to contribute $350 million for the benefit of Holders of Pension Claims (subject to certain approvals and other conditions that have not yet been obtained or fulfilled), for a total of $816 million. (DS § IV.D.)  While the City touts this $816 million figure in promoting the so-called "Grand Bargain," the benefit the City would

---

[9] On June 13, 2013, the Attorney General of the State of Michigan issued Attorney General Opinion Number 7272 (the "**AG Opinion**"), concluding that "the Art is held by the City in a charitable trust for the people of Michigan, and no piece in the collection may thus be sold, conveyed, or transferred to satisfy City debtor or obligations."  The Creditors believe that the AG Opinion is not supported by the law or the facts for multiple reasons.  However, given that the Motion only requests that the Court direct the City to cooperate with certain parties seeking to conduct due diligence with respect to the Art, and not to actually sell, convey or transfer any assets, the Motion does not address the AG Opinion.

US_ACTIVE:\44457806\7\45259.0007

8

actually receive in exchange for transferring the Art is significantly less. *See e.g.* Ferretti,

Christine, *Orr vows Detroit will help retirees understand bankruptcy plan*, The Detroit News,

Apr. 7, 2014 available at http://www.detroitnews.com/article/20140407/METRO01/304070109/.

First, $816 million is a nominal amount, which is misleading and overstated. Taking into

account that each of the contributions would be made over a twenty-year period, the net present

value of each contribution (using a 5% discount rate) is: (i) $233.7 million from the

Foundations, (ii) $63.8 million from DIA Corp. and (iii) $223.5 million from the State, for a total

of approximately $521 million. (Spencer Decl. ¶ 17.) In addition, it is unclear how, if at all, the

State's contribution relates to the transfer of the Art. Although, the Disclosure Statement

indicates that the State's contribution is "in support of the DIA Settlement," it also makes clear

that the State is providing the contribution "in exchange for certain releases to be contained in

the Plan," *not* in exchange for the transfer of the Art. (DS § VIII.K.6(b).) Accordingly,

disregarding the State's contribution, the City would receive only approximately $300 million

pursuant to the DIA Settlement, which, based on the Proposals, is significantly below the lowest

point in the range of reasonableness. (Spencer Decl. ¶ 18.)

        14.     The only evidence the City has offered thus far with respect to the value of

the Art is the appraisal conducted by Christie's. As noted above, pursuant to its final report,

Christie's estimated that the value of the Appraised Art (which ultimately consisted of 2,773

(4%) of the 65,000 pieces of Art) was between $454 million and $867 million. (DS

§ VIII.K.6(a).) Thus, the $300 million the City would receive pursuant to the DIA Settlement for

the *entire* Art collection is substantially below the low end of Christie's range of the estimated

value of only 4% of the Art.

US_ACTIVE:\44574806\7\45259.0007

## Relief Requested

15.     By this Motion, the Creditors respectfully seek entry of an order, a form of which is attached hereto as **Exhibit 1** (the "**Order**"), directing the City to cooperate with the Interested Parties so that the Interested Parties can conduct due diligence on the Art in order to develop firm bids for the City to consider.

## Basis for Relief Requested

16.     Pursuant to section 105(a), "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."[10]  The Creditors respectfully submit that, in light of the centrality of the Art to the City's proposed Plan, and the expedited nature of the Plan confirmation schedule set forth in the Scheduling Order,[11] the relief requested herein is necessary and appropriate.

17.     The Proposals present alternative potential transactions for the Art that could generate value far in excess of that to be received pursuant to the DIA Settlement. Providing the Interested Parties with the access and information necessary to complete their diligence to develop the Proposals into formal bids will benefit the City by providing it with flexible and valuable options for maximizing the value of the Art.

18.     Moreover, the City must pursue such alternative strategies now, in order to be able to comply with the confirmation requirements set forth in section 943(b) of the Bankruptcy Code within the timeframe set forth in the Scheduling Order.  Specifically, in order to meet the "best interests of creditors" requirement set forth in section 943(b)(7) and the "fair

---

[10] Pursuant to section 103(f) of the Bankruptcy Code, chapter 1, including section 105(a), applies in chapter 9 cases.

[11] *Third Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 3632] (the "**Scheduling Order**").

US_ACTIVE:\44457806\7\45259.0007

and equitable" test set forth in section 1129(b)(1) (made applicable in chapter 9 by section 901(a)), which require the City to make a reasonable effort to pay creditors what they can reasonably expect under the circumstances, the City must prove that it has thoroughly analyzed alternatives and is pursuing a strategy that maximizes the value of the Art, a valuable, non-core asset of the City, to enhance creditor recoveries. Further, as the City has elected to seek the Court's approval of the DIA Settlement, pursuant to the legal standards governing court approval of bankruptcy settlements in the Sixth Circuit, the City must demonstrate that the settlement, including the consideration the City would receive in exchange for the transfer of the Art, is fair, equitable and reasonable. The City can only make the judgment that the settlement and consideration are reasonable if it has first considered all other viable strategies for monetizing this important asset.

19.    Without evaluating the arms-length market transactions set forth in the Proposals, the City simply cannot satisfy these standards. Thus, directing the City to cooperate with the Interested Parties now minimizes the real risk that, come July, the City will be back at square one in terms of developing a Plan that appropriately maximizes the value of the Art in accordance with the chapter 9 confirmation requirements. Accordingly, the Creditors respectfully submit that the relief requested is necessary and appropriate and falls within the Court's broad equitable authority under section 105(a) of the Bankruptcy Code. *See In re Mitan*, 573 F.3d 237, 246 (6th Cir. 2009) (noting "the broad grant of equitable power to bankruptcy courts found within Section 105(a)").

I.    **The Relief Requested Will Provide the City the Option
to Pursue Alternative Transactions with Respect to the
Art within the Timeframe Set Forth in the Scheduling Order**

20.    The Proposals put into question whether the DIA Settlement significantly undervalues the Art. While the City would receive only $300 million pursuant to the DIA

Settlement, the transactions contemplated by the Proposals could generate as much as $895 million to $2 billion, which represents $595 million to $1.7 billion of incremental value. At the very least, the mere existence of alternative proposals demonstrates there is real interest in the Art, allowing for maximization of value. Accordingly, the Creditors respectfully submit that the City should, and in fact (pursuant to the chapter 9 plan confirmation standards described in greater detail below) has an obligation to, seriously consider the Proposals.

21. The potential transactions described in the Proposals provide the City with a variety of options to consider, ranging from an outright sale of the entire Art collection for $1.75 billion, to a sale of only a portion of the Art (*i.e.* 116 pieces, or 0.2%) for $896 million to $1.473 billion, or a sale of all Chinese works for up to $1 billion. The latter two proposals would allow the City to retain a substantial portion of the Art at the DIA (99.8% of the total collection, in the event that only 116 pieces are sold) for the use and enjoyment of its citizens. Alternatively, Art Capital's Indication of Interest contemplates using the Art as collateral for a $2 billion non-recourse loan to the City, which would allow the entire Art collection to remain at the DIA. The City could use the proceeds of the loan to make the contributions to the Retirement Systems it currently proposes to fund pursuant to the DIA Settlement, and to enhance recoveries to unsecured creditors. To the extent the Foundations, DIA Corp. and/or the State are willing to make payments to "protect" the Art, such payments could be used to service the loan, to ensure the City retains the collateral. In the event the City does not have sufficient funds from such third parties, the City could sell select pieces of the Art to repay the loan. Thus, Art Capital's proposed transaction gives the City an option to maximize the value of the Art to enhance creditor recoveries (as required by the chapter 9 plan confirmation requirements

US_ACTIVE:\44457806\7\45259.0007

discussed below), while maintaining the DIA as a culturally relevant institution and relying on funding commitments from third parties, as currently contemplated by the DIA Settlement.

22. It would be imprudent and irresponsible to simply ignore these proposals. The relief requested is necessary to ensure that the City has the opportunity to explore the alternative transactions presented by the Proposals within the timeframe set forth in the Scheduling Order. Given that the Scheduling Order provides for the Plan confirmation trial to begin in approximately three months, the Interested Parties need immediate access to the Art and related documentation so that they can complete their due diligence and develop binding offers without slowing down the Plan confirmation process. Accordingly, the relief requested is necessary and appropriate at this juncture.

## II.    To Meet Several of the Chapter 9 Plan Confirmation Requirements, the City Must Prove that the Plan Maximizes the Value of the Art

23. As set forth in greater detail below, the City's ability to meet its burden of proof with respect to several of the chapter 9 plan confirmation requirements[12] hinges on its ability to demonstrate that it has investigated and is pursuing a strategy that maximizes the value of the Art. Specifically, this issue arises in connection with: (i) the requirement that the Plan be in the best interests of creditors; (ii) the requirement that the Plan be "fair and equitable" to dissenting classes of creditors; and (iii) the requirement that the compromises and settlements contemplated by the Plan be fair, equitable and reasonable.

---

[12] A municipal debtor "bears the burden of satisfying the confirmation requirements of § 943(b) by a preponderance of the evidence." *Pierce Cnty. Hous. Auth.*, 414 B.R. 702, 715 (Bankr. W.D. Wash. 2009) *citing In re Mount Carbon Metro. Dist.* 242 B.R. 18, 31 (Bankr. D. Col. 1999).

## A. The "Best Interests of Creditors" and "Fair and Equitable" Tests in Chapter 9

24.    Section 943(b)(7) provides that "[t]he court shall confirm [a chapter 9 plan of adjustment] if . . . the plan is in the best interests of creditors . . ." 11 U.S.C. § 943(b)(7). Courts have construed the section 943(b)(7) as setting a "floor requiring a reasonable effort at payment of creditors by the municipal debtor." *Pierce Cnty.*, 414 B.R. at 718 *citing Mount Carbon Metro. Dist* 242 B.R. at 34; 6-943 Collier on Bankruptcy ¶ 943.03 ("A plan that makes little or no effort to repay creditors over a reasonable time may not be in the best interest of creditors."). In order to make a reasonable effort to repay creditors within the meaning of the "best interests of creditors" requirement, a municipal debtor must maximize the value of its primary, non-core assets to enhance creditor recoveries. *See e.g. In re Barnwell Cnty. Hosp.*, 471 B.R. 849, 869 (Bankr. D. S.C. 2012) (finding that a chapter 9 plan is in the best interests of creditors where "the Plan affords all creditors the potential for the greatest economic return from Debtor's assets"); *In re Bamberg Cnty. Mem'l Hosp.*, 2012 WL 1890259 (Bankr. D.S.C. May 23, 2012) (same); *In re Connector 2000 Ass'n, Inc.*, 447 B.R. 752, 765-66 (Bankr. D.S.C. 2011) (same); Senate Report No. 95-989, 95th Cong., 2d Sess. 113 (1978) ("[c]reditors must be provided, under the plan, the going concern value of their claims. The going concern value . . . is intended to provide more of a return to creditors than the liquidation value if the city's assets could be liquidated like those of a private corporation"); *see also Fano v. NewPort Heights Irrigation Dist.*, 114 F.2d 563, 566 (9th Cir. 1940) (holding that a chapter 9 plan failed the "best interest of creditors" test where the debtor (i) owned "assets in value many times the indebtedness, all in most excellent physical and almost new condition" and (ii) failed to make a "sufficient showing that [its] taxing power was inadequate to raise the taxes to pay" prepetition claims).

US_ACTIVE:\44457806\7\45259.0007

25.     Assuming there will be at least one impaired class of creditors that rejects the Plan, pursuant to sections 1129(b)(2) (made applicable in chapter 9 by section 901) and 943(b)(1) (which requires the plan to comply with the provisions of the Bankruptcy Code made applicable by section 901), the City will also be required to prove that the Plan is "fair and equitable, with respect to each class of claims . . . that is impaired under, and has not accepted the plan."  11 U.S.C. § 1129(b)(2).  Similar to the best interests test, a chapter 9 plan is "fair and equitable" if it provides creditors "all that they can reasonably expect in the circumstances."  6-943 Collier on Bankruptcy ¶ 943.03(1)(f)(i)[B]; *see also W. Coast Life Ins. Co. v. Merced Irrigation Dist.*, 114 F.2d 654, 679 (9th Cir. 1940) (finding that the creditors' recovery was fair and equitable where it was "all that could reasonably be expected in all the existing circumstances").  Creditors reasonably expect a municipal debtor to maximize the value of its primary, non-core assets to enhance creditor recoveries.

26.     In this case, one of the City's most valuable assets is the Art. Accordingly, consistent with the caselaw cited above, in order to comply with the best interests of creditors and fair and equitable tests, the City must undertake reasonable efforts to analyze, develop and pursue a strategy to maximize the value of the Art to repay creditors.  This means, at the very least, providing the Interested Parties with the opportunity to complete diligence on an expedited basis in order to formulate bids for the City's consideration.  Notably, the Creditors are not arguing that the best interests of creditors and fair and equitable tests require the City to monetize *all* of its assets to enhance creditor recoveries, at the expense of the City's ability to provide essential services to its citizens.  However, where, as here, a municipal debtor possesses a valuable asset that is not essential to its delivery of core services that ensure the health, safety or welfare of its citizens, in order to make a reasonable effort to repay creditors within the

meaning the "best interests of creditors" test, and provide creditors what they can reasonably expect under the circumstances within the meaning of the "fair and equitable" test, the debtor must maximize the value of that asset.[13]

### B.     The Requirement that Bankruptcy Settlements be Reasonable

27.     Pursuant to section 1123(b)(3)(A) (made applicable in chapter 9 by sections 901(a) and 943(b)(1)), a plan "may provide for the settlement or adjustment of any claim or interest belonging to the debtor." As the Disclosure Statement recognizes, "[t]he standards for approving settlements as part of a plan of reorganization are the same as standards for approving settlements under Fed. R. Bankr. P. 9019." *In re TCI 2 Holdings, LLC*, 428 B.R. 117, 135 (Bankr. D. N.J. 2010) *citing In re Nutritional Sourcing Corp.,* 398 B.R. 816, 832 (Bankr. D. Del. 2008); *see* DS § III.E.1 (inviting "any entity that opposes the terms of any compromise and settlement set forth in the Plan" to "challenge such compromise and settlement prior to Confirmation of the Plan and . . . demonstrate . . . that the subject compromise and settlement does not meet the standards governing bankruptcy settlements under Bankruptcy Rule 9019 and other applicable law"). In considering approval of a settlement under Bankruptcy Rule 9019, "the bankruptcy court is charged with an affirmative obligation to apprise itself of the underlying facts and to make an independent judgment as to whether the compromise is fair and equitable." *In re McInerney*, 499 B.R. 574, 582 (Bankr. E.D. Mich. 2013) *citing Reynolds v.*

---

[13] Public Act 436, the Local Financial Stability and Choice Act, MCL § 141.1541, *et seq*. ("**PA 436**") § 12(r) also recognizes a distinction between core assets that affect the services and benefits a City provides, and surplus assets that do not, in that it restricts the Emergency Manager's authority to use or transfer assets of the City in a manner that "endanger[s] the health, safety, or welfare of residents." In addition, at least one other state has recognized this distinction in the context of the involuntary dissolution of one of its municipalities. *See Ex Parte City of Mobile*, 46 So. 766, 767 (Ala. 1908) (noting that the state law that revoked the City of Mobile's charter and provided for its dissolution directed that "all property of the late municipality not necessary to its governmental operation, etc., should be devoted to the liquidation . . . of the late city . . .").

*Comm'r of Internal Revenue*, 861 F.2d 469, 473 (6th Cir. 1988). In addition, "the Court is required to exercise independent judgment regarding the factors relevant to the reasonableness of the settlement." *McInerney*, 499 B.R. at 594. In evaluating whether a settlement is fair, equitable and reasonable, courts in the Sixth Circuit generally consider four factors: (a) the probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; (d) the paramount interest of the creditors and a proper deference to their reasonable views. *McInerney*, 499 B.R. at 582-83 (citations omitted). The City, as the proponent of the transfer of the Art pursuant to the DIA Settlement, has the burden of establishing that the settlement, including the consideration the City would receive, is fair, equitable and reasonable with respect to these considerations. *Id.* at 583.

28. In order to assess whether the $300 million it would receive for the Art pursuant to the DIA Settlement is fair, equitable and reasonable, the City must seriously consider the alternative transactions. This is particularly important now that the City has the Proposals, which potentially ascribe significantly higher values to the Art. The City must, at a minimum, cooperate with the Interested Parties to allow them to complete their diligence and review any resulting binding offers.

III. **Comparison to Other Potential Arms-Length Transactions Is the Best Way to Assess Whether the DIA Settlement Maximizes Value**

29. The Supreme Court has recognized that market exposure is the best way to determine value. *See Bank of Am. Nat'l Trust and Sav. Ass'n v. 203 N. LaSalle St. P'ship*, 526 U.S. 434, 457 (1999) (noting that "[u]nder a plan granting an exclusive right, making no provision for competing bids or competing plans, any determination that the price was top dollar would necessarily be made by a judge in bankruptcy court, whereas the best way to determine

US_ACTIVE:\44457806\7\45259.0007

value is exposure to a market").  Consistent with this approach, as a result of exposing publicly-available information about the Art to the market, Houlihan received four Prospoals that include initial estimates of the value of the Art (or certain portions thereof) and proposed transactions with respect thereto.  Even if the City takes the absurd position that it does not want to, or cannot be required to, consider these alternatives, providing the Interested Parties with a full and fair opportunity to formulate bids is consistent with the City's obligation to provide broad discovery to the Creditors and other parties in interest pursuant to Rules 34 and 26(b) of the Federal Rules of Civil Procedure, made applicable to this chapter 9 case by Bankruptcy Rules 7034 and 9014, and will benefit this Court and parties in interest by serving as a benchmark, against which they can evaluate the value and reasonableness of the consideration the City would receive pursuant to the DIA Settlement.

## IV. The Court Has the Authority to Grant the Relief Requested

30.     The Court has broad authority under section 105(a) to direct the City to cooperate with the Interested Parties so that they can complete due diligence on the Art, without running afoul of section 904.  Section 904 provides that, "[n]otwithstanding any power of the court, unless the debtor consents or the plan so provides, the court may not, by any stay, order, or decree, in the case or otherwise, interfere with . . . any property or revenues of the debtor."  11 U.S.C. § 904.  First, the relief requested merely directs the City to cooperate with the Interested Parties by facilitating their access to the Art and the related documentation.  This is not tantamount to interfering with the City's property.  While the end result of the City's cooperation may result in binding commitments to alternative transactions involving the Art on the part of the Interested Parties, it will be up to the City to seriously consider any such transactions, or not.

31.     In addition, to the extent directing the City to cooperate with the Interested Parties can be construed as an interference with the City's property, this would not violate

US_ACTIVE:\44547806\7\45259.0007

section 904 because, by seeking the Court's approval of the DIA Settlement and including the DIA Settlement in the Plan, the City has consented to such interference. Importantly, section 904 prohibits the Court's interference with the City's property "*unless the debtor consents or the plan so provides.*" 11 U.S.C. § 904 (emphasis added). When a chapter 9 debtor seeks court approval of a compromise or settlement pursuant to a Rule 9019 motion or by including such agreement as a plan provision, "the municipality 'consents' for purposes of § 904 to judicial interference with the property or revenues of the debtor needed to accomplish the proposed transaction." *In re City of Stockton, Cal.*, 486 B.R. 194, 199 (Bankr. E.D. Cal. 2013). Accordingly, by seeking the Court's approval of the DIA Settlement, and including the settlement as a key component of the Plan, the City has consented to the Court's "interference" with the Art, to the extent necessary to evaluate and accomplish the proposed transaction. In order to determine whether the DIA Settlement is fair, equitable and reasonable, as the City is requesting, it is necessary for the Court to assess the value of the Art. Directing the City to cooperate with the Interested Parties so they can complete their diligence of the Art in order to substantiate the estimated values set forth in the Proposals is the best way for the Court to make this assessment, and is well within its authority.

### Notice

32.      Notice of this Motion has been given to all parties registered to receive electronic notices in this matter. The Creditors submit that no other or further notice need be provided.

### Statement of Concurrence Sought

33.      The Creditors did not seek the concurrence of counsel to the City in the relief sought pursuant to Local Rule 9014-1(g). The City previously refused to agree to similar

US_ACTIVE:\44457806\7\45259.0007

relief requested in the Art Committee Motion; accordingly, the Creditors respectfully submit that requesting the concurrence of the City to this Motion would have been futile.

**No Prior Request**

34.     No prior request for the relief sought herein has been made to this or any other court.

WHEREFORE, the Creditors respectfully request that the Court enter the Order, substantially in the form attached hereto as **Exhibit 1**, granting the relief requested herein and such other and further relief as the Court may deem just and proper.

DATED:      April 9, 2014
            Birmingham, Michigan

                                    _____
                                    Ernest J. Essad Jr.
                                    Mark R. James
                                    WILLIAMS, WILLIAMS, RATTNER &
                                    PLUNKETT, P.C.
                                    280 North Old Woodward Avenue, Suite 300
                                    Birmingham, MI 48009
                                    Telephone:  (248) 642-0333
                                    Facsimile:  (248) 642-0856
                                    Email:  EJEssad@wwrplaw.com
                                    Email:  mrjames@wwrplaw.com

                                     – and –

                                    Alfredo R. Pérez
                                    WEIL, GOTSHAL & MANGES LLP
                                    700 Louisiana Street, Suite 1600
                                    Houston, TX  77002
                                    Telephone: (713) 546-5000
                                    Facsimile:  (713) 224-9511
                                    Email:  alfredo.perez@weil.com

                                    *Attorneys for Financial Guaranty Insurance
                                    Company*

US_ACTIVE:\44457806\7\45259.0007

/s/Ryan Blaine Bennett
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:    (248) 646-5070
Facsimile:    (248) 646-5075

*Attorneys for Syncora Capital Assurance Inc.
and Syncora Guarantee Inc.*

/s/ Howard S. Sher
Howard S. Sher, Esquire
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel:  (248) 649-1200
Fax:  (248) 649-2920
E-mail:  howard@jacobweingarten.com

Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel:  (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

-and-

Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com

*Attorneys for Hypothekenbank Frankfurt AG,
Hypothekenbank Frankfurt International S.A., Erste
Europäische Pfandbrief- und Kommunalkreditbank
Aktiengesellschaft in Luxemburg S.A.*

**LOWENSTEIN SANDLER LLP**
By: /s/ Sharon L. Levine
Sharon L. Levine, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-6247 (Facsimile)
slevine@lowenstein.com
pgross@lowenstein.com

-and-

Herbert A. Sanders, Esq.
THE SANDERS LAW FIRM PC
615 Griswold St., Suite 913
Detroit, MI 48226
(313) 962-0099 (Telephone)
(313) 962-0044 (Facsimile)
hsanders@miafscme.org

-and-

Richard G. Mack, Jr., Esq.
Miller Cohen, P.L.C.
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226-3191

*Counsel to Michigan Council 25 of the American
Federation of State, County and Municipal
Employees (AFSCME), AFL-CIO and Sub-Chapter
98, City of Detroit Retirees*

US_ACTIVE:\44457806\7\45259.0007

DRINKER BIDDLE & REATH LLP

By: /s/ Heath D. Rosenblat
Kristin K. Going, Esq.
Heath D. Rosenblat, Esq.
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
E-mail: Kristin.Going@dbr.com
E-mail: Heath.Rosenblat@dbr.com
Telephone: (212) 248-3140

-and-

Dirk H. Beckwith, Esq. (P35609)
32300 Northwestern Highway, Suite 230
Farmington Hills, Michigan 48334-1471
Telephone: (248) 539-9918
E-mail: dbeckwith@fosterswift.com

*Counsel for Wilmington Trust, National Association,as Successor Contract Administrator*

 /s/ Deborah L. Fish
ALLARD & FISH, P.C.
Deborah L. Fish
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel to Dexia Crédit Local and Dexia Holdings, Inc.*

US_ACTIVE:\44457806\7\45259.0007

By: /s/ Rick L. Frimmer
Rick L. Frimmer
Karen V. Newbury
Michael W. Ott
**SCHIFF HARDIN, LLP**
233 S. Wacker Drive, Suite 6600
Chicago, IL  60606
Telephone:  (312) 258-5600
Facsimile:  (312) 258-5600
E-mail:  rfrimmer@schiffhardin.com
E-mail:  knewbury@schiffhardin.com
E-mail:  mott@schiffhardin.com

*Attorneys for FMS Wertmanagement*

US_ACTIVE\44457806\7\45259.0007

## **ATTACHMENTS**

Exhibit 1             Proposed Form of Order

Exhibit 2             Notice

Exhibit 3             None [Brief Not Required]

Exhibit 4             Certificate of Service

Exhibit 5             Spencer Declaration

Exhibit 6             None [No Documentary Exhibits]

US_ACTIVE:\44457806\7\45259.0007

# EXHIBIT 1

## Proposed Form of Order

US_ACTIVE:\44457806\7\45259.0007

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------------x
:
In re                                                        : Chapter 9
:
CITY OF DETROIT, MICHIGAN,                                   : Case No. 13-53846
:
                  Debtor.             : Hon. Steven W. Rhodes
:
:
-------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE DIRECTING THE DEBTOR TO COOPERATE WITH INTERESTED PARTIES SEEKING TO CONDUCT DUE DILIGENCE ON THE ART COLLECTION HOUSED AT THE DETROIT INSTITUTE OF ARTS

Upon the motion (the "**Motion**") of the Creditors[1] for an order directing the City of Detroit, Michigan (the "**City**" or the "**Debtor**"), the debtor in the above-captioned case (the "**Chapter 9 Case**"), to cooperate with certain interested parties seeking to conduct due diligence on the art collection of the City housed at the Detroit Institute of Arts (the "**Art**"); and the Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the hearing to consider the relief requested therein (the "**Hearing**") having been given to all parties registered to receive electronic notices in this matter; and the Court having held the Hearing with the appearances of interested parties noted in the record of the Hearing; and upon the entire record of all the proceedings before the Court; and the

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

US_ACTIVE:\44457806\7\45259.0007

legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in the best interests of the City, its creditors and other parties in interest; and the relief requested herein being necessary, reasonable and appropriate;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The objections, if any, to entry of this Order are overruled in their entirety.

3.      The City shall cooperate with the Interested Parties as soon as practicable so that the Interested Parties can conduct due diligence on the Art, including by inspecting the physical works of Art housed at the DIA as well as all relevant documentation related thereto, in order to develop firm bids for the City to consider.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement and/or interpretation of this Order.

Dated: _____, 2014
        Detroit, Michigan

_____
**STEVEN RHODES**
**UNITED STATES BANKRUPTCY JUDGE**

## EXHIBIT 2

**Notice of Motion and Opportunity to Object**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-----------------------------------------------------------------x
In re                                          :
                                               :        Chapter 9
                                               :
CITY OF DETROIT, MICHIGAN,                      :        Case No. 13-53846
                                               :
                            Debtor.             :        Hon. Steven W. Rhodes
                                               :
                                               :
-----------------------------------------------------------------x
```

### NOTICE OF MOTION OF CREDITORS
### FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a)
### OF THE BANKRUPTCY CODE DIRECTING THE DEBTOR TO COOPERATE
### WITH INTERESTED PARTIES SEEKING TO CONDUCT DUE DILIGENCE
### ON THE ART COLLECTION HOUSED AT THE DETROIT INSTITUTE OF ARTS

The Creditors[1] have filed papers with the Court seeking entry of an order pursuant to 11 U.S.C. § 105(a) directing the Debtor to cooperate with interested parties seeking to conduct due diligence on the art collection housed at the Detroit Institute of Arts (the "**Motion**").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, **within fourteen (14) days**[2], you or your attorney must:

      1.   File with the court a written response or an answer, explaining your position at:[3]

---

[1] Financial Guaranty Insurance Company ("FGIC"), Syncora Guarantee Inc. and Syncora Capital Assurance Inc. ("Syncora"), Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees, Wilmington Trust Company, National Association, as Successor Trustee and Successor Contract Administrator, Dexia Crédit Local, Dexia Holdings, Inc. and FMS-WM Service, solely in its capacity as servicer for FMS Wertmanagement, join this Motion.

[2] Concurrently herewith, the Creditors are seeking expedited consideration and shortened notice of the Motion.  If the Court grants such expedited consideration and shortened notice, the Creditors will file and serve notice of the new response deadline.

1

**United States Bankruptcy Court**
211 W. Fort Street, Suite 2100
Detroit, Michigan 48266

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone:  (248) 642-0333
Facsimile:  (248) 642-0856

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511

2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

---

[3] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

DATED:          April 9, 2014                  Respectfully submitted,

                                                 _/s/  Mark R. James_
                                               Ernest J. Essad Jr.
                                               Mark R. James
                                               WILLIAMS, WILLIAMS, RATTNER &
                                               PLUNKETT, P.C.
                                               280 North Old Woodward Avenue, Suite 300
                                               Birmingham, MI 48009
                                               Telephone:  (248) 642-0333
                                               Facsimile:  (248) 642-0856
                                               Email:  EJEssad@wwrplaw.com
                                               Email:  mrjames@wwrplaw.com

                                                 – and –

                                               Alfredo R. Pérez
                                               WEIL, GOTSHAL & MANGES LLP
                                               700 Louisiana Street, Suite 1600
                                               Houston, TX  77002
                                               Telephone: (713) 546-5000
                                               Facsimile:  (713) 224-9511
                                               Email:  alfredo.perez@weil.com

                                               *Attorneys for Financial Guaranty Insurance Company*

                                               _/s/Ryan Blaine Bennett_
                                               James H.M. Sprayregen, P.C.
                                               Ryan Blaine Bennett
                                               Stephen C. Hackney
                                               KIRKLAND & ELLIS LLP
                                               300 North LaSalle
                                               Chicago, Illinois 60654
                                               Telephone:    (312) 862-2000
                                               Facsimile:    (312) 862-2200

                                               - and -

3

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:     (248) 646-5070
Facsimile:     (248) 646-5075

*Attorneys for Syncora Capital Assurance Inc.*
*and Syncora Guarantee Inc.*

/s/ Howard S. Sher
Howard S. Sher, Esquire
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel:  (248) 649-1200
Fax:  (248) 649-2920
E-mail:   howard@jacobweingarten.com

Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel:  (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

-and-

Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone:  (302) 252-4428
Facsimile:  (302) 252-4466
E-mail: summersm@ballardspahr.com

*Attorneys for Hypothekenbank Frankfurt AG,*
*Hypothekenbank Frankfurt International S.A., Erste*
*Europäische Pfandbrief- und Kommunalkreditbank*
*Aktiengesellschaft in Luxemburg S.A.*

4

**LOWENSTEIN SANDLER LLP**
By: /s/  Sharon L. Levine
Sharon L. Levine, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-6247 (Facsimile)
slevine@lowenstein.com
pgross@lowenstein.com

-and-

Herbert A. Sanders, Esq.
THE SANDERS LAW FIRM PC
615 Griswold St., Suite 913
Detroit, MI 48226
(313) 962-0099 (Telephone)
(313) 962-0044 (Facsimile)
hsanders@miafscme.org

-and-

Richard G. Mack, Jr., Esq.
Miller Cohen, P.L.C.
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226-3191

*Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub-Chapter 98, City of Detroit Retirees*

DRINKER BIDDLE & REATH LLP

By:  /s/ Heath D. Rosenblat
Kristin K. Going, Esq.
Heath D. Rosenblat, Esq.
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
E-mail: Kristin.Going@dbr.com
E-mail: Heath.Rosenblat@dbr.com
Telephone: (212) 248-3140

-and-

5

Dirk H. Beckwith, Esq. (P35609)
32300 Northwestern Highway, Suite 230
Farmington Hills, Michigan 48334-1471
Telephone: (248) 539-9918
E-mail: dbeckwith@fosterswift.com

*Counsel for Wilmington Trust, National
Association,as Successor Contract Administrator*

___/s/ Deborah L. Fish___
ALLARD & FISH, P.C.
Deborah L. Fish
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel to Dexia Crédit Local and Dexia Holdings,
Inc.*

By: */s/ Rick L. Frimmer*
Rick L. Frimmer
Karen V. Newbury
Michael W. Ott
**SCHIFF HARDIN, LLP**
233 S. Wacker Drive, Suite 6600
Chicago, IL  60606
Telephone:  (312) 258-5600
Facsimile:  (312) 258-5600
E-mail:  rfrimmer@schiffhardin.com
E-mail:  knewbury@schiffhardin.com
E-mail:  mott@schiffhardin.com

*Attorneys for FMS Wertmanagemen*

6

## EXHIBIT 3

**Memorandum [Not required]**

## EXHIBIT 4

**Certificate of Service**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                                          :
 In re                                    : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
                        Debtor.           : Hon. Steven W. Rhodes
                                          :
                                          :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2014 the *Motion of Creditors for Entry of an Order*

*Pursuant to Section 105(a) of the Bankruptcy Code Directing the Debtor to Cooperate with*

*Interested Parties Seeking to Conduct Due Diligence on the Art Collection Housed at the Detroit*

*Institute of Arts* was filed and served via the Court's electronic case filing and noticing system to

all parties registered to received electronic notices in this matter.

 /s/ Mark R. James
Mark R. James (P54375)
Attorney for Financial Guaranty
Insurance Company
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 642-0333
mrj@wwrplaw.com

Dated:  April 9, 2014

1

## EXHIBIT 5

**Declaration of Stephen Spencer**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
----------------------------------------------------------x
                                    :
In re                               :  Chapter 9
                                    :
CITY OF DETROIT, MICHIGAN,          :  Case No. 13-53846
                                    :
                    Debtor.         :  Hon. Steven W. Rhodes
                                    :
                                    :
----------------------------------------------------------x
```

**DECLARATION OF STEPHEN SPENCER IN SUPPORT OF MOTION OF
CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a)
OF THE BANKRUPTCY CODE DIRECTING THE DEBTOR TO COOPERATE
WITH INTERESTED PARTIES SEEKING TO CONDUCT DUE DILIGENCE
ON THE ART COLLECTION HOUSED AT THE DETROIT INSTITUTE OF ARTS**

I, Stephen Spencer, hereby declare that the following is true to the best of my knowledge, information and belief:

1.      I am a Managing Director in the Financial Restructuring Group at Houlihan Lokey ("**Houlihan**"), which currently serves as financial advisor to Financial Guaranty Insurance Company ("**FGIC**") in connection with the above-captioned chapter 9 case (the "**Chapter 9 Case**").

2.      I submit this declaration (the "**Declaration**") in support of the *Motion of Creditors for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code Directing the Debtor to Cooperate with Interested Parties Seeking to Conduct Due Diligence on the Art Collection Housed at the Detroit Institute of Arts* (the "**Motion**"), filed contemporaneously herewith.

US_ACTIVE:\44459678\3\45259.0007

3.      Except as otherwise indicated, all facts and statements in this Declaration are based on my personal knowledge and information derived from my involvement in Houlihan's representation of FGIC in connection with the Chapter 9 Case.

**<u>Educational and Professional Background</u>**

4.      In 1989, I received my undergraduate degree from the University of Wisconsin – Madison. I have approximately 20 years of relevant corporate restructuring experience and I lead the municipal restructuring team at Houlihan. Prior to joining Houlihan in 2001, I worked for GE Capital, where I was a founding member of GE Capital's debtor-in-possession lending practice. I have a particular expertise in executing out-of-court restructuring transactions involving consensual impairment of one or more creditor constituencies. I also have experience advising companies executing bankruptcy-related reorganizations or sale transactions. Beyond the corporate sector, I have an expertise in municipal distress and chapter 9 insolvency issues. I have researched and consulted with various municipalities throughout the United States, and I authored a comprehensive chapter 9 case study entitled "Restructuring the Troubled Municipality."

5.      In the context of complex corporate restructurings and distressed recapitalizations, I have performed detailed liquidity and debt capacity analyses for dozens of clients. In connection with analyzing the financial conditions of various distressed municipalities, I have performed similar analyses, recognizing appropriate modifications reflecting the different financial structures that often distinguish municipalities from corporate entities.

6.      In the chapter 11 context, I have advised multiple debtors in connection with bankruptcy sale transactions (so-called "363 sales"). Of particular relevance to the Motion,

US_ACTIVE:\44459678\3\45259.0007
2

I was the lead advisor to Polaroid Corporation in connection with the sale of a previously-unknown collection of still photography by world-renowned artists including Ansel Adams, Andy Warhol, William Chuck Close and many others, pursuant to section 363 of the Bankruptcy Code. My team identified the photography collection and worked with Sotheby's to monetize these assets for multiple millions of dollars, for the benefit of Polaroid's estate and its creditors.

### Houlihan's Solicitation of Proposals Based on Publicly-Available Information

7. On June 21, 2013, Houlihan submitted an initial diligence list to the City, requesting a comprehensive list of relevant documents related to the Art. On July 9, 2013, Houlihan followed up with a verbal request that the City conduct a valuation of the entire Art collection. After receiving no response to these initial requests, on July 30, 2013, Houlihan submitted a revised diligence list to the City, seeking additional information about the Art. On August 27, 2013, Houlihan followed up on its verbal request and formally requested that the City conduct a valuation of the entire Art collection. On October 9, 2013, Houlihan, along with advisors for certain of the other Creditors, re-submitted its diligence list to the City and supplemented the list with additional information requests related to the value and ownership of the Art. Although the City has taken some initial steps to cooperate with Houlihan and other Creditors' representatives regarding the form, substance and cost of producing certain documents responsive to our information requests, the City has yet to provide any of the information Houlihan has been requesting since last June. *See* Summary of Activity, attached hereto as **Exhibit A** (the "**Summary of Activity**") at 6.

8. On or about December 3, 2013, the City made publicly-available a preliminary report appraising a portion of the Art consisting of only those works that were either purchased entirely or in part by City funds (the "**Appraised Art**"). (DS § VIII.K.6(a).) In connection with Houlihan's representation of FGIC in the Chapter 9 Case, I reviewed this

US_ACTIVE:\44459678\3\45259.0007

preliminary report, which estimated the value of the Appraised Art (which, at the time, consisted of 2,781 (4%) of the 65,000 works of Art in the DIA's collection) to be between $452 million and $866 million. (*Id*.) I also reviewed Christie's final report, made publicly available on or about December 17, 2013, which estimated that the value of the Appraised Art (which ultimately consisted of 2,773 (still 4%) of the 65,000 pieces of Art) is between $454 million and $867 million. (*Id*.)

9.      Independently, I conducted extensive research of publicly-available information about the Art, including by reviewing books and articles written about the DIA and the Art, viewing the Art on display in the public galleries at the DIA and reviewing publicly-available DIA documentation, including, among other things, the DIA Collections Management Policy and collection guides. In addition, I had multiple private conversations with leading art intermediaries, curators and valuation and subject matter experts concerning issues of the Art's value, potential transfer restrictions on the Art and other issues and considerations related to the potential de-accessioning of the Art collection.

10.      Based on the foregoing, I questioned the scope of the City's appraisal efforts and suspected that the Art could likely generate significantly greater value for the City than the $454 million to $867 million reflected in Christie's appraisal. Not knowing exactly what the City's intentions were for monetizing the Art, and faced with the City's repeated unwillingness to provide information regarding the Art, Houlihan, on behalf of FGIC and certain other Creditors, conducted an independent assessment of potential alternative market transactions involving the Art, based on publicly-available information.

11.      By October 29, 2013, Houlihan had made significant progress in its independent research, and was able to put together a list of approximately 327 pieces of Art that

US_ACTIVE:\44459678\3\45259.0007

Houlihan believed to be of significant or high value (the "**Masterworks List**").  On January 15,

2014, in order to develop a greater understanding of the potential value of the Art collection as a

whole, and assess market interest in potential transactions involving the Art, Houlihan shared the

Masterworks List with over 30 parties, including hedge funds and private equity firms,

individual collectors, auction houses and museum authorities.  Within a few days, over 20 of

these parties expressed preliminary interest.  In mid-March 2014, Houlihan distributed to 19 of

these interested parties a more detailed Catalogue of Information Concerning Artwork Housed at

the Detroit Institute of Arts, a copy of which is attached hereto as **Exhibit B** (the "**Catalogue**"),

and invited such parties to submit indications of interest in acquiring or monetizing all or part of

the Art collection on or before April 4, 2014.[1]

    12.  In response, Houlihan received four indications of interest (the

"**Proposals**"):

- Catalyst Acquisitions, LLC/Marc Bell Capital Partners, LLC ("**Catalyst**") submitted a non-binding indication of interest in purchasing the **entire Art collection** for **$1.75 billion**.

- Art Capital Group, LLC ("**Art Capital**") submitted a non-binding term sheet, offering to provide the City with an exit facility of up to **$2 billion**, secured by the **entire Art collection**.

- Poly International Auction Co., Ltd. ("**Poly International**"), on behalf of a client, submitted a non-binding indication of interest in purchasing **all Chinese assets** in the Art collection for up to **$1 billion**.

---

[1] The Catalogue was comprised entirely of publicly-available information and explicitly stated that neither Houlihan nor FGIC owns the Art or has the authority to sell or offer to sell it.  In distributing the Catalogue, Houlihan was merely facilitating the development of indications of interest for the purpose of ultimately proposing transactions to the City that could generate more value than the deal contemplated by the Plan.  The Catalogue explicitly stated that, ultimately, the City has the authority to decide whether or not to pursue any such transaction.  Given these limitations, the Proposals may not fully reflect the market's interest in the acquiring or monetizing the Art.

US_ACTIVE:\44459678\3\45259.0007

- Yuan Management Hong Kong Limited ("**Yuan Capital**"), on behalf of certain investment funds, submitted a non-binding indication of interest in purchasing **116 pieces** of the Art for **$895 million to $1.473 billion**.

13.     The Catalyst Proposal is the only indication of interest in purchasing the entire Art collection.  Catalyst's proposed purchase price of $1.75 billion, which would be financed by Catalyst and a syndicate of leading global investors, already assumes that a portion of the Art collection may be subject to transfer restrictions, and factors in a preliminary estimate of these potential encumbrances.  However, the ultimate purchase price Catalyst would be willing to offer on a binding basis is subject to a thorough analysis of the Art and the City's cooperation in providing Catalyst with full access to the Art and any relevant DIA documentation.  Art Capital's Proposal contemplates an exit facility of up to $2.0 billion, secured by the entire Art collection.  The facility would be structured in multiple tranches bearing different maturities (3-20 years) and interest rates (LIBOR plus 5.5%-8.5%, subject to LIBOR floor of 0.5%).  Notably, the transaction contemplated by Art Capital would allow the City to maintain the entire Art collection at the DIA, requiring the City to sell off select pieces of Art only in the event the loan could not otherwise be serviced.  Art Capital's Proposal is subject to the City providing full access to the Art and any related documentation so that Art Capital can complete its due diligence.  Poly International's Proposal to purchase the Chinese works in the Art collection for up to $1 billion is similarly subject to a thorough analysis of the works it proposes to purchase.  Finally, Yuan Capital's Proposal contemplates a purchase of only 116 works of the Art (.02% of the entire Art collection) for $895 million to $1.473 billion, financed by a consortium of lenders led by Yuan Capital.  The Art included in the proposed sale as well as the purchase price are subject to a thorough analysis of the works Yuan Capital has identified and any applicable transfer restrictions.  A further summary of the terms of each of the Proposals is set forth on page 8 of the Summary of Activity.

US_ACTIVE:\44459678\3\45259.0007

14.     It is notable that, beyond the formal Proposals, Houlihan received a significant number of verbal expressions of interest by other parties unable or unwilling to provide written indications of interest by the April 4, 2014 deadline; nonetheless, such parties expressed that they are highly interested in pursuing a potential Art transaction with the City, should the City show a willingness to engage directly with them in a good faith process to explore transactional opportunities with respect to the Art.

15.     As noted above, Catalyst, Art Capital, Poly International, and Yuan Capital (collectively, the "**Interested Parties**") have each indicated that, in order to finalize their assessments of the value of the Art (or a subset thereof), they need to conduct a thorough diligence process.  This requires the immediate cooperation of the City and its advisors. Pursuant to the Proposals, the diligence process will involve an analysis of certain documentation regarding any restrictions on the transfer of the Art, as well as the Art itself.  I believe that the relief requested is necessary to ensure that the Interested Parties will have timely access, not only to such documentation, but to the physical pieces of Art as well.

### The Present Value of the Contributions Contemplated by the DIA Settlement and State Contribution Agreement

16.     In connection with my representation of FGIC in the Chapter 9 Case, I reviewed the Plan and the Disclosure Statement, which indicate that, as part of the Plan, the City is seeking approval of the DIA Settlement, pursuant to which the City will irrevocably transfer the Art to DIA Corp., in exchange for contributions to the Retirement Systems from (i) twelve charitable foundations and other entities, in the amount of $366 million, and (ii) DIA Corp., in the amount of $100 million, for a total of $466 million.  (DS § IV.E.)  In addition, pursuant to the State Contribution Agreement, the State has also agreed to contribute $350 million for the

benefit of Holders of Pension Claims (subject to certain approvals and other conditions that have not yet been obtained or fulfilled), for a total of $816 million.  (DS § IV.D.)

17.     Taking into account that each of the contributions would be made over a twenty-year period, the net present value of each contribution (using a 5% discount rate) is: (i) $233.7 million from the Foundations, (ii) $63.8 million from DIA Corp. and (iii) $223.5 million from the State, for a total of approximately $521 million.  *See* Net Present Value Calculations attached hereto as **Exhibit C**.

18.     In addition, it is unclear how, if at all, the State's contribution relates to the transfer of the Art.  Although the Disclosure Statement indicates that the State's contribution is "in support of the DIA Settlement," it also makes clear that the State is providing the contribution "in exchange for certain releases to be contained in the Plan," *not* in exchange for the transfer of the Art.  (DS § VIII.K.6(b).)  Accordingly, disregarding the State's contribution, the City would receive only $297.5 million pursuant to the DIA Settlement.

US_ACTIVE:\44459678\3\45259.0007

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Executed this 9th day of April 2014

Stephen Spencer
Managing Director
Houlihan Lokey

US_ACTIVE:\44459678\3\45259.0007

**Exhibit A**

**Summary of Activity**



HOULIHAN LOKEY

# Detroit Institute of Arts
## Summary of Activity

April 2014

MERGERS & ACQUISITIONS
CAPITAL MARKETS
FINANCIAL RESTRUCTURING
FINANCIAL ADVISORY SERVICES

HL.com

|                                      | Tab |
| ------------------------------------ | --- |
| Process Overview                     | 1   |
| Formal Indication of Interest Summary| 2   |



**Process Overview**

# Independent DIA Analysis

- In the absence of any cooperation on the part of the City or Detroit Institute of Arts ("DIA") in obtaining relevant DIA documentation, Houlihan Lokey conducted an exhaustive examination of publically available information concerning the potential value of and transactional opportunities for the DIA fine arts collection

- In conducting its analysis, Houlihan Lokey researched key areas including:

  - Relevant Literature Review – Conducted a review of books and articles written by Jeffrey Abt, William Peck, William Valentiner and other leading authorities on the DIA collection

  - DIA Collection Viewing – Conducted guided in-person examination of the public viewing galleries in the museum. Observed all works of fine art publically displayed

  - DIA Public Documentation Review – Conducted review of publically available DIA documentation such as DIA Collections Management Policy, collection guides, and other DIA-produced physical and electronic information pertaining to the collection

  - Discussions With Art Valuation/Transaction Experts – Conducted multiple discussions with leading art intermediaries, curators and other relevant subject matter experts concerning issues of collection value, salability and de-accessioning restrictions and other relevant asset value considerations

# Catalogue of Information & Process Overview

- From independent DIA-related analysis, Houlihan Lokey was able to create a Catalogue of Information ("COI") that provides, among other information:

  - A brief history of the DIA that includes a summary of how the museum came to be owned by the City of Detroit, how this ownership dynamic has had a negative impact on the museum's endowment and overall financial stability, and the importance of the museum as a non-core asset in the City's Chapter 9 bankruptcy proceeding

  - A list of so called "Masterworks" believed to comprise a significant number of comparatively high value DIA collection assets that has heretofore not been produced by the museum or assembled and distributed from public information by any other independent party

- Upon assembling the COI, Houlihan Lokey distributed the document to certain parties in an attempt to develop a more refined view of value and transactional alternatives for the DIA collection

- On the basis of the COI, certain parties have provided preliminary non-binding indications of interest in acquiring identified portions of the DIA collection for specified values

- The identity of the parties submitting these indications, the consideration being proposed and a summary of the key provisions of the indications of interest are outlined in the following section

■ Houlihan Lokey has shared our COI with a select group of potentially interested parties to assess levels of interest in acquiring certain specified DIA collection assets and develop a better perspective on valuation for a broader segment of the DIA collection than the 4% of the collection evaluated by Christie's

■ Major categories of parties contacted as well as response levels are summarized below

### Parties Contacted by Type



| IOI Process Summary | |
|---|---|
| Total Parties Contacted | 38 |
| Received Preliminary Information Packet[1] | 32 |
| Expressed Interest | 24 |
| Received Catalogue of Information | 19 |
| Formal Submissions of Interest[2] | 4 |

(1)  Includes the November 26 Art Motion, the Christie's Appraisal and December 17 Letter to the Emergency Manager, the statement of Detroit bankruptcy mediators announcing $330 million of DIA Foundation assistance, recent press from the New York Times, Wall Street Journal and Detroit Free Press and a list of Masterworks prepared by Houlihan Lokey
(2)  Certain parties expressing initial verbal interest have combined to support a joint bid. Factoring in joint bid participants, the actual number of parties submitting an IOI in a joint bid context is not known precisely but significantly exceeds the four formal IOIs received

HOULIHAN LOKEY    5

# Timeline of Activity

**June 21, 2013**
HL submits initial diligence request list to City including specific requests regarding salability of DIA collection

**June 2013 – December 2013**
HL conducts independent research on the Detroit Institute of Arts ("DIA") collection from publically available information

**July 9, 2013**
HL makes verbal request for City to conduct DIA valuation / strategic alternatives assessment

**July 30, 2013**
HL submits follow-up diligence request list to City with additional requests for City to disclose valuation / strategic alternatives assessment process

**August 27, 2013**
HL alternative Plan of Adjustment proposal sent to City formally requesting City to conduct DIA valuation / strategic alternatives assessment

**October 9, 2013**
HL, A&M and FTI submit information request list to City requesting disclosure of valuation, ownership, encumbrance and bequest information

**October 29, 2013**
HL completes initial Masterworks List of items believed to be of significant or high value from public research

**November 26, 2013**
Art Motion is filed with court

**December 18, 2013**
Limited Christie's appraisal valuing only 4% of total DIA collection is publically distributed

**January 13, 2014**
Chief mediator announces DIA settlement involving $330 million in commitments from a consortium of Foundations. No prior presentation was given to creditors

**June 2013**      **April 2014**

**January 15, 2014**
HL shares Masterworks List with selected parties to assess potential collection value and acquisition interest

**January 17, 2014**
Multiple parties express strong initial interest

**January 22, 2014**
Art Motion is denied at hearing. City promises DIA document production

**February 7, 2014**
COP holders notify City of intent to serve formal 2004 DIA discovery motion, but do not officially file or serve discovery

**February 20, 2014**
Notification prompts first formal call with City and DIA professionals to discuss initial DIA document production request

**March 1-12, 2014**
HL prepares DIA Catalogue of Information ("COI")

**March 12-17, 2014**
HL distributes COI to limited number of potentially interested parties

**March 28, 2014**
Syncora serves City / DIA with DIA document production request

**April 1, 2014**
Retiree Committee serves City / DIA with DIA document production request

**April 4, 2014**
HL receives preliminary initial indication of interest ("IOI") letters from interested parties

HOULIHAN LOKEY   6



**Formal Indication of Interest Summary**

# Indication of Interest Summary

| | Catalyst Acquisitions / Bell Capital Partners | Art Capital Group | Yuan Capital | Poly International Auction |
|---|---|---|---|---|
| **Price** | ■ $1.75 billion | ■ Up to $2.0 billion Art Loan | ■ $895 million – $1,473 million | ■ Up to $1 billion |
| **Included Assets** | ■ All assets held in the DIA<br>■ Value of final offer to be dependent on development of a final definitive schedule of collection assets to be acquired | ■ Entire DIA Collection used as collateral to support loan | ■ Subset of assets identified in COI (116 total works) | ■ Chinese Art Collection |
| **Bid Conditions** | ■ City of Detroit to provide full diligence access to the assets<br>■ City to make available any other critical DIA collection documentation | ■ City of Detroit to provide full diligence access to the assets<br>■ Loan to be structured in multiple tranches bearing different maturities and interest rates | ■ City of Detroit to provide full diligence access to the assets | ■ City of Detroit to provide full diligence access to the assets<br>■ Asset values to be finalized following confirmatory diligence |
| **Diligence/Timing** | ■ 180 days | ■ Did not indicate timing of diligence | ■ 90 days | ■ 10 – 14 days |
| **Financing** | ■ Acquisition proceeds provided by bidding party and a syndicate of leading global investors | ■ Interest rate: LIBOR plus 5.5% – 8.5%, subject to LIBOR floor of 0.50%<br>■ Maturity: 3 – 20 years | ■ Acquisition proceeds provided by Yuan Capital-led consortium<br>■ Senior debt financing TBD | ■ Acquisition proceeds to be provided by partner |
| **Other Terms** | ■ Offer price reflects the assumption that a portion of the collection may be restricted from sale<br>■ Customary stalking horse bidder protections | ■ Origination Fee of 1.25% of the amount of the loan<br>■ Agent Fee of 0.50% per annum of the outstanding principal balance of the loan | ■ Purchase price to be reduced in the event assets have transfer restrictions by the value ascribed to the assets<br>■ Limited timeline for City to solicit competing bids<br>■ Customary stalking horse bidder protections | ■ Will identify the individuals conducting confirmatory diligence after granted access to diligence |

**HOULIHAN LOKEY** | 8

**Exhibit B**

**Catalogue**

# Catalogue of Information Concerning Artwork Housed at the Detroit Institute of Arts

March 2014

## CONFIDENTIAL



# Detroit Institute of Arts

## CONFIDENTIAL MATERIAL

Houlihan Lokey Capital, Inc. ("Houlihan Lokey") has been retained by Financial Guaranty Insurance Company ("FGIC") to serve as its financial advisor in connection with the potential restructuring of the City of Detroit, including a proposed sale ("the Transaction") of certain artwork housed in the Detroit Institute of Arts (the "DIA").

This Confidential Catalogue of Information Concerning Artwork Housed at the DIA (the "Catalogue") has been prepared for discussion purposes only. While the Catalogue contains only publicly available information, it is being delivered on a confidential basis to specified parties solely to assist them in deciding whether to proceed with their investigation of artwork housed at the DIA in accordance with procedures established by Houlihan Lokey. This Catalogue does not purport to contain all of the information that may be required or relevant to a recipient's evaluation of any Transaction and recipients will be responsible for conducting their own investigations and analysis.

While the distribution and use by each recipient of the information contained herein is not governed by a confidentiality agreement, Houlihan Lokey hereby requests that this Catalogue not be distributed, reproduced or used without the express consent of Houlihan Lokey or for any purpose other than the evaluation of artwork housed at the DIA by the person to whom this Catalogue has been delivered. In addition, if the recipient does not wish to pursue an investigation of artwork housed at the DIA, the recipient will promptly return this Catalogue to Houlihan Lokey as soon as practicable.

**Houlihan Lokey has not independently verified any of the information contained herein. Houlihan Lokey does not make any representation, warranty or guaranty of any kind, express or implied, as to the accuracy, completeness or reasonableness of the information contained herein or any other written or oral communication transmitted or made available to any recipient. Houlihan Lokey expressly disclaims any and all liability based on or arising from, in whole or in part, such information, errors therein or omissions therefrom.**

Only those representations and warranties that are made in a definitive written agreement relating to a Transaction, when and if executed, and subject to any limitations and restrictions as may be specified in such definitive agreement, shall have any legal effect. Each recipient should make an independent assessment of the merits of pursuing a Transaction and should consult its own professional advisors.

Houlihan Lokey may from time to time assist interested parties with financing matters, which may, in some cases, be related to the Transaction.

The ultimate decision as to whether a Transaction will be pursued will be determined by the City of Detroit which is a Debtor in a Chapter 9 bankruptcy proceeding in the Eastern District of Michigan. It is Houlihan Lokey's goal and objective to advance a transaction with the support and approval of the City of Detroit and the bankruptcy court.

All communications or inquiries relating to artwork housed at the DIA or this Catalogue should be directed to the representatives of Houlihan Lokey listed below.



## HOULIHAN LOKEY

**MINNEAPOLIS**
225 SOUTH SIXTH STREET, SUITE 4950, MINNEAPOLIS, MN 55402
TEL (612) 338-2910, FAX (612) 338-2938

| Stephen Spencer | Fred Vescio | John Popehn | Michael Lin | Daniel Ma |
|---|---|---|---|---|
| Managing Director | Director | Vice President | Financial Analyst | Financial Analyst |
| (612) 338-2910 | (612) 215-2248 | (612) 215-2272 | (612) 215-2883 | (612) 215-2886 |
| SSpencer@HL.com | FVescio@HL.com | JPopehn@HL.com | MLin@HL.com | DMa@HL.com |

# Table of Contents

Page

Opportunity Description

Overview ................................................................................................................2

The DIA and Its Collection.........................................................................................3

The Houlihan Lokey Process ......................................................................................5

Next Steps ..............................................................................................................5

Investment Highlights.....................................................................................................8

Collection Summary........................................................................................................12

Masterworks Catalogue

American ...............................................................................................................18

European ..............................................................................................................35

European Sculpture & Decorative Arts.......................................................................70

Modern & Contemporary ........................................................................................80

African American ...................................................................................................89

African, Oceanic & Indigenous American ..................................................................96

Ancient Western Antiquities....................................................................................103

Asian & Islamic ....................................................................................................105

Appendix

Christie's Appraisal................................................................................................112



# Opportunity Description

# Opportunity Description

## OVERVIEW

### Current Situation – The City Proposed Art Transaction

On Friday, February 21 the City of Detroit (the "City" or "Detroit") filed a Plan of Adjustment (the "Plan") in the Federal Bankruptcy Court for the Eastern District of Michigan.  A central component of the City's Plan is a proposed transaction involving artwork housed at the DIA (the "DIA Transaction") whereby ten charitable foundations are contributing money to fund recoveries to the City's pension and other post-employment benefits plan beneficiaries, in lieu of these beneficiaries or any other creditors realizing a financial recovery directly from the DIA through a sale or so called de-accessioning of any DIA assets.

To summarize further, the DIA Transaction has been structured by the City to accomplish three primary objectives:

1.  Provide monetary compensation to the City's retiree creditor constituency;

2.  Keep the existing DIA collection intact; and

3.  Facilitate the transfer of the DIA assets into a public trust to prevent any potential future monetization attempts, whether for the benefit of City creditors or some other purpose.

The City's Plan estimates the DIA Transaction will yield approximately $465 million over a 20-year period.

### Lack of Creditor Support

Creditor reaction to the DIA Transaction even amongst the City's retiree beneficiaries has been extremely negative.  The primary criticism has been that the DIA Transaction fails to properly value the entire DIA art collection.  The City commissioned Christie's to perform valuation work which is included in its entirety in appendix A and which valued a 2,700 piece sample from the broader 66,000 piece collection at $454 million to $867 million.  To the extent the Christie's sample can be viewed as representative of the broader DIA collection, the implications are that the residual 95% of the collection could be valued from $11 billion to as much as $21 billion.

### The City's Perspective

Despite the potential value of the total collection, the City has so far neither valued the remaining 95% not examined by Christie's nor undertaken an effort to explore strategic alternatives for monetizing all or a portion of the art.  As justification for its inaction, the City has cited an opinion by the Attorney General for the state of Michigan (the "AG") issued at the outset of the City's bankruptcy that the DIA collection is held in a public trust and is not subject to monetization.  Neither the City nor the state of Michigan has been able to produce any additional documentary or evidentiary support for the AG's opinion.

The City further contends that specific works within the collection may be encumbered by various bequest or other documents that preclude the City from divesting the works.  The limited portion of the collection valued by Christie's were those works of art acquired exclusively using City General Fund proceeds.  Because the residual 95% of the collection was acquired using publicly solicited third party monetary contributions or directly via a donation (either with or without accompanying documentation), there is a vast component of the collection that remains unexamined and potentially subject to sale.  In

private conversations, leading art intermediaries have indicated that while some significant bequests may be subject to meaningful encumbrances restricting the ability of the City to monetize the works, it is likely that a significant portion of donated works, or works acquired with dedicated monetary donations, have no meaningful encumbrances. The DIA's own Collections Management policy states that "while it is the Museum's intention to accession for long-term use and preservation, no guarantee shall be made that the gift or bequest will be retained by the Museum in perpetuity." The policy makes clear that attempts by beneficiaries to restrict or encumber the use of donations is a violation of the museum's accessioning policy that must be deliberated by the museum board of directors before any deviation from the policy is accepted or allowed.

## Independent Exploration of DIA Strategic Alternatives

As a result of the City's unwillingness to undertake a broader strategic alternatives assessment for artwork housed at the DIA as a valuable non-core City asset, various creditors have aligned in opposition to the DIA Transaction. The Houlihan Lokey process is being run as a means of vetting the broader potential array of DIA transactional opportunities and developing a transaction that engenders the support of the maximum number of creditors—not merely to enhance creditor recoveries, but to provide a quicker, less contentious and more efficient pathway for the City to emerge from bankruptcy.

## THE DIA AND ITS COLLECTION

## Nationally and Internationally Renowned Collection

The DIA art collection is routinely ranked among the top 5 in the United States and is recognized globally for the high quality of the artwork in a broad spectrum of subject areas. Uniquely among major art museums, the DIA is owned by the City of Detroit. While the City of Detroit has funded the operations of the museum since 1893, a predecessor entity of the DIA, the Detroit Museum of Art ("DMA"), was essentially a private foundation that received public funding supporting all operating expenses.

## The Problem with Municipal Ownership

While the unusual funding arrangement for the DMA was supported by a number of civically prominent Detroiters, it proved to be politically controversial and in 1917 the Michigan Attorney General issued a public report finding that public funding for a privately-held entity like the DMA was unconstitutional. As a consequence, two years later (in June 1919) the DMA's trustees agreed upon and executed related transactional documentation that transferred ownership of the DMA (both the museum and all of its collection assets) to the City of Detroit in order to ensure a continuation of City funding for the museum's operating expenses, an arrangement that has essentially continued through the present day. The June 1919 transaction formally created the DIA as an agency exclusively owned and operated by the City. The only DMA assets not transferred to City ownership in the 1919 transaction were the DMA's endowment funds. This exception was the result of a legal restriction that precluded a City agency from managing an endowment fund. As a result, approximately $24,000 of DMA endowment funds remained as the sole asset being owned and managed by the DMA.

### Creation and Role of the Founders Society

In order to ensure ongoing endowment support to expand the DIA collection, the DMA trustees created the Founders Society (originally the Detroit Museum Art Founders Society) to solicit funds and purchase artwork for the benefit of the DIA. Since its inception, the Founders Society has been a critical factor in expanding the size and quality of the DIA's collection. In particular, both Founders Society and City General Fund resources were instrumental in driving what became a golden era for DIA collection expansion from the 1920's through 1960. During this period, the industrially ascendant City and its growing art museum were astute purchasers of artwork, often from financially struggling museums and art collectors in war-torn Europe.

While the relationship between the DIA and Founders Society worked to expand the City owned art collection, the arrangement wasn't without friction. Somewhat paradoxically, the relationship was actually an important causal factor contributing to the museum's persistently precarious financial condition. Because the DIA budget was a line item in the City General Fund, periodic political challenges often questioned the size of the City's financial commitment to operating the DIA and in particular helping to fund art acquisitions. The ebb and flow of these political challenges created instability in the DIA budget. In the broader art community and amongst both DIA patrons and donors, the politically driven budgetary wrangling created a perception of a museum perpetually on the verge of a financial crisis.

### A Museum in Peril

The perception of persistent DIA financial instability often hindered fundraising efforts of the Founders Society, an entity that to the general public was indistinguishable from the museum itself. The slow financial decline of Detroit only served to exacerbate the problem. From the 1960's onward, Detroit's General Fund financial difficulties had become acute to the point where the DIA was forced to turn to the Founders Society to supplement City funds as a means of paying operating costs. As the City's financial decline worsened, the DIA was perceived to be under even greater threat and the pace of major funded acquisitions correspondingly decelerated. Moreover, increasing concern over the museum's fundamental viability further frustrated fundraising initiatives, leaving the DIA with an endowment that is a mere fraction of any other major U.S. art museum—none of which are municipally owned and all of which are consequently immune from the vicissitudes of public funding.

### A Dubious DIA Funding Solution

Although for many decades regionalizing financial support for the DIA was a seemingly obvious temporary answer to the DIA's funding woes, profound negative sentiment against any form of subsidization for the City precluded suburban or out-of-state financial support until the museum was perceived to be under existential threat. Finally, in 2012, as it became clear that Detroit was headed for a financial restructuring and the DIA collection was likely going to be subject to a de-accessioning, the three counties comprising metro Detroit passed a funding initiative to provide the DIA with approximately $25 million dollars of annual operating assistance. Although this funding provides critical DIA budgetary support, it fails to address the fundamental structural problems that have led to the DIA's current troubles. Under the new funding arrangement, the DIA will continue to be reliant on a politically driven source of regional funding to operate a major art institute in a landscape where a deeply fractured and hostile political dynamic has persisted for decades—a fractured and hostile political dynamic that was, in many ways, the root cause of the City's insolvency.

## THE HOULIHAN LOKEY PROCESS

### Widespread Creditor Support

Because a significant DIA de-accessioning is supported by a broad cross section of Detroit's creditors, it offers the City the most expeditious and cost effective route for the City to emerge from bankruptcy. Although a vocal political minority has cast a DIA de-accessioning as contrary to the interests of Detroit, the reality is that Chapter 9 requires the City to demonstrate that it has satisfied the "best interest" requirements as codified in Chapter 9 of the U.S. Bankruptcy Code and hasn't hidden or otherwise obscured the value of its assets.

### Avoidance of Litigation Costs – Alignment of City & Creditor Interests

Moreover, by monetizing a legacy City asset with no direct linkage to the City's financial recovery and a tenuous cultural relevance to Detroit's current citizens, the City has a tremendous opportunity to avoid further depletion of City operating funds on costly DIA-related litigation with its creditors. From the outset of the City's bankruptcy, it has taken an oppositional stance toward creditors that has already caused a massive escalation of bankruptcy-related professional expenses that is detrimental to the City and its creditors alike. A responsible exploration of DIA-related strategic alternatives holds the promise of eliminating or significantly mitigating the City's Plan of Adjustment-related litigation expenses, an objective behind which the City and its creditors' interests are aligned.

### Accelerating Urban Renewal

Lastly, a significant DIA de-accessioning will unlock otherwise stranded asset value in a municipally owned institution that Jeffrey Abt, one of the museum's foremost historian's and authorities argues has grown so dependent on public funding, so culturally irrelevant and "...so large that its environment can no longer sustain it". Instead of continuing to burden Detroiters, a DIA de-accessioning offers the potential for asset value realization that the City might use to consensually satisfy creditor claims while liberating additional sources of capital to catalyze the City's reinvestment initiatives—including investments in a reconstituted DIA or such other arts institutions the City's leadership deems more relevant to the City's rehabilitation.

**Disclaimer – Questions have been raised about whether the City has clear title to the art, including an unsubstantiated opinion offered by the AG that concludes that the art is held in public trust. Neither Houlihan Lokey nor FGIC makes any representation or warranty as to whether the City owns all of the artwork housed in the DIA. Neither Houlihan Lokey nor FGIC owns the artwork described herein or has the authority to sell or offer to sell it. Houlihan Lokey is merely facilitating the development of indications of interest for the purpose of ultimately proposing a transaction to the City that generates more value than the current deal contemplated in their Plan. Ultimately, the City has the authority to decide whether or not to accept any such transaction.*

## NEXT STEPS

### Indication of Interest Instructions

To the extent interested in the DIA de-accessioning opportunity, interested parties are instructed to review materials contained in this catalogue and offer an indication of interest for the specific DIA

collection assets identified. To assist interested parties, the catalogue provides a summary of 327 masterworks that were not valued by Christie's and are assumed to comprise a significant portion of the DIA's total collection value.

**Interested parties are instructed to provide a submission of acquisition interest (an "Indication of Interest") on or before 5:00 pm Eastern Daylight Time on Friday, April 4, 2014.** Indications of Interest should contain the fewest possible number of limiting conditions. Interested parties should submit Indications of Interest for both the Christie's appraised assets (the "Christie's Assets") and the additional catalogue of masterworks (the "Masterworks List") presented herein. The Masterworks List is a collection of assets identified from public research conducted by Houlihan Lokey that are assumed to comprise a significant portion of the overall DIA collection value.

While it is possible that certain catalogue assets identified herein as having been acquired as a "Gift" or under a "Bequest" may, upon inspection of the related Gift or Bequest documentation, be determined to be subject to an encumbrance and not available for sale, interested parties are nonetheless instructed to offer an Indication of Interest for all the collection assets identified.

To the extent any collection assets are determined not to be for sale, it is hereby understood that interested parties will have the right to correspondingly reduce the amount of total consideration being offered and there is no expectation that interested parties will be held to an Indication of Interest for artwork on which they will not be permitted to take ownership title. To facilitate prompt resolution of any related reduction in total Indication on Interest consideration, interested parties are encouraged to submit Indications of Interest that value each object that they wish to acquire. While Indications of Interest for the entire art collection being offered herein that do not provide for such a disaggregation of the total consideration on an item-by-item basis may still be considered, a failure to disaggregate the total Indication of Interest value will be a factor in determining which Indication of Interest the creditors will present to the court.

Additional specific Indication of Interest instructions include:

1. **Consideration**: All Indications of Interests must include a cash price (in U.S. dollars) for 100% of the Christie's Assets and the Masterworks List assets.

2. **Financing**: The purchaser's obligation to consummate the transaction should not be contingent upon obtaining financing.

   If your proposal includes financing, please clearly explain how you will finance the transaction. If financing is provided by external sources, your Indication of Interest should identify the financing sources and should not be subject to conditions more extensive than those otherwise identified in your Indication of Interest. Any equity commitment letters should be provided by an entity with sufficient capital commitments to cover the equity commitment. Please specify the names and financial resources of any equity financing sources that will be involved on your behalf, so that Houlihan Lokey can verify financing capability.

3. **Additional Diligence**: We encourage direct dialogue with Houlihan Lokey to provide you with a deeper understanding of the DIA, its collection, the context of the transaction and unique future opportunities.

4. **Description**: The Indication of Interest should include a description of the acquiring entity, including its participants and affiliates.

5. **Contacts**: Please name your primary transaction contact and the contact's telephone number, mobile phone number and email address. Also, please provide a list of the names of other members of your acquisition team, including any outside advisors you have engaged or plan to engage to assist in this transaction.

**Interested Party Protections**

It is contemplated that the creditors will provide various Indication of Interest protections for the winning party consistent with customary and accepted bankruptcy court asset sale procedures; however, such protections cannot be guaranteed. In conjunction with counsel, we are currently considering a motion for the assumption of the winning Indication of Interest that may contain, among other interested party protections, a break-up fee provision and various competitive Indication of Interest procedures that could apply in the event the existing DIA Transaction is improved, or the Indication of Interest is otherwise subject to a competing or topping Indication of Interest. Any Indication of Interest protections and related documentation will be provided to interested parties sufficiently in advance of the April 4th Indication of Interest submission deadline to permit any necessary negotiation and/or refinement with the intent that such modifications can be concluded on or before the Indication of Interest deadline.

**Final Indication of Interest Recommendations and Instructions**

Interested parties are free (and are encouraged) to retain any relevant appraisal expertise they deem necessary and sufficient to support their Indication of Interest. While dissemination of these materials to any third party professionals interested parties deem necessary to support and advance an Indication of Interest is both permitted and encouraged, we request that interested partied identity such third party professionals to a member of the Houlihan Lokey deal team in advance of distributing these materials.

Additionally, any other relevant questions or requests for assistance should be directed to Houlihan Lokey so that we can assist interested parties in a timely manner.

Sincerely,

**Stephen J. Spencer**
Managing Director
(612) 338-2910
SSpencer@HL.com



# Investment Highlights

# Investment Highlights

### Historic Acquisition Opportunity

Never before has a de-accessioning involving such a large volume of major artwork potentially been made available to investors. Both the scope and quality of the DIA artwork being offered is unique in the history of the international museum community and unprecedented in the broader international art market. The DIA acquisition opportunity offers interested parties the potential to execute a historic transaction enabling them to instantly acquire definitive collections of artifacts in a range of historically significant art genres and mediums.

### World Renowned Artists

The DIA collection is populated with major works by many of the most important artists of the 18th, 19th and 20th centuries. These works range from singularly transcendent pieces from artists like Bruegel and Bernini to significant collections from globally recognizable and important artists such as Rembrandt, Cezanne, Degas and Picasso. The artists in the DIA collection are among the most instantly recognizable and important talents in the history of the Western art canon. The DIA collection also features significant works from the worlds of Eastern, Middle Eastern and African art.

### Extraordinary Scarcity Value

The major assets in the DIA collection are almost all part of important bodies of work from now deceased artists. The absence of any dilution threat from new contributions to the collections of these artists is one element driving the scarcity value of the objects in the DIA collection. Additionally, the DIA masterworks are all desirable as additions to the permanent collections of other globally prominent museums or art collectors. The conditions that have created the need for the DIA to explore monetization opportunities for these assets are highly unlikely to be experienced by another acquirer. As such, it is conceivable that once the DIA assets are sold, a comparable collection of assets may never again be available for acquisition.

### Muted Competitive Tension

The potential for a major DIA de-accessioning has elicited critical commentary from a vocal contingent of the international museum community. The Association of Art Museum Directors (the "AAMD") precludes members from de-accessioning or even pledging artwork for the benefit of museum creditors. The policy has been met with occasional criticism from AAMD members but is adhered to almost universally. Although violation of the AAMD policy should only negatively impact the DIA, there is fear among various museums and museum authorities, with whom we have been in contact, that even offering an indication of interest for DIA assets would be detrimental for any museum that did so. A counter-narrative has begun to emerge criticizing the AAMD for enforcement of a policy contrary to the interests of Detroit and its creditors. In the case of the City's pensioners, the argument is quite literally a prioritization of art over food. Furthermore, punitive impairment of the City's financial creditors (bondholders) in favor of art sets a negative capital markets precedent that will increase borrowing costs for Detroit and other municipalities across the nation. Such radical empowerment of the AAMD, an entity that isn't even a party to the City's bankruptcy proceeding, is increasingly being questioned as inappropriate. Still, adherence to AAMD policies is important to the extent that it may chill or completely

HOULIHAN LOKEY

cut off expressions of interest from other museums which might otherwise be a major source of competitive valuation tension inuring to the benefit of the City and its creditors.

## Potential Bulk Purchase Discount

The unprecedented volume of museum quality artwork being offered presents an opportunity for buyers to capture a potentially significant bulk purchase discount for those interested parties not wishing to buy and hold. The DIA collection has numerous works that are on par with or even more significant than items that have recently set valuation records in the art auction or private sale spheres. As highlighted below, the highest art auction valuations have exceeded $100 million and the highest value private sale was in excess of $250 million. Notably the DIA collection contains multiple works of many of the artists from the list below.

| Recent Sale Prices for Comparable Masterworks (2010 - 2013) | | | | | |
|---|---|---|---|---|---|
| Painting | Artist | Date Sold | Seller | Buyer | Amount ($mm) |
| Silver Car Crash (Double Disaster) | Andy Warhol | November 2013 | NA | NA | $105.4 |
| Three Studies of Lucian Freud | Francis Bacon | November 2013 | NA | Elaine Wynn | 142.4 |
| Anna's Light | Barnett Newman | October 2013 | DIC Corp. | NA | 105.7 |
| Le Rêve | Pablo Picasso | March 2013 | Steve Wynn | Steven Cohen | 155.0 |
| No 1 (Royal Red and Blue) | Mark Rothko | November 2012 | John and Anne Marion | NA | 75.1 |
| Orange, Red, Yellow | Mark Rothko | May 2012 | Estate of David Pincus | NA | 86.9 |
| The Scream | Edvard Munch | May 2012 | Petter Olsen | Leon Black | 119.9 |
| Diana and Callisto | Titian | March 2012 | Duke of Sutherland | National Gallery, London | 71.7 |
| 1949-A-No. 1 | Clyfford Still | November 2011 | City and County of Denver | NA | 61.7 |
| Darmstadt Madonna | Hans Holbein | July 2011 | Donatus, Prince of Hesse | Reinhold Würth | 75.0 |
| Zhichuan Resettlement | Wang Meng | June 2011 | NA | NA | 62.1 |
| The Card Players | Paul Cézanne | April 2011 | George Embiricos | State of Qatar | 259.0 |
| Men in Her Life | Andy Warhol | November 2010 | Jose Mugrabi | NA | 63.4 |
| Nude Sitting on a Divan | Amedeo Modigliani | November 2010 | Halit Cıngıllıoğlu | NA | 69.0 |
| Nude, Green Leaves and Bust | Pablo Picasso | May 2010 | Estate of Frances Lasker Brody | NA | 106.5 |
| Flag | Jasper Johns | March 2010 | Jean-Christophe Castelli | Steven Cohen | 110.0 |
| Source: Publicly available information | | | | | |

While the absolute value maximizing approach for the DIA collection may be to develop a comprehensive strategy to monetize individual paintings or portions of the DIA collection in auctions or private sales over a time horizon to be determined, this approach may be difficult for the City or the creditors to execute in bankruptcy. The exigencies of Detroit's bankruptcy, including the City's expressed desire to exit Chapter 9 before the lapse of the Emergency Manager's term, work against developing an execution strategy to be carried out over a longer time horizon. Consequently there is an opportunity for a savvy investor to capture a potentially meaningful bulk sale discount on an exceptional collection of art that can be monetized in a more strategic fashion post acquisition.

## Developing Asset Class with Strong Appreciation Potential

In recent years art has moved far closer to mainstream status for a segment of the investing world. In an age of hyper-monetarism, art has proven to have solid inflation hedge characteristics stemming from the finite scarcity value inherent in the extant portfolios of the world's leading artists. Additionally, art as an asset class has shown attractive intermediate- and longer-term return profiles bolstered by the rapidly increasing presence of personal wealth in developing nations and an expanding global interest in fine art as evidenced by the birth of new world class art museums in Seoul,

Doha and Abu Dhabi. According to Skate's Art Market Research, the threshold price for the top 5,000 art sales (one measure of market appreciation) has increased at a 13.2% compounded annual growth rate since 2011, and overall market liquidity, as measured by the dollar volume of the top 5,000 sales, has made impressive gains.

| Skate's Top 5000[1] Three-Year Market Appreciation Profile | | | | | | |
|---|---|---|---|---|---|---|
| | 2013 | 1H 2013 | 2012 | 1H 2012 | 2011 | 1H 2011 |
| Total Value ($mm) | $36,485 | $34,850 | $33,304 | $32,164 | $30,528 | $29,464 |
| Percentage of trades being repeat sales | 14.8% | 14.7% | 13.9% | 13.6% | 12.5% | 12.8% |
| Percentage of volume being repeat sales | 16.1% | 16.3% | 15.2% | 14.8% | 14.1% | 14.0% |
| Number of artists with more than one trade | 360 | 356 | 359 | 361 | 361 | 365 |
| Number of artists with five or more trades | 164 | 162 | 169 | 167 | 174 | 175 |
| Threshold Price ($mm) | $2.61 | $2.49 | $2.35 | $2.26 | $2.14 | $2.04 |

Source: Skate's Art Market Research Annual Art Investment Report

### Indication of Interest Financing

Based on the expected preliminary valuation ranges of the priceless masterworks contained in the DIA collection, we believe there are a host of available funding sources for appropriately leveraged purchase strategies. While leveraged Indications of Interests will be accepted, the probability of close (including ability to meet all financing conditions to satisfy closing) will be a vital factor in determining which Indication of Interest is ultimately selected. Given the growing stability and general attractiveness of art as an asset class, we believe asset based funding for a large art purchase has expanded beyond a niche category of experienced art underwriters and guarantors to encompass a broader range of alternative asset managers and investors.

### Stalking Horse Indication of Interest Protections

As previously indicated, it is contemplated that creditors will work to provide various Indication of Interest protections for the winning party consistent with customary and accepted bankruptcy court asset sale procedures; however, such protections cannot be guaranteed.

---

(1) Skate's Top 5000 measures the 5,000 most valuable artworks sold at public auctions worldwide since 1985

HOULIHAN LOKEY



# Collection Summary

# Collection Summary

In addition to the 2,700 piece Christie's Assets collection, interested parties are hereby being offered the opportunity to provide an Indication of Interest towards and purchase an additional 327 masterworks from the DIA's 66,000 piece permanent collection. The following pages provide a summary detail of the masterworks being offered to assist interested parties in their evaluation of the Masterworks List.

# Collection Summary

**Composition of DIA Masterworks List by Major Category**



| Composition of DIA Masterworks List by Major Category | |
|---|---|
| Category | Number of Works |
| American | 61 |
| European | 133 |
| European Sculpture & Decorative Arts | 34 |
| Modern & Contemporary | 30 |
| African American | 22 |
| African, Oceanic & Indigenous American | 23 |
| Ancient Western Antiquities | 4 |
| Asian & Islamic | 20 |
| Total | 327 |

HOULIHAN LOKEY

# Collection Summary

**Composition of DIA Masterworks List by Acquisition Credit**



| Composition of DIA Masterworks List by Acquisition Credit | |
|---|---|
| Credit | Number of Works |
| Gift | 143 |
| Founders Society Purchase | 124 |
| Bequest | 47 |
| Museum Purchase | 11 |
| Other | 2 |
| **Total** | **327** |

15

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 77 of 321

# Collection Summary

**Composition of DIA Masterworks List by Artist**

| Notable Artists in DIA Masterworks List | |
|---|---|
| **Artist** | **Number of Works** |
| Edgar Degas | 14 |
| Pablo Picasso | 9 |
| Paul Cézanne | 7 |
| Henri Matisse | 7 |
| Auguste Rodin | 7 |
| James Abbott McNeill Whistler | 6 |
| Pierre Auguste Renoir | 6 |
| Peter Paul Rubens | 5 |
| Jean Baptiste Carpeaux | 5 |
| Diego Rivera | 4 |
| Jacob van Ruisdael | 4 |
| Claes Oldenburg | 4 |
| Robert S. Duncanson | 4 |
| George Caleb Bingham | 3 |
| Vincent Van Gogh | 3 |
| Mary Cassatt | 3 |
| John Singer Sargent | 3 |
| Giovanni Lorenzo Bernini | 3 |
| Frederic Edwin Church | 2 |
| Paul Gauguin | 2 |
| Titian | 2 |
| Mark Rothko | 1 |
| Andy Warhol | 1 |
| Francis Bacon | 1 |
| Barnett Newman | 1 |
| Joan Mitchell | 1 |
| All Other[1] | 219 |
| **Total** | **327** |

---

(1) Among the "other" artists, the DIA Masterworks List contains 60 sketches by Rembrandt. Although these works are historically significant, they may not rise to the level of works of some of the other artists specifically identified. So as not to mislead potential interested parties, we have not separately identified Rembrandt as having 60 works



# Masterworks Catalogue[1]



# Masterworks Catalogue
## American Art

## *A Day in June*
### George Wesley Bellows

| | |
|---|---|
| Date | 1913 |
| Date Acquired | 1917 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 36 1/2 x 48 in. (92.7 x 121.9 cm) Framed: 43 3/4 x 56 1/16 x 3 3/8 in. |
| Credit | Detroit Museum of Art Purchase, Lizzie Merrill Palmer Fund |

http://www.dia.org/user_area/comping/17.17-S1.jpg

## *A Stag at Sharkey's*
### George Wesley Bellows

| | |
|---|---|
| Date | 1917 |
| Date Acquired | 1959 |
| Department | Prints, Drawings & Photographs |
| Medium | Lithograph printed in black ink on wove paper |
| Dimensions | Image: 18 5/8 x 23 7/8 in. (47.2 x 60.6 cm) Sheet: 22 x 27 3/8 in. (55.8 x 69.5 cm) |
| Credit | Gift of Mrs. H. G. Salsinger in memory of her husband |

http://www.dia.org/user_area/comping/59.185-D1.jpg

## *John Quincy Adams*
### George Caleb Bingham

| | |
|---|---|
| Date | 1850 |
| Date Acquired | 1953 |
| Department | American Art before 1950 |
| Medium | Oil on wood panel |
| Dimensions | 10 x 7 7/8 in. (25.4 x 20.0 cm) Framed: 15 x 13 1/8 x 3 1/2 in. |
| Credit | Gift of Mrs. Walter O. Briggs |

http://www.dia.org/user_area/comping/53.153.jpg

## *The Checker Players*
### George Caleb Bingham

| | |
|---|---|
| Date | 1850 |
| Date Acquired | 1952 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 25 x 30 in. (63.5 x 76.2 cm) Framed: 30 1/2 x 35 9/16 x 2 3/4 in. |
| Credit | Gift of Dexter M. Ferry, Jr. |

http://www.dia.org/user_area/comping/52.27-S1.jpg

## The Trappers' Return
### George Caleb Bingham

| | |
|---|---|
| Date | 1851 |
| Date Acquired | 1950 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 26 1/4 x 36 1/4 in. (66.7 x 92.1 cm) Framed: 31 1/4 x 41 1/16 x 2 3/4 in. |
| Credit | Gift of Dexter M. Ferry, Jr. |

http://www.dia.org/user_area/comping/50.138.jpg

## Chest on Chest
### Nathan Bowen

| | |
|---|---|
| Date | 1774 |
| Date Acquired | 1948 |
| Department | American Art before 1950 |
| Medium | Mahogany, white pine and brass |
| Dimensions | 90 1/2 x 45 1/2 x 23 1/2 in. (229.9 x 115.6 x 59.7 cm) |
| Credit | Founders Society Purchase, Gibbs-Williams Fund |

http://www.dia.org/user_area/comping/48.274-S1.jpg

## Filatrice
### Henry Kirke Brown

| | |
|---|---|
| Date | 1850 |
| Date Acquired | 1989 |
| Department | American Art before 1950 |
| Medium | Bronze |
| Dimensions | 20 x 12 x 7 in. (50.8 x 30.5 x 17.8 cm) |
| Credit | Founders Society Purchase, Eleanor and Edsel Ford Exhibition and Acquisition Fund |

http://www.dia.org/user_area/comping/1989.76.A.jpg

## Alexander J. Cassatt
### Mary Cassatt

| | |
|---|---|
| Date | 1880 |
| Date Acquired | 1986 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 25 3/4 x 36 3/8 in. (65.4 x 92.4 cm) Framed: 35 1/8 x 45 3/4 x 2 1/4 in. |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/1986.60-S2.jpg

## In the Garden
### Mary Cassatt

| | |
|---|---|
| Date | 1903/1904 |
| Date Acquired | 1922 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 26 3/4 x 32 1/2 in. (68 x 82.6 cm) Framed: 35 3/4 x 41 7/8 x 3 in. (90.8 x 106.7 x 7.6 cm) |
| Credit | Gift of Dr. Ernest G. Stillman |

http://www.dia.org/user_area/comping/22.6-S1.jpg


## Women Admiring a Child
### Mary Cassatt

| | |
|---|---|
| Date | 1897 |
| Date Acquired | 1908 |
| Department | American Art before 1950 |
| Medium | Pastel |
| Dimensions | 26 x 32 in. (66.0 x 81.3 cm) Framed: 31 7/8 x 38 1/4 x 2 1/4 in. |
| Credit | Gift of Edward Chandler Walker |

http://www.dia.org/user_area/comping/08.8-S1.jpg


## Drive Wheels
### Charles Sheeler

| | |
|---|---|
| Date | 1939 |
| Date Acquired | 1983 |
| Department | NA |
| Medium | Photography |
| Dimensions | NA |
| Credit | Founders Society Purchase, John S. Newberry Fund and J. Lawrence Buell, Jr. Fund |

http://www.dia.org/exhibitions/sheeler/images/wheels_lg.gif


## Cotopaxi
### Frederic Edwin Church

| | |
|---|---|
| Date | 1862 |
| Date Acquired | 1976 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 48 x 85 in. (121.9 x 215.9 cm) Framed: 66 5/8 x 103 x 6 1/4 in. |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund, Gibbs-Williams Fund, Dexter M. Ferry Jr. Fund, Merrill Fund, Beatrice W. Rogers Fund, and Richard A. Manoogian Fund |

http://www.dia.org/user_area/comping/76.89.jpg

## *Syria by the Sea*
### Frederic Edwin Church

| | |
|---|---|
| Date | 1873 |
| Date Acquired | 1910 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 56 x 85 in. (142.2 x 215.9 cm) Framed: 80 x 108 x 5 1/2 in. |
| Credit | Gift of Mrs. James F. Joy |

http://www.dia.org/user_area/comping/10.11-S1.jpg

## *Colonel George Lewis*
### John Singleton Copley

| | |
|---|---|
| Date | 1794 |
| Date Acquired | 1970 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 30 1/8 x 25 in. (76.5 x 63.5 cm) Framed: 37 9/16 x 32 9/16 x 2 3/4 in. (95.41 x 82.71 x 6.99 cm) |
| Credit | Founders Society Purchase with funds from Mr. and Mrs. Richard A. Manoogian |

http://www.dia.org/user_area/comping/70.560.A-S1.jpg

## *Colonel John Montresor*
### John Singleton Copley

| | |
|---|---|
| Date | 1771 |
| Date Acquired | 1941 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 30 x 25 in. (76.2 x 63.5 cm) Framed: 38 x 33 x 3 1/2 in. |
| Credit | Founders Society Purchase, Gibbs-Williams Fund |

http://www.dia.org/user_area/comping/41.37-S1.jpg

## *Elizabeth Pitts*
### John Singleton Copley

| | |
|---|---|
| Date | 1764 |
| Date Acquired | 1958 |
| Department | American Art before 1950 |
| Medium | Pastel on paper, mounted on wood panel |
| Dimensions | 23 3/4 x 17 7/8 in. (60.3 x 45.4 cm) Framed: 30 1/2 x 24 1/4 x 3 in. |
| Credit | Founders Society Purchase, Gibbs-Williams Fund |

http://www.dia.org/user_area/comping/58.359.jpg

## *George Boone Roupell*
### John Singleton Copley

| | |
|---|---|
| Date | 1779/1780 |
| Date Acquired | 1983 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 84 1/16 x 54 in. (213 x 137 cm) Framed: 96 x 66 1/2 x 5 7/8 in. (243.84 x 168.91 x 14.92 cm) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/1983.23-S1.jpg

## *Hannah Loring*
### John Singleton Copley

| | |
|---|---|
| Date | 1763 |
| Date Acquired | 1970 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 49 3/4 x 39 1/4 in. (126.4 x 99.7 cm) Framed: 58 1/4 x 49 1/4 x 4 in. |
| Credit | Gift of Mrs. Edsel B. Ford in memory of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.900.jpg

## *Head of a Negro*
### John Singleton Copley

| | |
|---|---|
| Date | 1777/1778 |
| Date Acquired | 1952 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 21 x 16 1/4 in. (53.3 x 41.3 cm) Framed: 27 3/4 x 23 3/4 x 2 1/2 in. (70.5 x 60.3 x 6.4 cm) |
| Credit | Founders Society Purchase, Gibbs-Williams Fund |

http://www.dia.org/user_area/comping/52.118-S1.jpg

## *John Gray*
### John Singleton Copley

| | |
|---|---|
| Date | 1766 |
| Date Acquired | 1943 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 49 3/8 x 39 1/4 in. (125.6 x 99.9 cm) Framed: 56 3/8 x 46 3/8 x 3 1/4 in. |
| Credit | Founders Society Purchase, Gibbs-Williams Fund |

http://www.dia.org/user_area/comping/43.30-S1.jpg

### *Jonathan Mountfort*
**John Singleton Copley**

| | |
|---|---|
| Date | 1753 |
| Date Acquired | 1958 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 29 1/4 x 24 1/2 in. (74.3 x 62.2 cm) Framed: 37 1/2 x 32 5/8 x 2 5/16 in. (95.25 x 82.87 x 5.87 cm) |
| Credit | Founders Society Purchase, Gibbs-Williams Fund |

http://www.dia.org/user_area/comping/58.360-S1.jpg


### *Mrs. Benjamin Hallowell*
**John Singleton Copley**

| | |
|---|---|
| Date | 1766/1767 |
| Date Acquired | 1971 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 47 x 37 1/2 in. (119.4 x 95.3 cm) Framed: 57 5/8 x 48 x 3 in. |
| Credit | Founders Society Purchase, Gibbs-Williams Fund, Dexter M. Ferry Jr. Fund, Robert H. Tannahill Foundation Fund and Beatrice W. Rogers Fund |

http://www.dia.org/user_area/comping/71.168.jpg


### *Mrs. Clark Gayton*
**John Singleton Copley**

| | |
|---|---|
| Date | 1779 |
| Date Acquired | 1927 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 50 x 40 in. (127 x 101.6 cm) Framed: 58 5/8 x 48 3/4 x 3 7/8 in. |
| Credit | Gift of Mr. D. J. Healy |

http://www.dia.org/user_area/comping/27.556-S1.jpg


### *Watson and the Shark*
**John Singleton Copley**

| | |
|---|---|
| Date | 1782 |
| Date Acquired | 1946 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 36 x 30 1/2 in. (91.4 x 77.5 cm) Framed: 45 3/16 x 39 x 2 1/2 in. |
| Credit | Founders Society Purchase, Dexter M. Ferry, Jr. Fund |

http://www.dia.org/user_area/comping/46.310-D1.jpg

## *Still Life With Apples and Bananas*
### Charles Demuth

| | |
|---|---|
| Date | 1925 |
| Date Acquired | NA |
| Department | American Art before 1950 |
| Medium | Watercolor and graphite pencil on wove paper |
| Dimensions | 58.4 x 74.3 cm |
| Credit | Bequest of Robert H. Tannahill |

http://images.cdn.bridgemanart.com/api/1.0/image/600wm.DTR.2753410.7055475/140393.jpg


## *Three Female Nudes*
### Thomas Eakins

| | |
|---|---|
| Date | 1883 |
| Date Acquired | NA |
| Department | NA |
| Medium | Black and white photograph |
| Dimensions | NA |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://images.cdn.bridgemanart.com/api/1.0/image/600wm.DTR.4184420.7055475/241635.jpg


## *Tall Case Clock*
### Thomas Harland

| | |
|---|---|
| Date | 1775/1788 |
| Date Acquired | 1959 |
| Department | American Art before 1950 |
| Medium | Mahogany, pine, ivory, glass and brass |
| Dimensions | 87.0 x 20.75 x 11.0 in. (221.0 x 52.7 x 27.9 cm) |
| Credit | Gift of Mrs. Alger Shelden, Mrs. Susan Kjellberg, Mrs. Lyman White, Alexander Muir Duffield and Mrs. Oliver Pendar in memory of Helen Pitts Parker |

http://www.dia.org/user_area/comping/59.149.jpg


## *Log Jam, Penobscot Bay*
### Marsden Hartley

| | |
|---|---|
| Date | 1940-1941 |
| Date Acquired | 1944 |
| Department | American Art before 1950 |
| Medium | Oil on masonite |
| Dimensions | Masonite panel: 30 x 40 7/8 in. (76.4 x 104.0 cm) Framed: 37 3/4 x 47 3/4 x 2 1/4 in. (95.89 x 121.29 x 5.72 cm) |
| Credit | Gift of Robert H. Tannahill |

http://www.dia.org/user_area/comping/44.5-S1.jpg

## *At the Front*
### George Cochran Lambdin

| | |
|---|---|
| Date | 1866 |
| Date Acquired | 1959 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 18 1/4 x 24 in. (46.4 x 61.0 cm) Framed: 28 1/2 x 34 5/8 x 3 7/8 in. |
| Credit | Founders Society Purchase, Director's Discretionary Fund |

http://www.dia.org/user_area/comping/59.314-S1.jpg

## *Roses on a Wall*
### George Cochran Lambdin

| | |
|---|---|
| Date | 1877 |
| Date Acquired | 2001 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 20 3/8 x 16 1/8 x 1 in. (51.8 x 41.0 x 2.5 cm) Framed: 32 x 28 1/2 x 13 3/4 in. (81.3 x 72.4 x 34.9) |
| Credit | Founders Society Purchase, Beatrice W. Rogers Fund |

http://www.dia.org/user_area/comping/2001.70-D1.jpg

## *The Piper*
### Hughie Lee-Smith

| | |
|---|---|
| Date | 1953 |
| Date Acquired | NA |
| Department | American Art before 1950 |
| Medium | Oil on board |
| Dimensions | 55.9 x 89.5 cm |
| Credit | Gift of Mr. & Mrs. Stanley J. Winkelman |

http://images.cdn.bridgemanart.com/api/1.0/image/600wm.DTR.8453410.7055475/140369.jpg

## *James Peale*
### Charles Willson Peale

| | |
|---|---|
| Date | 1822 |
| Date Acquired | 1950 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 24 1/2 x 36 in. (62.2 x 91.4 cm) Framed: 35 1/8 x 43 7/8 x 4 in |
| Credit | Founders Society Purchase with funds from Dexter M. Ferry, Jr. |

http://www.dia.org/user_area/comping/50.58-D1.jpg

## *Self Portrait*
### Rembrandt Peale

| | |
|---|---|
| Date | 1828 |
| Date Acquired | 1945 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 19 x 14 1/2 in. (48.3 x 36.8 cm) Framed: 25 5/16 x 20 9/16 x 3 1/2 in. |
| Credit | Founders Society Purchase, Dexter M. Ferry, Jr. Fund |

http://www.dia.org/user_area/comping/45.469-S1.jpg

## *Pair of Lyre Back Chairs*
### Duncan Phyfe

| | |
|---|---|
| Date | 1810/1815 |
| Date Acquired | 2005 |
| Department | American Art before 1950 |
| Medium | Mahogany |
| Dimensions | 32 7/8 x 18 5/8 x 21 1/2 in. (83.5 x 47.3 x 55 cm) |
| Credit | Museum Purchase, Gibbs-Williams Fund |

http://www.dia.org/user_area/comping/2005.1.1-D1.jpg

## *Creamer*
### Paul Revere II

| | |
|---|---|
| Date | 1780 |
| Date Acquired | 1935 |
| Department | American Art before 1950 |
| Medium | Silver |
| Dimensions | 6 9/16 x 2 7/16 x 4 11/16 in. (16.66 x 6.20 x 11.91 cm) |
| Credit | Founders Society Purchase, Gibbs-Williams Fund |

http://www.dia.org/user_area/comping/35.41-d1.jpg

## *Sugar Basket*
### Paul Revere II

| | |
|---|---|
| Date | 1780 |
| Date Acquired | 1935 |
| Department | American Art before 1950 |
| Medium | Silver |
| Dimensions | 7 3/4 x 6 3/4 x 4 13/16 in. (19.70 x 17.15 x 12.22 cm) |
| Credit | Founders Society Purchase, Gibbs-Williams Fund |

http://www.dia.org/user_area/comping/35.40-d1.jpg

### *Teapot*
**Paul Revere II**

Date                1790/1795
Date Acquired       NA
Department          American Art before 1950
Medium              Silver and ebony
Dimensions          NA
Credit              NA
http://www.theartnewspaper.com/imgart/detroit-revere-teapot.jpg

### *Edsel B. Ford*
**Diego M. Rivera**

Date                1932
Date Acquired       1977
Department          American Art before 1950
Medium              Oil on canvas, mounted in masonite
Dimensions          38 1/2 x 49 1/4 in. (97.8 x 125.1 cm) Framed: 39 1/2 x 49 7/8 in.
Credit              Bequest of Eleanor Clay Ford
http://www.dia.org/user_area/comping/77.5.jpg

### *Robert H. Tannahill*
**Diego M. Rivera**

Date                1932
Date Acquired       1970
Department          American Art before 1950
Medium              Oil on canvas
Dimensions          34 3/4 x 27 1/2 in. (88.3 x 69.8 cm) Framed: 36 1/2 x 29 3/8 x 1 7/8 in. (92.7 x
                    74.6 x 5 cm)
Credit              Bequest of Robert H. Tannahill
http://www.dia.org/user_area/comping/70.187.jpg

### *Robert Tannahill*
**Diego M. Rivera**

Date                1932
Date Acquired       1970
Department          American Art before 1950
Medium              Oil on canvas
Dimensions          Canvas: 34 7/8 x 27 1/2 in. (88.6 x 69.8 cm) Framed: 39 7/16 x 31 15/16 x 2 1/16
                    in. (101.0 x 79.5 x 5.2 cm)
Credit              Bequest of Robert H. Tannahill
http://www.dia.org/user_area/comping/70.188.jpg

### *The Meal*
### Diego M. Rivera

| | |
|---|---|
| Date | 20th Century |
| Date Acquired | 1974 |
| Department | American Art before 1950 |
| Medium | Oil and graphite pencil on canvas |
| Dimensions | 78 x 63 1/8 in. (198.1 x 160.3 cm) |
| Credit | Collection of the Detroit Institute of Arts |

http://www.dia.org/user_area/comping/F74.36-D1.jpg


### *Judith Gautier*
### John Singer Sargent

| | |
|---|---|
| Date | 1885 |
| Date Acquired | 1954 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 39 x 24 1/2 in. (99.1 x 62.2 cm) Framed: 46 1/4 x 32 5/16 x 3 5/8 in. (117.48 x 82.07 x 9.21 cm) |
| Credit | Gift of Mr. and Mrs. Ernest Kanzler |

http://www.dia.org/user_area/comping/54.100-S1.jpg


### *Madame Paul Poirson*
### John Singer Sargent

| | |
|---|---|
| Date | 1885 |
| Date Acquired | 1973 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 60 x 34 in. (152.4 x 86.4 cm) Framed: 78 x 52 x 4 1/8 in. |
| Credit | Founders Society Purchase with funds from Mr. and Mrs. Richard A. Manoogian, the Beatrice Rogers Fund, Gibbs-Williams Fund and Ralph Harman Booth Bequest Fund |

http://www.dia.org/user_area/comping/73.41.jpg


### *Mosquito Nets*
### John Singer Sargent

| | |
|---|---|
| Date | 1908 |
| Date Acquired | 1993 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 22 1/2 x 28 1/4 in. (57.2 x 71.8 cm) Framed: 36 1/4 x 42 1/8 x 2 5/8 in. |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund, General Membership Fund, Gibbs-Williams Fund, Laura H. Murphy Fund, Dexter M. Ferry Jr. Fund and funds from various other sources |

http://www.dia.org/user_area/comping/1993.18.jpg

## *Cabalistic Painting*
### Julian Schnabel

| | |
|---|---|
| Date | 1983 |
| Date Acquired | NA |
| Department | NA |
| Medium | Oil on velvet |
| Dimensions | 108 x 84 in. (274.3 x 213.3 cm) |
| Credit | Founders Society Purchase, W. Hawkins Ferry Fund |

http://images.cdn.bridgemanart.com/api/1.0/image/600wm.DTR.2587110.7055475/114673.jpg

## *Connoisseurs of Prints*
### John Sloan

| | |
|---|---|
| Date | 1905 |
| Date Acquired | 1964 |
| Department | American Art before 1950 |
| Medium | Etching printed in black on wove paper |
| Dimensions | Plate: 5 x 7 in. (12.7 x 17.7 cm) Sheet: 9 3/4 x 11 7/8 in. (24.7 x 30.1 cm) |
| Credit | Gift of Bernard F. Walker |

http://www.dia.org/user_area/comping/64.285-d1.jpg

## *McSorley's Bar*
### John Sloan

| | |
|---|---|
| Date | 1912 |
| Date Acquired | 1924 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 26 x 32 in. (66.0 x 81.3 cm) Framed: 32 7/8 x 39 1/4 x 3 in. |
| Credit | Founders Society Purchase, General Membership Fund |

http://www.dia.org/user_area/comping/24.2-D2.jpg

## *Night Windows*
### John Sloan

| | |
|---|---|
| Date | 1910 |
| Date Acquired | 1964 |
| Department | American Art before 1950 |
| Medium | Etching printed in black on wove paper |
| Dimensions | Plate: 5 3/8 x 7 in. (13.6 x 17.7 cm) Sheet: 9 x 12 1/2 in. (22.8 x 31.7 cm) |
| Credit | Gift of Bernard F. Walker |

http://www.dia.org/user_area/comping/64.295.jpg

## *Prone Nude*
**John Sloan**

| | |
|---|---|
| Date | 1913 |
| Date Acquired | 1964 |
| Department | American Art before 1950 |
| Medium | Etching printed in black on wove paper |
| Dimensions | Plate: 3 1/4 x 6 1/2 in. (8.2 x 16.5 cm) Sheet: 7 5/8 x 12 1/2 in. (19.3 x 31.7 cm) |
| Credit | Gift of Bernard F. Walker |

http://www.dia.org/user_area/comping/64.304.jpg


## *The Woman's Page*
**John Sloan**

| | |
|---|---|
| Date | 1905 |
| Date Acquired | 1964 |
| Department | American Art before 1950 |
| Medium | Etching printed in black ink on wove paper |
| Dimensions | Plate: 5 x 6 7/8 in. (12.7 x 17.4 cm) Sheet: 9 1/2 x 12 3/8 in. (24.1 x 31.4 cm) |
| Credit | Gift of Bernard F. Walker |

http://www.dia.org/user_area/comping/64.279-d1.jpg


## *Wake of the Ferry, No. 1*
**John Sloan**

| | |
|---|---|
| Date | 1907 |
| Date Acquired | 1961 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 26 x 32 in. (66.0 x 81.3 cm) Framed: 31 7/8 x 37 7/8 x 3 1/8 in. |
| Credit | Gift of Miss Amelia Elizabeth White |

http://www.dia.org/user_area/comping/61.165-D1.jpg


## *Flower-form Vase*
**Louis Comfort Tiffany**

| | |
|---|---|
| Date | 1910 |
| Date Acquired | 1959 |
| Department | American Art before 1950 |
| Medium | Glass |
| Dimensions | 12 3/16 x 4 1/8 in. diam. (30.96 x 10.48 cm) |
| Credit | Gift of Marie Fedderkin |

http://www.dia.org/user_area/comping/59.289-D1.jpg

### *Jack-in-the-Pulpit Vase*
### Louis Comfort Tiffany

| | |
|---|---|
| Date | 1915 |
| Date Acquired | 1990 |
| Department | American Art before 1950 |
| Medium | Blue favrile and gold favrile |
| Dimensions | 20 x 11 1/8 in. Base: 5 in. (49.5 cm) |
| Credit | Founders Society Purchase, American Art General Fund and funds from Jerome M. and Patricia J. Shaw |

http://www.dia.org/user_area/comping/1990.295-S1.jpg


### *Death on the Pale Horse*
### Benjamin West

| | |
|---|---|
| Date | 1796 |
| Date Acquired | 1979 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 23 3/8 x 50 5/8 in. (59.5 x 128.5 cm) Framed: 36 1/2 x 63 1/8 x 3 1/8 in. |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/79.33.jpg


### *Arrangement in Gray: Portrait of the Painter*
### James Abbott McNeill Whistler

| | |
|---|---|
| Date | 1872 |
| Date Acquired | 1934 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 29 1/2 x 21 in. (74.9 x 53.3 cm) Framed: 39 1/2 x 31 9/16 x 2 1/4 in. |
| Credit | Bequest of Henry Glover Stevens in memory of Ellen P. Stevens and Mary M. Stevens |

http://www.dia.org/user_area/comping/34.27-S4.jpg


### *In the Studio*
### James Abbott McNeill Whistler

| | |
|---|---|
| Date | 1867-68 |
| Date Acquired | 1951 |
| Department | Prints, Drawings & Photographs |
| Medium | Watercolor, gouache, and black chalk on tan wove paper mounted to thick paper board |
| Dimensions | Sheet: 11 3/4 x 7 3/4 in. (29.8 x 19.7 cm) Frame: 19 1/4 x 15 1/4 x 1 1/2 in. (48.9 x 38.7 x 3.8 cm) |
| Credit | Founders Society Purchase, Merrill Fund |

http://www.dia.org/user_area/comping/51.223-d1.jpg



## *Nocturne in Black and Gold, The Falling Rocket*
### James Abbott McNeill Whistler

| | |
|---|---|
| Date | 1875 |
| Date Acquired | 1946 |
| Department | American Art before 1950 |
| Medium | Oil on panel |
| Dimensions | 23 3/4 x 18 3/8 in. (60.2 x 46.7 cm) Framed: 36 3/4 x 30 1/4 x 3 1/4 in. |
| Credit | Gift of Dexter M. Ferry, Jr. |

http://www.dia.org/user_area/comping/46.309-S2.jpg

## *Robert Barr*
### James Abbott McNeill Whistler

| | |
|---|---|
| Date | 1894/1895 |
| Date Acquired | 1920 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 15 1/2 x 12 3/4 in. (39.4 x 32.4 cm) Framed: 24 x 22 x 3 in. |
| Credit | Gift of the Witenagemote Club |

http://www.dia.org/user_area/comping/20.42.jpg

## *The Kitchen*
### James Abbott McNeill Whistler

| | |
|---|---|
| Date | 1858 |
| Date Acquired | 2004 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black ink on off white wove paper |
| Dimensions | Plate: 9 x 6 1/4 in. (22.8 x 15.8 cm) Sheet: 12 1/4 x 7 3/4 in. (31.1 x 19.7 cm) |
| Credit | Museum Purchase, with funds from Robert and Lisa Katzman |

http://www.dia.org/user_area/comping/2004.52.jpg

## *Violet and Blue: Among the Rollers*
### James Abbott McNeill Whistler

| | |
|---|---|
| Date | 1893 |
| Date Acquired | 2006 |
| Department | American Art before 1950 |
| Medium | Oil on canvas |
| Dimensions | 7 x 10 in. |
| Credit | Museum Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/2006.87-D1.jpg

## *Secretary*
**NA**

| | |
|---|---|
| Date | 1770/1785 |
| Date Acquired | 1966 |
| Department | American Art before 1950 |
| Medium | Mahogany, white pine, mirrors, gilt and brass |
| Dimensions | 102 1/2 x 42 1/2 x 24 in. (260.4 x 108.0 x 61.0 cm) |
| Credit | Founders Society Purchase, General Membership Fund, Robert H. Tannahill Foundation Fund, Gibbs-Williams Fund, and funds from Louis Hamburger |

http://www.dia.org/user_area/comping/66.131.jpg



# Masterworks Catalogue
## European Art

### *Interior of the Grote Kerk, Haarlem*
### Job Berckheyde

| | |
|---|---|
| Date | 1676 |
| Date Acquired | 1937 |
| Department | European Painting |
| Medium | Oil on Canvas |
| Dimensions | Canvas: 40 1/2 x 34 3/8 in. (102.87 x 87.3 cm) Framed: 53 5/8 x 46 5/8 x 3 in. (136.2 x 118.4 x 7.6 cm) |
| Credit | Gift of N. Katz |

http://www.dia.org/user_area/comping/37.73-S1.jpg

### *The Adoration of the Magi*
### Leonaert Bramer

| | |
|---|---|
| Date | 1633/1635 |
| Date Acquired | 1993 |
| Department | European Painting |
| Medium | Oil on oak panel |
| Dimensions | 16 1/2 x 20 1/2 in. (41.9 x 52.1 cm) Framed: 23 5/8 x 27 3/4 x 1 1/2 |
| Credit | Founders Society Purchase, Joseph M. de Grimme Memorial Fund; and gifts from Mr. and Mrs. Edgar B. Whitcomb, Harriet Scripps, and Mr. and Mrs. Sol Eisenberg by exchange |

http://www.dia.org/user_area/comping/1993.19-S1.jpg

### *Martha and Mary Magdalene*
### Michelangelo Marisi da Caravaggio

| | |
|---|---|
| Date | 1598 |
| Date Acquired | 1973 |
| Department | European Painting |
| Medium | Oil and tempera on canvas |
| Dimensions | Framed: 51 x 64 3/4 x 3 3/4 in. (129.5 x 164.5 x 9.5 cm) 100 x 134.5 cm |
| Credit | Gift of the Kresge Foundation and Mrs. Edsel B. Ford |

http://www.dia.org/user_area/comping/73.268-d1.jpg

### *Bathers*
### Paul Cezanne

| | |
|---|---|
| Date | 1880 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 13 5/8 x 15 in. (34.6 x 38.1 cm) Framed: 22 5/8 x 24 1/4 x 3 11/16 in. (57.47 x 61.60 x 9.37 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.162.jpg

## *Head of a Man*
### Paul Cezanne

| | |
|---|---|
| Date | 1865 |
| Date Acquired | 1972 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 16 3/4 x 13 1/8 in. (42.5 x 33.3 cm) Framed: 27 3/4 x 24 5/8 x 2 5/8 (70.5 x 62.5 x 6.7 cm) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/72.465-D1.jpg

## *Madame Cezanne*
### Paul Cezanne

| | |
|---|---|
| Date | 1886 |
| Date Acquired | 1970 |
| Department | European Paintings |
| Medium | Oil on canvas |
| Dimensions | 39 5/8 x 32 in. (100.6 x 81.3 cm) Framed: 49 3/8 x 41 1/2 x 4 5/8 in. (126.4 x 104.8 x 11.7 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.160.jpg

## *Mont Sainte-Victoire*
### Paul Cezanne

| | |
|---|---|
| Date | 1904/1906 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 21 7/8 x 18 1/8 in. (55.6 x 46.0 cm) Framed: 28 1/2 x 24 3/4 x 2 3/4 in. (72.4 x 62.9 x 7.0 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.161.jpg

## *Skull and Book*
### Paul Cezanne

| | |
|---|---|
| Date | 1885 |
| Date Acquired | 1965 |
| Department | Prints, Drawings & Photographs |
| Medium | Watercolor over black chalk on laid paper |
| Dimensions | Sheet: 9 1/4 x 12 3/16 in. (23.5 x 31 cm) Framed: 18 3/8 x 24 3/8 x 1 5/16 in. |
| Credit | Bequest of John S. Newberry |

http://www.dia.org/user_area/comping/65.139-S1.jpg

## *Slave*
### Paul Cezanne

| | |
|---|---|
| Date | NA |
| Date Acquired | 1965 |
| Department | Prints, Drawings & Photographs |
| Medium | Graphite pencil on dark cream laid paper |
| Dimensions | Sheet: 17 3/4 x 11 1/2 in. (45.1 x 29.2 cm) Frame: 27 1/2 x 21 x 1 1/2 in. (69.9 x 53.3 x 3.8 cm) |
| Credit | Bequest of John S. Newberry |

http://www.dia.org/user_area/comping/65.140.jpg

## *The Three Skulls*
### Paul Cezanne

| | |
|---|---|
| Date | 1900 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | Overall: 13 3/4 x 24 in. (34.9 x 61 cm) Framed: 20 x 30 x 3 in. (50.8 x 76.2 x 7.6 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.163-S1.jpg

## *Still Life*
### Jean-Simeon Chardin

| | |
|---|---|
| Date | 1732 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on panel |
| Dimensions | 6 3/4 x 8 1/4 in. (17.1 x 20.96 cm) Framed: 11 1/2 x 13 x 2 ¼ in. |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.164.jpg

## *Ballet Dancer Adjusting her Costume*
### Edgar Degas

| | |
|---|---|
| Date | 1872/1873 |
| Date Acquired | 1965 |
| Department | Prints, Drawings & Photographs |
| Medium | Graphite pencil heightened with white on pink paper |
| Dimensions | Sheet: 16 9/16 x 10 5/8 in. (42.2 x 27.2 cm) |
| Credit | Bequest of John S. Newberry |

http://www.dia.org/user_area/comping/65.145-S1.jpg

### *Dancer Adjusting Her Slipper*
#### Edgar Degas

| | |
|---|---|
| Date | 1879 |
| Date Acquired | 1967 |
| Department | Prints, Drawings & Photographs |
| Medium | Charcoal on tan paper |
| Dimensions | Sheet: 11 7/8 x 8 7/8 in. (30.2 x 22.5 cm) Framed: 17 x 13 1/2 x 5/8 in. (43.2 x 34.3 x 1.6 cm) |
| Credit | Founders Society Purchase, Elizabeth, Allan and Warren Shelden Fund |

http://www.dia.org/user_area/comping/67.273.jpg

### *Dancers in Repose*
#### Edgar Degas

| | |
|---|---|
| Date | 1898 |
| Date Acquired | 1972 |
| Department | Prints, Drawings & Photographs |
| Medium | Pastel and charcoal on thin wove paper fully attached to a thin supporting sheet |
| Dimensions | Sight: 22 1/2 x 16 7/8 in. (57.1 x 42.8 cm) Mount: 26 1/2 x 20 3/4 in. (66.7 x 52.8 cm) Framed: 34 x 27 3/4 x 2 in. (86.4 x 70.5 x 5.1 cm) |
| Credit | Gift of Edward E. Rothman |

http://www.dia.org/user_area/comping/72.441.jpg

### *Horses in the Meadow*
#### Edgar Degas

| | |
|---|---|
| Date | 1891/1892 |
| Date Acquired | 1952 |
| Department | Prints, Drawings & Photographs |
| Medium | Softground etching, aquatint and drypoint printed in brown ink on laid paper |
| Dimensions | Plate: 5 1/8 x 5 3/4 in. (13.0 x 14.7 cm) Sheet: 7 7/8 x 10 1/8 in. (20.0 x 25.8 cm |
| Credit | Gift of John S. Newberry |

http://www.dia.org/user_area/comping/52.130.jpg

### *Jockeys on Horseback Before Distant Hills*
#### Edgar Degas

| | |
|---|---|
| Date | 1884 |
| Date Acquired | 1998 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 17 11/16 x 21 5/8 in. (44.9 x 54.9 cm) Framed: 25 1/2 x 30 x 3 in. (64.8 x 76.2 x 7.6 cm) |
| Credit | Gift of W. Warren and Virginia Shelden in memory of Mrs. Allan Shelden |

http://www.dia.org/user_area/comping/1998.65-S1.jpg

## *Mlle La La at the Circus Fernando*
### Edgar Degas

Date | 1879
Date Acquired | 1965
Department | Prints, Drawings & Photographs
Medium | Black crayon on brown wove paper
Dimensions | Sheet: 17 7/8 x 9 3/8 in. (45.4 x 23.8 cm) Framed: 24 3/8 x 18 3/8 x 1 3/8 in. (61.9 x 46.7 x 3.5 cm)
Credit | Bequest of John S. Newberry
http://www.dia.org/user_area/comping/65.148.jpg


## *Morning Ride*
### Edgar Degas

Date | 1866
Date Acquired | 1948
Department | European Painting
Medium | Oil on canvas
Dimensions | 33 1/2 x 25 1/2 in. (85.1 x 64.8 cm) Framed: 40 7/8 x 34 3/4 x 3 3/4 in. (111.1 x 94.0 x 7.6 cm)
Credit | Founders Society Purchase, Ralph Harman Booth Bequest Fund
http://www.dia.org/user_area/comping/48.279.jpg


## *Portrait of a Woman*
### Edgar Degas

Date | 1877
Date Acquired | 1921
Department | European Painting
Medium | Oil on canvas
Dimensions | 25 1/2 x 21 in. (64.77 x 53.34 cm) Framed: 34 x 30 1/4 x 2 7/8 in. (86.36 x 76.84 x 7.30 cm)
Credit | Gift of Ralph Harman Booth
http://www.dia.org/user_area/comping/21.8-S1.jpg


## *Seated Nude Woman Brushing Her Hair*
### Edgar Degas

Date | 1885/1908
Date Acquired | 2005
Department | Prints, Drawings & Photographs
Medium | Oil on canvas
Dimensions | Sheet: 19 x 24 1/4 in. (48.3 x 61.6 cm)
Credit | Gift of the Josephine F. Ford Estate
http://www.dia.org/user_area/comping/2005.63-d1.jpg

HOULIHAN LOKEY

### *Violinist and Young Woman*
**Edgar Degas**

| | |
|---|---|
| Date | 1871 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil and crayon on canvas |
| Dimensions | 18 1/4 x 22 in. (46.4 x 55.9 cm) Framed: 26 1/4 x 30 3/8 x 3 1/2 in. (66.7 x 77.2 x 8.9 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.167-S1.jpg


### *Woman with a Headband*
**Edgar Degas**

| | |
|---|---|
| Date | 1872/1873 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 13 x 9 3/4 in. (33.0 x 24.8 cm) Framed: 21 3/4 x 18 1/2 x 2 5/8 in. (55.25 x 46.99 x 6.67 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.168.jpg


### *Adam and Eve*
**Albrecht Durer**

| | |
|---|---|
| Date | 1504 |
| Date Acquired | 1976 |
| Department | Prints, Drawings & Photographs |
| Medium | Engraving printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 9 7/8 x 7 5/8 in. (25.1 x 19.3 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S382.jpg


### *The Nightmare*
**Henry Fuseli**

| | |
|---|---|
| Date | 1781 |
| Date Acquired | 1955 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 40 x 49 7/8 in. (101.6 x 126.7 cm) Framed: 47 5/8 x 58 x 3 1/2 in. (121.0 x 147.3 x 8.9 cm) |
| Credit | Founders Society Purchase with funds from Mr. and Mrs. Bert L. Smokler and Mr. and Mrs. Lawrence A. Fleischman |

http://www.dia.org/user_area/comping/55.5.A-D1.jpg

## *Self Portrait*
### Paul Gauguin

| | |
|---|---|
| Date | 1893 |
| Date Acquired | 1969 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 18 1/8 x 15 in. (46.2 x 38.1 cm) Framed: 25 x 21 3/4 x 1-7/16 in. (depth without the more recently added extension on the verso) Sight: 17-1/2 x 14 1/4 in. (79.7 x 70.5 x 7.6 cm) |
| Credit | Gift of Robert H. Tannahill |

http://www.dia.org/user_area/comping/69.306.jpg

## *Virgin and Child with Angels*
### Benozzo Gozzoli

| | |
|---|---|
| Date | 1460 |
| Date Acquired | 1977 |
| Department | European Painting |
| Medium | Gold leaf and tempera on wood panel |
| Dimensions | 25 3/4 x 19 7/8 in. (65.4 x 50.5 cm) Framed: 41 x 32 1/4 x 4 5/8 in. (104.1 x 81.9 x 11.8 cm) |
| Credit | Bequest of Eleanor Clay Ford |

http://www.dia.org/user_area/comping/77.2-S1.jpg

## *Assumption of the Virgin*
### Guercino (Giovanni Francesco Barbieri)

| | |
|---|---|
| Date | 1650 |
| Date Acquired | 1971 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 121 1/4 x 86 1/2 in. (308.0 x 219.7 cm) Framed: 133 1/2 x 99 1/4 x 4 in. (339.1 x 252.1 x 10.2 cm) weight 230 lbs |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund and Josephine and Ernest Kanzler Fund |

http://www.dia.org/user_area/comping/71.1.jpg

## *Elizabeth Rigby (Later Lady Eastlake)*
### David Hill and Robert Adamson

| | |
|---|---|
| Date | 1843/1847 |
| Date Acquired | 1981 |
| Department | Prints, Drawings & Photographs |
| Medium | Calotype |
| Dimensions | Image: 7 7/8 x 5 1/2 in. (20.0 x 14.0 cm) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/F81.57-S1.jpg

### *A Woman*
**Hans Holbein the Younger**

| | |
|---|---|
| Date | 1532/1534 |
| Date Acquired | 1977 |
| Department | European Painting |
| Medium | Tempera and oil on oak panel |
| Dimensions | Framed: 15 5/8 x 13 5/8 x 1 1/2 in. (39.7 x 34.6 x 3.8 cm) 9 1/8 x 7 1/2 in. (23.2 x 19.1 cm) |
| Credit | Bequest of Eleanor Clay Ford |

http://www.dia.org/user_area/comping/77.81-S1.jpg

### *Mme. Cecile-Marie Tournouer nee Panckoucke*
**Jean-Auguste-Dominique Ingres**

| | |
|---|---|
| Date | 1856 |
| Date Acquired | 1964 |
| Department | Prints, Drawings & Photographs |
| Medium | Graphite pencil on cream wove paper |
| Dimensions | Sheet: 12 5/16 x 9 in. (31.3 x 22.9 cm) Framed: 24 x 20 3/8 x 1 in. (61 x 51.8 x 2.5 cm) |
| Credit | Founders Society Purchase, Anne McDonnell Ford Fund and Henry Ford II Fund |

http://www.dia.org/user_area/comping/64.82.jpg

### *King David Handing the Letter to Uriah*
**Pieter Pietersz Lastman**

| | |
|---|---|
| Date | 1611 |
| Date Acquired | 1960 |
| Department | European Painting |
| Medium | Oil on oak panel |
| Dimensions | 20 1/8 x 24 1/8 in. (51.1 x 61.3 cm) Framed: 28 x 32 x 2 5/8 in. |
| Credit | Gift of Mr. and Mrs. John N. Lord |

http://www.dia.org/user_area/comping/60.63-S1.jpg

### *Satire on a Nobleman in Misery*
**Alessandro Magnasco**

| | |
|---|---|
| Date | 1719/1725 |
| Date Acquired | 1936 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | Framed: 34 7/8 x 29 3/16 x 2 1/4 in. (88.58 x 74.14 x 5.72 cm) |
| Credit | Gift of Luigi Grassi |

http://www.dia.org/user_area/comping/36.14-S1.jpg

### *The Resurrection*
**Master of the Osservanza**

| | |
|---|---|
| Date | 1440/1445 |
| Date Acquired | 1960 |
| Department | European Painting |
| Medium | Tempura on wood panel |
| Dimensions | 14 3/16 x 17 7/16 in. (36 x 44.3 cm) Framed: 18 1/4 x 24 x 2 1/2 in. (46.4 x 61 x 6.4 cm) |
| Credit | Founders Society Purchase, Mr. and Mrs. Henry Ford II Fund |

http://www.dia.org/user_area/comping/60.61-S1.jpg

### *Virgin of the Rose Garden*
**Master of the St. Lucy Legend**

| | |
|---|---|
| Date | 1475/1480 |
| Date Acquired | 1926 |
| Department | European Painting |
| Medium | Oil on oak panel |
| Dimensions | 31 1/8 x 23 5/8 in. (79.1 x 60.0 cm) Framed: 38 1/8 x 31 5/8 x 3 1/2 in. (97 x 80.3 x 8.9 cm) |
| Credit | Founders Society Purchase, General Membership Fund |

http://www.dia.org/user_area/comping/26.387.jpg

### *Crucifixion*
**Master of the Tiburtine Sibyl**

| | |
|---|---|
| Date | 1485 |
| Date Acquired | 1941 |
| Department | European Painting |
| Medium | Oil on oak panel |
| Dimensions | 56 1/2 x 40 3/8 in. (143.7 x 102.6 cm) Framed: 64 3/4 x 48 3/4 x 2 3/4 in. (164.5 x 123.8 x 7 cm) |
| Credit | Gift of Mr. and Mrs. Edgar B. Whitcomb |

http://www.dia.org/user_area/comping/41.126-S1.jpg

### *Interior of St. Peter's, Rome*
**Panini, Giovanni Paolo**

| | |
|---|---|
| Date | 1750 |
| Date Acquired | NA |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 132.7 x 145.6 cm |
| Credit | Gift of Mrs. Edgar R. Thom |

http://images.cdn.bridgemanart.com/api/1.0/image/600wm.DTR.9519330.7055475/335980.jpg

## *Bather by the Sea*
### Pablo Picasso

| | |
|---|---|
| Date | 1939 |
| Date Acquired | 1970 |
| Department | Drawings and Watercolors |
| Medium | Gouache on laid paper |
| Dimensions | 64.1 cm x 46.4 cm |
| Credit | Bequest of Robert H. Tannahill |

http://1.bp.blogspot.com/-QowiaXq3DhI/T-jLyaSYfnI/AAAAAAAAULk/MnBGx6EHfqA/s320/Picasso+-+Bather+by+the+Sea,+1939.jpg

## *Bottle of Anis Del Mono*
### Pablo Picasso

| | |
|---|---|
| Date | 1915 |
| Date Acquired | 1970 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | Canvas: 18 1/8 x 21 1/2 in. (46.0 x 54.6 cm) Framed: 24 1/4 x 27 5/8 x 3 1/8 in. (61.6 x 70.2 x 7.9 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.192.jpg

## *Fruit, Carafe and Glass*
### Pablo Picasso

| | |
|---|---|
| Date | 1938 |
| Date Acquired | 1988 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | 25 5/8 x 32 in. (65.1 x 81.3 cm) |
| Credit | Bequest of W. Hawkins Ferry |

http://www.dia.org/user_area/comping/1988.178.jpg

## *Le Combat*
### Pablo Picasso

| | |
|---|---|
| Date | 1937 |
| Date Acquired | 1946 |
| Department | Prints, Drawings & Photographs |
| Medium | Drypoint and engraving printed in black ink on laid paper |
| Dimensions | Plate: 15 5/8 x 19 3/8 in. (39.6 x 49.2 cm) Sheet: 17 3/8 x 26 3/8 in. (44.1 x 66.9 cm) |
| Credit | Founders Society Purchase, Hal H. Smith Fund |

http://www.dia.org/user_area/comping/46.145-d1.jpg

### *Sueño Y Mentira de Franco*
### Pablo Picasso

| | |
|---|---|
| Date | 1937 |
| Date Acquired | 1969 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and aquatint printed in black and gray ink on cream laid paper |
| Dimensions | Plate: 12 1/2 x 16 5/8 in. (31.7 x 42.2 cm) Sheet: 15 1/4 x 22 1/2 in. (38.7 x 57.1 cm) |
| Credit | Gift of Mr. and Mrs. Willis F. Woods |

http://www.dia.org/user_area/comping/69.359-d1-2.jpg

### *Sylvette*
### Pablo Picasso

| | |
|---|---|
| Date | 1954 |
| Date Acquired | 1962 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | 39 1/4 x 32 in. (99.7 x 81.3 cm) Framed: 48 5/8 x 41 x 1 3/4 in. (123.5 x 104.1 x 4.4 cm) |
| Credit | Founders Society Purchase, Metropolitan Opera Benefit Fund |

http://www.dia.org/user_area/comping/62.141-D1.jpg

### *Melancholy Woman*
### Pablo Picasso

| | |
|---|---|
| Date | 1902 |
| Date Acquired | 1970 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | Canvas: 39 3/8 x 27 1/4 in. (100.0 x 69.2 cm) Framed: 46 5/8 x 34 3/4 x 1 3/4 in. (118.4 x 88.3 x 4.4 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.190.jpg

### *Portrait of Manuel Pallares*
### Pablo Picasso

| | |
|---|---|
| Date | 1909 |
| Date Acquired | 1962 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | 26 3/4 x 19 1/2 in. (67.9 x 49.5 cm) Framed: 37 1/4 x 30 3/4 x 3 3/8 in. (94.6 x 78.1 x 8.6 cm) |
| Credit | Gift of Anne and Henry Ford II |

http://www.dia.org/user_area/comping/62.126-S1.jpg

### Woman Seated in an Armchair
**Pablo Picasso**

| | |
|---|---|
| Date | 1923 |
| Date Acquired | 1970 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | Canvas: 51 1/4 x 38 1/4 in. (130.2 x 97.2 cm) Framed: 60 x 46 3/4 x 4 in. (152.4 x 118.7 x 10.2 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.193-S2.jpg


### Selene and Endymion
**Nicolas Poussin**

| | |
|---|---|
| Date | 1630 |
| Date Acquired | 1936 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 48 x 66 1/2 in. (121.9 x 168.9 cm) Framed: 59 x 77 1/4 x 3 1/2 in. (149.9 x 196.2 x 8.9 cm) |
| Credit | Founders Society Purchase, General Membership Fund |

http://www.dia.org/user_area/comping/36.11.jpg


### The Holy Family
**Nicolas Poussin**

| | |
|---|---|
| Date | 1641 |
| Date Acquired | 1954 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 28 x 22 1/8 in. (71.1 x 57.2 cm) Framed: 34 x 28 x 2 1/2 in. (86.4 x 71.1 x 6.4 cm) |
| Credit | Gift of Mr. and Mrs. A. D. Wilkinson |

http://www.dia.org/user_area/comping/54.2-S1.jpg


### A Peasant in a High Cap, Standing Leaning on a Stick
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1639 |
| Date Acquired | 1959 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 3 1/4 x 1 3/4 in. (8.2 x 4.4 cm) Sheet: 5 3/8 x 3 5/8 in. (13.6 x 9.3 cm) |
| Credit | Gift of John S. Newberry |

http://www.dia.org/user_area/comping/59.79-d1.jpg

### Abraham and Isaac
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1645 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | sheet (no visible plate mark): 6 1/8 x 5 1/8 in. (15.7 x 13 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S928-d1.jpg

### Abraham Casting Out Hagar and Ishmael
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1637 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black with an ink wash on laid paper |
| Dimensions | sheet trimmed to plate mark: 5 x 3 3/4 in. (12.8 x 9.6 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S926-D1.jpg

### Adoration of the Shepherds
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1654 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 4 1/8 x 5 1/8 in. (10.6 x 13 cm) Sheet: 4 1/4 x 5 1/4 in. (10.8 x 13.3 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S934-D1.jpg

### Angel Appearing to the Shepherds
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1634 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate and Sheet: 10 1/4 x 8 5/8 in. (26 x 21.9 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S933-D1.jpg

### *Angel Departing from the Family of Tobias*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1641 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 4 x 6 in. (10.2 x 15.2 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S932-D1.jpg

### *Baptism of the Eunuch*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1641 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 6 1/2 x 8 1/8 in. (16.6 x 20.7 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S965-D1.jpg

### *Bathers*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1651 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 4 1/4 x 5 3/8 in. (10.9 x 13.7 cm) Sheet: 4 5/8 x 5 3/4 in. (11.7 x 14.7 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S964-d1.jpg

### *Bearded Man in a Velvet Cap with a Jewel Clasp*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1637 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 3 3/4 x 3 1/4 in. (9.5 x 8.2 cm) Sheet: 4 3/4 x 3 7/8 in. (12.0 x 10.0 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S981-D1.jpg

### *Beheading of John the Baptist*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1640 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed and drypoint printed in black on laid paper |
| Dimensions | Plate: 5 x 4 in. (12.8 x 10.3 cm) Sheet: 5 1/8 x 4 1/8 in. (13.0 x 10.4 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S956-D1.jpg

### *Bust of a Man Wearing a High Cap, Three-Quarters Right: The Artist's Father*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1630 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 4 x 3 1/4 in. (10.3 x 8.4 cm) Sheet: 4 1/8 x 3 5/8 in. (10.4 x 9.2 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S982-D1.jpg

### *Christ and the Woman of Samaria*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1657/1658 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 4 x 3 1/4 in. (10.3 x 8.4 cm) Sheet: 4 1/8 x 3 5/8 in. (10.4 x 9.2 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S945-D1.jpg

### *Christ and the Woman of Samaria Among Ruins*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1634 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 4 7/8 x 4 1/4 in. (12.3 x 10.7 cm) Sheet: 5 x 4 1/4 in. (12.6 x 10.7 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S946-D1.jpg

## *Christ Carried to the Tomb*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 17th Century |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 5 1/8 x 4 1/8 in. (13.1 x 10.4 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S953-D1.jpg

## *Christ Crucified between the Two Thieves*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1641 |
| Date Acquired | 1952 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on wove paper |
| Dimensions | Plate (oval): 5 3/8 x 4 in. (13.6 x 10.2 cm) Sheet: 5 1/2 x 4 1/8 in. (14.1 x 10.6 cm) |
| Credit | Gift of Mrs. John W. Watling |

http://www.dia.org/user_area/comping/52.243-D1.jpg

## *Christ Disputing with the Doctors*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1700/1800 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and mezzotint printed in black on laid paper |
| Dimensions | Plate: 4 7/8 x 8 3/8 in. (12.5 x 21.4 cm) Sheet: 5 x 8 1/2 in. (12.7 x 21.6 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S940-d1.jpg

## *Christ Driving the Money Changers from the Temple I*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1635 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 5 3/8 x 6 3/4 in. (13.8 x 17.1 cm) Sheet: 5 1/2 x 6 3/4 in. (13.9 x 17.1 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S944-D1.jpg

### Christ Driving the Money Changers from the Temple II
#### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1635 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 5 3/8 x 6 1/2 in. (13.8 x 16.6 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S943-D1.jpg

### Christ with the Sick around Him, Receiving Little Children
#### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1649 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Plate: 11 x 15 1/2 in. (27.9 x 39.3 cm) Sheet: 11 1/4 x 11 1/4 in. (28.5 x 28.5 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S949.jpg

### Cottage beside a Canal: A View of Diemen
#### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1645 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 3 1/8 x 7 7/8 in. (7.9 x 19.9 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S969-D1.jpg

### Death of the Virgin
#### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1639 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Plate: 16 1/8 x 12 1/4 in. (40.9 x 31.1 cm) Sheet: 17 x 13 1/8 in. (43.1 x 33.3 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S959.jpg

### *Descent from the Cross by Torchlight*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1654 |
| Date Acquired | 1938 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Plate: 8 1/4 x 6 1/4 in. (20.9 x 15.8 cm) Sheet: 8 3/8 x 6 3/8 in. (21.2 x 16.3 cm) |
| Credit | Founders Society Purchase, Charles L. Freer Fund |

http://www.dia.org/user_area/comping/38.33.jpg

### *Flight into Egypt*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1654 |
| Date Acquired | 1952 |
| Department | Prints, Drawings & Photographs |
| Medium | Oil on canvas |
| Dimensions | sheet (trimmed within plate mark): 3 5/8 x 5 5/8 in. (9.3 x 14.4 cm) |
| Credit | Gift of Mrs. John W. Watling |

http://www.dia.org/user_area/comping/52.242-D1.jpg

### *Golf Player*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1654 |
| Date Acquired | 1945 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 3 3/4 x 5 5/8 in. (9.5 x 14.3 cm) Sheet: 4 x 5 3/4 in. (10.1 x 14.6 cm) |
| Credit | Bequest of Hal H. Smith |

http://www.dia.org/user_area/comping/45.370-D1.jpg

### *Jan Asselyn*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 17th Century |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Image: 7 3/8 x 6 3/4 in. (18.7 x 17.0 cm) Sheet: 7 3/4 x 7 1/4 in. (19.6 x 18.3 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S979-D1.jpg

HOULIHAN LOKEY

### Jan Lutma, Goldsmith
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1656 |
| Date Acquired | 1945 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching, engraving and drypoint printed in black on laid paper |
| Dimensions | Plate: 7 3/4 x 5 7/8 in. (19.8 x 14.9 cm) Sheet: 8 1/8 x 6 1/8 in. (20.6 x 15.5 cm) |
| Credit | Bequest of Hal H. Smith |

http://www.dia.org/user_area/comping/45.369-D1.jpg

### Joseph Telling His Dreams
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1638 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 4 1/8 x 3 1/4 in. (10.6 x 8.4 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S929-D1.jpg

### Landscape with a Square Tower
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1650 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Plate: 3 1/2 x 6 1/8 in. (8.8 x 15.6 cm) Sheet: 3 1/2 x 6 1/4 in. (9.0 x 15.8 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S968-D1.jpg

### Man in an Arbour
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1642 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 2 7/8 x 2 1/4 in. (7.2 x 5.6 cm) Sheet: 2 7/8 x 2 1/4 in. (7.3 x 5.8 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S975-D1.jpg

HOULIHAN LOKEY

### *Medea: Or the Marriage of Jason and Creusa (I)*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1648 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 9 1/8 x 7 in. (23.1 x 17.7 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S963-D1.jpg

### *Madea: Or the Marriage of Jason and Creusa (II)*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1648 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 9 1/4 x 7 in. (23.4 x 17.7 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S963.A-D1.jpg

### *Old Bearded Man in a High Fur Cap*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1635 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 4 3/8 x 4 in. (11.2 x 10.3 cm) Sheet: 4 5/8 x 4 1/4 in. (11.7 x 10.7 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S980-D1.jpg

### *Old Man Shading His Eyes with His Hand*
**Rembrandt Harmensz van Rijn and George Friedrich Schmidt**

| | |
|---|---|
| Date | 1639-1770 |
| Date Acquired | 1968 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Plate: 5 3/8 x 4 1/2 in. (13.7 x 11.4 cm) Sheet: 5 1/2 x 4 5/8 in. (14.1 x 11.7 cm) |
| Credit | Gift of Mr. and Mrs. Bernard F. Walker |

http://www.dia.org/user_area/comping/68.22-D1.jpg

### Old Man Shading His Eyes with His Hand (I)
#### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1639 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Sheet (no visible plate mark): 5 5/8 x 4 5/8 in. (14.2 x 11.7 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1s972-d1.jpg

### Old Man Shading His Eyes with His Hand (II)
#### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1639 |
| Date Acquired | 1968 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Plate: 5 3/8 x 4 1/2 in. (13.7 x 11.4 cm) Sheet: 5 5/8 x 4 3/4 in. (14.4 x 12.2 cm) |
| Credit | Gift of Mr. and Mrs. Bernard F. Walker |

http://www.dia.org/user_area/comping/68.20-D1.jpg

### Old Man with a Divided Fur Cap
#### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1640 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Plate: 6 x 5 1/2 in. (15.2 x 13.9 cm) Sheet: 6 x 5 1/2 in. (15.3 x 14.1 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S974-D1.jpg

### Old Man with Beard, Fur Cap, and Velvet Cloak
#### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1632 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and engraving printed in black on laid paper |
| Dimensions | Plate (trimmed within plate mark): 5 7/8 x 5 1/8 in. (14.9 x 13.1 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S973-D1.jpg

### *Presentation in the Temple (I)*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1639 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 8 1/2 x 11 1/2 in. (21.6 x 29.2 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S936-D1.jpg

### *Presentation in the Temple (II)*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1630 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 4 x 3 1/8 in. (10.1 x 7.9 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S937-D1.jpg

### *Raising of Lazarus*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1642 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 5 7/8 x 4 1/4 in. (14.9 x 10.9 cm) Sheet: 6 x 4 1/2 in. (15.2 x 11.4 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S947-D1.jpg

### *Return of the Prodigal Son*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1636 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 6 1/8 x 5 3/8 in. (15.7 x 13.6 cm) Sheet: 6 1/4 x 5 1/2 in. (15.8 x 13.9 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S955-D1.jpg

### *Saint Jerome Praying: Arched*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1632 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Sheet (no visible plate mark): 4 1/4 x 3 1/8 in. (10.7 x 7.9 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S961-D1.jpg

### *Samuel Manesseh Ben Israel (I)*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1636 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 5 7/8 x 4 1/8 in. (14.9 x 10.6 cm) Sheet: 6 7/8 x 4 1/4 in. (17.4 x 10.7 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S977-D1.jpg

### *Samuel Manesseh Ben Israel (II)*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1636 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 5 7/8 x 4 1/8 in. (14.9 x 10.6 cm) Sheet: 6 1/4 x 4 5/8 in. (15.8 x 11.9 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S977.50-D1.jpg

### *Self Portrait in a Cap and Scarf with the Face Dark: Bust*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1633 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 5 1/4 x 4 in. (13.2 x 10.3 cm) Sheet: 5 1/4 x 4 1/8 in. (13.3 x 10.4 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S921-d1.jpg

### *Self Portrait in a Velvet Cap with Plume (I)*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1638 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate and Sheet: 5 1/4 x 4 1/8 in. (13.4 x 10.4 cm) |
| Credit | Gift of Dr. and Mrs. George Kamperman |

http://www.dia.org/user_area/comping/46.174-d1.jpg

### *Self Portrait in a Velvet Cap with Plume (II)*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1638 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 5 3/8 x 4 1/8 in. (13.6 x 10.4 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S923-D1.jpg

### *Self Portrait with Saskia*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1636 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 4 1/8 x 3 3/4 in. (10.4 x 9.5 cm) Sheet: 4 1/8 x 3 3/4 in. (10.6 x 9.5 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S922-d1.jpg

### *Stoning of Saint Stephen*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1636 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 3 3/4 x 3 3/8 in. (9.5 x 8.6 cm) Sheet: 3 3/4 x 3 3/8 in. (9.6 x 8.5 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S958-D1.jpg

### *Studies of the Head of Saskia and Others*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1636 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 6 x 5 in. (15.2 x 12.7 cm) Sheet: 6 x 5 in. (15.3 x 12.8 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S985-D1.jpg

### *The Angel Appearing to the Shepherds*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1634 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching, engraving and drypoint printed in black on laid paper |
| Dimensions | Sheet (trimmed to platemark): 10 5/16 x 8 5/8 in. (26.2 x 21.9 cm) |
| Credit | Founders Society Purchase Alan, Marianne and Marc Schwartz Fund, Graphic Arts Council Purchase Fund, Matilda R. Wilson Fund, and Josephine and Ernest Kanzler Fund |

http://www.dia.org/user_area/comping/2001.1.jpg

### *The Artist's Mother Seated, in an Oriental Headdress Half Length*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1631 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 5 3/4 x 5 1/8 in. (14.6 x 13.0 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S984-D1.jpg

### *The Circumcision*
**Rembrandt Harmensz van Rijn**

| | |
|---|---|
| Date | 1654 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 3 3/4 x 5 5/8 in. (9.5 x 14.4 cm) Sheet: 3 7/8 x 5 3/4 in. (9.8 x 14.7 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S935-D1.jpg

### *The Goldweigher's Field*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1651 |
| Date Acquired | 1914 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 4 5/8 x 12 1/2 in. (11.7 x 31.7 cm) |
| Credit | Gift of Ralph H. Booth |

http://www.dia.org/user_area/comping/14.7.jpg

### *The Rest on the Flight: A Night Piece*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1644 |
| Date Acquired | 1946 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | sheet (trimmed to image edge): 3 5/8 x 2 1/4 in. (9.2 x 5.8 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/46.173-d1.jpg

### *Three Heads of Women*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1637 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 5 1/2 x 3 3/4 in. (14.1 x 9.5 cm) Sheet: 5 5/8 x 3 7/8 in. (14.2 x 10.0 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S986.jpg

### *Tribute Money*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1635 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on laid paper |
| Dimensions | Plate: 2 7/8 x 4 in. (7.2 x 10.3 cm) Sheet: 2 7/8 x 4 in. (7.4 x 10.3 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S941-D1.jpg

## *Triumph of Mordecai*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1641 |
| Date Acquired | 1945 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Plate: 6 7/8 x 8 1/2 in. (17.4 x 21.5 cm) Sheet: 7 3/8 x 9 in. (18.7 x 22.8 cm) |
| Credit | Bequest of Hal H. Smith |

http://www.dia.org/user_area/comping/45.368.jpg

## *Virgin and Child in the Clouds*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1641 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Plate: 6 1/2 x 4 1/8 in. (16.6 x 10.4 cm) Sheet: 6 3/4 x 4 1/8 in. (17.1 x 10.5 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S939-D1.jpg

## *Young Man in a Velvet Cap*
### Rembrandt Harmensz van Rijn

| | |
|---|---|
| Date | 1637 |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching printed in black on wove ? paper |
| Dimensions | Plate: 3 3/4 x 3 1/4 in. (9.6 x 8.4 cm) Sheet: 4 x 3 3/8 in. (10.1 x 8.5 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S976-D1.jpg

## *Angel Appearing to Saint Jerome*
### Guido Reni

| | |
|---|---|
| Date | 1638 |
| Date Acquired | 1969 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | Framed: 91 1/4 x 71 x 4 1/2 in. (231.8 x 180.3 x 11.4 cm) |
| Credit | Founders Society Purchase, Ralph Harman Booth Bequest Fund, Henry Ford II Fund, Benson and Edith Ford Fund and New Endowment Fund |

http://www.dia.org/user_area/comping/69.6.jpg

### *Clearing in the Woods*
#### Pierre Auguste Renoir

| | |
|---|---|
| Date | 1865 |
| Date Acquired | 1985 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | Canvas: 22 1/2 x 32 1/2 in. (57.2 x 82.6 cm) Framed: 29 5/8 x 40 1/8 x 3 9/16 in. (75.3 x 101.9 x 9.1 cm) |
| Credit | Bequest of Ruth Nugent Head, in memory of her mother, Anna E. Kresge, and her husband, Henry W. Nugent Head |

http://www.dia.org/user_area/comping/1985.25.jpg

### *Country Lane*
#### Pierre Auguste Renoir

| | |
|---|---|
| Date | 19th/Early 20th Century |
| Date Acquired | 1965 |
| Department | Prints, Drawings & Photographs |
| Medium | Watercolor on white wove paper |
| Dimensions | Sheet: 6 7/8 x 9 7/8 in. (17.5 x 25.2 cm) Mount: 10 5/8 x 13 1/4 in. (27.0 x 33.5 cm) Framed: 14 3/16 x 16 13/16 x 1 1/16 in. (36.0 x 42.7 x 2.7 cm) |
| Credit | Bequest of John S. Newberry |

http://www.dia.org/user_area/comping/65.223-S1.jpg

### *Seated Bather*
#### Pierre Auguste Renoir

| | |
|---|---|
| Date | 1903/1906 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 45 3/4 x 35 in. (116.2 x 88.9 cm) Framed: 57 3/8 x 46 7/8 x 4 3/8 in. (145.7 x 119.1 x 11.1 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.177.jpg

### *The White Pierrot*
#### Pierre Auguste Renoir

| | |
|---|---|
| Date | 1901/1902 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 31 1/8 x 24 3/8 in. (79.1 x 61.9 cm) Framed: 40 1/2 x 33 1/4 x 3 1/2 in. (105.4 x 87.9 x 12.1 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.178-d1.jpg

### Woman in an Armchair
**Pierre Auguste Renoir**

| | |
|---|---|
| Date | 1874 |
| Date Acquired | 1985 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 24 x 19 7/8 in. (61.0 x 50.5 cm) Framed: 35 x 29 1/2 x 3 7/8 in. (88.9 x 74.9 x 9.8 cm) |
| Credit | Bequest of Mrs. Allan Shelden III |

http://www.dia.org/user_area/comping/1985.24-S1.jpg

### Christ at the Sea of Galilee
**Sebastiano Ricci**

| | |
|---|---|
| Date | 1695/1697 |
| Date Acquired | 1976 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 50 1/8 x 65 13/16 in. (127.3 x 167.3 cm) Framed: 59 1/2 x 74 15/16 x 2 3/4 in. (151.1 x 190.3 x 7 cm) |
| Credit | Gift of the Matilda R. Wilson Fund in memory of Matilda R. Wilson |

http://www.dia.org/user_area/comping/76.146.jpg

### An Allegory of Immortality
**Giulio Romano**

| | |
|---|---|
| Date | 1540 |
| Date Acquired | NA |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | NA |
| Credit | Founders Society Purchase, Mr. and Mrs. Walter Buhl Ford |

http://upload.wikimedia.org/wikipedia/commons/3/3e/Allegory-of-immortality-1179.jpg

### The Finding of Moses
**Salvator Rosa**

| | |
|---|---|
| Date | 1660/1665 |
| Date Acquired | 1947 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | Framed: 62 x 92 3/8 x 4 1/2 in. (157.5 x 234.6 x 11.4 cm) 48 1/2 x 79 3/4 in. (123 x 202 cm) |
| Credit | Founders Society Purchase with funds from Mr. and Mrs. Edgar B. Whitcomb |

http://www.dia.org/user_area/comping/47.92-S1.jpg

### Briseis Given Back to Achilles
**Peter Paul Rubens**

| | |
|---|---|
| Date | 1630/1631 |
| Date Acquired | 1953 |
| Department | European Painting |
| Medium | Oil on oak panel |
| Dimensions | 17 7/8 x 26 5/8 in. (45.4 x 67.6 cm) Framed: 22 5/8 x 31 3/8 x 2 3/8 in. |
| Credit | Bequest of Mr. and Mrs. Edgar B. Whitcomb |

http://www.dia.org/user_area/comping/53.356-D1.jpg

### Hygeia, Goddess of Health
**Peter Paul Rubens**

| | |
|---|---|
| Date | 1615 |
| Date Acquired | 1944 |
| Department | European Painting |
| Medium | Oil on oak panel |
| Dimensions | Panel: 41 3/4 x 29 1/4 in. (106.2 x 74.3 cm) Framed: 55 3/8 x 43 3/4 x 43/8 in. (140.6 x 111.1 x 11.1 cm) |
| Credit | Gift of Mr. and Mrs. Henry Reichhold |

http://www.dia.org/user_area/comping/44.266-S1.jpg

### Philippe Rubens, the Artist's Brother
**Peter Paul Rubens**

| | |
|---|---|
| Date | 1610/1611 |
| Date Acquired | 1926 |
| Department | European Painting |
| Medium | Oil on oak panel |
| Dimensions | Panel: 27 x 21 1/8 in. (68.5 x 53.5 cm) Framed: 36 9/16 x 30 11/16 x 3 1/8 in. (92.9 x 78.0 x 7.9 cm) |
| Credit | Gift of William E. Scripps in memory of his son, James E. Scripps II |

http://www.dia.org/user_area/comping/26.385-d1.jpg

### Saint Catherine of Alexandria
**Peter Paul Rubens**

| | |
|---|---|
| Date | 1620 |
| Date Acquired | 1909 |
| Department | European Painting |
| Medium | Etching and engraving printed in black on laid paper |
| Dimensions | Plate: 11 5/8 x 7 7/8 in. (29.5 x 20.0 cm) Sheet: 11 3/4 x 7 7/8 in. (29.8 x 20.1 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S1044-d1.jpg

### *The Meeting of David and Abigail*
**Peter Paul Rubens**

| | |
|---|---|
| Date | 1625/1628 |
| Date Acquired | 1989 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 70 1/4 x 98 in. (178.5 x 249.0 cm) Framed: 86 3/4 x 114 1/2 x 6 1/2 in. (220.3 x 290.8 x 16.5 cm) |
| Credit | Gift of James E. Scripps |

http://www.dia.org/user_area/comping/89.63-S1.jpg

### *Canal Scene*
**Jacob van Ruisdael**

| | |
|---|---|
| Date | Late 1640's |
| Date Acquired | 1937 |
| Department | European Painting |
| Medium | Oil on oak panel |
| Dimensions | 15 1/2 x 20 3/8 in. (39 x 51.2 cm) Framed: 24 3/4 x 29 1/2 x 2 3/8 in. (62.9 x 74.9 x 6.0 cm) |
| Credit | Gift of Mr. N. Katz |

http://www.dia.org/user_area/comping/37.21-S1.jpg

### *Cottage on the Summit of the Hill*
**Jacob van Ruisdael**

| | |
|---|---|
| Date | 17th Century |
| Date Acquired | 1909 |
| Department | Prints, Drawings & Photographs |
| Medium | Etching and drypoint printed in black on laid paper |
| Dimensions | Sheet (trimmed within plate mark): 7 5/8 x 11 in. (19.5 x 27.9 cm) |
| Credit | Gift of Mrs. James E. Scripps |

http://www.dia.org/user_area/comping/09.1S1047.jpg

### *Landscape*
**Jacob van Ruisdael**

| | |
|---|---|
| Date | 1665/1668 |
| Date Acquired | 1968 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 1 1/8 x 24 1/2 in. (53.02 x 62.2 cm) Framed: 28 1/2 x 32 1/2 x 3 1/2 in. (72.4 x 82.6 x 8.9 cm) |
| Credit | Bequest of Mr. and Mrs. Lawrence P. Fisher |

http://www.dia.org/user_area/comping/68.298.jpg

### *The Jewish Cemetery*
### Jacob van Ruisdael

| | |
|---|---|
| Date | 1654/1655 |
| Date Acquired | 1926 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 56 x 74 1/2 in. (142.2 x 189.2 cm) Framed: 67 3/4 x 85 1/8 x 5 1/2 in. (172.09 x 216.2 x 14.0 cm) |
| Credit | Gift of Julius H. Haass in memory of his brother Dr. Ernest W. Haass |

http://www.dia.org/user_area/comping/26.3-S1.jpg

### *View of Le Crotoy from Upstream*
### Georges Pierre Seurat

| | |
|---|---|
| Date | 1889 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 27 3/4 x 34 1/8 in. (70.49 x 86.68 cm) Framed: 38 7/8 x 45 1/8 x 1 5/8 in. |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.183.jpg

### *A Lady at Her Toilet*
### Gerard Ter Borch

| | |
|---|---|
| Date | 1660 |
| Date Acquired | 1965 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 30 x 23 1/2 in. (76.2 x 59.7 cm) Framed: 43 7/8 x 37 5/8 x 3 1/4 in. (111.4 x 95.6 x 2.2 cm) |
| Credit | Founders Society Purchase, Eleanor Clay Ford Fund, General Membership Fund, Endowment Income Fund and Special Activities Fund |

http://www.dia.org/user_area/comping/65.10-S1.jpg

### *Study after Michelangelo's Saint Damian*
### Tintoretto

| | |
|---|---|
| Date | 1545/1550 |
| Date Acquired | 1934 |
| Department | Prints, Drawings & Photographs |
| Medium | Black chalk, heightened with white chalk, on beige paper |
| Dimensions | Sheet: 11 9/16 x 8 in. (29.4 x 20.4 cm) Framed: 18 x 15 1/8 x 1 1/4 in. (45.7 x 38.4 x 3.2 cm) |
| Credit | Founders Society Purchase, William H. Murphy Fund |

http://www.dia.org/user_area/comping/34.153.jpg

### *Judith with the Head of Holofernes*
**Titian**

| | |
|---|---|
| Date | 1570 |
| Date Acquired | 1935 |
| Department | European Paintings |
| Medium | Oil on canvas |
| Dimensions | 44 1/2 x 37 1/2 in. (113.03 x 95.25 cm) Framed: 55 x 47 1/4 x 2 3/4 in. (139.7 x 120 x 7 cm) |
| Credit | Gift of Edsel B. Ford |

http://www.dia.org/user_area/comping/35.10.jpg

### *Man Holding a Flute*
**Titian**

| | |
|---|---|
| Date | 1560-1565 |
| Date Acquired | 1927 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 38 1/2 x 30 in. (97.8 x 76.2 cm) Framed: 48 1/8 x 39 1/2 x 3 1/8 in. (122.2 x 100.3 x 7.8 cm) |
| Credit | Founders Society Purchase |

http://www.dia.org/user_area/comping/27.385-S1.jpg

### *Bank of the Oise at Auvers*
**Vincent Willem van Gogh**

| | |
|---|---|
| Date | 1890 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | 28 7/8 x 36 7/8 in. (73.3 x 93.7 cm) Framed: 37 x 44 1/4 x 3 1/2 in. (94 x 112.4 x 8.9 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.159.jpg

### *Portrait of Postman Roulin*
**Vincent Willem van Gogh**

| | |
|---|---|
| Date | 1888 |
| Date Acquired | 1996 |
| Department | European Painting |
| Medium | Oil on canvas |
| Dimensions | Canvas: 25 1/4 x 18 7/8 in. (64.1 x 47.9 cm) Framed: 34 3/4 x 28 3/4 x 3 1/4 in. (88.3 x 73.0 x 8.3 cm) |
| Credit | Gift of Mr. and Mrs. Walter Buhl Ford II |

http://www.dia.org/user_area/comping/1996.25-D1.jpg

## *The Diggers*
### Vincent Willem van Gogh

| | |
|---|---|
| Date | 1889 |
| Date Acquired | 1970 |
| Department | European Painting |
| Medium | Oil on paper lined onto canvas |
| Dimensions | 25 5/8 x 19 3/4 in. (65.1 x 50.2 cm) Framed: 35 5/8 x 29 3/4 x 2 1/2 in. (90.5 x 75.6 x 6.4 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.158-S1.jpg

HOULIHAN LOKEY

# Masterworks Catalogue
## European Sculpture & Decorative Arts

## *Chair of St. Peter*
### Giovanni Lorenzo Bernini

| | |
|---|---|
| Date | 1658 |
| Date Acquired | 1952 |
| Department | European Sculpture and Dec Arts |
| Medium | Terracotta |
| Dimensions | 23 x 11 1/2 x 11 in. (58.4 x 29.2 x 27.9 cm) |
| Credit | Founders Society Purchase, Ralph Harman Booth Bequest Fund |

http://www.dia.org/user_area/comping/52.220.jpg

## *Triton with a Sea Serpent*
### Giovanni Lorenzo Bernini

| | |
|---|---|
| Date | 1630 |
| Date Acquired | 1952 |
| Department | European Sculpture and Decorative Arts |
| Medium | Terracotta |
| Dimensions | 11 x 6 3/4 x 7 1/4 in. (27.9 x 17.1 x 18.4 cm) |
| Credit | Founders Society Purchase, Ralph Harman Booth Bequest Fund |

http://www.dia.org/user_area/comping/52.218.jpg

## *Triton with a Shell*
### Giovanni Lorenzo Bernini

| | |
|---|---|
| Date | 1630 |
| Date Acquired | 1952 |
| Department | European Sculpture and Decorative Arts |
| Medium | Terracotta |
| Dimensions | 12 1/8 x 8 3/8 x 7 1/8 in. (30.8 x 21.3 x 18.1 cm) |
| Credit | Founders Society Purchase, Ralph Harman Booth Bequest Fund |

http://www.dia.org/user_area/comping/52.219.jpg

## *Pedestal Clock*
### Andre-Charles Boulle

| | |
|---|---|
| Date | 1720 |
| Date Acquired | 1984 |
| Department | European Sculpture and Decorative Arts |
| Medium | Carcass of oak with veneer of tortoiseshell, tortoiseshell and brass marquetry, and gilt-bronze mounts |
| Dimensions | Overall: 110 1/4 x 27 1/8 x 13 1/2 in. (280.0 x 68.9 x 34.3 cm) Clock: 47 1/2 x 26 3/8 x 12 3/4 (120.7 x 67.0 x 32.4) Pedestal: 62 3/4 x 27 1/8 x 13 1/2 (159 x 69 x 33) |
| Credit | Founders Society Purchase, Mr. and Mrs. Horace E. Dodge Memorial Fund, Josephine and Ernest Kanzler Fund and J. Lawrence Buell, Jr. Fund |

http://www.dia.org/user_area/comping/1984.87.A.jpg

## *Jewel Cabinet*
### Martin Carlin

| | |
|---|---|
| Date | 1774 |
| Date Acquired | 1971 |
| Department | European Sculpture and Decorative Arts |
| Medium | Oak carcass, veneered with tulipwood, holly, ebony, and amaranth, plaques of soft-paste porcelain, gilt-bronze mounts |
| Dimensions | 37 3/8 x 20 5/8 x 13 5/8 in. (94.9 x 52.4 x 34.6 cm) |
| Credit | Bequest of Mrs. Horace E. Dodge in memory of her husband |

http://www.dia.org/user_area/comping/71.196.jpg

## *Genius of Dance (I)*
### Jean Baptiste Carpeaux

| | |
|---|---|
| Date | 1869 |
| Date Acquired | 1992 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | 40 1/8 x 18 1/2 x 20 3/4 in. (101.92 x 47.0 x 52.7 cm) |
| Credit | Gift of Dr. and Mrs. Coleman Mopper in memory of Mrs. Herman A. (Evelyn) August |

http://www.dia.org/user_area/comping/1992.223-S1.jpg

## *Genius of Dance (II)*
### Jean Baptiste Carpeaux

| | |
|---|---|
| Date | 1872 |
| Date Acquired | 1983 |
| Department | European Sculpture and Decorative Arts |
| Medium | Original Plaster |
| Dimensions | Object: 86 5/8 x 35 x 40 in. (220.35 x 88.9 x 101.6 cm) Base: 25 x 29 x 34 in. (63.5 x 73.7 x 86.4 cm) |
| Credit | Founders Society Purchase, Mr. and Mrs. Allan Shelden III Fund |

http://www.dia.org/user_area/comping/1983.16-S1.jpg

## *Le fumeur*
### Jean Baptiste Carpeaux

| | |
|---|---|
| Date | 1863 |
| Date Acquired | 1975 |
| Department | European Sculpture and Decorative Arts |
| Medium | Terracotta |
| Dimensions | 20 7/16 x 12 1/2 x 8 7/16 in. (51.9 x 31.8 x 21.4 cm) (Dimensions include base) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/75.86.jpg

## *Neapolitan Fisherboy*
### Jean Baptiste Carpeaux

| | |
|---|---|
| Date | 1873 |
| Date Acquired | 1982 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | 35 1/4 x 17 1/2 x 21 in. (89.5 x 44.5 x 53.3 cm) |
| Credit | Gift of Dr. and Mrs. Coleman Mopper |

http://www.dia.org/user_area/comping/F82.198-S1.jpg

## *Ugolino and his Children*
### Jean Baptiste Carpeaux

| | |
|---|---|
| Date | 1860/1861 |
| Date Acquired | 1971 |
| Department | European Sculpture and Decorative Arts |
| Medium | Plaster |
| Dimensions | 20 3/4 x 14 1/4 x 11 1/4 in. (52.71 x 36.20 x 28.58 cm) |
| Credit | Founders Society Purchase, Miscellaneous Gifts Fund |

http://www.dia.org/user_area/comping/71.399.jpg

## *Femme assise s'essuyant le cote gauche*
### Edgar Degas

| | |
|---|---|
| Date | 1900/1905 |
| Date Acquired | 1971 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | 13 1/2 x 14 x 9 in. (34.29 x 35.56 x 22.86 cm) |
| Credit | Gift of Edward E. Rothman |

http://www.dia.org/user_area/comping/71.78.jpg

## *Schoolgirl*
### Edgar Degas

| | |
|---|---|
| Date | Modelled c. 1881; cast after 1917 |
| Date Acquired | 1956 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | 10 3/4 x 4 3/4 x 5 15/16 in. (27.31 x 12.07 x 15.08 cm) |
| Credit | Gift of Dr. and Mrs. George Kamperman |

http://www.dia.org/user_area/comping/56.173.jpg

## *Spanish Dancer*
### Edgar Degas

| | |
|---|---|
| Date | 1900 |
| Date Acquired | 1969 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze, black patina |
| Dimensions | 17 x 6 3/4 x 8 5/8 in. (43.2 x 17.1 x 21.9 cm) |
| Credit | Gift of Robert H. Tannahill |

http://www.dia.org/user_area/comping/69.302.jpg

## *La Petite Parisienne*
### Paul Gauguin

| | |
|---|---|
| Date | 1881 |
| Date Acquired | 1999 |
| Department | European Sculpture and Decorative Arts |
| Medium | Patinated Plaster |
| Dimensions | 10 7/8 x 2 5/8 x 3 1/8 in. (27.62 x 6.67 x 7.94 cm) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/1999.59-S1.jpg

## *Hebe*
### Hubert Gerhard

| | |
|---|---|
| Date | 1590 |
| Date Acquired | 1959 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | Bronze: 62 x 31.4 x 20.4 cm Bronze base: 15.4 cm square Marble socle: 14.8 cm high x 20.4 cm square |
| Credit | Gift of Anne and Henry Ford II |

http://www.dia.org/user_area/comping/59.123.jpg

## *Seated Woman*
### Jean Leon Gerome

| | |
|---|---|
| Date | 1890/1895 |
| Date Acquired | 1997 |
| Department | European Sculpture and Decorative Arts |
| Medium | Marble with original wax and polychromy |
| Dimensions | 17 x 13 3/4 x 13 3/4 in. (43.2 x 34.9 x 34.9 cm) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/1997.1-S1.jpg

## *Christat the Column*
### Franz Ignaz Gunther

| | |
|---|---|
| Date | 1754 |
| Date Acquired | 1983 |
| Department | European Sculpture and Decorative Arts |
| Medium | Lindenwood with polychrome decoration |
| Dimensions | 29 1/4 x 17 1/4 x 7 1/2 in. (74.5 x 44.0 x 19.1 cm) Base: 1 1/4 x 12 x 8 in. (3.2 x 30.5 x 20.3 cm) |
| Credit | Founders Society Purchase, Acquisitions Fund |

http://www.dia.org/user_area/comping/1983.13-S1.jpg

## *Postmaster "Baron" Schmiedel*
### Johann Joachim Kaendler

| | |
|---|---|
| Date | 1739 |
| Date Acquired | 1959 |
| Department | European Sculpture and Decorative Arts |
| Medium | Glazed hard-paste porcelain |
| Dimensions | 18 x 14 1/2 x 10 in. (45.7 x 36.8 x 25.4 cm) |
| Credit | Gift of Anne and Henry Ford II |

http://www.dia.org/user_area/comping/59.296-S1.jpg

## *Joseph Froehlich, Court Jester of Augustus the Strong*
### Johann Gottlieb Kirchner

| | |
|---|---|
| Date | 1729/1730 |
| Date Acquired | 1959 |
| Department | European Sculpture and Decorative Arts |
| Medium | Glazed hard-paste porcelain |
| Dimensions | 20 x 15 1/2 x 12 in. (50.8 x 39.4 x 30.5 cm) |
| Credit | Gift of Anne and Henry Ford II |

http://www.dia.org/user_area/comping/59.295-S1.jpg

## *Seated Nude*
### Henri Matisse

| | |
|---|---|
| Date | 1909 |
| Date Acquired | 1970 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze, cast 1930 |
| Dimensions | 11 1/2 x 6 1/8 x 8 1/2 in. (29.2 x 15.6 x 21.6 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.206.jpg

## *Madonna and Child*
### Nino Pisano

Date                1350/1360
Date Acquired       1927
Department          European Sculpture and Decorative Arts
Medium              Fine grained white marble with traces of polychromy and gilt
Dimensions          30 x 11 x 6 1/4 in. (76.2 x 27.9 x 15.9 cm) Pedestal: 46 1/2 x 29 x 25 in.
Credit              Gift of Mr. and Mrs. Edsel B. Ford
http://www.dia.org/user_area/comping/27.150-S1.jpg


## *La blanchisseuse*
### Pierre Auguste Renoir

Date                1916
Date Acquired       1970
Department          European Sculpture and Decorative Arts
Medium              Bronze, dark patina
Dimensions          13 1/4 x 7 1/4 x 12 in. (33.66 x 18.42 x 30.48 cm)
Credit              Bequest of Robert H. Tannahill
http://www.dia.org/user_area/comping/70.209.jpg


## *Head of a Youth*
### Andrea della Robbia

Date                Middle 15th/Early 16th Century
Date Acquired       1943
Department          European Sculpture and Decorative Arts
Medium              Enameled terracotta
Dimensions          22 x 6 1/2 in. (55.9 x 16.5 cm)
Credit              Gift of Henry Ford Hospital personnel in memory of Edsel B. Ford
http://www.dia.org/user_area/comping/43.477-S1.jpg


## *Madonna and Child*
### Andrea della Robbia

Date                1490/1500
Date Acquired       1945
Department          European Sculpture and Decorative Arts
Medium              Glazed terracotta
Dimensions          Without frame: 34 x 26 in. (86.4 x 66.0 cm) Overall dimensions with frame: 47 1/4 x 29 1/2 in. (120.0 x 74.9 cm)
Credit              Gift of Mr. and Mrs. Walter O. Briggs
http://www.dia.org/user_area/comping/45.514-S1.jpg

HOULIHAN LOKEY

### Aime Jules Dalou
**Auguste Rodin**

| | |
|---|---|
| Date | 1883 |
| Date Acquired | 1960 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | 18 1/2 x 16 3/4 x 9 1/4 in. (47 x 42.5 x 23.5 cm) |
| Credit | Gift of Mr. and Mrs. Walter B. Ford II |

http://www.dia.org/user_area/comping/60.1-S2.jpg


### Baudelaire
**Auguste Rodin**

| | |
|---|---|
| Date | 1898 |
| Date Acquired | 1970 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | 8 7/8 x 7 7/8 x 9 in. (22.5 x 20.0 x 22.9 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.210.jpg


### Eve
**Auguste Rodin**

| | |
|---|---|
| Date | 1881 |
| Date Acquired | 1953 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | Object: 68 1/2 x 21 x 24 in (174 x 53.3 x 61 cm) |
| Credit | Founders Society Purchase, General Membership Fund |

http://www.dia.org/user_area/comping/53.145-S1.jpg


### Head of Balzac
**Auguste Rodin**

| | |
|---|---|
| Date | 1897 |
| Date Acquired | 1994 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | Overall: 9 13/16 x 6 7/8 x 6 5/8 in. (24.92 x 17.46 x 16.83 cm) Object: 7 x 6 7/8 x 6 5/8 in. (17.78 x 17.46 x 16.83 cm) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/1994.30.jpg

**HOULIHAN LOKEY**

## *The Age of Bronze*
### Auguste Rodin

| | |
|---|---|
| Date | 1876 |
| Date Acquired | 1969 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | 25 1/2 x 9 1/4 x 7 1/2 in. (64.8 x 23.7 x 19.1 cm) |
| Credit | Gift of Robert H. Tannahill |

http://www.dia.org/user_area/comping/69.304.jpg

## *The Thinker*
### Auguste Rodin

| | |
|---|---|
| Date | 1904 |
| Date Acquired | 1922 |
| Department | European Sculpture and Decorative Arts |
| Medium | Bronze |
| Dimensions | 79 x 51 1/4 x 55 1/4 in (200.7 x 130.2 x 140.3 cm) Weight: approximately 2,000 lbs Granite base weight: 12,000 lbs |
| Credit | Gift of Horace H. Rackham |

http://www.dia.org/user_area/comping/22.143-S1.jpg

## *Vase of the Titans*
### Auguste Rodin

| | |
|---|---|
| Date | 1877/1879 |
| Date Acquired | 2003 |
| Department | European Sculpture and Decorative Arts |
| Medium | Glazed polychromed terracotta |
| Dimensions | 28 3/8 x 19 3/4 x 19 3/4 in. (72.1 x 50.2 x 50.2 cm) |
| Credit | Museum Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/2003.32-D2.jpg

## *Departure of the Volunteers of 1792 (The Marseillaise)*
### Francois Rude

| | |
|---|---|
| Date | 1835 |
| Date Acquired | 2001 |
| Department | European Sculpture and Decorative Arts |
| Medium | Original plaster model |
| Dimensions | Framed: 51 1/2 x 36 1/2 x 7 in. Depth including bracket mount at base: 10 1/2 in. 42 x 24 1/2 x 7 in. |
| Credit | Founders Society Purchase, Robert H. Tannahill Fund |

http://www.dia.org/user_area/comping/2001.67.jpg

HOULIHAN LOKEY

## *The Lamentation*
### NA

| | |
|---|---|
| Date | 1460 |
| Date Acquired | 1961 |
| Department | European Sculpture and Decorative Arts |
| Medium | Oak with traces of polychromy |
| Dimensions | 34 3/4 x 54 3/4 x 9 3/4 in. (88.3 x 141.6 x 24.8 cm) Pedestal: 47 (to deck) x 68 1/2 x 19 in. Total height: 91 in. (119.4 x 174 x 48.3 cm; 231.1 cm) |
| Credit | Gift of Mrs. Edsel B. Ford |

http://www.dia.org/user_area/comping/61.164.jpg


## *Crozier Head: Saint Michael and the Dragon*
### NA

| | |
|---|---|
| Date | 1210/1225 |
| Date Acquired | 1959 |
| Department | European Sculpture and Decorative Arts |
| Medium | Gilded copper with champleve enameling |
| Dimensions | Mounted: 16 1/4 x 6 3/4 x 4 1/2 in. (41.28 x 17.15 x 11.43 cm) Object: 12 3/4 x 6 x 3 in. (32.39 x 15.24 x 7.62 cm) |
| Credit | Gift of Anne and Henry Ford II |

http://www.dia.org/user_area/comping/59.297-S1.jpg

HOULIHAN LOKEY

# Masterworks Catalogue
## Modern & Contemporary Art

## Study for Crouching Nude
**Francis Bacon**

| | |
|---|---|
| Date | 1952 |
| Date Acquired | NA |
| Department | NA |
| Medium | Oil and sand on canvas |
| Dimensions | 198.1 x 137.1 cm |
| Credit | Gift of Dr. Wilhelm R. Valentiner |

http://upload.wikimedia.org/wikipedia/en/9/9b/Study_for_Crouching_Nude.jpeg

## Sacrificial Meal
**Max Beckmann**

| | |
|---|---|
| Date | 1947 |
| Date Acquired | 1965 |
| Department | Drawings and watercolors |
| Medium | Watercolor, pen and ink on paper (with a laid-like texture) |
| Dimensions | 50.17 cm x 31.12 cm |
| Credit | Bequest of John S. Newberry |

http://images.cdn.bridgemanart.com/api/1.0/image/600wm.DTR.0950340.7055475/427411.jpg

## Quadro Feroce (Ferocious Painting)
**Enzo Cucchi**

| | |
|---|---|
| Date | 1980 |
| Date Acquired | NA |
| Department | NA |
| Medium | Oil on canvas |
| Dimensions | 200.6 x 367 cm |
| Credit | Founders Society Purchase, Gift of Mrs. George Kamperman |

http://images.cdn.bridgemanart.com/api/1.0/image/600wm.DTR.1087110.7055475/114622.jpg

## Self Portrait
**Otto Dix**

| | |
|---|---|
| Date | 1912 |
| Date Acquired | NA |
| Department | NA |
| Medium | Oil on panel |
| Dimensions | 49.5 x 73.6 cm |
| Credit | Gift of Robert H. Tannahill |

http://uploads6.wikipaintings.org/images/otto-dix/self-portrait-1912.jpg!Blog.jpg

### *Moonmad*
### Max Ernst

| | |
|---|---|
| Date | 1944 |
| Date Acquired | 1986 |
| Department | European Modern Art to 1950 |
| Medium | Painted and varnished plaster |
| Dimensions | 38 1/2 x 13 3/8 x 14 1/8 in. (97.8 x 34.0 x 35.9 cm) |
| Credit | Founders Society Purchase with funds from the Friends of Modern Art and the W. Hawkins Ferry Tribute Fund |

http://www.dia.org/user_area/comping/1986.102.jpg

### *Blue Cadillac*
### Richard Estes

| | |
|---|---|
| Date | 1967 |
| Date Acquired | 1993 |
| Department | Contemporary Art after 1950 |
| Medium | Oil on canvas |
| Dimensions | 39 7/8 x 50 in. (101.3 x 127.0 cm) |
| Credit | Gift of Mr. and Mrs. Kenneth Eisenberg |

http://www.dia.org/user_area/comping/1993.122.jpg

### *Welcome to 42nd Street (Victory Theatre)*
### Richard Estes

| | |
|---|---|
| Date | 1968 |
| Date Acquired | 1985 |
| Department | Contemporary Art after 1950 |
| Medium | Oil on masonite |
| Dimensions | 32 x 24 in. (81.3 x 61.0 cm) Framed: 32 3/4 x 24 3/4 x 1 1/2 in. (83.19 x 62.87 x 3.81 cm) |
| Credit | Founders Society Purchase with funds from the Friends of Modern Art in honor of the Detroit Institute of Arts Centennial |

http://www.dia.org/user_area/comping/1985.30.jpg

### *Winter Landscape in Moonlight*
### Ernst Ludwig Kirchner

| | |
|---|---|
| Date | 1919 |
| Date Acquired | 1940 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | 47 1/2 x 47 1/2 in. (120.7 x 120.7 cm) Framed: 50 1/2 x 50 1/2 x 2 5/8 in. (128.3 x 128.3 x 6.7 cm) |
| Credit | Gift of Curt Valentin in memory of the artist on the occasion of Dr. William R. Valentiner's 60th birthday |

http://www.dia.org/user_area/comping/40.58-S1.jpg

### *Girl with a Doll*
### Oskar Kokoschka

| | |
|---|---|
| Date | 1921 |
| Date Acquired | 1963 |
| Department | European Paintings |
| Medium | Oil on canvas |
| Dimensions | 91.44 cm x 81.28 cm |
| Credit | Bequest of Dr. William R. Valentiner |

http://arthistoryreference.com/me/2896.jpg

### *Coffee*
### Henri Matisse

| | |
|---|---|
| Date | 1916 |
| Date Acquired | 1970 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | Canvas: 39 5/8 x 25 3/4 in. (100.6 x 65.4 cm) Framed: 50 3/8 x 36 5/8 x 3 3/4 in. (128.0 x 93.0 x 9.5 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.174-D1.jpg

### *L'Avaleur de Sabres*
### Henri Matisse

| | |
|---|---|
| Date | 1943/1944 |
| Date Acquired | 1948 |
| Department | Prints, Drawings & Photographs |
| Medium | Pochoir printed in color on wove paper |
| Dimensions | Image: 15 3/8 x 11 7/8 in. (39.0 x 30.1 cm) Sheet: 16 3/4 x 25 3/4 in. (42.5 x 65.4 cm) |
| Credit | Gift of John S. Newberry |

http://www.dia.org/user_area/comping/48.250.jpg

### *Plumed Hat*
### Henri Matisse

| | |
|---|---|
| Date | 1919 |
| Date Acquired | 1965 |
| Department | Drawings and Watercolors |
| Medium | Graphite pencil on wove paper |
| Dimensions | 53 cm x 36.5 cm |
| Credit | Bequest of John S. Newberry |

http://mediad.publicbroadcasting.net/p/michigan/files/styles/card_wide/public/201207/Matisse%20-%20The%20Plumed%20Hat.jpg

## *Poppies*
### Henri Matisse

| | |
|---|---|
| Date | 1919 |
| Date Acquired | 1970 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | 39 5/8 x 32 in. (100.6 x 81.3 cm) Framed: 47 5/8 x 40 1/4 x 3 5/8 in. (121.0 x 102.2 x 9.2 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.175-S1.jpg

## *The Wild Poppies*
### Henri Matisse

| | |
|---|---|
| Date | 1953 |
| Date Acquired | 1978 |
| Department | European Modern Art to 1950 |
| Medium | Gouache and charcoal on paper |
| Dimensions | Framed: 34 15/16 x 137 3/4 x 2 3/4 in. (88.8 x 349.9 x 7 cm) Three sheets, mounted: 31 1/2 x 134 5/8 in. (80.0 x 341.9 cm) Center sheet: 31 1/2 x 52 in. (80.0 x 132.1 cm) Right and left sheets: 31 1/2 x 27 3/4 in. (80.0 x 70.5 cm) |
| Credit | Founders Society Purchase (various funds) |

http://www.dia.org/user_area/comping/78.31.jpg

## *The Wild Poppies*
### Henri Matisse

| | |
|---|---|
| Date | 1969 |
| Date Acquired | 1978 |
| Department | European Modern Art to 1950 |
| Medium | Stained and leaded glass |
| Dimensions | 33 3/8 x 137 3/4 in. (84.8 x 349.89 cm) five panes, in frame 160 lbs. (72.6 kg) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund, Friends of Modern Art Fund; Gift of Mrs. Allan Shelden III through the Elizabeth, Allan and Warren Shelden Fund and Gift of Alice Kales Hartwick in memory of her husband Robert G. Hartwick; and public subscription |

http://www.dia.org/user_area/comping/78.37.jpg

## *Self Portrait II*
### Joan Miró

| | |
|---|---|
| Date | 1938 |
| Date Acquired | 1966 |
| Department | European Paintings |
| Medium | Oil on burlap |
| Dimensions | 129.54 cm x 195.58 cm |
| Credit | Gift of W. Hawkins Ferry |

https://pbs.twimg.com/media/BRpe80kCUAA-zw4.jpg

## *Before, Again II*
### Joan Mitchell

| | |
|---|---|
| Date | 1985 |
| Date Acquired | 1988 |
| Department | Contemporary Art after 1950 |
| Medium | Oil on canvas |
| Dimensions | 110 x 78 3/4 x in. (200.0 cm x 279.4) Framed: 111 3/8 x 79 7/8 x 2 1/4 in. (282.9 x 203.1 x 5.7 cm) |
| Credit | Founders Society Purchase with funds given in memory of Henry Ford II by his sister, Josephine F. Ford |

http://www.dia.org/user_area/comping/1988.18-S1.jpg

## *Reclining Figure*
### Henry Moore

| | |
|---|---|
| Date | 1939 |
| Date Acquired | 1988 |
| Department | NA |
| Medium | Elmwood |
| Dimensions | NA |
| Credit | Founders Society Purchase with funds from the Dexter M. Ferry, Jr. Trustee Corporation |

https://www.nga.gov/exhibitions/2001/moore/390/fig10.jpg

## *Be I*
### Barnett Newman

| | |
|---|---|
| Date | 1970 |
| Date Acquired | 1976 |
| Department | NA |
| Medium | Acrylic on canvas |
| Dimensions | 213.4 x 283.2 cm |
| Credit | Founders Society Purchase, W. Hawkins Ferry Fund and Mr. and Mrs. Walter Buhl Ford II Fund |

http://uploads3.wikipaintings.org/images/barnett-newman/be-i-1970.jpg!Blog.jpg

## *Alphabet/Good Humor*
### Claes Oldenburg

| | |
|---|---|
| Date | 1975 |
| Date Acquired | 1977 |
| Department | Contemporary Art after 1950 |
| Medium | Cast resin pated with polyurethane enamel; bronze, wood |
| Dimensions | 36 x 19 1/8 x 10 in. (91.4 x 48.6 x 25.4 cm) |
| Credit | Founders Society Purchase with funds from W. Hawkins Ferry |

http://www.dia.org/user_area/comping/77.14.jpg

HOULIHAN LOKEY

### *Alphabet/Good Humor - Cloth Study*
**Claes Oldenburg**

| | |
|---|---|
| Date | 1972/1973 |
| Date Acquired | 1975 |
| Department | Contemporary Art after 1950 |
| Medium | Contemporary Art after 1950 |
| Dimensions | 36 1/2 x 24 x 7 1/2 inches (92.7 x 49.5 x 19.1 cm) |
| Credit | Founders Society Purchase, Friends of Modern Art Fund, New Endowment Fund, James Pearson Duffy Fund, General Endowment Fund, B.M.C. Charitable Foundation Fund and Laura H. Murphy Fund |

http://www.dia.org/user_area/comping/75.18.jpg

### *Inverted Q*
**Claes Oldenburg**

| | |
|---|---|
| Date | 1776 |
| Date Acquired | 2002 |
| Department | Contemporary Art after 1950 |
| Medium | Cast resin |
| Dimensions | 18 x 17 1/2 x 15 3/4 in. (45.72 x 44.45 x 40.01 cm) |
| Credit | Gift of the SmithGroup, Inc. |

http://www.dia.org/user_area/comping/2002.216-D1.jpg

### *Profile Airflow*
**Claes Oldenburg**

| | |
|---|---|
| Date | 1969 |
| Date Acquired | 1970 |
| Department | Contemporary Art after 1950 |
| Medium | Cast polyurethane relief over two-color lithograph in aluminum frame |
| Dimensions | Object: 33 1/2 x 65 1/2 x 4 in. (85.1 x 166.4 x 10.2 cm) Framed: 36 3/8 x 68 3/8 x 6 1/4 in. (92.4 x 173.7 15.9 cm) |
| Credit | Founders Society Purchase, Friends of Modern Art Fund |

http://www.dia.org/user_area/comping/70.651.jpg

### *The Italians*
**Judy Pfaff**

| | |
|---|---|
| Date | 1979-1985 |
| Date Acquired | 1985 |
| Department | Contemporary Art after 1950 |
| Medium | Wood, metal, enamel |
| Dimensions | 92 x 184 x 104 in. (233.7 x 467.4 x 264.2 cm) |
| Credit | Founders Society Purchase, Kaye G. Frank Memorial Fund |

http://www.dia.org/user_area/comping/1985.18.jpg

## *Orange Brown*
### Mark Rothko

| | |
|---|---|
| Date | 1963 |
| Date Acquired | 1965 |
| Department | NA |
| Medium | Oil on canvas |
| Dimensions | 227.3 cm x 177.8 cm |
| Credit | Founders Society Purchase, W. Hawkins Ferry Fund |

http://3.bp.blogspot.com/-f_aeq6xp6F8/ToYcwugwpYI/AAAAAAAAAXM/ZGYGa3i7XLc/s1600/mark-rothko-orange-brown.jpg

## *Water Lilies*
### Karl Schmidt-Rottluff

| | |
|---|---|
| Date | 1934 |
| Date Acquired | NA |
| Department | Drawings and Watercolors |
| Medium | Watercolor over black crayon on cream wove paper |
| Dimensions | 49.9 cm x 69.7 cm |
| Credit | Bequest of Robert H. Tannahill |

http://amica.davidrumsey.com/luna/servlet/detail/AMICO~1~1~40386~51847:Water-Lilies?sort=INITIALSORT_CRN%2COCS%2CAMICOID&qvq=q:AMICOID%3DDIA_.70.328%2B;sort:INITIALSORT_CRN%2COCS%2CAMICOID;lc:AMICO~1~1&mi=0&trs=1

## *Gracehoper*
### Tony Smith

| | |
|---|---|
| Date | 1961 |
| Date Acquired | 1972 |
| Department | NA |
| Medium | Steel |
| Dimensions | 22.5 x 23 x 46 ft. Weight: 27 tons |
| Credit | Founders Society Purchase with funds from W. Hawkins Ferry and Mr. and Mrs. Walter Buhl Ford II Fund, Eleanor Clay Ford Fund, Marie and Alex Manoogian Fund and members of the Friends of Modern Art |

http://imgick.mlive.com/home/mlive-media/width620/img/entertainment/detroit_impact/photo/13013170-mmmain.jpg

## *Oranges on a Branch*
### Donald Sultan

| | |
|---|---|
| Date | 1992 |
| Date Acquired | 1994 |
| Department | Contemporary Art after 1950 |
| Medium | Tar, spackle, oil on tiles over masonite |
| Dimensions | Overall: 97 1/2 x 96 3/4 x 5 1/8 in. (247.65 x 245.75 x 13.02 cm) |
| Credit | Founders Society Purchase, Catherine Kresge Dewey Fund, and W. Hawkins Ferry Fund |

http://www.dia.org/user_area/comping/1994.19-S1.jpg

## *Shadow Country*
### Yves Tanguy

| | |
|---|---|
| Date | 1927 |
| Date Acquired | 1974 |
| Department | European Modern Art to 1950 |
| Medium | Oil on canvas |
| Dimensions | Canvas: 39 x 31 5/8 in. (99.1 x 80.3 cm) Framed: 42 1/2 x 35 1/8 x 2 3/8 in. (108.0 x 89.2 x 6.0 cm) |
| Credit | Gift of Lydia Winston Malbin |

http://www.dia.org/user_area/comping/74.122-S1.jpg


## *Double Self Portrait*
### Andy Warhol

| | |
|---|---|
| Date | 1967 |
| Date Acquired | 1968 |
| Department | NA |
| Medium | Screen print in paint on canvas |
| Dimensions | NA |
| Credit | Founders Society Purchase, Friends of Modern Art Fund |

http://2.bp.blogspot.com/-ltqTf988a0E/UG0QcwDHoVI/AAAAAAAAMLo/21LyMjBftjQ/s1600/Scan002.jpg

HOULIHAN LOKEY



# Masterworks Catalogue
## African American Art

### Change Your Luck
**Robert Colescott**

| | |
|---|---|
| Date | 1988 |
| Date Acquired | 2002 |
| Department | African American Art |
| Medium | Acrylic on canvas |
| Dimensions | Canvas: 84 x 72 in. (213.4 x 182.9 cm) Framed: 84 3/4 x 72 3/4 x 2 5/8 in. (214 x 184.8 x 6.7 cm) |
| Credit | Museum Purchase, Friends of African and African American Art |

http://www.dia.org/user_area/comping/2002.126-D1.jpg

### Ellen's Isle, Loch Katrine
**Robert S. Duncanson**

| | |
|---|---|
| Date | 1871 |
| Date Acquired | 1980 |
| Department | African American Art |
| Medium | Oil on canvas |
| Dimensions | Canvas: 28 1/2 x 49 in. (72.4 x 124.5 cm) Framed: 42.38 x 63.0 x 6.0 in. (107.6 x 160.0 x 15.0 cm) |
| Credit | Gift of the Estate of Ralzemond D. Parker |

http://www.dia.org/user_area/comping/F80.215-S1.jpg

### Fruit Piece
**Robert S. Duncanson**

| | |
|---|---|
| Date | 1849 |
| Date Acquired | 1957 |
| Department | African American Art |
| Medium | Oil on canvas |
| Dimensions | 14 x 20 in. (35.7 x 50.8 cm) Framed: 21 1/8 x 27 x 3 1/8 in. |
| Credit | Gift of the Estates of Miss Elizabeth Gray Walker and Mr. Henry Lyster Walker |

http://www.dia.org/user_area/comping/57.84.jpg

### Uncle Tom and Little Eva
**Robert S. Duncanson**

| | |
|---|---|
| Date | 1853 |
| Date Acquired | 1949 |
| Department | African American Art |
| Medium | Oil on canvas |
| Dimensions | Unframed: 27 1/4 x 38 1/4 in. (69.2 x 97.2 cm) Framed: 32 13/16 x 43 3/4 x 2 1/2 in. (83.3 x 111.1 x 6.4 cm) |
| Credit | Gift of Mrs. Jefferson Butler and Miss Grace R. Conover |

http://www.dia.org/user_area/comping/49.498.jpg

## *William Berthelet*
### Robert S. Duncanson

| | |
|---|---|
| Date | 1846 |
| Date Acquired | 1952 |
| Department | African American Art |
| Medium | Oil on canvas |
| Dimensions | 30 x 25 in. (76.2 x 63.5 cm) Framed: 38 3/4 x 33 5/8 x 3 1/2 in. |
| Credit | Gift of William T. Berthelet |

http://www.dia.org/user_area/comping/52.207-S1.jpg

## *Gram*
### Sam Gilliam

| | |
|---|---|
| Date | 1973 |
| Date Acquired | 1986 |
| Department | African American Art |
| Medium | Acrylic on canvas |
| Dimensions | 60 in. diam. x 1/16 - 1/8 (152.4 cm) |
| Credit | Gift of Patricia A. Fedor and Christopher T. Sortwell |

http://www.dia.org/user_area/comping/1986.66-D1.jpg

## *The Arc Maker I & II*
### Sam Gilliam

| | |
|---|---|
| Date | 1981 |
| Date Acquired | 1983 |
| Department | African American Art |
| Medium | Acrylic on canvas with collage |
| Dimensions | Overall: 75 x 213 x 1 1/2 in. (152.4 x 541.0 x 3.8 cm) Large panels: 75 x 80 1/4 x 1 1/2 in. (190.5 x 203.8 x 3.8 cm) Narrow panels: 72 1/4 x 26 1/4 x 1 1/2 in. (183.5 x 66.7 x 3.8 cm) |
| Credit | Gift of the Friends of African Art |

http://www.dia.org/user_area/comping/1983.31-d1.jpg

## *Field Section*
### Richard Hunt

| | |
|---|---|
| Date | 1972 |
| Date Acquired | 1974 |
| Department | African American Art |
| Medium | Steel and automotive parts |
| Dimensions | 92 1/2 x 31 x 52 in. (235.0 x 78.7 x 132.1 cm) |
| Credit | Founders Society Purchase, African Art Gallery Committee Fund |

http://www.dia.org/user_area/comping/74.44.jpg

## *J.E. and the Uptown A's*
### Alvin Loving

| | |
|---|---|
| Date | 1989 |
| Date Acquired | 1989 |
| Department | African American Art |
| Medium | Mixed media |
| Dimensions | Mounted: 84 x 60 x 3 7/8 in. (213.4 x 152.4 x 9.8 cm) |
| Credit | Founders Society Purchase, Modern Paintings General Fund and General Endowment Fund |

http://www.dia.org/user_area/comping/1989.50.jpg

## *Night Ritual*
### Allie McGhee

| | |
|---|---|
| Date | 1991 |
| Date Acquired | 1995 |
| Department | African American Art |
| Medium | Oil on canvas |
| Dimensions | 60 3/4 x 48 5/8 x 1 7/8 in. (154.3 x 115.9 x 4.8 cm) No Frame |
| Credit | Founders Society Purchase with funds from the Friends of Modern Art, the Friends of African and African-American Art, and the Twentieth Century Painting and Sculpture Fund |

http://www.dia.org/user_area/comping/1995.5-S1.jpg

## *Autobiography: Air / CS560*
### Howardena Pindell

| | |
|---|---|
| Date | 1988 |
| Date Acquired | 2000 |
| Department | African American Art |
| Medium | Acrylic, tempera, oil stick, blood, paper, polymer-photo transfer, and vinyl on canvas |
| Dimensions | 87 x 84 in. (221.0 x 213.4 cm) |
| Credit | Founders Society Purchase, W. Hawkins Ferry Fund, with funds from Joan and Armando Ortiz Foundation, Friends of Modern Art, Avery K. Williams, Lynn E. Weaver, Ronald Maurice Ollie, and Kimberly Moore |

http://www.dia.org/user_area/comping/2000.44.jpg

## *Untitled*
### Martin Puryear

| | |
|---|---|
| Date | 1997 |
| Date Acquired | 1999 |
| Department | African American Art |
| Medium | Wire mesh and pitch |
| Dimensions | 66 x 76 1/2 x 37 1/4 in. (167.6 x 194.3 x 94.6 cm) |
| Credit | Founders Society Purchase, W. Hawkins Ferry Fund, Chaim, Fanny, Louis, Benjamin, Anne and Florence Kaufman Memorial Trust, Andrew L. and Gayle Shaw Camden Contemporary and Decorative Arts Fund, Mary Moore Denison Fund, with funds from Friends of African and African American Art, Friends of Modern Art, Lynn and Stanley Day, Gilbert and Ann Hudson, Burt Aaron, Jeffrey T. Antaya, Desiree Cooper and Melvin Hollowell Jr., David Klein, Dr. Edward J. Littlejohn, and Nettie H. Seabrooks |

http://www.dia.org/user_area/comping/1999.1.jpg

HOULIHAN LOKEY

## *Blood/Sweat/Tears*
### Alison Saar

| | |
|---|---|
| Date | 2005 |
| Date Acquired | 2011 |
| Department | African American Art |
| Medium | Wood, copper, bronze, paint and tar |
| Dimensions | 72 x 24 x 20 in. |
| Credit | Museum Purchase, W. Hawkins Ferry Fund |

http://www.dia.org/user_area/comping/2011.2-d1.jpg

## *Gamin*
### Augusta Savage

| | |
|---|---|
| Date | 1930 |
| Date Acquired | 2001 |
| Department | African American Art |
| Medium | Painted plaster |
| Dimensions | 9 1/4 x 4 1/2 x 3 1/2 in. (23.5 x 11.4 x 8.9 cm) |
| Credit | Founders Society Purchase with funds from Gilbert and Lila Silverman |

http://www.dia.org/user_area/comping/2001.38-D1.jpg

## *Bathroom*
### Lorna Simpson

| | |
|---|---|
| Date | 1998 |
| Date Acquired | 2003 |
| Department | African American Art |
| Medium | Serigraph on industrial felt |
| Dimensions | 26 1/8 x 26 1/8 x 1/4 in. (66.4 x 66.4 x 0.6 cm) |
| Credit | Gift of Burt Aaron in honor of Valerie Mercer |

http://www.dia.org/user_area/comping/2003.26.1-D1.jpg

## *Coiffure*
### Lorna Simpson

| | |
|---|---|
| Date | 1991 |
| Date Acquired | 2001 |
| Department | African American Art |
| Medium | Gelatin prints and plastic |
| Dimensions | Overall dimensions: 72 x 106 x 2 in. (182.9 x 269.2 x 5.1 cm) |
| Credit | Founders Society Purchase, Joan and Armando Ortiz Foundation |

http://www.dia.org/user_area/comping/2001.9.A.jpg

## *Flight into Egypt*
### Henry Ossawa Tanner

| | |
|---|---|
| Date | 1899 |
| Date Acquired | 1969 |
| Department | African American Art |
| Medium | Oil on canvas |
| Dimensions | Canvas: 19 3/4 x 25 1/2 in. (50.2 x 64.8 cm) Framed: 25.13 x 31.0 x 2.75 in. (63.8 x 78.7 x 7.0 cm) |
| Credit | Founders Society Purchase, African Art Gallery Committee Fund |

http://www.dia.org/user_area/comping/69.452-D1.jpg

## *The Death of Camilla*
### Bob Thompson

| | |
|---|---|
| Date | 1964 |
| Date Acquired | 1983 |
| Department | African American Art |
| Medium | Oil on canvas |
| Dimensions | Canvas: 18 x 24 1/8 in. (45.6 x 61.2 cm) Framed: 18 5/8 x 25 x 1 5/8 in. (47.3 x 63.5 x 4.1 cm) |
| Credit | Founders Society Purchase, Rollyn O. Krichbaum Memorial Fund |

http://www.dia.org/user_area/comping/F1983.73-S1.jpg

## *Not Manet's Type*
### Carrie Weems

| | |
|---|---|
| Date | 2001 |
| Date Acquired | 2002 |
| Department | African American Art |
| Medium | Photolithograph printed in black-brown ink on wove paper |
| Dimensions | Sheet: 40 x 20 in. (101.6 x 50.8 cm) Frame: 42 3/4 x 22 5/8 x 2 in. (108.6 x 57.7 x 5.1 cm) |
| Credit | Museum Purchase, Elizabeth P. Kirby Fund |

http://www.dia.org/user_area/comping/2002.135-D1.jpg

## *The Flute Player*
### William Williams

| | |
|---|---|
| Date | 1992 |
| Date Acquired | 1999 |
| Department | African American Art |
| Medium | Acrylic on canvas |
| Dimensions | Canvas: 84 x 54 in. (213.4 x 137.2 cm) Framed: 86 1/4 x 56 3/4 x 2 3/8 in. (219.1 x 144.2 x 6 cm) |
| Credit | Founders Society Purchase, Dr. and Mrs. George Kamperman Fund |

http://www.dia.org/user_area/comping/1999.58-S1.jpg

HOULIHAN LOKEY

## *Ancestral Memory*
### Hale Woodruff

| | |
|---|---|
| Date | Mid 20th Century |
| Date Acquired | 1978 |
| Department | African American Art |
| Medium | Oil on canvas |
| Dimensions | 60 1/8 x 52 1/8 in. (152.7 x 132.4 cm) Framed: 62 1/2 x 54 7/16 x 2 1/4 in. (158.8 x 138.3 x 4.8 cm) |
| Credit | Founders Society Purchase, African Art Gallery Committee Fund |

http://www.dia.org/user_area/comping/78.87.jpg

## *The Art of the Negro: Artists (Study)*
### Hale Woodruff

| | |
|---|---|
| Date | 1950/1951 |
| Date Acquired | 2004 |
| Department | African American Art |
| Medium | Oil on canvas |
| Dimensions | Canvas: 23 x 21 in. (58.4 x 53.3 cm) Framed: 29 1/2 x 27 9/16 x 2 9/16 in. (74.9 x 70.2 x 6.5 cm) |
| Credit | Museum Purchase, W. Hawkins Ferry Fund, Richard and Jane Manoogian Foundation, and Friends of African and African American Art |

http://www.dia.org/user_area/comping/2004.14-D1.jpg

HOULIHAN LOKEY

# Masterworks Catalogue
## Africa, Oceania & the Indigenous Americas

## *Epa Cult Mask*
### Bamgboye
| | |
|---|---|
| Date | 1920/1930 |
| Date Acquired | 1977 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Wood |
| Dimensions | Sight (object only): 48 x 19 1/2 x 20 1/2 in. (121.9 x 49.5 x 52 cm) Sight (overall with mount): 51 x 19 1/2 x 20 1/2 in. (129.5 x 49.5 x 52 cm) |
| Credit | Founders Society Purchase, Friends of African Art Fund |

http://www.dia.org/user_area/comping/77.71-S1.jpg


## *Palace Door*
### Olowe of Ise
| | |
|---|---|
| Date | 1920 |
| Date Acquired | 1997 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Wood |
| Dimensions | As Displayed: 74 x 56 7/16 x 10 1/4 in. (188 x 143.4 x 31.1 cm) |
| Credit | Gift of Bethea and Irwin Green in honor of the 20th Anniversary of the Department of African, Oceanic and New World Cultures |

http://www.dia.org/user_area/comping/1997.80.A.jpg


## *Asante Royal Gold Soul Washer's Badge*
### NA
| | |
|---|---|
| Date | 20th Century |
| Date Acquired | 1990 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Hammered gold |
| Dimensions | 5/16 x 4 7/8 in. diam. (0.79 x 12.4 cm) |
| Credit | Founders Society Purchase with funds from Margaret H. Demant |

http://www.dia.org/user_area/comping/1990.19.jpg


## *Bear Claw Necklace*
### NA
| | |
|---|---|
| Date | 1835 |
| Date Acquired | 1981 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Bear claws, fur, glass beads, ribbon, horsehair, and cloth |
| Dimensions | 67 1/2 x 14 x 4 in. (171.5 x 35.6 x 10.2 cm) |
| Credit | Founders Society Purchase with funds from Flint Ink Corporation |

http://www.dia.org/user_area/comping/81.644.jpg

### Horse and Rider
**NA**

| | |
|---|---|
| Date | Early 17th Century |
| Date Acquired | 1992 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Bronze |
| Dimensions | Sight: 18 1/2 x 7 1/4 in. |
| Credit | Gift of Mrs. Walter B. Ford II |

http://www.dia.org/user_area/comping/1992.290.jpg

### Ceremonial Textile
**NA**

| | |
|---|---|
| Date | 300/700 |
| Date Acquired | 1977 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Alpaca yarns |
| Dimensions | Mounted: 48 1/2 x 118 1/2 x 1 7/8 in. (123.2 x 301 x 4.8 cm) 44 3/4 x 110 3/4 in. (113.7 x 281.3 cm) |
| Credit | Gift of Mr. and Mrs. Lee Hills |

http://www.dia.org/user_area/comping/77.78.jpg

### Embracing Couple
**NA**

| | |
|---|---|
| Date | 700/900 |
| Date Acquired | 1977 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Terracotta with pigments |
| Dimensions | 9 7/8 x 3 3/4 x 4 1/4 in. (25.3 x 9.5 x 10.8 cm) |
| Credit | Founders Society Purchase, Katherine Margaret Kay Bequest Fund and New Endowment Fund |

http://www.dia.org/user_area/comping/77.49-D1.jpg

### Gorget
**NA**

| | |
|---|---|
| Date | 1775/1800 |
| Date Acquired | 1981 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Toromiro wood |
| Dimensions | 9 3/8 x 24 1/4 x 1 1/4 in. (23.8 x 61.6 x 3.2 cm) |
| Credit | Founders Society Purchase, Henry Ford II Fund |

http://www.dia.org/user_area/mini/81.698-S1.jpg

## *Standing Woman*
### NA

| | |
|---|---|
| Date | 19th/20th Century |
| Date Acquired | 1970 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Wood, beads |
| Dimensions | 20 3/8 x 7 5/8 x 5 3/8 in. (51.8 x 19.4 x 13.7 cm) |
| Credit | Bequest of Robert H. Tannahill |

http://www.dia.org/user_area/comping/70.95.jpg

## *Harp*
### NA

| | |
|---|---|
| Date | 19th Century |
| Date Acquired | 1982 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Wood, hide, metal and beads |
| Dimensions | 21 1/4 x 17 5/8 x 7 3/4 in. (54 x 44.8 x 19.7 cm) |
| Credit | Founders Society Purchase, Henry Ford II Fund, Benson and Edith Ford Fund |

http://www.dia.org/user_area/comping/82.29.jpg

## *Male Head*
### NA

| | |
|---|---|
| Date | 332/30 BC |
| Date Acquired | 1925 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Carved limestone |
| Dimensions | Head affixed to small mount: 29 1/4 x 19 1/2 x 13 in. (74.3 x 49.5 x 33 cm) Small mount: 9 x 13 x 11 in. (22.9 x 33 x 27.9 cm) Large base: 42 1/2 x 16 x 12 in. (108 x 40.6 x 30.5 cm) |
| Credit | Gift of Dikran Kelekian |

http://www.dia.org/user_area/comping/25.13.jpg

## *Kongo Nail Figure*
### NA

| | |
|---|---|
| Date | 1875/1900 |
| Date Acquired | 1976 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Wood with screws, nails, blades, cowrie shell and other materials |
| Dimensions | Sight: 46 x 18 1/2 x 14 1/4 in. (116.8 x 47 x 36.2 cm) |
| Credit | Founders Society Purchase, Eleanor Clay Ford Fund for African Art |

http://www.dia.org/user_area/comping/76.79-S3.jpg

## *Mask*
### NA

| | |
|---|---|
| Date | 1875/1925 |
| Date Acquired | 1979 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Wood |
| Dimensions | 8 3/4 x 20 1/2 x 4 in. (22.2 x 52.07 x 10.2 cm) |
| Credit | Founders Society Purchase, Eleanor Clay Ford Fund for African Art |

http://www.dia.org/user_area/comping/79.37-S1.jpg

## *Wearing Blanket*
### NA

| | |
|---|---|
| Date | 1870 |
| Date Acquired | 1987 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Wool, commercial and homespun yarns |
| Dimensions | 76 x 52 1/2 in. (193.0 x 133.4 cm) |
| Credit | Gift of the Descendants of Helen Weeks Winchester and Captain Harrison Samual Weeks |

http://www.dia.org/user_area/comping/1987.93-S1.jpg

## *Owo Ivory Bracelet*
### NA

| | |
|---|---|
| Date | 16th/18th Century |
| Date Acquired | 1980 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Ivory |
| Dimensions | 1 1/4 x 4 5/16 in. diam. (3.2 x 11 cm) |
| Credit | Founders Society Purchase, Acquisitions Fund |

http://www.dia.org/user_area/comping/80.42.jpg

## *Fragment of a Woman's Head*
### NA

| | |
|---|---|
| Date | 2nd/4th Century |
| Date Acquired | 1935 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Wool, very lustrous |
| Dimensions | 6 3/8 x 4 3/4 in. Mount: 14 5/8 x 12 5/8 in. (16.5 x 13 cm) |
| Credit | Founders Society Purchase, Octavia W. Bates Fund |

http://www.dia.org/user_area/comping/35.103-D1.jpg

## *Peruvian Tunic*
**NA**

| | |
|---|---|
| Date | 800/1000 |
| Date Acquired | 1986 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Cotton and wool |
| Dimensions | 83 x 39 in. (210.8 x 99.1 cm) |
| Credit | Founders Society Purchase with funds from Lee and Tina Hills |

http://www.dia.org/user_area/comping/1986.25-D1.jpg

## *Seated Scribe*
**NA**

| | |
|---|---|
| Date | 1391/1353 BC |
| Date Acquired | 1931 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Graywacke |
| Dimensions | 2 1/2 x 2 1/2 x 2 1/4 in. (6.4 x 6.4 x 5.7 cm) |
| Credit | Gift of Lillian Henkel Haass and Constance Haass |

http://www.dia.org/user_area/comping/31.70.jpg

## *Shield*
**NA**

| | |
|---|---|
| Date | 1860/1868 |
| Date Acquired | 1976 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Buffalo hide, deerskin, eagle feathers, owl feathers, brass hawkbells, pigment |
| Dimensions | 1 1/4 x 19 1/4 in. diam. (3.2 x 48.9 cm) |
| Credit | Gift of Detroit Scientific Association |

http://www.dia.org/user_area/comping/76.144.jpg

## *The Book of the Dead of Nes-Min, Section 13*
**NA**

| | |
|---|---|
| Date | 4th/3rd Century BC |
| Date Acquired | 1988 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Ink on papyrus |
| Dimensions | Framed: 22 5/8 x 28 5/8 x 13/8 in. (57.5 x 72.7 x 3.5 cm) |
| Credit | Founders Society Purchase, Mr. and Mrs. Allan Shelden III Fund, Ralph Harman Booth Bequest Fund, and Hill Memorial Fund |

http://www.dia.org/user_area/comping/1988.10.13-d1.jpg

## *Triptych: Icon of the Virgin Mary*
### NA

| | |
|---|---|
| Date | Late 17th Century |
| Date Acquired | 2002 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Oil on olive wood panel |
| Dimensions | 19 x 23 1/8 x 1 in. (48.3 x 58.7 x 2.5 cm) |
| Credit | Museum Purchase, Friends of African and African American Art in honor of Michael Kan |

http://www.dia.org/user_area/comping/2002.3-D1.jpg


## *Western Apache Basket*
### NA

| | |
|---|---|
| Date | 1900 |
| Date Acquired | 1979 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Willow, devil's claw, white wood |
| Dimensions | 27 7/8 x 23 in. diam. (70.8 x 58.4 cm) |
| Credit | Founders Society Purchase with funds from Mr. and Mrs. Peter W. Stroh and the Stroh Brewery Foundation Fund |

http://www.dia.org/user_area/comping/79.179.jpg


## *Winged Object*
### NA

| | |
|---|---|
| Date | 300 |
| Date Acquired | 1983 |
| Department | Africa, Oceania & Indigenous Americas |
| Medium | Walrus ivory |
| Dimensions | 7 3/8 in. (18.8 cm) |
| Credit | Founders Society Purchase, Mr. and Mrs. Peter W. Stroh and the Stroh Brewery Foundation Fund |

http://www.dia.org/user_area/comping/1983.7.jpg



# Masterworks Catalogue
## Ancient Western Antiquities

## *Attic Panathenaic Amphora*
### NA

| | |
|---|---|
| Date | 375/370 BC |
| Date Acquired | 1950 |
| Department | Greco-Roman and Ancient European |
| Medium | Clay |
| Dimensions | Vessel: 28 x 15 1/4 in. diam. (71.1 x 38.7 cm) Total with lid: 33 3/4 x 15 1/4 in. diam. (85.7 X 38.7 cm) |
| Credit | Founders Society Purchase, General Membership Fund |

http://www.dia.org/user_area/comping/50.193.A-S3.jpg

## *Togate Statue of the Young Nero*
### NA

| | |
|---|---|
| Date | 50 AD |
| Date Acquired | 1969 |
| Department | Greco-Roman and Ancient European |
| Medium | Marble |
| Dimensions | Object only: 56 3/4 x 19 1/4 x 15 1/4 in. (144.1 x 48.9 x 38.7 cm) Base only: 36 1/4 x 20 1/2 x 20 1/2 |
| Credit | Founders Society Purchase, Hill Memorial Fund, William H. Murphy Fund, Slovak Fund, Mr. and Mrs. Walter Buhl Ford II Fund, General Endowment Fund, Miscellaneous Gifts Fund, with contributions from Erick Bergmann, Benjamin Goldberg, C. J. Glasgow Company, Mr. and Mrs. Lester Gruber, J. M. Pincus Foundation, Mr. and Mrs. Richard A. Manoogian, and Mr. and Mrs. Theodore O. Yntema |

http://www.dia.org/user_area/comping/69.218.jpg

## *Roman copy of Torso of Aphrodite, Venus Genetrix type*
### NA

| | |
|---|---|
| Date | 1st Century AD |
| Date Acquired | 1974 |
| Department | Greco-Roman and Ancient European |
| Medium | Marble |
| Dimensions | Overall with base: 63.0 x 24.0 x 24.0 in. (160.0 x 61.0 x 61.0 cm) Object Only: 58.0 x 25.0 x 17.25 in. (147.3 x 63.5 x 43.8 cm) |
| Credit | Founders Society Purchase with funds from Cristina and Henry Ford II |

http://www.dia.org/user_area/comping/74.53.jpg

## *Volute Krater*
### NA

| | |
|---|---|
| Date | 320/310 BC |
| Date Acquired | 1983 |
| Department | Greco-Roman and Ancient European |
| Medium | Clay |
| Dimensions | Overall: 45 3/8 x 25 x 19 7/8 in. (115.3 x 63.5 x 50.7 cm) |
| Credit | Founders Society Purchase, Hill Memorial Fund, William H. Murphy Fund, Dr. and Mrs. Arthur R. Bloom Fund and Antiquaries Fund |

http://www.dia.org/user_area/comping/1983.25.A-S3.1.jpg



# Masterworks Catalogue
## The Arts of Asia & the Islamic World

## *Grapevine*
### Choi Sokhwan

| | |
|---|---|
| Date | 1821 |
| Date Acquired | 1988 |
| Department | Asian Art |
| Medium | Ink and colors on paper |
| Dimensions | Image: 31 3/4 x 117 5/8 in. (80.6 x 298.8 cm) Overall: 68 7/8 x 128 in. (174.9 x 325.1 cm) |
| Credit | Founders Society Purchase with funds from the Korean Community, New Endowment Fund, Henry Ford II Fund, Benson and Edith Ford Fund, Mr. and Mrs. Walter Buhl Ford II Fund, J. Lawrence Buell, Jr. Fund, L. A. Young Fund, and G. Albert Lyon Foundation Fund |

http://www.dia.org/user_area/comping/1988.62.jpg


## *Freehand Copy of Zhang Xu's Writing of the Stone Record*
### Dong Qichang

| | |
|---|---|
| Date | Late 16th/Mid 17th Century |
| Date Acquired | 1977 |
| Department | Asian Art |
| Medium | Ink on silk |
| Dimensions | 10 1/2 x 129 1/4 in. (26.7 x 328.3 cm) Entire scroll height: 10 5/8 in. |
| Credit | Founders Society Purchase, Henry Ford II Fund |

http://www.dia.org/user_area/comping/77.63-D5.jpg


## *Bodhisattva Padmapani*
### NA

| | |
|---|---|
| Date | 200/400 |
| Date Acquired | 2006 |
| Department | Asian Art |
| Medium | Gray schist |
| Dimensions | 20 3/4 x 16 1/2 x 8 in. |
| Credit | Museum Purchase, Ernest and Rosemarie Kanzler Foundation Fund, Hill Memorial Fund, Cleo and Lester Gruber Fund, William H. Murphy Fund, and Dr. and Mrs. Arthur Bloom Fund |

http://www.dia.org/user_area/comping/2006.109-D4.jpg


## *Entertainments of the Four Seasons in Kyoto*
### Okyo Maruyama & Munenao Takahashi

| | |
|---|---|
| Date | 18th Century |
| Date Acquired | 1983 |
| Department | Asian Art |
| Medium | Ink on paper |
| Dimensions | 11 1/4 x 555 3/8 in. (28.5 x 1,410.6 cm) |
| Credit | Founders Society Purchase, Edsel and Eleanor Ford Exhibition and Acquisition Fund, Alan and Marianne Schwartz Fund with funds from Michigan National Corporation, Mrs. Howard J. Stoddard and Mr. and Mrs. Stanford C. Stoddard |

http://www.dia.org/user_area/comping/1983.21.jpg

## *Early Autumn*
### Qian Xuan

| | |
|---|---|
| Date | 13th Century |
| Date Acquired | 1929 |
| Department | Asian Art |
| Medium | Ink and colors on paper |
| Dimensions | 10 1/2 x 47 1/2 in. (26.7 x 120.7 cm) Entire scroll height: 12 3/16 in. |
| Credit | Founders Society Purchase, General Membership Fund |

http://www.dia.org/user_area/comping/29.1-S1.jpg

## *Ode to the Pomegranate and Melon Vine*
### Shen Zhou & Wang Ao

| | |
|---|---|
| Date | 1506/1509 |
| Date Acquired | 1940 |
| Department | Asian Art |
| Medium | Ink and colors on paper |
| Dimensions | Image: 59 3/16 x 31 in. Overall scroll including hanging fabric and bottom roller: 111 5/8 x 41 in. (280.7 x 104.1 cm) |
| Credit | Founders Society Purchase with funds from Mr. and Mrs. Edgar B. Whitcomb |

http://www.dia.org/user_area/comping/40.161-S1.jpg

## *Reeds and Cranes*
### Suzuki Kiitsu

| | |
|---|---|
| Date | 19th Century |
| Date Acquired | 1979 |
| Department | Asian Art |
| Medium | Colors on gilded silk |
| Dimensions | 69 7/8 x 145 1/4 in. (177.5 x 369.0 cm) |
| Credit | Founders Society Purchase with funds from the Gerald W. Chamberlin Foundation, Inc., Mr. and Mrs. Charles M. Endicott, Mrs. Howard J. Stoddard, Mr. Howard P. Stoddard and Mr. and Mrs. Stanford C. Stoddard |

http://www.dia.org/user_area/comping/79.28.1-S1.jpg

## *The First Poem on the Red Cliff*
### Wen Zhengming

| | |
|---|---|
| Date | 1558 |
| Date Acquired | 1976 |
| Department | Asian Art |
| Medium | Ink on paper |
| Dimensions | Image: 55 3/8 x 13 in. (140.7 x 33.0 cm) Overall scroll including hanging fabric and bottom roller: 95 5/8 x 23 1/4 in. (242.9 x 59.1 cm) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/76.3.jpg

### Folio from the Great Mongol Shahnama: Ardashir Battles Bahman, Son of Ardavan

**NA**

| | |
|---|---|
| Date | 1335 |
| Date Acquired | 1935 |
| Department | Islamic Art |
| Medium | Ink, colors and gold on paper |
| Dimensions | Sheet: 23 1/4 x 15 1/4 in. (59.1 x 38.7 cm) Image size: 6 3/4 x 11 1/2 in. (17.1 x 29.2 cm) |
| Credit | Founders Society Purchase, Edsel B. Ford Fund |

http://www.dia.org/user_area/comping/35.54-D1.jpg

### Snake-Dragon, Symbol of Marduk, The Patron God of Babylon Panel From the Ishtar Gate

**NA**

| | |
|---|---|
| Date | 604/562 BC |
| Date Acquired | 1931 |
| Department | Ancient Near Eastern Art |
| Medium | Terracotta glazed and molded bricks |
| Dimensions | 45 1/2 x 65 3/4 in. (115.6 x 167.0 cm) |
| Credit | Founders Society Purchase, General Membership Fund |

http://www.dia.org/user_area/comping/31.25-S1.jpg

### Full Moon Jar

**NA**

| | |
|---|---|
| Date | Early 17th Century |
| Date Acquired | 1984 |
| Department | Asian Art |
| Medium | Porcelain with glaze |
| Dimensions | 14 1/2 x 14 1/2 in. (36.8 x 36.8 cm) |
| Credit | Founders Society Purchase, G. Albert Lyon Fund and L.A. Young Fund, with additional funds from Mrs. George Endicott and Mr. and Mrs. Charles M. Endicott |

http://www.dia.org/user_area/comping/1984.2.jpg

### Gudea of Lagash

**NA**

| | |
|---|---|
| Date | 2141/2122 BC |
| Date Acquired | 1982 |
| Department | Ancient Near Eastern Art |
| Medium | Paragonite |
| Dimensions | 15 1/2 x 5 1/4 x 2 1/2 in. (39.37 x 13.34 x 6.35 cm) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/82.64.jpg

## *Head of Buddha*
**NA**

| | |
|---|---|
| Date | 9th Century |
| Date Acquired | 1988 |
| Department | Asian Art |
| Medium | Cast iron |
| Dimensions | 22 1/2 x 16 1/2 x 15 1/2 in. (57.0 x 42.0 x 39.5 cm) |
| Credit | Founders Society Purchase with funds from an anonymous bequest, the Joseph H. Boyer Memorial Fund, Macauley Fund, K. T. Keller Fund, G. Albert Lyon Foundation Fund, L. A. Young Fund, funds from an anonymous donor, Michigan Bell an Ameritech Company, Dr. and Mrs. Chan Kee Park, Simeon H. Stoddard, Mrs. Charles M. Endicott, an anonymous donor, Lee and Tina Hills, Dr. and Mrs. Kyung Soo Kim, Dr. and Mrs. Byung Soon Lee, Detroit Edison Foundation, Mr. and Mrs. Theodore Souris, Mr. and Mrs. Karel Bass, the Mr. and Mrs. Walter Buhl Ford II Fund, Dr. and Mrs. John Balian, Mr. and Mrs. Phillip L. Bittker, Gerald W. Chamberlin Foundation, Inc., Hilda R. Ettenheimer, Mr. and Mrs. Oscar Feldman, Thomas G. Jordan, Mr. and Mrs. Alan M. Kiriluk, Larson Family Foundation, Dr. and Mrs. Kyung Woong Moon, Mr. and Mrs. Morton L. Scholnick, Alan and Marianne Schwartz, The Stroh Foundation, Mr. and Mrs. Robert S. Taubman, Mrs. Charles C. Andrews, Mrs. George M. Endicott, Howard and Marion Gifford, Dr. and Mrs. Reginald Harnett, Dr. and Mrs. Kim K. Lie, Hon. and Mrs. Joseph M. Impastato, Mr. and Mrs. Peter W. Stroh, and other contributors |

http://www.dia.org/user_area/comping/1988.1.jpg

## *Jewel Box Inscribed "Amir Bukhara"*
**NA**

| | |
|---|---|
| Date | 1909 |
| Date Acquired | 1974 |
| Department | Islamic Art |
| Medium | White-gold, copper, gold, niello, enamel, rubies, diamonds, lead crystal, velvet textile |
| Dimensions | 9 x 16 x 11 3/8 in. (22.9 x 40.6 x 28.9 cm) Storage box: 10 3/8 x 17 3/4 x 13 |
| Credit | Gift of Mr. and Mrs. Lester F. Ruwe |

http://www.dia.org/user_area/comping/F74.21.jpg

## *Manuscript of the "Perfection of Transcendent Wisdom in Eight Thousand Verese" Text*
**NA**

| | |
|---|---|
| Date | 12th Century |
| Date Acquired | 1927 |
| Department | Asian Art |
| Medium | Ink and colors on palm leaves and wood |
| Dimensions | 2 1/4 x 18 1/2 in. (5.7 x 47.0 cm) |
| Credit | Gift of P. Jackson Higgs |

http://www.dia.org/user_area/comping/27.586.126b-d1.jpg

## *Noh Theater Robe, Surihaku Type*
**NA**

| | |
|---|---|
| Date | 18th Century |
| Date Acquired | 1983 |
| Department | Asian Art |
| Medium | Gold and silver foil, silk |
| Dimensions | Height x width from sleeve to sleeve: 50 7/8 x 48 1/4 in. (129.2 x 122.6 cm) |
| Credit | Founders Society Purchase, Acquisitions Fund |

http://www.dia.org/user_area/comping/1983.3.jpg

## *Parvati*
**NA**

| | |
|---|---|
| Date | 13th Century |
| Date Acquired | 1941 |
| Department | Asian Art |
| Medium | Bronze |
| Dimensions | Object: 40 3/4 x 15 3/4 x 14 1/4 in. (103.5 x 40.0 x 36.2 cm) |
| Credit | Founders Society Purchase, Sarah Bacon Hill Fund |

http://www.dia.org/user_area/comping/41.81.jpg

## *Pillow*
**NA**

| | |
|---|---|
| Date | Late 12th Century |
| Date Acquired | 1980 |
| Department | Asian Art |
| Medium | Stoneware with slip and celadon glaze |
| Dimensions | 4 3/4 x 9 1/2 x 3 in. (12.0 x 24.1 x 7.6 cm) |
| Credit | Founders Society Purchase, New Endowment Fund and Benson and Edith Ford Fund |

http://www.dia.org/user_area/comping/80.39.jpg

## *Qur'an Folio*
**NA**

| | |
|---|---|
| Date | 1450/1500 |
| Date Acquired | 1994 |
| Department | Islamic Art |
| Medium | Ink, colors and gold on paper |
| Dimensions | 14 x 10 1/4 in. |
| Credit | Founders Society Purchase with funds from Mrs. Charles C. Andrews, Charles F. and Lynn D. Clippert, Mr. and Mrs. Conrad J. Clippert, Mr. and Mrs. George H. Clippert, Carolyn C. Davison, Edith H. Dempsey, Carolyn M. Donald, Charles R. Moon and Jacqueline M. Flayer, Mrs. Gaylord W. Gillis, Jr., Erwin H. Haass, Frederick E. Haass, Mr. and Mrs. Robert L. Hicks, Mr. and Mr. William H. Juchartz, Elizabeth F. Lyon, Mr. and Mrs. Lorne S. MacDonald, Mrs. George R. McMullen, Mr. and Mrs. W. James Moore, Helen Kirk Wright, the Ancient Art General Fund, and the Antiquaries, in memory of Hermine Clippert |

http://www.dia.org/user_area/comping/1994.97.jpg

### *Achaemenid Persian Spearman*
### NA

| | |
|---|---|
| Date | 5th Century BC |
| Date Acquired | 1978 |
| Department | Ancient Near Eastern Art |
| Medium | Limestone |
| Dimensions | 10 3/8 x 11 5/8 in. (26.4 x 29.5 cm) |
| Credit | Founders Society Purchase, Robert H. Tannahill Foundation Fund |

http://www.dia.org/user_area/comping/78.47.jpg



# Appendix
## Christie's Appraisal

# CHRISTIE'S

## Fair Market Value for Financial Planning

Property Belonging to

City of Detroit
c/o Ken Buckfire
Miller Buckfire & Co., LLC
601 Lexington Avenue, 22nd Floor
New York, NY 10022
USA

17 December 2013

**Christie's Appraisals, Inc.**
20 Rockefeller Plaza, New York, NY 10020
phone 212 636 2400 fax 212 636 2370
www.christies.com

# CHRISTIE'S

## Summary

| Phase 1 | Fair Market Value Range | # of Objects |
|---|---|---|
| 19th Century European Art | $2,000,000–3,000,000 | 1 |
| 20th Century Decorative Art & Design | $410,500–824,000 | 9 |
| African & Oceanic Art | $850,000–1,600,000 | 2 |
| American Art | $12,220,000–25,870,000 | 17 |
| American Furniture & Decorative Arts | $120,000–218,000 | 8 |
| American Indian Art | $300,000–500,000 | 8 |
| Antiquities | $2,272,400–6,187,800 | 26 |
| Architectural Elements | $1,185,800–2,358,500 | 68 |
| Chinese Ceramics & Works of Art | $600,000–1,300,000 | 2 |
| European Furniture, Sculpture and Decorative Objects | $3,442,000–7,833,500 | 57 |
| Impressionist & Modern Art | $172,470,000–328,420,000 | 25 |
| Indian & Southeast Asian Art | $2,000,000–4,000,000 | 1 |
| Islamic Art | $3,021,150–7,378,400 | 44 |
| Old Master Paintings | $219,230,000–412,190,000 | 36 |
| Porcelain, European Ceramics & Glass | $1,308,000–3,268,000 | 9 |
| Post-War & Contemporary Art | $33,000–45,000 | 2 |
| Pre-Columbian Art | $40,000–60,000 | 1 |
| Prints & Multiples | $15,000–25,000 | 1 |

# Summary

| | | |
|---|---:|---:|
| Silver & Objects of Vertu | $55,000–89,000 | 9 |
| | **$421,572,850–805,167,200** | **326** |
| **Phase 2** | | |
| 20th Century Decorative Art & Design | $200,000–400,000 | 1 |
| African & Oceanic Art | $400,000–660,000 | 4 |
| American Art | $3,050,000–6,510,000 | 9 |
| American Indian Art | $40,000–60,000 | 1 |
| Antiquities | $290,000–1,165,000 | 9 |
| Books & Manuscripts | $125,000–300,000 | 7 |
| Chinese Ceramics & Works of Art | $2,130,000–5,030,000 | 13 |
| Chinese Paintings | $1,000,000–1,800,000 | 2 |
| European Furniture, Sculpture and Decorative Objects | $110,000–270,000 | 3 |
| Japanese Art | $280,000–410,000 | 5 |
| Impressionist & Modern Art | $5,195,000–10,570,000 | 27 |
| Indian & Southeast Asian Art | $770,000–1,300,000 | 3 |
| Islamic Art | $175,000–300,000 | 3 |
| Modern British Art | $250,000–600,000 | 1 |
| Old Master Drawings | $12,100,000–20,180,000 | 3 |
| Old Master Paintings | $2,330,000–4,360,000 | 19 |

Fair Market Value for Individual Paintings

# Summary

| | | |
|---|---|---|
| Prints & Multiples | $345,000–535,000 | 7 |
| Russian Art | $830,000–1,350,000 | 2 |
| | **$29,620,000–55,800,000** | **119** |
| **Phase 3** | | |
| | **$3,085,145–6,030,040** | **1,296** |
| **TOTAL** | **$454,277,995–866,997,240** | **1,741** |

In order to determine the appraised value, Christie's appraisers used the "market data approach," which compares the subject work to similar works and makes appropriate adjustments. The lower number in the value range for each work we appraised represents a conservative price at which the property would change hands between a willing buyer and a willing seller in the relevant marketplace, and the higher number in the range represents the most advantageous price at which the property would change hands between a willing buyer and a willing seller in the relevant marketplace. Christie's has made no assumptions about the sale process, nor did we take into consideration any commissions, buyer's premiums, or potential financial agreement between the buyer, seller and/or venue that would affect the final price realized. We have not assumed any volume discounts.

# CHRISTIE'S

# Contents

| | Page |
|---|---|
| **Phase 1** | **1** |
| 19th Century European Art | 1 |
| 20th Century Decorative Art & Design | 2 |
| African & Oceanic Art | 3 |
| American Art | 4 |
| American Furniture & Decorative Arts | 10 |
| American Indian Art | 12 |
| Antiquities | 13 |
| Architectural Elements | 20 |
| Chinese Ceramics & Works of Art | 34 |
| European Furniture, Sculpture and Decorative Objects | 35 |
| Impressionist & Modern Art | 47 |
| Indian & Southeast Asian Art | 56 |
| Islamic Art | 57 |
| Old Master Paintings | 64 |
| Porcelain, European Ceramics & Glass | 77 |
| Post–War & Contemporary Art | 80 |
| Pre-Columbian Art | 81 |
| Prints & Multiples | 82 |
| Silver & Objects of Vertu | 83 |
| **Phase 2** | **84** |
| 20th Century Decorative Art & Design | 84 |
| African & Oceanic Art | 85 |
| American Art | 86 |
| American Indian Art | 89 |
| Antiquities | 90 |
| Books & Manuscripts | 93 |
| Chinese Ceramics & Works of Art | 94 |
| Chinese Paintings | 99 |
| European Furniture, Sculpture and Decorative Objects | 100 |
| Japanese Art | 101 |
| Impressionist & Modern Art | 102 |
| Indian & Southeast Asian Art | 111 |
| Islamic Art | 112 |
| Modern British Art | 113 |
| Old Master Drawings | 114 |

# Contents

|                        | Page |
|------------------------|------|
| Old Master Paintings   | 115  |
| Prints & Multiples     | 122  |
| Russian Art            | 124  |
| **Phase 3**            | **125** |

# CHRISTIE'S

# Fair Market Value for Financial Planning

Property Belonging to

City of Detroit
c/o Ken Buckfire
Miller Buckfire & Co., LLC
601 Lexington Avenue, 22nd Floor
New York, NY 10022
USA

# Phase 1

19th Century European Art

|  |  |  |
|---|---|---|
| | **1.** | |
| 27.202 | **GUSTAVE COURBET (1819–1877)** | $2,000,000–3,000,000 |

*Femme nue dormant pres d'un ruisseau*
signed 'G. Courbet' (lower left)
oil on canvas
32 x 25 1/2 in.
Painted in 1845

**LITERATURE:**

R. Fernier, *La vie et l'oeuvre de Gustave Courbet, Catalogue raisonné*, Vol. I, Paris, 1977, p. 36, no. 59, (illustrated).

(Assumes that the recognized authority on the artist would confirm attribution)

(Not seen in person; appraised from photographs)

# Phase 1

## 20th Century Decorative Art & Design

**2.**

2008.5     **GEORGES DE FEURE (1868–1943)**     **$3,000–7,000**

*A VASE, 1903*
glazed porcelain, executed by Gerard, Dufraisseix and
Abbot
9 1/2 in. high

**3.**

26.404     **SIMON GATE (1916–1945)**     **$500–2,000**

*A VASE, 1925*
clear and frosted glass
12 1/4 in. high; 51 3/4 in. wide; 81 7/8 in. deep

**4.**

1994.78.A-E     **GREENE & GREENE**     **$200,000–400,000**

*A DINING TABLE WITH FOUR TABLE
LEAVES FOR THE BLACKER HOUSE,
1907/1909*
mahogany, ebony, with copper, pewter and mother-of-
pearl inlay, executed by John and Peter Hall
29 3/4 in. high

(5)

**5.**

2007.145     **CHARLES RENNIE MACKINTOSH (1868-1928)**     **$200,000–400,000**

*A CHAIR FOR THE ARGYLE STREET
TEA ROOMS, CIRCA 1897*
oak, with reproduction horsehair seat
54 in. high

**6.**

1993.24     **C.F.A. VOYSEY (1857–1941)**     **$7,000–15,000**

*AN ARM CHAIR, 1902*
oak, rush seat
39 7/8 in. high

# CHRISTIE'S

## Phase 1

### African & Oceanic Art

**7.**

25.183.A, B

**A KNIFE CASE, PROBABLY KONGO-PORTUGESE**
ANGOLA/DEMOCRATIC REPUBLIC OF CONGO, 16TH-18TH CENTURY
ivory
10 in. high

(Assumes ivory meets all age and import requirements to trade freely within the United States)

(Not seen in person; appraised from photographs)

$700,000–1,200,000

**8.**

26.180

**A BENIN COMMEMORATIVE PORTRAIT OF A QUEEN MOTHER**
NIGERIA, CIRCA 19TH CENTURY (LATE PERIOD)
copper alloy (bronze), cast
21 in. high

(Not seen in person; appraised from photographs)

$150,000–400,000

# Phase 1

## American Art

9.

44.165     **WASHINGTON ALLSTON (1779-1843)**     **$200,000–500,000**

*The Flight of Florimell*
oil on canvas
36 x 28 in.
Painted in 1819

10.

16.5     **WILLIAM MERRITT CHASE (1849-1916)**     **$400,000–700,000**

*The Yield of the Waters (A Fishmarket in Venice)*
signed 'Wm. M. Chase' (upper left)
oil on canvas
49 x 65 in.
Painted in 1878

LITERATURE:

R.G. Pisano, *William Merritt Chase: Still Lifes, Interiors, Figures, Copies of Old Masters, and Drawings*, Vol. 4, New Haven, Connecticut, 2010, p. 13, no. SL. 22, (illustrated).

11.

29.260     **WILLIAM MERRITT CHASE (1849-1916)**     **$1,000,000–3,000,000**

*The Whistling Boy*
signed and dated 'Wm. M. Chase München 1875' (lower left)
oil on canvas
32 x 16 1/2 in.
Painted in 1875

LITERATURE:

R.G. Pisano, *William Merritt Chase: Portraits in Oil*, Vol. 2, New Haven, Connecticut, 2006, p. 9, no. OP. 23 (illustrated).

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 184 of 321

## Phase 1

### American Art

**12.**

30.296     **THOMAS COWPERTHWAITE EAKINS (1844–1916)**     **$1,500,000–3,500,000**

*Dr. Horatio C. Wood*
signed 'Eakins' (lower right)
oil on canvas
64 x 50 in.
Painted in 1886

**LITERATURE:**
L. Goodrich, *Thomas Eakins: His Life and Work*, New York, 1933, p. 181, no. 239.

**13.**

30.322     **WILLIAM JAMES GLACKENS (1870-1938)**     **$300,000–700,000**

*The Promenade*
oil on canvas
32 x 25 3/4 in.
Painted in 1927

**14.**

11.5     **CHILDE HASSAM (1859-1935)**     **$400,000–700,000**

*Place Centrale and Fort Cabanas, Havana*
signed and dated 'Childe Hassam / Havana 1895' (lower right)
oil on canvas
21 1/4 x 26 1/4 in.
Painted in 1895

(Assumes that the recognized authority on the artist would confirm attribution)

# Phase 1

## American Art

|  | **15.** | |
| --- | --- | --- |
| 19.148 | **ROBERT HENRI (1865-1929)** | **$500,000–1,000,000** |

*The Young Girl*
signed 'Robert Henri' (lower left)
oil on canvas
41 x 33 in.
Painted in 1915

|  | **16.** | |
| --- | --- | --- |
| 19.149 | **ROBERT HENRI (1865-1929)** | **$400,000–800,000** |

*The Beach Hat*
signed 'Robert Henri' (lower left)
oil on canvas
24 x 20 in.
Painted in 1914

|  | **17.** | |
| --- | --- | --- |
| 19.150 | **ROBERT HENRI (1865-1929)** | **$400,000–700,000** |

*Boy with a Plaid Scarf*
signed 'Robert Henri' (lower right)
oil on canvas
24 x 20 in.
Painted in 1916

|  | **18.** | |
| --- | --- | --- |
| 14.5 | **JONAS LIE (1880-1940)** | **$300,000–600,000** |

*Culebra Cut*
signed 'Jonas Lie' (lower left)
oil on canvas
50 x 60 in.
Painted in 1913

# Phase 1

## American Art

|  | 19. | |
|---|---|---|
| 25.6 | **GEORGE BENJAMIN LUKS (1867–1933)** | **$800,000–2,000,000** |

*Three Top Sergeants*
signed 'George Luks' (lower right)
oil on canvas
30 x 36 in.
Painted in 1925

|  | 20. | |
|---|---|---|
| 2001.36 | **SEVERIN ROESEN (1815–1872)** | **$250,000–500,000** |

*Flowers*
signed 'S. Roesen' (lower left)
oil on canvas
35 3/4 x 28 1/2 in. (oval)
Painted *circa* 1865

|  | 21. | |
|---|---|---|
| 1993.18 | **JOHN SINGER SARGENT (1856–1925)** | **$4,500,000–8,000,000** |

*Mosquito Nets*
oil on canvas
22 1/2 x 28 1/4 in.
Painted in 1908

(Assumes that the recognized authority on the artist
would confirm attribution)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 187 of 321

# Phase 1

## American Art

**22.**

21.72    **JOHN SINGER SARGENT (1856–1925)**        **$1,200,000–3,000,000**

*Home Fields*
signed and inscribed 'To my friend Branley / John S.
Sargent' (lower left)
oil on canvas
28 3/4 x 38 in.
Painted *circa* 1885

LITERATURE:
R. Ormond and E. Kilmurray, *John Singer Sargent: Figures
and Landscapes, 1883-1899, Complete Paintings*, Vol. V,
New Haven, Connecticut, 2010, pp. 104–105, no. 856,
(illustrated).

**23.**

26.89    **THOMAS SULLY (1783–1872)**        **$25,000–50,000**

*Dr. Edward Hudson*
oil on canvas
30 x 25 in.
Painted in 1810

LITERATURE:
E. Biddle and M. Fielding, *The Life and Works of Thomas
Sully, 1783-1872*, Philadelphia, Pennsylvania, 1921, p.
181, no. 836.

**24.**

26.90    **THOMAS SULLY (1783–1872)**        **$30,000–80,000**

*Mrs. Edward Hudson*
oil on canvas
30 x 25 in.
Painted in 1814

LITERATURE:
E. Biddle and M. Fielding, *The Life and Works of Thomas
Sully, 1783-1872*, Philadelphia, Pennsylvania, 1921, p.
181, no. 840.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 188 of 321

# CHRISTIE'S

## Phase 1

### American Art

**25.**

29.259    **ALEXANDER HELWIG WYANT (1836–1892)**    $15,000–40,000

*Summer Landscape*
signed 'A.H. Wyant' (lower right)
oil on canvas
20 x 29 in.
Executed in 1889

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 189 of 321

# Phase 1

## American Furniture & Decorative Arts

**26.**

27.573 **AN ASH, HICKORY AND RUSH ARM CHAIR**   $15,000–30,000
MASSACHUSETTS, 1640–1660
42 1/2 in. high

**27.**

28.141 **A RED MAPLE GATELEG TABLE**   $20,000–40,000
CIRCA 1700
27 5/8 in. high; 53 1/2 in. wide; 45 1/2 in. deep

**28.**

29.250 **A MAPLE, HICKORY AND RUSH ARM CHAIR**   $20,000–40,000
WILLIAM SAVERY, CIRCA 1750
46 in. high

**29.**

29.252 **A WOOD FRAMED MIRROR**   $5,000–10,000
JOHN E. ELLIOT, CIRCA 1765
62 7/8 in. high

**30.**

47.82 **A PINE AND BRASS TAUNTON CHEST**   $50,000–80,000
ROBERT CROSMAN, CIRCA 1736
31 1/4 in. high; 35 3/4 in. wide; 17 1/2 in. deep

**31.**

1994.3.AB **A GILT-BRONZE, MARBLE, AND**   $8,000–12,000
**WHEELCUT OVERLAID LEAD GLASS LAMP**
**WITH SHADE**
BOSTON & SANDWICH GLASS COMPANY,
CIRCA 1865
38 3/4 in. high

# Phase 1

## American Furniture & Decorative Arts

**32.**

1994.94.1A, B,
1994.94.2

**A PRESSED LEAD GLASS JEWEL CASKET**
BOSTON & SANDWICH GLASS COMPANY, 1826-1888
5 3/4 in. high

Together with a pressed glass underplate, Boston & Sandwich Glass Company, 1835–1840
8 3/8 in. wide

(2)

$1,000–3,000

**33.**

1996.13

**A PRESSED LEAD GLASS LACY COMPOTE**
BOSTON & SANDWICH GLASS COMPANY, 1835-1840
7 5/8 in. high

$1,000–3,000

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 191 of 321

## Phase 1

### American Indian Art

| | | |
|---|---|---|
| | **34.** | |
| 47.397.A-G | **A CARVED WOOD HOUSE PANEL IN THE FORM OF A DOUBLE-HEADED SERPENT** | $100,000–150,000 |
| | DICK PRICE, BRITISH COLUMBIA, CIRCA 1927 | |
| | 46 in. high | |
| | (7) | |

| | | |
|---|---|---|
| | **35.** | |
| 51.9 | **A WOODEN BOWL IN THE FORM OF A BEAVER** | $200,000–350,000 |
| | OJIBWA, LATE 18TH CENTURY | |
| | 6 1/2 in. high | |

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 192 of 321

# Phase 1

## Antiquities

| | | |
|---|---|---|
| | **36.** | |
| 24.11 | **A CORINTHIAN BLACK-FIGURED ALABASTRON** | $8,500–15,000 |
| | CIRCA 590–570 B.C. | |
| | 8 3/4 in. high | |

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

| | | |
|---|---|---|
| | **37.** | |
| 24.12 | **A CORINTHIAN BLACK-FIGURED ARYBALLOS** | $7,500–12,000 |
| | ATTRIBUTED TO THE PAINTER OF THE LOWERING BULLS, CIRCA 600 B.C. | |
| | 4 3/16 in. high | |

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

| | | |
|---|---|---|
| | **38.** | |
| 24.13 | **AN ATTIC RED-FIGURED STAMNOS DEPICTING APHRODITE, HERA AND HERMES** | $80,000–150,000 |
| | ATTRIBUTED TO THE TYSKIEWICZ PAINTER, CIRCA 480–470 B.C. | |
| | 14 3/4 in. high | |

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

## Phase 1

### Antiquities

**39.**

24.98 | **AN EGYPTIAN LIMESTONE RELIEF WITH MOURNERS AND FUNERAL MEATS** | **$75,000–200,000**

NEW KINGDOM, LATE 18TH DYNASTY, CIRCA 1340 B.C.
21 in. high; 10 3/4 in. wide; 2 3/8 in. deep

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

**40.**

24.113 | **A GREEK MARBLE DRAPED FEMALE FIGURE** | **$200,000–650,000**

HELLENISTIC PERIOD, CIRCA 2ND/1ST CENTURY B.C.
71 in. high; 26 in. wide; 19 1/2 in. deep

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

**41.**

24.120 | **AN ATTIC RED-FIGURED COLUMN-KRATER** | **$40,000–100,000**

ATTRIBUTED TO THE LENINGRAD PAINTER, CIRCA 5TH CENTURY B.C.
15 5/8 in. high

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

**42.**

24.127 | **AN ATTIC BLACK-FIGURED AMPHORA** | **$40,000–90,000**

ATTRIBUTED TO THE CIRCLE OF THE SWING PAINTER, CIRCA 540-520 B.C.
13 7/16 in. high

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 194 of 321

# Phase 1

## Antiquities

| | | | |
|---|---|---|---|
| 24.143 | **43.**<br>**AN APULIAN RED-FIGURED BELL-KRATER**<br>ATTRIBUTED TO THE LARGHETTO PAINTER,<br>CIRCA MID-4TH CENTURY B.C.<br>12 in. high<br><br>(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States) | | **$8,000–20,000** |
| 24.147 | **44.**<br>**A CAMPANIAN RED-FIGURED FISH-PLATE**<br>ATTRIBUTED TO THE DOTTED STRIPE GROUP, CIRCA 340-330 B.C.<br>12 3/8 in. diameter<br><br>(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States) | | **$8,000–20,000** |
| 26.122 | **45.**<br>**A ROMAN MARBLE TORSO OF APOLLO**<br>CIRCA 1ST CENTURY A.D.<br>58 in. high; 30 in. wide; 21 1/4 in. deep<br><br>(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States) | | **$800,000–2,500,000** |
| 26.138 | **46.**<br>**A ROMAN MARBLE SARCOPHAGUS**<br>CIRCA 3RD CENTURY A.D.<br>25 1/2 in. high; 85 1/2 in. wide; 29 in. deep<br><br>(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States) | | **$60,000–150,000** |

# CHRISTIE'S

## Phase 1

### Antiquities

**47.**

26.152    **A BYZANTINE TERRACOTTA ROUNDEL WITH THE ADORATION OF KINGS**      **$500–2,000**
CIRCA 8TH CENTURY-12TH CENTURY A.D.
1 5/8 in. diameter

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

**48.**

26.154    **A BYZANTINE TIN-LEAD AMPULLA**      **$3,000–8,000**
PALESTINE, CIRCA 6TH CENTURY A.D.
2 7/16 in. high

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

**49.**

26.255    **A VILLANOVAN BRONZE PIN**      **$200–800**
CIRCA 750-700 B.C.
3 1/8 in. wide

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

**50.**

27.208    **A ROMAN MARBLE SACROPHAGUS WITH WINGED VICTORIAS HOLDING A PLAQUE**      **$80,000–150,000**
CIRCA MID-2ND CENTURY A.D.
27 1/2 in. high; 74 3/8 in. wide; 21 1/2 in. deep (overall)

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 196 of 321

# Phase 1

## Antiquities

**51.**

27.274A, B

**A PAIR OF ROMAN GOLD EARRINGS**
CIRCA 3RD CENTURY A.D.
1 3/4 in. long

$2,500–7,000

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

**52.**

27.275A, B

**A PAIR OF ROMAN GOLD EARRINGS**
CIRCA 3RD CENTURY A.D.
2 3/8 in. long

$3,000–10,000

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

**53.**

27.281

**AN ETRUSCAN BLACK-FIGURED AMPHORA**
ATTRIBUTED TO THE MICALI PAINTER, CIRCA
510-500 B.C.
17 7/8 in. high

$30,000–80,000

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

**54.**

30.371

**AN EGYPTIAN CARVED AND PAINTED
LIMESTONE RELIEF OF PEASANTS DRIVING
CATTLE AND FISHING**
OLD KINGDOM, 5TH DYNASTY, 2465-2323 B.C.
18 1/2 in. high; 27 in. wide; 2 in. deep (left section)
18 in. high; 32 in. wide; 2 in. deep (right section)

$150,000–300,000

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

# Phase 1

## Antiquities

**55.**

30.373    **AN EGYPTIAN FAIENCE SCARAB**        **$30,000–75,000**
NEW KINGDOM, 18TH DYNASTY, REIGN OF
AMENHOTEP III, 1391-1353 B.C.
1 in. high

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

**56.**

30.452    **AN IRANIAN POTTERY VASE**        **$1,200–3,000**
CIRCA 2000-1500 B.C.
4 7/8 in. high

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

**57.**

40.47    **AN EGYPTIAN BLACK STONE PORTRAIT**        **$200,000–600,000**
**HEAD OF A MAN**
PTOLEMAIC PERIOD, CIRCA 250 B.C.
7 3/4 in. high

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

**58.**

40.48    **AN EGYPTIAN BLACK STONE PORTRAIT**        **$350,000–800,000**
**HEAD OF A MAN**
PTOLEMAIC PERIOD, CIRCA 200-150 B.C.
3 1/2 in. high

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 198 of 321

# Phase 1

## Antiquities

**59.**

40.49  **AN EGYPTIAN GLAZED POTTERY AMPHORA**                    $20,000–65,000
ROMAN PERIOD, CIRCA 1ST/2ND CENTURY
A.D.
9 in. high

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

**60.**

45.120  **A ROMAN BRONZE BULL**                                 $25,000–60,000
CIRCA LATE 1ST CENTURY B.C.–EARLY 1ST
CENTURY A.D.
6 13/16 in. high; 6 1/2 in. wide; 3 5/16 in. deep

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

**61.**

46.260  **AN ETRUSCAN BRONZE RIDER**                            $50,000–120,000
CIRCA LATE 5TH CENTURY B.C.
10 7/8 in. high; 4 1/8 in. wide; 4 5/8 in. deep

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

# Phase 1

## Architectural Elements

**62.**

22.29  **A SET OF LOUIS XV WHITE-PAINTED OAK PANELING**  $15,000–40,000
CIRCA 1760-1770 AND LATER
Carved overall with scrollwork and foliage, with papier-mâché overdoors and a marble mantelpiece

**63.**

22.245  **A CIRCULAR CARVED STONE RELIEF REPRESENTING A FANTASTIC BEAST**  $10,000–20,000
POSSIBLY BYZANTINE, 12TH/13TH CENTURY
Within a raised reticulated border
14 in. diameter

**64.**

22.246  **A CIRCULAR CARVED STONE RELIEF REPRESENTING A PAIR OF DRAGONS**  $15,000–30,000
POSSIBLY BYZANTINE, 12TH/13TH CENTURY
The dragons flanking a vase
13 in. diameter

**65.**

22.247  **A CIRCULAR CARVED MARBLE RELIEF REPRESENTING A PAIR OF BIRDS**  $15,000–30,000
GREEK, 12TH/13TH CENTURY
14 in. diameter

**66.**

22.248  **A CIRCULAR CARVED STONE RELIEF REPRESENTING A LION ATTACKING A DEER**  $10,000–20,000
POSSIBLY BYZANTINE, 12TH/13TH CENTURY
12 1/2 in. diameter

17 December 2013                                    New York/10065268/060442

# Phase 1

## Architectural Elements

**67.**

22.249    **A CIRCULAR CARVED STONE RELIEF REPRESENTING A LION PASSANT**      $12,000–20,000
POSSIBLY 12TH/13TH CENTURY
The lion with its front left paw raised
15 in. diameter

**68.**

22.254.1–.8    **A GROUP OF EIGHT CARVED OAK CORBELS**      $80,000–150,000
NORTH EUROPEAN, 15TH CENTURY
Carved as animals and figures holding shields
14 in. high; 28 in. wide

(8)

**69.**

25.155    **A CARVED MARBLE RELIEF OF AN ANIMAL**      $18,000–40,000
POSSIBLY NORTH EUROPEAN, LATE
19TH/EARLY 20TH CENTURY
Depicting a creature with a lion's head and arms
21 1/4 in. high; 38 1/4 in. wide

**70.**

25.156    **A CARVED STONE RELIEF OF THE MARTELLI FAMILY COAT-OF-ARMS**      $20,000–50,000
CIRCLE OF DONATELLO, FLORENCE, MID-
15TH CENTURY
Representing a griffin, possibly altered in size
43 in. high

**71.**

25.161    **A CARVED RECTANGULAR MARBLE RELIEF REPRESENTING A CANDELABRUM**      $20,000–40,000
NAPLES, CIRCA 1510-1530
Representing a scrolling two-branch candelabrum filled
with fruit and centered by a male mask
19 1/4 in. high; 24 1/8 in. wide

# Phase 1

## Architectural Elements

**72.**

26.142    **A CARVED STONE ROUNDEL OF CHRIST AND THE SYMBOLS OF THE FOUR EVANGELISTS**      **$50,000–90,000**
ITALIAN, POSSIBLY 12TH CENTURY
Representing Christ seated, offering a blessing and holding a book in his left hand, flanked to each side by symbols of Matthew, Mark, John and Luke
20 in. high; 39 1/4 in. wide

**73.**

26.143    **A CIRCULAR CARVED STONE RELIEF OF THE COAT-OF-ARMS OF POPE LEO X, OF THE DEPUTY APOSTOLIC LEGATE IN BOLOGNA, ARCHBISHOP ALTOBELLO AVEROLDI OF BRISIGHELLA AND OF THE TOWN OF BOLOGNA**      **$18,000–30,000**
FLORENCE, CIRCA 1515
27 1/2 in. diameter

**74.**

26.148    **A FRAGMENTARY CARVED MARBLE RELIEF**      **$10,000–25,000**
8TH CENTURY/9TH CENTURY
Representing a bird perched on scrollwork
12 in. high; 32 in. wide

**75.**

26.155    **A RECTANGULAR CARVED MARBLE RELIEF OF THE COAT-OF-ARMS OF THE NEAPOLITAN BRANCH OF THE ANTINORI FAMILY**      **$18,000–35,000**
NAPLES, MID-15TH CENTURY
The coat-of-arms surmounted by an angel
25 1/2 in. high; 20 in. wide

# Phase 1

## Architectural Elements

**76.**

26.156 | **A CIRCULAR CARVED MARBLE RELIEF OF A BIRD ATTACKING A RABBIT** | $10,000–20,000
GREEK, 12TH/13TH CENTURY
The bird standing on the rabbit
14 in. diameter

**77.**

26.157 | **A FRAGMENTARY CARVED STONE RELIEF OF A BIRD** | $5,000–9,000
POSSIBLY BYZANTINE, 12TH/13TH CENTURY
The bird with its head bowed to the left
8 in. high; 11 1/2 in. wide

**78.**

26.170 | **AN ITALIAN MARBLE CIBORIUM FRAGMENT** | $10,000–18,000
CIRCA 8TH/9TH CENTURY A.D.
With a bird, flower and geometric border
25 1/4 in. high; 20 1/4 in. wide

**79.**

26.177 | **A FRAGMENTARY CARVED MARBLE RECTANGULAR RELIEF FRAGMENT** | $800–1,500
LATE 19TH/EARLY 20TH CENTURY
Carved overall with scrollwork and crosses
23 1/2 x 44 1/2 in. (overall)

**80.**

26.183 | **A CARVED MARBLE RELIEF OF A COAT-OF-ARMS** | $12,000–35,000
NORTH ITALIAN, 15TH CENTURY
Representing a heron grasping a branch, flanked by
trailing ribbons
20 3/4 in. high; 15 3/4 in. wide

# Phase 1

## Architectural Elements

**81.**

26.187 | **A CIRCULAR CARVED MARBLE RELIEF OF A BIRD ATTACKING A RABBIT** | **$10,000–20,000**
GREEK, 12TH/13TH CENTURY
The bird's head bowed to the right
14 1/2 in. diameter

**82.**

26.188 | **A CIRCULAR CARVED STONE RELIEF OF A BIRD ATTACKING A RABBIT** | **$10,000–20,000**
POSSIBLY GREEK, 12TH/13TH CENTURY
The rabbit's head turned in to the left
13 1/2 in. diameter

**83.**

26.189 | **A CIRCULAR CARVED STONE RELIEF OF TWO BIRDS FLANKING A TREE** | **$8,000–20,000**
12TH CENTURY
The tails of the two birds meeting at the base of the tree
13 1/2 in. diameter

**84.**

26.190 | **A CIRCULAR CARVED STONE RELIEF OF A PAIR OF BIRDS** | **$8,000–20,000**
12TH/13TH CENTURY
The central tree with two blossoms at its top
14 1/4 in. diameter

**85.**

26.191 | **A CIRCULAR CARVED MARBLE RELIEF OF A BIRD ATTACKING A RABBIT** | **$6,000–12,000**
GREEK, 12TH/13TH CENTURY
The bird's head bowed to the left over the recumbent rabbit
11 1/2 in. diameter

# Phase 1

## Architectural Elements

86.
26.192     **A CIRCULAR CARVED MARBLE RELIEF OF A BIRD ATTACKING A RABBIT**     **$15,000–30,000**
GREEK, 12TH/13TH CENTURY
Within a raised reticulated border, the rabbit with its head up–turned
11 in. diameter

87.
26.193     **A CIRCULAR CARVED MARBLE RELIEF OF TWO LIONS IN COMBAT**     **$18,000–35,000**
POSSIBLY GREEK, 12TH/13TH CENTURY
13 1/2 in. diameter

88.
26.194     **A CIRCULAR CARVED MARBLE RELIEF OF A HORSEMAN FIGHTING A LION**     **$10,000–20,000**
GREEK, 12TH/13TH CENTURY
The horse rearing and the lion standing on his rear paws
17 in. diameter

89.
26.195     **A CIRCULAR CARVED MARBLE RELIEF OF CHRIST**     **$1,000–3,000**
LATE 19TH/EARLY 20TH CENTURY
17 in. diameter

90.
26.196     **A CIRCULAR CARVED MARBLE RELIEF OF A FOX ATTACKING A SHEEP**     **$8,000–18,000**
GREEK, 12TH/13TH CENTURY
The fox with a textured coat
13 3/4 in. diameter

# Phase 1

## Architectural Elements

**91.**

26.197 **A CIRCULAR CARVED STONE RELIEF OF THE AGNUS DEI**
POSSIBLY NORTH ITALIAN, 14TH CENTURY
The striding lamb supporting a furling banner
14 in. diameter

$8,000–20,000

**92.**

26.200 **A CIRCULAR CARVED STONE RELIEF OF A LION ATTACKING A RABBIT**
POSSIBLY GREEK, 12TH/13TH CENTURY
The feline animal with its head bowed to the right, lower half later
13 3/4 in. diameter

$5,000–9,000

**93.**

26.201 **A CIRCULAR CARVED STONE RELIEF OF TWO ANIMALS IN COMBAT**
POSSIBLY GREEK, 12TH/13TH CENTURY
The animal on the right rearing, the other in stride
12 1/2 in. diameter

$8,000–18,000

**94.**

26.202 **A RECTANGULAR CARVED MARBLE RELIEF OF A COAT-OF-ARMS, PROBABLY OF THE CAPITANI DEL BIGALLI**
NORTH ITALIAN, MID-14TH CENTURY
The upper register with a four-line inscription above a crest with a striding rooster
24 1/2 in. high; 15 in. wide

$6,000–15,000

**95.**

26.203 **A RECTANGULAR CARVED MARBLE RELIEF OF THE COAT-OF-ARMS OF FEDERICO DA MONTEFELTRO**
ITALIAN, CIRCA 1444–1465
Representing a bird holding a crest, a cross above its left wing
25 1/2 in. high; 19 1/4 in. wide

$18,000–35,000

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 206 of 321

# Phase 1

## Architectural Elements

96.

26.204 **A RECTANGULAR CARVED SANDSTONE RELIEF OF A COAT-OF-ARMS, PROBABLY OF THE DELLA GHERARDESCA FAMILY**
NORTH ITALIAN, 14TH CENTURY
The left half with a griffin, losses
17 1/4 in. high; 13 3/4 in. wide

$4,000–9,000

97.

26.205 **A RECTANGULAR CARVED MARBLE RELIEF OF THE COAT-OF-ARMS OF THE BRANCACCIO IMBRIANI FAMILY**
NORTH ITALIAN, SECOND HALF 15TH CENTURY
Centered by a vertical band of birds flanked by two legs with paws, within a raised rectangular border
19 3/4 in. high; 14 1/4 in. wide

$12,000–30,000

98.

26.206 **A RECTANGULAR CARVED SANDSTONE RELIEF OF A COAT-OF-ARMS, PROBABLY OF THE NINI FAMILY**
PROBABLY NORTH ITALIAN, 14TH/15TH CENTURY
Representing a rampant lion
16 1/2 in. high; 14 1/2 in. wide

$6,000–12,000

99.

26.207 **A CARVED STONE RELIEF OF A COAT-OF-ARMS, PROBABLY OF THE TAFURI FAMILY**
ITALIAN, PROBABLY 16TH CENTURY
The upper register with a lion supporting a ladder beneath the sun
18 3/4 in. high; 14 1/2 in. wide

$5,000–10,000

# CHRISTIE'S

## Phase 1

### Architectural Elements

| | | |
|---|---|---|
| 26.208 | **100.**<br>**A CARVED MARBLE RELIEF OF A COAT-OF-ARMS OF THE SWISS LUDER FAMILY AND OF THE LUND FAMILY**<br>SCHLESWIG, 15TH CENTURY<br>The left side with a rearing lion, the right with a double-headed eagle<br>12 1/4 in. high; 9 3/4 in. wide | $6,000–12,000 |
| 26.209 | **101.**<br>**A CARVED MARBLE RELIEF OF A COAT-OF-ARMS OF THE GAZOLA FAMILY**<br>ITALIAN, MID-17TH CENTURY<br>With polychrome decoration and gilding, the upper register with three stars<br>13 3/4 in. high; 13 in. wide | $6,000–15,000 |
| 26.210 | **102.**<br>**A CARVED MARBLE RELIEF OF A COAT-OF-ARMS, POSSIBLY OF THE MICHAULT DE ST. MARS FAMILY**<br>FRENCH OR ITALIAN, POSSIBLY SECOND HALF 17TH CENTURY<br>Surmounted by a banner, the upper register with a fortified wall<br>16 3/4 in. high; 11 1/4 in. wide | $6,000–12,000 |
| 26.211 | **103.**<br>**A CARVED STONE RELIEF OF A COAT-OF-ARMS OF THE MEDICI FAMILY**<br>NORTH ITALIAN, LATE 16TH CENTURY<br>With scrolling sides, of elongated form<br>20 in. high; 12 1/2 in. wide | $4,000–10,000 |

# Phase 1

## Architectural Elements

**104.**

26.212 **A CARVED MARBLE RELIEF OF A COAT-OF-ARMS OF THE PUCCI DELLE STELLE FAMILY**
ITALIAN, LATE 17TH CENTURY
With a central bust of an African man
13 1/2 in. high; 11 in. wide

$7,000–15,000

**105.**

26.213 **A CARVED MARBLE RELIEF OF A COAT-OF-ARMS OF THE FIASCHI FAMILY**
ITALIAN, FIRST HALF 17TH CENTURY
The center with two lions flanking a tower
18 3/4 in. high; 13 1/2 in. wide

$8,000–15,000

**106.**

26.214 **A CARVED MARBLE RELIEF OF A COAT-OF-ARMS OF THE COURTOT DE CISSEY FAMILY**
POSSIBLY FRENCH, SECOND HALF 16TH CENTURY
Centered by a striding unicorn facing to the left
15 in. high; 10 1/2 in. wide

$6,000–15,000

**107.**

26.215 **A RECTANGULAR CARVED STONE RELIEF OF A COAT-OF-ARMS OF FEDERICO DA MONTEFELTRO**
NORTH ITALIAN, CIRCA 1444-1465
Representing an eagle supporting a ribbon-festooned fish
26 in. high; 26 in. wide

$7,000–18,000

**108.**

26.216 **A CIRCULAR CARVED STONE RELIEF OF THE AGNUS DEI**
POSSIBLY NORTH ITALIAN, 15TH CENTURY
In the form of a keystone, the striding lamb looking backwards and supporting a banner
22 in. diameter

$4,000–10,000

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 209 of 321

# CHRISTIE'S

# Phase 1

## Architectural Elements

**109.**

26.217 **A CARVED STONE RELIEF OF A COAT-OF-ARMS OF NICCOLO SOTTILE**
POSSIBLY ITALIAN, LATE 14TH/EARLY 15TH CENTURY
Representing a mythical beast over a crest with a bell being rung by a lion
29 1/2 in. high; 19 1/4 in. wide

$10,000–25,000

**110.**

26.218 **A CARVED STONE RELIEF**
LATE 19TH/EARLY 20TH CENTURY
A scrolling vine coming out of a pot
72 in. high; 5 1/4 in. wide; 7 1/4 in. deep

$1,000–5,000

**111.**

26.219 **A CARVED MARBLE RELIEF OF BIRDS AND LIONS**
GREEK, 12TH/13TH CENTURY
Representing two birds perched in a tree flanked by lions at the base
22 in. high; 11 1/2 in. wide

$10,000–22,000

**112.**

26.220 **A FRAGMENTARY CARVED STONE RELIEF OF ANIMALS**
POSSIBLY GREEK, 12TH/13TH CENTURY
Representing three animals separated by balusters
8 in. high; 22 in. wide

$10,000–20,000

**113.**

26.221 **A CARVED MARBLE RECTANGULAR RELIEF OF A COAT-OF-ARMS, PROBABLY OF THE SUAREZ FAMILY**
POSSIBLY SPANISH, MID-16TH CENTURY
With a crowned double-headed eagle supporting a central cartouche
31 in. high; 24 1/2 in. wide

$10,000–25,000

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 210 of 321

# Phase 1

## Architectural Elements

**114.**

26.223    **A CARVED MARBLE WINDOW FRAME**      **$20,000–50,000**
POSSIBLY VENETIAN, CIRCA 1450
The pointed arch frame flanked by columns, the sill
associated, restored and elements missing
31 in. wide

**115.**

26.235    **A CARVED MARBLE LUNETTE**      **$10,000–30,000**
PROBABLY LATE 11TH CENTURY
Of arched form, carved with rows of circles
17 1/2 in. high; 30 in. wide

**116.**

27.217    **A ROMAN MARBLE MOSAIC PANEL WITH A**      **$12,000–30,000**
**FISH**
CIRCA 4TH CENTURY A.D.
15 in. high; 20 1/2 in. wide

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

**117.**

27.218    **A LATE ROMAN MARBLE SARCOPHAGUS**      **$7,000–12,000**
**FRAGMENT**
CIRCA 4TH CENTURY A.D.
16 in. high; 13 1/2 in. wide

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 211 of 321

# Phase 1

## Architectural Elements

**118.**

27.220

**A CARVED MARBLE RELIEF OF A COAT-OF-ARMS OF THE PASQUI OR POSSIBLY BERNARDI FAMILY**
ITALIAN, EARLY 17TH CENTURY
Surmounted by a mask, the crest with a star in the upper register
25 in. high; 14 1/2 in. wide

$8,000–18,000

**119.**

27.221

**A CARVED MARBLE RELIEF OF A COAT-OF-ARMS, POSSIBLY OF THE GIOACCHINI FAMILY**
ITALIAN, LATE 16TH/EARLY 17TH CENTURY
The crest centered by a profile of a man wearing a turban
22 in. high; 11 1/4 in. wide; 4 3/4 in. deep

$7,000–15,000

**120.**

27.241

**A TERRACOTTA RELIEF OF A COAT-OF-ARMS OF THE GOVERNOR OF DUREN**
ENGLISH, 16TH CENTURY
The crowned crest centered by a striding lion
19 1/2 in. high

$12,000–25,000

**121.**

27.380

**A FRENCH BRONZE FIGURE OF SAINT GEORGE**
CAST BY SUSSE FRÈRES, AFTER THE MODEL BY DONATELLO, EARLY 20TH CENTURY
The base inscribed *St. George by Donatello*, with Susse Frères foundry inscription
approximately 6 ft. high

$100,000–200,000

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 212 of 321

# Phase 1

## Architectural Elements

**122.**

27.381  **A FRENCH BRONZE FIGURE OF A DYING SLAVE**                                  $100,000–200,000
CAST BY SUSSE FRÈRES, AFTER THE MODEL BY
MICHELANGELO, EARLY 20TH CENTURY
On a rectangular plinth, the base with Susse Frères
foundry inscription
approximately 6 ft. high

**123.**

27.382  **AN OVER-LIFE-SIZE BRONZE GROUP OF A NYMPH AND EROS**                       $150,000–250,000
POSSIBLY FRENCH, AFTER THE MODEL BY
PHILIPPE MAGNIER (1647-1715), EARLY 20TH
CENTURY
The recumbent figure looking away, a putto at her feet
blowing a horn
51 in. high; 99 in. wide; 45 in. deep

(Not seen in person; appraised from photographs)

**124.**

27.383  **AN OVER-LIFE-SIZE BRONZE GROUP OF 'LE FLEUVE LA GARONNE'**                 $150,000–250,000
POSSIBLY FRENCH, AFTER THE MODEL BY
ANTOINE COYSEVOX (1640-1720), EARLY 20TH
CENTURY
The recumbent figure lying on a basin
53 in. high; 99 1/4 in. wide; 44 3/4 in. deep

(Not seen in person; appraised from photographs)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 213 of 321

# Phase 1

## Chinese Ceramics & Works of Art

**125.**

29.172 **A LACQUERED AND GILTWOOD FIGURE OF SAKYAMUNI EMERGING FROM THE MOUNTAINS**

$500,000–1,000,000

YUAN DYNASTY (1279-1368)
The emaciated figure is shown seated leaning slightly forward with the arched left leg raised to support the arms, the hands rest gently on the bent knee and the head is lowered in deep meditation. The face is sensitively modeled with an urna above downcast eyes, the moustache and beard and his hair combed in ringlets and framed by pierced, elongated earlobes. The figure is dressed in a red-lacquered dhoti that falls off one shoulder exposing the bony arm, shoulder and ribs. With remnants of gilding on the exposed limbs and face, as well as blue pigments in the hair and beard
11 3/4 in. high

**126.**

53.169 **A FINELY CAST BRONZE RITUAL TRIPOD WINE VESSEL (JUE)**

$100,000–300,000

SHANG DYNASTY, ANYANG PHASE, 13TH-11TH CENTURY B.C.
The vessel is raised on three blade-shaped legs and is crisply cast in relief on the sides with *taotie* masks separated by vertical notched bands and reserved on a *leiwen* ground beneath a band of stylized cicadas. There is a C-shaped handle surmounted by a bovine head on one side, and a pair of short posts surmounted by conical caps that rise from either side of the rim
8 1/2 in. high

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

# Phase 1

## European Furniture, Sculpture and Decorative Objects

**127.**

21.182    **A POLYCHROME CARVED LIMEWOOD GROUP OF THE MADONNA AND CHILD**                          $120,000–250,000
GERMAN, UPPER RHINE, CIRCA 1470-1480
The Virgin holding Christ in her left arm
42 1/2 in. high; 24 3/8 in. wide; 12 1/2 in. deep

(Assumes analysis of paint would confirm the work is of the period)

**128.**

21.194    **A POLYCHROME AND PARCEL–GILT CARVED LIMEWOOD FIGURE OF SAINT CATHERINE**                    $25,000–40,000
SOUTH GERMAN OR NORTH ITALIAN, POSSIBLY 15TH CENTURY
Depicted holding a book in her left arm
40 in. high; 13 3/4 in. wide; 9 1/2 in. deep

(Assumes analysis of paint and gilding would confirm the work is of the period)

**129.**

21.197    **A GILT-METAL ROCK CRYSTAL AND ENAMEL ALTAR CROSS**                                       $120,000–250,000
SOUTH GERMAN, MID-14TH CENTURY
Decorated with enameled heraldic devices, the base later
29 in. high; 16 in. wide; 7 1/2 in. deep

**130.**

22.30    **A CARVED LIMESTONE GROUP OF THE VIRGIN AND CHILD WITH DONOR**                              $120,000–250,000
FRENCH, PROBABLY NORMANDY, SECOND HALF 15TH CENTURY
The Virgin holding the Child in her left arm, a kneeling donor to her right side
42 in. high; 15 3/4 in. wide; 10 1/2 in. deep

Fair Market Value for Charitable Planning

## Phase 1

### European Furniture, Sculpture and Decorative Objects

**131.**

22.205     **A POLYCHROME AND PARCEL-GILT CARVED LINDENWOOD GROUP OF VIRGIN AND CHILD**
BY NICKLAUS WECKMANN, ULM, CIRCA 1510-1520
The Virgin holding the Christ child in her right arm
39 1/2 in. high; 13 1/2 in. wide; 6 3/4 in. deep

(Assumes analysis of paint would confirm the work is of the period)

**$30,000–50,000**

**132.**

22.206     **A POLYCHROME CARVED STONE FIGURE OF SAINT BRIDGET OF SWEDEN**
SECOND HALF 15TH CENTURY
Depicted standing with an open book in her hand
22 3/4 in. high; 8 3/8 in. wide; 7 1/4 in. deep

**$18,000–30,000**

**133.**

22.279     **A POLYCHROME CARVED DECORATED LÜSTERWEIBSCHEN**
With an Anna Selbdritt group and stag antlers, the antlers possibly later
34 in. high

(Assumes analysis of paint and gilding would confirm the work is of the period)

**$22,000–40,000**

**134.**

24.77     **A GILT AND SILVERED-BRONZE RELIEF REPRESENTING THE LAMENTATION**
NORTH ITALIAN, CIRCA 1590
With eight figures, before a hill and trees
7 7/8 in. high; 6 in. wide

**$12,000–25,000**

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 216 of 321

# Phase 1

## European Furniture, Sculpture and Decorative Objects

**135.**

24.78      **A GILT-BRONZE RECTANGULAR RELIEF OF THE VIRGIN, CHILD AND INFANT SAINT JOHN THE BAPTIST**      **$1,500–4,000**
CIRCLE OF JACOPO SANSOVINO, VENICE, MID-16TH CENTURY
The Virgin seated with the Child in her arms, Saint John the Baptist holding a cross at her feet before an architectural setting
5 5/16 in. high; 3 1/2 in. wide

**136.**

24.84      **A CIRCULAR GILT-BRONZE PLAQUETTE OF THE PIETA**      **$1,500–4,000**
CIRCLE OR FOLLOWER OF ANTONIO ABONDIO, ITALY, EARLY 17TH CENTURY
The Virgin and Christ at the foot of the cross and flanked by putti
2 15/16 in. diameter

**137.**

24.86      **A GILT-BRONZE OVAL PLAQUETTE REPRESENTING THE JUDGMENT OF PARIS**      **$2,000–4,000**
VALERIO BELLI, ITALY, SECOND QUARTER 16TH CENTURY
With Venus, Juno and Minerva standing before Paris, the base signed *VALE • VIN*
2 1/8 in. high; 1 3/4 in. wide

**138.**

24.88      **A GILT-BRONZE OVAL PLAQUETTE REPRESENTING THREE FIGURES**      **$2,000–4,500**
VALERIO BELLI, ITALY, 1525-1550
Representing a mythological subject, inscribed *VALERIUS F.*
1 7/8 in. high; 1 1/16 in. wide

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 217 of 321

## Phase 1

### European Furniture, Sculpture and Decorative Objects

**139.**

24.110 · **A CARVED MARBLE GROUP OF THE MADONNA AND CHILD** · **$70,000–150,000**

POSSIBLY BY BONINO DA CAMPIONE, LOMBARDY, MID-15TH CENTURY
The Virgin depicted seated with the Child in her lap, Virgin and Child each missing an arm
19 1/4 in. high; 10 in. wide; 7 3/4 in. deep

**140.**

25.18-.19 · **A PAIR OF CARVED OAK FIGURES OF ANGELS** · **$90,000–170,000**

FLEMISH, CIRCA 1480-1500
Depicted holding a candlestick in its right arm
34 in. high; 14 in. wide; 11 3/4 in. deep

(2)

**141.**

25.20 · **A BRONZE GROUP OF A LION ATTACKING HORSE** · **$600,000–1,800,000**

BY ANTONIO SUSINI (1580-1624), FLORENCE, CIRCA 1580-1590
Representing a lion attacking a horse, on a rockwork base, inscribed *ANTO SVSINI / FLORE.OPVS*
12 in. high; 10 in. diameter

**142.**

25.83 · **A CARVED LIMESTONE COLUMN CAPITAL REPRESENTING A SINNER FLEEING FROM A CHIMERA** · **$2,000–6,000**

LATE 19TH/EARLY 20TH CENTURY
The upper section associated
25 1/2 in. high; 31 1/2 in. wide

**143.**

25.84 · **A CARVED LIMESTONE COLUMN CAPITAL** · **$2,000–6,000**

LATE 19TH CENTURY
With two heads between foliate forms
25 1/2 in. high; 31 1/2 in. wide

# Phase 1

## European Furniture, Sculpture and Decorative Objects

**144.**

25.147    **A CARVED MARBLE GROUP OF THE**                    $100,000–200,000
          **MADONNA AND CHILD**
          POSSIBLY ATTRIBUTED TO TINO DI CAMAINO
          (1275-1341), SIENNA, MID-14TH CENTURY
          The Virgin depicted holding the Child in her left arm,
          on a tapering circular base
          19 1/4 in. high; 9 7/8 in. wide; 5 3/4 in. deep

**145.**

25.149    **AN ITALIAN CARVED WALNUT ARMORIAL**              $5,000–12,000
          **CASSONE**
          NORTH ITALY, POSSIBLY 16TH CENTURY
          With fluted sides and centered to the front by a coat-of
          arms, on paw feet, the feet probably replaced
          33 1/2 in. high; 68 1/2 in. wide; 26 1/2 in. deep

**146.**

25.184    **A CARVED MARBLE GROUP OF A PUTTO**               $100,000–180,000
          **AND TWO GEESE**
          CIRCLE OF NICCOLO TRIBOLO (1485-1550),
          FLORENCE, CIRCA 1550-1560
          Representing a putto holding a goose and seated on
          another, on a rockwork base, formerly a fountain
          29 1/4 in. high; 20 1/2 in. wide; 22 1/4 in. deep

**147.**

26.119    **A CARVED ALABASTER FIGURE OF AN**                $12,000–30,000
          **APOSTLE**
          NORTH EUROPEAN, POSSIBLY NOTTINGHAM,
          LATE 15TH/EARLY 16TH CENTURY
          Depicted standing in robe, losses to hands
          22 3/4 in. high; 7 3/8 in. wide; 3 3/8 in. deep

# Phase 1

## European Furniture, Sculpture and Decorative Objects

**148.**

26.120    **A CARVED ALABASTER RELIEF REPRESENTING THE FLAGELLATION**        **$25,000–50,000**
NORTH EUROPEAN, LATE 15TH/EARLY 16TH
CENTURY
Centered by Christ surrounded by figures on several
registers
16 3/4 in. high; 10 1/4 in. wide; 1 3/4 in. deep

**149.**

26.124    **A POLYCHROME CARVED WILLOW WOOD FIGURE OF THE CRUCIFIED CHRIST**        **$150,000–300,000**
POSSIBLY BY FRANCESCO DA VALDAMBRINO
(1371-1465), SIENNA, CIRCA 1400-1410
Representing Christ on dark wood cross
47 in. high; 40 in. wide; 11 3/4 in. deep

**150.**

26.126    **A CARVED IVORY, BONE AND WOOD CASKET**        **$150,000–400,000**
BYZANTINE, 12TH CENTURY
Carved overall with scrollwork and figural scenes
4 3/8 in. high; 11 1/4 in. wide; 5 5/8 in. deep

(Assumes ivory meets all age and import requirements to
trade freely within the United States)

**151.**

26.144    **A CARVED MARBLE TRANSENNA**        **$40,000–120,000**
8TH/9TH CENTURY
Carved overall with scrollwork
38 7/8 in. high; 68 in. wide; 3 3/4 in. deep

**152.**

26.145    **A CARVED MARBLE TRANSENNA**        **$40,000–120,000**
8TH/9TH CENTURY
Carved overall with scrollwork, one side with a baluster
with bun finial
38 7/8 in. high; 69 in. wide; 4 in. deep

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 220 of 321

## Phase 1

### European Furniture, Sculpture and Decorative Objects

**153.**

26.146-.147    **A PAIR OF CARVED FIGURES OF MARBLE LIONS**      **$15,000–30,000**

ITALIAN, PROBABLY LATE 19TH/EARLY 20TH CENTURY
Represented in a recumbent state on a rectangular base, with losses and wear overall and with large replacement to the muzzle
23 in. high (overall)

(2)

(Only one examined in person)

**154.**

26.158    **A GLASS AND GILT-BRONZE PLAQUETTE OF THE MADONNA WITH SAINTS AND ANGELS**      **$5,000–12,000**

VENICE, 13TH CENTURY
Centered by the Madonna holding the Christ Child in her left arm, and flanked by saints, within a gilt bronze frame surmounted by a cross
4 in. high; 2 5/8 in. wide

**155.**

26.178    **A BRONZE PLAQUETTE OF THE 'TRIUMPH OF LOVE'**      **$3,000–6,000**

CIRCLE OF BERTOLDO DI GIOVANNI, NORTH ITALY, LATE 15TH CENTURY
1 1/8 in. high; 3 in. wide

**156.**

26.179    **A ROMANESQUE MARBLE TRANSENNA**      **$40,000–100,000**

CIRCA 8TH/9TH CENTURY
With five central birds surrounded by geometric and vegetal framework
35 1/4 in. high; 64 3/4 in. wide; 2 3/4 in. deep

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 221 of 321

## Phase 1

### European Furniture, Sculpture and Decorative Objects

| | | |
|---|---|---|
| | **157.** | |
| 27.1 | **A CARVED MARBLE FIGURE OF A RECUMBENT KNIGHT** | $40,000–120,000 |
| | POSSIBLY NAPLES, CIRCA 1350–1375 | |
| | Depicting a member of the Anholt, the figure with his arms folded and his head on a pillow | |
| | 76 in. high; 22 3/8 in. wide; 10 in. deep | |

| | | |
|---|---|---|
| | **158.** | |
| 27.210 | **A CARVED MARBLE FIGURE OF AN ANGEL** | $15,000–30,000 |
| | NORTH ITALIAN, LATE 14TH CENTURY | |
| | The flying figure represented with its arms raised in prayer, on a later support | |
| | 25 in. high; 22 3/4 in. wide; 7 7/8 in. deep | |

| | | |
|---|---|---|
| | **159.** | |
| 28.79 | **A LOUIS XVI ORMOLU MANTEL CLOCK** | $10,000–18,000 |
| | BY JEAN-BAPTISTE-FRANÇOIS CRONIER, CIRCA 1780-1785 | |
| | Depicting L'amour guerrier | |
| | 16 7/8 in. high; 14 7/8 in. wide; 7 3/4 in. deep | |

| | | |
|---|---|---|
| | **160.** | |
| 28.81.1–.2 | **A PAIR OF LOUIS XVI ORMOLU TWO-LIGHT WALL LIGHTS** | $50,000–90,000 |
| | BY JEAN HAURÉ, CIRCA 1787 | |
| | The supports surmounted by a putto over two scrolling arms | |
| | 17 3/16 in. high; 10 1/8 in. wide; 6 in. deep (each) | |
| | (2) | |

17 December 2013                                    New York/10065268/060442

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 222 of 321

# CHRISTIE'S

## Phase 1

### European Furniture, Sculpture and Decorative Objects

**161.**

28.83–.85

**THREE LOUIS XVI ORMOLU-MOUNTED CHINESE BLUE AND WHITE PORCELAIN COVERED GARNITURES**
THE PORCELAIN KANGXI PERIOD, 1662-1722,
THE MOUNTS CIRCA 1770
Comprising three vases with the rims draped with foliate swags, the central vase with a mask
14 3/4 in. high (the largest)

$100,000–180,000

(3)

**162.**

28.88–.89

**A PAIR OF TERRACOTTA FIGURES OF FLORA AND CERES**
ATTRIBUTED TO FRANÇOIS-JOSEPH DURET,
CIRCA 1779
Each on a rectangular plinth, repairs to the neck of Flora
17 3/8 in. high; 10 1/8 in. wide; 5 3/4 in. deep

$35,000–80,000

(2)

**163.**

28.147

**A GILT-COPPER, ROCK CRYSTAL, ENAMEL AND GLASS RELIQUARY**
PARIS, LATE 13TH CENTURY, WITH LATER ADDITIONS
The reliquary supported by two standing angels
16 in. high; 10 in. wide; 4 3/4 in. deep

$120,000–300,000

**164.**

29.333

**A CARVED WOODEN FIGURE OF SAINT JOHN THE EVANGELIST**
FRENCH, MID-13TH CENTURY
Depicted standing, his right hand held to his chin
40 1/2 in. high; 10 1/2 in. wide; 7 1/4 in. deep

$50,000–120,000

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 223 of 321

# Phase 1

## European Furniture, Sculpture and Decorative Objects

**165.**

29.348

**A BRONZE GROUP OF DON GASPAR DE GUZMAN, DUKE OF SAN LUCAR, KNOWN AS THE COUNT-DUKE OF OLIVARES (1587-1645)**
ATTRIBUTED TO FRANCESCO FANELLI (DIED 1661), 17TH CENTURY
Represented on horseback wearing armor with inlaid decoration
15 3/4 in. high; 12 in. wide; 6 5/8 in. deep
8 1/2 in. high; 8 3/8 in. wide; 15 1/2 in. deep (base)

$150,000–300,000

**166.**

29.355

**A POLYCHROME GLAZED TERRACOTTA RELIEF OF THE MADONNA AND CHILD**
ATTRIBUTED TO LUCA DELLA ROBBIA (1399-1482)
19 1/2 in. high; 14 1/2 in. wide

(Assumes thermoluminescence testing would confirm the work is of the period)

(Not seen in person; appraised from photographs)

$180,000–500,000

**167.**

39.657

**A ITALIAN WALNUT TABLE**
TUSCAN, 16TH CENTURY
The two legs joined by a stretcher, with inlaid decoration
32 3/8 in. high; 53 1/4 in. wide; 34 1/4 in. deep

$4,000–10,000

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 224 of 321

## Phase 1

### European Furniture, Sculpture and Decorative Objects

**168.**

51.54–.55   **A PAIR OF BRONZE ANDIRONS**                    $80,000–180,000
AFTER THE MODEL BY GIROLAMO
CAMPAGNA (1549-CIRCA 1625) AND NICCOLO
ROCCATAGLIATA (1560/1565-1636), CIRCA 1600-
1625
One surmounted by the figure of Athena armed, the
other with a figure of Peace, the figures and bases
associated
45 1/2 in. high; 21 1/4 in. wide; 22 3/4 in. deep
(Athena)
42 in. high; 21 1/4 in. wide; 23 in. deep (Peace)

(2)

**169.**

78.43   **A CARVED LIMESTONE COLUMN CAPITAL**               $5,000–12,000
FRENCH, 1100-1150
With foliate angles, on a tall cylindrical base
17 in. high; 16 1/2 in. wide; 14 in. deep

**170.**

1992.42   **A BRONZE HEAD OF A YOUTH OR ANGEL**             $100,000–250,000
BY BARTOLOMEO BELLANO, LATE
15TH/EARLY 16TH CENTURY
On later black plinth
6 1/8 in. high; 4 3/4 in. wide; 5 1/8 in. deep

**171.**

1994.77   **AN ITALIAN EBONY AND EBONIZED**                 $80,000–150,000
**PIETRE DURE-INLAID TABLE CABINET**
THE PANELS FLORENTINE, CIRCA 1620
Mounted with pietre dure plaques representing Orpheus
charming the animals
24 in. high; 41 1/2 in. wide; 13 3/4 in. deep

# CHRISTIE'S

## Phase 1

### European Furniture, Sculpture and Decorative Objects

**172.**

1996.32     **A TERRACOTTA GROUP OF PERSEUS RESCUING ANDROMEDA**        $250,000–450,000
BY JOSEPH CHINARD (1756-1813), CIRCA 1786-1787
Andromeda in Perseus' arms and freed from her chains on a rockwork base and further columnar base with reliefs of gods and goddesses. Inscribed *Esquisse du ler prix remportee a Roma aux concours de l'anne 1786 J. Chinard* and further inscriptions

**173.**

1998.58     **A TERRACOTTA PORTRAIT BUST OF OTTAVIANO ACCIAIUOLI FOR HIS MONUMENT IN SAN GIOVANNI DE FIORENTINI**        $250,000–400,000
BY ERCOLE FERRATA, ROMAN, CIRCA 1659
The figure wearing a cloak with a large collar
26 1/4 in. high; 25 1/4 in. wide; 12 1/2 in. deep

(Assumes thermoluminescence testing would confirm the work is of the period)

# Phase 1

## Impressionist & Modern Art

**174.**

29.322    **MAX BECKMANN (1884-1950)**                                    $1,000,000–2,000,000

*Stilleben mit umgestürzten Kerzen*
oil on canvas
22 x 24 3/4 in.
Painted in 1929

**LITERATURE:**
E. Göpel and B. Göpel, *Max Beckmann: Katalog der Gemälde*, Vol. II, Bern, 1976, p. 106, no. 302 (illustrated).

**175.**

28.102    **GIORGIO DE CHIRICO (1888-1978)**                              $2,000,000–4,000,000

*Gladiatori e leone*
signed 'G. de Chirico 1927' (lower right)
oil on canvas
51 x 64 in.
Painted in 1927

**LITERATURE:**
C.B. Sakraischik, *Catalogo Generale Giorgio de Chirico, opere dal 1908 al 1930, 1931 al 1950, 1951 al 1970*, Vol. II, Milan, 1972, p. 50a, no. 152 (illustrated).

(Assumes that the recognized authority on the artist would confirm attribution)

**176.**

21.5    **EDGAR DEGAS (1834-1917)**                                       $20,000,000–40,000,000

*Danseuses au Foyer (La Contrebasse)*
signed 'Degas' (lower right)
oil on canvas
16 1/4 x 34 1/2 in.
Painted *circa* 1879

**LITERATURE:**
P.A. Lemoisne, *Degas et son Oeuvre*, Vol. I, Paris, 1946, p. 116; Vol. III, p. 527, no. 900 (illustrated); Vol. IV, p. 25, dated *circa* 1887.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 227 of 321

# Phase 1

## Impressionist & Modern Art

**177.**

28.97    **ANDRE DERAIN (1880–1954)**        $40,000–70,000

*Buste De Femme Assise aux Seins*
signed 'Derain' (lower right)
oil on canvas
36 x 29 in.

**LITERATURE:**
M. Kellermann, *André Derain: Catalogue Raisonné de l'oeuvre peint*, Vol. II, Paris, 1996, p. 173, no. 998 (illustrated).

**178.**

21.208    **LYONEL FEININGER (1871–1956)**        $3,000,000–5,000,000

*Raddampfer II*
signed 'Feininger 13' (lower right)
oil on canvas
31 3/4 x 39 5/8 in.
Painted in 1913

**LITERATURE:**
H. Hess, *Lyonel Feininger*, New York, 1961, p. 258, no. 117 (illustrated).

**179.**

21.205    **ERICH HECKEL (1883–1970)**        $500,000–1,000,000

*Frau*
signed 'Erich Heckel' (lower left)
oil on canvas
31 1/2 x 27 1/2 in.
Painted in 1920

**LITERATURE:**
P. Vogt, *Erich Heckel*, Recklinghausen, 1965, no. 1920.3 (illustrated).

# Phase 1

## Impressionist & Modern Art

**180.**

22.203    **FERDINAND HODLER (1853-1918)**          **$600,000–1,000,000**

*Frau*
oil on canvas
21 5/8 x 15 1/4 in.
Painted in 1910

(Assumes that the recognized authority on the artist
would confirm attribution)

**181.**

28.112    **MAX KAUS (1891-1977)**          **$40,000–90,000**

*Young Woman Sewing*
oil on canvas
44 x 35 in.
Painted in 1924

(Assumes that the recognized authority on the artist
would confirm attribution)

**182.**

21.204    **ERNST LUDWIG KIRCHNER (1880-1938)**          **$1,200,000–2,500,000**

*Küstenlandscaft Fehmarn*
oil on canvas
35 1/2 x 47 1/2 in.
Painted *circa* 1913

**LITERATURE:**
D.E. Gordon, *Ernst Ludwig Kirchner*, Cambridge, 1968,
p. 313, no. 331 (illustrated).

# Phase 1

## Impressionist & Modern Art

**183.**

21.203    **OSKAR KOKOSCHKA (1886-1980)**        **$3,000,000-5,000,000**

*Dresden, Newtown II*
signed 'O.K.' (lower left)
oil on canvas
23 1/2 x 31 1/2 in.
Painted *circa* 1921

**LITERATURE:**
B. Bultman, *Oskar Kokoschka*, London, 1961, pp. 72-73,
as 'Dresden, Newtown II' and dated 1921 (illustrated).
E. Hoffman, *Kokoschka: Life and Work,* London, 1947,
no. 125, as 'Dresden I'.

**184.**

29.331    **GEORG KOLBE (1877-1947)**        **$300,000-500,000**

*Assunta*
signed 'G.K.' (on the back of plinth)
bronze
76 3/4 in. high
Executed in 1921

**LITERATURE:**
U. Berger, *Georg Kolbe: Leben und werk, mit dem katalog
der Kolbe-Plastiken im Georg-Kolbe Museum*, Berlin, 1990,
p. 62 and 246, no. 38 (another cast illustrated).

**185.**

24.73    **ARISTIDE MAILLOL (1861-1944)**        **$100,000-180,000**

*Girl Crouching*
bronze
8 1/4 in. high
Executed *circa* 1900

**LITERATURE:**
J. Rewald, *Maillol*, New York, 1939, p. 166, no. 104
(another cast illustrated).

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 230 of 321

# Phase 1

## Impressionist & Modern Art

**186.**

22.14     **HENRI MATISSE (1869–1954)**                 **$40,000,000–80,000,000**

*Le guéridon*
oil on canvas
57 1/2 x 46 in.
Painted in 1916

**LITERATURE:**
G.P. and M. Dauberville, *Matisse*, Vol. I, Paris, 1995, p.
549, no. 154 (illustrated).

**187.**

26.16     **AMEDEO MODIGLIANI (1884–1920)**               ★

*A Woman*
oil on canvas
23 3/4 x 18 1/4 in.

Christie's did not provide a fair market value range for
this painting because the work is not included in the
principle catalogue on Modigliani's *oeuvre* by the late
Ambrogio Ceroni who is currently the sole universally
accepted authority on the artist. If a work attributed to
Modigliani does not appear in Ceroni, it is not readily
accepted in the marketplace.

**188.**

21.71     **CLAUDE MONET (1840–1926)**                   **$12,000,000–20,000,000**

*Gladioli*
signed 'Claude Monet' (lower right)
oil on canvas
22 x 32 1/2 in.
Painted *circa* 1876

**LITERATURE:**
D. Wildenstein, *Monet: Catalogue Raisonné*, Vol. II,
Cologne, 1996, p. 169, no. 414 (illustrated).

# Phase 1

## Impressionist & Modern Art

**189.**

21.210    **OTTO MUELLER (1874-1930)**           **$1,000,000–2,000,000**

*Bathers*
oil on canvas
37 1/4 x 31 in.
Painted *circa* 1920

(Assumes that the recognized authority on the artist
would confirm attribution)

**190.**

21.206    **HERMANN MAX PECHSTEIN (1881-1955)**       **$2,000,000–4,000,000**

*Unter den Bäumen*
signed 'Pechstein 1911' (lower left)
oil on canvas
29 x 39 in.
Painted in 1911

**LITERATURE:**
A. Soika, *Max Pechstein: Das Werkverzeichnis, Der
Ölgemälde*, Vol. I, Munich, 2011, p. 323, no. 1911.32
(illustrated).

**191.**

21.34    **CAMILLE PISSARRO (1830-1903)**          **$1,500,000–3,000,000**

*Le Sentier, femmes causant*
signed 'C. Pissarro, 1889' (lower right)
oil on canvas
28 1/2 x 23 1/2 in.
Painted in 1889

**LITERATURE:**
J. Pissarro and C. Durand-Ruel Snollaerts, *Pissaro:
Critical Catalogue of Paintings*, Vol. III, Paris, 2005, p.
572, no. 871 (illustrated).

# Phase 1

## Impressionist & Modern Art

**192.**

25.201    **ODILON REDON (1840–1916)**      $300,000–500,000

*Évocations des papillons*
signed 'Odilon Redon' (lower left)
oil on canvas
21 3/4 x 16 1/4 in.
Painted *circa* 1910–1912

**LITERATURE:**

A. Wildenstein, *Odilon Redon: Catalogue raisonné de l'oeuvre peint et dessiné*, Vol. II, Paris, 1994, p. 312, no. 1324 (illustrated).

**193.**

20.11    **PIERRE–AUGUSTE RENOIR (1841–1919)**      $1,800,000–3,000,000

*Graziella*
signed 'Renoir' (lower right)
oil on canvas
25 3/4 x 21 1/4 in.

**LITERATURE:**

G.P. and M. Dauberville, *Renoir: Catalogue raisonné des tableaux, pastels, dessins et aquarelles*, Vol. III, Paris, 2010, p. 322, no. 2259 (illustrated).

**194.**

21.207    **KARL SCHMIDT-ROTTLUFF (1884–1976)**      $600,000–1,200,000

*Stilleben (Blumen)*
signed 'S. Rottluff' (lower left)
oil on canvas
26 1/4 x 29 1/2 in.
Painted in 1919

**LITERATURE:**

W. Grohmann, *Karl Schmidt-Rottluff*, 1956, p. 263 (illustrated).

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 233 of 321

## Phase 1

### Impressionist & Modern Art

**195.**

28.181    **RENEE SINTENIS (1888-1965)**      $90,000–180,000

*The Donkey from Seelow*
signed 'R. Sintenis' (on the base)
bronze
30 1/2 in. high
Executed in 1927

LITERATURE:
B.E. Buhlmann, *Renée Sintenis: Werkmonographie der Skulpturen*, Darmstadt, 1987, p. 255, no. 193 (illustrated).

**196.**

20.114    **ALFRED SISLEY (1839-1899)**      $1,000,000–2,500,000

*L'Eglise de Moret, après la pluie*
signed 'Sisley 94' (lower left)
oil on canvas
28 3/4 x 23 3/4 in.
Painted in 1894

LITERATURE:
F. Daulte, *Alfred Sisley: Catalogue raisonné de l'oeuvre peint*, Lausanne, 1959, p. 195, no. 836 (illustrated).

**197.**

22.13    **VINCENT VAN GOGH (1853-1890)**      $80,000,000–150,000,000

*Self Portrait with Straw Hat*
oil on artist board mounted to wood panel
13 3/4 x 10 1/2 in.
Painted in 1887

LITERATURE:
J.B. de la Faille, *The Works of Vincent van Gogh: His Paintings and Drawings,* Amsterdam, 1970, p. 185, no. 526 (illustrated).
J. Hulsker, *The Complete Van Gogh: Paintings, Drawings, Sketches*, New York, 1980, p. 291, no. 1309 (illustrated).

# Phase 1

## Impressionist & Modern Art

**198.**

26.28    **MAURICE DE VLAMINCK (1876–1958)**                    $400,000–700,000

*Marine*
signed 'Vlaminck' (lower left)
oil on canvas
31 3/4 x 39 1/2 in.
Painted *circa* 1920

(Assumes that the recognized authority on the artist
would confirm attribution)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 235 of 321

## Phase 1

### Indian & Southeast Asian Art

**199.**

28.151     **A GRANITE FIGURE OF BRAHMA**         $2,000,000–4,000,000
SOUTH INDIA, CHOLA PERIOD, LATE
10TH/EARLY 11TH CENTURY
60 3/4 in. high

(Not seen in person; appraised from photographs)

17 December 2013             New York/10065268/060442

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 236 of 321

# Phase 1

## Islamic Art

**200.**

25.5     **AN ISLAMIC MOLDED AND TURQUOISE GLAZED POTTERY BOTTLE**        $50,000–100,000
SELJUK IRAN, CIRCA 1150-1250
16 in. high

**201.**

25.36     **AN ISLAMIC UNDERGLAZE-PAINTED FRITWARE TILE**        $35,000–80,000
IZNIK, OTTOMAN TURKEY, CIRCA 1600
9 7/8 x 9 1/2 in.

**202.**

25.64     **AN ISLAMIC PAINTED STUCCO FIGURE OF A COURTIER FROM A PALACE FRIEZE**        $350,000–1,200,000
SELJUK IRAN, CIRCA 1150-1250
40 in. high

**203.**

26.7     **A PAIR OF GILDED AND LACQUERED APPLEWOOD DOORS**        $100,000–150,000
SAFAVID IRAN, CIRCA 1650
76 1/4 x 33 in.

                                      (2)

(Assumes carbon dating testing would confirm the work is of the period)

**204.**

26.181     **AN ISLAMIC TIN-GLAZED EARTENWARE BOWL WITH LUSTER**        $50,000–150,000
MANISES, SOUTH SPAIN, 13TH CENTURY
9 1/4 in. diameter

# CHRISTIE'S

## Phase 1

### Islamic Art

**205.**

27.273 **AN ISLAMIC WOOL DRAGON RUG**
SOUTH CAUCASUS, SECOND HALF 18TH
CENTURY
114 x 53 1/2 in.

$70,000–150,000

**206.**

28.91 **AN ISLAMIC UNDERGLAZE-PAINTED
FRITWARE DISH**
IZNIK, OTTOMAN TURKEY, CIRCA 1610
13 1/2 in. diameter

$12,000–20,000

**207.**

28.145 **AN ISLAMIC UNDERGLAZE-PAINTED
FRITWARE DISH**
IZNIK, OTTOMAN TURKEY, CIRCA 1590
12 7/8 in. diameter

$20,000–40,000

**208.**

29.224 **A PERSIAN LEADED BRONZE MIRROR
WITH BENEDICTORY INSCRIPTION**
KHORASAN, SELJUK IRAN, CIRCA 1200
4 1/4 in. diameter

$300–500

**209.**

29.225 **AN ISLAMIC LEADED BRONZE MIRROR
WITH A HARPY**
SELJUK IRAN OR TURKEY, 1100–1200
3 5/8 in. diameter

$800–1,600

**210.**

29.227 **AN ISLAMIC BRONZE MIRROR WITH
FLYING PHOENIXES**
ILKHANID IRAN, 1260–1350
3/16 in. diameter

$650–1,200

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 238 of 321

# Phase 1

## Islamic Art

**211.**

29.297 · **AN ISLAMIC IVORY AND GILDED COPPER INKWELL** · $50,000–150,000

PROBABLY MAMLUK EGYPT OR SYRIA,
PROBABLY 15TH CENTURY
4 1/4 in. high

(Assumes ivory meets all age and import requirements to
trade freely within the United States)

(Assumes carbon dating testing would confirm the work
is of the period)

**212.**

29.386 · **A FRAGMENT OF AN ISLAMIC TIRAZ LINEN AND SILK TEXTILE WITH MULTIPLE INSCRIPTIONS** · $3,500–5,000

FATIMID EGYPT, 12TH CENTURY
7 1/4 x 5 1/8 in.

**213.**

29.392 · **A FRAGMENT OF A TIRAZ LINEN AND SILK TEXTILE** · $800–1,200

FATIMID EGYPT, 11TH CENTURY/12TH CENTURY
8 5/8 x 5 5/8 in.

**214.**

30.323 · **AN IRANIAN QUR'AN** · $700,000–2,000,000

TIMURID IRAN, CIRCA 1450/1560
leather, paper, ink, colors and gold on Chinese paper
17 1/2 x 15 in.

**215.**

30.416 · **AN ISLAMIC GLASS, GOLD AND ENAMEL BOTTLE** · $1,200,000–2,500,000

MAMLUK EGYPT OR SYRIA, 1296–1321
Made for the Rasulid Sultan Hizabr al-din in Yemen
14 3/4 in. high

17 December 2013 New York/10065268/060442

# Phase 1

## Islamic Art

**216.**

30.421    **AN ISLAMIC BOWL**                            **$60,000–120,000**
SELJUK IRAN, EARLY 13TH CENTURY
Composite body inscribed 'wealth', with opaque white
glaze, polychrome underglaze and overglaze painted
decoration
8 1/4 in. diameter

**217.**

30.431    **AN ISLAMIC COPPER, TIN, ZINC AND LEAD**      **$6,500–12,000**
**MIRROR WITH BENEDICTORY**
**INSCRIPTION**
WESTERN IRAN OR TURKEY, 12TH CENTURY
5 1/2 in. diameter

**218.**

30.432.AB    **AN ISLAMIC COPPER AND TIN SALT**      **$50,000–120,000**
**CELLAR WITH LID**
MUGHAL NORTH INDIA, 1664–1665
Inscribed with a poem about salt
8 11/12 in. high

**219.**

30.433    **AN ISLAMIC BRASS MIRROR CASE**             **$800–2,500**
IRAN, 1600–1800
5 in. diameter
                                              (2)

**220.**

30.434    **AN ISLAMIC BRASS MORTAR**              **$1,000–2,000**
SELJUK TURKEY, CIRCA 1150–1250
4 1/2 in. high

**221.**

30.437    **A PERSIAN LEADED BRASS LAMP WITH**      **$650–1,200**
**BENEDICTORY INSCRIPTION**
KHORASAN, EASTERN IRAN, 12TH CENTURY
6 in. high

## Phase 1

### Islamic Art

**222.**

30.438 **A PERSIAN LEADED BRASS LAMP WITH BENEDICTORY INSCRIPTION**
KHORASAN, EASTERN IRAN, CIRCA 1200
4 5/8 in. high

$650–1,200

**223.**

30.439AB **A ISLAMIC LEADED BRONZE EWER INLAID WITH COPPER**
KHORASAN, EASTERN IRAN, CIRCA 1200
Inscribed 'prosperity, favor'
10 in. high

$1,000–2,000

**224.**

30.440 **AN ISLAMIC LEADED ARSENICAL BRASS AND COPPER-ALLOY INLAY PIERCED-WORK LAMP SECTION WITH BENEDICTORY INSCRIPTION**
KHORASAN, EASTERN IRAN, CIRCA 1000
6 3/16 in. high

$2,500–3,500

**225.**

30.442 **AN ISLAMIC QUATERNARY ALLOY SPIGOT**
KHORASAN, EASTERN IRAN, 1150-1250
5 1/2 in. high

$2,000–3,500

**226.**

30.446 **AN ISLAMIC LEADED ARSENICAL BRASS SEVEN-WICK LAMP**
EASTERN IRAN OR FATIMID EGYPT, 900-1100
13 1/2 in. high

$25,000–50,000

# Phase 1

## Islamic Art

**227.**

30.447 **AN ISLAMIC LEADED ARSENICAL BRASS BASE OF A LAMP STAND WITH BENEDICTORY INSCRIPTION**
KHORASAN, EASTERN IRAN, 1150–1250
12 1/4 in. high

$5,000–12,000

**228.**

30.457 **AN ISLAMIC JUG**
KASHAN, CENTRAL IRAN, 1170–1200
With molded composite body with overglaze luster painted decoration and inglaze blue stained interior
9 1/8 in. high

$6,500–13,000

**229.**

30.460 **AN ISLAMIC TIN-GLAZED EARTHENWARE COBALT BOWL**
ABBASID IRAQ, 9TH CENTURY/10TH CENTURY
8 in. diameter

$25,000–50,000

**230.**

30.461 **AN ISLAMIC BOWL**
KASHAN, CENTRAL IRAN, 12TH CENTURY/13TH CENTURY
Composite body with opaque white glaze and overglaze painted polychrome decoration
8 3/4 in. diameter

$3,000–5,000

**231.**

30.462 **AN ISLAMIC BOWL**
KASHAN, CENTRAL IRAN, LATE 12TH CENTURY/EARLY 13TH CENTURY
Composite body inscribed 'Increasing prosperity, wealth', with opaque white glaze and overglaze polychrome painting
8 1/4 in. diameter

$3,500–5,000

# Phase 1

## Islamic Art

| | **232.** | |
|---|---|---|
| 31.54 | **AN ISLAMIC UNDERGLAZE PAINTED FRITWARE DISH**<br>NORTH IRAN, KUBACHI TYPE, 17TH CENTURY<br>13 1/4 in. diameter | $3,000–5,000 |

| | **233.** | |
|---|---|---|
| 31.55 | **AN ISLAMIC EWER**<br>SELJUK IRAN, 1150-1250<br>Composite body, glazed with molded decoration<br>13 in. high | $70,000–250,000 |

| | **234.** | |
|---|---|---|
| 31.347 | **AN ISLAMIC CARVED WOOD PANEL, POSSIBLY FROM A CENOTAPH**<br>SELJUK IRAN OR TURKEY, 1250-1350<br>22 1/2 x 5 1/2 in. | $20,000–35,000 |

| | **235.** | |
|---|---|---|
| 31.349 | **AN ISLAMIC TILE WITH LOTUS BLOSSOMS**<br>TAKHT-I SULAYMAN, WESTERN IRAN, CIRCA 1270<br>Composite, molded body with overglaze painted decoration and gold leaf<br>8 7/16 x 8 1/4 in. | $12,000–16,000 |

| | **236.** | |
|---|---|---|
| 2001.74.1-6 | **A SECTION OF AN ISLAMIC GLAZED FRITWARE TILE PANEL**<br>SAFAVID IRAN, 1600-1700<br>27 3/4 in. x 18 1/2 in. | $80,000–120,000 |

(6)

# Phase 1

## Old Master Paintings

**237.**

1990.10    **GIOACCHINO ASSERETO (1600-1649)**      $600,000–1,000,000

*St. Francis of Assisi comforted by a cherub with a violin*
oil on canvas
58 1/16 x 44 1/4 in.

**LITERATURE:**
T. Zennaro, *Gioacchino Assereto, 1600-1650*, Soncino, 2011, no. A79.

**238.**

29.320    **ANDREA DI BARTOLO (1358/1364–1428)**      $200,000–400,000

*Christ in Benediction*
tempera and gold on panel
34 1/8 x 13 1/2 in.

**LITERATURE:**
B. Berenson, *Italian Pictures of the Renaissance: Central Italian and North Italian Schools*, Vol. I, London, 1968, p. 6, as Andrea di Bartolo.

**239.**

28.115    **GIOVANNI BELLINI AND WORKSHOP (CIRCA 1431/1436–1516)**      $4,000,000–10,000,000

*Madonna and Child*
signed and dated 'IOANNES BELLINUS / MDVIII' (on the book)
oil on panel
33 3/8 x 41 3/4 in.

**LITERATURE:**
A. Tempestini, trans. A. Bonfante-Warren and J. Hyams, *Giovanni Bellini,* New York, 1999, p. 178, as 'an idea provided by the master but made by a workshop assistant'.

# Phase 1

## Old Master Paintings

**240.**

26.114 **NERI DI BICCI (1419–1492)**                           $8,000,000–15,000,000

*The Palla Altarpiece: Tobias and Three Archangels*
tempera, oil, gold and silver on panel
71 x 68 3/4 in.
Executed in 1471

**LITERATURE:**
N. di Bicci with B. Santi, ed., *Le Ricordanze*, Pisa, 1976,
pp. 372–373, no. 698, as 'Tavola di Mariotto della Palla,
Tuesday, 7 May 1471'.
L. Kanter, *Italian Paintings from the Richard L. Feigen
Collection,* exhibition catalogue, New Haven, 2010, as
'largely executed by Polito del Donzello'.

**241.**

29.315 **GIOVANNI DEL BIONDO (FLOURISHED 1356–
1399)**                                                        $750,000–1,500,000

*A pinnacle from the high altar of the church of San
Giovanni Valdarno, Florence: The Angel
Annunciate*
tempera and gold on panel in an engaged frame
14 x 7 in.

**LITERATURE:**
R. Offner and K. Steinweg, *A Critical and Historical
Corpus of Florentine Painting,* Vol. IV, Sect. IV, New
York, 1967, pp. 136–143, as Giovanni del Biondo.

13-53846-tjt   Doc 3923   Filed 04/09/14   Entered 04/09/14 12:57:27   Page 245 of 321

# CHRISTIE'S

## Phase 1

### Old Master Paintings

**242.**

29.316

**GIOVANNI DEL BIONDO (FLOURISHED 1356–1399)**

$1,000,000–2,000,000

*A pinnacle from the high altar of the church of San Giovanni Valdarno, Florence: The Virgin Annunciate*
tempera and gold on panel in an engaged frame
14 x 7 in.

LITERATURE:
R. Offner and K. Steinweg, *A Critical and Historical Corpus of Florentine Painting,* Vol. IV, Sect. IV, New York, 1967, pp. 136–143, as Giovanni del Biondo.

**243.**

29.256

**GERARD TER BORCH (1582–1662)**

$2,500,000–4,000,000

*Young Man Reading a Letter*
oil on panel
15 7/8 x 13 1/2 in.

LITERATURE:
S.J. Gudlangsson, *Gerard Ter Borch*, Vol. I, 1959-1960, p. 407, no. 289; Vol. II, p. 240, no. 289, as Gerard Ter Borch.

**244.**

30.374

**PIETER BRUEGEL I (1525/1530–1569)**

$100,000,000–200,000,000

*The Wedding Dance*
dated 'M.D.LXVI' (lower right)
oil on panel
47 x 62 in.

LITERATURE:
M. Sellink, *Bruegel: The Complete Paintings, Drawings and Prints*, London, 2007, no. 151, as Pieter Bruegel I.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 246 of 321

# Phase 1

## Old Master Paintings

**245.**

26.112    **CRISTOFORO CASELLI (CIRCA 1460–1521)**      $400,000–600,000

*Saint Paul and Saint James the Greater*
tempera and gold on panel
40 1/2 x 18 3/4 in.

LITERATURE:
S. Facchinetti, *Da Bergognone a Tiepolo,* exhibition
catalogue, Milan, 2002, no. 1, as Caselli.

**246.**

26.113    **CRISTOFORO CASELLI (CIRCA 1460–1521)**      $600,000–900,000

*Saint Matthew and Saint Sebastian*
tempera and gold on panel
39 1/4 x 18 3/4 in.

LITERATURE:
S. Facchinetti, *Da Bergognone a Tiepolo,* exhibition
catalogue, Milan, 2002, no. 1, as Caselli.

**247.**

26.296    **JEAN-SIMÉON CHARDIN (1699–1779)**      $5,000,000–7,000,000

*A dead hare with flowers and onions on a ledge*
signed 'chardin' (lower left)
oil on canvas
28 3/4 x 23 1/2 in.

LITERATURE:
P. Rosenberg, *Chardin: Suivi du catalogue des oeuvres,*
Paris, 1999, no. 161, as Chardin.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 247 of 321

# Phase 1

## Old Master Paintings

**248.**

25.65 **JAN WELLENS DE COCK (CIRCA 1490–1527)**  $1,000,000–2,000,000

*Lot and His Daughters*
oil on panel
14 1/4 x 19 1/4 in.

LITERATURE:

M.R. de Vrij, *Jan Wellens de Cock: Antwerp Mannerist Associate*, Zwanenburg, 2009, pp. 158–159, as The Master of the Vienna Lamentation.

**249.**

27.201 **GERARD DAVID (1460–1523)**  $3,000,000–6,000,000

*The Annunciation*
oil on panel
13 11/16 x 9 3/16 in.

LITERATURE:

H.J. van Miegroet, *Gerard David*, Antwerp, 1989, no. 8, as Gerard David.

**250.**

25.4 **WORKSHOP OF JAN VAN EYCK (1395–1441)**  $4,000,000–8,000,000

*Saint Jerome in His Study*
dated '1442' (upper left)
oil on linen paper, laid down on panel
8 1/8 x 5 1/4 in.

LITERATURE:

M. Ainsworth, *Petrus Christus: Renaissance Master of the Bruges,* exhibition catalogue, New York, 1994, no. 1, as workshop of Jan van Eyck.

(Not seen in person; appraised from photographs)

13-53846-tjt  Doc 3923  Filed 04/09/14  Entered 04/09/14 12:57:27  Page 248 of 321

# Phase 1

## Old Master Paintings

**251.**

28.94  **JAN FYT (1611–1661)**                                        $70,000–200,000

*Dead Game and Weasels*
oil on oak–veneered masonite panel
29 5/8 x 37 1/8 in.

LITERATURE:

E. Greindl, *Les peintres flamands de nature morte au XVIIe siècle*, Brussels, 1983, no. 218, as Jan Fyt.

**252.**

25.205  **DOMENICO GHIRLANDAIO (1448–1494)**                          $800,000–1,300,000

*Saint Michael Fighting the Rebel Angels: a predella panel from the San Giusto Altarpiece*
tempera on panel
6 1/4 x 16 1/4 in.

LITERATURE:

J. Cadogan, *Domenico Ghirlandaio: Artist and Artisan*, New Haven, 2000, no. 28, as Domenico Ghirlandaio.

**253.**

24.95  **BENVENUTO DI GIOVANNI (1436–AFTER 1518)**                    $2,000,000–3,000,000

*The Madonna and Child with Angels*
tempera on panel
25 1/2 x 18 1/2 in.

LITERATURE:

M.C. Bandera, *Benvenuto di Giovanni*, Milan, 1999, as Benvenuto di Giovanni.

# CHRISTIE'S

# Phase 1

## Old Master Paintings

**254.**

26.108

**STUDIO OF GIOVANNI FRANCESCO
BARBIERI, IL GUERCINO (1591–1666)**

$100,000–200,000

*Christ and the Woman of Samaria*
oil on canvas
39 5/8 x 54 in.

**LITERATURE:**
L. Salerno, *I Dipinti del Guercino*, Rome, 1988, no. 64, as
'one of three versions of a lost original by Guercino'.

**255.**

23.27

**FRANS HALS (1581/1585–1666)**

$3,000,000–5,000,000

*Portrait of a Woman*
monogrammed, inscribed and dated 'AETA SVAE 34 /
AN°1634 / FH' (upper left)
oil on panel
28 3/4 x 22 1/8 in.

**LITERATURE:**
S. Slive, *Frans Hals*, Vol. I, London, 1970-1974, p. 119
(illustrated, fig. 113); Vol. II (illustrated, pl. 159); Vol.
III, p. 57, no. 101, as Frans Hals.

**256.**

49.347

**FRANS HALS (1581/1585–1666)**

$6,000,000–10,000,000

*Portrait of Hendrik Swalmius*
monogrammed, inscribed and dated 'AETAT 60 / 1639
/ FH' (center right)
oil on panel
11 x 8 1/4 in.

**LITERATURE:**
S. Slive, *Frans Hals*, Vol. I, London, 1970-1974, pp. 129-
130 (illustrated, fig. 12); Vol. II (illustrated, pl. 204); Vol.
III, p. 67, no. 126, as Frans Hals.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 250 of 321

# Phase 1

## Old Master Paintings

**257.**

72.296     **LOUIS-JEAN-FRANÇOIS LAGRENÉE (1724–1805)**        $400,000–750,000

*Pygmalion and Galeta*
signed and dated 'L. Lagrenée 1781'
oil on canvas
23 3/8 x 19 1/4 in. (oval)

**LITERATURE:**
M. Sandoz, *Les Lagrenée*, Vol. I, Paris, 1983, no. 349, as
Louis-Jean-François Lagrenée.

**258.**

28.95     **NICOLAS LANCRET (1690-1745)**        $200,000–400,000

*The Repast of the Hunting Party*
oil on canvas
22 x 29 in.

**LITERATURE:**
G. Wildenstein, *Lancret*, Paris, 1924, no. 452.

**259.**

24.96     **MASTER OF CITTÀ DI CASTELLO (ACTIVE CIRCA 1305-1320)**        $1,000,000–1,500,000

*The Madonna and Child*
tempera and gold on panel
29 x 18 3/4 in.

**LITERATURE:**
A. Bagnoli, *Duccio: alle origini dalla pittura senese,*
exhibition catalogue, Siena, 2003, pp. 290, 292, no. 41,
as the Master of Città de Castello.

13-53846-tjt    Doc 3923    Filed 04/09/14   Entered 04/09/14 12:57:27   Page 251 of 321

# Phase 1

## Old Master Paintings

**260.**

44.219  **MASTER OF SAN POLO IN CHIANTI (14TH CENTURY)**                    $80,000–170,000

*The Agony in the Garden*
tempera and gold on panel
6 5/8 x 5 15/16 in.

**LITERATURE:**
R. Offner and K. Steinweg, *A Critical and Historical Corpus of Florentine Painting*, Vol. IV, Sect. III, New York, 1967, pp. 25, 481–486, as The Master of San Polo in Chianti.

**261.**

44.220  **MASTER OF SAN POLO IN CHIANTI (14TH CENTURY)**                    $80,000–170,000

*Pilate Washing His Hands*
tempera and gold on panel
6 3/4 x 5 15/16 in.

**LITERATURE:**
R. Offner and K. Steinweg, *A Critical and Historical Corpus of Florentine Painting*, Vol. IV, Sect. III, New York, 1967, pp. 25, 481–486, as The Master of San Polo in Chianti.

**262.**

28.123  **MASTER OF THE GAMES (FLOURISHED CIRCA 1645-1655)**                    $400,000–600,000

*A Peasant Family*
oil on canvas
34 5/8 x 43 in.

**LITERATURE:**
P. Rosenberg, *Tout l'oeuvre peint des Le Nain*, Paris, 1993, no. J11, as The Master of the Games.

# Phase 1

## Old Master Paintings

**263.**

25.41 | **MASTER OF THE STROZZI FUNERAL CHAPEL (ACTIVE CIRCA 1370-1400)** | **$300,000-500,000**

*A Triptych: The Madonna Enthroned with Saints (Central Panel); The Crucifixion and The Nativity (The Wings)*
tempera and gold on panel
22 7/8 x 20 1/2 in. (with doors open)

**LITERATURE:**
M. Boskovits, *Pittura Fiorentina alla Vigilia del Rinascimento*, Florence, 1975, p. 199, no. 85, as The Master of the Strozzi Funeral Chapel.
D. Wilkins, *Maso di Banco: A Florentine Artist of the Early Trecento*, New York, 1985, no. 8-12, as by 'a weak or provincial follower of Maso'.

**264.**

30.280 | **ANTOINE LE NAIN (CIRCA 1600-1648)** | **$6,000,000-8,500,000**

*The Village Piper*
signed and dated 'Le.nain.fecit 164★' (lower right)
oil on copper
8 7/8 x 12 in.

**LITERATURE:**
P. Rosenberg, *Tout l'oeuvre peint des Le Nain*, Paris, 1993, no. 11, as Antoine Le Nain.

**265.**

20.100 | **SIR HENRY RAEBURN, R.A. (1756-1823)** | **$250,000-500,000**

*The Honorable Henry David Erskine, Twelfth Earl of Buchan (1746-1817)*
oil on canvas
49 1/2 x 39 1/2 in.

**LITERATURE:**
(Possibly) W. Armstrong, *Sir Henry Raeburn*, London, 1901, p. 101.

Fair Market Value for Unpainted Paintings

13-53846-tjt   Doc 3923   Filed 04/09/14   Entered 04/09/14 12:57:27   Page 253 of 321

# Phase 1

## Old Master Paintings

**266.**

27.200 | **REMBRANDT HARMENSZ. VAN RIJN (1606–1669)** | **$50,000,000–90,000,000**

*The Visitation*
signed 'Rembrandt 1640' (lower center)
oil on panel
22 1/4 x 18 7/8 in.

LITERATURE:
C. Tumpel, *Rembrandt: All Paintings in Colour*, Antwerp, 1986, no. 60, as Rembrandt.
Rembrandt Research Project, *A Corpus of Rembrandt Paintings,* Vol. III, Dordrecht, 1998, no. A138, as 'an autograph work in good state'.

**267.**

1995.67 | **RACHEL RUYSCH (1664–1750)** | **$3,000,000–5,000,000**

*Flowers in a Glass Vase*
signed and dated 'Rachel Ruysch 1704' (lower right, on the ledge)
oil on canvas
33 x 26 3/8 in.

LITERATURE:
M. H. Grant, *Rachel Ruysch*, Leigh-on-Sea, 1956, p. 30, no. 56, as Ruysch.

**268.**

24.94 | **STEFANO DI GIOVANNI, CALLED SASSETTA (CIRCA 1400-1450)** | **$5,000,000–8,000,000**

*The Procession to Calvary*
tempera and gold on panel
19 1/8 x 25 1/4 in.
Executed in 1437–1444

LITERATURE:
M. Israels, *Sassetta: The Borgo San Sepolcro Altarpiece*, Vol. I, Florence, 2009, pp. 37–341; Vol. II, pp. 422–427, as Sassetta.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 254 of 321

# CHRISTIE'S

## Phase 1

### Old Master Paintings

**269.**

26.110    **ANDREA SOLARIO (CIRCA 1465-1524)**      **$1,000,000–2,000,000**

*Saint George and Saint Sebastian*
oil on panel
14 1/2 x 10 1/4 in.

LITERATURE:
D.A. Brown, *Andrea Solario*, 1987, no. 35, as Andrea
Solario.

**270.**

30.297    **MICHIEL SWEERTS (1618-1664)**      **$5,000,000–10,000,000**

*In the Studio*
signed and dated 'Michael Sweerts / fecit / Romae /
A.D. 1652' (on the piece of paper draped over the table
edge)
oil on canvas
28 7/8 x 23 1/8 in.

LITERATURE:
R. Kultzen, *Michiel Sweerts*, Doornspijk, 1996, p. 89, no.
7, as Michiel Sweerts.

**271.**

23.11    **JACOPO ROBUSTI, CALLED JACOPO
TINTORETTO (1519-1594)**      **$2,000,000–3,000,000**

*Allegory of The Dreams of Men*
oil on canvas
149 x 85 3/4 in.

LITERATURE:
R. Pallucchini and P. Rossi, *Tintoretto: l'opera completa, le
opere sacre e profane*, Vol. I, 1990, no. 328, as Jacopo
Tintoretto.

## Phase 1

### Old Master Paintings

**272.**

26.107  **VENETIAN SCHOOL (CIRCA 1580 OR LATER)**                    $1,500,000–3,000,000

*The Appeal*
monogrammed 'HCA', interlocked (central figure's hat)
oil on canvas
33 1/4 x 27 1/4 in.

**LITERATURE:**

T. Pignalti and F. Pedrocco, *Giorgione*, New York, 1999, no. A5, as 'a not terribly successful attempt to imitate the styles of three different artists: Giorgione...Sebastiano... and Titian'.
E.M. dal Pozzolo, *Giorgione*, Milan, 2009, p. 362, as Niccolò di Frangipane (illustrated, pl. 328).

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 256 of 321

# CHRISTIE'S

## Phase 1

### Porcelain, European Ceramics & Glass

**273.**

21.184 **AN ITALIAN MAIOLICA ISORIATO CRESPINA**
THE MARCHES, 1530-1580
The shell-molded basin painted with generals conferring with the king in a tent
10 7/8 in. diameter

$8,000–20,000

**274.**

21.192 **A DOCUMENTARY ITALIAN MAIOLICA BIBLICAL ISTORIATO BOWL**
DUCHY OF URBINO, 1545
Painted after a drawing by Michelangelo entitled *Il Sogno* (The Dream), inscribed on the reverse in Italian with a description of the scene which translates as *Daniel, dreaming of seeing all the deadly sins, was in great distress; the angel came from heaven and awakened him*
11 1/2 in. diameter

$30,000–70,000

**275.**

21.196 **AN ITALIAN (DERUTA) MAIOLICA LUSTRED CHARGER**
BY THE 'FATTO IN DIRUTA' PAINTER, CIRCA 1515
Decorated in underglaze blue and in gold luster, the center with a male nude, possibly Apollo, posed on a brickwork ground between two columns flanked by stylized flowering plants and poplar trees, standing in contrapposto, leaning on the bow at his left, a quiver of arrows slung across his back, the border with alternate panels of scale pattern and stylized acanthus edged in stripes, the reverse lead-glazed
16 1/4 in. diameter

$15,000–35,000

# CHRISTIE'S

## Phase 1

### Porcelain, European Ceramics & Glass

**276.**

22.232

**A NUREMBERG GREEN LEAD-GLAZED TERRACOTTA STOVE TILE**
WORKSHOP OF GEORG VEST (1586-1638), CIRCA 1607
Rectangular, molded with The Ascension within cathedral arches
30 1/4 x 23 1/2 in.

$3,000–8,000

**277.**

29.214

**A VENETIAN GLASS ENAMELED FOOTED BOWL**
16TH CENTURY
The hemispheric clear glass bowl enameled in colors and enriched in gilt in a scale pattern and raised on a fluted trumpet-mouth foot
6 3/4 in. high; 11 5/8 in. diameter

(Assumes enamel testing would confirm the work is of the period)

$7,000–20,000

**278.**

1992.43

**A SILVER-GILT MOUNTED MEISSEN (K.P.M.) CHINOISERIE TEAPOT AND COVER**
BLUE K.P.M MARK, DREHER'S MARK TO FOOTRIM, PAINTED BY JOHANN GREGOR HÖROLDT, THE SILVER-GILT MOUNT TO THE TIP OF THE SPOUT OF SIMILAR DATE, 1723-1724
Of squat baluster form with loop handle, the curved spout with mask terminal, painted with a huntsman and companion on horseback one holding a hawk, the other with a spear, an attendant before them driving three spotted hounds, the reverse with two figures before an estuary with an attendant blackamoor and another figure to one side within iron-red scroll and gilt-lined *Böttger lustre* panelled cartouches, the shoulder with a band of gilt *Laub-und-Bandelwerk*, the spout, handle, body and cover with scattered birds among *indianische Blumen*, the spout with contemporary silver-gilt mount
5 3/8 in. high

$10,000–25,000

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 258 of 321

# Phase 1

## Porcelain, European Ceramics & Glass

**279.**

1992.279

**A SÈVRES BISCUIT PORCELAIN PORTRAIT FIGURE OF FRANCOIS DE SALIGNAC DE LA MOTHE-FENELON FROM THE 'GRANDS HOMMES' SERIES**
AFTER A MODEL BY FÉLIX LE COMTE, MADE UNDER THE DIRECTION OF FRANÇOIS-JOSEPH LE RICHE, 1783–1789
The theologian and educator shown standing, holding a book titled *TELEMAQUE / ANNO / 1770* under his left arm
18 5/8 in. high

$15,000–40,000

**280.**

1997.8

**A SÈVRES BISCUIT PORCELAIN PORTRAIT BUST OF NAPOLEON I**
IMPRESSED UPPERCASE MARK TO THE FRONT, AFTER A MODEL BY ANTOINE-DENIS CHAUDET, CIRCA 1814
Life size, truncated at the shoulders and chest as a herm, the front of the plinth incised *NAPOLEON*
20 1/2 in. high

$20,000–50,000

**281.**

2000.85

**A MEDICI SOFT PASTE PORCELAIN EWER (BROCCA)**
ATTRIBUTED TO BERNARDO BUONOTALENTI, 1575–1578
The baluster jar with upright bracket scroll handle issuing from winged grotesque mask terminals at each side and centering a spout applied at the shoulder issuing from a petal terminal, the stemma of the Medici on a ground of *grotesschi* beneath a band of scrolls, the lower portion molded with beaded gadroons
14 1/2 in. high

$1,200,000–3,000,000

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 259 of 321

## Phase 1

### Post–War & Contemporary Art

**282.**

1992.214    **BEAUFORD DELANEY (1901–1979)**      **$25,000–35,000**

*Self Portrait*
oil on canvas
23 x 19 in.
Painted in 1962

(Not seen in person; appraised from photographs)

**283.**

1993.49    **ROBERT MOSKOWITZ (1912-2001)**      **$8,000–10,000**

*Hard Ball III*
oil on canvas
108 x 58 in.
Painted in 1993

(Not seen in person; appraised from photographs)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 260 of 321

# Phase 1

## Pre-Columbian Art

**284.**

47.180  **A BASALT PALMA WITH MAIZE GOD RECEIVING A HUMAN SACRIFICE**                    $40,000–60,000
VERA CRUZ, 250-950
19 1/8 in. high

17 December 2013                                                      New York/10065268/060442

# CHRISTIE'S

## Phase 1

### Prints & Multiples

**285.**

21.116  **HONORE VICTORIN DAUMIER (1808–1879)**                    **$15,000–25,000**

*Le ventre legislatif*
lithograph on wove paper, 1834
11 x 17 1/8 in.

(Not seen in person; appraised from photographs)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 262 of 321

# Phase 1

## Silver & Objects of Vertu

**286.**

29.308    **A WILLIAM III SILVER TANKARD**            **$5,000–8,000**
MARK OF ALEXANDER ROOD, LONDON, 1698
6 1/6 in. high

(Not seen in person; appraised from photographs)

**287.**

29.309    **A GEORGE I IRISH TWO-HANDLED SILVER**    **$5,000–8,000**
**CUP**
MARK OF DAVID KING, DUBLIN, 1717
8 1/4 in. high

(Not seen in person; appraised from photographs)

**288.**

29.312    **A GEORGE III SILVER EPERGNE**        **$30,000–50,000**
MARK OF WILLIAM CRIPPS, LONDON, 1763
14 1/4 in. high; 28 in. wide

(Not seen in person; appraised from photographs)

**289.**

49.288    **AN AMERICAN SILVER SAUCEBOAT**      **$5,000–8,000**
MARK OF JOSEPH ANTHONY, JR.,
PHILADELPHIA, CIRCA 1785
7 3/16 in. long

(Not seen in person; appraised from photographs)

**290.**

2002.136.1    **AN AMERICAN FIVE-PIECE SILVER TEA**    **$10,000–15,000**
**AND COFFEE SERVICE**
MARK OF THOMAS FLETCHER & SIDNEY
GARDINER, PHILADELPHIA, CIRCA 1815
8 1/8 in. high (the larger teapot)
                                        (5)

(Not seen in person; appraised from photographs)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 263 of 321

# Phase 2

## 20th Century Decorative Art & Design

**291.**

21.102     **CHARLES RENNIE MACKINTOSH (1868–1928)**        $200,000–400,000

*PETUNIAS, 1916*
watercolor, gouache and graphite on wove paper
20 3/4 x 21 1/4 in.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 264 of 321

## Phase 2

### African & Oceanic Art

**292.**

26.10     **A BENIN FIGURE**                              **$30,000–50,000**
NIGERIA
copper alloy
9 1/2 in. high

(Not seen in person; appraised from photographs)

**293.**

26.11     **A BENIN FIGURE**                              **$30,000–50,000**
NIGERIA
copper alloy
9 1/4 in. high

(Not seen in person; appraised from photographs)

**294.**

26.369     **A SHIELD**                                 **$40,000–60,000**
MIDDLE SEPIK RIVER, PAPUA, NEW GUINEA
58 in. long

(Not seen in person; appraised from photographs)

**295.**

26.370     **A SAWOS CEREMONIAL BOARD (MALU)**       **$300,000–500,000**
MIDDLE SEPIK RIVER, PAPUA, NEW GUINEA
66 1/4 in. long

(Not seen in person; appraised from photographs)

# Phase 2

## American Art

**296.**

10.21    **BIRGE HARRISON (1854–1929)**      $100,000–300,000

*Fifth Avenue at Twilight*
signed 'Birge Harrison' (lower right)
oil on canvas
30 x 23 in.
Painted *circa* 1910

**297.**

29.356    **CARL MILLES (1875–1950)**      $50,000–100,000

*Folke Filbyter*
stamped 'I. Rasmussen Cøpenhaven' (on base)
bronze with dark brown patina
28 1/2 in. high
Cast *circa* 1925

**298.**

29.357AB    **CARL MILLES (1875–1950)**      $200,000–350,000

*Europa and the Bull*
stamped 'I. Rasmussen Cøpenhaven' (on base)
bronze with verdigris patina
31 1/2 in. high
Cast *circa* 1926

**299.**

19.36    **ELIE NADELMAN (1882–1946)**      $300,000–600,000

*Resting Stag*
bronze with varied patina
17 1/2 in. high
Cast *circa* 1916–1917

# Phase 2

## American Art

**300.**

19.37    **ELIE NADELMAN (1882–1946)**             **$200,000–500,000**

*Wounded Stag*
bronze with varied patina
17 1/2 in. high
Cast *circa* 1916–1917

**301.**

27.159    **MAURICE BRAZIL PRENDERGAST (1859–1924)**      **$2,000,000–4,000,000**

*Promenade*
signed 'Prendergast' (lower right)
oil on canvas
85 x 134 in.
Painted in 1914–1915

**LITERATURE:**
C. Clark, N.M. Mathews and G. Owens, *Maurice Brazil Prendergast and Charles Prendergast: Catalogue Raisonné*, Williamstown, Massachusetts, 1990, p. 302, no. 411, (illustrated).

**302.**

13.8    **ROBERT REID (1862–1929)**             **$50,000–150,000**

*The Miniature*
signed 'Robert Reid' (lower left)
oil on canvas
30 x 26 in.
Painted *circa* 1912

**303.**

25.22    **ALBERT PINKHAM RYDER (1847–1917)**        **$100,000–400,000**

*Summer Night, Moonlight*
signed 'A.P. Ryder' (lower left)
oil on canvas
14 x 20 in.

(Assumes that the recognized authority on the artist
would confirm attribution)

## Phase 2

### American Art

**304.**

21.23  **BESSIE POTTER VONNOH (1872–1955)**                    $50,000–110,000

*Allegresse*
inscribed 'Bessie Potter Vonnoh no. III' (on base)
bronze with brown patina
26 in. high
Executed in 1921

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 268 of 321

## Phase 2

American Indian Art

**305.**

51.10 **A WOODEN EFFIGY LADLE** $40,000–60,000
OJIBWA, LATE 18TH/EARLY 19TH CENTURY
9 5/8 in. long

13-53846-tjt Doc 3923 Filed 04/09/14 Entered 04/09/14 12:57:27 Page 269 of 321

# Phase 2

## Antiquities

**306.**

| | | |
|---|---|---|
| 24.14 | **AN ATTIC BLACK-FIGURED AMPHORA**<br>CIRCA 540 B.C.<br>12 in. high | $20,000–60,000 |

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

(Not seen in person, appraised from photographs)

**307.**

| | | |
|---|---|---|
| 24.104 | **A ROMAN MARBLE HEAD OF A BEARDED MAN**<br>CIRCA 2ND CENTURY A.D.<br>10 1/4 in. high; 6 1/4 in. wide; 7 3/4 in. deep | $30,000–200,000 |

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

(Not seen in person, appraised from photographs)

**308.**

| | | |
|---|---|---|
| 24.105 | **A CYPRIOT LIMESTONE BEARDED HEAD**<br>CIRCA 6TH CENTURY B.C.<br>12 1/2 in. high; 8 in. wide; 8 3/4 in. deep | $20,000–150,000 |

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

(Not seen in person, appraised from photographs)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 270 of 321

# Phase 2

## Antiquities

**309.**

26.139    **A ROMAN MARBLE STRIGILATED SARCOPHAGUS WITH FIGURES OF SALUS & ASCLEPIUS**
CIRCA 3RD CENTURY A.D.
28 3/4 in. high; 82 1/2 in. wide; 34 in. deep

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

(Not seen in person, appraised from photographs)

    **$15,000–75,000**

**310.**

27.211    **A ROMAN MARBLE PORTRAIT HEAD OF A MAN**
REPUBLICAN PERIOD, CIRCA LATE 1ST CENTURY B.C.
15 3/4 in. high; 8 1/4 in. wide; 8 1/4 in. deep

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

(Not seen in person, appraised from photographs)

    **$80,000–300,000**

**311.**

27.216    **A ROMAN MARBLE CINERARY URN AND LID**
CIRCA 1ST CENTURY A.D.
13 in. high; 14 in. wide; 11 in. deep

(Assumes the source of origin and the provenance is such that the work could be traded freely within the United States)

(Not seen in person, appraised from photographs)

    **$15,000–50,000**

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 271 of 321

# Phase 2

## Antiquities

**312.**

30.372  **AN EGYPTIAN STONE DIGNITARY**                                          $30,000–80,000
MIDDLE KINGDOM, 11TH-12TH DYNASTY,
2040-1783 B.C.
9 7/16 in. high; 9 13/16 in. wide; 6 11/16 in. deep

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

(Not seen in person, appraised from photographs)

**313.**

45.130  **A ROMAN MARBLE OSCILLUM WITH SATYR**                                  $30,000–100,000
**AND A MAENAD**
CIRCA 1ST CENTURY B.C.
16 7/8 in. diameter

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

(Not seen in person, appraised from photographs)

**314.**

53.273  **A BRONZE AGE GOLD LUNULA**                                            $50,000–150,000
IRELAND, EARLY BRONZE AGE, CIRCA 1800-
1600 B.C.
18 4/5 in. diameter
Weight of gold: 63.4 g.

(Assumes the source of origin and the provenance is such
that the work could be traded freely within the United
States)

(Not seen in person, appraised from photographs)

17 December 2013                                          New York/10065268/060442
Fair Market Value for Charitable Planning

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 272 of 321

## Phase 2

### Books & Manuscripts

**315.**

21.79     SCHEDEL, Hartmann (1440-1514). *Liber Chronicarum*, in Latin. Nuremberg: Anton Koberger, 23 December 1493. Folio. Contemporary pigskin. Title with a few marginal repairs, some intermittent pale dampstaining.

     (Not seen in person; appraised from photographs)

            $30,000–90,000

**316.**

24.108.AB     ST. ROMAULD AND CAMALDOLESE MONKS, in a historiated initial 'A' cut from a manuscript choirbook illuminated by Don Simone Camaldolese, 6 7/8 x 6 7/8 in., [Italy, Tuscany, c. 1390]

     (Not seen in person; appraised from photographs)

            $45,000–90,000

**317.**

29.301.AB     THE ANNUNCIATION, in a historiated initial 'M' on a leaf from an Antiphonary, illuminated manuscript choirbook on vellum, 21 3/8 x 14 3/8 in., [Italy, ?Tuscany, late 13th century]

     (Not seen in person; appraised from photographs)

            $25,000–60,000

**318.**

29.302.AB     THE ASSUMPTION, in a historiated initial 'V' on a leaf from an Antiphonary, illuminated manuscript choirbook on vellum, 21 3/8 x 14 3/4 in., [Italy, ?Tuscany, late 13th century]

     (Not seen in person; appraised from photographs)

            $25,000–60,000

# Phase 2

## Chinese Ceramics & Works of Art

**319.**

22.213    **A STONE BUDDHIST TRIAD STELE**      $30,000–60,000
TANG DYNASTY (618–907)
Of pointed arch form, the central seated figure of
Buddha flanked on either side by a standing *bodhisattva*
borne on a lotus stem and a small seated lion
22 1/2 in. high

**320.**

26.128    **A LARGE STONE FIGURE OF GUANYIN**      $400,000–800,000
SUI DYNASTY, DATED 581
The figure standing on a lotus base with a small lion to
either side, dressed in long robes with an ornamented
collar and long, beaded necklaces, with one arm raised
holding a flywhisk and the other lowered to the side
holding a bottle, the square base carved with a long
inscription
36 in. high

**321.**

26.129    **A GREY POTTERY RELIEF OF A**      $10,000–50,000
**CAPARISONED HORSE**
SIX DYNASTIES PERIOD OR LATER
The panel divided into for sections, depicting a prancing
horse
27 1/2 x 26 1/4 in.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 274 of 321

# Phase 2

## Chinese Ceramics & Works of Art

**322.**

26.161

**A GREY LIMESTONE FIGURE OF AMITABHA**
TANG DYNASTY (618–907)
Shown seated in *dhyanasana* atop a lotus, with the left
hand resting on the knee in *bhumisparsa mudra* and the
right hand, now missing, raised, dressed in long robes
with hair pulled back and low-domed *usnisa*
13 1/4 in. high

$20,000–70,000

**323.**

28.67

**A FRESCO OF FOUR BODHISATTVAS**
4TH/5TH CENTURY
Painted in blue, white, brown and shades of grey, the
panel depicts four heads beneath a blue and white border
9 1/4 in. high; 19 1/4 in. wide

$30,000–100,000

**324.**

29.245

**A GILT-BRONZE FIGURE OF A STANDING
BUDDHA**
MING DYNASTY (1368-1644)
Wearing voluminous robes with cascading folds, the
figure stands gracefully with the right hand raised and
the left hand lowered, the face framed by pendulous
earlobes, topped by a pronounced *usnisa* covered with
finely rendered plaits of hair and centered by a central
circular indentation on both levels
45 3/4 in. high

$800,000–2,000,000

# CHRISTIE'S

## Phase 2

### Chinese Ceramics & Works of Art

**325.**

29.342    **A SANCAI-GLAZED AND PAINTED POTTERY FIGURE OF A COURT LADY WITH PHOENIX HEADDRESS**      $20,000–50,000
TANG DYNASTY (618–907)
The elegant lady standing with arms crossed beneath a shawl, on flat base with *ruyi*-shape slippers, the unglazed head with elaborate headdress
17 1/2 in. high

**326.**

29.425    **A BRONZE RITUAL WINE VESSEL AND COVER**      $300,000–600,000
EARLY WESTERN ZHOU DYNASTY, 11TH/10TH CENTURY B.C.
The pear-shaped vessel of oval section, raised on a spreading foot and cast on each side with a band centered by a mask and containing confronting birds on a *leiwen* ground, the swing handle terminating at each end in an animal mask, the cover with a similar band, with a long inscription on the interior of the vessel and the cover
9 5/8 in. high

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 276 of 321

# Phase 2

## Chinese Ceramics & Works of Art

**327.**

29.443

**A STONE STELE WITH BUDDHIST TRIAD AND APSARAS**
LATE NORTHERN WEI/EASTERN WEI (386-550)
Of pointed arch form, the central figure of Buddha flanked on either side by a *bodhisattva* supported on a *chilong*, framed at top by *apsaras*, with conical section at lower portion to secure into a base (now missing)
23 1/2 in. high

$60,000–150,000

LITERATURE:

**328.**

29.444

**A STONE FIGURE OF BHIKSU**
NORTHERN QI DYNASTY (550-577)
Standing straight with the hands clasped together in front, dressed in loose robes that fall to the bare feet
56 1/2 in. high

$400,000–1,000,000

**329.**

53.171

**A SMALL BRONZE TURQUOISE-INLAID ARCHAIC TIGER MASK**
LATE SHANG/EARLY WESTERN ZHOU DYNASTY, 12TH-10TH CENTURY B.C.
Inlaid with oval eyes and stylized mouth, cheeks, eyebrows and ears beneath the two, pointed ends of the ears
2 3/4 in. high; 2 7/8 in. wide

$20,000–50,000

13-53846-tjt   Doc 3923   Filed 04/09/14   Entered 04/09/14 12:57:27   Page 277 of 321

# Phase 2

## Chinese Ceramics & Works of Art

**330.**

53.175

**A SANCAI-GLAZED AND PAINTED POTTERY FIGURE OF A CENTRAL ASIAN MUSICIAN**
TANG DYNASTY (618–907)
The figure seated on a waisted stool, dressed in long robes and holding both hands in front with a cymbal in the right hand, the head unglazed with pointed beard and topped by a high cap tied at back with a long ribbon
7 7/8 in. high

$20,000–50,000

**331.**

53.176

**A SANCAI-GLAZED AND PAINTED POTTERY FIGURE OF A CENTRAL ASIAN MUSICIAN**
TANG DYNASTY (618–907)
The figure seated on a waisted stool, dressed in long robes and holding a mouth organ in both hands in front, the head unglazed with pointed beard and topped by a high cap tied at back with a long ribbon
7 7/8 in. high

$20,000–50,000

Fair Market Value for Charitable Planning

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 278 of 321

# Phase 2

## Chinese Paintings

**332.**

21.180    **ATTRIBUTED TO TANG DI (1287-1355)**                    $700,000–1,200,000

*LANDSCAPE*
signed and dated '1343'; inscribed by Qian Kui (d. 1384)
and Chen Mei (Yuan Dynasty)
hanging scroll, ink on silk
73 1/4 x 36 7/8 in.

**333.**

21.181    **WU WEI (1459-1508)**                                   $300,000–600,000

*LANDSCAPE*
signed and dated '1483'
hanging scroll, ink on silk
73 1/2 x 40 1/8 in.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 279 of 321

# CHRISTIE'S

## Phase 2

### European Furniture, Sculpture and Decorative Objects

**334.**

21.189    **A POLYCHROME DECORATED CARVED LIMESTONE FIGURE OF SAINT PAUL**        **$30,000–60,000**
BURGUNDY, THIRD QUARTER 15TH CENTURY
Depicted standing and holding a sword
51 1/2 in. high; 20 in. wide; 12 1/4 in. deep

(Assumes analysis of paint would confirm the work is of the period)

**335.**

22.277    **A POLYCHROME DECORATED TERRACOTTA GROUP OF THE PIETA**        **$30,000–60,000**
ITALIAN, CIRCA 1425-1450
25 3/4 in. high; 22 1/2 in. wide; 11 in. deep

(Assumes thermoluminescence testing would confirm the work is of the period)

**336.**

25.151    **A WHITE MARBLE RELIEF OF THE MADONNA AND CHILD WITH ANGELS**        **$50,000–150,000**
WORKSHOP OF AGOSTINO DI GIOVANNI, SIENA, CIRCA 1335-1340
30 in. high; 37 in. wide; 2 1/2 in. deep

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 280 of 321

# CHRISTIE'S

## Phase 2

### Japanese Art

**337.**

27.541    **TOSA SCHOOL (LATE 16TH/EARLY 17TH CENTURY)**      $80,000–120,000

*Scenes from the Tale of Genji*
six-panel screen; ink, color, silver, gold and gold leaf on paper
67 x 141 in.

**338.**

27.542    **A CARVED AND POLYCHROME WOODEN FIGURE OF SEISHI BOSATSU**      $40,000–60,000
11TH/12TH CENTURY
30 in. high

**339.**

27.545    **ARTIST UNKNOWN (15TH CENTURY)**      $40,000–60,000

*Amida and Kannons Descending*
hanging scroll; ink, color and gold on silk
39 1/4 x 16 1/2 in.

**340.**

27.546    **ARTIST UNKNOWN (14TH CENTURY)**      $70,000–100,000

*Nyoirin Kannon*
hanging scroll; ink, color and gold on silk
48 3/8 x 28 7/8 in.

**341.**

27.547    **ARTIST UNKNOWN (14/15TH CENTURY)**      $50,000–70,000

*Seated Kannon and Two Attendants*
hanging scroll; ink, color and gold on silk
55 1/2 x 34 1/2 in.

# CHRISTIE'S

## Phase 2

### Impressionist & Modern Art

**342.**

26.116    **MARIANO ANDREU (1888-1976)**                      **$30,000–50,000**

*Spanish Dancer*
signed and dated 'Mariano Andreu 23' (lower right)
oil on canvas
41 1/2 x 31 1/8 in.
Painted in 1923

**343.**

26.117    **MARIANO ANDREU (1888-1976)**                      **$30,000–50,000**

*The Bathers*
signed and dated 'Mariano Andreu 23' (lower left)
oil on canvas
23 1/2 x 38 3/4 in.
Painted in 1923

**344.**

20.113    **EUGENE BOUDIN (1824–1898)**                 **$120,000–200,000**

*Antibes, vue générale*
signed, dated and inscribed 'E. Boudin Antibes 93'
(lower left)
oil on canvas
21 3/4 x 35 1/4 in.
Painted in 1893

**LITERATURE:**
R. Schmit, *Eugène Boudin*, Vol. III, Paris, 1973, p. 184,
no. 3074 (illustrated).

## Phase 2

### Impressionist & Modern Art

345.

29.324  **GIORGIO DE CHIRICO (1888–1978)**                              $200,000–350,000

*Cavalli*
signed 'G de Chirico' (lower right)
oil on canvas
21 1/2 x 18 1/4 in.
Painted *circa* 1929

**LITERATURE:**
C.B. Sakraischik, *Catalogo Generale Giorgio de Chirico:
opera dal 1908 al 1930*, Vol. II, Milan, 1972, no. 150
(illustrated).

(Assumes that the recognized authority on the artist
would confirm attribution)

346.

21.31  **CHARLES COTTET (1863–1924)**                                    $10,000–50,000

*The Port of Douarnenez*
signed and inscribed 'C. Cottet Douarnenez' (lower left)
oil on canvas
45 x 64 1/8 in.

347.

21.6  **EDGAR DEGAS (1834–1917)**                                        $2,000,000–5,000,000

*Groupe de danseuses*
indistinctly stamped with signature (lower left)
pastel and charcoal on paper
25 3/4 x 20 in.
Executed *circa* 1898

**LITERATURE:**
P.A. Lemoisne, *Degas et son oeuvre*, Vol. III, Paris, 1946,
p. 764, no. 1312 (illustrated, p. 765).

# Phase 2

## Impressionist & Modern Art

**348.**

28.96    **ANDRE DERAIN (1880–1954)**        $40,000–70,000

*Paysage de Provence*
signed 'A Derain' (lower right)
oil on canvas
18 1/2 x 22 in.
Painted *circa* 1922

**LITERATURE:**
M. Kellermann, *André Derain: Catalogue raisonné de l'oeuvre peint*, Vol. II, Paris, 1996, p. 23, no. 501 (illustrated).

**349.**

22.15    **RAOUL DUFY (1877–1953)**        $70,000–100,000

*Nature morte à la cafetière*
signed 'Raoul Dufy' (lower right)
oil on canvas
18 x 21 1/2 in.
Painted *circa* 1914

**LITERATURE:**
M. Laffaille, *Raoul Dufy: Catalogue raisonné de l'oeuvre peint*, Vol. III, Geneva, 1976, p. 329, no. 1328 (illustrated).

**350.**

29.327    **JAMES ENSOR (1860–1949)**        $120,000–200,000

*Le Ballet Féerique (Le Jardin D'Amour)*
signed 'Ensor' (lower right)
oil on canvas
20 x 24 in.
Painted *circa* 1925-1930

**LITERATURE:**
X. Tricot, *James Ensor* , Vol. II, Brussels, 2009, p. 508, no. 529 (illustrated in color).

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 284 of 321

Fair Market Value for Insurance Purposes

# Phase 2

## Impressionist & Modern Art

**351.**

30.285  **OSCAR GHIGLIA (1876–1945)**                    $50,000–80,000

*The Artificial Rose*
signed 'O Ghiglia' (upper left)
oil on canvas
34 x 26 1/4 in.
Painted in 1929

**352.**

30.380  **GEORGE GROSZ (1893–1959)**                     $25,000–50,000

*Conversation*
signed 'Grosz' (lower right)
watercolor on paper
30 3/4 x 22 1/2 in.
Executed *circa* 1928

(Assumes that the recognized authority on the artist
would confirm attribution)

**353.**

21.209  **ERICH HECKEL (1883–1970)**                     $120,000–200,000

*Sonnenblumen*
oil on canvas
30 1/2 x 27 3/4 in.
Painted in 1920

**LITERATURE:**
P. Vogt, *Erich Heckel*, Recklinghausen, 1965, no. 18
(illustrated).

13-53846-tjt   Doc 3923   Filed 04/09/14   Entered 04/09/14 12:57:27   Page 285 of 321

## Phase 2

### Impressionist & Modern Art

**354.**

26.35      **AUGUSTE HERBIN (1882-1960)**                 **$35,000–50,000**

*Le pain d'épice*
signed 'Herbin' (lower right)
oil on canvas
21 1/4 x 25 1/2 in.
Painted in 1925

**LITERATURE:**
G. Glaisse, *Herbin: Catalogue raisonné de l'oeuvre peint*,
Paris, p. 377, no. 555 (illustrated).

**355.**

30.283      **PAUL KLEE (1879-1940)**                  **$80,000–120,000**

*Lesende II*
signed 'Klee' (center right), numbered, dated, inscribed
and titled 'IV 1925 E. Sieben Lesende II' (on the mount)
oil transfer and watercolor on paper laid down on card
12 1/2 x 18 7/8 in. (sheet)
Executed in 1925

**LITERATURE:**
The Paul Klee Foundation, ed., *Paul Klee: Catalogue
raisonné*, Vol. 4, Bern, 2001, p. 359, no. 3828
(illustrated).

**356.**

21.213      **GEORG KOLBE (1877-1947)**               **$150,000–200,000**

*Auferstehung*
signed with initials and stamped with foundry mark 'GK
H NOACK BERLIN FRIEDENAU' (on the back)
bronze with brown patina
30 3/8 in. high
Conceived in 1920

**LITERATURE:**
U. Berger, *Georg Kolbe: Leben und Werk*, Berlin, 1990, p.
243, no. 36 (another cast illustrated, p. 244).

# Phase 2

## Impressionist & Modern Art

**357.**

28.99    **MARIE LAURENCIN (1883–1956)**                                    $150,000–250,000

*Mère et enfant*
signed and dated 'Marie Laurencin 1928' (lower right)
oil on canvas
32 x 25 1/2 in.
Painted in 1928

**LITERATURE:**

D. Marchesseau, *Marie Laurencin: Catalogue raisonné de l'oeuvre peint*, Tokyo, 1986, p. 207, no. 446 (illustrated).

**358.**

21.73    **HENRI LE SIDANER (1862–1939)**                                    $500,000–800,000

*The Tea Table*
signed 'Le Sidaner' (lower right)
oil on canvas
28 1/2 x 36 in.
Painted in 1919

**LITERATURE:**

Y. Farinoux-Le Sidaner, *Le Sidaner: l'oeuvre peint et gravé*, Paris, 1989, p. 163, no. 407 (illustrated).

**359.**

21.17    **HENRI LEBASQUE (1865–1937)**                                    $400,000–800,000

*Sur le balcon à Saint-Tropez (Marthe et Pierre Lebasque)*
signed 'Lebasque' (lower left)
oil on canvas
64 x 51 1/2 in.
Painted in 1920

**LITERATURE:**

D. Bazetoux, *Henri Lebasque: Catalogue raisonné*, Neuilly-sur-Marne, 2008, p. 298, no. 1215 (illustrated).

(Assumes that the recognized authority on the artist would confirm attribution)

## Phase 2

### Impressionist & Modern Art

| | | |
|---|---|---|
| | **360.** | |
| 29.347 | **WILHELM LEHMBRUCK (1881–1919)** | **$40,000–70,000** |

*Kleine Sinnende*
terracotta
20 1/8 in. high
Conceived in 1911; this version cast by 1929

**LITERATURE:**
D. Schubert, *Wilhelm Lehmbruck: Catalogue raisonné der Skulpturen*, Worms, 2001, p. 211, no. 55.I.3.

(Assumes that the recognized authority on the artist would confirm attribution)

| | | |
|---|---|---|
| | **361.** | |
| 24.72 | **ARISTIDE MAILLOL (1861–1944)** | **$40,000–60,000** |

*Baigneuse se coiffant*
signed with monogram
bronze with brown patina
15 in. high
Conceived in 1907

(Assumes that the recognized authority on the artist would confirm attribution)

| | | |
|---|---|---|
| | **362.** | |
| 29.330 | **ARISTIDE MAILLOL (1861–1944)** | **$30,000–50,000** |

*Buste de Vénus*
inscribed with foundry mark 'ALEXIS RUDIER FONDEUR PARIS'
bronze with brown patina
17 in. high
Conceived in 1898; this version cast by 1952

(Assumes that the recognized authority on the artist would confirm attribution)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 288 of 321

# Phase 2

## Impressionist & Modern Art

**363.**

25.61     **IVAN MESTROVIC (1883-1962)**          **$15,000–50,000**

*Contemplation*
marble
39 3/4 in. high
Executed in 1923

(Not seen in person; appraised from photographs)

**364.**

29.321     **EDVARD MUNCH (1863-1944)**          **$800,000–1,500,000**

*Boy in a Rocky Landscape*
signed 'E Munch' (lower right)
oil on canvas
30 1/2 x 26 1/8 in.
Painted in 1912-1915

**LITERATURE:**
G. Wohl, *Edvard Munch: Complete Paintings,* London,
2009, p. 1006, no. 1033 (illustrated).

**365.**

28.103     **GINO SEVERINI (1883-1966)**          **$30,000–50,000**

*Still Life*
signed 'Severini' (lower center)
fresco
10 1/2 x 8 3/4 in.

(Assumes that the recognized authority on the artist
would confirm attribution)

## Phase 2

### Impressionist & Modern Art

**366.**

26.32    **PAUL SIGNAC (1863–1935)**                                    $30,000–50,000

*Port Louis*
signed, titled and partially dated 'P. Signac Port Louis
192...' (lower right)
watercolor, pencil and black crayon on paper laid down
on paper
12 x 17 7/8 in.
Executed in the 1920s

(Assumes that the recognized authority on the artist
would confirm attribution)

**367.**

26.33    **PAUL SIGNAC (1863–1935)**                                    $30,000–50,000

*La Seine: Le Pont des Arts*
signed 'P. Signac' (lower left)
watercolor and black crayon on paper laid down on
paper
10 x 16 in.

(Assumes that the recognized authority on the artist
would confirm attribution)

**368.**

28.100   **MAURICE UTRILLO (1883–1955)**                                $50,000–70,000

*Maison à Bardilly*
signed, dated and inscribed 'Maurice, Utrillo, V,
1927...maison où naquit le bienheureux curé d'ars à
Bardilly (Rhone)' (lower right)
oil on canvas
28 3/4 x 21 1/2 in.
Painted in 1927

(Assumes that the recognized authority on the artist
would confirm attribution)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 290 of 321

# Phase 2

## Indian & Southeast Asian Art

| | **369.** | |
|---|---|---|
| 25.63 | **A GRAY SCHIST GABLE OF BUDDHA'S DESCENT FROM THE TRAYATRIMSAS HEAVEN**<br>GANDHARA, CIRCA 200 A.D.<br>46 in. high | **$600,000–1,000,000** |
| | (Not seen in person; appraised from photographs) | |
| | **370.** | |
| 28.132 | **A THANGKA OF YAMANTAKA**<br>TIBET, 18TH CENTURY<br>27 x 9 1/4 in. | **$20,000–50,000** |
| | (Not seen in person; appraised from photographs) | |
| | **371.** | |
| 28.150 | **A BLACK STONE FIGURE OF AN ATTENDANT DEITY**<br>INDIA, RAJASTHAN OR MADHYA PRADESH, 13TH CENTURY<br>41 in. high | **$150,000–250,000** |
| | (Not seen in person; appraised from photographs) | |

# Phase 2

## Islamic Art

**372.**

22.225    **AN ISLAMIC WOOL CARPET WITH OCTAGONS**                    **$25,000–50,000**
18TH CENTURY
73 x 57 1/4 in.

(Not seen in person; appraised from photographs)

**373.**

29.233A    **A FRAGMENT OF AN ISLAMIC CARPET**            **$50,000–100,000**
EGYPTIAN, 16TH CENTURY
86 x 34 1/2 in.

(Not seen in person; appraised from photographs)

**374.**

29.313    **A WOOL DOUBLE NICHE USHAK RUG**           **$100,000–150,000**
16TH CENTURY
68 1/2 x 44 in.

(Not seen in person; appraised from photographs)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 292 of 321

## Phase 2

### Modern British Art

**375.**

27.160     **AUGUSTUS EDWIN JOHN (1878-1961)**          $250,000–600,000

*The Mumpers*
oil on canvas
100 x 244 in.

**LITERATURE:**

J. Rothenstein, *J. Augustus John*, London and New York,
1944, p. 24, pl. 82.

(Not seen in person; appraised from photographs)

# Phase 2

## Old Master Drawings

**376.**

27.2AB  **MICHELANGELO BUONARROTI (1475-1564)**          $12,000,000-20,000,000

*Scheme for the decoration of the ceiling of the Sistine Chapel (recto and verso)*
black chalk, pen and brown ink
14 11/16 x 9 7/8 in.

LITERATURE:
H. Chapman, *Michelangelo Drawings: Closer to the Master*, exhibition catalogue, London and Haarlem, 2005, pp. 106, 107, 303, note 47 (illustrated, fig. 35).

**377.**

38.9    **JACQUES DE GHEYN (1565-1629)**          $50,000-80,000

*Studies of the Heads of Two Youths and an Old Woman*
pen and dark brown ink over graphite on laid paper toned with graphite
5 1/4 x 38 1/4 in.
Executed *circa* 1600-1605

**378.**

26.79   **DANTE GABRIEL ROSSETTI (1828-1882)**          $50,000-100,000

*A Fight for a Woman*
signed with monogram (lower right)
watercolor on paper laid down on board
13 1/2 x 11 in.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 294 of 321

# Phase 2

## Old Master Paintings

**379.**

25.206

**ANGLO-NETHERLANDISH SCHOOL (MID-16TH CENTURY)**

$200,000–500,000

*Young Man*
oil on panel
10 1/8 x 8 1/8 in.

**380.**

22.12

**ANDREA DI BARTOLO (1389-1428)**

$80,000–160,000

*Madonna and Child*
oil and gold on panel
25 3/8 x 17 1/2 in.

LITERATURE:
B. Berenson, *Italian Pictures of the Renaissance: Central Italian and North Italian Schools*, Vol. I, London, 1968, p. 6, as Andrea di Bartolo.

**381.**

70.953

**MATHER BROWN (1716-1831)**

$40,000–80,000

*Sir George Augustus Elliott, Baron Heathfield*
oil on canvas
30 x 25 in.
Painted in 1788-1791

LITERATURE:
D. Evans, *Mather Brown: Early American Artist in England*, Middletown, Connecticut, 1982, pp. 81-82, 210, no. 84, as Mather Brown (illustrated, fig. 66).

(Not seen in person; appraised from photographs)

**382.**

26.109

**JAN VAN CONINXLOO II (1489–AFTER 1552)**

$30,000–50,000

*The Crucification*
oil on panel
17 1/4 x 13

13-53846-tjt   Doc 3923   Filed 04/09/14   Entered 04/09/14 12:57:27   Page 295 of 321

Fair Market Value for Insurance Purposes

CHRISTIE'S

# Phase 2

## Old Master Paintings

**383.**

38.80   **BERNARDINO DEI CONTI (CIRCA 1470–AFTER 1523)**                    $300,000–500,000

*Gentleman of the Trivulzio Family*
oil on panel
41 1/2 x 28 1/2 in.

**LITERATURE:**
M.T. Fiorio, 'Per il ritratto lombardo: Bernardino de Conti', *Arte Lombarda*, Vol. LXVIII / LXIX, 1984, p. 51, no. 45, as Bernardino de Conti.

**384.**

28.144   **JOHN CROME I (1768-1821)**                    $100,000–200,000

*View Near Weymouth*
oil on canvas
11 1/4 x 21 in.

**LITERATURE:**
D. Clifford, *John Crome,* London, 1968, pp. 27, 48, 192, 257, as John Crome I (illustrated, pl. 72).
N. Goldberg, *John Crome the Elder*, New York, 1978, Vol. I, pp. 50, 51, 181, 182; Vol. II, p. 14, no. 26, as John Crome I.

**385.**

30.274   **FRENCH SCHOOL (CIRCA 1820)**                    $20,000–50,000

*Portrait of an Artist*
oil on canvas
29 1/4 x 23 3/8 in.

13-53846-tjt   Doc 3923   Filed 04/09/14   Entered 04/09/14 12:57:27   Page 296 of 321

# Phase 2

## Old Master Paintings

**386.**

22.10     **FRANCESCO DAI LIBRI (CIRCA 1450–AFTER 1503)**     $130,000–250,000

*Madonna and Child*
oil on panel
24 1/4 x 17 5/8 in.

**LITERATURE:**

B. Berenson, *Italian Pictures of the Renaissance: Central Italian and North Italian Schools*, Vol. I, London, 1968, p. 142, as Francesco dai Libri.

**387.**

25.145     **DOMENICO DI MICHELINO (1417–1491)**     $150,000–270,000

*The Trinity*
tempera and gold on panel
65 3/4 x 34 in.

**LITERATURE:**

B. Fredericksen and F. Zeri, *Census of Pre-Nineteenth Century Italian Paintings in North American Public Collections*, Cambridge, 1972, pp. 66, 360, as Domenico di Michelino.

**388.**

25.43     **MARIOTTO DI NARDO (1394–1424)**     $70,000–100,000

*Madonna and Child*
paint on panel
34 3/4 x 20 in.

**LITERATURE:**

B. Berenson, *Pitture italiane del rinascimento: Catologo dei principali artisti e delle loro opere,* Milan, 1936, p. 293, as Mariotto di Nardo.

CHRISTIE'S

# Phase 2

## Old Master Paintings

**389.**

22.8  **ANDREA PREVITALI (1480–1528)**                          **$300,000–550,000**

*Madonna and Child in Landscape*
signed 'ANDRES BERGO / MENSIS IOVANIS / • B •
D • P' (lower left corner, on the ledge)
oil on panel
24 x 22 1/2 in.

LITERATURE:
F. Hienemann, *Giovanni Bellini e I Belliniani*, Vol. I,
Venice, 1962, p. 134, no. 5281; Vol. II, p. 438, as
Andrea Previtali (illustrated, fig. 488).
J.M. zur Capellen, *Andrea Previtali*, Ph.D. dissertation,
London, 1972, pp. 17ff, 133, as Andrea Previtali.

**390.**

22.9  **ANTONIO RIMPATTA (ACTIVE CIRCA 1509–**              **$300,000–550,000**
      **1531/1532)**

*Madonna and Child with the Infant Saint John the
Baptist*
oil on panel
30 1/4 x 22 1/2 in.

LITERATURE:
F. Heinemann, *Giovanni Bellini e I Belliniani*, Vol. I,
Venice, 1962, p. 33, no. 132(r); Vol. II, p. 723
(illustrated, pl. 836).
A. Tempestini, 'Antonio da Bologna: Uno o Due?'
*Mitteilungen des Kunsthistorischen Institutes in Florenz*, Vol.
XXV, 1981, pp. 342–343, no. 3, as Antonio Rimpatta
(illustrated, fig. 2).

13-53846-tjt   Doc 3923   Filed 04/09/14   Entered 04/09/14 12:57:27   Page 298 of 321

# CHRISTIE'S

## Phase 2

### Old Master Paintings

**391.**

26.111    **ANTONIAZZO ROMANO (1452-1508/1512)**                    $80,000-160,000

*Christ Enthroned, the Virigin, Saint Francesca
Romana, an Angel and Donor*
tempera and gold on panel
20 7/8 x 16 1/8 in.

LITERATURE:
A. Paolucci, 'Antoniazzo Romano: Catalogo Completo',
*I Gigi d'Arte*, Vol. 26, Florence, 1992, p. 127, no. 37, as
Antoniazzo Romano.

**392.**

22.11    **WORKSHOP OF ANTONIAZZO ROMANO
(1452-1508/1512)**                    $60,000-90,000

*Madonna and Child*
tempera and gold on panel
16 3/8 x 13 3/8 in.

LITERATURE:
G.S. Hedberg, *Antoniazzo Romano and His School,* Ph.D.
dissertation, New York, 1980, p. 214, no. 78, as
'Workshop of Antoniazzo Romano, after Antoniazzo's
design', (illustrated, fig. 102).

**393.**

26.106    **SCHOOL OF COLOGNE (CIRCA 1425)**                    $150,000-300,000

*The Adoration of the Magi, St. Severus and St.
Wallburga, St. James and St. Phillip*
oil and gold on panel
31 3/4 x 38 in.

LITERATURE:
A. Willberg and F.G. Zehnder, *Stefan Lochner: Meister zu
Köln,* exhibition catalogue, Cologne, 1993, no. 31, as
'Younger Aachen Workshop, Cologne, first quarter 15th
century'.

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 299 of 321

## Phase 2

### Old Master Paintings

**394.**

29.41  **LUCA SIGNORELLI (CIRCA 1450–1523)**          $100,000–150,000

*The Resurrected Christ Appearing to St. Magdalene*
tempera and oil on panel
7 3/8 x 16 11/16 in.

LITERATURE:
L. Kanter, *Luca Signorelli*, Milan, 2001, pp. 232–233, as a
late work by Luca Signorelli.

**395.**

29.42  **LUCA SIGNORELLI (CIRCA 1450–1523)**          $100,000–150,000

*The Resurrected Christ Appearing to His Disciples*
tempera and oil on panel
7 5/16 x 16 3/4 in.

LITERATURE:
L. Kanter, *Luca Signorelli*, Milan, 2001, pp. 232–233, as a
late work by Luca Signorelli.

**396.**

38.25  **ATTRIBUTED TO TURONE DA VERONA
(TURONE DI MAXIO DA CAMENAGO)
(FLOURISHED CIRCA 1356–1380)**          $100,000–200,000

*Crucifixion*
dated 'MCCCLI' and extensively inscribed (lower edge)
tempera and gold on panel
58 1/2 x 21 1/4 in.

LITERATURE:
R. Pallucchini, *La pittura veneziana del Trecento*, Venice,
1964, p. 141, as Turone da Verona (illustrated, fig. 436).

13-53846-tjt   Doc 3923   Filed 04/09/14   Entered 04/09/14 12:57:27   Page 300 of 321

# Phase 2

## Old Master Paintings

**397.**

29.318    **ANTONIO VIVARINI (FLOURISHED 1440–1476/84)**      $20,000–50,000

*Scene from the Life of a Female Saint*
tempera and gold on panel
14 3/8 x 10 1/4 in.

**LITERATURE:**

R. Pallucchini, *I Vivarini: Antonio, Bartolomeo, Alvise*,
Venice, 1962, pp. 26, 97, as Antonio Vivarini
(illustrated, fig. 13).

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 301 of 321

# Phase 2

## Prints & Multiples

**398.**

25.114    **GEORGE WESLEY BELLOWS (1882-1925)**         **$60,000–90,000**

*A Knockout, Second State (Mason 92)*
lithograph, 1921
signed by the artist and printer in pencil, with repaired
tears at the lower and left sheet edges, some spotting at
the lower right, minor creasing along the lower edge just
below the image
15 3/8 x 21 3/4 in. (image)

**399.**

21.135    **JEAN DUVET (1485-1570)**         **$40,000–60,000**

*The Martyrdom of Saint John the Evangelist
(Bartsch 36; Robert-Dumesnil 51; Bersier 47;
Eisler 38)*
engraving, circa 1546-55
11 15/16 x 8 9/16 in. (platemark)

**400.**

26.20    **AUGUSTIN HIRSCHVOGEL (1503-1553)**         **$40,000–65,000**

*Landscape with the Conversion of Saint Paul
(Hollstein 5)*
etching, 1545
4 x 10 in. (platemark)

**401.**

28.186    **EDWARD HOPPER (1882-1967)**         **$65,000–100,000**

*The Locomotive (Z. 17)*
etching, 1923
signed in pencil
8 x 9 7/8 in. (platemark)

## Phase 2

### Prints & Multiples

**402.**

29.430    **EDWARD HOPPER (1882-1967)**      **$60,000–100,000**

*Night in the Park (Z. 20)*
etching, 1921
signed in pencil
6 7/8 x 8 3/8 in. (platemark)

**403.**

30.359    **REMBRANDT HARMENSZ. VAN RIJN (1606–1669)**      **$40,000–60,000**

*Abraham's Sacrifice (B., Holl. 35; H. 283)*
etching with drypoint, 1655
6 x 5 in. (platemark)

**404.**

30.362    **REMBRANDT HARMENSZ. VAN RIJN (1606–1669)**      **$40,000–60,000**

*Abraham Entertaining the Angels (B., Holl. 29; H. 286)*
etching and drypoint, 1656
6 x 5 in. (platemark)

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 303 of 321

## Phase 2

### Russian Art

**405.**

26.17   **BORIS GRIGORIEV (1886–1939)**                              $800,000–1,300,000

*Russian Peasant Girl*
oil on canvas
24 x 19 3/4 in.
Painted in 1924

(Assumes that the recognized authority on the artist
would confirm attribution)

(Not seen in person; appraised from photographs)


**406.**

25.176   **AN IVORY CALENDAR OF THE TWELVE
GREAT FEASTS OF THE ORTHODOX
CHURCH**                                                              $30,000–50,000
11TH/12TH CENTURY
2 3/8 x 1 7/8 in.

(Assumes ivory meets all age and import requirements to
trade freely within the United States)

(Assumes the recognized authorities would confirm
authenticity)

(Not seen in person; appraised from photographs)

## Phase 3

407.
**SEE ATTACHED INVENTORY**

(1296)

**$3,085,145–6,030,040**

TOTAL

**$454,277,995–866,997,240**

17 December 2013                               New York/10065268/060442

Fair Market Value for Financial Planning

13-53846-tjt    Doc 3923    Filed 04/09/14    Entered 04/09/14 12:57:27    Page 305 of 321



CHRISTIE'S

Fair Market Values For Financial Planning

Phase 3

Christie's Appraisals, Inc.
20 Rockefeller Plaza
New York, NY 10020

| Aggregate Low FMV | Aggregate High FMV | Total Quantity |
|---|---|---|
| $3,085,145 | $6,030,040 | 1,296 |

| Accession Number | Quantity | Accession Number | Quantity | Accession Number | Quantity |
|---|---|---|---|---|---|
| **20th CENTURY DECORATIVE ARTS** | | 30.246 | 1 | 24.162 | 1 |
| 27.261 | 1 | 30.247 | 1 | 24.163 | 1 |
| | | 30.248 | 1 | 24.168 | 1 |
| **AFRICAN & OCEANIC ART** | | 30.249 | 1 | 24.169 | 1 |
| 26.371 | 1 | 30.250 | 1 | 24.171 | 1 |
| | | 30.251 | 1 | 24.172 | 1 |
| **AMERICAN ART** | | 30.252 | 1 | 24.173 | 1 |
| 48.201 | 1 | 30.254 | 1 | 24.174 | 1 |
| 48.202 | 1 | 30.255 | 1 | 24.175 | 1 |
| 48.203 | 1 | 30.256 | 1 | 24.176 | 1 |
| 48.204 | 1 | 30.257 | 1 | 24.177 | 1 |
| 22.16 | 1 | 30.258 | 1 | 24.178 | 1 |
| 22.17 | 1 | 30.259.1 | 1 | 24.180 | 1 |
| 30.39 | 1 | 30.259.2 | 1 | 24.181 | 1 |
| 30.299 | 1 | 30.260 | 1 | 24.182 | 1 |
| 28.72 | 1 | 30.261 | 1 | 24.183 | 1 |
| 20.116 | 1 | 26.243 | 1 | 24.184 | 1 |
| 28.142 | 1 | 26.244 | 1 | 24.186 | 1 |
| | | 26.245 | 1 | 24.188 | 1 |
| **AMERICAN FURNITURE & DECORATIVE ARTS** | | 26.257 | 1 | 24.189 | 1 |
| 29.247-8 | 2 | 26.258 | 1 | 24.190 | 1 |
| 28.152A-E | 5 | 26.260 | 1 | 24.191 | 1 |
| 27.571.1-.2 | 2 | 20.44 | 1 | 24.192 | 1 |
| 1997.9.1-.2 | 2 | 20.46 | 1 | 24.193 | 1 |
| 30.414-5 | 2 | 20.47 | 1 | 24.194 | 1 |
| 49.411-412 | 2 | 24.118 | 1 | 24.195 | 1 |
| 27.26 | 1 | 24.119 | 1 | 24.200 | 1 |
| 29.451 | 1 | 24.121 | 1 | 24.201 | 1 |
| 29.274 | 1 | 24.122 | 1 | 24.202 | 1 |
| 26.81 | 1 | 24.123 | 1 | 24.203 | 1 |
| 30.417 | 1 | 24.124 | 1 | 24.204 | 1 |
| 49.407-.408 | 2 | 24.125 | 1 | 24.205 | 1 |
| 29.279.1-.2 | 2 | 24.128.A-.Y | 23 | 24.206 | 1 |
| 27.559 | 1 | 24.129.1 | 1 | 24.208 | 1 |
| 29.251 | 1 | 24.129.2 | 1 | 24.211.AB | 1 |
| 48.147AB | 2 | 24.129.3 | 1 | 24.212 | 1 |
| 28.139 | 1 | 24.129.4 | 1 | 24.213 | 1 |
| 27.163 | 1 | 24.141.6 | 1 | 24.214 | 1 |
| 48.382 | 1 | 24.141.37 | 1 | 24.215 | 1 |
| 29.253 | 1 | 24.141.41 | 1 | 24.216 | 1 |
| 29.359 | 1 | 24.141.53 | 1 | 24.217 | 1 |
| 29.36 | 1 | 24.141.55 | 1 | 24.218 | 1 |
| 27.56 | 1 | 24.141.58 | 1 | 24.219 | 1 |
| | | 24.141.60 | 1 | 24.225 | 1 |
| **AMERICAN INDIAN ART** | | 24.141.61 | 1 | 24.227 | 1 |
| 27.264 | 1 | 24.141.62 | 1 | 24.228.AB | 1 |
| 27.265 | 1 | 24.144 | 1 | 24.229 | 1 |
| | | 24.145 | 1 | 24.230 | 1 |
| **ANTIQUITIES** | | 24.146 | 1 | 24.232 | 1 |
| 24.128 | 1 | 24.148 | 1 | 24.233 | 1 |
| 24.314 | 1 | 24.149 | 1 | 24.237 | 1 |
| 24.313 | 1 | 24.150 | 1 | 24.238 | 1 |
| 24.312 | 1 | 24.151 | 1 | 24.239 | 1 |
| 26.162 | 1 | 24.152 | 1 | 24.241 | 1 |
| 26.150 | 1 | 24.153 | 1 | 24.242 | 1 |
| 27.276 | 1 | 24.154 | 1 | 24.245 | 1 |
| 29.378 | 1 | 24.155 | 1 | 24.252 | 1 |
| 30.243 | 1 | 24.157 | 1 | 24.253 | 1 |
| 30.244 | 1 | 24.158.AB | 1 | 24.264 | 1 |
| 30.245 | 1 | 24.159 | 1 | 24.272 | 1 |

The fair market value range reflects visual inspection but not necessarily full physical examination of each object


| Aggregate Low FMV | Aggregate High FMV | Total Quantity |
|---|---|---|
| $3,085,145 | $6,030,040 | 1,296 |

| Accession Number | Quantity | Accession Number | Quantity | Accession Number | Quantity |
|---|---|---|---|---|---|
| 24.273.1 | 1 | 1992.254 | 1 | 24.386 | 1 |
| 24.273.2 | 1 | 1992.255.AB | 2 | 24.387 | 1 |
| 24.274 | 1 | 1992.256 | 1 | 24.388 | 1 |
| 24.275 | 1 | 1992.258 | 1 | 24.389 | 1 |
| 24.282 | 1 | 1992.259 | 1 | 24.390 | 1 |
| 24.283 | 1 | 1992.260 | 1 | 24.391 | 1 |
| 24.286 | 1 | 1992.261 | 1 | 24.392 | 1 |
| 24.287 | 1 | 1992.262 | 1 | 24.393 | 1 |
| 24.289 | 1 | 1992.263 | 1 | 24.394 | 1 |
| 24.290 | 1 | 1992.264 | 1 | 24.395 | 1 |
| 24.296 | 1 | 1992.265 | 1 | 24.396 | 1 |
| 24.302.A-G | 6 | 1992.266 | 1 | 24.398 | 1 |
| 24.303 | 1 | 1992.267 | 1 | 24.399 | 1 |
| 24.304 | 1 | 1992.268 | 1 | 24.400 | 1 |
| 24.307 | 1 | 1992.269 | 1 | 24.401 | 1 |
| 24.310 | 1 | 1992.270 | 1 | 24.402 | 1 |
| 24.311 | 1 | 1992.271 | 1 | 24.403 | 1 |
| 24.316 | 1 | 1992.273 | 1 | 24.404 | 1 |
| 24.318 | 1 | 1992.274 | 1 | 24.405 | 1 |
| 24.319 | 1 | 1993.8 | 1 | 24.406 | 1 |
| 24.320 | 1 | 1993.9 | 1 | 24.407 | 1 |
| 24.321 | 1 | 1993.10 | 1 | 24.408 | 1 |
| 24.322 | 1 | 1993.11 | 1 | 1992.239 | 1 |
| 24.323 | 1 | 1993.12 | 1 | 1992.241 | 1 |
| 24.324 | 1 | 1993.13 | 1 | 1992.252 | 1 |
| 24.325 | 1 | 1993.14 | 1 | 1992.272 | 1 |
| 24.326 | 1 | 1993.15 | 1 | 26.252 | 1 |
| 24.327 | 1 | 1993.16 | 1 | 26.241 | 1 |
| 24.329 | 1 | 26.254 | 1 | 26.246 | 1 |
| 24.330 | 1 | 26.256 | 1 | 26.247 | 1 |
| 24.332 | 1 | 24.353 | 1 | 26.248 | 1 |
| 24.333 | 1 | 24.354 | 1 | 26.249 | 1 |
| 24.338 | 1 | 24.355 | 1 | 26.250 | 1 |
| 24.343 | 1 | 24.356 | 1 | 26.251 | 1 |
| 24.346.1 | 1 | 24.357 | 1 | 26.253 | 1 |
| 24.349 | 1 | 24.358 | 1 | 24.133 | 1 |
| 24.350 | 1 | 24.359 | 1 | 24.134 | 1 |
| 24.351 | 1 | 24.360 | 1 | 24.138 | 1 |
| 24.409 | 1 | 24.361 | 1 | 24.140.1 | 1 |
| 24.410 | 1 | 24.362 | 1 | 24.140.2 | 1 |
| 26.261 | 1 | 24.363 | 1 | 24.140.3 | 1 |
| 26.262 | 1 | 24.365 | 1 | 24.140.4 | 1 |
| 26.263 | 1 | 24.366 | 1 | 24.140.5 | 1 |
| 26.267 | 1 | 24.367 | 1 | 24.140.6 | 1 |
| 26.268 | 1 | 24.368 | 1 | 24.140.7 | 1 |
| 26.269 | 1 | 24.369 | 1 | 24.140.8 | 1 |
| 26.270 | 1 | 24.370 | 1 | 24.141.10 | 1 |
| 1992.231 | 1 | 24.371 | 1 | 26.172 | 1 |
| 1992.232 | 1 | 24.372 | 1 | | |
| 1992.233 | 1 | 24.373 | 1 | **CHINESE WORKS OF ART** | |
| 1992.234 | 1 | 24.374 | 1 | 21.177 | 1 |
| 1992.235 | 1 | 24.375 | 1 | 24.71 | 1 |
| 1992.236 | 1 | 24.376 | 1 | 29.265 | 1 |
| 1992.237 | 1 | 24.377 | 1 | 29.341 | 1 |
| 1992.238 | 1 | 24.378 | 1 | 53.174 | 1 |
| 1992.242 | 1 | 24.379 | 1 | 21.190 | 1 |
| 1992.244 | 1 | 24.380 | 1 | 22.212 | 1 |
| 1992.247 | 1 | 24.381 | 1 | 25.188 | 1 |
| 1992.248 | 1 | 24.382 | 1 | 29.423 | 1 |
| 1992.250 | 1 | 24.383 | 1 | 29.424 | 1 |
| 1992.251 | 1 | 24.384 | 1 | 25.189 | 1 |
| 1992.253 | 1 | 24.385 | 1 | 25.190 | 1 |

Page 2 of 7                    The fair market value range reflects visual inspection but not necessarily full physical examination of each object


CHRISTIE'S

FAIR MARKET VALUES FOR FINANCIAL PLANNING
PHASE 3

Christie's Appraisals, Inc.
20 Rockefeller Plaza
New York, NY 10020

| Aggregate Low FMV | Aggregate High FMV | Total Quantity |
|---|---|---|
| $3,145,145 | $6,030,040 | 1,296 |


| Aggregate Low FMV | Aggregate High FMV | Total Quantity |
|---|---|---|
| $3,085,145 | $6,030,040 | 1,296 |

| Accession Number | Quantity | Accession Number | Quantity | Accession Number | Quantity |
|---|---|---|---|---|---|
| 25.192 | 1 | 22.18 | 1 | 29.396 | 1 |
| 25.193 | 1 | 26.30 | 1 | 29.397 | 1 |
| 26.131 | 1 | 26.31 | 1 | 29.398 | 1 |
| 53.173 | 1 | 28.98 | 1 | 29.399 | 1 |
| 22.210 | 1 | 30.282 | 1 | 29.400 | 1 |
| 25.194 | 1 | | | 29.401 | 1 |
| 26.132 | 1 | **ISLAMIC ART** | | 29.402 | 1 |
| 25.198 | 1 | 22.133 | 1 | 29.403.1 | 1 |
| 29.273 | 1 | 22.226 | 1 | 29.403.2 | 1 |
| 28.68 | 1 | 27.214 | 1 | 29.404 | 1 |
| 30.368 | 1 | 28.148.1AB | 2 | 29.405 | 1 |
| 29.344 | 1 | 28.148.2AB | 2 | 29.406 | 1 |
| 26.135 | 1 | 28.148.3AB | 2 | 29.407 | 1 |
| 53.167 | 1 | 28.148.4AB | 2 | 29.408 | 1 |
| 53.170 | 1 | 28.148.5AB | 2 | 29.409 | 1 |
| 30.369 | 1 | 28.148.6AB | 2 | 29.410 | 1 |
| 25.195 | 1 | 28.148.7AB | 2 | 29.411 | 1 |
| 22.212 | 1 | 28.148.8AB | 2 | 29.412 | 1 |
| 28.69 | 1 | 28.148.9AB | 2 | 29.413 | 1 |
| 26.134 | 1 | 28.148.10AB | 2 | 29.414 | 1 |
| 29.343 | 1 | 28.148.12AB | 2 | 29.415 | 1 |
| 30.365 | 1 | 28.148.13AB | 2 | 29.416A | 1 |
| 30.366 | 1 | 28.148.14AB | 2 | 26.416B | 1 |
| 25.197 | 1 | 28.148.15AB | 2 | 29.416B | 1 |
| 26.131 | 1 | 28.148.17AB | 2 | 29.417A | 1 |
| 41.79 | 1 | 29.226 | 1 | 29.417B | 1 |
| 29.163 | 1 | 29.227 | 1 | 29.417C | 1 |
| 30.367 | 1 | 29.228 | 1 | 29.417D | 1 |
| 42.81 | 1 | 29.229 | 1 | 29.418 | 1 |
| 53.168 | 1 | 29.230 | 1 | 29.419 | 1 |
| 53.172 | 1 | 29.231 | 1 | 29.420 | 1 |
| 26.133 | 1 | 29.362 | 1 | 29.421AB | 2 |
| 22.211 | 1 | 29.363 | 1 | 29.422.1 | 1 |
| | | 29.364 | 1 | 29.422.2 | 1 |
| **EUROPEAN DECORATIVE ARTS** | | 29.365 | 1 | 29.457 | 1 |
| 21.171 | 6 | 29.366 | 1 | 30.253 | 1 |
| 21.193 | 1 | 29.367.1 | 1 | 30.320 | 1 |
| 21.199 | 1 | 29.368 | 1 | 30.422 | 1 |
| 22.201 | 1 | 29.369 | 1 | 30.430 | 1 |
| 22.223 | 1 | 29.370.1 | 1 | 30.435 | 1 |
| 22.272 | 1 | 29.371 | 1 | 30.436 | 1 |
| 24.83 | 1 | 29.372 | 1 | 30.439A | 1 |
| 24.84 | 1 | 29.373 | 1 | 30.441 | 1 |
| 24.85 | 1 | 29.374 | 1 | 30.443 | 1 |
| 25.62 | 1 | 29.375.1 | 1 | 30.444 | 1 |
| 25.153 | 1 | 29.376 | 1 | 30.445 | 1 |
| 25.2 | 1 | 29.377 | 1 | 30.456 | 1 |
| 26.137 | 1 | 29.379 | 1 | 30.458 | 1 |
| 28.86 | 1 | 29.380 | 1 | 30.459 | 1 |
| 28.87 | 1 | 29.381 | 1 | 30.463 | 1 |
| 39.658-659 | 2 | 29.382 | 1 | 31.348 | 1 |
| 47.141 | 1 | 29.383 | 1 | 31.352 | 1 |
| 27.185-186 | 2 | 29.384 | 1 | 47.57 | 1 |
| 20.13 | 1 | 29.385 | 1 | 26.297 | 1 |
| | | 29.387 | 1 | | |
| **IMPRESSIONIST AND MODERN ART** | | 29.388 | 1 | **JAPANESE AND KOREAN ART** | |
| 28.113 | 1 | 29.389 | 1 | 21.178 | 1 |
| 21.24 | 1 | 29.390 | 1 | 21.179 | 1 |
| 26.115 | 1 | 29.391 | 1 | 24.106 | 1 |
| 21.212 | 1 | 29.393 | 1 | 27.540 | 1 |
| 26.91 | 1 | 29.394 | 1 | 27.543 | 1 |
| 28.149 | 1 | 29.395 | 1 | 27.544 | 1 |

Page 3 of 7          The fair market value range reflects visual inspection but not necessarily full physical examination of each object


| Aggregate Low FMV | Aggregate High FMV | Total Quantity |
|---|---|---|
| $3,145,145 | $6,030,040 | 1,296 |


| Aggregate Low FMV | Aggregate High FMV | Total Quantity |
|---|---|---|
| $3,085,145 | $6,030,040 | 1,296 |

| Accession Number | Quantity | Accession Number | Quantity | Accession Number | Quantity |
|---|---|---|---|---|---|
| 27.548 | 1 | 29.98 | 1 | **LATIN AMERICAN ART** | |
| 27.549 | 1 | 29.99AB | 2 | 31.24 | 1 |
| 27.550 | 1 | 29.100AB | 2 | 29.339 | 1 |
| 27.551 | 1 | 29.101 | 1 | 29.358 | 1 |
| 27.552 | 1 | 29.102 | 1 | 29.338 | 1 |
| 27.553 | 1 | 29.103 | 1 | 29.340 | 1 |
| 27.554 | 1 | 29.104 | 1 | | |
| 27.555 | 1 | 29.105 | 1 | **OLD MASTER DRAWINGS** | |
| 28.148.36 | 1 | 29.107 | 1 | 69.173 | 1 |
| 28.148.37 | 1 | 29.108 | 1 | 29.314 | 1 |
| 28.148.38 | 1 | 29.109 | 1 | 40.116.1-.2 | 2 |
| 28.148.39AB | 2 | 29.110 | 1 | 34.190 | 1 |
| 28.148.40AB | 2 | 29.111 | 1 | 40.115 | 1 |
| 29.44 | 1 | 29.112 | 1 | 40.117 | 1 |
| 29.45 | 1 | 29.113 | 1 | 48.205 | 1 |
| 29.46 | 1 | 29.115 | 1 | 48.212 | 1 |
| 29.47 | 1 | 29.116 | 1 | 48.207 | 1 |
| 29.51 | 1 | 29.117 | 1 | 48.206 | 1 |
| 29.53 | 1 | 29.118 | 1 | 48.208 | 1 |
| 29.57 | 1 | 29.119 | 1 | 48.209 | 1 |
| 29.59AB | 2 | 29.120 | 1 | 48.211 | 1 |
| 29.60 | 1 | 29.121 | 1 | | |
| 29.63 | 1 | 29.122 | 1 | **OLD MASTER PAINTINGS** | |
| 29.64 | 1 | 29.123 | 1 | 24.97 | 1 |
| 29.65 | 1 | 29.124 | 1 | 26.105 | 1 |
| 29.66 | 1 | 29.125 | 1 | 26.290 | 1 |
| 29.67 | 1 | 29.126 | 1 | 28.56 | 1 |
| 29.72 | 1 | 29.127 | 1 | 28.63 | 1 |
| 29.73 | 1 | 29.128 | 1 | 28.92 | 1 |
| 29.75AB | 1 | 29.129AB | 2 | 28.93 | 1 |
| 29.86AB | 1 | 29.130 | 1 | 29.319 | 1 |
| 29.89 | 1 | 29.131 | 1 | 30.279 | 1 |
| 29.92 | 1 | 29.132 | 1 | 30.284 | 1 |
| 29.106 | 1 | 29.133 | 1 | 30.377 | 1 |
| 29.114 | 1 | 29.134 | 1 | | |
| 29.48 | 1 | 29.135 | 1 | **PORCELAIN, CERAMICS AND GLASS** | |
| 29.49 | 1 | 29.136 | 1 | 26.182 | 1 |
| 29.50 | 1 | 29.137AB | 2 | 27.239 | 1 |
| 29.52 | 1 | 29.138 | 1 | 27.240 | 1 |
| 29.54 | 1 | 29.139 | 1 | 29.195-196 | 2 |
| 29.55 | 1 | 29.140 | 1 | 46.70-.71 | 2 |
| 29.56AB | 2 | 29.141 | 1 | | |
| 29.58AB | 2 | 29.142 | 1 | **POST-WAR AND CONTEMPORARY ART** | |
| 29.61AB, 29.62 | 3 | 29.143 | 1 | 1993.35 | 1 |
| 29.68 | 1 | 29.144 | 1 | | |
| 29.69 | 1 | 29.145 | 1 | **PRE-COLUMBIAN ART** | |
| 29.70AB, 29.71 | 3 | 29.146 | 1 | 26.325 | 1 |
| 29.74 | 1 | 29.147 | 1 | 26.282 | 1 |
| 29.76AB, 29.77 | 3 | 29.148 | 1 | 26.279 | 1 |
| 29.78, 29.79, 29.80 | 3 | 29.149 | 1 | 26.351 | 1 |
| 29.81 | 1 | 29.150 | 1 | 47.56 | 1 |
| 29.82, 29.83, 29.84 | 3 | 29.151 | 1 | 39.640 | 1 |
| 29.85 | 1 | 29.152 | 1 | 39.646 | 1 |
| 29.87 | 1 | 29.153 | 1 | 26.372 | 1 |
| 29.88 | 1 | 29.154 | 1 | 26.374 | 1 |
| 29.90 | 1 | 29.155 | 1 | 26.309 | 1 |
| 29.91 | 1 | 29.156 | 1 | 26.375 | 1 |
| 29.93 | 1 | 29.157 | 1 | 39.639 | 1 |
| 29.94 | 1 | 29.158 | 1 | 39.643 | 1 |
| 29.95 | 1 | 29.159 | 1 | 26.433 | 1 |
| 29.96 | 1 | 29.160 | 1 | 39.655 | 1 |
| 29.97ABC | 3 | 29.161 | 1 | 26.428 | 1 |

The fair market value range reflects visual inspection but not necessarily full physical examination of each object


# Fair Market Values For Financial Planning
## Phase 3

| Aggregate Low FMV | Aggregate High FMV | Total Quantity |
|---|---|---|
| $3,145 | $6,030,040 | 1,296 |

| Accession Number | Quantity | Accession Number | Quantity | Accession Number | Quantity |
|---|---|---|---|---|---|
| 39.648 | 1 | 26.314 | 1 | 39.654 | 1 |
| 39.645 | 1 | 26.352 | 1 | 39.656 | 1 |
| 26.450 | 1 | 26.322 | 1 | | |
| 26.446 | 1 | 26.329 | 1 | **PRINTS AND MULTIPLES** | |
| 26.416 | 1 | 26.338 | 1 | 26.19 | 1 |
| 39.642 | 1 | 26.343 | 1 | 29.174 | 1 |
| 26.437 | 1 | 39.637 | 1 | 29.175 | 1 |
| 26.373 | 1 | 39.638 | 1 | 30.360 | 1 |
| 39.641 | 1 | 39.636 | 1 | 30.361 | 1 |
| 26.419 | 1 | 39.651 | 1 | 30.391 | 1 |
| 26.344 | 1 | 26.434 | 1 | 30.392 | 1 |
| 26.326 | 1 | 26.438 | 1 | 30.393 | 1 |
| 26.356 | 1 | 26.444 | 1 | 30.394 | 1 |
| 26.277 | 1 | 26.449 | 1 | 30.395 | 1 |
| 26.278 | 1 | 39.653 | 1 | 30.396 | 1 |
| 26.312 | 1 | 26.429 | 1 | 30.397 | 1 |
| 26.367 | 1 | 26.380.A | 1 | 30.398 | 1 |
| 26.313 | 1 | 26.384 | 1 | 30.399 | 1 |
| 26.272 | 1 | 26.382 | 1 | 30.400 | 1 |
| 26.273 | 1 | 26.379 | 1 | 30.401 | 1 |
| 26.274 | 1 | 26.423 | 1 | 30.402 | 1 |
| 26.275 | 1 | 26.448 | 1 | 25.115 | 1 |
| 26.276 | 1 | 26.447 | 1 | 25.39 | 1 |
| 26.365 | 1 | 26.426 | 1 | 20.78 | 1 |
| 27.267 | 1 | 39.652 | 1 | 20.77 | 1 |
| 27.243 | 1 | 39.647 | 1 | 25.125 | 1 |
| 26.317 | 1 | 26.377 | 1 | 26.18 | 1 |
| 26.362 | 1 | 26.376 | 1 | 25.122 | 1 |
| 26.364 | 1 | 26.427 | 1 | 25.121 | 1 |
| 26.359 | 1 | 39.650 | 1 | 25.120 | 1 |
| 26.346 | 1 | 26.425 | 1 | 25.119 | 1 |
| 26.363 | 1 | 26.424 | 1 | 25.117 | 1 |
| 26.348 | 1 | 26.431 | 1 | 25.118 | 1 |
| 26.345 | 1 | 26.432 | 1 | 28.193 | 1 |
| 26.342 | 1 | 26.422 | 1 | 28.194 | 1 |
| 26.353 | 1 | 26.439 | 1 | 30.50 | 1 |
| 26.358 | 1 | 26.421 | 1 | 30.51 | 1 |
| 26.357 | 1 | 26.418 | 1 | 30.49 | 1 |
| 26.347 | 1 | 26.415 | 1 | 30.48 | 1 |
| 26.316 | 1 | 26.417 | 1 | 29.204 | 1 |
| 26.323 | 1 | 26.414 | 1 | 29.205 | 1 |
| 26.354 | 1 | 26.435 | 1 | 20.55 | 1 |
| 26.349 | 1 | 26.413 | 1 | 20.54 | 1 |
| 26.350 | 1 | 26.441 | 1 | 20.53 | 1 |
| 26.360 | 1 | 26.440 | 1 | 20.52 | 1 |
| 26.271 | 1 | 39.649 | 1 | 20.51 | 1 |
| 26.324 | 1 | 39.644 | 1 | 20.50 | 1 |
| 26.319 | 1 | 26.380.B | 1 | 30.61 | 1 |
| 26.335 | 1 | 26.420 | 1 | 21.119 | 1 |
| 26.331 | 1 | 26.378 | 1 | 21.118 | 1 |
| 26.333 | 1 | 26.383 | 1 | 21.113 | 1 |
| 26.311 | 1 | 26.430 | 1 | 21.78 | 1 |
| 26.318 | 1 | 26.410 | 1 | 21.39 | 1 |
| 26.308 | 1 | 26.443 | 1 | 21.38 | 1 |
| 26.340 | 1 | 26.412 | 1 | 30.84 | 1 |
| 26.330 | 1 | 26.436 | 1 | 30.86 | 1 |
| 26.334 | 1 | 26.411 | 1 | 30.70 | 1 |
| 26.327 | 1 | 26.442 | 1 | 30.69 | 1 |
| 26.320 | 1 | 26.409 | 1 | 30.64 | 1 |
| 26.328 | 1 | 26.381 | 1 | 30.63 | 1 |
| 26.315 | 1 | 26.408 | 1 | 30.60 | 1 |
| 26.339 | 1 | 26.445 | 1 | 30.62 | 1 |

The fair market value range reflects visual inspection but not necessarily full physical examination of each object


| Aggregate Low FMV | Aggregate High FMV | Total Quantity |
|---|---|---|
| $3,085,145 | $6,030,040 | 1,296 |

| Accession Number | Quantity | Accession Number | Quantity | Accession Number | Quantity |
|---|---|---|---|---|---|
| 30.11 | 1 | 19.157 | 1 | 29.353 | 1 |
| 31.9 | 1 | 19.156 | 1 | 29.350 | 1 |
| 30.409 | 1 | 19.155 | 1 | 29.351 | 1 |
| 21.148 | 1 | 21.61 | 1 | 29.337 | 1 |
| 21.155 | 1 | 21.58 | 1 | 29.336 | 1 |
| 21.134 | 1 | 21.57 | 1 | 29.335 | 1 |
| 21.120 | 1 | 21.46 | 1 | 29.272 | 1 |
| 21.121 | 1 | 21.45 | 1 | 29.270 | 1 |
| 21.122 | 1 | 21.3 | 1 | 29.271 | 1 |
| 21.123 | 1 | 20.103 | 1 | 29.234 | 1 |
| 21.124 | 1 | 20.101 | 1 | 29.269 | 1 |
| 21.125 | 1 | 29.436 | 1 | 29.212 | 1 |
| 21.126 | 1 | 29.435 | 1 | 29.213 | 1 |
| 21.127 | 1 | 29.437 | 1 | 29.211 | 1 |
| 21.128 | 1 | 30.40 | 1 | 29.210 | 1 |
| 21.129 | 1 | 32.83 | 1 | 29.209 | 1 |
| 21.130 | 1 | 26.287 | 1 | 29.208 | 1 |
| 21.131 | 1 | 21.137 | 1 | 29.206 | 1 |
| 21.132 | 1 | 21.112 | 1 | 29.207 | 1 |
| 21.133 | 1 | 21.111 | 1 | 29.203 | 1 |
| 28.130 | 1 | 21.63 | 1 | 29.202 | 1 |
| 28.128 | 1 | 21.62 | 1 | 29.200 | 1 |
| 28.129 | 1 | 30.87 | 1 | 29.201 | 1 |
| 28.127 | 1 | 30.88 | 1 | 29.198 | 1 |
| 28.126 | 1 | 30.82 | 1 | 29.199 | 1 |
| 28.125 | 1 | 30.83 | 1 | 29.176 | 1 |
| 27.557 | 1 | 30.80 | 1 | 29.177 | 1 |
| 27.558 | 1 | 30.79 | 1 | 28.191 | 1 |
| 26.286 | 1 | 30.78 | 1 | 28.192 | 1 |
| 26.288 | 1 | 30.77 | 1 | 28.190 | 1 |
| 26.285 | 1 | 30.76 | 1 | 28.189 | 1 |
| 26.93 | 1 | 30.74 | 1 | 28.187 | 1 |
| 26.21 | 1 | 30.73 | 1 | 28.188 | 1 |
| 26.92 | 1 | 30.72 | 1 | 28.143 | 1 |
| 29.191 | 1 | 30.67 | 1 | 28.184 | 1 |
| 29.190 | 1 | 30.68 | 1 | 28.124 | 1 |
| 29.188 | 1 | 30.66 | 1 | 28.71 | 1 |
| 29.189 | 1 | 30.65 | 1 | 27.169 | 1 |
| 29.186 | 1 | 30.58 | 1 | 27.168 | 1 |
| 29.187 | 1 | 30.59 | 1 | 27.167 | 1 |
| 29.185 | 1 | 30.57 | 1 | 27.166 | 1 |
| 29.184 | 1 | 30.56 | 1 | 25.124 | 1 |
| 29.183 | 1 | 30.54 | 1 | 25.123 | 1 |
| 29.182 | 1 | 30.55 | 1 | 25.38 | 1 |
| 29.181 | 1 | 30.53 | 1 | 23.105 | 1 |
| 29.180 | 1 | 30.52 | 1 | 24.18 | 1 |
| 29.179 | 1 | 30.47 | 1 | 23.103 | 1 |
| 29.178 | 1 | 30.46 | 1 | 23.104 | 1 |
| 28.195 | 1 | 30.43 | 1 | 23.23 | 1 |
| 29.173 | 1 | 30.42 | 1 | 23.24 | 1 |
| 30.405 | 1 | 30.41 | 1 | 21.170 | 1 |
| 30.406 | 1 | 29.440 | 1 | 23.22 | 1 |
| 30.301 | 1 | 29.439 | 1 | 21.169 | 1 |
| 30.358 | 1 | 29.438 | 1 | 21.168 | 1 |
| 30.403 | 1 | 29.434 | 1 | 21.167 | 1 |
| 30.404 | 1 | 29.443 | 1 | 21.166 | 1 |
| 20.80 | 1 | 29.432 | 1 | 21.164 | 1 |
| 20.79 | 1 | 29.431 | 1 | 21.165 | 1 |
| 20.82 | 1 | 29.428 | 1 | 21.162 | 1 |
| 20.81 | 1 | 29.354 | 1 | 21.163 | 1 |
| 19.168 | 1 | 29.352 | 1 | 21.160 | 1 |

Page 6 of 7              The fair market value range reflects visual inspection but not necessarily full physical examination of each object


| Aggregate Low FMV | Aggregate High FMV | Total Quantity |
|---|---|---|
| $3,085,145 | $6,030,040 | 1,296 |

| Accession Number | Quantity | Accession Number | Quantity | Accession Number | Quantity |
|---|---|---|---|---|---|
| 21.161 | 1 | 20.64 | 1 | | |
| 21.158 | 1 | 20.60 | 1 | | |
| 21.159 | 1 | 20.65 | 1 | | |
| 21.156 | 1 | 20.66 | 1 | | |
| 21.157 | 1 | 20.117 | 1 | | |
| 21.147 | 1 | 20.118 | 1 | | |
| 21.146 | 1 | 20.119 | 1 | | |
| 21.145 | 1 | 20.120 | 1 | | |
| 21.144 | 1 | 20.121 | 1 | | |
| 21.142 | 1 | 20.122 | 1 | | |
| 21.143 | 1 | 20.61 | 1 | | |
| 21.140 | 1 | 29.307.1-.2 | 2 | | |
| 21.141 | 1 | 29.310 | 1 | | |
| 21.139 | 1 | 29.311 | 1 | | |
| 21.138 | 1 | 49.406 | 1 | | |
| 21.117 | 1 | | | | |
| 21.115 | 1 | **SOUTHEAST ASIAN ART** | | | |
| 21.114 | 1 | 24.99 | 1 | | |
| 21.68 | 1 | 26.160 | 1 | | |
| 21.67 | 1 | 26.299 | 1 | | |
| 21.66 | 1 | 27.277 | 1 | | |
| 21.65 | 1 | 27.278 | 1 | | |
| 21.64 | 1 | 27.279 | 1 | | |
| 21.60 | 1 | 27.280 | 1 | | |
| 21.56 | 1 | 27.282 | 1 | | |
| 21.59 | 1 | 27.562 | 1 | | |
| 21.54 | 1 | 27.563 | 1 | | |
| 21.55 | 1 | 28.148.20AB | 1 | | |
| 21.52 | 1 | 28.148.21AB | 1 | | |
| 21.53 | 1 | 28.148.22AB | 1 | | |
| 21.50 | 1 | 28.148.23AB | 1 | | |
| 21.51 | 1 | 28.148.24AB | 1 | | |
| 21.48 | 1 | 28.148.25AB | 1 | | |
| 21.49 | 1 | 28.148.26AB | 1 | | |
| 21.44 | 1 | 28.148.28AB | 1 | | |
| 21.47 | 1 | 28.148.29AB | 1 | | |
| 21.42 | 1 | 28.148.31AB | 1 | | |
| 21.43 | 1 | | | | |
| 21.40 | 1 | **WATCHES** | | | |
| 21.41 | 1 | 20.67 | 1 | | |
| 21.1 | 1 | 20.68 | 1 | | |
| 20.104 | 1 | 20.69 | 1 | | |
| 26.289 | 1 | 20.7 | 1 | | |
| 30.44 | 1 | 20.71 | 1 | | |
| 30.45 | 1 | 20.72 | 1 | | |
| 20.49.2-.3,.5-.12 | 11 | 20.73 | 1 | | |
| 20.49.4B | 1 | | | | |
| 20.24 | 1 | | | | |
| 29.427 | 1 | | | | |
| **RUSSIAN ART** | | | | | |
| 23.2 | 1 | | | | |
| 28.57 | 1 | | | | |
| **SILVER & OBJECTS OF VERTU** | | | | | |
| 51.11 | 1 | | | | |
| 20.74 | 1 | | | | |
| 20.56 | 1 | | | | |
| 20.57 | 1 | | | | |
| 20.62 | 1 | | | | |
| 20.63 | 1 | | | | |
| 20.59 | 1 | | | | |

The fair market value range reflects visual inspection but not necessarily full physical examination of each object

# Artist Index

|  | Page |
|---|---|
| **A** | |
| Allston, Washington | 4 |
| Andreu, Mariano | 102 |
| Anglo–Netherlandish School | 115 |
| Assereto, Gioacchino | 64 |
| | |
| **B** | |
| Bartolo, Andrea di | 64, 115 |
| Beckmann, Max | 47 |
| Bellini, Giovanni and Workshop | 64 |
| Bellows, George Wesley | 122 |
| Bicci, Neri di | 65 |
| Biondo, Giovanni del | 65, 66 |
| Borch, Gerard ter | 66 |
| Boudin, Eugene | 102 |
| Brown, Mather | 115 |
| Bruegel I, Pieter | 66 |
| Buonarroti, Michelangelo | 114 |
| | |
| **C** | |
| Caselli, Cristoforo | 67 |
| Chardin, Jean–Siméon | 67 |
| Chase, William Merritt | 4 |
| Chirico, Giorgio de | 47, 103 |
| Cock, Jan Wellens de | 68 |
| Coninxloo, Jan van | 115 |
| Conti, Bernardino dei | 116 |
| Cottet, Charles | 103 |
| Courbet, Gustave | 1 |
| Crome I, John | 116 |

# CHRISTIE'S

## Artist Index

|  | Page |
|---|---|
| **D** | |
| Daumier, Honore Victorin | 82 |
| David, Gerard | 68 |
| Degas, Edgar | 47, 103 |
| Delaney, Beauford | 80 |
| Derain, Andre | 48, 104 |
| Dufy, Raoul | 104 |
| Duvet, Jean | 122 |
| **E** | |
| Eakins, Thomas Cowperthwaite | 5 |
| Ensor, James | 104 |
| Eyck, Jan van (Workshop of) | 68 |
| **F** | |
| Feininger, Lyonel | 48 |
| Feure, Georges De | 2 |
| French School | 116 |
| Fyt, Jan | 69 |
| **G** | |
| Gate, Simon | 2 |
| Gheyn, Jacques de | 114 |
| Ghiglia, Oscar | 105 |
| Ghirlandaio, Domenico | 69 |
| Giovanni, Benvenuto di | 69 |
| Glackens, William James | 5 |
| Greene & Greene | 2 |
| Grigoriev, Boris | 124 |
| Grosz, George | 105 |
| Guercino (Giovanni Francesco Barbieri) (Studio of) | 70 |

## Artist Index

| | Page |
|---|---|
| **H** | |
| Hals, Frans | 70 |
| Harrison, Birge | 86 |
| Hassam, Childe | 5 |
| Heckel, Erich | 48, 105 |
| Henri, Robert | 6 |
| Herbin, Auguste | 106 |
| Hirschvogel, Augustin | 122 |
| Hodler, Ferdinand | 49 |
| Hopper, Edward | 122, 123 |
| | |
| **J** | |
| John, Augustus Edwin | 113 |
| | |
| **K** | |
| Kaus, Max | 49 |
| Kirchner, Ernst Ludwig | 49 |
| Klee, Paul | 106 |
| Kokoschka, Oskar | 50 |
| Kolbe, Georg | 50, 106 |
| | |
| **L** | |
| Lagrenée, Louis–Jean–François | 71 |
| Lancret, Nicolas | 71 |
| Laurencin, Marie | 107 |
| Le Sidaner, Henri | 107 |
| Lebasque, Henri | 107 |
| Lehmbruck, Wilhelm | 108 |
| Libri, Francesco dai | 117 |
| Lie, Jonas | 6 |
| Luks, George Benjamin | 7 |

# Artist Index

|  | Page |
|---|---|
| **M** | |
| Mackintosh, Charles Rennie | 2, 84 |
| Maillol, Aristide | 50, 108 |
| Master of Città di Castello | 71 |
| Master of San Polo in Chianti | 72 |
| Master of the Games | 72 |
| Master of the Strozzi Funeral Chapel | 73 |
| Matisse, Henri | 51 |
| Mestrovic, Ivan | 109 |
| Michelino, Domenico di | 117 |
| Milles, Carl | 86 |
| Modigliani, Amedeo | 51 |
| Monet, Claude | 51 |
| Moskowitz, Robert | 80 |
| Mueller, Otto | 52 |
| Munch, Edvard | 109 |
| | |
| **N** | |
| Nadelman, Elie | 86, 87 |
| Nain, Antoine le | 73 |
| Nardo, Mariotto di | 117 |
| | |
| **P** | |
| Pechstein, Hermann Max | 52 |
| Pissarro, Camille | 52 |
| Prendergast, Maurice Brazil | 87 |
| Previtali, Andrea | 118 |

## Artist Index

|  | Page |
|---|---|
| **R** | |
| Raeburn, Henry | 73 |
| Redon, Odilon | 53 |
| Reid, Robert | 87 |
| Rembrandt Harmensz. van Rijn | 74, 123 |
| Renoir, Pierre-Auguste | 53 |
| Rimpatta, Antonio | 118 |
| Roesen, Severin | 7 |
| Romano, Antoniazzo | 119 |
| Romano, Antoniazzo (Workshop of) | 119 |
| Rossetti, Dante Gabriel | 114 |
| Ruysch, Rachel | 74 |
| Ryder, Albert Pinkham | 87 |
| **S** | |
| Sargent, John Singer | 7, 8 |
| Sassetta (Stefano di Giovanni) | 74 |
| Schmidt-Rottluff, Karl | 53 |
| School of Cologne | 119 |
| Severini, Gino | 109 |
| Signac, Paul | 110 |
| Signorelli, Luca | 120 |
| Sintenis, Renee | 54 |
| Sisley, Alfred | 54 |
| Solario, Andrea | 75 |
| Sully, Thomas | 8 |
| Sweerts, Michiel | 75 |
| **T** | |
| Tang Di | 99 |
| Tintoretto, Jacopo | 75 |
| Tosa School | 101 |

# Artist Index

| | Page |
|---|---|
| **U** | |
| Unknown Artist | 101 |
| Utrillo, Maurice | 110 |
| | |
| **V** | |
| Van Gogh, Vincent | 54 |
| Venetian School | 76 |
| Verona, Turone da | 120 |
| Vivarini, Antonio | 121 |
| Vlaminck, Maurice de | 55 |
| Vonnoh, Bessie Potter | 88 |
| Voysey, C.F.A. | 2 |
| | |
| **W** | |
| Wu Wei | 99 |
| Wyant, Alexander Helwig | 9 |

**<u>Exhibit C</u>**

**Net Present Value Calculations**

Illustrative DIA Settlement NPV Analysis
*($ in millions)*

| DIA Settlement Assumptions | | |
|---|---|---|
| | Amount | Years |
| State Contribution | $350.0 | 20 |
| Foundation Contribution | 366.0 | 20 |
| DIA Contribution | 100.0 | 20 |
| **Total Contribution** | **$816.0** | **20** |
| Discount Rate | 5.00% | |

| Illustrative DIA Settlement Payment Schedule[1] | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
| State Contribution | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 | $17.5 |
| Foundation Contribution | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 |
| DIA Contribution | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| **Total Contribution** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** |
| Discount Period | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | 5.5 | 6.5 | 7.5 | 8.5 | 9.5 | 10.5 | 11.5 | 12.5 | 13.5 | 14.5 | 15.5 | 16.5 | 17.5 | 18.5 | 19.5 |
| Discount Factor | 0.98 | 0.93 | 0.89 | 0.84 | 0.80 | 0.76 | 0.73 | 0.69 | 0.66 | 0.63 | 0.60 | 0.57 | 0.54 | 0.52 | 0.49 | 0.47 | 0.45 | 0.43 | 0.41 | 0.39 |
| **Present Value** | **$39.8** | **$37.9** | **$36.1** | **$34.4** | **$32.8** | **$31.2** | **$29.7** | **$28.3** | **$26.9** | **$25.7** | **$24.4** | **$23.3** | **$22.2** | **$21.1** | **$20.1** | **$19.2** | **$18.2** | **$17.4** | **$16.5** | **$15.8** |

| NPV - State Contribution | $223.5 |
|---|---|
| NPV - Foundation Contribution | 233.7 |
| NPV - DIA Contribution | 63.8 |
| **NPV - Total Contribution** | **$521.0** |

| Illustrative DIA Settlement NPV Sensitivity[1] | | |
|---|---|---|
| | | Total Contribution |
| | | $816.0 |
| | 4.00% | 565.5 |
| Discount | 4.50% | 542.5 |
| Rate | 5.00% | 521.0 |
| | 5.50% | 500.8 |
| | 6.00% | 481.8 |

Note: DIA Settlement Contribution amounts per the City's amended Disclosure Statement filed on March 31, 2014
(1) Assumes equal annual payments

## EXHIBIT 6

**Documentary Exhibits [None]**