# EXHIBIT 1
# Proposed Order

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

# ORDER AMENDING AND CLARIFYING THE FEE REVIEW ORDER DATED SEPTEMBER 11, 2013

This matter having come before the Court on the Motion of the City of Detroit Water and Sewerage Department for an Order, Pursuant to 11 U.S.C. §105, Amending and Clarifying the Fee Review Order Dated September 11, 2013 ("Motion")[1]; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; consideration of the Motion and relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); venue being properly before the Court pursuant to 28 U.S.C. §§1408 and 1409; due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; the Court having reviewed the Motion and any opposition thereto; and the Court having determined that the legal

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED** that the Motion is granted, and any objections to the Motion not previously withdrawn, waived or settled, and all reservations of rights included therein, are hereby overruled with prejudice;

**IT IS FURTHER ORDERED** that all fees and expenses of the professionals retained by U.S. Bank National Association, in its capacity as Trustee, to provide services in connection with the City's bankruptcy case ("Professionals") shall be subject to review by the Fee Examiner under the Fee Review Order dated September 11, 2013 and such Professionals shall be treated as City Professionals under the Fee Review Order;

**IT IS FURTHER ORDERED** that the Professionals shall (a) confer with the Fee Examiner on or before May 19, 2014 to establish a schedule for the submission of all invoices or other materials from July 2013 through March 2014 and (b) timely submit all invoices or other materials for July 2013 through March 2014 to the Fee Examiner pursuant to the schedule established with the Fee Examiner;

**IT IS FURTHER ORDERED** that, beginning with the monthly invoice for the month of April 2014, the Professionals shall timely submit all monthly invoices

to the Fee Examiner in accordance with the Fee Review Order dated September 11, 2013.

**IT IS FURTHER ORDERED** that the fees and expenses of the Trustee's Professionals found to be unreasonable by the Fee Examiner may be challenged by DWSD by bringing an appropriate motion before this Court.