# EXHIBIT 2
## Notice

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

# NOTICE OF MOTION OF THE CITY OF DETROIT WATER & SEWERAGE DEPARTMENT FOR AN ORDER, PURSUANT TO 11 U.S.C. §105, AMENDING AND CLARIFYING THE FEE REVIEW ORDER DATED SEPTEMBER 11, 2013

**PLEASE TAKE NOTICE** that on April 9, 2014, the City of Detroit Water & Sewerage Department, filed a Motion for an Order, Pursuant to 11 U.S.C. §105, Amending and Clarifying the Fee Review Order Dated September 11, 2013 ("Motion") in the United States Bankruptcy Court for the Eastern District of Michigan ("Bankruptcy Court").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you have any objections to the relief sought in the Motion, within fourteen (14) days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position with the Bankruptcy Court electronically through the Bankruptcy Court's electronic case filing system in accordance with the Local Rules of the Bankruptcy Court or by mailing any objection or response to:[1] United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan 48226.

---

[1] Response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e).

If you mail your response to the Bankruptcy Court for filing, you must mail it early enough so the Bankruptcy Court will **receive** it on or before the date stated above. You must also mail a copy to:

Kilpatrick & Associates, P.C., Attorneys for the City of Detroit Water & Sewerage Department, 615 Griswold, Ste. 1708, Detroit, MI 48226-3985

Kilpatrick & Associates, P.C., Attorneys for the City of Detroit Water & Sewerage Department, 903 N. Opdyke Rd., Ste. C, Auburn Hills, MI 48326

2. If a response or objection is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.**

Respectfully Submitted,

KILPATRICK & ASSOCIATES, P.C.

_/s/ Richardo I. Kilpatrick_____
RICHARDO I. KILPATRICK (P35275)
SHANNA M. KAMINSKI (P74013)
Attorneys for the City of Detroit
Water and Sewerage Department
and its Board of Water Commissioners
615 Griswold, Ste. 1708
Detroit, MI 48226-3985
ecf@kaalaw.com
(313) 963-2581

Dated: April 9, 2014