# EXHIBIT 4
## Certificate of Service

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2014, I electronically filed the Motion of the City of Detroit Water & Sewerage Department for an Order, Pursuant to 11 U.S.C. §105, Amending and Clarifying the Fee Review Order Dated September 11, 2013, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

                                                                  /s/ Shanna M. Kaminski
                                                                  Shanna M. Kaminski (P74013)

Dated: April 9, 2014