# EXHIBIT 6

# Letter to Trustee Dated November 1, 2013

November 1, 2013

Susan Brown
U.S. Bank National Association
535 Griswold, Suite 550
Detroit, MI 48226

Re: Trust Indenture dated as of June 1, 2012 relating to the Outstanding Secured Obligations of the Detroit Water and Sewerage Department (Sewage Disposal System)

-and-

Trust Indenture dated as of February 1, 2013 relating to the Outstanding Secured Obligations of the Detroit Water and Sewerage Department (Water Supply System)

Dear Susan:

As a follow-up to our telephone conversation, I am writing you related to the following attached invoices received for trustee expenses pursuant to the above-referenced indentures.

| Invoice Number | Invoice Date | Fund | Amount |
|---|---|---|---|
| 3845462 | 09/12/13 | Water Supply | $38,792.09 |
| 3845463 | 09/12/13 | Sewage Disposal | $38,823.60 |
| 3845465 | 10/18/13 | Water Supply | $93,074.11 |
| 3845466 | 10/18/13 | Sewage Disposal | $93,835.68 |
| 3845467 | 10/29/13 | Water Supply | $116,112.97 |
| 3845468 | 10/29/13 | Sewage Disposal | $117,031.70 |

The Detroit Water and Sewerage Department requires additional documentation related to these services. I have been advised that the phrase "default administration" on the invoices is technically incorrect; the work to date is more accurately characterized as "extraordinary services." In anticipation of oversight by the fee examiner, for this and all future invoices, please provide resubmit these invoices with itemized detail as to the matters attended to for the hours billed by U.S. Bank internally, and please also provide copies of the itemized invoices of Bodman PLC and Waller Lansden, and other firms that may be engaged including hours (specified in tenths of an hour), hourly rate and narrative detail. After we have received and reviewed this information, we can process these invoices for payment in accordance with Section 6.02 of the respective indentures.

We should discuss further the establishment of a reserve for these payments. While we had previously received this request from you, it was not my understanding that this matter had been finalized. We need to ensure that whatever protocol we establish, both the procedures and the actual Department approval and payment of all fees and expenses are properly documented, for our own auditing purposes, for potential bondholder inquiry and in anticipation of fee examiner oversight.

Best regards,

Nicolette N. Bateson, CPA
Chief Financial Officer



**Corporate Trust Services**
PD-OR-P6TD
555 SW Oak Street
Portland, OR 97204

# FEE INVOICE

Invoice Number: 3845462
Invoice Date: 09/12/13
Amount Due: $38,792.09
Page 1 of 1

Net due upon receipt of invoice.
A 1.5% per month late fee will
charged from date of invoice, if
payment is not received within
30 days after the invoice date.

Detroit Water and Sewerage Department
Attn: Nicolette N. Bateson, CPA & CFO
735 Randoph St., Room 1608
Detroit, MI 48226-2830

**Payment Advice**
**Charged to budgeted funds**

## Customer Relationship Information

City of Detroit, Michigan
Detroit Water and Sewerage Department
Water Supply System Bonds

Direct Inquiries To:
Lawrence Bell
(503) 275-3006

## Accounts Included In This Relationship

163004000

## Activity Detail

| ID# | Service | Volume | Rate | Total Fees |
|---|---|---|---|---|
| | Hourly charges for default administration Period 5/1/13 - 6/30/13 | 18.250 | 520.00 | $9,490.00 |
| | Expenses | | | |
| | Bodman PLC invoice dtd 7/17/13 | | | $8,079.98 |
| | Waller Lansden Dortch & Davis, LLP invoice dtd 7/17/13 | | | $20,724.81 |
| | Travel to New York for Emergency Mgr meeting | | | $497.30 |
| | | | | $29,302.09 |
| | **TOTAL AMOUNT DUE** | | | $38,792.09 |



**Corporate Trust Services**
PD-OR-P6TD
555 SW Oak Street
Portland, OR 97204

# FEE INVOICE

Invoice Number: 3845463
Invoice Date: 09/12/13
Amount Due: $38,823.60
Page 1 of 1

Net due upon receipt of invoice.
A 1.5% per month late fee will
charged from date of invoice, if
payment is not received within
30 days after the invoice date.

Detroit Water and Sewerage Department
Attn: Nicolette N. Bateson, CPA & CFO
735 Randoph St., Room 1608
Detroit, MI 48226-2830

**Payment Advice**
**Charged to budgeted funds**

## Customer Relationship Information

City of Detroit, Michigan
Detroit Water and Sewerage Department
Sewage Disposal System Bonds

Direct Inquiries To:
Lawrence Bell
(503) 275-3006

## Accounts Included In This Relationship

163003000

## Activity Detail

| ID# | Service | Volume | Rate | Total Fees |
|---|---|---|---|---|
| | Hourly charges for default administration Period 5/1/13 -6/30/13 | 20.500 | 520.00 | $10,660.00 |
| | Expenses | | | |
| | Bodman PLC invoice dtd 7/17/13 | | | $8,184.98 |
| | Waller Lansden Dortch & Davis, LLP invoice dtd 7/17/13 | | | $19,481.32 |
| | Travel to New York for Emergency Mgr meeting | | | $497.30 |
| | | | | $28,163.60 |
| | **TOTAL AMOUNT DUE** | | | $38,823.60 |


**Corporate Trust Services**
PD-OR-P6TD
555 SW Oak Street
Portland, OR 97204

# FEE INVOICE

Invoice Number: 3845465
Invoice Date: 10/18/13
Amount Due: $93,074.11
Page 1 of 1

Net due upon receipt of invoice.
A 1.5% per month late fee will
charged from date of invoice, if
payment is not received within
30 days after the invoice date.

Detroit Water and Sewerage Department
Attn: Nicolette N. Bateson, CPA & CFO
735 Randoph St., Room 1608
Detroit, MI 48226-2830

**Payment Advice**
**Charged to budgeted funds**

## Customer Relationship Information

City of Detroit, Michigan
Detroit Water and Sewerage Department
Water Supply System Bonds

Direct Inquiries To:
Lawrence Bell
(503) 275-3006

## Accounts Included In This Relationship

163004000

## Activity Detail

| ID# | Service | Volume | Rate | Total Fees |
|---|---|---|---|---|
| | Hourly charges for default administration | | | |
| | Period 7/1/13 - 7/31/13 | 40.150 | 520.00 | $20,878.00 |
| | Expenses | | | |
| | Bodman PLC invoice dtd 8/28/13 | | | $8,214.70 |
| | Waller Lansden Dortch & Davis, LLP invoice dtd 9/30/13 | | | $63,981.41 |
| | | | | $72,196.11 |
| | **TOTAL AMOUNT DUE** | | | $93,074.11 |


Corporate Trust
Services
PD-OR-P6TD
555 SW Oak Street
Portland, OR 97204

# FEE INVOICE

Invoice Number: 3845466
Invoice Date: 10/18/13
**Amount Due:** **$93,835.68**
Page 1 of 1

Net due upon receipt of invoice.
A 1.5% per month late fee will
charged from date of invoice, if
payment is not received within
30 days after the invoice date.

Detroit Water and Sewerage Department
Attn: Nicolette N. Bateson, CPA & CFO
735 Randoph St., Room 1608
Detroit, MI 48226-2830

**Payment Advice**
**Charged to budgeted funds**

## Customer Relationship Information

City of Detroit, Michigan
Detroit Water and Sewerage Department
Sewage Disposal System Bonds

Direct Inquiries To:
Lawrence Bell
(503) 275-3006

## Accounts Included In This Relationship

163003000

## Activity Detail

| ID# | Service | Volume | Rate | Total Fees |
|---|---|---|---|---|
|  | Hourly charges for default administration<br>Period 7/1/13 - 7/31/13 | 42.600 | 520.00 | $22,152.00 |
|  | Expenses<br>Bodman PLC invoice dtd 8/28/13<br>Waller Lansden Dortch & Davis, LLP invoice dtd 9/30/13 |  |  | $8,225.90<br>$63,457.78<br>$71,683.68 |
|  | **TOTAL AMOUNT DUE** |  |  | $93,835.68 |



**US bank**
Corporate Trust
Services
PD-OR-P6TD
555 SW Oak Street
Portland, OR 97204

# FEE INVOICE

Invoice Number: 3845467
Invoice Date: 10/29/13
Amount Due: $116,112.97
Page 1 of 1

Net due upon receipt of invoice
A 1.5% per month late fee will
charged from date of invoice, if
payment is not received within
30 days after the invoice date.

Detroit Water and Sewerage Department
Attn: Nicolette N. Bateson, CPA & CFO
735 Randoph St., Room 1608
Detroit, MI 48226-2830

**Payment Advice**
**Charged to budgeted funds**

## Customer Relationship Information

City of Detroit, Michigan
Detroit Water and Sewerage Department
Water Supply System Bonds

Direct Inquiries To:
Lawrence Bell
(503) 275-3006

## Accounts Included In This Relationship

163004000

## Activity Detail

| ID# | Service | Volume | Rate | Total Fees |
|---|---|---|---|---|
| | Hourly charges for default administration Period 8/1/13 - 8/31/13 | 53.300 | 520.00 | $27,716.00 |
| | Expenses | | | |
| | Bodman PLC invoice dtd 9/20/13 | | | $6,223.30 |
| | Waller Lansden Dortch & Davis, LLP invoice dtd 10/15/13 | | | $82,173.67 |
| | | | | $88,396.97 |
| | **TOTAL AMOUNT DUE** | | | $116,112.97 |


**Corporate Trust Services**
PD-OR-P6TD
555 SW Oak Street
Portland, OR 97204

# FEE INVOICE

| | |
|---|---|
| Invoice Number: | 3845468 |
| Invoice Date: | 10/29/13 |
| Amount Due: | $117,031.70 |

Page 1 of 1

Detroit Water and Sewerage Department
Attn: Nicolette N. Bateson, CPA & CFO
735 Randoph St., Room 1608
Detroit, MI 48226-2830

Net due upon receipt of invoice. A 1.5% per month late fee will charged from date of invoice, if payment is not received within 30 days after the invoice date.

**Payment Advice**
**Charged to budgeted funds**

## Customer Relationship Information

City of Detroit, Michigan
Detroit Water and Sewerage Department
Sewage Disposal System Bonds

Direct Inquiries To:
Lawrence Bell
(503) 275-3006

## Accounts Included In This Relationship

163003000

## Activity Detail

| ID# | Service | Volume | Rate | Total Fees |
|---|---|---|---|---|
| | Hourly charges for default administration Period 8/1/13 - 8/31/13 | 56.450 | 520.00 | $29,354.00 |
| | Expenses | | | |
| | Bodman PLC invoice dtd 9/20/13 | | | $5,866.50 |
| | Waller Lansden Dortch & Davis, LLP invoice dtd 10/15/13 | | | $81,811.20 |
| | | | | $87,677.70 |
| | **TOTAL AMOUNT DUE** | | | $117,031.70 |