UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
In re                                              :
                                                   :    Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :    Case No. 13-53846
                                                   :
            Debtor.                                :    Hon. Steven W. Rhodes
                                                   :
                                                   :
---------------------------------------------------------------x

**NOTICE OF CORRECTED EXHIBIT C TO DECLARATION
OF STEVEN SPENCER, ATTACHED AS EXHIBIT 5 TO MOTION OF
CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a)
OF THE BANKRUPTCY CODE DIRECTING THE DEBTOR TO COOPERATE
WITH INTERESTED PARTIES SEEKING TO CONDUCT DUE DILIGENCE ON
THE ART COLLECTION HOUSED AT THE DETROIT INSTITUTE OF ARTS**

PLEASE TAKE NOTICE that the Creditors hereby file this Notice of Corrected Exhibit C to Declaration of Steven Spencer, Attached as Exhibit 5 to Motion of Creditors for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code Directing the Debtor to Cooperate with Interested Parties Seeking to Conduct Due Diligence on the Art Collection Housed at the Detroit Institute of Arts (Docket No. 3925) (the "Motion").

DATED:      April 9, 2014                Respectfully submitted,

                                          /s/ Mark R. James
                                         Mark R. James
                                         WILLIAMS, WILLIAMS, RATTNER &
                                         PLUNKETT, P.C.
                                         280 North Old Woodward Avenue, Suite 300
                                         Birmingham, MI 48009
                                         Telephone: (248) 642-0333
                                         Facsimile: (248) 642-0856
                                         Email: mrjames@wwrplaw.com

1

# EXHIBIT 1

**CORRECTED EXHIBIT C**

# City of Detroit
Illustrative DIA Settlement and State Contribution Agreement NPV Analysis
*($ in millions)*

| Illustrative Assumptions | Amount | Years |
|---|---|---|
| Foundation Contribution | $366.0 | 20 |
| DIA Contribution | 100.0 | 20 |
| State Contribution | 350.0 | 20 |
| **Aggregate Contribution** | **$816.0** | **20** |
| Illustrative Discount Rate | 5.00% | |

### Illustrative DIA Settlement and State Contribution Agreement Payment Schedule[1]

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foundation Contribution | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 | $18.3 |
| DIA Contribution | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| State Contribution | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 |
| **Aggregate Contribution** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** | **$40.8** |
| | | | | | | | | | | | | | | | | | | | | |
| Discount Period | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | 5.5 | 6.5 | 7.5 | 8.5 | 9.5 | 10.5 | 11.5 | 12.5 | 13.5 | 14.5 | 15.5 | 16.5 | 17.5 | 18.5 | 19.5 |
| Discount Factor | 0.98 | 0.93 | 0.89 | 0.84 | 0.80 | 0.76 | 0.73 | 0.69 | 0.66 | 0.63 | 0.60 | 0.57 | 0.54 | 0.52 | 0.49 | 0.47 | 0.45 | 0.43 | 0.41 | 0.39 |
| **Present Value** | **$39.8** | **$37.9** | **$36.1** | **$34.4** | **$32.8** | **$31.2** | **$29.7** | **$28.3** | **$26.9** | **$25.7** | **$24.4** | **$23.3** | **$22.2** | **$21.1** | **$20.1** | **$19.2** | **$18.2** | **$17.4** | **$16.5** | **$15.8** |

| | |
|---|---|
| NPV - Foundation Contribution | 233.7 |
| NPV - DIA Contribution | 63.8 |
| NPV - State Contribution | 223.5 |
| **NPV - Aggregate Contribution** | **$521.0** |

### Illustrative NPV Sensitivity[1]

| | | Aggregate Contribution $816.0 |
|---|---|---|
| | 4.00% | 565.5 |
| **Illustrative** | 4.50% | 542.5 |
| **Discount** | 5.00% | 521.0 |
| **Rate** | 5.50% | 500.8 |
| | 6.00% | 481.8 |

Note: DIA Settlement and State Contribution Agreement amounts per the City's amended Disclosure Statement filed on March 31, 2014
(1) Assumes equal annual payments

**EXHIBIT 2**

**CERTIFICATE OF SERVICE**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                             :
 In re                                       : Chapter 9
                                             :
CITY OF DETROIT, MICHIGAN,                   : Case No. 13-53846
                                             :
              Debtor.                        : Hon. Steven W. Rhodes
                                             :
                                             :
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2014 the *Notice of Corrected Exhibit C to Declaration of Steven Spencer, Attached as Exhibit 5 to Motion of Creditors for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code Directing the Debtor to Cooperate with Interested Parties Seeking to Conduct Due Diligence on the Art Collection Housed at the Detroit Institute of Arts* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

    /s/ Mark R. James
Mark R. James (P54375)
Attorney for Financial Guaranty
Insurance Company
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 642-0333
mrj@wwrplaw.com

Dated: April 9, 2014