**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

---------------------------------------------- )
                                               )
In re:                                         )   Case No. 13-53846
                                               )
CITY OF DETROIT, MICHIGAN,                     )   In Proceedings Under
                                               )   Chapter 9
            Debtor.                            )
                                               )   Hon. Steven W. Rhodes
                                               )
---------------------------------------------- )

**ORDER SETTING A STATUS CONFERENCE ON MEDIATION WITH RESPECT TO, ISSUES RELATED TO THE FUTURE OF THE DETROIT WATER AND SEWERAGE DEPARTMENT**

The Motion of Wayne County, Michigan, a Michigan Constitutional corporation, by and through its County Executive, Robert A. Ficano ("Wayne County") having been considered by the Court and the Court finding good cause for the entry of this order;

IT IS HEREBY ORDERED THAT a hearing shall be held on _____, 2014 before the Hon. Steven W. Rhodes at 211 W. Fort Street, Detroit, MI, Courtroom 1825 to consider whether to submit to mediation issues related to the future of DWSD under the Plan and the negotiations between the Emergency Manager, Wayne County, Oakland County and Macomb County regarding DWSD's future.