**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTEHRN DIVISION**

In re: City of Detroit, Michigan                                Case No. 13-53846
                                                                Chapter   9
                                                                Judge Rhodes

              Debtor in Possession

_____

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS AND NOTICES

        Please take notice that Andrew F. Whatnall of Debt Acquisition Company of America ("DACA VI, LLC") hereby requests to be removed from receiving electronic filings and notices at the following email address:

        awhatnall@daca4.com


                                                Respectfully submitted by:

                                                        DACA VI LLC

                                                _/s/ Andrew F. Whatnall_____
                                                Andrew F. Whatnall
                                                1565 Hotel Circle South #310
                                                San Diego, CA 92108
                                                (619) 220-8900