UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

CITY

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]**

FILED BY: _____

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   27% CUT IN MY PENSION

2. I / we object to the above filing because:
   I HAVE ALREADY TAKEN A 25% CUT IN MY PENSION WHEN YOU REMOVED MY WIFE FROM MY HEALTH CARE AT A COST OF $497 A MONTH. $1900 - 25% = $1425 A MONTH. NOW YOU WANT ANOTHER 25% FROM $1425 - 25% = 375 LEAVING - 1028

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: PATRICK W VAN BUREN
Signature: Patrick W Van Buren
Address: _____

Email: _____

Dated: 2014 APR 10 A 10:16 FILED U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT