UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Ex-Parte Motion for Shortened Notice and Expedited Hearing (Dkt. #3926)

On April 9, 2014, Creditors Financial Guaranty Insurance Company, Syncora Guarantee Inc. and Syncora Capital Assurance Inc., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Michigan Council 25 of American Federation of State, County and Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees, Wilmington Trust Company, National Association, as Successor Trustee and Successor Contract Administrator, Dexia Crédit Local, Dexia Holdings, Inc. and FMS-WM Service, solely in its capacity as servicer for FMS Wertmanagement, filed an ex parte motion for shortened notice and expedited hearing on their corrected motion for entry of an order pursuant to section 105(a) of the bankruptcy code directing the debtor to cooperate with interested parties seeking to conduct due diligence on the art collection housed at the Detroit Institute of Arts. The Court finds that good cause has not been shown which would warrant the granting of the motion. Accordingly, the motion for shortened notice and expedited hearing (Dkt. #3926) is denied.

.

**Signed on April 10, 2014**

                                                /s/ Steven Rhodes  
                                                **Steven Rhodes**  
                                                **United States Bankruptcy Judge**