UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

                Debtor.            Hon. Steven W. Rhodes
_____/                    Hon. Gerald E. Rosen

### Order Regarding Provision of Actuarial Data

      This Court, having been duly appointed as mediator in this case pursuant to the Order of the United States Bankruptcy Judge Steven Rhodes dated August 13, 2013, hereby enters this Order to confirm the terms by which The Segal Company, independent actuaries for the Official Committee of Retirees of the City of Detroit, has provided and will continue to provide actuarial data to the independent actuaries of the Retirement Systems of the City of Detroit (Gabriel Roeder Smith and Company) and to the City of Detroit (Milliman and Company).

      The provision of actuarial data to other parties, their actuaries, or their financial advisors by The Segal Company, at the request and/or direction of the mediators, shall not affect the independence of The Segal Company, which has not incurred and will not incur any liability to any party, except its own clients, by providing such actuarial data. Each actuarial firm is alone professionally responsible for the information and conclusions it provides to its client.

                                            s/ Gerald E. Rosen
                                            Gerald E. Rosen, U.S. District Chief Judge,
                                            Judicial Mediator

Dated: April 11, 2014