UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2014, I electronically served *Wayne County Corporation's Motion Under 11 U.S.C. §105(d)(1) for a Status Conference on, and Appointment of a Facilitative Mediator with Respect to, Issues Related to the Future of the Detroit Water and Sewerage Department* with the Court using the CM/ECF system.

          Respectfully Submitted,

          BUTZEL LONG, a professional Corporation

          /s/ Max J. Newman
          By: Max J. Newman (P51483)
          By: Beth Gotthelf (P38951)
          Attorneys for Wayne County
          Stoneridge West
          41000 Woodward Ave
          Bloomfield Hills, MI 48304
          (248) 258-2907
          newman@butzel.com

Dated: April 10, 2014