UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>        Debtor. | Case No. 13-53846<br><br>In Proceedings Under<br>Chapter 9<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2014, I electronically served *Wayne County Corporation's Motion to set Expedited Hearing on Wayne County's Motion Under 11 U.S.C. §105(d)(1) for a Status Conference on, and Appointment of a Facilitative Mediator with Respect to, Issues Related to the Future of the Detroit Water and Sewerage Department* with the Court using the CM/ECF system.

                                      Respectfully Submitted,

                                      BUTZEL LONG, a professional Corporation

                                      /s/ Max J. Newman
                                    By: Max J. Newman (P51483)
                                    By: Beth Gotthelf (P38951)
                                    Attorneys for Wayne County
                                    Stoneridge West
                                    41000 Woodward Ave
                                    Bloomfield Hills, MI 48304
                                    (248) 258-2907
                                    newman@butzel.com

Dated: April 10, 2014