UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____ )
                                    )
In re:                              )
                                    )   Case No. 13-53846
CITY OF DETROIT, MICHIGAN           )
                                    )   Chapter 9
             Debtor                 )
                                    )   Hon. Steven W. Rhodes
_____ )

**AMENDED NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby amends their original Notice of Appearance [Docket No. 3391] to clarify the party for and on behalf of which they are appearing as counsel;

**PLEASE TAKE FURTHER NOTICE** that the undersigned appears as counsel for and on behalf of County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner ("Macomb") a creditor in the above-captioned case, and pursuant to Rules 2002, 2007, and 9010 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served at the office, address, and number as follows:

Allan S. Brilliant
Stephen M. Wolpert
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
allan.brilliant@dechert.com
stephen.wolpert@dechert.com
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

19161637

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Title 11 of the United States Code (the "Bankruptcy Code"), made applicable in this chapter 9 case through section 901(a), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading, or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of Macomb: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Macomb may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

2

Dated: April 11, 2014

Respectfully submitted,

DECHERT LLP

By: /s/ Allan S. Brilliant
Allan S. Brilliant
Stephen M. Wolpert
1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
allan.brilliant@dechert.com
stephen.wolpert@dechert.com

*Attorneys for County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner*