UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

**Order Scheduling Expedited Hearing and Setting Response Deadline Regarding Wayne County's Motion Under 11 U.S.C. §105(d)(1) for a Status Conference on, and Appointment of a Facilitative Mediator With Respect to <u>Issues Related to the Future of the Detroit Water and Sewerage Department</u>**

On April 10, 2014, interested party Wayne County Corporation filed a motion to set an expedited hearing (Dkt. #3946) regarding its motion under 11 U.S.C. §105(d)(1) for a status conference on, and appointment of a facilitative mediator with respect to issues related to the future of the Detroit Water and Sewerage Department (Dkt. #3945). The Court concludes that it is appropriate to grant the expedited hearing request.

Accordingly, it is hereby ordered that a hearing shall be held on April 17, 2014, at 9:00 a.m. in Courtroom 100, U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

It is further ordered that Oakland County and Macomb County shall file a response to the motion by April 16, 2014.

.

**Signed on April 11, 2014**

                                                        /s/ Steven Rhodes  
                                                        Steven Rhodes  
                                                        United States Bankruptcy Judge