UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:

City of Detroit, Michigan

Debtor(s)
_____/

Chapter 9
13-53846-swr
Judge Rhodes

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO CITIMORTGAGE, INC.

This matter having come before this Court on the Motion for Relief from the Automatic Stay; the City of Detroit, Michigan, (Debtor), by and through its counsel Miller, Canfield, Paddock and Stone, P.L.C., and CitiMortgage, Inc., ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., having stipulated to the following; and the Court being otherwise advised of the premises;

**IT IS HEREBY ORDERED** that the Automatic Stay is modified to allow Creditor, its successors or assigns to foreclose on the property known as 19762 Heyden St., Detroit, MI 48219, legal description LOT 130 AND THE NORTH 20 FEET OF LOT 131, LONGACRES SUBDIVISION, ACCORDING TO THE RECORDED PLAT THEREOF AS RECORDED IN LIBER 43 ON PAGE 8 OF PLATS, WAYNE COUNTY RECORDS, for the reasons set forth in Creditor's Motion; that F.R.B.P. 4001(a)(3), is waived; that this order shall be served on the Debtor and all others with an interest in the subject property.

.

**Signed on April 11, 2014**

                                                      /s/ Steven Rhodes
                                                      **Steven Rhodes**
                                                      **United States Bankruptcy Judge**