UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In re : Chapter 9

CITY OF DETROIT, MICHIGAN : Case No. 13-53846

Debtor. : Hon. Steven W. Rhodes

---

# WITHDRAWAL OF PROOF OF CLAIM NO. 703

Claimant Ivey & Associates LLC, by its attorneys, hereby withdraws its Proof of Claim No. 703 because it has been satisfied.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP
    Attorneys for Ivey & Associates LLC

    By:/s/ Judy B. Calton
        Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI  48226
    (313) 465-7344
    jcalton@honigman.com

Dated:  April 11, 2014

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Ivey & Associates LLC

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com