UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 9
                                                             :
CITY OF DETROIT, MICHIGAN                                    :   Case No. 13-53846
                                                             :
                    Debtor.                                  :   Hon. Steven W. Rhodes
                                                             :
                                                             :
-------------------------------------------------------------x
```

## WITHDRAWAL OF PROOF OF CLAIM NO. 725

Claimant Country House Apartments LLC, by its attorneys, hereby withdraws its Proof of Claim No. 725 because it has been satisfied.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Country House Apartments LLC


        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com


Dated:  April 11, 2014

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Country House Apartments LLC


By:/s/ Judy B. Calton
     Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com