UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re                                : Chapter 9
:
CITY OF DETROIT, MICHIGAN            : Case No. 13-53846
:
            Debtor.                  : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

# WITHDRAWAL OF PROOFS OF CLAIM NO. 723

Claimant Country West Apartments, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 723 because it has been satisfied.

> Respectfully submitted,
>
> HONIGMAN MILLER SCHWARTZ AND COHN LLP
> Attorneys for Country West Apartments, LLC
>
> By:/s/ Judy B. Calton
>     Judy B. Calton (P38733)
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226
> (313) 465-7344
> jcalton@honigman.com

Dated: April 11, 2014

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Country West Apartments, LLC


        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com

2
14641541.1
13-53846-tjt   Doc 3979   Filed 04/11/14   Entered 04/11/14 14:22:21   Page 2 of 2