UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
-------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 713

Claimant TC Manor House, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 713 because it has been satisfied.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP
    Attorneys for TC Manor House, LLC


    By:/s/ Judy B. Calton
        Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    (313) 465-7344
    jcalton@honigman.com


Dated: April 11, 2014

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for TC Manor House, LLC


        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com

2
14641514.1
13-53846-tjt    Doc 3980    Filed 04/11/14    Entered 04/11/14 14:24:40    Page 2 of 2