UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------------x
:
In re                                      :        Chapter 9
:
CITY OF DETROIT, MICHIGAN                  :        Case No. 13-53846
:
Debtor.                       :        Hon. Steven W. Rhodes
:
:
-------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 714

Claimant Imperial Manor House, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 714 because it has been satisfied.

                                                  Respectfully submitted,

                                                  HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                                  Attorneys for Imperial Manor House, LLC

                                                  By:/s/ Judy B. Calton
                                                       Judy B. Calton (P38733)
                                                 2290 First National Building
                                                 660 Woodward Avenue
                                                 Detroit, MI  48226
                                                 (313) 465-7344
                                                 jcalton@honigman.com

Dated:  April 11, 2014

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Imperial Manor House, LLC


        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com