UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR 11 A 11: 17

In the matter of:

CITY OF DETROIT, MICHIGAN E.D. MICHIGAN-DETROIT  Case No. 13-53846-swr
Chapter 9
_____Debtor___/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _____

CAROLYN BRYANT  hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

_____

2. I / we object to the above filing because: I am a retiree, adversely affected. Reducing my pension drastically affects my life style and forces me to get a job. After the blood, sweat and tears of working for the City for 25+ yr. I deserve a pension.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: CAROLYN BRYANT
Signature: Carolyn Bryant
Address: 10457 MERLIN
DET, MI 48224
Email: _____

Dated: