UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

2014 APR 11  A 11: 47

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _____

Rosalind V. Worthy _____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.  (1) we am/are interested in the Bankruptcy of the City of Detroit because
I am a resident and a retiree with a vested interest in Detroit.

2.  I / we object to the above filing because:
as a retiree it affects my quality of life and as a resident it effects my ability to support my city.

3.  I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Rosalind V. Worthy

Signature: Rosald V. Worthy

Address: 4014 Garland
Detroit, MI 48214

Email: rozworthy@gmail.com

Dated: