UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr
                           Chapter 9
_____Debtor____/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: STEVEN W. CABRAL

hereby states his/~~her/their~~ OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /~~we~~ am/~~are~~ interested in the Bankruptcy of the City of Detroit because
I AM A CITY OF DETROIT RETIREE

2. I /~~we~~ object to the above filing because:
I HAVE ALWAYS KEPT INSURANCE ON MY HOUSE AND MY CAR, EVEN THOUGH IT WAS DIFFICULT AT TIMES. A CUT IN MY PENSION COULD AFFECT MY ABILITY TO PAY MY PROPERTY TAXES, MAINTAIN MY HOME, PAY MY HOME INSURANCE, AUTO INSURANCE AND OTHER DEBTS.

3. I ~~have~~/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/~~we~~ request the Court will deny the relief sought in said filing.

Name: STEVEN W. CABRAL
Signature: Steven W. Cabral
Address: P.O. BOX 28014 DETROIT, MI 48228
(9545 PLAINVIEW DETROIT, MI 48228)
Email: STEVENCABRAL@HOTMAIL.COM

Dated: 4/1/2014