UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 APR 11 A 11:00
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: *George R Fluker*

*George R. Fluker* hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because *I LIVE IN DETROIT, OWN MY HOME, WORKED AND RETIRED FROM THE CITY OF DETROIT.*

2. I / we object to the above filing because: *THE PLAN OF ADJUSTMENT ROBS ME OF MY PENSION THAT I EARNED BY PUNCHING TIME CLOCK, WORKING EVERYDAY UNTIL I WAS ABLE TO RETIRE. THE WORST PART IS THIS IS AN ATTACK ON SENIOR CITIZENS.*

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: GEORGE R. FLUKER
Signature: *George D. Fluker*
Address: *[illegible] Cheyenne*
*[illegible], MI 48[?]*
Email: _____

Dated: 4-5-14