UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED

2014 APR 11  A 11: 00

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
_____Debtor____/
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: JOSEPH JONES

JOSEPH JONES hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.     I / we am/are interested in the Bankruptcy of the City of Detroit because
IT IGNORES HUGE COST ALREADY ADDED TO RETIREE

2.     I / we object to the above filing because:
THE BANKS HAVE BEEN BAILED OUT ITS TIME TO HELP THE PEOPLE

3.     I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: JOSEPH JONES

Signature: Joseph Jones
Address: 19485 ASBUARY
PARK DETROIT MICH. 48235
Email:

Dated: 4-5-14