UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Debtor /            Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] ~~AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]~~

FILED BY: ERIN MARTINEZ hereby states his/her/their OBJECTION TO: (CITY OF DETROIT'S PLAN OF ADJUSTMENT) and/or ~~CITY OF DETROIT'S DISCLOSURE STATEMENT~~ (circle one)

for the following reasons.

1. I/ we am/are interested in the Bankruptcy of the City of Detroit because I AM A RESIDENT/HOMEOWNER IN THE CITY OF DETROIT

2. I/ we object to the above filing because: REDUCING PENSIONS THAT WERE NEGOTIATED AND SIGNED BY RETIREES IN GOOD FAITH IS UNJUST AND A VIOLATION OF DEMOCRATIC DUE PROCESSES.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: ERIN MARTINEZ
Signature: [signed]
Address: 1559 VINEWOOD
DETROIT, MI 48816
Email: palomavessel@gmail.com

Dated: