UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN    Case No. 13-53846-swr
Chapter 9
_____ Debtor ___/    Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] ~~AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]~~

FILED BY: _____

Joann Jackson hereby states his/her/their OBJECTION TO:

**CITY OF DETROIT'S PLAN OF ADJUSTMENT** and/or

~~CITY OF DETROIT'S DISCLOSURE STATEMENT~~ (circle one)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because it would take most of our income. My husband retired from city in public lighting.

2. I / we object to the above filing because: of having health problems - dialysis 1 n+1/2 hrs 3 day/wk, need his Medical

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Joann Jackson

Signature: Joann Jackson

Address: 16244 Princeton
Detroit MI 48221

Email: _____

Dated: