UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
_____Debtor____/    Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] AND/OR ~~DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]~~

FILED BY: _____

Nancy A. Moran hereby states his/her/their OBJECTION TO:

(CITY OF DETROIT'S PLAN OF ADJUSTMENT and/or)

~~CITY OF DETROIT'S DISCLOSURE STATEMENT (circle one)~~

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

2. I / we object to the above filing because:

   There is need to find a way to give and uphold the promise to the city workers who have committed their lives to Detroit

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Nancy A. Moran
Signature: Nancy A. Moran
Address: 801 S. East St
Fenton Mich 48430
Email: riverzwolf@aol.com

Dated:

13-53846-tjt    Doc 3993    Filed 04/11/14    Entered 04/11/14 15:06:23    Page 1 of 1