**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____
                                                )
In re:                                          )
                                                )         Case No. 13-53846
CITY OF DETROIT, MICHIGAN          )
                                                )         Chapter 9
                       Debtor             )
                                                )         Hon. Steven W. Rhodes
_____ )

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2014, County of Macomb, Michigan's First

Request for Production of Documents to Debtor [Docket No. 3990] was filed with Clerk of the

Court using the CM/ECF system, which provides electronic notification of such filing to all

counsel of record.

Dated: April 11, 2014

                                    DECHERT LLP

                                    By:    /s/ Allan S. Brilliant
                                    Allan S. Brilliant
                                    G. Eric Brunstad
                                    Stephen M. Wolpert
                                    1095 Avenue of the Americas
                                    New York, NY 10016
                                    Telephone: (212) 698-3500
                                    Facsimile: (212) 698-3599
                                    allan.brilliant@dechert.com
                                    stephen.wolpert@dechert.com

                                    *Attorneys for County of Macomb, Michigan, by and*
                                    *through its County Agency, the Macomb County*
                                    *Public Works Commissioner*