UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] ~~AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]~~

FILED BY: Brenda Boone

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT and/or

~~CITY OF DETROIT'S DISCLOSURE STATEMENT~~ (circle one)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I Live in the city

2. I / we object to the above filing because:
   unfair to those who have work hard
   Need to Live comfortable

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Brenda Boone

Signature: Brenda Boone

Address: 18831 Healy
Detroit, MI

Email: _____

Dated: