UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] ~~AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]~~

FILED BY: Diane Lynn Crawford

hereby states his/her/their OBJECTION TO:

**CITY OF DETROIT'S PLAN OF ADJUSTMENT** and/or ~~CITY OF DETROIT'S DISCLOSURE STATEMENT~~ (circle one)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _It will not only effect Detroit but others around the Country_

2. I / we object to the above filing because: _It is undemocratic_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Diane Lynn Crawford
Signature: Diane Lynn Crawford
Address: 1941 Orleans #615
Detroit, Michigan 48207
Email: dcrawfor@ix.netcom.com

Dated:

13-53846-tjt    Doc 3996    Filed 04/11/14    Entered 04/11/14 15:10:10    Page 1 of 1