UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR 11 A 9:36

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] AND/OR ~~DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]~~

FILED BY: Dolores Harold

Dolores Harold hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT and/or

~~CITY OF DETROIT'S DISCLOSURE STATEMENT~~ (circle one)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

   It has an impact on my family and my community

2. I / we object to the above filing because:

   It is part of a plan that unfairly targets the most vulnerable & rewards those illegally responsible for this decimation of democracy in the City of Detroit

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Dolores Harold
Signature: Dolores Harold
Address: 1938 Hyde Park Dr.
Detroit MI 48207
Email: dharold5@comcast.net

Dated:

13-53846-tjt   Doc 3998   Filed 04/11/14   Entered 04/11/14 15:11:55   Page 1 of 1