UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]
~~AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT~~
~~[DOCKET 2709]~~

FILED BY: Dorothy R Heide

hereby states his/her/their OBJECTION TO:

**CITY OF DETROIT'S PLAN OF ADJUSTMENT** and/or

~~CITY OF DETROIT'S DISCLOSURE STATEMENT~~ (circle one)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I live here.

2. I / we object to the above filing because:
   Concern of holding people responsible that hand our monies (a life & conditions of taxes, utilities) (Proper punchments) CONCERNED

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: D R HEIDE

Signature: DR Heide

Address: 6810 Rosemont
Det. Mich 48228-5405

Email:

Dated:

13-53846-tjt    Doc 3999    Filed 04/11/14    Entered 04/11/14 15:13:29    Page 1 of 1