UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,   Chapter 9
                             Case No. 13-53846
    Debtor.          Hon. Steven W. Rhodes
_____/

**Certificate of Service**

    The undersigned certifies that on April 11, 2014, he electronically filed with the Court, via the Court's Electronic Case Filing System, Notice of Subpoena Pursuant to Federal Rule of Civil Procedure 45(a)(4) which attached the subpoena *duces tecum* issued to Oakland County, which will be sent to all parties registered to receive notice in the above-captioned case.

    STEINBERG SHAPIRO & CLARK

    /s/ Geoffrey T. Pavlic (P53770)
Attorney for Nuveen Asset Management and
Blackrock Financial Management, Inc.
25925 Telegraph Road, Suite 203
Southfield, MI 48033
248-352-4700
pavlic@steinbergshapiro.com