IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### EX PARTE ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO JOINT MOTION TO AMEND THE SOLICITATION PROCEDURES ORDER

This matter came before the Court on the Ex Parte *Joint Motion for an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to Joint Motion to Amend the Solicitation Procedures Order* (Docket No. 3960) (the "*Ex Parte* Motion"). The Court has determined, after due deliberation that:

1. The *Ex Parte* Motion is granted as set forth in this Order.

2. A hearing with respect to the Joint Motion to Amend the Solicitation Procedures Order shall be held on April 17, 2014 at 9:00 a.m. Eastern Time before the Honorable Steven Rhodes in Courtroom 100 at 231 W. Lafayette Blvd., Detroit, Michigan 48226.

.

**Signed on April 11, 2014**

                                                               **/s/ Steven Rhodes**
                                                               **Steven Rhodes**
                                                               **United States Bankruptcy Judge**