UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR 11 A 9:26

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/    Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] ~~AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]~~

FILED BY: _____

Colette Belanger _____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT and/or

~~CITY OF DETROIT'S DISCLOSURE STATEMENT~~ (circle one)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

   I am a resident of Detroit

2. I / we object to the above filing because:

   because it is a form of theft by the government against the city's employees & retirees.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Colette Belanger

Signature: _____

Address: 8120 East Jefferson

Detroit, Michigan

Email: _____

Dated:

13-53846-tjt    Doc 4005    Filed 04/11/14    Entered 04/11/14 15:29:59    Page 1 of 1