# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## NOTICE OF WITHDRAWAL OF EX PARTE MOTION

Assured Guaranty Municipal Corp. and Berkshire Hathaway Assurance Corporation, hereby withdraw their *Ex Parte Joint Motion for an Order Shortening Notice and Scheduling an Expedited Hearing With Respect to Joint Motion to Amend the Solicitation Procedures Order* filed as Docket No. 3953 on April 10, 2014, which was filed using the incorrect event code.

A corrected *Ex Parte Joint Motion for an Order Shortening Notice and Scheduling an Expedited Hearing With Respect to Joint Motion to Amend the Solicitation Procedures Order* was filed as Docket No. 3960 on April 11, 2014.

Dated: New York, New York
April 11, 2014

        **CHADBOURNE & PARKE LLP**

        By: /s/ Lawrence A. Larose
Lawrence A. Larose
Samuel S. Kohn
Eric Daucher
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
llarose@chadbourne.com
skohn@chadbourne.com
edaucher@chadbourne.com

*Attorneys for Assured Guaranty Municipal Corp.*

and

**DEBEVOISE & PLIMPTON LLP**

By: /s/ My Chi To
M. Natasha Labovitz
My Chi To
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
nlabovitz@debevoise.com
mcto@debevoise.com

*Attorneys for Berkshire Hathaway Assurance Corporation*

2

## Certificate of Service

I hereby certify that on this 11th day of April 2014, I caused the *Notice of Withdrawal of Ex Parte Motion* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: April 11, 2014
       New York, New York

**CHADBOURNE & PARKE LLP**

By:   /s/ Lawrence A. Larose
Lawrence A. Larose
Samuel S. Kohn
Eric Daucher
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
llarose@chadbourne.com
skohn@chadbourne.com
edaucher@chadbourne.com

*Attorneys for Assured Guaranty Municipal Corp.*