UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR 11 A 9:26

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708] ~~AND/OR DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF ADJUSTMENT [DOCKET 2709]~~

FILED BY: _Madonna Perdue_ hereby states his/her/their OBJECTION TO:

(CITY OF DETROIT'S PLAN OF ADJUSTMENT) and/or

~~CITY OF DETROIT'S DISCLOSURE STATEMENT~~ (circle one)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

The unfairness of the whole thing of reducing pension.

2. I / we object to the above filing because:

If the pensions are reduced and lot of people will not be able to keep their homes and live a decent life. City workers are already paying for their health insurance

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Madonna Perdue
Signature: Madonna Perdue
Address: 3839 Common Rd
Warren, MI 48092
Email: MPR20@wowway.com

Dated: