# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## JOINDER OF THE RETIRED DETROIT POLICE MEMBERS ASSOCIATION TO THE OFFICIAL COMMITTEE OF RETIREE'S (1) FIRST SET OF INTERROGATORIES TO THE DEBTOR AND (2) FIRST SET OF REQUESTS TO THE DEBTOR FOR THE PRODUCTION OF DOCUMENTS

Pursuant to Federal Rules of Civil Procedure 26, 33 and 34, as made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026, 7033, 7034 and 9014 and in connection with this Court's Third Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 3632] (the "Scheduling Order"), the Retired Detroit Police Members Association ("RDPMA"), by and through its attorneys, Strobl & Sharp, P.C., hereby adopts and incorporates herein as if fully set forth the (1) Official Committee of Retiree's First Set of Interrogatories to the Debtor [Docket No. 3940] (the "Interrogatories") and (2) Official Committee of Retiree's First Set of Requests to the Debtor for the Production of Documents [Docket No. 3941] (the "Document Requests").

The RDPMA hereby requests that the City of Detroit respond to the Interrogatories as required under the Scheduling Order and produce all documents responsive to the Document Requests at the offices of Strobl & Sharp, P.C., 300 E. Long Lake Road., Suite 200, Bloomfield Hills, Michigan 48304.

Respectfully Submitted,

**STROBL & SHARP, P.C.**

    */s/   Lynn M. Brimer*
LYNN M. BRIMER (P43291)
MEREDITH E. TAUNT (P69698)
MALLORY A. FIELD (75289)
Attorneys for the Retired Detroit
Police Members Association
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
E-mail: lbrimer@stroblpc.com
E-mail: mtaunt@stroblpc.com
E-mail: mfield@strolbpc.com

Dated: April 11, 2014