UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on April 11 2014, I caused the Joinder of the Retired Detroit Polic*e Members Association to the Official Committee of Retiree's (1) First Set of Interrogatories and (2) First Requests to the Debtor for the Production of Documents [Docket No. 4024]* to be filed with the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: April 11, 2014

Respectfully Submitted,

**STROBL & SHARP, P.C.**

_/s/    Lynn M. Brimer_
LYNN M. BRIMER (P43291)
MEREDITH E. TAUNT (P69698)
MALLORY FIELD (75289)
Attorneys for the Retired Detroit
Police Members Association
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
E-mail: lbrimer@stroblpc.com
E-mail: mtaunt@stroblpc.com
E-mail: mfield@stroblpc.com