# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certified that on April 11, 2014, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all counsel of record:

**(1) Retiree Association Parties' First Set of Interrogatories to the Debtor City of Detroit, Michigan; &**

**(2) Requests by the Retiree Association Parties to the Debtor City of Detroit, Michigan for the Production of Documents.**

Respectfully submitted,

/s/ Ryan C. Plecha
Ryan C. Plecha
Lippitt O'Keefe Gornbein, PLLC
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
rplecha@lippittokeefe.com

DATED: April 11, 2014

1