UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATION OF SERVICE

I, Regina Drouillard, hereby certify that on April 11, 2014, I electronically filed the following:

- Dexia's First Set of Interrogatories to the City of Detroit in Connection with the Amended Plan for the Adjustment of Debts; and
-
- Dexia's First Request for the Production of Documents to the City of Detroit in Connection with the Amended Plan for the Adjustment of Debts

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated: April 11, 2014
z:\13\079\plds\cos.interog & 1st request for production.doc