EXHIBIT 1

# City of Detroit
Monthly Cash Flow Forecast FY 2015
*($ in millions)*

**Tentative and Preliminary Draft - Subject to Material Modification**

| | Forecast Jul-14 | Forecast Aug-14 | Forecast Sep-14 | Forecast Oct-14 | Forecast Nov-14 | Forecast Dec-14 | Forecast Jan-15 | Forecast Feb-15 | Forecast Mar-15 | Forecast Apr-15 | Forecast May-15 | Forecast Jun-15 | Forecast FY 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | | |
| Property taxes | $ 27.5 | $ 149.0 | $ 23.1 | $ 11.9 | $ 3.6 | $ 41.5 | $ 106.2 | $ 12.9 | $ 2.1 | - | - | $ 10.3 | $ 388.0 |
| Income & utility taxes | 28.5 | 22.5 | 22.1 | 28.1 | 22.5 | 22.1 | 28.1 | 23.3 | 22.5 | 28.1 | 22.1 | 22.5 | 292.6 |
| Gaming taxes | 14.4 | 14.0 | 8.9 | 22.8 | 10.3 | 9.3 | 21.9 | 9.8 | 14.9 | 17.2 | 13.0 | 11.6 | 168.2 |
| Municipal service fee to casinos | - | 7.5 | - | - | 4.1 | 4.1 | 1.7 | - | - | - | - | - | 17.4 |
| State revenue sharing | 32.1 | - | 32.1 | - | 32.1 | - | 32.1 | - | 32.1 | - | 32.1 | - | 192.7 |
| Other receipts | 33.3 | 31.9 | 32.0 | 39.0 | 32.4 | 32.0 | 39.0 | 33.5 | 32.7 | 39.3 | 32.3 | 32.4 | 409.6 |
| Financing proceeds | 20.0 | - | - | 294.8 | - | - | - | - | - | - | - | - | 314.8 |
| **Total operating receipts** | 155.8 | 224.8 | 118.1 | 396.6 | 104.9 | 109.0 | 229.1 | 79.5 | 104.3 | 84.7 | 99.6 | 76.8 | 1,783.2 |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Payroll, taxes, & deductions | (33.3) | (28.9) | (29.0) | (38.1) | (29.2) | (29.3) | (33.8) | (29.3) | (29.3) | (38.3) | (29.3) | (29.3) | (377.1) |
| Health benefits | (7.6) | (7.6) | (7.7) | (7.7) | (7.8) | (7.8) | (7.4) | (7.3) | (7.3) | (7.3) | (7.3) | (7.3) | (90.1) |
| Retirement contributions (actives) | (2.8) | (2.8) | (2.8) | (2.8) | (2.8) | (2.8) | (2.8) | (2.8) | (2.8) | (2.8) | (2.8) | (2.8) | (33.3) |
| Subsidy payments | (5.8) | (5.8) | (3.3) | (3.3) | (3.3) | (3.3) | (3.3) | (3.3) | (3.3) | (3.3) | (3.3) | (3.3) | (44.4) |
| Distributions - tax authorities | - | (79.4) | (20.2) | (6.6) | (6.6) | (4.9) | (17.2) | (67.5) | (15.5) | (1.6) | - | (2.3) | (222.0) |
| Distributions - UTGO (unsecured) | - | (1.9) | - | - | - | - | - | - | (9.9) | - | - | - | (11.8) |
| Distributions - TIFs | - | - | - | - | - | (5.0) | - | - | - | - | (5.0) | - | (10.0) |
| Income tax refunds | (2.6) | (1.1) | (1.3) | (2.1) | (1.0) | (0.4) | (0.5) | (0.3) | (0.3) | (1.9) | (1.0) | (4.5) | (17.0) |
| A/P and other miscellaneous | (69.5) | (50.0) | (54.8) | (59.4) | (52.4) | (52.3) | (67.3) | (55.3) | (58.0) | (61.6) | (62.5) | (64.8) | (707.9) |
| Professional fees | (7.3) | (6.1) | (7.7) | (5.9) | (20.8) | - | - | - | - | - | - | - | (47.8) |
| **Sub-total operating disbursements** | (128.9) | (183.6) | (126.7) | (125.9) | (123.8) | (105.8) | (132.3) | (165.8) | (126.4) | (116.8) | (106.1) | (119.3) | (1,561.4) |
| POC and debt related payments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Hypothetical creditor note payments (net) | (9.8) | (4.9) | (8.6) | (167.0) | (6.4) | (1.5) | (6.4) | (1.5) | (6.4) | (1.5) | (6.4) | (1.5) | (221.9) |
| **Total disbursements** | (138.6) | (188.4) | (135.3) | (292.9) | (130.2) | (107.3) | (138.7) | (167.3) | (132.8) | (118.3) | (112.6) | (120.8) | (1,783.3) |
| **Net cash flow** | 17.2 | 36.4 | (17.2) | 103.7 | (25.3) | 1.7 | 90.4 | (87.8) | (28.5) | (33.6) | (13.0) | (44.0) | (0.0) |
| Cumulative net cash flow | 17.2 | 53.6 | 36.4 | 140.1 | 114.8 | 116.5 | 206.9 | 119.1 | 90.6 | 57.0 | 44.0 | (0.0) | |
| **Beginning cash balance** | 109.4 | 126.6 | 163.0 | 145.8 | 249.5 | 224.2 | 225.9 | 316.3 | 228.5 | 200.0 | 166.4 | 153.4 | 109.4 |
| Net cash flow | 17.2 | 36.4 | (17.2) | 103.7 | (25.3) | 1.7 | 90.4 | (87.8) | (28.5) | (33.6) | (13.0) | (44.0) | (0.0) |
| **Cash before required distributions** | 126.6 | 163.0 | 145.8 | 249.5 | 224.2 | 225.9 | 316.3 | 228.5 | 200.0 | 166.4 | 153.4 | 109.4 | 109.4 |
| Accumulated property tax distributions | (52.0) | (61.7) | (55.6) | (56.2) | (51.8) | (70.5) | (126.5) | (68.4) | (44.5) | (42.9) | (42.9) | (35.3) | (35.3) |
| **Cash net of distributions** | $ 74.6 | $ 101.4 | $ 90.3 | $ 193.3 | $ 172.5 | $ 155.5 | $ 189.8 | $ 160.1 | $ 155.5 | $ 123.5 | $ 110.5 | $ 74.1 | $ 74.1 |
| **Memo:** *(not included in cash flows above)* | | | | | | | | | | | | | |
| Refunding bonds / self insurance escrow | 66.9 | 66.9 | 66.9 | 66.9 | 66.9 | 66.9 | 66.9 | 66.9 | 66.9 | 66.9 | 66.9 | 66.9 | 66.9 |
| Reimbursements owed to other funds | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd |

Privileged and Confidential Settlement Communication in Court Ordered Mediation - Not to be Presented to or Admitted into Evidence in any Action or Proceeding

3 of 16

3/27/2014 8:53 AM
COD-SETT-00471

# City of Detroit
## Monthly Cash Flow Forecast FY 2014
*($ in millions)*

| | Actual Jul-13 | Actual Aug-13 | Actual Sep-13 | Actual Oct-13 | Actual Nov-13 | Actual Dec-13 | Actual Jan-14 | Actual Feb-14 | Forecast Mar-14 | Forecast Apr-14 | Forecast May-14 | Forecast Jun-14 | 8A + 4F FY 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | | |
| Property taxes | $ 32.7 | $ 177.5 | $ 27.5 | $ 14.1 | $ 4.3 | $ 49.4 | $ 126.5 | $ 15.3 | $ 2.5 | $ - | $ - | $ 12.2 | $ 462.0 |
| Income & utility taxes | 25.8 | 21.8 | 21.0 | 25.0 | 15.6 | 23.4 | 25.6 | 25.7 | 23.8 | 28.8 | 23.8 | 23.8 | 284.2 |
| Gaming taxes | 21.2 | 12.7 | 17.5 | 15.6 | 14.5 | 9.7 | 13.5 | 11.7 | 17.2 | 15.4 | 11.9 | 13.2 | 174.1 |
| Municipal service fee to casinos | - | 7.3 | - | - | - | - | - | - | - | - | - | - | 17.0 |
| State revenue sharing | 30.1 | - | 30.5 | - | 32.2 | - | 32.0 | - | 31.6 | - | 31.2 | - | 187.6 |
| Other receipts | 31.8 | 33.7 | 26.5 | 33.2 | 25.1 | 27.9 | 29.0 | 46.1 | 20.0 | 25.2 | 19.7 | 20.0 | 338.2 |
| Financing proceeds | - | - | - | - | - | - | - | - | - | 117.9 | - | - | 117.9 |
| **Total operating receipts** | 141.6 | 252.9 | 123.1 | 87.9 | 95.6 | 114.4 | 228.3 | 98.9 | 95.1 | 187.3 | 86.6 | 69.2 | 1,581.0 |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Payroll, taxes, & deductions | (33.9) | (29.4) | (25.9) | (33.4) | (25.7) | (26.1) | (27.8) | (25.4) | (26.8) | (36.0) | (27.4) | (27.4) | (345.3) |
| Health benefits | (13.8) | (14.5) | (17.5) | (15.2) | (21.0) | (21.1) | (36.8) | - | (14.2) | (12.2) | (10.2) | (7.3) | (183.6) |
| Retirement contributions (actives) | - | - | - | - | - | - | - | - | (7.9) | (7.9) | (7.9) | (7.9) | (31.8) |
| Subsidy payments | (3.3) | (0.1) | (8.7) | (1.8) | (0.1) | (0.2) | (5.9) | (13.7) | (4.4) | (4.4) | (4.4) | (4.4) | (51.3) |
| Distributions - tax authorities | - | (83.2) | (20.7) | (6.8) | (6.8) | (5.0) | (17.6) | (69.2) | (26.1) | (1.6) | - | (2.4) | (239.4) |
| Distributions - UTGO (unsecured) | - | - | - | - | - | - | (6.7) | - | - | - | - | - | (10.8) |
| Distributions - TIFs | (2.6) | (1.1) | (1.3) | (2.1) | (1.0) | (0.4) | (0.5) | (0.3) | (0.3) | (1.9) | (1.0) | (4.1) | (17.0) |
| Income tax refunds | (44.2) | (24.6) | (24.0) | (37.9) | (30.4) | (38.4) | (37.3) | (27.9) | (59.0) | (64.8) | (56.5) | (4.5) | (301.7) |
| A/P and other miscellaneous | (2.3) | (1.8) | (1.0) | (1.0) | (4.5) | (9.2) | (1.9) | (3.6) | (14.1) | (14.1) | (14.4) | (56.5) | (82.2) |
| Professional fees | - | - | - | - | - | - | - | - | - | - | - | (14.1) | |
| Sub-total operating disbursements | (100.2) | (154.7) | (99.2) | (98.2) | (89.4) | (100.5) | (97.8) | (176.9) | (152.8) | (142.9) | (121.8) | (128.6) | (1,463.0) |
| POC and debt related payments | (11.6) | (4.2) | (7.3) | (4.2) | (9.1) | (0.0) | (9.1) | (4.2) | (12.2) | (4.2) | (9.8) | (3.7) | (79.8) |
| Hypothetical creditor note payments (net) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total disbursements** | (111.8) | (159.0) | (106.5) | (102.5) | (98.5) | (100.5) | (107.0) | (181.1) | (165.0) | (147.2) | (131.5) | (132.3) | (1,542.9) |
| **Net cash flow** | 29.8 | 93.9 | 16.6 | (14.6) | (2.9) | 13.9 | 121.3 | (82.2) | (69.8) | 40.2 | (45.0) | (63.1) | 38.1 |
| Cumulative net cash flow | 29.8 | 123.7 | 140.3 | 125.7 | 122.8 | 136.7 | 258.1 | 175.9 | 106.0 | 146.2 | 101.2 | 38.1 | |
| Beginning cash balance | 71.3 | 101.1 | 195.0 | 211.6 | 197.0 | 194.2 | 208.0 | 329.4 | 247.2 | 177.3 | 217.5 | 172.5 | 71.3 |
| Net cash flow | 29.8 | 93.9 | 16.6 | (14.6) | (2.9) | 13.9 | 121.3 | (82.2) | (69.8) | 40.2 | (45.0) | (63.1) | 38.1 |
| Cash before required distributions | 101.1 | 195.0 | 211.6 | 197.0 | 194.2 | 208.0 | 329.4 | 247.2 | 177.3 | 217.5 | 172.5 | 109.4 | 109.4 |
| Accumulated property tax distributions | (56.9) | (85.7) | (83.1) | (86.2) | (82.4) | (115.5) | (189.0) | (131.9) | (50.8) | (49.2) | (49.2) | (35.3) | (35.3) |
| **Cash net of distributions** | $ 44.3 | $ 109.4 | $ 128.5 | $ 110.8 | $ 111.7 | $ 92.6 | $ 140.4 | $ 115.3 | $ 126.5 | $ 168.3 | $ 123.4 | $ 74.1 | $ 74.1 |
| *Memo: (not included in cash flows above)* | | | | | | | | | | | | | |
| Refunding bonds / self insurance escrow | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 |
| Reimbursements owed to other funds | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd | tbd |

Privileged and Confidential: Settlement Communication in Court Ordered Mediation - Not to be Presented to or Admitted into Evidence in any Action or Proceeding
2 of 16
3/27/2014 8:53 AM
COD-SETT-00470
13-53846-tjt    Doc 4049-1    Filed 04/11/14    Entered 04/11/14 20:06:38    Page 3 of 3