UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused Interested Party David Sole's Requests for Production of Documents [docket no. 4049] to be electronically filed with the Clerk of the Court on April 11, 2014, and the Clerk will electronically serve the same to all ECF participants in this case.

    JEROME D. GOLDBERG, PLLC

    By:   */s/ Jerome D. Goldberg*
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Phone: 313-393-6001
    Fax: 313-393-6007
    Email: apclawyer@sbcglobal.net

DATED: April 11, 2014