**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

-------------------------------------------------------x
:      Chapter 9
:
In re                         :
:      Case No. 13-53846
CITY OF DETROIT, MICHIGAN,   :
:
             Debtor.    :      Hon. Steven W. Rhodes
:
:
:
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2014, the foregoing (i) NOTICE OF SUBPOENAS DUCES TECUM TO GOVERNOR RICK SNYDER AND MAYOR MIKE DUGGAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(a)(4); (ii) NOTICE OF SUBPOENAS DUCES TECUM TO THE COUNTIES OF WAYNE, MACOMB AND OAKLAND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(a)(4); and (iii) NOTICE OF SUBPOENAS DUCES TECUM AND AD TESTIFICANDUM TO THE COUNTIES OF WAYNE, MACOMB AND OAKLAND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30 AND 45(a)(4) were filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: April 11, 2014          DENTONS US LLP

                             By:  */s/ Carole Neville*
                             Carole Neville
                             1221 Avenue of the Americas
                             New York New York 10020
                             Tel: (212) 768-6700
                             Fax: (212) 768-6800
                             carole.neville@dentons.com

                             *Attorneys for the Retiree Committee*