UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | : Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : Case No. 13-53846 |
| Debtor. | : Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2014, I caused the *DWSD Discovery Parties' First Set of Joint Interrogatories to Debtor the City of Detroit, Michigan* [Doc. 4040] and the *DWSD Discovery Parties' First Set of Joint Requests for the Production of Documents to Debtor the City of Detroit, Michigan* [Doc. No. 4041] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

Dated: April 14, 2014

Respectfully Submitted,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance Guarantee Corp.*