Form regardother

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE TO DISREGARD PREVIOUS NOTICE OF DEFICIENT PLEADING: ELECTRONIC SIGNATURE DOES NOT MATCH LOGIN

To the Creditors of the above named Debtor(s):

NOTICE IS HEREBY GIVEN that on **April 14, 2014** a Notice of Deficient Pleading was sent in the above entitled case in error. Please disregard this notice.

Dated: 4/14/14

                        BY THE COURT

                        Katherine B. Gullo , Clerk of Court
                        UNITED STATES BANKRUPTCY COURT