## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

------------------------------------------------------------------x
                                                                  :

**In re**                                           : **Chapter 9**
                                                      :

**CITY OF DETROIT, MICHIGAN,**        : **Case No. 13-53846**
                                                      :

                     **Debtor.**               : **Hon. Steven W. Rhodes**
                                                      :

                                                                   :
------------------------------------------------------------------x

## FINANCIAL GUARANTY INSURANCE COMPANY'S JOINDER IN
## THE JOINT MOTION TO AMEND THE SOLICITATION PROCEDURES ORDER

                Financial Guaranty Insurance Company ("**FGIC**"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, hereby joins in the *Joint Motion to Amend the Solicitation Procedures Order* [Docket No. 3954] (the "**Motion**"). In support of this joinder, FGIC adopts and incorporates the arguments in the Motion in their entirety as if fully set forth in this joinder.

WHEREFORE, for the reasons set forth in the Motion, FGIC respectfully

requests that the Court (i) grant the relief requested in the Motion and (ii) grant such other and

further relief as the Court may deem just and proper.

Dated: April 14, 2014
       Houston, Texas

                          /s/ Alfredo R. Pérez
                          Alfredo R. Pérez
                          WEIL, GOTSHAL & MANGES LLP
                          700 Louisiana Street, Suite 1600
                          Houston, TX  77002
                          Telephone: (713) 546-5000
                          Facsimile:  (713) 224-9511
                          Email:  alfredo.perez@weil.com

                          *Attorneys for Financial Guaranty Insurance Company*

2