UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------------x
                                          :
In re                                     : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
                    Debtor.               : Hon. Steven W. Rhodes
                                          :
                                          :
-----------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2014 the *Joinder in The Joint Motion to Amend The Solicitation Procedures Order* was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

Dated: April 14, 2014
       Houston, Texas

                                                               /s/ Alfredo R. Pérez
                                                          Alfredo R. Pérez
                                                          WEIL, GOTSHAL & MANGES LLP
                                                          700 Louisiana Street, Suite 1600
                                                          Houston, TX 77002
                                                          Telephone: (713) 546-5000
                                                          Facsimile: (713) 224-9511
                                                          Email: alfredo.perez@weil.com

                                                          *Attorneys for Financial Guaranty Insurance Company*

US_ACTIVE:\44463543\1\45259.0007