UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                      :

In re                                    : Chapter 9
                                                      :

CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846
                                                      :

                Debtor.        : Hon. Steven W. Rhodes
---------------------------------------------------------x

**CORRECTED RESPONSE OF THE CITY OF DETROIT TO WAYNE COUNTY'S MOTION UNDER 11 U.S.C. § 105(d)(1) FOR A STATUS CONFERENCE ON, AND APPOINTMENT OF A FACILITATIVE MEDIATOR WITH RESPECT TO, ISSUES RELATED TO THE FUTURE OF THE DETROIT WATER AND SEWERAGE DEPARTMENT**

      The City of Detroit (the "City") has participated in good faith in negotiations for the past several months with Wayne County, Oakland County and Macomb County regarding the possibility of creating a regional water/sewer authority. Those negotiations have not proven successful, and the City believes that they have run their course. Nevertheless, if the Court believes that mediation is appropriate, the City will, of course, abide by the Court's order.

1

Dated: April 14, 2014

/s/Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
  AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# Certificate of Service

       I, Heather Lennox, hereby certify that the foregoing *Corrected Response of the City of Detroit to Wayne County's Motion Under 11 U.S.C. § 105(d)(1) for a Status Conference on, and Appointment of a Facilitative Mediator with Respect to, Issues Related to the Future of the Detroit Water and Sewerage Department* was filed and served via the Court's electronic case filing and noticing system on this 14th day of April, 2014.

                            /s/ Heather Lennox