# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

_____/

## <u>CERTIFICATE OF SERVICE</u>

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **<u>Exhibit A</u>**; and via Overnight Mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Debtor's First Set of Interrogatories to EEPK**

- **Debtor's First Requests for Production of Documents to EEPK**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **<u>Exhibit C</u>**; and via Overnight Mail on the service list attached hereto as **<u>Exhibit D</u>**:

- **Debtor's First Set of Interrogatories to FMS**

- **Debtor's First Requests for Production of Documents to FMS**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **<u>Exhibit E</u>**; and via Overnight Mail on the service list attached hereto as **<u>Exhibit F</u>**:

- **Debtor's Interrogatories to the Detroit Retirement Systems**

- **Debtor's Requests for Production of Documents to the Detroit Retirement Systems**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **<u>Exhibit G</u>**; and via Overnight Mail on the service list attached hereto as **<u>Exhibit H</u>**:

- **Debtor's First Set of Interrogatories to the County of Macomb, Michigan**

- **Debtor's First Requests for Production of Documents to the County of Macomb, Michigan**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit I**; and via Overnight Mail on the service list attached hereto as **Exhibit J**:

- **Debtor's First Set of Interrogatories to the County of Oakland, Michigan**

- **Debtor's First Requests for Production of Documents to the County of Oakland, Michigan**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit K**; and via Overnight Mail on the service list attached hereto as **Exhibit L**:

- **Debtor's Interrogatories to the Official Committee of Retirees**

- **Debtor's Requests for Production of Documents to the Official Committee of Retirees**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit M**; and via Overnight Mail on the service list attached hereto as **Exhibit N**:

- **Debtor's First Requests for Production of Documents to the Wilmington Trust Company, National Association**

- **Debtor's First Set of Interrogatories to the Wilmington Trust Company, National Association**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit O**; and via Overnight Mail on the service list attached hereto as **Exhibit P**:

- **Debtor's First Set of Interrogatories to the Dexia Credit Local Holdings, Inc.**

- **Debtor's First Requests for Production of Documents to the Dexia Credit Local Holdings, Inc.**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit Q**; and via Overnight Mail on the service list attached hereto as **Exhibit R**:

- **Debtor's First Set of Interrogatories to Ambac Assurance Corporation**

- **Debtor's Requests for Production of Documents to Ambac Assurance Corporation**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit S**; and via Overnight Mail on the service list attached hereto as **Exhibit T**:

- **Debtor's First Set of Interrogatories to Assured Guaranty Municipal Corp**

- **Debtor's Requests for Production of Documents to Assured Guaranty Municipal Corporation**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit U**; and via Overnight Mail on the service list attached hereto as **Exhibit V**:

- **Debtor's First Set of Interrogatories to Berkshire Hathaway Assurance Corporation**

- **Debtor's Requests for Production of Documents to Berkshire Hathaway Assurance Corporation**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit W**; and via Overnight Mail on the service list attached hereto as **Exhibit X**:

- **Debtor's First Set of Interrogatories to Financial Guaranty Insurance Company**

- **Debtor's Requests for Production of Documents to Financial Guaranty Insurance Company**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit Y**; and via Overnight Mail on the service list attached hereto as **Exhibit Z**:

- **Debtor's First Set of Interrogatories to Syncora**

- **Debtor's Requests for Production of Documents to Syncora**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit AA**; and via Overnight Mail on the service list attached hereto as **Exhibit BB**:

- **Debtor's First Set of Interrogatories to National Public Finance Guarantee Corporation**

- **Debtor's Requests for Production of Documents to National Public Finance Guarantee Corporation**

On April 11, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit CC**; and via Overnight Mail on the service list attached hereto as **Exhibit DD**:

- **Debtor's Interrogatories to American Federation of State, County, and Municipal Employees**

- **Debtor's Requests for Production of Documents to American Federation of State, County, and Municipal Employees**

On or before April 12, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit EE**; and via Overnight Mail on the service list attached hereto as **Exhibit FF**:

- **Debtor's First Set of  Interrogatories to Ad Hoc Committee of DWS Bondholders**

- **Debtor's First Requests for Production of Documents to Ad Hoc Committee of DWS Bondholders**

On or before April 12, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit GG**; and via Overnight Mail on the service list attached hereto as **Exhibit HH**:

- **Debtor's Requests for Production of Documents to American Federation of State, County, and Municipal Employees Local 3308 and Local 917 re Interrogatories**

- **Debtor's Requests for Production of Documents to American Federation of State, County, and Municipal Employees Local 3308 and Local 917**

On or before April 12, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit II**; and via Overnight Mail on the service list attached hereto as **Exhibit JJ**:

- **Debtor's Interrogatories to Deutsche Bank AG, London**

- **Debtor's Requests for Production of Documents to Deutsche Bank AG, London**

On or before April 12, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit KK**; and via Overnight Mail on the service list attached hereto as **Exhibit LL**:

- **Debtor's First Set of  Interrogatories to US Bank**

- **Debtor's First Requests for Production of Documents to US Bank**

On or before April 12, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit MM**; and via Overnight Mail on the service list attached hereto as **Exhibit NN**:

- **Debtor's Interrogatories to the Retired Detroit Police Members Association**

- **Debtor's Requests for Production of Documents to the Retired Detroit Police Members Association**

On or before April 12, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit OO**; and via Overnight Mail on the service list attached hereto as **Exhibit PP**:

- **Debtor's Second Set of Interrogatories to the Detroit Public Safety Unions**

- **Debtor's Second Requests for Production of Documents to the Detroit Public Safety Unions**

On or before April 12, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit MM**; and via Overnight Mail on the service list attached hereto as **Exhibit NN**:

- **Debtor's Interrogatories to the Retiree Association Parties**

- **Debtor's Requests for Production of Documents to the Retiree Association Parties**

On or before April 12, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email on the service list attached hereto as **Exhibit QQ**; and via Overnight Mail on the service list attached hereto as **Exhibit RR**:

- **Debtor's Interrogatories to the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America**

- **Debtor's Requests for Production of Documents to the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America**

Dated: April 14, 2014

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.776.7386

# EXHIBIT A

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Vincent J Marriott | marriott@ballardspahr.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | Ballard Spahr LLP | Matthew G Summers | summersm@ballardspahr.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Jacob & Weingarten, P. C. | Howard S Sher | howard@jacobweingarten.com |

# EXHIBIT B

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Vincent J Marriott | 1735 Market St | Philadelphia | PA | 19103 |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Matthew G Summers | 919 N Market St 11th Fl | Wilmington | DE | 19801 |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Jacob & Weingarten, P. C. | Howard S Sher | 2301 W Big Beaver Rd Ste 777 | Troy | MI | 48084 |

# **EXHIBIT C**

**Exhibit C**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for FMS Wertmanagement Aör | Schiff Hardin LLP | Rick L Frimmer J. Mark Fisher Jeffrey D. Eaton & Matthew W Ott | rfrimmer@schiffhardin.com; mott@schiffhardin.com; jeaton@schiffhardin.com; mfisher@schiffhardin.com |

In re City of Detroit, Michigan
Case No. 13-53846                                Page 1 of 1
13-53846-tjt    Doc 4074    Filed 04/14/14    Entered 04/14/14 19:06:39    Page 11 of 93

# **EXHIBIT D**

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for FMS Wertmanagement Aör | Schiff Hardin LLP | Rick L Frimmer J. Mark Fisher Jeffrey D. Eaton & Matthew W Ott | 233 S Wacker Dr Ste 6600 | Chicago | IL | 60606 |

# EXHIBIT E

**Exhibit E**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Co-counsel to the General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit | Arnold & Porter LLP | Lisa Hill Fenning | lisa.fenning@aporter.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit and  the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | rgordon@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | sdeeby@clarkhill.com |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Evan J Feldman | efeldman@clarkhill.com |
| counsel enters an appearance for The Bank of New York Mellon (successor by operation of law to The Bank of New York), as custodian of the Police and Fire Retirement System of the City of Detroit Fund and as custodian of the General Retirement System of the City of Detroit Fund | Reed Smith LLP | Amy M Tonti | atonti@reedsmith.com |

In re City of Detroit, Michigan
Case No. 13-53846                                    Page 1 of 1
13-53846-tjt    Doc 4074    Filed 04/14/14    Entered 04/14/14 19:06:39    Page 15 of 93

# EXHIBIT F

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Co-counsel to the General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit | Arnold & Porter LLP | Lisa Hill Fenning | 777 S Figueroa St No 4400 | Los Angeles | CA | 90017 |
| Counsel to the Police and Fire Retirement System of the City of Detroit and  the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | 151 S Old Woodward Ave Ste 200 | Birmingham | MI | 48009 |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | 151 S Old Woodward Ave Ste 200 | Birmingham | MI | 48009 |
| Counsel to the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Evan J Feldman | 151 S Old Woodward Ave Ste 200 | Birmingham | MI | 48009 |
| counsel enters an appearance for The Bank of New York Mellon (successor by operation of law to The Bank of New York), as custodian of the Police and Fire Retirement System the City of Detroit Fund and as custodian of the General Retirement System of the City of Detroit Fund | Reed Smith LLP | Amy M Tonti | 225 Fifth Ave | Pittsburgh | PA | 15222 |

In re City of Detroit, Michigan
Case No. 13-53846

# EXHIBIT G

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Attorneys for County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner | Dechert LLP | Allan S Brilliant & Stephen M Wolpert | allan.brilliant@dechert.com; stephen.wolpert@dechert.com |

In re City of Detroit, Michigan
Case No. 13-53846                         Page 1 of 1
13-53846-tjt    Doc 4074    Filed 04/14/14    Entered 04/14/14 19:06:39    Page 19 of 93

# EXHIBIT H

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorneys for County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner | Dechert LLP | Allan S Brilliant & Stephen M Wolpert | 1095 Ave of the Americas | New York | NY | 10036 |

# EXHIBIT I

**Exhibit I**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc.; Counsel for Oakland County | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrosman@carsonfischer.com |

# EXHIBIT J

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc.; Counsel for Oakland County | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | 4111 Andover Rd W 2nd Fl | Bloomfield Hills | MI | 48302-1924 |

# EXHIBIT K

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | wilkins@bwst-law.com; hall@bwst-law.com |
| Counsel for Dentons US LLP and Salans FMC SNR Denton Europe LLP; and Counsel to the Official Retiree Committee | Denton US LLP | Carole Neville | carole.neville@dentons.com |
| Counsel for Official Retiree Committee | Denton US LLP | Sam J Alberts | sam.alberts@dentons.com |
| Counsel for Official Retiree Committee | Salans FMC SNR Denton Europe LLP | Claude Montgomery | claude.montgomery@dentons.com |

# EXHIBIT L

**Exhibit L**
**Served via Overnight Mail**

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | 401 S Old Woodward Ave Ste 400 | Birmingham | MI | 48009 |
| Counsel for Dentons US LLP and Salans FMC SNR Denton Europe LLP; and Counsel to the Official Retiree Committee | Denton US LLP | Carole Neville | 1221 Ave of the Americas | New York | NY | 10020 |
| Counsel for Official Retiree Committee | Denton US LLP | Sam J Alberts | 1301 K St NW Ste 600 East Tower | Washington | DC | 20005-3364 |
| Counsel for Official Retiree Committee | Salans FMC SNR Denton Europe LLP | Claude Montgomery | 620 Fifth Ave | New York | NY | 10020 |

# EXHIBIT M

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Wilmington Trust Company, National Association | Drinker Biddle & Reath LLP | Attn: Kristin K. Going, Esq. | Kristin.Going@dbr.com |
| Counsel to Wilmington Trust Company, National Association | Drinker Biddle & Reath LLP | Attn: Heath D. Rosenblat, Esq. | Heath.Rosenblat@dbr.com |

# EXHIBIT N

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Wilmington Trust Company, National Association | Drinker Biddle & Reath LLP | Attn: Kristin K. Going, Esq. | 1500 K Street, N.W., Suite 1100 | Washington | DC | 20005-1209 |
| Counsel to Wilmington Trust Company, National Association | Drinker Biddle & Reath LLP | Attn: Heath D. Rosenblat, Esq. | 1177 Avenue of the Americas, 41st Floor | New York | NY | 10036-2714 |

# **EXHIBIT O**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | dfish@allardfishpc.com; tgraves@allardfishpc.com |

# **EXHIBIT P**

| Party Description | Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | 2600 Buhl Bldg | 535 Griswold | Detroit | MI | 48226 |

# EXHIBIT Q

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Carol Connor Cohen & Caroline Turner English & Ralph A Taylor Jr & Emily Baver | Carol.Cohen@arentfox.com; caroline.english@arentfox.com; ralph.taylor@arentfox.com; emily.baver@arentfox.com |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | David.Dubrow@arentfox.com |
| Counsel to Ambac Assurance Corporation | Arent Fox, LLP | Attn: David Dubrow, Esq. & Mark A Angelov | david.dubrow@arentfox.com; mark.angelov@arentfox.com; carol.cohen@arentfox.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Daniel J Weiner | dweiner@schaferandweiner.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G Best | bbest@schaferandweiner.com |

# EXHIBIT R

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Carol Connor Cohen & Caroline Turner English & Ralph A Taylor Jr & Emily Baver | 1717 K St NW | Washington | DC | 20036-5342 |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | 1675 Broadway | New York | NY | 10019 |
| Counsel to Ambac Assurance Corporation | Arent Fox, LLP | Attn: David Dubrow, Esq. & Mark A Angelov | 1675 Broadway | New York | NY | 10019 |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Daniel J Weiner | 40950 Woodward Ave Ste 100 | Bloomfield Hills | MI | 48304 |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G Best | 40950 Woodward Ave Ste 100 | Bloomfield Hills | MI | 48304 |

# EXHIBIT S

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer | skhanna@berkre.com |
| Counsel for Assured Guaranty | Chadbourne & Parke LLP | Larry Larose and Sam Kohn | llarose@chadbourne.com ; skohn@chadbourne.com |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman | llarose@winston.com; skohn@winston.com; chardman@winston.com |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Sarah T. Foss | sfoss@winston.com |

# EXHIBIT T

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer | 100 First Stamford Place | Stamford | CT | 06902 |
| Counsel for Assured Guaranty | Chadbourne & Parke LLP | Larry Larose and Sam Kohn | 30 Rockefeller Center | New York | NY | 10122 |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman | 200 Park Avenue | New York | NY | 10166 |
| Counsel to Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Sarah T. Foss | 1111 Louisiana 25th Fl | Houston | TX | 77002-5242 |

# EXHIBIT U

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Berkshire Hathaway Assurance Corporation | Debevoise & Plimpton LLp | My Chi To & M Natasha Labovitz | mcto@debevoise.com<br>nlabovitz@debevoise.com |

In re City of Detroit, Michigan
Case No. 13-53846                                    Page 1 of 1
13-53846-tjt    Doc 4074    Filed 04/14/14    Entered 04/14/14 19:06:39    Page 47 of 93

# EXHIBIT V

**Exhibit V**
**Served via Overnight Mail**

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Berkshire Hathaway Assurance Corporation | Debevoise & Plimpton LLp | My Chi To & M Natasha Labovitz | 919 Third Ave | New York | NY | 10022 |

# EXHIBIT W

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq. | gary.holtzer@weil.com; alfredo.perez@weil.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Alfredo R Perez | alfredo.perez@weil.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Kelly DiBlasi | kelly.diblasi@weil.com |
| Counsel for Financial Guaranty Insurance Company | Williams Williams Rattner & Plunkett PC | Ernest J Essad Jr & Mark R James | ejessad@wwrplaw.com; mrjames@wwrplaw.com |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 4074    Filed 04/14/14    Entered 04/14/14 19:06:39    Page 51 of 93

# EXHIBIT X

**Exhibit X**
**Served via Overnight Mail**

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq. | 767 Fifth Avenue | New York | NY | 10153 |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Alfredo R Perez | 700 Louisiana St Ste 1600 | Houston | TX | 77002 |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Kelly DiBlasi | 767 5th Ave | New York | NY | 10153 |
| Counsel for Financial Guaranty Insurance Company | Williams Williams Rattner & Plunkett PC | Ernest J Essad Jr & Mark R James | 280 N Old Woodward Ave Ste 300 | Birmingham | MI | 48009 |

# EXHIBIT Y

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett Noah J. Ornstein & Stephen C Hackney | james.sprayregen@kirkland.com; ryan.bennett@kirkland.com; stephen.hackney@kirkland.com; noah.ornstein@kirkland.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc and Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Stephen M Gross | sgross@mcdonaldhopkins.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | jgadharf@mcdonaldhopkins.com |
| Counsel for Syncora Guarantee Inc | Susheel Kirpalani Quinn Emanuel Urquhart & Sullivan, LLP | | susheelkirpalani@quinnemanuel.com |

# EXHIBIT Z

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett Noah J. Ornstein & Stephen C Hackney | 300 North LaSalle | Chicago | IL | 60654 |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc and Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Stephen M Gross | 39533 Woodward Ave Ste 318 | Bloomfield Hills | MI | 48304 |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | 39533 Woodward Ave Ste 318 | Bloomfield Hills | MI | 48304 |
| Counsel for Syncora Guarantee Inc | Susheel Kirpalani Quinn Emanuel Urquhart & Sullivan, LLP | | 51 Madison Ave 22nd Fl | New York | NY | 10010 |

# **EXHIBIT AA**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Eric D Novetsky | enovetsky@jaffelaw.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Paul R Hage | phage@jaffelaw.com |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Louis P Rochkind | lrochkind@jaffelaw.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey Bjork, Esq. & Eric D. Tashman, Esq. | etashman@sidley.com; jbjork@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Guy S Neal | gneal@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Jeffrey E Bjork | jbjork@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn James F Bendernagel | jbendernagel@sidley.com |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Peter L Canzano | pcanzano@sidley.com |

# **EXHIBIT BB**

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Eric D Novetsky | 27777 Frankling Rd Ste 2500 | Southfield | MI | 48034 |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Paul R Hage | 27777 Frankling Rd Ste 2500 | Southfield | MI | 48034 |
| Counsel to National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Louis P Rochkind | 27777 Frankling Rd Ste 2500 | Southfield | MI | 48034 |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey Bjork, Esq. & Eric D. Tashman, Esq. | 555 West Fifth Street | Los Angeles | CA | 90013 |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | 1501 K Street, N.W. | Washington | DC | 20005 |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Guy S Neal | 1501 K St NW | Washington | DC | 20005 |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Jeffrey E Bjork | 555 W Fifth St | Los Angeles | CA | 90013 |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn James F Bendernagel | 1501 K St NW | Washington | DC | 20005 |
| Counsel to National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Peter L Canzano | 1501 K St NW | Washington | DC | 20005 |

# **EXHIBIT CC**

**Exhibit CC**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub-Chapter 98 of the American Federation of State, County & Municipal Employees, AFL-CIO | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L Levine & Phillip J Gross | slevine@lowenstein.com; pgross@lowenstein.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | jcanzano@michworklaw.com |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | hsanders@miafscme.org |

# **EXHIBIT DD**

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub-Chapter 98 of the American Federation of State, County & Municipal Employees, AFL-CIO | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | 1101 17th Street NW, Suite 900 | Washington | DC | 20036 |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L Levine & Phillip J Gross | 65 Livingston Ave | Roseland | NJ | 07068 |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | 400 Galleria Officentre Ste 117 | Southfield | MI | 48034 |
| Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | 615 Griswold St Ste 913 | Detroit | MI | 48226 |

# **EXHIBIT EE**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | dfish@allardfishpc.com; tgraves@allardfishpc.com |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Andrew J Gerdes PLC | Andrew J Gerdes | agerdes@gerdesplc.com |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc.; Counsel for Oakland County | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | jfischer@carsonfischer.com; rweisberg@carsonfischer.com; cgrosman@carsonfischer.com |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Att Amy Caton | acaton@kramerlevin.com |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | wwkannel@mintz.com; awalker@mintz.com |
| Proposed Counsel for Committee of Unsecured Creditors; local counsel to Nuveen Asset Management ("Nuveen") and Blackrock Financial Management, Inc. ("Blackrock") | Steinberg Shapiro & Clark | Mark H Shapiro & Geoffrey T. Pavlic | shapiro@steinbergshapiro.com; pavlic@steinbergshapiro.com |

# **EXHIBIT FF**

| Party Description | Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | 2600 Buhl Bldg | 535 Griswold | Detroit | MI | 48226 |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Andrew J Gerdes PLC | Andrew J Gerdes | 321 W Lake Lansing Rd | PO Box 4190 | East Landing | MI | 48826-4190 |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc.; Counsel for Oakland County | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | 4111 Andover Rd W 2nd Fl | | Bloomfield Hills | MI | 48302-1924 |
| Counsel for Nuveen Asset Managemnt and BlackRock Financial Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Att Amy Caton | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Counsel to Fidelity Management & Research Company and Eaton Vance Management | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | One Financial Center | | Boston | MA | 02111 |
| Proposed Counsel for Committee of Unsecured Creditors; local counsel to Nuveen Asset Management ("Nuveen") and Blackrock Financial Management, Inc. ("Blackrock") | Steinberg Shapiro & Clark | Mark H Shapiro & Geoffrey T. Pavlic | 25925 Telegraph Road., Suite 203 | | Southfield | MI | 48033 |

# **EXHIBIT GG**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Attorney for AFSCME Local 3308 and Local 917 | STEINBERG SHAPIRO & CLARK | Tracy Clark | clark@steinbergshapiro.com |

# EXHIBIT HH

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorney for AFSCME Local 3308 and Local 917 | STEINBERG SHAPIRO & CLARK | Tracy Clark | 25925 Telegraph Road, Suite 203 | Southfield | MI | 48033 |

# **EXHIBIT II**

**Exhibit II**
**Served via Email**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Deutsche Bank Securities Inc; Deutsche Bank AG, London | Katten Muchin Rosenman LLP | Kenneth E Noble & John J. Ramirez, | kenneth.noble@kattenlaw.com; john.ramirez@kattenlaw.com |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Karen B Dine & Kevin M Baum | karen.dine@kattenlaw.com; |

# EXHIBIT JJ

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Deutsche Bank Securities Inc; Deutsche Bank AG, London | Katten Muchin Rosenman LLP | Kenneth E Noble & John J. Ramirez, | 575 Madison Ave | New York | NY | 10022-2585 |
| Counsel for Deutsche Bank Securities Inc | Katten Muchin Rosenman LLP | Karen B Dine & Kevin M Baum | 575 Madison Ave | New York | NY | 10022-2585 |

# **EXHIBIT KK**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Bodman PLC | Attn: Barbara A. Bowman, Esq. | bbowman@bodmanlaw.com |
| Local Counsel for U.S. Bank National Association | Bodman PLC | Robert J Diehl Jr | rdiehl@bodmanlaw.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | Abby.wilkinson@FaegreBD.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | jkamins@fosterswift.com |
| Counsel to U.S. Bank NA | Foster Swift Collins & Smith PC | Dirk H Beckwith | dbeckwith@fosterswift.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | McDermott Will & Emery LLP | Attn: William P. Smith, Esq. | wsmith@mwe.com |
| Counsel for U.S. Bank National Association | McDermott Will & Emery LLP | William P Smith & Nathan F Coco | wsmith@mwe.com; ncoco@mwe.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Attn: David E. Lemke, Esq. & Courtney Rogers | david.lemke@wallerlaw.com; courtney.rogers@wallerlaw.com |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Michael R Paslay Ryan K Cochran | Mike.Paslay@wallerlaw.com; Ryan.Cochran@wallerlaw.com |

# EXHIBIT LL

Exhibit LL
Served via Overnight Mail

| Party Description | Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Bodman PLC | Attn: Barbara A. Bowman, Esq. | 201 West Big Beaver Road, Suite 500 | | Troy | MI | 48084 |
| Local Counsel for U.S. Bank National Association | Bodman PLC | Robert J Diehl Jr | 1901 St Antoine St | 6th Fl at Ford Field | Detroit | MI | 48226 |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis | MN | 55402-3901 |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | 32300 Northwestern Hwy., Suite 230 | | Farmington Hills | MI | 48334 |
| Counsel to U.S. Bank NA | Foster Swift Collins & Smith PC | Dirk H Beckwith | 32300 Northwestern Hwy Ste 230 | | Farmington Hills | MI | 48334-1571 |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | McDermott Will & Emery LLP | Attn: William P. Smith, Esq. | 227 West Monroe Street | | Chicago | IL | 60606 |
| Counsel for U.S. Bank National Association | McDermott Will & Emery LLP | William P Smith & Nathan F Coco | 227 W Monroe St Ste 4700 | | Chicago | IL | 60606 |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Attn: David E. Lemke, Esq. & Courtney Rogers | 511 Union Street, Suite 2700 | | Nashville | TN | 37219 |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Michael R Paslay Ryan K Cochran | 511 Union St Ste 2700 | | Nashville | TN | 37219 |

# **EXHIBIT MM**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to the Retired Detroit Police Members Association | James S Fields | | jeansartre@msn.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Shirley V Lightsey; and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | rplecha@lippittokeefe.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees Association; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | bokeefe@lippittokeefe.com |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | morris@silvermanmorris.com; avery@silvermanmorris.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | lbrimer@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mtaunt@stroblpc.com |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | mfield@stroblpc.com |

# EXHIBIT NN

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to the Retired Detroit Police Members Association | James S Fields | | 555 Brush Ste 2409 | Detroit | MI | 48226 |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Shirley V Lightsey; and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | 370 E Maple Rd 3rd Fl | Birmingham | MI | 48009 |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees Association; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | 370 E Maple Rd 3rd Fl | Birmingham | MI | 48009 |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | 30500 Northwestern Hwy Ste 200 | Farmington Hills | MI | 48334 |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |
| Counsel to the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | 300 E Long Lake Rd Ste 200 | Bloomfield Hills | MI | 48304 |

# **EXHIBIT OO**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman & Julie Beth Teicher | eerman@ermanteicher.com; jteicher@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344,; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | czucker@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | bpatek@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | deisenberg@ermanteicher.com |

# **EXHIBIT PP**

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman & Julie Beth Teicher | 400 Galleria Officentre Ste 444 | Southfield | MI | 48034 |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | 400 Galleria Officentre Ste 444 | Southfield | MI | 48034 |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | 400 Galleria Officentre Ste 444 | Southfield | MI | 48034 |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | 400 Galleria Officentre Ste 444 | Southfield | MI | 48034 |

# **EXHIBIT QQ**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A Ceccotti Thomas N. Ciantra & Peter D. DeChiara | bceccotti@cwsny.com; pdechiara@cwsny.com; tciantra@cwsny.com |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | mnicholson@uaw.net; nganatra@uaw.net |

# EXHIBIT RR

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A Ceccotti Thomas N. Ciantra & Peter D. DeChiara | 330 W 42nd St | New York | NY | 10036 |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | 8000 E Jefferson Ave | Detroit | MI | 48214 |