# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### TRANSCRIPT ORDER FORM

111 First Street  
Bay City, MI 48708

211 W. Fort Street  
17th Floor  
Detroit, MI 48226

226 W. Second Street  
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name: Scott M. Watson

Firm: Warner Norcross & Judd LLP

Address: 111 Lyon Street, NW

City, State, Zip: Grand Rapids, MI 49503

Phone: 616-752-2465

Email: swatson@wnj.com

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy   ◯ Adversary

◯ Appeal   Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 04/11/2014   Time of Hearing: 10:00 am   Title of Hearing: Bench Opinion re Motion to Approve Compromise

Please specify portion of hearing requested:  ⦿ Original/Unredacted   ◯ Redacted   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

---

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

⦿ Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____   _____  
Date    By

Order Received:

Transcript Ordered:

Transcript Received:

**Signature of Ordering Party:**

*[signature]* Date: April 14, 2014

By signing, I certify that I will pay all charges upon completion of the transcript request.