UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit,  
       Debtor

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

_____/

## NOTICE OF AMENDED MOTION TO PARTICIPATE IN ANY NEGOTIATIONS

Creditor Dennis Taubitz has filed papers with the court a Motion to Participate in Any Negotiations.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion to Participate in Any Negotiations, or if you want the court to consider your views on the Motion to Participate in Any Negotiations, then on or before the date and time set by this court, you or your attorney must:

File with the court a written request for a hearing {or if the court requires a written response, an answer explaining your position} at:

    Attn: Bankruptcy Court Clerk  
    United States Bankruptcy Court  
    Eastern District of Michigan  
    211 West Fort Street  
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

    Dennis Taubitz  
    3051 Lindenwood Drive  
    Dearborn, MI 48120

    Heather Lennox  
    Bruce Bennett  
    Jones Day  
    555 South Flower Street -- Fiftieth Floor  
    Los Angeles, CA 90071



1

Sam J. Alberts
Dentons US LLP
1301 K Street NW
Suite 600 East Tower
Washington DC 20005

Attend the hearing scheduled to be held on the date and time and Courtroom set by this court, United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort Street, Detroit, MI 48226.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: April 14, 2014             Signature: Dennis Taubitz
                                 Name: Dennis Taubitz
                                 Address: 3051 Lindenwood Drive, Dearborn, MI 48120