UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## PROOF OF SERVICE

I hereby certify that on April 14, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Amended Motion to Participate in any Negotiation
Notice of Amended Motion to Participate in any Negotiation
Order Granting Creditor Dennis Taubitz Motion to Participate in any Negotiation

2. Served upon [name and address of each person served]:

Heather Lennot
Bruce Bennett
Jones Day
555 South Flower St
Fifteeth Floor
Los Angeles, CA
90071

Sam J. Alberts
Dentons US LLP
1301 K Street NW
Suite 600 East Tower
Washington DC
20005

3. By First Class Mail.

Dated: April 14, 2014

(Signature of Debtor) Creditor
Print Name: Dennis Taubitz

(Signature of Co-Debtor)
Print Name: _____

13-53846-tjt    Doc 4079    Filed 04/14/14    Entered 04/15/14 08:55:25    Page 1 of 1