CASE NO. 13-53846
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

2014 APR 15 A 10: 41

In Re: CITY OF DETROIT, MICHIGAN,   Chapter 9 Debtor
                    Debtor,   U.S. BANKRUPTCY COURT Case No. 13-53846
                                      E.D. MICHIGAN-DETROIT

vs.   Hon. Steven W. Rhodes

JEFFREY SANDERS(IFP - Pro se), ........Creditor
Jeffrey Sanders (IFP – Pro se)
16599 Hubbell Street
Detroit, Michigan 48235-4030   ,

## CERTIFICATE OF SERVICE

I, JEFFREY SANDERS, Hereby certify that on April 15, 2014, I authored this Certificate Of Service attend(ant)ing Notice Of Appeal', executed to the USBC-E.D. Mich. Clerk's Office situated at 211 West Fort Street in Detroit, Michigan 48226, and served a true copy of same upon Appellee / City Of Detroit, Michigan, herein, by 1st Class Postage-Paid U.S. Mail, sealed as addressed to:

(A) c/o Melvin Butch Hollowell, Esq., et al.   **AND**   (B) c/o Jonathan S. Green (P33140), et al.
     City Of Detroit Corporation Counsels             (Local Attorneys For The City Of Detroit)
     City Of Detroit Law Department                      Miller, Canfield, Paddock And Stone, P.L.C.
     2 Woodward Avenue, Suite 500                       150 West Jefferson Avenue, Suite 2500
     Detroit, Michigan 48226-                                 Detroit, Michigan 48226-

placed in a U.S. Post Office Mail Depository in Detroit, Michigan, **thus,** abruptly acceding **incumbent-Judicature REDRESS, overdue,** conforming to the [City Of Detroit, Mich.]'s inherently - outstanding and unadjudicated – unerring "Elective - Option (c)" as appearing – discern(ed)ing – verified of records Filed on 10/03/2007 thru 07/24/2009(Dkt. #1-2, 5-40, 54-67, 68) in E.D. Mich. Case No. 07-14206 em- bodying - incorporat(ed)ion of E.D. Mich. Case No. 13-53846, heretofore, **EXACT(ED)LY.**

Authored 04/15/2014 as 28 U.S.C. s354(b)(2)(B) - s2101(b), By:/s/ _____
Subscribed and sworn to before                              JEFFREY SANDERS(IFP-Pro se)
me this 15th day of April, 2014.                                  16599 HUBBELL STREET
(Notary) _____                                                 DETROIT, MICH. 48235-4030
My Commission Expires: 03/24/20__