# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:                                                      Case No. 13-53846
City of Detroit, Michigan                           Chapter 9
                    Debtor(s).                              Hon. Steven W. Rhodes
_____/

Jeffrey Sanders
                    Appellant,
     v.

City of Detroit, Michigan

                    Appellee.
_____/

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING NOTICE OF APPEAL

       I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☐ | Appellee's Designation of Record |
| ☐ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☒ | Other: Briefs | | |

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☒ The Appellant has not paid the filing fee.

.

Dated: April 15, 2014                          Clerk, United States Bankruptcy Court

                                                              By: /s/ Kristel Trionfi
                                                                      Deputy Clerk