In re: CITY OF DETROIT, MICHIGAN,

                    Debtor,         /

Jonathan S. Green, Esq., et al.
Miller,....& Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226-

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## 'NOTICE OF APPEAL'

[Creditor] JEFFREY SANDERS, kccllc.net/detroit Claims Register as No. 161, Hereby, Appeals' the Court's 03/11/2014 ORDER Denying 'Creditor's Emergency Motion For Incumbent Judgement And Relief (Dkt.#2995)', to the USDC-E.D. Mich. Case No. 07-14206 thru E.D. Mich. Case No. 13-53846 Judicatures', per 11 U.S.C. s362(b)(1) concern 18 U.S.C. s241; 28 U.S.C. s158(a)(1)-(c)(2) - s1915(d) and 42 U.S.C. s1983 plus FR Civ. Proc. 54 to E.D. Mich. LR 58.1(a)-(d) incontrovertible "Mandates", thus, "Exacting - Expecting" incontroverted - overdue - unerring "REDRESS' - RELIEF" from this Court's absolute - collusive; explicit - unequivocal '11 U.S.C. s362(b)(1) - 18 U.S.C. s241 to 28 U.S.C. s1915(d) w/ 42 U.S.C. s1983 "Offensives"' violati(ng)ve of [Creditor]'s U.S. Const. Amendment I, IV, V - XIV "due process - equal protection of laws" Protections' ascertan(able)ing - discern(ible)ing legal rule acceded - verified in Payton v New York, 445 U.S. 573, n[1] 576(1980) - Kaupp v Texas, 538 U.S. 626, n[3] 630(2003); Cherringto v Skeeter, 344 F3d 631, n[9] 643(6-2003) - Parsons v City Of Pontiac, 533 F3d 492, n[1]-[16] 500-504(6-2008)(cert. den.) inciting/subject to Stanton v Sims, 571 U.S. ___(Per Curiam), Opinion Page 3(Dated 11/04/2013)(cit. omit.), in ultimately - unwarranted delay / disposition of [Appellant - Creditor]'s inescapable - overdue - unerring 'Declaratory Judgement Award w/ Recovery Of $7,960,000.00' as [City Of Detroit, MI.]'s acceded - warranted 'Elective-Option (c)(Doc.#54-68)'.

Respectfully Authored - Served On March 14, 2014, By:/s/ Jeffrey Sanders
Subscribed and sworn to before me
on the 14th day of March, 2014.
(Notary) [signature]
My Commission Expires:

JEFFREY SANDERS (In Pro Per)
16599 HUBBELL STREET
DETROIT, MICHIGAN 48235-4030

MATTY JENG
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Nov. 4, 2018
Acting in the County of Wayne

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,
    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

### Order Denying "Creditor's Emergency Motion for Incumbent Judgement and Relief" (Dkt. #2994)

Jeffrey Sanders has filed an "Emergency Motion for Incumbent Judgement and Relief." (Dkt. #2994). This motion is frivolous. Accordingly, it is denied.

Signed on March 11, 2014

        /s/ Steven Rhodes
        Steven Rhodes
        United States Bankruptcy Judge

CASE NO. 13-53846 FILED
In The
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

2014 MAR 10 AM 11:50

In re: **CITY OF DETROIT, MICHIGAN,**  U.S. BANKRUPTCY COURT  Chapter 9
"As 18 USC s1001 kccllc.net/detroit/  E.D. MICHIGAN-DETROIT  Case No. 13-53846
**Claims Register / Report No.161.**"  Hon. Steven W. Rhodes

Debtor,

CREDITOR'S EMERGENCY MOTION FOR INCUMBENT JUDGEMENT AND RELIEF

[Creditor] JEFFREY SANDERS, Hereby, MOVES the Court to abruptly accede - authorize 'Entry - Execution of Judgement Relief ow(ed)ing [Creditor] undersigned per U.S. Const. Article III - 11 U.S.C. s362(b)(1) "acced(ant)ing 18 U.S.C. s241 - 42 U.S.C. s1983 Claims" advanced - conceded - exacted - verified in USDC-E.D. Mich. Case No. 07-14206 incorporating USBC-E.D. Mich. Case No. 13-53846' heretofore, as conforming to [Debtor]'s incontrovertible - ow(ed)ing - unerring "Elective-Option (c)" discern(ed)ing verified' Record Filed from 10/03/2007 thru 04/13/2009 to 06/15/2009 thru 07/24/2009 (Doc.1-2, 5-40, 47, 49, 54, 57-58, 64-67, 68) heretofore. See 11 U.S.C. s362(b)(1) - 28 U.S.C. s1915(d)

This 'Motion' accedes Judicial acclaimed ascertainments - determination - incumbent redress from the Court's abusive - unwarrant(abl)ed '11 U.S.C. s362(b)(1) and 18 U.S.C. s241 – 28 U.S.C. s1915(d) Offen(ding)sives' unduly violative of [Creditor]'s U.S. Const. Amendment I, IV, V-XIV Protections per U.S. Const. Article III - 11 U.S.C. s362(b)(1) plus 18 U.S.C. s241 thru 42 U.S.C. s1983 acced(ant)ing Payton v New York, 445 U.S. 573, n[1] 576(1980) - Stanton v Sims, 571 U.S. ___(Per Curiam), Opinion Page 3(cit. omit.)(Dec.11/04/2013) and FRCiv.P 54 - E.D. Mich. LR 58.1(a)-(d) inherent "Mandates".

Respectfully Authored – Served On March 10, 2014, By:/s/ [signature]
JEFFREY SANDERS, Pro Per
Subscribed and sworn to before me  16599 HUBBELL STREET
on the 10 th day of March, in 2014.  DETROIT, MICH. 48235
(Notary) Allison McMath
My Commission Expires:

ALLISON MCMATH
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Dec. 18, 2019
Acting in the County of Wayne

In re: CITY OF DETROIT, MICHIGAN,

Case No.: 13-53846

Debtor.

_____/

JEFFREY SANDERS,

Adv. No.:

Appellant,

v.

CITY OF DETROIT, MI., et al.,

Appellee.

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| ✓ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ✓ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: 03/14/2014           Name: JEFFREY SANDERS

| Name and Address of Interested Parties |
|---|

Ⓐ JEFFREY SANDERS (IFP-Pro se)
16599 HUBBELL ST.
DETROIT, MICHIGAN 48235-4030

Ⓑ JONATHAN S. GREEN, Esq., et al.
MILLER, ... & STONE, P.L.C.
150 WEST JEFFERSON, SUITE 2500
DETROIT, MICHIGAN 48226 -

Ⓒ CITY OF DETROIT CORPORATION COUNSEL
CITY OF DETROIT LAW DEPARTMENT
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226 -