UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　Chapter 9
City of Detroit, Michigan,　　　　　　　　　　　　　Case No. 13-53846
　　　Debtor.　　　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes
_____/

**Order Denying "Creditor's Emergency Motion for
Incumbent Judgement and Relief" (Dkt. #2994)**

　　　Jeffrey Sanders has filed an "Emergency Motion for Incumbent Judgement and Relief."

(Dkt. #2994). This motion is frivolous. Accordingly, it is denied.

　　　　　　　　　　　　　　　　　　　　　　.

**Signed on March 11, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　／s/ Steven Rhodes
　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**