CASE NO. 13-53846
In The
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

In Re: CITY OF DETROIT(POLICE DEPT., et al.), MICHIGAN,　　　**Chapter 9**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 13-53846**
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　／　　　**Hon. Steven W. Rhodes**

## NOTICE OF DESIGNATED ITEMS IN RECORD ON APPEAL

[Appellant] JEFFREY SANDERS, Hereby, Certif(y)ies [This] **'designation'** of items to be included in record on appeal, herein, absolute - ascertain(able)ing unerring issue as '**Abusive - collusive - undue 'Judic(ature)ial oversights'** violati(ng)ve of [Appellant]'s U.S. Const. Amendment(s) I, IV, and V-XIV Accorded Protections' attendant '**11 U.S.C. s362(b)(1)**' as **18 U.S.C. s241 - 28 U.S.C. s1915(d) and 28 U.S.C. s2108 - s2111; 42 U.S.C. s1983** w/ **FRCiv. Proc. 54 - E.D. Mich. LR 58.1(a)-(d) "Mandates"** per Payton v New York, **445 U.S. 573, n[1] 576(1980)** - Kaupp v Texas, 538 U.S. 626, n[3] 630(2003); Cherrington v Skeeter, **344 F3d 631, n[9] 643(6-2003)** - Parsons v City Of Pontiac, **533 F3d 492, n[1]-[16] 500-04(6-2008)**(cert. den.); Stanton v Sims, 571 U.S.__(Per Curiam) Opinion Page 3(11/04/2013):

**A.** E.D. Mich. Case No. 07-14206 IFP - Pro se Complaint w/ Exhibits **Filed** 10/03/2007;

**B.** E.D. Mich. Case No. 07-14206 '28 U.S.C. s1915(e) - s1915A' Orders **Filed** 11/27/2007;

**C.** E.D. Mich. Case No. 07-14206 Defendants' Answer To Complaint **Filed** 12/27/2007;

**D.** E.D. Mich. Case No. 07-14206 [Appellant]'s Affidavits - Pleadings **Filed** 04/13/2009 - 07/24/2009;

**E.** E.D. Mich. Case No. 07-14206 '**18 U.S.C. s241 Errs**' **Filed** 08/15/2008 - 02/09/2009(Dkt.25 - 41);

**F.** E.D. Mich. Case No. 07-14206 '**18 U.S.C. s241 Err**' Mediation Order(Dkt.48) **Filed** 03/09-18/2009 - 03/11/2014 "**11 U.S.C. 362(a) 'Deferences'**" violative of 11 U.S.C. s362(b)(1) - 28 U.S.C. s1915(d).

Authored Per U.S. Bankruptcy Rule 8006, By: /s/ _Jeffrey Sanders_  03/19/2014

Subscribed and sworn to before me　　　　　　　　　　　JEFFREY SANDERS (IFP - Pro se)
on this 19ᵗʰ day of March, 2014.　　　　　　　　　　　　16599 HUBBELL STREET
(Notary) _Joye R Nicholson_　　　　　　　　　　　　　　DETROIT, MICHIGAN 48235-4030
My Commission Expires: 07/09/2020

JOYE R NICHOLSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires July 09, 2020