CASE NO. 13-53846

In The

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

In Re: CITY OF DETROIT(Police Dept., et al.), MICHIGAN/...Chapter 9 Debtor - Appellees.
City Of Detroit Corporation Counsel
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226-

Case No. 13-53846
Honorable Steven W. Rhodes

vs.

JEFFREY SANDERS (IFP – Pro se)/............................................Creditor – Appellant.
Jeffrey Sanders (Creditor In Pro Per)
16599 Hubbell Street
Detroit, Michigan 48235-4030

## APPELLANT'S BRIEF ON APPEAL

Appellant JEFFREY SANDERS, in **11 U.S.C. s362(b)(1)** - **18 U.S.C. s241**; 28 U.S.C. s158 - s1361, s1915(d) **and 42 U.S.C. s1983** "Claims" ascendant record duly "Filed" from 10/03/2007 - 07/24/2009 **heretofore,** in USDC-E.D. Mich. Case No. 07-14206 thru E.D. Mich. Case No. 13-53846, PRESENTS the Court's abusive - collusive - inherent - deferential "**ERR(OR)S**" ow(ed)ing factitious / unwarranted invocation - misappropriation of "**28 U.S.C. s1915(e) - s1915A ; 11 U.S.C. s362(a)**", inter alia., unduly displacing [Appellant's] U.S. Constitution(al) concerned - overdue - unerring "**Judgement And Relief**" according/conforming to the [City Of Detroit, MI.]'s ascendant - authorized "**Elective-Option (e)**" discern(ing)ment in **Affidavits'** Filed on 04/13/2009 thru 06/15/2009 to 07/24/2009(Dkt.1-2, 5-40, 54-68), **ABSENT** bonafide / verified '**contest - dispute - refute**' in fact nor law; **Notwithstanding** the **Court's** accrued - **collusive** - illicit - **defiance** discerning "**18 U.S.C. s241 - 28 U.S.C. s1915(d) OFFENSIVE**" 03/09/2009 Mediation Reference Order(Dkt.48) at APPENDIX Y(attached) - 11 U.S.C. s362(a). **Thus,** abrupt / incumbent "**Mandate**" addressing - executing - sanctioning "**Relief**" owing [City Of Detroit]'s unerring "**Elective-Option (e)**(at Dkt.#1-2, 5-40, 54-67, 68)" to date, duly **Exacting! 28 U.S.C. s2108.**

Authored – Served On March 24, 2014, By: /s/ _Jeffrey Sanders_
Subscribed and sworn to before
me this 24 day of March, 2014.
(Notary) _Matty Jeng_
NOTARY PUBLIC - STATE OF MICHIGAN
My Commission Expires COUNTY OF MACOMB
My Commission Expires Nov. 4, 2018
Acting in the County of Wayne

JEFFREY SANDERS (IFP – Pro se)
16599 HUBBELL STREET
DETROIT, MICHIGAN 48235-4030