# **EXHIBIT 1**

(Form of Proposed Order)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## ORDER GRANTING *EX PARTE* MOTION TO ADJOURN DISCLOSURE STATEMENT HEARING AND EXTEND PLAN CONFIRMATION SCHEDULE

This matter having come before the Court on the *ex parte* motion of Syncora filed on April 15, 2014 (the "Motion"),[1] for the entry of an order (this "Order") adjourning the Disclosure Statement hearing until the date that is 14 days from the date the City files the Second Amended Disclosure Statement and extending the plan confirmation schedule accordingly; the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Disclosure Statement hearing is adjourned until the date that is 14 days from the date the City files the Second Amended Disclosure Statement.

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Motion.

3. The future dates in the Third Amended Scheduling Order are each extended by 14 days.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____

STEVEN W. RHODES
United States Bankruptcy Judge