# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Ryan Blaine Bennett, hereby certify the *Ex Parte* Emergency Motion to Adjourn Disclosure Statement Hearing and Extend Plan Confirmation Schedule [Docket No. 4091], was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter and via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, and via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 15th day of April, 2014.

Dated: April 15, 2014		Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

| | |
|---|---|
| **Exhibit 1** Electronic Mail Service List ||
| Abby.wilkinson@FaegreBD.com | jharrison@uwua.net |
| acaton@kramerlevin.com | jhb_ecf@osbig.com |
| afscme207@sbcglobal.net | jkamins@fosterswift.com |
| afscmelocal1023@att.net | brettmiller@mofo.com |
| deliaenright@hotmail.com | john.dillman@lgbs.com |
| afscmelocal229@ymail.com | john.sieger@kattenlaw.com |
| agarrett@miafscme.org | jsgroi@honigman.com |
| agarrett@miafscme.org | lmarinuzzi@mofo.com |
| agerdes@gerdesplc.com | jturner@clarkhill.com |
| alfredo.perez@weil.com | julia.caroff@usdoj.gov |
| anurses@att.net | jweiner@mcdonaldhopkins.com |
| aoreilly@honigman.com | karen.dine@kattenlaw.com |
| apclawyer@sbcglobal.net | kelly.diblasi@weil.com |
| arlene.kirby@yahoo.com | ken.higman@hp.com |
| aross@dwsd.org | kenneth.noble@kattenlaw.com |
| aroth@bredhoff.com | jfreund@bredhoff.com |
| dgreenfield@bredhoff.com | Kim.robinson@bfkn.com |
| Artp1@degc.org; gwlong@degc.org; navin@degc.org; | KingR@detroitmi.gov |
| atulocal26pba@aol.com | KingY687@detroitmi.gov |
| ayala.hassell@hp.com | kmiller@skjlaw.com |
| ayoung586@comcast.net | kovskyd@pepperlaw.com |
| bankruptcy@markowitzlegal.com | kressk@pepperlaw.com |
| Bankruptcy2@ironmountain.com | kschneider@schneidermiller.com |
| bbennett@jonesday.com | Ksummers@dflaw.com |
| bberens@jonesday.com | kthornbladh@gmail.com |
| bbest@schaferandweiner.com | langstony@gmail.com |
| bborder@sspclegal.com | laplante@millercanfield.com |
| bbowman@bodmanlaw.com | lawrence.bell@usbank.com |
| bceccotti@cwsny.com pdechiara@cwsny.com | lazonia.clark@chasepaymentech.com |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| tciantra@cwsny.com | |
| BellM1@michigan.gov | lbrimer@stroblpc.com |
| bfagan@dibandfagan.com | lisa.fenning@aporter.com |
| billwertheimer@gmail.com chardman@winston.com | llarose@chadbourne.com skohn@chadbourne.com |
| bjdelta55@gmail.com | llarose@winston.com |
| skohn@winston.com | skohn@winston.com |
| bkott@lewismunday.com | local2920@sbcglobal.net |
| BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org | lrochkind@jaffelaw.com |
| bokeefe@lippittokeefe.com | m.neil@sbcglobal.net |
| bpatek@ermanteicher.com | emily.baver@arentfox.com |
| atonti@reedsmith.com | mcto@debevoise.com |
| BrooR@detroitmi.gov | marcicampbel@gmail.com |
| btrumbauer@bodmanlaw.com | Maria.D.Giannirakis@usdoj.gov |
| canderson@dwsd.org | mark.ellenberg@cwt.com |
| Lary.Stromfeld@cwt.com | caroline.english@arentfox.com |
| carole.neville@dentons.com | marriott@ballardspahr.com |
| cash@wnj.com | mcqueen@dwsd.org |
| cbullock@sbplclaw.com | ecrowder@sbplclaw.com |
| nlabovitz@debevoise.com | Jason.Jurgens@cwt.com |
| ck445polc@yahoo.com | mdordeski@foleymansfield.com |
| claude.montgomery@dentons.com | melanie.kotler@nortonrosefulbright.com |
| clrncsndrs@yahoo.com | melissa@demolaw.com |
| cobbm@detroitmi.gov | mfield@stroblpc.com |
| conlitpc@sbcglobal.net | miag@michigan.gov |
| cphillips@miafscme.org | mike.gearin@klgates.com |
| czucker@ermanteicher.com | Mike.Paslay@wallerlaw.com |
| david.boyle@airgas.com | mimilaurie@yahoo.com |
| ltownse@detroitpubliclibrary.org | Ryan.Cochran@wallerlaw.com |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| David.Dubrow@arentfox.com | missnick64@hotmail.com |
| david.dubrow@arentfox.com | MIStateTreasurer@michigan.gov |
| mark.angelov@arentfox.com | morris@silvermanmorris.com; |
| carol.cohen@arentfox.com | tgraves@allardfishpc.com |
| david.lemke@wallerlaw.com | hmcgivern@orlans.com |
| courtney.rogers@wallerlaw.com | mjkarwoski@alumni.nd.edu |
| david.rosenzweig@nortonrosefulbright.com | mkato@sachswaldman.com |
| dbeckwith@fosterswift.com | mlee@leeandcorrell.com |
| dbernstein@plunkettcooney.com | mnicholson@uaw.net |
| dcopley@dickinsonwright.com | mnicholson@uaw.net; nganatra@uaw.net |
| deisenberg@ermanteicher.com | avery@silvermanmorris.com |
| Detroitinfo@kccllc.com | msl@maddinhauser.com |
| dfish@allardfishpc.com | mtaunt@stroblpc.com |
| dgheiman@jonesday.com | plannen@plunkettcooney.com |
| hlennox@jonesday.com | crule@orlans.com |
| tawilson@jonesday.com | mvanoverbeke@vmtlaw.com |
| DiazM3329@gmail.com | mwarner@coleschotz.com |
| dlerner@plunkettcooney.com | nayad@ayadlaw.com |
| dls@wmlaborlaw.com | NicDun@detroitmi.gov |
| dmalcolm@miafscme.org | paige.barr@kattenlaw.com |
| dmcnamara344@aol.com | Pamkin@detroitmi.gov |
| dmollicone@dmms.com | patel@dwsd.org |
| dmzack@mcalpinepc.com | pcanzano@sidley.com |
| DoluntS320@detroitmi.gov | dkorobkin@aclumich.org |
| dplon@sirlinlaw.com | pghosh@dwsd.org |
| dpoitras@jmbm.com | phage@jaffelaw.com |
| dpospiech@morganmyers.com | philphil48238@yahoo.com |
| dweiner@schaferandweiner.com | poam@poam.net |
| eabood-carroll@orlans.com | pra@vanguardians.org |

3

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| hdickow@orlans.com | |
| ecf@gudemanlaw.com | presidentjan@aol.com |
| ecf@kaalaw.com | presidentlocal1227@hotmail.com |
| ecf@lassnerlaw.com | princel@dteenergy.com |
| ecf@zaplc.com<br>tfcullen@jonesday.com<br>gshumaker@jonesday.com<br>gstewart@jonesday.com<br>greenj@millercanfield.com | proberts@shawfishman.com<br>rfishman@shawfishman.com<br>ibodenstein@shawfishman.com<br>ggouveia@shawfishman.com<br>ddoyle@shawfishman.com<br>mreiser@shawfishman.com |
| eduardo.rodriguez@bnymellon.com | pwhunt@kerr-russell.com |
| edunn@maxwelldunnlaw.com | rayguzall@attorneyguzall.com |
| Edwin.smith@bingham.com | rdiehl@bodmanlaw.com |
| edwin.smith@bingham.com | jteicher@ermanteicher.com |
| jared.clark@bingham.com; | mott@schiffhardin.com |
| steven.wilamowsky@bingham.com | mrjames@wwrplaw.com |
| marcus.marsh@bingham.com | rdpffa@hotmail.com |
| eerman@ermanteicher.com | Reesel@detroitmi.gov |
| efeldman@clarkhill.com | rfrimmer@schiffhardin.com |
| ejessad@wwrplaw.com | rgordon@clarkhill.com |
| ejr@morganmeyers.com | rplecha@lippittokeefe.com |
| emajoros@glmpc.com | rrose@dykema.com |
| emcneil@miafscme.org | sam.alberts@dentons.com |
| enovetsky@jaffelaw.com | Schneiderm7@michigan.gov |
| etashman@sidley.com | schneiderm7@michigan.gov |
| jbjork@sidley.com | sdeeby@clarkhill.com |
| express33@aol.com | Sean.Cowley@usdoj.gov |
| flanchers@michigan.gov | senoritabonita@peoplepc.com |
| fusco@millercanfield.com | sfarrell@dykema.com |
| gary.holtzer@weil.com | ddozeman@wnj.com |
| alfredo.perez@weil.com | sfoss@winston.com |
| gneal@sidley.com | sgross@mcdonaldhopkins.com |

| **Exhibit 1** ||
| Electronic Mail Service List ||
| swansonm@millercanfield.com | sgrow@wnj.com |
| cash@wnj.com" | carlson@millercanfield.com |
| green@millercanfield.com | pgross@lowenstein.com |
| laplante@millercanfield.com | showell@dickinsonwright.com |
| gvp1220@aol.com | simoliun@dwsd.org |
| HansberryM@detroitmi.gov | skhanna@berkre.com |
| hertzbergr@pepperlaw.com | slevine@lowenstein.com |
| Howard.Hawkins@cwt.com | akochis@wolfsonbolton.com |
| lary.stromfeld@cwt.com | soconnor@glmpc.com |
| howard@jacobweingarten.com | steveramadan@gmail.com |
| hsanders@miafscme.org | stoby@dykema.com |
| info@drcea.org | summersm@ballardspahr.com |
| jallmand@dmms.com | susan.brown5@usbank.com |
| hall@bwst-law.com | susan.jacobsen2@usbank.com |
| jbank@kerr-russell.com | swahl@schiffhardin.com |
| jbellman@jonesday.com | swilson@dwsd.org |
| jbendernagel@sidley.com | swolfson@wolfsonbolton.com |
| jbjork@sidley.com | theda3t@yahoo.com |
| jcalton@honigman.com | TL214teams@ameritech.net |
| jcanzano@michworklaw.com | tmayer@kramerlevin.com |
| jcarter@sbsco.com | tsable@honigman.com |
| jcunningham@uaw.net | union836@yahoo.com |
| jcunningham@uaw.net | vgflawyer@sbcglobal.net |
| jd@primeshares.com<br>transfer@primeshares.com | wilkins@bwst-law.com |
| jeaton@cousenslaw.com | william.miller@iuoe324.org |
| jeff@iobillboard.com | williamsa@dhcmi.org |
| JenkinsH@detroitmi.gov | wsmith@mwe.com |
| jerry.ellis@couzens.com | wsmith@mwe.com; ncoco@mwe.com |
| jfischer@carsonfischer.com | rweisberg@carsonfischer.com |
| cgrosman@carsonfischer.com | wwkannel@mintz.com |

| **Exhibit 1** | |
| --- | --- |
| Electronic Mail Service List | |
| jgadharf@mcdonaldhopkins.com | yo@osbig.com |
| jgatteno@comcast.net | youngM604@detroitmi.gov |
| Polo4491@aol.com | awalker@mintz.com |
| jgregg@btlaw.com; pmears@btlaw.com | Yvonners2001@yahoo.com |
| ralph.taylor@arentfox.com<br>swalsh@sbplclaw.com<br>rliscombe@alglawpc.com<br>susheelkirpalani@quinnemanuel.com<br>tzamborsky@romanolawpllc.com<br>dromano@romanolawpllc.com | Kristin.Going@dbr.com<br>rpentiuk@pck-law.com<br>abach@dickinsonwright.com<br>allan.brilliant@dechert.com<br>stephen.wolpert@dechert.com<br>quinjohn@umich.edu |
| detroit.chapter9.service@davispolk.com<br>dlin@seyburn.com<br>Heath.Rosenblat@dbr.com<br>Johnsoncu@detroitmi.gov<br>kcornish@paulweiss.com;<br>dkramer@paulweiss.com<br>lawtoll@comcast.net<br>mail@goodmanhurwitz.com<br>bgoodman@goodmanhurwitz.com<br>pdibello@ca.ibm.com<br>shapiro@steinbergshapiro.com<br>pavlic@steinbergshapiro.com<br>tchristy@garanlucow.com | |

**Exhibit 2**
First Class Mail Service List

| | |
|---|---|
| AFSCME Local #0023<br>Attn: Robert Stokes<br>600 W. Lafayette, Ste. 134<br>Detroit, MI  48226 | IBM Credit LLC<br>Andy Gravina<br>Special Handling Group MD NC317<br>6303 Barfield Rd NE<br>Atlanta, GA  30328 |
| AFSCME Local #1642<br>Attn: Gina Thompson-Mitchell<br>600 W. Lafayette, Ste. L – 123<br>Detroit, MI  48226 | The City of Detroit<br>Attn:  Kevyn D. Orr, Emergency Manager<br>Coleman A. Young Municipal Center<br>2 Woodward Ave, Suite 1126<br>Detroit, MI  48226 |
| Detroit Police Benefit and Protective Association<br>Attn: Delbert R. Jennings, Sr.<br>3031 W. Grand Boulevard<br>Suite 405<br>Detroit, MI  48202 | AFSCME Local #0457<br>ATTN:  Laurie Walker<br>600 W. Lafayett, Suite L-104<br>Detroit, MI  48226 |
| The Office of the Governor of the State of Michigan<br>Governor Rick Snyder<br>P.O. Box 30013<br>Lansing, MI  48909 | Field Engineers Association<br>Attn Larry Hart<br>PO Box 252805<br>West Bloomfield, MI  48325 |
| Office of the United States Trustee<br>Daniel McDermott<br>211 West Fort Street Suite 700<br>Detroit, MI  48226 | Detroit Firemen's Fund Association<br>Attn: Kim Fett<br>250 W. Larned Street, Suite 202<br>Detroit, MI  48226 |
| AFSCME Local #0312<br>Attn: Phillip Douglas<br>14022 Linwood<br>Detroit, MI  48238 | Securities & Exchange Commission<br>Attn: Bankruptcy Section<br>175 W. Jackson Blvd., Suite 900<br>Chicago, IL  60604-2815 |