UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                                    Chapter 9
City of Detroit, Michigan,                                                     Case No. 13-53846
    Debtor.                                                                Hon. Steven W. Rhodes
_____/

Order Denying Ex-Parte Emergency Motion to Adjourn
Disclosure Statement Hearing and Extend Plan Confirmation Schedule

On April 15, 2014, Syncora Guarantee Inc. and Syncora Capital Assurance Inc. filed an ex-parte motion for entry of an order adjourning the disclosure statement hearing and extending the plan confirmation schedule. (Dkt. #4091) The Court finds that good cause has not been shown which would warrant the granting of the motion. Accordingly, the motion is denied.

**Signed on April 15, 2014**

                                                                /s/ Steven Rhodes
                                                                **Steven Rhodes**
                                                                 **United States Bankruptcy Judge**