UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Order Regarding Submission of Order Resolving Motion to Extend
Time to File Class Claimants' Proof of Claim (Dkt. #2691) and
Class Claimants' Motion for Application of Fed.R.Bankr.P. 7023
(Dkt. #2712, Corrected at Dkt. #2739)

The Court, having been advised by counsel that the issues relating to the Motion to Extend Time to File Class Claimants' Proof of Claim (Dkt. #2691) and Class Claimants' Motion for Application of Fed.R.Bankr.P. 7023 (Dkt. #2712, Corrected at Dkt. #2739) have been resolved, orders that a proposed order of settlement, approved by all counsel involved, be filed with the Court within 14 days of the date of this order. If by such date, no proposed order, no written request for an extension of time, or no written request to return the proceeding to the Court's calendar for hearing has been submitted to the Court, an order denying the motions for lack of prosecution shall be entered without further notice of hearing.

    IT IS SO ORDERED.

.

**Signed on April 15, 2014**

                                               **/s/ Steven Rhodes**  
                                               **Steven Rhodes**  
                                               **United States Bankruptcy Judge**