**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

-------------------------------------------------------

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

-------------------------------------------------------

# INDEX OF EXHIBITS
## TO:
### OBJECTIONS OF CREDITORS DEBORAH RYAN, WALTER SWIFT, CRISTOBAL MENDOZA AND ANNICA CUPPETELLI, INTERESTED PARTIES, TO AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

1. Brief in Support of Objections of Creditors Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, to Amended Plan For The Adjustment Of Debts Of The City Of Detroit;

2. Amended Complaint & Jury Demand, Swift v. City of Detroit, et al., 9/5/12;

3. Amended Complaint & Jury Demand, Ryan vs. City of Detroit, et al., 5/20/11; and

4. Amended Complaint & Jury Demand, Mendoza, et al. vs. City of Detroit, et al., 9/24/13.