UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

**Notice Regarding Hearing on Disclosure Statement**  
**Scheduled for April 17, 2014**

    The Court will utilize the following procedures at the hearing set for April 17, 2014 at 9:00 a.m. on the City's disclosure statement:

    1. The City will have 20 minutes to make an opening presentation.

    2. Each party who filed an objection to the disclosure statement and who participated in the meet and confer process required by the Court's order of April 2, 2014, will have 5 minutes to argue the objection. These parties will be called in the order in which they filed their objections.

    3. The City will then have 30 minutes to respond to these objections.

Signed on April 16, 2014

                                          /s/ Steven Rhodes  
                                          Steven Rhodes  
                                          United States Bankruptcy Judge