# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON


FILED

2014 APR 15 A 10: 19

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Rand R. Heard
_____
your name     Creditors/Appellants,

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

           Debtor/Appellee

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Friedman
Magistrate Paul J. Komives

## OBJECTIONS TO CITY PLAN OF ADJUSTMENT

     I/We are residents of the City of Detroit

and a taxpayer of the State of Michigan and a citizen of the United States.

I/We are creditor and/or creditors and the interested part and/or parties and

object to the bankruptcy and to the City Plan of Adjustment for the

following reasons:

     1) We object to Kevyn Orr plan of adjustment because it infringes on

and take away you're right to vote on pages 22-23 of the plan of adjustment.

     2) We object to "A ten 10% reduction in monthly pension amount (b)

1

elimination of the deferred retirement option plan feature of Police and Fireman Retirement System (PFRS) and a **10% reduction in the monthly pension amount** provided that with respect to holders that are active employee, in the event the unfunded liabilities of the PFRS for the plan year ending June 30, 2014 is greater than the unfunded liabilities of the PFRS as of June 30, 2013, **the reduction** in the monthly pension amount shall be increased to the extent necessary to ensure that there is no change in the amount of the under funding between plan year ending 2013 and 2014. Section 193 page15.

3) We object to no determination on the Certificate of Participation (COP) swap claims that was a major cause of the bankruptcy in article ll Classification of claims; cramdown executory contracts and unexpired lease. Article ll page 23.

4) We object to the Plan of Adjustment because the City of Detroit did not negotiate in good faith prior to the filing of bankruptcy in violation of 11 USC 109 (c) In re Valley Health Sys, 383 B.R. 156, 163 (Bankr C.D. Cal 2008). In this case the city was more egregious by not negotiating at all. In re Cotton Water and Sanitation District, Douglas County, Colo., 138 B.R. 973, 979 (Bankr. D. Colo 1992) "plan referred to in 109(c)(4) is adjustment plan negotiated pre-petition in good faith.

I hereby certify that the statement made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America

Rauf R. Kemp

Objector signature

Address  16840 STRATHMORE ST

City, State, & Zip  DETROIT, MI 48235

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON



FILED

2014 APR 16  A 10: 19

U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

CARL WILLIAMS and HASSAN ALEEM

      Creditors/Appellants,

v

In re:                                          Chapter 9
CITY OF DETROIT, MICHIGAN                        Case No. 13-53846
AND EMERGENCY MANAGER                            Judge Steven W Rhodes
KEVYN D. ORR

           Debtor/Appellee                Case No. 14-cv-10434
                                                Hon. Bernard A. Friedman
_____/                Magistrate Paul J. Komives

STATE OF MICHIGAN)
             ) SS
COUNTY OF WAYNE )

## PROOF OF SERVICE

_____Carl W Williams_____, being first duly sworn, deposes and

Say: that on March 31 2014. I sent a copy of the Plan of Adjustment

from the following parties

| | |
|---|---|
| Carl Williams & Hassan Aleem | Errol Griffin |
| Vera C. Magee | James Patrick Casey |
| Barbara A Magee | Hilanius H. Phillip |
| James F. Bish | Howard Perkins |
| Marvin K. Griffin | James Lovely |
| Valerie A. Glenn Simons | Rand R Heard |
| Patricia A. Boyd | Leslie C Little |

and mailed upon the concern parties by certified mail, at the following

address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager: Kevyn Orr
Coleman A. Young Municipal Center
2 Woodward 11th Floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to
the of my knowledge and belief, under penalty of perjury and contempt of
Court under the laws of the United States of America.

_Carl Williams_
Objector/appellant

_____
Objector/appellant

DATE _March 31, 2014_