# Bankruptcy

UNITED STATES ~~BANKRUPTCY~~ COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 APR 16 A 10: 19

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

_Patricia A. Boyd_
Creditors/Appellants,

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Debtor/Appellee

_~~Patricia~~_ /

Case No. 14-cv-10434
Hon. Bernard A. Friedman
Magistrate Paul J. Komives

## OBJECTIONS TO CITY PLAN OF ADJUSTMENT

I/We are residents of the City of _Belleville, Mi 48111_

and a taxpayer of the State of Michigan and a citizen of the United States.

I/We are creditor and/or creditors and the interested part and/or parties and

object to the bankruptcy and to the City Plan of Adjustment for the

following reasons:

1) We object to Kevyn Orr plan of adjustment infringes on and take

1

way your right to vote on pages 22-23 of the plan of adjustment.

2) We object to "A ten 10% reduction in monthly pension amount (b) elimination of the deferred retirement option plan feature of Police and Fireman Retirement System (PFRS) and a **10% reduction in the monthly pension amount** <u>provided</u> that with respect to holders that are active employee, in the event the unfunded liabilities of the PFRS for the plan year ending June 30, 2014 is greater than the unfunded liabilities of the PFRS as of June 30, 2013, **the reduction** in the monthly pension amount <u>shall be increased</u> to the extent necessary to ensure that there is no change in the amount of the under funding between plan year ending 2013 and 2014. Section 193 page15.

3) We object to no determination on the Certificate of Participation (COP) swap claims that was a major cause of the bankruptcy in article ll Classification of claims; cramdown executory contracts and unexpired lease. Article ll page 23.

*Patricia A. Boyd*
Objector signature
Address 7418 Lacy Dr.
City, State, & Zip Belleville, MI 48111

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS and HASSAN ALEEM

       Creditors/Appellants,

v

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|        Debtor/Appellee | Case No. 14-cv-10434 |
| | Hon. Bernard A. Friedman |
| _____/ | Magistrate Paul J. Komives |

STATE OF MICHIGAN)
                 ) SS
COUNTY OF WAYNE )

## PROOF OF SERVICE

_Carl Williams_____, being first duly sworn, deposes and

Say: that on March _31_ 2014. I sent a copy of the Plan of Adjustment

from the following parties

| | |
|---|---|
| Carl Williams & Hassan Aleem | Errol Griffin |
| Vera C. Magee | James Patrick Casey |
| Barbara A Magee | Hilanius H. Phillip |
| James F. Bish | Howard Perkins |
| Marvin K. Griffin | James Lovely |
| Valerie A. Glenn Simons | Kand R Heard |
| Patricia A. Boyd | Leslie C Little |

and mailed upon the concern parties by certified mail, at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager: Kevyn Orr
Coleman A. Young Municipal Center
2 Woodward 11th Floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl B. Williams_
Objector/appellant

_____
Objector/appellant

DATE _March 31, 2014_