UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:  

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2014, I electronically filed the Objection to the City of Detroit's Motion to Establish Supplemental Procedures Relating to Pension and OPEB Claims and this Certificate of Service with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to all parties requesting notice under the electronic filing system.

                                    /s/ Lori J. Powers
                                  Lori J. Powers
                                  Silverman & Morris, PLLC
                                  lori@silvermanmorris.com

Dated: April 16, 2014