UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Overruling Objections to Notice and Confer Session Regarding Certain Objections to the Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit

Several parties have filed "Objections to Notice and Confer Session Regarding Certain Objections to the Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit." The Court concludes neither a response nor oral argument on these objections is necessary.

The Court further concludes that the objections should be overruled for lack of arguable merit. Accordingly, it is hereby ordered that each of the following objections is overruled:

    Dkt. #4022 filed by Hassan Aleem, Carl Williams

    Dkt. #4111 filed by Barbara Ann Magee

    Dkt. #4112 filed by Hassan Aleem, Carl Williams

    Dkt. #4113 filed by Errol Griffin

    Dkt. #4114 filed by Gladys Woolfork

    Dkt. #4115 filed by Gregory T. Waller

    Dkt. #4116 filed by Keith M. Hines

    Dkt. #4117 filed by Mark Burton

    Dkt. #4118 filed by Roxanne Watson

    Dkt. #4119 filed by Sandra Howard

Dkt. #4120 filed by Sarah Vann

Dkt. #4122 filed by Thelma Jackson-Milledge

Dkt. #4123 filed by Vera C. Magee

Dkt. #4124 filed by Zelma Kinchloe

.

**Signed on April 16, 2014**

                                                                                    /s/ Steven Rhodes
                                                                                    **Steven Rhodes**
                                                                                    **United States Bankruptcy Judge**