211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature does not match login for Entry #4010 Request for Production of Documents and Entry #4011 Interrogatories.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☑ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 4/14/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                             United States Bankruptcy Court
                             Eastern District of Michigan
In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0645-2           User: ckata                  Page 1 of 14                  Date Rcvd: Apr 14, 2014
                               Form ID: def2                Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                             TOTALS: 1, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2014 at the address(es) listed below:

              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Allan S. Brilliant    on behalf of Creditor   Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor   County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,   achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor   Citizens United Against Corrupt Government
               aap43@outlook.com,   aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
               ruptcy.com
              Arthur O'Reilly    on behalf of Interested Party   Detroit Institute of Arts
               aoreilly@honigman.com,   ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party   Ambac Assurance Corporation
               bbest@schaferandweiner.com,   wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Brett A. Border   on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border   on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border   on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border   on behalf of Interested Party    Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border   on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com

Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian R. Trumbauer   on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce  Bennett   on behalf of Debtor In Possession    City of Detroit, Michigan bbennett@jonesday.com

Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carla Orman Andres   on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen   on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com

Carol Connor Cohen   on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com

Carole  Neville   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com

Carole  Neville   on behalf of Retiree Committee    Official Committee of Retirees carole.neville@dentons.com

Caroline Turner English   on behalf of Plaintiff    Ambac Assurance Corporation caroline.english@arentfox.com

Caroline Turner English   on behalf of Interested Party    Ambac Assurance Corporation caroline.english@arentfox.com

Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM

Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

Charles D. Bullock   on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

Charles N. Ash   on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com

Charles N. Ash   on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com

Charles N. Ash   on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

Charles N. Ash   on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

Christopher A. Grosman   on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman   on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Claude D. Montgomery   on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

Claude D. Montgomery   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

Courtney M. Rogers   on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com

Courtney M. Rogers   on behalf of Interested Party    U.S. Bank National Association courtney.rogers@wallerlaw.com

Craig B. Rule   on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

Craig E. Zucker   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com

Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Dan   Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David   Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
           deisenberg@ermanteicher.com
          David   Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David   Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David   Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah   Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
          Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
          Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Douglas   Steele    on behalf of Interested Party    International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               eerman@ermanteicher.com
              Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
               litdocket@honigman.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
               amendiola@morganmeyers.com
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi Peterson    hdpeterson75@gmail.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
               howard@jacobweingarten.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Howard S. Sher on behalf of Intervenor-Defendant Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com
- Howard S. Sher on behalf of Intervenor-Defendant Dexia Credit Local howard@jacobweingarten.com
- Howard S. Sher on behalf of Intervenor-Defendant FMS Wertmanagement AR howard@jacobweingarten.com
- Hugh M. Davis on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
- Hugh M. Davis on behalf of Creditor Thomas Stephens Info@ConLitPC.com
- James Sprayregen on behalf of Interested Party Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
- James Sprayregen on behalf of Interested Party Syncora Guarantee Inc. james.sprayregen@kirkland.com
- James Sprayregen on behalf of Interested Party Syncora Holdings Ltd. james.sprayregen@kirkland.com
- Jamie Scott Fields on behalf of Creditor Jamie Fields jeansartre@msn.com
- Jamie Scott Fields on behalf of Creditor Retired Detroit Police Members Association jeansartre@msn.com
- Jason L. Weiner on behalf of Creditor Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
- Jason W. Bank on behalf of Interested Party Wade Trim Associates, Inc. jbank@kerr-russell.com
- Jason W. Bank on behalf of Interested Party New England Fertilizer Company jbank@kerr-russell.com
- Jeffery R. Sieving on behalf of Creditor International Outdoor, Inc. jeff@iobillboard.com
- Jeffrey Rossman on behalf of Creditor U.S. Bank National Association jrossman@mwe.com
- Jeffrey Rossman on behalf of Defendant U.S. Bank, N.A. jrossman@mwe.com, ncoco@mwe.com, Lhaidostian@mwe.com
- Jeffrey David Eaton on behalf of Creditor FMS Wertmanagement jeaton@schiffhardin.com
- Jeffrey H. Bigelman on behalf of Creditor Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
- Jeffrey S. Grasl on behalf of Creditor Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
- Jennifer Zbytowski Belveal on behalf of Defendant Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
- Jennifer Zbytowski Belveal on behalf of Defendant Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
- Jeremiah Buffalo Wirgau on behalf of Interested Party CitiMortgage, Inc. jwirgau@sspclegal.com
- Jerome D. Goldberg on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
- Jerome D. Goldberg on behalf of Creditor David Sole apclawyer@sbcglobal.net
- John E. Eaton on behalf of Creditor Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com
- John Joseph Ramirez on behalf of Interested Party Deutsche Bank AG, London john.ramirez@kattenlaw.com
- John P. Kapitan on behalf of Creditor Fifth Third Mortgage Company easternecf@trottlaw.com
- John P. Sieger on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
- John T. Gregg on behalf of Creditor 36th District Court for the State of Michigan jgregg@btlaw.com
- Jonathan S. Green on behalf of Interested Party Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
- Jonathan S. Green on behalf of Debtor In Possession City of Detroit, Michigan green@millercanfield.com
- Joseph M. Fischer on behalf of Creditor Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com
- Joseph Mark Fisher on behalf of Creditor FMS Wertmanagement mfisher@schiffhardin.com
- Joseph Mark Fisher on behalf of Intervenor FMS Wertmanagement AR mfisher@schiffhardin.com
- Joseph R. Sgroi on behalf of Interested Party General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
- Joshua A. Gadharf on behalf of Interested Party Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
- Joshua A. Gadharf on behalf of Interested Party Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
- Joshua A. Gadharf on behalf of Interested Party Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
- Joshua A. Gadharf on behalf of Plaintiff Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
- Judy B. Calton on behalf of Creditor Country West Apartments, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Interested Party Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Creditor TC Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Interested Party Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Debtor In Possession City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Creditor Country House Apartments jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton on behalf of Defendant Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association jteicher@ermanteicher.com

Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com

Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association jteicher@ermanteicher.com

Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com

Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com

Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com

Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association Avery@SilvermanMorris.com

Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com

Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com

Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association Avery@SilvermanMorris.com

Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com

Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com

Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com

Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit Lisa.Fenning@aporter.com

Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com

Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

M. Ellen Dennis    on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu

Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com

Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Mami   Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami   Kato    on behalf of Creditor Mary   Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami   Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
           mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami   Kato    on behalf of Creditor Michael   Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami   Kato    on behalf of Creditor Mary   Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
           swansonm@millercanfield.com
          Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
           shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
           mrj@wwrplaw.com
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
           cobbm@detroitmi.gov,  mbcobbs@flash.net
          Matthew   Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew   Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew   Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew   Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew   Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew   Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew   Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt
           International S.A. summersm@ballardspahr.com
          Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
           melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor John   Denis melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor James   Herbert melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
           mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith   Taunt    on behalf of Creditor    Retired Detroit Police Members Association
           mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
          Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
           makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
           mchammer2@dickinsonwright.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party Bill   Schuette BellM1@michigan.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
               mike.paslay@wallerlaw.com,
               Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
               rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com, bac@maddinhauser.com
              My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America Nganatra@uaw.net
              Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
               noah.ornstein@kirkland.com
              Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
               noah.ornstein@kirkland.com
              Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               Paige.Barr@kattenlaw.com
              Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
               pmears@btlaw.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
               Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
               marbury@bwst-law.com;pleban@bwst-law.com
              Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America pdechiara@cwsny.com
              Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
              Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
               pcanzano@sidley.com
              Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
               ralph.taylor@arentfox.com
              Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
              Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
              Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
               Department ecf@kaalaw.com, wjackson@KAALaw.com
              Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
               robert.darnell@usdoj.gov
              Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
               County and Municipal Employees rfetter@millercohen.com,
               richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
               com
              Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               rfetter@millercohen.com,
               richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
               com
              Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
               County and Municipal Employees rfetter@millercohen.com,
               richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
               com
              Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
               rweisberg@carsonfischer.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com, dan.barnowski@dentons.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
           lawtoll@comcast.net
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Susheel Kirpalani on behalf of Interested Party Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

Suzanne L. Wahl on behalf of Creditor DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

Thomas B. Radom on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation Radom@butzel.com

Thomas B. Radom on behalf of Defendant Detroit General Retirement System Service Corporation Radom@butzel.com

Thomas P. Christy on behalf of Creditor Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com

Thomas R. Morris on behalf of Plaintiff Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris on behalf of Interested Party Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris on behalf of Interested Party Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

Timothy A. Fusco on behalf of Interested Party Meijer, Inc. fusco@millercanfield.com

Timothy A. Fusco on behalf of Debtor In Possession City of Detroit, Michigan fusco@millercanfield.com

Timothy R. Graves on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

Tracy M. Clark on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

Tracy M. Clark on behalf of Interested Party St. James Cooperative clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

Tracy M. Clark on behalf of Interested Party Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

Tracy M. Clark on behalf of Interested Party Lafayette Town Houses, Inc. clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

Tracy M. Clark on behalf of Interested Party Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

Tracy M. Clark on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

Tracy M. Clark on behalf of Interested Party Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

Trevor J. Zamborsky on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Interested Party 1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

```
District/off: 0645-2           User: ckata                 Page 13 of 14              Date Rcvd: Apr 14, 2014
                               Form ID: def2               Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond   Thompson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brady   Johnson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jamie   Jackson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor James   Matson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Joseph   Wright tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Curtis   Morris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry   Ashley tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin   King tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel   Soto tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian   Jelks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rhonda   Craig tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma   Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon   Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton   Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya   Speed tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Orlando   Marion tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Teran   Brown tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Anthony   Harmon tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary   Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael   Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce   Goldman billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary   Whitson billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary   Segatti wcb@osbig.com
              William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne   Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter   Swift mail@goodmanhurwitz.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
              Yuliy  Osipov    on behalf of Interested Party Gary   Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                               TOTAL: 537