UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit, Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Steven Rhodes

## PROOF OF SERVICE

I hereby certify that on April 16, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Corrected Notice of Amended Motion to Participate in Any Negotiations

2. Served upon [name and address of each person served]:

   Heather Lennox
   Bruce Bennett
   Jones Day
   555 South Flower St
   50th Floor
   Los Angeles, CA
   90071

   Sam J. Alberts
   Dentons US LLP
   1301 K Street NW
   Suite 600 East Tower
   Washington, DC
   20005

3. By First Class Mail.

Dated: April 16, 2014

_Dennis Taubitz_
(Signature of Debtor) Creditor

Print Name: Dennis Taubitz

_____
(Signature of Co-Debtor)

Print Name: _____

FILED
2014 APR 16 P 3:51
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT