# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Lawrence A. Larose**

Firm: **Chadbourne & Parke LLP**

Address: **30 Rockefeller Plaza**

City, State, Zip: **New York, NY 10112**

Phone: **212-408-1140**

Email: **llarose@chadbourne.com**

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

◉ Bankruptcy    ○ Adversary

○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 04/17/2014    Time of Hearing: 9:00 am    Title of Hearing: All on this date

Please specify portion of hearing requested:    ◉ Original/Unredacted    ○ Redacted    ○ Copy (2nd Party)

◉ Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: Send to: skohn@chadbourne.com, sbloomfield@chadbourne.com, dbava@chadbourne.c

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ○ Expedited Transcript - $4.85 per page (7 working days)
- ◉ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date            By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Lawrence Larose    Date: 4/17/14

By signing, I certify that I will pay all charges upon completion of the transcript request.