UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

- Name: Lawrence A. Larose, Esq.
- Firm: Chadbourne & Parke LLP
- Address: 30 Rockefeller Plaza
- City, State, Zip: New York, NY 10112
- Phone: 212-408-1140
- Email: llarose@chadbourne.com

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

- ⦿ Bankruptcy  ◯ Adversary
- ◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 04/17/2014   Time of Hearing: 9:00 am   Title of Hearing: All on this date

Please specify portion of hearing requested:  ⦿ Original/Unredacted   ◯ Redacted   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: Send to: Skohn@chadbourne.com, sbloomfield@chadbourne.com, dbava@chadbourne.c

**Type of Request:**

- ◯ Ordinary Transcript - $3.65 per page (30 calendar days)
- ◯ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Lawrence Larose   Date: 4/17/14

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date         By

Order Received:

Transcript Ordered

Transcript Received