UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
    Debtor.                                           Hon. Steven W. Rhodes
_____/

### Order of Referral to Mediation

Wayne County has filed a motion to refer to mediation the matter of whether to create a regional water authority involving the City and the counties of Macomb, Oakland and Wayne. (Dkt. #3945) For the reasons stated on the record in open Court, the Court finds that there is good cause to grant the motion. Specifically, the Court finds that such negotiations are in the best interest of the City and all of its customers, and that this bankruptcy case offers the parties a unique opportunity to negotiate a regional water authority.

Although not specifically requested in the motion, the Court also more broadly refers for mediation all issues relating to the Department of Water and Sewerage and these counties.

Accordingly, it is hereby ordered that these matters are referred to Chief Judge Rosen for mediation.

.

**Signed on April 17, 2014**

                                                            /s/ Steven Rhodes
                                                            **Steven Rhodes**
                                                            **United States Bankruptcy Judge**