Asaka
8925 E. Jefferson #6W
Detroit, Michigan 48214

Honorable Judy Steven Rhodes
Federal Bankruptcy Court
Detroit, Michigan 48226

FILED
2014 APR -9  P 2:42
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

Re:

Dear Judge Rhodes,

I am 69 yrs old and my sole support comes from a small pension from the city of Detroit gross 606.32 (net 404.00) a month. The program I worked for; for 16 yrs closed in 2009, I was 64. My health being what it was I chose to try to keep my health insurance so I retired. This was despite that I was scheduled to retire at 66 yrs. Please see attachments A,B,C & D.

I also received 936.00 a month from social security after medicare premium 104.00. It was mandatory of retirees to turn in your medicare card at age 65 yrs where they turned it into Advantage Care.

Today: I have to paid $100.00 per 30 days supplys of each of my 7 medications which include 2 insulins, 1 blood thinner 2 blood pressure pills among the 7 meds. See this cost is more then my pension. My rent is 700.00 a month and I have lived here 8 yrs. Some of my meds are 50% market rate. I can only take bread.

I can't get into any medicine assistance program or senior citizen work program because of my gross income. How am I suppose to live or must I just die. This hold situation reduced pension & social security for life.

Sincerely,
Charlotte Asaka
(313-704-2261)

13-53846

City of Detroit
Department of Human Services

5031 Grandy Avenue
Detroit, Michigan 48211
Phone: 313-852-5609 TTY:311
Fax: 313-852-4837
www.detroitmi.gov



# DRUG TREATMENT DIVISION
# MEMORANDUM

To: All DHS Drug Treatment staff
From: Shenetta L. Coleman, Executive Director
Date: Nov 21, 2008
Re: Closing of Drug Treatment program

Dear Staff:

Unfortunately, due to increased operating cost and budget constraints, we are unable to continue to provide services. As of January 23, 2009 the program will be closed, the last day for staff will be February 13, 2009. We have worked tirelessly trying to find solutions to resolve this issue. It saddens us to have to close the program, some of you have been with us for many years seeing the growth and changes that have occurred over the years. Please understand that each of you have been a significant part of the division and department team and will be missed. We thank you for your service and devotion to the program.

Human Resources has been contacted and a meeting will be arranged to answer your personal questions and to provide you with the necessary HR information.

If you have any questions, please contact Ms. Rose Holt at (313) 887-1171 or Ms. Coraleen Rawls at (313) 887-1023.

Cc: Coraleen Rawls, General Manager
Rose Holt, Manager II
Dr. Kanzoni Asabigi, Deputy Director – DHWP-BSAPTR
Jeanine McIntosh, Treatment Coordinator – DHWP-BSAPTR

13-53846 

# City of Detroit
# Human Resources Department
# Notice of Layoff

| Department: Department of Human Services | Division: Drug Treatment |
|---|---|
| Employee Name: Charllotte Asaka | Phone # (313) 204-2261 |
| Address: ~~P.O. Box 14110~~ 8425 East Jefferson ### | City: Detroit  Zip: 48214 |
| Soc. Sec. No. 3██████ | Retirement System No. 228585 |
| You are hereby notified that effective February 14, 2009 you will be laid off from the position of Substance Abuse Counselor for the following reason: lack of work. ||
| Last Day Worked: February 13, 2009 | Last Day Paid: February 13, 2009 |
| Seniority Date: 4/22/1996 | Augmented Seniority Date: 4/22/1996 |
| Class Seniority Date: 4/22/1996 | Bargaining Unit: 1580 |
| Prepared By: Cherece Mosley ||
| Issued By: Shenetta Coleman  /s/ ||
| Change in Address/Phone: _____ ||
| Important: A WRITTEN notification of any future change in address or telephone numbers must be submitted to the Human Resources Department, Coleman A. Young Municipal Center, Suite 314, Detroit MI 48226. ||

Note: Employees who are laid off 30 days or less, i.e if eligible for city-wide displacement, shall have the option of receiving a lump sum payment for any accrued vacation time or may chose to leave his/her vacation bank intact. Employees who are laid off beyond 30 calendar days will receive a lump sum payment for any unused vacation days including any prorated vacation time due the employee. The lump sum vacation payment will be issued after the employee has been laid off for more than 30 days.

Copyright © City of Detroit, 2001. All rights reserved.

# CITY OF DETROIT RETIREE HEALTH BENEFITS ENROLLMENT/CHANGE FORM

# 13-53846

**USE BALLPOINT PEN**

☐ Initial Enrollment  ☐ Open Enrollment  ☐ COBRA
☐ Add Dependent(s)  ☐ Remove Dependent(s)  ☐ Terminate Contract

**Important:** Retirees and their dependents who are Medicare eligible, typically at age 65, must provide proof of enrollment in Medicare Parts A & B, or proof of ineligibility for Medicare. Please read reverse side of this Form.

## Part I. Retiree Information

**Last Name:** Asaka
**First Name:** Charlotte
**M.I.:** 
**Date of Birth:** 4/27/45 F
**Sex:** F

**Social Security Number:** [redacted]
☐ Check if New
**Street Address:** 8925 E. Jefferson #6W
**City:** Detroit  **State:** MI  **Zip Code:** 48214
**Retiree Telephone Numbers:** Daytime (313) 204-8261  Evening

**Marital Status:** ☒ Single  ☐ Married
**Does your spouse work for or is retired from the City of Detroit?** ☐ Yes  ☒ No

**What was your job title at the time of your retirement?** Sub. Abuse Counselor

**Do you or any of your dependents have other medical coverage, including Medicare?** ☐ Yes  ☒ No

**Reason for Change/Addition:** Must submit this completed enrollment within 30 days of the event
☐ New Dependent(s)  ☐ Marriage
☐ Loss of Other Coverage  ☐ Name Change
**Date of Event:**

**Note:** Unless you are receiving a duty disability pension, dependent children are not eligible for dental and optical.

**Reason for Coverage Termination:**
☐ Terminate Entire Contract
☐ Ineligible Dependent  ☐ Divorce
☐ Have Other Coverage  ☐ Death
**Date of Event:**

## Part II. Coverage Selection

PLEASE READ RETIREE HEALTH CARE PLAN OPTIONS BOOKLET

### Medical Plan
**Your Current Plan:** Community Blue BCBSM 100 $50/7
**New Plan:**
**Retiree:** If you select an HMO, provide name of Primary Physician/Site/Code.

### Dental Plan
**Your Current Plan:** Den Cap 5070 $0
☒ Check Box If You Want Same Plan
**New Plan:**
**Retiree:** If you select a network-based dental plan, provide dental office name and location.

### Vision Plan
**Your Current Plan:** Colop
☐ Check Box If You Want Same Plan
**New Plan:** Spectera 40040 $0
**Date of Event:**

## Part III. Dependent Information (List all current and any new dependents)
* Action Code for Coverage: C–Continue  A–Add  R–Remove  (M–Medical  D–Dental  V–Vision)

**Relation Code:** S–Spouse  C–Natural/Adopted Child  L–Legal Guardianship  K–Stepchild
P–Permanently Disabled Child  D–Sponsored Dependent

| Action Code* | Health Care Plans | | | Last Name | First Name | M.I. | Social Security Number | Sex | Relation Code** | Date of Birth Mo Day Yr | Primary Physician Name/Site/Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | D | V | | | | | | S | / / | |
| Spouse | | | | | | | | | | / / | |
| Dep–1 | | | | | | | | | | / / | |
| Dep–2 | | | | | | | | | | / / | |
| Dep–3 | | | | | | | | | | / / | |

## Part IV. Authorization.
I have elected to enroll myself and my dependents in the above health care plans and authorize the City of Detroit to deduct the amount of any required premium-sharing contribution from my monthly retirement payment check. I also authorize my health care plans and the Benefits Administrative Office to obtain information from health care providers, hospitals and clinics necessary to administer the health care programs and provide services.

**Retiree Signature:** Charlotte Asaka   **Date:** 1/3/09

### BAO USE ONLY
Medical Codes: Old: _____ New: _____ Eff: _____ BC: _____ FM Date: _____
Dental Codes: Old: _____ New: _____ Eff: _____ BC: _____ FM Date: _____
Vision Codes: Old: _____ New: _____ Eff: _____ BC: _____ FM Date: _____
Proc Date _____
Group/Suffix _____

*13-53846*

# GENERAL RETIREMENT SYSTEM
# OF THE CITY OF DETROIT
## BENEFIT ESTIMATE
Calculated on: 06/17/2008
(Service)



ASAKA, CHARLLOTTE
P. O BOX 14110
DETROIT MI  48214

| | |
|---|---|
| Date of Birth: | 04/27/1945 |
| Service Date | 04/22/1996 |
| Retirement Date: | 05/01/2011 |

| | YR | MO |
|---|---|---|
| Member Age | 66 | 0 |

Age at Disability

SSN: XXX - XX - 9638   Pension #: 228585

| Revenue Group | Service Credit Years | Service Credit Months | (A F C) Average Final Compensation | |
|---|---|---|---|---|
| 1 | 14 | 4 | AFC from Wages | $31,367.51 |
| Included Military Service Credit | 0 | 0 | Sick Leave AFC | $333.46 |
| | | | Total AFC | $31,700.97 |

### TOTAL PENSION PRIOR TO OPTION SELECTION

| Service Pension | + | Basic Pension | = | Total Pension | Annuity Balance |
|---|---|---|---|---|---|
| $7,544.83 | | $120.00 | | $7,664.83 | $0.00 |

**23.8%** Pension Calculation Percentage Factor

FOR QUESTIONS AND/OR APPOINTMENTS, PHONE (313) 224-3362

> *THIS IS A RETIREMENT ESTIMATE BASED ON INFORMATION AVAILABLE AT THIS TIME IT SHOULD NOT BE INTERPRETED AS A FINAL RETIREMENT ALLOWANCE*