Honorable Steven Rhodes

Re: Case # 13-53846

My husband & I are retired employees of the City of Detroit still living in the city.

My husband put in 25 years with the Detroit Police Dept. Jim is 77 years old. I put in 30 years with the Detroit Health Dept. I am 76 years old. We are not old at heart but too old to gain new employment.

If you approve Kevin Orr's present plan, my husband's pension will be impacted by 14% less and my pension by 34% totaling 48% per month. Resulting in $1,439 less per month. In addition, we are being told our equity payment will be re-evaluated with interest and passed down to us making our $1,439 loss per month even ~~less~~ more

Also, the payment for hospitalization coverage is an additional $120 per month, dental additional is $51 per month. Prescription coverage and office visit has doubled.

IF A HUSBAND & WIFE ARE BOTH RETIRED GENERAL EMPLOYEES, THEIR IMPACT WILL BE 68% AND I PERSONALY KNOW COUPLES WHO ARE.

THE CITY IS PRESENTLY CONCERNED RE: HOME FORECLOSURES, UNPAID PROPERTY TAXES, WATER BILLS, AND CITY INCOME TAXES. THESE SITUATIONS WILL ONLY INCREASE & CREATE ADDITIONAL LOSSES IN REVENUE. HOW DO WE PAY THE ABOVE WITH THESE SEVERE CUTS IN OUR MONIES.

MY QUESTION IS — "WHY US"? WHY IS THE POWERS TO BE DETERMINED TO COME OUT OF THIS BANKRUPCY ON OUR BACKS. WHY DON'T YOU JUST LINE US UP AND SHOOT US, THAT WOULD BE MORE HUMAN.

WE HAVE NO PROBLEM WITH SOME SACRIFICE BUT NOT THE WEIGHT OF THE TOTAL DEFIT.

WE **BEG** YOU TO HEAR US!!

SINCERELY,

Geraldine Bugeja
313-532-4364