UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name ___**Ambac Assurance Corporation**___

Firm ___**Arent Fox LLP**___

Address ___**1675 Broadway**___

City, State, Zip ___**New York, NY 10019**___

Phone ___**212.484.3900**___

Email ___**mark.angelov@arentfox.com**___

**Case/Debtor Name: City of Detroit, MI**

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

(●) **Bankruptcy**   ( ) **Adversary**

( ) **Appeal**   **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 04/17/2014   **Time of Hearing:** 9:00am   **Title of Hearing:** Motions and Status

Please specify portion of hearing requested: (●) **Original/Unredacted**  ( ) **Redacted**  ( ) **Copy** (2nd Party)

(●) Entire Hearing   ( ) Ruling/Opinion of Judge   ( ) Testimony of Witness   ( ) Other

Special Instructions: **Please send to miranda.perkins@arentfox.com; mark.angelov@arentfox.com**

---

**Type of Request:**

( ) Ordinary Transcript - $3.65 per page (30 calendar days)

( ) 14-Day Transcript - $4.25 per page (14 calendar days)

(●) Expedited Transcript - $4.85 per page (7 working days)

( ) CD - $30; FTR Gold format - You must download the free
FTR Record Player™ onto your computer from
www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark Angelov   Date: **4/17/2014**

By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
        Date      By

Order Received:

Transcript Ordered

Transcript Received