Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF ADJOURNMENT /CONTINUATION OF HEARING

**PLEASE TAKE NOTICE** that the hearing on 04/17/2014 at 9:00 AM to consider and act upon the following:

*3943* – Corrected Motion (related document(s): 3932 Motion for Entry of an Order Establishing Supplemental Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment with Respect to Pension and OPEB Claims filed by Debtor In Possession City of Detroit, Michigan) Filed by Debtor In Possession City of Detroit, Michigan (Lennox, Heather)

is hereby adjourned to **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **4/21/14** at **11:00 AM**.

Dated: 4/17/14

                                                                BY THE COURT

                                                                Katherine B. Gullo
                                                                Clerk, U.S. Bankruptcy Court

                                                                BY: christine sikula
                                                                Deputy Clerk