Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF ADJOURNMENT /CONTINUATION OF HEARING FOR PURPOSES OF ISSUING COURT'S RULING

**PLEASE TAKE NOTICE** that the hearing on 04/17/2014 at 9:00 AM to consider and act upon the following:

*3954* – Joint Motion Joint Motion to Amend the Solicitation Procedures Order Filed by Creditors Assured Guaranty Municipal Corp., Berkshire Hathaway Assurance Corporation (Larose, Lawrence)

is hereby adjourned to **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **4/21/14** at**11:00 AM**. Hearing adjourned/continued for purposes of issuing the Court's ruling regarding the motion.

Dated: 4/17/14

                    BY THE COURT

                    Katherine B. Gullo
                    Clerk, U.S. Bankruptcy Court

                    BY: christine sikula
                    Deputy Clerk