# UNITED STATES ~~DISTRICT~~ Bankruptcy COURT
for the
Eastern District of Michigan

John M. Matelic
_____
Plaintiff/Petitioner

2014 FEB 19 P 12: 08

v.

Benny Mendoza Et al.
_____
Defendant/Respondent

Civil Action No. 12-13523

13-53846

## APPLICATION TO PROCEED IN ~~DISTRICT~~ Bankruptcy COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Gus Harrison Correctional Facility.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per *(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

   (a) Business, profession, or other self-employment     ☑ Yes     ☐ No
   (b) Rent payments, interest, or dividends              ☐ Yes     ☑ No
   (c) Pension, annuity, or life insurance payments       ☐ Yes     ☑ No
   (d) Disability, or worker's compensation payments      ☐ Yes     ☑ No
   (e) Gifts, or inheritances                             ☑ Yes     ☐ No
   (f) Any other sources                                  ☑ Yes     ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

M.D.O.C 15⁰⁰ Per month (Employment)

Family Gifts 35⁰⁰ month

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NONE

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NONE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Justin M. Matelic 13   Child support   0
Before incarceration 110⁰⁰ per month

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Fines costs Restitution case #        3,750⁰⁰
Fines costs Restitution case #          998⁰⁰
Student Loan                          3,500⁰⁰

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: Feb 7th 2014

_____
Applicant's signature

John Michael Matelic
_____
Printed name

FILED
2014 FEB 19 P 12:01
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

Case no: 12-13523
Case no: 13-53846

1) My name is John M. Matelic #524299, I'm incarcerated at the Gus Harrison Correctional Facility 2727 E. Beecher St. Adrian, Mich 49221.

2) I am writing this Honorable Court asking for permission to proceed in Bankruptcy Court without prepayment of fees or costs.

3) Enclosed with this request is an ① application to proceed without prepayment of fees or costs, ② order directing service without prepayment of costs and a prior determination that allows plaintiff John M. Matelic to proceed in Forma Pauperis. ③ Notice of filing fee case # 2:12-CV-13523 Paid in Full. ④ Certificate of prisoner account Activity and affidavit regarding suspension of prisoner fee/cost.

4) This Plaintiff Prays this Honorable Bankruptcy Court allows him to file this Motion to lift Automatic stay for case no: 13-53846, and to proceed in forma Pauperis.

Thank you
Respectfully Requested
John M. Matelic
/s/ M. Matelic
In Pro-per

Feb 7th 2014