# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

*Alfonso Franklin JR*

your name     Creditors/Appellants,

v

In re:                                  Chapter 9
CITY OF DETROIT, MICHIGAN     Case No. 13-53846
AND EMERGENCY MANAGER      Judge Steven W Rhodes
KEVYN D. ORR

             Debtor/Appellee        Case No. 14-cv-10434
                                         Hon. Bernard A. Friedman
_____/   Magistrate Paul J. Komives

## OBJECTIONS TO CITY PLAN OF ADJUSTMENT

     I/We are residents of the City of *Detroit*

and a taxpayer of the State of Michigan and a citizen of the United States.

I/We are creditor and/or creditors and the interested part and/or parties and

object to the bankruptcy and to the City Plan of Adjustment for the

following reasons:

     1) We object to Kevyn Orr plan of adjustment because it infringes on

and take away you're right to vote on pages 22-23 of the plan of adjustment.

     2) We object to "A ten 10% reduction in monthly pension amount (b)

1

elimination of the deferred retirement option plan feature of Police and Fireman Retirement System (PFRS) and a **10% reduction in the monthly pension amount** <u>provided</u> that with respect to holders that are active employee, in the event the unfunded liabilities of the PFRS for the plan year ending June 30, 2014 is greater than the unfunded liabilities of the PFRS as of June 30, 2013, **the reduction** in the monthly pension amount <u>shall be increased</u> to the extent necessary to ensure that there is no change in the amount of the underfunding between plan year ending 2013 and 2014. Section 193 page15.

    3) We object to no determination on the Certificate of Participation (COP) swap claims that was a major cause of the bankruptcy in article ll Classification of claims; cram down executory contracts and unexpired lease. Article ll page 23.

I hereby certify that the statement made herein are true and correct under penalty of perjury and contempt of court under the laws of the United States of America

_____
Objector signature

Address  11327 Wade

City, State, & Zip  Detroit, MI 48213