Form regardother

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

**NOTICE TO DISREGARD PREVIOUS NOTICE OF ADJOURNMENT/CONTINUATION OF HEARING REGARDING [3943] CORRECTED MOTION FOR ENTRY OF AN ORDER ESTABLISHING SUPPLEMENTAL PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN OF ADJUSTMENT WITH RESPECT TO PENSION AND OPEB CLAIMS**

To the Creditors of the above named Debtor(s):

NOTICE IS HEREBY GIVEN that on **04/17/2014** a Notice of Adjournment/Continuation of Hearing (with an adjourned hearing date of 4/21/2014) was sent in the above entitled case in error. Please disregard this notice.

Dated: 4/18/14

                                                      BY THE COURT

                                                      Katherine B. Gullo , Clerk of Court
                                                     UNITED STATES BANKRUPTCY COURT