UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding Record of Interviews of Expert Applicants

It is hereby ordered that the audio recordings of the interviews of the expert witness applicants shall be sealed. It is further ordered that a transcript of the interview of the applicant who is selected to be the Court's expert witness be made available for purchase, but no transcripts of the other interviews shall be made available for purchase.

**Signed on April 18, 2014**

                              /s/ Steven Rhodes  
                              Steven Rhodes  
                              United States Bankruptcy Judge