UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## ORDER SETTING EXPEDITED HEARING

Having duly considered the Official Committee of Retirees' Ex Parte Motion to Set an Expedited Hearing Date on Its Emergency Motion for Leave to Pursue Limited Discovery After the Court's April 11 Discovery Deadline (the "Motion") and being fully advised in its premises,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as follows:

2. A hearing of the Official Committee of Retirees' Emergency Motion for Leave to Pursue Limited Discovery After the Court's April 11 Discovery Deadline is hereby set for April 28, 2014 at 10:00 a.m. in Courtroom 100, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on April 18, 2014**

                                                       /s/ Steven Rhodes
                                                    **Steven Rhodes**
                                                    **United States Bankruptcy Judge**