Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **4/28/14** at **10:00 AM** to consider and act upon the following:

*3943* – Corrected Motion (related document(s): 3932 Motion for Entry of an Order Establishing Supplemental Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment with Respect to Pension and OPEB Claims filed by Debtor In Possession City of Detroit, Michigan) Filed by Debtor In Possession City of Detroit, Michigan (Lennox, Heather)

Continuation of hearing that was held on 4/17/2014.

Dated: 4/18/14

                                  BY THE COURT

                                  Katherine B. Gullo
                                  Clerk, U.S. Bankruptcy Court

                                  BY: christine sikula
                                  Deputy Clerk