UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

''' Bankruptcy    Adversary

   Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____ **Time of Hearing:** _____ **Title of Hearing:** _____

Please specify portion of hearing requested:   ''' **Original/Unredacted** '''''' **Redacted** '''''''' **Copy** *2nd Party)

   Entire Hearing      Ruling/Opinion of Judge      Testimony of Witness      Other

Special Instructions: _____

**Type of Request:**

   Ordinary Transcript - $3.65 per page (30 calendar days)

   14-Day Transcript - $4.25 'r gt'r ci g (14 calendar days)

   Expedited Transcript - $4.85 'r gt'r ci g (7 working days)

'''''''''CD - $30; FTR Gold format'/'You must download the free
   ''''FTR Record Player™ onto your computer from
''''''''''''''''''''''''"y y y 0ti qrf (eqo "

''''''''''''''''''

**Signature of Ordering Party:**

_____ Date: _____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                    Date         By

Order Received:

Transcript Ordered

Transcript Received

# Instructions

**Use.** Use this form to order transcript of proceedings. Complete a separate order form for each hearing date for which transcript is ordered.

**Completion.** Complete the entire order form. Do *not* complete the shaded area which is reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Filing with the Court.** All requests must be electronically filed by attorneys. Debtors without counsel or parties without PACER access may mail or deliver the request to the court.

**Withdrawal of Request.** Decision to withdraw transcript request requires ordering party to (1) contact chambers; (2) notify transcriber; and (3) electronically file a notice of withdrawal. Debtors without counsel or parties without PACER access may mail or deliver the withdrawal to the court. Failure to do so will result in payment obligation to the Transcriber.

**Deposit Fee.** The Transcriber will notify you if a deposit fee is required and of the amount of the deposit fee. Upon receipt of the deposit, the Transcriber will process the order.

**Delivery Time.** Delivery time is computed from the date of receipt of the deposit fee.

**Completion of Order.** The Transcriber will notify you when the transcript is completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the Transcriber will notify you of the balance due which must be paid to the Transcriber prior to receiving the completed order.

**Type of Request:**

> Ordinary. A transcript to be delivered within thirty (30) calendar days after receipt of the order by the Transcriber. The charge is $3.65 per page effective November 19, 2007.

> 14-Day. A transcript to be delivered within fourteen (14) calendar days after receipt of the order by the Transcriber. The charge is $4.25 per page effective November 19, 2007.

> Expedited. A transcript to be delivered within seven (7) calendar days after receipt of the order by the Transcriber. The charge is $4.85 per page effective November 19, 2007.

> CD. Audio requests of a hearing are ordinarily completed within two (2) business days after receipt of an order. The ordering party will be notified by telephone when the CD is ready. Payment to the court (checks made payable to "Clerk of U.S. Bankruptcy Court") is required prior to picking up the CD. The charge is $52.02 per CD.

**Note:** Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the next *delivery* rate.