UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Application to Waive Filing Fee

John Michael Matelic has filed an application to proceed in bankruptcy court without prepaying fees or costs. (Dkt. #4174) He seeks waiver of the fee to file a motion to lift automatic stay. The Court lacks the authority to grant the relief requested. Accordingly, the application to waive filing fee is denied.

**Signed on April 21, 2014**

                                                       /s/ Steven Rhodes  
                                                     **Steven Rhodes**  
                                                     **United States Bankruptcy Judge**