UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9
                                          Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                Hon. Steven W. Rhodes

    Debtor.

## PROOF OF SERVICE

I hereby certify that I have mailed by United States Postal Service the *Attorney General's Response and Objections to Subpoena to Produce or Permit Inspection* to the following:

    McDonald Hopkins PLC
    39533 Woodward Avenue, Suite 318
    Bloomfield Hills, MI 48304

                                                     /s Michael R. Bell (P47890)
                                                     Assistant Attorney General