UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                  Case No. 13-53846

            Debtor.                       Hon. Steven W. Rhodes
_____/          Hon. Gerald E. Rosen

### ORDER TO CERTAIN PARTIES TO APPEAR
### FOR CONTINUED MEDIATION ON LTGO MATTERS

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on  April 21, 2014

    PRESENT:   Honorable Gerald E. Rosen
                            United States District Chief Judge

**TO:**   The City of Detroit
        Black Rock Financial Management
        Ambac Assurance Corporation

    **IT IS HEREBY ORDERED** that the above-named noticed parties shall appear for continuing mediation, with counsel and party-representatives **with full and complete settlement authority**, for continuing mediation in the chambers of Chief Judge Gerald E. Rosen, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan on **Thursday, May 1, 2014, at 9:00 a.m.**

                                                   s/ Gerald E. Rosen
                                                   Gerald E. Rosen, U.S. District Chief Judge,
                                                   Judicial Mediator