UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

          Debtor.                              Hon. Steven W. Rhodes
_____/                    Hon. Gerald E. Rosen

### ORDER TO CERTAIN PARTIES TO APPEAR
### FOR CONTINUED MEDIATION ON DWSD MATTERS

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on  April 21, 2014

    PRESENT:   Honorable Gerald E. Rosen
                           United States District Chief Judge

**TO:** The City of Detroit
U.S. Bank National Association, as Trustee, etc.
Assured Guaranty Municipal Corporation
Financial Guaranty Insurance Corporation
MBIA/National Public Finance Guarantee Corporation
Berkshire Hathaway Reinsurance Group

    **IT IS HEREBY ORDERED** that the above-named noticed parties, **only**, shall appear for continuing mediation, with counsel and party-representatives **with full and complete settlement authority**, in the chambers of Chief Judge Gerald E. Rosen, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan on **Friday, May 2, 2014 at 9:30 a.m.**

                                             s/ Gerald E. Rosen
                                             Gerald E. Rosen, U.S. District Chief Judge,
                                             Judicial Mediator