UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9

City of Detroit, Michigan,                                Case No. 13-53846

         Debtor.                                   Hon. Steven W. Rhodes
_____/                                  Hon. Gerald E. Rosen

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON DWSD MATTERS

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on  April 21, 2014

    PRESENT:  Honorable Gerald E. Rosen
                    United States District Chief Judge

**TO:** The City of Detroit
     U.S. Bank National Association, as Trustee, etc.
     Black Rock Financial Management
     Eaton Vance Management
     Fidelity Management & Research Company

    **IT IS HEREBY ORDERED** that the above-named noticed parties, **only**, shall appear for continuing mediation, with counsel and party-representatives **with full and complete settlement authority**, in the chambers of Chief Judge Gerald E. Rosen, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan on **<u>Thursday, May 1, 2014 at 2:00 p.m.</u>**

                                  s/ Gerald E. Rosen
                                  Gerald E. Rosen, U.S. District Chief Judge,
                                  Judicial Mediator