UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN      CASE NO. 13-53846
     CHAPTER 9
     Debtor      JUDGE: Hon. Steven W. Rhodes

_____/

## NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

Nathaniel Brent has filed papers with the court to seek relief from the automatic stay.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fourteen(14) days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position, at the:     United States Bankruptcy Court
     211 W Fort St.
     Detroit, Mi 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:
     Nathaniel Brent
     538 S. Livernois Ave.
     Detroit, MI 48209

1

2. If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

Respectfully Submitted,

_/s/ Nathaniel Brent_

Nathaniel Brent
Pro Per
538 South Livernois
Detroit, MI 48209
(313)841-4591

Date April 21, 2014

2