UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN

CASE NO. 13-53846
CHAPTER 9
JUDGE: Hon. Steven W. Rhodes

Debtor

/

**PROOF OF SERVICE**

I Ashley Workman certify that I served: **MOTION FOR RELIEF FROM AUTOMATIC STAY, BRIEF IN SUPPORT OF MOTION FOR RELIEF FROM STAY, ORDER GRANTING NATHANIEL BRENT'S MOTION FOR RELIEF FROM AUTOMATIC STAY, NOTICE OF MOTION AND OPPORTUNITY FOR HEARING, PROOF OF SERVICE:** by mailing via U.S. Mail on April 21, 2014, upon counsel of record:

Jonathan S. Green
Miller, Canfield, Paddock and Stone P.L.C.
150 West Jefferson
Suite 2500
Detroit, Mi 48226

_____
Ashley Workman

Date: April 21, 2014

FILED
2014 APR 21 P 2: 23
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT