# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No.: 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| | Hon. Gerald E. Rosen |

## ORDER REGARDING PROVISION OF ACTUARIAL DATA

This Court, having been duly appointed as mediator in this case pursuant to the Order of the United States Bankruptcy Judge Steven Rhodes dated August 13, 2013, hereby enters this Order to confirm the terms by which Milliman, independent actuaries for the City of Detroit, has provided and will continue to provide actuarial data to the independent actuaries of the General Retirement System of the City of Detroit and the Police and Fire Retirement System of the City of Detroit (Gabriel Roeder Smith & Company) and to the Official Committee of Retirees of the City of Detroit (The Segal Company).

The provision of actuarial data to other parties, their actuaries, or their financial advisors by Milliman, at the request and/or direction of the mediators, shall not affect the independence of Milliman, which has not incurred and will not incur any liability to any party, except its own clients, by providing such actuarial data. Each actuarial firm is alone professionally responsible for the information and conclusions it provides to its client.

s/Gerald E. Rosen
Gerald E. Rosen, U.S. District Chief Judge
Judicial Mediator

Dated: April 22, 2014