UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                          Chapter 9

City of Detroit, Michigan.                      Case No. 13-53846

          Debtor.                               Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2014, I electronically filed *Objections of Creditors Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, to Amended Plan for the Adjustment of Debts of The City of Detroit*, along with an *Index of Exhibits* and *Exhibits 1-4* (Dkt. # 4099), with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

GOODMAN & HURWITZ, P.C.

By: /s/*William H. Goodman*_____
William H. Goodman, P14173)
Counsel for Deborah Ryan, Walter Swift, Cristobal
          Mendoza and Annica Cuppetelli
1384 E. Jefferson Avenue
Detroit, MI 48207
Telephone: (313) 567-6170
Facsimile: (313) 567-4827
E-mail:      mail@goodmanhurwitz.com; and
             bgoodman@goodmanhurwitz.com