UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------

In re                                                                        Chapter 9

CITY OF DETROIT, MICHIGAN,                              Case No. 13-53846

              Debtor.                                          Hon. Steven W. Rhodes

## APPEARANCE

PLEASE TAKE NOTICE that OLSMAN, MUELLER, WALLACE & MacKENZIE, P.C., by WOLFGANG MUELLER, hereby files their Appearance as counsel on behalf of Creditor, Richard Mack, in the above-captioned matter.

      Respectfully submitted,

      OLSMAN, MUELLER, WALLACE
      & MacKENZIE, P.C.

      /s/Wolfgang Mueller
      Attorney for Creditor, Richard Mack
      2684 W. 11 Mile Road
      Berkley, MI 48072
      (248) 591-2300
      wmueller@olsmanlaw.com
      (P43728)

DATE: April 22, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-----------------------------------------------------------

In re                                                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                                    Case No. 13-53846

            Debtor.                                                        Hon. Steven W. Rhodes

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2014, I served the following Paper:

      Appearance on behalf of Creditor, Richard Mack

on the following parties:

| | | |
|---|---|---|
| David G. Heiman | Bruce Bennett | Jonathan S. Green |
| Heather Lennox | JONES DAY | Stephen S. LaPlante |
| Thomas A. Wilson | 555 South Flower Street | MILLER, CANFIELD, |
| JONES DAY | Fiftieth Floor |   PADDOCK AND STONE, PLC |
| North Point | Los Angeles, CA 90071 | 150 West Jefferson |
| 901 Lakeside Avenue | bbennett@jonesday.com | Suite 2500 |
| Cleveland, OH 44114 | | Detroit, MI 48226 |
| dgheiman@jonesday.com | | green@millercanfield.com |
| hlennox@jonesday.com | | laplante@millercanfield.com |
| tawilson@jonesday.com | | |

by the following means:

      the Court's ECF system.

                                      /s/Wolfgang Mueller
                                      OLSMAN, MUELLER, WALLACE
                                      & MacKENZIE, P.C.
                                      Attorneys for Creditor, Richard Mack
                                      2684 West Eleven Mile Road
                                      Berkley, MI 48072
                                      (248) 591-2300
                                      wmueller@olsmanlaw.com
                                      (P43728)

Dated: April 22, 2014