UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

PLEASE TAKE NOTICE that Jaye Quadrozzi and Sara K. MacWilliams of Young & Associates hereby appear as co-counsel on behalf of Oakland County.

PLEASE TAKE FURTHER NOTICE that Young & Associates hereby requests, pursuant to § 1109 (b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that copies of all notices and pleadings given or served in this case be given and served upon Young & Associates as follows:

Young & Associates
27727 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: 248.353.8620
Email: macwilliams@youngpc.com
quadrozzi@youngpc.com
efiling@youngpc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the Eastern District of Michigan, and also includes, without limitations, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to any proceedings therein, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, email or other electronic means, ECF, facsimile or otherwise, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Pleadings and Other Papers, nor any later appearance, pleadings, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court for the Eastern District of Michigan, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court of the Eastern District of Michigan withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims , actions, defenses, setoffs, or recoupments as appropriate in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

— 2 —
13-53846-tjt    Doc 4221    Filed 04/22/14    Entered 04/22/14 15:27:52    Page 2 of 3

**YOUNG & ASSOCIATES**

By: /s/ Sara K. MacWilliams
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
Co-Counsel for Oakland County, Michigan
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
macwilliams@youngpc.com
quadrozzi@youngpc.com

Date: April 22, 2014

# CERTIFICATE OF SERVICE

I certify that on April 22, 2014 I electronically filed the Notice of Appearance and Request for Service of Pleadings and Other Papers with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**YOUNG & ASSOCIATES**

/s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805