UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-----------------------------------------------------------

In re                                                               Chapter 9

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846

                Debtor.                              Hon. Steven W. Rhodes

## APPEARANCE

PLEASE TAKE NOTICE that OLSMAN, MUELLER, WALLACE & MacKENZIE, P.C., by WOLFGANG MUELLER, hereby files their Appearance as counsel on behalf of Creditor, Dwayne Provience, in the above-captioned matter.

                Respectfully submitted,

                OLSMAN, MUELLER, WALLACE
                & MacKENZIE, P.C.

                /s/Wolfgang Mueller
                Attorney for Creditor, Dwayne Provience
                2684 W. 11 Mile Road
                Berkley, MI 48072
                (248) 591-2300
                wmueller@olsmanlaw.com
                (P43728)

DATE: April 22, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-----------------------------------------------------------

In re                      Chapter 9

CITY OF DETROIT, MICHIGAN,           Case No. 13-53846

          Debtor.               Hon. Steven W. Rhodes

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 22, 2014, I served the following Paper:

    Appearance on behalf of Creditor, Dwayne Provience

on the following parties:

| | | |
|---|---|---|
| David G. Heiman | Bruce Bennett | Jonathan S. Green |
| Heather Lennox | JONES DAY | Stephen S. LaPlante |
| Thomas A. Wilson | 555 South Flower Street | MILLER, CANFIELD, |
| JONES DAY | Fiftieth Floor |   PADDOCK AND STONE, PLC |
| North Point | Los Angeles, CA 90071 | 150 West Jefferson |
| 901 Lakeside Avenue | bbennett@jonesday.com | Suite 2500 |
| Cleveland, OH 44114 | | Detroit, MI 48226 |
| dgheiman@jonesday.com | | green@millercanfield.com |
| hlennox@jonesday.com | | laplante@millercanfield.com |
| tawilson@jonesday.com | | |

by the following means:

    the Court's ECF system.

                      /s/Wolfgang Mueller
                      OLSMAN, MUELLER, WALLACE
                      & MacKENZIE, P.C.
                      Attorneys for Creditor, Dwayne Provience
                      2684 West Eleven Mile Road
                      Berkley, MI 48072
                      (248) 591-2300
                      wmueller@olsmanlaw.com
                      (P43728)

Dated: April 22, 2014