UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
---------------------------------------------------------

In re                                                                Chapter 9

CITY OF DETROIT, MICHIGAN,                            Case No. 13-53846

                  Debtor.                                    Hon. Steven W. Rhodes

## APPEARANCE

PLEASE TAKE NOTICE that OLSMAN, MUELLER, WALLACE & MacKENZIE, P.C., by WOLFGANG MUELLER, hereby files their Appearance as counsel on behalf of Creditors, Gerald and Alecia Wilcox, in the above-captioned matter.

                              Respectfully submitted,

                              OLSMAN, MUELLER, WALLACE
                              & MacKENZIE, P.C.

                              /s/Wolfgang Mueller
                              Attorney for Creditors, Gerald and Alecia Wilcox
                              2684 W. 11 Mile Road
                              Berkley, MI 48072
                              (248) 591-2300
                              wmueller@olsmanlaw.com
                              (P43728)

DATE: April 22, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-----------------------------------------------------------

In re                                                Chapter 9

CITY OF DETROIT, MICHIGAN,                           Case No. 13-53846

           Debtor.                        Hon. Steven W. Rhodes

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2014, I served the following Paper:

Appearance on behalf of Creditors, Gerald and Alecia Wilcox

on the following parties:

| | | |
|---|---|---|
| David G. Heiman | Bruce Bennett | Jonathan S. Green |
| Heather Lennox | JONES DAY | Stephen S. LaPlante |
| Thomas A. Wilson | 555 South Flower Street | MILLER, CANFIELD, |
| JONES DAY | Fiftieth Floor |   PADDOCK AND STONE, PLC |
| North Point | Los Angeles, CA 90071 | 150 West Jefferson |
| 901 Lakeside Avenue | bbennett@jonesday.com | Suite 2500 |
| Cleveland, OH 44114 | | Detroit, MI 48226 |
| dgheiman@jonesday.com | | green@millercanfield.com |
| hlennox@jonesday.com | | laplante@millercanfield.com |
| tawilson@jonesday.com | | |

by the following means:

the Court's ECF system.

                                /s/Wolfgang Mueller
                                OLSMAN, MUELLER, WALLACE
                                & MacKENZIE, P.C.
                                Attorneys for Gerald and Alecia Wilcox
                                2684 West Eleven Mile Road
                                Berkley, MI 48072
                                (248) 591-2300
                                wmueller@olsmanlaw.com
                                (P43728)

Dated: April 22, 2014