UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

_____

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE
MOTION OF THE CITY OF DETROIT WATER & SEWERAGE DEPARTMENT
FOR AN ORDER, PURSUANT TO 11 U.S.C. §105, AMENDING AND CLARIFYING
THE FEE REVIEW ORDER DATED SEPTEMBER 11, 2013**
_____

The City of Detroit Water and Sewerage Department (the "*DWSD*") and U.S. Bank National Association, in its capacity as trustee (the "*Trustee*") for those certain water and sewer bonds issued by the City of Detroit for the DWSD, by and through their counsel, hereby request that this Court enter an order, in form and substance substantially similar to the form of Order attached hereto as Exhibit 1, extending the deadline to respond to the *Motion of the City of Detroit Water & Sewerage Department for an Order, Pursuant to 11 U.S.C. § 105, Amending and Clarifying the Fee Review Order Dated September 11, 2013* (the "*Motion*") from April 23, 2014, to April 30, 2014. In support of this Stipulation, the parties state as follows:

1. The parties agree to extend the time to file a response to the Motion from April 23, 2014 to April 30, 2014 to allow for negotiations.

**WHEREFORE**, the DWSD and the Trustee respectfully request that this Court (i) extend the deadline for responding to the Motion from April 23, 2014 to April 30, 2014 and (ii) enter an order substantially in the form attached hereto as Exhibit 1 granting the relief sought.

Respectfully submitted this the 23rd day of April, 2014.

| | |
|---|---|
| /s/ Richardo I. Kilpatrick (with permission) <br> Richardo I. Kilpatrick (P35275) <br> Shanna M. Kaminski (P74013) <br> KILPATRICK & ASSOCIATES, P.C. <br> 615 Griswold, Suite 1708 <br> Detroit, MI 48226-3985 <br> Phone: (313) 963-2581 <br> ecf@kaalaw.com <br><br> *Attorneys for the Detroit Water and Sewerage Department* | /s/ David E. Lemke <br> David E. Lemke (TN13586) <br> Michael R. Paslay (TN11092) <br> Ryan K. Cochran (TN25851) <br> Courtney M. Rogers (TN25664) <br> WALLER LANSDEN DORTCH & DAVIS, LLP <br> 511 Union Street, Suite 2700 <br> Nashville, Tennessee 37219 <br> Phone: (615) 244-6380 <br> Fax: (615) 244-6804 <br> david.lemke@wallerlaw.com <br> mike.paslay@wallerlaw.com <br> ryan.cochran@wallerlaw.com <br> courtney.rogers@wallerlaw.com <br> – and – <br> Robert J. Diehl, Jr. (MI31264) <br> Jaimee L. Witten (P70068) <br> BODMAN PLC <br> 1901 St. Antoine Street, 6th Floor <br> Detroit, Michigan 48226 <br> Phone: (313) 393-7597 <br> Fax: (313) 393-7579 <br> rdiehl@bodmanlaw.com <br> jwitten@bodmanlaw.com <br><br> *Attorneys for U.S. Bank National Association, as Indenture Trustee for the Water and Sewer Bonds* |

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Stipulation for an Extension of Time to Respond to the Motion of the City of Detroit Water & Sewerage Department for an Order, Pursuant to 11 U.S.C. § 105, Amending and Clarifying the Fee Review Order Dated September 11, 2013* was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter, this 23rd day of April, 2014.

/s/ David E. Lemke
David E. Lemke (TN13586)
Michael R. Paslay (TN11092)
Ryan K. Cochran (TN25851)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
david.lemke@wallerlaw.com
mike.paslay@wallerlaw.com
ryan.cochran@wallerlaw.com
courtney.rogers@wallerlaw.com

*Attorneys for U.S. Bank National Association, as Indenture Trustee for the Water and Sewer Bonds*