# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

-------------------------------------------------------

In re

CITY OF DETROIT, MICHIGAN,

              Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

-------------------------------------------------------

## AMENDED "CORRECTED" OBJECTIONS OF CREDITORS DEBORAH RYAN, WALTER SWIFT, CRISTOBAL MENDOZA AND ANNICA CUPPETELLI, INTERESTED PARTIES, TO AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT AND CERTIFICATE OF SERVICE

NOW COME DEBORAH RYAN, WALTER SWIFT, CRISTOBAL MENDOZA and ANNICA CUPPETELLI, interested parties and object to the *"Second Amended Plan for the Adjustment of Debts of the City of Detroit (April 16, 2014).*" [Dkt. #4140] In support of those objections, the aforementioned interested parties state the following:

    1.    On April 15, 2014, these Petitioners filed their Objections, [Dkt. #4099], to the earlier "Amended Plan" filed by the Debtor on March 31, 2014). [Dkt. #3380];

    2.    Thereafter on April 16, 2014, the Debtor filed yet another Amended Plan [Dkt. #4140], which continues to persist in this Debtor's determination to ask

this Court to provide relief that will violate the Fourteenth Amendment of the United States Constitution;

3. The newly filed and equally objectionable Amended Plan substitutes the newly objectionable Paragraph 189 for the previously objectionable Paragraph 191. Both paragraphs contain precisely the same objectionable language;

4. Therefore, these Petitioners seek to make clear that the same Objections, previously filed as Docket #4099, apply with equal force to the Debtor's latest offering, its Second Amended Plan of Adjustment, Docket. #4140, in particular, Paragraph 189 thereof.

**WHEREFORE,** these Petitioners request the same relief sought in their earlier Objections [Dkt. #4099-1] and Brief In Support thereof [Dkt. #4099-2], for precisely the same the reasons and authority cited therein, but as to the Second Amended Plan of Adjustment, Docket. #4140, in particular, Paragraph 189 thereof.

> Respectfully submitted,
>
> **GOODMAN & HURWITZ, P.C.**
>
> By:/s/William H. Goodman
> William H. Goodman   P14173
> 1394 E. Jefferson Ave.
> Detroit, MI 48207
> 313-567-6170
> bgoodman@goodmanhurwitz.com
> *Attorneys for Deborah Ryan, Walter Swift,*
> *Cristobal Mendoza  and Annica Cuppetelli*

Dated: April 23, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2014, I electronically filed *Amended Objections of Creditors Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, to Amended Plan for the Adjustment of Debts of the City of Detroit* with this *Certificate Of Service* attached, with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

GOODMAN & HURWITZ, P.C.

By: /s/*William H. Goodman*
William H. Goodman, P14173)
Counsel for Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli
1384 E. Jefferson Avenue
Detroit, MI 48207
Telephone: (313) 567-6170
Facsimile: (313) 567-4827
E-mail: mail@goodmanhurwitz.com; and bgoodman@goodmanhurwitz.com