*379622858*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 APR 23 A 10:02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-SWR
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Rickie-Allen: Holt, Unsecured Creditor

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because, a man Indigenous to the land called Detroit Michigan, Unsecured Creditor, Current Employee, Potential Retiree, and currently effected by Detroit's Charter 9 Bankruptcy.

2. I / we object to the above filing because:
The **men/women**, the **Peoples** equity is being diminish, **men/women**, and the **Peoples Vote** is being diminish, and the **Families** of the **men/women/Peoples human rights** are being diminish.

3. I have/ have not attached additional sheets to explain and establish my position. The claims stated on this document are to establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Rickie-Allen: Holt

Signature: *Rickie-Allen: Holt All Rights Reserved*
Address: [%16101 Heyden, Det. Mich.]
Email: holt@dwsd.org

Dated: Two Thousand Fourteen, 22nd Tuesday April