UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Striking Document for Failure to Comply with Local Bankruptcy Rule 9010-1

On March 31, 2014, Lenetta Walker filed an "Objection to City of Detroit's Plan of Adjustment" (Dkt. #3638) on behalf of an entity called Senior Accountants, Analysts and Appraisers Association. Under Local Bankruptcy Rule 9010-1, a corporation, partnership or other entity may not file papers in a bankruptcy case unless it is represented by an attorney, except under certain limited circumstances, none of which apply to the instant filing. Accordingly,

**It Is Hereby Ordered** that the above referenced objection is stricken, without prejudice, for failure to comply with Local Bankruptcy Rule 9010-1. Nothing in this order shall prevent the objecting party from filing a new objection that comports with all local and federal bankruptcy rules. Any new objection must be timely filed within the deadlines set forth in the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment.

.

**Signed on April 23, 2014**

                                                   /s/ Steven Rhodes  
                                                **Steven Rhodes**  
                                                **United States Bankruptcy Judge**