UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2014, I electronically filed Stipulation

and Agreement Regarding Electronically Stored Information and

Response to the April 11, 2014 Subpoena Between the Official

Committee of Retirees and the State of Michigan [Docket No. #4230]

with the Clerk of the Court for the United States Bankruptcy Court,

Eastern District of Michigan, Southern Division using the ECF System,

which will send notification of such filing to all attorneys and parties of

record registered electronically.

/s/Matthew Schneider
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754, Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov [P62190]
Attorney for the State of Michigan