UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| Debtor. | ) | CHAPTER 9 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |

___

**ORDER GRANTING AN EXTENSION OF TIME TO RESPOND TO THE MOTION OF THE CITY OF DETROIT WATER & SEWERAGE DEPARTMENT FOR AN ORDER, PURSUANT TO 11 U.S.C. §105, AMENDING AND CLARIFYING THE FEE REVIEW ORDER DATED SEPTEMBER 11, 2013**

___

This matter coming before the Court on the *Stipulation for an Extension of Time to Respond to the Motion of the City of Detroit Water & Sewerage Department for an Order, Pursuant to 11 U.S.C. § 105, Amending and Clarifying the Fee Review Order Dated September 11, 2013* (the "**Stipulation**"); and the Court being fully advised in the premises and finding that just cause exists for granting the relief requested in the Stipulation concludes that the Stipulation is due to be **GRANTED**.

**WHEREFORE**, based upon the foregoing, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that the deadline to file responses to the *Motion of the City of Detroit Water & Sewerage Department for an Order, Pursuant to 11 U.S.C. § 105, Amending and Clarifying the Fee Review Order Dated September 11, 2013*, is extended from April 23, 2014, to April 30, 2014.

.

**Signed on April 23, 2014**

                      ___/s/ Steven Rhodes___
                       Steven Rhodes
                       United States Bankruptcy Judge