| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Cravath, Swaine & Moore LLP hereby appears in the above-captioned case as counsel for The Detroit Institute of Arts, and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

Richard Levin
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Email: rlevin@cravath.com

The foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise. The foregoing request also includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Arthur T. O'Reilly (P70406)
Scott B. Kitei (P78064)
Daniel N. Adams (P72328)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7000
aoreilly@honigman.com

April 23, 2014                              and

By:_/s/ Richard Levin_____
CRAVATH, SWAINE & MOORE LLP
Richard Levin
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rlevin@cravath.com

Attorneys for The Detroit Institute of Arts

2

## CERTIFICATE OF SERVICE

On April 23, 2014, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send a copy to all counsel of record.  I certify and declare under penalty of perjury that the foregoing is true and correct.

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Arthur T. O'Reilly (P70406)
Scott B. Kitei (P78064)
Daniel N. Adams (P72328)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7000
aoreilly@honigman.com

April 23, 2014                              and

By:  /s/ Richard Levin
CRAVATH, SWAINE & MOORE LLP
Richard Levin
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rlevin@cravath.com

Attorneys for The Detroit Institute of Arts

ACTIVE.14697847.1