April 15, 2014

You're Honor Steven W Rhodes,

Regarding case # 13-53846 City of Detroit Chapter 9 Bankruptcy

I am writing you this letter in hopes that it will help you in making the right decision on the retirement benefits for the City of Detroit-sewage plant retirees.

My husband worked for the City of Detroit Sewage Plant for 15 years. During his time working there he was poisoned with chlorine, he developed sarcoid from the plant, fell on the sludge many times, including two times he fell down the steps due to the sludge. He was determined permanently disabled due to all the injuries that occurred at the sewage plant. Recently that had to be changed to regular pension. Due to all these injuries my husband has many medical bills, prescriptions, etc that will be ongoing.

Now the City has cut me as his spouse off the health insurance. They are paying for my husband health insurance but-the coverage is not the same as it was. He now has to pay 20% of all his services plus the co-pay went up from 10.00 to 25.00. Medications went from 5.00 each prescription to 40.00-200.00 each prescription. Yes, he does have one prescription that cost 200.00 to fill. It is killing us with these additional charges. We were barely making it the way it was and now it is even worse.

But that is not even all of our changes. Because they took me off his health insurance we now have to pay for my health insurance which is 360.00/month. That coverage has a $6000.00 deductible that I must meet before they will pay one penny of my bills. So that means any health concerns I have must be paid for until I reach the 6000.00 deductible plus I have to pay the monthly 360.00/per month just to have this health insurance and not be penalized.

Now they are talking about reducing his pension pay a large amount each month. A couple years ago we just got a loan modification on our home. It is the lowest we can get and we are now struggling because of the changes already to the health insurance. Now we may lose pension money. I now have a car loan, I hope my car will not have to be reprocessed because we can't make the payments.

Please, help us. It was not our fault this happened to the City of Detroit. My husband along with his co-workers worked hard and struggled with all the health conditions due to the work location. He will suffer for the rest of his life due to that work and the health problems that he developed due to the City of Detroit Sewage plant.

The people who should be held accountable for the money problems are the ones that were in charge and let this happen. If I did something like this at the place I worked. I would be held accountable not the whole staff.

Thank you for your time.

Sincerely,

*Patricia Boyd*

Patricia Boyd, wife

*Alvin C Boyd*

Alvin C Boyd-Sewage Attendant retiree (disabled)