Case 13-53846                                                    4/22/14

Amendments to my
Objections to the Disclosure Statement:
Please hire Hammar (John Loave & Leander J Dainaks)

The disclosure statement is obtuse, hard to read and understand and promises nothing. People are being asked to vote on pages that might as well be blank,.. like signing a blank check and allowing someone else to fill it in later. These are the kinds of actions the Jones Day Law Firm under Kevin Orr and Sydor's direction have been using to gain the councils rubber stamp approval of the Emergency Manager Kevin Orr and the governor's plans for the city of Detroit. These bogus contracts end with pages that have a title at the top but nothing else.

The money that has been wasted their (Orr & Sydor's) choices, plus the money they have not collected from Illich, Olympia, the

13-53846-tjt   Doc 4239   Filed 04/23/14   Entered 04/23/14 15:43:31   Page 1 of 18    (1)

state of Michigan, et al; the tax breaks for monopoly building owners in the downtown area, and the assumption that this bankruptcy is going to help Detroit when it really appears it is hurting Detroit. The law makers and corporate monopolies are lawless — a bad example for our population, which is being taught by example that money trumps all, including life and that it doesnt matter what you do to get it, e.g. literally kill a debtor like a drug dealer who owes someone above him or destroy a house by taking all the bricks, windows & doors and then paying someone to clean everything out of the building to ready it for demolition. Check out the southeast corner of McNichols and Army on the southwest side. A cell "call misfunction" sends a voice to my line that warns "you better get that house

leaned out. "They were not talking to me but tho someone ~~on the~~ lived in the neighborhood."

This will make the demolition easier and cheaper for the Detroit Land Bank to demolish parts of the city with the 32 million federal dollars via the state from the hardest hit funds that the state of Michigan has held onto so long they only have one year to use up the money before it goes back. We had demonstrated to get this money used to avoid mortgage & tax foreclosures to keep people in their homes. Our demonstrations and requests were ignored.

I suspect these practices are being encouraged by bigger players than brick thieves. Why would brick thieves, between Saturday & Monday (probably on Easter) steal bricks off the house, take the windows out and the doors out

I have it

③

I want a ~~Kansas~~ Homestead Act. The ~~[scribble]~~ Disclosure statement does not disclose all of the assets; and/or houses, if not destroyed are assets and potential assets in the community. ~~Lighting~~ Fixtures taken down by DTE contractor Le Con for $1,100.00 a fixture and replaced by an LED fixture are being thrown away (not returned to the city to be sold for income to the city. The PLD street light maintainance worker gets paid seventeen dollars an hour, and can take down old & put up new in 15 minutes (not an hour). The mayor doesn't know the difference between a watt & a lumen, and his lighting director Please select Professor Hammer as a consultant/expert to help you understand the direction Detroit needs to take for Detroit to emerge as a healthier city. My friends heard your Friday interviews and picked Hammer; I heard him analyze Detroit Future City at Marygrove College several months ago, in which he critizened the lack of acknowledgement of race as an important component and that the base assumption by the experts "is that Detroit can't attract new residents so we'll just downsize (and hope our poor will go somewhere else.

Hammer had the good sense to know that the new arena catalyst project is a bad development project but Tech Town is a good "   " " " " project for the city of Detroit. But the new arena is OK for the state who will get sales taxes from concessions and tickets as well as income taxes, while the city will get income taxes from players and workers at 1½-3% vs. 6% to state plus state's sales tax. The money from the DDA (Downtown Development Authority) will help pay the bonds back and the State will take money out of the education fund to give to the DDA to help pay off the bonds. Can we make this deal as complicated and convoluted as the Disclosure Statement. Please hire Professor Hammar as your "Expert" so we can develop real healthy viable alternatives.

Objection to the ~~Disclosure~~ Plan of Disclosure, The DWSD water board commission and the Detroit City Council voted before Orr filed for Bankruptcy for a contract between them and New England Fertilizer Company. Orr and Jones Day are not ~~the~~ Michigan Lawyers and according to our 2012 Detroit City Charter should not represent or be hired to represent our elected city council. They have conflicts of interest and representing the City of Detroit creditors. See Kurt Guyette article in Metro Times where he says that it is court record that Jones Day signed an agreement with Merrill Lynch a subsidary of Bank of America that ~~they~~ Jones Day would not sue Merrill Lynch if ~~they~~ Jones Day was chosen to represent the City of Detroit in Bankruptcy.

In June ~~July~~ In
~~they~~ The ~~try~~ DWSD is slated to sell $600 million in bonds to fund this wasteful ~~stupid~~, 20 year contract with New England Fertilizer Company. In Wisconsin they use (powerful) ~~the~~ old fashioned steam to dewater and then sell the remains for fertilizer. In Boston, the Army Corp of Engineers, ~~not short term politicians~~ that operates like ~~CIA~~ CEO's with an immediate bottom line rather than long term public benefit, — designed the aerobic digesters that produce an income stream ~~for~~ that reduces water costs by producing methane. Sue McCormick and other overpaid executives should be replaced with dedicated and competant engineers. The water board ~~runs~~ runs itself like corporate boards that set their own ~~stratogus~~ salaries ~~and~~ ~~gives them~~ ~~raises~~.

⑦

Please stop the sale of the bonds DWSD to finance another edition of how to waste money, pollute the river, and receive water that you best filter at home. I will include notes in a day or two from my conversations with Saulius Simoliunas. Please read about Harvard Professor of Law Court Master Judge Charles M. Haar Mastering Boston Harbor by HarberGravity published 2005, to show how pollution was stopped there (including with Archer's & DeCombe's help); in Detroit the Mafia including Anthony Soave wasted lots of our money on retention ponds that don't work. The Detroit Future City Plan (criticized by Professor Hammar) has even more retention ponds scattered throughout Detroit that are planned for our future. Water and access to water are

13-53846-tjt Doc 4239 Filed 04/23/14 Entered 04/23/14 15:43:31 Page 8 of 18

8

a human right in Europe, but not here unless you're Illich and owe $60,000
( on 4/22/14 I FOIAed for an accounting of Illich, Olympia bill at JLA.)
on back water bills at Joe Louis Arena. The DWSD that wastes it every day on stupid money makers for corrupt contractors will turn you off if you're not a billionaire — e.g. the "new" Compuserve building did not even have a water meter in the building for years. The Plan of Disclosure fails to name the debtors to the city as well as the creditors to the city and I object. If leases are able to be broken in bankruptcy, we should also cancel or quickly phase out tax abatements in the downtown!! These tax abatements are a future expense to the city that needs stating in the disclosure statement and adjustment & need reduction and elimination in the plan as we need to emerge from bankruptcy without being put of survival, out of a debtor's prison. The government is surviving on our carcass.!

Is this what democracy looks ↔ What happened
to Abe Lincoln's Government of the people, by the people
and for the people; this "plan" of adjustment and failure to
disclose i.e. audit Joe Louis
Arena & Parking before shoving a New Arena
down our throats is another part
of South African apartheid. SP apartheid SP., income apartheid, racial
The bait & switch — will due to follow the corrupt city of Chicago model
sell the Parking Authority, tow the cars to a city lot so the government can
make $ off your car. Make Detroit a walkable city
city moving. you won't have a
car & you can get there faster on foot than the bus, + keep the steel
prices up so all the cheap   a bike or on
cars are crushed

# EMERGENCY MANAGER
# CITY OF DETROIT

## ORDER No. 24

### ORDER TO AMEND CHAPTER 55 OF THE 1984 DETROIT CITY CODE

BY THE AUTHORITY VESTED IN THE EMERGENCY MANAGER
FOR THE CITY OF DETROIT
PURSUANT TO MICHIGAN PUBLIC ACT 436 OF 2012,
KEVYN D. ORR, THE EMERGENCY MANAGER,
ISSUES THE FOLLOWING ORDER:

Whereas, on March 28, 2013, Michigan Public Act 436 of 2012 ("PA 436") became effective and Kevyn D. Orr became the Emergency Manager ("EM") for the City of Detroit (the "City") with all the powers and duties provided under PA 436; and

Pursuant to section 9(2) of PA 436, the EM "shall act for and in the place and stead of" the Detroit Mayor (the "Mayor") and City Council (the "Council"); and

Section 9(2) of PA 436 also grants the EM "broad powers in receivership to rectify the financial emergency and to assure the fiscal accountability of the [City] and the [City's] capacity to provide or cause to be provided necessary governmental services essential to the public health, safety, and welfare;" and

Pursuant to section 10(1) of PA 436, the EM may "issue to the appropriate local elected and appointed officials and employees, agents, and contractors of the local government the orders the emergency manager considers necessary to accomplish the purposes of [PA 436], including, but not limited to, orders for the timely and satisfactory implementation of a financial and operating plan" or "to take actions, or refrain from taking actions, to enable the orderly accomplishment of the financial and operating plan;" and

Section 12(1)(a) of PA 436 authorizes the EM, "notwithstanding any charter

I haven't studied Audit report but income is no doubt down because
many meters didn't work. The worker collecting meter money said they
couldn't buy the batteries anymore — the battery company went out of
business. Later batteries twice
Auditor General's Parking Violations should be on
city website

provision to the contrary," to "[a]nalyze the factors and circumstances contributing to the financial emergency of the local government and initiate steps to correct the condition;" and

Section 12(1)(dd) of PA 436 authorizes the EM, "notwithstanding any charter provision to the contrary," to "[e]xercise solely, for and on behalf of the local government, all other authority and responsibilities of the chief administrative officer and governing body concerning the adoption, amendment, and enforcement of ordinances or resolutions of the local government" as provided in the Michigan Home Rule City Act, Act 279 of 1909, Michigan Compiled Laws ("M.C.L.") §§ 117.1 to 117.38 (the "Home Rule Act"); and

Section 3(k) of the Home Rule Act requires that the City's charter provide for "adopting, continuing, amending, and repealing the city ordinances and for the publication of each ordinance before it becomes operative;" and

Section 4-115 of the 2012 City of Detroit Charter (the "City Charter") requires, among other things, that "[e]very proposed ordinance shall be in writing...[and that] [a]ny ordinance which repeals or amends an existing chapter, article, division, or section of the Detroit City Code shall set out in full the chapter, article, or division or section to be repealed or amended, and shall clearly indicate language to be omitted and language to be added;" and

Section 4-115 also requires that proposed ordinance shall be distributed to each Council member and the Mayor and that it be placed in the Office of the City Clerk (the "Clerk"), "such other public places," and that a summary of the proposed ordinance be published "in a daily newspaper of general circulation in the City together with a notice establishing the time and place for a public hearing thereon" not earlier than five days after the publication; and

The EM has determined, at this time, it is necessary and appropriate to revise (i) Chapter 55, Article II, Section 55-2-42 of the 1984 Detroit City Code (the "Parking Fine Ordinance") to increase parking fines to cover the necessary costs to process such fines and to increase funds available to the City (ii) Chapter 55, Article II, Sections 55-6-50 and 55-6-51 to provide that each successive period of parking longer than the permitted period constitutes a separate violation (the "Parking Meters Ordinances" together with the Parking Fine Ordinance, the "Parking Ordinances"). Further, the EM believes that such revisions are necessary to safeguard and assure the financial accountability of the City.

**It is hereby ordered that:**

1. In accordance with Section 4-115 the Clerk is hereby instructed to publish this Order and Exhibits A and B hereto showing the proposed amendments to the Parking Ordinances in their entirety in a daily newspaper of general circulation no later than Tuesday, April 8, 2014.

2. In accordance with Section 4-115 a public hearing regarding the amendments proposed in Exhibits A and B will take place on Monday, April 14, 2014 at the Coleman A. Young Municipal Center, 2 Woodward Ave., on the 13th floor at 3 p.m.

3. All orders of the EM, ordinances and resolutions of the City Council of the City, and all parts of orders, ordinances or resolutions in conflict with this Order are hereby repealed to the extent of such conflict.

4. Nothing in this Order shall be interpreted as contrary to Federal law.

5. This Order is effective immediately upon the date of execution below.

6. The amended Parking Ordinances, as may be amended, shall be effective on the publication by the Clerk following the public hearing described in Paragraph 1.

7. If any component of this Order is declared illegal, unenforceable, or ineffective by a court of competent jurisdiction, such component shall be deemed severable so that all other components contained in this Order shall remain valid and effective.

8. The EM may modify, amend, rescind, replace, supplement, or otherwise revise this Order at any time.

9. This Order shall be distributed to the Mayor, City Council members and all department heads.

Dated: April 3, 2014

By: _____
Kevyn D. Orr
Emergency Manager
City of Detroit

cc: State of Michigan Department of Treasury
Mayor Michael Duggan
Members of Detroit City Council

# EXHIBIT A

IT IS HEREBY ORDAINED BY THE PEOPLE OF THE CITY OF DETROIT THAT:

~~Sec.~~ Chapter 55 of the 1984 Detroit City Code, *Traffic and Motor Vehicles*, is amended by amending Article II, *Administration and Enforcement*, Division 5, *Parking Violations Bureau*, Section 55-2-42., *Schedule of fines, of reductions for the prompt payment of fines, and of penalties for the late payment of fines, for parking violations*~~,~~ to read as follows:

## Sec. 55-2-42. Schedule of fines and of penalties for the late payment of fines for parking violations.

(a) In accordance with Section 9-509 of the ~~1997~~2012 Detroit City Charter, the schedule of fines~~, of reductions for the prompt payment of fines,~~ and of penalties for the late payment of fines~~,~~ for parking violations are as follows:

| Violation | Violation Code | Fine | ~~Fine When Paid Within 10 Days for All Vehicles~~ | Fine When Paid After 30 Days, inclusive of late penalties, for Vehicles Registered in Michigan | Fine When Paid After 30 Days, inclusive of late penalties, for Vehicles Registered in Another State or Country |
|---|---|---|---|---|---|
| Parked in prohibited area/no parking | 801 | ~~$30.00~~ 45.00 | ~~$20.00~~ | ~~$50.00~~$65.00 | ~~$80.00~~$95.00 |
| Improper parking | 802 | ~~30.00~~$45.00 | ~~$20.00~~ | ~~50.00~~$65.00 | ~~80.00~~$95.00 |
| Blocking alley | 804.1 | ~~30.00~~$45.00 | ~~20.00~~ | ~~50.00~~$65.00 | ~~80.00~~$95.00 |
| Blocking driveway | 804.2 | ~~30.00~~$45.00 | ~~20.00~~ | ~~50.00~~$65.00 | ~~80.00~~$95.00 |
| Blocking crosswalk | 804.3 | ~~30.00~~$45.00 | ~~20.00~~ | ~~50.00~~$65.00 | ~~80.00~~$95.00 |
| Double parking | 805.1 | ~~30.00~~$45.00 | ~~20.00~~ | ~~50.00~~$65.00 | ~~80.00~~$95.00 |
| Double standing | 805.2 | ~~30.00~~$45.00 | ~~20.00~~ | ~~50.00~~$65.00 | ~~80.00~~$95.00 |

| | | | | | |
|---|---|---|---|---|---|
| Fire hydrant parking violation | 805.3 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| No standing (anytime) | 811.1 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| Snow emergency violation | 811.2 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| Coach stop | 811.3 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| No standing (a.m.) | 812 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| No standing (p.m.) | 813 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| Overtime parking | 814 | ~~20.00~~ $45.00 | ~~10.00~~ | ~~40.00~~ $65.00 | ~~70.00~~ $95.00 |
| Parking meter violation | 821 | ~~20.00~~ $45.00 | ~~10.00~~ | ~~40.00~~ $65.00 | ~~70.00~~ $95.00 |
| Parking in area reserved for the handicapped | 830 | ~~100.00~~ $150.00 | ~~90.00~~ | ~~120.00~~ $170.00 | ~~150.00~~ $200.00 |
| DPW street cleaning | 835 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| Unauthorized parking—Private property | 840 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| Unattended—Key in vehicle | 860 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| No stopping | 870 | ~~30.00~~ $45.00 | ~~20.00~~ | ~~50.00~~ $65.00 | ~~80.00~~ $95.00 |
| Vehicle and | | ~~100.00~~ | | | |

| equipment specified in section 55-6-21 | 880 | $150.00 ~~90.00~~ | ~~120.00~~ $170.00 | ~~150.00~~ $200.00 |

This schedule shall be posted at the Municipal Parking Department Parking Violations Bureau <u>and, if located in a different location than the Parking Violations Bureau, at the main office of the Municipal Parking Department</u>.

~~(b) As indicated in subsection (a) of this section, a parking fine that is paid to the parking violations bureau within ten (10) days of the date of issuance by accepting responsibility, or by accepting responsibility, with an explanation, shall result in a ten dollar ($10.00) reduction from the original fine as an incentive for prompt payment. In accordance with section 2-111 of the 1997 Detroit City Charter, the municipal parking department shall promulgate administrative rules for the implementation of a prompt payment incentive program within one hundred twenty (120) days after the enactment of this section.~~

~~(c) A parking fine shall be paid to the parking violations bureau within thirty (30) days of the date of issuance by accepting responsibility, or by accepting responsibility with an explanation, to avoid the imposition of a penalty, as indicated in subsection (a) of this section. As indicated in subsection (a) of this section, failure to pay a parking fine to the parking violations bureau within thirty (30) days of the date of issuance shall result:~~

~~(1) In a twenty dollar ($20.00) penalty being added to the original fine where the vehicle is registered in this state; or~~

~~(2) In a fifty dollar ($50.00) penalty being added to the original fine where the vehicle is registered in another state or country.~~

# EXHIBIT B

IT IS HEREBY ORDAINED BY THE PEOPLE OF THE CITY OF DETROIT THAT:

Chapter 55 of the 1984 Detroit City Code, Traffic and Motor Vehicles, is amended by amending Article VI, Stopping, Standing and Parking, Division 2, Parking Meters, Section 55-6-50, Deposit of coins in meters; use of unexpired time on meters and Section 55-6-51, Parking beyond legal time; overtime parking, to read as follows:

Sec. 55-6-50. Schedule of fines and of penalties for the late payment of fines for parking violations; separate violations.

(a) When any vehicle is parked or standing in any space alongside of or next to which a parking meter is located, in accordance with the provisions of this division, the operator of such vehicle, upon entering the parking space, shall immediately deposit or cause to be deposited a coin of United States currency, as provided in section 55-6-47, in such parking meter, and shall place such meter in operation either automatically or by turning a mechanical device designated to place such meter in operation. The parking space then may be lawfully occupied by such vehicle during the period of parking or standing time which has been prescribed for the part of the street on which such parking space is located; provided, that after the expiration of the time limit, it shall be unlawful for that same vehicle to occupy that space until the lapse of one legal period of time prescribed for that space. If such vehicle shall remain parked or shall remain standing in any such parking space beyond the parking or standing time limit fixed for each parking space, the parking meter shall display a sign or signal showing illegal parking or standing, and in that event such vehicle shall be considered as parked overtime and beyond the period of legal parking or standing time; and the parking or standing of the vehicle where any such meter is located shall be a violation of this division.

(b) Any person placing a vehicle in a parking meter space, which meter indicates that unused time has been left thereon by the previous occupant of that space, shall not be required to deposit a coin for the use of such unused time; provided, that after the expiration of such unused time, it shall be unlawful to permit ~~this same~~that vehicle to occupy ~~such~~that space until the lapse of one legal period of time ~~which has been~~ prescribed for ~~this~~that space.

(c) Each successive period of parking longer than the maximum time period constitutes a separate violation.

Sec. 55-6-51. Parking beyond legal time; overtime parking; separate violations.

It shall be unlawful for any person to cause, allow, permit or suffer any vehicle to stand or to be parked overtime beyond the period of legal parking or standing time established for any parking meter zone. Each successive period of parking longer than the maximum time period constitutes a separate violation.