UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 APR 24 A 9: 35
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

JoAnn Watson _____ Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

OBJECTION TO:
PLAN OF ADJUSTMENT
FILED BY: Kevyn D. Orr, Emergency Manager Appointed by Governor Rick Snyder

JoAnn Watson hereby states his/her/their OBJECTION
TO: The Plan of Adjustment for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because I am a retiree with the City of Detroit, and object to the disparate unconstitutional provisions of the proposed Plan of Adjustment

2. (I) we object to the above filing because:

   • Retirees are subject to disparate treatment compared to proposed settlement with Banks and Financial Firms related to the illegal swap deal of 2005

   • A sacred covenant with retirees would be breached, posing great harm and life-threatening financial ruin for thousands of workers who trusted the City.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/we request the Court will deny the relief sought in said filing.

JoAnn Watson 100 Riverfront Dr we
#1508 Detroit, MI
Birthdate 4-13-1951      48226
(signature) JoAnn Watson
April 4, 2014

Dated:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 APR 24 A 9: 35
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

JoAnn Watson _____ Debtor ___/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## APPLICATION TO WAIVE ELECTRONIC FILING

I hereby request the Court will waive electronic filing because:

1. I am not a lawyer and I am filing this objection pro se.

2. I do not have electronic filing privileges.

3. This is an important case and it affects my legal rights

I hereby certify the foregoing is true and correct under penalty of contempt of court and perjury under the laws of the United States of America.

JoAnn Watson
100 Riverfront Drive #1508
Detroit, MI 48226
April 13, 1951   Date of Birth
/s/ JoAnn Watson

Dated: