# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                            Chapter 9

City of Detroit, Michigan,                                        Case No. 13-53846

      Debtor.                                              Hon. Steven W. Rhodes

_____/

## <u>Order Denying Motion for Reconsideration</u>

On April 23, 2014 Carl Williams and Hassan Aleem filed a motion for reconsideration of the Court's order issued on April 16, 2014 overruling objections to notice and confer session regarding certain objections to the amended disclosure statement with respect to amended plan for the adjustment of debts of the City of Detroit. This motion is to be decided pursuant to Local Bankruptcy Rule 9024-1(a)(3), which provides:

> Generally, and without restricting the discretion of the Court, a motion for rehearing or reconsideration which merely presents the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court concludes that nothing in the motion warrants reconsideration of its earlier order. Accordingly, it is hereby ordered that the motion for reconsideration (Dkt. #4240) is denied.

.

**Signed on April 24, 2014**

                                       **/s/ Steven Rhodes**

                                       **Steven Rhodes**

                               **United States Bankruptcy Judge**