UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                    Chapter 9
City of Detroit, Michigan,                                   Case No. 13-53846
    Debtor.                                                    Hon. Steven W. Rhodes
_____/

**Second Order Overruling Objections to Notice and Confer Session Regarding
Certain Objections to the Amended Disclosure Statement with Respect to
<u>Amended Plan for the Adjustment of Debts of the City of Detroit</u>**

Several parties have filed "Objections to Notice and Confer Session Regarding Certain Objections to the Amended Disclosure Statement with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit." The Court concludes neither a response nor oral argument on these objections is necessary.

The Court further concludes that the objections should be overruled for lack of arguable merit. Accordingly, each of the following objections is overruled:

    Dkt. #4241 filed by Carl Williams, Hassan Aleem

    Dkt. #4242 filed by Vera C. Magee

    Dkt. #4243 filed by Errol Griffin

    Dkt. #4244 filed by Joan E. Robinson-Cheeks

    Dkt. #4245 filed by Keith M. Hines

    Dkt. #4246 filed by Love McMiller

    Dkt. #4247 filed by Martha Childress, Lula Millender

.

**Signed on April 24, 2014**

                                                            /s/ Steven Rhodes
                                                            Steven Rhodes
                                                            United States Bankruptcy Judge