UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

### NOTICE OF WITHDRAWAL OF OFFICIAL COMMITTEE OF RETIREES' EMERGENCY MOTION FOR LEAVE TO PURSUE LIMITED DISCOVERY AFTER THE COURT'S APRIL 11 DISCOVERY DEADLINE

In reliance on the Retirement Systems' representation to the Court that a settlement between the Retirement Systems and the City has not yet been finalized, (s*ee* Doc. 4253), the Official Committee of Retirees of the City of Detroit, Michigan ("Retirees") hereby withdraws its Emergency Motion for Leave to Pursue Limited Discovery After the Court's April 11 Discovery Deadline (Doc. 4170) ("Motion"), without prejudice to a future re-filing of the Motion as necessary and appropriate.

Dated: April 25, 2014            Respectfully submitted,

By: */s/ Carole Neville*

| | |
|---|---|
| Claude Montgomery | Sam Alberts |
| Carole Neville | Dan Barnowski |
| DENTONS US LLP | DENTONS US LLP |
| 1221 Avenue of the Americas | 1301 K Street, NW, Suite 600 East Tower |
| New York, New York 10020 | Washington, DC 20005 |
| Tel: (212) 768-6700 | Tel: (202) 408-6400 |
| Fax: (212) 768-6800 | Fax: (202) 408-6399 |
| claude.montgomery@dentons.com | sam.alberts@dentons.com |
| carole.neville@dentons.com | dan.barnowski@dentons.com |

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1711
Fax: (248) 971-1801
wilkins@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

## CERTIFICATE OF SERVICE

      I, Carole Neville, hereby certify that on April 25, 2014, the foregoing Notice of Withdrawal of Official Committee of Retirees' Emergency Motion for Leave to Pursue Limited Discovery After the Court's April 11 Discovery Deadline was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

                              By:    */s/ Carole Neville*
                                       Carole Neville