UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 APR 25 A 10:37
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: ROBERT BREWER, RETIREE

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because there is obviously a relationship between this bankruptcy and the possibility of a reduction in our monthly income.

2. I / we object to the above filing because: it would disrupt our ability to pay our bills for example, winter gas bills, that during these months (winter) can run from $250.00 - $700.00, along with other bills, and city taxes that continue to rise. We are also confronted with a ten year automobile that surely will require more and more expensive repairs.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: ROBERT BREWER
Signature: Robert Brewer
Address: 95 McLean, Highland Park, MI 48203

Email: RVBREWER@AMERITECH.NET

Dated:

13-53846-tjt   Doc 4268   Filed 04/25/14   Entered 04/25/14 15:09:27   Page 1 of 1