# Exhibit 6-C

# Privilege Log

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT
In Re: City of Detroit, Michigan
Case No. 13-53846
State of Michigan
Privilege Log
April 25, 2014

| Item # | DocType | Date | To | CC | From | Subject | Notes | Privilege Reason |
|---|---|---|---|---|---|---|---|---|
| 1 | Letter | 4/12/2013 | William D. Schuette, Attorney General | | Alan S. Schwartz, Honigman attorney | Honigman opinion regarding DIA art. | | Attorney-Client; common-interest; deliberative process; work-product |
| 2 | Email | 5/24/2013 | AAG Jason Evans, AAG George Elworth, AAG Joshua O. Booth, AAG Daniel Sonneveldt, farrah.b@gcisonline.com, Chief Deputy AG Carol Isaacs, AG Bureau Chief Bob Ianni | Alan S. Schwartz, Arthur T. O'Reilly, and Joshua F. Opperer, Honigman attorneys | John D. Pirich, Honigman attorney | Forwarding three attachments: (1) 1997 DIA Operating Agreement, (2) Honigman-prepared work product, (3) Honigman-prepared work product. | | Attorney-Client; common-interest; deliberative process; work-product |
| 3 | Email | 5/28/2013 | AG Bureau Chief Bob Ianni | | John D. Pirich, Honigman attorney | Forwarding two cases for consideration. | | Attorney-Client; common-interest; deliberative process; work-product |
| 4 | Email | 5/28/2013 | AAG William R. Bloomfield | John D. Pirich, Alan S. Schwartz, Honigman attorneys | Joshua F. Opperer, Honigman attorney | Forwarding five attachments regarding ethics of art deaccession. | | Attorney-Client; common-interest; deliberative process; work-product |
| 5 | Email | 5/29/2013 | AAG William R. Bloomfield | John D. Pirich, Alan S. Schwartz, Honigman attorneys | Joshua F. Opperer, Honigman attorney | Regarding accession of art into the DIA collection. | | Attorney-Client; common-interest; deliberative process; work-product |
| 6 | Email | 5/31/2013 | Joshua F. Opperer, Honigman attorney | | AAG William R. Bloomfield | Questions regarding previous attachments and operation of museum; answer to questions and two attachments of responsive documents. | This is an email chain which includes an initial email and a response email. | Attorney-Client; common-interest; deliberative process; work-product |
| 7 | Email | 5/31/2013 | Joshua F. Opperer, Honigman attorney | | AAG William R. Bloomfield | This continues the previous email chain and includes a follow-up question and a follow-up response. | Email chain. | Attorney-Client; common-interest; deliberative process; work-product |
| 8 | Email | 6/1/2013 | AAG William R. Bloomfield | Joshua F. Opperer, Honigman attorney | Arthur T. O'Reilly, Honigman attorney | Forwarding attachment of DIA memo regarding legal and practical constraints of selling the collection. | | Attorney-Client; common-interest; deliberative process; work-product |
| 9 | Email | 6/4/2013 | AAG William R. Bloomfield | Arthur T. O'Reilly, and Alan S. Schwartz, Honigman attorneys | Joshua F. Opperer, Honigman attorney | Answer to a question regarding museum employees. | | Attorney-Client; common-interest; deliberative process; work-product |
| 10 | Email | 6/4/2013 | Arthur T. O'Reilly, Honigman attorney | | AAG William R. Bloomfield | Question regarding state support of DIA; answer with attachment. | Email chain, including question and the next day's response. | Attorney-Client; common-interest; deliberative process; work-product |
| 11 | Email | 6/12/2013 | AAG Heather Meingast | | Arthur T. O'Reilly, Honigman attorney | Forwarding contact information, and confirmation of receipt from AAG Meingast. | Email chain. | Attorney-Client; common-interest; deliberative process; work-product |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT
In Re: City of Detroit, Michigan
Case No. 13-53846
State of Michigan
Privilege Log
April 25, 2014

| Item # | DocType | Date | To | CC | From | Subject | Notes | Privilege Reason |
|---|---|---|---|---|---|---|---|---|
| 12 | Email | 6/12/2013 | AAG Heather Meingast | John D. Pirich, and Daniel N. Adams, Honigman attorneys | Arthur T. O'Reilly, Honigman attorney | Forwarding 12 attachments regarding purpose of the museum over the years; response from AAG Meingast confirming receipt; also includes internal Honigman communication inadvertently appended to email sent to Attorney General's office. | Email chain. | Attorney-Client; common-interest; deliberative process; work-product |
| 13 | Email | 6/13/2013 | Arthur T. O'Reilly, Honigman attorney | AAG William R. Bloomfield | AAG Heather Meingast | Forwarding finished DIA opinion after it was published. | This email chain is part of the previous email chain, but has been included as a separate entry for purposes of this log because the recipients and sender had changed. | Attorney-Client; common-interest; deliberative process; work-product |