211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Original Signature Missing from Letter.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☑ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 4/23/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                               Case No. 13-53846-swr
City of Detroit, Michigan                                            Chapter 9
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0645-2           User: ckata                 Page 1 of 14                  Date Rcvd: Apr 23, 2014
                               Form ID: def2               Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2014.
cr           +Dan Headapohl,    52507 Robin's Nest,    Chesterfield Township, MI 48047-3539
22302227      Heidi Peterson c/o Charles Idelsohn, Attorney,    P.O. Box 856,   Detroit, Michigan  48231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2014                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,deborah.hoehne@weil.com,elizabeth.hendee@weil.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
               ruptcy.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Command Officers Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,  wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com
        Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com
        Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com
        Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
        Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com
        Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
        Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
        Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com
        Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
        Carole Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
        Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com
        Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com
        Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation caroline.english@arentfox.com
        Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
        Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
        Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbpclaw.com, cdbullock@msn.com;lhaas@sbpclaw.com
        Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com
        Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com
        Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
        Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
        Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
        Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
        Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com
        Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association courtney.rogers@wallerlaw.com
        Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
        Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
        Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
        Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association czucker@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
 czucker@ermanteicher.com
Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
 dweiner@schaferandweiner.com
Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
 dweiner@schaferandweiner.com
Daniel N. Adams    on behalf of Interested Party    Detroit Institute of Arts dadams@honigman.com,
 litdocket@honigman.com
David  Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 deisenberg@ermanteicher.com
David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
 nwinagar@plunkettcooney.com
David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
 dgheiman@jonesday.com
David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
 david.dubrow@arentfox.com
David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
 nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
 nepc.com
David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
 kbilpo@seyburn.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
 General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
 kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
 alexsym@pepperlaw.com
Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 dfish@allardfishpc.com,  allardfishpc@yahoo.com
Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
 dbeckwith@fosterswift.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
- Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
- Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
- Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Earle I. Erman on behalf of Creditor Detroit Police Command Officers Association eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
- Edward J. Gudeman on behalf of Interested Party Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
- Edward J. Gudeman on behalf of Interested Party Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
- Edward Todd Sable on behalf of Interested Party General Motors LLC tsable@honigman.com, litdocket@honigman.com
- Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company emajoros@glmpc.com
- Elizabeth M. Abood-Carroll on behalf of Creditor Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elizabeth M. Abood-Carroll on behalf of Creditor EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elizabeth M. Abood-Carroll on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Eric Rosenberg on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
- Eric B. Gaabo on behalf of Debtor In Possession City of Detroit, Michigan gaabe@detroitmi.gov
- Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com
- Eric David Novetsky on behalf of Creditor National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
- Ethan D. Dunn on behalf of Creditor Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
- Evan Justin Feldman on behalf of Creditor Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
- Evan Justin Feldman on behalf of Creditor General Retirement System of the City of Detroit efeldman@clarkhill.com
- Fred Neufeld on behalf of Interested Party Courtesy Notice fneufeld@sycr.com
- Geoffrey T. Pavlic on behalf of Creditor BlackRock Financial Management, Inc. pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Geoffrey T. Pavlic on behalf of Creditor Ad Hoc Bondholder Committee pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Geoffrey T. Pavlic on behalf of Creditor Nuveen Asset Management pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
- H. Nathan Resnick on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
- Harold E. Nelson on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
- Harold E. Nelson on behalf of Creditor Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
- Heath Douglas Rosenblat on behalf of Counter-Claimant Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
- Heath Douglas Rosenblat on behalf of Creditor Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
- Heath Douglas Rosenblat on behalf of Creditor Wilmington Trust, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
- Heather Lennox on behalf of Debtor In Possession City of Detroit, Michigan hlennox@jonesday.com
- Heather Lennox on behalf of Defendant City of Detroit, Michigan hlennox@jonesday.com
- Heidi Peterson hdpeterson75@gmail.com
- Howard R. Hawkins, Jr. on behalf of Defendant UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
- Howard R. Hawkins, Jr. on behalf of Creditor Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
- Howard R. Hawkins, Jr. on behalf of Defendant Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
- Howard S. Sher on behalf of Intervenor-Defendant Hypothekenbank Frankfurt AG howard@jacobweingarten.com
- Howard S. Sher on behalf of Creditor Hypothekenbank Frankfurt AG howard@jacobweingarten.com
- Howard S. Sher on behalf of Intervenor-Defendant Deutsche Bank AG, London howard@jacobweingarten.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
 howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
 Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
 howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt International S.A.
 howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
Howard S. Sher    on behalf of Intervenor-Defendant    FMS Wertmanagement AR
 howard@jacobweingarten.com
Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
 james.sprayregen@kirkland.com
James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
 james.sprayregen@kirkland.com
James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
 james.sprayregen@kirkland.com
Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
 jeansartre@msn.com
Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
 sharrow@mcdonaldhopkins.com
Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
 jbank@kerr-russell.com
Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
 Lhaidostian@mwe.com
Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
Jeffrey David Eaton    on behalf of Creditor    FMS Wertmanagement jeaton@schiffhardin.com
Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
 jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
 jbelveal@honigman.com,  mjohnson@honigman.com
Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
 jbelveal@honigman.com,  mjohnson@honigman.com
Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
 pjohnson@bredhoff.com
John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
 john.ramirez@kattenlaw.com
John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com
John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
 jgregg@btlaw.com
Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
 green@millercanfield.com
Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
 green@millercanfield.com
Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com
Joseph Mark Fisher    on behalf of Creditor    FMS Wertmanagement mfisher@schiffhardin.com
Joseph Mark Fisher    on behalf of Intervenor    FMS Wertmanagement AR mfisher@schiffhardin.com
Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
```

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               blundberg@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
               mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
              Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
               kressk@pepperlaw.com, alexsym@pepperlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
              Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
               ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
              Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
              Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
               Lisa.Fenning@aporter.com
              Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit Lisa.Fenning@aporter.com
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
               lbrimer@stroblpc.com, kvanakin@stroblpc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
          Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
           MField@stroblpc.com, jmckeogh@stroblpc.com
          Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
           mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
           swansonm@millercanfield.com
          Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
           shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
           mrj@wwrplaw.com
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
           cobbm@detroitmi.gov, mbcobbs@flash.net
          Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt
           International S.A. summersm@ballardspahr.com
          Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
           melissa@demolaw.com, paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com, paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
           mdordeski@foleymansfield.com,cindy@loevy.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
- Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
- Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
- Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael C. Hammer on behalf of Interested Party MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
- Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
- My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
- Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
- Noah J. Ornstein on behalf of Interested Party Syncora Guarantee Inc. noah.ornstein@kirkland.com
- Noah J. Ornstein on behalf of Interested Party Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
- Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter J. Roberts on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
- Peter L. Canzano on behalf of Creditor National Public Finance Guarantee Corporation pcanzano@sidley.com
- Ralph A. Taylor on behalf of Interested Party Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Randall A. Pentiuk on behalf of Interested Party Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Creditor St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard Levin on behalf of Interested Party Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert Fetter    on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

          Robert Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

          Robert Fetter    on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com

          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com

          Robert M. Fishman    rfishman@shawfishman.com

          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com

          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com

          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com

          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com

          Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com

          Ryan Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com

          Ryan Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

          Ryan Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

          Ryan Plecha    on behalf of Interested Party    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

          Ryan Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

          Ryan Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

          Ryan Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

          Ryan Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
           macwilliams@youngpc.com,  efiling@youngpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
           lawtoll@comcast.net
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

      Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

      Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

      Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com

      Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

      Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

      Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

      Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

      Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

      Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation Radom@butzel.com

      Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation Radom@butzel.com

      Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com

      Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

      Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

      Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com

      Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

      Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

      Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

      Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

      Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

      Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc. clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

      Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

      Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Trevor J. Zamborsky   on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Bernard White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor James Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Curtis Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jerry Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Joseph Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Quentin King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Daniel Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Leinathian Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Rhonda Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Velma Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Sharon Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Shelton Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
           Vanessa G. Fluker   on behalf of Interested Party Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
           William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
           William A. Wertheimer, Jr.   on behalf of Creditor Mary Washington billwertheimer@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party   Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Pfeiffer Smith   on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                             TOTAL: 548