## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

In re:                                          )
                                                )          Case No. 13-53846
CITY OF ETROIT, MICHIGAN                        )
                                                )          Chapter 9
                    Debtor                      )
                                                )          Hon. Steven W. Rhodes
_____ )

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
## COUNTY OF MACOMB, MICHIGAN, BY AND THROUGH ITS COUNTY
## AGENCY, THE MACOMB COUNTY PUBLIC WORKS COMMISSIONER
## REGARDING THIRD AMENDED DISCLOSURE STATEMENT
## WITH RESPECT TO THIRD AMENDED PLAN FOR
## THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

A.County of Macomb, Michigan, a Michigan Constitutional corporation, by and through

its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner

("Macomb"), a creditor and party in interest in the above-captioned chapter 9 bankruptcy case,

hereby files this limited objection and reservation of rights regarding the Third Amended

Disclosure Statement with respect to Third Amended Plan for the Adjustment of Debts of the

City of Detroit [Docket No. 4272] (the "Third Amended Disclosure Statement")[1] and, in support

thereof, respectfully states as follows:

### Limited Objection and Reservation of Rights

Macomb, like all parties in this case, has had only a short time to review the latest

iteration of the disclosure statement.  Moreover, Macomb has not yet received any documents in

discovery or taken any depositions.  Thus, Macomb does not yet have sufficient information to

_____

[1]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Third Amended Disclosure Statement.

19266739

evaluate all the statements made in the Third Amended Disclosure Statement, including new language added since the filing of the Second Amended Disclosure Statement regarding the DWSD. See, e.g., Third Amended Disclosure Statement at 21-22, 59. Macomb disputes many of the statements contained therein, including but not limited to the statements with respect to the DWSD, its alleged pension obligations, and the legality of a the Debtor's proposed pre-funding of those obligations. Although Macomb recognizes that the Third Amended Disclosure Statement reflects the Debtor's views on those issues, the statements are presented by the Debtor as fact rather than merely as statements of the Debtor's position. Because this presentation may create the false impression among readers that those issues are uncontested, Macomb requests that the relevant statements be qualified with disclaimer language making clear that they reflect the Debtor's positions on the issues, and that other parties, including Macomb, may dispute or challenge those positions.

Further, Macomb reserves all of its objections to confirmation of the Debtor's plan of adjustment.

Dated: April 27, 2014

Respectfully submitted,

DECHERT LLP

By:   /s/ Allan S. Brilliant
Allan S. Brilliant
Stephen M. Wolpert
1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
allan.brilliant@dechert.com
stephen.wolpert@dechert.com

*Attorneys for County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner*

2