UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | )  | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Robert D. Fetter, of the law firm Miller Cohen, P.L.C. does hereby enter his appearance as attorney for Michigan American Federation of State, County and Municipal Employees Local 3308 and Local 917, in the above-captioned case and pursuant to Bankruptcy Rule 2002 requests that all notices and all papers given or served in this case be given and served on:

> Robert D. Fetter (P68816)
> 600 W. Lafayette Blvd., 4th Floor
> Detroit, Michigan 48226
> (313) 964-4454
> rfetter@millercohen.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rules 2002, 3017 and 9007, but also includes without limitation, orders and notices of any application, motion, response, reply, petition, pleadings, request, plan, complaint or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by hand delivery, mail, telephone, telefax, or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service nor any later appearance, pleading, proof of

1

claim, claim or suit constitutes a waiver of the rights of Michigan American Federation of State, County and Municipal Employees Local 3308 and Local 917: (i) to have final orders entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that this appearance revokes all prior appearances entered on behalf of Michigan American Federation of State, County and Municipal Employees Local 3308 and Local 917.

Respectfully submitted,

**MILLER COHEN, P.L.C.**

By:/s/ Robert D. Fetter_____
    Robert D. Fetter (P68816)
    600 W. Lafayette Blvd., 4th Floor
    Detroit, Michigan 48226
    (313) 964-4454

Dated: April 28, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## PROOF OF SERVICE

The undersigned certifies that on April 28, 2014, the American Federation of State, County and Municipal Employees Local 3308 and Local 917's Appearance was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Respectfully submitted,

**MILLER COHEN, P.L.C.**

By: /s/ Robert D. Fetter
Robert D. Fetter (P68816)
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
(313) 964-4454

Dated: April 28, 2014