UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 APR 28 P 3:54 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Mrs Deborah A. Milliner

James R. Milliner and Deborah A. Milliner hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /we am/are interested in the Bankruptcy of the City of Detroit because James Milliner was on Fire Dept for 30 years. He retired in 1993 with a contract. He had nothing to do with the Bankruptcy but it is killing our living. I am sick now, my insurance does not start until May 1st. There is no meds.

2. I / we object to the above filing because: An elephant on my chest!!! He is sick with Huntingtons Chorea (Brain disease), Diabetic, Seizures, I his wife now has COPD. My health depends on him living right, I have to pay $657.00 for my health insurance and his copays are $80.00! He takes 12 pills in morning and 8 at night. All this extra money for nothing he did to make the City's crisis and we have to pay for it. Cannot way making life Hell.!

I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: James R. Milliner / Deborah A. Milliner
Signature: Deborah A. Milliner / [James signature]
Address: 4865 Sturtevant
Detroit, Michigan
Email: DEBARTO7@comcast.net

Dated: