UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

FILED
2014 APR 28 PM 3:54
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
_____Debtor_____/  Hon. STEVEN W. RHODES

OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Dempsey Addison

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

2. I / we object to the above filing because:

See Attachment Three Pages

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Dempsey Addison
Signature: Dempsey Addison - APTE
Address: 8227 Second Ave Suite 152
Email: Theda 3t@yahoo.com

Dated:

Association of Professional & Technical Employees
2727 Second Avenue Suite 152
Detroit, Michigan 48201

| Dempsey Addison | Cecily McClellan | Jed Roberson | Wayne Pierre | Yolanda Acosta |
|---|---|---|---|---|
| President | 1st Vice President | 2nd Vice President | Treasurer | Secretary |

Response to City of Detroit Plan of Adjustment

Opposition to the City of Detroit Plan of Adjustment for the General Retirement System (GRS).

A. Kevin Orr, Emergency Manager filed bankruptcy for the City of Detroit
   a. The issue of Mr. Orr's legitimacy as Emergency Manager in the City of Detroit is yet to be resolved in the 6th Circuit (Federal) Court of Appeals. He does not have legal authority to file Chapter 9 Bankruptcy for City of Detroit
   b. Kevin Orr serves as EM in City of Detroit at the pleasure of Richard Snyder, Governor of Michigan. He is not an elected official. He does not represent the legal Head of City of Detroit.
   c. Mr. Orr's position with respect to plans for the pension fund issues are also opposed because the GRS pension fund is protected by Michigan's State Constitution.
      1. Under Michigan's former Governor John Engler, a select committee declared pension funds cannot be used as collateral for City's debts. The pension fund is healthy.
B. Objection to eliminate or reduce pension checks and annuities.
   a. It is immoral, unjust, and illegal.
   b. Proposed reductions place many retirees' lives at risk because of reductions in pensions, loss of health care for retirees under 65, unaffordable health care, prescription drugs and medical supplies. There are many retirees who rely solely on income from pensions to treat life threatening conditions.
   c. Reduced living standards that were based on dollar amount legally approved by the City of Detroit and accepted by the State of Michigan. Retirees pending bills and living accommodations were made based on a promised of an expected amount in pension checks backed by the State of Michigan.
   d. Investments in GRS Annuity Fund are voluntary and based on the rate of return on the annuities as defined in the City of Detroit retirement plan. Many credit cards and loans issued to consumers by banks, lending institutions, and other businesses demand a return of 29% or more for the use of their money, goods and/or services. If there is no law against usury by these businesses why would it be unlawful for individuals to collectively pool their money together to leverage a fair and just return on their investment?

2 of 3
13-53846-tjt    Doc 4295    Filed 04/28/14    Entered 04/28/14 16:53:32    Page 2 of 3

1. There are uncollectible taxes from businesses, yet excessive penalties for nonpayment of small tax and water bills on low income citizens who have fallen on poor economic conditions.
2. The State of Michigan withheld over 730 million dollars in revenue sharing owed to the City of Detroit.
3. The state and city catalyzed the bankruptcy by facilitating the demise of federally funded departments, Department of Human Services, Health Department, and Department of Workforce Development. An unsolicited giveaway of almost 200 million dollars. 200 million from the federal government that would have helped stabilize City of Detroit.

Jobs were illegally eliminated. Federal programs that generated revenues to the City of through income tax, property and business taxes were forced to shut down by city and state officials. Hundreds of jobs eliminated or taken out of the City of Detroit leaving a vacuum for emergency services like home repair, food and shelter, health care, to the poor, the sick, senior citizens, and children. All of this should and could have been avoided.

4. In addition to voluntarily relinquishing federal government programs, Emergency Manager increased the City's debt by cutting 95 to 100 million dollars from virtually every department, including police and fire, to fund an additional layer of administrative personnel.
5. It appears the state is encouraging contractual workers to displace civil servants to make Detroit part of Michigan's plan as a right to work state.
6. The Judge has asked the City of Detroit to come up with a plan of adjustment for Detroit. Why did he not ask the employee representatives to come up with a plan of adjustment. Why did'nt he require our participation. We have been forced into a reactionary position which is rarely an advantage for the people We live in the City of Detroit by choice.
7. We have valuable action plans on how to make the City government work.

Yet we foolishly pretend a second layer of government from around the United States can fix the problems absent local participation of workers who know City of Detroit operations, yet denied opportunity to work together to correct the problems that stop us from becoming a great city for all of the people.

The process is a sham. And the media will portray the workers as the villains, and will refuse to promote what's best for all the key players. This is a great city and I choose to live here. Let us participate in the plan of adjustment. Let us act and not react.

In Jesus Name

Dempsey Addison