UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN

IN RE,  
CITY OF DETROIT, MICHIGAN  
    *Debtor.*

CHAPTER 9  
CASE NO. 13-53846  
HON. STEVEN W. RHODES

_____/

## **APPEARANCE**

    Lisa Okasinski of Demorest Law Firm, PLLC submits this appearance as counsel for creditor HRT Enterprises (a Michigan partnership) in the above-captioned case. Please direct all pleadings and correspondence to the attention of the undersigned.

Respectfully submitted,

/s/ Lisa Okasinski  
Mark S. Demorest (P35912)  
Melissa Demorest (P68867)  
Lisa Okasinski (California Bar Number 295349)  
Demorest Law Firm, PLLC  
Attorneys for creditor  
    HRT Enterprises  
    (a Michigan partnership)  
322 West Lincoln Ave.  
Royal Oak, MI 48067  
248-723-5500  
Lisa@demolaw.com

Dated: April 28, 2014

City of Detroit bankruptcy:Lisa's Appearance (HRT).docx