# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____ **Robin Wysocki** _____

Firm _____ **Miller, Canfield, Paddock and Stone, P.L.C.** _____

Address _____ **150 West Jefferson Avenue, Suite 2500** _____

City, State, Zip _____ **Detroit, Michigan 48226** _____

Phone _____ **313-496-7631** _____

Email _____ **wysocki@millercanfield.com** _____

**Case/Debtor Name:** **City of Detroit, Michigan**

**Case Number:** **13-53846**

**Chapter:** **9**

**Hearing Judge** **Hon. Steven Rhodes**

'◉ **Bankruptcy** ◯ **Adversary**

◯ **Appeal** **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** <u>4/28/2014</u> **Time of Hearing:** <u>10 am</u> **Title of Hearing:** _ disclosure, etc_

Please specify portion of hearing requested: ◉ **Original/Unredacted** "◯ **Redacted** "'"◯ **Copy** *2nd Party)

◉ Entire Hearing ◯ Ruling/Opinion of Judge ◯ Testimony of Witness ◯ Other

Special Instructions: _____

---

**Type of Request:**

[X] Expedited Transcript - $4.85 'r gt'r ci g (7 working days)

**Signature of Ordering Party:**

/s/ Robin Wysocki _____ Date: <u>4/28/2014</u>
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date By

Order Received:

Transcript Ordered

Transcript Received