# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Howard S. Sher

Firm: Jacob & Weingarten, P.C.

Address: 2301 W. Big Beaver Road, Suite 777

City, State, Zip: Troy, Michigan 48084

Phone: 248 649-1900

Email: howard@jacobweingarten.com

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

⦿ Bankruptcy   ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 12/13/2013   Time of Hearing: 10 a.m.   Title of Hearing: Motion To Adjourn The DIP *

Please specify portion of hearing requested:  ⦿ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____
*Financing/Swap Hearing, Syncora's Motion To Compel A Privilege Log, and Pretrial Conference on the DIP Financing/Swap Settlement

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date     By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/Howard S. Sher     Date: 04/29/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.