JANICE M. GUY-SIMMONS

16175 Ferguson
Detroit, Michigan 48235

313-835-0043 Home

313-303-3999 Cell

313-835-0043 Fax

FILED
2014 APR 28 A 11:08
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

April 24, 2014
Judge Steven W. Rhodes
U.S. Bankruptcy Court for the Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, Michigan 48226
Courtroom 1825

Re: Guy-Simmons v. City of Detroit

Dear Hon. Judge Steven W. Rhodes,

I wanted to write to you concerning my lawsuit against the City of Detroit due to a trip and fall accident I had in April, 2013 on Grand River Ave. I tore up my left rotator cuff to the point that having surgery is the only way to fix it.

I know the City is in bankruptcy, and that all parties involved are trying to make settlements that are as fair as possible, due to the circumstances. And, I AGREE WHOLEHEARTEDLY, THAT PENSIONS ARE PRIORITY ONE...But please, if you can, don't allow the City to totally victimize those of us that have, what the City may consider, SMALL CLAIMS!

It's not small to me when I can't reach behind my back to clean myself when bathing. It's not small to me when I have to get stabbed with that long needle when I get those cortisone shots, or when I can't even hold my garden hose out to water my grass.

For the City to put a value on the claim for injuries to my shoulder to just $7,000, knowing full well that they would probably have to pay only pennies on that dollar amount......is to me unconscionable!

I know that in bankruptcy, sometimes, you don't have to pay back anything. And maybe you can write-off lost of that money on your taxes, but how am I going to write-off what I've lost? I've lived in Detroit all my life, minus

about six months in Farmington Hills. I've worked, voted, payed my property taxes, kept my property up....did all the things I was suppose to do to support myself, and my City.

Well, my City wants my answer from my lawyer by next week......They are bulldozing ahead! But I just had to let you know, that to me, the value they are putting on my injury...is not a good faith value offer, and is not fair!

Sincerely yours,

Janice M. Guy-Simmons

Janice Guy-Simmons