UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sheryl J. Davis  Plaintiff(s),
6483 Colfax Detroit Michigan 48210

v.

City & Government city state & local

~~WWWWWWWW~~ Defendant(s).

## OBJECTION VICTIM OF ~~Identity Theft Fraud~~

Sheryl J. Davis has been Injured w. Bodily Injuries Is A Victim of Identity Thefts & Frauds someone put false Info on all my records to keep from ~~paying~~ all these Debts the city & others owe not me due to Jobtitles against Sheryl Davis Life cause shes a everyday rider & rides DOT Bus everyday concerning all D.O.T. Bus Accidents in Michigan regarding Sheryl J. Davis 6483 Colfax 48210 Life who was seriously Injured In Bus Acc on 3-25-2013

Has a back injury whiplash & traumatic brain injury Bus was jerking when got into Accion 3-25-2014 Busdriver was speeding talking on cell phone & talking to his friend a male passenger on bus before Accident occurred on March 25, 2013 In morning wasn't cloudy Two day. St Warren and Grandriver area she fell into Double windows into pole on bus & slipd fell on Grandriver Bus going Duntwn that Didn't Make my situation better Intentionally to hurt & injure her Is a victim who was a passenger who has been seriously injured & Being Denied compensation caused by busdriver & other Drivers Negligence --- & negligently Driving causing all Sheryl J. Davis Injuries

_____
Signature of Filer

6483 Colfax
Street Address

Detroit Michigan 48210
City, State, Zip Code

April 28, 2014
Date

None contact By Mail
Telephone Number

- Victim of Defamation & Fraud IN
- Michigan & United States concerning life
- Libel/slanderous
- Malice

# United States Bankruptcy Court

District Of __Detroit Michigan__

Wayne

In re __City/State/ Donna R. Davis Grace etc__
Debtor

~~Passenger Insured~~ INBUSACC Case No. __13-53846__

Chapter __All__

All Accidents/ Bus accidents done to her life IN Michigan & United States

Sheryl J. Davis 6483 Colfax Detroit Michigan 48210 Report # 307876 Injured IN Bus Accident on March 25, 2013 & third party also claiming all damages done to her whole body from bus Acc on 3-25-2013 & life has permanent/Longterm Injury special laws & regulations apply employees & bus drivers caused accidents intentionally IN Michigan towards her life & know the doctrine & sovereign will protect them from personal Injury claims & how both drivers Injured Sheryl Davis on 3-25-2013 has serious & severe bodily Injuries all body Injuries from Bus Accident on March 25, 2013 & they cut off both(2) my Insurance plans I use to get Medicaid & Medicare so I couldn't get treatment from All My Injuries they caused IN All Accidents & Bus Accidents IN Michigan to her body Involving a Public Bus Passenger Sheryl J. Davis was Injured IN bus Accident Due to Busdrivers fault who caused all of Sheryl Davis Bodily Injuries on March 25, 2013 from Both Drivers Report # 307876 Negligence & Negligently

David Payne & Carter AKINRUI AN Both IMMIGRANT I KNOW Carter AKINRUI Definitely was IMMIGRANT & had Another IMMIGRANT IN car with him while he was DRIVING she DIDN'T get Injured but sheryl J. Davis Definitely did on March 25, 2013 from DRIVERS wrecklessly driving causing bodily Injuries TO Sheryl Davis whole body Government The CITY OF Detroit & state OF MICHIGAN Negligence & Negligently DRIVING the commercial bus DRIVERS Negligence cause accident on March 25, 2013 & all BUS Accidents IN Detroit MICHIGAN have longterm Disabilities & Impairments & Injuries for the rest of Sheryl J. Davis life The Bus owner suppose to maintain & Repair all D.O.T. BUSES IN Detroit MICHIGAN & equipment under law common carrier all bus drivers exercise the highest degree of care For the safety of Sheryl Davis & all passengers Riding on D.OT| Transportation KNOWING sheryl J. Davis 6483 Contrex Detroit MICHIGAN 48210 has been seriously Injured IN BUS Accident ON MARCH 25, 2013

- Bus owners & All Drivers all liable
- For all accidents & bus accidents
- In Michigans concerning all the passengers
- lives riding on all of their buses
- on daily basis & Refusing to
- put seatbelts on all the buses
- & on all the seats to protect
- all of the passengers who rides
- on DOT/Transportion on daily basis
- If they really wanted to help Sheryl Davis
- 6483 Colfax Detroit Michigan 48210
- From Bus Acc Busdriver caused cp
- March 25, 2013 They know I live
- but didn't cause they don't care
- & could careless about Sheryl Davis
- & all the passengers who Ride the
- DOT Bus on every day & Daily basis
- Report # 302856 Sheryl Davis

Sheryl J. Davis Injured by busdriver on March 25, 2013
negligence & negligently Driving caused all her bodily
injuries both Drivers negligence and
negligently Driving caused bus Accident
on March 25, 2013 Report# 307876
Against all Busdrivers are held
vicariouriously Liable for all
busdrivers wrongful actions.
Towards all passengers lives who
Ride on DOT / ~~[scribbled]~~ Transportion
on Daily & everyday basis In Detroit Michigan
This is emotionally Disturbing To
Sheryl J. Davis 6483 Colfax Detroit Mich 48210
Life all Intentional Accidents and
bus Accidents done to Sheryl J. Davis Life
who Lives at 6483 Colfax Detroit Mich 48210
Intentionally to harm & Injure Sheryl Davis
& File Bankruptcy so Sheryl J. Davis's
can't recieve her compensation for
bus Accidents Busdriver's caused
& All Drivers who caused all her

(7)    April 28, 2014

- all Sheryl J. Davis 6483 Colfax Detroit
- Michigan 48210 Report # 307876
- all her emotions & situations concerning
- all Accidents & Bus Accidents done
- to her Life IN Michigan
- a very stressful & painful & all
- this traumatic stress Disorder
- Anxiety A.K.A. P.T.S.D. Psychological
- Trauma from this stressful
- event & the city & states
- wrongful actions filing
- bankruptcy so Sheryl J Davis
- 6483 Colfax Detroit Michigan 48210
- can't Recieve her compensation
- for Accidents all of them
- caused IN Michigan ) United States
- Due to subtitles against her life
- To keep her from being able to Recieve
- her compensation from Accidents they caused

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

Authority: 1949 PA 300, Sec.257.622
Compliance: Required  MSP UD-10E
Penalty: $100 and/or 90 days (Rev 11/2006)

External #: 307876
Crash ID:

Page 1
Incident #: 307876
File Class:
Incident Disposition: Open
Reviewer:

| Field | Value |
|---|---|
| ORI | MI8234901 |
| Department Name | Detroit Police Department |
| Crash Date | 03/25/2013 |
| Crash Time | 08:30 |
| No. of Units | 02 |
| Crash Type | Side Swipe, Same |
| Special Circumstances | None / • None / O Hit and Run / O Deer / O School Bus / O Fleeing Police |
| Special Checks | O Fatal O Non-Traffic Area O ORV/Snowmobile |
| County | 82 - WAYNE |
| Traffic Control | None |
| Relation to Roadway | On Road |
| Special Study | Local |
| Weather | Cloudy |
| Area | 10 - NON-FRWY Straight roadway |
| City/Twsp | 99 - DETROIT |
| Construction Zone | |
| Light | Daylight |
| Road Condition | Snowy |
| Total Lanes | 04 |
| Speed Limit | 25 |
| Posted | Yes |

## LOCATION

| Field | Value |
|---|---|
| Prefix | |
| Road Name | GRAND RIVER |
| Road Type | AVE |
| Suffix | |
| Divided Roadway | E |
| Distance (ft) | 30.0 Feet N |
| Traffic Way | 01 - Not physically divided |
| Access Control | 01 - No access control |
| Prefix | |
| Intersecting Road | WARREN |

## UNIT 1

| Field | Value |
|---|---|
| Unit Number | 01 |
| Unit Known | Yes |
| State | MI |
| Driver License Number | A256108038200 |
| Date of Birth (Age) | 03/16/1980 (33) |
| License Type | • Operator |
| Endorsements | None |
| Sex | M |
| Total Occupants | 01 |
| Hazardous Action | 08 - Improper lane use |
| Unit Type | MV |
| Driver Information | CARTER AKINRUL, 496 CAMPBELL, RIVER ROUGE MI 48218 (248)747-2607 |
| Injury | O |
| Position | 01 |
| Restraint | 04 |
| Hospital | None |
| Driver Condition | • 1 |
| Interlock | No |
| Ejected | |
| Trapped | No |
| Airbag Deployed | None |
| Ambulance | None |
| Alcohol | • No |
| Drugs | • No |
| Citation Issued | |
| Vehicle Registration | CCV7969 |
| State | MI |
| Insurance/Policy # | NATIONWIDE |
| VIN | 4JGAB72E01A241483 |
| Make | MERCEDES |
| Model | ML430 |
| Color | BLK |
| Year | 2001 |
| Vehicle Type | Passenger Car |
| Location of Greatest Damage | 04 |
| First Impact | 05 |
| Extent of Damage | 01 |
| Driveable | Yes |
| Vehicle Direction | E |
| Vehicle Use | Private |
| Action Prior | 01 - Going Straight Ahead |
| Sequence of Events | • 01 - Loss of control / 17 - Motor veh in transport |

## PASSENGERS

(all passenger fields blank)

## CARRIER / OWNER

(blank)

Unapproved Report
13-53846-tjt  Doc 4307  Filed 04/28/14  Entered 04/29/14 14:41:32  Page 8 of 9

| Number | Unit Known | State | Driver License Number | Date of Birth (Age) | License Type | Endorsements | Sex | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|
| 02 | Yes | MI | P500135139334 | 05/01/1966 (46) | ● Operator ○ Chauffer ○ Mopsd | ○ Cycle ○ Farm ○ Recreation | M | 03 | 00 - None |

| Unit Type | Driver Information | Injury | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| MV | DAVID PAYNE<br>19222 HERSHEY<br>DETROIT MI 48203  (313)366-4372 | O | 01 | 04 | None |

| | | Interlock | Ejected | Trapped | Airbag Deployed | Ambulance |
|---|---|---|---|---|---|---|
| Driver Condition<br>● 1  ○2  ○3  ○4  ○5  ○6  ○7  ○8  ○9  ○99 | | No | | | No | None |

| Alcohol | | | | Test Results | Drugs | Test Results | Citation Issued | |
|---|---|---|---|---|---|---|---|---|
| ○Yes ●No<br>Test Type ○Field | ○Refused<br>○PBT | ○Not Offered<br>○Breath  ○Blood  Urine | | | ○Yes ●No<br>Test Type ○Blood ○Urine | | ○Hazardous | ○Other |

| Vehicle Registration | State | Insurance/Policy # | | Towed To/By # | | | Special Vehicles | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|---|---|---|---|---|
| 175X27 | MI | | | | | | | | |

| VIN | Vehicle Description | Make | Model | Color | Year | Vehicle Type |
|---|---|---|---|---|---|---|
| 5FYD4FV1X5CO27707 | | DOT | UNK | WHI | 2005 | Passenger Car |

| Location of Greatest Damage | First Impact | Extent of Damage | Driveable | Vehicle Direction | Vehicle Use | Action Prior |
|---|---|---|---|---|---|---|
| 01 | 01 | 00 | Yes | E | 02 - Commercial | 01 - Going Straight Ahead |

| Sequence of Events | First | Second | Third | Fourth |
|---|---|---|---|---|
| (● indicates MOST harmful event) | ● 17 - Motor veh in transport | | | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| SHERYL DAVIS<br>6483 COLFAX<br>DETROIT MI 48210  (248)910-1140 | 11/26/1965 (47) | F | 04 | 05 | 830190 |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | C | No | | | AMB |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| JURURI DARDEN<br>17146 PATTON<br>DETROIT MI 48219  (313)404-2049 | 07/08/1978 (34) | M | 07 | 05 | 830190 |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | C | Not equipped | | | AMB |

| Carrier Information | Carrier Source | GVWR | ICCMC | USDOT | MPSC |
|---|---|---|---|---|---|
| | | | | | |

| Driver's CDL Type | Endorsements | CDL Exempt | CDL Restrictions |
|---|---|---|---|
| | OH OP CT<br>ON OS OX | ○Farm ○Other | ○28 ○29 ○30 ○35 ○36 |

| Interstate/Intrastate | Vehicle Type | Type and Axle Per Unit<br>First  Second  Third  Fourth | Cargo Body Type | Medical Card | Hazardous Material<br>○Placard ○Cargo Spill | ID # | Class # |

Owner Information
DORA AKINIRUL
496 CAMPBELL
RIVER ROUGE 48218

Owner Information

Witness Information

Witness Information

| Investigated at Scene | Reported Date (Time) | 1st Investigator Name (Badge) | 2nd Investigator Name (Badge) | Photo By |
|---|---|---|---|---|
| Yes | 03/25/2013 (11:06) | STEPHEN WHITE (3795) | | |

Narrative

vehicle 1 WAS TRAVLING EAST BOUND ON GRAND RIVER WHEN HE MADE
A IMPROPER LANE CHANGE CAUSE HIM TO HIT VEHICLE 2 VEHICLE ONE ADMITS HE WAS AT FAULT. BOTH PASSENDER ON VEHICLE 2 WERE TRANSPORTED TO HENRY FORD HOSPITAL BY MEDIC 26 SHERYL DAVIS CHART #1286543 AND JUQURI DARDEN CHART #18814138 BOTH CONDITION TEMP SERIOUS POER DR VAID

Diagram: GRAND RIVER AVE

External #: 307876
Incident #: 307876