UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2014, I electronically filed the

Stipulation and Agreement Regarding the Subpoena From Syncora

Guarantee and Syncora Capital Assurance to the State of Michigan

(Doc #3315) [Docket No. #4309] with the Clerk of the Court for the

United States Bankruptcy Court, Eastern District of Michigan,

Southern Division using the ECF System, which will send notification

of such filing to all attorneys and parties of record registered

electronically.

/s/Matthew Schneider
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754, Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov [P62190]
Attorney for the State of Michigan