# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## APPELLANT'S DESIGNATION OF THE CONTENTS
## OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appellants Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together, "Syncora") file this designation of the contents of the record and statement of issues regarding Syncora's April 15, 2014 notice of appeal [Doc. No. 4101], filed pursuant to Bankruptcy Rule 8001 and 28 U.S.C. § 158(a), from this Court's final order, entered April 2, 2014, authorizing the City of Detroit (the "City") to enter into postpetition financing pursuant to section 364 of the Bankruptcy Code.

**1. DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL**

  **(a) Docket Entries from Case No. 13-53846**

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 1 | 8/2/2013 | 285 | Transcript Order Form of Hearing Held August 2, 2013 |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 2 | 8/27/2013 | 661 | Transcript Order Form of Hearing Held August 21, 2013 |
| 3 | 8/29/2013 | 687 | Expedited Transcript Order Form of Hearing Held August 28, 2013 |
| 4 | 9/18/2013 | 935 | The Objectors' Motion in Limine to Preclude Debtor From Offering Evidence Regarding the City's Need to Obtain Casino Revenues in Connection With Its Debtor-in-Possession Financing Efforts |
| 5 | 9/19/2013 | 954 | The Objectors' Motion to Admit Certain Deposition Testimony of Kevyn Orr and Kenneth Buckfire |
| 6 | 10/23/2013 | 1342 | Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004 |
| 7 | 10/24/2013 | 1367 | Amended Notice of the Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Authority to Issue Document and Deposition Subpoenas to the Debtor, the Emergency Manager, and Certain of the Debtor's Advisors Pursuant to Federal Rule of Bankruptcy Procedure 2004 |
| 8 | 10/25/2013 | 1396 | Notice of Filing by Detroit City Council of Resolution Regarding the Emergency Manager's Post-Petition Financing Proposal |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 9 | 11/5/2013 | 1520 | Cover Sheet for Motion to Use Cash Collateral or to Obtain Credit and Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 10 | 11/5/2013 | 1521 | Debtor's Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code for an Order Authorizing the Debtor to File Fee Letter Under Seal in Connection With the Debtor's Post-Petition Financing Motion |
| 11 | 11/7/2013 | 1568 | City of Detroit's Objection to Rule 2004 Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (D.E. 1342) |
| 12 | 11/11/2013 | 1640 | Motion of the Objectors for Leave to Conduct Limited Discovery in Connection with Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 13 | 11/12/2013 | 1662 | Order Denying Motion of Syncora Under Rule 2004 |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 14 | 11/13/2013 | 1690 | Joinder of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Limited Objection of Financial Guaranty Insurance Company to Debtor's Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code for an Order Authorizing the Debtor to File Fee Letter Under Seal in Connection With the Debtor's Post-Petition Financing Motion |
| 15 | 11/15/2013 | 1737 | Transcript Order Form of Hearing Held November 14, 2013 |
| 16 | 11/15/2013 | 1741 | Order Denying Motion to File Fee Letter Under Seal |
| 17 | 11/15/2013 | 1743 | Order Regarding Motion of the Objectors for Leave to Conduct Limited Discovery in Connection with Motion of the Debtor for a Final Order |
| 18 | 11/18/2013 | 1761 | Notice of Filing of Fee Letter in Connection With the Motion of the Debtor For a Final Order Pursuant to 11 U.S.C. §§105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 19 | 11/19/2013 | 1775 | Syncora Capital Assurance Inc. and Syncora Guarantee Inc.'s Request for the Production of Documents to the City of Detroit |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 20 | 11/27/2013 | 1870 | Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 21 | 12/2/2013 | 1884 | Transcript Order Form of Hearing Held November 27, 2013 |
| 22 | 12/2/2013 | 1899 | Motion of the Objectors to Compel the Production of Privilege Log |
| 23 | 12/9/2013 | 1980 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Disclosure of Exhibits in Advance of the Hearing on December 17-19, 2013 |
| 24 | 12/9/2013 | 1983 | Debtor's List of Exhibits for Hearing on the City of Detroit's Assumption Motion [Dkts. 17 and 157] and Motion to Approve Post-Petition Financing [Dkt. 1520] |
| 25 | 12/10/2013 | 2023 | Omnibus Reply of the Debtor to Objections to Debtor's Motion for Approval of Postpetition Financing |
| 26 | 12/10/2013 | 2024 | Debtor's Opposition to Objectors' Motion to Admit Certain Deposition Testimony of Kevyn Orr and Kenneth Buckfire |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 27 | 12/10/2013 | 2030 | Opposition of Debtor the City of Detroit, Michigan to Objectors' Motion in Limine to Preclude Debtor From Offering Evidence Regarding the City's Need to Obtain Casino Revenues in Connection With its Debtor-in-Possession Financing Efforts |
| 28 | 12/11/2013 | 2050 | Order Denying Motions to Preclude Debtor from Offering Evidence [Dkts. 933 and 935] |
| 29 | 12/11/2013 | 2058 | Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Adjourn Hearing on the Debtor's Assumption Motion [Dkts. 17 and 157] and Motion to Approve Post-Petition Financing [Dkt. 1520] |
| 30 | 12/12/2013 | 2082 | Debtor's Amended List of Exhibits for Hearing on the City of Detroit's Assumption Motion [Dkts. 17 and 157] and Motion to Approve Post-Petition Financing [Dkt. 1520] |
| 31 | 12/13/2013 | 2120 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Amended Disclosure of Exhibits in Advance of the Hearing on December 17-19, 2013 |
| 32 | 12/15/2013 | 2127 | Transcript Order Form of Hearing Held December 13, 2013 |
| 33 | 12/16/2013 | 2147 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Amended Disclosure of Exhibits in Advance of the Hearing on December 17-19, 2013 |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 34 | 12/16/2013 | 2148 | Notice of Revised Proposed Order in Connection With Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 35 | 12/16/2013 | 2177 | Second Notice of Revised Proposed Order in Connection With Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 36 | 12/16/2013 | 2186 | Joint Statement of Stipulated Facts |
| 37 | 12/18/2013 | 2207 | Transcript Order Form of Hearing Held December 17, 2013 |
| 38 | 12/18/2013 | 2221 | Transcript Order Form of Hearing Held December 18, 2013 |
| 39 | 12/27/2013 | 2333 | Expedited Transcript Order Form of Hearing Held December 20, 2013 |
| 40 | 12/31/2013 | 2353 | Third Notice of Revised Proposed Order in Connection With a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 41 | 1/7/2014 | 2421 | Transcript Order Form of Hearing Held January 3, 2014 |
| 42 | 1/14/2014 | 2468 | Transcript Order Form of Hearing Held January 13, 2014 |
| 43 | 1/16/2014 | 2493 | Transcript Order Form of Hearing Held January 16, 2014 |
| 44 | 1/16/2014 | 2500 | Ex Parte Emergency Motion to (I) Issue a Temporary Administrative Stay of the DIP Order and (II) Set a Briefing and Hearing Schedule |
| 45 | 1/17/2014 | 2516 | Emergency Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Stay Pending Appeal |
| 46 | 1/17/2014 | 2518 | Ex Parte Emergency Motion for an Order (I) Shortening Notice and Scheduling an Expedited Hearing on the Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Stay Pending Appeal and (II) Granting a Temporary Administrative Stay of the DIP Order |
| 47 | 1/31/2014 | 2617 | Notice of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. Regarding the Postpetition Financing Minute Entry and Associated Notice of Appeal |
| 48 | 3/6/2014 | 2921 | Notice of Presentment of Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(E), 364(F), 503, 507(A)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 49 | 3/13/2014 | 3012 | Objection to the Notice of Presentment of Final Order Pursuant to 11 U.S.C. § 105, 362, 364(C)(1), 364(C)(2), 364(F), 503, 507(A)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 50 | 3/13/2014 | 3015 | Limited Objection of the Detroit Retirement Systems to Notice of Presentment of Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(E), 364(F), 503, 507(A)(2), 904, 921 and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying the Automatic Stay |
| 51 | 4/2/2014 | 4249 | Expedited Transcript Order Form of Hearing Held April 2, 2014 |

(b) **Hearing Transcripts from *In re City of Detroit, Mich.*, Case No. 13-53846**

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 52 | 8/9/2013 | 316 | Transcript Regarding Hearing Held August 2, 2013 |
| 53 | 8/30/2013 | 685 | Transcript Regarding Hearing Held August 21, 2013 |
| 54 | 8/30/2013 | 693 | Transcript Regarding Hearing Held August 28, 2013 |
| 55 | 11/19/2013 | 1770 | Transcript Regarding Hearing Held November |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| | | | 14, 2013 |
| 56 | 11/28/2013 | 1875 | Transcript Regarding Hearing Held November 27, 2013 |
| 57 | 12/15/2013 | 2132 | Transcript Regarding Hearing Held December 13, 2013 |
| 58 | 12/20/2013 | 2280 | Transcript Regarding Hearing Held December 18, 2013 |
| 59 | 12/23/2013 | 2299 | Transcript Regarding Hearing Held December 17, 2013 |
| 60 | 12/26/2013 | 2311 | Transcript Regarding Hearing Held December 20, 2013 |
| 61 | 1/10/2014 | 2447 | Transcript Regarding Hearing Held January 3, 2014 |
| 62 | 1/17/2014 | 2512 | Transcript Regarding Hearing Held January 13, 2014 |
| 63 | 1/18/2014 | 2521 | Transcript Regarding Hearing Held January 16, 2014 re: Bench Opinion |
| 64 | 4/2/2014 | 3772 | Transcript Regarding Hearing Held April 2, 2014 |

2. **DESIGNATION OF ISSUES ON APPEAL**

(a) Whether the bankruptcy court erred in granting the City's requested relief based merely on the City's notice of presentment, instead of upon a properly noticed motion pursuant to applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

(b) Whether the bankruptcy court applied the correct standard of review to the City's postpetition financing transaction under section 364 of the Bankruptcy Code.

(c) Whether the bankruptcy court erred by finding that the postpetition financing transaction satisfied the requirements of section 364(c) of the Bankruptcy Code.

(d) Whether section 364(c) and (d) of the Bankruptcy Code permits a debtor-in-possession to rely on its advisors' opinion that unsecured financing was unavailable, and, in the alternative, whether the City's evidence that unsecured financing was unavailable was sufficient.

(e) Whether the City provided sufficient evidence to sustain a finding of good faith pursuant to section 364(e) of the Bankruptcy Code.

Dated: April 29, 2014

/s/ *Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*