UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE
OF OBJECTION TO CITY OF DETROIT'S
THIRD AMENDED PLAN OF ADJUSTMENT [DOCKET 4318]**

    The undersigned certifies that on April 30, 2014, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Objection to City of Detroit's Third Amended Plan of Adjustment [Docket 4318] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

    Respectfully submitted,

    JEROME D. GOLDBERG, PLLC

    By:   */s/ Jerome D. Goldberg*
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Phone: 313-393-6001
    Fax: 313-393-6007
    Email: apclawyer@sbcglobal.net

DATED: April 30, 2014

1