**EXHIBIT A**
**Proposed Form of Order**

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### (DETROIT)

| | |
|---|---|
| In re: ) | |
| ) | |
| CITY OF DETROIT, MICHIGAN, ) | CASE NO.: 13-53846 |
| ) | |
| ) | CHAPTER 9 |
| Debtor. ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## ORDER AMENDING THE FEE REVIEW ORDER

This matter having come before the Court on the *Motion of the City of Detroit Water and Sewerage Department for an Order, pursuant to 11 U.S.C. § 105, Amending and Clarifying the Fee Review Order Dated September 11, 2013* (Doc. 3929) (the "Fee Motion") and the *Water and Sewer Bond Trustee's Response to the Motion of the City of Detroit Water and Sewerage Department for an Order, pursuant to 11 U.S.C. § 105, Amending and Clarifying the Fee Review Order Dated September 11, 2013* (Doc. _____) (the "Trustee's Response");[1] the Court having considered the Fee Motion, the Trustee's Response, the exhibits attached to the Fee Motion and the Trustee's Response, and the relief requested therein; the Court having considered the statements of counsel with respect to the Fee Motion and the Trustee's Response at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Fee Motion, the Trustee's Response, the exhibits thereto, and the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Fee Motion is denied;

---
[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Trustee's Response.

2. The Trustee's professionals, which presently include Waller, Bodman, GLC, and Young, will submit their respective invoices for fees and expenses incurred commencing March 1, 2014, to the Fee Examiner, in accordance with the Fee Review Order, and all such fees and expenses incurred by such professionals from March 1, 2014, shall be approved and paid in accordance with the Fee Review Order, as expenses of administration of the Systems;

3. If the Trustee subsequently engages additional professionals besides Waller, Bodman, GLC and Young, then such additional professionals shall submit their respective invoices to the Fee Examiner in accordance with the Fee Review Order, and such invoices shall be approved and paid in accordance with the Fee Review Order as expenses of administration of the Systems;

4. The DWSD shall continue transferring the amount of $150,000 per month, per System from each of the Systems' respective Operation and Maintenance Funds, until further order of the Court, which the Trustee will use to fund its fees and expenses and the fees and expenses of its professionals;

5. To the extent that the amount transferred to the Trustee pursuant to paragraph 4 herein is inadequate to fully pay the Trustee's fees and expenses and the approved fees and expenses of its professionals, the DWSD shall pay the deficiency from the Systems' Operation and Maintenance Funds. To the extent that the amount transferred to the Trustee pursuant to paragraph 4 herein exceeds the amount required to fully pay the Trustee's fees and expenses and the approved fees and expenses of its professionals, then the Trustee shall apply such sums to future fees and expenses.

6. The Trustee and its professionals have until _____ __, 2014, to submit invoices for fees and expenses incurred commencing March 1, 2014, through the date of this Order to the
3

Fee Examiner for payment in accordance with the Fee Review Order, as expenses of administration of the Systems; and

7.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement or interpretation of this Order.