UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-53846-swr |
| Debtor. ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |
| ) | |
| ) | |

**EEPK'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Appellants Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"), by their undersigned attorneys and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby designate the items listed herein for inclusion in the record to be transmitted to the United States District Court for the Eastern District of Michigan (the "District Court") in connection with their appeal from the *Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay* entered on April 2, 2014 (the "Financing Order") [D.I. 3607], and further provide their statement of issues to be presented on appeal from the Financing Order. EEPK filed a Notice of Appeal, appealing from the Financing Order, on April 16, 2014 [D.I. 4108].

1

## I. Designation of the Items to be Included in the Record on Appeal

EEPK designates the following items, together with all exhibits, schedules and other attachments thereto (whether or not explicitly listed below) for inclusion in the record to be transmitted to the District Court in connection with the appeal from the Financing Order.

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 1 | 11/05/2013 | 1520 | Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 2 | 11/11/2013 | 1640 | Motion of the Objectors for Leave to Conduct Limited Discovery in Connection with Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 3 | 11/15/2013 | 1743 | Order Regarding Moton of the Objectors for Leave to Conduct Limited Discovery in Connection with Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 4 | 11/18/2013 | 1761 | Notice of Fee Letter Filed by City of Detroit |
| 5 | 11/22/2013 | 1788 | Motion of the City of Detroit for Entry of an Order Establishing Pre-Trial and Trial Procedures and Setting Additional Hearings |

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 6 | 11/27/2013 | 1835 | EEPK's Objection to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 7 | 11/27/2013 | 1838 | The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees' Objection to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 8 | 11/27/2013 | 1842 | Assured Guaranty Municipal Corp.'s Objection to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 9 | 11/27/2013 | 1844 | Retired Detroit Police and Fire Fighters Association's Objection to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 10 | 11/27/2013 | 1847 | Financial Guaranty Insurance Company's Objection to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 11 | 11/27/2013 | 1851 | Ambac Assurance Corporation's Objection to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 12 | 11/27/2013 | 1852 | Wilmington Trust Company, N.A.'s Joinder to (a) Objection Of Financial Guaranty Insurance Company To Motion Of The Debtor For A Final Order Pursuant To 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(E), 364(F), 503, 507(A)(2), 904, 921 And 922 (I) Approving Postpetition Financing, (II) Granting Liens And Providing Superpriority Claim Status And (III) Modifying Automatic Stay and (b) Objection Of Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief – und Kommunalkreditbank Aktiengesellschaft In Luxemburg S.A., And FMS Wertmanagement Service GmbH, As Servicer To FMS Wertmanagement To Motion Of The Debtor For A Final Order Pursuant To 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(E), 364(F), 503, 507(A)(2), 904, 921 And 922 (I) Approving Postpetition Financing, (II) Granting Liens And Providing Superpriority Claim Status And (III) Modifying Automatic Stay |

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 13 | 11/27/2013 | 1863 | National Public Finance Guarantee Corporation's Objection to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 14 | 11/27/2013 | 1867 | General Retirement System of the City of Detroit, Police and Fire Retirement System of the City of Detroit's Objection to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 15 | 11/27/2013 | 1870 | Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Motion of the Debtor for a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(E), 364(F), 503, 507(A)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 16 | 11/28/2013 | 1875 | Transcript of November 27, 2013 Hearing |
| 17 | 12/10/2013 | 2023 | Omnibus Reply of the Debtor to Objections to Debtor's Motion for Approval of Postpetition Financing |
| 18 | 12/15/2013 | 2132 | Transcript of December 13, 2013 Hearing |
| 19 | 12/16/2013 | 2156 | EEPK's Second Amended List of Exhibits for Hearing on Motion to Approve Postpetition Financing and Motion to Approve Swap Settlement |
| 20 | 12/16/2013 | 2185 | Exhibit Lists and Objections for Hearing Regarding City of Detroit's Assumption Motion and Motion to Approve Postpetition Financing |

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 21 | 12/20/2013 | 2280 | Transcript of December 18, 2013 Hearing |
| 22 | 12/23/2013 | 2299 | Transcript of December 17, 2013 Hearing |
| 23 | 01/3/2014 | 2364 | Second Amended Exhibit Lists and Objections for Hearing re City of Detroit's Assumption Motion and Motion to Approve Postpetition Financing |
| 24 | 01/10/2014 | 2447 | Transcript of January 3, 2014 Hearing |
| 25 | N/A | City Ex 56 | Email from Doak to Gerbino regarding City of Detroit financing, including attachments |
| 26 | N/A | City Ex 61 | Response to City of Detroit RFP from J.P. Morgan |
| 27 | N/A | City Ex 88 | Miller Buckfire, "Post-Petition Financing Discussion" |
| 28 | N/A | City Ex 89 | Miller Buckfire, "Draft Detroit Post-Petition Financing Commitment Letter Summaries |
| 29 | N/A | City Ex 90 | Miller Buckfire, "Briefing Materials Prepared for Members of City Council" |
| 30 | N/A | City Ex 91 | Miller Buckfire, "Briefing Materials Prepared for City Council Closed Session" |
| 31 | N/A | City Ex 93 | Barclay's Fee Letter fully executed by Barclay's and City |
| 32 | N/A | City Ex 94 | Barclay's Commitment Letter, including Term Sheets, fully executed by Barclays and City |
| 33 | N/A | City Ex 96 | Letter from Orr to Michigan State Treasurer Andy Dillon rearding Financing |
| 34 | N/A | City Ex 97 | Letter from State Treasurer Dillon to Orr Approving Financing |
| 35 | N/A | City Ex 98 | Email from Hayes to City Council attaching October 11, 2013 Letter from Orr to All City Council Members re Emergency Manager's Order No. 17 |

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 36 | N/A | City Ex 100 | Letter from Bulger to Goodrich regarding City of Detroit's submission to Local Emergency Financial Assistance Loan Board |
| 37 | N/A | City Ex 106 | Project Piston Cash Flow Forecast- Monthly (Fys 2013, 14, 15 Scenario) |
| 38 | N/A | City Ex 107 | Project Piston Cash Flow Forecast (including Restructuring Scenario) |
| 39 | N/A | City Ex 108 | Ernst & Young, Project Piston Cash Flow Forecast- through FY 2017 (DIP Financing Scenario) |
| 40 | N/A | City Ex 109 | Ernst & Young, Project Piston Cash Flow Forecast- through FY 2017 (No Casino Trap; No DIP) |
| 41 | N/A | City Ex 110 | Ernest & Young, Project Piston Cash Flow Forecast- through FY 2017 (Casino Trap; No DIP) |
| 42 | N/A | City Ex 111 | Ernst & Young, Illustrative Cash Chart |
| 43 | N/A | Syncora 223 | Exit Engagement Letter |
| 44 | N/A | Syncora 225 | Letter Dated August 6, 2013 with attached term sheets |
| 45 | N/A | Syncora 233 | Responses to Inquiries from City Council |
| 46 | N/A | Syncora 234 | Transcript of 8/30/2013 Deposition of Kevyn D. Orr |
| 47 | N/A | Syncora 235 | Transcript of 8/29/2013 Deposition of Kenneth Buckfire |
| 48 | N/A | Syncora 236 | Transcript of 12/4/2013 Deposition of James Doak |
| 49 | N/A | Syncora 237 | Transcript of 12/9/2013 Deposition of Kevyn D. Orr |
| 50 | N/A | Syncora 238 | Transcript of 12/10/2013 Deposition of Kenneth Buckfire |
| 51 | N/A | Syncora 240 | Transcript of 12/12/2013 Continuation of Deposition of Kevyn D. Orr |

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 52 | N/A | FGIC 307 | Project Piston Cash Flow Forecast- through FY 2017 (No Casino Trap; No DIP) dated 10/3/13 |
| 53 | N/A | FGIC 308 | Quarterly Report of the Emergency Manager, dated October 15, 2013 |
| 54 | N/A | EEPK 801 | Solicitation Materials to Prospective Lenders (Letter and Term Sheet) |
| 55 | N/A | EEPK 802 | Post-Petition Financing Discussion dated September 26, 2013 |
| 56 | N/A | EEPK 803 | Bond Purchase Agreement - Quality of Life Loan |
| 57 | N/A | EEPK 804 | Engagement Letter for Exit Financing |
| 58 | N/A | EEPK 805 | City Council Resolution |
| 59 | N/A | RS 1003 | Emails from James Doak dated August 29 and 30, 2013 |
| 60 | N/A | RS 1007 | Memorandum dated 10/24/2013 from Brett Hartzell to Kevyn Orr re request for reallocation of $95 million for FY2014 budget |
| 61 | N/A | RS 1013 | Email correspondence between James Bonsall, Kevyn Orr, and James Doak dated October 9, 2013 |
| 62 | N/A | RS1014 | Email correspondence from David A. Hall |
| 63 | N/A | RS1015 | November 6, 2013 correspondence from Harold W. Bulger |
| 64 | N/A | RS1019 | Email with attachment from James Doak to Irvin Corley, Jr. |
| 65 | 01/13/2014 | N/A | EEPK's PowerPoint presentation used during closing arguments on January 13, 2014 |
| 66 | 01/17/2014 | 2512 | Transcript of January 13, 2014 Hearing |
| 67 | 01/18/2014 | 2521 | Transcript of January 16, 2014 Hearing |

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 68 | 03/06/2014 | 2921 | Notice of Presentment of Order |
| 69 | 03/13/2014 | 3012 | Objectors' Objection to the Notice of Presentment of Order |
| 70 | 03/13/2014 | 3015 | Limited Objection of the Detroit Retirement Systems to Notice of Presentment of Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(E), 364(F), 503, 507(A)(2), 904, 921 and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying the Automatic Stay |
| 71 | 03/17/2014 | 3031 | Notice of Filing of Certain Marked Transaction Documents Relating to Presentment of Final Order |
| 72 | 03/24/2014 | 3173 | Order Requiring the City of Detroit to Provide Additional Information Regarding the Postpetition Quality of Life Financing |
| 73 | 03/28/2014 | 3280 | Reply of the Debtor to Objections to Notice of Presentment of Order Approving Postpetition Financing |
| 74 | 04/02/2014 | 3607 | Order Pursuant To 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921 And 922 (I) Approving Postpetition Financing, (II) Granting Liens And Providing Superpriority Claim Status And (III) Modifying Automatic Stay |
| 75 | 04/04/2014 | 3817 | Corrected Transcript of April 2, 2014 Hearing |
| 76 | 04/15/2014 | 4101 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Notice of Appeal |
| 77 | 04/16/2014 | 4108 | EEPK's Notice of Appeal |
| 78 | 11/19/2014 | 1770 | Transcript of November 14, 2013 Hearing |

Copies of all items designated for inclusion in the record on appeal, including transcripts and exhibits, have been submitted herewith.

## II.  Statement of Issues Presented on Appeal[1]

1. Whether the Bankruptcy Court erred by permitting the City to use the procedurally truncated process of submitting a notice of presentment of proposed order pursuant to Local Bankruptcy Rule 9021–1(a)(4) to obtain entry of the Financing Order rather than requiring the City to file a motion and provide notice of that motion in accordance with the applicable provisions of section 364 of the Bankruptcy Code and Bankruptcy Rule 4001(c)?

2. Whether the Bankruptcy Court erred by relying upon (a) a solicitation and bidding process for postpetition financing conducted by the City in August and September 2013, seven to eight months before entry of the Financing Order, and (b) a factual record developed (i) in December 2013 and January 2014, three to four months before entry of the Financing Order, and (ii) in connection with a different postpetition financing facility—the Original Quality of Life Facility, as the basis for making findings in April 2014 that the New QOL Financing Facility transaction satisfied the requirement of section 364(c) of the Bankruptcy Code?

3. Whether the Bankruptcy Court erred by, among other things, (a) determining that the City was not required to prove the necessity of the New QOL Financing Facility, (b) precluding the Objectors from taking discovery about the necessity of the New QOL Financing Facility, thereby effectively precluding Objectors from presenting evidence about the necessity of the New QOL Financing Facility, and (c) after so doing, making a finding of fact in the Financing Order that the City had demonstrated the necessity of the postpetition financing?

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Objection to the Notice of Presentment of Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(c)(1), 364(c)(2), 364(f), 503, 507(a)(2), 904, 921, and 922 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superiority Claim Status, and (III) Modifying Automatic Stay* [D.I. 3012].

4. Whether the Bankruptcy Court erred by determining the City had proven the unavailability of unsecured financing even though the City did not actually test the market for the availability of unsecured financing?

5. Whether the Bankruptcy Court erred in qualifying Kenneth Buckfire and James Doak as experts in municipal financing when both testified that they had no experience in municipal financing?

6. Whether the Bankruptcy Court erred by making the factual finding that Barclay's had extended the postpetition financing in "good faith" within the meaning of section 364(e) of the Bankruptcy Code even though there was no evidence presented at the April 2, 2014 hearing concerning the negotiations between the City and Barclay's that occurred between the conclusion of the evidentiary hearing on January 13, 2014, the presentation of the proposed Financing Order on March 6, 2014, and the entry of the Financing Order on April 2, 2014?

Dated: April 30, 2014.	Respectfully submitted,

/s/ *Matthew G. Summers*
Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Tel: (302) 252-4428
Fax: (302) 252-4466
E-mail: summersm@ballardspahr.com

Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

-and-

Howard S. Sher, Esquire (P38337)
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel: (248) 649-1200
Fax: (248) 649-2920
E-mail: howard@jacobweingarten.com

*Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.*

## CERTIFICATE OF SERVICE

I, Matthew G. Summers, state that on April 30, 2014, I filed a copy of the foregoing Appellants' Designation of the Items to be Included in the Record on Appeal and Statement of Issues to be Presented on Appeal using the Court's ECF system and I hereby certify that the Court's ECF system has served counsel to the City and all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ *Matthew G. Summers*
Matthew G. Summers
E-mail: summersm@ballardspahr.com