# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____ Judy B. Calton _____

Firm _____ Honigman Miller Schwartz and Cohn LLP _____

Address _____ 660 Woodward Avenue, Suite 2290 _____

City, State, Zip _____ Detroit, MI 48226 _____

Phone _____ 313-465-7344 _____

Email _____ jcalton@honigman.com _____

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846-swr

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

◉ Bankruptcy  ○ Adversary

○ Appeal  **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 04/28/2014  **Time of Hearing:** 10:00 am  **Title of Hearing:** Disclosure Statement etc.

Please specify portion of hearing requested: ○ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

◉ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: _____

---

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

◉ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Judy B. Calton _____ Date: 5/1/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____

Date      By

Order Received:

Transcript Ordered:

Transcript Received: