UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Amended Motion to Participate in Any Negotiations

On April 14, 2014, Dennis Taubitz filed an amended motion to participate in any negotiations (Dkt. #4077). The Court finds that cause has not been shown which would warrant the granting of the motion. Accordingly, the motion is denied.

.

**Signed on April 30, 2014**

                                                      /s/ Steven Rhodes  
                                                      **Steven Rhodes**  
                                                      **United States Bankruptcy Judge**