IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------ x
                                         :

In re                                      :           Chapter 9
                                         :

CITY OF DETROIT, MICHIGAN,  :           Case No. 13-53846
                                         :

            Debtor.                    :           Hon. Steven W. Rhodes
------------------------------------------------ x

**ORDER APPROVING STIPULATION BY AND AMONG THE CITY OF DETROIT AND LASALLE TOWN HOUSES COOPERATIVE ASSOCIATION, NICOLET TOWN HOUSES COOPERATIVE ASSOCIATION, LAFAYETTE TOWN HOUSES, INC., JOLIET TOWN HOUSES COOPERATIVE ASSOCIATION, AND ST. JAMES COOPERATIVE, ON BEHALF OF THEMSELVES AND THE CLASS**

Upon the Stipulation by and among the City of Detroit and LaSalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative, on behalf of themselves and the Class;[1] and the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED:**

1.      The Motion to Extend is withdrawn.

2.      The Motion for Application is withdrawn as moot.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

3. The resolution of the Motion for Application does not prevent the District Court Case from going forward.

4. Subject to paragraph 5 of this Order, the Class is certified in this bankruptcy case without any further order from this Court, and Class Claimants have the ability and authority to file or amend the Class Proof of Claim through Class Counsel if the District Court fails to set aside its Class Certification Order of March 3, 2014, on or before the pretrial date as set by the District Court; provided, however, the City may object to the Class Proof of Claim on any basis other than those relating to class certification or timeliness.

5. If an Order is entered in the District Court Case, or on appeal, which subsequently denies certification to the now certified Class, the Class will cease to be certified in the City's bankruptcy case, Claimants will not thereafter seek class certification and the Class Proof of Claim will be expunged and disallowed in its entirety without any further order from this Court; provided, however, the Plaintiffs may amend or pursue their individually filed proofs of claim and the City reserves all rights to object to any such claims, except on the basis of timeliness.

.

**Signed on April 30, 2014**

                                                                          **/s/ Steven Rhodes**
                                                                          **Steven Rhodes**
                                                                          **United States Bankruptcy Judge**