UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9
City of Detroit, Michigan,  Case No. 13-53846
    Debtor.  Hon. Steven W. Rhodes
_____/

### Order Requiring More Specific Proposed Order

Certain Creditors have filed a Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code Directing the Debtor to Cooperate with Interested Parties Seeking to Conduct Due Diligence of the Art Collection Housed at the Detroit Institute of Arts. (Dkt. #3925) The Court has determined that the proposed order accompanying the motion lacks specificity and that the Court's consideration of the motion would be facilitated if the moving parties were to file an amended proposed order that states the specific relief that they seek. Accordingly, by May 7, 2014, the moving parties shall file such an amended proposed order.

It is so ordered.

.

**Signed on May 01, 2014**

                                                     /s/ Steven Rhodes
                                                   **Steven Rhodes**
                                                   **United States Bankruptcy Judge**