# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name **Howard S. Sher**

Firm **Jacob & Weingarten, P.C.**

Address **2301 W. Big Beaver Road, Suite 777**

City, State, Zip **Troy, Michigan 48084**

Phone **248-649-1900**

Email **howard@jacobweingarten.com**

**Case/Debtor Name: City Of Detroit**

**Case Number:** **13-53846**

**Chapter:** **9**

**Hearing Judge** **Hon. Steven Rhodes**

⦿ **Bankruptcy**    ○ **Adversary**

○ **Appeal**    **Appeal No:** _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 04/28/2014    **Time of Hearing:** 10:00 am  **Title of Hearing:** Disclosure Statement

Please specify portion of hearing requested:  ⦿ **Original/Unredacted**  ○ **Redacted**    ○ **Copy (2nd Party)**

⦿ Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: _____

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

⦿ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/Howard S. Sher                    Date: **05/01/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                                      Date        By

Order Received:

Transcript Ordered

Transcript Received