**UNITED STATES BANKRUPTCY COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK OF COURT

| | | |
|---|---|---|
| 226 WEST SECOND ST. | 211 WEST FORT STREET, SUITE 2100 | 111 FIRST STREET |
| FLINT, MI 48502 | DETROIT, MICHIGAN 48226-3211 | BAY CITY, MI 48707 |
| (810) 235-4126 | (313) 234-0065 / WWW.MIEB.USCOURTS.GOV | (989) 894-8840 |

May 1, 2014

Jeffrey Sanders
16599 Hubbell Street
Detroit, MI  48235

  RE:    Case #13-53846-swr
           Fees for Notice of Appeals filed 3/14/14, 4/2/14 (two filed) and 4/15/14

Dear Mr. Sanders,

A fee of **$1,192.00** is owed for four Notice of Appeals filed.  The fee must be paid no later than May 12, 2014.

If you have any questions regarding this matter, please call me at (313) 234-0054.

                            Sincerely,

                            /s/ Lisa Heneka
                            Lisa Heneka
                            Financial Administrator

**\*\*Effective October 1, 1998, NO PERSONAL CHECKS will be accepted.  Payments submitted to the clerk must be cash, cashiers' check or money order.  The only checks that will be accepted are business checks from attorneys and non-debtor businesses.**

cc:    Court file