FILED

2014 MAY 1 PM 12:01

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Marianne Josed McGuire_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /we am/are interested in the Bankruptcy of the City of Detroit because _I've been a Detroit resident and homeowner for over 40 years_

2. I /we object to the above filing because: _The plan was put together without any citizen input and unfairly affects the all. Snyder/Orr does not represent me._

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Marianne Josed McGuire_
Signature: _Marianne Josed McGuire_
Address: _5385 Bishop, Det 48224_
Email: _MMCGUIRE313@gmail.com_

Dated: _Apr 30, '14_

Objection to the Emergency Manager's Plan of Adjustment

I've been a Detroit resident for over 40 years and over the past 10 years have grown more and more aghast at the decline of the beautiful homes in my neighborhood. It wasn't lack of middle class values that caused this, but rather greedy bankers working to convince people they were qualified to purchase homes with meager down payments and tenuous jobs.

After balloon mortgages forced those people to walk away from their homes, those same greedy bankers refused to alter payments or even maintain the homes that reverted back to them. Those homes are no longer someone's cherished residence but are now shells of that former life. The banks have left them and the neighborhoods they were in to rot. The banks were magnanimous recipients of the full original purchase price for the homes (not current market value) from the government. The people are gone which means there's been no money coming into the city. No income taxes. No property taxes. No sales taxes. All of this absence of money is the cause of the bankruptcy. Now these greedy vultures who caused the bankruptcy additionally want full payment for the questionably illegal bond swap they created and persuaded Detroit to adopt.

These banks and bankers don't deserve another cent of Detroit money. We as residents shouldn't have to pay them anything for all the problems they've caused. Indeed they should be paying us for all the horrors they have visited on us. Where is a judge willing to stand up to them and say, "You've taken enough from this beleaguered city. No one should have to pay or clean up after you."

Marianne Yared McGuire
5285 Bishop, Detroit, 48224
mmcguire313@gmail.com