UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Case No. 13-53846
Hon. Steven Rhodes

City of Detroit, Debtor.

_____/

**OBJECTION TO DEBTOR'S PROPOSED PLAN OF ADJUSTMENT**

NOW COMES Kristen A. Hamel, a resident of the City of Detroit, in pro per, and for her Objection to Debtor's Proposed Plan of Adjustment, states as follows:

1. Hamel has been a tax-paying resident of the City of Detroit for approximately 31 years and a Detroit homeowner for approximately 11 years.

2. The Plan of Adjustment is structured to provide the banks and financial institutions with the maximum reward for their plundering of the City of Detroit through deliberate, racist, predatory loans and subsequent mass foreclosures, evictions of homeowners, and the devastation of whole neighborhoods and sections of the city; as well as their interest rate swaps and other financial schemes perpetrated upon the City and its residents.

3. The Plan of Adjustment does not include a legal challenge to Bank of America and United Bank of Switzerland for their $350 million robbery of the City of Detroit through swap termination agreements and other fraudulent schemes. This Court, in clear bias to the Debtor and its law firm, Jones Day, recently agreed

to a plan to pay these criminal banks $85 million. The beleaguered residents of this city will be footing this bill.

4. The Plan of Adjustment was created not by the residents or true representatives of the people of Detroit, but by an unelected, appointed Emergency Manager, whose tenure was instituted against the will of the people as evidenced in a statewide general election which overturned the emergency management law. The law was subsequently reinstated by Gov. Rick Snyder, a capitalist rightwing Republican, who is now a major player in the fate of the City of Detroit.

5. The Plan of Adjustment does not provide for health care and guaranteed pensions (deferred wages for labor already performed) for retirees and instead is an attack on the pensions and annuities of City of Detroit retirees.

6. The Plan of Adjustment may be moot considering the plans reported by the media on a daily basis, none of which has been signed or confirmed, and all of which are dependent on the willingness and financial wherewithal of the state government and wealthy benefactors, all subject to change at whim at any moment.

7. The entire municipal bankruptcy of the City of Detroit appears to have been a ruse to set in place an attack on retirees and pension plans, with the complicity of the state, the imposed emergency manager and the Bankruptcy Court itself.

8. Soon enough Emergency Manger Kevyn Orr and his cohorts from Jones Day law firm and other high-paid consultants will leave the City of Detroit, while we the residents, workers and retirees will remain to pay for their shenanigans on behalf of the banks and financial institutions which have destroyed our city by their criminal enterprises.

9. The Court should be ashamed of the role it has played in paying off the banks while going after workers' pensions. It appears there can be no justice for City workers, retirees or residents in this venue.

WHEREFORE, for these reasons and for equity, the cause of justice, the Debtor's Plan of Adjustment should be denied by this Court.

Submitted,

*Kristen A. Hamel*
Kristen A. Hamel
3550 Bishop, Detroit, MI 48224

Dated: April 30, 2014