UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor ___/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _____

_____ hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   _Detroit Resident_

2. I / we object to the above filing because:
   _Unfair – Rich taking from the poor._

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

X Name: _Paulette Brown_
X Signature: _Paulette Brown_
X Address: _6164 – 15th St_
Email: _____

Dated: 4-30-2014

FILED
2014 MAY -1 P 4:42
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 4344    Filed 05/01/14    Entered 05/01/14 15:52:12    Page 1 of 1