UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Orlando Fuller_ ✗

✗_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _Detroit Resident_

2. I / we object to the above filing because: _Unfair - Rich taking from the poor._

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

✗ Name: _Orlando Fuller_
✗ Signature: _Orlando Fuller_
Address: _18703 Ilene_

Email: _____

Dated: _4-30-2014_

FILED 2014 MAY -1 P 4:42 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT