UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: CLIFFORD JUNIOUS

CLIFFORD JUNIOUS hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I/we am/are interested in the Bankruptcy of the City of Detroit because Detroit Resident

2. I/we object to the above filing because: Unfair – Rich taking from the poor.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/we request the Court will deny the relief sought in said filing.

xName: CLIFFORD JUNIOUS
xSignature: Clifford Junious
xAddress: 4444 W 28th Street
Detroit MI 48210
Email: _____

Dated: 4-30-2014

FILED 2014 MAY -1 P 4:42 U.S. BANKRUPTCY COURT MICHIGAN-DETROIT

13-53846-tjt    Doc 4348    Filed 05/01/14    Entered 05/01/14 15:59:58    Page 1 of 1