UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Bonita Cosby

X Bonita Cosby hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   Detroit Resident

2. I / we object to the above filing because:
   Unfair - Rich taking from the poor.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

X Name: Bonita Cosby
X Signature: Bonita Cosby
X Address: 13616 Birwood
Email: NeNe Cosby 810 @ Hotmail.com

Dated: 4-30-2014

13-53846-tjt    Doc 4349    Filed 05/01/14    Entered 05/01/14 16:01:53    Page 1 of 1