UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Ernest Shhzor X

Ernest Shhzoo hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   Detroit Resident

2. I / we object to the above filing because:
   Unfair - Rich taking from the poor

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Ernest Shnzor
Signature: Ernest Shazor
Address: 1420 Kentucky
Email:

Dated:

FILED
2014 MAY -1  P 4:43
U.S. BANKRUPTCY COURT
MICHIGAN-DETROIT

13-53846-tjt    Doc 4353    Filed 05/01/14    Entered 05/01/14 16:17:25    Page 1 of 1