UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Mildred White_

_Mildred White_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _it is unfair and unnecessary._

2. I / we object to the above filing because: _It was not done in the best interest of the citizens of Detroit. I feel that the main objective was a takeover of Detroit._

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Mildred White_
Signature: _Mildred White_
Address: _9544 Hartwell_
Email: _____

Dated: _4·2·2014_

FILED 2014 MAY -1 P 14 43
U.S. BANKRUPTCY COURT
MICHIGAN-DETROIT

13-53846-tjt   Doc 4357   Filed 05/01/14   Entered 05/01/14 16:24:52   Page 1 of 1