UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Arthur Simons

Arthur Simons hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I am a citizen, a property + tax payer

2. I / we object to the above filing because:
our vote was not count.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Arthur Simons
Signature: Arthur Simons
Address: 9026 [illegible]
Detroit MI 48204
Email:

Dated: 5/2/14

FILED 2014 MAY -1 P 4:43
U.S. BANKRUPTCY COURT
ED. MICHIGAN-DETROIT

13-53846-tjt    Doc 4358    Filed 05/01/14    Entered 05/01/14 16:27:00    Page 1 of 1