UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Juanita E. Wright_

_Juanita E. Wright_ hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I am a citizen, property owner & tax payer_

2. I / we object to the above filing because: _They are not owning our voter Rights. The people that wants this are mostly none Detroiters_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Juanita E. Wright_

Signature: _Juanita E. Wright_
Address: _8538 Ohio_
_Detroit, Michigan 48204_
Email: _____

Dated: _4/2/14_