UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

~~LABARBARA~~ Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: _LABARBARA WILSON_

_LABARBARA_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.    I / we am/are interested in the Bankruptcy of the City of Detroit because
_Unfair Education for our Children_

2.    I / we object to the above filing because:
_Not giving our citizen representation because the citizen at large do not have a say in who govern our city_

3.    I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _LaBARBARA WILSON_
Signature: _La Barbara Wils_
Address: _18714 Ohio_
_Detroit, MI 48221_
Email: _____

Dated: _4-12-14_

FILED (1)
2014 MAY -1  P 4:43
U.S. BANKRUPTCY COURT
EASTERN MICHIGAN-DETROIT