UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: DORA JACKSON

Dora Jackson hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because DORA JACKSON I am a citizen of Detroit and a registered voter.

2. I / we object to the above filing because:
It is an outright TAKEOVER of Detroit.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: DORA JACKSON
Signature: Dora Jackson
Address: 8311 Alpine St.
Detroit MI 48204
Email: _____

Dated: 4-12-14

13-53846-tjt   Doc 4362   Filed 05/01/14   Entered 05/01/14 16:50:26   Page 1 of 1