UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: *Lula M. Swett*

*Lula M. Swett* hereby states his/her/their OBJECTION TO:
<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   *Property Owner, Tax Payer.*

2. I / we object to the above filing because:
   *Slave overseer mentality*
   *lack of city services*
   *mis-education of our children*
   *Welfare for the rich*

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: *Lula M. Swett*
Signature: *Lula M. Swett*
Address: *8140 Normile*
*Det. mi. 48204*
Email:

Dated: 4-12-14