UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Clifford Swett

Clifford Swett hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
Property owner, tax payer, etc.

2. I / we object to the above filing because:
Anti-constitunial act
Lack of city payer

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Clifford Swett
Signature: Clifford Swett
Address: 8140 Normile
Det, Michigan

Email:

Dated: 4-12-14

13-53846-tjt    Doc 4366    Filed 05/01/14    Entered 05/01/14 16:59:23    Page 1 of 1