UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Maggie M Duncan_ hereby states his/her/their OBJECTION TO: CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because _I am a tax payer & voter_

2. I/we object to the above filing because: _I did not vote for an emergency manager_

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Maggie M Duncan_
Signature: _Maggie M Duncan_
Address: _8294 Normile_
_Detroit MI 48204_
Email:

Dated: 4-12-14

13-53846-tjt    Doc 4367    Filed 05/01/14    Entered 05/01/14 17:00:40    Page 1 of 1