UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Vina Wilson

Vina Wilson hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because the effect it will have on city services and it employees and citizens

2. I / we object to the above filing because: City workers we be out of work and services will be reduced so then you will have more people needing assistance

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Vina Wilson
Signature: [signature]
Address: 18140 [illegible]
Det, MI 4820[?]
Email:

Dated: 4-12-14

FILED
2014 MAY -1 P 4:44
U.S. BANKRUPTCY COURT
ED MICHIGAN DETROIT