UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Bernice H. Jones

Bernice H. Jones hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I feel that it has destroyed the Democratic process in our city.

2. I / we object to the above filing because: It is unconstitutional for the Governor or anyone else to appoint an Emergency Manager to take over this city and make decisions without the elected officials having a vote for the people that they represent.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Bernice H. Jones
Signature: Bernice H. Jones
Address: 20255 Steel St.
Detroit, Mich 48235
Email:

Dated: March 31, 2014