UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re: ) Case No. 13-53846
)
CITY OF DETROIT, MICHIGAN, ) In Proceedings Under Chapter 9
)
Debtor, ) Hon. Steven W. Rhodes
)

## APPEARANCE

TO: CLERK OF THE COURT

Please enter the Appearance of attorney, William N. Listman, as counsel for interested party Southeastern Oakland County Water Authority, in the above-entitled cause of action.

DAVIS BURKET SAVAGE
LISTMAN BRENNAN

/s/ William N. Listman
By: William N. Listman (P52030)
Attorneys for SOCWA
10 S. Main St., Ste. 401
Mt. Clemens, MI 48043
(586) 469-4300
rdavis@dbsattorneys.com

Dated: May 2, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record by the ECF system. I also certify that on May 2, 2014, I served each of the parties noted on the Court's website as requiring manual noticing/service by placing these documents in a US mail box in the City of Mt. Clemens, State of Michigan. I declare the foregoing statement to be true to the best of my information, knowledge and belief.

DAVIS BURKET SAVAGE
LISTMAN BRENNAN

/s/ William N. Listman
By: William N. Listman (P52030)
Attorneys for SOCWA
10 S. Main St., Ste. 401
Mt. Clemens, MI 48043
(586) 469-4300
rdavis@dbsattorneys.com

Dated: May 2, 2014