# INDEX OF EXHIBITS

1. Proposed Order

2. Notice of SOCWA's Motion for Intervention

3. Brief In Support Of SOCWA's Motion for Intervention

4. Certificate of Service

5. Affidavit of Jeffrey McKeen Dated April 29, 2014