# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

|  |  |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor, | Hon. Steven W. Rhodes |

### ORDER GRANTING SOUTHEASTERN OAKLAND COUNTY WATER AUTHORITY'S MOTION FOR INTERVENTION PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 2018

Interested party, Southeastern Oakland County Water Authority ("SOCWA"), having filed a Motion For Intervention And To Be Heard Pursuant To Federal Rules of Bankruptcy Procedure, Rule 2018 And To Support Facilitative Mediation With Respect to Issues Related To The Future of the Detroit Water and Sewerage Department ("Motion"), this Court being in receipt of the Motion and this Court being fully advised in the premises:

**IT IS ORDERED THAT:**

1. SOCWA's Motion for Intervention is hereby granted; and

2. SOCWA's intervention is limited to the issue of SOCWA receiving notices and being authorized to participate in the Facilitative Mediation process for the Detroit Water and Sewage Department / Regional Authority issues.

Signed on _____

Hon. Steven W. Rhodes<br>
United States Bankruptcy Judge

Prepared By:

DAVIS BURKET SAVAGE
LISTMAN BRENNAN

<u>William N. Listman</u>
William N. Listman (P52030)
Attorneys for SOCWA
10 S. Main St., Suite 401
Mt. Clemens, MI 48043
**wlistman@dbsattorneys.com**