# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

|  |  |
|---|---|
| In re: ) | Case No. 13-53846 |
| ) | |
| CITY OF DETROIT, MICHIGAN, ) | In Proceedings Under Chapter 9 |
| ) | |
| Debtor, ) | Hon. Steven W. Rhodes |
| ) | |

**Notice of SOUTHEASTERN OAKLAND COUNTY WATER AUTHORITY'S MOTION FOR INTERVENTION AND TO BE HEARD PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE , RULE 2018 AND TO SUPPORT FACILITATIVE MEDIATION WITH RESPECT TO ISSUES RELATED TO THE FUTURE OF THE DETROIT WATER AND SEWERAGE DEPARTMENT**

Interested party, Southeastern Oakland County Water Authority ("SOCWA") has filed papers with the Court to allow SOCWA to Intervene and Be heard Pursuant to Federal Rules of Bankruptcy Procedure Rule 2018.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow SOCWA to intervene, or if you want the court to consider your views on the Motion For Intervention And To Be Heard Pursuant To Federal Rules of Bankruptcy Procedure, Rule 2018 And To Support Facilitative Mediation With Respect To Issues Related To The Future Of The Detroit Water And Sewerage Department , within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
(Mail to 211 West Fort Street, Ste 2100
Detroit, MI 48226)

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

**William N. Listman (P52030)
10 S. Main St., Suite 400
Mt. Clemens, MI 48043**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: May 2, 2014

DAVIS BURKET SAVAGE
LISTMAN BRENNAN

By: s/William N. Listman
William N. Listman (P52030)
Attorney for SOCWA
10 S. Main St., Suite 401
Mt. Clemens, MI 48043
wlistman@dbsattorneys.com