# EXHIBIT 4

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record by the ECF system. I also certify that on May 2, 2014, I served each of the parties noted on the Court's website as requiring manual noticing/service by placing these documents in a US mail box in the City of Mt. Clemens, State of Michigan. I declare the foregoing statement to be true to the best of my information, knowledge and belief.

                                                    **DAVIS BURKET SAVAGE**
                                                    **LISTMAN BRENNAN**

By:    s/William N. Listman
          William N. Listman (P52030)
          Attorney for Southeastern
          Oakland County Water Authority
          10 S. Main St., Suite 401
          Mt. Clemens, MI 48043
          wlistman@dbsattorneys.com