# EXHIBIT 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re: ) | Case No. 13-53846 |
| ) | |
| CITY OF DETROIT, MICHIGAN, ) | In Proceedings Under Chapter 9 |
| ) | |
| Debtor, ) | Hon. Steven W. Rhodes |
| ) | |

## AFFIDAVIT OF JEFFREY MCKEEN

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF OAKLAND    )

Jeffrey McKeen, being first duly sworn, deposes and states:

1. I am the General Manager for the Southeastern Oakland County Water Authority ("SOCWA").

2. I have personal knowledge of the status and operations of SOCWA from 2002 to present.

3. SOCWA, as authorized under Public Act 4 of 1957, by its member communities of Berkley, Beverly Hills, Bingham Farms, Birmingham, Clawson, Huntington Woods, Lathrup Village, Pleasant Ridge, Royal Oak, Southfield and Southfield Township and its customer communities of Bloomfield Hills and Bloomfield Township, is the largest water customer of the Detroit Water and Sewerage Department ("DWSD").

4. SOCWA currently purchases approximately 7.5% of the total volume of water sold by DWSD. SOCWA, and its predecessor organization, have been a significant water customer of DWSD since 1927.

5. SOCWA is part of the DWSD customer partnering process.

6. SOCWA has served on the Technical Advisory Committee ("TAC") since its inception in 2003 with two different SOCWA employees serving as the elected co-chair of the TAC.

7. SOCWA employees have served on each of the technical subcommittees of the TAC and currently serve as the customer chair of the Rates and Analytical Work Group Committees.

8. SOCWA is widely recognized as DWSD's leading water customer.

9. The Western Townships Utilities Authority ("WTUA"), comprised of Canton Township, Northville Township and Plymouth Township, are water and sewer customers of DWSD representing a significant water and sewer customer base of DWSD. The WTUA supports the Motion and the relief sought by SOCWA under Rule 2018.

10. That I have made contact with every supporting municipal entity set forth in the Motion concerning and verifying each entity's support for the relief sought in the Motion under Rule 2018.

11. That I have verified to combined revenue of the entities supporting the Motion and the relief sought by SOCWA under Rule 2018.

If sworn as a witness, I can testify competently to the facts stated herein.

Further, Affiant sayeth not.

_____
Jeffrey McKeen
General Manager of SOCWA

Subscribed and sworn to before me this 1st day of May, 2014.

_____, Notary Public
County, Michigan
My Commission Expires: Nov. 20, 2019

TIFFANY N. LOCKETTE
Notary Public, State of Michigan
County of Oakland
My Commission Expires 11/20/2019
Acting in the County of Oakland

2